## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that on October 1, 2010, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

                                          Benjamin W. Keenan (#4724)

{00074510;v1}

| | |
|---|---|
| **VIA HAND DELIVERY**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 |
| **VIA FIRST CLASS U.S. MAIL**<br>ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 | **VIA FIRST CLASS U.S. MAIL**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>ANDREW S. CONWAY, ESQUIRE<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| **VIA HAND DELIVERY**<br>ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>CHICAGO, IL 60611 |
| **VIA FIRST CLASS U.S. MAIL**<br>BANC OF AMERICA BRIDGE LLC<br>LYNN D. SIMMONS, SR. VICE PRESIDENT<br>BANK OF AMERICA STRATEGIC SOLUTIONS<br>MAIL CODE: IL1-231-11-19<br>231 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 | **VIA FIRST CLASS U.S. MAIL**<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>ATTN. GEORGE R. MESIRES, ESQ.<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |
| **VIA HAND DELIVERY**<br>BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

{431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | **VIA FIRST CLASS U.S. MAIL**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. DAVID M. NEUMANN, ESQUIRE<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
| **VIA HAND DELIVERY**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. JENNIFER R. HOOVER, ESQ<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | **VIA FIRST CLASS U.S. MAIL**<br>BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **VIA FIRST CLASS U.S. MAIL**<br>BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90017-2457 |
| **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105-2126 | **VIA FIRST CLASS U.S. MAIL**<br>CALLAHAN & BLAINE<br>ATTN: EDWARD SUSOLIK, ESQUIRE<br>3 HUTTON DRIVE, NINTH FLOOR<br>SANTA ANA, CA 92707 |
| **VIA FIRST CLASS U.S. MAIL**<br>CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY 11042 | **VIA FIRST CLASS U.S. MAIL**<br>CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |

{431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>CHADBOURNE & PARKE LLP<br>ATTN HOWARD SEIFE, ESQ., DAVID M. LEMAY, ESQ.,<br>DOGULAS E. DEUTSCH, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | **VIA FIRST CLASS U.S. MAIL**<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>WASHINGTON, DC 20006-1047 |
| **VIA FIRST CLASS U.S. MAIL**<br>CHRISTINE Z. HERI<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | **VIA HAND DELIVERY**<br>CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,<br>MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, STE 700<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>CITICORP NORTH AMERICA, INC<br>750 WASHINGTON BLVD.<br>STAMFORD, CT 06901-3722 | **VIA FIRST CLASS U.S. MAIL**<br>COHEN WEISS & SIMON LLP<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| **VIA HAND DELIVERY**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | **VIA HAND DELIVERY**<br>COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>CROSS & SIMON LLC<br>ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>4750 VON KARMAN AVENUE<br>NEWPORT BEACH, CA 92660 |
| **VIA FIRST CLASS U.S. MAIL**<br>CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>ROCHESTER, NY 14604 |

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | **VIA HAND DELIVERY**<br>DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>1100 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>ECKERT, SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>ELLIOTT GREENLEAF<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>BEVERLY HILLS, CA 90212 |
| **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202-5306 | **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>CHICAGO, IL 60610-4500 |
| **VIA HAND DELIVERY**<br>FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>THE VITEC GROUP PLC<br>101 BILBY ROAD<br>HACKETTSTOWN, NJ 07840 | **VIA FIRST CLASS U.S. MAIL**<br>FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ. &<br>DEVON J. EGGERT, ESQ.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067-4409 | **VIA FIRST CLASS U.S. MAIL**<br>FURMAN GREGORY LLC<br>DONALD R. FURMAN JR.<br>75 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

431441;v1}

VIA FIRST CLASS U.S. MAIL
GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

VIA FIRST CLASS U.S. MAIL
GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

VIA FIRST CLASS U.S. MAIL
GOHN HANKEY & STICHEL LLP
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD 21201

VIA FIRST CLASS U.S. MAIL
GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

VIA FIRST CLASS U.S. MAIL
GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARDERO CENTER, STE 4000
SAN FRANCISCO, CA 94111

VIA FIRST CLASS U.S. MAIL
HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

VIA FIRST CLASS U.S. MAIL
HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

VIA FIRST CLASS U.S. MAIL
HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

VIA FIRST CLASS U.S. MAIL
HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
2125 E. KATELLA AVE., SUITE 400
ANAHEIM, CA 92806

VIA FIRST CLASS U.S. MAIL
HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

VIA FIRST CLASS U.S. MAIL
HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

VIA FIRST CLASS U.S. MAIL
IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
VILLA PARK, IL 60181

VIA FIRST CLASS U.S. MAIL
INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | **VIA FIRST CLASS U.S. MAIL**<br>J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| **VIA FIRST CLASS U.S. MAIL**<br>JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 | **VIA FIRST CLASS U.S. MAIL**<br>JEFFER, MANGELS, BUTLER & MARMARO LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 |
| **VIA FIRST CLASS U.S. MAIL**<br>JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 |
| **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | **VIA FIRST CLASS U.S. MAIL**<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| **VIA FIRST CLASS U.S. MAIL**<br>KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>425 PARK AVE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S. STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| **VIA HAND DELIVERY**<br>LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |

431441;v1}

**VIA FIRST CLASS U.S. MAIL**
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

**VIA FIRST CLASS U.S. MAIL**
LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
DALLAS, TX 75201

**VIA FIRST CLASS U.S. MAIL**
LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.
ATTN: ZACHARY J. BANCROFT, ESQ.
450 S. ORANGE AVE, SUITE 800
ORLANDO, FL 32801

**VIA FIRST CLASS U.S. MAIL**
MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA 19087

**VIA FIRST CLASS U.S. MAIL**
MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

**VIA FIRST CLASS U.S. MAIL**
MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
G. AMANDA MALLAN, ESQ.
245 PARK AVE, 27TH FL
NEW YORK, NY 10167

**VIA HAND DELIVERY**
MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**VIA FIRST CLASS U.S. MAIL**
MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

**VIA FIRST CLASS U.S. MAIL**
MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

**VIA HAND DELIVERY**
MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

{431441;v1}

Case 08-13141-BLS   Doc 5877-2   Filed 10/01/10   Page 9 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL SCHLOSS<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | **VIA FIRST CLASS U.S. MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| **VIA HAND DELIVERY**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN: RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MORGAN STANLEY FIXED INCOME<br>ATTN: CAROLYN ADLER<br>1585 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| **VIA FIRST CLASS U.S. MAIL**<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | **VIA FIRST CLASS U.S. MAIL**<br>NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN: ROBERT L. HANLEY, JR. ESQUIRE<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF ATTORNEY GENERAL<br>ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | **VIA HAND DELIVERY**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 |

431441;v1}

VIA FIRST CLASS U.S. MAIL
PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
TTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

VIA FIRST CLASS U.S. MAIL
PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

VIA FIRST CLASS U.S. MAIL
PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

VIA FIRST CLASS U.S. MAIL
ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

VIA HAND DELIVERY
PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

VIA HAND DELIVERY
POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
CHARLOTTE, NC 28202

VIA FIRST CLASS U.S. MAIL
PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

VIA FIRST CLASS U.S. MAIL
QUARLES & BRADY LLP
LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.
300 NORTH LASALLE STREET, STE 400
CHICAGO, IL 60654-3422

VIA HAND DELIVERY
RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

VIA FIRST CLASS U.S. MAIL
ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

{431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | **VIA HAND DELIVERY**<br>SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20020 | **VIA FIRST CLASS U.S. MAIL**<br>SECURITIES AND EXCHANGE COMMISSION (SEC)<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| **VIA HAND DELIVERY**<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R. KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |
| **VIA FIRST CLASS U.S. MAIL**<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 S BROAD ST #2100<br>PHILADELPHIA, PA 191091029 | **VIA FIRST CLASS U.S. MAIL**<br>SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>PHOENIX, AZ 85004-4498 |
| **VIA FIRST CLASS U.S. MAIL**<br>STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>STUART MAUE<br>ATTN: JOHN L. DECKER<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| **VIA FIRST CLASS U.S. MAIL**<br>TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>WHITE PLAINS, NY 10601 | **VIA FIRST CLASS U.S. MAIL**<br>THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 |
| **VIA FIRST CLASS U.S. MAIL**<br>THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>TOOD M. HOEPKER, ESQ.<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 |

{431441;v1}

Case 08-13141-BLS    Doc 5877-2    Filed 10/01/10    Page 12 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br>TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | VIA FIRST CLASS U.S. MAIL<br>TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | VIA FIRST CLASS U.S. MAIL<br>TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 |
| VIA FIRST CLASS U.S. MAIL<br>U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 | VIA FIRST CLASS U.S. MAIL<br>UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| VIA FIRST CLASS U.S. MAIL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC 20530 | VIA FIRST CLASS U.S. MAIL<br>UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| VIA FIRST CLASS U.S. MAIL<br>UNITED STATES TREASURY<br>OFFICE OF THE TREASURER<br>1500 PENNSYLVANIA AVENUE, NW<br>ROOM 2134<br>WASHINGTON, DC 20220 | VIA HAND DELIVERY<br>US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>VORYS SATER SEYMOUR & PEASE LLP<br>AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | VIA FIRST CLASS U.S. MAIL<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| VIA FIRST CLASS U.S. MAIL<br>WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | VIA FIRST CLASS U.S. MAIL<br>WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

{431441;v1}

Case 08-13141-BLS   Doc 5877-2   Filed 10/01/10   Page 13 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| VIA FIRST CLASS U.S. MAIL | VIA FIRST CLASS U.S. MAIL |
|---|---|
| WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **VIA HAND DELIVERY**<br>WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 198901 | **VIA FIRST CLASS U.S. MAIL**<br>WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |

{1431441;v1}