# SIGN-IN-SHEET

CASE NAME: Tribune Company  
CASE NO. 08-13141-KJC  
COURTROOM LOCATION: 5  
DATE: 10/4/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtors |
| James Conlan | Sidley | " |
| James Bendernagel | " | " |
| Kevin Lantry | | " |
| Don Liebentritt | Tribune | |
| Madlyn Primoff | Kaye Scholer | Merrill Lynch |
| Jim Penn | " | " |
| Derek Abbott | Morris Nichols | Certain Step One Lenders |
| Adam Friedman | Olshan | " |
| Howard Kaplan | Arcin Kaplan | |
| Paul Silverstein | Andrews Kurth | Ad Hoc Trade Committee |
| Bill Bowden | Ashby' Geddes | Aurelius |
| Ed Friedman | Friedman Kaplan | " " |
| Dan Golden | Akin Gump | |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: 10/4/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath + Cobb | The Committee |
| Graeme Bush | Zuckerman Spaeder | The Committee |
| Jim Sottile | Zuckerman Spaeder | The Committee |
| Howard Seife | Chadbourne Parke | The Committee |
| Bruce Bennett | Hennigan Bennett | CA Lenders |
| Dan Adler | McCarter + English | DBTCA Indenture Trustee |
| Katharine Mayer | " | " |
| David LeMay | Chadbourne Parke | The Committee |
| Robert Brady | Young Conaway | CA Lenders |
| Thomas Hogan | Womble Carlyle | Great Bank |
| Robert-Stark | Brown Rudnick | Wilmington Trust |
| Martin Siegel | " | |
| Jennifer Hoover | Benesch Friedlander | |

# SIGN-IN-SHEET

**CASE NAME:** Tribune
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** 10/4/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Don Bernstein | Davis Polk | JPMorgan Chase |
| Damian Schaible | " | " |
| Bob Stearn | MMF | |
| Laurie Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |
| R. Steven McNeill | " | " |
| David Powlen | Barnes & Thornburg | MORGAN STANLEY |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 10/04/2010
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

2nd Revision 10/04/2010 06:07 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779269 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777163 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779141 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777132 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777306 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779290 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3776746 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3776903 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777279 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3781392 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3775158 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777612 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777857 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |

| Case | Case Name | Type | ID | Name | Phone | Firm | Representing | Status |
|---|---|---|---|---|---|---|---|---|
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779064 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3777542 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779305 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779299 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779203 | Jeffrey Farkas | (614) 577-1120 | RBS Securities, Inc. | Interested Party, RBS Greenwich Capital / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3776768 | Gregory W. Fox | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LIVE | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3764971 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3778298 | Adam H. Friedman | 212-451-2216 | Olshan Grundman Frome Rosenzweig | Creditor, Step One Credit Agreement Lenders / LIVE | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3778050 | Joshua A Gadharf | (312) 902-5208 | Katten Muchin Rosenman LLP | Interested Party, Katten & Muchin Rosenman LLP / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3773578 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3776642 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3776804 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LIVE | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779243 | Peter Gruszka | (312) 416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779062 | Thomas Hals | 610-544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779087 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3777291 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779270 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE | |
| 08-13141 | Tribune Company and Chicago Tribune Company | Hearing | 3779273 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3776659 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3770926 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777153 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777617 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3776653 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779298 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3780474 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779278 | Jillian McClelland-Ludwig | (312) 853-5761 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779369 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3774805 | Karen S. Park | (212) 756-2036 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3769327 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779361 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777623 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779235 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3675157 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3722874 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777608 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779274 Michael L. Simes | (212) 506-2607 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779154 Douglas A. Sondgeroth | (312) 222-9350 Jenner & Block LLP | Interested Party, EGI-TRB / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777389 Usman Tahir | (212) 527-8137 Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3777159 Andrew M. Thau | (212) 692-5178 Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3778493 David B. Thompson | (212) 688-7526 Gruss & Company, LLC | Creditor, David Thompson / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779279 Amit K. Trehan | (212) 506-2500 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3665605 Andrew Vail | (312) 840-8688 Jenner & Block LLP | Interested Party, EGI-TRB, LLC. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3779307 Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3778010 Brian Whittman | (312) 601-4227 Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |