

# HAMILTON

P.O. Box 398
Beecher, Illinois 60401
(708) 946-2208
Fax # (708) 946-3733
Sales Dept. 1-800-398-2427

**CIRCULATION SUPPLIES CO.**

Thursday, September 30, 2010

Attn:  United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Cc:  DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Re:  Hamilton Circulation Supplies – Claims Transferred

Dear Sir or Madam,

Our accounting department received several letters in the mail referring to claims that Hamilton Circulation Supplies never held in regards to the Tribune Company. I am including all pertinent information and copies of all letters we received. There is one letter that was correct, and I am including the paperwork to confirm that we **did** transfer our claim in the amount of $1,100.50, regarding docket numbers 5757-5759.

However, we have **never** held any claims regarding dockets numbered: 5753, 5725, 5750, or 5755. I believe this is just a case of someone else's paperwork being sent to our address, but I wanted to send all information back to you and to the company to whom the claims were transferred to help you avoid any mix-ups.

Please let me know if there is anything further that you need from Hamilton Circulation Supplies. Thank you very much for your time.

Sincerely,

Carrie E. Dolan
Accounting
Hamilton Circulation Supplies Co. Inc.
cdolan@hamiltoncirculation.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Ref. Docket No. 5753 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To: COMMUNITIES IN SCHOOLS
PO BOX 722
ALLENTOWN, PA 18105

> Not Hess

Your claim, in the amount of **$1,000.00** has been transferred, unless previously expunged by Court Order, to:

DACA 2010L, LP
1565 HOTEL CIRCLE SOUT, SUITE 310
SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number 5753 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ *Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on September 23, 2010.

*We never held this claim* CB 9/30/10

SEP 27 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., <br> Debtors. | Case No. 08-13141 (KJC) <br><br> Jointly Administered <br> Ref. Docket No. 5725 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To: ABM SECURITY
3580 WILSHIRE BLVD, SUITE 1130
LOS ANGELES, CA 90010

> Not Hos

Your claim, in the amount of **$740.00** has been transferred, unless previously expunged by Court Order, to:

DACA 2010L, LP
1565 HOTEL CIRCLE SOUT, SUITE 310
SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number **5725** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ Justina M. Betro
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on September 23, 2010.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

SEP 2 7 2010

In re:

TRIBUNE COMPANY, et al.,
            Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered
Ref. Docket No. 5750

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To:    AKADEMIC FOUNDATION INC.
       1630 NW 26TH TERR
       FT. LAUDERDALE, FL 33311

> Not HCS

Your claim, in the amount of **$200.00** has been transferred, unless previously expunged by Court Order, to:

DACA 2010L, LP
1565 HOTEL CIRCLE SOUT, SUITE 310
SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number **5750** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ *Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on September 23, 2010.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

SEP 2 7 2010

In re:

TRIBUNE COMPANY, et al.,
                 Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered
Ref. Docket No. 5755

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To:    DELTA BULK TRANSPORT
        66 WESTERN AVE
        W SPRINGFIELD, MA 01089

Not HCS

Your claim, in the amount of $1,158.94 has been transferred, unless previously expunged by Court Order, to:

    DACA 2010L, LP
    1565 HOTEL CIRCLE SOUT, SUITE 310
    SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number 5755 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ Justina M. Betro
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on September 23, 2010.

*CORRECT — Yes, we transferred this claim. CED 9/30/10*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

SEP 2 7 2010

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., Debtors. | Case No. 08-13141 (KJC) |
| | Jointly Administered Ref. Docket No. 5757 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To:  HAMILTON CIRCULATION SUPPLIES
PO BOX 398
BEECHER, IL 60401-0398

*This is total amt. of all claims we held against the Trib!*

Your claim, in the amount of **$1,100.50** has been transferred, unless previously expunged by Court Order, to:

DACA 2010L, LP
1565 HOTEL CIRCLE SOUT, SUITE 310
SAN DIEGO, CA 92108

*See Attached paperwork.*

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number 5757-5759 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ *Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on September 23, 2010.

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph: 619-220-8900/ Fax 619-220-8112

AUG 1 8 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ) CHAPTER 11
)
) Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al., ) (Jointly Administered)
)
Debtors ) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE
)
) Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed claim of **HAMILTON CIRCULATION SUPPLIES** ("Transferor") against the Debtor in the amount of **$330.43 (Claim No. 874)**, as listed within the Claims Register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $330.43 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**HAMILTON CIRCULATION SUPPLIES**
**P.O. BOX 398 BEECHER IL 60401-0398**

Print Name _Carrie Dolan_   Title _Accounting_
Signature _Carrie S. Dolan_   Date _9/9/10_
Updated Address if needed) _____

Phone (708) 946-2208  Fax (708) 946-3733  E-Mail cdolan@hamiltoncirculation.com

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
Andrew Whatnall

Mail Ref# 1-165
2601594  Epiq. Sch No. 152027660

**DEBT ACQUISITION COMPANY**
**OF AMERICA**

1565 Hotel Circle South, Suite 310 • San Diego, CA 92108
800/400-5033 • 619/220-8900 • fax 619/220-8112 • www.daca4.com

August 17, 2010

HAMILTON CIRCULATION SUPPLIES
ATTN: A/R
P.O. BOX 398
BEECHER IL 60401-0398

Dear Claim Holder:

Debt Acquisition Company of America V, LLC is prepared to pay immediate cash for bankruptcy claims held against **Tribune Co and affiliate Chicago Tribuine Co.**

Your claim in the amount of **$330.43** was listed in the schedules of assets and liabilities filed with the U.S. Bankruptcy Court. Bankruptcy Court records also indicate that you filed a Proof of Claim in the amount of **$330.43.**

**OFFER:**
We propose to purchase your claim for a cash payment, to you, in the amount of **$165.22.**

To accept our offer, **simply complete the reverse side of this letter and return it by fax (619-220-8112), mail, or email (awhatnall@daca4.com).**

**TERMS OF THE OFFER:**
In exchange for the transfer of your claim, we will send you a check for **$165.22** within five business days of our receipt of the Notice of Transfer document and supporting documentation, if requested.

We must receive your signed acceptance by September 15, 2010. Claims are purchased on a first come first serve basis, and we reserve the right to reject any claims presented.

**BANKRUPTCY PROCESS:**
Companies file for Chapter 11 bankruptcy to obtain the protection given by the bankruptcy laws in order to reorganize their affairs. The debtor cannot and will not pay claims without a court-approved plan of reorganization or a court order. To review the status of the plan of reorganization or other filings in this bankruptcy case, you can contact the debtor, debtor's counsel, or the unsecured creditors' committee.

**QUESTIONS:**
For more information regarding our company, please visit our website at www.daca4.com. If you have any further questions, please contact our office at the number listed above or by e-mail (awhatnall@daca4.com).

Sincerely,

*[signature]*
Andrew Whatnall

**COMPLETE THE NOTICE OF TRANSFER ON THE BACK** ⟹

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

AUG 1 8 2010

In re:                                      ) CHAPTER 11
                                            )
                                            ) Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                    ) (Jointly Administered)
                                            )
         Debtors                            ) NOTICE OF TRANSFER OF CLAIM
                                            ) OTHER THAN FOR SECURITY AND
                                            ) WAIVER OF NOTICE
                                            )
                                            ) Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed claim of **HAMILTON CIRCULATION SUPPLIES** ("Transferor") against the Debtor in the amount of **$161.41 (Claim No. 873)**, as listed within the Claims Register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $161.41 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**HAMILTON CIRCULATION SUPPLIES**
**P.O. BOX 398  BEECHER IL 60401-0398**

Print Name  Carrie Dolan            Title  Accounting
Signature   Carrie G. Dolan          Date   9/9/10
Updated Address if needed) _____

Phone (708) 946-2208    Fax (708) 946-3733    E-Mail cdolan@hamiltoncirculation.com

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
              Andrew Whatnall

Mail Ref# 1-81
2601593    Epiq. Sch No. 210013360

# DEBT ACQUISITION COMPANY OF AMERICA

1565 Hotel Circle South, Suite 310 • San Diego, CA 92108
800/400-5033 • 619/220-8900 • fax 619/220-8112 • www.daca4.com

August 17, 2010

HAMILTON CIRCULATION SUPPLIES
ATTN: A/R
P.O. BOX 398
BEECHER IL 60401-0398

Dear Claim Holder:

Debt Acquisition Company of America V, LLC is prepared to pay immediate cash for bankruptcy claims held against **Tribune Co and affiliate The Daily Press Inc.**

Your claim in the amount of **$161.41** was listed in the schedules of assets and liabilities filed with the U.S. Bankruptcy Court. Bankruptcy Court records also indicate that you filed a Proof of Claim in the amount of **$161.41**.

### OFFER:
We propose to purchase your claim for a cash payment, to you, in the amount of **$80.71**.

To accept our offer, **simply complete the reverse side of this letter and return it by fax (619-220-8112), mail, or email (awhatnall@daca4.com)**.

### TERMS OF THE OFFER:
In exchange for the transfer of your claim, we will send you a check for **$80.71** within five business days of our receipt of the Notice of Transfer document and supporting documentation, if requested.

We must receive your signed acceptance by September 15, 2010. Claims are purchased on a first come first serve basis, and we reserve the right to reject any claims presented.

### BANKRUPTCY PROCESS:
Companies file for Chapter 11 bankruptcy to obtain the protection given by the bankruptcy laws in order to reorganize their affairs. The debtor cannot and will not pay claims without a court-approved plan of reorganization or a court order. To review the status of the plan of reorganization or other filings in this bankruptcy case, you can contact the debtor, debtor's counsel, or the unsecured creditors' committee.

### QUESTIONS:
For more information regarding our company, please visit our website at www.daca4.com. If you have any further questions, please contact our office at the number listed above or by e-mail (awhatnall@daca4.com).

Sincerely,

Andrew Whatnall

**COMPLETE THE NOTICE OF TRANSFER ON THE BACK** ⟹

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

AUG 1 8 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              ) CHAPTER 11
                                                    )
                                                    ) Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            ) (Jointly Administered)
                                                    )
        Debtors                                     ) NOTICE OF TRANSFER OF CLAIM
                                                    ) OTHER THAN FOR SECURITY AND
                                                    ) WAIVER OF NOTICE
                                                    )
                                                    . Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed claim of HAMILTON CIRCULATION SUPPLIES ("Transferor") against the Debtor in the amount of $608.66 (Claim No. 872), as listed within the Claims Register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $608.66 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
HAMILTON CIRCULATION SUPPLIES
P.O. BOX 398 BEECHER IL 60401-0398

Print Name  Carrie Dolan                    Title  Accounting
Signature   Carrie G. Dolan                 Date   9/9/10

Updated Address if needed) _____

Phone (708) 946-2208   Fax (708) 946-3733   E-Mail cdolan@hamiltoncirculation.com

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
                Andrew Whatnall

Mail Ref# 1-304
2601592    Epiq. Sch No. 248003990

**DEBT ACQUISITION COMPANY OF AMERICA**

1565 Hotel Circle South, Suite 310 • San Diego, CA 92108
800/400-5033 • 619/220-8900 • fax 619/220-8112 • www.daca4.com

August 17, 2010

HAMILTON CIRCULATION SUPPLIES
ATTN: A/R
P.O. BOX 398
BEECHER IL 60401-0398

Dear Claim Holder:

Debt Acquisition Company of America V, LLC is prepared to pay immediate cash for bankruptcy claims held against **Tribune Co and affiliate Virginia Gazette Companies LLC.**

Your claim in the amount of **$608.66** was listed in the schedules of assets and liabilities filed with the U.S. Bankruptcy Court. Bankruptcy Court records also indicate that you filed a Proof of Claim in the amount of **$608.66**.

**OFFER:**
We propose to purchase your claim for a cash payment, to you, in the amount of **$304.33**.

**To accept our offer, simply complete the reverse side of this letter and return it by fax (619-220-8112), mail, or email (awhatnall@daca4.com).**

**TERMS OF THE OFFER:**
In exchange for the transfer of your claim, we will send you a check for **$304.33** within five business days of our receipt of the Notice of Transfer document and supporting documentation, if requested.

We must receive your signed acceptance by September 15, 2010. Claims are purchased on a first come first serve basis, and we reserve the right to reject any claims presented.

**BANKRUPTCY PROCESS:**
Companies file for Chapter 11 bankruptcy to obtain the protection given by the bankruptcy laws in order to reorganize their affairs. The debtor cannot and will not pay claims without a court-approved plan of reorganization or a court order. To review the status of the plan of reorganization or other filings in this bankruptcy case, you can contact the debtor, debtor's counsel, or the unsecured creditors' committee.

**QUESTIONS:**
For more information regarding our company, please visit our website at www.daca4.com. If you have any further questions, please contact our office at the number listed above or by e-mail (awhatnall@daca4.com).

Sincerely,

*[signature]*

Andrew Whatnall

**COMPLETE THE NOTICE OF TRANSFER ON THE BACK** ⇨