UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                     :   Jointly Administered
                                                             :
                          Debtors.                           :   Hearing Date: (Negative Notice)
------------------------------------------------------------ X   Objections Due: 09/29/10 @ 4:00 p.m.

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 5646

The undersigned hereby certifies that he has received no objection or other response to the **Twelfth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses** (D.I. No. 5646) dated September 9, 2010 (the "Application"). The undersigned further certifies that he has reviewed the court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the notice, objections to the application were to be served no later than 4:00 p.m. on September 29, 2010.

Dated: Wilmington, Delaware
      October 5, 2010

                                        ZUCKERMAN SPAEDER LLP

                                        /s/ Thomas G. Macauley
                                        Thomas G. Macauley (ID No. 3411)
                                        919 Market Street, Suite 990
                                        Wilmington, DE 19801
                                        Telephone: (302) 427-0400
                                        Facsimile: (302) 427-8242

                                        Special Counsel to Official Committee
                                        of Unsecured Creditors

2757454.1