IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In Re: | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.* | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. 5881 |
| | : | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Gordon Z. Novod, Esquire *pro hac vice* is granted.

Dated: October 5, 2010

_____
KEVIN J. CAREY
Chief United States Bankruptcy Judge