**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**JOINT VERIFIED STATEMENT OF REPRESENTATION OF MORE
THAN ONE CREDITOR BY ARKIN KAPLAN RICE LLP, OLSHAN
GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP AND
MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Howard Kaplan, on behalf of Arkin Kaplan Rice, LLP ("AKR"), and Adam Friedman, on behalf of Olshan Grundman Frome Rosenzweig & Wolosky LLP ("OGFRW") and Derek Abbott on behalf of Morris, Nichols, Arsht & Tunnell LLP ("MNAT"), as legal counsel respectively, for more than one creditor in these jointly-administered chapter 11 cases, hereby file their Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and state as follows:

1. On December 8, 2008, Tribune Company ("Tribune") and certain of its subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. AKR, OGFRW and MNAT represent a number of individual creditors in connection with their holdings of Step One indebtedness governed by the Credit Agreement, dated as of May 17, 2007 (as amended, the "Credit Agreement"), by and among Tribune, each lender from time to time a party thereto, and certain financial institutions and administrative agent, syndication agent, co-documentation agents, and joint lend arrangers and joint bookrunners.

3. The names and addresses of the individual creditors currently represented by AKR, OGFRW and MNAT are identified on Exhibit A, attached hereto (together, the "Step One Credit

Agreement <u>Lenders</u>"). The aggregate principal amount of Step One claims held by the Step One Credit Agreement Lenders against the Debtors currently totals approximately $767,748,214.53.

4. AKR, OGFRW and MNAT do not represent the Step One Credit Agreement Lenders as a committee and do not undertake to represent the interests of any creditor, party in interest, or other entity that has not signed a retention agreement with AKR, OGFRW and MNAT.

5. AKR's and OGFRW's representation of the Step One Credit Agreement Lenders commenced on or about August 10, 2010. OGFRW contacted MNAT and requested that it serve as Delaware counsel with respect to the matter. MNAT's representation of the Step One Credit Agreement Lenders commenced as of September 26, 2010.

6. Neither AKR, OGFRW nor MNAT hold any prepetition claim or interest against the Debtors.

I, Derek Abbott, on behalf of MNAT, certify under penalty of perjury that the foregoing statements as to MNAT are true and correct and to the best of my knowledge and belief.

Dated: October 5, 2010                     *Counsel to the Step One Credit Agreement Lenders*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
/s/ Derek Abbott
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

I, Howard Kaplan, on behalf of AKR, certify under penalty of perjury that the foregoing statements as to AKR are true and correct and to the best of my knowledge and belief.

Dated: October 5, 2010                ARKIN KAPLAN RICE LLP

/s/Howard Kaplan
Howard Kaplan
590 Madison Avenue, 35th Floor
New York, NY  10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

I, Adam Friedman, on behalf of OGFRW, certify under penalty of perjury that the foregoing statements as to OGFRW are true and correct and to the best of my knowledge and belief.

Dated: October 5, 2010                OLSHAN GRUNDMAN FROME
                                      ROSENZWEIG & WOLOSKY LLP

/s/Adam Friedman
Adam Friedman
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

3812899.2