# EXHIBIT A

**JOINT VERIFIED STATEMENT OF REPRESENTATION OF MORE THAN ONE CREDITOR BY ARKIN KAPLAN RICE LLP, OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

## EXHIBIT A

| CLIENT | ADDRESS |
|---|---|
| Alden Global Capital | 885 Third Avenue<br>34th Floor<br>New York, NY 10022 |
| Arrowgrass Distressed Opportunities Fund Limited | 245 Park Avenue<br>39th Floor<br>New York, NY 10167 |
| Arrowgrass Fund Ltd. | 245 Park Avenue<br>39th Floor<br>New York, NY 10167 |
| Blue Mountain Capital Management LLC | 280 Park Avenue<br>5th Floor East<br>New York, NY 10017 |
| CFIP Master Fund, Ltd. | 71 South Wacker Drive<br>Suite 3495<br>Chicago, IL 60606 |
| Citadel Securities LLC | 601 Lexington Avenue<br>New York, New York 10022 |
| Cooperstown Capital Management LLC | Five Greenwich Office Park<br>4th Floor<br>Greenwich, CT 06831 |
| ECO Management, LP<br>(Eos Partners, LP) | 320 Park Avenue<br>22nd Floor<br>New York, New York 10022 |
| GreyWolf Capital Management LP | 4 Manhatanville Road<br>Purchase, New York 10577 |
| Intermarket Corp. | 1370 Avenue of the Americas<br>Suite 3302<br>New York, New York 10019 |
| Newstart Factors, Inc. | 281 Tresser Boulevard<br>Suite 1501<br>Stamford, CT 06901 |
| Normandy Hill Capital LP | 150 East 52nd Street<br>10th Fl. |

|  | New York, NY  10022 |
|---|---|
| OCP Investment Trust | 910 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Onex Debt Opportunity Fund, Ltd. | 910 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Seneca Capital Investments, LP | Seneca Capital<br>590 Madison Avenue<br>NY, NY  10022 |
| Soros Fund Management LLC | 888 Seventh Avenue<br>New York, NY  10016 |
| Waterstone Capital Mgmt. L.P. | 2 Carlson Parkway<br>Suite 260<br>Plymouth, MN 55447 |
| Wexford Capital LP | 411 West Putnam Avenue<br>Greenwich, CT  06830 |