# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING
## FINAL APPLICATION OF KLEE, TUCHIN, BOGDANOFF & STERN LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the Order Appointing

Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses

for Professionals and Consideration of Fee Applications [Docket No. 546] (the "**Fee Examiner**

**Order**") in connection with the *Final Application of Klee, Tuchin, Bogdanoff & Stern LLP* [Docket

No. 5582] (the "**Fee Application**").   The Fee Application seeks approval of fees that total

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

$4,411,195.25 and reimbursement of expenses that total $74,927.81 for the period April 30, 2010 through August 20, 2010, and "allowance of fees and expenses incurred and to be incurred in connection with the preparation and prosecution of this final application and the final application of the Examiner." *Fee Application, p. 2.* Kenneth N. Klee, Esq. ("**Mr. Klee**" or the "**Examiner**") served as Examiner in these chapter 11 cases. The Examiner retained his law firm, Klee, Tuchin, Bogdanoff & Stern LLP ("**KTB&S**") as Counsel to the Examiner, Saul Ewing LLP ("**Saul Ewing**") as Delaware Counsel to the Examiner, and LECG, LLC ("**LECG**") as Financial Advisor to the Examiner, each of which filed separate final fee applications (collectively, the "**Examiner's Professionals**").

## Background

1.     On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.     On April 20, 2010, the Court entered the *Agreed Order Directing the Appointment of an Examiner* [Docket 4120] (the "**Examiner Order**"), which, among other things, directed the Office of the United States Trustee (the "**U.S. Trustee**") to appoint an examiner in these cases pursuant to section 1104(c)(1) of the Bankruptcy Code. The Court directed the Examiner to (i) evaluate whether there were potential claims and causes of action held by the Debtors' estates in connection with the leveraged buy-out of Tribune that occurred in 2007 (the "**LBO**"), (ii) evaluate whether Wilmington Trust Company violated the automatic stay under 11 U.S.C. § 362 by filing a complaint on March 3, 2010, (iii) evaluate the assertions and defenses made by certain parties in connection with the Motion of JPMorgan Chase Bank, N.A. for Sanctions against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order, and (iv) otherwise perform the duties of an examiner set forth in 11 U.S.C. §§ 1106(a)(3) and (4) (as limited by the Examiner Order) (collectively, the "**Investigation**").

3.     On April 30, 2010, the U.S. Trustee filed a *Notice of Appointment of Examiner* [Docket No. 4212] appointing Mr. Klee as the Examiner, and the *Application of the United States Trustee for Order Approving Appointment of Examiner* [Docket No. 4213] (collectively, the "**Examiner Retention Application**").

4.     On May 7, 2010, the Examiner filed the *Work and Expense Plan of Examiner-Designate Kenneth N. Klee, Esq.* [Docket No. 4261] (the "**Work Plan**").  The Work Plan indicated that "[b]ased on the information that is *currently* available to the Examiner at this stage, the Examiner's preliminary estimate is that the Investigation and preparation of the report required by the Examiner Order will cost approximately $4 to $5 million in fees and costs."  *Work Plan, ¶ 34* (emphasis in original).  On May 10, 2010, the Court held a status conference regarding the appointment of the Examiner and adopted the Work Plan.

5.     On May 11, 2010, the Court entered the *Order Approving Appointment of Examiner* [Docket No. 4320] (the "**Second Examiner Order**") and the *Order Approving Work and Expense Plan and Modifying Examiner Order* [Docket No. 4321) (the "**Supplemental Order**").

6.     On May 12, 2010, the Examiner filed the *Application of the Examiner for an Order Authorizing the Retention of Klee, Tuchin, Bogdanoff & Stern LLP as Counsel to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket No. 4356] (the "**KTB&S Retention Application**").   On May 19, 2010, the Court entered the *Order Authorizing the Retention of Klee, Tuchin, Bogdanoff & Stern LLP as Counsel to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket No. 4498] (the "**KTB&S Retention Order**").

7.     On May 15, 2010, the Examiner filed the *Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket No. 4358] (the "**Saul Ewing Retention Application**"). On May 19, 2010, the Court entered the *Order Pursuant to Section 327 of the Bankruptcy Code Authorizing the Employment*

of *Saul Ewing LLP as Delaware Counsel to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket No. 4499] (the "**Saul Ewing Retention Order**").

8.      On May 15, 2010, the Examiner filed the *Application of the Examiner for an Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket 4360] (the "**LECG Retention Application**").  On May 19, 2010, the Court entered the *Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket No. 4500] (the "**LECG Retention Order**").

9.      On June 16, 2010, the Examiner filed the *Supplement Re: Examiner's Work and Expense Plan of Court-Appointed Examiner, Kenneth N. Klee, Esq.* [Docket No. 4797] (the "**Supplemental Work Plan**") apprising the Court of the progress of the Investigation (as amended by the Second Examiner Order and Supplemental Order) and advising the Court that the scope and breadth of the work requested to complete the Investigation was substantially greater than anticipated when the Work Plan was filed, prior to the commencement of the Investigation.  The Supplemental Work Plan indicated that "the Examiner estimates that fees and expenses will exceed the original preliminary estimate and may well end up between $7.5 and $8 million." *Supplemental Work Plan, p. 3.*

10.      On August 3, 2010, after issues pertaining to potentially confidential information had been resolved, the Examiner publicly filed his report setting forth the findings and conclusions from the Investigation.  *See Report of Kenneth N. Klee, as Examiner (Volume One)* [Docket No. 5247]; *Report of Kenneth N. Klee, as Examiner (Volume Two)* [Docket No. 5248]; *Report of Kenneth N. Klee, as Examiner (Volume Three)* [Docket No. 5249]; and *Report of Kenneth N. Klee, as Examiner (Volume Four)* [Docket No. 5250] (the "**Report**").  The Examiner's Fee Application indicated that the "Report comprises over 1,400 pages of factual narrative and legal analysis, contains over 4,600 footnotes, addresses the 38 witness interviews conducted by the Examiner and his professionals, cites to over 600 case authorities, and references approximately 1,100 exhibits substantiating the statements and

conclusions contained in the Report, which exhibits themselves comprise over 21,000 pages." *Fee Application, ¶14.*

11.    On August 26, 2010, the Court entered an order discharging the Examiner of his duties effective as of August 20, 2010 [Docket No. 5541].

12.    KTB&S submitted the Fee Application on August 31, 2010 pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

**Applicable Standards**

13.    In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order ¶¶ 1, 3.*

14.    The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

15.    Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).* In evaluating the

amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

16.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

17.    The Fee Examiner completed the preliminary evaluation of the Fee Application, the Examiner Order, the KTB&S Retention Application, the KTB&S Retention Order, the Work Plan, the Supplemental Work Plan, the Second Examiner Order, the Supplemental Order, the retention applications, retention orders and related fee applications of the Examiner's Professionals, the Interim Compensation Order, and certain related filings and provided a Preliminary Report to KTB&S for review and comment. The Fee Examiner engaged in a long and detailed telephone conference with Martin Barash and Lee Bogdanoff from KTB&S regarding the issues raised in the Preliminary Report, and after that discussion the Fee Examiner received supplemental information from KTB&S regarding

certain categories of fees and expenses.  After evaluation and consideration of all information provided

by KTB&S, the Fee Examiner submits this Final Report for the Court's consideration.  This Final

Report is in a format designed to quantify and present factual data relevant to whether the requested

fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code

and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee

and/or expense reimbursement request for the professional and the basis for such proposed consensual

resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

18.    **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount

of fees and expenses requested in the Fee Application (**"Fees Requested"** and **"Expenses Requested"**)

to the fees and expenses actually documented in the electronic and/or hard copy data received from the

firm (**"Fees Computed"** and **"Expenses Computed"**).  The Fee Examiner determined that the Fees

Requested exceed the Fees Computed by $204.00, resulting in an apparent overcharge.    The

discrepancy is the result of task hours within one entry that do not equal the time billed for the entry as

a whole, as displayed in the following table.    The Fee Examiner invited comment from KTB&S

regarding the overcharge.

| Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|--------|-----------------|------------|------|--------------|----------------|-------------|---------------|-----------------|----------------|
| Questions 2 & 3 | Shenson | 05/24/10 | $680.00 | 0.80 | 0.50 | $544.00 | $340.00 | 0.30 | $204.00 |
| | | | | | | | Total Discrepancy (Overcharge) | 0.30 | $204.00 |

In response to the Preliminary Report, KTB&S agreed to a voluntary fee reduction in

the amount of $204.00.

The Fee Examiner further determined that there is no discrepancy between the

Expenses Requested and the Expenses Computed.  The figures in this report and the accompanying

exhibits reflect Fees Computed and Expenses Computed.

19.    **Block Billing.**  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[2]  The Fee Examiner identified block billed entries totaling 462.03 hours with associated fees of $319,242.33 (approximately 7% of the Fees Computed) as displayed in **Exhibit A**[3] to the Preliminary Report.  The Fee Examiner invited comment from KTB&S regarding the block billed entries.

In response to the Preliminary Report, KTB&S first asserted the firm's general compliance with the bankruptcy billing requirements given the time constraints, and then explained to the Fee Examiner how certain entries related to cohesive, contemporaneous tasks that would have been difficult to segregate into separate tasks.  The firm asserted that many entries actually represented instances where KTB&S timekeepers attempted to avoid vaguely described entries by including as much descriptive information as possible, creating the false impression that multiple, separate tasks were undertaken.  After discussion with KTB&S regarding the time entries of concern to the Fee Examiner, and given the non-prevalence of block billing throughout the Fee Application, the Fee Examiner makes no recommendation for a fee reduction.  Exhibit A is omitted from this report.

20.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an

---

[2] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

[3] The Preliminary and Final Reports include exhibits that detail and support the findings discussed therein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

hour." *UST Guidelines ¶(b)(4)(v)*.  KTB&S complied with the applicable guidelines regarding time increments.

**Review of Fees**

21.    **General Comment.**  The Fee Examiner's review of the Fee Application, the fee applications filed by the Examiner and other Examiner's Professionals, and the Report leads to the conclusion that KTB&S, Mr. Klee, and his other retained professionals performed a tremendous amount of work in a short period of time.  In particular, the Fee Application explained the exigencies involved in completing the Investigation.  The Fee Examiner was cognizant of this reality throughout the analysis of the Fee Application and the applications filed by the Examiner and the other Examiner's Professionals.

The Fee Examiner invited comment from KTB&S regarding the budgets and the fee and expense totals included in the firm's Fee Application and the fee applications filed by the Examiner, Saul Ewing, and LECG.  The firm responded on behalf of the Examiner as well as KTB&S, and that response is set forth in the Final Report for the Examiner's fee application.

The other general comment made in the Preliminary Report concerned the management, staffing, and division of labor for witness interviews and the drafting of the Report.  The Fee Examiner's primary concern was the manner in which various phases and projects within the Investigation were organized to maximize efficiency and avoid duplication of effort, particularly between KTB&S and Saul Ewing.  KTB&S and the Fee Examiner held a lengthy discussion on the issue, and the Fee Examiner requested that the firm supplement that conversation with a written explanation of the management of the Investigation and all steps taken to avoid excessive work efforts, unnecessary work, duplication within a given law firm, and duplication among the Examiner's Professionals.  While Mr. Klee was ultimately responsible for the Investigation and the Report, KTB&S was responsible for the overall project management.  The Fee Examiner shares with the Court the following information and statements from KTB&S:

-9-

- Lee Bogdanoff was the lead lawyer for the engagement. Mr. Bogdanoff organized, coordinated, and directed the work of the Examiner's various professional firms and the work of the lawyers within KTB&S. Mark Minuti was the lead lawyer for Saul Ewing, taking direction from Mr. Bogdanoff, relaying Mr. Bogdanoff's assignments to the professionals at Saul Ewing, and supervising the allocation of work within Saul Ewing. Before Saul Ewing embarked on a task of any consequence, Mr. Minuti conferred with Mr. Bogdanoff to confirm exactly what was to be accomplished and that the work was not duplicative of work being performed by any other professionals. Mr. Minuti also afforded Mr. Bogdanoff direct access to attorneys at Saul Ewing, so that he could directly communicate the Examiner's wishes to those individuals.

- Given the broad scope of the Examiner's assignment and the limited timeframe, frequent communications among the Examiner's professionals (within and between firms) was absolutely essentially to avoid inefficiencies and help focus the Investigation and the Report writing process.

- Although there were certain broad categories of work for which each firm was generally responsible, the two firms attempted to act in many ways like a single "synthetic" law firm. Tasks were assigned to professionals based upon the nature of the work involved, the expertise required, and the availability of personnel at the two firms. Thus, lawyers at the two firms were sometimes given tasks relating to the same general topic, but their tasks were designed to be different and not duplicative.

- Mr. Bogdanoff and Martin Barash developed a master outline of factual issues and legal issues to be addressed in the Report. Each of the Examiner's Professionals was given specific parts of that outline to investigate, develop, and draft. During the investigation, Mr. Bogdanoff prepared supplemental memoranda to the advisors setting forth the work to be performed and the deadlines for completion. As to the factual statement, a small group of lawyers at KTB&S was responsible for developing the "the basic facts" – the facts relating to the players, the dozens of relevant transaction documents, and implementation of the transactions. As the investigation unfolded, this team was requested to analyze additional documents and augment this portion of the fact section of the Report.

- Additionally, KTB&S developed a list of so-called "factual silos" comprising areas of disputed or heretofore undeveloped facts. These factual silos included topics (and subtopics) such as: Tribune's financial performance before Step One, after Step One, and immediately before Step Two; the activities of management, lenders, investment bankers, and equity holders at each of those moments in time; the facts and circumstances surrounding preparation of the VRC solvency analyses and the merits of those analyses; the preparation of solvency analyses by other parties to the transactions; the LATI intercompany debt transactions; and the Finance/Broadcasting Holdco transactions. Specific topics and/or subtopics within these and other factual silos were specifically assigned to KTB&S, Saul Ewing and LECG to investigate and prepare initial drafts. The professionals at those firms examined the briefs and other submissions of the parties, informal interviews, depositions and a document repository of more than 3 million pages to develop the facts with respect to these topics.

- Mr. Bogdanoff directed that in each instance someone other than the author of a particular section review and fact check each and every section drafted. Ultimately, KTB&S attorneys thereafter reviewed, revised and integrated those narratives – and reviewed the exhibits

referenced therein – into a single report. This process essentially was continued as interviews were completed, new facts came to light, and supplements to previously drafted sections came in from Saul Ewing and LECG – a process that continued until shortly before the Report was filed.

- For legal issues – which numbered in excess of 100 – Mr. Bogdanoff likewise assigned particular firms (and within KTB&S, particular individuals) to deal with researching and drafting the basic statement of the law. With only a few exceptions, KTB&S personnel handled all of the bankruptcy law issues and Saul Ewing handled the common law issues. As they were drafted, the legal sections were collected, reviewed, and integrated into the Report by KTB&S attorneys. As the legal issues in dispute were refined, Mr. Bogdanoff sometimes would request that individuals perform supplemental research on the matters covered in the basic statement of law.

- Ultimately, with input and direction from the Examiner, Mr. Bogdanoff wrote the vast majority of narrative in which the facts adduced were applied to the legal principals in connection with the first question presented to the Examiner ("Question One") addressing claims, causes of action and defenses relating to the leveraged buyout transactions, and the ultimate conclusions drawn from that analysis. Other individuals at KTB&S served as draftspersons for the remaining two questions presented to the Examiner ("Question Two" and "Question Three").

- In addition to their investigative and report-drafting responsibilities, Saul Ewing was tasked as the firm principally responsible for coordinating, scheduling, preparing for, and conducting the Examiners' sworn and unsworn interviews across the country. Where appropriate – because a particular witness was likely to provide testimony regarding issues that were assigned to both SE and KTB&S to investigate and draft – an attorney from KTB&S (Rob Pfister) also participated in a few of the interviews in person or by teleconference. The exigencies of time and the intricacies of those issues made it more efficient to have him involved. His participation was directed at issues other than those assigned to Saul Ewing. KTB&S handled all of the interviews relating to Questions Two and Three.

- Mr. Bogdanoff and David Fidler of KTB&S also worked closely with LECG to indentify and limit tasks. A work plan was developed early on, and Mr. Bogdanoff regularly communicated with Mr. Craig Elson of LECG regarding tasks and time estimates.

- There were over 3,000 potential exhibits considered by the team, and approximately 1,100 referenced in and submitted with the Report. Upon arrival at KTB&S those exhibits were reviewed to determine whether they were duplicates of documents already used in the Report, whether they were from a nonpublic source, and whether they were truly confidential.

The Fee Examiner expressed general and specific concerns to the Examiner's Professionals regarding the overall project management and staffing. While certain specific issues are addressed in the various final reports filed by the Fee Examiner, from the information available to the Fee Examiner it appears meaningful efforts were undertaken to ensure efficiency and avoid excess or duplication.

22.   **Firm Staffing.**   The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.   The Fee Application provided the names, positions, and hourly rates of the 16 KTB&S professionals and paraprofessionals who billed to this matter, consisting of 9 partners, 2 of counsel, 2 associates, 1 paralegal, and 2 law clerks.   A summary of hours and fees billed by each timekeeper is displayed in **Exhibit B**.

The invoices displayed a total of 7,390.20 hours; however, KTB&S issued a "no charge" for 114.10 hours, yielding a billed total of 7,276.10 hours with associated fees of $4,410,991.25.[4]   The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 4,373.00 | 59% | $3,104,373.25 | 70% |
| Of Counsel | 1,312.50 | 18% | 778,158.50 | 18% |
| Associate | 692.70 | 9% | 332,244.50 | 8% |
| Paralegal | 419.30 | 6% | 99,825.00 | 2% |
| Law Clerk | 592.70 | 8% | 96,390.00 | 2% |
| TOTAL | 7,390.20 | 100% | $4,410,991.25 | 100% |

The blended hourly rate for the KTB&S professionals is $660.81 and the blended hourly rate for professionals and paraprofessionals is $596.87.

23.   **Hourly Rate Increases.**   KTB&S did not increase the hourly rate of any timekeeper during the course of the firm's retention.

24.   **Potential Double Billing.**   Potentially double billed entries are tasks that appear to be duplicated (*i.e.*, invoiced on the same date by the same timekeeper with identical or nearly identical descriptions and time increments).   The Fee Examiner identified two such billing activities.   The entries

---

[4] This amount reflects the Fees Computed.

are displayed in **Exhibit C**, and the questioned tasks, totaling 2.20 hours with associated fees of $1,499.50, are highlighted in bold print and marked with an ampersand [&] in the exhibit.

In response to the Preliminary Report, KTB&S agreed to a voluntary fee reduction in the amount of $1,499.50 for the entries highlighted in the attached Exhibit C.

25.     **Timekeepers' Roles.**  A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the task entries of each timekeeper to evaluate his or her contribution, including a comparison to others' efforts. On the whole, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. The Fee Examiner identified one timekeeper whose role or efforts appeared unnecessary, but KTB&S issued a "no charge" for that timekeeper's fee entries.

26.     **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*.  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more KTB&S timekeepers (not including Mr. Klee) attended the same meeting, conference, hearing, or other event. The entries, totaling 67.60 hours with $51,785.75 in associated fees, were displayed in **Exhibit D** to the Preliminary Report. As required by the Local Rules and the UST Guidelines, the Fee Application contained sufficient detail generally explaining the necessity of multiple timekeepers at meetings, conferences, hearings or other events. Nonetheless, KTB&S and the Fee Examiner thoroughly discussed the

conferences identified in the exhibit. The firm divided the conferences into three general categories (plenary meetings with Debtors' counsel, hearings on the Examiner's appointment and the Supplemental Work Plan, and conference calls with LECG) and explained the purpose and necessity of the multiple firm timekeepers. KTB&S also noted the hundreds of meetings where only one firm timekeeper was present. Given the detail provided in the Fee Application, the additional information provided by KTB&S during conversation with the Fee Examiner, and the exigencies of the retention -- including the sizeable undertaking required by the Examiner and the Examiner's Professionals necessitating timekeepers to prepare for various aspects of the Investigation and the limited time demanded by the case -- the Fee Examiner makes no recommendation for a fee reduction. Exhibit D is omitted from this report.

27.    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by KTB&S timekeepers describing intraoffice conferences totaling 215.43 hours with $144,122.83 in associated fees, or approximately 3% of the Fees Computed as displayed in **Exhibit E** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 173.95 hours with $117,123.50 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner invited comment from KTB&S regarding the necessity of the intraoffice conferences, particularly where more than one timekeeper invoiced fees associated with the same conference.

In response to the Preliminary Report, KTB&S stressed the need for occasional intraoffice conferencing to ensure consistency in the factual development of the Investigation, to eliminate the potential for duplication of effort, and to promote efficiency given the expedited nature of the Investigation. The firm asserted that (i) many of the project issues were interrelated and therefore

-14-

multiple firm timekeepers had to be kept informed of developments as they occurred, and (ii) speaking to one another was often faster and more efficient than exchanging written information. Finally, KTB&S divided the intrafirm communication into three general categories (weekly team meetings, the Memorial Day Weekend meetings, and post-Memorial Day conferences) and explained the necessity of the timekeepers in attendance. Given the extensive discussion on the issue and the relatively minimal amount of fees (3%) resulting from intraoffice conferences, the Fee Examiner makes no recommendation for a fee reduction. Exhibit E is omitted from this Report.

28.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

a.    **Vague Communications.**  The Fee Examiner identified entries totaling 34.08 hours with $22,128.33 in associated fees in which a conference or other communication was not described with sufficient detail. The billing entries typically identified the subject matter of the communications but failed to describe the participants to the communication. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and violated the applicable guidelines. The entries in question were provided to KTB&S **Exhibit F** to the Preliminary Report.

In response to the Preliminary Report, KTB&S asserted that in most instances the context of the time entry could be derived from the entirety of the invoice and the Fee Application. Nonetheless, the firm and the Fee Examiner reviewed the time entries in the exhibit and KTB&S demonstrated the ability and willingness to supplement each of the task descriptions. After discussion with the firm, the Fee Examiner makes no recommendation for a fee reduction. Exhibit F is omitted from this Report.

    b.  **Rote/Repetitive Tasks.** The Fee Examiner's primary concern with the Fee Application related to potentially duplicative and/or excessive fees resulting from drafting the Report and preparing the related exhibits. The Fee Examiner reviewed the substantive detail of each billing entry and identified numerous task descriptions describing such work that were repetitive and rote in nature. For example, law clerk Matthew K. Larssen utilized the billing narrative "Prepare background section of Examiner's report" on 25 separate occasions from May 25, 2010 through July 24, 2010 with time increments ranging from 1.00 hour to 10.30 hours. Paralegal Shanda D. Pearson utilized the billing narrative "Work on exhibits to Examiner's report" on 19 separate occasions from July 1, 2010 through July 23, 2010 with time increments ranging from 4.20 hours to 10.20 hours. Additionally, partner Jennifer L. Dinkelman and partner Ronn S. Davids recorded the billing narrative "Draft statement of facts" on 47 separate occasions from May 24, 2010 through June 18, 2010 with time increments ranging from 1.80 hours to 11.80 hours. The foregoing examples and other patterns of repetitive billing entries were provided to KTB&S in **Exhibit G** to the Preliminary Report. Taken cumulatively, the repetitive billing narratives masked the true nature of the services rendered and potentially hid duplicative, excessive, or otherwise non-compensable services.

    The firm's response to this issue was a lengthy explanation of the duties performed by each timekeeper at issue and is encompassed in the written statement elicited by the Fee Examiner and recorded in part in Paragraph 21 of this report. KTB&S provided particulars regarding the individual timekeepers, stating that Ms. Pearson's efforts did not constitute clerical work but instead

-16-

involved preparing the 1,100 exhibits to the Report. The firm explained that Ms. Dinkelman and Mr. Davids worked on separate sections of the massive statement of facts, and while their billing narratives appear rote and facially duplicative the tasks performed were in fact unique, necessary, and non-duplicative. Given the firm's representations and assertions as well as the additional information conveyed regarding the rote/repetitive task descriptions, the Fee Examiner makes no recommendation for a fee reduction. Exhibit G is included with this report for the Court's reference.

29.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner did not identify any time entries describing administrative activities.

30.    **Clerical Activities.** Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[5] The Fee Examiner reviewed each timekeeper's task descriptions activities and identified numerous entries describing clerical activities, including but not limited to organizing materials, updating calendars, preparing contact lists, and assembling binders. The questioned entries were displayed in **Exhibit H** to the Preliminary Report and totaled 149.35 hours with $34,177.50 in associated fees. The Fee Examiner noted that KTB&S issued a "no charge" or otherwise wrote off nine of the tasks, which appear in the exhibit for comparison purposes.

In response to the Preliminary Report, KTB&S agreed to adjust the rate for the activities questioned by the Fee Examiner to $80.00 per hour. The resulting voluntary fee reduction amounts to $23,189.50 as displayed in the attached Exhibit H.

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

31.    **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. KTB&S properly billed all fee entries describing nonworking travel at half rate. The Fee Examiner noted several billing entries reference working travel activities, and requested that KTB&S review the entries displayed in **Exhibit I** to the Preliminary Report and confirm that 100% of the recorded time reflected compensable billing activities and that no portion of the recorded time should be allocated to nonworking travel.

In response to the Preliminary Report, KTB&S first explained that the firm uses separate entry coding for working and non-working travel and stated that the firm is vigilant regarding the proper categorization of travel time. In response to the Fee Examiner's request, KTB&S stated that each of the time entries was again reviewed and confirmed by the relevant timekeepers as working travel which is compensable at full hourly rates. The Fee Examiner makes no recommendation for a fee reduction, and Exhibit I is omitted from this report.

32.    **KTB&S Retention/Compensation.** KTB&S billed 73.70 hours with associated fees of $29,492.00 to prepare the firm's retention documents and applications for compensation, which computes to less than 1% of the Fees Computed. The fee entries describing retention/compensation activities are displayed in **Exhibit J**, which is included with this Final Report for the Court's reference.

33.    **The Examiner's and Examiner's Professionals' Retention/Compensation.** KTB&S billed 25.20 hours with associated fees of $10,328.50 for activities relating to the retention and compensation of the Examiner and the Examiner's Professionals (excluding KTB&S). The fee entries are displayed in **Exhibit K**, which is included with this Final Report for the Court's reference.

### Review of Expenses

34.    **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual

incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide

that expenses "must be actual and necessary and supported by documentation as appropriate" and that

applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense

(*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant,

name of the person incurring the expense and purpose of the expense. Itemized expenses should be

identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research,

airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. KTB&S provided an

itemization for the firm expenses that included the category, the date, the description, the amount, and

the name of the timekeeper who incurred the charge.

35.    **Photocopies.** The Local Rules provide that copying charges shall not exceed $0.10 per

page. *Local Rule 2016-2(e)(iii)*. The Fee Application stated that the firm's rate for internal duplicating

charges is $0.10 per page.

36.    **Computer Assisted Legal Research.** The Local Rules provide that computer assisted

legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*. The firm

requested reimbursement for computer assisted legal research charges totaling $19,724.24, and the Fee

Application stated that KTB&S billed the actual cost of the services without any surcharge.

37.    **Travel Expenses.**

a.    **Airfare.** The Fee Application stated that airfare was purchased at the "lowest

refundable rate." The Fee Examiner requested from KTB&S additional information regarding two

airfare charges that did not appear to have any corresponding fee entries. The two charges indicated

roundtrip airfare in July 2010 between Los Angeles, California, and Philadelphia, Pennsylvania, for

partners Lee R. Bogdanoff and Martin R. Barash.

In response to the Preliminary Report, KTB&S stated that the charges were

inadvertently included in the Fee Application, and accordingly the firm agreed to an expense reduction

in the amount of $2,597.60.

        b.     **Travel Meals.**  In this Court, the Fee Examiner applies the following per person ceilings for meals:  $15.00 for breakfast, $25.00 for lunch, and $50.00 for dinner.  Several meal charges appeared to exceed the ceiling amounts.  The Fee Examiner requested that KTB&S provide information regarding the type of meal (breakfast, lunch, or dinner) and the number of attendees for each meal listed in **Exhibit L** to the Preliminary Report.

        In response, KTB&S provided supplemental information indicating the type of meal and the number of attendees for each meal charge.  Applying the cost limitations to the supplemental information provided results in an agreed upon expense reduction in the amount of $108.58 as displayed in the revised Exhibit L included with this report.

        c.     **Lodging.**  In this Court, the Fee Examiner applies a $350.00 per night ceiling for domestic lodging.  The Fee Examiner provided KTB&S an exhibit (**Exhibit M** to the Preliminary Report) detailing lodging costs and applying the ceiling.

        In response, KTB&S provided supplemental information regarding the lodging charges.  Applying the cost limitations to the supplemental information provided results in an agreed upon expense reduction in the amount of $2,932.77 as displayed in the revised Exhibit M included with this report.

CONCLUSION

        The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $4,386,302.25 ($4,411,195.25 minus $24,893.00) and reimbursement of expenses in the amount of $69,288.86 ($74,927.81 minus $5,638.95) for the period from April 30, 2010 through August 20, 2010.  The findings are summarized in the attached Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____
   John L. Decker
   3840 McKelvey Road
   St. Louis, Missouri  63044
   Telephone:    (314) 291-3030
   Facsimile:    (314) 291-6546
   tribunebkr@smmj.com

   *Fee Examiner*

## APPENDIX A

## KLEE, TUCHIN, BOGDANOFF & STERN LLP

### SUMMARY OF FINDINGS

#### Final Application (April 30, 2010 through August 20, 2010)

##### A.     Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $4,411,195.25 | |
| Expenses Requested | 74,927.81 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $4,486,123.06 |
| | | |
| Fees Computed | $4,410,991.25 | |
| Expenses Computed | 74,927.81 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $4,485,919.06 |
| | | |
| Discrepancy in Fees | $      204.00 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $      204.00 |

##### B.     Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $4,411,195.25 | |
| *Agreed Reduction for Discrepancy in Fees* | *($     204.00)* | |
| *Agreed Reduction for Potential Double Billing* | *(1,499.50)* | |
| *Agreed Reduction for Clerical Activities* | *(23,189.50)* | |
| Subtotal | *($24,893.00)* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $4,386,302.25 |
| | | |
| Expenses Requested | $74,927.81 | |
| *Agreed Reduction for Airfare* | *($  2,597.60)* | |
| *Agreed Reduction for Travel Meals* | *(108.58)* | |
| *Agreed Reduction for Lodging* | *(2,932.77)* | |
| Subtotal | *($  5,638.95)* | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 69,288.86 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $4,455,591.11 |

-22-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 7th day of October, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Martin R. Barish, Esq.
Lee R. Bogdanoff, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Alan D. Holtz, Esq.
Managing Director
AlixPartners, LLP
9 West 57th Street, Suite 3420
New York, NY 10019

John L. Decker, Esq.

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT STANDARD RATES
### Klee, Tuchin, Bogdanoff & Stern LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| LRB | Bogdanoff, Lee R. | PARTNER | $0.00 | $895.00 | 946.60 | $830,739.00 |
| MRB | Barash, Martin R. | PARTNER | $0.00 | $715.00 | 795.50 | $551,229.25 |
| RSD | Davids, Ronn S. | PARTNER | $680.00 | $680.00 | 679.80 | $462,264.00 |
| DAF | Fidler, David A. | PARTNER | $0.00 | $680.00 | 644.20 | $432,344.00 |
| JLD | Dinkelman, Jennifer L. | PARTNER | $625.00 | $625.00 | 663.70 | $414,812.50 |
| MCH | Heyn, Matthew C. | PARTNER | $0.00 | $550.00 | 353.60 | $191,125.00 |
| DMS | Stern, David M. | PARTNER | $0.00 | $895.00 | 152.50 | $135,771.50 |
| JSS | Shenson, Jonathan S. | PARTNER | $0.00 | $680.00 | 135.90 | $86,088.00 |
| MLT | Tuchin, Michael L. | PARTNER | $0.00 | $0.00 | 1.20 | $0.00 |
| | No. of Billers for Position: 9 | Blended Rate for Position: | $709.90 | | 4,373.00 | $3,104,373.25 |
| | | | | | % of Total: 59.17% | % of Total: 70.38% |
| RJP | Pfister, Robert J. | OF COUNSEL | $0.00 | $595.00 | 705.20 | $407,158.50 |
| BMM | Metcalf, Brian M. | OF COUNSEL | $0.00 | $625.00 | 607.30 | $371,000.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $592.88 | | 1,312.50 | $778,158.50 |
| | | | | | % of Total: 17.76% | % of Total: 17.64% |
| DB | Brown, Danielle | ASSOCIATE | $0.00 | $490.00 | 685.00 | $327,663.00 |
| EBZ | Zisblatt, Efrat B. | ASSOCIATE | $595.00 | $595.00 | 7.70 | $4,581.50 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $479.64 | | 692.70 | $332,244.50 |
| | | | | | % of Total: 9.37% | % of Total: 7.53% |
| SDP | Pearson, Shanda D. | PARALEGAL | $0.00 | $250.00 | 419.30 | $99,825.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $238.08 | | 419.30 | $99,825.00 |
| | | | | | % of Total: 5.67% | % of Total: 2.26% |
| MKL | Larssen, Matthew K. | LAW CLERK | $0.00 | $170.00 | 356.30 | $59,041.00 |
| KTZ | Zwicker, Kathryn T. | LAW CLERK | $0.00 | $170.00 | 236.40 | $37,349.00 |

EXHIBIT B

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Klee, Tuchin, Bogdanoff & Stern LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 2 | Blended Rate for Position: | $162.63 | | 592.70 | $96,390.00 |
| | | | | | % of Total: 8.02% | % of Total: 2.19% |
| | Total No. of Billers: 16 | Blended Rate for Report: | $596.87 | | 7,390.20 | $4,410,991.25 |

EXHIBIT C

POTENTIAL DOUBLE BILLING

Klee, Tuchin, Bogdanoff & Stern LLP

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 0.20 | 143.00 |
| Fidler, D | 4.20 | 2,856.00 |
| | 4.40 | $2,999.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 0.10 | 71.50 |
| Fidler, D | 2.10 | 1,428.00 |
| | 2.20 | $1,499.50 |

Exhibit C   Page 1 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Klee, Tuchin, Bogdanoff & Stern LLP


POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 4.40 | 2,999.00 |
| | 4.40 | $2,999.00 |


POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 2.20 | 1,499.50 |
| | 2.20 | $1,499.50 |

Exhibit C    Page 2 of 5

EXHIBIT C
POTENTIAL DOUBLE BILLING
Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 05/16/10 Sun | Barash, M 201005-080/547 | 0.10 | 0.10 | 71.50 | | 1 | MATTER NAME: Asset Analysis and Recovery<br>CORRESPONDENCE TO EXAMINER TEAM RE REVISED WILMINGTON COMPLAINT MATERIALS |
| 05/16/10 Sun | Barash, M 201005-080/550 | 0.10 | 0.10 | 71.50 | & | 1 | MATTER NAME: Asset Analysis and Recovery<br>CORRESPONDENCE TO EXAMINER TEAM RE REVISED WILMINGTON COMPLAINT MATERIALS |
| 05/16/10 Sun | Fidler, D 201005-080/534 | 2.10 | 2.10 | 1,428.00 | | 1 | MATTER NAME: Asset Analysis and Recovery<br>TRAVEL FROM LOS ANGELES, CA TO CHICAGO, IL FOR MEETING WITH COMMITTEE COUNSEL AND FINANCIAL ADVISORS (REVIEW FINANCIAL AND LEGAL DOCUMENTS PROVIDED TO CREDITORS' COMMITTEE AND WILMINGTON TRUST, PREPARE FOR MEETING EN ROUTE) |
| 05/16/10 Sun | Fidler, D 201005-080/538 | 2.10 | 2.10 | 1,428.00 | & | 1 | MATTER NAME: Asset Analysis and Recovery<br>TRAVEL FROM LOS ANGELES, CA TO CHICAGO, IL FOR MEETING WITH COMMITTEE COUNSEL AND FINANCIAL ADVISORS (REVIEW FINANCIAL AND LEGAL DOCUMENTS PROVIDED TO CREDITORS' COMMITTEE AND WILMINGTON TRUST, PREPARE FOR MEETING EN ROUTE) |

|  | | | | |
|--|--|--|--|--|
| TOTAL OF ALL ENTRIES | | 4.40 | $2,999.00 |
| TOTAL ENTRY COUNT: | 4 | | |
| TOTAL TASK COUNT: | 4 | | |
| TOTAL OF & ENTRIES | | 2.20 | $1,499.50 |
| TOTAL ENTRY COUNT: | 2 | | |
| TOTAL TASK COUNT: | 2 | | |

EXHIBIT C

POTENTIAL DOUBLE BILLING

Klee, Tuchin, Bogdanoff & Stern LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 0.20 | 143.00 |
| Fidler, D | 4.20 | 2,856.00 |
| | 4.40 | $2,999.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 0.10 | 71.50 |
| Fidler, D | 2.10 | 1,428.00 |
| | 2.20 | $1,499.50 |

Exhibit C   Page 4 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Klee, Tuchin, Bogdanoff & Stern LLP

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 4.40 | 2,999.00 |
| | 4.40 | $2,999.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 2.20 | 1,499.50 |
| | 2.20 | $1,499.50 |

Exhibit C    Page 5 of 5

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, D | 220.80 | 108,192.00 |
| Davids, R | 360.20 | 244,936.00 |
| Dinkelman, J | 439.70 | 274,812.50 |
| Larssen, M | 127.18 | 21,621.17 |
| Pearson, S | 148.60 | 37,150.00 |
| | 1,296.48 | $686,711.67 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 1,296.48 | 686,711.67 |
| | 1,296.48 | $686,711.67 |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| Brown, D | 06/11/10   Fri<br>201006-080/289 | 10.30 | 10.30 | 5,047.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  REVISE EXAMINER'S REPORT |
| | 06/13/10   Sun<br>201006-080/324 | 9.60 | 9.60 | 4,704.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  REVISE EXAMINER'S REPORT |
| | 06/14/10   Mon<br>201006-080/336 | 11.60 | 11.60 | 5,684.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER'S REPORT |
| | 06/15/10   Tue<br>201006-080/355 | 9.10 | 9.10 | 4,459.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER'S REPORT |
| | 06/16/10   Wed<br>201006-080/375 | 10.60 | 10.60 | 5,194.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER'S REPORT |
| | 06/18/10   Fri<br>201006-080/413 | 6.90 | 6.90 | 3,381.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  REVISE/DRAFT EXAMINER'S REPORT |
| | 06/24/10   Thu<br>201006-080/584 | 12.70 | 12.70 | 6,223.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER'S REPORT |
| | 06/25/10   Fri<br>201006-080/620 | 8.20 | 8.20 | 4,018.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  REVISE/EDIT EXAMINER'S REPORT |
| | 06/26/10   Sat<br>201006-080/649 | 7.90 | 7.90 | 3,871.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/EDIT EXAMINER'S REPORT |
| | 06/27/10   Sun<br>201006-080/667 | 6.40 | 6.40 | 3,136.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER'S REPORT |
| | 06/28/10   Mon<br>201006-080/691 | 8.10 | 8.10 | 3,969.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER REPORT |
| | 06/29/10   Tue<br>201006-080/720 | 0.70 | 0.70 | 343.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER'S REPORT |
| | 06/30/10   Wed<br>201006-080/756 | 10.80 | 10.80 | 5,292.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  DRAFT/REVISE EXAMINER'S REPORT |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Brown, D | 07/01/10 201007-080/529 | Thu | 10.80 | 10.80 | 5,292.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW/REVISE EXAMINER'S REPORT |
| | 07/02/10 201007-080/530 | Fri | 9.80 | 9.80 | 4,802.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |
| | 07/04/10 201007-080/538 | Sun | 1.90 | 1.90 | 931.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT/REVISE EXAMINER'S REPORT |
| | 07/07/10 201007-080/539 | Wed | 12.20 | 12.20 | 5,978.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT/REVISE EXAMINER'S REPORT |
| | 07/08/10 201007-080/540 | Thu | 10.90 | 10.90 | 5,341.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT/REVISE EXAMINER'S REPORT |
| | 07/12/10 201007-080/523 | Mon | 2.40 | 2.40 | 1,176.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/EDIT EXAMINER'S REPORT |
| | 07/13/10 201007-080/533 | Tue | 1.90 | 1.90 | 931.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |
| | 07/15/10 201007-080/536 | Thu | 7.30 | 7.30 | 3,577.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |
| | 07/16/10 201007-080/514 | Fri | 3.20 | 3.20 | 1,568.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |
| | 07/17/10 201007-080/516 | Sat | 3.20 | 3.20 | 1,568.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/EDIT EXAMINER'S REPORT |
| | 07/19/10 201007-080/520 | Mon | 6.90 | 6.90 | 3,381.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT/REVISE EXAMINER'S REPORT |
| | 07/20/10 201007-080/522 | Tue | 8.10 | 8.10 | 3,969.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT/REVISE EXAMINER'S REPORT |
| | 07/21/10 201007-080/513 | Wed | 10.30 | 10.30 | 5,047.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Brown, D | 07/23/10 201007-080/537 | Fri | 10.20 | 10.20 | 4,998.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |
| | 07/24/10 201007-080/521 | Sat | 1.20 | 1.20 | 588.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |
| | 07/26/10 201007-080/527 | Mon | 7.60 | 7.60 | 3,724.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVISE/DRAFT EXAMINER'S REPORT |
| | NUMBER OF ENTRIES: | 29 | | 220.80 | 108,192.00 | |
| Davids, R | 05/06/10 201005-080/404 | Thu | 3.80 | 3.80 | 2,584.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED DOCUMENTS |
| | 05/07/10 201005-080/418 | Fri | 6.00 | 6.00 | 4,080.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/08/10 201005-080/423 | Sat | 2.00 | 2.00 | 1,360.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/09/10 201005-080/430 | Sun | 3.80 | 3.80 | 2,584.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/10/10 201005-080/440 | Mon | 7.80 | 7.80 | 5,304.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/11/10 201005-080/460 | Tue | 7.80 | 7.80 | 5,304.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/20/10 201005-080/629 | Thu | 3.50 | 3.50 | 2,380.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/24/10 201005-080/712 | Mon | 10.30 | 10.30 | 7,004.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/25/10 201005-080/742 | Tue | 10.70 | 10.70 | 7,276.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Davids, R | 05/26/10 201005-080/760 | Wed | 10.30 | 10.30 | 7,004.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/27/10 201005-080/790 | Thu | 10.50 | 10.50 | 7,140.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/28/10 201005-080/808 | Fri | 9.80 | 9.80 | 6,664.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/29/10 201005-080/824 | Sat | 4.30 | 4.30 | 2,924.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/30/10 201005-080/829 | Sun | 1.80 | 1.80 | 1,224.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/31/10 201005-080/837 | Mon | 3.80 | 3.80 | 2,584.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/01/10 201006-080/144 | Tue | 11.30 | 11.30 | 7,684.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/02/10 201006-080/156 | Wed | 10.80 | 10.80 | 7,344.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/03/10 201006-080/173 | Thu | 10.30 | 10.30 | 7,004.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/04/10 201006-080/188 | Fri | 9.80 | 9.80 | 6,664.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/05/10 201006-080/194 | Sat | 6.80 | 6.80 | 4,624.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/06/10 201006-080/201 | Sun | 6.50 | 6.50 | 4,420.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/07/10 201006-080/226 | Mon | 11.00 | 11.00 | 7,480.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Davids, R | 06/08/10 201006-080/247 | Tue | 10.80 | 10.80 | 7,344.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/09/10 201006-080/266 | Wed | 11.30 | 11.30 | 7,684.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/10/10 201006-080/282 | Thu | 11.80 | 11.80 | 8,024.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/11/10 201006-080/307 | Fri | 8.80 | 8.80 | 5,984.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/12/10 201006-080/322 | Sat | 5.30 | 5.30 | 3,604.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/14/10 201006-080/348 | Mon | 5.80 | 5.80 | 3,944.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/16/10 201006-080/390 | Wed | 3.80 | 3.80 | 2,584.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/17/10 201006-080/404 | Thu | 10.60 | 10.60 | 7,208.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/18/10 201006-080/432 | Fri | 9.60 | 9.60 | 6,528.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>DRAFT STATEMENT OF FACTS |
| | 06/22/10 201006-080/531 | Tue | 7.70 | 7.70 | 5,236.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/23/10 201006-080/566 | Wed | 2.80 | 2.80 | 1,904.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/24/10 201006-080/606 | Thu | 2.50 | 2.50 | 1,700.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/26/10 201006-080/665 | Sat | 2.30 | 2.30 | 1,564.00 | 1 | *MATTER NAME: Asset Analysis and Recovery*<br>REVIEW AND REVISE STATEMENT OF FACTS |

EXHIBIT G
ROTE/REPETITIVE TASKS
Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Davids, R | 06/27/10 201006-080/676 | Sun | 2.10 | 2.10 | 1,428.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/28/10 201006-080/711 | Mon | 3.80 | 3.80 | 2,584.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/29/10 201006-080/740 | Tue | 4.80 | 4.80 | 3,264.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/30/10 201006-080/776 | Wed | 4.00 | 4.00 | 2,720.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/01/10 201007-080/1129 | Thu | 3.80 | 3.80 | 2,584.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/02/10 201007-080/1126 | Fri | 2.00 | 2.00 | 1,360.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/05/10 201007-080/1100 | Mon | 2.50 | 2.50 | 1,700.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/06/10 201007-080/1125 | Tue | 6.50 | 6.50 | 4,420.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/07/10 201007-080/1123 | Wed | 4.30 | 4.30 | 2,924.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/08/10 201007-080/1114 | Thu | 4.50 | 4.50 | 3,060.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/09/10 201007-080/1149 | Fri | 2.30 | 2.30 | 1,564.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/10/10 201007-080/1152 | Sat | 2.30 | 2.30 | 1,564.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/11/10 201007-080/1151 | Sun | 6.40 | 6.40 | 4,352.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Davids, R | 07/12/10 201007-080/1141 | Mon | 5.30 | 5.30 | 3,604.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/13/10 201007-080/1132 | Tue | 3.80 | 3.80 | 2,584.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/15/10 201007-080/1133 | Thu | 8.00 | 8.00 | 5,440.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/16/10 201007-080/1135 | Fri | 1.80 | 1.80 | 1,224.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/19/10 201007-080/1144 | Mon | 2.80 | 2.80 | 1,904.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/20/10 201007-080/1146 | Tue | 6.80 | 6.80 | 4,624.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/21/10 201007-080/1121 | Wed | 8.50 | 8.50 | 5,780.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/22/10 201007-080/1118 | Thu | 7.30 | 7.30 | 4,964.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/23/10 201007-080/1115 | Fri | 10.80 | 10.80 | 7,344.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 REVIEW AND REVISE STATEMENT OF FACTS |
| | NUMBER OF ENTRIES: | 57 | | 360.20 | 244,936.00 | |
| Dinkelman, J | 05/06/10 201005-080/397 | Thu | 1.50 | 1.50 | 937.50 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/07/10 201005-080/414 | Fri | 7.20 | 7.20 | 4,500.00 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/08/10 201005-080/419 | Sat | 3.10 | 3.10 | 1,937.50 | *MATTER NAME: Asset Analysis and Recovery* <br> 1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Dinkelman, J | 05/09/10<br>201005-080/427 | Sun | 5.20 | 5.20 | 3,250.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/10/10<br>201005-080/434 | Mon | 8.30 | 8.30 | 5,187.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS |
| | 05/11/10<br>201005-080/449 | Tue | 8.20 | 8.20 | 5,125.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, JPMORGAN EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/12/10<br>201005-080/468 | Wed | 8.50 | 8.50 | 5,312.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, JPMORGAN EXAMINER SUBMISSION AND RELATED MATTERS, PREPARE MEMO RE SAME |
| | 05/13/10<br>201005-080/491 | Thu | 7.90 | 7.90 | 4,937.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, JPMORGAN EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/14/10<br>201005-080/513 | Fri | 7.60 | 7.60 | 4,750.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, JPMORGAN EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/15/10<br>201005-080/527 | Sat | 6.80 | 6.80 | 4,250.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, WILMINGTON TRUST EXAMINER SUBMISSION AND RELATED MATTERS, PREPARE MEMO RE SAME |
| | 05/16/10<br>201005-080/541 | Sun | 8.80 | 8.80 | 5,500.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, WILMINGTON TRUST EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/17/10<br>201005-080/557 | Mon | 9.30 | 9.30 | 5,812.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, WILMINGTON TRUST EXAMINER SUBMISSION AND RELATED MATTERS, COMPARE TO RECORD AND PREPARE MEMO |
| | 05/18/10<br>201005-080/574 | Tue | 8.80 | 8.80 | 5,500.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, WILMINGTON TRUST EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/19/10<br>201005-080/595 | Wed | 6.10 | 6.10 | 3,812.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, WILMINGTON TRUST EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/20/10<br>201005-080/619 | Thu | 6.30 | 6.30 | 3,937.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION AND RELATED MATTERS FOR NARRATIVE |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Dinkelman, J | 05/21/10 201005-080/643 | Fri | 8.40 | 8.40 | 5,250.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, DEBTOR'S EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/22/10 201005-080/669 | Sat | 6.50 | 6.50 | 4,062.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 ANALYZE LBO TRANSACTION, DEBTORS' EXAMINER SUBMISSION AND RELATED MATTERS |
| | 05/24/10 201005-080/697 | Mon | 9.30 | 9.30 | 5,812.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/25/10 201005-080/728 | Tue | 10.70 | 10.70 | 6,687.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/26/10 201005-080/751 | Wed | 10.30 | 10.30 | 6,437.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/27/10 201005-080/776 | Thu | 11.20 | 11.20 | 7,000.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/28/10 201005-080/798 | Fri | 9.80 | 9.80 | 6,125.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/29/10 201005-080/815 | Sat | 4.30 | 4.30 | 2,687.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 05/31/10 201005-080/833 | Mon | 3.50 | 3.50 | 2,187.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/01/10 201006-080/132 | Tue | 10.60 | 10.60 | 6,625.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/02/10 201006-080/149 | Wed | 9.70 | 9.70 | 6,062.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/03/10 201006-080/168 | Thu | 10.90 | 10.90 | 6,812.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |
| | 06/04/10 201006-080/180 | Fri | 7.80 | 7.80 | 4,875.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 DRAFT STATEMENT OF FACTS |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Dinkelman, J | 06/05/10 201006-080/190 | Sat | 6.80 | 6.80 | 4,250.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/06/10 201006-080/197 | Sun | 6.50 | 6.50 | 4,062.50 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/07/10 201006-080/207 | Mon | 11.00 | 11.00 | 6,875.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/08/10 201006-080/235 | Tue | 10.80 | 10.80 | 6,750.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/09/10 201006-080/253 | Wed | 11.30 | 11.30 | 7,062.50 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/10/10 201006-080/271 | Thu | 11.80 | 11.80 | 7,375.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/11/10 201006-080/290 | Fri | 8.80 | 8.80 | 5,500.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/12/10 201006-080/312 | Sat | 5.30 | 5.30 | 3,312.50 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/14/10 201006-080/338 | Mon | 5.80 | 5.80 | 3,625.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/16/10 201006-080/377 | Wed | 3.80 | 3.80 | 2,375.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/17/10 201006-080/395 | Thu | 10.60 | 10.60 | 6,625.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/18/10 201006-080/414 | Fri | 9.60 | 9.60 | 6,000.00 | *MATTER NAME: Asset Analysis and Recovery* 1 DRAFT STATEMENT OF FACTS |
| | 06/22/10 201006-080/512 | Tue | 7.70 | 7.70 | 4,812.50 | *MATTER NAME: Asset Analysis and Recovery* 1 REVIEW AND REVISE STATEMENT OF FACTS |

EXHIBIT G
ROTE/REPETITIVE TASKS
Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Dinkelman, J | 06/23/10 201006-080/543 | Wed | 2.80 | 2.80 | 1,750.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/24/10 201006-080/585 | Thu | 2.50 | 2.50 | 1,562.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/28/10 201006-080/692 | Mon | 3.30 | 3.30 | 2,062.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/29/10 201006-080/721 | Tue | 4.80 | 4.80 | 3,000.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 06/30/10 201006-080/758 | Wed | 4.00 | 4.00 | 2,500.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/01/10 201007-080/595 | Thu | 3.80 | 3.80 | 2,375.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/02/10 201007-080/597 | Fri | 2.80 | 2.80 | 1,750.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/03/10 201007-080/603 | Sat | 2.30 | 2.30 | 1,437.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/05/10 201007-080/585 | Mon | 2.50 | 2.50 | 1,562.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/06/10 201007-080/565 | Tue | 6.50 | 6.50 | 4,062.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/07/10 201007-080/566 | Wed | 4.30 | 4.30 | 2,687.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/08/10 201007-080/576 | Thu | 4.50 | 4.50 | 2,812.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/09/10 201007-080/583 | Fri | 3.40 | 3.40 | 2,125.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Dinkelman, J | 07/10/10 201007-080/581 | Sat | 2.30 | 2.30 | 1,437.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/11/10 201007-080/580 | Sun | 6.40 | 6.40 | 4,000.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/12/10 201007-080/600 | Mon | 5.30 | 5.30 | 3,312.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/13/10 201007-080/587 | Tue | 3.80 | 3.80 | 2,375.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/15/10 201007-080/589 | Thu | 4.30 | 4.30 | 2,687.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/16/10 201007-080/591 | Fri | 1.80 | 1.80 | 1,125.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/17/10 201007-080/592 | Sat | 4.70 | 4.70 | 2,937.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/19/10 201007-080/605 | Mon | 2.80 | 2.80 | 1,750.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/20/10 201007-080/607 | Tue | 6.80 | 6.80 | 4,250.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/21/10 201007-080/568 | Wed | 12.50 | 12.50 | 7,812.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/22/10 201007-080/570 | Thu | 5.30 | 5.30 | 3,312.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | 07/23/10 201007-080/574 | Fri | 9.80 | 9.80 | 6,125.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 REVIEW AND REVISE STATEMENT OF FACTS |
| | NUMBER OF ENTRIES: | | 66 | 439.70 | 274,812.50 | |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Larssen, M | 05/25/10    Tue 201005-080/734 | | 1.30 | 1.30 | 221.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 05/26/10    Wed 201005-080/755 | | 2.80 | 2.80 | 476.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 05/27/10    Thu 201005-080/781 | | 3.80 | 3.80 | 646.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 05/28/10    Fri 201005-080/803 | | 0.70 | 0.70 | 119.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINERS REPORT |
| | 06/01/10    Tue 201006-080/134 | | 6.30 | 6.30 | 1,071.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/02/10    Wed 201006-080/152 | | 7.20 | 7.20 | 1,224.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/03/10    Thu 201006-080/171 | | 8.30 | 8.30 | 1,411.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/04/10    Fri 201006-080/182 | | 4.70 | 4.70 | 799.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/05/10    Sat 201006-080/192 | | 6.80 | 6.80 | 1,156.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/06/10    Sun 201006-080/199 | | 3.40 | 3.40 | 578.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/07/10    Mon 201006-080/210 | | 9.50 | 9.50 | 1,615.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/08/10    Tue 201006-080/239 | | 9.50 | 9.50 | 1,615.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/09/10    Wed 201006-080/257 | | 5.20 | 5.20 | 884.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1  PREPARE BACKGROUND SECTION TO EXAMINER'S REPORT |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| Larssen, M | 06/10/10 Thu 201006-080/276 | 10.30 | 10.30 | 1,751.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/11/10 Fri 201006-080/296 | 4.30 | 4.30 | 731.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/14/10 Mon 201006-080/344 | 8.70 | 8.70 | 1,479.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION FOR EXAMINER'S REPORT |
| | 06/17/10 Thu 201006-080/396 | 8.30 | 4.15 | 705.50 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND AND EXAMINER'S FINDINGS SECTION OF TRIBUNE EXAMINER'S REPORT;<br>2 COLLECT AND ORGANIZE SOURCES FOR CITATIONS |
| | 06/18/10 Fri 201006-080/416 | 6.20 | 6.20 | 1,054.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/21/10 Mon 201006-080/489 | 6.70 | 6.70 | 1,139.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/22/10 Tue 201006-080/518 | 6.30 | 6.30 | 1,071.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/23/10 Wed 201006-080/555 | 9.30 | 3.10 | 527.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT;<br>2 CATALOGUE AND COORDINATE SAUL EWING EXHIBITS;<br>3 CITE CHECK AND FORMAT CITATIONS TO SAUL EWING SUBMISSIONS |
| | 06/25/10 Fri 201006-080/625 | 8.40 | 4.20 | 714.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT;<br>2 EDIT AND CITE CHECK SAUL EWING SUBMISSIONS |
| | 06/26/10 Sat 201006-080/657 | 2.20 | 0.73 | 124.67 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT;<br>2 DRAFT SECTION ON MLPFS ENGAGEMENT;<br>3 EDIT AND CITE CHECK SAUL EWING SUBMISSION |
| | 07/22/10 Thu 201007-080/211 | 2.00 | 2.00 | 340.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Larssen, M | 07/24/10 201007-080/242 | Sat | 1.00 | 1.00 | 170.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 PREPARE BACKGROUND SECTION OF EXAMINER'S REPORT |
| | NUMBER OF ENTRIES: | 25 | | 127.18 | 21,621.17 | |
| Pearson, S | 07/01/10 201007-080/1168 | Thu | 6.80 | 6.80 | 1,700.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/03/10 201007-080/1169 | Sat | 4.60 | 4.60 | 1,150.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/05/10 201007-080/1170 | Mon | 8.40 | 8.40 | 2,100.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/06/10 201007-080/1178 | Tue | 9.60 | 9.60 | 2,400.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/07/10 201007-080/1179 | Wed | 9.40 | 9.40 | 2,350.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/08/10 201007-080/1167 | Thu | 8.20 | 8.20 | 2,050.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/09/10 201007-080/1182 | Fri | 13.20 | 13.20 | 3,300.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/11/10 201007-080/1173 | Sun | 10.10 | 10.10 | 2,525.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/12/10 201007-080/1171 | Mon | 4.80 | 4.80 | 1,200.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/13/10 201007-080/1176 | Tue | 7.20 | 7.20 | 1,800.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/14/10 201007-080/1175 | Wed | 8.40 | 8.40 | 2,100.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|---|
| Pearson, S | 07/15/10 201007-080/1174 | Thu | 10.20 | 10.20 | 2,550.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/16/10 201007-080/1172 | Fri | 8.30 | 8.30 | 2,075.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/18/10 201007-080/1180 | Sun | 4.20 | 4.20 | 1,050.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/19/10 201007-080/1177 | Mon | 9.30 | 9.30 | 2,325.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/20/10 201007-080/1164 | Tue | 7.40 | 7.40 | 1,850.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/21/10 201007-080/1159 | Wed | 7.60 | 7.60 | 1,900.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/22/10 201007-080/1166 | Thu | 4.20 | 4.20 | 1,050.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | 07/23/10 201007-080/1189 | Fri | 6.70 | 6.70 | 1,675.00 | *MATTER NAME: Asset Analysis and Recovery*<br>1 WORK ON EXHIBITS TO EXAMINER'S REPORT |
| | NUMBER OF ENTRIES: | 19 | | 148.60 | 37,150.00 | |
| Total | | | | 1,296.48 | $686,711.67 | |
| Number of Entries: | 196 | | | | | |

EXHIBIT G

ROTE/REPETITIVE TASKS

Klee, Tuchin, Bogdanoff & Stern LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, D | 220.80 | 108,192.00 |
| Davids, R | 360.20 | 244,936.00 |
| Dinkelman, J | 439.70 | 274,812.50 |
| Larssen, M | 127.18 | 21,621.17 |
| Pearson, S | 148.60 | 37,150.00 |
| | 1,296.48 | $686,711.67 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 1,296.48 | 686,711.67 |
| | 1,296.48 | $686,711.67 |

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Larssen, M | 2.00 | 340.00 | 160.00 | 180.00 |
| Pearson, S | 147.35 | 33,837.50 | 10,828.00 | 23,009.50 |
| | 149.35 | $34,177.50 | $10,988.00 | $23,189.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Asset Analysis and Recovery | 22.10 | 5,365.00 | 1,768.00 | 3,597.00 |
| Case Administration | 121.95 | 27,862.50 | 8,916.00 | 18,946.50 |
| Fee/Employment Applications | 1.10 | 275.00 | 88.00 | 187.00 |
| Questions Two & Three | 0.30 | 75.00 | 24.00 | 51.00 |
| Witness Interviews/Discovery | 3.90 | 600.00 | 192.00 | 408.00 |
| | 149.35 | $34,177.50 | $10,988.00 | $23,189.50 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Larssen, M | 06/29/10   Tue 201006-080/727 | 0.70 | 0.70 | 119.00 | 56.00 | 63.00 | MATTER NAME: Asset Analysis and Recovery 1 ORGANIZE SAUL EWING EXHIBITS FOR BACKGROUND SECTION OF EXAMINER'S REPORT |
| | 06/30/10   Wed 201006-080/766 | 1.30 | 1.30 | 221.00 | 104.00 | 117.00 | MATTER NAME: Asset Analysis and Recovery 1 ORGANIZE R&J AND SAUL EWING EXHIBITS TO EXAMINER'S REPORT |
| | TOTAL FOR TIMEKEEPER: | | 2.00 | $340.00 | $160.00 | $180.00 | |
| | NUMBER OF ENTRIES:     2 | | | | | | |
| Pearson, S | 04/30/10   Fri 201004-010/10 | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | MATTER NAME: Case Administration 1 COORDINATE ADMINISTRATIVE PROCEDURES |
| | 05/01/10   Sat 201005-010/9 | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | MATTER NAME: Case Administration 1 PREPARE CAPTION PAGE TEMPLATE |
| | 05/03/10   Mon 201005-010/12 | 0.80 | 0.80 | 200.00 | 64.00 | 136.00 | MATTER NAME: Case Administration 1 PREPARE CONTACT LIST RE EXAMINER'S PROFESSIONALS |
| | 05/07/10   Fri 201005-010/42 | 1.30 | 1.30 | 325.00 | 104.00 | 221.00 | MATTER NAME: Case Administration 1 WORK ON CONTACT LISTS |
| | 05/10/10   Mon 201005-010/63 | 5.40 | 5.40 | 1,350.00 | 432.00 | 918.00 | MATTER NAME: Case Administration 1 CREATE SHAREFILES FOR RECORDS, SELECT DOCUMENTS |
| | 05/10/10   Mon 201005-010/64 | 0.60 | 0.60 | 150.00 | 48.00 | 102.00 | MATTER NAME: Case Administration 1 PREPARE MASTER INVESTIGATION CALENDAR AND COMMUNICATIONS LOG |
| | 05/11/10   Tue 201005-010/69 | 1.30 | 1.30 | 325.00 | 104.00 | 221.00 | MATTER NAME: Case Administration 1 MANAGE SHAREFILES, ADD DOCUMENTS |
| | 05/12/10   Wed 201005-010/73 | 6.30 | 6.30 | 1,575.00 | 504.00 | 1,071.00 | MATTER NAME: Case Administration 1 MANAGE SHAREFILES, ADD DOCUMENTS AND KEY DATA |
| | 05/12/10   Wed 201005-040/356 | 0.40 | 0.40 | 100.00 | 32.00 | 68.00 | MATTER NAME: Fee/Employment Applications 1 PREPARE EXHIBITS TO KTB&S EMPLOYMENT APPLICATION |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Pearson, S | 05/13/10   Thu 201005-010/83 | 6.20 | 6.20 | 1,550.00 | 496.00 | 1,054.00 | *MATTER NAME: Case Administration*<br>1 MANAGE SHAREFILES, UPDATE EXAMINER'S DATABASE |
| | 05/14/10   Fri 201005-010/93 | 1.30 | 1.30 | 325.00 | 104.00 | 221.00 | *MATTER NAME: Case Administration*<br>1 PREPARE INVESTIGATION CALENDAR |
| | 05/18/10   Tue 201005-010/106 | 5.30 | 5.30 | 1,325.00 | 424.00 | 901.00 | *MATTER NAME: Case Administration*<br>1 MANAGE SHAREFILES, ADD DOCUMENTS, ORGANIZE SAME |
| | 05/19/10   Wed 201005-010/110 | 4.70 | 4.70 | 1,175.00 | 376.00 | 799.00 | *MATTER NAME: Case Administration*<br>1 MANAGE SHAREFILES, EXAMINER'S DATABASE |
| | 05/20/10   Thu 201005-010/113 | 5.60 | 5.60 | 1,400.00 | 448.00 | 952.00 | *MATTER NAME: Case Administration*<br>1 MANAGE SHAREFILES, ADD AND ORGANIZE DOCUMENTS |
| | 05/24/10   Mon 201005-010/128 | 6.60 | 3.30<br>3.30 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | *MATTER NAME: Case Administration*<br>1 PREPARE BINDERS OF BRIEFS AND EXHIBITS;<br>2 SET UP WAR ROOMS |
| | 05/25/10   Tue 201005-010/132 | 9.20 | 4.60<br>4.60 | 1,150.00<br>1,150.00 | 368.00<br>368.00 | 782.00<br>782.00 | *MATTER NAME: Case Administration*<br>1 SET UP DOCUMENT AND DATA (KEY DOCUMENTS FOR EXAMINER TEAM);<br>2 ORGANIZE AND MANAGE SHAREFILES |
| | 05/27/10   Thu 201005-010/143 | 2.40 | 2.40 | 600.00 | 192.00 | 408.00 | *MATTER NAME: Case Administration*<br>1 UPDATE MASTER INVESTIGATION CALENDAR AND COMMUNICATIONS LOG |
| | 05/28/10   Fri 201005-010/144 | 0.80 | 0.80 | 200.00 | 64.00 | 136.00 | *MATTER NAME: Case Administration*<br>1 ORGANIZE AND MANAGE SHAREFILES, UPDATE AND ADD DATA |
| | 05/28/10   Fri 201005-010/145 | 0.40 | 0.40 | 100.00 | 32.00 | 68.00 | *MATTER NAME: Case Administration*<br>1 UPDATE MASTER INVESTIGATION CALENDAR |
| | 06/01/10   Tue 201006-010/3 | 0.70 | 0.70 | 0.00 | 0.00 | 0.00 | *MATTER NAME: Case Administration*<br>1 ORGANIZE AND MANAGE DOCUMENT EVIDENCE |
| | 06/01/10   Tue 201006-010/4 | 0.40 | 0.40 | 100.00 | 32.00 | 68.00 | *MATTER NAME: Case Administration*<br>1 UPDATE MASTER INVESTIGATION CALENDAR |

\* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Pearson, S | 06/01/10    Tue 201006-097/927 | 0.80 | 0.80 | 200.00 | 64.00 | 136.00 | *MATTER NAME: Witness Interviews/Discovery* 1 REVISE J. SELL INTERVIEW BINDERS |
| | 06/02/10    Wed 201006-010/11 | 5.60 | 5.60 | 1,400.00 | 448.00 | 952.00 | *MATTER NAME: Case Administration* 1 MANAGE ADDITIONS TO DATABASE |
| | 06/03/10    Thu 201006-010/17 | 6.30 | 6.30 | 1,575.00 | 504.00 | 1,071.00 | *MATTER NAME: Case Administration* 1 ORGANIZE AND MANAGE DATA, ADD NEW MATERIALS AND CIRCULATE |
| | 06/03/10    Thu 201006-010/18 | 0.10 | 0.10 | 25.00 | 8.00 | 17.00 | *MATTER NAME: Case Administration* 1 ANALYZE REVISED DOCUMENT TEMPLATE |
| | 06/04/10    Fri 201006-010/21 | 4.40 | 4.40 | 1,100.00 | 352.00 | 748.00 | *MATTER NAME: Case Administration* 1 MAINTAIN DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/07/10    Mon 201006-010/25 | 3.20 | 3.20 | 800.00 | 256.00 | 544.00 | *MATTER NAME: Case Administration* 1 MAINTAIN DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/07/10    Mon 201006-010/26 | 1.70 | 1.70 | 0.00 | 0.00 | 0.00 | *MATTER NAME: Case Administration* 1 PREPARE BINDER WITH DOCUMENTS RE DEBTORS' RESPONSE TO EXAMINER'S 5/28 INQUIRY |
| | 06/08/10    Tue 201006-010/29 | 7.30 | 3.65 | 912.50 | 292.00 | 620.50 | *MATTER NAME: Case Administration* 1 ANALYZE REPLY BRIEFS; 2 SUPPLEMENT WAR ROOMS RE SAME |
| | 06/08/10    Tue 201006-010/30 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Case Administration* 1 UPDATE INVESTIGATION CALENDAR |
| | 06/09/10    Wed 201006-010/35 | 4.00 | 4.00 | 1,000.00 | 320.00 | 680.00 | *MATTER NAME: Case Administration* 1 UPDATE INVESTIGATION CALENDAR |
| | 06/09/10    Wed 201006-010/36 | 0.40 | 0.40 | 100.00 | 32.00 | 68.00 | *MATTER NAME: Case Administration* 1 MAINTAIN DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/09/10    Wed 201006-097/957 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Witness Interviews/Discovery* 1 UPDATE T. WHAYNE INTERVIEW BINDERS |

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Pearson, S | 06/09/10    Wed 201006-097/959 | 1.50 | 1.50 | 0.00 | 0.00 | 0.00 | *MATTER NAME: Witness Interviews/Discovery* 1 PREPARE BINDERS RE T. WHAYNE INTERVIEW |
| | 06/10/10    Thu 201006-010/38 | 0.40 | 0.40 | 100.00 | 32.00 | 68.00 | *MATTER NAME: Case Administration* 1 UPDATE INVESTIGATION CALENDAR |
| | 06/11/10    Fri 201006-010/45 | 0.80 | 0.80 | 200.00 | 64.00 | 136.00 | *MATTER NAME: Case Administration* 1 UPDATE INVESTIGATION CALENDAR |
| | 06/11/10    Fri 201006-010/46 | 3.80 | 3.80 | 950.00 | 304.00 | 646.00 | *MATTER NAME: Case Administration* 1 MAINTAIN DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/14/10    Mon 201006-010/48 | 0.80 | 0.80 | 200.00 | 64.00 | 136.00 | *MATTER NAME: Case Administration* 1 MAINTAIN DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/15/10    Tue 201006-010/49 | 1.40 | 1.40 | 350.00 | 112.00 | 238.00 | *MATTER NAME: Case Administration* 1 LOCATE DOCUMENTS DESIGNATED AS CONFIDENTIAL |
| | 06/15/10    Tue 201006-010/50 | 0.50 | 0.50 | 125.00 | 40.00 | 85.00 | *MATTER NAME: Case Administration* 1 MAINTAIN DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/16/10    Wed 201006-097/996 | 1.30 | 1.30 | 325.00 | 104.00 | 221.00 | *MATTER NAME: Witness Interviews/Discovery* 1 LOCATE DOCUMENTS DESIGNATED AS CONFIDENTIAL |
| | 06/17/10    Thu 201006-010/55 | 6.20 | 6.20 | 1,550.00 | 496.00 | 1,054.00 | *MATTER NAME: Case Administration* 1 LOCATE DOCUMENTS DESIGNATED AS CONFIDENTIAL, REVIEW, ORGANIZE |
| | 06/17/10    Thu 201006-010/56 | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | *MATTER NAME: Case Administration* 1 MANAGE DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/18/10    Fri 201006-010/58 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Case Administration* 1 UPDATE INVESTIGATION CALENDAR |
| | 06/21/10    Mon 201006-010/66 | 0.80 | 0.80 | 200.00 | 64.00 | 136.00 | *MATTER NAME: Case Administration* 1 UPDATE DOCUMENT DOCUMENT EVIDENCE |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Pearson, S | 06/22/10    Tue 201006-010/79 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Case Administration* 1 UPDATE INVESTIGATION CALENDAR |
| | 06/22/10    Tue 201006-010/80 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Case Administration* 1 ORGANIZE AND UPDATE DOCUMENT DOCUMENT EVIDENCE |
| | 06/22/10    Tue 201006-080/535 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Asset Analysis and Recovery* 1 UPDATE INTERVIEWEE LIST FOR EXAMINER'S REPORT |
| | 06/23/10    Wed 201006-010/85 | 0.20 | 0.20 | 50.00 | 16.00 | 34.00 | *MATTER NAME: Case Administration* 1 UPDATE INVESTIGATION CALENDAR |
| | 06/23/10    Wed 201006-010/86 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Case Administration* 1 UPDATE DOCUMENT DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/23/10    Wed 201006-080/568 | 3.70 | 3.70 | 925.00 | 296.00 | 629.00 | *MATTER NAME: Asset Analysis and Recovery* 1 LOCATE DOCUMENTS DESIGNATED AS CONFIDENTIAL |
| | 06/24/10    Thu 201006-010/89 | 0.40 | 0.40 | 100.00 | 32.00 | 68.00 | *MATTER NAME: Case Administration* 1 UPDATE DOCUMENT EVIDENCE, ADD DOCUMENTS |
| | 06/25/10    Fri 201006-080/639 | 4.30 | 4.30 | 1,075.00 | 344.00 | 731.00 | *MATTER NAME: Asset Analysis and Recovery* 1 LOCATE DOCUMENTS DESIGNATED AS CONFIDENTIAL |
| | 06/25/10    Fri 201006-080/644 | 0.20 | 0.20 | 50.00 | 16.00 | 34.00 | *MATTER NAME: Asset Analysis and Recovery* 1 UPDATE INTERVIEWEE LIST IN EXAMINER'S REPORT |
| | 06/29/10    Tue 201006-010/93 | 0.60 | 0.60 | 150.00 | 48.00 | 102.00 | *MATTER NAME: Case Administration* 1 UPDATE DOCUMENT SHAREFILES, ADD DOCUMENTS |
| | 06/30/10    Wed 201006-010/95 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Case Administration* 1 ORGANIZE AND UPDATE DOCUMENT EVIDENCE |
| | 06/30/10    Wed 201006-080/779 | 5.60 | 5.60 | 1,400.00 | 448.00 | 952.00 | *MATTER NAME: Asset Analysis and Recovery* 1 LOCATE DOCUMENTS DESIGNATED AS CONFIDENTIAL |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Pearson, S | 07/02/10    Fri 201007-010/113 | 0.60 | 0.60 | 150.00 | 48.00 | 102.00 | *MATTER NAME: Case Administration* 1 UPDATE MASTER INVESTIGATION CALENDAR |
| | 07/02/10    Fri 201007-010/114 | 7.70 | 7.70 | 1,925.00 | 616.00 | 1,309.00 | *MATTER NAME: Case Administration* 1 UPDATE/ADD TO SHAREFILES |
| | 07/03/10    Sat 201007-010/115 | 0.40 | 0.40 | 100.00 | 32.00 | 68.00 | *MATTER NAME: Case Administration* 1 UPDATE/ADD TO SHAREFILES |
| | 07/05/10    Mon 201007-010/116 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Case Administration* 1 UPDATE/ADD TO SHAREFILES |
| | 07/08/10    Thu 201007-010/111 | 0.80 | 0.80 | 200.00 | 64.00 | 136.00 | *MATTER NAME: Case Administration* 1 UPDATE/ADD TO SHAREFILES |
| | 07/08/10    Thu 201007-010/112 | 0.60 | 0.60 | 150.00 | 48.00 | 102.00 | *MATTER NAME: Case Administration* 1 UPDATE MASTER INVESTIGATION CALENDAR |
| | 07/20/10    Tue 201007-080/1165 | 2.70 | 2.70 | 675.00 | 216.00 | 459.00 | *MATTER NAME: Asset Analysis and Recovery* 1 PROOFREAD REPORT VOLUME I |
| | 07/21/10    Wed 201007-080/1163 | 0.70 | 0.70 | 175.00 | 56.00 | 119.00 | *MATTER NAME: Asset Analysis and Recovery* 1 REVISE EXHIBIT ANALYSIS |
| | 07/22/10    Thu 201007-096/1258 | 0.30 | 0.30 | 75.00 | 24.00 | 51.00 | *MATTER NAME: Questions Two & Three* 1 PROOFREAD VOLUME III |
| | 07/23/10    Fri 201007-080/1188 | 2.60 | 2.60 | 650.00 | 208.00 | 442.00 | *MATTER NAME: Asset Analysis and Recovery* 1 PROOFREAD VOLUME III |
| | 07/28/10    Wed 201007-010/117 | 3.20 | 3.20 | 800.00 | 256.00 | 544.00 | *MATTER NAME: Case Administration* 1 FILE DOCUMENTS IN CONNECTION WITH PREPARATION OF EXAMINER'S REPORT |
| | 08/02/10    Mon 201008-010/20 | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | *MATTER NAME: Case Administration* 1 ORGANIZE AND MANAGE ELECTRONIC FILES |

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | *MATTER NAME: Case Administration* |
| Pearson, S | 08/10/10    Tue 201008-010/14 | 0.50 | 0.50 | 125.00 | 40.00 | 85.00 | 1 PREPARE BINDERS IN PREPARATION OF 8/20 HEARING |
| | | | | | | | |
| | | | | | | | *MATTER NAME: Fee/Employment Applications* |
| | 08/10/10    Tue 201008-040/37 | 0.70 | 0.70 | 175.00 | 56.00 | 119.00 | 1 SERVE MONTHLY FEE STATEMENTS |
| | TOTAL FOR TIMEKEEPER: | | 147.35 | $33,837.50 | $10,828.00 | $23,009.50 | |
| | NUMBER OF ENTRIES:    71 | | | | | | |
| TOTAL: NUMBER OF ENTRIES    73 | | | 149.35 | $34,177.50 | $10,988.00 | $23,189.50 | |

EXHIBIT H

CLERICAL ACTIVITIES

Klee, Tuchin, Bogdanoff & Stern LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Larssen, M | 2.00 | 340.00 | 160.00 | 180.00 |
| Pearson, S | 147.35 | 33,837.50 | 10,828.00 | 23,009.50 |
| | 149.35 | $34,177.50 | $10,988.00 | $23,189.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Asset Analysis and Recovery | 22.10 | 5,365.00 | 1,768.00 | 3,597.00 |
| Case Administration | 121.95 | 27,862.50 | 8,916.00 | 18,946.50 |
| Fee/Employment Applications | 1.10 | 275.00 | 88.00 | 187.00 |
| Questions Two & Three | 0.30 | 75.00 | 24.00 | 51.00 |
| Witness Interviews/Discovery | 3.90 | 600.00 | 192.00 | 408.00 |
| | 149.35 | $34,177.50 | $10,988.00 | $23,189.50 |

EXHIBIT J

KTB&S RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 17.20 | 12,155.00 |
| Bogdanoff, L | 5.60 | 4,385.50 |
| Brown, D | 7.60 | 2,009.00 |
| Heyn, M | 4.70 | 0.00 |
| Metcalf, B | 23.30 | 7,687.50 |
| Pearson, S | 14.30 | 2,575.00 |
| Shenson, J | 1.00 | 680.00 |
| | 73.70 | $29,492.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Employment Applications | 73.70 | 29,492.00 |
| | 73.70 | $29,492.00 |

EXHIBIT J

KTB&S RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 04/29/10 Thu | Bogdanoff, L 201004-040/21 | 0.70 | 0.70 | 0.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  PREPARE COMMENTS ON AFFIDAVITS |
| 04/29/10 Thu | Brown, D 201004-040/20 | 1.10 | 1.10 | 0.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  REVIEW PLEADINGS IN PREPARATION FOR DRAFTING EMPLOYMENT APPLICATION |
| 04/30/10 Fri | Barash, M 201004-040/35 | 2.10 | 2.10 | 1,501.50 | MATTER NAME: *Fee/Employment Applications* <br> 1  WORK ON DECLARATION OF DISINTERESTEDNESS |
| 04/30/10 Fri | Bogdanoff, L 201004-040/27 | 0.80 | 0.80 | 716.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  ANALYZE CONFLICT SEARCH, AFFIDAVITS |
| 04/30/10 Fri | Metcalf, B 201004-040/26 | 1.60 | 1.60 | 1,000.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  DRAFT AND PREPARE EMPLOYMENT APPLICATIONS FOR KTB&S AND LECG, CORRESPONDENCE RE SAME |
| 05/01/10 Sat | Barash, M 201005-040/304 | 0.10 | 0.10 | 71.50 | MATTER NAME: *Fee/Employment Applications* <br> 1  CORRESPONDENCE TO F. SCHMID AND W. ELGGREN RE RETENTION AGREEMENT WITH EXAMINER |
| 05/01/10 Sat | Barash, M 201005-040/305 | 2.30 | 2.30 | 1,644.50 | MATTER NAME: *Fee/Employment Applications* <br> 1  WORK ON FIRM DISCLOSURES FOR EMPLOYMENT PLEADINGS |
| 05/02/10 Sun | Barash, M 201005-040/306 | 2.20 | 2.20 | 1,573.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  WORK BARASH AFFIDAVIT RE DISCLOSURE |
| 05/03/10 Mon | Barash, M 201005-040/315 | 5.40 | 5.40 | 3,861.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  WORK ON REVISED VERIFIED STATEMENT |
| 05/03/10 Mon | Metcalf, B 201005-040/307 | 0.10 | 0.10 | 62.50 | MATTER NAME: *Fee/Employment Applications* <br> 1  ANALYZE CORRESPONDENCE FROM M. BARASH RE PREPARATION OF AFFIDAVITS FOR KTB&S AND LECG EMPLOYMENT APPLICATIONS |
| 05/03/10 Mon | Metcalf, B 201005-040/309 | 1.20 | 1.20 | 750.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  REVISE KTB&S AND LECG EMPLOYMENT APPLICATIONS |
| 05/03/10 Mon | Metcalf, B 201005-040/310 | 0.80 | 0.80 | 500.00 | MATTER NAME: *Fee/Employment Applications* <br> 1  PREPARE AFFIDAVITS IN SUPPORT OF KTB&S AND LECG EMPLOYMENT APPLICATIONS |
| 05/03/10 Mon | Metcalf, B 201005-040/311 | 1.50 | 1.50 | 937.50 | MATTER NAME: *Fee/Employment Applications* <br> 1  PREPARE PLEADING RE APPLICATIONS FOR ORDERS SHORTENING TIME ON HEARING ON KTB&S AND LECG EMPLOYMENT APPLICATIONS, SUPPORTING PLEADINGS |

EXHIBIT J

KTB&S RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 05/03/10 Mon | Metcalf, B 201005-040/312 | 0.20 | 0.20 | 125.00 | *MATTER NAME: Fee/Employment Applications*<br>1 ANALYZE DELAWARE LOCAL BANKRUPTCY RULES RE EMPLOYMENT APPLICATIONS AND NOTICE PERIODS, APPLICATION FOR ORDER SHORTENING TIME ON HEARING |
| 05/03/10 Mon | Metcalf, B 201005-040/314 | 0.10 | 0.10 | 62.50 | *MATTER NAME: Fee/Employment Applications*<br>1 PREPARE CORRESPONDENCE TO M. BARASH RE REVISED LECG EMPLOYMENT APPLICATION, AFFIDAVITS FOR KTB&S AND LECG EMPLOYMENT APPLICATIONS, APPLICATIONS FOR ORDER SHORTENING TIME |
| 05/04/10 Tue | Metcalf, B 201005-040/318 | 0.40 | 0.40 | 250.00 | *MATTER NAME: Fee/Employment Applications*<br>1 PREPARE PLEADING RE ORDERS GRANTING APPLICATION FOR SHORTENED NOTICE ON HEARINGS FOR LECG AND KTB&S EMPLOYMENT APPLICATIONS |
| 05/04/10 Tue | Metcalf, B 201005-040/319 | 0.80 | 0.80 | 500.00 | *MATTER NAME: Fee/Employment Applications*<br>1 REVISE APPLICATIONS FOR ORDERS SHORTENING NOTICE ON HEARINGS FOR LECG AND KTB&S EMPLOYMENT APPLICATIONS |
| 05/04/10 Tue | Metcalf, B 201005-040/321 | 0.30 | 0.30 | 187.50 | *MATTER NAME: Fee/Employment Applications*<br>1 PREPARE PLEADING RE LECG AND KTB&S EMPLOYMENT APPLICATIONS |
| 05/08/10 Sat | Barash, M 201005-040/328 | 0.20 | 0.20 | 0.00 | *MATTER NAME: Fee/Employment Applications*<br>1 CONFER WITH D. BUSSEL RE VERIFIED STATEMENT |
| 05/11/10 Tue | Barash, M 201005-040/336 | 2.20 | 2.20 | 1,573.00 | *MATTER NAME: Fee/Employment Applications*<br>1 WORK ON EMPLOYMENT APPLICATION PLEADINGS |
| 05/11/10 Tue | Bogdanoff, L 201005-040/335 | 0.30 | 0.30 | 268.50 | *MATTER NAME: Fee/Employment Applications*<br>1 PREPARE COMMENTS ON EMPLOYMENT APPLICATION |
| 05/11/10 Tue | Brown, D 201005-040/334 | 2.40 | 2.40 | 1,176.00 | *MATTER NAME: Fee/Employment Applications*<br>1 REVISE EMPLOYMENT APPLICATIONS FOR KTBS, LECG AND SUPPORTING DECLARATIONS |
| 05/12/10 Wed | Barash, M 201005-040/350 | 0.10 | 0.10 | 71.50 | *MATTER NAME: Fee/Employment Applications*<br>1 REVISE KTB&S EMPLOYMENT ORDER |
| 05/12/10 Wed | Barash, M 201005-040/355 | 2.20 | 2.20 | 1,573.00 | *MATTER NAME: Fee/Employment Applications*<br>1 REVISE KTB&S EMPLOYMENT APPLICATION PLEADINGS |
| 05/12/10 Wed | Brown, D 201005-040/341 | 0.30 | 0.30 | 147.00 | *MATTER NAME: Fee/Employment Applications*<br>1 REVISE KTBS EMPLOYMENT APPLICATION |
| 05/12/10 Wed | Brown, D 201005-040/342 | 1.40 | 1.40 | 0.00 | *MATTER NAME: Fee/Employment Applications*<br>1 COMPILE EXHIBITS FOR KTBS EMPLOYMENT APPLICATION |

EXHIBIT J

KTB&S RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 05/12/10 Wed | Brown, D 201005-040/345 | 1.40 | 1.40 | 686.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 FINALIZE EMPLOYMENT APPLICATIONS FOR FILING |
| 05/12/10 Wed | Brown, D 201005-040/346 | 1.00 | 1.00 | 0.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 REVISE KTBS EMPLOYMENT APPLICATION |
| 05/12/10 Wed | Pearson, S 201005-040/356 | 0.40 | 0.40 | 100.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 PREPARE EXHIBITS TO KTB&S EMPLOYMENT APPLICATION |
| 05/13/10 Thu | Barash, M 201005-040/357 | 0.10 | 0.10 | 71.50 | | MATTER NAME: *Fee/Employment Applications*<br>1 REVIEW DOCKET ACTIVITY RE GRANTING OF OST'S ON EMPLOYMENT AND DISCOVERY MOTION |
| 05/13/10 Thu | Barash, M 201005-040/358 | 0.10 | 0.10 | 71.50 | | MATTER NAME: *Fee/Employment Applications*<br>1 CORRESPONDENCE TO W. ELGGREN RE EMPLOYMENT HEARING |
| 05/21/10 Fri | Barash, M 201005-040/363 | 0.20 | 0.20 | 143.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 EXCHANGE CORRESPONDENCE RE F. SCHMID RE SUPPLEMENTAL DISCLOSURE ISSUE;<br>2 CONFER WITH L. BOGDANOFF AND K. KLEE RE SAME;<br>3 ANALYZE RESPONSES |
| 07/27/10 Tue | Bogdanoff, L 201007-040/205 | 1.60 | 1.60 | 1,432.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 PREPARE AND REVIEW TIME RECORDS RE CONFIDENTIALITY ISSUES |
| 07/28/10 Wed | Bogdanoff, L 201007-040/206 | 2.20 | 2.20 | 1,969.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 CONTINUE TO REVIEW TIME RECORDS RE CONFIDENTIALITY |
| 07/29/10 Thu | Heyn, M 201007-040/207 | 4.70 | 4.70 | 0.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 REVISE INVOICES AND ORGANIZE INTO FEE CODES IN CONNECTION WITH MONTHLY FEE APPLICATION |
| 08/02/10 Mon | Metcalf, B 201008-040/24 | 0.30 | 0.30 | 187.50 | | MATTER NAME: *Fee/Employment Applications*<br>1 ANALYZE PROCEDURES RE SUBMISSION AND PREPARATION OF FEE APPLICATIONS, REVIEW RELATED ORDER |
| 08/02/10 Mon | Metcalf, B 201008-040/25 | 0.20 | 0.20 | 125.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 REVIEW CORRESPONDENCE FROM J. SHENSON, S. PEARSON RE PREPARATION OF FEE APPLICATIONS |
| 08/03/10 Tue | Metcalf, B 201008-040/27 | 1.20 | 1.20 | 750.00 | | MATTER NAME: *Fee/Employment Applications*<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |

EXHIBIT J

KTB&S RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 08/03/10 Tue | Metcalf, B 201008-040/46 | 1.00 | 1.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/03/10 Tue | Metcalf, B 201008-040/47 | 2.00 | 2.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/03/10 Tue | Pearson, S 201008-040/45 | 0.40 | 0.40 | 100.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE KTB&S'S MONTHLY FEE APPLICATIONS |
| 08/03/10 Tue | Pearson, S 201008-040/52 | 3.00 | 3.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE KTB&S'S MONTHLY FEE APPLICATIONS |
| 08/03/10 Tue | Shenson, J 201008-040/33 | 0.30 | 0.30 | 204.00 | MATTER NAME: Fee/Employment Applications<br>1 CONFER WITH B. METCALF RE FEE STATEMENTS |
| 08/04/10 Wed | Metcalf, B 201008-040/22 | 0.80 | 0.80 | 500.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/04/10 Wed | Metcalf, B 201008-040/28 | 1.50 | 1.50 | 937.50 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/04/10 Wed | Metcalf, B 201008-040/48 | 4.00 | 4.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/04/10 Wed | Metcalf, B 201008-040/49 | 1.00 | 1.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/05/10 Thu | Metcalf, B 201008-040/30 | 0.50 | 0.50 | 312.50 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/05/10 Thu | Metcalf, B 201008-040/50 | 3.00 | 3.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE FEE STATEMENTS AND RELATED DOCUMENTS |
| 08/05/10 Thu | Pearson, S 201008-040/41 | 0.70 | 0.70 | 175.00 | MATTER NAME: Fee/Employment Applications<br>1 WORK ON KTB&S'S MONTHLY FEE APPLICATIONS |
| 08/05/10 Thu | Pearson, S 201008-040/42 | 0.40 | 0.40 | 100.00 | MATTER NAME: Fee/Employment Applications<br>1 WORK ON NOTICES OF KTB&S'S MONTHLY FEE APPLICATIONS |

EXHIBIT J

KTB&S RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 08/05/10 Thu | Pearson, S 201008-040/51 | 1.00 | 1.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1  WORK ON NOTICES OF KTB&S'S MONTHLY FEE APPLICATIONS |
| 08/06/10 Fri | Shenson, J 201008-040/32 | 0.50 | 0.50 | 340.00 | MATTER NAME: Fee/Employment Applications<br>1  WORK ON FEE APPLICATION AND REQUESTS |
| 08/10/10 Tue | Metcalf, B 201008-040/26 | 0.20 | 0.20 | 125.00 | MATTER NAME: Fee/Employment Applications<br>1  COORDINATE FILING OF MONTHLY FEE APPLICATIONS |
| 08/10/10 Tue | Metcalf, B 201008-040/29 | 0.50 | 0.50 | 312.50 | MATTER NAME: Fee/Employment Applications<br>1  ANALYZE CORRESPONDENCE FROM M. MINUTI, S. PEARSON, J. SHENSON, R. WARREN RE PREPARATION AND FILING OF FEE APPLICATIONS, FOLLOW UP ON SAME |
| 08/10/10 Tue | Pearson, S 201008-040/37 | 0.70 | 0.70 | 175.00 | MATTER NAME: Fee/Employment Applications<br>1  SERVE MONTHLY FEE STATEMENTS |
| 08/10/10 Tue | Pearson, S 201008-040/38 | 6.50 | 6.50 | 1,625.00 | MATTER NAME: Fee/Employment Applications<br>1  REVISE MONTHLY FEE APPLICATIONS |
| 08/10/10 Tue | Pearson, S 201008-040/39 | 1.20 | 1.20 | 300.00 | MATTER NAME: Fee/Employment Applications<br>1  REVISE NOTICES OF MONTHLY FEE APPLICATIONS |
| 08/11/10 Wed | Metcalf, B 201008-040/31 | 0.10 | 0.10 | 62.50 | MATTER NAME: Fee/Employment Applications<br>1  REVIEW CORRESPONDENCE FROM FEE EXAMINER, S. PEARSON RE SUBMISSION OF MONTHLY FEE APPLICATIONS |
| 08/11/10 Wed | Shenson, J 201008-040/34 | 0.20 | 0.20 | 136.00 | MATTER NAME: Fee/Employment Applications<br>1  REVIEW AND RESPOND TO CORRESPONDENCE RE FILINGS AND SERVICE |
| Total |  |  | 73.70 | $29,492.00 |  |
| Number of Entries: | 60 |  |  |  |  |

EXHIBIT J

KTB&S RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 17.20 | 12,155.00 |
| Bogdanoff, L | 5.60 | 4,385.50 |
| Brown, D | 7.60 | 2,009.00 |
| Heyn, M | 4.70 | 0.00 |
| Metcalf, B | 23.30 | 7,687.50 |
| Pearson, S | 14.30 | 2,575.00 |
| Shenson, J | 1.00 | 680.00 |
| | 73.70 | $29,492.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Employment Applications | 73.70 | 29,492.00 |
| | 73.70 | $29,492.00 |

EXHIBIT K

**EXAMINER'S AND EXAMINER'S OTHER PROFESSIONALS' RETENTION/COMPENSATION**

Klee, Tuchin, Bogdanoff & Stern LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 11.30 | 6,220.50 |
| Bogdanoff, L | 0.50 | 447.50 |
| Brown, D | 4.30 | 1,323.00 |
| Metcalf, B | 1.50 | 937.50 |
| Pearson, S | 7.60 | 1,400.00 |
| | 25.20 | $10,328.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 1.60 | 754.00 |
| Fee/Employment Applications | 23.30 | 9,574.50 |
| Meetings and Communications | 0.30 | 0.00 |
| | 25.20 | $10,328.50 |

EXHIBIT K

EXAMINER'S AND EXAMINER'S OTHER PROFESSIONALS' RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|---|---|---|---|---|---|---|
| 04/29/10 Thu | Barash, M 201004-020/17 | 0.30 | 0.30 | 0.00 | 1 | MATTER NAME: *Meetings and Communications*<br>TELEPHONE CONFERENCE WITH U.S. TRUSTEE TRIAL ATTORNEY J. MCMAHON AND K. KLEE RE APPOINTMENT AND EMPLOYMENT |
| 04/29/10 Thu | Barash, M 201004-040/22 | 0.20 | 0.20 | 0.00 | 1 | MATTER NAME: *Fee/Employment Applications*<br>CONFER WITH D. BROWN RE RESEARCH RE EXAMINER ENGAGEMENT |
| 04/29/10 Thu | Barash, M 201004-040/23 | 0.10 | 0.10 | 0.00 | 1 | MATTER NAME: *Fee/Employment Applications*<br>REVISE KLEE AFFIDAVIT |
| 04/29/10 Thu | Barash, M 201004-040/24 | 1.80 | 1.80 | 0.00 | 1 | MATTER NAME: *Fee/Employment Applications*<br>REVIEW AND REVISE VERIFIED STATEMENT OF K. KLEE |
| 04/30/10 Fri | Barash, M 201004-010/7 | 0.10 | 0.10 | 71.50 | 1 | MATTER NAME: *Case Administration*<br>REVIEW K. KLEE APPOINTMENT NOTICE AND MOTION TO APPROVE |
| 04/30/10 Fri | Barash, M 201004-040/28 | 0.10 | 0.10 | 71.50 | 1 | MATTER NAME: *Fee/Employment Applications*<br>FOLLOW UP TELEPHONE CONFERENCE WITH J. MCMAHON RE K. KLEE APPOINTMENT |
| 04/30/10 Fri | Barash, M 201004-040/29 | 0.20 | 0.20 | 143.00 | 1 | MATTER NAME: *Fee/Employment Applications*<br>TELEPHONE CONFERENCE WITH F. SCHMID RE LECG RETENTION |
| 04/30/10 Fri | Barash, M 201004-040/30 | 0.10 | 0.10 | 71.50 | 1 | MATTER NAME: *Fee/Employment Applications*<br>REVISE AND SUPPLEMENT EXAMINER RETENTION LETTER |
| 04/30/10 Fri | Barash, M 201004-040/31 | 0.10 | 0.10 | 71.50 | 1 | MATTER NAME: *Fee/Employment Applications*<br>EXCHANGE CORRESPONDENCE TO J. MCMAHON RE KLEE VERIFIED STATEMENT |
| 04/30/10 Fri | Barash, M 201004-040/32 | 0.10 | 0.10 | 71.50 | 1 | MATTER NAME: *Fee/Employment Applications*<br>EXCHANGE CORRESPONDENCE WITH K. KLEE RE STATEMENT REVISIONS |
| 04/30/10 Fri | Barash, M 201004-040/33 | 0.10 | 0.10 | 71.50 | 1 | MATTER NAME: *Fee/Employment Applications*<br>TELEPHONE CONFERENCE WITH J. MCMAHON RE KLEE STATEMENT AND AFFIDAVIT |
| 04/30/10 Fri | Barash, M 201004-040/34 | 1.20 | 1.20 | 858.00 | 1 | MATTER NAME: *Fee/Employment Applications*<br>WORK ON KLEE VERIFIED STATEMENT REVISIONS |
| 04/30/10 Fri | Brown, D 201004-010/5 | 0.50 | 0.50 | 245.00 | 1 | MATTER NAME: *Case Administration*<br>MEET WITH M. BARASH, B. METCALF AND S. PEARSON RE PREPARATION OF EXAMINER EMPLOYMENT APPLICATION/NOTICE OF APPEARANCE, EXAMINATION PROCEDURES AND ISSUES |

EXHIBIT K

EXAMINER'S AND EXAMINER'S OTHER PROFESSIONALS' RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|------------------|-------------|-------|------|---|-------------|
| 04/30/10 Fri | Metcalf, B 201004-010/2 | 0.50 | 0.50 | 312.50 | | MATTER NAME: Case Administration<br>1 MEET WITH M. BARASH, D. BROWN AND S. PEARSON RE PREPARATION OF EXAMINER EMPLOYMENT APPLICATION/NOTICE OF APPEARANCE, EXAMINATION PROCEDURES AND ISSUES |
| 04/30/10 Fri | Metcalf, B 201004-040/25 | 0.20 | 0.20 | 125.00 | | MATTER NAME: Fee/Employment Applications<br>1 CONFERENCE CALL WITH F. SCHMID, M. BARASH RE RETENTION OF LECG BY EXAMINER, PREPARATION OF EMPLOYMENT APPLICATION, CORRESPONDENCE RE SAME |
| 04/30/10 Fri | Pearson, S 201004-010/13 | 0.50 | 0.50 | 125.00 | | MATTER NAME: Case Administration<br>1 MEET WITH M. BARASH, B. METCALF AND D. BROWN RE PREPARATION OF EXAMINER EMPLOYMENT APPLICATION/NOTICE OF APPEARANCE, EXAMINATION PROCEDURES AND ISSUES |
| 05/01/10 Sat | Bogdanoff, L 201005-040/303 | 0.50 | 0.50 | 447.50 | | MATTER NAME: Fee/Employment Applications<br>1 TELEPHONE CONFERENCE WITH M. MINUTI RE ENGAGEMENT WORK |
| 05/01/10 Sat | Brown, D 201005-040/302 | 0.50 | 0.50 | 0.00 | | MATTER NAME: Fee/Employment Applications<br>1 RESEARCH RE EMPLOYMENT APPLICATIONS FILED IN OTHER EXAMINER CASES |
| 05/03/10 Mon | Barash, M 201005-040/316 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1 PREPARE CORRESPONDENCE TO M. MIMTI RE RETENTION LETTER BETWEEN SAUL EWING AND EXAMINER |
| 05/03/10 Mon | Barash, M 201005-040/317 | 0.20 | 0.20 | 143.00 | | MATTER NAME: Fee/Employment Applications<br>1 REVIEW AND COMMENT ON LECG RETENTION LETTER |
| 05/03/10 Mon | Metcalf, B 201005-040/308 | 0.10 | 0.10 | 62.50 | | MATTER NAME: Fee/Employment Applications<br>1 ANALYZE CORRESPONDENCE FROM F. SCHMID RE LECG EMPLOYMENT APPLICATION |
| 05/03/10 Mon | Metcalf, B 201005-040/313 | 0.30 | 0.30 | 187.50 | | MATTER NAME: Fee/Employment Applications<br>1 REVISE LECG EMPLOYMENT APPLICATION AND SUPPORTING AFFIDAVIT |
| 05/04/10 Tue | Metcalf, B 201005-040/320 | 0.10 | 0.10 | 62.50 | | MATTER NAME: Fee/Employment Applications<br>1 ANALYZE CORRESPONDENCE FROM F. SCHMID RE LECG RETENTION AGREEMENT |
| 05/06/10 Thu | Barash, M 201005-040/322 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1 EXCHANGE CORRESPONDENCE WITH M. MINUTI RE SAUL EWING EMPLOYMENT |
| 05/07/10 Fri | Barash, M 201005-040/323 | 2.40 | 2.40 | 1,716.00 | | MATTER NAME: Fee/Employment Applications<br>1 WORK ON REVISED VERIFIED STATEMENT FOR K. KLEE |
| 05/07/10 Fri | Barash, M 201005-040/324 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1 TELEPHONE CONFERENCE WITH J. MCMAHON RE MEETING AND VERIFIED STATEMENT |

EXHIBIT K

EXAMINER'S AND EXAMINER'S OTHER PROFESSIONALS' RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 05/07/10 Fri | Barash, M 201005-040/325 | 0.10 | 0.10 | 71.50 | MATTER NAME: Fee/Employment Applications<br>1 ANALYZE FOLLOW UP EMAIL FROM J. MCMAHON RE MEETING |
| 05/08/10 Sat | Barash, M 201005-040/326 | 0.20 | 0.20 | 143.00 | MATTER NAME: Fee/Employment Applications<br>1 REVISE AMENDED VERIFIED STATEMENT OF K. KLEE |
| 05/08/10 Sat | Barash, M 201005-040/327 | 0.20 | 0.20 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 REVISE K. KLEE VERIFIED STATEMENT |
| 05/08/10 Sat | Barash, M 201005-040/329 | 0.10 | 0.10 | 71.50 | MATTER NAME: Fee/Employment Applications<br>1 FURTHER REVISE K. KLEE VERIFIED STATEMENT; FORWARD TO J. MCMAHON |
| 05/09/10 Sun | Barash, M 201005-040/330 | 0.20 | 0.20 | 143.00 | MATTER NAME: Fee/Employment Applications<br>1 REVIEW AND REVISED VERIFIED STATEMENT;<br>2 CONFER WITH K. KLEE RE SAME |
| 05/09/10 Sun | Barash, M 201005-040/331 | 0.10 | 0.10 | 71.50 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE CORRESPONDENCE TO J. MCMAHON RE DECLARATION |
| 05/09/10 Sun | Barash, M 201005-040/332 | 0.10 | 0.10 | 71.50 | MATTER NAME: Fee/Employment Applications<br>1 ANALYZE REPLY FROM J. MCMAHON RE VERIFIED STATEMENT |
| 05/10/10 Mon | Barash, M 201005-040/333 | 0.10 | 0.10 | 71.50 | MATTER NAME: Fee/Employment Applications<br>1 EFILE K. KLEE VERIFIED STATEMENT IN WILMINGTON; FORWARD TO M. MINUTI RE CHAMBERS AND COURTESY COPIES |
| 05/11/10 Tue | Barash, M 201005-040/337 | 0.50 | 0.50 | 357.50 | MATTER NAME: Fee/Employment Applications<br>1 ANALYZE M. MINUTI EMPLOYMENT PLEADINGS;<br>2 PREPARE COMMENTS |
| 05/11/10 Tue | Barash, M 201005-040/338 | 0.20 | 0.20 | 143.00 | MATTER NAME: Fee/Employment Applications<br>1 TELEPHONE CONFERENCE WITH M. MINUTI RE EMPLOYMENT APPLICATIONS |
| 05/11/10 Tue | Barash, M 201005-040/339 | 0.10 | 0.10 | 71.50 | MATTER NAME: Fee/Employment Applications<br>1 REVIEW LECG RETENTION LETTER AGREEMENT |
| 05/11/10 Tue | Barash, M 201005-040/340 | 0.40 | 0.40 | 286.00 | MATTER NAME: Fee/Employment Applications<br>1 REVIEW REVISIONS TO LECG APPLICATION AND AFFIDAVITS;<br>2 FORWARD TO F. SCHMID |
| 05/12/10 Wed | Barash, M 201005-040/347 | 0.10 | 0.10 | 71.50 | MATTER NAME: Fee/Employment Applications<br>1 TELEPHONE CONFERENCE WITH F. SCHMID RE LECG RETENTION |

EXHIBIT K

EXAMINER'S AND EXAMINER'S OTHER PROFESSIONALS' RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 05/12/10 Wed | Barash, M 201005-040/348 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1  CORRESPONDENCE WITH K. KLEE RE SAUL EWING RETENTION |
| 05/12/10 Wed | Barash, M 201005-040/349 | 0.40 | 0.40 | 286.00 | | MATTER NAME: Fee/Employment Applications<br>1  REVIEW AND COMMENT ON LECG EMPLOYMENT PLEADINGS |
| 05/12/10 Wed | Barash, M 201005-040/351 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1  REVISE LECG EMPLOYMENT ORDER |
| 05/12/10 Wed | Barash, M 201005-040/352 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1  CORRESPONDENCE TO PROFESSIONALS RE EXECUTED RETENTION AGREEMENTS |
| 05/12/10 Wed | Barash, M 201005-040/353 | 0.20 | 0.20 | 143.00 | | MATTER NAME: Fee/Employment Applications<br>1  REVIEW AND REVISE SAUL EWING LETTER RE ENGAGEMENT |
| 05/12/10 Wed | Barash, M 201005-040/354 | 0.20 | 0.20 | 143.00 | | MATTER NAME: Fee/Employment Applications<br>1  REVIEW AND COMMENT ON SAUL EWING EMPLOYMENT APPLICATION |
| 05/12/10 Wed | Brown, D 201005-040/343 | 2.20 | 2.20 | 1,078.00 | | MATTER NAME: Fee/Employment Applications<br>1  REVISE LECG EMPLOYMENT APPLICATION |
| 05/12/10 Wed | Brown, D 201005-040/344 | 1.10 | 1.10 | 0.00 | | MATTER NAME: Fee/Employment Applications<br>1  COMPILE EXHIBITS FOR LECG EMPLOYMENT APPLICATION |
| 05/17/10 Mon | Barash, M 201005-040/359 | 0.20 | 0.20 | 143.00 | | MATTER NAME: Fee/Employment Applications<br>1  TELEPHONE CONFERENCE WITH J. MCMAHON RE LECG EMPLOYMENT ISSUE;<br>2  EMAIL TO SCHMID RE SAME;<br>3  ANALYZE FOLLOW UP FROM SCHMID RE NECESSARY REVISIONS |
| 05/18/10 Tue | Barash, M 201005-040/360 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1  TELEPHONE CONFERENCE WITH J. MCMAHON RE LECG APPLICATION |
| 05/18/10 Tue | Barash, M 201005-040/361 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1  CORRESPONDENCE TO F. SCHMID RE LECG APPLICATION |
| 05/18/10 Tue | Barash, M 201005-040/362 | 0.10 | 0.10 | 71.50 | | MATTER NAME: Fee/Employment Applications<br>1  REVIEW AND COMMENT ON NOTICE OF SUPPLEMENTAL SUBMISSION BY LECG |

EXHIBIT K

EXAMINER'S AND EXAMINER'S OTHER PROFESSIONALS' RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|----------------|-------------|-------|------|-------------|
| 08/03/10 Tue | Pearson, S 201008-040/44 | 2.70 | 2.70 | 675.00 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE THE EXAMINER'S MONTHLY FEE APPLICATIONS |
| 08/03/10 Tue | Pearson, S 201008-040/53 | 2.00 | 2.00 | 0.00 | MATTER NAME: Fee/Employment Applications<br>1 ANALYZE FEE EXAMINER'S ORDER |
| 08/04/10 Wed | Pearson, S 201008-040/36 | 0.80 | 0.80 | 200.00 | MATTER NAME: Fee/Employment Applications<br>1 WORK ON EXAMINER'S MONTHLY FEE APPLICATIONS |
| 08/05/10 Thu | Pearson, S 201008-040/40 | 0.80 | 0.80 | 200.00 | MATTER NAME: Fee/Employment Applications<br>1 WORK ON THE EXAMINER'S MONTHLY FEE APPLICATIONS |
| 08/05/10 Thu | Pearson, S 201008-040/43 | 0.80 | 0.80 | 200.00 | MATTER NAME: Fee/Employment Applications<br>1 WORK ON NOTICES OF EXAMINER'S MONTHLY FEE APPLICATIONS |
| 08/10/10 Tue | Metcalf, B 201008-040/23 | 0.30 | 0.30 | 187.50 | MATTER NAME: Fee/Employment Applications<br>1 PREPARE CORRESPONDENCE TO M. MINUTI, S. PEARSON RE PREPARATION AND FILING OF FEE APPLICATIONS |

| | | | HOURS | FEES | |
|---|---|---|-------|------|---|
| Total | | | 25.20 | $10,328.50 | |
| Number of Entries: | 57 | | | | |

EXHIBIT K

EXAMINER'S AND EXAMINER'S OTHER PROFESSIONALS' RETENTION/COMPENSATION

Klee, Tuchin, Bogdanoff & Stern LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Barash, M | 11.30 | 6,220.50 |
| Bogdanoff, L | 0.50 | 447.50 |
| Brown, D | 4.30 | 1,323.00 |
| Metcalf, B | 1.50 | 937.50 |
| Pearson, S | 7.60 | 1,400.00 |
| | 25.20 | $10,328.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 1.60 | 754.00 |
| Fee/Employment Applications | 23.30 | 9,574.50 |
| Meetings and Communications | 0.30 | 0.00 |
| | 25.20 | $10,328.50 |

EXHIBIT L

Travel Meals

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| | | | | *MATTER NAME: EXP - Expenses* |
| 05/20/10 | 201005/3 | 33.56 | 18.56 | MEALS - M. BARASH'S MEAL AT LE PARKER MERIDIEN DURING TRIP TO NEW YORK RE: INITIAL MEET/CONFER WITH CLIENT, 5/4/10 [MEALS] [ QTY 33.56 @ 33.56] BREAKFAST |
| | | | | *MATTER NAME: EXP - Expenses* |
| 05/20/10 | 201005/4 | 67.62 | 52.62 | MEALS - M. BARASH'S MEAL AT LE PARKER MERIDIEN DURING TRIP TO NEW YORK RE: INITIAL MEET/CONFER WITH CLIENT, 5/5/10 [MEALS] [ QTY 67.62 @ 67.62] BREAKFAST |
| | | | | *MATTER NAME: EXP - Expenses* |
| 05/26/10 | 201005/6 | 31.80 | 16.80 | MEALS - M. BARASH'S MEAL AT HOTEL DUPONT DURING TRIP TO PHILADELPHIA RE TRIBUNE, 5/10/10 [MEALS] [ QTY 31.8 @ 31.8] BREAKFAST |
| | | | | *MATTER NAME: EXP - Expenses* |
| 05/26/10 | 201005/40 | 18.80 | 3.80 | MEALS - M. BARASH'S HOTEL (HOTEL DUPONT) IN PHILADELPHIA RE EXAMINER CONFIRMATION, 5/9/10 [MEALS] [ QTY 479.7 @ 479.7] -- [ORIGINAL ENTRY AMOUNT $479.70 - SEPARATED INTO LODGING AND MEAL ENTRIES] BREAKFAST |
| | | | | *MATTER NAME: EXP - Expenses* |
| 06/18/10 | 201006/17 | 31.80 | 16.80 | MEALS - L. BOGDANOFF MEAL AT HOTEL DUPONT DURING TRIP TO DELAWARE RE TRIBUNE, 5/11/10 [MEALS] [QTY 1 @ 31.8] BREAKFAST |
| | | $183.58 | $108.58 | |

EXHIBIT L  PAGE 1 of 1

EXHIBIT M

Lodging

Klee, Tuchin, Bogdanoff & Stern LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| | | | | MATTER NAME: EXP - Expenses |
| 05/18/10 | 201005/8 | 1,263.53 | 563.53 | L. BOGDANOFF HOTEL STAY AT LE PARKER MERIDIEN IN NEW YORK, 5/5/10 [OTHER TRAVEL] [ QTY 1263.53 @ 1263.53] |
| | | | | MATTER NAME: EXP - Expenses |
| 05/20/10 | 201005/11 | 1,079.00 | 379.00 | M. BARASH HOTEL LE PARKER MERIDIEN IN NEW YORK RE: INITIAL MEET/CONFER WITH CLIENT, 5/5/10 [OTHER TRAVEL] [ QTY 1079 @ 1079] |
| | | | | MATTER NAME: EXP - Expenses |
| 05/26/10 | 201005/5 | 460.90 | 110.90 | MEALS - M. BARASH'S HOTEL (HOTEL DUPONT) IN PHILADELPHIA RE EXAMINER CONFIRMATION, 5/9/10 [MEALS] [ QTY 479.7 @ 479.7] -- [ORIGINAL ENTRY AMOUNT $479.70 - SEPARATED INTO LODGING AND MEAL ENTRIES] LODGING FOR 1 NIGHT |
| | | | | MATTER NAME: EXP - Expenses |
| 05/27/10 | 201005/15 | 483.89 | 133.89 | PARK HYATT CHICAGO HOTEL FOR D. FIDLER FOR TRIP RE TRIBUNE, 5/11/10 [OTHER TRAVEL] [ QTY 483.89 @ 483.89] |
| | | | | MATTER NAME: EXP - Expenses |
| 05/27/10 | 201005/19 | 487.23 | 137.23 | D. FIDLER'S STAY AT PARK HYATT CHICAGO FOR TRIP RE TRIBUNE, 5/17/10 [OTHER TRAVEL] [ QTY 487.23 @ 487.23] |
| | | | | MATTER NAME: EXP - Expenses |
| 05/31/10 | 201005/26 | 571.40 | 221.40 | MR. BARASH HOTEL STAY IN PHILADELPHIA RE EXAMINER HEARING INCLUDING BREAKFAST, 5/20/10 [OTHER TRAVEL] [ QTY 571.4 @ 571.4] |
| | | | | MATTER NAME: EXP - Expenses |
| 06/08/10 | 201006/23 | 522.65 | 172.65 | ROOM FEES - J. SHENSON ROOM BOOKINGS AT NEW YORK MARRIOTT MARQUIS FOR WITNESS INTERVIEWS RE TRIBUNE, 6/1/2010 [OTHER ] [QTY 1 @ 522.65] |
| | | | | MATTER NAME: EXP - Expenses |
| 06/17/10 | 201006/28 | 1,014.50 | 314.50 | HOTEL STAY FOR R. PFISTER AT THE GRAND HYATT IN NEW YORK RE TRIBUNE INTERVIEWS, 6/4/10 [OTHER TRAVEL] [QTY 1 @ 1014.5] |
| | | | | MATTER NAME: EXP - Expenses |
| 06/18/10 | 201006/31 | 471.24 | 121.24 | L. BOGDANOFF STAY AT HOTEL DUPONT IN DELAWARE RE TRIBUNE, 5/9/10 [OTHER TRAVEL] [QTY 1 @ 471.24] |
| | | | | MATTER NAME: EXP - Expenses |
| 06/18/10 | 201006/32 | 509.55 | 159.55 | L. BOGDANOFF STAY AT HOTEL DUPONT IN DELAWARE RE TRIBUNE, 5/10/10 [OTHER TRAVEL] [QTY 1 @ 509.55] |
| | | | | MATTER NAME: EXP - Expenses |
| 06/22/10 | 201006/36 | 598.21 | 248.21 | R. PFISTER'S STAY AT THE GRAND HYATT HOTEL IN NYC RE TRIBUNE INTERVIEWS, 6/10-6/11/10 [OTHER TRAVEL] [QTY 1 @ 598.21] |
| | | | | MATTER NAME: EXP - Expenses |
| 06/22/10 | 201006/37 | 1,242.87 | 192.87 | R. PFISTER'S STAY AT THE W CHICAGO HOTEL, 6/13-6/16/10 RE TRIBUNE INTERVIEWS [OTHER TRAVEL] [QTY 1 @ 1242.87] |
| | | | | MATTER NAME: EXP - Expenses |
| 07/31/10 | 201007/30 | 438.90 | 88.90 | R. PFISTER'S STAY AT THE HOTEL DUPONT RE HEARING ON MOTION FOR TRIBUNE, 7/28-7/29/10 [OTHER TRAVEL] [QTY1 @ 438.9] |
| | | | | MATTER NAME: EXP - Expenses |
| 08/20/10 | 201008/24 | 438.90 | 88.90 | R. PFISTER'S STAY AT HOTEL DUPONT RE TRIBUNE, 8/19-8/20/10 [QTY 1 @ 438.9] [OTHER TRAVEL] |
| | | $9,582.77 | $2,932.77 | |