IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re<br><br>**TRIBUNE COMPANY**, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>Re: Docket No. 5859 |
|---|---|

**NOTICE OF FILING AMENDED ORDER GRANTING MOTION OF
FEDERAL INSURANCE COMPANY FOR ORDER AUTHORIZING IT
TO MAKE SETTLEMENT PAYMENT OR, IN THE ALTERNATIVE,
<u>FOR RELIEF FROM THE AUTOMATIC STAY</u>**

PLEASE TAKE NOTICE that the undersigned filed the Motion Of Federal Insurance Company For Order Authorizing It To Make Settlement Payment Or, In The Alternative, For Relief From The Automatic Stay (Docket No. 5859) (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on October 1, 2010.

PLEASE TAKE FURTHER NOTICE that attached is a revised proposed order to the Motion, including a blackline showing changes made from the proposed order attached to the Motion.

Dated: Wilmington, Delaware
       October 7, 2010

PINCKNEY, HARRIS & WEIDINGER LLC

      /s/ Donna L. Harris
Donna L. Harris, Esquire (No. 3740)
1220 N. Market Street, Suite 950
Wilmington, DE 19801
(302) 504-1497
(302) 655-5213 (Fax)

*Counsel for Federal Insurance Company*