IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>**Re:  Docket No.** |

**ORDER GRANTING MOTION OF FEDERAL INSURANCE COMPANY FOR ORDER AUTHORIZING IT TO MAKE SETTLEMENT PAYMENT OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motion (the "Motion")[1] of Federal Insurance Company ("Federal") for an order authorizing it to make a Settlement Payment (as defined in the Motion) or, in the alternative, for Relief from the Automatic Stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** Federal may make the Settlement Payment as set forth in the Motion;

**IT IS FURTHER ORDERED** that the automatic stay is modified to the extent necessary to allow Federal to issue the Settlement Payment or any other payments under the Policy related to the Lawsuit, including but not limited to Defense Costs.

**IT IS SO ORDERED** this _____ day of _____ 2010.

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Court Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.