IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
)
In re:                                                          )    Chapter 11
)
TRIBUNE COMPANY, et al.,                                        )    Case No. 08-13141 (KJC)
)    Jointly Administered
Debtors.                                                        )
)    **Ref. Docket Nos. 5680, 5874, 5878,**
)    **5880**
-------------------------------------------------------------x

## NOTICE OF RESCHEDULING DEPOSITIONS

PLEASE TAKE NOTICE that on October 1, 2010, Aurelius Capital Management, LP ("Aurelius") filed and served notices of deposition on Maggie Wilderotter, Jeffrey S. Berg, and Frank Wood [Docket Nos. 5874, 5878, and 5880, respectively] (collectively, the "Deposition Notices"), each of whom are members of the special committee of the board of directors of Tribune Company (the "Special Committee").

PLEASE TAKE FURTHER NOTICE that the depositions noticed in the Deposition Notices will not be going forward on October 8, 2010.

PLEASE TAKE FURTHER NOTICE that counsel to Aurelius and counsel to the Special Committee are in the process of finalizing a deposition schedule for Ms. Wilderotter and Messrs. Berg and Wood. When scheduled, Aurelius will file and serve appropriate notices

setting the date, time, and location of each deposition.

Dated:  Wilmington, Delaware
        October 7, 2010

                                        ASHBY & GEDDES, P.A.

                                        /s/ Amanda Winfree
                                        _____
                                        William P. Bowden, Esq. (I.D. No. 2553)
                                        Amanda M. Winfree, Esq. (I.D. No. 4615)
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE 19899
                                        (302) 654-1888

                                              - and -

Edward A. Friedman, Esq.
Robert J. Lack, Esq.
William P. Weintraub, Esq.
Hal Neier, Esq.
**FRIEDMAN KAPLAN SEILER &**
   **ADELMAN LLP**
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

                                              - and -

Daniel H. Golden
Philip C. Dublin
**AKIN GUMP STRAUSS HAUER &**
   **FELD LLP**
One Bryant Park
New York, NY  10036
(212) 872-1000

*Attorneys for Aurelius Capital*
*Management, LP*

2