IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      )    Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    )    Case No. 08-13141 (KJC)
                                                            )    Jointly Administered
        Debtors.                                            )
                                                            )    **Ref. Docket Nos. 5680, 5876**
------------------------------------------------------------x

## *AMENDED* NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that this Amended Notice of Deposition supersedes the Notice of Deposition that Aurelius Capital Management, LP ("Aurelius") served and filed on October 1, 2010 [Docket No. 5876].

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")) and Bankruptcy Rule 9014, in connection with the Motion of Aurelius Capital Management, LP for Appointment of a Chapter 11 Trustee filed in the above-captioned chapter 11 cases on September 13, 2010 [Docket No. 5680], Aurelius by and through its undersigned attorneys, will take the deposition upon oral examination of Mark Shapiro, a member of the special committee of the board of directors of Tribune Company (the "Special Committee"), at the offices of Jones Day, 222 East 41st Street, New York, New York 10017 on October 13, 2010 at 3:00 p.m. (prevailing Eastern time), with respect to the matters described in Schedule A hereto.

The deposition shall be taken before a notary public or other officer authorized by law to administer oaths, shall continue from day to day until completed, shall be recorded by stenographic means, and may be videotaped. You are invited to attend and cross-examine.

Dated: Wilmington, Delaware
October 7, 2010

ASHBY & GEDDES, P.A.

*/s/ Amanda M. Winfree*
William P. Bowden, Esq. (I.D. No. 2553)
Amanda M. Winfree, Esq. (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Edward A. Friedman, Esq.
Robert J. Lack, Esq.
William P. Weintraub, Esq.
Hal Neier, Esq.
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

- and -

Daniel H. Golden
Philip C. Dublin
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*

TO:

JONES DAY
77 West Wacker
Chicago, Illinois 60601
Brad B. Erens, Esq.
David A. Hall, Esq.

--and--

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
David G. Heiman

*Attorneys for the Special Committee of the
Board of Directors of Tribune Company*