## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: : <br> : <br> TRIBUNE COMPANY, *et al.*, : <br> : <br> Debtors. : | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br> Jointly Administered |
| WILMINGTON TRUST COMPANY, as Successor : <br> Indenture Trustee for the Exchangeable : <br> Subordinated Debentures due 2029, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JP MORGAN CHASE BANK, N.A., : <br> individually and as Administrative Agent, J.P. : <br> MORGAN SECURITIES INC., : <br> MERRILL LYNCH CAPITAL CORPORATION, : <br> individually and as Administrative Agent, : <br> MERRILL, LYNCH, PIERCE, FENNER & : <br> SMITH INCORPORATED, : <br> CITICORP NORTH AMERICA, INC., : <br> individually and as Administrative Agent, : <br> CITIBANK, N.A., CITIGROUP GLOBAL : <br> MARKETS, INC., BANK OF AMERICA, N.A., : <br> BANC OF AMERICA SECURITIES, LLC, : <br> BARCLAYS BANK PLC, and : <br> MORGAN STANLEY & CO. INC., : <br> : <br> Defendants. : | Adv. No. 10-50732 (KJC) |

## CERTIFICATION OF COUNSEL REGARDING
## <u>WILMINGTON TRUST ADVERSARY PROCEEDING</u>

I, Raymond H. Lemisch, Esquire, Delaware counsel to Wilmington Trust Company, Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 ("Wilmington Trust"), in the aggregate principal amount of approximately $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), hereby certify as follows:

1.  On October 4, 2010, at a hearing before this Court, Robert J. Stark, counsel for Wilmington Trust, advised the Court of the current status of the *Wilmington Trust Company v. JP Morgan Chase Bank N.A., et al.* adversary proceeding (the "Adversary Proceeding") and Wilmington Trust's position with regard to the Adversary Proceeding, along with the JPMorgan Sanctions Motion and the Stay Violation Motion (collectively, the "Motions").[1]

2.  At the Court's direction, following the October 4, 2010 hearing, counsel for Wilmington Trust circulated, via electronic mail, a copy of a proposed form of order with regard to the posture of the Adversary Proceeding and related Motions among counsel for the Defendants.

3.  Counsel for Wilmington Trust received and subsequently resolved comments from counsel for JP Morgan. The proposed form of Order attached hereto as Exhibit A has been agreed to by the parties.

4.  Therefore, counsel for Wilmington Trust respectfully requests that the Court enter the proposed form of Order attached hereto as Exhibit A at its convenience.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Order attached hereto as Exhibit A.

3715574_1.DOC

Dated: October 7, 2010

                                       Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esq. (No. 4204)
Jennifer R. Hoover, Esq. (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*