# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x<br>In re:                                                                                : <br>                                                                                         : <br>TRIBUNE COMPANY et al.,                                    : <br>                                                                                         : <br>       Debtors.                                                             : <br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x<br>                                                                                         : <br>WILMINGTON TRUST COMPANY, as Successor : <br>Indenture Trustee for the Exchangeable                : <br>Subordinated Debentures due 2029,                       : <br>                                                                                         : <br>       Plaintiff,                                                             : <br>                                                                                         : <br>       v.                                                                          : <br>                                                                                         : <br>JP MORGAN CHASE BANK, N.A.,                         : <br>individually and as Administrative Agent, J.P.      : <br>MORGAN SECURITIES INC.,                                : <br>MERRILL LYNCH CAPITAL CORPORATION, : <br>individually and as Administrative Agent,            : <br>MERRILL, LYNCH, PIERCE, FENNER &            : <br>SMITH INCORPORATED,                                       : <br>CITICORP NORTH AMERICA, INC.,                   : <br>individually and as Administrative Agent,            : <br>CITIBANK, N.A., CITIGROUP GLOBAL              : <br>MARKETS, INC., BANK OF AMERICA, N.A.,  : <br>BANC OF AMERICA SECURITIES, LLC,            : <br>BARCLAYS BANK PLC, and                                 : <br>MORGAN STANLEY & CO. INC.,                        : <br>                                                                                         : <br>       Defendants.                                                       : <br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br><br>**Re: Docket No. _____**<br><br><br><br><br><br><br><br><br><br>Adv. No. 10-50732 (KJC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re: Docket No. _____** |

## ORDER REGARDING WILMINGTON TRUST ADVERSARY PROCEEDING

1

Upon consideration of the (i) *Status Report* submitted by Wilmington Trust Company in reference to the above-captioned adversary proceeding (the "Adversary Proceeding") [filed in the Chapter 11 cases as Docket No. 5760 and filed in the Adversary Proceeding as Docket No. 37]; (ii) *Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order* (the "JPMorgan Sanctions Motion") [Docket No. 3715]; (iii) *Motion of the Debtors for an Order (I) Determining that Wilmington Trust Has Violated Automatic Stay, (II) Requiring Wilmington Trust Company to Show Cause Why It Should Not Be Held in Contempt of Court, and (III) Halting all Proceedings With Respect to the Complaint* (the "Stay Violation Motion") [Docket No. 3759]; (iv) *Motion of Merrill Lynch to Extend Time to Answer or Otherwise Respond to the Complaint of Wilmington Trust Company* [Docket No. 3777]; (v) *Examiner's Report*, *Volume III* [Docket No. 5132], and (vi) upon the statements of counsel at the status conferences, held on April 13, 2010 and October 4, 2010; and sufficient cause appearing therefore, it is hereby

ORDERED that the Adversary Proceeding shall continue to be stayed until further Order of the Court, and hearings on the JPMorgan Sanctions Motion and the Stay Violation Motion shall be adjourned until further Order of the Court; and it is further

ORDERED that nothing contained in this Order shall prohibit any party from moving the Court for relief from this Order.

Dated: Wilmington, Delaware  
      October _____, 2010                                    _____  
                                                                             The Honorable Kevin J. Carey  
                                                                             Chief United States Bankruptcy Judge