## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) |
| | ) Case No. 08-13141 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Ref. Docket Nos. 5680, 5874** |

-----------------------------------------------------------x

### _AMENDED_ NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that this Amended Notice of Deposition supersedes the

Notice of Deposition that Aurelius Capital Management, LP ("Aurelius") served and filed on

October 1, 2010 [Docket No. 5874].

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 26 and 30 of the

Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by

Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"))

and Bankruptcy Rule 9014, in connection with the Motion of Aurelius Capital Management, LP

for Appointment of a Chapter 11 Trustee filed in the above-captioned chapter 11 cases on

September 13, 2010 [Docket No. 5680], Aurelius by and through its undersigned attorneys, will

take the deposition upon oral examination of Maggie Wilderotter, a member of the special

committee of the board of directors of Tribune Company (the "Special Committee"), at the

offices of Frontier Communications, 3 High Ridge Park, Stamford, Connecticut 06905 on

October 13, 2010 at 3:00 p.m. (prevailing Eastern time), with respect to the matters described in

Schedule A hereto.

The deposition shall be taken before a notary public or other officer authorized by

law to administer oaths, shall continue from day to day until completed, shall be recorded by

stenographic means, and may be videotaped.  You are invited to attend and cross-examine.

Dated:   Wilmington, Delaware
         October 7, 2010

               **ASHBY & GEDDES, P.A.**

               _[signature]_

               William P. Bowden, Esq. (I.D. No. 2553)
               Amanda M. Winfree, Esq. (I.D. No. 4615)
               500 Delaware Avenue
               P.O. Box 1150
               Wilmington, DE 19899
               (302) 654-1888

                   - and -

               Edward A. Friedman, Esq.
               Robert J. Lack, Esq.
               William P. Weintraub, Esq.
               Hal Neier, Esq.
               **FRIEDMAN KAPLAN SEILER &**
                   **ADELMAN LLP**
               1633 Broadway
               New York, NY 10019-6708
               (212) 833-1100

                   - and -

               Daniel H. Golden
               Philip C. Dublin
               **AKIN GUMP STRAUSS HAUER &**
                   **FELD LLP**
               One Bryant Park
               New York, NY  10036
               (212) 872-1000

               _Attorneys for Aurelius Capital_
               _Management, LP_

TO:

JONES DAY
77 West Wacker
Chicago, Illinois 60601
Brad B. Erens, Esq.
David A. Hall, Esq.

--and--

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
David G. Heiman

*Attorneys for the Special Committee of the
Board of Directors of Tribune Company*