

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1764130
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through August 31, 2010

<u>JoAnn Parker v.; Case No. 2009L010092 0000001909</u>

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 08/10/10 | N. Riesco | L310 | 0 | Draft correspondence to opposing counsel regarding failure to provide supplemental responses to discovery (.30); communications with G. Pauling regarding plaintiff's deposition etc. (.10). | 0.40 | 156.00 |
| 08/12/10 | N. Riesco | L330 | 0 | Prepare deposition outline. | 2.50 | 975.00 |
| 08/13/10 | N. Riesco | L120 | 0 | Conference with P. Bender regarding plaintiff's responses to discovery (1.0); conference with G. Pauling regarding same (.2); review plaintiff's supplemental responses to discovery (.3); draft motion to compel (2.5). | 4.00 | 1,560.00 |
| 08/16/10 | N. Riesco | L120 | 0 | Review, edit and revise motion to compel (.2); communications with G. Pauling regarding same (.3). | 0.50 | 195.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1764130

Page 2

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 08/17/10 | N. Riesco | L190 | 0 | Draft, edit, revise and electronically file motion to compel and notice of motion regarding same. | 1.50 | 585.00 |
| 08/20/10 | G. Pauling II | L330 | 0 | Prepare with N. Riesco for hearing on motion to compel and plaintiff's deposition. | 0.80 | 448.00 |
| 08/20/10 | N. Riesco | L120 | 0 | Conference with G. Pauling to discuss motion to compel and termination claims under Title VII/ADEA/1981. | 0.30 | 117.00 |
| 08/23/10 | N. Riesco | P230 | 0 | Prepare for and attend court hearing on motion to compel (1.8); compose e-mail to client regarding same (.3). | 2.10 | 819.00 |
| 08/26/10 | N. Riesco | L120 | 0 | Review and analyze newly filed complaint for disability discrimination and background EEOC charge (.2); communications with A. Jubelier regarding same (.2). | 0.40 | 156.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 12.50 | |
| **Total Fees** | | | | | | $5,011.00 |
| **Less Discount** | | | | | | ($501.10) |
| **Total Fees After Discount** | | | | | | $4,509.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.80 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 11.70 | hours at | $390.00 | per hour |

**Disbursements**                                        **Value**

| | |
|---|---|
| Copying | 10.60 |
| Online Research | 123.65 |



Chicago Tribune Company

**Total Disbursements**                                    134.25

**Total Amount Due**                                    $4,644.15



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1764130
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,011.00 |
| Less Discount | ($501.10) |
| Total Fees after Discount | $4,509.90 |
| Total Disbursements | 134.25 |
| Total Fees and Disbursements This Statement | $4,644.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763971
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through August 31, 2010

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/17/10 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes and J. Osick regarding Mailers collective bargaining strategy (.50) and possible changes in Sun Park manufacturing operations (.50). | 1.00 | 685.00 |
| 08/23/10 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes regarding single employer issues. | 0.20 | 137.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.20 | |
| **Total Fees** | | $822.00 |
| **Less Discount** | | ($82.20) |
| **Total Fees After Discount** | | $739.80 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.20 | hours at | $685.00 | per hour |

**Total Disbursements**                                                              0.00

**Total Amount Due**                                                          $739.80



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1763971
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $822.00 |
| Less Discount | ($82.20) |
| Total Fees after Discount | $739.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $739.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763972
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through August 31, 2010

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/10/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding potential grievances). | 0.70 | 399.00 |
| 08/13/10 | K. Michaels | C300 | 0 | Review of Guild contract and notes in preparation for conference with A. Barnes and D. Addington. | 0.50 | 285.00 |
| 08/13/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes (regarding sales assistant layoff issues). | 0.20 | 114.00 |
| 08/16/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding preparation for Section 8.6 meeting with the Guild concerning sales assistants layoffs). | 0.30 | 171.00 |
| 08/16/10 | K. Michaels | C300 | 0 | Conference with J. Sherman (regarding history of language in the Guild collective bargaining agreement). | 0.30 | 171.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/16/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes, D. Addington and D. Morrison (regarding sales assistants layoff issue and system changes issue). | 1.00 | 570.00 |
| 08/16/10 | K. Michaels | C300 | 0 | Review of arbitration decision (analysis of system changes issues). | 0.40 | 228.00 |
| 08/17/10 | K. Michaels | C300 | 0 | Review of Guild grievances from A. Barnes (regarding pay claims and layoff of sales assistants). | 0.20 | 114.00 |
| 08/17/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (report regarding Section 8.6 meeting with Guild concerning sales assistants layoffs). | 0.30 | 171.00 |
| 08/17/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding Section 8.6 meeting with the Guild concerning sales assistants layoffs.) | 0.20 | 114.00 |
| 08/18/10 | K. Michaels | C300 | 0 | Review of draft letter from A. Barnes (to Guild regarding extending time limits for grievances concerning sales assistants). | 0.10 | 57.00 |
| 08/18/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding sales assistant layoff issues). | 0.40 | 228.00 |
| 08/19/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding sales assistant layoff issues). | 0.20 | 114.00 |
| 08/20/10 | J. Sherman | C300 | 0 | Research negotiating history of Guild jurisdictional language and report to A. Barnes in connection with findings concerning same. | 0.50 | 342.50 |

| | | |
|---|---|---|
| **Total Hours** | 5.30 | |
| **Total Fees** | | $3,078.50 |
| **Less Discount** | | ($307.85) |
| **Total Fees After Discount** | | $2,770.65 |



Baltimore Sun

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.50 | hours at | $685.00 | per hour |
| K. Michaels | Partner | - | 4.80 | hours at | $570.00 | per hour |

**Total Disbursements**                                                0.00

**Total Amount Due**                                                $2,770.65

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763972
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,078.50 |
| Less Discount | ($307.85) |
| Total Fees after Discount | $2,770.65 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,770.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763973
0276 12575 / 12575-000298
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through August 31, 2010

**Parking Rate Increase Grievance; Case No. 16 300 00214 10**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/06/10 | K. Michaels | L120 | 0 | Review of Guild bulletin (.10); telephone conference with A. Barnes regarding same (.10). | 0.20 | 114.00 |
| 08/09/10 | K. Michaels | C300 | 0 | Review of letter from A. Barnes to Guild regarding errors in Guild bulletin concerning parking arbitration settlement. | 0.10 | 57.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $171.00 |
| **Less Discount** | | ($17.10) |
| **Total Fees After Discount** | | $153.90 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1763973

Page 2

Baltimore Sun

## Timekeeper Summary

| K. Michaels | Partner | - | 0.30 | hours at | $570.00 | per hour |
|---|---|---|---|---|---|---|

| <u>Date</u> | <u>Disbursements</u> | | <u>Value</u> |
|---|---|---|---|
| | **Taxi** | | |
| 08/18/10 | Taxi - KRISTIN E. MICHAELS TAXI ON 07/15/10 | | 50.00 |
| 08/18/10 | Taxi - KRISTIN E. MICHAELS TAXI ON 07/16/10 | | 85.00 |

**Total Disbursements**                                                                         135.00

**Total Amount Due**                                                                         $288.90



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1763973
0276 12575 / 12575-000298
Parking Rate Increase Grievance; Case No. 16 300
00214 10

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $171.00 |
| Less Discount | ($17.10) |
| Total Fees after Discount | $153.90 |
| Total Disbursements | 135.00 |
| Total Fees and Disbursements This Statement | $288.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763974
0276 12575 / 12575-000300
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through August 31, 2010

**Al Parker Schedule Grievance; Case No. 16 300 00380 10**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/05/10 | K. Michaels | L120 | 0 | Drafting e-mail correspondence to R. Paul, Guild counsel, regarding Guild failure to notify American Arbitration Association of settlement of two janitorial cases. | 0.10 | 57.00 |

| | | | | | | |
|------|----------|------|----------|-------------|-------|-------|
| **Total Hours** | | | | | 0.10 | |
| **Total Fees** | | | | | | $57.00 |
| **Less Discount** | | | | | | ($5.70) |
| **Total Fees After Discount** | | | | | | $51.30 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
## ATTORNEYS SHAW LLP

Baltimore Sun

| K. Michaels | Partner | - | 0.10 | hours at | $570.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**                                                          0.00

**Total Amount Due**                                                          $51.30

# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1763974
0276 12575 / 12575-000300
Al Parker Schedule Grievance; Case No. 16 300 00380
10

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $57.00 |
| Less Discount | ($5.70) |
| Total Fees after Discount | $51.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $51.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1764128
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2010

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/03/10 | N. Riesco | L120 | 0 | Review and analyze plaintiff's discovery responses (1.00); draft deficiency letter to opposing counsel (.80); draft releases for medical records and amended notice of deposition (.40); communications with G. Silva regarding claims regarding disparate treatment with regards to attendance(.20); compose email to client enclosing plaintiff's responses and regarding last status hearing (.20). | 2.60 | 1,014.00 |
| 08/12/10 | G. Pauling II | L120 | 0 | Review discovery issues and devise strategy for motion to compel. | 0.50 | 280.00 |
| 08/12/10 | N. Riesco | L190 | 0 | Call from opposing counsel regarding discovery status, protective order and motion filed by plaintiff with court. | 0.20 | 78.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 1764128

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/17/10 | G. Pauling II | L430 | 0 | Review and revise motion to compel (.3); review authorities supporting motion and relief sought (.5); conference with N. Riesco regarding motion (.5). | 1.30 | 728.00 |
| 08/17/10 | N. Riesco | L230 | 0 | Prepare for hearing on plaintiff's motion for hearing (.70); attend court hearing (1.30); compose email to G. Pauling regarding status (.40); compose email to opposing counsel regarding outstanding discovery matters and possible motion to compel (.60); edit, draft and revise motion for entry of agreed protective order (.70); prepare outline for plaintiff's deposition (.80). | 4.50 | 1,755.00 |
| 08/18/10 | N. Riesco | L190 | 0 | Review, edit and file motion for entry of protective order. | 0.50 | 195.00 |
| 08/19/10 | N. Riesco | L330 | 0 | Prepare for plaintiff's deposition. | 2.10 | 819.00 |
| 08/20/10 | G. Pauling II | L330 | 0 | Review discovery status to assess need and basis for motion to compel. | 0.30 | 168.00 |
| 08/20/10 | N. Riesco | L330 | 0 | Prepare for plaintiff's deposition (5.00); conference with G. Pauling to discuss case status (.20). | 5.20 | 2,028.00 |
| 08/23/10 | G. Pauling II | L330 | 0 | Review status per August 23 hearing before Judge Kennelly (1.0); deposition preparation (.5). | 1.50 | 840.00 |
| 08/23/10 | N. Riesco | P230 | 0 | Prepare for D. Holmes deposition (3.0); communication with client regarding same (2.0); e-mail to G. Pauling regarding same (.3). | 5.30 | 2,067.00 |
| 08/25/10 | G. Pauling II | L330 | 0 | Deposition preparation for plaintiff's deposition. | 0.80 | 448.00 |
| 08/25/10 | N. Riesco | L330 | 0 | Correspondence with opposing counsel regarding deposition scheduling and changes to protective order (.3); communications with R. Hoshell and L. Gresham regarding deposition scheduling etc. (.2). | 0.50 | 195.00 |



**SEYFARTH SHAW** LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 08/26/10 | N. Riesco | L120 | 0 | Review and edit deposition outline (1.0); communications with G. Silva regarding deposition scheduling and pending items (1.0). | 2.00 | 780.00 |
| 08/27/10 | G. Pauling II | L330 | 0 | Devise deposition strategy with N. Riesco. | 1.50 | 840.00 |
| 08/27/10 | N. Riesco | L330 | 0 | Prepare for plaintiff's deposition (4.20); conference with G. Pauling to discuss/review deposition outline (1.70); communication with G. Silva and R. Hoshell regarding various factual issues to confirm (.50). | 6.40 | 2,496.00 |
| 08/28/10 | M. Keeton | L330 | 0 | Prepare sound files of voice mail messages for use in deposition. | 1.50 | 322.50 |
| 08/30/10 | G. Pauling II | L330 | 0 | Final deposition preparation and advice. | 0.50 | 280.00 |
| 08/30/10 | N. Riesco | L330 | 0 | Prepare for plaintiff's deposition (1.80); communications with G. Pauling , G. Silva and A. Jubelier regarding same (.70); take plaintiff's deposition (7.5); communications with L .Gresham regarding deposition scheduling (.10) : Compose email to opposing counsel regarding deposition scheduling for Tribune witnesses ( .10). | 10.20 | 3,978.00 |

**Total Hours**     47.40

**Total Fees**     $19,311.50

**Less Discount**     ($1,931.15)

**Total Fees After Discount**     $17,380.35

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 6.40 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 39.50 | hours at | $390.00 | per hour |
| M. Keeton | ITStaff | - | 1.50 | hours at | $215.00 | per hour |



Tribune Company

| Disbursements | Value | |
|---|---|---|
| Copying | 33.10 | |
| **Total Disbursements** | | 33.10 |
| **Total Amount Due** | | $17,413.45 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1764128
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $19,311.50 |
| Less Discount | ($1,931.15) |
| Total Fees after Discount | $17,380.35 |
| Total Disbursements | 33.10 |
| Total Fees and Disbursements This Statement | $17,413.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS   SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763979
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/02/10 | J. Meer | L160 | 0 | Conference with I. Goldstone regarding settlement agreement issues. | 0.40 | 228.00 |
| 08/02/10 | J. Meer | L160 | 0 | Appear at mediation. | 10.00 | 5,700.00 |
| 08/02/10 | J. Meer | L190 | 0 | Conference with co-counsel and O. Nosrati regarding settlement agreement issues. | 0.40 | 228.00 |
| 08/02/10 | M. Afar | L110 | 0 | Prepare for and attend mediation. | 12.50 | 1,000.00 |
| 08/04/10 | J. Meer | L190 | 0 | Prepare comfort order for the bankruptcy court in order to seek approval for release of settlement funds. | 1.00 | 570.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1763979

Page 2

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/09/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding status of written settlement agreement and arbitration clause. | 0.50 | 285.00 |
| 08/13/10 | J. Meer | L120 | 0 | Telephone conference with plaintiff's counsel regarding proposed settlement agreement. | 0.40 | 228.00 |
| 08/17/10 | M. Halperin | L310 | 0 | Preparation of communication to J. Meer for a status on the subpoena served on KTLA and which opposing counsel filed a motion to quash the result of which was that all discovery motions were referred to a discovery referee. | 0.10 | 27.50 |
| 08/18/10 | J. Meer | L160 | 0 | Review proposed settlement agreement. | 1.00 | 570.00 |
| 08/19/10 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer advising she can close her handling of the subpoena for records from KTLA. | 0.10 | 27.50 |
| 08/20/10 | J. Meer | L190 | 0 | Review and revise settlement agreements. | 0.50 | 285.00 |
| 08/20/10 | J. Meer | L190 | 0 | Telephone conference with O. Nosrati regarding same. | 0.20 | 114.00 |
| 08/20/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer regarding revisions to settlement agreements. | 0.30 | 171.00 |
| 08/26/10 | J. Meer | L160 | 0 | Exchange emails with co-counsel regarding settlement agreement. | 0.40 | 228.00 |
| 08/27/10 | J. Meer | L190 | 0 | Exchange emails with co-counsel regarding status of settlement negotiations. | 0.40 | 228.00 |
| 08/27/10 | J. Meer | L190 | 0 | Exchange emails with I. Goldstone regarding status of settlement negotiations. | 0.20 | 114.00 |

**Total Hours**                                                                    28.40

**Total Fees**                                                                     $10,004.00



Invoice No. 1763979

Page 3

Ira H. Goldstone

| | | |
|---|---|---|
| **Less Discount** | | ($1,000.40) |
| **Total Fees After Discount** | | $9,003.60 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 15.70 | hours at | $570.00 | per hour |
| M. Halperin | Paralegal | - | 0.20 | hours at | $275.00 | per hour |
| M. Afar | Law Clerk | - | 12.50 | hours at | $80.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Copying** | |
| 08/06/10 | Copying | 0.40 |
| | **Local Travel** | |
| 08/11/10 | Local Travel - MICHAEL AFAR MILEAGE; ATTEND MEDIATON WITH JON MEER AT SIDLEY AUSTIN LP | 13.20 |
| | **Travel** | |
| 08/11/10 | Travel - MICHAEL AFAR TOLLS/PARKING; ATTEND MEDIATION WITH JON MEER AT SIDLEY AUSTIN LLP | 12.00 |

| | |
|---|---|
| **Total Disbursements** | 25.60 |
| **Total Amount Due** | $9,029.20 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1763979
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $10,004.00 |
| Less Discount | ($1,000.40) |
| Total Fees after Discount | $9,003.60 |
| Total Disbursements | 25.60 |
| Total Fees and Disbursements This Statement | $9,029.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763978
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/16/10 | J. McManus | B110 | 0 | Review time detail for Ninth Monthly Fee Application (.40); conference with J. Sherman regarding redaction of priviliged detail (.10). | 0.50 | 135.00 |
| 08/19/10 | J. McManus | B110 | 0 | Conference with O. Reyes regarding revised time detail for Ninth Monthly Fee Application (.10); review detail for Tenth Monthly Fee Application (.20). | 0.30 | 81.00 |
| 08/20/10 | J. McManus | B110 | 0 | Prepare Ninth Monthly Fee Application. | 0.70 | 189.00 |
| 08/23/10 | J. McManus | B110 | 0 | Prepare Tenth Monthly Fee Application. | 0.50 | 135.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1763978

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/26/10 | J. McManus | B110 | 0 | Review Fee Examiner's Report for the First Quarterly Fee Application (.30); revise Ninth Monthly Fee Application (.90). | 1.20 | 324.00 |
| 08/30/10 | J. McManus | B110 | 0 | Prepare response to Fee Examiner's report on First Quarterly Fee Application (.40); revise ninth monthly time detail (.50). | 0.90 | 243.00 |

**Total Hours**      4.10

**Total Fees**      $1,107.00

**Less Discount**      ($110.70)

**Total Fees After Discount**      $996.30

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. McManus | Paralegal | - | 4.10 | hours at | $270.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $996.30



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1763978
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,107.00 |
| Less Discount | ($110.70) |
| Total Fees after Discount | $996.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $996.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763980
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2010

## Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/30/10 | E. Cerasia II | L160 | 0 | Begin to review plaintiff's settlement analysis. | 0.10 | 72.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.10 | |
| **Total Fees** | | $72.00 |
| **Less Discount** | | ($7.20) |
| **Total Fees After Discount** | | $64.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.10 | hours at | $720.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Process Server** | |
| 08/02/10 | Process Server - UNITED LAWYERS SERVICE | 11.00 |

**Total Disbursements**                                                                   11.00

**Total Amount Due**                                                                    $75.80


**ATTORNEYS SHAW LLP**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1763980
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $72.00 |
| Less Discount | ($7.20) |
| Total Fees after Discount | $64.80 |
| Total Disbursements | 11.00 |
| Total Fees and Disbursements This Statement | $75.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763982
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2010

**Karen Scott v. WPIX**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/09/10 | E. Cerasia II | L310 | 0 | Review court's initial case conference order regarding submission of case management plan and Rule 16 conference on September 24. | 0.10 | 72.00 |
| 08/09/10 | E. Cerasia II | L310 | 0 | Email correspondence with A. Jubelirer regarding initial case conference order and discovery we are preparing. | 0.20 | 144.00 |
| 08/10/10 | E. Cerasia II | L230 | 0 | E-mail correspondence with K. Rubinstein regarding his request to adjourn September 24 initial court conference, and follow-up e-mails with A. Jubelirer regarding same. | 0.20 | 144.00 |
| 08/10/10 | J. Chylinski | L310 | 0 | Draft document requests. | 2.80 | 994.00 |
| 08/16/10 | J. Chylinski | L310 | 0 | Finalize document requests. | 0.90 | 319.50 |
| 08/17/10 | E. Cerasia II | L310 | 0 | Revise document request to Plaintiff Scott. | 0.40 | 288.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/19/10 | E. Cerasia II | L310 | 0 | Communicate with J. Chylinski regarding draft document request and email correspondence with A. Jubelirer regarding reason for not serving interrogatories. | 0.10 | 72.00 |
| 08/20/10 | J. Chylinski | L120 | 0 | Review and analysis of client documents for individuals who are likely to have information that WPIX may use to support its defenses to plaintiff's complaint. | 1.50 | 532.50 |
| 08/20/10 | J. Chylinski | L310 | 0 | Draft WPIX's initial disclosures. | 1.10 | 390.50 |
| 08/23/10 | E. Cerasia II | L230 | 0 | Review court order rescheduling Rule 16 conference for October 15 and email with A. Jubelirer regarding same. | 0.10 | 72.00 |

**Total Hours**      7.40

**Total Fees**      $3,028.50

**Less Discount**      ($302.85)

**Total Fees After Discount**      $2,725.65

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.10 | hours at | $720.00 | per hour |
| J. Chylinski | Associate | - | 6.30 | hours at | $355.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $2,725.65



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1763982
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $3,028.50 |
| Less Discount | ($302.85) |
| Total Fees after Discount | $2,725.65 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,725.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763983
0276 68308 / 68308-000005
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2010

### NY Newspaper Guild - WPIX Arbitration - News Editor Classification

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/10/10 | E. Cerasia II | C300 | 0 | E-mail correspondence with A. Foran regarding unemployment benefits, tax and other potential issues involved with settlement of case. | 0.20 | 144.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $144.00 |
| **Less Discount** | | ($14.40) |
| **Total Fees After Discount** | | $129.60 |

### Timekeeper Summary

| E. Cerasia II | Partner | - | 0.20 | hours at | $720.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company


**Total Disbursements**                                                                                     0.00

**Total Amount Due**                                                                                  $129.60



**SEYFARTH**
ATTORNEYS **SHAW**LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1763983
0276 68308 / 68308-000005
NY Newspaper Guild - WPIX Arbitration - News
Editor Classification

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $144.00 |
| Less Discount | ($14.40) |
| Total Fees after Discount | $129.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $129.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763987
0835 68308 / 68308-000006
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through August 31, 2010

## WPIX - General Labor and Employment Advice

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/26/10 | E. Cerasia II | C300 | | Review demand letter from E. Frances' attorney (.1); email correspondence with A. Jubelirer regarding same. (.1). | 0.20 | 144.00 |

| | | | | | | |
|------|----------|------|----------|-------------|-------|-------|
| **Total Hours** | | | | | 0.20 | |
| **Total Fees** | | | | | | $144.00 |
| **Less Discount** | | | | | | ($14.40) |
| **Total Fees After Discount** | | | | | | $129.60 |

## Timekeeper Summary

| | | | | | | |
|------|----------|------|----------|-------------|-------|-------|
| E. Cerasia II | Partner | - | 0.20 | hours at | $720.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

**Total Disbursements** <u>0.00</u>

**Total Amount Due** <u>$129.60</u>



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1763987
0835 68308 / 68308-000006
WPIX - General Labor and Employment Advice

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $144.00 |
| Less Discount | ($14.40) |
| Total Fees after Discount | $129.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $129.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763977
0276 36078 / 36078-000001
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

For legal services rendered through August 31, 2010

**General 0000001631**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/04/10 | S. Carlson | L120 | 0 | Analysis of issues related to need to preserve further records. | 0.50 | 277.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $277.50 |
| **Less Discount** | | ($27.75) |
| **Total Fees After Discount** | | $249.75 |

**Timekeeper Summary**

| S. Carlson | Partner | - | 0.50 | hours at | $555.00 | per hour |
|------------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Olson


**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $249.75



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn:  Karen Flax, Esq.
Assistant General Counsel

Invoice No. 1763977
0276 36078 / 36078-000001
General 0000001631

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $277.50 |
| Less Discount | ($27.75) |
| Total Fees after Discount | $249.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $249.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name:  Bank of America
Account Name:  Seyfarth Shaw LLP Operating Account
Account Number:  5201743357
ABA Wire Payment Number:  026-009-593
ABA ACH Payment Number:  081-904-808
Swift Code:  BOFAUS3N

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1764135
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

For legal services rendered through August 31, 2010

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/02/10 | S. Knight | C200 | | Legal research regarding when a party reasonably anticipates litigation and the duty to preserve in the context of widespread industry litigation and in California federal court. | 1.80 | 414.00 |
| 06/02/10 | S. Knight | L120 | | Prepare memorandum regarding when a party reasonably anticipates litigation and the duty to preserve in the context of widespread industry litigation and in California federal courts. | 0.70 | 161.00 |
| 06/03/10 | S. Knight | C200 | | Continue legal research regarding when a party reasonably anticipates litigation and the duty to preserve in the context of widespread industry litigation and in California federal court. | 0.30 | 69.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/22/10 | C. Olson | C300 | 0 | Attend lessons learned call with J. Xanders and managers. | 0.50 | 340.00 |
| 07/22/10 | S. Carlson | L120 | | Review of issues related to preservation issues (2.3); review of Sedona conference guidelines regarding associated issues (1.5); further preparation for and telephone conference with client regarding same (1.5). | 5.30 | 2,941.50 |
| 07/22/10 | M. Christoff | L120 | | Prepare memorandum addressing the preservation obligations. | 1.80 | 414.00 |
| 08/26/10 | C. Olson | L120 | 0 | Review email regarding workers compensation issue (.1); review contract and related information (.1); draft response to J. Xanders (.1). | 0.30 | 204.00 |

**Total Hours**                                                                     10.70

**Total Fees**                                                                              $4,543.50

**Less Discount**                                                                        ($454.35)

**Total Fees After Discount**                                                  $4,089.15

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 0.80 | hours at | $680.00 | per hour |
| S. Carlson | Partner | - | 5.30 | hours at | $555.00 | per hour |
| S. Knight | Staff Attorney | - | 2.80 | hours at | $230.00 | per hour |
| M. Christoff | Staff Attorney | - | 1.80 | hours at | $230.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Travel** | |



Los Angeles Times

| 08/24/10 | Travel - CAMILLE A. OLSON ANDAZ HOTEL- PREPARING MATERIALS FOR THE LA TIMES DM TRAINING MEETING 05/05/10 | 838.23 |
|---|---|---|

**Meals**

| 08/24/10 | Meals - CAMILLE A. OLSON LUNCH - PREPARING MATERIALS FOR THE LA TIMES DM TRAINING MEETING 05/05/10 | 18.58 |
|---|---|---|
| 08/24/10 | Meals - CAMILLE A. OLSON DINNER @ BLT STEAK W/R LAPP- PREPARING MATERIALS FOR THE LA TIMES DM TRAINING MEETING 05/05/10 | 195.12 |

**Total Disbursements**                                                    1,051.93

**Total Amount Due**                                                      $5,141.08



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

Invoice No. 1764135
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,543.50 |
| Less Discount | ($454.35) |
| Total Fees after Discount | $4,089.15 |
| Total Disbursements | 1,051.93 |
| Total Fees and Disbursements This Statement | $5,141.08 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

Invoice No. 1763976
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through August 31, 2010

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/16/10 | T. Hix | L120 | 0 | Receive and review plaintiff's status report and dismissal (.2); email exchange with client regarding same (.1). | 0.30 | 142.50 |
| 08/19/10 | T. Hix | L120 | 0 | Receive and review dismissal from plaintiff's counsel (.1); telephone conference with T. Rusche regarding case status and response to dismissal (.1). | 0.20 | 95.00 |
| 08/23/10 | T. Hix | L120 | 0 | Review and analyze motion for summary judgment in preparation for call with client (.5); telephone conference with client regarding strategy to address dismissal of debtors (.2). | 0.70 | 332.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 08/26/10 | M. Sank | L430 | 0 | Prepare response to plaintiff's status report. | 0.90 | 342.00 |
| 08/30/10 | M. Sank | L430 | 0 | Continue preparation of response to plaintiff's status report. | 0.70 | 266.00 |
| 08/31/10 | T. Hix | L250 | 0 | Review and revise declaration of T. Hix in opposition to case being restored to active list (1.1); email exchange with client and bankruptcy counsel regarding same (.2). | 1.30 | 617.50 |

**Total Hours** 4.10

**Total Fees** $1,795.50

**Less Discount** ($179.55)

**Total Fees After Discount** $1,615.95

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 1.60 | hours at | $380.00 | per hour |
| T. Hix | Partner | - | 2.50 | hours at | $475.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 08/31/10 | Copying | 6.90 |

**Total Disbursements** 6.90

**Total Amount Due** $1,622.85



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1763976
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,795.50 |
| Less Discount | ($179.55) |
| Total Fees after Discount | $1,615.95 |
| Total Disbursements | 6.90 |
| Total Fees and Disbursements This Statement | $1,622.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | |