# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. Nos. 5669, 5737, 5740, 5742, 5762, 5764, 5765, 5766, 5770, 5779, & 5810 |

## NOTICE OF WITHDRAWAL WITH PREJUDICE OF MOTION OF AURELIUS CAPITAL MANAGEMENT, LP TO DISQUALIFY CHADBOURNE & PARKE LLP

1. On September 13, 2010, Aurelius Capital Management, LP ("Aurelius") filed the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which It Has Conflicts of Interest (the "Aurelius Motion")[2] [D.I. 5669].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms utilized but not defined herein shall have the meaning ascribed to them in the Aurelius Motion.

{698.001-W0010115.}

2. On September 20, 2010, Deutsche Bank Trust Company Americas ("Deutsche") filed the Response of Deutsche Bank Trust Company Americas, Indenture Trustee Under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture to the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5740] (the "Deutsche Response").

3. On September 20, 2010, Wilmington Trust Company ("WTC" and together with Deutsche, the "Joining Parties") filed the Joinder of Wilmington Trust Company to the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5742 ] (together with the Deutsche Response, the "Joinders").

4. The following additional papers were filed with regard to the Aurelius Motion, the: (i) Objection of Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which It Has Conflicts of Interest [D.I. 5737]; (ii) Joinder of Warner Bros. Television to the Objection of the Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5762]; (iii) Reply of Official Committee of Unsecured Creditors to the Response of Deutsche Bank Trust Company Americas and the Joinder of Wilmington Trust Company to the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5764]; (iv) PBGC's Joinder to the

Official Committee of Unsecured Creditors' Objection to the Aurelius Capital Management, LP Motion to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5765]; (v) Statement of Committee Member Washington-Baltimore Newspaper Guild in Support of Objection of Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5766]; (vi) Joinder of William A. Niese, a Member of the Official Committee of Unsecured Creditors and a Representative of the TM Retirees, to the Objection of the Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5770]; and (vii) Reply in Support of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest [D.I. 5779] (collectively, the "Responses").

5. On September 22, 2010, the Court held a hearing to consider the Aurelius Motion, the Joinders and the Responses. At the hearing, and as memorialized in that certain Order Denying In Part Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP dated September 24, 2010 [D.I. 5810] (the "Initial Order"), the Court denied the Aurelius Motion to the extent it sought to disqualify Chadbourne from participating in the Mediation. As set forth in the Initial Order, the Court further scheduled a status conference for October 4, 2010 to consider the scheduling of additional relief, if necessary, in connection with the Aurelius Motion (the "Status Conference").

6.  On October 4, 2010, the Court held the Status Conference and, among other things, scheduled a hearing for October 22, 2010 to consider the balance of the relief requested in the Aurelius Motion. Following the Status Conference, Aurelius and Chadbourne met, conferred, and negotiated a resolution of the issues presented in the Aurelius Motion.

7.  In light of the resolution of the Aurelius Motion, (i) Aurelius hereby withdraws the Aurelius Motion with prejudice and (ii) the Joining Parties hereby withdraw the Joinders with prejudice.

Dated: October 8, 2010
Wilmington, Delaware

/s/ *William P. Bowden*
**ASHBY & GEDDES, P.A.**
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Edward A. Friedman
William P. Weintraub
Hal Neier
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

*Attorneys for Aurelius Capital Management, LP*

Dated: October 8, 2010

/s/Katherine L. Mayer
**McCARTER & ENGLISH LLP**
Katharine L. Mayer (DE # 3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
(302) 984-2494 Direct Fax
kmayer@mccarter.com

-and-

David J. Adler, Esq. (DA0048)
245 Park Avenue
27th Floor
New York, NY 10167
(212) 609-6800 – Telephone
(212) 609-6921 – Facsimile
dadler@mccarter.com

*Counsel for Deutsche Bank Trust Company Americas*

Dated: October 8, 2010

/s/ Raymond H. Lemisch
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*