# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER SCHEDULING A HEARING AND ESTABLISHING CERTAIN DEADLINES TO CONSIDER APPROVAL OF CERTAIN DISCLOSURE DOCUMENT(S)

The undersigned counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certifies as follows:

1. On October 4, 2010, a status conference was held before the Court concerning, *inter alia*, the status of any plan(s) of reorganization with respect to the above captioned chapter 11 proceedings (the "October 4th Status Conference"). At the October 4th Status Conference, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Court scheduled a hearing date and established certain deadlines in connection with considering the adequacy of certain disclosure documents that may be proposed in connection with any such plan(s) of reorganization and directed the Debtors to submit a proposed order with respect to such hearing date and deadlines.

2. Subsequent to the October 4th Status Conference, the Debtors circulated a draft form of order to the Mediation Parties (as defined in the Order Appointing Mediator [D.I. 5591]) for consideration. After receipt of comments with respect to the draft order, the Mediation Parties held a teleconference to address outstanding issues with respect to the form of order. In an effort to address certain procedural issues that were raised with respect to the Court-ordered hearing date, and to facilitate an agreed-upon schedule with respect to certain anticipated filings, the Mediation Parties agreed to certain additional deadlines for the filing of plan-related documents. All of the Mediation Parties have agreed to the terms of a procedural order other than the deadlines for filing plan-related documents and the date of the hearing to consider approval of the General Disclosure Document, any Specific Disclosure Documents, and any Responsive Statements to be incorporated into the Master Disclosure Document.[2]

3. Attached hereto as <u>Exhibit A</u> for the Court's consideration is a proposed Order Scheduling A Hearing And Establishing Certain Deadlines To Consider Approval Of Certain Disclosure Document(s) (the "<u>Proposed Order</u>"). The Debtors, Oaktree Capital Management, LP, Angelo Gordon & Co. LP, JPMorgan and EGI-TRB, L.L.C. seek entry of the Proposed Order.

4. The Step One Credit Agreement Lenders ("<u>SOCAL</u>") also agree to the Proposed Order, except that, the SOCAL propose that the Debtors file their plan of reorganization on or prior to October 15, 2010 and that any party in interest file a Competing Plan on or prior to October 22, 2010, rather than October 15, 2010, as set forth in the second decretal paragraph of

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Proposed Order and Alternative Proposed Order.

the Proposed Order. Attached hereto as <u>Exhibit B-1</u> is a modified Proposed Order reflecting the modifications proposed by the SOCAL (the "<u>Modified Proposed Order</u>"). Attached hereto as <u>Exhibit B-2</u> is a black line reflecting the changes between the Proposed Order and the Modified Proposed Order.

     5.     Certain other Mediation Parties, including Aurelius Capital Management, LP, Wilmington Trust Company, Wells Fargo, as Agent, the Official Committee of Unsecured Creditors, the Ad Hoc Opco Trade Committee and Deutsche Bank Trust Company Americas, propose the alternative schedule set forth in the proposed Order Scheduling A Hearing And Establishing Certain Deadlines To Consider Approval Of Certain Disclosure Document(s) (the "<u>Alternative Proposed Order</u>"), attached hereto as <u>Exhibit C-1</u>. Attached hereto as <u>Exhibit C-2</u> is a black line proposed order which reflects the differences between the Proposed Order and Alternative Proposed Order.

     6.     The Mediation Parties requesting entry of the (i) Modified Proposed Order and (ii) Alternative Proposed Order request a brief telephonic hearing, at the Court's earliest convenience, to address the Court regarding the rationale for the proposed revised schedule set forth in the (i) Modified Proposed Order and (ii) Alternative Proposed Order.

                                      Respectfully submitted,

                                      SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

                                      -and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Counsel to the Debtors and Debtors in Possession

47658/0001-7066243v8