IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| In re: | : | Chapter 11 Cases |
|---|---|---|
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related Dkt. No. 5507** |

------------------------------------------------------x

**SUPPLEMENT TO REINSTATED MOTION OF LAW DEBENTURE
TRUST COMPANY OF NEW YORK TO TERMINATE DEBTOR AFFILIATES'
UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN
ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS**

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096 (as amended, the "Indenture"), respectfully submits this supplement (the "Supplement") to its *Reinstated Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Dkt. No. 5507] (the "Reinstated Motion"), as follows:[1]

1.   On August 25, 2010, Law Debenture filed the Reinstated Motion reinstating its application for the entry of an order compelling and directing: (i) the Debtors to cause any non-debtor affiliate or subsidiary to terminate the Unauthorized Fee Payments; (ii) the LBO Lenders to provide an accounting of all Unauthorized Fee Payments; and (iii) the LBO Lenders to disgorge the Unauthorized Fee Payments.

2.   Pursuant to the agreement of the Debtors and the other parties to the Stipulation, upon filing of the Reinstated Motion "the record presented to the Bankruptcy Court in

---

[1]   Unless otherwise noted, capitalized terms used herein have the same meaning as in the Reinstated Motion.

connection with the Fee Motion will be restored." Stipulation at ¶ 6.  It was understood that this restoration of the record included adherence by the Debtors to their statement during the March 26, 2010 hearing that "we've agreed not to make the payments [to the lenders] pending further guidance from Your Honor." (3/26/10 Hrg. Trans., at 18:24-25).

3. The Debtors, however, have acknowledged that on August 31, 2010, six days after the Reinstated Motion was filed, Tribune (FN) Cable Venture, Inc. ("TCV") made a series of payments in connection with the fees of the senior lenders in the total amount of $3,106,256.02 (the "August 31 Payments"). (*See* 10/3/10 Letter from Henderson to Rosner, attached hereto as Exhibit A).  The fact that these amounts, according to the Debtors, relate to those fees invoiced and billed prior to the filing of the Reinstated Motion, does not change the fact that the Debtors made the payment after the date of the Reinstated Motion.  Moreover, upon information and belief, many of these fees were incurred and billed following the breach of and withdrawal from that certain Settlement Support Agreement by JPMorgan Chase and Angelo Gordon on August 9, 2010.

4. As a result of the August 31 Payments, the aggregate payment by TCV to the lenders increased to approximately $50,235,970.00.  (*See* Exhibit A).

5. Additionally, the Debtors have disclosed that on April 29, 2010, TCV made a payment to Davis Polk in the amount of $6,150,000.00 and a payment to FTI Consulting in the amount of $500,000.00 for the express purpose of replenishing the retainer held by each entity (the "Retainer Payments").  (*See Notice of Second Filing of Lender Fee Payment Summary*, dated April 29, 2010 [Dkt No. 4206]).  The payment of a retainer was never contemplated by the parties, nor embodied in the Settlement Support Agreement or the Stipulation.  They are also not provided for in the Credit Agreement (as defined in the *Stipulated Facts in Connection With*

*March 26, 2010 Hearing of Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Dkt. No. 3657]). *See Law Debenture Trust Company of New York's Brief (A) In Response to Debtors' and JPMorgan's Supplemental Briefs and (B) In Further Support of its Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Dkt. No. 3732] at 12 n.25. The Retainer Payments enabled the lenders to violate the Settlement Support Agreement by taking prepayment of their fees before they breached the Settlement Support Agreement which terminated ongoing payments.

6. Accordingly, both the August 31 Payments and the Retainer Payments constitute Unauthorized Fee Payments and should be disgorged in concert with the relief requested in the Reinstated Motion. Law Debenture has requested that the Debtors demand reimbursement of these amounts from the lenders (s*ee* 10/5/10 Letter from Rosner to Henderson, attached hereto as Exhibit B), but the Debtors have not responded to Law Debenture's request.

## **NOTICE**

7. Notice of this Supplement has been given to: (a) counsel to the Debtors, (b) the Office of the United States Trustee, (c) counsel to the Creditors Committee, (d) counsel to the LBO Lenders, and (d) all parties requesting notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Law Debenture submits that no further or other notice is required.

## CONCLUSION

For the reasons set forth above, Law Debenture respectfully requests that the Court enter an order compelling and directing (i) termination of the payments to the LBO Lenders, (ii) an accounting of unauthorized payments made to the LBO Lenders, (iii) disgorgement of all unauthorized payments to the LBO Lenders, and (iv) granting such other and further relief as is necessary and proper.

Dated: October 12, 2010  
       Wilmington, Delaware

Respectfully submitted,

By: /s/ *Garvan F. McDaniel*  
**BIFFERATO GENTILOTTI LLC**  
Garvan F. McDaniel (No. 4167)  
800 N. King Street, Plaza Level  
Wilmington, Delaware 19801  
Tel: (302) 429-1900  
Fax: (302) 429-8600

– and –

David S. Rosner  
Andrew K. Glenn  
Sheron Korpus  
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**  
1633 Broadway  
New York, New York 10019  
Tel: (212) 506-1700  
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*