# EXHIBIT A



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

jhenderson@sidley.com
(312) 853 7891

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

October 3, 2010

By Email and First Class Mail

David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Re: *In re Tribune Company, et al.*, No. 08-13141 (KJC)

Dear David:

I am writing in response to your October 1 letter to Jim Conlan. In respect of the various inquiries and assertions contained in your letter, please be advised of the following:

We are aware of the procedural history relating to Law Debenture's fee motion, including that the Court has not yet entered any order on such motion. We are also aware that, at the December 1, 2009 hearing, the Debtors agreed to the filing of a disclosure respecting fees that had been paid to date. The Debtors made such a filing on December 11, 2010. *See* Docket No. 2826. You are correct, however, that no further Senior Lender fee payments were made until late April 2010, after (i) the execution by your client and others of the Settlement Support Agreement, dated as of April 8, 2010, which expressly contemplated the withdrawal without prejudice of Law Debenture's fee motion and the resumption of such payments, (ii) the Debtors' filing of a Notice indicating an intent by the Non-Debtor subsidiaries and guarantors, including Tribune (FN) Cable Ventures, Inc., to recommence the Senior Lender fee payments in light of your client's stipulated withdrawal of the fee motion, and (iii) the Court's entry of an order on April 15 approving the stipulation withdrawing the fee motion. Consistent with the foregoing, on April 29, the Debtors filed a second disclosure of Senior Lender fee payments. *See* Docket No. 4206. Further, on or about July 30, at or about the same time as the Debtors' most recent Rule 2015.3 filing, the Debtors filed with the Court a third disclosure in respect of Senior Lender fee payments made since the filing of the second fee disclosure. *See* Docket No. 5211. Save for one additional series of payments made on August 31 in the amount of $3,106,256.02, for amounts incurred and billed prior to the renewal of your fee motion, there have been no further payments of Senior Lender fees. The Debtors advised representatives of the Senior Lenders that such payments are suspended due to the reinstated fee motion. Finally, the Debtors intend to make a further disclosure, consistent with the prior three fee disclosures, of the one additional payment made in August.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



SIDLEY AUSTIN LLP
SIDLEY

David S. Rosner
October 3, 2010
Page 2

We trust that this addresses the questions raised in your October 1 letter.

Very truly yours,

Janet Henderson by JL

Janet E. Henderson

cc: Donald J. Liebentritt
James Heaney
Donald Bernstein
Dennis Glazer
Howard Seife
Edward Friedman
Daniel Gropper
Daniel Golden