# **EXHIBIT B**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

DAVID S. ROSNER
DROSNER@KASOWITZ.COM
212-506-1726

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

October 5, 2010

**VIA E-MAIL AND FIRST CLASS MAIL**

Janet E. Henderson
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

    Re:    *In re Tribune Company, et al.*, 08-13141 (KJC)

Dear Janet:

    Thank you for your letter dated October 3, 2010. Although your letter addressed certain of our initial concerns, two issues remain unresolved.

    First, your letter states that a series of payments were made on August 31, 2010 for amounts incurred and billed prior to the filing of the Reinstated Bank Fees motion on August 25, 2010. The payments, however, should have ceased on August 9, 2010 when JPMorgan and Angelo Gordon breached and withdrew from the PSA. All payments made subsequent to August 9, 2010 (regardless whether they were incurred and billed prior to that date) were made without the consent of Law Debenture or further guidance from the Court and must be repaid immediately. This includes all of those payments that were made on August 31.

    Second, the schedule of payments indicates that on April 29, 2010 Tribune (FN) Cable Ventures, Inc. paid a retainer in the amount of $6,150,000.00 to Davis Polk and a retainer in the amount of $500,000.00 to FTI Consulting. Although the PSA contemplated that the reimbursement of fees, costs, and expenses at issue in the Bank Fees Motion would resume going forward from the date of entry into the PSA, nothing authorized nor was there any understanding that Tribune (FN) Cable Ventures, Inc. would also pay retainers to ensure continued payment if, as was the case, JPMorgan and Angelo Gordon breached and withdrew from the PSA thereby disallowing further payment. These retainers, which to our knowledge have not been depleted, are not a going forward "reimbursement" but rather intended as security. This is patently inappropriate. Accordingly, JPMorgan and FTI Consulting must repay these retainer amounts immediately together with amounts applied after JPMorgan and Angelo Gordon breached and withdrew from the PSA.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

      Please copy us on the demand letters seeking the repayment of these improperly paid fees, expenses, and retainers and confirm when the amounts have been repaid. Should the Debtors or Tribune (FN) Cable Ventures, Inc. fail to reclaim these payments, Law Debenture reserves its right to seek appropriate relief.

                                                  Sincerely,

                                                  David S. Rosner

cc:    James Heaney
       Donald Bernstein
       Dennis Glazer
       Andrew Goldman
       Howard Seife
       Edward Friedman
       Daniel Gropper
       Daniel Golden
       Donald J. Liebentritt