# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
Summary of Hours Worked
August 1, 2010 - August 31, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 29.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 21.5 |
| Zul Jamal | Senior Vice President | 40.5 |
| Ashish Ajmera | Vice President | 48.0 |
| Evan Glucoft | Associate | 54.0 |
| Janet Jin | Analyst | 36.0 |
| | **Total Moelis Team Hours** | **229.0** |

# Tribune Co.
## MOELIS & COMPANY
Time Log - August 2010

### I. Summary

| Name | Title | Hours |
|---|---|---:|
| Thane Carlston | Managing Director | 29.0 |
| Navid Mahmoodzadegan | Managing Director | 21.5 |
| Zul Jamal | Sr. Vice President | 40.5 |
| Ashish Ajmera | Vice President | 48.0 |
| Evan Glucoft | Associate | 54.0 |
| Janet Jin | Analyst | 36.0 |
| **Total** | | **229.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Thane Carlston | 08/01/10 | 4.0 | Telephonic Meeting with Counsel re: Examiner Report |
| Zul Jamal | 08/01/10 | 4.0 | Telephonic Meeting with Counsel re: Examiner Report |
| Ashish Ajmera | 08/01/10 | 4.0 | Telephonic Meeting with Counsel re: Examiner Report |
| Evan Glucoft | 08/01/10 | 4.0 | Telephonic Meeting with Counsel re: Examiner Report |
| Janet Jin | 08/01/10 | 4.0 | Telephonic Meeting with Counsel re: Examiner Report |
| Thane Carlston | 08/01/10 | 1.0 | Work on presentation to UCC re: Examiner Report |
| Zul Jamal | 08/01/10 | 3.0 | Work on presentation to UCC re: Examiner Report |
| Ashish Ajmera | 08/01/10 | 4.0 | Work on presentation to UCC re: Examiner Report |
| Evan Glucoft | 08/01/10 | 7.0 | Work on presentation to UCC re: Examiner Report |
| Janet Jin | 08/01/10 | 4.0 | Work on presentation to UCC re: Examiner Report |
| Thane Carlston | 08/02/10 | 2.0 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 08/02/10 | 2.0 | Special UCC Telephonic Meeting |
| Zul Jamal | 08/02/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/02/10 | 2.0 | Special UCC Telephonic Meeting |
| Evan Glucoft | 08/02/10 | 2.0 | Special UCC Telephonic Meeting |
| Janet Jin | 08/02/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/02/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 08/02/10 | 1.5 | Weekly Media Update |
| Janet Jin | 08/02/10 | 2.5 | Weekly Media Update |
| Thane Carlston | 08/03/10 | 1.0 | Internal Status Call |
| Navid Mahmoodzadegan | 08/03/10 | 1.0 | Internal Status Call |
| Zul Jamal | 08/03/10 | 1.0 | Internal Status Call |
| Ashish Ajmera | 08/03/10 | 1.0 | Internal Status Call |
| Janet Jin | 08/03/10 | 1.0 | Internal Status Call |
| Thane Carlston | 08/05/10 | 2.0 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 08/05/10 | 2.0 | UCC Committee Meeting |
| Zul Jamal | 08/05/10 | 2.0 | UCC Committee Meeting |
| Ashish Ajmera | 08/05/10 | 2.0 | UCC Committee Meeting |
| Evan Glucoft | 08/05/10 | 2.0 | UCC Committee Meeting |
| Janet Jin | 08/05/10 | 2.0 | UCC Committee Meeting |
| Thane Carlston | 08/06/10 | 2.5 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 08/06/10 | 2.5 | Special UCC Telephonic Meeting |
| Zul Jamal | 08/06/10 | 2.5 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/06/10 | 2.5 | Special UCC Telephonic Meeting |
| Evan Glucoft | 08/06/10 | 2.5 | Special UCC Telephonic Meeting |
| Janet Jin | 08/06/10 | 2.5 | Special UCC Telephonic Meeting |
| Zul Jamal | 08/09/10 | 2.0 | Recovery Analysis for Chadbourne |
| Ashish Ajmera | 08/09/10 | 3.0 | Recovery Analysis for Chadbourne |
| Evan Glucoft | 08/09/10 | 3.5 | Recovery Analysis for Chadbourne |
| Ashish Ajmera | 08/09/10 | 1.0 | Weekly Media Update |

# Tribune Co.
Time Log - August 2010

**MOELIS & COMPANY**

## I. Summary

| Name | Title | Hours |
|---|---|---:|
| Thane Carlston | Managing Director | 29.0 |
| Navid Mahmoodzadegan | Managing Director | 21.5 |
| Zul Jamal | Sr. Vice President | 40.5 |
| Ashish Ajmera | Vice President | 48.0 |
| Evan Glucoft | Associate | 54.0 |
| Janet Jin | Analyst | 36.0 |
| **Total** | | **229.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Evan Glucoft | 08/09/10 | 1.5 | Weekly Media Update |
| Janet Jin | 08/09/10 | 2.5 | Weekly Media Update |
| Thane Carlston | 08/10/10 | 2.0 | UCC Special Telephonic Committee Meeting |
| Zul Jamal | 08/10/10 | 2.0 | UCC Special Telephonic Committee Meeting |
| Ashish Ajmera | 08/10/10 | 2.0 | UCC Special Telephonic Committee Meeting |
| Evan Glucoft | 08/10/10 | 2.0 | UCC Special Telephonic Committee Meeting |
| Janet Jin | 08/10/10 | 2.0 | UCC Special Telephonic Committee Meeting |
| Navid Mahmoodzadegan | 08/11/10 | 2.0 | Updated Valuation Analysis |
| Zul Jamal | 08/11/10 | 2.0 | Updated Valuation Analysis |
| Ashish Ajmera | 08/11/10 | 2.0 | Updated Valuation Analysis |
| Evan Glucoft | 08/11/10 | 2.0 | Updated Valuation Analysis |
| Thane Carlston | 08/12/10 | 2.0 | UCC Meeting |
| Zul Jamal | 08/12/10 | 2.0 | UCC Meeting |
| Ashish Ajmera | 08/12/10 | 2.0 | UCC Meeting |
| Evan Glucoft | 08/12/10 | 2.0 | UCC Meeting |
| Janet Jin | 08/12/10 | 2.0 | UCC Meeting |
| Thane Carlston | 08/12/10 | 2.0 | Special UCC Telephonic Meeting |
| Zul Jamal | 08/12/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/12/10 | 2.0 | Special UCC Telephonic Meeting |
| Evan Glucoft | 08/12/10 | 2.0 | Special UCC Telephonic Meeting |
| Janet Jin | 08/12/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/16/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 08/16/10 | 1.5 | Weekly Media Update |
| Janet Jin | 08/16/10 | 2.5 | Weekly Media Update |
| Thane Carlston | 08/16/10 | 1.5 | Special UCC Telephonic Meeting |
| Zul Jamal | 08/16/10 | 1.5 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/16/10 | 1.5 | Special UCC Telephonic Meeting |
| Evan Glucoft | 08/16/10 | 1.5 | Special UCC Telephonic Meeting |
| Janet Jin | 08/16/10 | 1.5 | Special UCC Telephonic Meeting |
| Thane Carlston | 08/17/10 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 08/17/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 08/17/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 08/17/10 | 1.0 | Weekly UCC Advisor Call |
| Janet Jin | 08/17/10 | 1.0 | Weekly UCC Advisor Call |
| Navid Mahmoodzadegan | 08/17/10 | 3.5 | Review of updated projections from Debtor |
| Zul Jamal | 08/17/10 | 3.5 | Review of updated projections from Debtor |
| Ashish Ajmera | 08/17/10 | 3.5 | Review of updated projections from Debtor |
| Evan Glucoft | 08/17/10 | 3.5 | Review of updated projections from Debtor |
| Zul Jamal | 08/17/10 | 1.5 | Tribune FA Call |
| Ashish Ajmera | 08/17/10 | 1.5 | Tribune FA Call |
| Evan Glucoft | 08/17/10 | 1.5 | Tribune FA Call |
| Janet Jin | 08/17/10 | 1.5 | Tribune FA Call |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 29.0 |
| Navid Mahmoodzadegan | Managing Director | 21.5 |
| Zul Jamal | Sr. Vice President | 40.5 |
| Ashish Ajmera | Vice President | 48.0 |
| Evan Glucoft | Associate | 54.0 |
| Janet Jin | Analyst | 36.0 |
| **Total** | | **229.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 08/19/10 | 1.5 | UCC Meeting |
| Navid Mahmoodzadegan | 08/19/10 | 1.5 | UCC Meeting |
| Zul Jamal | 08/19/10 | 1.5 | UCC Meeting |
| Ashish Ajmera | 08/19/10 | 1.5 | UCC Meeting |
| Evan Glucoft | 08/19/10 | 1.5 | UCC Meeting |
| Janet Jin | 08/19/10 | 1.5 | UCC Meeting |
| Thane Carlston | 08/19/10 | 1.5 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 08/19/10 | 1.5 | Special UCC Telephonic Meeting |
| Zul Jamal | 08/19/10 | 1.5 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/19/10 | 1.5 | Special UCC Telephonic Meeting |
| Evan Glucoft | 08/19/10 | 1.5 | Special UCC Telephonic Meeting |
| Janet Jin | 08/19/10 | 1.5 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/23/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 08/23/10 | 2.0 | Weekly Media Update |
| Thane Carlston | 08/24/10 | 1.0 | Weekly UCC Advisor Call |
| Navid Mahmoodzadegan | 08/24/10 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 08/24/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 08/24/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 08/24/10 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 08/26/10 | 1.5 | Presentation for Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 08/26/10 | 2.0 | Presentation for Special UCC Telephonic Meeting |
| Zul Jamal | 08/26/10 | 2.0 | Presentation for Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/26/10 | 2.0 | Presentation for Special UCC Telephonic Meeting |
| Evan Glucoft | 08/26/10 | 2.0 | Presentation for Special UCC Telephonic Meeting |
| Thane Carlston | 08/27/10 | 2.5 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 08/27/10 | 2.5 | Special UCC Telephonic Meeting |
| Zul Jamal | 08/27/10 | 2.5 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/27/10 | 2.5 | Special UCC Telephonic Meeting |
| Evan Glucoft | 08/27/10 | 2.5 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 08/31/10 | 1.5 | Weekly Media Update |
| Evan Glucoft | 08/31/10 | 2.5 | Weekly Media Update |
| | **Total** | **229.0** | |