# EXHIBIT B

# Tribune Co.

Moelis & Company - August 2010 Expense Summary

|  | August 2010 |
|---|---:|
| Airfare | $ - |
| Lodging | 2,045.09 |
| Travel / Overtime / Weekend meals | 430.79 |
| Taxi / Transportation / Parking | 298.32 |
| Telephone | 275.25 |
| Presentations | - |
| Other | - |
| **Total** | **$ 3,049.45** |

**Tribune Co.**
Moelis & Company - August 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **LODGING** | | | | | | |
| | 7/25/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Tax | Evan Glucoft | 33.46 | 33.46 |
| | 7/25/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Rate | Evan Glucoft | 377.00 | 350.00 |
| | 7/25/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 1 | Evan Glucoft | 22.15 | 22.15 |
| | 7/25/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 2 | Evan Glucoft | 3.50 | 3.50 |
| | 7/26/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 1 | Evan Glucoft | 22.15 | 22.15 |
| | 7/26/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Rate | Evan Glucoft | 377.00 | 350.00 |
| | 7/26/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 2 | Evan Glucoft | 3.50 | 3.50 |
| | 7/26/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Tax | Evan Glucoft | 33.46 | 33.46 |
| | 7/30/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Tax | Evan Glucoft | 30.26 | 30.26 |
| | 7/30/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 1 | Evan Glucoft | 20.03 | 20.03 |
| | 7/30/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Rate | Evan Glucoft | 341.00 | 341.00 |
| | 7/30/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 2 | Evan Glucoft | 3.50 | 3.50 |
| | 7/31/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 2 | Evan Glucoft | 3.50 | 3.50 |
| | 7/31/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Rate | Evan Glucoft | 449.00 | 350.00 |
| | 7/31/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 1 | Evan Glucoft | 26.38 | 26.38 |
| | 7/31/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Tax | Evan Glucoft | 39.85 | 39.85 |
| | 8/1/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Rate | Evan Glucoft | 399.00 | 350.00 |
| | 8/1/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Room Tax | Evan Glucoft | 35.41 | 35.41 |
| | 8/1/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 1 | Evan Glucoft | 23.44 | 23.44 |
| | 8/1/2010 | LODGING | TRUMP SOHO NEW YORK  NEW YORK Misc. Tax 2 | Evan Glucoft | 3.50 | 3.50 |
| | | | | | **Total Requested** | **$2,045.09** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 6/27/2010 | MEALS TRAVEL | Ear Inn . | Evan Glucoft | 22.00 | 22.00 |
| | 7/28/2010 | MEALS TRAVEL | T7 LA BREA BAK051262 LOS ANGELES | Evan Glucoft | 42.28 | 42.28 |
| | 7/28/2010 | MEALS TRAVEL | T7 BAJA FRESH 052906 LOS ANGELES | Evan Glucoft | 8.33 | 8.33 |
| | 7/29/2010 | MEALS TRAVEL | PRET A MANGER #0020  NEW YORK | Evan Glucoft | 8.14 | 8.14 |
| | 7/29/2010 | MEALS TRAVEL | THE LION NEW YORK Dinner | Evan Glucoft | 70.00 | 50.00 |
| | 7/30/2010 | MEALS TRAVEL | PRET A MANGER #7 000 NEW YORK | Evan Glucoft | 16.84 | 16.84 |
| | 7/30/2010 | MEALS TRAVEL | The Standard | Evan Glucoft | 56.00 | 50.00 |
| | 7/30/2010 | MEALS TRAVEL | PRET A MANGER #7 000 NEW YORK | Evan Glucoft | 5.48 | 5.48 |
| | 7/31/2010 | MEALS TRAVEL | Decibel | Evan Glucoft | 34.80 | 25.00 |
| | 7/31/2010 | MEALS TRAVEL | 10 DOWNING STREET 12 NEW YORK | Evan Glucoft | 70.00 | 50.00 |
| | 8/1/2010 | MEALS TRAVEL | The Standard Grill | Evan Glucoft | 51.17 | 50.00 |
| | 8/1/2010 | MEALS TRAVEL | Balthazar | Evan Glucoft | 18.83 | 18.83 |
| | 8/1/2010 | MEALS TRAVEL | TRUMP SOHO NEW YORK  NEW YORK Minibar | Evan Glucoft | 15.00 | 15.00 |
| | 8/2/2010 | MEALS TRAVEL | THE GROVE-JFK AMERIC JAMAICA | Evan Glucoft | 10.09 | 10.09 |
| | 8/2/2010 | MEALS TRAVEL | BALDUCCI'S T7 434884 JAMAICA | Evan Glucoft | 10.42 | 10.42 |
| | 8/2/2010 | MEALS TRAVEL | TRUMP SOHO NEW YORK  NEW YORK Hotel | Evan Glucoft | 22.84 | 22.84 |
| | 8/2/2010 | MEALS TRAVEL | Dishes New York | Evan Glucoft | 18.54 | 18.54 |
| | 8/2/2010 | MEALS TRAVEL | TRUMP SOHO NEW YORK  NEW YORK Minibar | Evan Glucoft | 7.00 | 7.00 |
| | | | | | **Total Requested** | **$430.79** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 7/28/2010 | TAXI | Beverly Hills Cab Co Los Angeles To LAX | Evan Glucoft | 45.00 | 45.00 |
| | 7/29/2010 | TAXI | CITITAXI FUNDING LLC WOODSIDE to meeting | Evan Glucoft | 12.20 | 12.20 |
| | 7/29/2010 | TAXI | NYC-TAXI VERIFONE NY LONG ISLAND to meeting | Evan Glucoft | 54.50 | 54.50 |
| | 7/30/2010 | TAXI | BOULEVARD TAXI LEASI LONG ISLAND from hotel to meeting | Evan Glucoft | 7.00 | 7.00 |
| | 7/30/2010 | TAXI | NYC TAXI MED 8Y23 Q1EAST ELMHURS to hotel | Evan Glucoft | 15.60 | 15.60 |
| | 7/30/2010 | TAXI | QUEENS MEDALLION LSN LONG ISLAND Meeting | Evan Glucoft | 15.80 | 15.80 |
| | 7/30/2010 | TAXI | NYC TAXI MED 9P16 09 BROOKLYN to hotel | Evan Glucoft | 16.80 | 16.80 |
| | 7/31/2010 | TAXI | YELLOW CAB SLSJET MA LONG ISLAND to hotel | Evan Glucoft | 15.40 | 15.40 |
| | 7/31/2010 | TAXI | NYC TAXI MED 7J14 09 LONG ISLAND to meeting | Evan Glucoft | 8.62 | 8.62 |
| | 7/31/2010 | TAXI | BOULEVARD TAXI LEASI LONG ISLAND From meeting | Evan Glucoft | 14.80 | 14.80 |
| | 8/1/2010 | TAXI | QUEENS MEDALLION LSN LONG ISLAND to meeting | Evan Glucoft | 9.50 | 9.50 |
| | 8/1/2010 | TAXI | AJB TAXI MANAGEMENT  NEW YORK from meeting | Evan Glucoft | 10.20 | 10.20 |
| | 8/2/2010 | TAXI | LIGHT SOURCE INC LIG NEW YORK to hotel | Evan Glucoft | 17.90 | 17.90 |
| | 8/3/2010 | TAXI | L.A. CITY CAB L.A. C SUN VALLEY LAX to Office | Evan Glucoft | 55.00 | 55.00 |
| | | | | | **Total Requested** | **$298.32** |
| **TELEPHONE** | | | | | | |
| | 7/29/2010 | PHONE- HOTEL | TRUMP SOHO NEW YORK  NEW YORK Hotel | Evan Glucoft | 25.04 | 25.04 |
| | 7/29/2010 | PHONE- OTHER | TRUMP SOHO NEW YORK  NEW YORK In Room Internet | Evan Glucoft | 14.95 | 14.95 |
| | 7/31/2010 | PHONE- OTHER | TRUMP SOHO NEW YORK  NEW YORK In Room Internet | Evan Glucoft | 14.95 | 14.95 |
| | 8/1/2010 | PHONE- OTHER | TRUMP SOHO NEW YORK  NEW YORK In Room Internet | Evan Glucoft | 14.95 | 14.95 |
| | 8/2/2010 | PHONE- OTHER | AIRCELL GOGO INFLIGH 877-350-003 Inflight Internet | Evan Glucoft | 12.95 | 12.95 |
| | 8/21/2010 | PHONE | ATT 512022678107 Mobile 6/29/10 - 7/28/10 conducted business while in UK | Zul Jamal | 192.41 | 192.41 |
| | | | | | **Total Requested** | **$275.25** |
| | | | | | **Month Total** | **$ 3,049.45** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
- First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
- Hotel rooms in New York City subject to $350 per night cap
- Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
- Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location