# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: September 21, 2010 at 4:00 p.m. ET<br>Hearing Date: October 22, 2010 at 2:00 p.m. ET |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8655); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH, Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxnet Publishing Company (4223); Publishers Forest Brook Productions, Inc. (2598); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, Inc. (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**SUPPLEMENT RE: FINAL APPLICATION OF
LECG, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO KENNETH N. KLEE, THE EXAMINER,
FOR THE PERIOD APRIL 30, 2010 THROUGH AUGUST 20, 2010**

LECG, LLP ("LECG" or "Applicant"), financial advisor to Kenneth N. Klee, Esq., the examiner (the "Examiner") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Tribune Company and its affiliates (collectively, the "Debtors" or "Tribune"), respectfully submits this *Supplement* regarding the *Final Application of LECG, LLC for Compensation and for Reimbursement of Expenses as Financial Advisor to Kenneth N. Klee, the Examiner, for the Period April 30, 2010 through August 20, 2010* ("Final Application") [Docket No. 5722].

1. On September 16, 2010, LECG filed the Final Application. As set forth therein, the Final Application requested allowance and payment of fees and expenses in the liquidated amount of $3,464,794.63, comprising: "(i) professional fees in the amount of $3,382,527.25 incurred during the period April 30, 2010 through and including August 20, 2010 (the "Final Application Period") [and] (ii) out-of-pocket expenses incurred by LECG during the Final Application Period in the amount of $82,267.38 (Final Application at 2).

2. The deadline for objections to the Final Application has expired. No objections have been filed to the Final Application, timely or otherwise.

3. On October 7, 2010, Stuart Maue, the court-appointed fee examiner in these cases ("Fee Examiner") filed the *Fee Examiner's Final Report Regarding Final Application of LECG, LLC* [Docket No. 5903] ("Fee Examiner's Report"). The Fee Examiner's Report recommends approval of the Final Application, less reductions of $41,927.05 in fees and of $845.65 in expenses. LECG agreed to each of these reductions prior to the filing of the Fee Examiner's Report and has no objection to approval of the Final Application subject to those reductions.

4. In addition to the liquidated amounts described therein, the Final Application expressly sought approval of "(iii) additional amounts, to be determined, in respect of this Final Application and the final application of the Examiner, which amounts will be set forth in one [or] more subsequent filings before the hearing on this Final Application." *Id.* Further, the Final Application stated as

follows:

> The referenced amounts are calculated through August 20, 2010. Applicant intends to file one or more supplements to this Final Application to add (a) additional time and expenses incurred in connection with filing this Final Application; (b) additional expenses for which the Applicant does not yet have complete or final information, including but not limited to, telephone expenses, express messenger, and Pacer services.

(Final Application at 2, n.2)

5. By this *Supplement*, LECG hereby supplements its Final Application to add: (a) actual fees incurred in respect of preparation and prosecution of the Final Application, and (b) certain estimated fees and expenses to be incurred by LECG in connection with the October 22, 2010 hearing on the Final Application. Attached hereto as Exhibit 1 is an invoice itemizing those of the foregoing amounts that actually have been incurred. Attached as Exhibit 2 is a chart itemizing those amounts that have been estimated in respect of the upcoming hearing.

6. In the aggregate, LECG's supplemental request herein totals $16,646.50, comprised of the following:

| | |
|---|---|
| Professional Fees Actually Incurred After August 20, 2010 In Respect of Final Applications and Compensation Matters | $15,901.50 |
| Previously Unasserted Expenses During Final Application Period | $None |
| Professional Fees Estimated For Participation In Hearing on Final Application | $745.00 |
| Expenses For Participation In Hearing on Final Application | $None |
| **Total** | **$16,646.50** |

7. Under the circumstances presented, LECG respectfully submits that the foregoing additional fees and expenses are reasonable and appropriate, and should be allowed in favor of LECG

at the hearing on the Final Application – in addition to the other amounts requested in the Final Application.

Dated:  October 12, 2010
        Salt Lake City, Utah

LECG, LLC

By: _____
    F. Wayne Elggren

201 S Main, Suite 450
Salt Lake City, UT 84111
Telephone: (801) 321-0052
Facsimile: (310) 364-6230

Financial Advisor to the Examiner