# Exhibit 1
# LECG, LLC

Time Summaries for Preparation of Final Fee Application - April 30, 2010 Through August 20, 2010

| Date | Time-Keeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/2/2010 | FWE | Review draft billing and time summaries. | 1.6 | $ 745.00 | $ 1,192.00 |
| 9/11/2010 | FWE | Draft fee application narrative. | 2.1 | 745 | 1,564.50 |
| 9/13/2010 | FWE | Finalize fee application, exhibits, and send to attorneys. | 3.4 | 745 | 2,533.00 |
| 9/27/2010 | FWE | Read Fee Examiner's Preliminary Report. | 0.8 | 745 | 596.00 |
| 9/27/2010 | FWE | Study Exhibits to Fee Examiner's Preliminary Report and compare to fee application entries. | 3.8 | 745 | 2,831.00 |
| 9/28/2010 | DN | Draft response to Fee Examiner - time increments. | 0.7 | 350 | 245.00 |
| 9/29/2010 | DN | Draft response to Fee Examiner - block billing. | 2.8 | 350 | 980.00 |
| 10/1/2010 | FWE | Call with Fee Examiner in response to preliminary report. | 1.3 | 745 | 968.50 |
| 10/1/2010 | FWE | Review draft responses in preparation for call with Fee Examiner. | 2.4 | 745 | 1,788.00 |
| 10/2/2010 | FWE | Prepare lodging and meal adjustment schedules. | 0.3 | 745 | 223.50 |
| 10/2/2010 | FWE | Prepare clerical time adjustment calculations and schedule. | 0.4 | 745 | 298.00 |
| 10/2/2010 | FWE | Prepare block billing adjustment exhibits and calculations. | 0.6 | 745 | 447.00 |
| 10/2/2010 | FWE | Prepare summary schedule of proposed fee and expense adjustments for Fee Examiner. | 1.9 | 745 | 1,415.50 |
| 10/4/2010 | FWE | Finalize exhibits and email proposal reductions to Fee Examiner. | 1.1 | 745.00 | 819.50 |
| | | Total | | | $ 15,901.50 |