## Exhibit 2

### Estimated Professional Time To Be Incurred
### By LECG, LLC Re October 22, 2010 Hearing

| Name | Description | Time | Rate | Amount |
|---|---|---|---|---|
| F. Wayne Elggren | Prepare for and appear at hearing on final fee applications for Examiner's professionals in Wilmington, DE | 1.00 | $ 745.00 | $ 745.00 |
| TOTAL | | | | $ 745.00 |