# Exhibit 1

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Taxpayer I.D. No. 95-4744518

KNK Tribune Examiner Account

October 12, 2010
Invoice No. 10140

For Services Rendered Through October 12, 2010

File No.: 2000

Professional Services

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| | | **040 - Fee/Employment Applications** | | |
| 8/21/2010 | KNK | Prepare correspondence to L. Bogdanoff re final fee applications | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re final fee hearing time | 0.10 | NO CHARGE |
| 8/23/2010 | KNK | Telephone conference with L. Bogdanoff re final fee application | 0.10 | 97.50 |
| 8/24/2010 | KNK | Analyze correspondence from M. Barash re final fee applications | 0.10 | NO CHARGE |
| | KNK | Analyze correspondence from B. Metcalf re July fee application | 0.10 | NO CHARGE |
| | KNK | Prepare correspondence to B. Metcalf re July fee application | 0.10 | 97.50 |
| | KNK | Analyze pleadings re July monthly fee application | 0.30 | NO CHARGE |

KNK Tribune Examiner Account           Page 2
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/24/2010 | KNK | Analyze pleadings re July monthly fee invoice and revise | 0.20 | 195.00 |
| | KNK | Analyze pleadings re July monthly fee notice | 0.10 | 97.50 |
| | KNK | Prepare correspondence to B. Metcalf re revisions to monthly fee application | 0.10 | 97.50 |
| 8/25/2010 | KNK | Analyze July monthly fee statement | 0.30 | 292.50 |
| 8/26/2010 | KNK | Telephone conference with M. Barash re final fee application | 0.10 | 97.50 |
| 8/27/2010 | KNK | Analyze pleadings re Saul Ewing July fee application | 0.30 | 292.50 |
| | KNK | Analyze correspondence from M. Minuti re July fee application | 0.10 | NO CHARGE |
| | KNK | Prepare correspondence to M. Minuti re July fee application | 0.10 | 97.50 |
| | KNK | Analyze pleadings re summary sheet and KTB&S final fee application | 0.30 | 292.50 |
| | KNK | Confer with M. Barash re summary sheet and final fee application | 0.20 | 195.00 |
| | KNK | Revise KTB&S final fee application | 0.60 | 585.00 |
| 8/30/2010 | KNK | Analyze pleadings re final fee application | 0.30 | 292.50 |
| 8/31/2010 | KNK | Revise K. Klee final fee application | 0.20 | 195.00 |
| | KNK | Confer with S. Pearson re revisions to final fee application | 0.10 | 97.50 |
| | KNK | Analyze Saul Ewing final fee application | 1.10 | 1,072.50 |
| | KNK | Prepare correspondence to M. Minuti re comments on final fee application | 0.10 | 97.50 |
| | KNK | Analyze pleadings re KTB&S final fee application | 0.60 | 585.00 |

KNK Tribune Examiner Account  Page 3
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/31/2010 | KNK | Confer with L. Bogdanoff re final fee application | 0.10 | 97.50 |
| | KNK | Confer with M. Barash re final fee application | 0.10 | 97.50 |
| | SDP | Revise final fee application | 0.40 | 100.00 |
| | SDP | Revise exhibits to final fee application | 0.40 | 100.00 |
| | SDP | Analyze final fee application | 0.60 | 150.00 |
| 9/16/2010 | KNK | Analyze correspondence from M. Barash re fee Examiner schedule | 0.10 | 97.50 |
| | KNK | Telephone conference with M. Barash re fee Examiner and committee request | 0.20 | 195.00 |
| 9/17/2010 | KNK | Analyze LECG fee application | 1.30 | 1,267.50 |
| | KNK | Confer with M. Barash re revisions to LECG fee application | 0.20 | 195.00 |
| 9/28/2010 | KNK | Analyze pleadings re draft reports of Fee Examiner | 0.60 | 585.00 |
| | KNK | Telephone conference with M. Barash re draft reports of Fee Examiner | 0.10 | 97.50 |
| 10/1/2010 | KNK | Telephone conference with L. Bogdanoff re Fee Examiner Report | 0.20 | 195.00 |
| | KNK | Confer with M. Barash re Fee Examiner Report issues | 0.20 | 195.00 |
| | KNK | Confer with M. Barash re Fee Examiner issues | 0.20 | 195.00 |
| 10/4/2010 | KNK | Analyze pleadings re LECG adjustment to fees | 0.10 | 97.50 |
| 10/7/2010 | KNK | Analyze pleadings re Fee Examiner final reports | 0.80 | 780.00 |
| | | SUBTOTAL: 040 - Fee/Employment Applications | 11.30 | 9,320.00 |
| | | Professional Services Rendered | 11.30 | $9,320.00 |

KNK Tribune Examiner Account  Page   4
File No.: 2000

Costs and Disbursements

|  |  |
|---|---:|
| Meals | 49.32 |
| Parking | 38.61 |
| Travel | 1,869.34 |
| **Total Costs and Disbursements** | **$1,957.27** |
|  |  |
| Total Current Charges | $11,277.27 |
|  |  |
| Previous Balance Forward | $690,715.43 |
| 9/10/2010  Payment - thank you (Tribune Company Payroll) Wire-In | ($377,447.22) |
| 10/8/2010  Payment - thank you (Tribune Company - wire in) | ($159,647.44) |
| Payments and Credits | ($537,094.66) |
|  |  |
| Current Balance Due | $164,898.04 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| Kenneth N. Klee - Partner | 9.20 | 975.00 |
| Kenneth N. Klee - Partner | 0.70 | 0.00 |
| Shanda D. Pearson - Paralegal | 1.40 | 250.00 |