# Exhibit 2

## Exhibit 2

### Estimated Professional Fees To Be Incurred
### By Kenneth N. Klee Re October 22, 2010 Hearing

| Name | Description | Time | Rate | Amount |
|---|---|---|---|---|
| Kenneth N. Klee | Prepare for and appear telephonically at hearing on final fee applications for Examiner's professionals | 1.0 | $975 | $975.00 |
|  |  |  |  |  |

125192_1.DOC