# Exhibit 1

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Taxpayer I.D. No. 95-4744518

Tribune Co.

October 11, 2010
Invoice No. 10141

For Services Rendered Through September 30, 2010

In Reference To: Tribune Examiner
File No.: 1999

Professional Services

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 040 - Fee/Employment Applications | | | | |
| 8/23/2010 | LRB | Prepare memo re final fee application, outline and issues | 2.30 | 2,058.50 |
| | BMM | Review correspondence from J. Shenson re deadline for objections to monthly fee applications, prepare correspondence to J. Shenson re same | 0.20 | 125.00 |
| | BMM | Analyze, review and prepare fee and expense invoices for KTB&S and Examiner July fee applications | 2.10 | NO CHARGE |
| | BMM | Conference with M. Barash re preparation of July Fee application | 0.10 | 62.50 |
| 8/24/2010 | LRB | Prepare analyze time, and work on bills | 1.60 | NO CHARGE |
| | MRB | Prepare correspondence re Tribune bills to all hands | 0.10 | NO CHARGE |
| | MRB | Review and comment on July fee application | 0.30 | 214.50 |

Tribune Co.  Page 2
File No.: 1999

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/24/2010 | BMM | Review correspondence from M. Barash, K. Klee, L. Bogdanoff and R. Warren re preparation and filing of July fee applications, prepare correspondence to M. Barash, K. Klee, L. Bogdanoff, R. Warren re same | 0.50 | 312.50 |
| | BMM | Analyze schedules and exhibits to July fee applications, invoices, fee and expense detail | 0.20 | 125.00 |
| | BMM | Draft, review and prepare KTB&S and Examiner July fee applications, fee application notices and related documents, incorporate additional details in response to comments, update fee and expense calculations, prepare related invoices and fee and expense detail | 5.80 | 3,625.00 |
| 8/25/2010 | MRB | Work on final fee application | 2.50 | NO CHARGE |
| | BMM | Analyze correspondence from M. Barash, R. Warren re preparation and filing of final versions of July monthly fee applications for KTB&S and Examiner; prepare correspondence to M. Barash, R. Warren re same | 0.40 | 250.00 |
| | BMM | Prepare correspondence to fee examiner re submission of July monthly fee applications for KTB&S and Examiner | 0.20 | 125.00 |
| | BMM | Review, revise and prepare final versions of July monthly fee applications for KTB&S and Examiner and supporting exhibits, notices of fee applications and certificates of service, coordinate filing and service of same | 5.40 | 3,375.00 |
| | BMM | Analyze and revise exhibits to July monthly fee applications for KTB&S and Examiner | 0.60 | 375.00 |
| | BMM | Telephone call and voicemail to R. Warren re preparation and filing of final versions of July monthly fee applications for KTB&S and Examiner | 0.10 | 62.50 |
| 8/26/2010 | MRB | Draft KTB&S final fee application | 4.80 | NO CHARGE |
| | BMM | Draft inserts for KTB&S and Examiner final fee applications re narrative descriptions of services rendered and expenses incurred during final fee application period, | 2.70 | 1,687.50 |

Tribune Co.  Page   3
File No.: 1999

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| | | analyze and review time entries for KTB&S and the Examiner for the period April 30th through August 20th | | |
| 8/26/2010 | BMM | Analyze correspondence from K. Klee re preparation of final fee applications | 0.10 | 62.50 |
| 8/27/2010 | MRB | Draft and revise KTB&S final fee application | 4.90 | NO CHARGE |
| | MRB | Correspondence to Examiner professionals re final fee applications | 0.20 | 143.00 |
| | BMM | Analyze correspondence from M. Barash re preparation of draft KTB&S and Examiner final fee applications, prepare correspondence to M. Barash re same | 0.10 | 62.50 |
| 8/29/2010 | LRB | Prepare additions to narrative re applications | 1.30 | NO CHARGE |
| | BMM | Analyze correspondence from M. Barash re draft final fee application for KTB&S; preparation of final fee application for Examiner; prepare correspondence to M. Barash re same | 0.20 | 125.00 |
| | BMM | Analyze draft final fee application KTB&S | 0.30 | 187.50 |
| | BMM | Draft and prepare draft final fee application for Examiner | 4.60 | NO CHARGE |
| 8/30/2010 | LRB | Analyze fee applications, prepare additions, revisions to same | 1.80 | NO CHARGE |
| | MRB | Telephone conference with W. Elggren re LECG fee application | 0.20 | 143.00 |
| | MRB | Revise Examiner's fee application | 0.60 | 429.00 |
| | MRB | Revise KTB&S final fee application | 1.20 | 858.00 |
| | BMM | Analyze and prepare updated August time and expense records for KTB&S and Examiner | 0.50 | NO CHARGE |
| | BMM | Review and prepare draft final fee applications for KTB&S and Examiner; draft and revise narrative descriptions of services rendered and expenses incurred | 6.80 | NO CHARGE |

Tribune Co.  Page   4
File No.: 1999

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| | | during final fee application period; revise introductory and background sections re Tribune engagement, revise drafts to reflect comments received; review and prepare exhibits | | |
| 8/30/2010 | BMM | Analyze correspondence from M. Barash, L. Bogdanoff re preparation of final fee applications for KTB&S and Examiner; comments and revisions to draft final fee applications; prepare correspondence to M. Barash re same | 0.30 | 187.50 |
| 8/31/2010 | MRB | Revise final fee application for KTB&S | 1.20 | NO CHARGE |
| | MRB | Revise final fee application for K. Klee | 0.70 | NO CHARGE |
| | LRB | Analyze pleadings re applications, narrative sections | 0.60 | NO CHARGE |
| | SDP | Revise exhibits to final fee application | 0.40 | 100.00 |
| | SDP | Finalize final fee application | 0.70 | 175.00 |
| | MRB | Telephone conference with R. Warren re fee application coordination | 0.10 | NO CHARGE |
| | MRB | Prepare detailed correspondence to J. Ducayet re payment of fees re applications | 0.40 | 286.00 |
| | MRB | Revise notice of hearing re fee applications; confer with B. Metcalf re same | 0.10 | 71.50 |
| | MRB | Final revisions to KTB&S final fee application | 0.40 | 286.00 |
| | BMM | Telephone conferences with R. Warren re filing of final fee applications for KTB&S and Examiner | 0.10 | 62.50 |
| | BMM | Analyze correspondence from M. Barash, L. Bogdanoff, S. Pearson, R. Warren re preparation and filing of final fee applications and related exhibits | 0.30 | 187.50 |
| | BMM | Prepare correspondence to M. Barash, S. Pearson, R. Warren re preparation and filing of final fee applications | 0.40 | 250.00 |

Tribune Co.  
File No.: 1999

Page   5

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/31/2010 | BMM | Prepare correspondence to fee examiner re final fee applications of KTB&S and Examiner; prepare documents for submission to fee examiner | 0.30 | 187.50 |
| | BMM | Review, revise and prepare final versions of final fee applications of KTB&S and Examiner and associated sets of exhibits | 5.90 | 3,687.50 |
| 9/1/2010 | BMM | Analyze correspondence from R. Warren re certificates of no objection for April, May and June monthly fee applications | 0.10 | 62.50 |
| | BMM | Analyze correspondence from M. Barash re certificates of no objection for April, May and June monthly fee applications | 0.10 | 62.50 |
| | BMM | Prepare correspondence to R. Warren re certificates of no objection for April, May and June monthly fee applications | 0.10 | 62.50 |
| | BMM | Prepare correspondence to M. Barash re certificates of no objection for April, May and June monthly fee applications | 0.10 | 62.50 |
| | BMM | Review draft correspondence to Tribune re payment of April, May and June invoices; prepare correspondence to M. Barash re same | 0.10 | 62.50 |
| | BMM | Review monthly fee applications for April, May and June; analyze and calculate final outstanding fee and expense amounts, check amounts against payment request | 0.20 | 125.00 |
| | MRB | Review CNOs, revise correspondence re interim amounts due | 0.20 | 143.00 |
| 9/10/2010 | MRB | Confer with M. Minuti re Debtor's inquiry re LECG fee application; follow up email | 0.20 | NO CHARGE |
| 9/13/2010 | MRB | Review LECG fee application and time entries | 2.30 | NO CHARGE |

Tribune Co.  Page 6
File No.: 1999

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 9/13/2010 | MRB | Telephone conference with W. Elggren re LECG fee application | 0.20 | NO CHARGE |
| | MRB | Telephone conference with M. Minuti re LECG fee application | 0.20 | NO CHARGE |
| | MRB | Review draft supplement to LECG fee application | 0.10 | NO CHARGE |
| | MRB | Telephone conference with W. Elggren re draft supplement to LECG fee application | 0.10 | NO CHARGE |
| 9/16/2010 | MRB | Conference call with Deutsch re rescheduling of fee hearing | 0.30 | NO CHARGE |
| | MRB | Confer with K. Klee re Committee request to reschedule; other fee application issues | 0.20 | NO CHARGE |
| | MRB | Correspondence to C. Kline re monthly payment request | 0.20 | NO CHARGE |
| | MRB | Teleconference with W. Elggren re fee application scheduling and process | 0.20 | NO CHARGE |
| | MRB | Teleconference with M. Minuti re fee application scheduling and process | 0.20 | NO CHARGE |
| 9/17/2010 | MRB | Analyze correspondence from W. Elggren re fee application process | 0.10 | NO CHARGE |
| | MRB | Correspondence from D. Deutsch re request; prepare response | 0.20 | NO CHARGE |
| 9/28/2010 | MRB | Analyze Tribune fee examiner reports | 1.20 | 858.00 |
| | MRB | Confer with M. Minuti re reports | 0.10 | NO CHARGE |
| 9/29/2010 | LRB | Prepare response to Fee Examiner | 0.50 | NO CHARGE |
| | LRB | Telephone conference with call with Fee Examiner, M. Barash | 1.10 | NO CHARGE |

Tribune Co.  
File No.: 1999

Page 7

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 9/29/2010 | MRB | Analysis of time entries and preparation of notes for call with A. Dalton and D. Brown re fee examiner issues | 2.10 | NO CHARGE |
| | MRB | Conference call with A. Dalton and D. Brown re fee examiner issues | 1.10 | NO CHARGE |
| 9/30/2010 | LRB | Analyze pleadings re draft memo to fee examiner | 0.50 | NO CHARGE |
| | MRB | Draft additional narrative statement at request of fee examiner re organization of investigation and examination | 2.10 | 1,501.50 |
| | MRB | Teleconference with M. Minuti re fee examiner issues | 0.50 | NO CHARGE |
| | MRB | Teleconference with W. Elggren re fee examiner issues | 0.50 | NO CHARGE |

| | Hours | Amount |
|---|---|---|
| SUBTOTAL: 040 - Fee/Employment Applications | 79.70 | 22,829.50 |
| Professional Services Rendered | 79.70 | $22,829.50 |

Costs and Disbursements

| | |
|---|---|
| Duplicating (at $.20 per page) | 1,692.80 |
| Postage | 176.40 |
| Total Costs and Disbursements | $1,869.20 |

| | |
|---|---|
| Total Current Charges | $24,698.70 |
| Previous Balance Forward | $4,486,123.06 |
| 9/10/2010 Payment - thank you (Tribune Company Accounts Payable) Wire-in | ($2,285,605.34) |
| 10/8/2010 Payment - thank you (Tribune Company - wire in) | ($1,270,775.97) |
| Payments and Credits | ($3,556,381.31) |
| Current Balance Due | $954,440.45 |

Tribune Co.                                            Page 8
File No.: 1999

## Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| Lee R. Bogdanoff - Partner | 2.30 | 895.00 |
| Lee R. Bogdanoff - Partner | 7.40 | 0.00 |
| Martin R. Barash - Partner | 6.90 | 715.00 |
| Martin R. Barash - Partner | 23.10 | 0.00 |
| Brian M. Metcalf - Of Counsel | 24.90 | 625.00 |
| Brian M. Metcalf - Of Counsel | 14.00 | 0.00 |
| Shanda D. Pearson - Paralegal | 1.10 | 250.00 |