# Exhibit 2

**Exhibit 2**

**Estimated Professional Fees To Be Incurred
By Klee, Tuchin, Bogdanoff & Stern LLP Re October 22, 2010 Hearing**

| Name | Description | Time | Rate | Amount |
|---|---|---|---|---|
| Martin R. Barash | Prepare for and appear telephonically at hearing on final fee applications for Examiner's professionals | 1.0 | $715.00 | $715.00 |
| TOTAL | | | | $715.00 |

125192_1.DOC