# Exhibit A

## Invoices



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

KLEE, KENNETH, Examiner for Tribune Company
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

| | |
|---|---|
| Invoice Number | 2109692 |
| Invoice Date | 10/12/10 |
| Client Number | 360412 |
| Matter Number | 00005 |

Re:   Fee Application an Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/12/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/17/10 | REW | Review and revise of draft bills for June, 2010 | 1.2 | 216.00 |
| 08/17/10 | REW | Begin drafting Second Monthly Fee Application of Saul Ewing | 2.1 | 378.00 |
| 08/30/10 | MM | Review of Klee firm's examination summary for final fee application | 0.4 | 240.00 |
| 08/30/10 | MM | E-mails with M. Barash re: changes to examination summary for final fee application | 0.3 | 180.00 |
| 08/30/10 | MM | E-mails re: compiling information for final fee application | 0.2 | 120.00 |
| 08/30/10 | MM | Review of, revisions to and execute Saul Ewing's Third Monthly Fee Application | 0.5 | 300.00 |
| 08/30/10 | REW | Draft Saul Ewing's Fourth Monthly and Final Fee Application | 4.2 | 756.00 |
| 08/30/10 | REW | Review and revise invoices for August, 2010 | 0.4 | 72.00 |
| 08/31/10 | MM | Finalize and file Saul Ewing's Final Fee Application | 1.8 | 1,080.00 |
| 08/31/10 | MM | Review and file Klee firm's and Examiner's Final Fee Applications | 0.4 | 240.00 |
| 08/31/10 | MM | E-mails with Klee firm re: Final Fee Applications | 0.4 | 240.00 |
| 08/31/10 | MM | Review of and revisions to Notice of Final Fee Applications | 0.4 | 240.00 |
| 08/31/10 | REW | Revise and finalize Saul Ewing's Fourth Monthly and Final Fee Application | 2.7 | 486.00 |
| 08/31/10 | REW | E-file and serve Saul Ewing's Fourth Monthly and Final Fee Application | 0.6 | 108.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

598697.1 10/12/10

KLEE, KENNETH, Examiner for Tribune Company
Fee Application an Matters

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/31/10 | REW | Download and finalize Klee Tuchin's Final Fee Application | 0.3 | 54.00 |
| 08/31/10 | REW | E-file and serve Klee Tuchin's Final Fee Application | 0.5 | 90.00 |
| 08/31/10 | REW | Download and finalize Examiner's Final Fee Application | 0.2 | 36.00 |
| 08/31/10 | REW | E-file and serve Examiner's Final Fee Application | 0.4 | 72.00 |
| 08/31/10 | REW | Draft Notice of Hearing on Examiner and certain professional's final fee applications | 0.4 | 72.00 |
| 09/01/10 | MM | Review and execute filing of Certification of No Objection for Klee Tuchin's Fee Applications | 0.3 | 180.00 |
| 09/01/10 | REW | Review of dockets for objections to Klee Tuchin's First, Second and Third Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | Draft Certification of No Objection for Klee Tuchin's First Fee Applications | 0.3 | 54.00 |
| 09/01/10 | REW | Draft Certification of No Objection for Klee Tuchin's Second Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | Draft Certification of No Objection for Klee Tuchin's Third Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | Review of dockets for objections to Examiner's First, Second and Third Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | Draft Certification of No Objection for Examiner's First Fee Applications | 0.3 | 54.00 |
| 09/01/10 | REW | Draft Certification of No Objection for Examiner's Second Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | Draft Certification of No Objection for Examiner's Third Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | E-file and serve Certification of No Objection for Examiner's First Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | E-file and serve Certification of No Objection for Examiner's Second Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | E-file and serve Certification of No Objection for Examiner's Third Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | E-file and serve Certification of No Objection for Klee Tuchin's First Fee Applications | 0.2 | 36.00 |

360412
00005
10/12/10

KLEE, KENNETH, Examiner for Tribune Company
Fee Application an Matters

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/01/10 | REW | E-file and serve Certification of No Objection for Klee Tuchin's Second Fee Applications | 0.2 | 36.00 |
| 09/01/10 | REW | E-file and serve Certification of No Objection for Klee Tuchin's Third Fee Applications | 0.2 | 36.00 |
| 09/09/10 | MM | E-mail with LECG re: filing of fee applications | 0.2 | 120.00 |
| 09/09/10 | REW | Review of docket for objections to Saul Ewing's First Monthly Application | 0.1 | 18.00 |
| 09/09/10 | REW | Draft Certification of No Objection for Saul Ewing's First Monthly Application | 0.3 | 54.00 |
| 09/09/10 | REW | E-file and serve Certification of No Objection for Saul Ewing's First Monthly Application | 0.3 | 54.00 |
| 09/09/10 | REW | E-mails with Debtors' counsel re: Certification of No Objection for Saul Ewing's First Monthly Application | 0.2 | 36.00 |
| 09/10/10 | MM | E-mails with Debtors' counsel re: LECG fee applications | 0.2 | 120.00 |
| 09/10/10 | REW | Review of docket for objections to Saul Ewing's Second Monthly Fee Application | 0.1 | 18.00 |
| 09/10/10 | REW | Draft Certification of No Objection for Saul Ewing's Second Monthly Fee Application | 0.3 | 54.00 |
| 09/10/10 | REW | E-file and serve Certification of No Objection for Saul Ewing's Second Monthly Fee Application | 0.3 | 54.00 |
| 09/10/10 | REW | E-mails with Debtors' counsel re: Certification of No Objection for Saul Ewing's Second Monthly Fee Application | 0.2 | 36.00 |
| 09/16/10 | MM | Telephone calls and e-mails re: filing of LECG fee application / granting Committee extension to object to fee application and coordinating procedures with Fee Auditor | 0.8 | 480.00 |
| 09/16/10 | MM | Review and execute Certification of No Objection for Klee Tuchin's Fourth Monthly Application | 0.2 | 120.00 |
| 09/16/10 | MM | Review and execute Certification of No Objection for Examiner's Fourth Monthly Application | 0.2 | 120.00 |
| 09/16/10 | REW | Review of docket for objections to Klee Tuchin's Fourth Fee Application | 0.1 | 18.00 |

360412
00005
10/12/10

KLEE, KENNETH, Examiner for Tribune Company
Fee Application an Matters

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/16/10 | REW | Draft Certification of No Objection for Klee Tuchin's Fourth Fee Application | 0.2 | 36.00 |
| 09/16/10 | REW | E-file and serve Certification of No Objection for Klee Tuchin's Fourth Fee Application | 0.4 | 72.00 |
| 09/16/10 | REW | Review of docket for objections to Examiner's Fourth Fee Application | 0.1 | 18.00 |
| 09/16/10 | REW | Draft Certification of No Objection for Examiner's Fourth Fee Application | 0.2 | 36.00 |
| 09/16/10 | REW | E-file and serve Certification of No Objection for Examiner's Fourth Fee Application | 0.4 | 72.00 |
| 09/16/10 | REW | Download and finalize First and Final Fee Application of LECG | 0.3 | 54.00 |
| 09/16/10 | REW | Download exhibits to First and Final Fee Application of LECG | 0.6 | 108.00 |
| 09/16/10 | REW | Draft Notice of Hearing on First and Final Fee Application of LECG | 0.3 | 54.00 |
| 09/16/10 | REW | E-file and serve First and Final Fee Application of LECG | 0.6 | 108.00 |
| 09/16/10 | REW | E-file and serve Notice of Hearing on First and Final Fee Application of LECG | 0.4 | 72.00 |
| 09/17/10 | MM | E-mail from M. Barash re: extending Committee's deadline to object to Examiner's fees | 0.1 | 60.00 |
| 09/22/10 | MM | Review and execute Certification of No Objection for Saul Ewing's Third Monthly Application | 0.2 | 120.00 |
| 09/22/10 | REW | Review of docket for objections to Saul Ewing's Third Monthly Application | 0.1 | 18.00 |
| 09/22/10 | REW | Draft Certification of No Objection for Saul Ewing's Third Monthly Application | 0.3 | 54.00 |
| 09/22/10 | REW | E-file and serve Certification of No Objection for Saul Ewing's Third Monthly Application | 0.4 | 72.00 |
| 09/22/10 | REW | E-mail with Debtors' counsel re: Saul Ewing's Third Monthly Application | 0.2 | 36.00 |
| 09/28/10 | MM | Review of Fee Auditor's Report | 1.8 | 1,080.00 |

KLEE, KENNETH, Examiner for Tribune Company
Fee Application an Matters

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/28/10 | MM | E-mail to Saul Ewing team re: need for information to respond to Fee Auditor | 0.2 | N/C |
| 09/28/10 | NJN | Review and analyze Fee Examiner's initial report. | 0.5 | N/C |
| 09/28/10 | NJN | Review of and revisions to Exhibit "G" to Fee Examiner's Report to clear up alleged "vague" entries | 0.7 | N/C |
| 09/28/10 | NJN | Email to M. Minuti re: Revised Exhibit "G" to Fee Examiner's Report | 0.2 | N/C |
| 09/28/10 | NJN | Review and comment upon alleged "clerical" time entries highlighted in Fee Examiner's Report | 0.6 | N/C |
| 09/28/10 | NJN | Email to M. Minuti re: Responding to Fee Examiner's inquiries concerning alleged "clerical" time entries | 0.2 | N/C |
| 09/28/10 | MAB | Review of fee examiner's preliminary report re: Saul Ewing's final fee application | 0.6 | N/C |
| 09/29/10 | MM | Review of Fee Auditor's report on Saul Ewing's fees | 0.5 | 300.00 |
| 09/29/10 | MAB | Research re: reimbursement of overtime expenses under Section 330 | 3.7 | N/C |
| 09/30/10 | MM | Telephone calls with M. Barash re: responding to Fee Auditor | 0.5 | 300.00 |
| 09/30/10 | MM | Review and comment on Klee Firm's response to Fee Auditor | 0.6 | 360.00 |
| 09/30/10 | MM | Draft / assemble response to Fee Auditor | 2.9 | N/C |
| 09/30/10 | NJN | Draft responses to Fee Examiner initial report. | 2.8 | N/C |
| 09/30/10 | NJN | Email to M. Minuti with information to respond to Fee Examiner's inquiries concerning summer associate time | 0.5 | N/C |
| 09/30/10 | NJN | Email to M. Minuti with information to respond to Fee Examiner's inquiries concerning interoffice conferences | 0.6 | N/C |
| 09/30/10 | NJN | Email to M. Minuti with information to respond to Fee Examiner's inquires concerning alleged "clerical" time entries | 0.5 | N/C |
| 09/30/10 | MAB | Research re: reimbursement of overtime under Section 330 | 0.3 | N/C |
| 09/30/10 | MAB | Telephone calls with M. Minuti re: research on reimbursement of overtime | 0.1 | N/C |

360412
00005
10/12/10

KLEE, KENNETH, Examiner for Tribune Company
Fee Application an Matters

Invoice Number  2109692
Page 6

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/01/10 | MM | Prepare for call with Fee Auditor | 2.5 | N/C |
| 10/01/10 | MM | Telephone call with Fee Auditor re: Saul Ewing's fees | 1.1 | 660.00 |
| 10/01/10 | MM | Telephone calls with N. Nastasi re: responding to Fee Auditor | 0.6 | N/C |
| 10/01/10 | MM | E-mails with N. Nastasi re: responding to Fee Auditor | 0.3 | N/C |
| 10/01/10 | NJN | Telephone call with Fee Examiner to respond to Fee Examiner's concerns | 1.3 | N/C |
| 10/01/10 | NJN | Review Fee Examiner Exhibits to make adjustments requested by Fee Examiner. | 1.1 | N/C |
| 10/01/10 | NJN | Email to M. Minuti with information to respond to Fee Auditor's inquires concerning alleged "duplicative" time entries | 0.5 | N/C |
| 10/01/10 | NJN | Email to M. Minuti with information to respond to questions raised by Exhibit K to Fee Examiner's Report | 0.5 | N/C |
| 10/04/10 | MM | Further work on response to Fee Examiner | 2.0 | N/C |
| 10/06/10 | MM | Telephone calls and e-mails re: resolving Fee Auditor issues | 1.0 | N/C |
| 10/08/10 | MM | E-mails re: final fee order | 0.2 | 120.00 |
| | | TOTAL HOURS | 57.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Monique A. Bair | 4.7 | at | $225.00 | = | 1,057.50 |
| Robyn E Warren | 22.4 | at | $180.00 | = | 4,032.00 |
| Mark Minuti | 20.8 | at | $600.00 | = | 12,480.00 |

| CURRENT FEES | 10,812.00 |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 10,812.00 |

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
### LLP

KLEE, KENNETH, Examiner for Tribune Company
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

| | |
|---|---|
| Invoice Number | 2109691 |
| Invoice Date | 10/12/10 |
| Client Number | 360412 |
| Matter Number | 00002 |

Re:   Expenses

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 08/30/10 | Photocopying | 237.30 | |
| 08/31/10 | Photocopying | 1.00 | |
| 08/31/10 | Photocopying | 71.50 | |
| 08/31/10 | Photocopying | 49.70 | |
| 08/31/10 | Photocopying | 93.00 | |
| 08/31/10 | Photocopying | 8.70 | |
| 09/09/10 | Photocopying | 6.00 | |
| 09/10/10 | Photocopying | 5.00 | |
| 09/16/10 | Photocopying | 12.00 | |
| 09/16/10 | Photocopying | 10.30 | |
| 09/16/10 | Photocopying | 35.00 | |
| 09/16/10 | Photocopying | 9.20 | |
| 09/23/10 | Photocopying | 4.50 | |
| | Total Photocopying | | 543.20 |
| 07/16/10 | Telephone | 0.33 | |
| 07/16/10 | Telephone | 5.35 | |
| 07/28/10 | Telephone | 0.46 | |
| 07/28/10 | Telephone | 0.95 | |
| 08/03/10 | Telephone | 0.59 | |
| 08/06/10 | Telephone | 2.86 | |
| | Total Telephone | | 10.54 |
| 09/30/10 | Postage | 10.50 | |
| 09/30/10 | Postage | 12.20 | |
| 09/30/10 | Postage | 57.02 | |
| | Total Postage | | 79.72 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

360412                     KLEE, KENNETH, Examiner for Tribune Company       Invoice Number  2109691
00002                      Expenses                                          Page 2
10/12/10

| Date | Description | | |
|---|---|---|---|
| 09/13/10 | Messenger Service - - VENDOR: Parcels, Inc 8/26/10 Delivery to Judge Carey / F. Pouncy Bank ID: 28 Check Number: 153779 | 7.50 | |
| 10/06/10 | Messenger Service - - VENDOR: Parcels, Inc 6/21/10 Delivery to Judge Carey / M. Minuti Bank ID: 28 Check Number: 154652 | 7.50 | |
| 10/07/10 | Messenger Service - - VENDOR: Parcels, Inc 6/23/10 Delivery to Judge Carey Invoice No. 254368 / M. Minuti Bank ID: 28 Check Number: 154677 | 7.50 | |
| | Total Messenger Service | | 22.50 |
| 10/07/10 | Service Fees - - VENDOR: Parcels, Inc 6/24/10 Service of subpoena on Murray Devine, Logan Square, Philadelphia, Pennsylvania Invoice No. 254727 / M. Minuti Bank ID: 28 Check Number: 154677 | 150.00 | |
| | Total Service Fees | | 150.00 |
| 09/27/10 | Outside Reproduction - - VENDOR: Pitney Bowes Management Services Velo binding on 7/06/10 / C. Devlin Bank ID: 28 Check Number: 154311 | 5.62 | |
| 09/27/10 | Outside Reproduction - - VENDOR: Pitney Bowes Management Services Velo binding on 7/5/10 / N. Nastasi Bank ID: 28 Check Number: 154311 | 24.34 | |
| 09/27/10 | Outside Reproduction - - VENDOR: Pitney Bowes Management Services Velo binding on 7/5/10 / M. Minuti Bank ID: 28 Check Number: 154311 | 45.81 | |
| 09/27/10 | Outside Reproduction - - VENDOR: Pitney Bowes Management Services Velo binding on 7/5/10 M. Minuti Bank ID: 28 Check Number: 154311 | 511.07 | |
| | Total Outside Reproduction | | 586.84 |
| 09/07/10 | Teleconferencing - - VENDOR: Journal Entry Conference Call on 6/1/10 / T. Callahan Bank ID: APPLY Check Number: 3446 | 3.49 | |
| 09/07/10 | Teleconferencing - - VENDOR: Verizon Conferencing Conference Call on 7/7/10 / C. Piccarello | 5.42 | |
| 09/07/10 | Teleconferencing - - VENDOR: Journal Entry Conference Call on 6/4/10 / T. Callahan Bank ID: APPLY Check Number: 3446 | 5.95 | |

360412        KLEE, KENNETH, Examiner for Tribune Company      Invoice Number 2109691
00002         Expenses                                                Page 3
10/12/10

| Date | Description | Amount | |
|---|---|---|---|
| 09/07/10 | Teleconferencing - - VENDOR: Verizon Conferencing Conference Call on 7/6/10 / C. Devlin | 6.04 | |
| 09/07/10 | Teleconferencing - - VENDOR: Verizon Conferencing Conference Call on 7/17/10 / C. Piccarello | 8.98 | |
| 09/07/10 | Teleconferencing - - VENDOR: Journal Entry Conference Call on 6/1/10 / C. Piccarello Bank ID: APPLY Check Number: 3446 | 9.17 | |
| 09/07/10 | Teleconferencing - - VENDOR: Journal Entry Conference Call on 6/22/10 / C. Monk Bank ID: APPLY Check Number: 3446 | 10.44 | |
| | Total Teleconferencing | | 49.49 |
| 09/15/10 | Copies - - VENDOR: Parcels, Inc 8/30/10 Copy & Mailing of Notice of Saul Ewing's Third Monthly Application / M. Minuti Bank ID: 28 Check Number: 153886 | 302.51 | |
| 09/20/10 | Copies - - VENDOR: Parcels, Inc 8/25/10 Copy and mailing of Notice of Fourth Monthly Application of Klee Tuchin and Notice of Fourth Monthly Application of Examiner (Invoice No. 265672) / M. Minuti Bank ID: 28 Check Number: 154030 | 448.61 | |
| 09/20/10 | Copies - - VENDOR: Parcels, Inc 8/26/10 Copy and mailing of Certification of Counsel Regarding Examiner Discharge Order (Invoice No. 266011) / M. Minuti Bank ID: 28 Check Number: 154030 | 594.41 | |
| 09/24/10 | Copies - - VENDOR: Parcels, Inc 9/9/10 Copy and mailing of Notice of Hearing on Final Fee Applications of Examiner and Certain of His Professionals (Invoice No. 267950) / M. Minuti Bank ID: 28 Check Number: 154262 | 319.41 | |
| 10/07/10 | Copies - - VENDOR: Parcels, Inc 9/17/10 Copy and mailing of Notice of First and Final Application of LECG Invoice No. 369801 / M. Minuti Bank ID: 28 Check Number: 154677 | 300.71 | |
| 10/07/10 | Copies - - VENDOR: Parcels, Inc 6/24/10 Copy and mailing of Supplemental Declaration of Mark Minuti Invoice No. 254733 / M. Minuti Bank ID: 28 Check Number: 154677 | 396.05 | |

360412
00002
10/12/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number  2109691
Page 4

| | | |
|---|---|---|
| 10/07/10 | Copies - - VENDOR: Parcels, Inc 9/16/10 Copy and mailing of First and Final Application of LECG Invoice No. 269798 / M. Minuti Bank ID: 28 Check Number: 154677 | 534.50 |
| 10/07/10 | Copies - - VENDOR: Parcels, Inc 6/23/10 Copy and mailing of (1) Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq. for Extension of Report Deadline; (2) Motion to Shorten Notice of Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq. for Extension of Report Deadline; (3) Order Granting Motion to Shorten Notice of Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq. for Extension of Report Deadline; and (4) Notice of Hearing on Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq. for Extension of (Invoice No. 254515) / M. Minuti Bank ID: 28 Check Number: 154677 | 835.78 |
| | Total Copies | 3,731.98 |
| | CURRENT EXPENSES | 5,174.27 |
| | **TOTAL AMOUNT OF THIS INVOICE** | 5,174.27 |