# Exhibit B

Chart of Estimates

# EXHIBIT "B"

### Estimated Professional Fees and Expenses To Be Incurred by Saul Ewing LLP re: October 22, 2010 Hearing

| Name | Description | Time | Rate | Amount |
|---|---|---|---|---|
| Mark Minuti | Review of and revisions to Supplement to Saul Ewing's Final Fee Application | 1.0 | $600.00 | $600.00 |
| Mark Minuti | Preparation and attendance at final fee application hearing | 2.0 | $600.00 | $1,200.00 |
| Robyn E. Warren | Preparation of Supplement to Saul Ewing's Final Fee Application | 2.0 | $180.00 | $360.00 |
| Robyn E. Warren | Efile and serve Supplemental to Saul Ewing's Final Fee Application | .6 | $180.00 | $108.00 |
| Robyn E. Warren | Finalize, efile and serve Supplement to Klee Tuchin's Final Fee Application | .6 | $180.00 | $108.00 |
| Robyn E. Warren | Finalize, efile and serve Supplement to LECG's Final Fee Application | .6 | $180.00 | $108.00 |
| Robyn E. Warren | Finalize, efile and serve Supplement to Examiner's Final Fee Application | .6 | $180.00 | $108.00 |
| Robyn E. Warren | Preparation of binder for fee application hearing | .5 | $180.00 | $90.00 |
| | | | | $2,682.00 |
| | | | | |
| Telephone | | | | $35.00 |
| Outside Reproduction | *Parcels* | | | $250.00 |
| **TOTAL** | | | | $285.00 |

598630.1 10/12/10