UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
TRIBUNE COMPANY AND CHICAGO TRIBUNE

Debtor.

Case No. 08-13141

Chapter 11

NOTICE OF **WITHDRAWAL** OF CLAIM

On or about October 12, 2010, we filed a Claim with the Court (docket #5935) in the amount of $14,480.25 We are hereby **withdrawing** the Claim, as it has come to our attention that it was filed in the wrong case. If you have any further questions, you can contact us as indicated below.

Neil Herskowitz, Managing Member
Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY 10024-0540
212-501-0990
212-501-7088