**EXHIBIT A**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

AUGUST 31, 2010
INVOICE # 9175921

## MORGAN STANLEY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2010 | $14,666.00 |
| DISBURSEMENTS | 76.93 |
| TOTAL INVOICE | $14,742.93 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9175921

AUGUST 31, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2010

MORGAN STANLEY ISSUES                                                                      MATTER NUMBER -   10180

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/01/10 | DJB | .60 | { L190 } {A106} Telephone conference with ▮ ▮ re issues related to ▮ (.3); reviewed summary of ▮ (.2); telephone conference with ▮ re ▮ (.1). | 555.00 |
| 7/07/10 | MZH | .50 | { L120 } {A103} Drafted e-mail to D. Bradford re ▮ and potential ▮. | 375.00 |
| 7/08/10 | DJB | .50 | { L190 } {A104} Analyzed ▮ and potential ▮ for ▮. | 462.50 |
| 7/09/10 | DJB | .80 | { L190 } {A106} Telephone conference with ▮, ▮ and ▮ re ▮ (.5); e-mail to M. Hankin re ▮ issues (.3) | 740.00 |
| 7/12/10 | DJB | .30 | { L190 } {A107} Telephone conference with opposing counsel (.2); e-mail to ▮ (.1). | 277.50 |
| 7/22/10 | MZH | .20 | { L120 } {A105} Telephone conference with D. Bradford re ▮. | 150.00 |
| 7/23/10 | DJB | .40 | { L190 } {A104} Reviewed various ▮ (.3); e-mail to ▮ re same (.1). | 370.00 |
| 7/23/10 | MZH | 1.20 | { L120 } {A103} Drafted revised ▮. | 900.00 |
| 7/24/10 | DJB | .50 | { L190 } {A103} Edited ▮. | 462.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/27/10 | DJB | 1.00 | { L190 } {A104} Analyzed ▮ issues re ▮ (.5); e-mails with ▮ (.2); e-mails to opposing counsel (.3). | 925.00 |
| 7/28/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ▮ re issues (.3); e-mail re ▮ (.3); telephone conference with ▮ re facts (.4). | 925.00 |
| 7/29/10 | DJB | 1.50 | { L190 } {A104} Reviewed ▮ section of ▮ re impact on ▮. | 1,387.50 |
| 7/29/10 | WAT | 2.00 | { L110 } {A104} Reviewed emails re possible ▮ and issues re same (.2); reviewed background documents relating to ▮ issues and drafted ▮ for ▮ t (1.8). | 1,020.00 |
| 7/30/10 | DJB | .50 | { L190 } {A105} Email re ▮ (.30); office conference with W. Thomson re same (.20). | 462.50 |
| 7/30/10 | WAT | 3.00 | { L110 } {A104} Reviewed background documents relating to ▮ and reviewed various emails and documents for ▮. | 1,530.00 |
| 7/30/10 | WAT | 1.80 | { L110 } {A103} Drafted ▮. | 918.00 |
| 7/30/10 | DQH | .90 | { L140 } {A110} Updated CaseLogistix database and ▮ to ▮ and communicated with S. McGee re (.2); prepared Caselogistix review folder for ▮ and loaded documents into same (.7). | 247.50 |
| 7/31/10 | WAT | 2.80 | { L110 } {A104} Reviewed background documents relating to ▮ and reviewed various emails and documents for ▮. | 1,428.00 |
| 7/31/10 | WAT | 3.00 | { L110 } {A103} ▮. | 1,530.00 |
| | | 22.50 | PROFESSIONAL SERVICES | 14,666.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 7/12/10 | Network Printing | 11.30 |
| 7/29/10 | Network Printing | 11.00 |
| 7/30/10 | Network Printing | 6.20 |
| 7/31/10 | Westlaw Research | 48.43 |
|  | TOTAL DISBURSEMENTS | 76.93 |

**INVOICE TOTAL**           $ 14,742.93

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 7.10 | 925.00 | 6,567.50 |
| MARC B. HANKIN | 1.90 | 750.00 | 1,425.00 |
| WADE A. THOMSON | 12.60 | 510.00 | 6,426.00 |
| DANNY A. HUERTA | 0.90 | 275.00 | 247.50 |
| TOTAL | 22.50 |  | 14,666.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

AUGUST 31, 2010
INVOICE #  9175920

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2010 | $7,012.50 |
| DISBURSEMENTS | 23.80 |
| TOTAL INVOICE | $7,036.30 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9175920

AUGUST 31, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2010

FEE APPLICATION                                                                               MATTER NUMBER -   10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 7/06/10 | DJB | .50 | { L190 } {A104} Analyzed indemnity and disclosure issues. | 462.50 |
| 7/06/10 | LSR | .20 | { L210 } {A104} Final review of Tribune April fee application. | 74.00 |
| 7/09/10 | LSR | 1.30 | { L210 } {A103} Drafted May fee application. | 481.00 |
| 7/11/10 | LSR | 1.00 | { L210 } {A103} Drafted sixth quarterly fee application. | 370.00 |
| 7/12/10 | MHM | .90 | { L210 } {A103} Worked on preparing exhibits for monthly fee statement. | 247.50 |
| 7/12/10 | LSR | .20 | { L210 } {A103} Continued drafting sixth quarterly fee application. | 74.00 |
| 7/13/10 | MHM | 3.80 | { L210 } {A103} Worked on drafting, proofreading and revising exhibits for quarterly fee application. | 1,045.00 |
| 7/14/10 | LTY | 4.50 | { L210 } {A103} Prepared quarterly time and disbursement summary re sixth quarterly fee application (3.00); reviewed and updated fee application cover sheet (.80); prepared exhibits A and B to same (.70). | 1,237.50 |
| 7/14/10 | DJB | .20 | { L190 } {A103} Edited quarterly fee submission. | 185.00 |
| 7/14/10 | LSR | 1.10 | { L210 } {A103} Revised sixth quarterly fee application (.7); edited May fee application (.4). | 407.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                                         Federal Identification No. 36-2192554

LAW OFFICES  
**JENNER & BLOCK LLP**  
353 N. CLARK STREET  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/15/10 | LSR | 2.60 | { L210 } {A103} Drafted response to Fee Examiners' preliminary report re Jenner's Fourth Quarterly Fee Application. | 962.00 |
| 7/26/10 | LSR | 1.00 | { L210 } {A103} Drafted response to Fee Examiner's Preliminary report re Fourth Quarterly Fee Application. | 370.00 |
| 7/28/10 | MXP | 3.90 | { L210 } {A103} Prepared redacted and non-redacted version of exhibit to Jenner's sixth fee application. | 663.00 |
| 7/29/10 | MXP | 1.90 | { L210 } {A103} Continued project of preparing redacted and non-redacted version of exhibit to Jenner's sixth fee application. | 323.00 |
| 7/29/10 | LSR | .30 | { L210 } {A103} Drafted Jenner's July fee application. | 111.00 |
|  |  | 23.40 | PROFESSIONAL SERVICES | 7,012.50 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 7/09/10 | Photocopy Expense | 16.20 |
| 7/13/10 | Network Printing | 7.60 |
|  | TOTAL DISBURSEMENTS | 23.80 |

**INVOICE TOTAL**         $ 7,036.30

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.70 | 925.00 | 647.50 |
| LANDON S. RAIFORD | 7.70 | 370.00 | 2,849.00 |
| LOWELL T. YAP | 4.50 | 275.00 | 1,237.50 |
| MICHAEL H. MATLOCK | 4.70 | 275.00 | 1,292.50 |
| MARC A. PATTERSON | 5.80 | 170.00 | 986.00 |
| TOTAL | 23.40 |  | 7,012.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10130

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

AUGUST 31, 2010
INVOICE #  9175917

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2010 | $ 108.00 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $ 108.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                      INVOICE # 9175917
ATTN: DONALD J. LIEBENTRITT

AUGUST 31, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2010

ESOP/STAY ISSUES                                            MATTER NUMBER -   10130

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/30/10 | DAS | .20 | { L210 } {A104} Reviewed document production requests from defendants in Tribune adversary proceeding. | 108.00 |
| | | 0.20 | PROFESSIONAL SERVICES | 108.00 |

**INVOICE TOTAL**                              $ 108.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DOUGLAS A. SONDGEROTH | 0.20 | 540.00 | 108.00 |
| TOTAL | 0.20 | | 108.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10148

| | |
|---|---|
| THE TRIBUNE COMPANY<br>435 NORTH MICHIGAN AVENUE<br>SUITE 600<br>CHICAGO, IL 60611-4041<br>ATTN: DONALD J. LIEBENTRITT | AUGUST 31, 2010<br>INVOICE # 9175918 |

**DOL SUBPOENA**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2010 | $2,097.50 |
| DISBURSEMENTS | 1,264.65 |
| TOTAL INVOICE | $3,362.15 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9175918

AUGUST 31, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2010

DOL SUBPOENA                                                                                   MATTER NUMBER -   10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/01/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ▮▮▮▮ re ▮▮▮▮ issues (.5); telephone conference with ▮▮▮▮ re same (.3); e-mail to team re same (.2). | 925.00 |
| 7/09/10 | DJB | .20 | { L190 } {A106} Telephone conference with ▮▮▮▮ re issues. | 185.00 |
| 7/13/10 | DJB | .30 | { L190 } {A104} Reviewed e-mail to ▮▮▮▮ (.2); e-mail re same (.1). | 277.50 |
| 7/13/10 | PXR | 2.00 | { L140 } {A110} Reviewed and gathered ▮▮▮▮ production documents and prepared disk re same to ▮▮▮▮ per S. McGee request. | 340.00 |
| 7/15/10 | DJB | .20 | { L190 } {A104} Reviewed e-mail from ▮▮▮▮ (.1); responded to same (.1). | 185.00 |
| 7/21/10 | DJB | .20 | { L190 } {A104} Reviewed ▮▮▮▮ (.1); e-mail to client re same (.1). | 185.00 |
|  |  | 3.90 | PROFESSIONAL SERVICES | 2,097.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 6/23/10 | Special Messenger Service | 6.50 |
| 6/30/10 | Out of Town Travel, D. Bradford, 06/30/10, Washington, D.C. (Meeting with DOL) | 138.86 |
| 6/30/10 | Out of Town Travel, D. Bradford, 06/30/2010, Washington D.C. (Airfare) (Meeting with DOL) | 1,118.44 |
| 7/13/10 | Photocopy Expense | .20 |
| 7/19/10 | Photocopy and Related Expenses | .65 |
| | TOTAL DISBURSEMENTS | 1,264.65 |

**INVOICE TOTAL**             $ 3,362.15

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| DAVID J. BRADFORD | 1.90 | 925.00 | 1,757.50 |
| PANAGIOTA RAMOS | 2.00 | 170.00 | 340.00 |
| TOTAL | 3.90 | | 2,097.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

## EXHIBIT B

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Network Printing | 36.10 |
| Out of Town Travel | 1,257.30 |
| Photocopy and Related Expense | .65 |
| Photocopy Expense | 16.40 |
| Special Messenger Service | 6.50 |
| Westlaw Research | 48.43 |
| **Total** | **1,365.38** |