UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

OCT 13 2010

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* (Douglas A. Sondgeroth)

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Douglas A. Sondgeroth of Jenner & Block LLP to represent EGI-TRB, L.L.C. and Samuel Zell in the above-referenced case.

Dated: October 13, 2010                      **BLANK ROME LLP**

By: _____
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: carickhoff@BlankRome.com

Co-Counsel for EGI-TRB, L.L.C. and
Samuel Zell

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: October __13__, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

135030.01600/40191166v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Date: 10/12/10

*/s/ Douglas A. Sondgeroth*
Douglas A. Sondgeroth
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484