# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

| Calendar Date: | 10/13/2010 |
|---|---|
| Calendar Time: | 02:00 PM ET |

2nd Revision 10/13/2010 11:01 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798887 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell, LLP | Interested Party, Alden Global Capital / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798706 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798885 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800466 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798705 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798823 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798556 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798671 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799442 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798902 | Daniel B. Butz | (302) 351-9348 | Morris Nichols Arsht & Tunnell, LLP | Interested Party, Alden Global Capital / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800570 | Steven H. Church | (302) 661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799830 | Thomas (Tim) F. Cullen, Jr. | (202) 879-3924 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799420 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Aimee Wightman    CourtConfCal2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798535 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Centerbridge / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800469 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799451 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799766 | Brad Erens | 312-269-4050 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798521 | Adam H. Friedman | 212-451-2216 | Olshan Grundman Frome Rosenzweig | Creditor, Step One Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798562 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Center Bridge Credit Advisors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798384 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798522 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3801339 | Patrick Healy | (302) 636-6391 | Wilmington Trust Company | Representing, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799777 | David Heiman | 216-832-6061 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799426 | Jennifer Hoover | (302) 442-7010 | Benesch, Friedlander | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800525 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798687 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798594 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800554 | Howard J. Kaplan | 212-333-0200 | Arkin Kaplan LLp (New York) | Interested Party, Creditors / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798506 | David Klauder | 302-573-6491 | United States Trustee Department | Interested Party, United States Trustee Office / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800468 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800544 | Robert Lack | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LIVE |

| Debtor | Case No. | Type | Name | ID | Attorney | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Adam G. Landis | 3799384 | | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors–Calling from outside the 302 area code / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Kevin Lantry | 3798539 | | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | David LeMay | 3799395 | | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Fredrick J. Levy | 3798922 | | (212) 451-2218 | Olshan Grundman Frome Rosenzweig | Representing, Step One Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Kenneth C. Liang | 3798884 | | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Don Liebentritt | 3800331 | | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Jillian Ludwig | 3800928 | | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Katharine L. Mayer | 3798689 | | 302-984-6312 | McCarter & English | Client, Deutsche Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Matthew B. McGuire | 3799445 | | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors–Calling from outside the 302 area code / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | David Miles | 3801001 | | 202-736-8556 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Gordon Novod | 3799479 | | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Norman L. Pernick | 3798616 | | 302-295-4829 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Dennis A. Prieto | 3798370 | | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Madlyn G. Primoff | 3800506 | | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Jeremy Reckmeyer | 3798511 | | (212) 850-2851 | Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Marc Roitman | 3799423 | | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Debtor | Case No. | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798886 | Jeffrey M. Schlerf | 302-622-4212 | Fox Rothschild LLP | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799416 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799801 | Fredrick E. Sherman | (212) 326-3905 | Jones Day - New York | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799464 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800504 | Laurie Silver Silverstein | (302) 984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798498 | Paul Silverstein | (212) 850-2819 | Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3800494 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799458 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798780 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798501 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, The Bencher Trust Co of New York / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798654 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798897 | Eric M. Sutty | 302-622-4243 | Fox Rothschild LLP | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3799753 | Gregory Taylor | 302-654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3798469 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, L.L.C. / LIVE |