UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: November 4, 2010 at 4:00 p.m. (ET)<br>Hearing Date: To Be Determined |

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Paul, Hastings, Janofsky & Walker LLP |
| Authorized to Provide Professional Services to: | The Above-Captioned Debtors and Debtors-in-Possession |
| Date of Retention: | February 3, 2009 *Nunc Pro Tunc* to December 8, 2008 (Docket No. 323) |
| Period for which compensation and reimbursement are sought: | June 1, 2010 through August 31, 2010 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347), Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of Compensation sought as actual, reasonable, and necessary: $46,872.50

Amount of Expense Reimbursement sought as actual, reasonable, and necessary: $26.43

This is a(n): _____ monthly   X   interim   _____ final application

Summary of Fee Applications Filed During Interim Compensation Period[2]:

| Date Filed | Docket No. | Period Covered | Total Fees | Expenses | Date Filed (CNO) | Docket No. (CNO) |
|---|---|---|---|---|---|---|
| 9/27/10 | 5817 | 6/1/10 through 6/30/10 | $29,485.50 | $0.70 | Pending | Pending |
| 9/27/10 | 5817 | 7/1/10 through 7/31/10 | $16,031.50 | $16.83 | Pending | Pending |
| 9/27/10 | 5817 | 8/1/10 through 8/31/10 | $1,355.50 | $8.90 | Pending | Pending |
| Totals | | | $46,872.50 | $26.43 | | |

Summary of Any Objections to Fee Applications During the Interim Compensation Period: Paul Hastings has received no formal objections to its monthly fee application filed during the Interim Compensation Period.

PLEASE TAKE NOTICE that, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, entered January 15, 2009 [Docket No. 225] (the "Interim Compensation Order"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications, entered March 19, 2009 [Docket No. 546] (the "Fee Examiner Order"), (collectively the "Orders"), Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings") hereby files its Notice of Seventh Interim Fee Application Request ( the "Interim Fee Application Request") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[2] Paul, Hastings, Janofsky & Walker, LLP hereby incorporates the exhibits attached to its fee application [Docket No. 5817] submitted during the interim compensation period.

LEGAL_US_E # 88999760.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Orders, any objections to the Interim Fee Application Request must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon Paul Hastings at the address set forth below and the Notice Parties (as such term is defined in the Interim Compensation Order) so as to be received by **November 4, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Interim Fee Application Request will be held before The Honorable Kevin J. Carey at a date and time to be determined.

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Interim Fee Application Request, the Court may enter an order granting the relief sought in the Interim Fee Application Request without a hearing.

Dated: October 15, 2010  
Chicago, Illinois

Respectfully submitted,

/s/ Kimberly D. Newmarch  
Richard A. Chesley, Esq. (IL 6240877)  
Kimberly D. Newmarch (DE 4340)  
PAUL, HASTINGS, JANOFSKY & WALKER LLP  
191 North Wacker Drive, 30th Floor  
Chicago, IL 60606  
Telephone: (312) 499-6000  
Facsimile: (312) 499-6100  
Email: richardchesley@paulhastings.com  
　　　　kimberlynewmarch@paulhastings.com

SPECIAL COUNSEL FOR GENERAL REAL ESTATE AND RELATED MATTERS FOR DEBTORS AND DEBTORS IN POSSESSION