**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on October 14, 2010, a true and correct copy of the foregoing document was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Hand Delivery or Regular Mail upon the following parties:

| *Via Hand Delivery* <br> Adam G. Landis, Esquire <br> Daniel B. Rath, Esquire <br> Rebecca L. Butcher, Esquire <br> Matthew B. McGuire, Esquire <br> LANDIS RATH & COBB <br> 919 Market Street, Suite 1800 <br> Wilmington, DE  19801 | *Via Hand Delivery* <br> Thomas G. Macauley, Esquire <br> ZUCKERMAN SPAEDER LLP <br> 919 Market Street, Suite 990 <br> Wilmington, DE  19801 |
|---|---|
| *Via Regular Mail* <br> Graeme W. Bush, Esquire <br> James Sottile, Esquire <br> Andrew N. Goldfarb, Esquire <br> ZUCKERMAN SPAEDER LLP <br> 1800 M Street, N.W., Suite 1000 <br> Washington, DC  20036 | |

Dated: October 14, 2010

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

- and -

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*

2

3721261_1.DOC