**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period July 1, 2010 through July 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 4.00 | $0.00 |
| 2010 Consolidated Audit | 315.00 | $90,000.00 |
| **Subtotal - Fixed Fee Services** | **319.00** | **$90,000.00** |
| **Hourly Services** | | |
| Fresh Start | 84.10 | $41,358.10 |
| **Subtotal - Hourly Services** | **84.10** | **$41,358.10** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 22.40 | $6,912.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **22.40** | **$6,912.00** |
| **Total Hours and Compensation** | **425.50** | **$138,270.10** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by Project**

**Summary of Hours - July 1, 2010 through July 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 4.00 | 0.00 |
| 2010 Consolidated Audit | 315.00 | 90,000.00 |
| **Subtotal - Fixed Fee Services** | 319.00 | 90,000.00 |
| **Total Hours and Compensation** | **319.00** | **90,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2009 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period July 1, 2010 through July 31, 2010**

| **Professional** | **Professional's Position** | | **Hours** |
|---|---|---|---|
| Justin A Spahn | Manager | | 3.50 |
| Domonique P Hinton | Associate | | 0.50 |
| **Total Hours Incurred during Compensation Period** | | | **4.00** |
| Total Hours Incurred prior to July 1, 2010 | | | 7,220.80 |
| **Total Hours Incurred through July 31, 2010** | | | **7,224.80** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $1,750,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $0.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,750,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | **4.00** | **$0.00** |

Total fees equal fees disclosed in the original engagment letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**

**Summary of Hours - July 1, 2010 through July 31, 2010**

| Category | Hours |
|---|---|
| 9200 - 2009 Interim Review Procedures | 4.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **4.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2010 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period July 1, 2010 through July 31, 2010**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| Grant E Hellwarth | Partner | | 3.00 |
| James M Maurer | Partner | | 1.50 |
| John A Sandmeier | Partner | | 0.00 |
| William T England | Partner | | 12.00 |
| Kim Stawski | Director | | 3.70 |
| Thomas L Koops | Director | | 72.30 |
| Justin A Spahn | Manager | | 36.80 |
| Steven B Ockrim | Manager | | 5.00 |
| Lydia Kuebler | Senior Associate | | 4.00 |
| Sheri L Meyers | Senior Associate | | 49.00 |
| Steven B Ockrim | Senior Associate | | 1.00 |
| Basu Soumi | Associate | | 2.00 |
| Domonique P Hinton | Associate | | 60.00 |
| Melissa Mary Begley | Associate | | 64.70 |
| **Total Hours Incurred during Compensation Period** | | | **315.00** |
| Total Hours Incurred prior to July 1, 2010 | | | 529.80 |
| **Total Hours Incurred through July 31, 2010** | | | **844.80** |
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | | | $179,537.00 |
| **Remaining Payments for 2010 Consolidated Audit** | | | **$1,220,463.00** |
| **Total Fixed Fee for 2010 Consolidated Audit** | | | **$1,400,000.00** |
| **Requested Payment - 2010 Consolidated Audit** | | **315.00** | **$90,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - July 1, 2010 through July 31, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 139.10 |
| 9201 - Q2 Interim Review Procedures | 162.90 |
| 2900 - Information Technology General Controls | 13.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **315.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by Professionals - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Fresh Start** | | | | |
| Brett E Cohen | Partner | $693 | 0.50 | $346.50 |
| Cody L Smith | Partner | $693 | 4.00 | $2,772.00 |
| David A Schmid | Partner | $693 | 1.00 | $693.00 |
| John A Sandmeier | Partner | $693 | 1.70 | $1,178.10 |
| Lawrence N Dodyk | Partner | $693 | 2.00 | $1,386.00 |
| Robert C Whitley | Partner | $700 | 4.40 | $3,080.00 |
| John Benedetti | Director | $475 | 49.10 | $23,322.50 |
| Kim Stawski | Director | $475 | 7.70 | $3,657.50 |
| Thomas L Koops | Director | $475 | 2.70 | $1,282.50 |
| John C Hayes | Manager | $450 | 1.00 | $450.00 |
| Justin A Spahn | Manager | $305 | 6.00 | $1,830.00 |
| Shawn M Felt | Manager | $370 | 3.00 | $1,110.00 |
| Daniel P Homan | Associate | $250 | 1.00 | $250.00 |
| **Subtotal - Fresh Start** | | | **84.10** | **$41,358.10** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 2.50 | $1,375.00 |
| David James Dura | Senior Associate (Bankruptcy) | $290 | 12.00 | $3,480.00 |
| Subashi M Stendahl | Senior Associate (Bankruptcy) | $290 | 4.30 | $1,247.00 |
| Tanya K Hase | Associate (Bankruptcy) | $225 | 3.60 | $810.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **22.40** | **$6,912.00** |
| **Total Hours and Compensation** | | | **106.50** | **$48,270.10** |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Fresh Start** | | | | | | |
| 7/1/2010 | John A Sandmeier | Partner | 0710H0001: Discuss deferred tax impact of fresh start valuation of TVFN investment with K. Stawski (PwC). | $693.00 | 0.20 | $138.60 |
| 7/1/2010 | Kim Stawski | Director | 0710H0002: Discuss deferred tax impact of fresh start valuation of TVFN investment with tax partner J Sandmeier (PwC). | $475.00 | 0.20 | $95.00 |
| 7/1/2010 | Justin A Spahn | Manager | 0710H0003: Discuss deferred tax impact of fresh start valuation of TVFN investment with K. Stawski (PwC). | $305.00 | 0.30 | $91.50 |
| 7/1/2010 | Kim Stawski | Director | 0710H0004: Discuss deferred tax impact of fresh start valuation of TVFN investment with J. Spahn(PwC). | $475.00 | 0.30 | $142.50 |
| 7/1/2010 | Kim Stawski | Director | 0710H0005: Review information from e-mails sent by J Spahn (PwC) and TVFN financial statements. | $475.00 | 0.50 | $237.50 |
| 7/6/2010 | Kim Stawski | Director | 0710H0006: Review tax basis schedule on TVFN investment and TVFN financials from J. Spahn (PwC) and send to J. Sandmeier and S. Felt (both PwC) in advance of conference call on 7/7/2010. | $475.00 | 0.60 | $285.00 |
| 7/6/2010 | Shawn M Felt | Manager | 0710H0007: Research partnership non-deductible goodwill with respect to TVFN DTL from book v. tax basis difference in investment. | $370.00 | 1.00 | $370.00 |
| 7/6/2010 | Shawn M Felt | Manager | 0710H0008: Review tax basis schedule on TVFN investment and TVFN financials received from K. Stawski. Send e-mail regarding update meeting/call with J. Sandmeier and K. Stawski on 7/7/2010. | $370.00 | 0.50 | $185.00 |
| 7/7/2010 | John A Sandmeier | Partner | 0710H0009: Discussion with K. Stawski and S. Felt (both PwC) regarding TVFN DTL question. | $693.00 | 0.50 | $346.50 |
| 7/7/2010 | Kim Stawski | Director | 0710H0010: Discussion with J. Sandmeier and S. Felt (both PwC) regarding TVFN DTL question. | $475.00 | 0.50 | $237.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/7/2010 | Shawn M Felt | Manager | 0710H0011: Discussion with J. Sandmeier and K. Stawski (both PwC) regarding TVFN DTL question. | $370.00 | 0.50 | $185.00 |
| 7/7/2010 | John A Sandmeier | Partner | 0710H0012: Review TVFN financials sent by K. Stawski in preparation for call with K. Stawski and S. Felt. | $693.00 | 0.50 | $346.50 |
| 7/7/2010 | Shawn M Felt | Manager | 0710H0013: Review TVFN financials sent by K. Stawski in preparation for call with J. Sandmeier and K. Stawski. | $370.00 | 0.50 | $185.00 |
| 7/8/2010 | John A Sandmeier | Partner | 0710H0014: Discuss fresh start DTL with K. Kuykendahl, K. Stawski and S. Felt (all PwC) and whether PwC has a position on inherent goodwill calculation. | $693.00 | 0.50 | $346.50 |
| 7/8/2010 | Kim Stawski | Director | 0710H0015: Discuss fresh start DTL with K. Kuykendahl, J. Sandmeier and S. Felt (all PwC) on inherent goodwill tax calculation.. | $475.00 | 0.50 | $237.50 |
| 7/8/2010 | Shawn M Felt | Manager | 0710H0016: Discuss fresh start DTL with K. Kuykendahl, J. Sandmeier and K. Stawski (all PwC) and whether PwC has a position on inherent goodwill calculation. | $370.00 | 0.50 | $185.00 |
| 7/9/2010 | Daniel P Homan | Associate | 0710H0017: Tax research on deferred tax liability related to non-deductible goodwill. | $250.00 | 1.00 | $250.00 |
| 7/9/2010 | Kim Stawski | Director | 0710H0018: Discussion with M. Deloian (Tribune), regarding PwC position on booking the DTL for the TVFN DTL (book vs. tax basis) net of inherent goodwill. | $475.00 | 0.40 | $190.00 |
| 7/13/2010 | John Benedetti | Director | 0710H0019: Research related to appropriateness of treatment of an equity method investment as preparation to discussion with PwC National. | $475.00 | 3.00 | $1,425.00 |
| 7/14/2010 | John Benedetti | Director | 0710H0020: Discussion with K. Stawski (PwC) regarding TVFN DTL and review PwC income tax accounting guide section 11.1.9. | $475.00 | 0.40 | $190.00 |
| 7/14/2010 | Kim Stawski | Director | 0710H0021: Discussion with J. Benedetti (PwC) regarding TVFN DTL and review PwC income tax accounting guide section 11.1.9. | $475.00 | 0.40 | $190.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/14/2010 | John Benedetti | Director | 0710H0022: Clearing of internal comments and external comments on Deferred Revenue Memo. | $475.00 | 1.70 | $807.50 |
| 7/14/2010 | John Benedetti | Director | 0710H0023: Revision of draft Broadcast rights memo. | $475.00 | 3.30 | $1,567.50 |
| 7/14/2010 | John Benedetti | Director | 0710H0024: Revision of draft calculation of deferred tax liability related to TV Foods. | $475.00 | 2.10 | $997.50 |
| 7/15/2010 | Cody L Smith | Partner | 0710H0025: Discuss valuation of deferred taxes with J. Benedetti, C. Whitley, and L. Dodyk (all PwC). | $693.00 | 1.00 | $693.00 |
| 7/15/2010 | John Benedetti | Director | 0710H0026: Discuss valuation of deferred taxes with C. Smith, C. Whitley, and L. Dodyk (all PwC). | $475.00 | 1.00 | $475.00 |
| 7/15/2010 | Lawrence N Dodyk | Partner | 0710H0027: Discuss valuation of deferred taxes with C. Smith, C. Whitley, and L. Dodyk (all PwC). | $693.00 | 1.00 | $693.00 |
| 7/15/2010 | Robert C Whitley | Partner | 0710H0028: Discuss valuation of deferred taxes with C. Smith, J. Benedetti, and L. Dodyk (all PwC). | $700.00 | 1.00 | $700.00 |
| 7/15/2010 | Thomas L Koops | Director | 0710H0029: Discuss valuation of deferred taxes. Benedetti (PwC), Koops (PwC), Stawski (PwC). | $475.00 | 0.50 | $237.50 |
| 7/15/2010 | John Benedetti | Director | 0710H0030: Discuss valuation of deferred taxes. Spahn (PwC), Koops (PwC), Stawski (PwC). | $475.00 | 0.50 | $237.50 |
| 7/15/2010 | Justin A Spahn | Manager | 0710H0031: Discuss valuation of deferred taxes. Benedetti (PwC), Koops (PwC), Stawski (PwC). | $305.00 | 0.50 | $152.50 |
| 7/15/2010 | Kim Stawski | Director | 0710H0032: Discuss valuation of deferred taxes. Benedetti (PwC), Koops (PwC), Spahn (PwC). | $475.00 | 0.50 | $237.50 |
| 7/15/2010 | John Benedetti | Director | 0710H0033: Follow up on questions raised by C. Smith (PwC) during discussion on allocation of amounts to reporting units. | $475.00 | 2.30 | $1,092.50 |
| 7/15/2010 | Justin A Spahn | Manager | 0710H0034: Prepare deferred tax analysis for discussion purposes. | $305.00 | 0.40 | $122.00 |

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/15/2010 | Kim Stawski | Director | 0710H0035: Review PwC income tax accounting guide section 11.1.9 regarding book v. tax basis difference in partnership and treatment of inherent goodwill. Send follow-up e-mail to J. Benedetti (PwC). | $475.00 | 0.50 | $237.50 |
| 7/15/2010 | John Benedetti | Director | 0710H0036: Review of pension allocation spreadsheet. | $475.00 | 2.70 | $1,282.50 |
| 7/16/2010 | John Benedetti | Director | 0710H0037: Update meeting with N. Chakiris and B. Litman (both Tribune) and C. Whitley from PwC. | $475.00 | 1.00 | $475.00 |
| 7/16/2010 | Robert C Whitley | Partner | 0710H0038: Update meeting with N. Chakiris and B. Litman (both Tribune) and J. Benedetti from PwC. | $700.00 | 1.00 | $700.00 |
| 7/16/2010 | John Benedetti | Director | 0710H0039: Review draft agenda for update meeting. | $475.00 | 1.50 | $712.50 |
| 7/16/2010 | John Benedetti | Director | 0710H0040: Update tribune issues log for distribution. | $475.00 | 0.30 | $142.50 |
| 7/16/2010 | John Benedetti | Director | 0710H0041: Documentation of significant items in MAP. | $475.00 | 1.10 | $522.50 |
| 7/16/2010 | John Benedetti | Director | 0710H0042: Continued documentation of significant items in MAP. | $475.00 | 1.30 | $617.50 |
| 7/19/2010 | John Benedetti | Director | 0710H0043: Documentation of significant items in MAP. | $475.00 | 1.00 | $475.00 |
| 7/20/2010 | John Benedetti | Director | 0710H0044: Initiation of of National Office consultation. | $475.00 | 1.20 | $570.00 |
| 7/20/2010 | John Benedetti | Director | 0710H0045: Documentation of Tribune position regarding allocation of TV foods to reporting unit. | $475.00 | 2.50 | $1,187.50 |
| 7/20/2010 | John Benedetti | Director | 0710H0046: Review of balance sheet component summary provided by N. Chakiris (Tribune). | $475.00 | 1.80 | $855.00 |
| 7/22/2010 | Cody L Smith | Partner | 0710H0047: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, J.Hayes, and L. Dodyk. | $693.00 | 1.00 | $693.00 |
| 7/22/2010 | David A Schmid | Partner | 0710H0048: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, J.Hayes, and L. Dodyk. | $693.00 | 1.00 | $693.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/22/2010 | John Benedetti | Director | 0710H0049: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, J.Hayes, and L. Dodyk. | $475.00 | 1.00 | $475.00 |
| 7/22/2010 | John C Hayes | Manager | 0710H0050: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, J.Hayes, and L. Dodyk. | $450.00 | 1.00 | $450.00 |
| 7/22/2010 | Justin A Spahn | Manager | 0710H0051: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, J.Hayes, and L. Dodyk. | $305.00 | 1.00 | $305.00 |
| 7/22/2010 | Lawrence N Dodyk | Partner | 0710H0052: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, J.Hayes, and L. Dodyk. | $693.00 | 1.00 | $693.00 |
| 7/22/2010 | Robert C Whitley | Partner | 0710H0053: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, J.Hayes, and L. Dodyk. | $700.00 | 1.00 | $700.00 |
| 7/22/2010 | Thomas L Koops | Director | 0710H0054: Call with national to discuss fresh start valuation of TVFN. All participants with PwC including: J.Benedetti, C.Whitley, T.Koops, J.Spahn, C.Smith, and J.Hayes (left early). | $475.00 | 0.80 | $380.00 |
| 7/22/2010 | John Benedetti | Director | 0710H0055: Follow up discussion to call with National to discuss TVFN fresh start valuation. All from PwC, including: J.Benedetti, C.Whitley, T.Koops, J.Spahn. | $475.00 | 0.10 | $47.50 |
| 7/22/2010 | Justin A Spahn | Manager | 0710H0056: Follow up discussion to call with National to discuss TVFN fresh start valuation. All from PwC, including: J.Benedetti, C.Whitley, T.Koops, J.Spahn. | $305.00 | 0.10 | $30.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/22/2010 | Robert C Whitley | Partner | 0710H0057: Follow up discussion to call with National to discuss TVFN fresh start valuation. All from PwC, including: J.Benedetti, C.Whitley, T.Koops, J.Spahn. | $700.00 | 0.10 | $70.00 |
| 7/22/2010 | Thomas L Koops | Director | 0710H0058: Follow up discussion to call with National to discuss TVFN fresh start valuation. All from PwC, including: J.Benedetti, C.Whitley, T.Koops, J.Spahn. | $475.00 | 0.10 | $47.50 |
| 7/22/2010 | Brett E Cohen | Partner | 0710H0059: Research for fresh start valuation of TVFN. | $693.00 | 0.50 | $346.50 |
| 7/22/2010 | Cody L Smith | Partner | 0710H0060: Research for fresh start valuation of TVFN. | $693.00 | 1.00 | $693.00 |
| 7/22/2010 | Cody L Smith | Partner | 0710H0061: Research for national discussion call. | $693.00 | 1.00 | $693.00 |
| 7/22/2010 | John Benedetti | Director | 0710H0062: Preparation for follow up call with PwC National. | $475.00 | 2.10 | $997.50 |
| 7/23/2010 | John Benedetti | Director | 0710H0063: Internal meeting to discuss action items from meeting with Tribune. Included C.Whitley, J.Benedetti, T.Koops, and J.Spahn (all PwC). | $475.00 | 0.20 | $95.00 |
| 7/23/2010 | Justin A Spahn | Manager | 0710H0064: Internal meeting to discuss action items from meeting with Tribune. Included C.Whitley, J.Benedetti, T.Koops, and J.Spahn (all PwC). | $305.00 | 0.20 | $61.00 |
| 7/23/2010 | Robert C Whitley | Partner | 0710H0065: Internal meeting to discuss action items from meeting with Tribune. Included C.Whitley, J.Benedetti, T.Koops, and J.Spahn (all PwC). | $700.00 | 0.20 | $140.00 |
| 7/23/2010 | Thomas L Koops | Director | 0710H0066: Internal meeting to discuss action items from meeting with Tribune. Included C.Whitley, J.Benedetti, T.Koops, and J.Spahn (all PwC). | $475.00 | 0.20 | $95.00 |
| 7/23/2010 | Justin A Spahn | Manager | 0710H0067: Call with K. Stawski (PwC) to discuss Tribune DTLs for Cubs and Newsday deferred gain and impact of fresh start accounting. | $305.00 | 0.50 | $152.50 |
| 7/23/2010 | Kim Stawski | Director | 0710H0068: Call with J Spahn (PwC) to discuss Tribune DTLs for Cubs and Newsday deferred gain and impact of fresh start accounting. | $475.00 | 0.50 | $237.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/23/2010 | John Benedetti | Director | 0710H0069: Discuss fresh start valuation of TVFN with Tribune and communicate results of discussions with National. From Tribune: B.Litman, N.Chakiris. From PwC: C.Whitley, J.Benedetti, T.Koops, J.Spahn. | $475.00 | 1.10 | $522.50 |
| 7/23/2010 | Justin A Spahn | Manager | 0710H0070: Discuss fresh start valuation of TVFN with Tribune and communicate results of discussions with National. From Tribune: B.Litman, N.Chakiris. From PwC: C.Whitley, J.Benedetti, T.Koops, J.Spahn. | $305.00 | 1.10 | $335.50 |
| 7/23/2010 | Robert C Whitley | Partner | 0710H0071: Discuss fresh start valuation of TVFN with Tribune and communicate results of discussions with National. From Tribune: B.Litman, N.Chakiris. From PwC: C.Whitley, J.Benedetti, T.Koops, J.Spahn. | $700.00 | 1.10 | $770.00 |
| 7/23/2010 | Thomas L Koops | Director | 0710H0072: Discuss fresh start valuation of TVFN with Tribune and communicate results of discussions with National. From Tribune: B.Litman, N.Chakiris. From PwC: C.Whitley, J.Benedetti, T.Koops, J.Spahn. | $475.00 | 1.10 | $522.50 |
| 7/23/2010 | John Benedetti | Director | 0710H0073: Preparation for update meeting with B. Litman and N. Chakiris (Tribune). | $475.00 | 0.50 | $237.50 |
| 7/23/2010 | John Benedetti | Director | 0710H0074: Documentation of action items and follow up in issues register. | $475.00 | 1.00 | $475.00 |
| 7/23/2010 | Justin A Spahn | Manager | 0710H0075: Prepare detailed analysis of deferred taxes. | $305.00 | 1.50 | $457.50 |
| 7/23/2010 | Kim Stawski | Director | 0710H0076: Review Tribune DTLs for Cubs and Newsday deferred gain and impact of fresh start accounting. | $475.00 | 0.20 | $95.00 |
| 7/26/2010 | John Benedetti | Director | 0710H0077: Call with K.Stawski (PwC) and J.Spahn (PwC) to discuss deferred tax valuation matters. | $475.00 | 0.40 | $190.00 |
| 7/26/2010 | Justin A Spahn | Manager | 0710H0078: Call with K.Stawski (PwC) and J.Benedetti (PwC) to discuss deferred tax valuation matters. | $305.00 | 0.40 | $122.00 |
| 7/26/2010 | Kim Stawski | Director | 0710H0079: Call with J. Spahn (PwC) and J.Benedetti (PwC) to discuss deferred tax valuation matters. | $475.00 | 0.40 | $190.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/26/2010 | Kim Stawski | Director | 0710H0080: Research and summarize the applicable tax rates for deferred BIG and timing for recognition of deferred BIG. | $475.00 | 2.00 | $950.00 |
| 7/26/2010 | John Benedetti | Director | 0710H0081: Documentation of issues log. | $475.00 | 3.00 | $1,425.00 |
| 7/26/2010 | Kim Stawski | Director | 0710H0082: Review TVFN tax basis and book basis schedule and send to J Benedetti (PwC). | $475.00 | 0.20 | $95.00 |
| 7/27/2010 | John Benedetti | Director | 0710H0083: Initial drafting of National consultation memo. | $475.00 | 1.50 | $712.50 |
| 7/27/2010 | John Benedetti | Director | 0710H0084: Updating excel example of corporate items effect on goodwill. | $475.00 | 4.00 | $1,900.00 |
| 7/29/2010 | John Benedetti | Director | 0710H0085: Initial drafting of National consultation memo. | $475.00 | 4.00 | $1,900.00 |
| 7/29/2010 | John Benedetti | Director | 0710H0086: Documentation of status in issues log. | $475.00 | 1.50 | $712.50 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **84.10** | **$41,358.10** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 7/13/2010 | Subashi M Stendahl | Senior Associate (Bankruptcy) | 0710H0087: Review of cumulative reconcilliation through June 2010. | $290.00 | 1.30 | $377.00 |
| 7/13/2010 | Tanya K Hase | Associate (Bankruptcy) | 0710H0088: Reviewing April 2010 time details. | $225.00 | 0.85 | $191.25 |
| 7/14/2010 | Tanya K Hase | Associate (Bankruptcy) | 0710H0089: Review of April 2010 fee application draft. | $225.00 | 1.00 | $225.00 |
| 7/14/2010 | Tanya K Hase | Associate (Bankruptcy) | 0710H0090: Updated April 2010 exhibits for revisions. | $225.00 | 1.00 | $225.00 |
| 7/14/2010 | Tanya K Hase | Associate (Bankruptcy) | 0710H0091: Updated April 2010 exhibits for revisions made by J. Spahn and A. Clark Smith (both PwC). | $225.00 | 0.25 | $56.25 |
| 7/15/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0710H0092: Prepare Interim Fee Application. | $550.00 | 0.70 | $385.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)** **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period July 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/15/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0710H0093: Review April 2010 fee application. | $550.00 | 1.10 | $605.00 |
| 7/15/2010 | Tanya K Hase | Associate (Bankruptcy) | 0710H0094: Updated May 2010 exhibits for revisions made by A. Clark Smith (PwC). | $225.00 | 0.50 | $112.50 |
| 7/18/2010 | Subashi M Stendahl | Senior Associate (Bankruptcy) | 0710H0095: Cumulative reconciliation through June 2010. | $290.00 | 3.00 | $870.00 |
| 7/21/2010 | David James Dura | Senior Associate (Bankruptcy) | 0710H0096: Review of Time & Expense detail. | $290.00 | 3.00 | $870.00 |
| 7/22/2010 | David James Dura | Senior Associate (Bankruptcy) | 0710H0097: Review time trackers. | $290.00 | 0.50 | $145.00 |
| 7/23/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0710H0098: Review status of the June 2010 fee application and discussion with Justin Spahn (PwC) regarding same. | $550.00 | 0.30 | $165.00 |
| 7/26/2010 | David James Dura | Senior Associate (Bankruptcy) | 0710H0099: Review of Time & Expense detail. | $290.00 | 2.00 | $580.00 |
| 7/27/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0710H0100: Review expense consolidator and provide feedback for David Dura (PwC). | $550.00 | 0.40 | $220.00 |
| 7/27/2010 | David James Dura | Senior Associate (Bankruptcy) | 0710H0101: Review of Time & Expense detail. | $290.00 | 1.00 | $290.00 |
| 7/27/2010 | David James Dura | Senior Associate (Bankruptcy) | 0710H0102: Review of Time & Expense detail. | $290.00 | 1.00 | $290.00 |
| 7/27/2010 | David James Dura | Senior Associate (Bankruptcy) | 0710H0103: Review Fresh Start time descriptions. | $290.00 | 2.00 | $580.00 |
| 7/28/2010 | David James Dura | Senior Associate (Bankruptcy) | 0710H0104: Review of file attributes. | $290.00 | 2.50 | $725.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **22.40** | **$6,912.00** |
| **Total Hours and Compensation** | | | | | **106.50** | **$48,270.10** |