IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref Nos. 5795-5802, 5806, 5811, 5812, 5814, 5836-5839, 5864-5866 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK   )

JUSTINA BETRO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On October 5, 2010, I cause to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(1) or (3)," ("Personalized Transfers (e)(1) or (3)"), a sample of which is annexed hereto as Exhibit A by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Justina Betro

Sworn to before me this
11th day of October, 2010

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\TRIBUNE\Affidavits\Transfer Notice_Aff_10-5-10.doc

# **Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,** <br>             **Debtors.** | Case No. 08-13141 (KJC) <br><br> **Jointly Administered** <br> **Ref. Docket No. 5795** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To:     FLINTRIDGE PARK INC.
        1039 FOOTHILL BLVD
        LA CANADA, CA 91011


Your claim, in the amount of **$207.39** has been transferred, unless previously expunged by Court Order, to:

   DACA 2010L, LP
   1565 HOTEL CIRCLE SOUT, SUITE 310
   SAN DIEGO, CA 92108


No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number 5795 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on October 5, 2010.

# **Exhibit B**

| | |
|---|---|
| **TRB TRANSFER NTC 10-5-10**<br>FLINTRIDGE PARK INC.<br>1039 FOOTHILL BLVD<br>LA CANADA, CA 91011 | **TRB TRANSFER NTC 10-5-10**<br>GENCO ENTERTAINMENT INC.<br>15821 VENTURA BLVD, STE 500<br>ENCINO, CA 91436-2945 |
| **TRB TRANSFER NTC 10-5-10**<br>VETERINARY CANCER GROUP<br>9599 JEFFERSON BLVD.<br>CULVER CITY, CA 90232 | **TRB TRANSFER NTC 10-5-10**<br>NATIONAL COMMUNICATIONS<br>D/B/A KAR GRAPHICS, LLC<br>L3930 NEW 60TH AVE<br>MIAMI, FL 33014 |
| **TRB TRANSFER NTC 10-5-10**<br>BONEFISH GRILL<br>2202 NORTH WEST SHORE BLVD.<br>5TH FLOOR<br>TAMPA, FL 33607 | **TRB TRANSFER NTC 10-5-10**<br>ROYALTY JANITORIAL INC.<br>PO BOX 270497<br>MILWAUKEE, WI 53227 |
| **TRB TRANSFER NTC 10-5-10**<br>AERO TRANSCRIPTIONS<br>ATTN: KAREN OTTO<br>7621 FITCH LN, STE A<br>NOTTINGHAM, MD 21236 | **TRB TRANSFER NTC 10-5-10**<br>SUPREME SYSTEMS, INC.<br>11 PENN PLAZA<br>NEW YORK, NY 10001 |
| **TRB TRANSFER NTC 10-5-10**<br>BLYNN<br>61 INDIAN HEAD RD.<br>RIVERSIDE, CT 06878 | **TRB TRANSFER NTC 10-5-10**<br>PRESS PHOTOGRAPHERS ASSOCIATION<br>OF GREATER LOS ANGELES<br>3607 W MAGNOLIA BLVD STE<br>BURBANK, CA 91505 |

**TRB TRANSFER NTC 10-5-10**
S K I SUPPLY KIT INTERNATIONAL
PO BOX 55622
SANTA CLARITA CA 91325

**TRB TRANSFER NTC 10-5-10**
G2 DIRECT & DIGITAL
ATTN: ACCOUNTS PAYABLE
3500 W OLIVE AVE, NO. 700
BURBANK, CA 91505

**TRB TRANSFER NTC 10-5-10**
NEWSBAG INC
PO BOX 195
BROOKFIELD, IL 60513

**TRB TRANSFER NTC 10-5-10**
RYAN HOMES
11460 CRONRIDGE DR, SUITE 128
OWINGS MILLS. MD 21117

**TRB TRANSFER NTC 10-5-10**
DONER DIRECT
25900 NORTHWESTERN HWY
SOUTHFIELD, MI 48075

**TRB TRANSFER NTC 10-5-10**
J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801

**TRB TRANSFER NTC 10-5-10**
REVGEN CONSULTING LLC
3528 E GOLD DUST AVE
PHOENIX, AZ 85028-3951

**TRB TRANSFER NTC 10-5-10**
ASM CAPITAL, L.P.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

**TRB TRANSFER NTC 10-5-10**
WESTERN HIGH SCHOOL
1200 SW 136TH AVE
YOUTH CRIME WATCH
DAVIE, FL 33325

**TRB TRANSFER NTC 10-5-10**
DACA 2010L, LP
1565 HOTEL CIRCLE SOUT, SUITE 310
SAN DIEGO, CA 92108