# EXHIBIT A

| Date | Client Name | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 8/2/2010 | Tribune Company | Zilka,Jeffrey R. | 0.75 | $525.00 | Morning call with G. Weitman re: examiners report .25 discuss media outreach with Annie Elzey and Rebecca Neufeld, draft summary email, afternoon call with G. Weitman re: media outreach re MOD and P2P .25 afternoon call with G. Weitman re: 8.3 court hearing, vote on plan of reorg .5 |
| 8/3/2010 | Tribune Company | Zilka,Jeffrey R. | 0.75 | $525.00 | Discuss with G. Weitman implications of judge's ruling on releasing examiners report 5 review afternoon and evening coverage .25 |
| 8/4/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Review coverage of contents of examiner's report .25 discuss likely media coverage and progress of emergence .75 |
| 8/5/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Edit revised media pitch, forward to G. Weitman .5 |
| 8/9/2010 | Tribune Company | Zilka,Jeffrey R. | 0.25 | $175.00 | Discuss outstanding media pitches with Annie Elzey; edit her memo to Gary. |
| 8/11/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | With G. Weitman, discuss progress of plan of reorg, potential litigation trust .5 |
| 8/12/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Research litigation trusts 1 develop cover memo, possible questions .5 |
| 8/13/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Discuss litigation trusts, current situation re: Tribune's plan of reorg with G. Weitman |
| 8/17/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Update conversation with G. Weitman re: court hearing, impacts of request for change of voting period .5 |
| 8/19/2010 | Tribune Company | Zilka,Jeffrey R. | 0.25 | $175.00 | Close loop on media outreach .25 |
| 8/20/2010 | Tribune Company | Zilka,Jeffrey R. | 0.75 | $525.00 | Discuss with G. Weitman coverage of Court hearing re: support for Tribune plan of reorg, possible next steps .5 review coverage .25 |
| 8/27/2010 | Tribune Company | Zilka,Jeffrey R. | 0.25 | $175.00 | Discuss current coverage of expected revised Tribune plan of reorganization .25 |
| 8/31/2010 | Tribune Company | Zilka,Jeffrey R. | 3 | $2,100.00 | Morning call with Gary Weitman re: alternative scenarios for plan of reorg .75 Travel to/from meeting at Tribune tower .25 (Note: .5 of .5 hours total) Communications strategy meeting with G. Weitman, Mike Sitrick and Lew Phelps 2 total: 3 |
| 8/2/2010 | Tribune Company | Elzey,Stephanie | 1.5 | $307.50 | F/u with media contacts*Internal communication and updates among team - Jeff and Rebecca* Client call with Gary to update on state of play, including securing media placement commitment* |
| 8/3/2010 | Tribune Company | Elzey,Stephanie | 1 | $205.00 | Revising the media pitch to re-engage reporter |
| 8/5/2010 | Tribune Company | Elzey,Stephanie | 0.5 | $102.50 | Media pitching |
| 8/9/2010 | Tribune Company | Elzey,Stephanie | 1.25 | $256.25 | Updates to Gary*Internal coordination with Jeff*Media f/u. |

| Date | Client Name | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 8/10/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | Update to Gary |
| 8/11/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | Media contact F/u |
| 8/17/2010 | Tribune Company | Elzey,Stephanie | 0.5 | $102.50 | .25 - Crafted and sent follow-up note to media contact to re-engage her on potentially writing a story about operational changes in effect at the Tribune Company*.24 - Shared internal update on media pitching efforts with Jeff Zilka |
| 8/19/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | .25 – Placed media follow-up |
| 8/20/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | .25 - Placed media follow-up call |
| 8/23/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | .25 – Media Follow-up |
| 8/27/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | .25 - Receiving counsel from J. Zilka regarding Tribune financial results |
| 8/30/2010 | Tribune Company | Elzey,Stephanie | 0.5 | $102.50 | .25 - Media monitoring to check for recent media stories .25 - Followed up with media contacts to gauge interest in re-engaging on the Tribune Company story |
| 8/31/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | 25 - Followed up with media contact to gauge interest in re-engaging on the Tribune Company story |
| 8/2/2010 | Tribune Company | Burdeen,Michael B | 0.5 | $92.50 | pulled analyst reports and earnings transcript/ releases for Belo |
| 8/12/2010 | Tribune Company | Burdeen,Michael B | 0.5 | $92.50 | pulled and reviewed analyst reports for Scripps (.5) |
| 8/2/2010 | Tribune Company | Neufeld,Rebecca J | 0.75 | $153.75 | Annie emails; calls; media pitch |
| 8/3/2010 | Tribune Company | Neufeld,Rebecca J | 0.25 | $51.25 | Call journalist |
| 8/5/2010 | Tribune Company | Neufeld,Rebecca J | 0.25 | $51.25 | Call journalist |
| 8/10/2010 | Tribune Company | Neufeld,Rebecca J | 0.5 | $102.50 | TMMnews.com discovery and email to team (.25) follow up emails with Jeff (.25) |
| 8/11/2010 | Tribune Company | Neufeld,Rebecca J | 0.5 | $102.50 | TMMnews.com research (.25); email and twitter correspondence with editor (.25) |
| 8/13/2010 | Tribune Company | Neufeld,Rebecca J | 0.25 | $51.25 | draft email to Gary (.25) |
| | | **AUGUST 2010 TOTAL** | **20.5** | **$9,132.50** | |