## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:                                                    Chapter 11

TRIBUNE COMPANY et al.,                                   Case No. 08-13141 (KJC)

                                                          (Jointly Administered)

                                  Debtors.                **Hearing Date:  (To be determined)**
-------------------------------------------------------x  **Objections Due:  11/08/2010 @ 4:00 p.m.**

### FOURTH INTERIM FEE APPLICATION OF ZUCKERMAN SPAEDER LLP FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Applicant:  Zuckerman Spaeder LLP

Authorized to Provide Professional Services to:  The Official Committee of Unsecured Creditors

Date of Retention:  August 6, 2009 (Order entered September 3, 2009)

Period for which compensation and
Reimbursement is sought:  June 1, 2010 through August 31, 2010

Amount of Compensation sought
as actual, reasonable and necessary:  $438,551.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $846,788.23

This is Applicant's Fourth Interim Fee Application.  22.9 hours of time were expended during the Application Period in preparation of monthly and interim fee applications, and $5,726.00 is the corresponding compensation request.

| Previous Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 1/15/10 | 8/6/09-11/30/09 | $1,262,525.75 | $36,386.06 | $0.00 | $0.00 |
| 4/15/10 | 12/1/09-2/28/10 | $1,000,919.75 | $1,031,725.76 | $0.00 | $0.00 |
| 7/15/10 | 3/1/10-5/31/10 | $579,613.50 | $337,176.57 | $0.00 | $0.00 |

ATTACHMENT

| Name of Professional Person | Position of Applicant | Hourly billing rate (incl. Changes) | Total billed hours | Total Compensation |
|---|---|---|---|---|
| Graeme W. Bush | Partner, complex business and bankruptcy litigation; admitted 1976 | $765.00 | 209.00 | $159,885.00 |
| James Sottile | Partner, complex insurance and mass tort litigation; admitted 1986 | $675.00 | 222.80 | $150,390.00 |
| Thomas G. Macauley (I.D. # 3411) | Partner, chapter 11 and bankruptcy litigation; admitted 1995 | $580.00 | 67.00 | $38,860.00 |
| Andrew N. Goldfarb | Partner, bankruptcy and complex litigation; admitted 1996 | $550.00 | 130.10 | $71,555.00 |
| Lisa J. Stevenson | Partner, civil litigation; admitted 1997 | $525.00 | 3.70 | $1,942.50 |
| William A. Schreiner, Jr. | Of Counsel, complex litigation; admitted 1998 | $500.00 | 16.70 | $8,350.00 |
| Jonathan M. Watkins | Associate, 4th year, litigation; admitted 2006 | $370.00 | 1.50 | $555.00 |
| Benjamin Krein | Senior Staff Attorney, 10th year, litigation; admitted 2000 | $370.00 | 23.30 | $8,621.00 |
| Scott Hanna | Staff Attorney, 4th year | $300.00 | 3.90 | $1,170.00 |
| John B. Timmer | Associate, 1st year, litigation; admitted 2009 | $295.00 | 1.60 | $472.00 |

2785535.1

1

| Nina J. Falvello | Staff Attorney, 17th year, litigation; admitted 1993 | $265.00 | 25.50 | $6,757.50 |
|---|---|---|---|---|
| Lisa Medoro | Paralegal, 4th year | $240.00 | 6.00 | $1,440.00 |
| Rey Caling | Litigation Analyst, 3rd year | $195.00 | 4.50 | $877.50 |
| Lam-Anh Ngoc Nguyen | Litigation Support Analyst, 4th year | $185.00 | 4.10 | $758.50 |
| Jeanne Trahan Faubell | Library Director/Law Librarian, 3rd year | $165.00 | 1.20 | $198.00 |
| Diana Gillig | Paralegal Assistant, 10 years experience | $160.00 | 25.40 | $4,064.00 |

Grand Totals:  692.40 hours and $421,207.00
Blended Rate:  $608.33 per hour
(excluding Non-Working travel time)

2785535.1

2

## COMPENSATION BY PROJECT CATEGORY

| MATTER | | | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|---|
| 0001 | - | Bank Claims | 650.20 | $ 405,577.00 |
| 0002 | - | Retention/Fee Application | 42.20 | $ 15,630.00 |
| 0003 | - | Non-Working Travel Time (charged ½ time) | 51.90 | $ 17,344.50 |
| | | Totals: | 744.30 | $ 438,551.50 |

2785535.1

3

## ITEMIZED EXPENSES

EXPENSES

| | | |
|---|---|---|
| Litigation Expert | $ | 834,233.38 |
| Court Costs | $ | 51.00 |
| Transportation – Train/ air | $ | 5,865.30 |
| Hotel | $ | 725.27 |
| Meals / Miscellaneous | $ | 7.66 |
| Taxi Service | $ | 199.00 |
| Miscellaneous Expense | $ | 6.75 |
| Local Transportation – Arnow | $ | 117.00 |
| Outsourced Document Serv. – IKON | $ | 322.70 |
| Telephone Conferencing - Soundpath | $ | 169.46 |
| Docket Research – Pacer | $ | 111.92 |
| LEXIS Research | $ | 1,005.12 |
| Westlaw Research | $ | 3,739.79 |
| In-house Copy | $ | 122.30 |
| Long Distance Telephone | $ | 58.68 |
| Postage | $ | 52.90 |
| | | _____ |
| TOTAL EXPENSES | $ | 846,788.23 |

2785535.1

4

## NARRATIVE

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Zuckerman Spaeder LLP (hereinafter "Zuckerman") hereby moves this Court for an order awarding it reasonable compensation with respect to the above-captioned chapter 11 cases for professional legal services rendered as special counsel to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $438,551.50 together with reimbursement for actual and necessary expenses incurred in the amount of $846,788.23 for the period June 1, 2010, through and including August 31, 2010 (the "Application Period"), and respectfully represents as follows:

1.      Pursuant to an Order entered by this Court on September 3, 2009 (Docket No. 2088) (the "Retention Order"), Zuckerman was employed under a general retainer to serve as special counsel to the Committee in connection with these chapter 11 cases, effective as of August 6, 2009.  The Retention Order authorized Zuckerman to be compensated on an hourly basis and to be reimbursed for the actual and necessary out-of-pocket expenses that it incurred.

2.      During the Application Period, Zuckerman has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case.  There is no agreement or understanding between Zuckerman and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in this case.

3.      This Fourth Interim Application seeks compensation for fees of $438,551.50 and

2785535.1

5

reimbursement of expenses of $846,788.23 incurred during the Application Period. In

accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under this title.

**SUMMARY OF SERVICES RENDERED**

4.      During the Application Period, Zuckerman provided services to the Committee

and worked closely with the Committee's general bankruptcy counsel and the Committee's

financial advisors. The time detail for professional services provided by Zuckerman to the

Committee during the Application Period is divided by matter and set forth on Exhibit A to

Zuckerman's relevant monthly applications (Docket Nos. 5315, 5646 and 5842). The primary

services provided by matter are described by subject matter below.

5.      Bank Claims. During the Application Period, Zuckerman met and corresponded

regularly with the Committee, its general bankruptcy counsel and financial advisors as well as

with other primary parties concerning potential causes of actions relating to the financing of the

Debtors' LBO in 2007. Zuckerman attended meetings, conferences and hearings and prepared

for plan confirmation by working with its litigation expert, the Debtors and other plan proponents

to address potential plan challenges. Separately, Zuckerman provided the examiner with

information and spoke with counsel to assist their review of the claims. Zuckerman also drafted

and served a reply submission to the examiner that addressed the merits of the claims and

possible defenses.

6.     Zuckerman reviewed the examiner's redacted and unredacted report and exhibits once it was made available.  Zuckerman addressed with the plan proponents potential plan modifications.  Once the lenders opted out of the initial plan settlement, Zuckerman advised the Committee regarding negotiations with the Debtors, bondholders and the lenders on various aspects, including director and office insurance issues.  Zuckerman also began work on revisions to its complaint to take into account the examiner's findings.

7.     <u>Retention/Fee Applications</u>.  During the Application Period, Zuckerman prepared and filed three monthly fee applications and one interim fee application.  Zuckerman also drafted a response to the fee examiner concerning its comments to Zuckerman's first interim fee application.

## DISBURSEMENTS

8.     Zuckerman's list of out-of-pocket disbursements during the Application Period contains categories of charges, including, among other things, facsimile charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, parking and expenses for "working meals."  The expense detail is set forth on Exhibit B to Zuckerman's relevant monthly fee applications.

9.     Zuckerman represents that its rate for duplication is $0.10 per page, its effective rate for outgoing facsimile transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming facsimile transmissions, and there is no

2785535.1

surcharge for computerized research.

10.    In connection with its representation of the Committee, Zuckerman engaged a litigation expert to assist Zuckerman with insolvency and other financial distress issues. Zuckerman requests that the amount of the litigation expert's invoices be allowed to Zuckerman as an expense.

WHEREFORE, Zuckerman requests that the Court enter an order allowing Zuckerman $438,551.50 in fees compensation and $846,788.23 for reimbursement of expenses incurred during the Application Period, and granting Zuckerman such other and further relief as is just.

Dated:  Wilmington, Delaware
        October 15, 2010

                                        ZUCKERMAN SPAEDER LLP


                                        Thomas G. Macauley (ID No. 3411)
                                        919 Market Street, Suite 990
                                        P.O. Box 1028
                                        Wilmington, DE 19899
                                        (302) 427-0400

                                                - and -

                                        Graeme W. Bush
                                        1800 M Street, N.W.
                                        Washington, DC 20036
                                        (202) 778-1800

                                        Special Counsel to the Official Committee
                                        of Unsecured Creditors

2785535.1

8

# VERIFICATION

STATE OF DELAWARE        )
                         )        SS:
NEW CASTLE COUNTY        )

Thomas G. Macauley, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Zuckerman Spaeder LLP and have been admitted to the Bar of the Supreme Court of Delaware since 1995.

2.    I have personally performed the legal services rendered by Zuckerman Spaeder LLP as special counsel to the Committee and am thoroughly familiar with all work performed on behalf of the Committee.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Thomas G. Macauley

2785535.1

9