# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:  Chapter 11

TRIBUNE COMPANY et al.,  Case No. 08-13141 (KJC)

(Jointly Administered)

Debtors.  Hearing Date: (To be determined)

------------------------------------------------------------x  Objections Due: 11/08/2010 @ 4:00 p.m.

## NOTICE OF APPLICATION

To: The Notice Parties Pursuant to the Administrative Order

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP served its Fourth Interim Application for Interim Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010 (the "Application"), which seeks fee compensation in the amount of $438,551.50 and reimbursement of expenses in the amount of $846,788.23.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on November 8, 2010.

HEARING on the Application will take place at a time to be determined.

2785611.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
October 15, 2010

        ZUCKERMAN SPAEDER LLP

        _____
        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        P.O. Box 1028
        Wilmington, DE 19899
        (302) 427-0400

        - and -

        Graeme W. Bush
        1800 M Street, N.W.
        Washington, DC 20036
        (202) 778-1800

        Special Counsel to the Official Committee
        of Unsecured Creditors

2785611.1