# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:

TRIBUNE COMPANY et al.,

                                Debtors.

----------------------------------------------------------x

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

**Hearing Date: (To be determined)**
**Objections Due: 11/08/2010 @ 4:00 p.m.**

## NOTICE OF FILING OF FEE APPLICATION [RE: D.I. NO. 5974]

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP, as special counsel to the Official Committee of Unsecured Creditors, filed the *Fourth Interim Fee Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010* (D.I. No. 5974), which seeks fee compensation in the amount of $438,551.50 and expenses in the amount of $846,788.23 (the "Application").

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before November 8, 2010 at 4:00 p.m. by undersigned counsel.

Hearing on the Application will take place at a time to be determined.

2785618.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
   October 15, 2010

          ZUCKERMAN SPAEDER LLP

          _____
          Thomas G. Macauley (ID No. 3411)
          919 Market Street, Suite 990
          P.O. Box 1028
          Wilmington, DE 19899
          (302) 427-0400

            - and -

          Graeme W. Bush
          1800 M Street, N.W.
          Washington, DC 20036
          (202) 778-1800

          Special Counsel to the Official Committee
          of Unsecured Creditors

2785618.1