# EXHIBIT A

# FEE SUMMARY

12781974v.1

<1>

## SUMMARY OF PROFESSIONAL FEES
## FROM JUNE 1, 2010 THROUGH AUGUST 31, 2010

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $720.00 | 14.30 | $10,296.00 |
| Michael Rybicki | Partner<br>Labor & Employment<br>Admitted 1970 | $685.00 | 26.80 | $18,358.00 |
| Jeremy Sherman | Partner/<br>Labor & Employment<br>Admitted 1976 | $685.00 | 8.00 | $5,480.00 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $680.00 | 2.40 | $1,632.00 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $570.00 | 48.40 | $27,588.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $570.00 | 95.80 | $54,606.00 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $560.00 | 10.20 | $5,712.00 |
| Scott Carlson | Partner<br>Litigation<br>Admitted 1995 | $555.00 | 7.80 | $4,329.00 |
| Laura Shelby | Partner<br>Labor & Employment<br>Admitted 1991 | $550.00 | 5.90 | $3,245.00 |
| Noah Finkel | Partner<br>Labor & Employment<br>Admitted 1994 | $510.00 | .80 | $408.00 |
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 2003 | $475.00 | 2.50 | $1,187.50 |
| Christie Del Rey-Cone | Associate<br>Labor & Employment<br>Admitted 2002 | $460.00 | .60 | $276.00 |
| Dennis Hyun | Associate<br>Labor & Employment<br>Admitted 2003 | $400.00 | 7.80 | $3,120.00 |
| Natascha Riesco | Associate | $390.00 | 77.10 | $30,069.00 |

12781974v.1

| | | | | |
|---|---|---|---|---|
| | Labor & Employment<br>Admitted 2007 | | | |
| Max Sank | Associate<br>Labor & Employment<br>Admitted 2005 | $380.00 | 1.60 | $608.00 |
| Joshua Dalley | Associate<br>Labor & Employment<br>(former) | $370.00 | 1.00 | $370.00 |
| Jeremi Chylinksi | Associate<br>Labor & Employment<br>Admitted 2001 | $355.00 | 11.00 | $3,905.00 |
| Malerie Halperin | Paralegal<br>Labor & Employment<br>N/A | $275.00 | .50 | $137.50 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $270.00 | 25.70 | $6,939.00 |
| Sarah Knight | Staff Attorney<br>Litigation<br>Admitted 2009 | $230.00 | 2.80 | $644.00 |
| Matthew Christoff | Staff Attorney<br>Litigation<br>Admitted 2010 | $230.00 | 1.80 | $414.00 |
| Julie O'Keefe | Paralegal<br>Litigation<br>N/A | $230.00 | 13.50 | $3,105.00 |
| Mark Keeton | IT Staff<br>N/A | $215.00 | 1.50 | $322.50 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $100.00 | .40 | $40.00 |
| Michael Afar | Law Clerk<br>Labor & Employment<br>N/A | $80.00 | 20.80 | $1,664.00 |
| **TOTALS** | | | 389.00 | $184,455.50 |
| **Less discount** | | | | $(18,445.55) |
| | | | | $166,009.95 |
| | | | **BLENDED RATE** | **$474.18** |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM JUNE 1, 2010 THROUGH AUGUST 31, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| WGN-TV - NLRB Case No. 13-RD-21929 (12420-11) | 26.80 | $18,358.00 |
| Baltimore Sun - Labor-General (12575-01) | 2.00 | $1,370.00 |
| Baltimore Sun – Guild Labor (12575-28) | 9.50 | $5,875.00 |
| Baltimore Sun - Pay for Performance (12575-296) | .50 | $342.50 |
| Baltimore Sun - Parking Rate Increase Grievance (12575-298) | 68.60 | $38,988.00 |
| Baltimore Sun - Assistant Chief Grievance (12575-299) | 16.80 | $9,576.00 |
| Baltimore Sun - Al Parker Schedule Grievance (12575-300) | 4.90 | $2,907.00 |
| Chicago Tribune - Michael Cordits (10512-90) | .50 | $195.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 18.30 | $7,273.00 |
| Los Angeles Times - Clement, Jayne (33175-20) | 4.10 | $1,795.50 |
| Los Angeles Times - Country Club (17832-34) | 14.50 | $6,567.50 |
| Tribune - Labor-General (11089-01) | .80 | $408.00 |
| Tribune - Debra Holmes (11089-34) | 70.00 | $28,635.50 |
| Tribune - Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 77.50 | $32,509.50 |
| Tribune - Bankruptcy Fee Application (36377-07) | 41.10 | $11,111.50 |
| Tribune - Allen v. am New York (68308-02) | 6.30 | $4,380.00 |
| Tribune - Karen Scott v. WPIX (68308-03) | 18.50 | $9,305.00 |
| Tribune - IATSE -WPIX Layoff Grievance (68308-04) | .70 | $504.00 |
| Tribune - NY Newspaper Guild (68308-05) | .20 | $144.00 |
| Tribune - WPIX - General Labor (68308-06) | .20 | $144.00 |
| Tribune - General (36078-01) | .50 | $277.50 |
| Tribune - Corporate Independent Contractor (36078-02) | .50 | $340.00 |
| Tribune - East Coast Properties (36078-11) | .30 | $204.00 |
| Tribune - Asha Blake (15827-18) | 5.90 | $3,245.00 |
| **TOTALS** | **389.00** | **$184,455.50** |
| **Less Discount** | | **$(18,445.55)** |
| | | **$166,009.95** |

# EXHIBIT B

# EXPENSE SUMMARY

12781974v.1

## EXPENSE SUMMARY FOR THE PERIOD
## JUNE 1, 2010 THROUGH AUGUST 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $7.14 |
| Copying @ .10/page | | $303.60 |
| Facsimile @ $1.00/page | | $215.00 |
| Online Research | | $139.32 |
| Courier/Messenger | Overnite Express | $94.78 |
| Travel | C. Olsen, Andaz Hotel; K.Michaels Airfare; D. Hyun Airfare and out of town travel. | $2,750.54 |
| Local Travel | M. Afar and J. Meer to mediation at Sidley Austin LLP | $42.70 |
| Out of Town Travel | | $300.40 |
| Taxi | K. Michaels, D. Hyun | $631.00 |
| Meals | C. Olsen | $213.70 |
| Ground Transportation | | $109.00 |
| Process Server | | $11.00 |
| Arbitrators/Mediators | Gregorio, Haldeman Piazza | $3,625.00 |
| Attorney Services | | $63.00 |
| **TOTALS** | | **$8,506.18** |
| | | $(652.18) |
| | | **$7,854.00** |

12781974v.1