**TRIBUNE COMPANY, et al (Case 08-13141)**                                    Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period August 1, 2010 through August 31, 2010**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 23.80 | $0.00 |
| 2010 Consolidated Audit | 394.40 | $210,000.00 |
| **Subtotal - Fixed Fee Services** | **418.20** | **$210,000.00** |
| **Hourly Services** | | |
| Tax Consulting Services | 7.00 | $3,400.00 |
| Claims Consulting Services | 4.30 | $2,005.00 |
| Fresh Start | 98.70 | $50,157.50 |
| **Subtotal - Hourly Services** | **110.00** | **$55,562.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 29.90 | $10,075.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **29.90** | **$10,075.00** |
| **Total Hours and Compensation** | **558.10** | **$275,637.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by Project**

**Summary of Hours - August 1, 2010 through August 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 23.80 | 0.00 |
| 2010 Consolidated Audit | 394.40 | 210,000.00 |
| **Subtotal - Fixed Fee Services** | 418.20 | 210,000.00 |
| **Total Hours and Compensation** | **418.20** | **210,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period August 1, 2010 through August 31, 2010**

| Professional | Professional's Position | Hours |
|---|---|---|
| Justin A Spahn | Manager | 7.00 |
| Sheri L Meyers | Senior Associate | 16.50 |
| Domonique P Hinton | Associate | 0.30 |
| **Total Hours Incurred during Compensation Period** | | **23.80** |
| Total Hours Incurred prior to August 1, 2010 | | 7,224.80 |
| **Total Hours Incurred through August 31, 2010** | | **7,248.60** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $1,750,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $0.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,750,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | 23.80 | **$0.00** |

.

Total fees equal fees disclosed in the original engagment letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.    Page 1 of 1

Thursday, October 14, 2010

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**

**Summary of Hours - August 1, 2010 through August 31, 2010**

| Category | Hours |
|---|---|
| 9200 - 2009 Interim Review Procedures | 23.80 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **23.80** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-2**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2010 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period August 1, 2010 through August 31, 2010

| Professional | Professional's Position | Hours |
|---|---|---|
| John A Sandmeier | Partner | 4.00 |
| Jeffrey I Rosenberg | Senior Managing Director | 1.00 |
| Thomas L Koops | Director | 38.00 |
| Justin A Spahn | Manager | 48.00 |
| Steven B Ockrim | Manager | 8.50 |
| Elizabeth A Kusek | Senior Associate | 56.00 |
| Lydia Kuebler | Senior Associate | 4.50 |
| Sheri L Meyers   . | Senior Associate | 68.00 |
| Domonique P Hinton | Associate | 42.60 |
| Elizabeth L Schlatterer | Associate | 32.00 |
| Melissa Mary Begley | Associate | 91.80 |
| **Total Hours Incurred during Compensation Period** | | **394.40** |
| Total Hours Incurred prior to August 1, 2010 | | 844.80 |
| **Total Hours Incurred through August 31, 2010** | | **1,239.20** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | | $269,537.00 |
| **Remaining Payments for 2010 Consolidated Audit** | | $1,130,463.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | | $1,400,000.00 |
| **Requested Payment - 2010 Consolidated Audit** | 394.40 | $210,000.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**

**Summary of Hours - August 1, 2010 through August 31, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 94.50 |
| 3700 - Income Tax Process | 3.00 |
| 9201 - Q2 Interim Review Procedures | 22.50 |
| 2900 - Information Technology General Controls | 13.00 |
| CTC Fieldwork | 184.30 |
| FSC Fieldwork | 77.10 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **394.40** |

TRIBUNE COMPANY, et al (Case 08-13141)                                        Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by  Professionals - Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Tax Consulting Services** | | | | |
| Karen T Lohnes | Partner | $625 | 1.00 | $625.00 |
| Thomas D. Snyder | Partner | $625 | 3.00 | $1,875.00 |
| Nadine A Holovach | Manager | $300 | 3.00 | $900.00 |
| **Subtotal - Tax Consulting Services** | | | **7.00** | **$3,400.00** |
| **Claims Consulting Services** | | | | |
| Ralph D Gilman | Partner | $590 | 0.50 | $295.00 |
| Stephen B Danton | Director | $450 | 3.80 | $1,710.00 |
| **Subtotal - Claims Consulting Services** | | | **4.30** | **$2,005.00** |
| **Fresh Start** | | | | |
| L Allen Arnett | Partner | $700 | 1.60 | $1,120.00 |
| Robert C Whitley | Partner | $700 | 18.00 | $12,600.00 |
| William T England | Partner | $693 | 1.50 | $1,039.50 |
| Chad Morrissey | Director | $475 | 4.50 | $2,137.50 |
| John Benedetti | Director | $475 | 35.50 | $16,862.50 |
| Thomas L Koops | Director | $475 | 29.00 | $13,775.00 |
| Justin A Spahn | Manager | $305 | 8.60 | $2,623.00 |
| **Subtotal - Fresh Start** | | | **98.70** | **$50,157.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 5.40 | $2,970.00 |
| David James Dura | Senior Associate (Bankruptcy) | $290 | 24.50 | $7,105.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **29.90** | **$10,075.00** |
| **Total Hours and Compensation** | | | **139.90** | **$65,637.50** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Tax Consulting Services** | | | | | | |
| 8/6/2010 | Nadine A Holovach | Manager | 0810H0001: Review Tribune disguised sale analysis in preparation for call on 8/9/2010. | $300.00 | 2.00 | $600.00 |
| 8/6/2010 | Thomas D. Snyder | Partner | 0810H0002: Read and reviewed Canal case to consider facts of Tribune's compared to that of Canal and communicated Canal case to team members. | $625.00 | 2.00 | $1,250.00 |
| 8/9/2010 | Thomas D. Snyder | Partner | 0810H0003: Call with N.Granholm (TRB), N.Holovach (PwC), and K.Lohnes (PwC) to discuss impact of the Canal case on the Tribune leveraged partnership structure. | $625.00 | 1.00 | $625.00 |
| 8/9/2010 | Nadine A Holovach | Manager | 0810H0004: Call with N.Granholm (TRB), K.Lohnes (PwC), and T.Snyder (PwC) to discuss impact of the Canal case on the Tribune leveraged partnership structure. | $300.00 | 1.00 | $300.00 |
| 8/9/2010 | Karen T Lohnes | Partner | 0810H0005: Call with N.Granholm (TRB), N.Holovach (PwC), and T.Snyder (PwC) to discuss impact of the Canal case on the Tribune leveraged partnership structure. | $625.00 | 1.00 | $625.00 |
| **Subtotal - Hours and Compensation for Tax Consulting Services** | | | | | **7.00** | **$3,400.00** |
| **Claims Consulting Services** | | | | | | |
| 8/3/2010 | Ralph D Gilman | Partner | 0810H0006: Met with S.Danton (PwC) to discuss the City of Chicago hearing and negotiations with Kim Cooke, City of Chicago Attorney, for settlement related to electricity use tax liabilities. | $590.00 | 0.50 | $295.00 |
| 8/3/2010 | Stephen B Danton | Director | 0810H0007: Met with R.Gilman (PwC) to discuss the City of Chicago hearing and negotiations with Kim Cooke, City of Chicago Attorney, for settlement related to electricity use tax liabilities. | $450.00 | 0.50 | $225.00 |
| 8/10/2010 | Stephen B Danton | Director | 0810H0008: Review of work performed for the purposes of billing related to city of Chicago controversy. | $450.00 | 0.30 | $135.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/12/2010 | Stephen B Danton | Director | 0810H0009: Follow-up on status of hearing with City of Chicago attorney and Client. | $450.00 | 0.80 | $360.00 |
| 8/23/2010 | Stephen B Danton | Director | 0810H0010: Discussion with client regarding revised bankruptcy plan. | $450.00 | 1.10 | $495.00 |
| 8/31/2010 | Stephen B Danton | Director | 0810H0011: Discussion with Kim Cooke (City of Chicago Attorney) regarding the disparity of claim and liability. | $450.00 | 1.10 | $495.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **4.30** | **$2,005.00** |

**Fresh Start**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/2/2010 | John Benedetti | Director | 0810H0012: Review and updating of TV foods Memo based on updated corporate level information. | $475.00 | 2.00 | $950.00 |
| 8/3/2010 | John Benedetti | Director | 0810H0013: Review and update MAP file documentation. | $475.00 | 1.00 | $475.00 |
| 8/3/2010 | John Benedetti | Director | 0810H0014: Review of corporate balance sheet items and updating of issues register. | $475.00 | 3.00 | $1,425.00 |
| 8/4/2010 | Robert C Whitley | Partner | 0810H0015: Provide comment on deferred revenue whitepaper. | $700.00 | 2.00 | $1,400.00 |
| 8/4/2010 | John Benedetti | Director | 0810H0016: Updating of corporate items model for revised methodology and approach. | $475.00 | 3.50 | $1,662.50 |
| 8/5/2010 | Robert C Whitley | Partner | 0810H0017: Review accounting literature for goodwill pushdown to reporting units including PwC consultation positions and guidance. | $700.00 | 4.00 | $2,800.00 |
| 8/5/2010 | John Benedetti | Director | 0810H0018: Updating of corporate items model for revised methodology and approach. | $475.00 | 3.00 | $1,425.00 |
| 8/5/2010 | John Benedetti | Director | 0810H0019: Updating of issues register. | $475.00 | 1.00 | $475.00 |
| 8/6/2010 | Robert C Whitley | Partner | 0810H0020: Review accounting literature for goodwill pushdown to reporting units including PwC consultation positions and guidance. | $700.00 | 3.50 | $2,450.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/6/2010 | Robert C Whitley | Partner | 0810H0021: Continue – Review accounting literature for goodwill pushdown to reporting units including PwC consultation positions and guidance. | $700.00 | 2.50 | $1,750.00 |
| 8/9/2010 | Justin A Spahn | Manager | 0810H0022: Review corporate valuation considerations and obtain data. | $305.00 | 1.20 | $366.00 |
| 8/9/2010 | John Benedetti | Director | 0810H0023: Review corporate valuation considerations. | $475.00 | 1.00 | $475.00 |
| 8/10/2010 | John Benedetti | Director | 0810H0024: Update corporate valuations item spreadsheet. | $475.00 | 3.00 | $1,425.00 |
| 8/11/2010 | Justin A Spahn | Manager | 0810H0025: Compile data to support corporate valuation analysis. | $305.00 | 0.80 | $244.00 |
| 8/12/2010 | Justin A Spahn | Manager | 0810H0026: Compile data to support corporate valuation analysis and review related analysis. | $305.00 | 1.00 | $305.00 |
| 8/12/2010 | John Benedetti | Director | 0810H0027: Update Issue Register and Updating of TV Foods Memo. | $475.00 | 2.50 | $1,187.50 |
| 8/13/2010 | Chad Morrissey | Director | 0810H0028: Discuss initial reorganization value allocation conclusions with A. Arnett (PwC). | $475.00 | 1.60 | $760.00 |
| 8/13/2010 | L Allen Arnett | Partner | 0810H0029: Discuss initial reorganization value allocation conclusions with C. Morrissey (PwC). | $700.00 | 1.60 | $1,120.00 |
| 8/13/2010 | Thomas L Koops | Director | 0810H0030: Meeting to discuss initial reorganization value allocation. Participants include: J.Benedetti (PwC), W.England (PwC), T.Koops (PwC), C.Whitley (PwC), B.Litman (TRB), N.Chakiris (TRB), M.Howley (E&Y), M.Jones (E&Y), M.Kearns (E&Y). | $475.00 | 1.50 | $712.50 |
| 8/13/2010 | William T England | Partner | 0810H0031: Meeting to discuss initial reorganization value allocation. Participants include: J.Benedetti (PwC), W.England (PwC), T.Koops (PwC), C.Whitley (PwC), B.Litman (TRB), N.Chakiris (TRB), M.Howley (E&Y), M.Jones (E&Y), M.Kearns (E&Y). | $693.00 | 1.50 | $1,039.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date – Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/13/2010 | Robert C Whitley | Partner | 0810H0032: Meeting to discuss initial reorganization value allocation. Participants include: J.Benedetti (PwC), W.England (PwC), T.Koops (PwC), C.Whitley (PwC), B.Litman (TRB), N.Chakiris (TRB), M.Howley (E&Y), M.Jones (E&Y), M.Kearns (E&Y). | $700.00 | 1.50 | $1,050.00 |
| 8/13/2010 | John Benedetti | Director | 0810H0033: Meeting to discuss initial reorganization value allocation. Participants include: J.Benedetti (PwC), W.England (PwC), T.Koops (PwC), C.Whitley (PwC), B.Litman (TRB), N.Chakiris (TRB), M.Howley (E&Y), M.Jones (E&Y), M.Kearns (E&Y). | $475.00 | 1.50 | $712.50 |
| 8/13/2010 | Thomas L Koops | Director | 0810H0034: Follow up meeting with C.Whitley (PwC) and J.Benedetti (PwC) to discuss action items from reorginization value allocation meeting. | $475.00 | 1.50 | $712.50 |
| 8/13/2010 | Robert C Whitley | Partner | 0810H0035: Follow up meeting with T.Koops (PwC) and J.Benedetti (PwC) to discuss action items from reorginization value allocation meeting. | $700.00 | 1.50 | $1,050.00 |
| 8/13/2010 | John Benedetti | Director | 0810H0036: Follow up meeting with T.Koops (PwC) and R.Whitley (PwC) to discuss action items from reorginization value allocation meeting. | $475.00 | 1.50 | $712.50 |
| 8/13/2010 | Chad Morrissey | Director | 0810H0037: Review of valuation methodologies and assumptions. | $475.00 | 2.90 | $1,377.50 |
| 8/13/2010 | John Benedetti | Director | 0810I0038: Update Issue Register. | $475.00 | 1.00 | $475.00 |
| 8/16/2010 | Justin A Spahn | Manager | 0810H0039: Update corporate liabilities analysis. | $305.00 | 0.50 | $152.50 |
| 8/16/2010 | John Benedetti | Director | 0810H0040: Review corporate liabilities analysis. | $475.00 | 1.00 | $475.00 |
| 8/16/2010 | Justin A Spahn | Manager | 0810H0041: Compile data for fresh start analysis on corporate liabilities. | $305.00 | 0.80 | $244.00 |
| 8/17/2010 | Thomas L Koops | Director | 0810H0042: Preparation for meeting on deferred taxes and corporate goodwill. | $475.00 | 0.50 | $237.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/17/2010 | Robert C Whitley | Partner | 0810H0043: Preparation for meeting on deferred taxes and corporate goodwill. | $700.00 | 0.50 | $350.00 |
| 8/17/2010 | Thomas L Koops | Director | 0810H0044: Meeting to discuss fresh start accounting for deferred tax liabilities and corporate goodwill with C.Whitley (PwC) and J.Benedetti (PwC). | $475.00 | 1.50 | $712.50 |
| 8/17/2010 | Robert C Whitley | Partner | 0810H0045: Meeting to discuss fresh start accounting for deferred tax liabilities and corporate goodwill with J.Benedetti (PwC) and T.Koops (PwC). | $700.00 | 1.50 | $1,050.00 |
| 8/17/2010 | John Benedetti | Director | 0810H0046: Meeting to discuss fresh start accounting for deferred tax liabilities and corporate goodwill with C.Whitley (PwC) and T.Koops (PwC). | $475.00 | 1.50 | $712.50 |
| 8/17/2010 | Thomas L Koops | Director | 0810H0047: Researched accounting guidance (FAS 141R) to gain further understanding of the specific Tribune fresh start accounting issues - deferred tax liabilities and related corporate goodwill matters. | $475.00 | 4.00 | $1,900.00 |
| 8/17/2010 | John Benedetti | Director | 0810H0048: Updating analysis based on discussion with B.England (PwC) and T.Koops (PwC). | $475.00 | 3.50 | $1,662.50 |
| 8/18/2010 | Justin A Spahn | Manager | 0810H0049: Meeting preparation with Client regarding status update on Fresh Start matters including deferred tax impact and coporate balances. | $305.00 | 1.00 | $305.00 |
| 8/18/2010 | Thomas L Koops | Director | 0810H0050: Meeting preparation with Client regarding status update on Fresh Start matters including deferred tax impact and coporate balances. | $475.00 | 1.00 | $475.00 |
| 8/18/2010 | Justin A Spahn | Manager | 0810H0051: Status update on fresh start matters including deferred tax impact and corporate balances. Attendees include B.Litman (TRB), N.Chakiris (TRB), L.Hammond (TRB), J.Spahn(PwC), C.Whitley (PwC), J.Benedetti (PwC), T.Koops (PwC). | $305.00 | 1.00 | $305.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/18/2010 | Thomas L Koops | Director | 0810H0052: Status update on fresh start matters including deferred tax impact and corporate balances. Attendees include B.Litman (TRB), N.Chakiris (TRB), L.Hammond (TRB), J.Spahn(PwC), T.Koops (PwC), C.Whitley (PwC), J.Benedetti (PwC). | $475.00 | 1.00 | $475.00 |
| 8/18/2010 | Robert C Whitley | Partner | 0810H0053: Status update on fresh start matters including deferred tax impact and corporate balances. Attendees include B.Litman (TRB), N.Chakiris (TRB), L.Hammond (TRB), J.Spahn(PwC), T.Koops (PwC), C.Whitley (PwC), J.Benedetti (PwC). | $700.00 | 1.00 | $700.00 |
| 8/18/2010 | John Benedetti | Director | 0810H0054: Status update on fresh start matters including deferred tax impact and corporate balances. Attendees include B.Litman (TRB), N.Chakiris (TRB), L.Hammond (TRB), J.Spahn(PwC),T.Koops (PwC), C.Whitley (PwC), J.Benedetti (PwC). | $475.00 | 1.00 | $475.00 |
| 8/18/2010 | Thomas L Koops | Director | 0810H0055: Review action items from status update meeting. | $475.00 | 1.00 | $475.00 |
| 8/18/2010 | John Benedetti | Director | 0810H0056: Update Issue Register. | $475.00 | 1.00 | $475.00 |
| 8/18/2010 | John Benedetti | Director | 0810H0057: Review and update MAP file documentation. | $475.00 | 3.00 | $1,425.00 |
| 8/19/2010 | Thomas L Koops | Director | 0810H0058: Read accounting guidance (FAS 141R) to gain further understanding of the specific Tribune fresh start accounting issues - deferred tax liabilities and related corporate goodwill matters. | $475.00 | 2.90 | $1,377.50 |
| 8/19/2010 | Thomas L Koops | Director | 0810H0059: Continue - Read accounting guidance (FAS 141R & PwC business combinations guide) to gain further understanding of the specific Tribune fresh start accounting issues - deferred tax liabilities and related corporate goodwill matters. | $475.00 | 4.10 | $1,947.50 |
| 8/20/2010 | Justin A Spahn | Manager | 0810H0060: Call with T.Koops (PwC) to discuss fresh start accounting (tax implications) for TVFN. | $305.00 | 0.50 | $152.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/20/2010 | Thomas L Koops | Director | 0810H0061: Call with J.Spahn (PwC) to discuss fresh start accounting (tax implications) for TVFN. | $475.00 | 0.50 | $237.50 |
| 8/20/2010 | Thomas L Koops | Director | 0810H0062: Read accounting guidance (FAS 109) to gain further understanding of the specific Tribune fresh start accounting issues - tax implications. | $475.00 | 1.50 | $712.50 |
| 8/20/2010 | Thomas L Koops | Director | 0810H0063: Read accounting guidance ACS 852-10-55/SOP 90-7 accounting for reorganization to gain further understanding of the specific Tribune fresh start accounting issues. | $475.00 | 2.00 | $950.00 |
| 8/24/2010 | Thomas L Koops | Director | 0810H0064: Read accounting guidance ACS 852-10-55/SOP 90-7 accounting for reorganization to gain further understanding of the specific Tribune fresh start accounting issues. | $475.00 | 2.00 | $950.00 |
| 8/25/2010 | Thomas L Koops | Director | 0810H0065: Read accounting guidance ACS 852-10-55/SOP 90-7 accounting for reorganization to gain further understanding of the specific Tribune fresh start accounting issues. | $475.00 | 2.00 | $950.00 |
| 8/26/2010 | Justin A Spahn | Manager | 0810H0066: Meeting with N.Chakiris (TRB), T.Lightfoot (TRB), L.Hammond (TRB), T.Koops (PwC), and J.Benedetti (PwC) to discuss fresh start opening balance sheet and status of valuation work. | $305.00 | 1.00 | $305.00 |
| 8/26/2010 | Thomas L Koops | Director | 0810H0067: Meeting with N.Chakiris (TRB), T.Lightfoot (TRB), L.Hammond (TRB), J.Spahn (PwC), and J.Benedetti (PwC) to discuss fresh start opening balance sheet and status of valuation work. | $475.00 | 1.00 | $475.00 |
| 8/26/2010 | John Benedetti | Director | 0810H0068: Meeting with N.Chakiris (TRB), T.Lightfoot (TRB), L.Hammond (TRB), J.Spahn (PwC), and T.Koops (PwC) to discuss fresh start opening balance sheet and status of valuation work (left early). | $475.00 | 0.50 | $237.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/26/2010 | Justin A Spahn | Manager | 0810H0069: Prepared for meeting with Tribune to discuss fresh start opening balance sheet and status of valuation work. | $305.00 | 0.80 | $244.00 |
| 8/26/2010 | Thomas L Koops | Director | 0810H0070: Review the applicable materials and accounting literature related to the Fresh Start opening balance sheet and valuation work. | $475.00 | 1.00 | $475.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **98.70** | **$50,157.50** |

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/2/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0071: Review June 2010 time trackers and time consolidator. | $290.00 | 3.00 | $870.00 |
| 8/5/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0810H0072: Review June 2010 time and expense details and provide follow-up items for David Dura (PwC). | $550.00 | 0.90 | $495.00 |
| 8/13/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0073: Revise June 2010 time consolidator. | $290.00 | 1.50 | $435.00 |
| 8/16/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0074: Review billing details for June 2010 fee application. | $290.00 | 1.00 | $290.00 |
| 8/17/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0075: Review of June 2010 fee applicatio. | $290.00 | 2.00 | $580.00 |
| 8/17/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0076: Revise June 2010 time consolidator. | $290.00 | 3.50 | $1,015.00 |
| 8/17/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0077: Continue - Revise June 2010 time consolidator. | $290.00 | 1.00 | $290.00 |
| 8/18/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0078: Revise June 2010 time consolidator. | $290.00 | 1.00 | $290.00 |
| 8/19/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0079: Update June 2010 time consolidator. | $290.00 | 1.00 | $290.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/23/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0080: Update June 2010 time consolidator. | $290.00 | 3.00 | $870.00 |
| 8/24/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0081: Update June 2010 time consolidator. | $290.00 | 1.00 | $290.00 |
| 8/24/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0810H0082: Review June 2010 consolidator. | $550.00 | 0.20 | $110.00 |
| 8/25/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0083: Revise June 2010 time consolidator. | $290.00 | 2.50 | $725.00 |
| 8/26/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0084: Revise June 2010 time consolidator. | $290.00 | 2.00 | $580.00 |
| 8/26/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0810H0085: Review June 2010 fee application including consolidators and exhibits. | $550.00 | 1.20 | $660.00 |
| 8/26/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0810H0086: Continue - Review June 2010 fee application including consolidators and exhibits. | $550.00 | 2.50 | $1,375.00 |
| 8/30/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0087: Updating June 2010 narrative and exhibits for filing. | $290.00 | 1.00 | $290.00 |
| 8/30/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0810H0088: Review the June 2010 final fee application, narrative, exhibits and time details. | $550.00 | 0.60 | $330.00 |
| 8/31/2010 | David James Dura | Senior Associate (Bankruptcy) | 0810H0089: Update the June 2010 final fee application, narrative, exhibits and time detaills. | $290.00 | 1.00 | $290.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | 29.90 | $10,075.00 |
| **Total Hours and Compensation** | | | | | 139.90 | $65,637.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                          Exhibit D-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period August 1, 2010 through August 31, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **2010 Consolidated Audit** | |
| Mileage Allowance | $71.00 |
| Parking | $42.00 |
| Public/ground transportation | $199.85 |
| Shipping | $7.06 |
| **Subtotal - 2010 Consolidated Audit** | **$319.91** |
| **Fresh Start** | |
| Lodging | $234.27 |
| Mileage Allowance | $100.00 |
| Parking | $68.00 |
| Public/ground transportation | $17.50 |
| **Subtotal - Fresh Start** | **$419.77** |
| **Total Expenditures** | **$739.68** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Thursday, October 14, 2010

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2010 Consolidated Audit** | | | | |
| 6/8/2010 | Sheri L Meyers | Public/ground transportation | 0810E0001: CHICAGO YELLOW CAB - TAXI TO TRIBUNE FOR MEETING. | $10.00 |
| 7/7/2010 | Melissa Mary Begley | Public/ground transportation | 0810E0002: TAXI FROM TRIBUNE TOWER TO OFFICE. | $7.00 |
| 7/14/2010 | Kim Stawski | Mileage Allowance | 0810E0003: TRAVEL FROM WAUKESHA, WI TO CHICAGO, IL. | $44.00 |
| 7/14/2010 | Thomas L Koops | Public/ground transportation | 0810E0004: CHICAGO TAXIS - TRIBUNE Q2 REVIEW MEETINGS AT TRIBUNE. | $35.00 |
| 7/14/2010 | Kim Stawski | Parking | 0810E0005: IBM PLAZA SPRK721044 CHICAGO IL - PARKING - TRIBUNE Q2 MEETING. | $18.00 |
| 7/14/2010 | Kim Stawski | Public/ground transportation | 0810E0006: IL TOLL - TRIBUNE Q2 MEETING. | $2.50 |
| 7/14/2010 | John A Sandmeier | Public/ground transportation | 0810E0007: TAXI TO AND FROM TRIBUNE FOR Q2 MEETINGS - TAXI TO AND FROM TRIBUNE FOR Q2 MEETINGS. | $20.00 |
| 7/15/2010 | Thomas L Koops | Public/ground transportation | 0810E0008: CHICAGO WATER TAXI - TRIBUNE Q2 REVIEW. | $4.00 |
| 7/19/2010 | Thomas L Koops | Public/ground transportation | 0810E0009: WENDELLA SIGHTSEEING CHICAGO IL - CHICAGO WATER TAXI CHARGES FOR TRIBUNE Q2 REVIEW. | $16.00 |
| 7/19/2010 | Melissa Mary Begley | Public/ground transportation | 0810E0010: TAXI FROM TRIBUNE TOWER TO OFFICE - TAXI FROM TRIBUNE TOWER TO OFFICE. | $7.00 |
| 7/20/2010 | Domonique P Hinton | Public/ground transportation | 0810E0011: CHICAGO TRANSIT AUTHORITY - BUS FARE TO/FROM TRIBUNE FOR 7/20 - 7/23. | $12.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 7/23/2010 | Melissa Mary Begley | Public/ground transportation | 0810E0012: TAXI TO OFFICE FROM TRIBUNE - TAXI TO OFFICE FROM TRIBUNE. | $5.00 |
| 7/26/2010 | Thomas L Koops | Public/ground transportation | 0810E0013: CHICAGO TAXI - TRIBUNE TO OFFICE - GUY RAYMAKER. | $7.00 |
| 7/26/2010 | Domonique P Hinton | Public/ground transportation | 0810E0014: CHICAGO TRANSIT AUTHORITY - BUS FARE TO/FROM TRIBUNE WEEK OF 7/26 - 7/30. | $18.00 |
| 7/27/2010 | Thomas L Koops | Public/ground transportation | 0810E0015: CHICAGO WATER TAXI - 10 RIDE PASS FOR TRANSPORTATION TO/FROM TRIBUNE. | $16.00 |
| 7/27/2010 | Melissa Mary Begley | Public/ground transportation | 0810E0016: TAXI TO OFFICE FROM TRIBUNE TOWER (TRAFFIC) - TAXI TO OFFICE FROM TRIBUNE TOWER (TRAFFIC). | $9.00 |
| 7/28/2010 | Melissa Mary Begley | Public/ground transportation | 0810E0017: CPO TAXI MED 6278 09 CHICAGO IL - TAXI FROM OFFICE TO TRIBUNE. | $7.35 |
| 7/30/2010 | Domonique P Hinton | Public/ground transportation | 0810E0018: CHICAGO YELLOW CAB - CAB TO TRIBUNE TOWER FROM ONE NORTH WACKER. | $8.00 |
| 8/7/2010 | PricewaterhouseCoopers | Shipping | 0810E0019: UNITED PARCEL SERVICE - COURIER LOCAL. | $7.06 |
| 8/10/2010 | William T England | Parking | 0810E0020: 201 E ILLNOIS SPRK7 CHICAGO IL - TRIBUNE SPECIAL FIELDWORK. | $24.00 |
| 8/10/2010 | William T England | Mileage Allowance | 0810E0021: TRAVEL FROM NORTHFIELD TO BURR RIDGE. | $13.50 |
| 8/10/2010 | William T England | Mileage Allowance | 0810E0022: TRAVEL FROM BURR RIDGE TO NORTHFIELD. | $13.50 |
| 8/11/2010 | Thomas L Koops | Public/ground transportation | 0810E0023: WENDELLA SIGHTSEEING CHICAGO IL - WATER TAXI CHARGES FOR TRAVEL TO/FROM CLIENT SITE. | $16.00 |
| Subtotal - 2010 Consolidated Audit | | | | $319.91 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Page 2 of 3
Thursday, October 14, 2010

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period August 1, 2010 through August 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Fresh Start** | | | | |
| 6/10/2010 | Robert D Love | Public/ground transportation | 0810E0024: ILLINOIS TOLLWAY - TOLLS TO/FROM CLIENT LOCATION. | $3.50 |
| 6/10/2010 | Robert D Love | Parking | 0810E0025: SYSTEM PARKING - PARKING AT CLIENT LOCATION. | $20.00 |
| 6/10/2010 | Robert D Love | Parking | 0810E0026: COURTYARD 1GE CHICAGO IL - PARKING AT HOTEL. | $48.00 |
| 6/10/2010 | Robert D Love | Mileage Allowance | 0810E0027: TRAVEL FROM MILWAUKEE, WI TO CHICAGO, IL. | $50.00 |
| 6/10/2010 | Robert D Love | Mileage Allowance | 0810E0028: TRAVEL FROM CHICAGO, IL TO MILWAUKEE, WI. | $50.00 |
| 6/10/2010 | Robert D Love | Lodging | 0810E0029: COURTYARD 1GE CHICAGO IL - HOTEL WHILE AT CLIENT LOCATION. | $234.27 |
| 7/23/2010 | Robert C Whitley | Public/ground transportation | 0810E0030: YELLOW TAXI - TAXI FROM OFFICE TO TRIBUNE. | $7.00 |
| 7/23/2010 | Robert C Whitley | Public/ground transportation | 0810E0031: YELLOW TAXI - TAXI FROM TRIBUNE TO OFFICE. | $7.00 |
| Subtotal - Fresh Start | | | | $419.77 |
| **Total Expenditures** | | | | **$739.68** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.