**June 1, 2010 to June, 2010 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 1-Jun-10 | $493.00 | 2.00 | $986.00 | Review plan cost EBITDAR summary included in the TMIP/KOB assessment prepared for Tribune. |
| Stencel  Amanda | 1-Jun-10 | $255.00 | 6.50 | $1,658.80 | Research termination clauses for annual incentive plans of bankruptcy peer groups. |
| Malandruccolo  Joseph | 2-Jun-10 | $255.00 | 0.25 | $63.80 | Creating an excel 2003 compatible version of TMIP/KOB bankruptcy database analysis at the request of Julie Donnell. |
| Stencel  Amanda | 2-Jun-10 | $255.00 | 8.00 | $2,041.60 | Researched termination clauses in Annual Incentive Plans of bankruptcy peer group. |
| Warner  Mallory | 2-Jun-10 | $255.00 | 7.50 | $1,914.00 | AIP Provisions analysis. |
| Long  Marcia | 3-Jun-10 | $493.00 | 1.50 | $739.50 | Peer review EBITDAR analysis to be included in the TMIP/KOB assessment. |
| Stencel  Amanda | 3-Jun-10 | $255.00 | 9.00 | $2,296.80 | Researched annual incentive termination provisions for bankruptcy peer group. |
| Warner  Mallory | 3-Jun-10 | $255.00 | 8.00 | $2,041.60 | AIP Provisions analysis. |
| Cook  Nicole | 4-Jun-10 |  | 0.50 | $174.00 | Discuss project & database training w/ Matt Sandler & Julie Donnell. |
| Malandruccolo  Joseph | 4-Jun-10 | $255.00 | 2.75 | $701.80 | Updating EBITDAR Analysis to include depreciation and amortization; reformatting the analysis to facilitate peer review and increase transparency. |
| Sandler  Matt | 4-Jun-10 | $464.00 | 0.50 | $232.00 | Bankruptcy database PM. |
| Stencel  Amanda | 4-Jun-10 | $255.00 | 0.50 | $127.60 | Formatted AIP analysis of bankruptcy peer group. |
| Donnell  Julie | 5-Jun-10 | $255.00 | 4.00 | $1,020.80 | Peer review of Annual Incentive analysis completed by Amanda Stencel - to be provided to Sidley the week of June 7th. |
| Dempsey  John | 7-Jun-10 | $725.00 | 1.00 | $725.00 | Planning for report for confirmation hearing call with Jonathan Lotsoff and a call with Marcia Long and Matt Sandler. |
| Donnell  Julie | 7-Jun-10 | $255.00 | 1.00 | $255.20 | Peer review of Bankruptcy peer group annual incentive analysis completed by Amanda Stencel. |
| Long  Marcia | 7-Jun-10 | $493.00 | 1.50 | $739.50 | Peer review TMIP/KOB compensation analysis prepared at the request of Sidley Austin. |
| Long  Marcia | 7-Jun-10 | $493.00 | 1.00 | $493.00 | Compile and review final version of reports related to Tribune 2009 and 2010 MIP in preparation for meeting with Jonathan Lotsoff. |
| Long  Marcia | 7-Jun-10 | $493.00 | 3.00 | $1,479.00 | Peer review analysis of annual incentive termination provisions. |
| Sandler  Matt | 7-Jun-10 | $464.00 | 0.25 | $116.00 | AI severance analysis. |
| Sandler  Matt | 7-Jun-10 | $464.00 | 2.50 | $1,160.00 | EBITDAR analysis. |
| Stencel  Amanda | 7-Jun-10 | $255.00 | 1.00 | $255.20 | Updated TMIP report with title revisions per client comments. |
| Warner  Mallory | 7-Jun-10 | $255.00 | 7.00 | $1,786.40 | AIP Provisions Research. |
| Dempsey  John | 8-Jun-10 | $725.00 | 1.00 | $725.00 | Planning for report for confirmation hearing. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 8-Jun-10 | $493.00 | 2.00 | $986.00 | Meeting with Jonathan Lotsoff to discuss documentation for 6.16 MIP hearing and additional materials for August confirmation hearing. |
| Long  Marcia | 8-Jun-10 | $493.00 | 2.00 | $986.00 | Draft Summary of TMIP/KOB Competitiveness. |
| Long  Marcia | 8-Jun-10 | $493.00 | 1.00 | $493.00 | Peer review analysis summarizing Tribune TDC including TMIP/KOB compared to market prepared by Amanda Stencel  to be included in the Summary of TMIP/KOB Competitiveness. |
| Long  Marcia | 8-Jun-10 | $493.00 | 0.50 | $246.50 | Project planning meeting with Matt Sandler  to discuss additional research and analysis to be prepared and next steps. |
| Malandruccolo  Joseph | 8-Jun-10 | $255.00 | 0.50 | $127.60 | Updating EBITDAR analysis to reflect Sandler feedback. |
| Sandler  Matt | 8-Jun-10 | $464.00 | 0.75 | $348.00 | AI severance analysis. |
| Sandler  Matt | 8-Jun-10 | $464.00 | 0.50 | $232.00 | EBITDAR analysis. |
| Stencel  Amanda | 8-Jun-10 | $255.00 | 3.50 | $893.20 | Confirmed Change in Control language in annual incentive plan termination provisions for bankruptcy peer group. |
| Stencel  Amanda | 8-Jun-10 | $255.00 | 2.50 | $638.00 | Composed summary exhibits for TMIP competitiveness to market  and $3M v $3.2 M revenue market competitiveness. |
| Warner  Mallory | 8-Jun-10 | $255.00 | 0.75 | $191.40 | AIP Provisions Research. |
| Dempsey  John | 9-Jun-10 | $725.00 | 1.00 | $725.00 | Planning for report for confirmation hearing |
| Donnell  Julie | 9-Jun-10 | $255.00 | 1.00 | $255.20 | Preparation of KEIP Database and Emergence Database - Internal meetings with Marcia Long and John Dempsey to confirm next steps. |
| Donnell  Julie | 9-Jun-10 | $255.00 | 1.50 | $382.80 | Discovery preparation - gathering of all documents used in analyses  template development  documents sent to Sidley. |
| Donnell  Julie | 9-Jun-10 | $255.00 | 1.00 | $255.20 | Internal meeting with Marcia Long, Amanda Stencel and Matt Sandler to discuss next steps for Tribune  approach to analyses  and annual incentive analysis. |
| Long  Marcia | 9-Jun-10 | $493.00 | 1.00 | $493.00 | Meet with Julie Donnell,  Amanda Stencel and Matt Sandler to discuss tribune hearing schedule and develop and review project plan. |
| Long  Marcia | 9-Jun-10 | $493.00 | 1.00 | $493.00 | Draft and finalize backup materials for TMIP/KOB compensation benchmarking summary; prepared at the request of Sidley Austin. |
| Long  Marcia | 9-Jun-10 | $493.00 | 1.00 | $493.00 | Peer review summary of documents relied upon provided to Sidley Austin  to be included in Mercer's assessment of the TMIP/KOB. |
| Long  Marcia | 9-Jun-10 | $493.00 | 0.50 | $246.50 | Call with Jonathan Lotsoff to discuss materials required for the confirmation and MIP hearings. |
| Malandruccolo  Joseph | 9-Jun-10 | $255.00 | 3.75 | $957.00 | EBITDA analysis of comparators in the year before filing. |
| Malandruccolo  Joseph | 9-Jun-10 | $255.00 | 0.25 | $63.80 | Updates to the EBITDAR analysis to reflect Matt Sandler's feedback. |
| Sandler  Matt | 9-Jun-10 | $464.00 | 2.25 | $1,044.00 | EBITDAR analysis. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Stencel  Amanda | 9-Jun-10 | $255.00 | 1.00 | $255.20 | Composed TMIP/KOB at market maximum competitiveness analysis and exhibits for report. |
| Stencel  Amanda | 9-Jun-10 | $255.00 | 4.50 | $1,148.40 | Composed discovery document folders. |
| Stencel  Amanda | 9-Jun-10 | $255.00 | 1.00 | $255.20 | Meeting with Mercer team to discuss next steps and timelines. |
| Dempsey  John | 10-Jun-10 | $725.00 | 3.00 | $2,175.00 | Planning for report for confirmation hearing. |
| Donnell  Julie | 10-Jun-10 | $255.00 | 1.00 | $255.20 | Preparation of KEIP Database and Emergence Database - Internal meetings with Marcia Long and John Dempsey to confirm next steps. |
| Donnell  Julie | 10-Jun-10 | $255.00 | 4.00 | $1,020.80 | Discovery preparation - gathering of all documents used in analyses  template development  documents sent to Sidley. |
| Long  Marcia | 10-Jun-10 | $493.00 | 1.50 | $739.50 | Review US Trustee objection to MIP. |
| Malandruccolo  Joseph | 10-Jun-10 | $255.00 | 0.75 | $191.40 | Update EBITDAR analysis per Donnell's feedback to be exhibit ready. |
| Malandruccolo  Joseph | 10-Jun-10 | $255.00 | 3.75 | $957.00 | Update KEIP database to indicate companies that emerged in since 1-1-2009 and to update industry for select companies. |
| Warner  Mallory | 10-Jun-10 | $255.00 | 0.50 | $127.60 | AIP Provisions Research. |
| Dempsey  John | 11-Jun-10 | $725.00 | 2.00 | $1,450.00 | Prep for MIP Hearing. |
| Dempsey  John | 11-Jun-10 | $725.00 | 2.00 | $1,450.00 | Meeting with Lotsoff preparing for MIP hearing. |
| Donnell  Julie | 11-Jun-10 | $255.00 | 3.00 | $765.60 | Discovery preparation - gathering of all documents used in analyses  template development  documents sent to Sidley. |
| Donnell  Julie | 11-Jun-10 | $255.00 | 3.00 | $765.60 | Preparation of KEIP Database and Emergence Database - Internal meetings with Marcia Long and John Dempsey to confirm next steps. |
| Donnell  Julie | 11-Jun-10 | $255.00 | 1.00 | $255.20 | KEIP Database development. |
| Donnell  Julie | 11-Jun-10 | $255.00 | 1.00 | $255.20 | Bankruptcy training document preparation. |
| Malandruccolo  Joseph | 11-Jun-10 | $255.00 | 0.50 | $127.60 | Updated EBITDAR analysis deck per Sandler and Donnell feedback -- includes phone call with Sandler and Donnell to discuss exhibit. |
| Sandler  Matt | 11-Jun-10 | $464.00 | 0.50 | $232.00 | AI severance analysis. |
| Sandler  Matt | 11-Jun-10 | $464.00 | 1.00 | $464.00 | EBITDAR analysis. |
| Stencel  Amanda | 11-Jun-10 | $255.00 | 1.00 | $255.20 | Composed discovery document folders. |
| Warner  Mallory | 11-Jun-10 | $255.00 | 4.25 | $1,084.60 | AIP Provisions Research. |
| Sandler  Matt | 12-Jun-10 | $464.00 | 0.25 | $116.00 | AI severance analysis. |
| Sandler  Matt | 12-Jun-10 | $464.00 | 0.50 | $232.00 | EBITDAR analysis. |
| Donnell  Julie | 13-Jun-10 | $255.00 | 2.50 | $638.00 | Development of KEIP/Success Bonus template and database. |
| Donnell  Julie | 13-Jun-10 | $255.00 | 1.00 | $255.20 | Peer review of industry annual incentive analysis - severance provisions. |
| Dempsey  John | 14-Jun-10 | $725.00 | 4.00 | $2,900.00 | TMIP / KOB updated benchmarking including call with Matt Sandler and Marcia Long. |
| Donnell  Julie | 14-Jun-10 | $255.00 | 2.50 | $638.00 | Peer review of industry peer group annual incentive analysis completed by Mallory Warner in the DC office discussed with Matt Sandler. |
| Donnell  Julie | 14-Jun-10 | $255.00 | 2.00 | $510.40 | Emergence database research - individual grants made to officers  to be reviewed by Marcia Long. |
| Sandler  Matt | 14-Jun-10 | $464.00 | 2.00 | $928.00 | AI severance exhibit. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 15-Jun-10 | $725.00 | 2.00 | $1,450.00 | Updating benchmarking for the TMIP /KOB and the equity plan. |
| Dluhy  Bryan | 15-Jun-10 | $162.00 | 1.00 | $162.40 | Internal meeting with John Dempsey, Marcia Long, Julie Donnell and Cooper Greene to discuss progress and timeline for Tribune TMIP/KOB report and emergence reserve research. |
| Donnell  Julie | 15-Jun-10 | $255.00 | 3.50 | $893.20 | Discovery documentation for KEIP/Success Bonus plan costs - compilation and inventory of source documents for the analysis. |
| Donnell  Julie | 15-Jun-10 | $255.00 | 1.25 | $319.00 | Drafting of emergence equity practices report for Tribune management and Sidley. |
| Donnell  Julie | 15-Jun-10 | $255.00 | 2.00 | $510.40 | Emergence equity grant research - to be integrated into emergence report. |
| Karsan  Safiya | 15-Jun-10 | $255.00 | 2.00 | $510.40 | Research Incentive Plans of companies who have filed Chapter 11 in 2009. |
| Long  Marcia | 15-Jun-10 | $493.00 | 1.00 | $493.00 | Meet with John Dempsey and Julie Donnell to review and agree upon additional companies to be added to bankruptcy research in support of the TMIP/KOB assessment and equity plan assessment. |
| Long  Marcia | 15-Jun-10 | $493.00 | 4.00 | $1,972.00 | Bankruptcy research regarding court approved KEIP/success bonus plans for companies that filed for bankruptcy after January 1, 2009 to be included in TMIP/KOB assessment. |
| Stencel  Amanda | 15-Jun-10 | $255.00 | 1.50 | $382.80 | Compiled discovery documents for orders confirming KEIP. |
| Dempsey  John | 16-Jun-10 | $725.00 | 2.00 | $1,450.00 | Updating benchmarking for the TMIP /KOB and the equity plan. |
| Dluhy  Bryan | 16-Jun-10 | $162.00 | 6.75 | $1,096.20 | Completed research of court and SEC filings for companies to identify emergence reserves to be integrated into the emergence database and sent to Julie Donnell for peer review. |
| Greene  Cooper | 16-Jun-10 | $255.00 | 6.25 | $1,595.00 | Bankruptcy Equity Reserve Research. |
| Karsan  Safiya | 16-Jun-10 | $255.00 | 4.00 | $1,020.80 | Research Incentive Plans of companies who have filed Chapter 11 in 2009. |
| Long  Marcia | 16-Jun-10 | $493.00 | 2.00 | $986.00 | Bankruptcy research regarding court approved KEIP/Success Bonus plans for companies that filed after January 1, 2009. |
| Sandler  Matt | 16-Jun-10 | $464.00 | 3.75 | $1,740.00 | Update bankruptcy database. |
| Smolter  Valerie | 16-Jun-10 | $162.00 | 1.50 | $243.60 | Peer Company KEIP/SP Research. |
| Wing  Brian | 16-Jun-10 | $162.00 | 3.00 | $487.20 | Tribune Bankruptcy document research. |
| Dempsey  John | 17-Jun-10 | $725.00 | 2.00 | $1,450.00 | Updating benchmarking for the TMIP /KOB and the equity plan. |
| Dluhy  Bryan | 17-Jun-10 | $162.00 | 6.75 | $1,096.20 | Completed research of court and SEC filings for companies to identify emergence reserves to be integrated into the emergence database and sent to Julie Donnell for peer review. |
| Donnell  Julie | 17-Jun-10 | $255.00 | 2.50 | $638.00 | Emergence equity research and analysis for emergence equity portion of report. |
| Greene  Cooper | 17-Jun-10 | $255.00 | 6.75 | $1,722.60 | Bankruptcy Equity Reserve Research. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Karsan Safiya | 17-Jun-10 | $255.00 | 4.00 | $1,020.80 | Research Incentive Plans of companies who have filed Chapter 11 in 2009. |
| Long Marcia | 17-Jun-10 | $493.00 | 3.00 | $1,479.00 | Peer review KEIP/Success bonus research to be included in TMIP/KOB assessment. |
| Long Marcia | 17-Jun-10 | $493.00 | 1.00 | $493.00 | Coordinate KEIP/Success bonus research; meet with analysts to review research and assign additional companies. |
| Long Marcia | 17-Jun-10 | $493.00 | 3.00 | $1,479.00 | Peer review KEIP/Success bonus research to be included in TMIP/KOB assessment. |
| Sandler Matt | 17-Jun-10 | $464.00 | 7.75 | $3,596.00 | Update bankruptcy database. |
| Smolter Valerie | 17-Jun-10 | $162.00 | 7.50 | $1,218.00 | Peer Company KEIP/SP Research. |
| Stencel Amanda | 17-Jun-10 | $255.00 | 1.00 | $255.20 | Compiled discovery documents for Full Time employee counts of bankruptcy peer groups. |
| Wing Brian | 17-Jun-10 | $162.00 | 7.50 | $1,218.00 | Tribune Bankruptcy document research. |
| Dempsey John | 18-Jun-10 | $725.00 | 2.00 | $1,450.00 | Updating benchmarking for the TMIP /KOB and the equity plan. |
| Dluhy Bryan | 18-Jun-10 | $162.00 | 3.50 | $568.40 | Completed research of court and SEC filings for companies to identify emergence reserves to be integrated into the emergence database and sent to Julie Donnell for peer review. |
| Dluhy Bryan | 18-Jun-10 | $162.00 | 1.00 | $162.40 | Internal meeting with John Dempsey, Marcia Long, Julie Donnell and Cooper Greene to discuss progress and timeline for Tribune TMIP/KOB report and emergence reserve research. |
| Donnell Julie | 18-Jun-10 | $255.00 | 3.00 | $765.60 | KEIP Database research of companies to see whether they had a KEIP/submission to Matt Sandler for his review. |
| Greene Cooper | 18-Jun-10 | $255.00 | 1.00 | $255.20 | Bankruptcy Equity Reserve Research. |
| Greene Cooper | 18-Jun-10 | $255.00 | 7.50 | $1,914.00 | Bankruptcy Equity Reserve Research. |
| Karsan Safiya | 18-Jun-10 | $255.00 | 2.50 | $638.00 | Research Incentive Plans of companies who have filed Chapter 11 in 2009. |
| Long Marcia | 18-Jun-10 | $493.00 | 1.00 | $493.00 | Meet with Cooper Greene and Brian Dluhy to review equity research and agree on next steps. |
| Long Marcia | 18-Jun-10 | $493.00 | 5.00 | $2,465.00 | Peer review equity reserve research to be included in assessment of proposed equity plan. |
| Sandler Matt | 18-Jun-10 | $464.00 | 0.25 | $116.00 | Update bankruptcy database. |
| Smolter Valerie | 18-Jun-10 | $162.00 | 7.50 | $1,218.00 | Peer Company KEIP/SP Research. |
| Wing Brian | 18-Jun-10 | $162.00 | 4.00 | $649.60 | Tribune Bankruptcy document research. |
| Donnell Julie | 19-Jun-10 | $255.00 | 2.00 | $510.40 | KEIP Database Research - submission to Matt Sandler for review. |
| Sandler Matt | 19-Jun-10 | $464.00 | 3.00 | $1,392.00 | Update bankruptcy database. |
| Dempsey John | 20-Jun-10 | $725.00 | 0.25 | $181.26 | Research into updated KEIPs. |
| Donnell Julie | 20-Jun-10 | $255.00 | 2.50 | $638.00 | Emergence database updates - companies post 2008 emergence grant practices. |
| Greene Cooper | 20-Jun-10 | $255.00 | 4.00 | $1,020.80 | Bankruptcy Equity Reserve Research. |
| Long Marcia | 20-Jun-10 | $493.00 | 4.00 | $1,972.00 | Peer review equity reserve research and verify documentation; research to be included in assessment of proposed equity plan. |
| Dempsey John | 21-Jun-10 | $725.00 | 0.25 | $181.26 | Research into updated KEIPs. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dluhy Bryan | 21-Jun-10 | $162.00 | 5.50 | $893.20 | Completed research of court and SEC filings for companies to identify emergence reserves to be integrated into the emergence database and sent to Julie Donnell for peer review. |
| Donnell Julie | 21-Jun-10 | $255.00 | 0.75 | $191.40 | Develop EBITDAR template for Philly team - to be used to gather EBITDAR information for bankruptcy companies in the year of emergence (or most recent). |
| Donnell Julie | 21-Jun-10 | $255.00 | 2.00 | $510.40 | Gather enterprise equity and debt values for bankruptcy comparator companies - to be integrated into emergence equity report. |
| Greene Cooper | 21-Jun-10 | $255.00 | 8.00 | $2,041.60 | Bankruptcy Equity Reserve Research. |
| Karsan Safiya | 21-Jun-10 | $255.00 | 4.00 | $1,020.80 | Chapter 11 Research. |
| Long Marcia | 21-Jun-10 | $493.00 | 2.00 | $986.00 | Technical peer review of equity analysis template: check all formulas links and data input fields and make changes where necessary to be included in the evaluation of Tribune's proposed equity plan. |
| Long Marcia | 21-Jun-10 | $493.00 | 3.00 | $1,479.00 | Peer review equity analysis including review of award split and mid-point equity values to be included in assessment of Tribune's proposed equity plan. |
| Mayer Julie | 21-Jun-10 | $72.00 | 12.00 | $863.04 | Bankruptcy research. |
| Sandler Matt | 21-Jun-10 | $464.00 | 3.00 | $1,392.00 | KEIP database peer review. |
| Sandler Matt | 21-Jun-10 | $464.00 | 0.75 | $348.00 | EBITDAR analysis. |
| Smolter Valerie | 21-Jun-10 | $162.00 | 5.75 | $933.80 | Peer Company KEIP Research EBITAR analysis. |
| Dempsey John | 22-Jun-10 | $725.00 | 0.50 | $362.50 | Lyondell research. |
| Dempsey John | 22-Jun-10 | $725.00 | 2.00 | $1,450.00 | Station Casinos research. |
| Dempsey John | 22-Jun-10 | $725.00 | 0.50 | $362.50 | Trump research. |
| Dempsey John | 22-Jun-10 | $725.00 | 2.50 | $1,812.50 | Herbst research. |
| Dempsey John | 22-Jun-10 | $725.00 | 0.25 | $181.26 | Idearc research. |
| Dempsey John | 22-Jun-10 | $725.00 | 1.50 | $1,087.50 | Readers Digest research. |
| Dempsey John | 22-Jun-10 | $725.00 | 0.50 | $362.50 | General Growth research. |
| Dluhy Bryan | 22-Jun-10 | $162.00 | 3.00 | $487.20 | Completed research of court and SEC filings for companies to identify emergence reserves to be integrated into the emergence database and sent to Julie Donnell for peer review. |
| Donnell Julie | 22-Jun-10 | $255.00 | 0.75 | $191.40 | Emergence and confirmation dates compilation for KEIP database companies - provided to Matt Sandler and Philly Team. |
| Donnell Julie | 22-Jun-10 | $255.00 | 3.00 | $765.60 | Valuation Analysis data compilation and preparation for emergence equity report - to be reviewed by Marcia Long. |
| Donnell Julie | 22-Jun-10 | $255.00 | 0.75 | $191.40 | Dilution analysis output and exhibit creation to be integrated into the emergence equity practices and valuation analysis report to be reviewed by Marcia Long. |
| Donnell Julie | 22-Jun-10 | $255.00 | 1.75 | $446.60 | Emergence Equity Practices and Valuation Analysis Report drafting - to be reviewed by Marcia Long. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Karsan  Safiya | 22-Jun-10 | $255.00 | 1.25 | $319.00 | Chapter 11 Research. |
| Long  Marcia | 22-Jun-10 | $493.00 | 4.00 | $1,972.00 | Peer review KEIP/Success bonus data research to be included in TMIP/KOB Plan Cost Assessment. |
| Sandler  Matt | 22-Jun-10 | $464.00 | 5.25 | $2,436.00 | KEIP database peer review. |
| Smolter  Valerie | 22-Jun-10 | $162.00 | 1.00 | $162.40 | Peer Company KEIP Research  EBITAR analysis. |
| Dempsey  John | 23-Jun-10 | $725.00 | 0.75 | $543.76 | Research into updated KEIPs. |
| Dluhy  Bryan | 23-Jun-10 | $162.00 | 1.00 | $162.40 | Completed research of court and SEC filings for companies to identify emergence reserves  to be integrated into the emergence database  and sent to Julie Donnell for peer review. |
| Donnell  Julie | 23-Jun-10 | $255.00 | 4.50 | $1,148.40 | Peer Review of Enterprise value analysis and sourcing completed by Cooper Greene  to be integrated into Emergence Valuation Analysis. |
| Donnell  Julie | 23-Jun-10 | $255.00 | 2.50 | $638.00 | Equity Valuation Analysis updates and building of model  to be reviewed by Marcia Long. |
| Karsan  Safiya | 23-Jun-10 | $255.00 | 0.50 | $127.60 | Chapter 11 Research. |
| Long  Marcia | 23-Jun-10 | $493.00 | 4.00 | $1,972.00 | Peer review equity reserve research  to be included in assessment of Tribune's proposed equity plan. |
| Sandler  Matt | 23-Jun-10 | $464.00 | 4.50 | $2,088.00 | KEIP database peer review. |
| Smolter  Valerie | 23-Jun-10 | $162.00 | 5.25 | $852.60 | Peer Company KEIP Research (4.0); EBITAR analysis (1.25). |
| Dempsey  John | 24-Jun-10 | $725.00 | 0.25 | $181.26 | Research into updated KEIPs. |
| Donnell  Julie | 24-Jun-10 | $255.00 | 3.00 | $765.60 | Peer review of emergence equity reserves and enterprise/equity value analysis completed by Cooper Green - to be used in the equity valuation analysis discussed with Jonathan Lotsoff on Friday June 25. |
| Donnell  Julie | 24-Jun-10 | $255.00 | 0.75 | $191.40 | Updates to equity valuation database  to be reviewed by Marcia Long. |
| Long  Marcia | 24-Jun-10 | $493.00 | 2.50 | $1,232.50 | Peer review enterprise value for comparator companies. |
| Long  Marcia | 24-Jun-10 | $493.00 | 2.50 | $1,232.50 | Peer review revised equity analysis template and black-scholes and equity split calculations. |
| Wing  Brian | 24-Jun-10 | $162.00 | 7.50 | $1,218.00 | Tribune Bankruptcy document research. |
| Dempsey  John | 25-Jun-10 | $725.00 | 5.00 | $3,625.00 | Research into updated KEIPs. |
| Dluhy  Bryan | 25-Jun-10 | $162.00 | 3.50 | $568.40 | Completed research of companies' SEC filings to identify CIC and severance provisions for NEOs  and submitted to Julie Donnell for peer review. |
| Dluhy  Bryan | 25-Jun-10 | $162.00 | 0.50 | $81.20 | Internal meeting with John Dempsey, Cooper Greene and Safiya Karsan to discuss CIC/Severance Analysis. |
| Donnell  Julie | 25-Jun-10 | $255.00 | 2.50 | $638.00 | Emergence Equity Valuation Analysis - regressions and exhibit creation. |
| Donnell  Julie | 25-Jun-10 | $255.00 | 2.50 | $638.00 | Review of emergence equity grant award mix (RS vs. Options) and sourcing of documents. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 25-Jun-10 | $255.00 | 0.75 | $191.40 | Internal meeting with Marcia Long to discuss emergence equity valuation analysis and next steps. |
| Donnell  Julie | 25-Jun-10 | $255.00 | 0.50 | $127.60 | Internal meeting with Marcia long to review the results of the valuation analysis and prep for the call with Jonathon Lotsoff/Sidley to discuss the results. |
| Donnell  Julie | 25-Jun-10 | $255.00 | 1.00 | $255.20 | Meeting with Marcia Long, Julie Donnell, Matt Sandler and Dan Kaufman from Atlanta and Sidley representatives to discuss the results of the valuation analysis and how we should approach/integrate into the emergence equity review. |
| Greene  Cooper | 25-Jun-10 | $255.00 | 3.50 | $893.20 | Benchmarking CIC + Severance. |
| Greene  Cooper | 25-Jun-10 | $255.00 | 0.50 | $127.60 | Internal Meeting with John Dempsey, Safiya Karsan and Bryan Dluhy. |
| Karsan  Safiya | 25-Jun-10 | $255.00 | 1.00 | $255.20 | Chapter 11 Research. |
| Kaufman  Dan | 25-Jun-10 | $493.00 | 1.25 | $616.26 | Call with John Dempsey re: Severance analysis. |
| Sandler  Matt | 25-Jun-10 | $464.00 | 1.00 | $464.00 | Call with Jonathan Lotsoff regarding equity reserve. |
| Smolter  Valerie | 25-Jun-10 | $162.00 | 1.75 | $284.20 | Peer Company KEIP Research (1.0);  EBITAR analysis (0.75). |
| Wing  Brian | 25-Jun-10 | $162.00 | 4.00 | $649.60 | Tribune Bankruptcy document research. |
| Dluhy  Bryan | 26-Jun-10 | $162.00 | 5.00 | $812.00 | Completed research of companies' SEC filings to identify CIC and severance provisions for NEOs  and submitted to Julie Donnell for peer review. |
| Donnell  Julie | 26-Jun-10 | $255.00 | 2.50 | $638.00 | Emergence equity exhibit creation - equity valuation analysis and % of CSO and bankruptcy comparators. |
| Donnell  Julie | 26-Jun-10 | $255.00 | 3.00 | $765.60 | Emergence equity reserve discovery preparation. |
| Greene  Cooper | 26-Jun-10 | $255.00 | 9.25 | $2,360.60 | Benchmarking CIC + Severance. |
| Karsan  Safiya | 26-Jun-10 | $255.00 | 6.00 | $1,531.20 | Chapter 11 Research. |
| Dluhy  Bryan | 27-Jun-10 | $162.00 | 4.25 | $690.20 | Completed research on companies in Bankruptcy Peer Group to identify severance and change of control provisions and payments to be integrated into Severance Report for management. Submitted to Dan Kaufman. |
| Greene  Cooper | 27-Jun-10 | $255.00 | 6.00 | $1,531.20 | Severance and Change in Control Benchmarking and Research. |
| Karsan  Safiya | 27-Jun-10 | $255.00 | 4.00 | $1,020.80 | Severance Plan Research. |
| Dempsey  John | 28-Jun-10 | $725.00 | 2.00 | $1,450.00 | Review of benchmarking report. |
| Dluhy  Bryan | 28-Jun-10 | $162.00 | 1.00 | $162.40 | Internal meeting with John Dempsey, Marcia Long  Julie Donnell, Cooper Greene, Dan Kaufman  and Safiya Karsan to discuss timeline and progress of Severance  Equity and TMIP/KOB reports. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dluhy Bryan | 28-Jun-10 | $162.00 | 7.75 | $1,258.60 | Completed research on companies in Bankruptcy Peer Group to identify severance and change of control provisions and payments to be integrated into Severance Report for management. Submitted to Dan Kaufman. |
| Donnell Julie | 28-Jun-10 | $255.00 | 9.00 | $2,296.80 | Peer review severance and change in control benchmarking research (3.25); emergence equity valuation analysis (4.75); internal team status meeting (1.0). |
| Greene Cooper | 28-Jun-10 | $255.00 | 13.00 | $3,317.60 | Severance and Change in Control Benchmarking and Research. |
| Greene Cooper | 28-Jun-10 | $255.00 | 1.00 | $255.20 | Internal Team Status Meeting. |
| Karsan Safiya | 28-Jun-10 | $255.00 | 12.25 | $3,126.20 | Severance Plan Research. |
| Kaufman Dan | 28-Jun-10 | $493.00 | 1.00 | $493.00 | Project Discussion with John Dempsey. |
| Kaufman Dan | 28-Jun-10 | $493.00 | 1.00 | $493.00 | Internal Team Status Meeting with John |
| Kaufman Dan | 28-Jun-10 | $493.00 | 6.75 | $3,327.76 | Media company Change in Control / Severance peer review. |
| Long Marcia | 28-Jun-10 | $493.00 | 1.00 | $493.00 | Meet with John Dempsey, Julie Donnell, Matt Sandler, Dan Kaufman and analysts to review status of all research workstreams and agree on next steps. |
| Long Marcia | 28-Jun-10 | $493.00 | 5.00 | $2,465.00 | Peer review of equity analysis verify changes and do final peer review of documentation. |
| Sandler Matt | 28-Jun-10 | $464.00 | 3.25 | $1,508.00 | KEIP database. |
| Smolter Valerie | 28-Jun-10 | $162.00 | 2.75 | $446.60 | EBITDAR KEIP analysis. |
| Wing Brian | 28-Jun-10 | $162.00 | 0.75 | $121.80 | EBITDAR Analysis. |
| Dempsey John | 29-Jun-10 | $725.00 | 2.00 | $1,450.00 | Review of benchmarking report. |
| Dluhy Bryan | 29-Jun-10 | $162.00 | 10.50 | $1,705.20 | Completed research on companies in Bankruptcy Peer Group to identify severance and change of control provisions and payments to be integrated into Severance Report for management. Submitted to Dan Kaufman. |
| Donnell Julie | 29-Jun-10 | $255.00 | 9.00 | $2,296.80 | Analysis / Peer Review / Meetings. |
| Greene Cooper | 29-Jun-10 | $255.00 | 7.50 | $1,914.00 | Severance and Change in Control Benchmarking and Research. |
| Karsan Safiya | 29-Jun-10 | $255.00 | 8.25 | $2,105.40 | Severance Plan Research. |
| Kaufman Dan | 29-Jun-10 | $493.00 | 7.75 | $3,820.76 | Peer review of Media and Bankruptcy CIC / Severance arrangements. |
| Kaufman Dan | 29-Jun-10 | $493.00 | 1.00 | $493.00 | Meeting to discuss equity pool modeling/report with John Dempsey and Julie Donnell. |
| Kaufman Dan | 29-Jun-10 | $493.00 | 1.50 | $739.50 | Discussion with team regarding bankruptcy process and Tribune reports. |
| Long Marcia | 29-Jun-10 | $493.00 | 2.00 | $986.00 | peer review draft of Emergence Equity Evaluation report and provide feedback to Julie Donnell regarding revisions. |
| Long Marcia | 29-Jun-10 | $493.00 | 4.00 | $1,972.00 | Research equity reserve and grant info for additional companies that emerged after April 15 to be included in Mercer's evaluation of Tribune's proposed equity plan. |
| Moriarty Kimberly | 29-Jun-10 | $360.00 | 1.50 | $539.40 | Analyst reports for numerous media companies (CC Media WP NYT etc.). |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Sandler  Matt | 29-Jun-10 | $464.00 | 5.75 | $2,668.00 | Development and update KEIP database. |
| Smolter  Valerie | 29-Jun-10 | $162.00 | 5.00 | $812.00 | EBITDAR  KEIP analysis. |
| Wing  Brian | 29-Jun-10 | $162.00 | 1.00 | $162.40 | EBITDAR Analysis. |
| Dempsey  John | 30-Jun-10 | $725.00 | 2.00 | $1,450.00 | Review of benchmarking report. |
| Dluhy  Bryan | 30-Jun-10 | $162.00 | 4.00 | $649.60 | Completed research on companies in Bankruptcy Peer Group to identify severance and change of control provisions and payments to be integrated into Severance Report for management. Submitted to Dan Kaufman. |
| Dluhy  Bryan | 30-Jun-10 | $162.00 | 2.00 | $324.80 | Peer reviewed Severance and CIC research completed by Cooper Greene and Safiya Karsan. |
| Donnell  Julie | 30-Jun-10 | $255.00 | 12.00 | $3,062.40 | Internal team conference regarding deliverable timeing and additional analysis (0.50); review and revise severance and change in control research (4.0); calls with Sidley and Dan Kaufman regarding research (1.50); updated KEIP research (3.0); team meetings with John Dempsey and Dan Kaufman regarding report and next steps (2.0); update equity analysis (1.0). |
| Greene  Cooper | 30-Jun-10 | $255.00 | 7.50 | $1,914.00 | Severance and Change in Control Benchmarking and Research. |
| Karsan  Safiya | 30-Jun-10 | $255.00 | 1.50 | $382.80 | Severance Plan Research. |
| Kaufman  Dan | 30-Jun-10 | $493.00 | 1.50 | $739.50 | Call with Sidley associates re KEIP research and numbers. |
| Kaufman  Dan | 30-Jun-10 | $493.00 | 3.25 | $1,602.26 | Peer review of bankruptcy CIC / Severance. |
| Kaufman  Dan | 30-Jun-10 | $493.00 | 1.50 | $739.50 | Project discussion with Marcia Long regarding past reports and transition. |
| Kaufman  Dan | 30-Jun-10 | $493.00 | 0.50 | $246.50 | Internal team call w/ John Dempsey, Julie Donnell and Marcia Long re: deliverable timing and additional analysis. |
| Kaufman  Dan | 30-Jun-10 | $493.00 | 0.75 | $369.76 | Team meeting to discuss reports/next steps with John Dempsey and Julie Donnell. |
| King  Rene | 30-Jun-10 | $667.00 | 1.50 | $975.00 | GDD3 - GDD Service Centre - Dilution Analysis requested by Marcia Long. |
| Long  Marcia | 30-Jun-10 | $493.00 | 1.50 | $739.50 | Conference call with Rachel Fleisher and Jason Englund of sidley austin to review plan documentation. |
| Long  Marcia | 30-Jun-10 | $493.00 | 1.00 | $493.00 | Prep for meeting with Sidley Austin and review KEIP documentation. |
| Long  Marcia | 30-Jun-10 | $493.00 | 3.00 | $1,479.00 | Review updated equity analysis to be included in the assessment of tribune proposed equity plan. |
| Long  Marcia | 30-Jun-10 | $493.00 | 1.00 | $493.00 | Meet with Dan Kaufman  to review equity analysis and previous deliverables. |
| Sandler  Matt | 30-Jun-10 | $464.00 | 1.00 | $464.00 | Development and update KEIP database. |
| Smolter  Valerie | 30-Jun-10 | $162.00 | 1.75 | $284.20 | EBITDAR  KEIP analysis. |
| Wing  Brian | 30-Jun-10 | $162.00 | 2.00 | $324.80 | EBITDAR Analysis. |

**TOTALS:    675.50  $214,280.54**