### June Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 17-Jun-10 | $3.17 | Communications with Tribune management |
| 22-Jun-10 | $4.74 | Communications with Tribune management |
| 30-Jun-10 | $3,432.60 | Legal Fees |

**TOTAL:** **$3,440.51**