**July 1, 2010 to July 31, 2010 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dluhy  Bryan | 1-Jul-10 | $162.00 | 4.75 | $771.40 | Completed research on companies' emergence equity grants to top 5 NEOs and submitted to Dan Kaufman for peer review (2.0); completed research on 1 company's change in control and severance plans (2.75). |
| Donnell  Julie | 1-Jul-10 | $255.00 | 1.50 | $382.80 | Conference call with Jason Englund, Rachel Fleisher and Dan Kaufman to review the KEIP Costs/Assumptions and analysis. |
| Donnell  Julie | 1-Jul-10 | $255.00 | 3.00 | $765.60 | Review of KEIP Costs/Assumptions and Discovery - to send to Sidley. |
| Donnell  Julie | 1-Jul-10 | $255.00 | 1.00 | $255.20 | Review of Emergence Equity Reserve analysis and equity valuation assumptions to discuss with Dan Kaufman. |
| Greene  Cooper | 1-Jul-10 | $255.00 | 1.50 | $382.80 | Tribune Team Status Meeting. |
| Greene  Cooper | 1-Jul-10 | $255.00 | 5.00 | $1,276.00 | Emergence Equity Grant Sizing research. |
| Karsan  Safiya | 1-Jul-10 | $255.00 | 2.00 | $510.40 | Emergence equity grants research. |
| Kaufman  Dan | 1-Jul-10 | $493.00 | 0.75 | $369.76 | Emerging Equity Question Assistance. |
| Kaufman  Dan | 1-Jul-10 | $493.00 | 2.00 | $986.00 | Emerging Equity team meetings regarding template overview and project planning. |
| Kaufman  Dan | 1-Jul-10 | $493.00 | 0.25 | $123.26 | Status meeting with J. Donnell. |
| Kaufman  Dan | 1-Jul-10 | $493.00 | 2.25 | $1,109.26 | Analysis of CIC/Severance Data. |
| Long  Marcia | 1-Jul-10 | $493.00 | 8.00 | $3,944.00 | Bankruptcy equity reserve and enterprise value research to be included in assessment of Tribune's proposed equity plan. |
| Sandler  Matt | 1-Jul-10 | $464.00 | 2.25 | $1,044.00 | Development and update of KEIP database. |
| Smolter  Valerie | 1-Jul-10 | $162.00 | 2.00 | $324.80 | EBITDAR analysis. |
| Dluhy  Bryan | 2-Jul-10 | $162.00 | 6.50 | $1,055.60 | Completed research on companies' emergence equity grants to top 5 NEOs and submitted to Dan Kaufman for peer review (4.6); completed research on 1 company's change in control and severance plans (2.0). |
| Donnell  Julie | 2-Jul-10 | $255.00 | 4.00 | $1,020.80 | Review of KEIP Costs/Assumptions and Discovery - to send to Sidley. |
| Donnell  Julie | 2-Jul-10 | $255.00 | 2.50 | $638.00 | Review of Emergence Equity Reserve analysis and equity valuation assumptions to discuss with Dan Kaufman. |
| Greene  Cooper | 2-Jul-10 | $255.00 | 8.00 | $2,041.60 | Emergence Equity Grant Sizing research. |
| Karsan  Safiya | 2-Jul-10 | $255.00 | 7.00 | $1,786.40 | Research on emergence grants to NEO's. |
| Kaufman  Dan | 2-Jul-10 | $493.00 | 4.25 | $2,095.26 | CIC/Severance Peer Review Questions and File Cleanup. |
| Kaufman  Dan | 2-Jul-10 | $493.00 | 1.00 | $493.00 | Emergence Equity Peer Review and Questions. |
| Long  Marcia | 2-Jul-10 | $493.00 | 6.00 | $2,958.00 | Bankruptcy equity reserve and enterprise value research to be included in assessment of Tribune's proposed equity plan. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo  Joseph | 2-Jul-10 | $255.00 | 0.25 | $63.80 | Reviewing data of Woodside LLC and prepare response to Julie Donnell and Valier Smolter. |
| Sandler  Matt | 2-Jul-10 | $464.00 | 2.00 | $928.00 | Development and update of KEIP database. |
| Smolter  Valerie | 2-Jul-10 | $162.00 | 3.00 | $487.20 | EBITDAR analysis for KEIP Motions. |
| Greene  Cooper | 3-Jul-10 | $255.00 | 3.00 | $765.60 | Emergence Equity Grant Sizing research. |
| Kaufman  Dan | 3-Jul-10 | $493.00 | 3.75 | $1,848.76 | Peer Review of Emergence Equity Analysis for Cooper Greene and Safiya Karsan. |
| Donnell  Julie | 4-Jul-10 | $255.00 | 3.00 | $765.60 | Review discovery documents for KEIP Research. |
| Donnell  Julie | 4-Jul-10 | $255.00 | 3.00 | $765.60 | Peer review of individual emergence equity grant analysis completed by Cooper Greene, Bryan Dluhy and Safiya Karsan. |
| Kaufman  Dan | 4-Jul-10 | $493.00 | 5.00 | $2,465.00 | Emergence Equity Data Peer Review. |
| Donnell  Julie | 5-Jul-10 | $255.00 | 3.00 | $765.60 | Discovery documents for KEIP Research. |
| Donnell  Julie | 5-Jul-10 | $255.00 | 1.00 | $255.20 | Updates to TMIP/KOB Report - sent to Matt Sandler for review. |
| Donnell  Julie | 5-Jul-10 | $255.00 | 3.50 | $893.20 | Peer review of individual emergence equity grant analysis completed by Cooper Greene, Bryan Dluhy and Safiya Karsan. |
| Sandler  Matt | 5-Jul-10 | $464.00 | 4.00 | $1,856.00 | Development and update of KEIP database. |
| Dempsey  John | 6-Jul-10 | $725.00 | 3.00 | $2,175.00 | Preparation of report dated 07/10/2010. |
| Donnell  Julie | 6-Jul-10 | $255.00 | 3.00 | $765.60 | Exhibit creation of Emergence Equity Report to share with John Dempsey on Wednesday, July 7. |
| Donnell  Julie | 6-Jul-10 | $255.00 | 6.50 | $1,658.80 | Drafting of emergence equity report for internal review by John Dempsey of Wed July 7. |
| Greene  Cooper | 6-Jul-10 | $255.00 | 0.25 | $63.80 | Bankruptcy Team Status Meeting. |
| Greene  Cooper | 6-Jul-10 | $255.00 | 3.00 | $765.60 | Benchmarking Research. |
| Kaufman  Dan | 6-Jul-10 | $493.00 | 1.50 | $739.50 | Emergence Equity Report and Calls with Julie Donnell. |
| Kaufman  Dan | 6-Jul-10 | $493.00 | 0.50 | $246.50 | Call with John Dempsey and Julie Donnell regarding emergence equity report. |
| Kaufman  Dan | 6-Jul-10 | $493.00 | 1.75 | $862.76 | Emergence Equity Report - CIC/Severance Summary. |
| Kaufman  Dan | 6-Jul-10 | $493.00 | 0.50 | $246.50 | Standard Deviation regression research. |
| Moriarty  Kimberly | 6-Jul-10 | $360.00 | 1.25 | $449.50 | Prepare analyst reports for numerous media companies (CC Media  WP  NYT  etc.). |
| Sandler  Matt | 6-Jul-10 | $464.00 | 2.25 | $1,044.00 | Development and update of KEIP database. |
| Dempsey  John | 7-Jul-10 | $725.00 | 3.00 | $2,175.00 | Preparation of report dated 07/10/2010. |
| Donnell  Julie | 7-Jul-10 | $255.00 | 3.00 | $765.60 | Finalization of emergence equity report draft to be reviewed by John Dempsey and Dan Kaufman and sent to Jonathan Lotsoff for review. |
| Kaufman  Dan | 7-Jul-10 | $493.00 | 1.00 | $493.00 | Emergence equity report - CIC/Severance Market Data Updates. |
| Kaufman  Dan | 7-Jul-10 | $493.00 | 2.25 | $1,109.26 | Pre2008 Equity reserve research and calls with Julie Donnell. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Kaufman Dan | 7-Jul-10 | $493.00 | 2.50 | $1,232.50 | Emergence equity report updates and calls with Julie Donnell. |
| Kaufman Dan | 7-Jul-10 | $493.00 | 0.50 | $246.50 | Emergence equity report call with John Dempsey. |
| Dempsey John | 8-Jul-10 | $725.00 | 3.00 | $2,175.00 | Preparation of report dated 07/10/2010. |
| Donnell Julie | 8-Jul-10 | $255.00 | 2.00 | $510.40 | Conference call with Jason Englund and Rachel Fleisher to review KEIP Costs/Assumptions. |
| Donnell Julie | 8-Jul-10 | $255.00 | 3.00 | $765.60 | Analysis of Top 11 TDC Competiveness assuming the emergence grant - shared with Jonathan Lotsoff and management. |
| Kaufman Dan | 8-Jul-10 | $493.00 | 1.00 | $493.00 | Pre2008 Equity Reserve Research. |
| Kaufman Dan | 8-Jul-10 | $493.00 | 0.50 | $246.50 | Call with Sidley re: KEIP. |
| Kaufman Dan | 8-Jul-10 | $493.00 | 4.25 | $2,095.26 | Emergence Equity Report Updates & Calls. |
| Dempsey John | 9-Jul-10 | $725.00 | 6.00 | $4,350.00 | Preparation of report dated 07/10/2010. |
| Donnell Julie | 9-Jul-10 | $255.00 | 5.00 | $1,276.00 | Updates to Emergence Benefits report to be shared with management on Saturday July 10, based on feedback from Sidley and John |
| Donnell Julie | 9-Jul-10 | $255.00 | 0.75 | $191.40 | Updates to TMIP/KOB Report - sent to Matt Sandler and John Dempsey to review. |
| Kaufman Dan | 9-Jul-10 | $493.00 | 0.25 | $123.26 | Conference with Julie Donnell re: regressions in excel for KEIP Report. |
| Kaufman Dan | 9-Jul-10 | $493.00 | 5.00 | $2,465.00 | Emergence Equity report revisions. |
| Sandler Matt | 9-Jul-10 | $464.00 | 0.50 | $232.00 | Development and update of KEIP database. |
| Dempsey John | 10-Jul-10 | $725.00 | 2.00 | $1,450.00 | Preparation of report dated 07/10/2010. |
| Kaufman Dan | 10-Jul-10 | $493.00 | 0.50 | $246.50 | Additional Emergence Equity report edits. |
| Dempsey John | 12-Jul-10 | $725.00 | 2.00 | $1,450.00 | Preparation for and attendance at meeting with Chandler Bigelow and Nils Larsen. |
| Donnell Julie | 12-Jul-10 | $255.00 | 1.50 | $382.80 | Peer review of equity vesting provisions analysis (termination and CIC). |
| Donnell Julie | 12-Jul-10 | $255.00 | 1.50 | $382.80 | Drafting of Emergence Equity Report - shared with Management/Sidley on Wed July 14. |
| Kaufman Dan | 12-Jul-10 | $493.00 | 1.25 | $616.26 | Call with Client re: Equity Report & Prep calls with John Dempsey. |
| Kaufman Dan | 12-Jul-10 | $493.00 | 2.00 | $986.00 | Emergence Equity Report Analysis and Report Updates. |
| Dempsey John | 13-Jul-10 | $725.00 | 1.00 | $725.00 | Call with Chandler Bigelow, Nils Larsen and Jonathan Lotsoff regarding the emergence equity plan. |
| Dempsey John | 13-Jul-10 | $725.00 | 1.00 | $725.00 | Review plan design deck from Tribune. |
| Dempsey John | 13-Jul-10 | $725.00 | 4.00 | $2,900.00 | Prep of 07/16/2010 draft report. |
| Donnell Julie | 13-Jul-10 | $255.00 | 2.50 | $638.00 | Drafting of Emergence Equity Report - shared with Management/Sidley on Wed July 14. |
| Kaufman Dan | 13-Jul-10 | $493.00 | 3.00 | $1,479.00 | Emergence Equity Report Analysis and Report Updates. |
| Kaufman Dan | 13-Jul-10 | $493.00 | 0.50 | $246.50 | Emergency Equity Call with Sidley. |
| Kaufman Dan | 13-Jul-10 | $493.00 | 0.50 | $246.50 | Emergence Equity Calls with John Dempsey. |
| Kaufman Dan | 13-Jul-10 | $493.00 | 1.50 | $739.50 | Call with Client re: Equity Report & Prep calls with John Dempsey. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 13-Jul-10 | $493.00 | 3.00 | $1,479.00 | Peer review equity reserve analysis to be included in Mercer's assessment of Tribune proposed equity plan. |
| Dempsey  John | 14-Jul-10 | $725.00 | 1.00 | $725.00 | Review plan design deck from Tribune. |
| Dempsey  John | 14-Jul-10 | $725.00 | 4.00 | $2,900.00 | Prep of 07/16/2010 draft report. |
| Dempsey  John | 14-Jul-10 | $725.00 | 1.00 | $725.00 | Call with Chandler Bigelow, Nils Larsen and Jonathan Lotsoff of Sidley regarding Tyhe emergence equity plan. |
| Donnell  Julie | 14-Jul-10 | $255.00 | 6.00 | $1,531.20 | Drafting of Emergence Equity Report - shared with Management/Sidley on Wed July 14. |
| Donnell  Julie | 14-Jul-10 | $255.00 | 3.00 | $765.60 | Drafting of Emergence Equity Report to be shared with Management and Sidley on Thursday July 16. |
| Donnell  Julie | 14-Jul-10 | $255.00 | 1.00 | $255.20 | KEIP Source Documents Research and Reconciliation  preparation for call with Sidley on Thursday July 16. |
| Kaufman  Dan | 14-Jul-10 | $493.00 | 0.50 | $246.50 | Emergency Equity Call wth Sidley. |
| Kaufman  Dan | 14-Jul-10 | $493.00 | 6.00 | $2,958.00 | Emergence Equity report and Bankrupty Severance Equity Provision Research. |
| Kaufman  Dan | 14-Jul-10 | $493.00 | 0.75 | $369.76 | Call with Client re: Equity Report & Prep calls with John Dempsey. |
| Kaufman  Dan | 14-Jul-10 | $493.00 | 3.00 | $1,479.00 | Emergence Equity Report Analysis and Report Updates. |
| Dempsey  John | 15-Jul-10 | $725.00 | 1.00 | $725.00 | Call with Chandler Bigelow, Nils Larsen and Jonathan Lotsoff of Sidley regarding Tyhe emergence equity plan. |
| Dempsey  John | 15-Jul-10 | $725.00 | 1.00 | $725.00 | Review plan design deck from Tribune. |
| Dempsey  John | 15-Jul-10 | $725.00 | 4.00 | $2,900.00 | Preparation of 07/16/2010 draft report. |
| Donnell  Julie | 15-Jul-10 | $255.00 | 1.00 | $255.20 | KEIP Source Documents Research and Reconciliation  preparation for call with Sidley on Thursday July 16. |
| Donnell  Julie | 15-Jul-10 | $255.00 | 5.00 | $1,276.00 | Drafting of Emergence Equity Report to be shared with Management and Sidley on Thursday July 16. |
| Donnell  Julie | 15-Jul-10 | $255.00 | 3.00 | $765.60 | Update to emergence equity analysis (valuation and regressions) equity grant practices analysis  to be integrated into 7/16 report that will be sent to management. |
| Donnell  Julie | 15-Jul-10 | $255.00 | 3.00 | $765.60 | Updates to 7/15 report based on feedback from management  to send of Friday 16 - to be reviewed by Dan Kaufman and John Dempsey. |
| Donnell  Julie | 15-Jul-10 | $255.00 | 1.00 | $255.20 | Conference call with Jason Englund and Rachel Fleischer to discuss KEIP Analysis and reconciliations  to be integrated into TMIP/KOB Report. |
| Kaufman  Dan | 15-Jul-10 | $493.00 | 0.50 | $246.50 | Call with Client re: Equity Report & Prep calls with John Dempsey. |
| Kaufman  Dan | 15-Jul-10 | $493.00 | 0.50 | $246.50 | Emergency Equity Call with Sidley. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Kaufman Dan | 15-Jul-10 | $493.00 | 6.00 | $2,958.00 | Emergence Equity Report Analysis and Report Updates. |
| Sandler Matt | 15-Jul-10 | $464.00 | 0.50 | $232.00 | Development and update of KEIP database. |
| Dempsey John | 16-Jul-10 | $725.00 | 2.00 | $1,450.00 | Prep of 07/16/2010 draft report. |
| Kaufman Dan | 16-Jul-10 | $493.00 | 1.00 | $493.00 | Equity report and calls with Sidley. |
| Sandler Matt | 16-Jul-10 | $464.00 | 0.25 | $116.00 | Development and update of KEIP database. |
| Donnell Julie | 18-Jul-10 | $255.00 | 4.00 | $1,020.80 | Preparation for MIP hearing/filing. |
| Dempsey John | 19-Jul-10 | $725.00 | 1.00 | $725.00 | UST data request (0.25); call with sidley (0.25); meeting with Donnelly (0.25); email with bougan (0.25). |
| Dempsey John | 19-Jul-10 | $725.00 | 1.00 | $725.00 | Prep of 7/23 draft report. |
| Donnell Julie | 19-Jul-10 | $255.00 | 10.00 | $2,552.00 | Preparation for MIP hearing/filing. |
| Greene Cooper | 19-Jul-10 | $255.00 | 3.75 | $957.00 | Severance Research. |
| Kaufman Dan | 19-Jul-10 | $493.00 | 0.50 | $246.50 | Status Call with Julie Donnell. |
| Mayer Julie | 19-Jul-10 | $75.00 | 12.00 | $904.80 | Bankruptcy research. |
| Dempsey John | 20-Jul-10 | $725.00 | 2.00 | $1,450.00 | Prep of 7/23 draft report. |
| Donnell Julie | 20-Jul-10 | $255.00 | 10.00 | $2,552.00 | Preparation for MIP hearing/filing. |
| Kaufman Dan | 20-Jul-10 | $493.00 | 2.25 | $1,109.26 | Equity Vesting/Option Term peer review and footnotes. |
| Moriarty Kimberly | 20-Jul-10 | $360.00 | 0.25 | $89.90 | Prepare analyst reports - media companies. |
| Dempsey John | 21-Jul-10 | $725.00 | 2.00 | $1,450.00 | Prep of 7/23 draft report. |
| Donnell Julie | 21-Jul-10 | $255.00 | 7.00 | $1,786.40 | Preparation for MIP hearing/filing. |
| Kaufman Dan | 21-Jul-10 | $493.00 | 2.75 | $1,355.76 | Equity Source Documentation. |
| Dempsey John | 22-Jul-10 | $725.00 | 2.00 | $1,450.00 | Prep of 7/23 draft report. |
| Donnell Julie | 22-Jul-10 | $255.00 | 10.00 | $2,552.00 | Preparation for MIP hearing/filing. |
| Kaufman Dan | 22-Jul-10 | $493.00 | 3.25 | $1,602.26 | Equity Source Documentation. |
| Kaufman Dan | 22-Jul-10 | $493.00 | 1.00 | $493.00 | Team Status Meeting. |
| Kaufman Dan | 22-Jul-10 | $493.00 | 0.25 | $123.26 | KEIP Regression review. |
| Kaufman Dan | 22-Jul-10 | $493.00 | 0.75 | $369.76 | Team Call re: Sidley requests from creditors. |
| Sandler Matt | 22-Jul-10 | $464.00 | 0.50 | $232.00 | Update call with John Dempsey. |
| Dempsey John | 23-Jul-10 | $725.00 | 4.00 | $2,900.00 | Prep of 7/23 draft report. |
| Dluhy Bryan | 23-Jul-10 | $162.00 | 2.25 | $365.40 | Completed CIC/Severance analysis for Readers Digest and submitted to Cooper Greene for peer review to be integrated into media peer group and included in report for management. |
| Donnell Julie | 23-Jul-10 | $255.00 | 8.00 | $2,041.60 | Preparation for MIP hearing/filing. |
| Greene Cooper | 23-Jul-10 | $255.00 | 5.25 | $1,339.80 | Severance Research. |
| Donnell Julie | 24-Jul-10 | $255.00 | 6.00 | $1,531.20 | Preparation for MIP hearing/filing. |
| Kaufman Dan | 25-Jul-10 | $493.00 | 1.00 | $493.00 | Calls with Julie Donnell to discuss deck reviews re: severance analysis. |
| Dempsey John | 26-Jul-10 | $725.00 | 2.00 | $1,450.00 | Preparation regarding severance report and hearing. |
| Donnell Julie | 26-Jul-10 | $255.00 | 9.00 | $2,296.80 | Preparation for Confirmation Hearing. |
| Greene Cooper | 26-Jul-10 | $255.00 | 4.25 | $1,084.60 | Peer Group Evaluation. |
| Dempsey John | 27-Jul-10 | $725.00 | 2.00 | $1,450.00 | Preparation regarding severance report and hearing. |
| Donnell Julie | 27-Jul-10 | $255.00 | 12.00 | $3,062.40 | Preparation for Confirmation Hearing. |
| Greene Cooper | 27-Jul-10 | $255.00 | 0.75 | $191.40 | Document Sourcing. |
| Kaufman Dan | 27-Jul-10 | $493.00 | 0.50 | $246.50 | Status call with Julie Donnell. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Kaufman Dan | 27-Jul-10 | $493.00 | 3.25 | $1,602.26 | Severance multiples research (Blackstone vs. Mercer). |
| Kaufman Dan | 27-Jul-10 | $493.00 | 0.25 | $123.26 | Severance analysis review. |
| Kaufman Dan | 27-Jul-10 | $493.00 | 0.75 | $369.76 | Six flags severance research. |
| Kaufman Dan | 27-Jul-10 | $493.00 | 1.25 | $616.26 | Call with Blackstone re: severance and follow-up with Sidley. |
| Smolter Valerie | 27-Jul-10 | $162.00 | 1.75 | $284.20 | Peer review KEIP data. |
| Dempsey John | 28-Jul-10 | $725.00 | 2.00 | $1,450.00 | Review and revisions of emergence equity report. |
| Dluhy Bryan | 28-Jul-10 | $162.00 | 6.00 | $974.40 | Completed peer review and sourcing documentation for companies emerged before 2009 and sent to Julie Donnell for peer review. This document was submitted to client's attorneys. |
| Donnell Julie | 28-Jul-10 | $255.00 | 8.00 | $2,041.60 | Discovery Request - Emergence Equity Report Source Documents compilation. |
| Greene Cooper | 28-Jul-10 | $255.00 | 5.00 | $1,276.00 | Sourcing and Emergence Equity. |
| Kaufman Dan | 28-Jul-10 | $493.00 | 2.25 | $1,109.26 | Pre2009 Bankruptcy Equity Source Documents. |
| Kaufman Dan | 28-Jul-10 | $493.00 | 2.00 | $986.00 | Severance multiples analysis and summary. |
| Kaufman Dan | 28-Jul-10 | $493.00 | 1.00 | $493.00 | Media Severance Source Documents. |
| Kaufman Dan | 28-Jul-10 | $493.00 | 2.50 | $1,232.50 | Bankruptcy Severance Source Documents. |
| Long Marcia | 28-Jul-10 | $493.00 | 2.00 | $986.00 | Peer review equity reserve report prepared by Julie Donnell. |
| Smolter Valerie | 28-Jul-10 | $162.00 | 1.00 | $162.40 | Peer KEIP. |
| Dempsey John | 29-Jul-10 | $725.00 | 2.00 | $1,450.00 | Development of TMIP/KOB report. |
| Kaufman Dan | 29-Jul-10 | $493.00 | 3.00 | $1,479.00 | Source Documents: Pre2009 Bankruptcy Emergence Equity. |
| Dempsey John | 30-Jul-10 | $725.00 | 2.00 | $1,450.00 | Development of TMIP/KOB report. |
| Kaufman Dan | 30-Jul-10 | $493.00 | 0.75 | $369.76 | Call with Jonathan Lotsoff at Sidley re: Expert Report Filing. |
| Kaufman Dan | 30-Jul-10 | $493.00 | 5.50 | $2,711.50 | Finalize Expert reports (TMIP/KOB Severance Equity) for final review prior to sending to Sidley. |
| Dempsey John | 31-Jul-10 | $725.00 | 0.50 | $362.50 | Peer review TMIP/KOB report. |
| Dempsey John | 31-Jul-10 | $725.00 | 1.00 | $725.00 | Peer review management transition plan. |
| Dempsey John | 31-Jul-10 | $725.00 | 0.50 | $362.50 | Peer review MIP report. |
| Donnell Julie | 31-Jul-10 | $725.00 | 1.75 | $446.60 | Peer review equity TMIP/KOB and transition plan report for Tribune. Sent to John Dempsey for review. |

**TOTALS:   450.00   $171,477.22**