**July Expenses**

| Date | Amount | Description |
|---|---|---|
| 1-Jul-10 | $16.95 | Working late - transportation |
| 1-Jul-10 | $16.00 | Working late - transportation |
| 6-Jul-10 | $40.00 | Airfare/Travel Fees |
| 6-Jul-10 | $435.36 | Airfare |
| 6-Jul-10 | $399.00 | Travel - Lodging |
| 6-Jul-10 | $29.74 | Working late - Dinner |
| 6-Jul-10 | $42.02 | Working late - Dinner |
| 8-Jul-10 | $3.07 | Lunch working on the weekend |
| 8-Jul-10 | $9.35 | Working late - cab ride home |
| 8-Jul-10 | $39.92 | Meals - Late Work |
| 8-Jul-10 | $5.24 | Meals - Late Work |
| 8-Jul-10 | $5.85 | Meals - Late Work |
| 8-Jul-10 | $9.35 | Working late - cab ride home |
| 8-Jul-10 | $23.89 | Working on the weekend - meal |
| 8-Jul-10 | $5.00 | Working on the weekend - meal |
| 8-Jul-10 | $5.18 | Working on the weekend - meal |
| 8-Jul-10 | $10.50 | Working on the weekend - meal |
| 13-Jul-10 | $10.00 | Airline Agency Fee |
| 13-Jul-10 | $1,137.90 | Airfare |
| 13-Jul-10 | $21.90 | Travel - Meal - Breakfast |
| 13-Jul-10 | $3.09 | Travel - Meal - Breakfast |
| 13-Jul-10 | $54.83 | Travel - Meal - Dinner |
| 13-Jul-10 | $22.57 | Travel - Meal - Dinner |
| 13-Jul-10 | $35.45 | Travel - Meal - Dinner |
| 13-Jul-10 | $758.19 | Travel - Lodging |
| 13-Jul-10 | $29.71 | Travel - Meal - Lunch |
| 13-Jul-10 | $10.59 | Travel - Meal - Lunch |
| 13-Jul-10 | $20.54 | Travel - Meal - Lunch |
| 13-Jul-10 | $18.00 | Travel - Mileage |
| 13-Jul-10 | $56.00 | Travel - Airport Parking |
| 13-Jul-10 | $49.35 | Travel - Meal |
| 13-Jul-10 | $43.14 | Travel - Transportation Taxi |
| 13-Jul-10 | $5.00 | Travel - Train to/From Airport |
| 13-Jul-10 | $8.42 | Meals - Late Work |
| 13-Jul-10 | $16.95 | Meals - Late Work |
| 16-Jul-10 | $20.02 | Meals - Late Work |
| 16-Jul-10 | $10.00 | Transportation - Weekend Work |
| 16-Jul-10 | $10.30 | Meals - Weekend Work |
| 20-Jul-10 | $4.09 | Communications with Tribune management |
| 20-Jul-10 | $21.30 | Meals - Late Work |
| 20-Jul-10 | $18.43 | Meals - Late Work |
| 20-Jul-10 | $16.66 | Meals - Late Work |
| 20-Jul-10 | $13.75 | Meals - Late Work |
| 20-Jul-10 | $9.00 | Working late - transportation |
| 20-Jul-10 | $9.00 | Working late - transportation |
| 20-Jul-10 | $8.00 | Working late - transportation |
| 22-Jul-10 | $15.47 | Meals - Late Work |
| 26-Jul-10 | $20.00 | Meals - Late Work |

| **Date** | **Amount** | **Description** |
|---|---:|---|
| 27-Jul-10 | $28.39 | Meals - Working Dinner |
| 27-Jul-10 | $5.52 | Communications with Tribune management |
| 31-Jul-10 | $5,787.45 | Legal Fees |
| **TOTAL:** | **$9,395.43** | |