**August 1, 2010 to August 31, 2010 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 1-Aug-10 | $725.00 | 1.00 | $725.00 | Discuss Mercer report with Jonathan Lotoff of Sidley. |
| Kaufman  Dan | 1-Aug-10 | $493.00 | 2.00 | $986.00 | Report Edits and conversation with Sidley John Dempsey and Julie Donnell. |
| Dempsey  John | 2-Aug-10 | $725.00 | 4.50 | $3,262.50 | At Sidley reviewing Mercer report alone and with Jonathan Lotoff of Sidley. |
| Donnell  Julie | 2-Aug-10 | $255.00 | 3.00 | $765.60 | Document preparation for Mercer Reports for Plan Supplement (TMIP KOB  Severance  Emergence Equity). |
| Kaufman  Dan | 2-Aug-10 | $493.00 | 1.00 | $493.00 | Call with Sidley re: source docs. |
| Kaufman  Dan | 2-Aug-10 | $493.00 | 1.25 | $616.26 | Equity Source documents. |
| Kaufman  Dan | 2-Aug-10 | $493.00 | 0.25 | $123.26 | Source document research. |
| Kaufman  Dan | 2-Aug-10 | $493.00 | 2.00 | $986.00 | Report updates per Jonathan Lotsoff's comments. |
| Kaufman  Dan | 2-Aug-10 | $493.00 | 1.00 | $493.00 | Data research per Sidley comments. |
| Kaufman  Dan | 2-Aug-10 | $493.00 | 1.00 | $493.00 | Call with Jonathan Lotsoff re: report comments/edits. |
| Dempsey  John | 3-Aug-10 | $725.00 | 1.00 | $725.00 | Conference call with Nils Larsen re COO responsibilites and review information. |
| Donnell  Julie | 3-Aug-10 | $255.00 | 4.00 | $1,020.80 | Document preparation for Mercer Reports for Plan Supplement (TMIP KOB  Severance  Emergence Equity). |
| Kaufman  Dan | 3-Aug-10 | $493.00 | 0.50 | $246.50 | Call with Jonathan Lotsoff re: Equity Report data. |
| Kaufman  Dan | 3-Aug-10 | $493.00 | 0.50 | $246.50 | Call with John Dempsey re: severance data. |
| Kaufman  Dan | 3-Aug-10 | $493.00 | 0.25 | $123.26 | Status call with Julie Donnell. |
| Kaufman  Dan | 3-Aug-10 | $493.00 | 1.00 | $493.00 | Review of all reports re: Sidley changes. |
| Donnell  Julie | 4-Aug-10 | $255.00 | 3.50 | $893.20 | Document preparation for Mercer Reports for Plan Supplement (TMIP KOB  Severance  Emergence Equity). |
| Greene  Cooper | 4-Aug-10 | $255.00 | 5.50 | $1,403.60 | Grant Dilution and Spectrum Addition. |
| Kaufman  Dan | 4-Aug-10 | $493.00 | 0.50 | $246.50 | Status call with Julie Donnell. |
| Dempsey  John | 5-Aug-10 | $725.00 | 1.00 | $725.00 | Review revised report regarding TMIP KOB. |
| Kaufman  Dan | 5-Aug-10 | $493.00 | 0.50 | $246.50 | Questions from Cooper and Julie re: additional research. |
| Dempsey  John | 6-Aug-10 | $725.00 | 2.00 | $1,450.00 | Review revised report regarding TMIP KOB. |
| Greene  Cooper | 6-Aug-10 | $255.00 | 2.00 | $510.40 | Grant Dilution and Spectrum Addition. |
| Kaufman  Dan | 6-Aug-10 | $493.00 | 0.50 | $246.50 | Conversations with Julie Donnell and Cooper Greene re: additional research. |
| Dempsey  John | 9-Aug-10 | $725.00 | 1.00 | $725.00 | Review and revise report regarding TMIP KOB. |
| Donnell  Julie | 9-Aug-10 | $255.00 | 2.00 | $510.40 | Compiling source documents (non-annotated) into single database for Jason Englund  comparing to Exhibit F and ensuring all documents are included. |
| Greene  Cooper | 9-Aug-10 | $255.00 | 6.50 | $1,658.80 | Emergence Equity Dilution Disclosure Analsysis. |
| Kaufman  Dan | 9-Aug-10 | $493.00 | 1.00 | $493.00 | CSO definition calls with Cooper Greene. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Kaufman Dan | 9-Aug-10 | $493.00 | 0.50 | $246.50 | Status call with Julie Donnell, John Demspey and Cooper Greene. |
| Kaufman Dan | 9-Aug-10 | $493.00 | 0.50 | $246.50 | Severance data peer review. |
| Kaufman Dan | 9-Aug-10 | $493.00 | 0.50 | $246.50 | Call with Julie Donnell and Cooper Greene re: Severance and CSO definition. |
| Sandler Matt | 9-Aug-10 | | 0.25 | $116.00 | KEIP update call. |
| Dempsey John | 10-Aug-10 | $725.00 | 1.00 | $725.00 | Review and revise report regarding TMIP KOB. |
| Donnell Julie | 10-Aug-10 | $255.00 | 2.00 | $510.40 | Compiling source documents (non-annotated) into single database for Jason Englund comparing to Exhibit F and ensuring all documents are included. |
| Dempsey John | 11-Aug-10 | $725.00 | 1.00 | $725.00 | Review and revise report regarding TMIP KOB. |
| Donnell Julie | 11-Aug-10 | $255.00 | 4.50 | $1,148.40 | Compiling source documents (non-annotated) into single database for Jason Englund comparing to Exhibit F and ensuring all documents are included. |
| Karsan Safiya | 11-Aug-10 | | 1.00 | $255.20 | KEIP Database Research. |
| Kaufman Dan | 11-Aug-10 | $493.00 | 4.75 | $2,341.76 | Equity pool CSO definition peer review. |
| Kaufman Dan | 11-Aug-10 | $493.00 | 0.50 | $246.50 | Discussion with Julie Donnell and Safiya Karsan re: KEIP analysis. |
| Dempsey John | 12-Aug-10 | $725.00 | 1.00 | $725.00 | Review and revise report regarding TMIP KOB. |
| Dluhy Bryan | 12-Aug-10 | $162.00 | 1.75 | $284.20 | Completed emergence equity reserve analysis for companies to be integrated into bankruptcy peer group and included in report for management. Submitted to Julie Donnell for peer review. |
| Donnell Julie | 12-Aug-10 | $255.00 | 5.00 | $1,276.00 | Working with Jason Englund at Sidley to prepare Severance source documents and review Documents upon which we relied. |
| Karsan Safiya | 12-Aug-10 | | 3.50 | $893.20 | KEIP Database Research. |
| Kaufman Dan | 12-Aug-10 | $493.00 | 0.25 | $123.26 | Status conferences with Julie Donnell. |
| Dempsey John | 13-Aug-10 | $725.00 | 1.00 | $725.00 | Review and revise report regarding TMIP KOB. |
| Dluhy Bryan | 13-Aug-10 | $162.00 | 2.00 | $324.80 | Completed emergence equity reserve analysis for companies to be integrated into bankruptcy peer group and included in report for management. Submitted to Julie Donnell for peer review. |
| Donnell Julie | 13-Aug-10 | $255.00 | 1.50 | $382.80 | Based on feedback from Jonathan Lotsoff update Severance TMIP/KOB and Emergence Equity Report - send to Sidley for Review. |
| Karsan Safiya | 13-Aug-10 | | 1.00 | $255.20 | KEIP Database Research. |
| Kaufman Dan | 13-Aug-10 | $493.00 | 0.25 | $123.26 | Status conversations with Julie Donnell. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 16-Aug-10 | $255.00 | 5.00 | $1,276.00 | Compilation of source documents for Transition Management Plan report  Emergence Equity Reserve report  and TMIP/KOB report - to be delivered to Sidley for their review. |
| Donnell  Julie | 16-Aug-10 | $255.00 | 0.75 | $191.40 | Updates to exhibits for TMIP/KOB report to include Bally Total Fitness (2007 and 2008). |
| Donnell  Julie | 16-Aug-10 | $255.00 | 2.50 | $638.00 | Peer review dilution/basic analysis completed by Cooper Greene for comparison on a fully-diluted basis. |
| Greene  Cooper | 16-Aug-10 | $255.00 | 4.00 | $1,020.80 | KEIP analysis and sourcing. |
| Kaufman  Dan | 16-Aug-10 | $493.00 | 0.50 | $246.50 | Status call with John Dempsey. |
| Dempsey  John | 17-Aug-10 | $725.00 | 2.00 | $1,450.00 | Meeting with Jonathan Lotsoff discussing confirmation hearing  next steps and MIP hearing. |
| Dempsey  John | 17-Aug-10 | $725.00 | 1.00 | $725.00 | Review of materials in preparation for MIP hearing scheduled for 9/13. |
| Donnell  Julie | 17-Aug-10 | $255.00 | 1.00 | $255.20 | Peer review of bally total fitness and spectrum brands in the Emergence Equity report and Transition Management Plan report. |
| Donnell  Julie | 17-Aug-10 | $255.00 | 0.75 | $191.40 | Discussion of dilution analysis with John Dempsey. |
| Donnell  Julie | 17-Aug-10 | $255.00 | 5.25 | $1,339.80 | Compilation of source documents for Transition Management Plan report  Emergence Equity Reserve report  and TMIP/KOB report - to be delivered to Sidley for their review. |
| Greene  Cooper | 17-Aug-10 | $255.00 | 0.75 | $191.40 | KEIP analysis and sourcing. |
| Kaufman  Dan | 17-Aug-10 | $493.00 | 1.00 | $493.00 | CSO analysis and review with Julie Donnell. |
| Moriarty  Kimberly | 17-Aug-10 | $360.00 | 0.50 | $197.20 | Researching NYTimes analyst reports. |
| Donnell  Julie | 18-Aug-10 | $255.00 | 0.75 | $191.40 | Updates to TMIP/KOB Report. |
| Donnell  Julie | 18-Aug-10 | $255.00 | 1.50 | $382.80 | Compilation of source documents for Transition Management Plan report  Emergence Equity Reserve report  and TMIP/KOB report - to be delivered to Sidley for their review. |
| Donnell  Julie | 19-Aug-10 | $255.00 | 0.50 | $127.60 | Updates to TMIP/KOB Supplemental Report (Overview and Overview Backup) footnotes and send to Jonathan Lotsoff for review. |
| Mayer  Julie | 22-Aug-10 | | 12.00 | $904.80 | Bankruptcy research. |
| Dempsey  John | 23-Aug-10 | $725.00 | 2.00 | $1,450.00 | Call with Dave Eldersveld (0.25); research on director comp (1.75). |
| Donnell  Julie | 23-Aug-10 | $255.00 | 4.50 | $1,148.40 | Analysis and Collection of Restricted Covenant Language for the CEO - Media and Bankruptcy Peers - to be discussed with Sidley and Management. |
| Donnell  Julie | 23-Aug-10 | $255.00 | 1.50 | $382.80 | Document Discovery. |
| Donnell  Julie | 23-Aug-10 | $255.00 | 1.50 | $382.80 | BOD Director Compensation and Fees from GDD Analysis. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey John | 24-Aug-10 | $725.00 | 2.00 | $1,450.00 | Call with Don Liebentrit (0.25); research on director comp (1.75). |
| Dempsey John | 24-Aug-10 | $725.00 | 2.00 | $1,450.00 | Conference call with Chandler Bigelow of Tribune and Jonathan Lots off of Sidley re: restrictive covenants. |
| Donnell Julie | 24-Aug-10 | $255.00 | 4.00 | $1,020.80 | Analysis and Collection of Restricted Covenant Language for the CEO - Media and Bankruptcy Peers - to be discussed with Sidley and Management. |
| Donnell Julie | 24-Aug-10 | $255.00 | 1.00 | $255.20 | BOD Director Compensation and Fees from GDD Analysis. |
| Donnell Julie | 24-Aug-10 | $255.00 | 0.50 | $127.60 | Teleconference with Chandler Bigelow, Jonathan Lots off and John Dempsey to discuss preliminary restricted covenant language and findings. |
| Kaufman Dan | 24-Aug-10 | $493.00 | 5.00 | $2,465.00 | Restrictive Covenant research peer review and conversations. |
| Dempsey John | 25-Aug-10 | $725.00 | 2.00 | $1,450.00 | Conference call with Chandler Bigelow of Tribune and Jonathan Lots off of Sidley re: restrictive covenants. |
| Donnell Julie | 25-Aug-10 | $255.00 | 3.25 | $829.40 | Analysis and Collection of Restricted Covenant Language for the CEO - Media and Bankruptcy Peers - to be discussed with Sidley and Management. |
| Donnell Julie | 25-Aug-10 | $255.00 | 0.75 | $191.40 | Prepare and compile source documentation for reports. |
| Kaufman Dan | 25-Aug-10 | $493.00 | 0.75 | $369.76 | Restrictive Covenant research peer review and conversations. |
| Dempsey John | 26-Aug-10 | $725.00 | 1.00 | $725.00 | Conference call with Chandler Bigelow of Tribune and Jonathan Lotsoff of Sidley re: restrictive covenants. |
| Donnell Julie | 26-Aug-10 | $255.00 | 3.75 | $957.00 | Drafting of CEO Restricted Covenant Report for Sidley/Management - to be reviewed by Dan Kaufman. |
| Kaufman Dan | 26-Aug-10 | $493.00 | 0.25 | $123.26 | Restrictive Covenant research peer review and conversations. |
| Dempsey John | 27-Aug-10 | $725.00 | 1.00 | $725.00 | Conference call with Chandler Bigelow of Tribune and Jonathan Lots off of Sidley re: restrictive covenants. |
| Kaufman Dan | 27-Aug-10 | $493.00 | 0.75 | $369.76 | Restrictive Covenant research peer review and conversations. |

**TOTALS:    161.25  $58,523.54**