## August Expenses

| Date | Amount | Description |
|---|---|---|
| 1-Aug-10 | $9.06 | Travel - Meal - Dinner |
| 11-Aug-10 | $55.60 | Working Lunch Meeting |
| 11-Aug-10 | $7.26 | Communications with Tribune management |
| 13-Aug-10 | $15.00 | Working Late - Dinner |
| 17-Aug-10 | $42.03 | Working Late - Dinner |
| 24-Aug-10 | $8.25 | Travel - Meal - Lunch |
| 30-Aug-10 | $2,367.45 | Legal Fees |
| **TOTAL:** | **$2,504.65** | |