IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br>**Objection Date: November 4, 2010 at 4:00 p.m.**<br>**Hearing Date: TBD**<br>**Related to Docket Nos. 5463, 5946 and 5956** |

## NOTICE OF SEVENTH QUARTERLY APPLICATION

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan Chase
Bank, N.A.)

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan
Chase Bank, N.A.)

John L. Decker, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044
(Fee Auditor)

All Parties on 2002 Service List

      PLEASE TAKE NOTICE that on October 15, 2010, Jenner Block LLP filed the **Seventh Quarterly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through August 31, 2010** (the "Quarterly Application"), which seeks approval of a quarterly fee application for professional services rendered to the Debtors in the amount of $593,565.00, together with reimbursement of expenses in the amount of $16,674.88.

      You are required to file a response, if any, to the Quarterly Application on or before **November 4, 2010 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on November 4, 2010**:

| | |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com | David J. Bradford, Esquire<br>Craig C. Martin, Esquire<br>**JENNER BLOCK LLP**<br>330 North Wabash Avenue<br>Chicago, IL 60611-9350<br>dbradford@jenner.com |

A HEARING ON THE QUARTERLY APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE QUARTERLY APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 15, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _/s/ Patrick J. Reilley_
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION