IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>                         Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 5965**<br>) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Marisa DeCarli, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of October, 2010 she caused a copy of the following to be served on the attached list as indicated:

- J.P. Morgan Chase Bank, N.A. and JPMorgan Securities, Inc.'s Objection to Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee [Docket. No. 5965]

Dated:  October 15, 2010
         Wilmington, Delaware

                                            _/s/ Marisa DeCarli_
                                            Marisa DeCarli, Paralegal
                                            RICHARDS, LAYTON & FINGER, P.A.
                                            One Rodney Square
                                            920 North King Street
                                            Wilmington, DE  19801
                                            (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 15th day of October, 2010.

_/s/ Lesley A. Morris_
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3619565v. 1

## SERVICE LIST

### VIA FEDERAL EXPRESS

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEDMAN; WILLIAM P. WEINTRAUB
1633 BROADWAY
NEW YORK, NY 10019-6708

SIDLEY AUSTIN LLP
KENNETH P. KANSA ESQ.
JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
ONE BRYANT PARK
NEW YORK, NY 10036

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY 10036

CHADBOURNE & PARKE LLP
COUNSEL TO THE UNSECURED CREDITORS' CO
ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA
D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

KAYE SCHOLER LLP
MADLYN GLEICH PRIMOFF, ESQ
425 PARK AVE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

### VIA HAND DELIVERY ON LOCAL AND FIRST CLASS MAIL ON NON LOCAL

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND)
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS)
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ANDREW S. CONWAY, ESQUIRE
(COUSNEL TO TAUBMAN LANDLORDS)
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

| | |
|---|---|
| ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>(COUNSEL TO IAM LODGE NO. 126)<br>CHICAGO, IL 60606 | ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.)<br>WILMINGTON, DE 19801 |
| ASHBY & GEDDES, PA<br>WILLIAM P. BOWDEN; AMANDA M. WINFREE<br>500 DELAWARE AVENUE, 8TH FLOOR<br>PO BOX 1150<br>WILMINGTON, DE 19899 | BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>(COUNSEL TO MORGAN STANLEY & CO., INC.)<br>WILMINGTON, DE 19801 |
| ARKIN KAPLAN RICE LLP<br>HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ.<br>590 MADISON AVENUE<br>(COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS)<br>NEW YORK, NY 10022 | BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.)<br>BOSTON, MA 02110 |
| ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC)<br>CHICAGO, IL 60611 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN: DAVID M. NEUMANN, ESQUIRE<br>(COUNSEL TO WILMINGTON TRUST COMPANY)<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>(COUNSEL TO: ENTERPRISE GARAGE CORP.)<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. JENNIFER R. HOOVER, ESQ.<br>222 DELAWARE AVENUE, SUITE 801<br>(COUNSEL TO WILMINGTON TRUST COMPANY)<br>WILMINGTON, DE 19801 |
| BAYARD, P.A.<br>ATTN: JAMIE L. EDMONSON, ESQ.<br>COUNSEL TO GBH INVESTMENTS, LLC<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | BLAKELEY & BLAKELEY LLP<br>ATTN: JOHNN WHITE, ESQ.<br>COUNSEL TO GOOGLE INC.<br>2 PARK PLAZA, SUITE 400<br>IRVINE, CA 92614 |
| BIFFERATO GENTILOTTI LLC<br>GARVAN F. MCDANIEL, ESQ.<br>800 N. KING STREET, PLAZA LEVEL<br>(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK)<br>WILMINGTON, DE 19801 | BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 |

| | |
|---|---|
| BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>(COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN)<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 | BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD<br>COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| BLANK ROME LLP<br>ATTN: DAVID W. CARIKHOFF<br>1201 MARKET ST; STE 800<br>(COUNSEL TO EGI-TRB)<br>WILMINGTON, DE 19801 | BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP)<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>(COUNSEL TO SONY PICTURES TELEVISION)<br>LOS ANGELES, CA 90017-2457 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>(COUNSEL TO ORACLE USA, INC.)<br>SAN FRANCISCO, CA 94105-2126 |
| BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>LAKE SUCCESS, NY 11042 |
| CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 | CATHOLIC CHARITIES<br>ATTN: JOSEPH AUGUSTYNIAK<br>1966 GREENSPRING DRIVE, SUITE 200<br>TIMONIUM, MD 21093 |
| CHRISTINE Z. HERI<br>(COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | COHEN WEISS & SIMON LLP<br>COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ESQ.; CARL D. NEFF, ESQ.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, STE 700<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION)<br>WILMINGTON, DE 19801 | COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>(LOCAL COUNSEL FOR THE DEBTORS)<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &<br>RADIO ARTISTS)<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE,<br>BUREAU OF ACCOUNTS SETTLEMENT<br>THOMAS W. CORBETT, JR., ATTORNEY GENERAL<br>CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL<br>PA I.D. NO. 049219<br>OFFICE OF ATTORNEY GENERAL<br>PHILADELPHIA, PA 19107-3603 |
| COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN)<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>(COUNSEL TO TWENTIETH TELEVISION, INC.)<br>WILMINGTON, DE 19801 |
| CROSS & SIMON LLC<br>ATTN: CHRISTOPHER P. SIMON, ESQ.<br>913 NORTH MARKET STREET, 11TH FLOOR<br>(COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL<br>32035, TNG-CWA)<br>WILMINGTON, DE 19801 | CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>4750 VON KARMAN AVENUE<br>COUNSEL TO BKM 3128 REDHILL, LLC)<br>NEWPORT BEACH, CA 92660 |
| CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES<br>INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 | DANIEL SMIRLOCK, DEPUTY COMMISSIONER<br>AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>(COUNSEL TO THE NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE)<br>ROCHESTER, NY 14604 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>(COUNSEL TO THE NIELSEN COMPANY)<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 | DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>(COUNSEL TO SONY PICTURES TELEVISION, INC.)<br>1100 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1800 CENTURY PARK EAST, 7TH FLOOR<br>(COUNSEL TO LIT FINANCE, LP)<br>LOS ANGELES, CA 90067 | EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 |
| FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO<br>BASEBALL HOLDINGS, LLC)<br>CHICAGO, IL 60610-4500 | ELLIOTT GREENLEAF<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)<br>MILWAUKEE, WI 53202-5306 | ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC)<br>BEVERLY HILLS, CA 90212 |
| FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.)<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 | FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.<br>(COUNSEL TO: WELLS FARGO BANK, N.A.)<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 |
| FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ.<br>(COUNSEL TO MERCER (US) INC.)<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>THE VITEC GROUP PLC<br>(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC)<br>101 BILBY ROAD<br>HACKETTSTOWN, NJ 07840 |
| FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>1901 AVENUE OF THE STARS, SUITE 1700<br>(COUNSEL TO ISAKSEN INVESTMENTS, LLC)<br>LOS ANGELES, CA 90067-4409 | FURMAN GREGORY LLC<br>DONALD R. FURMAN JR.<br>75 FEDERAL ST, 9TH FL<br>(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)<br>BOSTON, MA 02110 |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>(SAM'S CLUB BRC)<br>MIAMI, FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 | GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.)<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| GREENBERG TRAURIG, LLP<br>ATTN: DENNIA A. MELORO<br>COUNSEL TO HAMDON ENTERTAINMENT<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 1200<br>WILMINGTON, DE 19801 | GREENBERG TRAURIG, LLP<br>ATTN: KEVIN P. GARLAND, ESQ.<br>COUNSEL TO HAMDON ENTERTAINMENT<br>2450 COLORADO AVENUE, SUITE 400 E<br>SANTA MONICA, CA 90404 |

| | |
|---|---|
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>(COUNSEL TO CATELLUS DEVELOPMENT CORP.)<br>SAN FRANCISCO, CA 94111 | HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 | HERRICK FEINSTEIN LLP<br>COUNSEL TO CANON USA INC, INTELSAT CORPORATION<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITBI<br>CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;<br>DOW JONES & COMPANY)<br>NEW YORK, NY 10022 | HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE., SUITE 400<br>ANAHEIM, CA 92806 |
| IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| INTERNAL REVENUE SERVICE<br>844 KING STREET<br>WILMINGTON, DE 19801 | INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |
| JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>(COUNSEL TO SODEXO, INC.)<br>CHARLOTTE, NC 28233 | J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>NEW YORK, NY 10022-6030 | JENNER & BLOCK LLP<br>ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,<br>ANDREW W. VAIL<br>330 N. WABASH AVENUE<br>(COUNSEL TO EGI-TRB)<br>CHICAGO, IL 60611-7603 |

RLF1 3619565v. 1

| | |
|---|---|
| K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>PITTSBURGH, PA 15222-2312 | K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>PITTSBURGH, PA 15222-2312 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID S. ROSNER; ANDREW K. GLENN;<br>SHERON KORPUS<br>1633 BROADWAY<br>(COUNSEL TO LAW DEBENTURE TRUST COMPANY<br>OF NEW YORK)<br>NEW YORK, NY 10019 | KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN:  KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>(COUNSEL TO: EXAMINER-DESIGNATE,KENNETH KLEE, ESQ)<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 | LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 |
| LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW,<br>ESQS.(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, &<br>MAKINEN)<br>1330 BROADWAY, SUITE 1800<br>OAKLAND, CA 94612 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>(COUNSEL TO DALLAS COUNTY)<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DRIVE, SUITE 102<br>(COUNSEL TO ORACLE AMERICA, INC.)<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>245 PARK AVE, 27TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>NEW YORK, NY 10167 | MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,<br>AMIT K. TREHAN, ESQ., JEAN-MARIE L. ATAMIAN, ESQ.<br>(COUNSEL TO BARCLAYS)<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>(COUNSEL TO THE NIELSEN COMPANY (US) LLC<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>WILMINGTON, DE 19801 |
| MEITES, MULDER, MOLLICA & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN)<br>20 S. CLARK STREET, SUITE 1500<br>CHICAGO, IL 60603 | MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>(COUNSEL TO DIABLO INVESTMENT CO.)<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B.<br>WALDMEIR, ASSISTANT ATTORNEY GENERAL<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>(COUNSEL TO INTELSAT CORPORATION)<br>WILMINGTON, DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MICHAEL SCHLOSS<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR)<br>OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| MORGAN STANLEY FIXED INCOME<br>ATTN: CAROLYN ADLER<br>1585 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10036 | MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA<br>LIMITED LIABILITY COMPANY)<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>(COUNSEL TO CF 4242 BRYN MAWR LLC)<br>CHICAGO, IL 60606 |

| | |
|---|---|
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>(COUNSEL TO ST. JOHN PROPERTIES, INC.)<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 |
| O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC)<br>LOS ANGELES, CA 90071 | O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR,<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC)<br>NEW YORK, NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID M. KLAUDER, ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 | OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>(COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.)<br>WILMINGTON, DE 19899 | OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP<br>ADAM H. FRIEDMAN, ESQ.; STEVE WOLOSKY, ESQ.;<br>FREDRICK J. LEVY, ESQ.<br>PARK AVENUE TOWER<br>65 EAST 55TH STREET<br>(COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR<br>NEW YORK, NY 10022 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>WASHINGTON, DC 20006-1047 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: JOSEPH L. CHRISTENSEN<br>1000 N. WEST STREET, SUITE 1200<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>WILMINGTON, DE 19801 |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA<br>1285 AVENUE OF THE AMERICAS<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>NEW YORK, NY 10019-6064 |
| PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>(COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC)<br>WILMINGTON, DE 19899-1709 | PEPPER HAMILTON LLP<br>ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT, ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER)<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE 19899-1709 |

| | |
|---|---|
| PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP)<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 | PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>(COUNSEL TO: VALUATION RESEARCH CORPORATION)<br>WILMINGTON, DE 19806 |
| PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 | POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT)<br>HERCULES PLAZA<br>1313 N MARKET ST, PO BOX 951<br>WILMINGTON, DE 19899-0951 |
| RIDDELL WILLIAMS, P.S.<br>ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP)<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 | QUARLES & BRADY LLP<br>LEONARD S. SHIFFLETT, ESQ.; FAY B. FEINSTEIN, ESQ.<br>300 NORTH LASALLE STREET, STE 400<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION)<br>CHICAGO, IL 60654-3422 |
| ROMERO LAW FIRM<br>MARTHA E. ROMERO, ESQ.<br>BMR PROFESSIONAL BLDG<br>6516 BRIGHT AVENUE<br>(COUNSED TO SECURED CREDITOR COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.)<br>WHITTIER, CA 90601 | ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN: FRED B. RINGEL, ESQ.<br>(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY 10022 |
| RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO BARRY AND MARIE GOLDENBERG)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO ESTHER RHEIN)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 |
| SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20020 | SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>(PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER")<br>222 DELAWARE AVENUE, SUITE 1200<br>P.O. BOX 1266<br>WILMINGTON, DE 19899 |
| SHIPMAN & GOODWIN LLP<br>ATTN: JULIE A. MANNING, ESQ.<br>(COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY)<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>PO BOX 68<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC.,<br>WILMINGTON, DE 19899 |

| | |
|---|---|
| SILVERMAN MCDONALD & FRIEDMAN<br>ATTN: BRIAN E. LUTNESS, ESQ.<br>COUNSEL TO MARCIA WILLETTE<br>GUARDIAN TO ZACHARY MITZKOVITZ<br>1010 N. BANKCROFT PARKWAY, SUITE 22<br>WILMINGTON, DE 19805 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C.<br>DANA S. PLON, ESQ.<br>1529 WALNUT STREET, SUITE 600<br>(COUNSEL TO UNISYS CORPORATION)<br>PHILADELPHIA, PA 19102 | SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>(COUNSEL TO PERSONAL PLUS, INC.)<br>PHOENIX, AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | STUART MAUE<br>ATTN: W. ANDREW DALTON<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN<br>W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;<br>J.SIMPSON; M.WILLES; E.ZIMBALIST, III)<br>WHITE PLAINS, NY 10601 | THE DSF GROUP<br>ALLAN I. MUSCOVITZ, SR. ACCOUNTANT<br>950 WINTER STREET, STE 4300<br>WALTHAM, MA 02451-1486 |
| THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>(ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,<br>LLC, AND YORBA PARK SUB, LLC)<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 |
| TOOD M. HOEPKER, ESQ.<br>(COUNSEL TO : COP-HANGING MOSS, LLC)<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 | TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>(COUNSEL TO FISHER PRINTING, INC.)<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 | TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 |

RLF1 3619565v. 1

| | |
|---|---|
| TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.)<br>750 SHIPYARD DRIVE, SUITE 400<br>WILMINGTON, DE 19899-2092 | U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 |
| UNGARETTI & HARRIS<br>ATTN. GEORGE R. MESIRES, ESQ.<br>(COUNSEL TO KTR SOUTH FLORIDA LLC)<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON<br>CHICAGO, IL 60602 | UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>PO BOX 875<br>WASHINGTON, DC 20004-0875 | UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR)<br>PLAN BENEFITS SECURITY DIVISION<br>WASHINGTON, DC 20013 |
| US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 | VORYS SATER SEYMOUR & PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |
| WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>(COUNSEL TO: WELLS FARGO BANK, N.A.)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY ASSOCIATION INC<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>(COUNSEL TO: VALUATION RESEARCH CORPORATION)<br>NEW YORK, NY 10166 |

RLF1 3619565v. 1

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
(COUNSEL TO VARIOUS PARTIES LISTED ON NOA)
WILMINGTON, DE 19899-0391

ZWERDLKING PAUL KAHN & WOLLY PC
COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL
32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
WASHINGTON, DC 20036