# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: **Tribune Company, ET AL.,**                    Case No. **08-13141**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS, LLC**                    **Caption Colorado LLC**
Name of Transferee                                                    Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known):
should be sent:                                                              Amount of Claim: **$3,948.82**
                                                                                     Date Claim Filed: N/A

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**                                        Phone: N/A
Last Four Digits of Acct #: N/A                               Last Four Digits of Acct. #: N/A

Name and Address where transferee payments         Name and Current Address of Transferor:
should be sent (if different from above):

                                                                                     Caption Colorado LLC
                                                                                     5690 DTC Blvd Ste 500 W
                                                                                     Greenwood Village, CO 80111

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                                        Date: 10/18/2010
        Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**sonar**

## SONAR CREDIT PARTNERS, LLC

**EXHIBIT V**

### EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn:   Clerk

AND TO:   KIAH Inc. ("Debtor")
Case No. 08-13180 (Jointly Administered under Tribune Company, Case No. 08-13141)

Schedule# 180000330

**Caption Colorado LLC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

>   **SONAR CREDIT PARTNERS, LLC**
>   200 Business Park Drive
>   Suite 201
>   Armonk, NY 10504
>   Attn: Michael Goldberg
>   Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $3,948.82 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October _18_, 2010.

**ASSIGNOR**

By: _~signature~_
Name: _RT POLUMBUS_
Title: _PRESIDENT&CEO_
Date: _10-14-2010_

**ASSIGNEE**

By: _~signature~_
Name: Michael Goldberg
Title: Managing Member
Date: _10-18-2010_

Claim Question? Call: 646 282 2400

Guest | Sign In

**epiq** SYSTEMS  debtorblank

**TRIBUNE**

Tribune Company

Change Client

Client Home    Claims    Docket    Key Documents

Home»Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | Scope |
|---|---|---|
| 2199 | Name Starts With | Claims and schedules |

| Schedule Number | Amount |
|---|---|
| | Total Claim Value    Equals |

| Debtor | Claim Date Range |
|---|---|
| | to |

Order By: Creditor Name        Results Per Page: 50

**Results**
Expand All

[1]  Page 1 of 1 - 01 total items

| | Claim # | Schedule # Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| ⊟ | 2199 | 180000330  CAPTION COLORADO LLC | 5/1/2009 | $4,052.44 | Image |
| | | 5990 DTC BLVD STE 500 W | Claimed Unsecured: | $4,052.44 | |
| | | GREENWOOD VILLAGE, CO 80111 | Scheduled Unsecured: | $3,948.82 | |
| | | Debtor:  KIAH Inc. | | | |

[1]  Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not
the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at
the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE
AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.