IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 6002** |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 6002

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that on October 18, 2010, the Debtors and Debtors in Possession of the above-captioned cases filed the Certification of No Objection Regarding Docket No. 5786 [Docket No. 6002].

PLEASE TAKE FURTHER NOTICE that Docket Number 6002 is hereby withdrawn.

Dated: October 18, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *signature*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7089532v1