## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND  SUBSTITUTION
## OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Quarles & Brady LLP and Ciardi Ciardi & Astin withdraw their appearance for Robert R. McCormick Foundation and the Cantigny Foundation in Tribune Company, LLC filed on July 16, 2009 at docket number 1755.

PLEASE TAKE NOTICE that Katten Muchin Rosenman LLP and Duane Morris LLP hereby appear in the above-referenced Chapter 11 cases as attorneys for the Robert R. McCormick Foundation and Cantigny Foundation (the "Foundations) and, pursuant to Bankruptcy Rules 2002 and 9010, request that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and facsimile numbers:

John P. Sieger
Alexander S. Vesselinovitch
Daniel J. Polatsek
Joshua A. Gadharf
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661-3693
Telephone:    312.902.5200
Facsimile:    312.902.1061
E-mail:  john.sieger@kattenlaw.com
         avesselinovitch@kattenlaw.com
         daniel.polatsek@kattenlaw.com
         joshua.gadharf@kattenlaw.com

Richard W. Riley
Sommer L. Ross
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail: rwriley@duanemorris.com
        slross@duanemorris.com

DM3\1502806.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive either of the Foundations' (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which either of the Foundations are or may be entitled under

**[Remainder Of Page Intentionally Left Blank]**

DM3\1502806.1

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments expressly are reserved.


/s/ Daniel K. Astin
Daniel K. Astin (No. 4068)
Carl D. Neff (No. 4895)
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

-and-

Leonard S. Shifflett
Faye B. Feinstein
Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654-3422

*Prior Counsel to the Robert R. McCormick
Foundation and the Cantigny Foundation*

/s/ Richard w. Riley
Richard W. Riley (DE 4052)
Sommer L. Ross (DE 4598)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

-and-

John P. Sieger
Alexander S. Vesselinovitch
Daniel J. Polatsek
Joshua A. Gadharf
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661-3693

*Counsel for the Robert R. McCormick
Foundation and Cantigny Foundation*