**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on October 19, 2010, I caused to be served the

Notice of Withdrawal of Appearance and Substitution of Appearance and Request for Service of

Papers upon the parties listed below in the manner indicated:

### *VIA HAND DELIVERY*
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

### *VIA FIRST CLASS MAIL*
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

/s/ Richard W. Riley
Richard W. Riley (DE 4052)
Sommer L. Ross (DE 4598)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

*Counsel for the Robert R. McCormick*
*Foundation and Cantigny Foundation*

DM3\1515489.1