IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>**Objections Due By: October 15, 2010, 4:00 p.m.**<br>**Hearing Date: October 22, 2010, 2:00 p.m.** |

**CERTIFICATE OF NO OBJECTION TO MOTION OF
FEDERAL INSURANCE COMPANY FOR ORDER AUTHORIZING IT
TO MAKE SETTLEMENT PAYMENT OR, IN THE ALTERNATIVE,
<u>FOR RELIEF FROM THE AUTOMATIC STAY</u>**
*(relates to Docket No. 5859)*

The undersigned counsel for Federal Insurance Company ("Federal") hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion of Federal Insurance Company for Order Authorizing it to Make Settlement Payment or, in the Alternative, for Relief from the Automatic Stay (the "Motion"), filed on October 1, 2010. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than October 15, 2010 at 4:00 p.m. (EST).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: October 19, 2010         PINCKNEY, HARRIS & WEIDINGER, LLC
       Wilmington, Delaware

                                By:      /s/ Donna L. Harris
                                    Donna L. Harris (No. 3740)
                                    1220 North Market Street, Suite 950
                                    Wilmington, DE 19801
                                    (302) 504-1497
                                    Fax (302) 655-5213
                                    dharris@phw-law.com
                                    *Counsel to Federal Insurance Company*