# EXHIBIT B

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 4091, 4230, 4395, 4406, and** \_\_ |

## ORDER APPROVING (I) STIPULATION BETWEEN THE DEBTORS AND CNN NEWSOURCE SALES, INC. REGARDING ALLOWANCE OF CLAIMS AND (II) PARTIAL WITHDRAWAL OF DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 4863 OF CNN NEWSOURCE SALES, INC.

This matter having come before the Court on the *Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 4091] (the "Objection"),[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

by which the Debtors requested this Court to disallow and expunge, among other Proofs of Claim, Claim No. 4863 filed by CNN Newsource Sales, Inc. ("CNN-NS") against Debtor WDCW Broadcasting, Inc., on the basis that no liability for such claim is reflected in the Debtors' books and records; and upon consideration of the Objection, the Bigelow Declaration, the *Certification of Counsel Regarding Order Approving (I) Stipulation Between the Debtors and CNN Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims As It Relates to Claim No. 4863 of CNN Newsource Sales, Inc.*, and the Stipulation (the "Stipulation") between the Debtors and CNN-NS resolving the Objection and allowing certain prepetition claims of CNN-NS against the Debtors (the "CNN-NS Claims") as set forth therein, a copy of which is attached hereto as Exhibit A; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the CNN-NS Claims are hereby allowed as general unsecured claims in the aggregate amount of $287,467.53 against the respective Debtors and their estates in the amount and priority as set forth in the Stipulation; and it is further

ORDERED that the Objection is deemed withdrawn with prejudice solely as it relates to Claim No. 4863 of CNN-NS; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      October _____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# EXHIBIT A

**Stipulation Between Debtors and CNN Newsource Sales, Inc. Regarding (I) Debtors' Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as relates to Claim No. 4863 of CNN Newsource Sales, Inc. and (II) Allowance of Prepetition Claims of CNN Newsource Sales, Inc.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 4091, 4230, 4395, and 4406 |

**STIPULATION BETWEEN DEBTORS AND CNN NEWSOURCE SALES, INC. REGARDING (I) DEBTORS' PARTIAL WITHDRAWAL OF DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 4863 OF CNN NEWSOURCE SALES, INC. AND (II) ALLOWANCE OF PREPETITION CLAIMS OF CNN NEWSOURCE SALES, INC.**

This stipulation (the "Stipulation") between CNN Newsource Sales, Inc. ("CNN-NS", or the "Claimant") and Debtors Channel 39, Inc., Tribune Television Company, Tribune Television Holdings, Inc., Channel 40, Inc., ChicagoLand Television News, Inc., KIAH Inc., KSWB Inc., KTLA Inc., KWGN Inc., Tribune Broadcasting News Network, Inc. (n/k/a Tribune Washington

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CH1 5453114v.5

Bureau Inc.), Tribune Television New Orleans, Inc., Tribune Television Northwest, Inc., WDCW Broadcasting, Inc., WGN Continental Broadcasting Company, and WPIX, Inc. (collectively, the "Tribune Parties"), regarding the allowance of certain prepetition claims asserted by CNN-NS against the Tribune Parties, is entered into by and among the Tribune Parties and the Claimant (the "Parties"), by and through their respective counsel.

## RECITALS

A. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its affiliates, including the Tribune Parties (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). An additional Debtor, Tribune CNLBC, LLC,[2] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009. In all, the Debtors comprise 111 entities.

B. On April 16, 2010, the Debtors filed the Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") [Docket No. 4091], which requested the Bankruptcy Court to disallow and expunge certain proofs of claim asserted against the Debtors' estates on the basis that the Debtors had no liability for such claims.

C. Among the claims identified on Exhibit A to the Objection was the claim filed by CNN-NS against Debtor WDCW Broadcasting, Inc. (the "WDCW Claim"), which has been assigned Claim No. 4863 by the Bankruptcy Court-appointed claims agent, Epiq Bankruptcy Solutions, LLC (the "Claims Agent").

---

[2] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

D. On May 6, 2010, counsel for CNN-NS contacted counsel for the Debtors regarding the Objection to the WDCW Claim. As a result of that discussion, the Parties agreed to resolve the Objection and to reconcile all of the CNN-NS claims against the Tribune Parties arising prior to the Petition Date, including but not limited to the WDCW Claim, whether scheduled or asserted (collectively, the "CNN-NS Claims").

E. Based upon the Parties' reconciliation of the CNN-NS Claims, the Parties have agreed that CNN-NS shall have allowed, general unsecured claims against the Tribune Parties in the aggregate amount of $287,467.53, which amount is equal to the total amount of outstanding prepetition invoices submitted by CNN-NS to the Tribune Parties as of the date hereof. The Debtors have further agreed that upon the approval of this Stipulation by the Bankruptcy Court, the Objection shall be deemed to be withdrawn as it relates to the WDCW Claim.

F. The Tribune Parties and CNN-NS have reached a global agreement as to the treatment of the CNN-NS Claims and have agreed to enter into this Stipulation to resolve the Objection and to establish the allowed amounts of the CNN-NS Claims.

NOW, THEREFORE, CNN-NS AND THE TRIBUNE PARTIES STIPULATE AND AGREE AS FOLLOWS:

## AGREEMENT

1. The recitals set forth above are incorporated herein by reference.

2. The Tribune Parties agree that CNN-NS shall have allowed general unsecured claims against the Tribune Parties in the aggregate amount of $287,467.53, as set forth on Exhibit A attached hereto, which is incorporated herein by reference.

3.  Upon the approval of this Stipulation by the Bankruptcy Court, the Objection shall be deemed to be withdrawn as it relates to the WDCW Claim, with prejudice, and such claim shall be allowed as set forth on <u>Exhibit A</u> hereto.

4.  The CNN-NS Claims, as modified hereby, shall be satisfied in accordance with the provisions for the payment of claims set forth in the Debtors' joint chapter 11 plan of reorganization, any amendments thereto, or any other proposed plan that is ultimately confirmed (as applicable to a particular Debtor, the "<u>Plan</u>"), when such Plan becomes effective. The satisfaction of the CNN-NS Claims in accordance with the Plan shall be in full and final satisfaction of the CNN-NS Claims.

5.  The Claimant further agrees not to file any other or further proofs of claim on account of prepetition debt in any of the Debtors' chapter 11 cases arising out of or relating to the subject matter of the CNN-NS Claims.

6.  The Parties acknowledge and agree that the Claimant does not need to take any further action to seek to allow the CNN-NS Claims in the Tribune Parties' chapter 11 cases. The Debtors and/or the Claims Agent may amend the claims register to reflect that the CNN-NS Claims are to be allowed as set forth on <u>Exhibit A</u> hereto, against the respective Tribune Parties and their estates in the amount and priority stipulated therein.

7.  This Stipulation constitutes the Parties' entire agreement and supersedes and amends any and all agreements and understandings, both written and oral, between the Parties with respect to the CNN-NS Claims and, except as otherwise expressly provided herein. This Stipulation is not intended to confer upon any other person any rights or remedies hereunder.

8. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

9. This Stipulation may be executed in counterparts, all of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

10. This Stipulation shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to principles of conflict of laws.

11. This Stipulation may not be amended without the express written consent of all Parties hereto.

12. The Parties acknowledge that each Party has participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either Party on account of such drafting.

13. The Bankruptcy Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

14. All contentions made in this Stipulation are made in furtherance of a proposed settlement and neither the Claimant nor the Debtors admit or concede the validity of any of claims or defenses and nothing herein shall be deemed an admission of fact or law.

STIPULATED AND CONSENTED TO AS OF OCTOBER 14, 2010 BY:

VORYS, SATER, SEYMOUR AND
PEASE LLP

By: *[signature]*
Tiffany Strelow Cobb
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8322
Facsimile: (614) 719-466

ATTORNEYS FOR CNN NEWSOURCE
SALES, INC.

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: *[signature]*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## **EXHIBIT A**

CNN NEWS SOURCE SALES STIPULATION

| NAME | CLAIM/SCHEDULE # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT |
|---|---|---|---|---|---|
| 1 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 149000500 | Channel 40, Inc. | $10,511.77 | Channel 40, Inc. | $13,003.52 |
| 2 CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30303-2762 | 4860 | Chicagoland Television News, Inc. | $2,971.46 | Chicagoland Television News, Inc. | $2,761.46 |
| 3 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 180000440 | KIAH Inc. | $12,496.75 | KIAH Inc. | $3,038.62 |
| 4 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 182000540 | KSWB Inc. | $10,839.63 | KSWB Inc. | $5,975.45 |
| 5 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 183000870 | KTLA Inc. | $71,360.36 | KTLA Inc. | $71,360.36 |
| 6 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 184000290 | KWGN, Inc. | $240.00 | KTLA Inc. | $560.28 |

CNN NEWS SOURCE SALES STIPULATION

| NAME | CLAIM/SCHEDULE # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT |
|---|---|---|---|---|---|
| 7 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 225000090 | Tribune Broadcasting News Network, Inc. | $210.00 | Tribune Broadcasting News Network, Inc. | $11,800.00 |
| 8 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 244000710 | Tribune Television New Orleans, Inc. | $11,888.82 | Tribune Television New Orleans, Inc. | $9,688.79 |
| 9 CNN NEWS SOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 245000840 | Tribune Television Northwest, Inc. | $17,382.73 | Tribune Television Northwest, Inc. | $16,662.04 |
| 10 CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30303-2762 | 4863 | WDCW Broadcasting, Inc. | $28,106.38 | WDCW Broadcasting, Inc. | $28,106.38 |
| 11 CNN NEWSOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | 252001450 | WGN Continental Broadcasting Company | $1,955.00 | WGN Continental Broadcasting Company | $10,015.34 |

## CNN NEWS SOURCE SALES STIPULATION

| NAME | CLAIM/SCHEDULE # | DEBTOR | ASSERTED AMOUNT | | MODIFIED DEBTOR | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|
| 12 CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30303-2762 | 4862 | WPIX, Inc. | $78,980.41 | [1] | WPIX, Inc. | $77,760.41 |
| 13 CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30303-2762 | 4861 | WTXX Inc. | $4,097.37 | [2] | Channel 39, Inc.<br>Tribune Television Company<br>Tribune Television Holdings, Inc. | $735.79<br>$35,035.14<br>$963.95<br>$36,734.88 |
| | | | $251,040.68 | | | $287,467.53 |

1 - Claim supersedes schedule number 254000830 in the amount of $110,291.30 against WPIX, Inc.
2 - Claim supersedes schedule number 241001970 in the amount of $26,923.10 against Tribune Television Company.