# EXHIBIT A

Letter from Required Lenders under the Bridge Facility to MLCC Agency Services dated April 26, 2010

April 26, 2010

Merrill Lynch Capital Corporation, Agency Services
600 E. Las Colinas Blvd., Suite 1300
Irving, TX 75039
Telecopy No.: (972) 401-8555

Re:   Tribune Company - $1,600,000,000 Senior Unsecured Interim Loan Agreement

To Whom it May Concern,

Reference is made to that certain $1,600,000,000 Senior Unsecured Interim Loan Agreement, dated as of December 20, 2007, among Tribune Company, the lenders named therein, Merrill Lynch Capital Corporation, as administrative agent, JPMorgan Chase Bank, N.A., as syndication agent, Citicorp North America, Inc. and Bank of America, N.A., as co-documentation agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and Banc of America Securities LLC, as joint lead arrangers and joint bookrunners (the "Bridge Loan Agreement"). Capitalized terms used but not defined herein have the meanings given them in the Bridge Loan Agreement.

You are hereby notified that the undersigned (i) constitute the Required Lenders under the Bridge Loan Agreement and (ii) are hereby removing you as Agent as of today pursuant to Section 7.06 of the Bridge Loan Agreement. Please deliver the Register described in Section 8.07(d) of the Bridge Loan Agreement to the following address: Wells Fargo Bank, N.A., as successor administrative agent, 625 Marquette Avenue, 11th Floor, Minneapolis, Minnesota 55402, Attn: David Bergstrom (Telecopy: (612) 667-9825).

Nothing in this letter shall be construed to waive any of the Lenders' rights or remedies under the Bridge Loan Agreement, the other documents, agreements or instruments related thereto, or applicable law.

April 26, 2010

Yours truly,

KING STREET CAPITAL, L.P.
By: King Street Capital Management, L.P.
   Its Investment Manager

By: King Street Capital Management GP, L.L.C.
   Its General Partner

By: _____
   Name:  Bruce S. Darringer
   Title:  Chief Operating Officer

Record Holdings: $ 15,598,660.37

April 26, 2010

Yours truly,

KING STREET ACQUISITION COMPANY, L.L.C.
By: King Street Capital Management, L.P.
    Its Manager

By: King Street Capital Management GP, L.L.C.
    Its General Partner

By: _____
    Name:
    Title: Bruce S. Darringer
         Chief Operating Officer

Record Holdings: $ 276,276,190.77

April 26, 2010

PERRY PRINCIPALS LLC

By: /s/ Michael C. Neus
Title: General Counsel

Record Holdings: $ 194,000,000.00

Case 08-13141-BLS    Doc 6038-1    Filed 10/19/10    Page 5 of 12

April 26, 2010

DEUTSCHE BANK AG NEW YORK BRANCH

By: DB Services New Jersey, Inc.

By: *(signature)*
Title: Angeline Quintana
Assistant Vice President

By: *(signature)*
Title: Edward Schaffer
Vice President

Record Holdings: $ 36,045,838.11

April 26, 2010

MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD.
MARATHON CREDIT OPPORTUNITY MASTER FUND LTD.
MARATHON CREDIT MASTER FUND LTD.
MARATHON CREDIT DISLOCATION FUND LP
CORPORATE DEBT OPPORTUNITIES FUND L.P.
PENTELI MASTER FUND LTD.

By: Marathon Asset Management L.P., its Investment Manager and Authorized Signatory

*/s/ L.T. Hanover*
By:     LOUIS T. HANOVER
Title:  AUTHORIZED SIGNATORY

Record Holdings: $ 160,000,000

04/14/2010 15:10 IFAX fax@scogcap.com → Michael Renoff ⌀002/010

April 26, 2010

SCOGGIN CAPITAL MANAGEMENT II LLC

By: Scoggin LLC, its Investment Manager

By: *(signature)*
Title:

Record Holdings: $ _____

Settled: $8.0mm
Unsettled: $8.0mm

Scoggin International Fund, Ltd.
Scoggin, LLC its investment manager
By: *(signature)*

Settled: $12.0mm
Unsettled: $12.0mm

Scoggin Worldwide Fund, Ltd.
By: Old Bellows Partners LP its Investment Manager
By: Old Bell Associates LLC Its General Partner
By: *(signature)*

Settled: $5.0mm
Unsettled: $5.0mm

April 15, 2010

LISPENARD STREET CREDIT (MASTER), LTD.

By: DiMaio Ahmad Capital LLC, its investment advisor

By: PAUL TRAVERS
Title: PRINCIPAL

Record Holdings: $ 35,095,238.11

04/19/2010 15:00 FAX ⌐018

April 26, 2010

VAN KAMPEN SENIOR LOAN FUND
VAN KAMPEN SENIOR INCOME TRUST
VAN KAMPEN DYNAMIC CREDIT OPPORTUNITIES FUND

By: Van Kampen Asset Management

By:
Title:

**ROBERT DROBNY**
**Executive Director**

Record Holdings: $ 104,787,878.8*

\* This is our holding, amount last contacts might not not asked, where the buyer has not provided consent to sign this letter.

04/19/2010 15:00 FAX                                                                                                         ☒019

April 26, 2010

ZODIAC FUND – MORGAN STANLEY US SENIOR LOAN FUND
MORGAN STANLEY PRIME INCOME TRUST

By: Morgan Stanley Investment Management Inc. as Investment Adviser

By: *(signature)*
Title: **ROBERT DROBNY**
**Executive Director**

Record Holdings: $ 13,593,073.59*

---

* This is our holding amount less amounts sold but not settled, where the buyer has not provided consent to sign this letter

April 26, 2010

GOLDMAN SACHS LENDING PARTNERS LLC

By: Dennis Lafferty
Title: Managing Director

Record Holdings: $ 67 MM