Case No. 08-13141 (KJC)
Exhibit "A" to Omnibus Order Approving Fee Applications
for the Compensation Period June 1, 2009 - August 31, 2009

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 2347 | $301,335.00 | $18,211.92 | $319,546.92 |
| Sidley Austin LLP (Counsel to Debtors) | 2365 | $4,510,127.00 | $99,253.67 | $4,609,380.67 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 2356 | $1,937,557.50 | $13,975.46 | $1,951,532.96 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 2357 | $17,875.81 | $0.00 | $17,875.81 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 2348 * | $571,206.00 | $3,514.84 | $574,720.84 |
| Deloitte & Touche LLP (Financial and Accounting Advisors) | 2370 * | $84,010.00 | $163.93 | $84,173.93 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 2359 * | $555,000.00 | $5,910.12 | $560,910.12 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 2349 | $82,540.46 | $1,355.52 | $83,895.98 |
| Jones Day (Special Counsel for Certain Litigation Matters for Debtors) | 2371 | $46,925.00 | $43.69 | $46,968.69 |
| Lazard Freres & Co. LLC (Investment Bankers to Debtors) | 2362 | $600,000.00 | $19,889.23 | $619,889.23 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 2820 | $352,935.92 | $1,254.30 | $354,190.22 |
| Paul, Hastings, Janofsky & Walker LLP (Special Counsel for General Real Estate for Debtors) | 2363 | $237,908.50 | $1,368.46 | $239,276.96 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 2376 | $615,239.50 | $3,678.45 | $618,917.95 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 2267 | $46,079.50 | $562.58 | $46,642.08 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 2367 | $257,466.75 | $21,778.61 | $279,245.36 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 2467 | $294,687.50 | $518.60 | $295,206.10 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 2358 | $3,618,232.50 | $116,215.57 | $3,734,448.07 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 2360 | $230,378.50 | $14,582.55 | $244,961.05 |
| AlixPartners, LLP (Financial Advisor to Committee) | 2327 | $1,503,938.50 | $16,805.64 | $1,520,744.14 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 2361 | $600,000.00 | $27,940.23 | $627,940.23 |
| **Committee Members** | | | | |
| Committee Members [Buena Vista Television, Gabielle Davis, Michael Thornton; Deutsche Bank Trust Company, Rodney Gaughan; JPMorgan Chase, Miriam T. Kulnis; William Niese; Warner Brothers, Wayne M. Smith; Washington-Baltimore Newspaper Guild, Local 32035, William Salganik; Counsel to Washington-Baltimore Newspaper Guild, Local 32035, Robert E. Paul, Esquire; Wilmington Trust Counsel, Daniel J. Saval, Esquire] | 1835 2010 2234 | $0.00 | $20,565.23 | $20,565.23 |

#7045689.1
* The Interim Period for (i) Dow Lohnes is May 26, 2009 through August 31, 2009; (ii) Deloitte Touche LLP is June 26, 2009 through August 31, 2009; and (iii) Ernst Young LLP is May 31, 2009 through August 31, 2009.

1