# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 22, 2010 AT 2:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by phone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## WITHDRAWN MATTERS

1.     [Redacted] Motion of Aurelius Capital Management, LP to Disqualify Chadbourne &
       Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Matters in Which it Has Conflicts of Interest (Filed September 13, 2010) (Docket No. 5669)

Related Document(s):

    (a)    Order (Entered September 15, 2010) (Docket No. 5701)

    (b)    Notice of Hearing (Filed September 15, 2010) (Docket No. 5708)

    (c)    Order Regarding Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 21, 2010) (Docket No. 5761)

    (c)    Order Denying In Part Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke, LLP (Entered September 24, 2010) (Docket No. 5810)

Objection Deadline:  September 20, 2010 at 4:00 p.m.

Responses Received:

    (a)    Objection of the Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 20, 2010) (Docket No. 5737)

    (b)    Response of Deutsche Bank Trust Company Americas, Indenture Trustee Under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture to the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 20, 2010) (Docket No. 5740)

    (c)    Joinder of Wilmington Trust Company to the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 20, 2010) (Docket No. 5742)

    (d)    Joinder of Warner Bros. Television to the Objection of the Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest  (Filed September 21, 2010) (Docket No. 5762)

46429/0001-6917781v1

(e)     Reply of Official Committee of Unsecured Creditors to the Response of Deutsche Bank Trust Company Americas and the Joinder of Wilmington Trust Company to the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it has Conflicts of Interest (Filed September 21, 2010) (Docket No. 5764)

(f)     PBGC's Joinder to the Objection of the Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 21, 2010) (Docket No. 5765)

(g)     Statement of Committee Member Washington-Baltimore Newspaper Guild in Support of Objection of Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting of Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 21, 2010) (Docket No. 5766)

(h)     Joinder of William A. Niese, a Member of the Official Committee of Unsecured Creditors and a Representative of the TM Retirees, to the Objection of the Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 21, 2010) (Docket No. 5770)

(i)     Reply in Support of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 22, 2010) (Docket No. 5779)

(j)     Notice of Withdrawal with Prejudice of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP (Filed October 8, 2010) (Docket No. 5919)

Status:     The Motion was withdrawn.  This matter will not be going forward.

46429/0001-6917781v1

## ADJOURNED MATTERS

2.      Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2560)

   Related Document(s):

   (a)      Notice of Submission of Proofs of Claim Regarding Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2684)

   (b)      Order Sustaining Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3012)

   Response Deadline:  December 8, 2009 at 4:00 p.m.

   Responses Received:

   (a)      Response by Claudia Sanzeri to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims (Filed December 8, 2009) (Docket No. 2765)

   Status:      The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. The hearing on the Objection is adjourned to the November 23, 2010 hearing as to the claim of Claudia Sanzeri only. This matter will not be going forward.

3.      Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

   Related Document(s):

   (a)      Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

   (b)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

46429/0001-6917781v1

      (c)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

Response Deadline: December 8, 2009 at 4:00 p.m.
Responses Received:

      (a)      Response by Karolyn M. Walker to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2739)

      (b)      Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

      (c)      Informal Response received from GE Capital Fleet Services

Status:      The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver. The hearing on the Objection is adjourned to the November 23, 2010 hearing as to the claims of GE Capital Fleet Services, Karolyn M. Walker and Robby S. Wells. This matter will not be going forward.

4.      Debtors' Objection to Claim No. 3697 of Robert Henke Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed March 19, 2010) (Docket No. 3796)

Response Deadline: April 12, 2010 at 4:00 p.m.

Responses Received:

      (a)      Claimant's Response to Debtors' Objection to Claim No. 3697 of Claimant Robert Henke (Filed April 9, 2010) (Docket No. 3989)

Status:      The parties intend to file a stipulation lifting the stay for limited purposes. This matter will not be going forward.

46429/0001-6917781v1

5.     Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

       Related Document(s):

       (a)     Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive)
               Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
               Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered
               June 14, 2010) (Docket No. 4774)

       (b)     Order Sustaining in Part Debtors' Twenty-Seventh Omnibus Objection
               (Non-Substantive) to Claims as it Relates to Claim No. 5785 of Cawley
               Chicago Portfolio, LLC (Entered July 19, 2010) (Docket No. 5071)

       Response Deadline:  June 9, 2010 at 4:00 p.m.

       Responses Received:

       (a)     Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

       Status:     The Court entered an Order sustaining the Objection with respect to all
                   claimants who did not contest or otherwise respond to the Objection and
                   with respect to the claim of Cawley Chicago Portfolio, LLC.  The
                   Objection was withdrawn as to the claims of the United States
                   Environmental Protection Agency and Annapolis West Limited
                   Partnership.  The Debtors and Marcia Willette are exchanging information
                   with respect to her claim.  The hearing on the Objection is adjourned to
                   the November 23, 2010 hearing as to the claim of Marcia Willette only.
                   This matter will not be going forward.

6.     Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs
       of Claim (Filed May 20, 2010) (Docket No. 4513)

       Related Document(s):

       (a)     Stipulation Extending the Deadline to Respond to, and Adjourning
               Hearing on, Movants' Motion for Class Certification and Class Treatment
               of Movants' Class Proofs of Claim (Filed June 7, 2010) (Docket No.
               4702)

       (b)     Stipulation Extending the Deadline to Respond to, and Adjourning
               Hearing on, Movants' Motion for Class Certification and Class Treatment
               of Movants' Class Proofs of Claim (Filed August 4, 2010) (Docket No.
               5277)

46429/0001-6917781v1

(c)     Stipulation Extending the Deadline to Respond to, and Adjourning Hearing on, Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (Filed October 1, 2010) (Docket No. 5862)

Objection Deadline: June 7, 2010 at 4:00 p.m.
Pursuant to the Stipulation executed by the parties, the Objection Deadline was extended to November 1, 2010 for the Debtors.

Responses Received: None at this time.

Status:     Pursuant to the Stipulation executed by the parties, this matter is adjourned to the November 23, 2010 hearing. This matter will not be going forward.

7.     Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 19, 2010) (Docket No. 5081)

Related Document(s):

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 5, 2010) (Docket No. 5266)

(b)     Order Partially Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 19, 2010) (Docket No. 5434)

Response Deadline: August 12, 2010 at 4:00 p.m.

Responses Received:

(a)     Informal response received from Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. (Received August 3, 2010);

(b)     Informal response received from the City of Chicago Department of Revenue (Received August 10, 2010); and

(c)     Informal response received from the City of West Hollywood (Received August 12, 2010)

46429/0001-6917781v1

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and with respect to the claim of the City of West Hollywood. The hearing on the Objection is adjourned to the November 23, 2010 hearing as to Claim No. 6344 of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. and Claim No. 728 of the City of Chicago. This matter will not be going forward.

8. Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 19, 2010) (Docket No. 5083)

Related Document(s):

(a) Notice of Amendment to Exhibit D to Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 23, 2010) (Docket No. 5110)

(b) Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 5, 2010) (Docket No. 5267)

(c) Order Partially Sustaining Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered August 19, 2010) (Docket No. 5435)

Response Deadline: August 12, 2010 at 4:00 p.m.

Responses Received:

(a) Informal response of Google Inc. (Received August 10, 2010)

(b) Response by EMC Corporation (Filed August 12, 2010) (Docket No. 5360)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. The parties intend to submit a stipulation between Tribune Company and Google, Inc. to the Court under certification, and are in discussions with EMC Corporation to resolve the Objection. The hearing on the Objection as to Claim No. 2236 of EMC Corporation and Claim No. 810 of Google, Inc. is adjourned to the November 23, 2010 hearing. This matter will not be going forward.

8

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

9.    Motion of Federal Insurance Company for Order Authorizing it to Make Settlement Payment or, in the Alternative, for Relief from the Automatic Stay (Filed October 1, 2010) (Docket No. 5859)

Related Document(s):

(a)    Notice of Filing Amended Order Granting Motion of Federal Insurance Company for Order Authorizing It to Make Settlement Payment or, in the Alternative, for Relief from the Automatic Stay (Filed October 7, 2010) (Docket No. 5905)

(b)    Certificate of No Objection to Motion of Federal Insurance Company for Order Authorizing It to Make Settlement Payment or, in the Alternative, for Relief from the Automatic Stay (Filed October 19, 2010) (Docket No. 6036)

Objection Deadline:  October 15, 2010 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

10.    Supplemental Application of the Debtors for the Entry of an Order Modifying the Scope of the Retention and Employment of Reed Smith LLP to Include Services Relating to Certain Employee-Related Matters, *Nunc Pro Tunc* to August 27, 2010 (Filed October 1, 2010) (Docket No. 5872)

Related Document(s):

(a)    Certification of No Objection Regarding Docket No. 5872 (Filed October 18, 2010) (Docket No. 6003)

Objection Deadline:  October 15, 2010 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

46429/0001-6917781v1

11.   Application for an Order Authorizing Debtors to Employ and Retain Levine Sullivan Koch & Schulz, L.L.P. as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to September 1, 2010 (Filed October 4, 2010) (Docket No. 5883)

Related Document(s):

     (a)   Certification of No Objection Regarding Docket No. 5883 (Filed October 18, 2010) (Docket No. 6006)

Objection Deadline:  October 15, 2010 at 4:00 p.m.

Responses Received:  None.

Status:   A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

12.   Supplemental Application for an Order Modifying the Scope of the Retention of Dow Lohnes PLLC to Include Services Relating to Certain Broadcast Contract Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to September 15, 2010 (Filed October 4, 2010) (Docket No. 5888)

Related Document(s):

     (a)   Certification of No Objection Regarding Docket No. 5888 (Filed October 18, 2010) (Docket No. 6030)

Objection Deadline:  October 15, 2010 at 4:00 p.m.

Responses Received:  None.

Status:   A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## CONTESTED MATTERS GOING FORWARD

13.   Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

Objection Deadline:  March 5, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

46429/0001-6917781v1

Responses Received:

    (a)    Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

    (b)    Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

    (c)    Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with a Pretrial Settlement Conference with Respect to a Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered November 25, 2009) (Docket No. 2652)

    (d)    Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with Certain Limited Discovery with Respect to Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered January 27, 2010) (Docket No. 3237)

Status:    The parties are in discussions and may continue this matter. The matter will be going forward as a status conference only.

14.    Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Related Document(s):

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

    (b)    Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

46429/0001-6917781v1

(c)    Certification of Counsel Regarding Order Approving (I) Stipulation Between the Debtors and CNN Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as It Relates to Claim No. 4863 of CNN Newsource Sales, Inc. (Filed October 19, 2010) (Docket No. 6036)

Response Deadline:  May 11, 2010 at 4:00 p.m.

Responses Received:

(a)    Response by Maureen Dombeck (Filed April 26, 2010) (Docket No. 4156)

(b)    Response by Terry Godbey (Filed May 10, 2010) (Docket No. 4272)

(c)    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Los Angeles Times Companies](Claims ## 4748, 4749, 4750, & 4751) (Filed May 11, 2010) (Docket No. 4326)

(d)    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Chicago Tribune Companies](Claims ## 4634, 4635, 4636, & 4640) (Filed May 11, 2010) (Docket No. 4327)

(e)    Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

(f)    Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

(g)    Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

(h)    Response by William Virgil Cotton (Filed May 27, 2010) (Docket No. 4628)[2]

(i)    Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

(j)    Informal Response received from CNN Newsource Sales, Inc. (Received May 6, 2010)

---

[2] The Response of William Virgil Cotton was filed after (i) the Objection Deadline and (ii) the entry of the Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1.

46429/0001-6917781v1

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. A Certification of Counsel, together with a proposed form of order and stipulation with CNN Newsource Sales, Inc., resolving claim number 4863 of CNN Newsource, was filed with the Court. The Debtors are engaged in discussions with the remaining claimants to resolve the Objection. The hearing on the Objection is adjourned to the November 23, 2010 hearing as to the claims of Terry Godbey, Oracle, Marbury von Briesen and Herbert Eye. This matter will be going forward as to the claim of Maureen Dombeck only.

15. Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Exhibit Under Seal (Filed September 13, 2010) (Docket No. 5667)

Related Document(s):

    (a)    Notice of Chadbourne & Parke LLP's Withdrawal as Counsel with Respect to the September 13, 2010 (i) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Claims of the Debtors' Estates and (ii) Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Exhibit Under Seal (Filed October 13, 2010) (Docket No. 5942)

Objection Deadline: October 1, 2010 at 4:00 p.m.

Responses Received: None.

Status:    This matter will be going forward.

16. Motion of the Official Committee of Unsecured Creditors for Entry of Order Granting Leave, Standing and Authority to Commence Prosecute and Settle Certain Claims of the Debtors' Estates (Filed September 13, 2010) (Docket No. 5668)

Related Document(s):

    (a)    Notice of Chadbourne & Parke LLP's Withdrawal as Counsel with Respect to the September 13, 2010 (i) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims of the Debtors' Estates and (ii) Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Exhibit Under Seal (Filed October 13, 2010) (Docket No. 5942)

46429/0001-6917781v1

(b)      Reply of the Official Committee of Unsecured Creditors in Support of (i) Its September 14, 2010 Supplement to Its Motion for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (ii) Its September 13, 2010 Motion for Entry of an order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims of the Debtors' Estates (Filed October 19, 2010) (Docket No. 6035)

Objection Deadline: October 1, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on October 7, 2010 for the Debtors.

Responses Received:

(a)      Credit Agreement Lenders' Response to Motions of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed October 1, 2010) (Docket No. 5871)

(b)      Limited Objection of Wilmington Trust Company to the Motions of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims of the Debtors' Estates (Filed October 14, 2010) (Docket No. 5951)

Status:      This matter will be going forward.

17.      Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee (Filed September 13, 2010) (Docket No. 5680)

Related Document(s):

(a)      Notice of Hearing (Filed September 15, 2010) (Docket No. 5709)

Objection Deadline: October 15, 2010 at 4:00 p.m.

Responses Received:

(a)      J.P. Morgan Chase Bank, N.A. and JPMorgan Securities, Inc.'s Objection to Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee (Filed October 15, 2010) (Docket No. 5965)

(b)      Objection of Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee (Filed October 15, 2010) (Docket No. 5976)

46429/0001-6917781v1

       (c)       Debtors' Objection to the Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee (Filed October 15, 2010) (Docket No. 5980)

       (d)       Credit Agreement Lenders' Objection to Motion of Aurelius Capital Management for the Appointment of a Chapter 11 Trustee (Filed October 15, 2010) (Docket No. 5983)

Status:       The Movant will request that this matter be adjourned to a date and time to be determined by the Court.

18.       Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee (Filed September 13, 2010) (Docket No. 5681)

Related Document(s):

       (a)       Order (Entered September 15, 2010) (Docket No. 5703)

Objection Deadline: October 15, 2010 at 4:00 p.m.

Responses Received:

       (a)       Objection to the Official Committee of Unsecured Creditors to Aurelius' Sealing Motions (Docket Nos. 5671 and 5681) (Filed September 20, 2010) (Docket No. 5738)

Status:       The Movant will request that this matter be adjourned to a date and time to be determined by the Court.

19.       Supplement to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed September 14, 2010) (Docket No. 5698)

Related Document(s):

       (a)       Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 1, 2010) (Docket No. 3281)

       (b)       Notice of Hearing (Filed September 14, 2010) (Docket No. 5697)

(c) Reply of the Official Committee of Unsecured Creditors in Support of (i) Its September 14, 2010 Supplement to Its Motion for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (ii) Its September 13, 2010 Motion for Entry of an order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims of the Debtors' Estates (Filed October 19, 2010) (Docket No. 6035)

Objection Deadline: February 11, 2010 at 4:00 p.m.

Responses Received:

(a) JPMorgan Chase Bank, N.A.'s Response to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors Estates [Dkt No. 3281] (Filed February 11, 2009) (Docket No. 3363)

(b) Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates [Dkt. No. 3281] (Filed February 11, 2009) (Docket No. 3366)

(c) Debtors' Response and Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates (Filed February 11, 2010) (Docket No. 3371)

(d) Credit Agreement Lenders' Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 11, 2010) (Docket No. 3374)

(e) Limited Joinder of Citicorp North America, Inc. and Citigroup Global Markets Inc. to (I) J.P. Morgan Chase Bank, N.A.'s Responses and (II) the Credit Agreement Lenders' Objections to (A) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (B) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3376)

(f)     Response of Wilmington Trust Company, as Indenture Trustee, to the Official Creditors' Committee's Standing Motion and Cross-Motion for Order Authorizing Intervention in any Resulting Estate Litigation (Filed February 11, 2010) (Docket No. 3377) [Redacted and Unredacted]

(g)     Limited Joinder of Bank of America, N.A. and Banc of America Securities LLC to J.P. Morgan Chase Bank, N.A.'s and the Credit Agreement Lenders' Responses to (I) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (II) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 12, 2010) (Docket No. 3389)

(h)     Joinder of Law Debenture Trust Company of New York to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors Estates (Filed February 12, 2010) (Docket No. 3393)

(i)     Joinder of Centerbridge Credit Advisors LLC to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 12, 2010) (Docket No. 3407)

(j)     Reply of the Official Committee of Unsecured Creditors in Support of Its Motion for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 15, 2010) (Docket No. 3410)

(k)     Reply of Law Debenture Trust Company of New York in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 16, 2010) (Docket No. 3439) [Redacted and Unredacted]

(l)     Declaration of Andrew W. Glenn (Filed February 16, 2010) (Docket No. 3440) [Redacted and Unredacted]

(m)     Credit Agreement Lenders' Response to Motions of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed October 1, 2010) (Docket No. 5871)

46429/0001-6917781v1

(n)    Debtors' (I) Supplemental Response and Limited Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and Supplement to Motion, and (II) Response and Limited Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims of the Debtors' Estates (Filed October 7, 2010) (Docket No. 5909)

(o)    The Bridge Agent's Limited Objection to (I) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (II) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims of the Debtors' Estates (Filed October 7, 2010) (Docket No. 5910)

(p)    Aurelius Capital Management, LP's Limited Objection to Motions of the Official Committee of Unsecured Creditors for Entry of Orders Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed October 11, 2010) (Docket No. 5922)

(q)    Limited Objection of Wilmington Trust Company to the Motions of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims of the Debtors' Estates (Filed October 14, 2010) (Docket No. 5951)

(r)    Objection of Merrill Lynch to Supplement to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and in Response to the Limited Objection of Aurelius Capital Management, LP (Filed October 19, 2010) (Docket No. 6038)

Status:    This matter will be going forward.

20.    Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Unredacted Exhibit Under Seal (Filed September 14, 2010) (Docket No. 5699)

Related Document(s):

(a)    Supplement to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed September 14, 2010) (Docket No. 5698)

46429/0001-6917781v1

(b)     Amended Notice of Hearing (Filed September 21, 2010) (Docket No. 5769)

Objection Deadline:  October 15, 2010 at 4:00 p.m.

Responses Received:  None.

Status:        This matter will be going forward.

21.    Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 22, 2010) (Docket No. 5786)

Related Document(s):

(a)     Certification of No Objection Regarding Docket No. 5786 (Filed October 18, 2010) (Docket No. 6002)

(b)     Notice of Withdrawal of Certification of No Objection (Filed October 19, 2010) (Docket No. 6032)

Response Deadline:  October 15, 2010 at 4:00 p.m.

Responses Received:

(a)     Response of Emerson Tucker to Thirty-Sixth Omnibus (Substantive) Objection to Claims (Filed October 18, 2010) (Docket No. 5999)

Status:        This matter will be going forward.

22.    Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Novack and Macey LLP as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to August 26, 2010 (Filed September 24, 2010) (Docket No. 5808)

Objection Deadline:  October 15, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on October 19, 2010 for the Official Committee of Unsecured Creditors and Aurelius Capital Management.

Responses Received:  None.

Status:        This matter will be going forward.

46429/0001-6917781v1

23. Application of the Debtors for an Order Authorizing Debtor Tribune Company to Retain and Employ Sitrick And Company as Corporate Communications Consultants Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to August 26, 2010 (Filed September 25, 2010) (Docket No. 5813)

Objection Deadline: October 15, 2010 at 4:00 p.m.

Responses Received:

(a) Objection of Official Committee of Unsecured Creditors to the Application of the Debtors for an Order Authorizing Debtor Tribune Company to Retain and Employ Sitrick And Company as Corporate Communications Consultants Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to August 26, 2010 (Filed October 15, 2010) (Docket No. 5977)

Status: This matter will be going forward.

## PROFESSIONAL FEE APPLICATIONS – CERTIFICATIONS OF COUNSEL FILED

24. Notice of Hearing on Final Fee Applications of Examiner and Certain of his Professionals (Filed August 31, 2010) (Docket No. 5585)

Related Document(s):

(a) Fourth Monthly and Final Fee Application of Saul Ewing LLP, Counsel to Kenneth N. Klee, Esq., the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2010 through August 30, 2010 and May 1, 2010 through August 30, 2010, Respectively (Filed August 31, 2010) (Docket No. 5572)

(b) Final Application of Klee, Tuchin, Bogdanoff & Stern LLP for Compensation and Reimbursement of Expenses as Counsel to Kenneth N. Klee, the Examiner, for the Period April 30, 2010 through August 20, 2010 (Filed August 31, 2010) (Docket No. 5582)

(c) Final Application of Kenneth N. Klee, the Examiner, for Compensation and Reimbursement of Expenses for the Period April 30, 2010 through August 20, 2010 (Filed August 31, 2010) (Docket No. 5584)

(d) Supplement Re: Final Application of Kenneth N. Klee, the Examiner, for Compensation and Reimbursement of Expenses for the Period April 30, 2010 through August 20, 2010 (Filed October 12, 2010) (Docket No. 5938)

46429/0001-6917781v1

(e)    Supplement Re: Final Application of Klee, Tuchin, Bogdanoff & Stern LLP for Compensation and Reimbursement of Expenses as Counsel to Kenneth N. Klee, the Examiner, for the Period April 30, 2010 through August 20, 2010 (Filed October 12, 2010) (Docket No. 5939)

(f)    Supplement to Fourth Monthly and Final Fee Application of Saul Ewing LLP, Counsel to Kenneth N. Klee, Esq., the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2010 through August 30, 2010 and May 1, 2010 through August 30, 2010, Respectively (Filed October 12, 2010) (Docket No. 5940)

(g)    Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications for Kenneth N. Klee, the Examiner, and his Professionals (Filed October 20, 2010) (Docket No. 6042)

Objection Deadline: September 21, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to October 11, 2010.

Responses Received: None.

Status:    All fee applications are uncontested and all issues raised by the Fee Examiner with respect to the Applications have been resolved. The Debtors filed a proposed omnibus fee order, under certification of counsel, for the Court's consideration. This matter will not be going forward unless otherwise directed by the Court.

25.    Notice of Hearing on Final Fee Application of LECG LLC (Filed September 16, 2010) (Docket No. 5723)

Related Document(s):

(a)    First and Final Application for Compensation and Reimbursement of Expenses of LECG, LLC, as Financial Advisors to the Examiner for the Period of April 30, 2010 through August 20, 2010 (Filed September 16, 2010) (Docket No. 5722)

(b)    Supplement Re: Final Application for Compensation and Reimbursement of Expenses of LECG, LLC, as Financial Advisors to the Examiner for the Period of April 30, 2010 through August 20, 2010 (Filed October 12, 2010) (Docket No. 5937)

(c)    Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications for Kenneth N. Klee, the Examiner, and his Professionals (Filed October 20, 2010) (Docket No. 6042)

46429/0001-6917781v1

Objection Deadline: October 6, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to October 11, 2010.

Responses Received: None at this time.

Status:  A certification of counsel, together with a proposed order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

26.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Third Interim Fee Period (Filed September 22, 2010) (Docket No. 5784)

Related Document(s):

(a)  See Exhibit A for the relevant fee applications and fee examiner final reports

(b)  Certification of Counsel Regarding Omnibus Order Approving Fee Applications for the Compensation Period June 1, 2009 through August 31, 2009 (Filed October 20, 2010) (Docket No. 6040)

Response Deadlines: See respective Applicants' monthly fee applications.

Responses Received: None.

Status:  All fee applications are uncontested and all issues raised by the Fee Examiner with respect to the Applications have been resolved. A certification of counsel, together with a proposed order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

Dated: October 20, 2010

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

46429/0001-6917781v1

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-6917781v1

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

## EXHIBIT "A"
## REGARDING INTERIM FEE APPLICATIONS
## FOR HEARING ON OCTOBER 22, 2010 AT 2:00 P.M.

1.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Third Interim Fee Period (Filed September 22, 2010) (Docket No. 5784)

**Fee Applications**:

A.    <u>Cole, Schotz, Meisel, Forman & Leonard, P.A.</u>

1.    Third Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2347)

2.    Certification of No Objection Regarding Third Interim Fee Application (Filed November 6, 2009) (Docket No. 2513)

3.    Sixth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2009 through June 30, 2009 (Filed July 22, 2009) (Docket No. 1802)

4.    Certification of No Objection Regarding Sixth Monthly Fee Application (Filed August 14, 2009) (Docket No. 1964)

5.    Seventh Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2009 through July 31, 2009 (Filed August 28, 2009) (Docket No. 2051)

6.    Certification of No Objection Regarding Seventh Monthly Fee Application (Filed September 23, 2009) (Docket No. 2203)

7.    Eighth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2009 through August 31, 2009 (Filed October 2, 2009) (Docket No. 2275)

8.    Certification of No Objection Regarding Eighth Monthly Fee Application (Filed October 26, 2009) (Docket No. 2427)

9.    Fee Examiner's Final Report Regarding Third Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed October 4, 2010) (Docket No. 5885)

B.    <u>Sidley Austin LLP</u>

1.    Third Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2365)

2.    Certification of No Objection Regarding Third Quarterly Fee Application (Filed November 6, 2009) (Docket No. 2521)

3.     Sixth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2009 through June 30, 2009 (Filed July 27, 2009) (Docket No. 1837)

4.     Certification of No Objection Regarding Sixth Monthly Fee Application (Filed August 19, 2009) (Docket No. 1982)

5.     Seventh Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of July 1, 2009 through July 31, 2009 (Filed August 25, 2009) (Docket No. 2017)

6.     Certification of No Objection Regarding Seventh Monthly Fee Application (Filed September 16, 2009) (Docket No. 2132)

7.     Eighth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2009 through August 31, 2009 (Filed October 1, 2009) (Docket No. 2262)

8.     Certification of No Objection Regarding Eighth Monthly Fee Application (Filed October 26, 2009) (Docket No. 2425)

9.     Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Sidley Austin LLP (Filed October 8, 2010) (Docket No. 5912)

C.     <u>Alvarez & Marsal North America</u>

1.     Third Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2356)

2.     Certification of No Objection Regarding Third Interim Fee Application (Filed November 6, 2009) (Docket No. 2517)

3.     Sixth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2009 through June 30, 2009 (Filed August 17, 2009) (Docket No. 1969)

4.     Certification of No Objection Regarding Sixth Monthly Fee Statement (Filed September 11, 2009) (Docket No. 2108)

5. Seventh Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from July 1, 2009 through July 31, 2009 (Filed September 8, 2009) (Docket No. 2102)

6. Certification of No Objection Regarding Seventh Monthly Fee Statement (Filed October 1, 2009) (Docket No. 2257)

7. Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2009 through August 31, 2009 (Filed September 25, 2009) (Docket No. 2228)

8. Certification of No Objection Regarding Seventh Monthly Fee Statement (Filed October 19, 2009) (Docket No. 2384)

9. Fee Examiner's Final Report Regarding Third Interim Fee Application of Alvarez & Marsal North America, LLC (Filed August 4, 2010) (Docket No. 5272)

D. <u>Daniel J. Edelman, Inc.</u>

1. Second Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2357)

2. Certification of No Objection Regarding Second Quarterly Application (Filed November 6, 2009) (Docket No. 2518)

3. Fourth Monthly Application of Daniel J. Edelman, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from June 1, 2009 through June 30, 2009 (Filed July 29, 2009) (Docket No. 1857)

4. Certification of No Objection Regarding Fourth Monthly Application (Filed August 21, 2009) (Docket No. 1990)

5. Fifth Monthly Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors in Possession, for Services Rendered and Expenses Incurred for the Period July 1, 2009 through July 31, 2009 (Filed September 2, 2009) (Docket No. 2078)

6. Certification of No Objection Regarding Fifth Monthly Application (Filed September 25, 2009) (Docket No. 2227)

7. Sixth Monthly Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors in Possession, for Services Rendered and Expenses Incurred for the Period August 1, 2009 through August 31, 2009 (Filed October 6, 2009) (Docket No. 2282)

8. Certification of No Objection Regarding Sixth Monthly Application (Filed November 2, 2009) (Docket No. 2472)

9. Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed August 4, 2010) (Docket No. 5268)

E. <u>Dow Lohnes PLLC</u>

1. First Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 26, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2348)

2. Certification of No Objection Regarding First Interim Application (Filed November 6, 2009) (Docket No. 2514)

3. First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of May 26, 2009 through June 30, 2009 (Filed August 4, 2009) (Docket No. 1884)

4. Certification of No Objection Regarding First Monthly Application (Filed October 14, 2009) (Docket No. 2335)

5. Second Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of July 1, 2009 through July 31, 2009 (Filed August 21, 2009) (Docket No. 1991)

6. Certification of No Objection Regarding Second Monthly Application (Filed October 14, 2009) (Docket No. 2336)

7. Third Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of

August 1, 2009 through August 31, 2009 (Filed September 25, 2009) (Docket No. 2230)

8.  Certification of No Objection Regarding Third Monthly Application (Filed October 19, 2009) (Docket No. 2386)

9.  Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Dow Lohnes PLLC (Filed December 7, 2010) (Docket No. 2761)

F.  Deloitte & Touche LLP

1.  First Interim Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial and Accounting Advisors to the Debtors and Debtors in Possession for the Period of June 26, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2370)

2.  Certification of No Objection Regarding First Interim Fee Application (Filed November 6, 2009) (Docket No. 2522)

3.  First Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial and Accounting Advisors to the Debtors and Debtors in Possession for the Period of July 1, 2009 through July 31, 2009 (Filed August 25, 2009) (Docket No. 2018)

4.  Certification of No Objection Regarding First Monthly Application (Filed September 16, 2009) (Docket No. 2133)

5.  Fee Examiner's Final Report Regarding First Interim Fee Application of Deloitte & Touche LLP (Filed July 22, 2010) (Docket No. 5105)

G.  Ernst & Young LLP

1.  First Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from May 31, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2359)

2.  Certification of No Objection Regarding First Quarterly Fee Application (Filed November 6, 2009) (Docket No. 2519)

3.  Combined First, Second and Third Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for The Debtors and Debtors in Possession

for the Period from May 31, 2009 through August 31, 2009 (Filed October 9, 2009) (Docket No. 2318)

4. Certification of No Objection Regarding Combined First, Second and Third Monthly Application (Filed November 2, 2009) (Docket No. 2476)

5. Fee Examiner's Final Report Regarding Combined First Quarterly Fee Application of Ernst & Young LLP (Filed October 5, 2010) (Docket No. 5890)

## H. Jenner & Block LLP

1. Third Quarterly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2349)

2. Certification of No Objection Regarding Third Quarterly Application (Filed November 6, 2009) (Docket No. 2515)

3. Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2009 through June 30, 2009 (Filed July 27, 2009) (Docket No. 1838)

4. Certification of No Objection Regarding Monthly Application (Filed August 19, 2009) (Docket No. 1984)

5. Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2009 through July 31, 2009 (Filed August 28, 2009) (Docket No. 2042)

6. Certification of No Objection Regarding Monthly Application (Filed October 9, 2009) (Docket No. 2316)

7. Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2009 through August 31, 2009 (Filed October 7, 2009) (Docket No. 2294)

8. Certification of No Objection Regarding Monthly Application (Filed November 2, 2009) (Docket No. 2473)

9. Fee Examiner's Final Report Regarding Third Quarterly Application of Jenner & Block LLP (Filed March 30, 2010) (Docket No. 3892)

I.       Jones Day

1.       Third Interim Fee Application of Jones Day for Allowance of
         Compensation and Reimbursement of Expenses for the Period June 1,
         2009 through June 30, 2009 (Filed October 15, 2009) (Docket No. 2371)

2.       Certification of No Objection Regarding Third Interim Fee Application
         (Filed November 6, 2009) (Docket No. 2523)

3.       Third Application of Jones Day for Allowance of Compensation and for
         Reimbursement of Expenses for the Period from June 1, 2009 through
         June 30, 2009 (Filed August 13, 2009) (Docket No. 1957)

4.       Certification of No Objection Regarding Third Application (Filed
         September 4, 2009) (Docket No. 2097)

5.       Fourth Application of Jones Day for Allowance of Compensation and for
         Reimbursement of Expenses for the Period from July 1, 2009 through
         August 31, 2009 (Filed September 25, 2009) (Docket No. 2229)

6.       Certification of No Objection Regarding Fourth Application (Filed
         October 19, 2009) (Docket No. 2385)

7.       Fee Examiner's Final Report Regarding Third Interim Fee Application of
         Jones Day (Filed January 27, 2010) (Docket No. 3248)

J.       Lazard Frères & Co. LLC

1.       Third Interim Fee Application of Lazard Frères & Co. LLC, Investment
         Banker and Financial Advisor to the Debtors for Allowance of
         Compensation and Reimbursement of Expenses for the Period June 1,
         2009 through August 31, 2009 (Filed October 15, 2009) (Docket No.
         2362)

2.       Certification of No Objection Regarding Third Interim Fee Application
         (Filed November 6, 2009) (Docket No. 2520)

3.       Sixth Monthly Application of Lazard Frères & Co. LLC, Investment
         Banker and Financial Advisor to the Debtors for Allowance of
         Compensation and Reimbursement of Expenses for the Period June 1,
         2009 through June 30, 2009 (Filed September 16, 2009) (Docket No.
         2131)

4.       Certification of No Objection Regarding Sixth Monthly Application (Filed
         October 18, 2009) (Docket No. 2300)

5.       Seventh Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2009 through July 31, 2009 (Filed October 14, 2009) (Docket No. 2341)

6.       Certification of No Objection Regarding Seventh Monthly Application (Filed November 5, 2009) (Docket No. 2507)

7.       Eighth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2009 through August 31, 2009 (Filed October 14, 2009) (Docket No. 2342)

8.       Certification of No Objection Regarding Eighth Monthly Application (Filed November 5, 2009) (Docket No. 2508)

9.       Fee Examiner's Final Report Regarding Third Interim Fee Application of Lazard Frères & Co. LLC (Filed September 20, 2010) (Docket No. 5735)

K.       <u>McDermott Will & Emery</u>

1.       Third Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2009 through August 31, 2009 (Filed December 11, 2009) (Docket No. 2820)

2.       Certification of No Objection Regarding Third Quarterly Fee Application (Filed January 16, 2010) (Docket No. 3022)

3.       Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2009 through June 30, 2009 (Filed November 16, 2009) (Docket No. 2571)

4.       Certification of No Objection Regarding Monthly Application (Filed December 10, 2009) (Docket No. 2799)

5.       Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2009 through July 31, 2009 (Filed November 16, 2009) (Docket No. 2572)

6.       Certification of No Objection Regarding Monthly Application (Filed December 10, 2009) (Docket No. 2800)

7.     Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2009 through August 31, 2009 (Filed November 16, 2009) (Docket No. 2573)

8.     Certification of No Objection Regarding Monthly Application (Filed December 10, 2009) (Docket No. 2801)

9.     Fee Examiner's Final Report Regarding Third Quarterly Application of McDermott Will & Emery LLP (Filed April 2, 2010) (Docket No. 3930)

L.     <u>Paul, Hastings, Janofsky & Walker LLP</u>

1.     Third Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2363)

2.     Certification of No Objection Regarding Third Interim Fee Application Request (Filed November 11, 2009) (Docket No. 2546)

3.     Sixth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from June 1, 2009 through June 30, 2009 (Filed July 31, 2009) (Docket No. 1875)

4.     Certification of No Objection Regarding Sixth Monthly Application (Filed August 25, 2009) (Docket No. 2014)

5.     Seventh Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from July 1, 2009 through July 31, 2009 (Filed September 4, 2009) (Docket No. 2098)

6.     Certification of No Objection Regarding Seventh Monthly Application (Filed October 1, 2009) (Docket No. 2256)

7.     Eighth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from August 1, 2009 through August 31, 2009 (Filed October 1, 2009) (Docket No. 2252)

8.     Certification of No Objection Regarding Eighth Monthly Application (Filed October 26, 2009) (Docket No. 2423)

9.     Fee Examiner's Final Report Regarding Third Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP (Filed September 30, 2010) (Docket No. 5847)

M.     PricewaterhouseCoopers LLP

1.     Third Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2376)

2.     Certification of No Objection Regarding Third Interim Fee Application (Filed November 10, 2009) (Docket No. 2540)

3.     Sixth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2009 through June 30, 2009 (Filed August 25, 2009) (Docket No. 2021)

4.     Certification of No Objection Regarding Sixth Monthly Application (Filed September 16, 2009) (Docket No. 2134)

5.     Seventh Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period July 1, 2009 through July 31, 2009 (Filed October 1, 2009) (Docket No. 2254)

6.     Certification of No Objection Regarding Seventh Monthly Application (Filed October 26, 2009) (Docket No. 2424)

7.     Eighth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period August 1, 2009 through August 31, 2009 (Filed October 14, 2009) (Docket No. 2345)

8.     Certification of No Objection Regarding Eighth Monthly Application (Filed November 5, 2009) (Docket No. 2509)

9.     Fee Examiner's Final Report Regarding Third Interim Fee Application of PricewaterhouseCoopers LLP (Filed March 31, 2010) (Docket No. 3901)

N.     <u>Reed Smith LLP</u>

1.     Third Interim Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2009 through August 31, 2009 (Filed October 2, 2009) (Docket No. 2267)

2.     Fifth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2009 through June 30, 2009 (Filed August 3, 2009) (Docket No. 1881)

3.     Certification of No Objection Regarding Fifth Monthly Fee Application (Filed September 14, 2009) (Docket No. 2114)

4.     Sixth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period July 1, 2009 through July 31, 2009 (Filed August 25, 2009) (Docket No. 2008)

5.     Certification of No Objection Regarding Sixth Monthly Fee Application (Filed September 21, 2009) (Docket No. 2170)

6.     Seventh Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2009 through August 31, 2009 (Filed October 2, 2009) (Docket No. 2266)

7.     Certification of No Objection Regarding Seventh Monthly Fee Application (Filed October 30, 2009) (Docket No. 2463)

8.     Fee Examiner's Final Report Regarding Third Interim Fee Application of Reed Smith LLP (Filed February 19, 2010) (Docket No. 3504)

O.     <u>Mercer (US) Inc.</u>

1.     Third Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2369)

2.     Certification of No Objection Regarding Third Quarterly Fee Application (Filed November 9, 2009) (Docket No. 2528)

3.     Sixth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of June 1, 2009 through June 30, 2009 (Filed October 15, 2009) (Docket No. 2366)

4.     Certification of No Objection Regarding Sixth Monthly Fee Application (Filed November 9, 2009) (Docket No. 2525)

5.     Seventh Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of July 1, 2009 through July 31, 2009 (Filed October 15, 2009) (Docket No. 2367)

6.     Certification of No Objection Regarding Seventh Monthly Fee Application (Filed November 9, 2009) (Docket No. 2526)

7.     Eighth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of August 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2368)

8.     Certification of No Objection Regarding Eighth Monthly Fee Application (Filed November 9, 2009) (Docket No. 2527)

9.     Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Mercer (US) Inc. (Filed October 1, 2010) (Docket No. 5860)

P.     <u>Stuart Maue</u>

1.     Second Interim Quarterly Fee Request as Fee Examiner for June 1, 2009 through August 31, 2009 (Filed November 2, 2009) (Docket No. 2467)

2.     Certification of No Objection Regarding Second Interim Application (Filed February 12, 2010) (Docket No. 3380)

3.     Third Monthly Fee Application for Compensation for period June 1, 2009 through June 30, 2009 (Filed July 27, 2009) (Docket No. 1829)

4.     Certification of No Objection Regarding Third Monthly Fee Application (Filed August 18, 2009) (Docket No. 1977)

5.     Fourth Monthly Application for Compensation for period July 1, 2009 through July 31, 2009 (Filed August 26, 2009) (Docket No. 2028)

6.      Certification of No Objection Regarding Fourth Monthly Fee Application (Filed September 15, 2009) (Docket No. 2120)

7.      Fifth Monthly Application for Compensation for period August 1, 2009 through August 31, 2009 (Filed September 29, 2009) (Docket No. 2245)

8.      Certification of No Objection Regarding Fifth Monthly Fee Application (Filed October 26, 2009) (Docket No. 2419)

Q.      Chadbourne & Parke LLP

1.      Third Interim Application for Compensation for June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2358)

2.      Sixth Monthly Application for Compensation for period June 1, 2009 through June 30, 2009 (Filed July 27, 2009) (Docket No. 1832)

3.      Certification of No Objection Regarding Sixth Monthly Fee Application (Filed August 19, 2009) (Docket No. 1979)

4.      Seventh Monthly Application for Compensation for period July 1, 2009 through July 31, 2009 (Filed August 25, 2009) (Docket No. 2009)

5.      Certification of No Objection Regarding Seventh Monthly Fee Application (Filed September 16, 2009) (Docket No. 2126)

6.      Eighth Monthly Application for Compensation for period August 1, 2009 through August 31, 2009 (Filed September 25, 2009) (Docket No. 2232)

7.      Certification of No Objection Regarding Sixth Monthly Fee Application (Filed November 5, 2009) (Docket No. 2505)

8.      Fee Examiner's Final Report Regarding Third Interim Application of Chadbourne & Parke LLP (Filed July 21, 2010) (Docket No. 5090)

R.      Landis Rath & Cobb LLP

1.      Third Interim Application for Compensation for June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2360)

2.      Sixth Monthly Application for Compensation for period June 1, 2009 through June 30, 2009 (Filed July 30, 2009) (Docket No. 1866)

3.      Certification of No Objection Regarding Sixth Monthly Fee Application (Filed August 21, 2009) (Docket No. 1993)

4.      Seventh Monthly Application for Compensation for period July 1, 2009 through July 31, 2009 (Filed August 25, 2009) (Docket No. 2012)

5. Certification of No Objection Regarding Seventh Monthly Fee Application (Filed September 16, 2009) (Docket No. 2128)

6. Eighth Monthly Application for Compensation for period August 1, 2009 through August 31, 2009 (Filed September 29, 2009) (Docket No. 2244)

7. Certification of No Objection Regarding Eighth Monthly Fee Application (Filed October 21, 2009) (Docket No. 2395)

8. Fee Examiner's Final Report Regarding Third Interim Fee Application of Landis Rath & Cobb LLP (Filed March 29, 2010) (Docket No. 3882)

9. Response of Landis Rath & Cobb LLP to Fee Examiner's Final Reports Regarding the Second and Third Interim Fee Applications of Landis Rath & Cobb LLP (Filed April 13, 2010) (Docket No. 4024)

S. AlixPartners, LLP

1. Third Interim Application for Compensation for June 1, 2009 through August 31, 2009 (Filed October 13, 2009) (Docket No. 2327)

2. Sixth Monthly Application for Compensation for period June 1, 2009 through June 30, 2009 (Filed July 27, 2009) (Docket No. 1834)

3. Certification of No Objection Regarding Sixth Monthly Fee Application (Filed August 19, 2009) (Docket No. 1980)

4. Seventh Monthly Application for Compensation for period July 1, 2009 through July 31, 2009 (Filed August 25, 2009) (Docket No. 2015)

5. Certification of No Objection Regarding Seventh Monthly Fee Application (Filed September 16, 2009) (Docket No. 2129)

6. Eighth Monthly Application for Compensation for period August 1, 2009 through August 31, 2009 (Filed September 25, 2009) (Docket No. 2233)

7. Certification of No Objection Regarding Eighth Monthly Fee Application (Filed October 19, 2009) (Docket No. 2382)

8. Fee Examiner's Final Report Regarding Third Interim Fee Application of AlixPartners, LLP (Filed March 23, 2010) (Docket No. 3823)

T.    Moelis & Company LLC

1.    Third Interim Application for Compensation for June 1, 2009 through August 31, 2009 (Filed October 15, 2009) (Docket No. 2361)

2.    Sixth Monthly Application for Compensation for period June 1, 2009 through June 30, 2009 (Filed July 30, 2009) (Docket No. 1867)

3.    Certification of No Objection Regarding Sixth Monthly Fee Application (Filed August 21, 2009) (Docket No. 1994)

4.    Seventh Monthly Application for Compensation for period July 1, 2009 through July 31, 2009 (Filed September 18, 2009) (Docket No. 2159)

5.    Certification of No Objection Regarding Seventh Monthly Fee Application (Filed October 12, 2009) (Docket No. 2321)

6.    Eighth Monthly Application for Compensation for period August 1, 2009 through August 31, 2009 (Filed October 14, 2009) (Docket No. 2343)

7.    Certification of No Objection Regarding Eighth Monthly Fee Application (Filed November 5, 2009) (Docket No. 2506)

8.    Fee Examiner's Final Report Regarding Third Interim Fee Application of Moelis & Company LLC (Filed September 14, 2010) (Docket No. 5694)

U.    Committee Members

1.    Fourth Monthly Application for Compensation of Committee Members for Reimbursement of Expenses (Filed July 27, 2009) (Docket No. 1835)

2.    Certification of No Objection Regarding Application (Filed August 19, 2009) (Docket No. 1981)

3.    Fifth Monthly Application for Compensation of Committee Members for Reimbursement of Expenses (Filed August 25, 2009) (Docket No. 2010)

4.    Certification of No Objection Regarding Application (Filed September 16, 2009) (Docket No. 2127)

5.    Sixth Monthly Application for Compensation of Committee Members for Reimbursement of Expenses (Filed September 25, 2009) (Docket No. 2234)

6.    Certification of No Objection Regarding Application (Filed October 19, 2009) (Docket No. 2383)

7. Fee Auditor's Final Report For Official Committee of Unsecured Creditors Fourth, Fifth, and Sixth Monthly Applications (Filed January 12, 2010) (Docket No. 3060)