IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.*, | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : |
| | : |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Cynthia Moh Baldwin, Esquire, hereby withdraws her appearance for the *Official Committee of Unsecured Creditors*, in the above-captioned matter, and further requests removal from the Court's electronic filing notification system for this action.

Dated: October 20, 2010
      Wilmington, DE

*/s/ Cynthia Moh Baldwin*
Cynthia Moh Baldwin (Del. Bar No. 5041)
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone:   (302) 777-7770
Facsimile:    (302) 777-7263
Email:       cbaldwin@eapdlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

WLM 523954.1