# EXHIBIT A

**Exhibit A**
Summary of Fees by Individual Professional

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Hantgan,Eli | Staff/Assistant-Grade 3 | 175 | 6.5 | 1,137.50 |
| Leong,James Gar-Ming | Staff/Assistant-Grade 4 | 175 | 0.5 | 87.50 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 8.0 | 3,800.00 |
| Wen,Clark Kuang Yu | Manager-Grade 2 | 375 | 48.0 | 18,000.00 |
| Wojcickyj,Stefan | Executive Director-Grade 2 | 525 | 1.5 | 787.50 |
| Yeung,Yikwan | Senior-Grade 3 | 275 | 2.5 | 687.50 |
| | **Grand Totals** | | **67.0** | **24,500.00** |
| | *Blended Rate* | | | *365.67* |

67

| | |
|---|---|
| 24,500.00 | Total Fees |
| 4,900.00 | Less 20% Holdback |
| 19,600.00 | Current Fee Invoice |

[1]Employees are billed at different rates because the work performed was covered under various service agreements and fee schedules with the Debtor.

# EXHIBIT B

# ⫶⫶ ERNST & YOUNG

INVOICE NUMBER: US0130314004

October 14, 2010

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President and Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**
Ernst & Young
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

EIN: 34-6565596

BU: **US002**    CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15050471**

Progress billing for valuation services renderend pursuant to the Statement of Work dated January 19, 2010:

December 2009 - February 2010

| | | |
|---|---|---|
| VAL: FCC License | $ | 24,500.00 |
| VAL: Fresh Start Fee/Employment Applications | $ | - |
| Fees Due | $ | 24,500.00 |
| Expenses | $ | - |
| Total Due | $ | 24,500.00 |
| 20% Holdback of the fees requested | $ | (4,900.00) |
| Net Fees & Expenses | $ | 19,600.00 |

*Total Due*                                                                                   **$24,500**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**≡/ ERNST & YOUNG**

INVOICE NUMBER: US0130314004

October 14, 2010

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President and Controller**
435 North Michigan Ave.
Chicago, IL 60611

**PLEASE REMIT TO:**

Ernst & Young
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

EIN: 34-6565596

BU: **US002**   CLIENT NUMBER: **60025315**

*Total Due*                $24,500

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# **EXHIBIT C**

**Exhibit C**
**Schedule of Fees by Project Category**

| | | Jan-10 | Feb-10 | Total Hours |
|---|---|---:|---:|---:|
| | **Project Category** | | | |
| 1) | VAL: FCC License | 29.80 | 37.20 | 67.00 |
| 2) | VAL: Fresh Start | | | - |
| 3) | Fee/Employment Applications | | | - |
| | Net Fees | 29.80 | 37.20 | 67.00 |

| | | Jan-10 | Feb-10 | Total Fees |
|---|---|---:|---:|---:|
| | **Project Category** | | | |
| 1) | VAL: FCC License | 10,105.00 | 14,395.00 | 24,500.00 |
| 2) | VAL: Fresh Start | | | - |
| 3) | Fee/Employment Applications | | | - |
| | Net Fees | 10,105.00 | 14,395.00 | 24,500.00 |

Exhibit C
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Hantgan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License data input and organization | 25-Jan-2010 | 175 | 3.0 | 525.00 | VAL: FCC License |
| Hantgan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License source check | 26-Jan-2010 | 175 | 1.5 | 262.50 | VAL: FCC License |
| Hantgan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License source check | 27-Jan-2010 | 175 | 0.3 | 52.50 | VAL: FCC License |
| Hantgan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License data input and organization | 27-Jan-2010 | 175 | 0.7 | 122.50 | VAL: FCC License |
| Hantgan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License data input and organization | 28-Jan-2010 | 175 | 1.0 | 175.00 | VAL: FCC License |
| Leong,James Gar-Ming (US012787420) | Staff/Assistant-Grade 4 (444) | Conducted FCC license market research | 22-Feb-2010 | 175 | 0.5 | 87.50 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of FCC assumptions and changes in market | 22-Jan-2010 | 475 | 0.5 | 237.50 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of process related to FCC License valuation | 27-Jan-2010 | 475 | 1.0 | 475.00 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of process related to FCC License valuation | 29-Jan-2010 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of draft of FCC license valuation | 02-Feb-2010 | 475 | 1.3 | 617.50 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of draft of FCC license valuation | 03-Feb-2010 | 475 | 1.0 | 475.00 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Discussion with Debtor of FCC License valuation | 08-Feb-2010 | 475 | 0.5 | 237.50 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of data for Debtor's external auditors | 10-Feb-2010 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of the structure of the Debtor report detailing analyses completed and remaining steps & details to | 22-Feb-2010 | 475 | 0.3 | 142.50 | VAL: FCC License |
| Putnam,Joshua Eric (US0115396684) | Senior Manager-Grade 2 (212) | Analysis of Debtor report detailing analyses completed and remaining steps & details to complete | 25-Feb-2010 | 475 | 1.8 | 855.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US0122281370) | Manager-Grade 2 (322) | Analysis and computation of Debtor weighted average cost of capital | 21-Jan-2010 | 375 | 4.0 | 1,500.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US0122281370) | Manager-Grade 2 (322) | Analysis and computation of Debtor weighted average cost of capital | 22-Jan-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US0122281370) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 25-Jan-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US0122281370) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 26-Jan-2010 | 375 | 4.0 | 1,500.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US0122281370) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 27-Jan-2010 | 375 | 6.0 | 2,250.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US0122281370) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 28-Jan-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US0122281370) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 29-Jan-2010 | 375 | 1.0 | 375.00 | VAL: FCC License |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Wen, Clark Kuang Yu (US0122228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 02-Feb-2010 | 375 | 5.0 | 1,875.00 | VAL: FCC License |
| Wen, Clark Kuang Yu (US0122228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 03-Feb-2010 | 375 | 5.0 | 1,875.00 | VAL: FCC License |
| Wen, Clark Kuang Yu (US0122228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 04-Feb-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen, Clark Kuang Yu (US0122228137) | Manager-Grade 2 (322) | Research, analysis and computations related to Debtor 2010 Restructure | 09-Feb-2010 | 375 | 8.0 | 3,000.00 | VAL: FCC License |
| Wen, Clark Kuang Yu (US0122228137) | Manager-Grade 2 (322) | Research, analysis and computations related to Debtor 2010 Restructure | 11-Feb-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen, Clark Kuang Yu (US0122228137) | Manager-Grade 2 (322) | Analysis and compilation of Debtor report detailing analyses completed and remaining steps & details to | 23-Feb-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen, Clark Kuang Yu (US0122228137) | Manager-Grade 2 (322) | Analysis and compilation of Debtor report detailing analyses completed and remaining steps & details to | 24-Feb-2010 | 375 | 3.0 | 1,125.00 | VAL: FCC License |
| Wojcickyj, Stefan (US0110004685) | Executive Director-Grade 2 (132) | Analysis of valuation models | 04-Feb-2010 | 525 | 1.5 | 787.50 | VAL: FCC License |
| Yeung, Yikwan (US0123389797) | Senior-Grade 3 (423) | Analysis of math computations in exhibits | 22-Feb-2010 | 275 | 2.5 | 687.50 | VAL: FCC License |
| | | | | | 67.0 | 24,500.00 | |

|  |  |
|---|---|
| 24,500.00 | VAL: FCC License |
| 0.00 | VAL: Fresh Start |
| 0.00 | Fee/Employment Applications |
| 24,500.00 | |