# EXHIBIT A

**Exhibit A**
Summary of Fees by Individual Professional

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Botts, Guy S. | Senior Manager-Grade 4 | 475 | 18.0 | 8,550.00 |
| Hantgan, Eli | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Howley, Matthew C | Partner/Principal-Grade 1 | 525 | 2.0 | 1,050.00 |
| Ingles, Beatrice | Senior Associate | 175 | 13.9 | 2,432.50 |
| Jones, Matthew C. | Senior Manager-Grade 1 | 475 | 16.8 | 7,980.00 |
| Kearns, Michael Ryan | Senior-Grade 2 | 275 | 48.1 | 13,227.50 |
| Knightly, James Charles | Senior-Grade 2 | 275 | 10.0 | 2,750.00 |
| Leong, James Gar-Ming | Staff/Assistant-Grade 4 | 175 | 0.0 | 0.00 |
| Mason, Jon S | Executive Director-Grade 2 | 525 | 33.3 | 17,482.50 |
| Mulcahy, Sean D. | Senior-Grade 1 | 275 | 6.0 | 1,650.00 |
| Putnam, Joshua Eric | Senior Manager-Grade 2 | 475 | 5.3 | 2,517.50 |
| Thompson, Brett D | Partner/Principal-Grade 1 | 525 | 3.5 | 1,837.50 |
| Tong, Yuet Fung | Senior-Grade 1 | 275 | 4.0 | 1,100.00 |
| Venisnik, Bradley J. | Senior Manager-Grade 4 | 475 | 29.7 | 14,107.50 |
| Wen, Clark Kuang Yu | Manager-Grade 2 | 375 | 4.0 | 1,500.00 |
| Wojcickyj, Stefan | Executive Director-Grade 2 | 525 | 1.5 | 787.50 |
| Yeung, Yikwan | Senior-Grade 3 | 275 | 2.0 | 550.00 |
| | **Grand Totals** | | 198.1 | 77,522.50 |
| | *Blended Rate* | | | *391.33* |

198.1

77,522.50  Total Fees
15,504.50  Less 20% Holdback

62,018.00  Current Fee Invoice

# **EXHIBIT B**

# ⫼ ERNST & YOUNG

**INVOICE NUMBER: US0130314003**

October 14, 2010

**PLEASE REMIT TO:**

Ernst & Young
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**   CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15050471, 15169346**

Progress billing for valuation services renderend pursuant to the Statement of Works dated January 19, 2010 and May 11, 2010:

March - May, 2010

| | | |
|---|---|---|
| VAL: FCC License | $ | 6,700.00 |
| VAL: Fresh Start | $ | 70,822.50 |
| Fee/Employment Applications | | |
| Fees Due | $ | 77,522.50 |
| Expenses | $ | - |
| Total Due | $ | 77,522.50 |
| 20% Holdback of the fees requested | $ | (15,504.50) |
| Net Fees & Expenses | $ | 62,018.00 |

*Total Due*    **$77,522.50**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**≣Ⅱ ERNST & YOUNG**

INVOICE NUMBER: US0130314003

October 14, 2010

Tribune Company
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

**PLEASE REMIT TO:**

Ernst & Young
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

EIN: 34-6565596

BU: **US002**    CLIENT NUMBER: **60025315**

*Total Due*     $77,522.50

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# **EXHIBIT C**

**Exhibit C**
**Schedule of Fees by Project Category**

|    | Project Category | Mar-10 | Apr-10 | May-10 | Total Hours |
|----|------------------|--------|--------|--------|-------------|
| 1) | VAL: FCC License | 8.3 | 11.9 | 4.0 | 24.2 |
| 2) | VAL: Fresh Start |  |  | 173.9 | 173.9 |
| 3) | Fee/Employment Applications |  |  |  | - |
|    | Net Fees | 8.3 | 11.9 | 177.9 | 198.1 |

|    | Project Category | Mar-10 | Apr-10 | May-10 | Total Fees |
|----|------------------|--------|--------|--------|------------|
| 1) | VAL: FCC License | 3,217.50 | 2,082.50 | 1,400.00 | 6,700.00 |
| 2) | VAL: Fresh Start |  |  | 70,822.50 | 70,822.50 |
| 3) | Fee/Employment Applications |  |  |  | - |
|    | Net Fees | 3,217.50 | 2,082.50 | 72,222.50 | 77,522.50 |

Exhibit C
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Analysis of sample asset segregation | 21-May-2010 | 475 | 4.0 | 1,900.00 | VAL: Fresh Start |
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Analysis of database, drop downs and asset coding on site in Chicago | 24-May-2010 | 475 | 6.0 | 2,850.00 | VAL: Fresh Start |
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Analysis of database, drop downs and asset coding on site in Chicago | 25-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Analysis of database, drop downs and asset coding on site in Chicago | 26-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Site inspections at the LA locations including Olympic, CCN, Orange County, LA Times Hqs  KTLA | 31-May-2010 | 475 | 4.0 | 1,900.00 | VAL: Fresh Start |
| Howley,Matthew C (US011223158) | Partner/Principal-Grade 1 (111) | Technical analysis of FCC License documentation | 11-May-2010 | 525 | 2.0 | 1,050.00 | VAL: FCC License |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Analysis of Chapter 11 case in preparation for supplemental connections check | 15-Apr-2010 | 175 | 2.5 | 437.50 | VAL: FCC License |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Conducted supplemental connection check to establish current relationship between previous non-connections and also new entities added by Debtor's Counsel | 26-Apr-2010 | 175 | 5.0 | 875.00 | VAL: FCC License |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Conducted supplemental connection check to establish current relationship between previous non-connections and also new entities added by Debtor's Counsel | 27-Apr-2010 | 175 | 2.9 | 507.50 | VAL: FCC License |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Conducted relationship surveys on entities with possible Debtor connections | 27-Apr-2010 | 175 | 1.5 | 262.50 | VAL: FCC License |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Analysis of supplemental connections check data and transmission of update to the team | 11-May-2010 | 175 | 0.5 | 87.50 | VAL: FCC License |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Follow-up on all surveyed non-respondents | 12-May-2010 | 175 | 1.5 | 262.50 | VAL: FCC License |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Analysis and comparison of Lazard model around alternatives | 11-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Analysis of TMS intangibles | 11-May-2010 | 475 | 3.0 | 1,425.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Discussion with Debtor regarding data request | 14-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Call with Debtor to discuss external auditor meeting | 17-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Analysis of CareerBuilder and Classified Ventures businesses | 17-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Call with J. Mason to discuss external auditor meeting | 17-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Discussion with Debtor's management to prepare for external auditor valuation approach discussion | 24-May-2010 | 475 | 1.3 | 617.50 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Meeting with Debtor, external auditor, J. Putnam, J. Knightly, and J. Mason to review valuation methodologies | 24-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | Analysis of model and data request | 25-May-2010 | 475 | 3.0 | 1,425.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 1 (211) | External auditor valuation approach meeting | 25-May-2010 | 475 | 1.5 | 712.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Preparation of data request - Newspaper | 13-May-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Preparation of data request - Television | 14-May-2010 | 275 | 3.6 | 990.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Preparation of data request - TMS | 17-May-2010 | 275 | 3.7 | 1,017.50 | VAL: Fresh Start |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Preparation of data request - Cable | 18-May-2010 | 275 | 4.3 | 1,182.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Preparation of data request - Radio | 19-May-2010 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Preparation of data request - Tangible Assets | 20-May-2010 | 275 | 3.8 | 1,045.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Analyze data received to date to update data request | 21-May-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Integration of data received into preliminary model | 21-May-2010 | 275 | 4.4 | 1,210.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Prepare Chicago Tribune Company DCF Analysis | 24-May-2010 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Prepare LAT DCF Analysis | 24-May-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Analysis of Newspaper Forecast | 24-May-2010 | 275 | 3.4 | 935.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Prepare ORL DCF Analysis | 25-May-2010 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Prepare SFL DCF Analysis | 25-May-2010 | 275 | 1.9 | 522.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Analysis of Cable Forecast | 25-May-2010 | 275 | 0.5 | 137.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Analysis of TV Forecast | 25-May-2010 | 275 | 3.4 | 935.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Prepare DP DCF Analysis | 26-May-2010 | 275 | 2.8 | 770.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US012490807) | Senior-Grade 2 (422) | Prepare MC DCF Analysis | 26-May-2010 | 275 | 3.2 | 880.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 2 (422) | Call with N. Chakiris, Tribune Asst. Controller; D. O'Sullivan, Tribune WXIN Controller; B. Venisnik and J. Mason discussing Indy site visit objectives and valuation modeling | 19-May-2010 | 275 | 1.0 | 275.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 2 (422) | Research and analysis surrounding Project Record Organization aspect of the Fresh Start analysis. | 20-May-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 2 (422) | Meeting with Debtor, external auditor, J. Putnam, M. Jones, and J. Mason to review valuation methodologies | 24-May-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 2 (422) | Research and analysis of press componentization issues | 24-May-2010 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 2 (422) | Analysis of data related to asset mapping for Tribune Corporate | 24-May-2010 | 275 | 2.6 | 715.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 2 (422) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding fixed asset status | 25-May-2010 | 275 | 1.0 | 275.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Meeting with N. Chakiris, Tribune Asst. Controller; B. Littman, Tribune Controller; R. Carter, Assistant Controller Tribune Company; and B. Venisnik to discuss fixed asset mapping requirements. | 11-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor and Cushman & Wakefield regarding the valuation and coordination of real estate. | 13-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with M. Jones to discuss external auditor meeting | 17-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor to discuss Project Management Office | 17-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with B. Venisnik to discuss project management status | 18-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with N. Chakiris, Tribune Asst. Controller; D. O'Sullivan, Tribune WXIN Controller; B. Venisnik and J. Knightly discussing Indy site visit objectives and valuation modeling | 19-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor to discuss Project Management Office leadership, staffing and timing | 20-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor to discuss Property Record Organization service | 20-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor regarding Broadcasting | 20-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Site visit to INDY TV station | 21-May-2010 | 525 | 8.0 | 4,200.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Meeting with Debtor, external auditor, J. Putnam, J. Knightly, and M. Jones to review valuation methodologies | 24-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Meeting at Debtor with finance and engineering regarding printing assets | 24-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Broadcasting and Publishing site visit selection and planning | 25-May-2010 | 525 | 4.0 | 2,100.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Analysis of LA Times data in preparation of site visit | 26-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Conference call with Debtor and LA Times regarding procedures for site visits | 27-May-2010 | 525 | 0.8 | 420.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Conference call with Debtor, external auditor and Cushman & Wakefield regarding the real estate valuation | 27-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Development and analysis of LA Times fixed asset site visit template | 27-May-2010 | 525 | 6.0 | 3,150.00 | VAL: Fresh Start |
| Mulcahy,Sean D. (US011715258) | Senior-Grade 1 (421) | Analysis of fixed asset listings | 27-May-2010 | 275 | 6.0 | 1,650.00 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of Debtor report detailing analyses completed and remaining steps & details to complete for edits | 02-Mar-2010 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Call with Debtor's management to discuss external auditor call | 17-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Call with Debtor to discuss valuation | 24-May-2010 | 475 | 0.5 | 237.50 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Meeting with Debtor, external auditor, M. Jones, J. Knightly, and J. Mason to review valuation methodologies | 24-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Thompson,Brett D (US011200099) | Partner/Principal-Grade 1 (111) | Discussion with Debtor regarding real property valuation | 13-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Thompson,Brett D (US011200099) | Partner/Principal-Grade 1 (111) | Research and analysis of real property valuation | 20-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Thompson,Brett D (US011200099) | Partner/Principal-Grade 1 (111) | Research and analysis of real property valuation | 26-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Tong,Yuet Fung (US012479774) | Senior-Grade 1 (421) | Analysis and compilation of MSO relationship data | 28-May-2010 | 275 | 4.0 | 1,100.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with N. Chakiris, Tribune Asst. Controller; B. Littman, Tribune Controller; R. Carter, Assistant Controller Tribune Company; and J. Mason to discuss fixed asset mapping requirements. | 11-May-2010 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with N. Chakiris, Tribune Asst. Controller; H. Segal, Chicago Tribune Company Controller; T. Bielke, Tribune Press Room Manager; J. Devejian, Tribune Director of Engineering; and H. Schneider, Tribune Financial Analyst to discuss Freedom Center componentization | 11-May-2010 | 475 | 3.6 | 1,710.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of available fixed asset data fields | 11-May-2010 | 475 | 0.3 | 142.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of insurance appraisal | 11-May-2010 | 475 | 0.3 | 142.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of available fixed asset data fields | 12-May-2010 | 475 | 0.4 | 190.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion with B. Littman, Tribune Controller and N. Chakiris, Tribune Asst. Controller, regarding real property | 13-May-2010 | 475 | 1.4 | 665.00 | VAL: Fresh Start |

| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Draft componentization mapping template for Publishing locations | 14-May-2010 | 475 | 1.7 | 807.50 | VAL: Fresh Start |
|---|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Draft fixed asset workplan | 14-May-2010 | 475 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Call with N. Chakiris, Tribune Asst. Controller, and B. Littman, Tribune Controller, to discuss status and next steps for valuation | 17-May-2010 | 475 | 0.5 | 237.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Call with J. Mason to discuss project management status | 18-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Draft Freedom Center fixed asset mapping template | 18-May-2010 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Call with N. Chakiris, Tribune Asst. Controller; D. O'Sullivan, Tribune WXIN Controller; J. Mason and J. Knightly discussing Indy site visit objectives and valuation modeling | 19-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Fixed asset mapping compilation - Indy | 21-May-2010 | 475 | 3.9 | 1,852.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Fixed asset site inspection - Indy | 21-May-2010 | 475 | 3.9 | 1,852.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with B. Littman, Tribune Asst. Controller, and A. Gallos, External Auditor, to discuss valuation methodology | 24-May-2010 | 475 | 1.6 | 760.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with N. Chakiris, Tribune Asst. Controller, and T. Bielke, Tribune Press Room Manager, to discuss press components and fixed asset mapping | 24-May-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of fixed asset site visit templates for Publishing | 24-May-2010 | 475 | 1.3 | 617.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding fixed asset status | 25-May-2010 | 475 | 0.4 | 190.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of asset categories, codes, and sub codes for Publishing asset list | 25-May-2010 | 475 | 0.6 | 285.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of fixed asset site visit templates for Publishing | 26-May-2010 | 475 | 1.2 | 570.00 | VAL: Fresh Start |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Compilation and edits to Debtor report detailing analyses completed and remaining steps & details to complete | 11-Mar-2010 | 375 | 4.0 | 1,500.00 | VAL: FCC License |
| Wojcicky,Stefan (US011004665) | Executive Director-Grade 2 (132) | Analysis of valuation models | 03-Mar-2010 | 525 | 1.5 | 787.50 | VAL: FCC License |
| Yeung,Yikwan (US012389797) | Senior-Grade 3 (423) | Analysis of math computations in exhibits | 29-Mar-2010 | 275 | 2.0 | 550.00 | VAL: FCC License |

|  |  | 198.1 | 77,522.50 |  |
|---|---|---|---|---|
|  |  |  | 6,700.00 | VAL: FCC License |
|  |  |  | 70,822.50 | VAL: Fresh Start |
|  |  |  | 0.00 | Fee/Employment Applications |
|  |  |  | 77,522.50 |  |
|  |  |  | 0.00 |  |