# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Hearing To Be Scheduled Only If Objections |
| | ) are Timely Filed |
| | ) Objection Deadline: November 9, 2010 at 4:00 p.m. |

### COMBINED SEVENTH, EIGHTH AND NINTH
### MONTHLY APPLICATION OF ERNST & YOUNG LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION
### WITH VALUATION AND BUSINESS MODELING, AND MARKETING
### SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION
### FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |
| Period for which Compensation and Reimbursement is sought: | December 1, 2009 through February 28, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $24,500.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n): __X__ monthly _____ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle

Prior Applications Filed:

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318 Filed: 10/9/2009 (Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $444,000.00 | $6,438.77 |
| Docket No.: 2359 Filed: 10/15/2009 (First Quarterly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | Pending | Pending |
| Docket No.: 2459 Filed: 10/29/2009 (Fourth Monthly Application) | 9/1/2009 – 9/30/2009 | $30,260.00 | $100.00 | $24,208.00 | $100.00 |
| Docket No.: 3047 Filed: 1/8/2010 (Fifth Monthly Application) | 10/1/2009 – 10/31/2009 | $17,600.00 | $0.00 | $14,080.00 | $0.00 |

Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

LEGAL02/31720930v2

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 3728 Filed: 3/15/2010 (Sixth Monthly Application) | 11/1/2009 – 11/30/2009 | $10,425.00 | $0.00 | $8,340.00 | $0.00 |
| Docket No.: 4912 Filed: 6/30/2010 (Second Quarterly Application) | 9/1/2009 – 11/30/2009 | $58,285.00 | $100.00 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eli Hantgan | Staff/Assistant – Grade 3 | $175.00 | 6.50 | $1,137.50 |
| James Gar-Ming Leong | Staff/Assistant – Grade 4 | $175.00 | 0.50 | $87.50 |
| Joshua Eric Putnam | Senior Manager – Grade 2 | $475.00 | 8.00 | $3,800.00 |
| Clark Kuang Yu Wen | Manager – Grade 2 | $375.00 | 48.00 | $18,000.00 |
| Steven Wojcickyj | Executive Director – Grade 2 | $525.00 | 1.50 | $787.50 |
| Yikwan Yeung | Senior – Grade 3 | $275.00 | 2.50 | $687.50 |
| **Total** | | | **67.00** | **$24,500.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| VAL: FCC License | 67.00 | $24,500.00 |
| **Total** | **67.00** | **$24,500.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| n/a | n/a |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Hearing To Be Scheduled Only If |
| | ) Objections are Timely Filed |
| | ) Objection Deadline: November 9, 2010 at 4:00 p.m. |

### COMBINED SEVENTH, EIGHTH AND NINTH
### MONTHLY APPLICATION OF ERNST & YOUNG LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION
### WITH VALUATION AND BUSINESS MODELING, AND MARKETING
### SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION
### FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

LEGAL02/31720930v2

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), Ernst & Young LLP ("E&Y LLP") hereby files this Combined Seventh, Eighth and Ninth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from December 1, 2009 through February 28, 2010 (the "Application"). By this Application E&Y LLP seeks a monthly allowance pursuant to the Administrative Order with respect to the sum of $24,500.00[2] in compensation for the period from December 1, 2009 through February 28, 2010 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

### Background

1.     On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

2.     The Debtors retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Original Retention

---

[2] In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay E&Y LLP an amount equal to the lesser of (i) 80 percent of fees ($19,600.00) requested in the Application and (ii) 80 percent of fees not subject to an objection.

Order," Docket No. 1783). On February 22, 2010, the Debtors filed the Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental Retention," Docket No. 3516). The Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental Retention Order," Docket No. 3804). On May 24, 2010, the Debtors filed the Second Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April 19, 2010 (the "Second Supplemental Retention," Docket No. 4594). The Second Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April 19, 2010 (the Second Supplemental Retention Order," Docket No. 4779, together with the Original Retention Order, and the Supplemental Retention Order, the "Retention Orders"). The Retention Orders authorized E&Y LLP to be compensated for services rendered, and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and its Source

3.    All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

4.      During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application.  There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

### Summary of Services Rendered

5.      The Partners and staff of E&Y LLP who have rendered professional services to the Debtors during the Compensation Period are listed in **Exhibit A.**

### Fee Statement

6.      The invoice for the Compensation Period is attached hereto as **Exhibit B.** This invoice is supported by daily time logs describing the time spent by each partner and staff during this period.  To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

7.      The fees charged in this matter are comparable to the rates that E&Y LLP generally charges similar clients for similar services to those rendered during the Compensation Period.  In addition, E&Y LLP believes that such charges are ordinary and customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

**Valuation of Services**

8.      Partners and staff of E&Y LLP have expended a total of 67.00 hours in connection with the work performed during the Compensation Period, as indicated in Exhibit A.  The nature of the work performed by these persons is fully set forth in **Exhibit C** attached hereto.  The reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $24,500.00.

9.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these Debtors business and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (c) the value of such services and (d) the costs of comparable services other than in a case under this title.  Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, E&Y LLP respectfully requests that an allowance be made to E&Y LLP in the sum of $24,500.00 as compensation for necessary professional services, and for such other and further relief as this Court may deem just and proper.

Dated: October 18, 2010

Matthew Howley
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 18 day of October, 2010.

Notary Public                    My Commission Expires:

4-30-2014

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## VERIFICATION

| STATE OF ILLINOIS | ) | |
|---|---|---|
|  | ) | SS |
| COOK COUNTY | ) | |

Matthew Howley, after being duly sworn according to law, deposes and says:

       1. I am a partner of the applicant firm, Ernst & Young LLP, advisors to Tribune Company and its above-captioned debtor affiliates (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the foregoing Application of Ernst & Young LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

3. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Dated: October _2_, 2010

Matthew Howley
Partner
Ernst & Young LLP

Sworn to and subscribed before me this _18_ day of October, 2010.

Notary Public             My Commission Expires:

4-30-2014

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

# **EXHIBIT A**

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Hantgan,Eli | Staff/Assistant-Grade 3 | 175 | 6.5 | 1,137.50 |
| Leong,James Gar-Ming | Staff/Assistant-Grade 4 | 175 | 0.5 | 87.50 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 8.0 | 3,800.00 |
| Wen,Clark Kuang Yu | Manager-Grade 2 | 375 | 48.0 | 18,000.00 |
| Wojcickyj,Stefan | Executive Director-Grade 2 | 525 | 1.5 | 787.50 |
| Yeung,Yikwan | Senior-Grade 3 | 275 | 2.5 | 687.50 |
| | **Grand Totals** | | **67.0** | **24,500.00** |
| | *Blended Rate* | | | *365.67* |
| | | | 67 | |

|  |  |
|---|---|
| 24,500.00 | Total Fees |
| 4,900.00 | Less 20% Holdback |
| 19,600.00 | Current Fee Invoice |

[1]Employees are billed at different rates because the work performed was covered under various service agreements and fee schedules with the Debtor.

# **EXHIBIT B**

LEGAL02/31720930v2

# ☰Ⅱ ERNST & YOUNG

**INVOICE NUMBER: US0130314004**

October 14, 2010

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| |
| **EIN: 34-6565596** |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President and Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**   CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15050471**

Progress billing for valuation services renderend pursuant to the Statement of Work dated January 19, 2010:

December 2009 - February 2010

| | | |
| --- | --- | --- |
| VAL: FCC License | $ | 24,500.00 |
| VAL: Fresh Start Fee/Employment Applications | $ | - |
| Fees Due | $ | 24,500.00 |
| Expenses | $ | - |
| Total Due | $ | 24,500.00 |
| 20% Holdback of the fees requested | $ | (4,900.00) |
| Net Fees & Expenses | $ | 19,600.00 |

*Total Due*                    $24,500

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞJ ERNST & YOUNG**

**INVOICE NUMBER: US0130314004**

**October 14, 2010**

**PLEASE REMIT TO:**

Ernst & Young
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

Tribune Company
Attn: Mr. Brian Litman
Vice President and Controller
435 North Michigan Ave.
Chicago, IL 60611

**BU: US002    CLIENT NUMBER: 60025315**

|  |  |
|---|---|
| *Total Due* | $24,500 |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# EXHIBIT C

LEGAL02/31720930v2

**Exhibit C**
**Schedule of Fees by Project Category**

|  | | Jan-10 | Feb-10 | Total Hours |
|---|---|---|---|---|
| | **Project Category** | | | |
| 1) | VAL: FCC License | 29.80 | 37.20 | 67.00 |
| 2) | VAL: Fresh Start | | | - |
| 3) | Fee/Employment  Applications | | | - |
| | Net Fees | 29.80 | 37.20 | 67.00 |

|  | | Jan-10 | Feb-10 | Total Fees |
|---|---|---|---|---|
| | **Project Category** | | | |
| 1) | VAL: FCC License | 10,105.00 | 14,395.00 | 24,500.00 |
| 2) | VAL: Fresh Start | | | - |
| 3) | Fee/Employment  Applications | | | - |
| | Net Fees | 10,105.00 | 14,395.00 | 24,500.00 |

Exhibit C
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Hartigan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License data input and organization | 25-Jan-2010 | 175 | 3.0 | 525.00 | VAL: FCC License |
| Hartigan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License source check | 26-Jan-2010 | 175 | 1.5 | 262.50 | VAL: FCC License |
| Hartigan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License source check | 27-Jan-2010 | 175 | 0.3 | 52.50 | VAL: FCC License |
| Hartigan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License data input and organization | 27-Jan-2010 | 175 | 0.7 | 122.50 | VAL: FCC License |
| Hartigan,Eli (US0127398867) | Staff/Assistant-Grade 3 (443) | FCC License data input and organization | 28-Jan-2010 | 175 | 1.0 | 175.00 | VAL: FCC License |
| Leong,James Gar-Ming (US0127674200) | Staff/Assistant-Grade 4 (444) | Conducted FCC license market research | 22-Feb-2010 | 175 | 0.5 | 87.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of FCC assumptions and changes in market | 22-Jan-2010 | 475 | 0.5 | 237.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of process related to FCC License valuation | 27-Jan-2010 | 475 | 1.0 | 475.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of process related to FCC License valuation | 29-Jan-2010 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of draft of FCC license valuation | 02-Feb-2010 | 475 | 1.3 | 617.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of draft of FCC license valuation | 03-Feb-2010 | 475 | 1.0 | 475.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Discussion with Debtor of FCC License valuation | 08-Feb-2010 | 475 | 0.5 | 237.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of data for Debtor's external auditors | 10-Feb-2010 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of the structure of the Debtor report detailing analyses completed and remaining steps & details to | 22-Feb-2010 | 475 | 0.3 | 142.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of Debtor report detailing analyses completed and remaining steps & details to complete | 25-Feb-2010 | 475 | 1.8 | 855.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Analysis and computation of Debtor weighted average cost of capital | 21-Jan-2010 | 375 | 4.0 | 1,500.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Analysis and computation of Debtor weighted average cost of capital | 22-Jan-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 25-Jan-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 26-Jan-2010 | 375 | 4.0 | 1,500.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 27-Jan-2010 | 375 | 6.0 | 2,250.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 28-Jan-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 29-Jan-2010 | 375 | 1.0 | 375.00 | VAL: FCC License |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 02-Feb-2010 | 375 | 5.0 | 1,875.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 03-Feb-2010 | 375 | 5.0 | 1,875.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and compilation of Debtor FCC Licenses | 04-Feb-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and computations related to Debtor 2010 Restructure | 09-Feb-2010 | 375 | 8.0 | 3,000.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Research, analysis and computations related to Debtor 2010 Restructure | 11-Feb-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Analysis and compilation of Debtor report detailing analyses completed and remaining steps & details to | 23-Feb-2010 | 375 | 2.0 | 750.00 | VAL: FCC License |
| Wen,Clark Kuang Yu (US012228137) | Manager-Grade 2 (322) | Analysis and compilation of Debtor report detailing analyses completed and remaining steps & details to | 24-Feb-2010 | 375 | 3.0 | 1,125.00 | VAL: FCC License |
| Wojcicki,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of valuation models | 04-Feb-2010 | 525 | 1.5 | 787.50 | VAL: FCC License |
| Yeung,Yikwan (US012389797) | Senior-Grade 3 (423) | Analysis of math computations in exhibits | 22-Feb-2010 | 275 | 2.5 | 687.50 | VAL: FCC License |

67.0    24,500.00

24,500.00    VAL: FCC License
0.00    VAL: Fresh Start
0.00    Fee/Employment Applications
24,500.00