# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) Hearing To Be Scheduled Only If Objections |
|  | ) are Timely Filed |
|  | ) Objection Deadline: November 9, 2010 at 4:00 p.m. |

### COMBINED TENTH, ELEVENTH
### AND TWELFTH MONTHLY APPLICATION OF
### ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES
### RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN
### CONNECTION WITH VALUATION AND BUSINESS MODELING, AND
### MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN
### POSSESSION FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MAY 31, 2010

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |
| Period for which Compensation and Reimbursement is sought: | March 1, 2010 through May 31, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $77,522.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n): __X__ monthly _____ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle

Prior Applications Filed:

| Docket No.<br>Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318<br>Filed: 10/9/2009<br>(Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $444,000.00 | $6,438.77 |
| Docket No.: 2359<br>Filed: 10/15/2009<br>(First Quarterly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | Pending | Pending |
| Docket No.: 2459<br>Filed: 10/29/2009<br>(Fourth Monthly Application) | 9/1/2009 – 9/30/2009 | $30,260.00 | $100.00 | $24,208.00 | $100.00 |
| Docket No.: 3047<br>Filed: 1/8/2010<br>(Fifth Monthly Application) | 10/1/2009 – 10/31/2009 | $17,600.00 | $0.00 | $14,080.00 | $0.00 |

Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 3728 Filed: 3/15/2010 (Sixth Monthly Application) | 11/1/2009 – 11/30/2009 | $10,425.00 | $0.00 | $8,340.00 | $0.00 |
| Docket No.: 4912 Filed: 6/30/2010 (Second Quarterly Application) | 9/1/2009 – 11/30/2009 | $58,285.00 | $100.00 | Pending | Pending |
| Docket No. TBD Filed: TBD (Combined Seventh, Eighth and Ninth Monthly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | Pending | Pending |
| Docket No. TBD Filed: TBD (Third Quarterly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Guy S. Botts | Senior Manger – Grade 4 | $475.00 | 18.00 | $8,550.00 |
| Matthew C. Howley | Partner/Principal – Grade 2 | $525.00 | 2.00 | $1,050.00 |
| Beatrice Ingles | Senior Associate | $175.00 | 13.90 | $2,432.50 |
| Matthew C. Jones | Senior Manager – Grade 1 | $475.00 | 16.80 | $7,980.00 |
| Michael Ryan Kearns | Senior – Grade 2 | $275.00 | 48.10 | $13,227.50 |
| James Charles Knightly | Senior –Grade 2 | $275.00 | 10.00 | $2,750.00 |
| John S. Mason | Executive Director – Grade 2 | $525.00 | 33.30 | $17,482.50 |
| Sean D. Mulcahy | Senior – Grade 1 | $275.00 | 6.00 | $1,650.00 |
| Joshua Eric Putnam | Senior Manager – Grade 2 | $475.00 | 5.30 | $2,517.50 |
| Brett D. Thompson | Partner/Principal – Grade 1 | $525.00 | 3.50 | $1,837.50 |

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Yuet Fung Tong | Senior – Grade 1 | $275.00 | 4.00 | $1,100.00 |
| Bradley J. Venisnik | Senior Manager –Grade 4 | $475.00 | 29.70 | $14,107.50 |
| Clark Kuang Yu Wang | Manager – Grade 2 | $375.00 | 4.00 | $1,500.00 |
| Stefan Wojcickyi | Executive Director – Grade 2 | $525.00 | 1.50 | $787.50 |
| Yikwan Yeung | Senior-Grade 3 | $275.00 | 2.00 | $550.00 |
| Total | | | 198.10 | $77,522.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| VAL: FCC License | 24.20 | $6,700.00 |
| VAL: Fresh Start | 173.90 | $70,822.50 |
| Total | 198.10 | $77,522.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| n/a | n/a |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Hearing To Be Scheduled Only If |
| | ) Objections are Timely Filed |
| | ) Objection Deadline: _____ |

## COMBINED TENTH, ELEVENTH AND TWELFTH
## MONTHLY APPLICATION OF ERNST & YOUNG LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION
## WITH VALUATION AND BUSINESS MODELING, AND MARKETING
## SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION
## FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MAY 31, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268)  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), Ernst & Young LLP ("E&Y LLP") hereby files this Combined Tenth, Eleventh and Twelfth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from March 1, 2010 through May 31, 2010 (the "Application"). By this Application E&Y LLP seeks a monthly allowance pursuant to the Administrative Order with respect to the sum of $77,522.50[2] in compensation for the period from March 1, 2010 through May 31, 2010 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

### Background

1.      On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

2.      The Debtors retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Original Retention

---

[2] In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay E&Y LLP an amount equal to the lesser of (i) 80 percent of fees ($62,018.00) requested in the Application and (ii) 80 percent of fees not subject to an objection.

Order," Docket No. 1783).    On February 22, 2010, the Debtors filed the Supplemental

Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to

Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to

11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental

Retention," Docket No. 3516).  The Supplemental Retention was approved pursuant to this

Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include

Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11

U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental Retention

Order," Docket No. 3804).    On May 24, 2010, the Debtors filed the Second Supplemental

Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to

Include Certain Valuation Services in Connection with the Application of Fresh Start

Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April 19, 2010 (the

"Second Supplemental Retention," Docket No. 4594).  The Second Supplemental Retention

was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst

& Young LLP to Include Certain Valuation Services in Connection with the Application of

Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April

19, 2010 (the Second Supplemental Retention Order," Docket No. 4779, together with the

Original Retention Order, and the Supplemental Retention Order, the "Retention Orders").

The Retention Orders authorized E&Y LLP to be compensated for services rendered, and to

be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and its Source

3.    All services for which compensation is requested by E&Y LLP were

performed for or on behalf of the Debtors.

4.    During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application.  There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

### Summary of Services Rendered

5.    The Partners and staff of E&Y LLP who have rendered professional services to the Debtors during the Compensation Period are listed in **Exhibit A.**

### Fee Statement

6.    The invoice for the Compensation Period is attached hereto as **Exhibit B.** This invoice is supported by daily time logs describing the time spent by each partner and staff during this period.  To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

7.    The fees charged in this matter are comparable to the rates that E&Y LLP generally charges similar clients for similar services to those rendered during the Compensation Period.  In addition, E&Y LLP believes that such charges are ordinary and customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

**<u>Valuation of Services</u>**

8.    Partners and staff of E&Y LLP have expended a total of 198.10 hours in connection with the work performed during the Compensation Period, as indicated in Exhibit A.  The nature of the work performed by these persons is fully set forth in **Exhibit C** attached hereto.  The reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $77,522.50.

9.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these Debtors business and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (c) the value of such services and (d) the costs of comparable services other than in a case under this title.  Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, E&Y LLP respectfully requests that an allowance be made to E&Y LLP in the sum of $77,522.50 as compensation for necessary professional services, and for such other and further relief as this Court may deem just and proper.

Dated: October /8, 2010

Matthew Howley
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 18 day of October, 2010.

Notary Public                    My Commission Expires:

4-30-2014

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## VERIFICATION

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COOK COUNTY | ) |

Matthew Howley, after being duly sworn according to law, deposes and says:

   1. I am a partner of the applicant firm, Ernst & Young LLP, advisors to Tribune

Company and its above-captioned debtor affiliates (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  I have read the foregoing Application of Ernst & Young LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

3.  I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Dated: October/8, 2010

_____
Matthew Howley
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 18 day of October, 2010.

_____
Notary Public

My Commission Expires: 4-30-2014

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

# EXHIBIT A

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Botts,Guy S. | Senior Manager-Grade 4 | 475 | 18.0 | 8,550.00 |
| Hantgan,Eli | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | 525 | 2.0 | 1,050.00 |
| Ingles,Beatrice | Senior Associate | 175 | 13.9 | 2,432.50 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475 | 16.8 | 7,980.00 |
| Kearns,Michael Ryan | Senior-Grade 2 | 275 | 48.1 | 13,227.50 |
| Knightly,James Charles | Senior-Grade 2 | 275 | 10.0 | 2,750.00 |
| Leong,James Gar-Ming | Staff/Assistant-Grade 4 | 175 | 0.0 | 0.00 |
| Mason,Jon S | Executive Director-Grade 2 | 525 | 33.3 | 17,482.50 |
| Mulcahy,Sean D. | Senior-Grade 1 | 275 | 6.0 | 1,650.00 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 5.3 | 2,517.50 |
| Thompson,Brett D | Partner/Principal-Grade 1 | 525 | 3.5 | 1,837.50 |
| Tong,Yuet Fung | Senior-Grade 1 | 275 | 4.0 | 1,100.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475 | 29.7 | 14,107.50 |
| Wen,Clark Kuang Yu | Manager-Grade 2 | 375 | 4.0 | 1,500.00 |
| Wojcickyj,Stefan | Executive Director-Grade 2 | 525 | 1.5 | 787.50 |
| Yeung,Yikwan | Senior-Grade 3 | 275 | 2.0 | 550.00 |
| | **Grand Totals** | | **198.1** | **77,522.50** |
| | *Blended Rate* | | | *391.33* |
| | | | 198.1 | |

|  |  |
|---|---|
| 77,522.50 | Total Fees |
| 15,504.50 | Less 20% Holdback |
| 62,018.00 | Current Fee Invoice |

# EXHIBIT B

# ⊒ ERNST & YOUNG

**INVOICE NUMBER: US0130314003**

October 14, 2010

| PLEASE REMIT TO: |
| --- |
| Ernst & Young<br>PNC Bank c/o Ernst & Young US LLP<br>3712 Solutions Center<br>Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**    CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15050471, 15169346**

Progress billing for valuation services renderend pursuant to the Statement of Works dated January 19, 2010 and May 11, 2010:

March - May, 2010

| | | |
| --- | --- | --- |
| VAL: FCC License | $ | 6,700.00 |
| VAL: Fresh Start<br>Fee/Employment Applications | $ | 70,822.50 |
| Fees Due | $ | 77,522.50 |
| Expenses | $ | - |
| Total Due | $ | 77,522.50 |
| 20% Holdback of the fees requested | $ | (15,504.50) |
| Net Fees & Expenses | $ | 62,018.00 |

*Total Due*                                                 **$77,522.50**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ƎЙ ERNST & YOUNG**

**INVOICE NUMBER: US0130314003**

October 14, 2010

**PLEASE REMIT TO:**

Ernst & Young
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**    CLIENT NUMBER: **60025315**

*Total Due*                                    **$77,522.50**

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill, NC
ABA#: 031000503
Account name: Ernst & Young
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# EXHIBIT C

**Exhibit C**
**Schedule of Fees by Project Category**

| | | Mar-10 | Apr-10 | May-10 | Total Hours |
|---|---|---|---|---|---|
| | **Project Category** | | | | |
| 1) | VAL: FCC License | 8.3 | 11.9 | 4.0 | 24.2 |
| 2) | VAL: Fresh Start | | | 173.9 | 173.9 |
| 3) | Fee/Employment Applications | | | | - |
| | Net Fees | 8.3 | 11.9 | 177.9 | 198.1 |

| | | Mar-10 | Apr-10 | May-10 | Total Fees |
|---|---|---|---|---|---|
| | **Project Category** | | | | |
| 1) | VAL: FCC License | 3,217.50 | 2,082.50 | 1,400.00 | 6,700.00 |
| 2) | VAL: Fresh Start | | | 70,822.50 | 70,822.50 |
| 3) | Fee/Employment Applications | | | | - |
| | Net Fees | 3,217.50 | 2,082.50 | 72,222.50 | 77,522.50 |

Exhibit C
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Botts,Guy S. (US01126592G) | Senior Manager-Grade 4 (214) | Analysis of sample asset segregation | 21-May-2010 | 475 | 4.0 | 1,900.00 | VAL: Fresh Start |
| Botts,Guy S. (US01126592G) | Senior Manager-Grade 4 (214) | Analysis of database, drop downs and asset coding on site in Chicago | 24-May-2010 | 475 | 6.0 | 2,850.00 | VAL: Fresh Start |
| Botts,Guy S. (US01126592G) | Senior Manager-Grade 4 (214) | Analysis of database, drop downs and asset coding on site in Chicago | 25-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Botts,Guy S. (US01126592G) | Senior Manager-Grade 4 (214) | Analysis of database, drop downs and asset coding on site in Chicago | 26-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Botts,Guy S. (US01126592G) | Senior Manager-Grade 4 (214) | Site inspections at the LA locations including Olympic, CCN, Orange County, LA Times Hqs  KTLA | 31-May-2010 | 475 | 4.0 | 1,900.00 | VAL: Fresh Start |
| Howley,Matthew C (US01123158) | Partner/Principal-Grade 1 (111) | Technical analysis of FCC License documentation | 11-May-2010 | 525 | 2.0 | 1,050.00 | VAL: FCC License |
| Ingles,Beatrice (US01186030G) | Senior Associate (65) | Analysis of Chapter 11 case in preparation for supplemental connections check | 15-Apr-2010 | 175 | 2.5 | 437.50 | VAL: FCC License |
| Ingles,Beatrice (US01186030G) | Senior Associate (65) | Conducted supplemental connection check to establish current relationship between previous non-connections and also new entities added by Debtor's Counsel | 26-Apr-2010 | 175 | 5.0 | 875.00 | VAL: FCC License |
| Ingles,Beatrice (US01186030G) | Senior Associate (65) | Conducted supplemental connection check to establish current relationship between previous non-connections and also new entities added by Debtor's Counsel | 27-Apr-2010 | 175 | 2.9 | 507.50 | VAL: FCC License |
| Ingles,Beatrice (US01186030G) | Senior Associate (65) | Conducted relationship surveys on entities with possible Debtor connections | 27-Apr-2010 | 175 | 1.5 | 262.50 | VAL: FCC License |
| Ingles,Beatrice (US01186030G) | Senior Associate (65) | Analysis of supplemental connections check data and transmission of update to the team | 11-May-2010 | 175 | 0.5 | 87.50 | VAL: FCC License |
| Ingles,Beatrice (US01186030G) | Senior Associate (65) | Follow-up on all surveyed non-respondents | 12-May-2010 | 175 | 1.5 | 262.50 | VAL: FCC License |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Analysis and comparison of Lazard model around alternatives | 11-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Analysis of TMS intangibles | 11-May-2010 | 475 | 3.0 | 1,425.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Discussion with Debtor regarding data request | 14-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Call with Debtor to discuss external auditor meeting | 17-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Analysis of CareerBuilder and Classified Ventures businesses | 17-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Call with J. Mason to discuss external auditor meeting | 17-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Discussion with Debtor's management to prepare for external auditor valuation approach discussion | 24-May-2010 | 475 | 1.3 | 617.50 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Meeting with Debtor, external auditor, J. Putnam, J. Knightly, and J. Mason to review valuation methodologies | 24-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | Analysis of model and data request | 25-May-2010 | 475 | 3.0 | 1,425.00 | VAL: Fresh Start |
| Jones,Matthew C. (US01185441) | Senior Manager-Grade 1 (211) | External auditor valuation approach meeting | 25-May-2010 | 475 | 1.5 | 712.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080?) | Senior-Grade 2 (422) | Preparation of data request - Newspaper | 13-May-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080?) | Senior-Grade 2 (422) | Preparation of data request - Television | 14-May-2010 | 275 | 3.6 | 990.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080?) | Senior-Grade 2 (422) | Preparation of data request - TMS | 17-May-2010 | 275 | 3.7 | 1,017.50 | VAL: Fresh Start |

| Name | Role | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Preparation of data request - Cable | 18-May-2010 | 275 | 4.3 | 1,182.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Preparation of data request - Radio | 19-May-2010 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Preparation of data request - Tangible Assets | 20-May-2010 | 275 | 3.8 | 1,045.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Analyze data received to date to update data request | 21-May-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Integration of data received into preliminary model | 21-May-2010 | 275 | 4.4 | 1,210.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Prepare Chicago Tribune Company DCF Analysis | 24-May-2010 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Prepare LAT DCF Analysis | 24-May-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Analysis of Newspaper Forecast | 24-May-2010 | 275 | 3.4 | 935.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Prepare ORL DCF Analysis | 25-May-2010 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Prepare SFL DCF Analysis | 25-May-2010 | 275 | 1.9 | 522.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Analysis of Cable Forecast | 25-May-2010 | 275 | 0.5 | 137.50 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Analysis of TV Forecast | 25-May-2010 | 275 | 3.4 | 935.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Prepare DP DCF Analysis | 26-May-2010 | 275 | 2.8 | 770.00 | VAL: Fresh Start |
| Kearns,Michael Ryan (US01249080 7) | Senior-Grade 2 (422) | Prepare MC DCF Analysis | 26-May-2010 | 275 | 3.2 | 880.00 | VAL: Fresh Start |
| Knightly,James Charles (US01254215 7) | Senior-Grade 2 (422) | Call with N. Chakiris, Tribune Asst. Controller; D. O'Sullivan, Tribune WXIN Controller; B. Venisnik and J. Mason discussing Indy site visit objectives and valuation modeling | 19-May-2010 | 275 | 1.0 | 275.00 | VAL: Fresh Start |
| Knightly,James Charles (US01254215 7) | Senior-Grade 2 (422) | Research and analysis surrounding Project Record Organization aspect of the Fresh Start | 20-May-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US01254215 7) | Senior-Grade 2 (422) | Meeting with Debtor, external auditor, J. Putnam, M. Jones, and J. Mason to review valuation methodologies | 24-May-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US01254215 7) | Senior-Grade 2 (422) | Research and analysis of press componentization issues | 24-May-2010 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US01254215 7) | Senior-Grade 2 (422) | Analysis of data related to asset mapping for Tribune Corporate | 24-May-2010 | 275 | 2.6 | 715.00 | VAL: Fresh Start |
| Knightly,James Charles (US01254215 7) | Senior-Grade 2 (422) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding fixed asset status | 25-May-2010 | 275 | 1.0 | 275.00 | VAL: Fresh Start |
| Mason,Jon S (US01120570 0) | Executive Director-Grade 2 (132) | Meeting with N. Chakiris, Tribune Controller; B. Littman, Tribune Controller; R. Carter, Assistant Controller Tribune Company; and B. Venisnik to discuss fixed asset mapping requirements. | 11-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US01120570 0) | Executive Director-Grade 2 (132) | Call with Debtor and Cushman & Wakefield regarding the valuation and coordination of real estate. | 13-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US01120570 0) | Executive Director-Grade 2 (132) | Call with M. Jones to discuss external auditor meeting | 17-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US01120570 0) | Executive Director-Grade 2 (132) | Call with Debtor to discuss Project Management Office | 17-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US01120570 0) | Executive Director-Grade 2 (132) | Call with B. Venisnik to discuss project management status | 18-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US01120570 0) | Executive Director-Grade 2 (132) | Call with N. Chakiris, Tribune Asst. Controller; D. O'Sullivan, Tribune WXIN Controller; B. Venisnik and J. Knightly discussing Indy site visit objectives and valuation modeling | 19-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |

| Name (ID) | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor to discuss Project Management Office leadership, staffing and timing | 20-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor to discuss Property Record Organization service | 20-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with Debtor regarding Broadcasting | 20-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Site visit to INDY TV station | 21-May-2010 | 525 | 8.0 | 4,200.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Meeting with Debtor, external auditor, J. Putnam, J. Knightly, and M. Jones to review valuation methodologies | 24-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Meeting at Debtor with finance and engineering regarding printing assets | 24-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Broadcasting and Publishing site visit selection and planning | 25-May-2010 | 525 | 4.0 | 2,100.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Analysis of LA Times data in preparation of site visit | 26-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Conference call with Debtor and LA Times regarding procedures for site visits | 27-May-2010 | 525 | 0.8 | 420.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Conference call with Debtor, external auditor and Cushman & Wakefield regarding the real estate valuation | 27-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Development and analysis of LA Times fixed asset site visit template | 27-May-2010 | 525 | 6.0 | 3,150.00 | VAL: Fresh Start |
| Mulcahy,Sean D. (US011715259) | Senior-Grade 1 (421) | Analysis of fixed asset listings | 27-May-2010 | 275 | 6.0 | 1,650.00 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Analysis of Debtor report detailing analyses completed and remaining steps & details to complete for edits | 02-Mar-2010 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Call with Debtor's management to discuss external auditor call | 17-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Call with Debtor to discuss valuation | 24-May-2010 | 475 | 0.5 | 237.50 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 2 (212) | Meeting with Debtor, external auditor, M. Jones, J. Knightly, and J. Mason to review valuation methodologies | 24-May-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Thompson,Brett D (US011200099) | Partner/Principal-Grade 1 (111) | Discussion with Debtor regarding real property valuation | 13-May-2010 | 525 | 2.0 | 1,050.00 | VAL: Fresh Start |
| Thompson,Brett D (US011200099) | Partner/Principal-Grade 1 (111) | Research and analysis of real property valuation | 20-May-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Thompson,Brett D (US011200099) | Partner/Principal-Grade 1 (111) | Research and analysis of real property valuation | 26-May-2010 | 525 | 1.0 | 525.00 | VAL: Fresh Start |
| Tong,Yuet Fung (US012479774) | Senior-Grade 1 (421) | Analysis and compilation of MSO relationship data | 28-May-2010 | 275 | 4.0 | 1,100.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with N. Chakiris, Tribune Asst. Controller; B. Littman, Tribune Controller; R. Carter, Assistant Controller Tribune Company; and J. Mason to discuss fixed asset mapping requirements. | 11-May-2010 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with N. Chakiris, Tribune Asst. Controller; H. Segal, Chicago Tribune Company Controller; T. Bleke, Tribune Press Room Manager; J. Dvergian, Tribune Director of Engineering; and H. Schneider, Tribune Financial Analyst to discuss Freedom Center componentization | 11-May-2010 | 475 | 3.6 | 1,710.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of available fixed asset data fields | 11-May-2010 | 475 | 0.3 | 142.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of insurance appraisal | 11-May-2010 | 475 | 0.3 | 142.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of available fixed asset data fields | 12-May-2010 | 475 | 0.4 | 190.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion with B. Littman, Tribune Controller and N. Chakiris, Tribune Asst. Controller, regarding real property | 13-May-2010 | 475 | 1.4 | 665.00 | VAL: Fresh Start |

| Name | Position | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Draft componentization mapping template for Publishing locations | 14-May-2010 | 475 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Draft fixed asset workplan | 14-May-2010 | 475 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Call with N. Chakiris, Tribune Asst. Controller, and B. Littman, Tribune Controller, to discuss status and next steps for valuation | 17-May-2010 | 475 | 0.5 | 237.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Call with J. Mason to discuss project management status | 18-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Draft Freedom Center fixed asset mapping template | 18-May-2010 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Call with N. Chakiris, Tribune Asst. Controller; D. O'Sullivan, Tribune WXIN Controller; J. Mason and J. Knightly discussing Indy site visit objectives and valuation modeling | 19-May-2010 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Fixed asset mapping compilation - Indy | 21-May-2010 | 475 | 3.9 | 1,852.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Fixed asset site inspection - Indy | 21-May-2010 | 475 | 3.9 | 1,852.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Meeting with B. Littman, Tribune Asst. Controller; and A. Gallos, External Auditor, to discuss valuation methodology | 24-May-2010 | 475 | 1.6 | 760.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Meeting with N. Chakiris, Tribune Asst. Controller, and T. Bielke, Tribune Press Room Manager, to discuss press components and fixed asset mapping | 24-May-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis of fixed asset site visit templates for Publishing | 24-May-2010 | 475 | 1.3 | 617.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding fixed asset status | 25-May-2010 | 475 | 0.4 | 190.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis of asset categories, codes, and sub codes for Publishing asset list | 25-May-2010 | 475 | 0.6 | 285.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis of fixed asset site visit templates for Publishing | 26-May-2010 | 475 | 1.2 | 570.00 | VAL: Fresh Start |
| Won,Clark Kuang Yu (US01222812) | Manager-Grade 2 (322) | Compilation and edits to Debtor report detailing analyses completed and remaining steps & details to complete | 11-Mar-2010 | 375 | 4.0 | 1,500.00 | VAL: FCC License |
| Wojcicki,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of valuation models | 03-Mar-2010 | 525 | 1.5 | 787.50 | VAL: FCC License |
| Young,Yikwan (US01238979?) | Senior-Grade 3 (423) | Analysis of math computations in exhibits | 29-Mar-2010 | 275 | 2.0 | 550.00 | VAL: FCC License |
| | | | | | 198.1 | 77,522.50 | |

6,700.00    VAL: FCC License
70,822.50    VAL: Fresh Start
0.00    Fee/Employment Applications
77,522.50

0.00