## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on October 21, 2010, I caused a copy of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on October 22, 2010 at 2:00 p.m. Before the Honorable Kevin J. Carey** to be served on the following persons identified on the attached service list in the manner indicated:

                                                                           /s/ Pauline Z. Ratkowiak
                                                           Pauline Z. Ratkowiak, Paralegal
                                                           COLE, SCHOTZ, MEISEL,
                                                           FORMAN & LEONARD, P.A.
                                                           500 Delaware Avenue, Suite 1410
                                                           Wilmington, DE 19801
                                                           Telephone: (302) 652-3131
                                                           Facsimile: (302) 652-3117

Sworn to and subscribed before me
this 21st day of October, 2010

/s/ Kimberly A. Stahl
Notary Public

KIMBERLY A. STAHL
NOTARY PUBLIC STATE OF DELAWARE
MY COMMISSION EXPIRES 1/26/2011

46429/0001-6917781v2

## Tribune Company, *et al.*
## Agenda Service List regarding October 22, 2010 Hearing at 2:00 p.m.

**Via Telecopy:**

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE  19801

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE  19899-2046

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE  19899-0951

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE  19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

William M. Kelleher, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE  19801

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE  19801

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE  19801

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
John H. Schanne, II, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
 & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Adam Hiller, Esquire
Donna Harris, Esquire
Pinckney, Harris & Weidinger, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

Daniel K. Astin, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

William P. Bowden, Esquire
Amada M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391

David M. Powlen, Esquire
Barnes & Thornburg LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801

Stephen P. Lamb, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
P.O. Box 32
Wilmington, DE 19899-003

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801

Jamie L. Edmonson, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Brian E. Lutness, Esquire
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**J. Cory Falgowski, Esquire**
**Reed Smith LLP**
**1201 Market Street, Suite 1500**
**Wilmington, DE 19801**

**James S. Yoder, Esquire**
**White and Williams LLP**
**824 N. Market Street, Suite 902**
**Wilmington, DE 19801**

**Rafael Z. Zahralddin-Aravena, Esquire**
**Neil R. Lapinski, Esquire**
**Elliott Greenleaf**
**1000 West Street, Suite 1440**
**Wilmington, DE 19899**

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

Dennis E. Glazer, Esquire
Elliot Moskowitz, Esquire
Michael Russano, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

3

Kenneth N. Klee, Esquire
Lee R. Bogdanoff, Esquire
Martin R. Barash, Esquire
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

Thomas E. Lauria, Esquire
Gerard H. Uzzi, Esquire
David G. Hille, Esquire
Scott Greissman, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Andrew Goldman, Esquire
Wilmer Cutler Pickering
Hale and Dorr LLP
399 Park Avenue
New York, NY  10022

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Sheron Korpus, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Edward A. Friedman, Esquire
William P. Weintraub, Esquire
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua D. Morse, Esquire
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

David M. Smith, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY  10119

Phyllis Hayes, Paralegal
Receivable Management Services
as Agent for EMC Corporation
307 International Drive, Suite 270
Hunt Valley, MD  21030

Johnny White, Esquire
Blakeley & Blakeley LLP
2 Park Plaza, Suite 400
Irvine, CA 92614

Esther Tryban Telser
Senior Counsel
City of Chicago; Dept. of Law
30 N. LaSalle; Room 1400
Chicago, IL  60602

Bradley J. Butwin, Esquire
Daniel L. Cantor, Esquire
Steven A. Rosenstein, Esquire
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036

Evan M. Jones, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Andrew Gordon, Esquire
David W. Brown, Esquire
Lauren Shumejda, Esquire
Stuart McPhail, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

4

Charles E. Davidow, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K. Street, N.W.
Washington, DC 20006-1047

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua D. Morse, Esquire
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Michael S. Sitrick, Esquire
Sitrick And Company
1840 Century Park East, Suite 800
Los Angeles, CA 90067

Shawn Christianson, Esquire
Buchalter, Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2102

Marcia Willette
c/o William R. Pursell, Esq.
5745 SW 75th Street, #345
Gainesville, FL 32608

GE Capital Fleet Services
c/o Aaron N. Chapin, Esquire
Reed Smith LLP
10 S. Wacker Drive
Chicago, IL 60606

Scott L. Baena, Esquire
Matthew I. Kramer, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-2336

Michael D. Palmer, Esquire
Joseph, Herzfeld, Hester & Kirschenbaum LLP
757 Third Avenue, 25th Floor
New York, NY 10017

James H.M. Sprayregen, Esquire
Kirland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Kartar S. Khalsa, Esquire
Frank Anderson, Esquire
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, D.C. 20005-4026

Robert E. Paul, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
Three Barker Avenue, Third Floor
White Plains, NY 10601

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Brian Whittman, Managing Director
Matthew Frank
Alvarez & Marsal North America LLC
55 West Monroe Street, Suite 4000
Chicago IL 60603

June Y. Kim, Esquire
Burke, Warren, MacKay & Serritella, PC
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607

Jeffrey R. Zilka, General Manager
Daniel J. Edelman, Inc.
200 E Randolph Drive
Chicago, IL 60601

Landon S. Raiford, Esquire
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

Dennis Chi, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601

5

Bradley Dunn
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

Jared Zajac, Esquire
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173-1922

Aaron L. Hammer, Esquire
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Kimberly Newmarch, Esquire
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, Thirtieth Floor
Chicago, IL 60606

Andrea Clark Smith
Director
PricewaterhouseCoopers LLP
225 South Sixth Street, Suite 1400
Minneapolis, MN 55402

William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, IL 60606

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Alan D. Holtz
ALIXPARTNERS, LLP
9 West 57th Street, Suite 3420
New York, NY 10019

Thane Carlston
Vishal Patel
Moelis & Company LLC
245 Park Avenue, 32nd Floor
New York, NY 10167

Andrews Dalton, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044

Christopher L. Meazell, Esquire
Dow Lohnes PLLC
Three Partners Place - Suite 230
201 David L. Boren Blvd.
Norman, OK 73072

Sean Conroy, Partner
Assurance & Advisory
Deloitte & Touche LLP
111 S. Wacker Drive
Chicago, IL 60606-4301

Leslie Salcedo, Paralegal
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Via Electronic and First-Class Mail:

Mr. Robert Henke
4104 Hearthside Drive, Apt. #101
Wilmington, NC 28412

Ms. Terry Godbey
830 Ellwood Ave.
Orlando, FL 32804

Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

Mr. Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

Via Overnight Delivery:

Ms. Maureen Dombeck
4923 N. Wolcott, Unit GA
Chicago, IL 60640

Mr. Emerson Tucker, #2008-0003014 (Div. 9, tier 2G)
Cook County Jail
2700 South California Avenue
P.O. Box 089002
Chicago, IL  60608

<u>Via First-Class Mail</u>:

Ms. Claudia Sanzeri
35 Woodcock Lane
Levittown, NY  11756

Ms. Karolyn M. Walker
1457 W. 37th Street
Riviera Beach, FL  33404

Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

City of West Hollywood
PO Box 51848
Los Angeles, CA 90051-6148

7