**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, _et al._, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____) | | |

**CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF THE AFFIDAVIT**
**OF JOHN D. SHUGRUE IN SUPPORT OF THE APPLICATION OF THE DEBTORS**
**FOR THE ENTRY OF AN ORDER EXPANDING THE SCOPE OF RETENTION AND**
**EMPLOYMENT OF REED SMITH LLP AS SPECIAL COUNSEL TO THE DEBTORS**

The undersigned hereby certifies that:

1.      On October 1, 2010, the above-captioned Debtors and Debtors in Possession (the "Debtors") filed their Supplemental Application for the Entry of an Order Modifying the Scope of the Retention and Employment of Reed Smith LLP to Include Services Relating to Certain Employee-Related Matters, _Nunc Pro Tunc_ To August 27, 2010 (the "Supplemental Application"; D.I. 5872).

2.      In support of the Supplemental Application, Reed Smith submits the Affidavit of John D. Shugrue in Support of the Application of the Debtors for the Entry of an Order Expanding the Scope of Retention and Employment of Reed Smith LLP as Counsel to The Debtors, attached hereto as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 21, 2010                                Respectfully submitted,
          Wilmington, Delaware
                                                        REED SMITH LLP

                                                  By:   /s/ J. Cory Falgowski
                                                        J. Cory Falgowski (No. 4546)
                                                        1201 Market Street, Suite 1500
                                                        Wilmington, DE 19801
                                                        Telephone: (302) 778-7500
                                                        Facsimile: (302) 778-7575
                                                        E-mail:  jfalgowski@reedsmith.com

                                                        Special Counsel to the Debtors