# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 6045 & 6046 |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                                            ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 20, 2010, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\E&Y 7th-12th Fee Apps_DI 6045 & 6046_AFF_10-20-10.doc

a. "Notice of Fee Application," dated October 20, 2010, to which was attached the "Combined Seventh, Eighth and Ninth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the period December 1, 2009 to February 28, 2010," dated October 18, 2010 [Docket No. 6045], and

b. "Notice of Fee Application," dated October 20, 2010, to which was attached the "Combined Tenth, Eleventh and Twelfth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the period March 1, 2010 to May 31, 2010," dated October 18, 2010 [Docket No. 6046],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
21st day of October, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\TRIBUNE\Affidavits\E&Y 7th-12th Fee Apps_DI 6045 & 6046_AFF_10-20-10.doc

**EXHIBIT A**

| | |
|---|---|
| **TRB FEE APP 10-20-10**<br><br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA;<br>JILLIAN K. LUDWIG<br>ONE SOUTH DEARBORNE STREET<br>CHICAGO, IL 60603 | **TRB FEE APP 10-20-10**<br><br>RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ<br>920 N. KING STREET<br>PO BOX 551<br>WILMINGTON, DE 19899-0511 |
| **TRB FEE APP 10-20-10**<br><br>MAYER BROWN LLP<br>BRIAN TRUST, ESQ.<br>AMIT K. TREHAN, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019-5820 | **TRB FEE APP 10-20-10**<br><br>EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>WILMINGTON, DE 19801 |
| **TRB FEE APP 10-20-10**<br><br>DAVIS POLK & WARDELL, LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10019 | **TRB FEE APP 10-20-10**<br><br>CHADBOURNE & PARKE LLP<br>ATTN: HOWARD SEIFE<br>DAVID M. LEMAY<br>DOUGLAS E. DEUTSCH<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| **TRB FEE APP 10-20-10**<br><br>LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS<br>MATTHEW B. MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **TRB FEE APP 10-20-10**<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID M. KLAUDER, ESQ.<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, STE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **TRB FEE APP 10-20-10**<br><br>STUART MAUE<br>ATTN: JOHN L. DECKER, ESQ.<br>3840 MCKELVEY RD.<br>ST. LOUIS, MO 63044 | |