**TRIBUNE COMPANY, et al.**
**Case No. 08-13141 (KJC)**
**Exhibit "A" to Omnibus Order Approving Fee Applications for Kenneth N. Klee, the Examiner, and his professionals for the Compensation Period April 30, 2010 - August 20, 2010**

| APPLICANT AND TITLE | DKT. NO. | FINAL FEES APPROVED | FINAL EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Examiner's Professionals** | | | | |
| Kenneth N. Klee (Examiner) | 5584 5938* | $673,587.50 | $23,350.85 | $696,938.35 |
| Klee, Tuchin, Bogdanoff & Stern LLP (Counsel to Examiner) | 5582 5939* | $4,409,846.75 | $70,311.66 | $4,480,158.41 |
| Saul Ewing LLP (Counsel to Examiner) | 5572 5940* | $3,238,459.00 | $199,610.25 | $3,438,069.25 |
| LECG, LLC (Financial Advisor to Examiner) | 5722 5937* | $3,357,246.70 | $81,421.73 | $3,438,668.43 |

* Reflects docket numbers of filed Supplements seeking allowance and payment of certain fees relating to the preparation and prosecution of fee applications on behalf of the Professionals, which fees were incurred following the conclusion of the Compensation Period.