IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>Re: Docket No. 5859, 6036 |

**ORDER GRANTING MOTION OF FEDERAL INSURANCE COMPANY FOR ORDER AUTHORIZING IT TO MAKE SETTLEMENT PAYMENT OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motion (the "Motion")[1] of Federal Insurance Company ("Federal") for an order authorizing it to make a Settlement Payment (as defined in the Motion) or, in the alternative, for Relief from the Automatic Stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** Federal may make the Settlement Payment as set forth in the Motion;

**IT IS FURTHER ORDERED** that the automatic stay is modified to the extent necessary to allow Federal to issue the Settlement Payment.

**IT IS SO ORDERED** this 22nd day of Oct 2010.

The Honorable Kevin J. Carey
Chief United States Bankruptcy Court Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.