# SIGN-IN-SHEET

**CASE NAME:** Tribune  
**CASE NO.** 08-13141  

**COURTROOM LOCATION:** 5  
**DATE:** 10/22/10  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath + Cobb | The Committee |
| Daniel B. Rath | Landis Rath + Cobb | The Committee |
| Howard Seife | Chadbourne + Parke | The Committee |
| David LeMay | Chadbourne + Parke | The Committee |
| Graeme Bush | Zuckerman Spaeder | The Committee |
| Jim Sottile | Zuckerman Spaeder | The Committee |
| Bruce Bennett | Hennigan Bennett | Credit Agreement Lenders |
| Robert Brady | Young Conaway | " |
| Don Bernstein | Davis Polk | JPMorgan Chase |
| Bos Stoni | RLF | " |
| Norman Pernick | Cole Schotz | Tribune |
| James Conlan | Sidley | " |
| Kevin Lantry | " | " |
| Stephen Novack | Novack and Macey | " |

# SIGN-IN-SHEET

CASE NAME: Tribune
CASE NO. 08-13141

COURTROOM LOCATION: 5
DATE: 10/22/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Bendernagel | Sidley | Tribune |
| Dan Liebentritt | Tribune | " |
| Julie Parver | Kaye Scholer LLP | Merrill Lynch |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | " |
| Damis Glazer | Davis Polk | JPMorgan Chase |
| Michael Cussans | " | " |
| Robert Stark / Martin Siegel | Brown Rudnick | Wilmington Trust |
| Daniel Golden | Akin Gump | Aurelius |
| David Zensky | Akin Gump | Aurelius |
| Bill Burns | Ashby & Geddes | " |
| Jeffrey Siedel | Fox Rothschild | Bridge Bet |
| Scott Greissman | White & Case | " |
| Andrew Hammond | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune  
**CASE NO.** 08-13141

**COURTROOM LOCATION:** 5  
**DATE:** 10/22/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tom Horan | Womble Carlyle | Great Banc |
| Donna Harris | Pinckney Harris + Weidinger | Federal Insurance |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Jennifer Hoover | Benesh | Wilmington Trust |
| Cory Falgowski | Reed Smith | Debtors - Special Counsel |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 10/22/2010
Calendar Time: 02:00 PM ET

Amended Calendar 10/22/2010 10:23 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816935 | Jason D. Abbruzzese | 212-612-1412 | Realm Partners | Interested Party, Jason D. Abbruzzese / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817667 | Jeff Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815441 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814713 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3751706 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816103 | Jon Berke | (212) 686-2741 | DebtWire | Interested Party, Jon Berke / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816893 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3812533 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3812616 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814605 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817083 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817275 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814340 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |

Peggy Drasal   CourtConfCal2009   Page 4 of 8

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3813474 | Michael Ching | 212-339-2431 | Allen & Company | | Third Party, Michael Ching / LISTEN ONLY |
|---|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816825 | Esther Chung | (646) 855-6705 | Bank of America | | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3819378 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management | | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814492 | Andrew Dalton | (314) 291-3030 | Stuart Maue | | Examiner, Stuart Maue / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817064 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816883 | Greg Demo | 312-853-7758 | Sidley Austin | | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815319 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815966 | Ephraim Diamond | (646) 282-5841 | DK Partners | | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816902 | Dave Eldersveld | (312) 222-4707 | Tribune Company | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815752 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817042 | Jeffrey Farkas | (614) 577-1120 | RBS Securities, Inc. | | Interested Party, RBS Securities, Inc. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3819589 | Dennis Fitzsimons (Client) | (312) 704-7746 | Grippo & Elden, LLC | | Client, Dennis Fitzsimons / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3786677 | James Freeman | (212) 583-4000 | Perry Capital | | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816997 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | | Creditor, U.S. Department of Labor / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817113 | Evan Glucoft | (212) 883-3832 | Moelis & Company | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814750 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | | Interested Party, Angelo, Gordon & Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817057 | Jason Goldsmith | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | | Creditor, Aurelius Capital / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3797732 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815700 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816957 | Peter Gruszka | (312) 416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814812 | Andrew Gu | (203) 413-7246 | Arrowhawk Capital Partners | Client, Arrowhawk Capital Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816894 | Alan D. Holtz | 312-551-3268 | AlixPartners, LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814677 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814338 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3808520 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816857 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815599 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816835 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816850 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3797735 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3770928 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814736 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815328 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3797734 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814317 | Fredrick J. Levy | (212) 451-2218 | Olshan Grundman Frome Rosenzweig | Representing, Step One Credit Agreement Lenders / LIVE |

| Debtor | Case | Type | First Name | Last Name | ID | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Don Liebentritt | 3816897 | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Neil S Losquadro | 3815434 | (212) 745-9758 | Brigade Capital Management | In Propria Persona, Neil S Losquadro / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Jillian Ludwig | 3816846 | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Lynne Marek | 3820023 | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Elizabeth McColm | 3797736 | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Kerriann Mills | 3816854 | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Shachar Minkove | 3815039 | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Tina Moss | 3816967 | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Michael D. Oneal | 3816134 | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Karen S. Park | 3817974 | (212) 756-2036 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Dennis A. Prieto | 3815343 | (646) 445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Madlyn G. Primoff | 3815404 | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corp / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Marc Roitman | 3815323 | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | David Rosner | 3816899 | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Allison E. Ross | 3816879 | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Ashley L. Ruiz | 3815680 | (562) 907-6800 | Romero Law Firm | Creditor, County of San Bernardino / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Mike J. Schott | 3749538 | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Howard Seife | 3815305 | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815467 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3808487 | Andrew M. Thau | 212-692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814224 | David B. Thompson | (212) 688-7526 | Gruss & Company, LLC | Creditor, David Thompson / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815472 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816891 | Alison Triggs | (312) 853-7184 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3663124 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3817222 | Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814757 | William Weintraub | (212) 833-1109 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3811576 | John W. Weiss | (212) 210-9412 | Alston & Bird LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3816904 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3815475 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3814396 | Jared Zajac | 212-547-5639 | McDermott Will & Emery (New York) | Debtor, The Tribune Company / LIVE |