## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Date: November 12, 2010 at 4:00 p.m.** |
| | **Hearing Date:** *Only if Objections are filed* |

## SEVENTEENTH MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION <u>FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010</u>

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (<u>nunc pro tunc</u> to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | **May 1, 2010 through May 31, 2010** |
| Amount of compensation sought as actual, reasonable and necessary: | **$2,543,374.93** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | **$111,081.62** |

This is a(n):     __X__ monthly          _____ interim          _____ final application

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | **$2,034,699.94** |
| Expenses at 100% | **$111,081.62** |

**FEE SUMMARY FOR THE PERIOD FROM
MAY 1, 2010 THROUGH MAY 31, 2010**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 0.60 | $480.00 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 59.70 | $49,252.50 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 206.50 | $160,037.50 |
| John R. Box | Partner/ Corporate/ 29 years. Admitted 1981. | $685 | 2.20 | $1,507.00 |
| Stephen C. Carlson | Partner/ Litigation/ 33 years. Admitted 1977. | $735 | 8.00 | $5,880.00 |
| Paul S. Caruso | Partner/ Bankruptcy/ 14 years. Admitted 1996. | $725 | 104.90 | $76,052.50 |
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 153.50 | $145,825.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | 0.80 | $580.00 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 200.70 | $137,479.50 |
| Steven A. Ellis | Partner/ Litigation/ 16 years. Admitted 1994. | $700 | 0.20 | $140.00 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 62.20 | $38,875.00 |
| Ronald S. Flagg | Partner/ Litigation/ 29 years. Admitted 1981. | $650 | 6.00 | $3,900.00 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 5.90 | $4,572.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 1.80 | $1,440.00 |
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 5.50 | $3,987.50 |

4

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 204.90 | $172,252.50 |
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 23.50 | $17,037.50 |
| Robert W. Hirth | Partner/ Litigation/ 31 years. Admitted 1979. | $875 | 1.00 | $875.00 |
| Michael Hyatte | Partner/ Regulatory/ 31 years. Admitted 1979. | $875 | 0.70 | $612.50 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 0.20 | $137.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 142.00 | $98,000.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 103.40 | $88,938.75 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin T. Lantry | Partner/ Bankruptcy/ 29 years. Admitted 1991. | $850 | 193.00 | $155,040.00 |
| Robert J. Lewis | Partner/ Banking/ 15 years. Admitted 1995. | $650 | 6.20 | $4,030.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 78.00 | $50,700.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 1.50 | $1,425.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 5.60 | $4,116.00 |
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 28.70 | $20,090.00 |
| Gary B. Stern | Partner/ Banking/ 28 years. Admitted 1982. | $825 | 0.30 | $247.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James P. Young | Partner/ Litigation/ 17 years. Admitted 1993. | $605 | 33.00 | $19,965.00 |
| Jay H. Zimbler | Partner/ Tax/ 35 years. Admitted 1975. | $850 | 0.60 | $510.00 |
| Dean Kloner | Counsel/ Securitization/ 22 years. Admitted 1988. | $900 | 0.80 | $720.00 |
| William R.M. Long | Counsel/ Financial Services Regulatory/ 17 years. Admitted 1993. | $808.30 $783.60 £500 | 15.00 | $12,062.75 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 237.30 | $160,177.50 |
| Nicholas J. Alexiou | Associate/ Litigation/ 1 year. Admission pending. | $250 | 62.90 | $15,725.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan Nogasky Beer | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 6.10 | $2,165.50 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 107.70 | $56,542.50 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 260.70 | $163,930.00 |
| Brenna M. Clark | Associate/ Employee Benefits/ 2 years. Admitted 2008. | $355 | 4.80 | $1,704.00 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 5.70 | $2,422.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 134.60 | $55,441.25 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 38.10 | $12,001.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew R. Dornauer | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 10.20 | $3,621.00 |
| Katie M. Durick | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 55.30 | $17,972.50 |
| Jason J. Englund | Associate/ Employment and Labor Law/ 1 year. Admitted 2009. | $355 | 2.10 | $745.50 |
| James A. Fortosis | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 36.70 | $13,028.50 |
| Rachel D. Gray | Associate/ Environmental Law/ 5 years. Admitted 2005. | $475 | 1.60 | $760.00 |
| Bojan Guzina | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 3.50 | $2,275.00 |
| Christopher R. Hale | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 6.40 | $2,272.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lior Z. Heller (formerly Lior Ziv) | Associate/ Employment and Labor Law/ 5 years. Admitted 2005. | $510 | 0.60 | $306.00 |
| Eric G. Hoffman | Associate/ Litigation/ 6 years. Admitted 2004. | $650 | 36.90 | $23,985.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 1.50 | $795.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 3.40 | $1,275.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 73.70 | $31,322.50 |
| Scott P. Kramer | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 66.80 | $26,386.00 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 1.60 | $568.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 85.10 | $27,657.50 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 76.20 | $32,766.00 |
| Meredith Jenkins Laval | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 7.60 | $3,002.00 |
| Thomas Lindup | Associate/ Corporate/ 7 years. Admitted 2003. | $678.97 £420 | 0.80 | $543.18 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 132.30 | $62,842.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 6.50 | $2,437.50 |
| Adam McClay | Associate/ Litigation/ <1 year. Admitted 2010. | $375 | 25.30 | $9,487.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 260.40 | $140,140.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ryan C. Morris | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 44.50 | $21,137.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 9.30 | $3,487.50 |
| Sandra F. Palmer | Associate/ Litigation/ 7 years. Admitted 2003. | $525 | 119.00 | $62,475.00 |
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 94.80 | $48,822.00 |
| Christopher A. Ripple | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 11.30 | $4,011.50 |
| Allison E. Ross | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 35.80 | $15,215.00 |
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 31.90 | $10,367.50 |
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 23.90 | $9,440.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 8.10 | $3,199.50 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 7.80 | $3,315.00 |
| Allison Leff Triggs | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 71.90 | $30,557.50 |
| Nilofer Umar | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 12.50 | $4,437.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 114.40 | $45,188.00 |
| Hsin Hsin Yang | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 6.10 | $2,592.50 |
| Matthew T. Holohan | Staff Attorney Litigation/ 9 years. Admitted 2001. | $245 | 38.40 | $9,408.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Heather Irwin | Staff Attorney Litigation/ 10 years. Admitted 2000. | $245 | 33.60 | $8,232.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ < 1 year. | $190 | 7.30 | $1,387.00 |
| Richard Bryan | Legal Assistant/ Litigation/ 2 years. | $190 | 37.00 | $7,030.00 |
| Beryl E. Dennis | Legal Assistant/ Litigation/ 25 years. | $290 | 80.80 | $23,432.00 |
| Kevin Garvey | Legal Assistant/ Litigation/ 3 years. | $215 | 6.80 | $1,462.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 0.30 | $69.00 |
| Shirley Higashi | Legal Assistant/ Litigation/ 5 years. | $195 | 0.80 | $156.00 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 4.30 | $817.00 |
| Randall C. Luce | Legal Assistant/ Litigation/ 11 years. | $265 | 10.10 | $2,676.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 4.90 | $1,127.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 41.90 | $11,941.50 |
| Eileen A. McDonnell-O'Driscoll | Senior Legal Assistant/ Bankruptcy/ 24 years. | $290 | 0.60 | $174.00 |
| John Meehan | Legal Assistant/ Litigation/ 10 years. | $240 | 10.10 | $2,424.00 |
| Branka V. Nastasic | Legal Assistant/ Corporate/ 8 years. | $225 | 7.80 | $1,755.00 |
| Karen A. Nelms | Legal Assistant/ Litigation/ 14 years. | $245 | 2.40 | $588.00 |
| James P. Platt | Legal Assistant/ Litigation/ 8 years. | $200 | 26.80 | $5,360.00 |
| David R. Porter | Legal Assistant/ Litigation/ 1 year. | $205 | 4.40 | $902.00 |
| Nebojsa Rebic | Legal Assistant/ Litigation/ 14 years. | $225 | 2.50 | $562.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rebecca Richardson | Legal Assistant/ Litigation/ 2 years. | $190 | 9.00 | $1,710.00 |
| Katherine Riley | Legal Assistant/ Litigation/ 10 years. | $275 | 11.50 | $3,162.50 |
| Arturo J. Rodriguez | Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 3.60 | $684.00 |
| D'Esprit Smith | Legal Assistant/ Food and Drug Law/ < 1 year. | $190 | 6.30 | $1,197.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 44.90 | $8,531.00 |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 37.90 | $10,043.50 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 4.00 | $440.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 1.00 | $145.00 |
| Jennifer O. Butler | Librarian/ 3 years. | $100 | 0.80 | $80.00 |

| Name of Professional/<br>Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ellen J. Kreis | Librarian/<br>12 years. | $100 | 0.50 | $50.00 |
| Michael P. Bawden | Litigation Support Manager/<br>12 years. | $315 | 5.00 | $1,575.00 |
| Monica M. Blouin | Litigation Support/<br>2 years. | $265 | 1.30 | $344.50 |
| Steven P. Cosgrove | Litigation Support/<br>3 years. | $235 | 1.00 | $235.00 |
| Cheryl Gabriel | Litigation Support/<br>12 years. | $130 | 0.30 | $39.00 |
| Madeline E. Glidden | Litigation Support/<br>1 year. | $210 | 0.50 | $105.00 |
| Alex Godofsky | Litigation Support/<br>< 1 year. | $185 | 1.00 | $185.00 |
| Steven Hlynski | Litigation Support/<br>6 years. | $210 | 4.50 | $945.00 |
| Daniel H. Lang | Litigation Support/<br>6 years. | $185 | 1.00 | $185.00 |
| Rene Laurens | Litigation Support/<br>4 years. | $265 | 12.20 | $3,233.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kimberly Littlejohn | Litigation Support/ 8 years. | $265 | 4.00 | $1,060.00 |
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 15.90 | $4,213.50 |
| John Pan | Litigation Support/ 2 years. | $210 | 0.80 | $168.00 |
| JoAnne SanMateo | Litigation Support Project Manager/ 8 years. | $265 | 2.90 | $768.50 |
| Olivia Savell | Litigation Support/ 6 years. | $265 | 1.10 | $291.50 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 33.00 | $6,930.00 |
| Chris Stravropoulos | Litigation Support/ 1 year. | $185 | 4.80 | $888.00 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 2.80 | $742.00 |
| Steve Young | Litigation Support/ 12 years. | $265 | 1.50 | $397.50 |
| Robert Singh | Docket Clerk 20 years. | $105 | 2.00 | $210.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Grand Total | | | 4,536.50 | $2,543,374.93[1] |
| Blended Rate | | $560.65 | | |

---

[1] $12,605.93 of this amount represents professional fees for services performed before May 1, 2010 that were not included in any prior monthly fee application.

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
MAY 1, 2010 THROUGH MAY 31, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Matters (20100) | 171.60 | $77,723.50[2] |
| Fee Applications (30390) | 46.80 | $12,751.50 |
| Intellectual Property Issues | 15.80 | $12,605.93 |
| Executory Contracts and Leases (30410) | 12.50 | $6,678.00 |
| Vendor Issues | 1.50 | $840.00 |
| Use/Sale/Lease of Assets (30430) | 23.80 | $19,979.50 |
| Insurance Issues (30450) | .20 | $95.00 |
| Committee-Related Matters (30460) | 3.70 | $2,707.50 |
| Litigated Matters (30470) | 2,020.90 | $1,001,761.00 |
| Travel Time (30480) (with 50% discount) | 89.80 | $32,001.50 |
| Labor Issues (30490) | 10.80 | $6,160.00 |
| Plan and Disclosure Statement (30500) | 1,579.80 | $1,073,360.00 |
| Professional Retention (30510) | 15.40 | $8,080.00 |
| Tax Issues (30520) | 44.00 | $25,537.50 |
| Claims Processing (30530) | 157.80 | $83,025.00 |
| Business Operations (30550) | 149.00 | $74,906.50 |
| Case Administration (30560) | 71.50 | $27,506.00 |
| Creditor Communications (30570) | 1.20 | $550.00 |
| Bankruptcy Schedules (30580) | 15.90 | $7,485.00 |
| Employee Issues (30590) | 101.80 | $67,866.50 |
| 2010 Exit Credit Facility (13700) | 2.70 | $1,755.00 |
| **TOTAL** | **4,536.50** | **$2,543,374.93[3]** |

---

[2] $62,093.00 of this amount represents professional fees for FCC-related services attributable to Newspaper Crossownership (120.40 hrs., $62,093.00 fees) which have been separately invoiced at the request of the Debtors.

[3] $12,605.93 of this amount represents professional fees for services performed before May 1, 2010 that were not included in any prior monthly fee application.

**EXPENSE SUMMARY FOR THE PERIOD FROM
MAY 1, 2010 THROUGH MAY 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[4] | Various | $14,282.26 |
| Court Costs | | $58.00 |
| Duplicating Charges[5] | | $8,032.38 |
| Document Delivery Services | | $450.43 |
| Document Services | | $44.74 |
| Filing Fees | | $95.00 |
| Ground Transportation | | $3,731.00 |
| Lexis Research Service[6] | Lexis | $5,183.40 |
| Meals Out-of-Town | | $891.68 |
| Meals | | $3.00 |
| Messenger Services | | $46.79 |
| Other | | $8.43 |
| Overtime Services | | $2,666.58 |
| Document Production | | $525.00 |
| Professional Services/Specialists | | $35,151.40 |
| Publications | | $26.50 |
| Search Services | | $272.82 |
| Telephone Tolls | | $1,819.93 |
| Travel/Lodging | | $9,709.35 |
| Westlaw Research Service[6] | Westlaw | $28,082.93 |
| | | |
| **Total** | | **$111,081.62** |

[4] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[5] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

[6] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.

LA1 1830763V.1