

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048268
Client Matter 90795-13700

For professional services rendered and expenses incurred through May
31, 2010 re 2010 Exit Credit Facility

Fees        $1,755.00

**Total Due This Bill**        **$1,755.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  30048268
Tribune Company

RE: 2010 Exit Credit Facility

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/25/10 | RJ Lewis | Telephone conferences and correspondence with D. Eldersveld and D. Bingham re: credit agreement documentation | .20 |
| 05/27/10 | RJ Lewis | Attend telephone conferences at Tribune with JPMorgan re:credit agreement | 2.00 |
| 05/30/10 | RJ Lewis | Review existing credit agreement covenants | .50 |
| | | **Total Hours** | **2.70** |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048268
Tribune Company

RE: 2010 Exit Credit Facility

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| RJ Lewis | 2.70 | $650.00 | $1,755.00 |
| **Total Hours and Fees** | **2.70** | | **$1,755.00** |



| | | |
|---|---|---|
| **SIDLEY AUSTIN** LLP | BEIJING | NEW YORK |
| ONE SOUTH DEARBORN | BRUSSELS | PALO ALTO |
| CHICAGO, IL 60603 | CHICAGO | SAN FRANCISCO |
| (312) 853 7000 | DALLAS | SHANGHAI |
| (312) 853 7036 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, DC |
| | LOS ANGELES | |
| | **FOUNDED 1866** | |

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048269
Client Matter 90795-20100

For professional services rendered and expenses incurred through May
31, 2010 re FCC Post Bankruptcy Matters

Fees                                                                    $15,630.50

**Total Due This Bill**                                                 **$15,630.50**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: 5519624
                                            ABA Number: 071000013
                                            Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 30048269
Tribune Company

RE: FCC Post Bankruptcy Matters

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | LJ McCarty | Finalize and distribute Public Notice information and instructions | 5.80 |
| 05/03/10 | MD Schneider | Review changes to public notice for filing of application and changes for transferor, licensees, with calls to client on edits and station manager questions | 1.70 |
| 05/04/10 | LJ McCarty | Obtain copies of post bankruptcy applications - mass media and wireless | 5.50 |
| 05/05/10 | MD Schneider | Review application public interest statement and calls to client on station public file, service issues | .80 |
| 05/06/10 | MD Schneider | Calls with client on public notice, public interest statement and FCC reports on FCC Form 323 | .90 |
| 05/07/10 | LJ McCarty | Tribune General - Scan and e-mail text information to various licensees | 3.00 |
| 05/10/10 | LJ McCarty | Tribune General - Conference call with M. Schneider and client regarding outstanding projects | 1.50 |
| 05/10/10 | MD Schneider | Review and confer on draft FCC Form 323 ownership reports | .60 |
| 05/11/10 | EM Brandon | Prepare Draft Membership | 1.00 |
| 05/11/10 | LJ McCarty | Tribune General - Continue preparation of draft biennial ownership reports | 5.00 |
| 05/12/10 | EM Brandon | Review, update 2010 Biennial Ownership Report Drafts (3.2); Finalize changes for client information, FRNs (1.1) | 4.30 |
| 05/12/10 | LJ McCarty | Tribune General - Continue preparation of draft ownership for biennial reporting requirement | 3.80 |
| 05/12/10 | MD Schneider | Review draft FCC ownership reports | .80 |
| 05/13/10 | EM Brandon | Prepare Biennial Ownership Reports | 2.00 |
| 05/13/10 | LJ McCarty | Tribune General - Edit draft biennial ownership reports | 6.00 |
| 05/13/10 | MD Schneider | Review drafts of FCC Form 323 and conference calls with client on preparation of final reports | 1.20 |
| 05/14/10 | LJ McCarty | Tribune General - Further edits to ownership drafts | 2.30 |
| 05/17/10 | LJ McCarty | Tribune General - Further edits to ownership drafts | 5.00 |
| | | **Total Hours** | **51.20** |

**SIDLEY AUSTIN LLP**

Invoice Number: 30048269
Tribune Company

RE: FCC Post Bankruptcy Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| MD Schneider | 6.00 | $700.00 | $4,200.00 |
| LJ McCarty | 37.90 | 265.00 | 10,043.50 |
| EM Brandon | 7.30 | 190.00 | 1,387.00 |
| **Total Hours and Fees** | **51.20** | | **$15,630.50** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048270
Client Matter 90795-30390

For professional services rendered and expenses incurred through May
31, 2010 re Fee Applications

Fees                                                                    $12,751.50

**Total Due This Bill**                                            **$12,751.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

SIDLEY AUSTIN LLP

Invoice Number: 30048270
Tribune Company

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | JK Ludwig | Emails with J. Jensen and D. Lutes re: 15th monthly fee application | .10 |
| 05/03/10 | DJ Lutes | Preparation of 15th monthly fee application | .50 |
| 05/06/10 | S Higashi | Prepare 15th monthly fee application materials | .80 |
| 05/06/10 | DJ Lutes | Preparation of 15th monthly fee application | .60 |
| 05/07/10 | DJ Lutes | Preparation of 15th monthly fee application | .40 |
| 05/07/10 | KA Nelms | Preparation of 15th monthly fee application | 2.40 |
| 05/10/10 | DJ Lutes | Preparation of 15th monthly fee application and emails to J. Jensen in accounting re same | .30 |
| 05/12/10 | DJ Lutes | Preparation of 15th monthly fee application (.3); emails to J. Jensen and J. Ludwig re same (.3) | .60 |
| 05/14/10 | DJ Lutes | Emails with J. Jensen re billing status and pending fee application issues | .40 |
| 05/17/10 | DJ Lutes | Preparation of 15th monthly fee application (.30); initial preparations of 16th monthly fee application (1.0) | 1.30 |
| 05/18/10 | DJ Lutes | Preparation of 16th monthly fee application | 2.60 |
| 05/20/10 | DJ Lutes | Review and respond to multiple emails with J. Ludwig and J. Jensen re 15th and 16th fee application processing status and strategies (.50); preparation of 15th fee application (.70); preparation of 16th fee application (1.70) | 2.90 |
| 05/21/10 | DJ Lutes | Preparation of 15th monthly fee application (1.90); TCs and emails to J. Jensen re invoice issues (.50) | 2.40 |
| 05/24/10 | DJ Lutes | Preparation of 15th monthly fee application | 5.80 |
| 05/25/10 | L Fernandez | Prepare 15th monthly application materials | 2.50 |
| 05/25/10 | DJ Lutes | Preparation of 15th monthly fee application (4.30); prepare 16th monthly fee application (1.60) | 5.90 |
| 05/26/10 | DJ Lutes | Preparation of 15th monthly fee application (.60); preparation of 16th monthly fee application (5.80) | 6.40 |
| 05/27/10 | DJ Lutes | Preparation of 16th monthly fee application | 4.30 |
| 05/28/10 | DJ Lutes | Preparation of 16th monthly fee application (5.80); prepare emails to J. Ludwig and J. Jensen re same (.80) | 6.60 |

|  |  | **Total Hours** | **46.80** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048270
Tribune Company

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JK Ludwig | .10 | $475.00 | $47.50 |
| DJ Lutes | 41.00 | 285.00 | 11,685.00 |
| KA Nelms | 2.40 | 245.00 | 588.00 |
| S Higashi | .80 | 195.00 | 156.00 |
| L Fernandez | 2.50 | 110.00 | 275.00 |
| **Total Hours and Fees** | **46.80** | | **$12,751.50** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048271
Client Matter 90795-30400

For professional services rendered and expenses incurred through May
31, 2010 re Intellectual Property Issues

Fees                                                                                    $12,605.93

**Total Due This Bill**                                                   **$12,605.93**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 30048271
Tribune Company

RE: Intellectual Property Issues

### TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/16/10 | WR Long | Review draft Metadata Supply Services Agreement | 1.80 |
| 02/17/10 | WR Long | Attend call with S Karottki on English law issues with Metadata Services Contract | 1.00 |
| 02/17/10 | WR Long | Review and amend Metadata Services Contract to deal with English law issues (3.4); provide comments on revisions to S Karottki (.8) | 4.20 |
| 02/18/10 | T Lindup | Review and revise performance guarantee provision in the Metadata Supply Services Agreement | .80 |
| 02/18/10 | WR Long | Review and respond to comments on tax provisions and guarantee in draft Metadata Services Contract (.6); consider privacy issues (.9) | 1.50 |
| 02/19/10 | WR Long | Consider privacy and copyright issues relevant to Metadata services (1.1); review and respond to further comments on Metadata Services Agreement (.6) | 1.70 |
| 02/24/10 | WR Long | Consider UK privacy issues and copyright issues with Metadata Services Agreement | 1.50 |
| 02/26/10 | WR Long | Consider privacy issues on Metadata Supply Agreement | .80 |
| 03/25/10 | WR Long | Consider provisions in Metadata Supply Services agreement under English law | 1.00 |
| 03/26/10 | WR Long | Liaise with R Searle and C Arnold on metadata services agreement (.2); review data protection provisions (.5); prepare response with comments and forward to S Karottki (.8) | 1.50 |
| | | **Total Hours** | **15.80** |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048271
Tribune Company

RE: Intellectual Property Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| WR Long | 12.50 | $808.30 | $10,103.75 |
| WR Long | 2.50 | 783.60 | 1,959.00 |
| T Lindup | .80 | 678.97 | 543.18 |
| **Total Hours and Fees** | **15.80** | | **$12,605.93** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048272
Client Matter 90795-30410

For professional services rendered and expenses incurred through May
31, 2010 re Executory Contracts and Leases

Fees                                                                      $6,678.00

**Total Due This Bill**                                                   **$6,678.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 30048272
Tribune Company

RE: Executory Contracts and Leases

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | JE Henderson | Tc w/Sprint attorney re: executory Ks and schedule | .50 |
| 05/04/10 | KS Mills | Attention to issues outstanding w/r/t certain executory contract counterparty | .30 |
| 05/05/10 | JE Henderson | Email exchange w/Sprint attorney (.20); review attachments re: leases and email exchange w/J. Ludwig re: handling (.30) | .50 |
| 05/05/10 | JK Ludwig | Review email from counsel to Sprint regarding tower leases (0.4); emails with S. Pater re: same (0.2); emails with J. Ehrenhofer re: same (0.2) | .80 |
| 05/07/10 | GV Demo | Draft email response to D&B deadline extension | .20 |
| 05/07/10 | JK Ludwig | Analyze communications lease assumption issues (0.5); telephone call with K. Hackett re: same (0.2); draft email to station managers re: same (0.3) | 1.00 |
| 05/07/10 | KS Mills | Review of issue related to certain executory contracts | .50 |
| 05/10/10 | JE Henderson | Conf w/J. Ludwig/review emails re: Sprint K and schedules | .30 |
| 05/10/10 | JK Ludwig | Review and analyze Sprint leases in response to Sprint inquiry (1.9); emails with station managers re: same (0.2); email to G. Mazzaferri re: same (0.1); email with N. Mroczkowski re: same (0.1); email to K. Hackett re: same (0.2) | 2.50 |
| 05/10/10 | KS Mills | Review of issue outstanding w/certain contract counterparty and prepare responsive email re: same (.2); follow up t/call re: call (.1) | .30 |
| 05/11/10 | JK Ludwig | Review and respond to email from R. Stone re: Sprint leases | .10 |
| 05/12/10 | GV Demo | Phone calls in re D&B request for payment | .60 |
| 05/14/10 | KP Kansa | Participate in conference call re: Insertco lease with A. Triggs, S. Pater, K. Hackett, and M. Frank | .30 |
| 05/18/10 | JK Ludwig | Review and respond to emails from counsel for Sprint regarding status of executory contracts (0.3); review documentation regarding prepetition assignment of certain Sprint contract (0.8); emails with G. Mazzaferri, F. Pietro, and S. Horvath re: same (0.2) | 1.30 |
| 05/21/10 | AL Triggs | Correspondence with P. Ramsey in L.A. re: KTLA's lease amendment issues (.6); draft email to K. Kansa summarizing correspondence (.3) | .90 |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048272
Tribune Company

RE: Executory Contracts and Leases

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/25/10 | KS Mills | Review of issues outstanding w/respect to certain executory contracts (2.0); email T. Coulson re: preparation off resolution of certain executory contract issue (.2) | 2.20 |
| 05/25/10 | AL Triggs | Phone call with K. Kansa and P. Ramsey re: KTLA lease amendments | .20 |
| | | **Total Hours** | **12.50** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048272
Tribune Company

RE: Executory Contracts and Leases

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JE Henderson | 1.30 | $850.00 | $1,105.00 |
| KP Kansa | .30 | 700.00 | 210.00 |
| KS Mills | 3.30 | 560.00 | 1,848.00 |
| JK Ludwig | 5.70 | 475.00 | 2,707.50 |
| AL Triggs | 1.10 | 425.00 | 467.50 |
| GV Demo | .80 | 425.00 | 340.00 |
| **Total Hours and Fees** | **12.50** | | **$6,678.00** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048273
Client Matter 90795-30420

For professional services rendered and expenses incurred through May
31, 2010 re Vendor Issues

Fees                                                                            $840.00

**Total Due This Bill**                                              **$840.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number:  30048273
Tribune Company

RE: Vendor Issues

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/12/10 | KS Mills | Review of payment issues related to certain vendor(.3) and prepare email response to same (.2) | .50 |
| 05/13/10 | KS Mills | Prepare for and participate in call with counsel for certain newsprint provider (.8); draft email to J. Cannizo re: same (.2) | 1.00 |
| | | **Total Hours** | **1.50** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048273
Tribune Company

RE: Vendor Issues

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KS Mills | 1.50 | $560.00 | $840.00 |
| **Total Hours and Fees** | **1.50** | | **$840.00** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048274
Client Matter 90795-30430

For professional services rendered and expenses incurred through May
31, 2010 re Use/Sale/Lease of Assets

Fees                                                                                    $19,979.50

**Total Due This Bill**                                                      **$19,979.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number: 30048274
Tribune Company

RE: Use/Sale/Lease of Assets

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | JE Henderson | Email exchange w/B. Krakauer re: TVFN (.10); conf w/C. Kline re: same (.30) | .40 |
| 05/05/10 | JE Henderson | Review proposed letter re: TVFN and email exchange w/C. Kline | .30 |
| 05/05/10 | CL Kline | Review and discuss w/J. Henderson proposed TVFN transaction | .40 |
| 05/06/10 | JE Henderson | Email exchange w/client and review/revise proposed letter and review final revised version (1.0); review timeline/task list (.20); review partnership K (.30) | 1.50 |
| 05/10/10 | JE Henderson | Confs w/K. Kansa re: ordinary course issue (.40); review timeline re: TVFN (.30) | .70 |
| 05/11/10 | JR Box | Review comments to confidentiality agreements (1.0); review applicable securities laws (0.50); telephone calls with J. Henderson regarding same (0.70) | 2.20 |
| 05/11/10 | JE Henderson | Tc w/McDermott Will and Emory re: status of TVFN potential deal/amendment and re: confidentiality K and review/revise (.80); several tcs w/J. Box re: draft confidentiality K, securities issues and further review/revise various drafts (1.0); email exchange w/client re: same (.20); review McDermott Will and Emory timeline (.10) | 2.10 |
| 05/11/10 | CL Kline | Discuss TVFN status update w/J. Henderson (0.1); Review updated letter agreement (0.1) | .20 |
| 05/12/10 | JE Henderson | Review further emails/revisions to TVFN NDA draft (.50); email exchange w/client/McDermott Will & Emory re: same (.40); tc w/McDermott Will & Emory re: status of NDA/process and open issues (.40); review email exchanges w/creditor constituents re: NDA issues (.20) | 1.50 |
| 05/13/10 | JE Henderson | Review email exchanges from client and MWE re: confidentiality K | .30 |
| 05/19/10 | JE Henderson | Review emails from D. Eldersveld re: TVFN, non-compete waiver and proposed letter (0.2); email exchange w/B. Krakauer re: same (0.1) | .30 |
| 05/19/10 | CL Kline | Review TCV matters and background and related case law per J. Henderson and B. Krakauer | .60 |
| 05/19/10 | B Krakauer | Review TVFN issues and waiver letter | 1.30 |
| 05/21/10 | JE Henderson | Tc w/B. Krakauer re: TVFN correspondence | .20 |
| 05/21/10 | B Krakauer | Review TVFN issues and waiver letter | .90 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048274
Tribune Company

RE: Use/Sale/Lease of Assets

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/22/10 | JE Henderson | Review DPW comments to TVFN non compete | .30 |
| 05/24/10 | JE Henderson | Review revised TVFN draft letter and review client emails re: same | .30 |
| 05/24/10 | B Krakauer | Address TVFN issues re: waiver letter | 1.70 |
| 05/25/10 | JE Henderson | Email exchange w/B. Krakauer re: TVFN and review emails from MWE re: TCV call/status | .10 |
| 05/25/10 | B Krakauer | Analyze TVFN issues re: wavier letter | 1.30 |
| 05/26/10 | B Krakauer | Analyze TVFN issues re: waiver letter | .90 |
| 05/27/10 | JE Henderson | Review/respond to emails from client re: non-compete waiver (.2); several tcs w/McDermott Will & Emory counsel re: bankruptcy language (.5); review proposed language, review relevant partnership K language, draft amendment, draft proposed provisions and email client re: same (1.0); 2 tcs w/B. Krakauer re: same (.4); c/c w/client and McDermott Will & Emory re: same (.6); review same (.2) | 2.90 |
| 05/27/10 | B Krakauer | Review proposed interim agreement re: TVFN and discuss with client | 1.40 |
| 05/28/10 | JE Henderson | Review emails re: non-compete waiver | .50 |
| 05/28/10 | B Krakauer | Analyze TVFN waiver letter | .80 |
| 05/30/10 | JE Henderson | Review emails/comments from B. Krakauer re: form of non-compete/term sheet | .40 |
| 05/31/10 | JE Henderson | Review emails from B. Gruemmer re: non-compete waiver | .30 |
| | | **Total Hours** | 23.80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048274
Tribune Company

RE: Use/Sale/Lease of Assets

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B Krakauer | 8.30 | $925.00 | $7,677.50 |
| JE Henderson | 12.10 | 850.00 | 10,285.00 |
| JR Box | 2.20 | 685.00 | 1,507.00 |
| CL Kline | 1.20 | 425.00 | 510.00 |
| **Total Hours and Fees** | **23.80** | | **$19,979.50** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048275
Client Matter 90795-30450

For professional services rendered and expenses incurred through May
31, 2010 re Insurance Issues

Fees                                                                 $95.00

**Total Due This Bill**                                         **$95.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number: 30048275
Tribune Company

RE: Insurance Issues

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/10/10 | JK Ludwig | Review and respond to email from C. Leeman re: inquiries from Cubs' insurers | .20 |
| | | **Total Hours** | **.20** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048275
Tribune Company

RE: Insurance Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JK Ludwig | .20 | $475.00 | $95.00 |
| **Total Hours and Fees** | **.20** | | **$95.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048276
Client Matter 90795-30460

For professional services rendered and expenses incurred through May
31, 2010 re Committee-Related Matters

Fees                                                                            $2,707.50

**Total Due This Bill**                                                         **$2,707.50**

| | |
|---|---|
| Remit Check Payments To: | Remit Wire Payments To: |
| Sidley Austin LLP | Sidley Austin LLP |
| P.O. Box 0642 | JP Morgan Chase Bank, NA |
| Chicago, Illinois 60690 | Account Number: 5519624 |
| | ABA Number: 071000013 |
| | Swift Code: CHASUS33XXX |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048276
Tribune Company

RE: Committee-Related Matters

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | SJ Heyman | Review memo to creditors committee lawyers re: restructuring (1.6); comments regarding same (0.5); office conference with R. Silverman re: same (0.2) | 2.30 |
| 05/04/10 | JK Ludwig | Emails with M. Roitman re: motions set for May 18 hearing | .10 |
| 05/07/10 | KP Kansa | T/c M. Roitman re: extension of objection deadline (.1); office conference J. Ludwig re: same (.1) | .20 |
| 05/10/10 | KT Lantry | Discuss numerous pending matters with D. Deutsch | .30 |
| 05/20/10 | JK Ludwig | Email to V. Garlati re: committee fees | .10 |
| 05/26/10 | KP Kansa | Conference call with creditors' committee re: status of pending matters | .30 |
| 05/26/10 | KT Lantry | Weekly conference call with Chadbourne attorneys re: status of pending matters | .40 |
| | | **Total Hours** | **3.70** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048276
Tribune Company

RE: Committee-Related Matters

T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | .70 | $850.00 | $595.00 |
| SJ Heyman | 2.30 | 725.00 | 1,667.50 |
| KP Kansa | .50 | 700.00 | 350.00 |
| JK Ludwig | .20 | 475.00 | 95.00 |
| **Total Hours and Fees** | **3.70** | | **$2,707.50** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048279
Client Matter 90795-30480

For professional services rendered and expenses incurred through May
31, 2010 re Travel Time

| | |
|---|---|
| Fees | $64,003.00 |
| Less: 50% discount | -32,001.50 |
| Adjusted Fees | $32,001.50 |
| **Total Due This Bill** | **$32,001.50** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 30048279
Tribune Company

RE: Travel Time

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | JC Boelter | Travel to NY for examiner meetings | 2.00 |
| 05/03/10 | KT Lantry | Travel from Los Angeles to New York for Examiner meetings | 3.00 |
| 05/05/10 | JC Boelter | Travel back to Chicago | 3.50 |
| 05/05/10 | KT Lantry | Travel from NY to Los Angeles | 3.00 |
| 05/09/10 | JC Boelter | Non-working travel to Delaware for hearing | 2.50 |
| 05/09/10 | KT Lantry | Travel from Los Angeles to Wilmington for hearing | 2.80 |
| 05/10/10 | JC Boelter | Travel from Delaware to Chicago | 3.00 |
| 05/10/10 | KT Lantry | Travel from Wilmington to Los Angeles | 3.00 |
| 05/11/10 | KT Lantry | Travel from Los Angeles to San Francisco for mediation | 2.20 |
| 05/12/10 | KT Lantry | Travel from San Francisco to Los Angeles | 1.80 |
| 05/19/10 | JC Boelter | Travel to Delaware for disclosure hearing | 2.50 |
| 05/19/10 | GV Demo | Travel to Delaware | 5.00 |
| 05/19/10 | JE Henderson | Travel to Delaware for hearing | 2.00 |
| 05/19/10 | KP Kansa | Nonworking travel Chicago-Wilmington for DS hearing | 1.00 |
| 05/19/10 | B Krakauer | Travel to Delaware for hearing | 3.50 |
| 05/19/10 | KT Lantry | Travel from Los Angeles to Wilmington for hearing | 2.60 |
| 05/19/10 | KS Mills | Travel from Chicago to Delaware for hearing | 4.00 |
| 05/20/10 | JC Boelter | Travel back to Chicago from disclosure hearing | 3.50 |
| 05/20/10 | GV Demo | Travel to Chicago | 3.30 |
| 05/20/10 | JE Henderson | Travel to Chicago | 2.50 |
| 05/20/10 | B Krakauer | Return to Chicago from court hearing | 4.30 |
| 05/20/10 | KT Lantry | Travel from Wilmington to Los Angeles | 2.80 |
| 05/20/10 | KS Mills | Return travel from Delaware to Chicago | 5.30 |
| 05/21/10 | KP Kansa | Nonworking travel Wilmington - Chicago from disclosure statement hearing | 3.00 |
| 05/27/10 | B Krakauer | Travel to Delaware for court hearing | 3.20 |
| 05/27/10 | KS Mills | Travel from Chicago to Delaware | 4.20 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048279
Tribune Company

RE: Travel Time

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/28/10 | B Krakauer | Return to Chicago from Delaware | 3.50 |
| 05/28/10 | KS Mills | Return Travel from Delaware to Chicago | 6.80 |
| | | **Total Hours** | **89.80** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048279
Tribune Company

RE: Travel Time

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B Krakauer | 14.50 | $925.00 | $13,412.50 |
| JE Henderson | 4.50 | 850.00 | 3,825.00 |
| KT Lantry | 21.20 | 850.00 | 18,020.00 |
| KP Kansa | 4.00 | 700.00 | 2,800.00 |
| JC Boelter | 17.00 | 650.00 | 11,050.00 |
| KS Mills | 20.30 | 560.00 | 11,368.00 |
| GV Demo | 8.30 | 425.00 | 3,527.50 |
| **Total Hours and Fees** | **89.80** | | **$64,003.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048280
Client Matter 90795-30490

For professional services rendered and expenses incurred through May
31, 2010 re Labor Issues

Fees                                                                    $6,160.00

**Total Due This Bill**                                            **$6,160.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number:  30048280
Tribune Company

RE: Labor Issues

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/05/10 | PE Ryan | Analyze J&S liability question in light of DOL letter (.5); e-mails to and from G. Demo regarding status of IBEW #4 (.3) | .80 |
| 05/10/10 | BM Clark | Researched cases in which employers have made contributions in kind to retirement plans | 2.00 |
| 05/10/10 | PE Ryan | Prepare for conference call with DOL regarding ESOP (1.3); conference call with DOL (1.0); telephone conference with B. Clark regarding research on plan contributions in kind (.3); review and revise draft response letter to DOL (.7) | 3.30 |
| 05/11/10 | BM Clark | Research cases in which employers have made contributions in kind to retirement plans | 2.80 |
| 05/14/10 | PE Ryan | Telephone conference with J. Ducayet regarding DOL | .30 |
| 05/16/10 | PE Ryan | Review and revise stipulation | 1.20 |
| 05/28/10 | KT Lantry | Review documents re: Union negotiations | .40 |
| | | **Total Hours** | **10.80** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048280
Tribune Company

RE: Labor Issues

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | .40 | $850.00 | $340.00 |
| PE Ryan | 5.60 | 735.00 | 4,116.00 |
| BM Clark | 4.80 | 355.00 | 1,704.00 |
| **Total Hours and Fees** | **10.80** | | **$6,160.00** |

# SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | | NEW YORK |
| BRUSSELS | | PALO ALTO |
| CHICAGO | | SAN FRANCISCO |
| DALLAS | | SHANGHAI |
| FRANKFURT | | SINGAPORE |
| GENEVA | | SYDNEY |
| HONG KONG | | TOKYO |
| LONDON | | WASHINGTON, DC |
| LOS ANGELES | | |

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048283
Client Matter 90795-30510

For professional services rendered and expenses incurred through May
31, 2010 re Professional Retention

Fees                                                                $8,080.00

**Total Due This Bill**                                          **$8,080.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number: 30048283
Tribune Company

RE: Professional Retention

# TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | KP Kansa | Email J. Ludwig re: OCP cap issue (.1); review Offit Kurman OCP application and email J. Ludwig re: same (.5) | .60 |
| 05/03/10 | JK Ludwig | Review and respond to email from K. Kansa re: OCP cap issue (0.1); revise OCP fee application of Offit Kurman (0.8); emails with H. Kurman and A. Barnes re: same (0.2); draft letter to C. Boitano re: OCP affidavit (0.3); telephone call with C. Boitano re: same (0.1); review and respond to email from M. Berger re: OCP payment issue (0.4); review underlying invoices and background materials relating to same (0.4); draft supplemental OCP list to increase cap (0.2) | 2.50 |
| 05/04/10 | JK Ludwig | Revise OCP fee application for Offit Kurman (0.4); email to A. Barnes and J. Osick re: OCP cap adjustment (0.1) | .50 |
| 05/05/10 | KP Kansa | Email D. Deutsch re: supplemental Lazard application and email to D. Eldersveld/N. Larsen re: same | .20 |
| 05/05/10 | JK Ludwig | Review email from K. Kansa confirming no objection to Lazard supplemental application | .10 |
| 05/06/10 | JK Ludwig | Review COC re: Lazard supplemental application (0.1); email to K. Stickles re: filing of same (0.1) | .20 |
| 05/07/10 | KP Kansa | Office conferences with J. Ludwig re: tax services issues | .20 |
| 05/07/10 | JK Ludwig | Emails with H. Kurman re: OCP fee application (0.1); revise same (0.1); email to K. Stickles re: filing of OCP fee application (0.1); analyze ordinary course professional designation/payment issue (0.9) | 1.20 |
| 05/11/10 | JK Ludwig | Emails to K. Stickles and H. Kurman re: filing of Offit Kurman OCP fee application (0.1); emails with M. Berger re: OCP retention and payment issues (0.3) | .40 |
| 05/12/10 | JK Ludwig | Telephone call with M. Berger re: monthly OCP report issues (0.2); review email from M. Berger re: summary of overages relating to same (0.2); draft supplemental application to retain E&Y (1.6) | 2.00 |
| 05/13/10 | KP Kansa | Office conferences with J. Ludwig re: E&Y supplemental application | .20 |
| 05/13/10 | JK Ludwig | Emails with J. Spears and J. Weiss re: E&Y supplemental retention and supplemental declaration (1.1); emails to B. Litman and K. Kansa re: same (0.2) | 1.30 |
| 05/14/10 | KP Kansa | Office conferences with J. Ludwig re: E&Y app | .10 |
| 05/17/10 | JK Ludwig | Telephone calls and emails with K. Stickles re: fee hearing | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048283
Tribune Company

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/19/10 | JK Ludwig | Draft E&Y supplemental retention application | .90 |
| 05/20/10 | JK Ludwig | Draft E&Y supplemental retention application | 1.40 |
| 05/21/10 | KP Kansa | Review E&Y supplemental application and email J. Ludwig re: same (.5); t/c J. Ludwig re: same (.1) | .60 |
| 05/21/10 | JK Ludwig | Email to J. McMahon and D. Deutsch re: April monthly OCP report (0.1); review April monthly OCP report (0.1); revise E&Y supplemental retention application (0.1) | .30 |
| 05/24/10 | KP Kansa | Review and revise E&Y supplemental application (.6); emails to J. Spears and B. Litman re: same (.2); emails to K. Stickles re: filing of same (.2) | 1.00 |
| 05/25/10 | JK Ludwig | Email with R. Mariella re: additional OCP (0.1); draft supplemental list of OCP (0.1); emails with K. Stickles and P. Ratkowiak re: notice and service of same (0.1) | .30 |
| 05/26/10 | KP Kansa | T/c to R. Mariella re: retention of OCP (.1); emails to J. Ludwig re: same (.2) | .30 |
| 05/26/10 | JK Ludwig | Telephone call with R. Mariella re: additional OCP and payment issue (0.2); email to K. Kansa re: same (0.1); email to J. McMahon and D. Deutsch re: same (0.2) | .50 |
| 05/27/10 | KP Kansa | Email J. Ludwig and R. Mariella re: supplemental OCP list and J. McMahon email on OCP retainer | .20 |
| 05/27/10 | JK Ludwig | Emails with R. Mariella and K. Kansa re: OCP payment issue | .10 |
| | | **Total Hours** | **15.40** |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048283
Tribune Company

RE: Professional Retention

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KP Kansa | 3.40 | $700.00 | $2,380.00 |
| JK Ludwig | 12.00 | 475.00 | 5,700.00 |
| **Total Hours and Fees** | **15.40** | | **$8,080.00** |



SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

FOUNDED 1866

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048285
Client Matter 90795-30520

For professional services rendered and expenses incurred through May
31, 2010 re Tax Issues

| | |
|---|---|
| Fees | $25,537.50 |
| **Total Due This Bill** | **$25,537.50** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 30048285
Tribune Company

RE: Tax Issues

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/02/10 | KP Kansa | Email M. Wethekam and TRB tax team re: MD bankruptcy question | .10 |
| 05/03/10 | RM Silverman | Review tax issues | .30 |
| 05/03/10 | HH Yang | Research 409A (.4); research case law re 409A and 503b1A (1.6) | 2.00 |
| 05/04/10 | HH Yang | Research IRC 409A (1.0); review filed disclosure statements and plans re 409A treatment (2.5); summarize and correspond w/K.Lantry re same (.4) | 3.90 |
| 05/05/10 | SJ Heyman | Office conference with R Silverman re: tax restructuring memo and adding Illinois franchise tax section (0.3); analyze same (1.2) | 1.50 |
| 05/06/10 | HH Yang | Meet w/K.Lantry re 409A research | .20 |
| 05/07/10 | RM Silverman | Discuss state tax issues with J. Langdon | .30 |
| 05/09/10 | RM Silverman | Review check-the-box rules and related issues | .30 |
| 05/10/10 | ST Advani | Telephone conference with R. Silverman re: reserves | .20 |
| 05/10/10 | SJ Heyman | Review IL tax counter-offer (0.3); telephone conversation with P. Shanahan, M. Wethekam and M. Halleron re: same (0.6); analyze IL franchise tax issues (1.4) | 2.30 |
| 05/10/10 | RM Silverman | Review tax issues with restructuring transactions (0.3); review client emails re: same (0.2) | .50 |
| 05/10/10 | JH Zimbler | TC with J. Harry re: tax issues | .30 |
| 05/11/10 | SJ Heyman | Review M Wethekam revisions of IL counter-offer | .50 |
| 05/11/10 | RM Silverman | Phone call with MD Comptroller re: tax issues in connection w/ restructuring transactions | .50 |
| 05/12/10 | SJ Heyman | Draft settlement offer to Cook County re: amusement tax | 2.20 |
| 05/13/10 | SJ Heyman | Draft settlement offer to Cook County | 1.80 |
| 05/13/10 | RM Silverman | Tax disclosure issues | .30 |
| 05/13/10 | JH Zimbler | TC with J. Harry re: tax issues (0.2); TC with M. Melcarejo re: same (0.1) | .30 |
| 05/14/10 | ST Advani | Telephone conference with R. Silverman re: Disclosure Statement | .20 |
| 05/14/10 | SJ Heyman | Draft settlement letter to Cook County (2.1); conference call with P. Shanahan, M. Wethekam and M. Halloren re: IL counter-offer (1.0); review M. Halloren computations (0.2) | 3.30 |

SIDLEY AUSTIN LLP

Invoice Number: 30048285
Tribune Company

RE: Tax Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/14/10 | RM Silverman | Tax disclosure issues (.2); send revised disclosure to K. Mills (.1) | .30 |
| 05/17/10 | SJ Heyman | Revise restructuring memo to explain franchise tax issues and related timing (1.7); review/comment on M. Wethekam letter to IDOR re: MB Parent issues (0.3); emails w/ J Langdon re: Cook County amusement tax letter (0.2) | 2.20 |
| 05/17/10 | RM Silverman | Review franchise tax language for Global restructuring transactions memo | .50 |
| 05/17/10 | RM Silverman | Discuss tax issues with K. Mills (.3); review revised plan and tax disclosures (1.2) | 1.50 |
| 05/18/10 | ST Advani | Telephone conference with R. Silverman re: disclosure | .10 |
| 05/18/10 | SJ Heyman | Exchange emails with R. Silverman, J. Langdon and C. Hale regarding description of Ricketts transaction for Cook County amusement tax letter | .80 |
| 05/18/10 | RM Silverman | Review restructuring transactions tax chart and send redline to J. Langdon (.80); review and revise paragraph re: Cubs transaction for county assessment issue for S. Heyman (.70) | 1.50 |
| 05/19/10 | ST Advani | Review revised tax disclosure | .10 |
| 05/19/10 | SJ Heyman | Telephone call with P. Shanahan regarding amusement tax letter to Cook County | .50 |
| 05/20/10 | SJ Heyman | Revise letter to Cook County regarding amusement tax | 1.40 |
| 05/21/10 | SJ Heyman | Review emails from M. Wethekam (0.1) and from M. Halleron and P. Shanahan (0.1) | .20 |
| 05/25/10 | SJ Heyman | Telephone conference with P. Shanahan re: comments to Cook County letter re: amusement tax (0.4); revise amusement tax letter to reflect P. Shanahan comments (0.8); draft email to P. Shanahan and A. Ross forwarding revised letter and requesting review by A. Ross of bankruptcy description in footnote (0.1); | 1.30 |
| 05/25/10 | AE Ross | Review tax settlement offer letter | .30 |
| 05/26/10 | SJ Heyman | Review email from M. Lufrano re: Cook County amusement tax (0.1); exchange emails re: same with P. Shanahan re: same (0.1); conference call with M. Lufrano and P. Shanahan re: same (0.4) | .60 |
| 05/26/10 | KP Kansa | T/c S. Heyman re: MB Parent claim and tax issues (.1); review emails on same (.1); t/c to A. Ross re: same (.1) | .30 |
| 05/26/10 | AE Ross | Review draft of objection to tax-related proofs of claim and tax settlement offer letter | 1.20 |
| 05/27/10 | SJ Heyman | Review comments from P. Shanahan re: Cook County amusement tax letter (0.3); revise Cook County amusement tax | 1.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048285
Tribune Company

RE: Tax Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | letter (0.9); exchange emails with A. Ross and M. Wethekam re: filing objections to tax claims (0.1) | |
| 05/28/10 | SJ Heyman | Review email from M. Lufrano re: settlement offer (0.2); telephone conversation with P. Shanahan re: same (0.2); revise settlement offer (0.5); exchange emails with P. Shanahan re: same (0.1); finalize same (0.2); prepare power of attorney for county (0.1) | 1.30 |
| 05/28/10 | KP Kansa | Office conference A. Ross re: tax claim objection | .30 |
| 05/28/10 | AE Ross | Prepare for call with S. Heyman and M. Wethekam re: tax claims (.5); call with S. Heyman and M. Wethekam re: proposed response to tax claims (.4); Research case law re: sections 505(a) and 502(b) with respect to tax claims (2.5) | 3.40 |
| 05/28/10 | RM Silverman | Discuss restructuring transactions tax issues with J. Langdon | .50 |
| 05/31/10 | AE Ross | Research section 505(a) caselaw (2.3); review Company's protest of tax assessment (.4); review objection to tax claims (.7) | 3.40 |

|  |  | **Total Hours** | **44.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048285
Tribune Company

RE: Tax Issues

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JH Zimbler | .60 | $850.00 | $510.00 |
| ST Advani | .60 | 800.00 | 480.00 |
| SJ Heyman | 21.20 | 725.00 | 15,370.00 |
| KP Kansa | .70 | 700.00 | 490.00 |
| AE Ross | 8.30 | 425.00 | 3,527.50 |
| HH Yang | 6.10 | 425.00 | 2,592.50 |
| RM Silverman | 6.50 | 395.00 | 2,567.50 |
| **Total Hours and Fees** | **44.00** | | **$25,537.50** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048286
Client Matter 90795-30530

For professional services rendered and expenses incurred through May
31, 2010 re Claims Processing

| | |
|---|---|
| Fees | $83,025.00 |
| **Total Due This Bill** | **$83,025.00** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/03/10 | KP Kansa | Email J. Ludwig re: resolution of claims objection (.1); review M. Dombeck claims materials and email J. Ludwig re: same (.2); review Insertco claims materials and o/c A. Triggs re: same (.2); review and revise Cubs bar date materials (2.5) | 3.00 |
| 05/03/10 | JK Ludwig | Review and respond to email from M. Bourgon re: Dombeck claim (0.1); telephone call with M. Bourgon re: same (0.3); emails with K. Kansa re: status of Dombeck claim due diligence (0.1); email to J. Ehrenhofer re: late-filed claims (0.1); emails with J. Ehrenhofer re: amended claims objection exhibit (0.2); review and revise same (0.2) | 1.00 |
| 05/03/10 | AL Triggs | Phone call with landlord's counsel re: landlord's claim for lease rejection damages arising from Insertco lease rejection (.3); draft email to K. Kansa summarizing phone call (.3) | .60 |
| 05/04/10 | KP Kansa | Email A. Triggs re: Insertco claim (.1); review Cubs bar date materials and revise same (1.2) | 1.30 |
| 05/04/10 | KT Lantry | Review research re: 409(A) issue relative to Teitelbaum claimants | .30 |
| 05/04/10 | JK Ludwig | Review Tucker POC (0.3); review pleadings in underlying district court case against CTC (0.7); review letter from counsel to Spanlink regarding claim objection (0.2); email to counsel to Spanlink in response to same (0.1); review claims filed by agents for prepetition credit and bridge loan facilities (0.4) | 1.70 |
| 05/04/10 | AL Triggs | Review of proofs of claim relevant to landlord's claim for lease rejection damages arising from Insertco lease rejection (.8); draft email to client summarizing options for settlement of claim (.5) | 1.30 |
| 05/05/10 | KP Kansa | Review MediaNews materials and t/c J. Modlin re: MediaNews claim (.2); email Tribune team re: same (.1); office conferences with J. Ludwig re: claims objection responses (.3); review and revise Cubs bar date materials (2.0) | 2.60 |
| 05/05/10 | KT Lantry | E-mails and telephone call with J. Ducayet and J. Boelter re: Department of Labor claims and treatment of same | .30 |
| 05/05/10 | JK Ludwig | Analyze late-filed claims (1.5); review and revise draft late-claims objection exhibits (0.5); review proofs of claim relating to same (2.3); review and respond to email from M. Bourgon re: Dombeck claim (0.2); telephone call with J. Ehrenhofer re: late-filed claims (0.3) | 4.80 |
| 05/06/10 | KP Kansa | Revise Cubs bar date materials and email A. Ross re: same | 2.20 |

SIDLEY AUSTIN LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (1.5); email J. Ehrenhofer re: claim analysis (.1); email J. Ludwig re: Dombeck response (.2); review C. Kline email on schedule amendment issues and email C. Kline and J. Henderson on same (.4) | |
| 05/06/10 | KT Lantry | E-mails with J. Teitelbaum re: Teitelbaum claim reconciliation | .20 |
| 05/06/10 | JK Ludwig | Analyze late-filed claims for objection and solicitation (4.0); telephone call with J. Ehrenhofer re: same (0.4); telephone call with counsel for CNN re: 24th omnibus claim objection (0.2); review underlying POC and basis for objection (0.2); review emails from R. Stone and D. Eldersveld re: Zenith claim reconciliation (0.2); review and respond to email from M. Bourgon re: Dombeck claim reconciliation (0.4); review emails from D. Liebentritt and D. Eldersveld re: same (0.1); emails with J. Ehrenhofer re: late-filed claims (0.1) | 5.60 |
| 05/06/10 | AE Ross | Revise CNLBC Bar Date Motion, Order and Notices | 1.50 |
| 05/07/10 | KP Kansa | Conference call on claims with J. Ludwig and J. Ehrenhofer (1.0); review claims materials in preparation for next round of omnibus claims objections (.7); review CNLBC bar date materials (1.0) | 2.70 |
| 05/07/10 | JK Ludwig | Participate in conference call with K. Kansa, S. Kotarba, and J. Ehrenhofer re: claims analysis for voting and solicitation (1.0); follow-up conference with K. Kansa re: claims objections to file (0.2); review and respond to email from M. Bourgon re: Dombeck claim (0.1); review and analyze von Briesen response to 24th omnibus objection (0.4); email to J. Ehrenhofer re: same (0.1); emails with M. Bourgon re: same (0.4); telephone call with Mr. von Briesen re: same and next steps (0.3); review and respond to email from J. Ehrenhofer re: VRC claims (0.2); telephone call with J. Ehrenhofer re: claims objections and responses (0.5); telephone call to counsel for NY State Dept. of Taxation re: response to claim objection (0.1); review solicitation motion re: claims strategy (0.2) | 3.50 |
| 05/08/10 | KT Lantry | E-mails to J. Teitelbaum and A. Simonds re: settlement negotiation | .30 |
| 05/10/10 | KP Kansa | Emails to D. Eldersveld re: continuance of Zenith objection (.2); conference with J. Ludwig on Sprint claim (.1); t/c J. Modlin re: Greenco claims (.1); email Tribune internal team re: same (.1) | .50 |
| 05/10/10 | JK Ludwig | Emails to J. Ehrenhofer and M. Bourgon re: retiree response to claim objection (0.3); review and analyze retiree response to claim objection (0.7); telephone call with H. Eye re: 24th omni (0.2); review and analyze summary of Clear Channel claims (0.2); telephone call with counsel to Clear Channel re: same (0.2); telephone call with R. Stone re: same (0.2); research | 6.20 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | 1129(a)(9)(C)(iii) issue regarding claims categorization (1.7); analyze Cisco claims, objection, and response (2.4); review Godbey response to 24th omni and underlying POC (0.2); email to M. Bourgon re: same (0.1) | |
| 05/11/10 | KP Kansa | Email A. Triggs re: Insertco claims (.2); email J. Ludwig and J. Ehrenhofer re: Oracle claims (.1); review claims compilations provided by Alvarez team (1.5) | 1.80 |
| 05/11/10 | KT Lantry | E-mails with B. Whittman re: status with S. Bell reconciliation (.2); e-mails with K. Kansa and A. Jubilerir re: Ramsey stipulation (.2) | .40 |
| 05/11/10 | JK Ludwig | Review claims register (0.7); conference call with K. Kansa, D. Bergeron, and J. Ehrenhofer re: claims objection and solicitation of plan (0.5); review summary of Clear Channel claims (0.6); conference call with R. Stone and M. Frank re: same (0.5); follow up call with M. Frank re: same (0.2); prepare email to counsel for Clear Channel summarizing claims reconciliation (0.5); review and analyze status of responses to 24th omnibus claim objection (0.3); telephone call with D. Bergerson re: retiree claims and retiree benefits plans (0.3); review Oracle response to 24th omni (0.4); telephone call with counsel to Oracle re: same (0.2); emails to J. Ehrenhofer re: reconciliation of Oracle claims (0.2); telephone call with K. Stickles re: pending claims objections, May 18 hearing, and substantive revisions to local rules regarding claims (0.5); emails to D. Bralow and A. Jubelier re: Gobey response to claim objection (0.3) | 5.20 |
| 05/11/10 | AE Ross | Revise Tribune CNLBC bar date motion | .40 |
| 05/12/10 | KP Kansa | Emails to A. Triggs re: Ramsey stipulation (.2); office conference with A. Triggs re: same (.1); review CNLBC bar date motion and email D. Eldersveld re: same (1.5); emails to C. Kline re: amended schedules for CNLBC (.2); conference call with Alvarez/A. Ross/C. Kline on same (.5); revise letter to Alix and FTI re: Cubs amended schedules (.3); review notice of Cubs amended schedules and email C. Kline re: same (.4); emails to D. Eldersveld and D. Edelberg re: Zenith claim (.2); office conference with A. Triggs re: Insertco claim (.1) | 3.50 |
| 05/12/10 | CL Kline | Discuss DIP Claims and contact information to D. Bergeron for solicitation | .20 |
| 05/12/10 | KT Lantry | E-mails with J. Teitelbaum and B. Whittman re: claims reconciliation | .30 |
| 05/12/10 | JK Ludwig | Emails with A. Jubelier and M. Martel re: Godbey claim (0.4); review background materials relating to same (0.2); draft reply to Godbey response (1.3); telephone call with counsel to Godbey re: continuance of May 18 hearing (0.1); email to T. | 4.70 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Godbey and counsel re: same (0.2); telephone call with T. Godbey re: same (0.2); email to M. Bourgon re: same (0.2); telephone call with D. Bralow re: Henke claim (0.2); telephone call with R. Henke re: continuance of May 18 hearing (0.2); telephone call with claimant re: quarterly settlement notice (0.1); telephone call to M. Dombeck re: continuance of May 18 hearing (0.1); draft letter to M. Dombeck re: same (0.3); emails with T. Gaa re: Oracle claims resolution (0.1); emails with H. Boyd re: Oracle claims resolution and case history (0.8); emails with J. Ehrenhofer re: securities litigation claims (0.3) | |
| 05/12/10 | AE Ross | Call with K.Kansa, C.Kline and A&M re: Tribune CNLBC schedules and bar date motion | .30 |
| 05/12/10 | AL Triggs | Draft stipulation between Channel 40, Inc. and former employee Ramsey (1.7); email correspondence with A. Aruch, landlord's counsel, re lease rejection damages claim of landlord against Insertco (.2) | 1.90 |
| 05/13/10 | KP Kansa | Emails to B. Whittman re: Tribune CNLBC Bar Date motion (.2); office conference with A. Triggs re: Ramsey stipulation for Channel 40 (.2); review Godbey claims materials (.2); t/c C. Rasmussen re: CNLBC Bar Date motion (.2); review materials re: same (.5) | 1.30 |
| 05/13/10 | KT Lantry | E-mails with J. Teitelbaum and B. Whittman re: final settlement terms, and forward spreadsheet and details to A. Simonds (.5); e-mails with K. Kansa re: Ramsey stipulation (.2) | .70 |
| 05/13/10 | JK Ludwig | Emails with J. Ehrenhofer re: late claims objection (0.3); telephone calls (x2) with M. Dombeck re: claim objection continuance (0.3) review and analyze securities litigation claims for classification (3.0); emails to J. Ehrenhofer re: same (0.2); telephone call with J. Ehrenhofer re: same (0.5); telephone call with K. Stickles re: claims matters for May 18 hearing (0.1); emails with J. Ehrenhofer re: same and status of claims objections (0.4); emails with P. Ratkowiak re: same (0.3); review response to 26th omni filed by IRS (0.1); review email and claim from V. Jelisavcic re: claims stipulation (0.1); prepare revised orders, exhibits, and certifications regarding the 19th, 24th, 25th, and 26th omnibus claim objections (4.2); Telephone call with J. Boelter re: voting/claims of claims buyers (0.1) | 9.60 |
| 05/13/10 | AE Ross | Revise Tribune CNLBC Bar Date Motion | .70 |
| 05/13/10 | A Thal Simonds | Conference with K. Lantry re settlement of retiree claims | .10 |
| 05/13/10 | AL Triggs | Revise stipulation between Channel 40, Inc. and former employee Ramsey and circulate to K. Kansa | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/14/10 | RW Hirth | Telephone call w/J. Ludwig re filing concerning objections/claims by J. Giaimo and case background | .20 |
| 05/14/10 | RW Hirth | Telephone call w/J. Ludwig re filing concerning objections/claims filed by J. Giaimo and Furnell claim background | .20 |
| 05/14/10 | KP Kansa | Email J. Modlin re: Affiliated Media settlement (.1); t/c M. Lufrano re: Cubs bar date issues (.2); review/finalize CNLBC bar date motion (.8); office conference A. Ross re: same (.1); t/c A. Ross re: K. Stickles points on same (.1) | 1.30 |
| 05/14/10 | CL Kline | Discuss Fox Broadcasting inquiry w/K. Earls (0.2) and provide summary to Sidley and A&M for follow-up (0.4), review claims docket per same (0.1) | .70 |
| 05/14/10 | KT Lantry | E-mails and telephone calls with A. Simonds and B. Whittman re: Teitelbuam claim reconciliation and documentation of settlement | .30 |
| 05/14/10 | JK Ludwig | Emails with K. Stickles and P. Ratkowiak re: claims objection matters for May 18 hearing (0.2); telephone call with B. Hirth re: late claims objection (0.2); analyze claims populations for solicitation purposes (1.5); emails with J. Ehrenhofer and D. Streany re: same (0.8); research objection to Millen claim (1.2); revise objection to Millen claim (3.5); telephone calls (x3) with J. Ehrenhofer re: claims objections for June 16 hearing (0.7); emails with C. Sennet re: Breimon claims (0.2); analyze litigation claims in response to objection to disclosure statement (0.4); emails to K. Mills, B. Whittman, and J. Ehrenhofer re: same (0.6); telephone call with J. Ehrenhofer re: same (0.6) | 9.90 |
| 05/14/10 | AE Ross | Review Tribune CNLBC bar date motion and prepare for filing | .50 |
| 05/14/10 | A Thal Simonds | Review schedules A and B showing claimed and agreed amounts (.9); review and revise stipulation with retiree claimants (2.4); emails with K. Lantry and B. Whitman re same (.3) | 3.60 |
| 05/14/10 | AL Triggs | Teleconference with S. Pater, K. Kansa, M. Frank, B. Field re: settlement negotiations between Insertco and former landlord of landlord's lease rejection damages claim (.3); calculate proposed settlement for Insertco landlord (1.7); phone call and email correspondence with A. Jubelirer re: stipulation between Channel 40, Inc. and former employee Ramsey (.3); meeting with K. Kansa re: stipulation between GreenCo, Inc. and Affiliated Media (.1) | 2.40 |
| 05/15/10 | JK Ludwig | Emails with J. Ehrenhofer re: analysis of litigation claims in response to objection to disclosure statement (0.2); analyze claims register in re same (0.7); emails to K. Mills re: summary | 2.10 |

SIDLEY AUSTIN LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | of analysis (0.4); analyze claims register in re classification of securities litigation claims (0.6); email to K. Kansa and D. Bergeron re: same (0.2) | |
| 05/16/10 | KP Kansa | Review 27th, 29th, and 30th omnibus objections and email J. Ludwig with comments on same | 1.20 |
| 05/16/10 | KT Lantry | Review and revise stipulation and e-mails with A. Simonds, B. Whittman and J. Teitelbaum re: same (.9); e-mails with P. Ryan re: edits to stipulation (.3) | 1.20 |
| 05/16/10 | JK Ludwig | Draft 27th, 29th, 30th, and 31st omnibus claims objections (4.8); emails with J. Ehrenhofer re: same (0.4); review claims register and proofs of claim re: same (1.3); emails to K. Kansa re: same (0.2) | 6.70 |
| 05/16/10 | A Thal Simonds | Emails with K. Lantry re stipulation with retiree claimants (.3); revise same (1.1); draft summary of same for inclusion in disclosure statement (1.1) | 2.50 |
| 05/17/10 | KP Kansa | Emails to A. Triggs re: Ramsey stipulation (.1); emails to K. Lantry re: same (.2); email to A&M and Epiq re: customer program issues (.1); review and comment on GreenCo stipulation (.2) | .60 |
| 05/17/10 | KT Lantry | Telephone calls and e-mails with B. Whittman, A. Simonds and J. Teitelbaum re: changes to settlement agreement and finalizing same (1.2); telephone call with T. Van Wazer re: claims issues (.2) | 1.40 |
| 05/17/10 | JK Ludwig | Telephone call with D. Bergeron re: claims population for solicitation (0.2); emails with D. Burke and A. Jubelirer re: Godbey claim (0.1); revise 27th, 29th, 30th, and 31st omnibus claims objections (2.6); respond to email from D. Eldersveld re: claims objections (0.3); emails with J. Ehrenhofer re: same (0.2); emails to J. Osick and D. Bralow re: same (0.4); review additional claims for potential inclusion in objections 27-31 (0.5); telephone call with J. Ehrenhofer re: claims objections and claims population for solicitation (1.0); email to counsel for Cisco regarding resolution of 19th omnibus claim objection (0.2); revise objection to Millen claims (1.1); review Millen complaints asserted against other newspaper defendants and orders entered dismissing actions (0.8); review and analyze litigation claims for disclosure statement (2.2); review claim filed by creditor asserted against Journal Register (0.1); telephone call to creditor re: withdrawal of same (0.1); review and analyze proof of claim classifications for solicitation (3.0) | 12.80 |
| 05/17/10 | A Thal Simonds | Review stipulation with retiree claimants (.4); emails with K. Lantry re: same (.2); review and analyze relevant definitions in proposed plan (.8) | 1.40 |

SIDLEY AUSTIN LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/17/10 | AL Triggs | Draft settlement stipulation between Affiliated Media, Inc. and GreenCo (1.5); draft 9019 motion for settlement between Affiliated Media and GreenCo (2.6) | 4.10 |
| 05/17/10 | AL Triggs | Draft settlement stipulation between Channel 40 and former employee | 1.60 |
| 05/18/10 | KP Kansa | Office conferences with J. Ludwig re: claims issues (.2); email D. Deutsch re: Ramsey stipulation (.1) | .30 |
| 05/18/10 | KT Lantry | E-mails and telephone calls with B. Whittman, J. Teitelbaum, S. Bell and A. Simonds re: finalizing settlement agreement (.9); e-mails and telephone call with D. Deutsch and D. Schaible re: Teitelbaum settlement (.2) | 1.10 |
| 05/18/10 | JK Ludwig | Review litigation claims for solicitation and balloting (1.1); review and respond to emails from D. Eldersveld, B. Whittman, and J. Ehrenhofer re: same (0.3); review non-voting and voting classification of POCs (2.3); telephone call with counsel for Fox regarding status of claims (0.2); emails with B. Whittman and J. Ehrenhofer re: same (0.2); draft stipulation to allow Cisco claim (1.0); emails with counsel for Cisco re: terms of same (0.3) | 5.40 |
| 05/18/10 | A Thal Simonds | Make adjustments to schedule A to stipulation with retiree claimants | .20 |
| 05/19/10 | AE Ross | Review motion and order re: authority to settle disputed claims | .20 |
| 05/20/10 | KT Lantry | E-mails with B. Whittman re: Teitelbaum settlement | .20 |
| 05/20/10 | JK Ludwig | Draft notice of withdrawal of objection to Zenith claims (0.5); review and comment on voting classification of claims (3.0) | 3.50 |
| 05/21/10 | JK Ludwig | Telephone calls with K. Kansa and J. Ehrenhofer re: claims reconciliation for solicitation (0.5); telephone call with J. Ehrenhofer re: same (1.1); emails with K. Kansa and D. Bergeron re: same (0.5); review EGI-TRB notes closing book in re treatment of notes claims and warrant interests (0.2); email to J. Ehrenhofer re: solicitation of noteholders and warrantholders (0.1) | 2.40 |
| 05/24/10 | KP Kansa | Review and comment on Affiliated Media stipulation (0.8); email A. Triggs re: same (0.1) | .90 |
| 05/25/10 | KP Kansa | Review emails re: Annapolis response to 27th omnibus claims objection (.3); email J. Ehrenhofer and J. Ludwig re: same (.1); review Affiliated Media stipulation and provide further comments on same to A. Triggs (.5); office conference A. Triggs re: same (.2); office conference with A. Triggs re: 9019 motion for Affiliated Media stipulation (.2) | 1.30 |
| 05/25/10 | KT Lantry | E-mails with B. Whittman re: revisions to Schedule A of | .20 |

SIDLEY AUSTIN LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Teitelbaum settlement | |
| 05/25/10 | JK Ludwig | Telephone calls with creditors re: responses to omnibus objections (0.4); emails with J. Ehrenhofer re: same (0.3); review underlying documentation in support of claims re: same (0.4); email to C. Sennet re: potential litigation claimant and POC (0.1) | 1.20 |
| 05/25/10 | AL Triggs | Revise stipulation between Affiliated Media and GreenCo | 2.00 |
| 05/26/10 | GT Coulson | Reviewed Tribune advertising contract rejection documentation and contract in order to draft a proof of claim in the GM bankruptcy, and prepared initial proof of claim form. | .80 |
| 05/26/10 | KP Kansa | Email internal Tribune team, J. Ducayet, and A. Triggs re: MediaNews stipulation draft (.2); review claimant settlement documents and emails to K. Lantry and M. Hankin re: revised language for same (.5); email claims team re: potential settlement (.1); review lost of securities litigation claims and email J. Ludwig re: same (.4) | 1.20 |
| 05/26/10 | JK Ludwig | Review emails from J. Ehrenhofer re: claims classification for voting purposes (0.2): email with V. Jelisavcic re: Longacre claims (0.1) | .30 |
| 05/27/10 | KP Kansa | Email D. Eldersveld re: MediaNews (.1); review Neuman settlement and email K. Lantry re: same (.3); review claims matrix and t/c K. Lantry re: Teitelbaum claims (1.5) | 1.90 |
| 05/27/10 | KT Lantry | E-mails with B. Whittman re: Teitelbaum settlement | .20 |
| 05/27/10 | JK Ludwig | Telephone calls with creditors re: responses to omnibus objections (0.1); email to Epiq re: transfer of claim (0.1); email to counsel for creditor re: response to omnibus objection (0.3); email to J. Ehrenhofer re: same (0.1); email to J. Ehrenhofer re: classification of securities litigation claims (0.1); emails with J. Ehrenhofer re: claim settlement issue (0.1); emails with J. Ehrenhofer re: classification of claims for voting purposes (0.3) | 1.10 |
| 05/27/10 | AL Triggs | Revise stipulation between GreenCo and Affiliated Media, Inc. and circulate to opposing counsel | .40 |
| 05/28/10 | GT Coulson | Draft addendum for proof of claim to be filed in the GM bankruptcy case incorporated elements of the procedural history of both GM and Tribune's bankruptcies, as well as information regarding the claim | 3.80 |
| 05/28/10 | KP Kansa | Email K. Lantry re: motion for class certification (.1); review PHONES indenture (1.3) | 1.40 |
| 05/28/10 | KT Lantry | Numerous e-mails with J. Teitelbaum, S. Bell, B. Whittman, A. Simonds and K. Mills re: finalizing Schedule A to settlement agreement | .70 |

**SIDLEY AUSTIN** LLP

Invoice Number:  30048286
Tribune Company

RE: Claims Processing

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/28/10 | JK Ludwig | Conference call with K. Kansa, D. Bergeron, and J. Ehrenhofer re: claims classification for voting (0.7); review response to 24th omnibus claim objection (0.2); emails to P. Ratkowiak and J. Ehrenhofer re: same (0.1) | 1.00 |
| 05/30/10 | KP Kansa | T/c K. Lantry re: class complaint proof of claim issues | .20 |
| | | **Total Hours** | **157.80** |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048286
Tribune Company

RE: Claims Processing

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| RW Hirth | .40 | $875.00 | $350.00 |
| KT Lantry | 7.80 | 850.00 | 6,630.00 |
| KP Kansa | 29.20 | 700.00 | 20,440.00 |
| JK Ludwig | 88.70 | 475.00 | 42,132.50 |
| GT Coulson | 4.60 | 425.00 | 1,955.00 |
| AE Ross | 3.60 | 425.00 | 1,530.00 |
| AL Triggs | 14.80 | 425.00 | 6,290.00 |
| A Thal Simonds | 7.80 | 425.00 | 3,315.00 |
| CL Kline | .90 | 425.00 | 382.50 |
| **Total Hours and Fees** | **157.80** | | **$83,025.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | NEW YORK |
| BRUSSELS | PALO ALTO |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 21, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30048287
Client Matter 90795-30550

For professional services rendered and expenses incurred through May
31, 2010 re Business Operations

Fees                                                                    $74,906.50

**Total Due This Bill**                                        **$74,906.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 30048287
Tribune Company

RE: Business Operations

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/01/10 | JP Langdon | Review and update Form 10 | 1.50 |
| 05/02/10 | JP Langdon | Review and update Form 10 | 4.60 |
| 05/03/10 | LR Fullerton | Review and comment on draft revised content distribution agreement | 1.00 |
| 05/03/10 | KP Kansa | Review consulting agreement sent by D. Eldersveld and email D. Eldersveld re: same | .40 |
| 05/03/10 | JP Langdon | Review and update Form 10 | 1.80 |
| 05/04/10 | BT Diskin | Revision of Form 10 to include summaries of management compensation plans | 2.00 |
| 05/04/10 | KP Kansa | Review revised Computershare letter and email Tribune/R. Stone on same (1.0); email C. Kline re: same (.1) | 1.10 |
| 05/04/10 | CL Kline | Research GM counsel request per local counsel (0.2), discuss w/counsel (0.1) | .30 |
| 05/04/10 | JP Langdon | Review and update Form 10 | 3.20 |
| 05/05/10 | BT Diskin | Revision of Form 10 to include summaries of management compensation plans | 1.30 |
| 05/05/10 | KP Kansa | Email and t/c to C. Kline re: Computershare (.2); review R. Stone revisions to Computershare letter and email R. Stone re: same (.2); email D. Eldersveld re: shared services issue (.1) | .50 |
| 05/05/10 | CL Kline | Discuss w/G. Demo inquiry from R. Kurth re: labor pension matters (0.1), provide Tribune contact for follow-up (0.1); Provide White & Case background info and status to K. Lantry (0.3);Review and forward GM contract info to GM counsel for review (0.2) | .70 |
| 05/05/10 | JP Langdon | Review and update Form 10 | 2.80 |
| 05/06/10 | JP Langdon | Review and update Form 10 | 5.00 |
| 05/06/10 | BV Nastasic | Review 10-K for defined terms (4.2); correspondence with J. Langdon re: same (.3) | 4.50 |
| 05/07/10 | BT Diskin | Drafting of rider for compensation discussion and analysis section of Form 10 | 1.60 |
| 05/07/10 | B Guzina | Telephone call with B. Krakauer regarding potential asset purchase (0.2); discussions and emails regarding same with opposing counsel (0.3) | .50 |
| 05/07/10 | KP Kansa | Emails to D. Eldersveld and D. Kazan re: consulting agreement (.2); review consulting agreement (.5); t/c to J. Modlin re: | 1.40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048287
Tribune Company

RE: Business Operations

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Affiliated Media claim (.1); office conference with K. Mills on WGN/GM agreement (.1); t/c D. Eldersveld re: shared services issues (.5) | |
| 05/07/10 | JP Langdon | Review and update Form 10 | 2.30 |
| 05/07/10 | BV Nastasic | Review 10-K for defined terms, cross references and formatting at the request of J. Langdon | 3.30 |
| 05/07/10 | GB Stern | Telephone conference B. Lewis and D. Eldersvald re independent director | .30 |
| 05/08/10 | JP Langdon | Review and update Form 10 | 1.00 |
| 05/09/10 | BT Diskin | Revision of Tribune Form 10 | 2.00 |
| 05/09/10 | JP Langdon | Review and update Form 10 | 8.80 |
| 05/10/10 | LA Barden | Meeting with J. Langdon to prepare for Form 10 checklist (2.2); conference call with D. Eldersveld and B. Litman re: same (0.8); research precedents - review fresh start issues (2.1) | 5.10 |
| 05/10/10 | BT Diskin | Search SEC website for further precedent Form 10's in connection with a bankruptcy emergence | .40 |
| 05/10/10 | BT Diskin | Review of Form 10 and 10-K precedent for strategy and pro forma precedent for Form 10 | 1.70 |
| 05/10/10 | M Hyatte | Telephone conference with L. Barden and C. Hale regarding Exchange Act Registration and Reporting | .50 |
| 05/10/10 | JP Langdon | T/c re: Form 10 timing issues with D. Eldersveld and B. Litman | .80 |
| 05/10/10 | JP Langdon | Review and update Form 10 | 3.80 |
| 05/11/10 | LA Barden | Participate in Form 10 drafting session with J. Langdon and C. Hale (2.0); review Lyondell precedent (4.6) | 6.20 |
| 05/11/10 | BT Diskin | Meeting with L. Barden, J. Langdon and C. Hale re: current draft of the Form 10 | 2.00 |
| 05/11/10 | BT Diskin | Revision of Form 10 based on comments from meeting | 2.60 |
| 05/11/10 | CR Hale | O/C with L. Barden, J. Langdon and B. Diskin regarding Form 10 (2.5); review Form 10 in respect of same (0.5) | 3.00 |
| 05/11/10 | KP Kansa | Review consulting agreement sent by D. Eldersveld (.5); office conference with J. Henderson re: same (.3); t/c D. Eldersveld re: same (.1) | .90 |
| 05/11/10 | JP Langdon | Prepare for and attend meeting with L. Barden, C. Hale, and B. Diskin re: draft Form 10 and timing issues | 3.80 |
| 05/12/10 | BT Diskin | Revision of Form 10 following comments from L. Barden | 1.90 |
| 05/13/10 | BT Diskin | Revision of Form 10 following comments from L. Barden | 3.90 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048287
Tribune Company

RE: Business Operations

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/13/10 | JP Langdon | Review and update Form 10 | 5.50 |
| 05/14/10 | BT Diskin | Revision and updating of Form 10 to reflect L. Barden's comments (1.9); meeting with J. Langdon and C. Hale re: Form 10 (.7) | 2.60 |
| 05/14/10 | CR Hale | O/c with J. Langdon and B. Diskin regarding Tribune Form 10 (0.70); revise Form 10 in respect of same (0.60) | 1.30 |
| 05/14/10 | CL Kline | Provide Tribune treasury money market fund fact sheets to US Trustee | .10 |
| 05/14/10 | JP Langdon | Planning meeting with C. Hale and B. Diskin re: Form 10 | .70 |
| 05/16/10 | BT Diskin | Revision and updating of Form 10 to reflect addition of pro forma financials and expanded business section | 1.30 |
| 05/16/10 | CR Hale | Review and revise Form 10 | 1.00 |
| 05/17/10 | LA Barden | Review Form 10 precedent for fresh start presentation (.8); telephone call with B. Litman re: same (.3); meet with J. Langdon to review revisions to Form 10 (.4); review Examiner statement (1.1); telephone call with S. Katz re: revisions to Examiner statement (.3); review original to disclosures (1.4); amended plan review (1.2) | 5.50 |
| 05/17/10 | BT Diskin | Revision and reading of Form 10 for consistency | 3.70 |
| 05/17/10 | B Guzina | Initial review of confidentiality agreement (0.3); emails and discussions regarding same with opposing counsel (0.2) | .50 |
| 05/17/10 | CR Hale | Draft revised description of Cubs transaction in respect of Form 10 | .30 |
| 05/17/10 | JP Langdon | Review and update Form 10 | 6.70 |
| 05/18/10 | LA Barden | Meeting with Tribune to review Form 10 (1.8); discussion with J. Ducayet re: examiners report and Tribune statement (.7); comments to statement (1.4); prep meeting with J. Langdon re: same (.6); review precedent Form 10 (1.5) | 6.00 |
| 05/18/10 | B Guzina | Revisions to NDA for potential acquisition | .50 |
| 05/18/10 | JP Langdon | Prepare for and attend meeting with client re: Form 10 | 4.70 |
| 05/19/10 | LA Barden | Continue revisions to Form 10 (3.0); discuss examiners statement with J. Ducayet (0.4) | 3.40 |
| 05/20/10 | LA Barden | Review and revise Form 10 | 2.80 |
| 05/20/10 | M Hyatte | Advice to L. Barden regarding Exchange Act Reports | .20 |
| 05/21/10 | BT Diskin | Revision of Form 10 | .50 |
| 05/21/10 | CR Hale | O/C with J. Langdon and B. Diskin regarding Form 10 (0.5); revise Form 10 (0.3) | .80 |

**SIDLEY AUSTIN** LLP

Invoice Number: 30048287
Tribune Company

RE: Business Operations

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/21/10 | JP Langdon | Meeting with C. Hale and B. Diskin re: Form 10 | .50 |
| 05/24/10 | BT Diskin | Review and updating of Tribune Form 10 | 3.10 |
| 05/24/10 | B Guzina | Emails with D. Eldersveld regarding potential acquisition (0.2); emails and discussions regarding same with opposing counsel (0.3) | .50 |
| 05/24/10 | KP Kansa | Review KTLA lease materials and email A. Triggs re: same | .50 |
| 05/25/10 | LA Barden | Prepare and review Form 10 (1.90); confer with J. Conlan re: plan developments (1.20) | 3.10 |
| 05/25/10 | BT Diskin | Review and updating of Tribune Form 10 | 1.10 |
| 05/25/10 | KP Kansa | Office conference with A. Triggs re: KTLA lease issue (.2); t/c A. Triggs and P. Ramsey on same (.2) | .40 |
| 05/25/10 | B Krakauer | Review management issues with client | .90 |
| 05/26/10 | BT Diskin | Revision of Form 10 Compensation and Analysis section | .10 |
| 05/27/10 | B Guzina | Initial review of due diligence materials for potential acquisition | .50 |
| 05/27/10 | D Kloner | Conference call with B. Krakauer and R. Robinson to discuss the CDS Auction Process and the requirement that Deliverable Obligations are free from defenses (.3); follow-up review and analysis (.5) | .80 |
| 05/28/10 | LR Fullerton | Talk to J. Xanders about publication joint venture (0.4); talk to J. Ellis re: same (0.4) | .80 |
| 05/28/10 | KP Kansa | Email P. Ramsey re: KTLA lease issue | .10 |
| | | **Total Hours** | **149.00** |

SIDLEY AUSTIN LLP

Invoice Number: 30048287
Tribune Company

RE: Business Operations

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B Krakauer | .90 | $925.00 | $832.50 |
| D Kloner | .80 | 900.00 | 720.00 |
| M Hyatte | .70 | 875.00 | 612.50 |
| LA Barden | 32.10 | 825.00 | 26,482.50 |
| GB Stern | .30 | 825.00 | 247.50 |
| LR Fullerton | 1.80 | 800.00 | 1,440.00 |
| KP Kansa | 5.30 | 700.00 | 3,710.00 |
| B Guzina | 2.50 | 650.00 | 1,625.00 |
| JP Langdon | 57.50 | 430.00 | 24,725.00 |
| CL Kline | 1.10 | 425.00 | 467.50 |
| CR Hale | 6.40 | 355.00 | 2,272.00 |
| BT Diskin | 31.80 | 315.00 | 10,017.00 |
| BV Nastasic | 7.80 | 225.00 | 1,755.00 |
| **Total Hours and Fees** | **149.00** | | **$74,906.50** |