```
                 IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE



                                   )
IN RE:                             ) Chapter 11
                                   )
TRIBUNE COMPANY, et al.,           ) Case No. 08-13141 (KJC)
                                   )
                                   ) Courtroom 5
                                   ) 824 Market Street
                   Debtors.        ) Wilmington, Delaware

                                     October 22, 2010
                                     2:05 p.m.


                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE KEVIN J. CAREY
                   UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For Debtors:                       Sidley Austin LLP
                                   BY: JAMES CONLAN, ESQ.
                                   BY: KEVIN LANTRY, ESQ.
                                   BY: JAMES BENDERNAGEL, JR., ESQ.
                                   One South Dearborn
                                   Chicago, IL 60603
                                   (213) 896-6022


                                   Cole, Schotz, Meisel, Forman &
                                   Leonard, PA
                                   BY:  NORMAN PERNICK, ESQ.
                                   1000 North West Street
                                   Suite 1200
                                   Wilmington, DE 19801
                                   (302) 652-3131

ECRO:                              AL LUGANO

Transcription Service:             DIAZ DATA SERVICES
                                   331 Schuylkill Street
                                   Harrisburg, Pennsylvania 17110
                                   (717) 233-6664
                                   www.diazdata.com



Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

```
APPEARANCES:
(Continued)

Special Counsel to the          Reed Smith LLP
Debtors:                        BY:  J. CORY FALGOWSKI, ESQ.
                                1201 Market Street
                                Suite 1500
                                Wilmington, DE 19801
                                (302) 778-7500

For The Creditors Committee:    Landis Rath & Cobb
                                BY:  ADAM LANDIS, ESQ.
                                BY:  DANIEL B. RATH, ESQ.
                                919 Market Street Suite 1800
                                P.O. Box 2087
                                Wilmington, DE 19899
                                (302) 467-4400

                                Chadbourne & Parke LLP
                                BY:  HOWARD SEIFE, ESQ.
                                BY:  DAVID LEMAY, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100

                                Zuckerman Spaeder LLP
                                BY:  JAMES SOTTILE, ESQ.
                                BY:  GRAEME W. BUSH, ESQ.
                                1800 M Street
                                Suite 1000
                                Washington, DC 20036-5807
                                (202) 778-1800

For JP Morgan Chase:            Richards Layton & Finger
                                BY:  ROBERT J. STEARN, JR., ESQ.
                                One Rodney King Square
                                920 North King Street
                                Wilmington, DE 19801
                                (302) 651-7612

                                Davis Polk & Wardwell
                                BY:  DONALD S. BERNSTEIN, ESQ.
                                BY:  DENNIS E. GLAZER, ESQ.
                                BY:  MICHAEL J. RUSSANO, ESQ.
                                450 Lexington Avenue
                                New York, NY 10017
                                (212) 450-4000

For Great Banc:                 Womble Carlyle
                                BY:  THOMAS M. HORAN, ESQ.
                                222 Delaware Avenue
                                Wilmington, DE 19801
                                (302) 252-4320
```

APPEARANCES:
(Continued)

For Merrill Lynch:                    Potter Anderson & Corroon LLP
                                      BY: LAURIE SELBER SILVERSTEIN
                                      BY:  R. STEVEN MCNEILL, ESQ.
                                      Hercules Plaza
                                      1313 North Market Street
                                      6th Floor
                                      Wilmington, DE 19801
                                      (302) 984-6000

                                      Kaye Scholer LLP
                                      BY:   JANE W. PARVER, ESQ.
                                      425 Park Avenue
                                      New York, NY 10022-3598
                                      (212) 836-8000

For Wilmington Trust:                 Benesch
                                      BY:   JENNIFER R. HOOVER, ESQ.
                                      222 Delaware Avenue Suite 801
                                      Wilmington, DE 19801
                                      (302) 442-7010

                                      Brown Rudnick
                                      BY:   ROBERT J. STARK, ESQ.
                                      BY:   MARTIN SIEGEL, ESQ.
                                      Seven Times Square
                                      New York, NY 10036
                                      (212) 209-4800

For Aurelius Capital                  Ashby & Geddes, P.A.
Management LP:                        BY:   WILLIAM P. BOWDEN, ESQ.
                                      500 Delaware Avenue
                                      P.O. Box 1150
                                      Wilmington, DE 19899-1150
                                      (302) 654-1888

                                      Akin Gump Strauss Hauer & Feld
                                      BY:   DANIEL H. GOLDEN, ESQ.
                                      BY:   DAVID M. ZENSKY, ESQ.
                                      One Bryant Park
                                      New York, NY 10036
                                      (212) 872-1000

For U.S. Trustee:                     Office of the U.S. Trustee
                                      BY:   DAVID KLAUDER, ESQ.
                                      844 King Street, Suite 2207
                                      Lockbox 35
                                      Wilmington, DE 19801
                                      (302) 573-6491

```
APPEARANCES:
(Continued)

For Credit Agreement         Young Conaway Stargatt & Taylor
Lenders:                     BY:  ROBERT BRADY, ESQ.
                             The Brandywine Building
                             1000 West Street 17th Floor
                             P.O. Box 391
                             Wilmington, DE 19801
                             (302) 571-6600

                             Hennigan Bennett & Dorman LLP
                             BY:  BRUCE BENNETT, ESQ.
                             865 South Figueroa
                             Suite 2900
                             Los Angeles, CA 90017
                             (213) 694-1200

For DBTCA:                   McCarter & English LLP
                             BY:  DAVID ADLER, ESQ.
                             245 Park Avenue
                             27th Floor
                             New York, NY 10167
                             (212) 609-6800

                             BY:  KATHARINE L. MAYER, ESQ.
                             Renaissance Center
                             405 N. King Street 8th Floor
                             Wilmington, DE 19801
                             (302) 984-6300

For Wells Fargo              Fox Rothschild LLP
As Bridge Agent:             BY:  JEFFREY M. SCHLERF, ESQ.
                             Citizens Bank Center
                             919 North Market Street
                             Suite 1300
                             P.O. Box 2323
                             Wilmington, DE 19899-2323
                             (302) 654-7444

                             White & Case LLP
                             BY:  SCOTT GREISSMAN, ESQ.
                             BY:  ANDREW W. HAMMOND, ESQ.
                             1155 Avenue of the Americas
                             New York, NY 10036-2787
                             (212) 819-8200

For Federal Insurance:       Pinckney Harris & Weidinger LLC
                             BY:  DONNA L. HARRIS, ESQ.
                             1220 North Market Street
                             Suite 950
                             Wilmington, DE 19801
                             (302) 504-1497
```

```
TELEPHONIC APPEARANCES:
For Debtor:                     Tribune Company
                                BY:  CHANDLER BIGELOW
                                BY:  DAVID ELDERSVEID
                                BY:  DON LIEBENTRITT
                                BY:  MICHAEL D. O'NEAL
                                (312) 853-7778

                                Sidley Austin
                                BY:  JILLIAN LUDWIG, ESQ.
                                BY:  GARY WEITMAN, ESQ.
                                BY:  BRIAN KRAKAUER, ESQ.
                                BY:  CANDACE KLINE, ESQ.
                                BY:  GREG DEMO, ESQ.
                                BY:  KEN KANSA, ESQ.
                                BY:  KERIANN MILLS, ESQ.
                                BY:  ALLISON E. ROSS, ESQ.
                                BY:  ALISON TRIGGS, ESQ.
                                (312) 853-7030

                                Jenner & Block LLP
                                BY:  ANDREW VAIL, ESQ.
                                (312) 840-8688

                                McDermott Will & Emery
                                BY:  JARED ZAJAC, ESQ.
                                (212) 547-5639

For Bank of America:            O'Melveny & Myers
                                BY:  DANIEL CANTOR, ESQ.
                                BY:  EVAN JONES, ESQ.
                                (212) 326-2000

                                Bank of America
                                BY:  ESTHER CHUNG
                                (646) 855-6705

For Wilmington Trust            Brown Rudnick LLP
Company:                        BY:  JARED ELLIAS, ESQ.
                                BY:  KATHERINE BROMBERG, ESQ.
                                BY:  ANDREW DASH, ESQ.
                                (212) 209-4811

For Anna Kalenchits:            BY:  ANNA KALENCHITS
                                (212) 723-1808

For Angelo Gordon & Company:    Wilmer Cutler Pickering Hale &
                                Dorr
                                BY:  ANDREW N. GOLDMAN, ESQ.
                                (212) 230-8836

                                BY:  GAVIN BAIERA
                                (212) 692-0217
```

TELEPHONIC APPEARANCES:
(Continued)

For The Creditors Committee:     Chadbourne & Parke LLP
                                 BY:  DOUGLAS DEUTSCH, ESQ.
                                 BY:  MARC ROITMAN, ESQ.
                                 (212) 408-5169

                                 Moelis & Company
                                 BY:  EVAN GLUCOFT, ESQ.
                                 (212) 882-3832

                                 AlixPartners LLC
                                 BY:  ALAN D. HOLTZ
                                 (312) 552-3268

For Citigroup:                   Paul Weiss Rifkind Wharton &
                                 Garrison LLP
                                 BY:  ANDREW LEVY, ESQ.
                                 BY:  ANDREW GORDON, ESQ.
                                 BY:  OKSANA LASHKO, ESQ.
                                 BY:  ELIZABETH MCCOLM, ESQ.
                                 (212) 373-3543

For JPMorgan Chase Bank:         BY:  KEVIN C. KELLEY
                                 (212) 648-0427

For Morgan Stanley:              Weil Gotshal & Manges LLP
                                 BY:  EVAN LEDERMAN, ESQ.
                                 (212) 310-8948

For Barclays:                    Mayer Brown LLP
                                 BY:  MICHAEL L. SIMES, ESQ.
                                 BY:  AMIT K. TREHAN, ESQ.
                                 BY:  JEAN-MARIE ATAMIAN, ESQ.
                                 (212) 506-2607

For Kramer Levin:                BY:  DAVID E. BLABEY, JR., ESQ.
                                 (212) 715-9100

For Goldman Sachs & Company:     BY:  SCOTT BYNUM
                                 (212) 902-0791

For SuttonBrook Capital          BY:  CAROL L. BALE
Management:                      (212) 588-6640

For David & Kempner:             DK Partners
                                 BY:  EPHRAIM DIAMOND
                                 (646) 282-5841

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For RBS Greenwich Capital: | RBS Securities, Inc.<br>BY:  JEFFREY FARKAS<br>(614) 577-1120 |
| For Aurelius Capital<br>Management: | Friedman Kaplan Seiler & Adelman<br>BY:  WILLIAM WEINTRAUB, ESQ.<br>(212) 833-1115 |
| | Akin Gump Strauss Hauer & Feld<br>BY:  JASON GOLDSMITH, ESQ.<br>(212) 872-1000 |
| For Jefferies & Company: | BY:  JUSTIN BRASS<br>(203) 708-5847 |
| For Perry Capital: | BY:  JAMES FREEMAN<br>(212) 583-4000 |
| For Chicago Fundamental<br>Investment Partners: | BY:  PETER GRUSZKA<br>(312) 416-4215 |
| For Oaktree Capital<br>Management: | BY:  EDGAR LEE<br>(213) 830-6415 |
| For Crain's Chicago<br>Business: | BY:  LYNNE MAREK<br>(312) 649-5328 |
| For Schulte Roth & Zabel: | BY:  KAREN S. PARK<br>(212) 756-2036 |
| For Dennis A. Prieto: | Aurelius Capital Management<br>(646) 445-6516 |
| For EOS Partners: | BY:  MIKE J. SCHOTT<br>(212) 593-4046 |
| For Law Debenture Trust<br>Company of New York: | Kasowitz Benson Torres &<br>Friedman<br>BY:  DAVID ROSNER, ESQ.<br>(212) 506-1726 |
| For Miller Tabak Roberts<br>Securities: | BY:  ANDREW M. THAU<br>(212) 692-5178 |
| For David B. Thompson: | Gruss & Company LLC<br>BY:  DAVID B. THOMPSON<br>(212) 688-7526 |

TELEPHONIC APPEARANCES:
(Continued)

For Alvarez & Marsal Inc.:      BY:  BRIAN WHITTMAN
                                (312) 601-4227


For Jason Abbruzzeese:          Realm Partners
                                BY: JASON ABBRUZZEESE
                                (212) 612-1412


For Grey Wolf Capital:          BY:  JEFF ARMSTRONG
                                (914) 251-8264


For Jon Berke:                  DebtWire
                                BY:  JON BERKE
                                (212) 686-2741


For Dow Jones News Wires:       Dow Jones & Company
                                BY:  PEG BRICKLEY
                                (215) 462-0953


For Michael Ching:              Allen & Company
                                BY:  MICHAEL CHING
                                (212) 339-2431


For Cooperstown Capital         BY:  PETER COURI
Management, Inc.:               (203) 552-6900


For Examiner:                   Stuart Maue
                                BY:  ANDREW DALTON
                                (314) 291-3030


For Dennis Fitzsimons:          Grippo & Elden, LLC
                                BY:  DENNIS FITZSIMONS, ESQ.
                                (312) 704-7746


For US Department of Labor:     BY:  LEONARD GERSON
                                (202) 693-5615


For Arrowhawk Capital           BY:  ANDREW GU
Partners:                       (203) 413-7246


For Credit Agreement            Hennigan Bennett & Dorman LLP
Lenders:                        BY:  JAMES O. JOHNSTON, ESQ.
                                (213) 694-1030


For Step One Credit             Olshan Grundman Frome Rosenzweig
Agreement Lenders:              BY:  FREDRICK J. LEVY, ESQ.
                                (212) 451-2218


For Neil S. Losquadro:          Brigade Capital Management
                                BY:  NEIL S. LOSQUADRO, PRO SE
                                (212) 745-9758

TELEPHONIC APPEARANCES:
(Continued)

For JPMorgan Chase Bank:        BY:  SHACHAR MINKOVE
                                (212) 834-7174

For Pryor Cashman LLP:          BY:  TINA MOSS, ESQ.
                                (212) 326-0421

For Merrill Lynch:              Kaye Scholer LLP
                                BY:  MADLYN G. PRIMOFF, ESQ.
                                (212) 836-7042

For County of San              Romero Law Firm
Bernardino:                     BY:  ASHLEY L. RUIZ, ESQ.
                                (562) 907-6800

For Macquarie Capital:          BY:  RUSHABH VORA
                                (212) 231-6311

For Ernst & Young LLP:          Alston & Bird LLP
                                BY:  JOHN W. WEISS, ESQ.
                                (212) 210-9412

1     WILMINGTON, DELAWARE, FRIDAY, OCTOBER 22, 2010, 2:05 P.M.

2            THE CLERK:  All rise.  Be seated.

3            THE COURT:  Good afternoon, everyone.

4            MR. PERNICK:  Good afternoon, Your Honor.  Your

5     Honor, Norman Pernick on behalf of the debtors.  I thought I'd

6     run through the agenda very quickly because some things have

7     actually moved around, so just to make sure that the Court is

8     in sync with us, or probably more importantly the other way

9     around.

10           First, Item Number 1, the Aurelius motion to

11    disqualify Chadbourne and Parke.  That is withdrawn.

12           As far as items that are adjourned to November 23,

13    it's Item Number 2, the ninth omnibus objection, with respect

14    to the Claudia Sanzeri claim only.  Item Number 3, which is the

15    tenth omnibus objection with respect to the claims of GE

16    Capital Fleet Services, Karolyn Walker and Robby Wells only.

17           Item Number 4, which is the objection to the claim

18    of Robert Henke.  The parties are going to be submitting a

19    stipulation lifting the automatic stay for limited purposes.

20    So for the purposes of today that item is adjourned to the 23rd

21    of November.

22           Item Number 5, which is the twenty-seventh omnibus

23    objection with respect to the claim of Marcia Willette only.

24    Item Number 6, the motion for class certification and class

25    treatment and class proof of claim.  Item Number 7, the thirty-

1  third omnibus objection with respect to the claims of Albert

2  Togut of Chapter 7 Trustee of PLVTZ, Inc., and the City of

3  Chicago claim.  Item Number 8, the thirty-fourth omnibus

4  objection with respect -- I'm sorry, a stipulation is to be

5  presented with respect to Google, but with respect to the EMC

6  and Google claims for today, those are continued to the 23rd of

7  November.  And Item Number 14, the twenty-fourth omnibus

8  objection with respect to the claims of Terry Godbey, Oracle,

9  Marbury von Briesen and Herbert Eye, those are continued to the

10 23rd of November.

11         Continued to December 15 is Item Number 13, which is

12 the Francisco Section 362 motion.  And then adjourned to an

13 open date is Item Number 14, which is the twenty-fourth omnibus

14 objection with respect to the Maureen Dombeck claim only, item

15 Numbers 17 and 18, which are the Aurelius Trustee and seal

16 motions, and then Item Number 23, which is the Sitrick

17 retention.

18         Item -- Your Honor, I'm going to skip over Item 9

19 for a moment, because I know the Court had a question about

20 that.  And the Court was kind enough to enter orders on Item

21 Number 10, which was the modification of the Reed Smith

22 retention, Item Number 12, which is the modification of the Dow

23 Lohnes' retention, Item Number 24, which were the final fee

24 applications of the examiner and his counsel, Item Number 25,

25 which was the LECG final fee app, and Item Number 26, which is

1  the third interim fee app with respect to all other

2  professionals in the case.  I think -- I'm sorry, and also Item

3  Number 11, which was the Levine Sullivan retention.

4  So that leaves us with the Court's question on Item

5  Number 9 and then Item Number 15, which is the committee seal

6  motion related to Item Number 16, which is the committee's

7  standing motion.  And then Item 19, which is related, which is

8  a supplement to the committee standing motion.  Also, the

9  committee's seal motion, Number 20, which is another related

10  matter.  Item Number 21, which is the thirty-sixth omnibus

11  objection with respect to the Emerson Tucker claim only.  Mr.

12  Lantry actually wants to just discuss that very quickly with

13  the Court.  And Item Number 22, which is the Novack and Macey

14  retention, and I believe that a consent order is to be filed,

15  but I'll let Mr. Lantry speak to that.

16  So unless the Court prefers otherwise, it might make

17  sense to start just in order and start with Item Number 9.

18  THE COURT:  That's fine.

19  MR. PERNICK:  And I'm going to turn the podium over

20  to Mr. Lantry on that one.

21  THE COURT:  Thank you.

22  MR. LANTRY:  Good afternoon, Your Honor.  I don't

23  know what your question was.

24  THE COURT:  I had two.  One, how much insurance is

25  available?  The papers didn't reflect that, if they did, I

1   missed it.  And secondly, while the settlement payment was

2   disclosed, there was no specificity with respect to how much

3   the defense costs are, which have also been requested to be

4   paid.  So I was just curious.

5            MR. LANTRY:  Your Honor -- yes, please.

6            MS. HARRIS:  Good afternoon, Your Honor.  Donna

7   Harris here on behalf of Federal Insurance Company.  With

8   respect to your first question, are you asking how much -- how

9   many other claims that might be against this policy or how much

10  there is in the policy in itself?

11           THE COURT:  The latter.

12           MS. HARRIS:  Okay.  I -- actually, I don't have to

13  answer to that question because there was another claim that

14  was against this policy.  So I know it's not the full limits, I

15  know it's enough to pay this and I also know that there are no

16  other claims that we're aware of against the policy.  If you

17  need further information, I would have to provide that to you.

18           THE COURT:  No, that's okay so far as that goes.

19           MS. HARRIS:  Okay.

20           MR. LANTRY:  Your Honor, I think I may be able to

21  answer the big picture, though.

22           THE COURT:  Okay.

23           MR. LANTRY:  Obviously, there's many different

24  layers of insurance and CHUB is at the bottom of the food

25  chain, so that's why they're here, but the aggregate amount for

1   the D and O cover is $200 million.  This is again, for everyone

2   here.  A separate period of time after the LBO, so it has

3   nothing to do with the LBO, that's the important thing for all

4   those here today.

5               THE COURT:  Okay.  And on the defense costs?

6               MS. HARRIS:  Your Honor, the defense costs have not

7   entirely been submitted to the insurance company in full.

8   We're told from the individual involved, which is why it wasn't

9   as fully delineated in the motion.

10              THE COURT:  It wasn't delineated at all.

11              MS. HARRIS:  I understand that, Your Honor.  We

12  didn't have that information at the time of the motion.  I've

13  spoken to my client because I told them this would likely be an

14  issue.  My client has requested that if Your Honor is not

15  inclined to grant the order that has the additional language

16  with respect to the defense costs, there is an agreement that

17  we pay the settlement amount, then we would request that Your

18  Honor sign the original order with respect to the settlement

19  amount and we can file another motion later with respect to the

20  defense costs separately.

21              THE COURT:  Well, that's fine.

22              MR. LANTRY:  Your Honor, could I add a one moment?

23  We know that it is north of $500,000, which we've seen so far

24  coming through the pipeline.  I don't think it's that much more

25  than that, but one of the things that we're anxious to get from

1  the insurer is this whole deal they have made contingent on

2  your approval of this and if the claimant hears -- has caused

3  all of this very, very expensive litigation, that we don't have

4  final approval of this settlement where they get the 150,000,

5  the whole deal is going to be off and we're back going to trial

6  and incurring more fees.  So I would want to make sure that

7  we've got CHUB comfortable that, you know, this is all done and

8  whatever other comfort they're looking for about additional

9  defense costs, that we can solve it today because this has been

10  a very outrageously expensive piece of litigation.

11          THE COURT:  Yeah.  The reason that I'm putting a

12  little speed bump in it is that, you know, an amended form of

13  order was filed later to add the payment of the defense costs

14  after notice had gone out and, you know, no one had objected

15  and there was no description of them in the motion.  So for

16  notice purposes and because, you know, I like to know what I'm

17  authorizing usually, I asked the question.

18          I'm content to sign the original order today if the

19  parties wish and I would be willing to accept the additional

20  information under a certification.  If I have questions, I'll

21  reach out to the parties, but I'd like to know that information

22  before I sign off on it.

23          MS. HARRIS:  That's fine, Your Honor.  We did send

24  out the other order prior to the objection deadline, but again

25  we didn't have all the numbers at the time, which is why it was

1  done.  We can certainly give you that information under

2  certification.  My client would be comfortable paying the

3  settlement amount with just the original order today, so I

4  don't think that will be a problem.

5           THE COURT:  The order's been signed.

6           MS. HARRIS:  Thank you, Your Honor.

7           MR. LANTRY:  Thank you, Your Honor.

8           MS. HARRIS:  Your Honor, that's all I have today,

9  may I be excused?

10          THE COURT:  Yes, you may, and anyone who is here for

11 any of the other matters that have just been disposed of in one

12 way or another by -- as a result of the recitation are free to

13 go too.  Okay.  Didn't clear anybody out.

14          MR. LANTRY:  Your Honor, on the item of the thirty-

15 sixth omnibus objection, Item 21, this only involved Mr.

16 Tucker.  Mr. Tucker, I don't believe, is on court call.  He is

17 currently incarcerated in the Cook County Jail.  He did receive

18 the objection and he did respond in handwritten form.  We got

19 notice this morning --

20          THE COURT:  Actually in very legible handwritten

21 form.

22          MR. LANTRY:  He does write --

23          THE COURT:  Which was appreciated.

24          MR. LANTRY:  -- legibly, not clearly, but at any

25 rate, Fed Ex notified us this morning that they were not able

1   to get the agenda notice to him, which has the easy information

2   about court call.  He may have already done due diligence about

3   that, but we were interested in going forward with this, so

4   long as you knew that he had not had that easy access to court

5   call and you may pause.

6        What's driving us is we have everyone in this room

7   wanting us to quantify the general unsecured claims because it

8   does go to plan terms, in terms of a claim that is 300,000 up

9   to 50 million can swing the bucket a lot.  And so, one of the

10  things we've been driving for is get big ticket items, which

11  seem easy to resolve, and get those taken care of.

12       One thing that might make it easier for you as you

13  struggle with the due process of him not getting this easy

14  court call access is simply to note that his claim -- his

15  underlying claim comes from a New Jersey cause of action that

16  he brought pre-petition.  It was dismissed by the New Jersey

17  District Court.  It went up on appeal to the Third Circuit,

18  last Thursday, the Third Circuit affirmed the District Court's

19  dismissal, which may end the issue, though I would again say

20  this was in complex procedural issues, so you may still want to

21  pause and give him one more chance, but we're anxious to get

22  this taken care of for everybody else's number of reasons.

23       THE COURT:  Let's just re-notice it for the next

24  omnibus hearing and --

25       MR. LANTRY:  And we will take the effort to Fed Ex

1  how he gets to court call some weeks before, because we do

2  understand it's complex in terms of getting through the jail

3  system.

4          THE COURT:  Okay.  Yeah, and I mean, I do

5  occasionally get requests to speak directly with, you know,

6  officials at a place of incarceration to make such arrangements

7  and so far as I know, we've received no such inquiry.

8          MR. LANTRY:  Thank you, Your Honor.

9          THE COURT:  Okay.

10         MR. GOLDEN:  Good afternoon, Your Honor.  Daniel

11  Gordon, Akin Gump Strauss Hauer and Feld, counsel for Aurelius

12  Capital Management.  I'm also in the courtroom this afternoon

13  with my partner, David Zensky.  Your Honor, I heard Mr. Pernick

14  say that he thought we should just go in order.  According to

15  my version of the agenda, I think Item 17 is the motion by

16  Aurelius Capital Management for appointment of a Chapter 11

17  Trustee.

18         Your Honor, we had previously advised your chambers

19  and the other parties in interest that we were not going to go

20  forward with that motion today and we were going to seek an

21  adjournment.  I do think, however, it's important to set the

22  stage why exactly Aurelius has determined not to go forward at

23  this juncture.  So, with the Court's indulgence, I'd like to

24  just take a couple minutes and explain Aurelius' position.

25         THE COURT:  As long as whatever you tell me doesn't

1  generate a rush to the podium --

2            MR. GOLDEN:  It --

3            THE COURT:  -- for people who wish to reserve rights

4  and tell me other things in opposition to --

5            MR. GOLDEN:  Judge, I'm not --

6            THE COURT:  -- the matter --

7            MR. GOLDEN:  I'm sorry.

8            THE COURT:  -- already is going to be adjourned.

9            MR. GOLDEN:  I'm sorry, I can't promise that.

10           MR. BANDERNAGEL:  Your Honor, I think we can promise

11  that there will be a rush to the podium.  I mean, that's the

12  danger of saying one thing and then doing the other.

13           THE COURT:  No, he didn't promise that.

14           MR. BANDERNAGEL:  No, no, no, but he said he was

15  going to adjourn it and now he seems to want to talk about it,

16  so I mean, we're just reserving our rights to respond.

17           THE COURT:  And I'm advising you I may not hear

18  responses.

19           MR. GOLDEN:  Thank you, Your Honor.

20           THE COURT:  Be brief, Mr. Golden.

21           MR. GOLDEN:  I will attempt to be brief.  Your

22  Honor, Aurelius filed its motion on -- for appointment of a

23  Chapter 11 Trustee on September 13th and since that date

24  several significant events have occurred in these Chapter 11

25  cases that have lead Aurelius to conclude that the better

1    process may be -- or the process may be better served by

2    seeking to continue this motion into the future, specifically

3    three come to mind.

4            First, the Aurelius disqualification motion

5    regarding Chadbourne and Parke has resulted in an agreement

6    where Chadbourne has agreed not to participate in the

7    committee's standing motion and Chadbourne has agreed not to be

8    part of the prosecution of the underlying lawsuits that the

9    committee seeks to bring.

10           Number two, the court ordered mediation has begun

11   and although not officially concluded, has led to a self-

12   settlement among the credit agreement lenders, led by Oaktree

13   and Angelo Gordon, JPMorgan as agent under the LB -- leverage

14   buyout credit agreements, the debtors and the creditors

15   committee.  It's obviously and probably -- maybe it's not

16   obvious, it should not be lost on the Court that no pre-LBO

17   creditor supports that self-settlement that has emanated from

18   the mediation sessions.

19           And perhaps most importantly, Your Honor, you have

20   put into place a carefully constructed competing plan process,

21   at the end of which, which presumably will be sometime January,

22   maybe February, all parties in interest will know with a great

23   deal more certainty the ultimate outcome of these cases.

24           And although Aurelius is currently seeking an

25   adjournment of the motion, I want to be clear and unambiguous

1    about one point.  The motion was not brought for tactical

2    reasons.  There's not a single sentence or assertion contained

3    in that motion that Aurelius would back away from, but as I've

4    said there have been events that have occurred in this case

5    since the filing of the motion that have overtaken the motion,

6    but we believe that the upcoming contested confirmation hearing

7    will bear witness to the assertions made in the underlying

8    motion.

9              In preparation for today's hearings I went back and

10   looked at the objections that were filed with respect to the

11   motion.

12             THE COURT:  Okay.  Why do I need to hear that?

13             MR. GOLDEN:  Your Honor, I think it's going to be

14   significant because we are at a point of cleavage in these

15   cases.

16             THE COURT:  You mean yet another one?

17             MR. GOLDEN:  I think this may be the ultimate one,

18   Your Honor.  We'll see.

19             THE COURT:  All right.

20             MR. GOLDEN:  There has been a lot of press, a lot of

21   newspaper articles, a lot of buzz in the financial community

22   about the settlement that has been reached.  What hasn't been

23   heard, and what we believe is appropriate for the Court to

24   begin to hear, is the other side of that story.

25             THE COURT:  I absolutely do not need to hear that

1    today and I will tell you that now.

2            MR. GOLDEN:  Your Honor, with that I will ask the

3    Court to adjourn the motion without date, pending a further

4    order of the Court, such that if parties determine it

5    appropriate, they can renew as supplemented the motion.

6            THE COURT:  I will do that, along with companion

7    motion, which is at Number 18 on the agenda today.

8            MR. GOLDEN:  Thank you, Your Honor.

9            THE COURT:  Thank you, Mr. Golden.

10           MR. SEIFE:  Your Honor, may I respond to one

11   statement Mr. Golden said?  It will take a minute at most.

12           THE COURT:  Yeah, but then multiply that times 10.

13           MR. SEIFE:  No, I think it's just a factual

14   assertion, which was inaccurate.  Mr. Golden said no pre-LBO

15   creditors support the settlement, he has stated that before and

16   it is absolutely incorrect..  The creditors committee supports

17   the settlement, the creditors committee is chock full of pre-

18   LBO creditors and they enthusiastically support the settlement.

19   So it's a factual assertion which is not correct, has repeated

20   many times and I'd like to correct the record.

21           THE COURT:  Well, on those issues, I suggest all the

22   parties just keep their powder dry.  There will come a time.

23           MR. BUSH:  Good afternoon, Your Honor.  Graeme Bush

24   from Zuckerman Spaeder, we're serving as special litigation

25   counsel to the creditors committee.  And I'm here before Your

1  Honor on the first standing motion filed by the committee on

2  February 1st of this year, the supplement to that standing

3  motion that was filed on September 14th, and the second

4  standing motion that was filed by the committee on September

5  14th.

6          As Your Honor is aware, the committees'

7  professionals have investigated over a very lengthy period of

8  time, since the beginning of the case, the potential claims

9  that would be available and have ultimately determined that

10  there are viable and valuable claims of the debtor that should

11  be asserted and these claims are the subject of the standing

12  orders that are before Your Honor today.

13          I don't want to make too much of this at this point

14  because I think the record is clear that there's really nobody

15  who's -- none of the objectors, and there are a few objectors,

16  have objected to actually granting the committee standing.  All

17  of the objections have been to a variety of other things.

18          THE COURT:  No, I think everyone has said let's by

19  the Christmas tree, but others wish different ornaments to be

20  placed on it.

21          MR. BUSH:  Exactly right, Your Honor.

22          THE COURT:  Okay.

23          MR. BUSH:  People have said gee, you should have put

24  this complaint and other people have said you shouldn't have

25  put that in the complaint.  I would tell Your Honor, for

1   whatever comfort it gives, that we have been very open with

2   everybody who has made suggestions about or criticisms about

3   what the draft complaints contain and we are still engaged in a

4   process of talking to people about what they think we should or

5   shouldn't do and what claims should or shouldn't be in the

6   complaint and what defendants should or shouldn't be named.

7           THE COURT:  And in light of those discussions, have

8   any of the issues been narrowed or eliminated?

9           MR. BUSH:  Yes, I think some of them and some of

10  them are still under discussion, but I think the equally, if

11  not more important point, is that there's a process going on

12  and I -- my perception is that at no point in that process have

13  we reached an impasse with anybody that we're discussing these

14  matters with and we'll continue to discuss what -- how the

15  complaints might be properly modified to better preserve the

16  claims of the estate up until the date we file them.

17          There also was an objection from the debtor because

18  the committee's motions requested exclusive authority to settle

19  the claims.  I can tell you that we have reached an agreement

20  with the debtor and with the credit agreement lenders to defer

21  a ruling on that part of the committee's motions and during the

22  period of time between now and either the confirmation of the

23  plan, or if the plan isn't confirmed when the plan is rejected

24  or when settlement proponents withdraw their support, we have

25  agreed with the debtor that neither party will seek to try and

1  settle any of the open unsettled claims without the

2  participation and consent of the other parties.  So that issue

3  is off the table for the moment and each side has the right to

4  -- well, the committee has the right to renew the request that

5  it have exclusive settlement authority and, of course, the

6  debtor has the -- reserves the right to object if that time

7  ever comes to pass.

8          I think the broader issue that is still on the table

9  is the one that perhaps was averted to by Mr. Golden when he

10  was up here just a few moments ago, which a number of parties,

11  Aurelius, Wilmington Trust in particular, are of the view that

12  the committee is not the proper party to prosecute the actions.

13  And so they -- there has been -- and their criticism is that

14  it's conflicted, that its counsel is conflicted, that it

15  doesn't have the same motivation to maximize the recovery on

16  the claims.

17          We, obviously, reject those arguments.  The

18  committee has been very diligently involved in investigating

19  the claims and we are the ones that have determined what the

20  claims are that should be asserted and, indeed, in some of the

21  earlier papers where parties were criticizing the committee's

22  conduct and were filing their own papers, much of their papers

23  were based entirely on the committee's original complaint filed

24  back -- or proposed complaint filed back in February.  So I

25  don't think there's any basis for the criticism of the

1    committee.

2         Notwithstanding that, we have determined that it

3    probably would make sense, so as not to distract all the

4    parties during the period of time that we're going through the

5    confirmation process, to file the complaints and pursue certain

6    amounts of discovery that are necessary to make sure that we

7    have determined who all of the proper parties are and have done

8    everything -- named everybody we need to name and bring every

9    claim that needs to be brought, so as to avoid the running of

10   the statute of limitations on any potential claim and recovery

11   that the estates might have the right to, but that all other

12   proceedings in the cases should be stayed pending either the

13   plan's rejection or people withdrawing support for the plan, at

14   which point the litigation could go forward.

15        I have, if I may approach the bench, a proposed form

16   of order.

17        THE COURT:  Has it been shared with others?

18        MR. BUSH:  It has been, I will put on the record

19   exactly how.  We circulated a version of this yesterday and

20   asked for comments.  We have incorporated comments from the

21   debtor and we have incorporated comments from Merrill Lynch.

22   We have declined to incorporate suggestions by Aurelius and

23   have not heard from Mr. Lauria, representing the step -- I'm

24   sorry, the bridge lenders, and we haven't heard directly from

25   Mr. Stark, representing the phones, although I talked to him

1   before the hearing began today and he indicated he was not in

2   support of the order -- form of order that we circulated

3   yesterday.

4           The form that I passed up to you, however, has an

5   additional paragraph or two that relates to the stay point that

6   I just described to you.  That is a point that certain people

7   have -- like, for example, the phones and Aurelius, have asked

8   for.  They would like to have the committee stay the

9   prosecution of the claims after they're filed.  And as I just

10  stated, we are -- think that might actually be a good idea, not

11  for the reasons that they've asked for it, but it would be a

12  good thing to do to avoid distracting the parties during the

13  confirmation process.

14          So that paragraph has been added.  We have

15  circulated that just prior to the hearing.  And I think that

16  people probably still have some questions about the actual

17  language of that, but I'm happy to walk Your Honor through this

18  just quickly.

19          The -- if you turn to Page 2, the order grants the

20  standing motions to the extent set forth in the order.  And

21  that gives the committee the leave, standing and authority to

22  commence and prosecute the claims set forth in the draft

23  complaints that were attached to the standing motions.  It also

24  grants the committee the authority, prior to filing the

25  complaints, to amend the drafts, to change the drafts in any

1  way that we believe is necessary in order to preserve claims.

2  That would include adding defendants, it would include adding,

3  if we determine it's necessary, class-action allegations, it

4  would include adding additional claims that either we have

5  determined are advisable to add or others may have suggested to

6  us and we've agreed with them, and to make any other

7  modifications that we think are necessary to adequately allege

8  the causes of action on behalf of the estate.

9        It also, in the next paragraph, embodies the

10  agreement that I described earlier between the debtors and the

11  committee with respect to settlement authority.  And then in

12  the paragraphs after that, starting at the bottom of Page 3 and

13  continuing over into Page 4, it contains the provisions

14  governing a stay, which are in essence that during the period

15  of time, which would end on what's called the termination date.

16  And the termination date is defined elsewhere in the order as a

17  point where the committee or the debtors withdraw their support

18  for the proposed plan, the Court declines to confirm the

19  proposed plan, or a date certain, April 1st, 2010 (sic).

20        And during the period of time prior to the

21  termination event -- excuse me, let me get that right, because

22  it's if the termination event is the withdrawal of the support

23  for the proposed plan by the debtors or the committee, the

24  committee would have the right to extend the stay that was

25  granted by the Court.  And the reason for that is, that it may

1  be that if somebody withdraws its support for the plan, there

2  are still settlement discussions ongoing and a possibility of a

3  revised plan being filed with the Court and additional

4  settlements being reached, and we don't think that it's

5  necessarily obvious that the committee would want to

6  immediately go into litigation mode.  It might make sense to

7  continue to have discussions and try to reach a resolution of

8  whatever had cause proponents to withdraw support for the plan.

9  So that's the reason that, although this is stayed, if there

10 were a termination event because a proponent withdrew its

11 support from the plan, the committee would have the right to

12 unilaterally continue the stay.

13         During the stay, all the deadlines that would

14 otherwise govern the case, for example, the filing of answers

15 or motions to dismiss or Rule 26(f) and 16 conferences, would

16 be suspended, except those that are applicable to any discovery

17 that this stay permits.  The stay, however, would permit the

18 committee to amend the complaints, to enter into settlements

19 consistent with the other provisions of this order that govern

20 settlements, in other words we would still have to have the

21 agreement of the debtors, we wouldn't unilaterally settle, and

22 this -- the debtor would not unilaterally settle.

23         And it also -- we would be able to serve the

24 complaints.  And this is important, we would also be able to

25 take some discovery, starting immediately, that we believe is

1  necessary to make sure that we prevent the statutes of

2  limitations from running on any of the potential claims.  And

3  that is something that we have been working on very diligently

4  through the bankruptcy discovery process over the last many

5  months, but is not complete and would have to be completed in

6  the context of the adversary proceeding.  So we need to -- we

7  can't have a complete and total stay.

8         The order also provides that during the pendency of

9  the stay no defendant -- and this is actually an error and

10 would need to be corrected if you're looking at the second to

11 last ordered paragraph on Page 4, says that during the pendency

12 of the stay no defendant to the avoidance actions, that should

13 be LBO actions, which is a defined term, shall answer or

14 otherwise respond to the LBO actions.  So the stay would mean

15 that there would be no motions to dismiss or motion for summary

16 judgment or motions to strike or any of those kinds of things.

17 And all the rights the defendants would have to make those

18 motions would be preserved until the stay is lifted.

19        And the last order provides that any party can move

20 at any time for good cause to lift the stay.  We think that

21 that addresses all of the concerns that have been raised by the

22 objectors.  Some of the objectors have agreed with us and think

23 that this does the trick, others, I'm sure you will hear from

24 in a minute, and they'll tell you why the committee should be

25 constrained more than this or should have to listen to whatever

1  that particular party thinks we should do.  I think these

2  objections at this point mostly amount to the bigger picture,

3  the contest for control over the causes of action of the estate

4  and the settlement of those causes of action, and there are

5  parties here who think that they ought to be able to control

6  that and not the committee.  We don't think --

7          THE COURT:  Well, I wonder in contemplating the

8  issues set for hearing today, whether it's a control issue or a

9  burden of proof issue or maybe a combination of both.  And when

10  I say burden of proof I mean perhaps one of the fears the

11  parties have is that whoever first races to ask for settlement

12  has very low 9019 threshold to meet to get their deal approved

13  over the objection of others, and I don't -- I guess I really

14  haven't come to a conclusion about which or whether or if both

15  apply, but I understand there's a dynamic which involves that

16  kind of pushing and shoving, if I may say it plainly.

17          MR. BUSH:  I think Your Honor is absolutely right.

18  There are parties who believe that they're going to be more

19  aggressive and will -- would resolve the claims at higher

20  amounts and don't trust the committee's judgment on those

21  questions, and so they would like to be in control of the

22  process, but --

23          THE COURT:  Well, I'll say -- I will say one thing,

24  and I know at least Mr. Stark was involved, he probably knows

25  what I'm about to say, is that I don't think I'm a pushover for

1  a settlement, no matter how good some parties may think it

2  looks for the estate, and I wrote an opinion on the issue.  So

3  to the extent the parties don't know it, you know, just because

4  someone has a 9019 standard to apply, which is normally thought

5  to be, and is a lower standard, it's not a give me.

6          MR. BUSH:  And we understand that.  I think I'm

7  aware of the decision to which you refer, Your Honor, and our

8  view is that we have investigated these claims very

9  aggressively and very diligently and at the moment we are

10  supporters of the plan.  And to the extent that claims are not

11  resolved, either in the plan, or if the plan is not confirmed,

12  we are prepared to push forward with those and maximize value

13  to the estate.

14          THE COURT:  Okay.

15          MR. BUSH:  So the bottom line is, we think that this

16  order does the trick and would ask that Your Honor enter the

17  proposed form of order granting the committee standing to file

18  and prosecute the claims on the terms that are set forth in it.

19          THE COURT:  Okay.  Thank you.

20          MR. BUSH:  Thank you.

21          THE COURT:  Now here's how I would like to proceed

22  on these related motions.  The first is to ask whether, in

23  light of the most recent version of the proposed form of order,

24  any of the parties think it would be helpful to have any

25  further discussions here and now outside of my presence to get

1   to the end?  And if there's somebody -- well, let me ask that

2   question first.

3           MR. BANDERNAGEL:  I actually think it would, Your

4   Honor.  We saw this motion -- I mean, this order a few minutes

5   before the start.  We had seen an earlier version, but the

6   language that was put in relating to the stay and like is new

7   and it's fairly complex and there are wording problems with it

8   that I think can be remedied and not waste your time hearing

9   what they are in the courtroom and it might be helpful to take

10  a few minute break and see if we can iron some of those things

11  out before we move forward.

12          Some of the problems are my problems, in -- in the

13  sense that the provision that relates to settlement and how

14  we're handling that has an April 2010 termination date, which

15  means that the order has terminated before it's even been

16  signed, but I think the date that was meant was 2011.  Those

17  things we can figure out and not waste your time.

18          THE COURT:  I hope that issue won't take too long.

19      (Laughter)

20          MR. BANDERNAGEL:  We'll try.

21          THE COURT:  Okay.  Mr. Stark?

22          MR. STARK:  Thank you, Your Honor.  I actually will

23  accept the invitation as well.  I did have an opportunity to

24  speak with Mr. Bush just prior to the hearing and he's accurate

25  saying that we -- I had problems with concepts, but I was

1  unavailable yesterday to talk to him about his draft order.  It

2  might be a good idea for us to spend a couple minutes.

3          THE COURT:  Okay.

4          MR. BUSH:  Your Honor, I think it probably would be

5  a good idea.  I just wonder if the Court has any direction to

6  the parties about whether there are any problems the Court has

7  with the overall direction of this order?

8          THE COURT:  I'm glad you asked that question.  And

9  it's really not one specific to what you've just handed me,

10  other than the last decretal paragraph, which says the stay may

11  be lifted by the Court for good cause shown.  Now, I know the

12  purpose was to pick a standard that moving parties would have

13  to satisfy in order to be entitled to relief, but when we're

14  talking about conduct of an adversary matter, whether the Court

15  stays proceedings or not, I think, is wholly within its

16  discretion.  So I don't view that language as restricting the

17  Court's ability to act within what would normally be its

18  discretion as a trial court in such matters.

19          The only other thoughts I'd like to leave you with

20  before we break are these.  I think the fact that the

21  confirmation process is ongoing, and although I cut him short,

22  I think Mr. Golden made a very good point, that it's probably

23  among the choices that we all have now, best to let the process

24  move forward and to see where it takes us all.  And so, I look

25  at the relief that's been requested here in light of that

1   umbrella, I do agree with the parties that there are claims

2   here based in part upon what the examiner's report has

3   revealed, but for reasons, you know, that the parties are

4   already well aware and they should be pursued, and at least for

5   now it looks like the committee may be best positioned to do

6   that.

7          My only other concern is that I know there was some

8   discussion from the objectors about inter-company claims and

9   how they should be addressed and I know what the committee's

10  response to that was.  I'm -- my only -- well, no, one of my

11  concerns is that we not as a result of passing the two year

12  mark lose anything while the confirmation process is going on.

13  And so long as whatever the parties can work out, if not I'll

14  resolve whatever remaining objections there may be, I'm willing

15  to approve anything within reason within that framework.  Are

16  there any questions about what I just said?

17          MR. BUSH:  One thing I can tell Your Honor a little

18  bit about and maybe the debtor would want to say something on

19  it too.  The inter-company issue is something that I believe

20  has been resolved by agreement with the debtor to enter into a

21  tolling agreement that ultimately will be the subject of a

22  motion before Your Honor and will toll the claims between the

23  -- all of the inter-company claims arising out of the LBO.

24          THE COURT:  Okay.

25          MR. BUSH:  Do you want to say --

1          THE COURT:  Any other questions -- oh, okay.

2      (Counsel confer)

3          MR. BUSH:  All the claims.

4          MR. LANTRY:  Your Honor, the debtors have worked

5  with the creditors committee and the other co-plan proponents

6  as we understand the plan that would be filed today.

7  Circulated this tolling agreement involving all inter-company

8  claims.  It is, I think, satisfactory to that group.  We have

9  shared it with the rest of the mediation parties, we've invited

10 comment, we have received some comment, but not, you know, all

11 of them.  Before we file the motion we've told people we would

12 like to file that motion next week to have Your Honor approve

13 this inter-company tolling agreement, we would like to have all

14 those parties, so we don't have a motion fight over that, so we

15 invite everyone to get us their comments.

16         But, you know, we understand this is complex and

17 people may have additional ways of making sure this is

18 preserved, but we will be doing that.

19         THE COURT:  Okay.  Any other questions or comments

20 before we break?

21         MR. LANTRY:  Your Honor, maybe I would address one

22 other item.  I know any number of parties have asked about

23 this, I don't think it goes to the form of order, but I think

24 it's still something that's lurking around there.  Many of the

25 parties have said what are the debtors and the creditors

1  committee going to be doing with regard to preference actions?

2  And I can describe the ongoing process and the endgame.

3         The ongoing process was started before the original

4  plan was proposed between the debtors and the creditors

5  committee, with sharing our analysis of all the preferential

6  transfers.  We did that, you know, back in that period of time

7  and that was under a global settlement plan.  The scrutiny that

8  we and the creditors committee have engaged since that plan is

9  no longer in play and particularly in conjunction with the last

10  month of activities has been very much more intense and focused

11  as we dig a whole lot deeper about all the potential preference

12  causes of action.

13         Bottom line is, I can assure you that the debtors

14  and the creditors committee will stay in contact.  Our

15  financial advisors are meeting, you know, numerous times each

16  week with the lawyers to go through a process that we have

17  agreed seems satisfactory to each party, to make sure that they

18  agree with our business judgment about that.  We are briefing

19  the rest of the co-plan proponents about that process as well.

20         What we're sure about is that there will either be

21  tolling agreements with those who we believe we should be

22  bringing preference actions against before the two years

23  terminates or a complaint will be filed.  Many of the mediation

24  parties have said but, we want to hear more about it, because

25  we're not sure we trust the debtors' business judgment and

1    we're not sure we agree with the creditors committee and we're

2    not sure we agree that, you know, the additional supervision of

3    the co-plan proponents, so we're continuing to talk about that

4    and see if we can keep that from something you need to worry

5    about, but there is a process in place and I just wanted to let

6    you know and the rest of the parties understand that's what we

7    are doing and in the process of doing.

8                    THE COURT:  Thank you.

9                    MR. LANTRY:  Thank you, Your Honor.

10                   MR. STARK:  I don't want to elevate the discussion

11    on this point if we're going to come back after break, but that

12    doesn't work for us.

13                   THE COURT:  I expect you'll want to come back after

14    break.

15                   MR. STARK:  So maybe we reserve the issue to talk

16    about then or we can talk about it now, whenever you'd like.

17                   THE COURT:  No, the only comment I'll make on that

18    is consistent with what I said before, and that is if the

19    debtor wants to finish that process, that's fine.  My only

20    concern is that it be finished in time so that those who might

21    disagree would have the opportunity to ask the Court to

22    consider a Plan B before statutes expire.

23                   MR. STARK:  And maybe if I so presumptuous to make a

24    suggestion, maybe in this order that we're going to go work on,

25    we put in some milestones and enable to come back at a

1   particular time if we don't get a --

2           THE COURT:  Well, let me put it this way.  If it

3   doesn't take us off the central exercise that I think we should

4   complete today, I would be open to considering that.

5           MR. STARK:  Thank you, Your Honor.

6           THE COURT:  Okay.  Okay.  Here's the next question,

7   how long do you think you'll need?  Half hour?

8           MR. BUSH:  How about 30 minutes, Your Honor?

9           THE COURT:  Okay.  We'll reconvene at 3:20.  The

10  Court will stand in recess.

11      (Recess taken at 2:47 p.m. to 3:42 p.m.)

12          THE CLERK:  All rise.  You may be seated.

13          THE COURT:  All right.  Where do we stand?

14          MR. BUSH:  Your Honor, we have divided into two

15  groups and tried to get the comments of everybody and make

16  modifications to the order.  A number of modifications have

17  been agreed by the parties and I'm happy to walk Your Honor

18  through that.  There also are a couple of issues that we could

19  not reach agreement on and I'm happy to simply tell you what

20  those are and seek your guidance or your ruling on them.

21  That's your pleasure.

22          THE COURT:  Counsel's choice.

23          MR. BUSH:  Well, why don't I tell you what the

24  issues are because I think if we've agreed on the other things,

25  that perhaps Your Honor will be happy with that and we -- you

1  can look at the order and if there's something we agreed on you

2  don't like, you'll let us know.

3          The two open issues are the following:  One has to

4  do with the authority to settle claims and certain of the

5  parties, Aurelius and Wilmington Trust, I believe, are of the

6  view that the committee should not have any authority to settle

7  claims during the period of the stay.  And as I think Your

8  Honor knows from the prior discussion, the way the order read

9  -- the proposed order read is that we would have the authority

10  to enter into a settlement along with the debtor, but neither

11  the debtor nor the committee could settle separately.

12          Obviously, if there was such a settlement like that,

13  any party who disagreed with the settlement could object to it

14  under normal bankruptcy procedures.  We don't think there's any

15  reason that the committee should be denied the right to try and

16  enter into settlement agreements if they are available.

17          The second issue has to do with the paragraph on

18  Page 3, it's the carryover paragraph if you still have the

19  proposed order in front of you.

20          THE COURT:  I do.

21          MR. BUSH:  The way we had proposed was that -- and

22  I'm talking about after the word and, it said,

23              "And in making such amendments or modifications, the

24              committee will consider suggestions of the objecting

25              parties to ensure that the claims of the debtors'

1          estates are preserved consistent with the interest

2          of creditors and the overall judgment of the

3          committee's professionals."

4      And there is a disagreement with Aurelius and

5  Wilmington Trust over that provision.  They want the Court to

6  direct us to consult in good faith with certain specific

7  parties, not just the -- not the objecting parties.  So they

8  want us to be directed to consult with Aurelius, Wilmington

9  Trust, Deutsche Bank, Law Debenture and Wells Fargo, and I

10  don't have the precise language, but the gist of it is to

11  ensure that the claims are filed in a way that maximizes the

12  recovery to the estate.

13      We actually are not unhappy with naming the specific

14  parties, that doesn't bother us, but being directed to consult

15  in good faith and the standard -- we think that the standard

16  that we put in here and the fact that we are, and have been,

17  considering all suggestions that any part gives us is an

18  indication of our good faith and that the process is working

19  just fine.  We're not quite sure why we need to be ordered to

20  do what we're already doing.

21      I think those are the two main issues.  There are a

22  couple of other things that I have been asked to just note for

23  the Court.  One is with respect to Merrill Lynch as agent.

24  There is a question whether -- well, Merrill Lynch is no longer

25  the agent, Wells Fargo has been substituted in as the agent and

1  they think they should not be named on certain of the claims in

2  the complaint and that Wells Fargo should be named.  We are

3  willing to do that, and also to try to the best of our ability

4  and to the best information we have, to name all of the

5  individual lenders that receive payment -- repayments of

6  principal and interest, which would mitigate or maybe remove

7  Merrill Lynch's liability for payments that passed through them

8  to holders of debt, but we do need to make sure that we have

9  seen the documents by which Wells Fargo has been substituted in

10  and make sure that we have protection against any parties that

11  maybe we don't know about who received principal and interest,

12  but subject to checking with those, we're, I think, happy with

13  what Merrill Lynch would like us to do.

14          And I believe -- was there anything else?  Excuse

15  me, Your Honor, one second.

16          THE COURT:  All right.

17      (Counsel confer)

18          MR. BUSH:  There is an issue about -- that Mr.

19  Stark, I think, raised previously about setting milestones for

20  getting information about how the committee and the debtors are

21  dealing with preferences.  That's, in our view, not really part

22  of this order, but it is an issue that I think some parties

23  would like to get resolved.

24          THE COURT:  All right.  Tell me what you agree on.

25  Well, let me ask you to pause there.

1          Are there any other objections that haven't been

2    articulated?  Oh --

3          MR. VAIL:  Yes, this is Andrew Vail.  May I address

4    the Court, Your Honor, by telephone?

5          THE COURT:  Go ahead.

6          MR. VAIL:  Good afternoon, Your Honor.  I represent

7    EGI-TRB, EGI and Mr. Zell, and I don't object to the UCC's

8    motion for standing.  However, to the extent that the UCC seeks

9    to immediately commence litigation and to take discovery, I do

10   object.  It was my understanding that there would be no

11   litigation during the mediation and here, with pending

12   mediation, there's no valid purpose served by the UCC running

13   to file its complaints.

14          The complaints allegations against my client are

15   unfounded and contrary to the conclusions and findings of the

16   examiner.  I'd ask that they do not go forward with filing the

17   complaints until the mediation has been concluded.  That is my

18   objection, Your Honor.

19          THE COURT:  All right.  Thank you.  Anyone else?

20          MR. GOLDEN:  Your Honor, until -- it was a very

21   difficult session, in the sense that we didn't have enough

22   drafts, they weren't blacklined, so until Mr. Bush tells --

23   answers the Court's question about what was agreed to, I won't

24   know in fact whether there are any other objections.

25          THE COURT:  All right.  Let's do that now then.

```
 1            MR. BUSH:  All right.  And with Your Honor's

 2   indulgence, since we were in two separate sessions, I might ask

 3   my partner, Mr. Sottile, to ride shotgun with me here because

 4   there may be changes on this draft that were agreed to in his

 5   session and not in mine and I want to make sure I describe

 6   things -- or we collectively describe things accurately.

 7            THE COURT:  All right.

 8            MR. SOTTILE:  Thank you, Your Honor.

 9            MR. BUSH:  On Page 2, the second ordered paragraph

10   would be struck.

11            On Page 3, the term "objecting parties" in the

12   fourth line, would be changed to Aurelius, Wilmington Trust,

13   Deutsche Bank, Law Debenture and Wells Fargo.

14            THE COURT:  Law Debenture and?

15            MR. BUSH:  Wells Fargo.

16            THE COURT:  Thank you.

17            MR. BUSH:  The date, April 1st, 2010 should be 2011.

18   It's down about two-thirds of the way in the second -- in the

19   ordered paragraph.

20         (Counsel confer)

21            MR. BUSH:  Then in the second line on Page, what is

22   that, 3 -- no.

23            MR. SOTTILE:  Four.

24            MR. BUSH:  Page 4, sorry, the words "or further

25   order of this Court" would be struck.
```

1          THE COURT:  I'm sorry, where?

2          MR. BUSH:  The second line --

3          THE COURT:  The second line, okay.

4          MR. BUSH:  -- "or further order of this Court" would

5  be struck.

6          Four lines after that, at the end of the

7  parenthetical, it would say "And comma" -- let's see, this one

8  is actually a little complicated --

9          MR. SOTTILE:  Your Honor, it would be "Comma,

10  motions to intervene and motions regarding settlements

11  consistent with the terms of this order."  We would then

12  strike, Your Honor, what is currently Subsection B in the

13  following sentence, which starts "Enter into settlements."  B

14  would be stricken in its entirety, making the following two

15  subsections B and C instead of C and D.

16          THE COURT:  Okay.

17          MR. SOTTILE:  As Mr. Bush indicated earlier, Your

18  Honor, there was a typographical error in the next-to-the-last

19  paragraph, "Ordered that during the pendency of the stay, no

20  defendant to the avoidance" should be replaced with LBO, which

21  is the defined term used in the order.

22          THE COURT:  Okay.

23          MR. SOTTILE:  The final paragraph of the order as it

24  now stands, Your Honor, would be revised, which is the

25  paragraph that begins, "Ordered that the stay may be lifted by

1  the Court".  We would strike starting with, "For good cause

2  shown" and replace that language with the following language:

3  "For any cause deemed sufficient by the Court" and then it

4  would pick up again, "After notice and a hearing with an

5  opportunity for oral" -- insert the word interested parties --

6  and strike the words, "To the LBO actions".

7         Finally, Your Honor, there would be one additional

8  ordered paragraph, which is simply intended to confirm that the

9  order doesn't affect the rights of other parties, with respect

10 to potential settlements.  It would read as follows:

11        "Ordered that nothing in this order shall affect the

12         rights, if any, of other parties to propose

13         settlements subject to this Court's approval."

14        THE COURT:  Okay.

15        MR. BUSH:  One other addition, which we skipped

16 over, Your Honor, is on -- also on Page 4, right after the

17 letter A in the middle of the carryover paragraph.  Insert the

18 words "consistent with bankruptcy rules, amend" -- then it

19 would go on, "amend the complaints in the LBO actions."

20        THE COURT:  All right.  Mr. Golden, let me start

21 with you.

22        MR. GOLDEN:  Okay.  Your Honor, I think given those

23 changes, but in fairness I think everybody needs an opportunity

24 to see it in writing and have an opportunity to review it, but

25 given those changes as I heard from Mr. Sottile and from Mr.

1  Bush, I think Aurelius only has one remaining problem, which

2  Mr. Bush highlighted.

3        On Page -- at the top of Page 3 of the committee's

4  draft, about three lines down from the top in the middle, it

5  says, "And in making such amendments or modifications, the

6  committee will consider suggestions of the objecting parties."

7  So we've agreed already to take out the reference to objecting

8  parties, obviously we didn't want the defendants giving the

9  plaintiffs' counsel suggestions on the language for the

10 complaint.  "To ensure that the claims of the debtors' estates

11 are preserved consistent with the interest of creditors in the

12 overall judgment of the committee's professionals."

13        So unfortunately, Your Honor, this highlights a

14 pervading notion throughout this Court, which is -- or this

15 case, which is the level of the trust that parties have with

16 one another at this point and that's unfortunate.  We tried to

17 give them alternative language, which we thought was neutral,

18 and I'll read it to the Court, so the proposed substitute

19 language would be,

20           "And in making such amendments or modifications, the

21           committee will" -- I'm sorry, "the committee is

22           hereby directed" -- I know that they don't like the

23           word directed, but -- "is hereby directed to work in

24           good faith with the representatives of the five

25           parties listed, Aurelius, Wilmington Trust, Deutsche

1          Bank, Law Debenture and Wells Fargo, to modify and

2          amend the draft complaints to ensure maximum

3          recovery for the underlying claims."

4     We think that's a perfectly neutral permutation.  It

5 solves our problem because we're only looking for, as the

6 beneficiaries of these lawsuits, to maximize recoveries and it

7 takes out this notion that committee professionals can tip the

8 scales one way or the other as to the right standard for taking

9 or not taking proposed amendments.

10     We would ask the Court to direct the debtors to

11 include our alternative language.  We think it's, as I say,

12 neutral, it's protective of the proposed beneficiaries of this

13 lawsuit.  And with that, we have no further comments on the

14 draft as proposed to be amended.

15          THE COURT:  Thank you.

16          MR. STARK:  Good afternoon, Your Honor.  Robert

17 Stark from Brown Rudnick on behalf of Wilmington Trust.  We

18 join in that request.  I have a little bit of an expansive

19 rationale -- expanded rationale as to why we support it.  I

20 think the thinking right now is let's get these causes of

21 actions commenced stayed, but we want to be sure that we've

22 covered all bases, including all defendants that we think

23 should be named, have been named, all counts that need to be

24 included in the complaint, within the nucleus, so that we don't

25 blow statutes of limitations inappropriately.

1          We may have some views on that.  We've expressed

2    historically certain views on certain counts that haven't found

3    their way into the complaints and we still feel pretty strongly

4    about them and we'd like to consult with them on that in good

5    faith.  And if we don't get resolution and we feel that there

6    is a problem and that there's a threat that we're going to blow

7    the statute of limitations, I'd like the opportunity to be able

8    to call up Your Honor and see if we can get an emergency

9    hearing before the statute of limitations period has run.

10          And that's the real legitimate predicate for why we

11   want to have the language written as it's written, not that

12   they have the ultimate decision making and we find out post

13   facto that they made the decision incorrectly and there's

14   nothing to be done at that point in time.  We'd like Your Honor

15   to make -- have the opportunity -- we'd like the opportunity to

16   ask Your Honor to make the decision.

17          THE COURT:  Are we agreed, by the way, that the

18   deadline is December 8th?

19          MR. STARK:  I think that we are, at least for the

20   ones that have run up until that day.

21          THE COURT:  Okay.

22      (Counsel confers)

23          MR. STARK:  It also, by the way, if we do it this

24   way, Your Honor, it would obviate the need for -- that some of

25   us are thinking that we may have to move immediately to

1    intervene as a co-plaintiff to file a supplemental complaint if

2    we feel that theirs is insufficient.  So this would be a way to

3    solve that problem too.

4            The other issue we have, Your Honor, concerns the

5    paragraphs on Page 3 and 4 that talk about the exclusive

6    ability to settle.  There's this one paragraph that

7    memorializes and arrangement whereby the debtors and the

8    committee agree not to settle without the other's consent, but

9    if they both agree then they could move forward on something of

10   an exclusive basis, if one were to read that in -- with a

11   negative inference.  And then the next paragraph is a

12   reservation of their request for exclusive settlement authority

13   for some other day.

14           Both of those paragraphs leave us cold, Your Honor.

15   Our general view consistent with, I think, what we've been

16   learning for the past hearings, we're trying to maintain

17   control, but move forward in a cohesive pattern towards a

18   competing plan process, file the complaints, stay it and let

19   the plan process itself ferret out what particular settlements

20   should or should not be approved.

21           And, Your Honor, I note -- and this very important,

22   that that new litany of things that are excepted from the stay

23   now includes motions that the committee wants to file to settle

24   and that tagalong sentence that's now added at the end of the

25   paragraph, says any other party can file their motions for

1    settlement, preserves everybody's rights.  So then what is the

2    implication of those two intervening paragraphs, except by

3    negative inference that everybody else is excluded?  It's

4    unnecessary.  We don't need to try to parse that language.  The

5    new litany subsidiary clause that's in that litany protects

6    them, the tagalong sentence protects everybody else, balance is

7    maintained and we can move forward appropriately towards a

8    competing plan process to see what claims, in fact, will be

9    settled.

10           And then the -- I'm sorry?

11           THE COURT:  You can -- finish and then I have a

12   question for you.

13           MR. STARK:  Sure.  The last point is just to

14   revisit, because we do think it is very important.  The goal is

15   to get every claim that needs to be prosecuted, either tolled

16   or the complaint commenced so that we don't blow the statute of

17   limitations.  I think everybody agrees with that.  There is, in

18   fact, lack of information that at least we perceive, but I

19   think people in that corner all perceive, concerning things

20   outside of the LBO and the inter-company claims issues.

21           I think we're satisfied now that at least the last

22   iteration of the inter-company agreement for tolling will work

23   if Your Honor will sign it, otherwise I think we have to get

24   that complaint -- those complaints on file, but presume that

25   that agreement is so ordered and we ultimately work out a

1    mechanic to make sure the complaints, vis a vis, the LBO causes

2    of action are appropriate, we'll be there, but there are other

3    causes of action, garden variety preference actions, fraudulent

4    conveyance or turnover actions arising in the ordinary course

5    of business or anything else that we just don't know about yet,

6    those need to be studied, they need to be reported on and

7    somebody needs allocated the responsibility to prosecute them

8    and make sure that there's no statute of limitations blown.

9    That's important to us.  We just don't know what we don't know

10   right now.

11         We thought that milestones might be a good way of

12   dealing with it, if they're studying the issue and they're

13   going to present us with a report and then we'll have an

14   opportunity before the statutes of limitations runs to come to

15   Your Honor and say look, if nobody wants to prosecute it, give

16   it to us or allocate to one of them to prosecute it.  We just

17   have no clarity on that and that could be a significant value

18   -- significant asset class that's being inadvertently swallowed

19   by the statutes of limitations.

20         THE COURT:  Thank you.

21         MR. STARK:  Thank you.

22         THE COURT:  I have two questions.  First is for the

23   debtors, I know you've indicated that the committee is involved

24   in this, when do you anticipate the completion of the process,

25   which will reveal, at least in your view or your joint view

1   with the committee, who should be a defendant in a preference

2   suit and who should not?  And I say that meaning Chapter 5

3   avoidance actions.

4        MR. LANTRY:  Your Honor, I'm not positive that I can

5   answer that, as we walk through the process with the committee,

6   they're asserting sort of gating items, like we're taking

7   random samples -- not random, but you know, we're taking

8   samples of say, causes of action against various different

9   sectors of vendors and the different, you know, ranges of value

10  and we're then digging deeply in terms of all their possible

11  defenses.

12       That then goes to there may be some argument here,

13  but then we ultimately have to see if the business sector

14  people value that relationship and how interfering that

15  relationship might be.  So we've got a group of tiers of

16  decision making that we're working through with the committee.

17       So I can't tell you when we will be done.  What I

18  would recommend is, we have what I would call a data dump of

19  what we have done and how we're doing it, the committee and the

20  debtors to share that with Aurelius and counsel for the phones.

21  And they're comfortable, then I think we can work things out.

22       What we would probably learn from that, however, is

23  is what they're doing trying to truly make sure that the estate

24  isn't wasting assets or is it trying to make trouble, to put it

25  bluntly?  And I think at that point we -- decide with them, do

1  we need to come back with you and, you know, find that what's

2  going on is something other than a belief that the system is

3  working.  So I think, you know, we would propose a kind of

4  interim, where we share what we're doing and how we're doing

5  it, and give them, you know, a chance to see and then see how

6  the relationship's working.

7            THE COURT:  Well --

8            MR. LANTRY:  I would propose, in terms of real

9  deadlines, something next week that we would be sharing with

10  them, if they have time.  It could be they're so busy with

11  their plan filing by next Friday, that they would prefer to

12  have it a little later on than that.  Obviously Thanksgiving is

13  coming shortly thereafter, but we could, you know, put it, you

14  know, by the Tuesday thereafter if they'd prefer, but anytime

15  during this next 10 days we'd be glad to give them, here's

16  exactly what we're doing and how we're doing it.

17            THE COURT:  Well, it sounds more like a status

18  report than a conclusion, but maybe I misunderstand.

19            MR. LANTRY:  That's correct, Your Honor.

20            THE COURT:  Well, I'll order from the bench that

21  you provide to others the information about wherever you stand

22  on a confidential basis, no later than the end of next week,

23  October 29th.

24            MR. LANTRY:  Thank you, Your Honor.

25            THE COURT:  Okay.  And then after that, the

1    recipients of that information will know what to do.

2          Okay.  Does anyone else wish to be heard in

3    connection with the committee's motion -- motions?

4          MR. BANDERNAGEL:  Your Honor, Jim Bandernagel on

5    behalf of the debtors.  I want to go back and address the

6    language that's gotten a lot of attention at the top of page 3

7    and the competing proposals, and make sure I understand

8    exactly what's going on here.

9          I get the impression that the -- whether you listen

10   to the committee's proposal or you listen to the proposal that

11   was put forward by Mr. Golden, that the group that's going to

12   be listened to or directed to operate in good faith is a group

13   that consists of Aurelius, Law Debenture, Wells Fargo, and the

14   like, to the exclusion of other parties, including the debtor.

15         Now the debtor, I think, does have a fiduciary

16   obligation here to make sure that these claims are preserved.

17   And to the extent that this is being written to suggest that

18   the committee doesn't take suggestions from the debtor in that

19   regard, I think the debtor would like to be relieved of its

20   fiduciary duty, because you're making it hard for us to manage

21   that.  I don't think that's what people intend.  I mean people

22   may -- make arguments.  They don't trust our judgment.  That's

23   fine, but it does seem to me to the extent that we have views

24   in that regard, we're obligated to put them forward.  And I'm

25   quite sure if something is missed, somebody will turn around

1  and blame us, especially if there's evidence that we knew

2  about it and didn't say anything.  And as a consequence -- I

3  don't think anybody is intending this, but I do think that the

4  debtor has to have a role in here, because it does have an

5  obligation to ensure that these claims are preserved.  And

6  that's what we're going to try to do.  And we'll work with the

7  committee any way we can to do that.

8            THE COURT:  Well, let me ask the next question of

9  the committee.  When do you anticipate that a complaint will

10  be filed?

11            MR. BUSH:  I was hoping you would ask that, Your

12  Honor.

13            THE COURT:  Should I authorize the standing?

14            MR. BUSH:  I was going to say that some of these

15  concerns might be obviated by the -- a little information

16  about our expected timing.  We are going to do our level best

17  to file the complaints by the end of next week.  There are

18  these various things that I described before that we're trying

19  to do to get them in final shape to file.  But because of the

20  discovery that I also mentioned previously, we really need to

21  get them on file.

22            So we will -- we would plan to continue the

23  dialogue we've been having with all the parties who've

24  expressed concerns about whether we are doing all the right

25  things in the complaint.  And if possible, we would even share

1    a final or close to final draft before we file it.  And if all

2    else fails, and we file the complaint and they still think

3    that there are things wrong with it, they're going to have

4    four weeks to continue to try and persuade us to do something

5    else or something we -- they haven't even talked to us about

6    before, and ultimately, to come to Your Honor if they think

7    that we've done something so deficient in the complaint that

8    that is warranted.  The idea is not to wait until December 7th

9    to file a complaint, so there would be no time for anybody to

10   do anything.

11            THE COURT:  All right.

12            Does that satisfy your concern?

13            MR. BANDERNAGEL:  Well, I'm not sure, because I

14   have a second issue in this area.  And I think it's important

15   to raise this issue with Your Honor in this regard.  I'm not

16   sure the way this paragraph is being structured is completely

17   consistent with what the case law says as to the role of the

18   Court as the gatekeeper in a derivative standing case, in the

19   sense that it's pretty clear from the case law that -- and I'm

20   not suggesting that this is what people are proposing, but you

21   -- that you couldn't give them cart blanche to just file a

22   complaint on any subject matter at all.

23            And the real question is -- and this may be a

24   resolution of what Mr. Stark is talking about -- to the extent

25   they're in a position after consulting with the various

1    parties, and I'm quite sure they'll listen to us.  To the

2    extent they think we're making sense, they'll listen to us.

3    And if they don't, that's fine.

4           But it seems to me that it might make sense, before

5    they file, to actually come back and run this complaint past

6    the Court, so that nobody can say in a later case that the

7    gatekeeper function wasn't properly observed here, because the

8    danger of that is the Court of Appeals could nullify the

9    complaint.

10          THE COURT:  Well, are you worried about being

11   criticized -- the debtor being criticized or the Court?

12          MR. BANDERNAGEL:  No, I'm worried about the Court

13   of Appeals saying that the complaint was null and void,

14   because it hadn't been properly vetted according to the

15   derivative standing requirements, and that is a consequence.

16   I think that's pretty remote, but there's no reason to take

17   that chance.  And the question is, does the Court have to see

18   the complaint and say these are colorable claims that have to

19   be pursued.

20          And I'm raising this question not to cause trouble,

21   but just to make sure that we've dotted that I and crossed

22   that T before we launch in that regard.  You know, and it's an

23   easy fix and it would solve Mr. Stark's problems.  And, you

24   know, the idea that I'm helping Mr. Stark solve his problems

25   is unique, but --

1          THE COURT:  Many things happen in bankruptcy court.

2          MR. BANDERNAGEL:  But, you know, it would solve the

3     problem in the sense that if they thought something was

4     outrageously wrong, they'd have a forum to be able to say

5     that.  And quite frankly, that'd be true of everybody else.

6     And as a consequence, that was my second point.

7          My third point really was a response to Mr. Stark.

8     And I'll either make it now or wait until we finish the

9     discussion on this, but if you want me to just make the point

10    and sit down, I will.

11         This paragraph on settlement that he's complaining

12    about, that's in the middle of page 3, was put in there as a

13    result of the committee trying to -- and the debtors coming up

14    with a compromise as to our objection on that issue.  And you

15    know, this is all being put in there to essentially, in some

16    respects, limit our ability that we naturally have to settle

17    stuff out from under the committee during this time period

18    that's addressed in the first sentence.  And I had thought

19    that, essentially, this was done to settle our particular

20    dispute.  And that's why the language is there.  It's not

21    there to try to screw somebody else.  That wasn't the

22    intention.  I don't have anything else, Your Honor.

23         THE COURT:  Let me ask this.

24         MR. BANDERNAGEL:  Go ahead.

25         THE COURT:  And I typically don't worry about what

1  happens up the chain if I get appealed until it's sent back to

2  me.  Is it contemplated that any claims not addressed in the

3  examiner's report besides chapter five claims generally would

4  be brought by the committee?  Or is there a different

5  universe?

6           MR. BUSH:  No, I think that's pretty much the

7  universe.  I'm trying to think whether there's anything at all

8  we're even thinking of that might be outside of that.

9           MR. STARK:  May I speak?

10           THE COURT:  Well, let me get a response first from

11  the committee.

12           MR. BUSH:  One second, Your Honor, if I may.

13           THE COURT:  All right.

14      (Pause in proceedings)

15           MR. BUSH:  We're just discussing whether there is a

16  -- there is one claim against Morgan Stanley that I believe is

17  in the complaint that we filed with the supplement.  I don't

18  have that here right with me.  So I would have to check to be

19  absolutely certain, but that's not a claim that was discussed

20  by the examiner.  It is something that everybody knows about.

21  And it's not a surprise, but it -- to answer your question

22  specifically, that would be outside.

23           THE COURT:  All right.

24           MR. BUSH:  I'm sorry.

25           MR. BANDERNAGEL:  Your Honor, if I might add one

1    point on that.  There are some claims that are in the

2    complaints that have been filed with the Court, that I think

3    were only touched on or perhaps not even mentioned in the

4    examiner's report.  But I think if you take the universe as

5    being the examiner's report, and the complaints that been

6    submitted with the standing motions, that's the universe of

7    claims that we anticipate presenting with respect to --

8              MR. STARK:  And a Section 5 --

9              MR. BANDERNAGEL:  Let me finish stating it, then

10    you can clarify -- with respect to the LBO related causes of

11    action and claims with respect to Morgan Stanley.

12              There is, as Mr. Stark and others have mentioned, a

13    separate universe of claims preference in Section 5 claims

14    that the Court has directed a process by which they can be

15    identified and considered by the parties.

16              THE COURT:  All right.

17              Yes, Mr. Stark.

18              MR. STARK:  I don't know if it's belaboring the

19    record or sufficiently addressed Your Honor's question, but

20    there are other theories that are LBO related that are not

21    actually addressed in Mr. Klee's report and are not found now

22    in the complaint drafts.  And we dropped a footnote concerning

23    one count.  There are others.

24              THE COURT:  That -- I don't think that was the

25    concern expressed by the debtor here, and that I was trying to

1    address by that question, but thank you.

2              MR. STARK:  Just wanted to make sure the answer --

3    question was answered.

4              THE COURT:  Okay.  Does anyone else wish to be

5    heard in connection with these motions?

6              MR. BANDERNAGEL:  I was just going to make a couple

7    of points.  One, we did talk during the colloquy on the

8    question of who is included in the consultative group.  And I

9    think Aurelius' will to include the debtor.  So that may

10   obviate Mr. Bandernagel's concern that somehow we wouldn't

11   consult with the debtor.   And I would note that although even

12   in the way we modified our order, we have listed certain

13   people, that doesn't preclude us from talking to anybody else

14   we think might have useful information or might be able to

15   correct any factual errors that we might have made.

16              I do think that on this point about this

17   consultation and the various different language that we're

18   having a debate about that Aurelius is really trying to

19   micromanage what's a pretty complicated process.  We are

20   working -- I think we are working in good faith.  I'm not sure

21   what that standard really adds to anything here.  But we're

22   trying to get a complaint that will maximize the recoveries to

23   the estate and consistent with other considerations that

24   creditors may have and consistent with our professional

25   judgment as we advised the committee, which we have to be free

1    to do.  We can't simply be puppets taking direction from all

2    the parties that have a view.  All we really can do is take

3    their views into consideration and make our own judgment.

4           And I think the protection here for people who

5    disagree with us is to come by to the Court and complain, and

6    they will have time to do that given the schedule in which we

7    plan to file.

8           THE COURT:  And everyone seems to know where to

9    find me.

10           MR. BANDERNAGEL:  They seem to, yes.  And on the

11    settlement point, I think Mr. Bandernagel really did hit the

12    nail on the head.  This -- and with the addition to the order,

13    that makes clear that other parties have the ability to

14    propose settlements and to bring them to the attention of the

15    Court.  This doesn't cut anybody off, and what it really does

16    -- our agreement does, it prevents the debtor -- this is our

17    view of it.  This is a good thing for us.  It prevented the

18    debtor from trying to settle the open claims around us.

19    Debtor wanted to have that view.  We gave up getting a

20    decision from your court and whether we would have the

21    exclusive authority to do that.   But in return, the debtor

22    can't do it without us.  So we thought that was a good thing.

23           And I think that's it, Your Honor.

24           THE COURT:  Does anyone else wish to be heard?

25           MR. GOLDEN:  Your Honor, on the point about the

1   correct standard that the committee professional should employ

2   when consulting with other parties, this is a very unique

3   situation.   This is a lawsuit that's going to be brought now

4   in order to stop a tolling of limitations.   But presumably,

5   one plan versus another plan and maybe no plan will ultimately

6   be confirmed by the Court.   But it is Aurelius' view supported

7   by the pre-LBO holders that this is a lawsuit primarily for

8   their benefit.

9           Given that fact, and given the fact that they

10  believe at the end of the competing plan process, the pre-LBO

11  supported plan construct will be the one confirmed by the

12  Court, we think that we are and should have the rights at this

13  point to at least consult and make sure that the committee's

14  professional, who is not, very frankly, our articulated

15  spokesperson who we would want to be ultimately bringing these

16  lawsuits.

17          So to protect ourselves in this kind of unique

18  situation, all we were asking for was to give the committee

19  and its professionals a direction to consult in good faith.   I

20  think, given the posture, the uniqueness of this case, that's

21  not very much to ask for in order to protect these claims.

22          THE COURT:   Well, I'm going to solve that problem

23  for you.

24          MR. GOLDEN:   Thank you, Your Honor.

25          THE COURT:   And here's how I'm going to do it.

1  With respect to that issue, looking at the carryover paragraph

2  on page 3, I'm going to end that paragraph in what is now the

3  next to the last line, after the words "are preserved".  I'm

4  not interested in creating a situation -- I used to use the

5  word mischief, but Mr. Stark doesn't like that -- in which

6  we're arguing about the quality of somebody's judgment.

7        With respect to the scope, I think I'd like to

8  address that two ways.  One, I'm authorizing the committee to

9  pursue claims which fall within the parameters of the

10  examiner's reports and the complaints and draft complaints

11  submitted with the motion and the supplement, and no more.  To

12  the extent -- you know, and then I guess it would be -- have

13  to be in fairly short order, somebody wishes more authority or

14  some other party wishes different authority, they will have to

15  come to the Court to ask for further relief.

16        Now in order to aid in speeding the process along,

17  let me ask the committee.  I would like to set a hard deadline

18  for the filing of the complaint.  Now you've indicated you can

19  have it in by the end of next week.  I'd be willing to give

20  you a couple days more if you think you need it.  But I'd like

21  that to be done, so people can make their assessments in time

22  to decide what, if anything, should be done next.

23        MR. BUSH:  We're shooting for Friday.  But if you'd

24  give us until Monday, we'd be happy.

25        THE COURT:  Okay.  You'll have until Monday, which

1   is November -- October 25th.

2            MR. GOLDEN:  No.

3            THE COURT:  I'm sorry.  October.

4            MR. GOLDEN:  Not that Monday.

5            THE COURT:  November 1st.  I'm glad it's Friday.

6   That's all I can say.  November 1st.

7            And I -- look, hopefully, life will allow that, to

8   the extent there are further disputes about what this order

9   means once it's entered, I'll be around to interpret it for

10  you, at least as it has to do with the commencement of

11  litigation.  So I'm not inclined to alter further this -- the

12  proposals about paragraphs concerning settlement or the

13  additional paragraph that's been added at the end.

14           With respect to holding up on the filing of the

15  complaint until mediation is completed, let me put it this

16  way.  I've known Judge Gross long enough that no matter what

17  the outcome of any session, unless there's a complete

18  resolution, he never thinks it's completed.  And you may have

19  begun to discover that already.  So I don't think that's a

20  useful trigger.  So to the extent that objection is

21  outstanding, I will overrule it.

22           Is there an issue that I've failed to address?  Oh.

23  Is there an issue I've failed to address?

24           MR. GOLDEN:  Your Honor, I think there's a concern

25  among the committee and the other pre-LBO holders that the

1  ruling -- your ruling so far, that the committee's authority

2  is limited to topics, issues raised either in the examiner's

3  report or in the current drafts of the complaint.

4          So, for example, state law, fraudulent conveyance

5  claims against the redeeming shareholders, it's not at all

6  clear that that's going to be covered by the limitation that

7  you -- that Your Honor has imposed.  And I didn't think it was

8  the intention of the Court to limit on those types of claims.

9  But the way it's been articulated, it may be viewed that way.

10          THE COURT:  Well, let me -- it was intended to

11  address the debtor's response.  Not so much as what would

12  happen later up the appellate chain, but in terms of this

13  court fulfilling its responsibility to meet the standard under

14  which standing is granted to someone other than the debtor to

15  bring such estate claims.  And I think the comment was fair

16  that cart blanche is not what the applicable controlling law

17  anticipates.

18          MR. GOLDEN:  I appreciate that, Your Honor, but I

19  think the debtors have a more -- a different view of the

20  authority that this court has than we do.  We think that --

21  for example, I think the example --

22          THE COURT:  I --

23          MR. GOLDEN:  The example I just gave -- I'm sorry,

24  Your Honor.

25          THE COURT:  I don't view the debtor as saying my

1   authority is limited.  I think it just says in plain terms --

2   and maybe Mr. Bandernagel was too polite to say it this way --

3   you know, I have to do my job.

4           MR. GOLDEN:  Absolutely, Your Honor.  But part of

5   the job, we think, is ensuring that every potential fraudulent

6   conveyance claim is going to be picked up in this complaint.

7           THE COURT:  I understand that concern.

8           MR. GOLDEN:  And since -- and I have articulated an

9   example.  I don't believe that the current drafts of the

10  complaint, nor do I believe that the examiner's report

11  specifically commented on the ability to sue shareholders

12  under state law fraudulent conveyance claims.  And I don't

13  think that it would be appropriate to not have that cause of

14  action contained in the complaint.

15          MR. BUSH:   And, Your Honor, I guess maybe I would

16  have been misinterpreting your intent here, but it would to me

17  there are fraudulent conveyance claims that have been

18  discussed in the conveyer's report.  And if we have a somewhat

19  different theory, it's still within the basic focus of the

20  examiner's report.  But if you are suggesting that different

21  theories of -- but essentially of the same claims, if they

22  weren't specifically discussed by the examiner, are already in

23  our complaints, that -- the example that Mr. Golden raises is

24  a real example.  And we are really considering adding those

25  claims.  And I haven't gone back to be sure that they weren't

1    mentioned in the examiner's report, but they might not have

2    been.

3              THE COURT:  Well, let's --

4              MR. BUSH:  It's a theory, but it --

5              THE COURT:  But, see, as a matter of process, don't

6    you have to ask me --

7              MR. BUSH:  Well, I guess --

8              THE COURT:  -- for authority to pursue those

9    claims.

10             MR. BUSH:  I guess the question is is a different

11   theory something that -- if it's really essentially the -- he

12   talk about fraudulent conveyance claims, and we have brought

13   it.

14             THE COURT:  Well, lots of theories of recovery can

15   arise out of the same set of --

16             MR. BUSH:  Right.

17             THE COURT:  -- circumstances.

18             MR. BUSH:  Okay.  Well, I guess I would suggest

19   that perhaps any theory of fraudulent conveyance be included

20   within your -- within, you know, what you think -- what you're

21   authorizing us to bring, because we are considering a variety

22   of theories.  I don't know if we've gone back and looked at

23   every single one to see if it's actually addressed

24   specifically by the examiner.  I do think, however, that the

25   fraudulent conveyance theories are, in general, things that

1    we've been investigating a long time, or they're already in

2    the complaint and they were addressed in all kinds of

3    different ways by the examiner.  And I don't think anything

4    was rejected completely, so --

5             MR. BANDERNAGEL:  Your Honor, just to clarify the

6    record, Mr. Golden has a good point for this reason.  Early on

7    in the examination, the examiner asked the question are people

8    asking him to look at the state law fraudulent conveyance

9    claims, and the answer came back no.  And as a consequence --

10             THE COURT:  It changes --

11             MR. BANDERNAGEL:  -- he didn't look at them.

12             THE COURT:  It changes the exercise for the Court

13   if the debtor consents.

14             MR. BANDERNAGEL:  I'm -- we're willing to -- we're

15   not trying to be obstructionists here.  We're trying to make

16   sure that they have all the authority they need and no one

17   down the road can say that they didn't.  That's our goal here.

18   And to the extent that you want to amend the statement to say

19   those things, fine.  All I want is -- I'm more -- I'm really

20   just worried about dotting the I's and crossing the T's on

21   this procedural issue.  And I'm not trying to suggest that

22   we're playing a gotcha game here, because that's not our

23   intent.

24             MR. BUSH:  You know, one possible solution might

25   be, Your Honor, for us to file the complaint.  And to the

1  extent there is a theory that might fall out of what you have

2  -- outside of what you're talking about, we could submit it

3  and ask for a nunc pro tunc as to that one claim.  It's not

4  going to be much if it's anything at all.  And that way, we

5  can get on with the discovery that we need to get on with.

6          THE COURT:  Well, here's what we're going to do,

7  okay.  I'd like you to take the ruling and the debtor's

8  consent with respect to state law fraudulent conveyance claims

9  and articulate them in the form of order which incorporates

10  all the changes that I've either directed or to which the

11  parties have agreed today.

12          To the extent there is not agreement among the

13  parties, what the order should say, I want anyone who's got

14  competing forms of order to submit them to me by 4:00 p.m.

15  Eastern time Monday, at which point, I will likely schedule a

16  conference call for Tuesday afternoon.  But I won't schedule

17  it unless and until I know there's some dispute, or unless I

18  feel I need to consult the parties about the dispute.

19          MR. BUSH:  I'm sorry.  I just -- I may have missed

20  the beginning of this.  You're saying the order that we've

21  just been talking about, you want us to try and get final

22  agreement on it and submit to you by Monday?

23          THE COURT:  Yes, I do.

24          MR. BUSH:  Okay.

25          MR. GOLDEN:  Your Honor, so now what's good for the

1  goose -- I'm going to ask the Court to adopt Mr. Bandernagel's

2  suggestion, which is I think the most protective way is for --

3  actually for the committee to finalize their complaint, file

4  that complaint with the Court, and ask the Court for final

5  authority with respect to that filed complaint.  Because I

6  gave one example, the state fraudulent conveyance actions

7  against redeeming shareholders, there's -- I could probably

8  think of several others.  A potential preference action

9  against the Zell entities, which I'm not sure is either in the

10 complaint as currently drafted or in the examiner's report.

11 So I think the most protective way of the -- for the estate is

12 to allow the committee to file their complaint, and it will be

13 with respect to that final filed complaint that an order will

14 be granted giving them the authority to institute it.

15            THE COURT:  Okay.  Well --

16            MR. BUSH:  But here's the -- I just want to make

17 sure I --

18            THE COURT:  Let me stop you there.  But I will

19 order that we actually do have a telephonic conference

20 hearing 2:00 on Tuesday afternoon.  And to the extent that

21 issue is still extent, I'll address it then.

22            MR. BUSH:  Thank you, Your Honor.

23            MR. GOLDEN:  Thank you, Your Honor.

24            THE COURT:  Are there any questions about what

25 I've ruled or what should go in the order?

1          Now accompanying the two motions, the motion and

2    supplement for standing or ceiling motions, does anyone wish

3    to be heard in connection with those motions?

4          MR. BUSH:  Your Honor, I can give you a report on

5    where we are on the ceiling motions.  The ceiling motions

6    were filed by the committee basically because we had to

7    under the confidentiality agreements, not because we think

8    the information should be -- remain sealed.

9          We have reached out to the parties who are

10   continuing to assert confidentiality concerns about the

11   complaints and asked them to waive them with respect to the

12   complaint, because they're going to be filed.  And the -- I

13   don't know that we even have a process to file a redacted

14   complaint that is an adversary proceeding as opposed to just

15   a draft.  We have gotten responses back from, doing this off

16   the top of my head, I think four of seven parties who still

17   have some possible confidentiality interest in mind.  And

18   all but one has agreed that they're no longer asserting it

19   with respect to the filing to the complaint.  We have one

20   who still is.  We'll have to see whether we can resolve that

21   concern.  We've got one issue with the debtor that I think

22   we'll probably resolve, and then there's two we're still

23   waiting to hear from.

24          So it's possible that we would have to come back

25   to Your Honor on that before we filed the complaints, or

1  maybe deal with it after we filed it if we file a redacted

2  complaint.

3          THE COURT:  I would prefer not to see a redacted

4  complaint be filed.  Let's carry those until 2:00 on Tuesday

5  as well.

6          MR. BUSH:  All right.  Thank you, Your Honor.

7          THE COURT:  Now anything further on any of those

8  four motions?

9          Okay.  Let's return to the agenda, and I'll ask

10  debtors' counsel, is there anything yet to be addressed that

11  we have not yet addressed, that's listed for hearing on the

12  agenda today?

13          MR. BANDERNAGEL:  Your Honor, at least one more

14  thing, and that is the Novak and Macey retention, which I

15  believe is towards the end of the agenda, Item 22.

16          THE COURT:  All right.

17          MR. BANDERNAGEL:  May I address that, Your Honor?

18          THE COURT:  You may.

19          MR. BANDERNAGEL:  Your Honor, the debtors have

20  filed this application to retain Novak and Macey for the

21  limited purpose of representing and advising the debtors in

22  connection with certain potential claims relating to Morgan

23  Stanley.  You've heard statements today, the Morgan Stanley

24  claims, and a definition of the Morgan Stanley claims is in

25  the second footnote to the application.

1          As explained in our moving papers, the debtors

2    originally retained Jenner and Block to handle issues

3    relating to Morgan Stanley.  At the time of that initial

4    retention, the focus of the work was on events that had

5    taken place in 2008.

6          As time has played out, and in the aftermath of

7    the examiner report, some claims relating to 2007 have

8    emerged.  In addition, Jenner and Block has become more

9    actively involved in the claims as they relate to EGI, which

10   is its client.  And as a consequence to that, a decision was

11   made to -- Jenner and Block withdrew from its representation

12   of the Tribune in connection with the Morgan Stanley claims,

13   and the company needs to retain somebody to advise and

14   represent them with respect to these Morgan Stanley claims.

15   And they've reach out to Novak and Macey for that purpose.

16         As you see from the papers, the request was both

17   to retain for purposes of representation and possibly

18   prosecuting claims against Morgan Stanley through

19   litigation.  The committee objected to that particular

20   aspect, and we've come up with a resolution of that issue,

21   in which the debtors have essentially agreed to limit the

22   representation, so that they -- Novak and Macey would not be

23   bringing the claims.  The claims would be brought by the

24   committee as evidenced by the fact they have a draft

25   complaint that names claims against Morgan Stanley.  And

1  that the retention would be limited to advising the company

2  with respect to the Morgan Stanley claims, representing the

3  company with respect to those claims other than in terms of

4  as a Plaintiff moving forward with the case, and also

5  assisting, to the extent appropriate, the committee in terms

6  of the Morgan Stanley claims because there's been a fair

7  amount of investigation done of these claims, and there's an

8  offer to assist them in that regard.

9          We've put together a consent order that reflects

10  that agreement, which I'd be glad to walk you through if

11  you'd allow me to hand it up to you.

12          THE COURT:  Very well.  Thank you.

13          MR. BANDERNAGEL:  Do you want more than one?

14          THE COURT:  No, one will do.

15          MR. BANDERNAGEL:  Your Honor, this consent order

16  was distributed at the start of the hearing.  People have

17  had a chance to look at it.  In addition, it obviously was

18  shared with the committee, because the committee agreed to

19  it.  And we've also shared it with Aurelius, who is the only

20  party that had raised issues with us with respect to this

21  retention in advance of the hearing.

22          The order essentially, just to quickly walk you

23  through it, states -- it is a preamble.  It sort of lays out

24  how we got to where we got.  And then the first ordering

25  paragraph simply indicates that they would be retained nunc

1  pro tunc to August 26th.  The next paragraph lays out the

2  functions they would be retained for, the specific

3  activities they'd be involved in.

4         The paragraph on the top of page 3 essentially

5  references the limitation.  It basically says that the

6  debtors -- the retention of Novak and Macy by the debtor

7  shall not extend the commencement of prosecution of

8  litigation of the Morgan Stanley claims, whether by way of

9  adversary proceeding in the bankruptcy case or otherwise.

10         The next paragraph essentially is a limitation of

11  both parties' rights with respect to the settlement

12  question.  And this is a vestige of the standing motion in

13  the sense that we have this dispute that has been kicked

14  down the road as to whether, in fact, the debtor has the

15  right to settle claims.  And rather than try to resolve that

16  with respect to the Morgan Stanley claim, this paragraph

17  essentially says both sides are reserving its rights.

18         You'll see a reference in this order, which is

19  probably wrong at this juncture, that says the debtors'

20  rights with respect to settlement are reserved except to the

21  extent that they've been limited by the order that we were

22  just talking about.  That's what the reference to the

23  October 22nd order is.  And then the last two paragraphs

24  simply address how they're going to get paid, and they're

25  fairly standard provisions in these kind of orders I'm told.

1          I had indicated that we'd also discussed this

2   with Aurelius.  Aurelius hasn't agreed to the order.  It has

3   raised a question as to why we need two counsel here.

4   Specifically, they've asked the question why shouldn't the

5   committee who is being assigned the parties have a direct

6   route to their counsel that's doing the investigation.  And

7   the simple answer to that question is they do.  That's the

8   Zuckerman firm and Landis firm.  That doesn't mean that the

9   debtor doesn't need representation with respect to the

10  Morgan Stanley claims.

11          I mean there is going -- there -- you know, they

12  need -- the debtor needs to be advised as to the strength

13  and weakness of those claims.  The debtor may need to be

14  represented separately if, in fact, litigation moves

15  forward, in terms of simply discovery functions and the

16  like, not as prosecuting the claim.  But it's not unusual in

17  derivative suits for the corporation to be separately

18  represented.

19          And finally, the question becomes if there's a

20  settlement or if there's a decision not to proceed with

21  these claims because they're perceived as, you know, not

22  colorable or liker, the debtor has to be in a position to be

23  able to assess either the settlement or that decision to be

24  able to honor its fiduciary duties in terms of maximizing

25  value to the estate.

1          The derivative -- I mean standing does not

2    essentially divest the company of ownership of the claims,

3    not does it divest any of the responsibility to make sure

4    that those claims are properly handled.  And Novak and Macy

5    is essentially being retained for that purpose.

6          Now, clearly, there's a potential here for

7    duplicative charges, and that is addressed in the

8    application.  And everybody is aware of what those issues

9    are and are committed to essentially work to avoid those

10   problems.  And furthermore, it's very, very clear that --

11   and we've reached out to the committee -- that the debtor is

12   willing to share the work it's done up till this juncture to

13   help the debtor in term -- the committee come to its

14   conclusions as to how it's going to handle these claims.

15   And Novak and Macey is being retained for the purposes of

16   doing that work.

17          Mr. Novak is here if the Court has specific

18   questions about the retention or his affidavit in support of

19   the retention.  I'm quite sure he'd be willing to address

20   them.  But that's the basis of the motion, Your Honor. I'd

21   be glad to answer any questions.

22          THE COURT:  I don't have any -- no written

23   objections were filed, but I'll hear from anyone who wishes

24   to be heard in connection with this application.

1          MR. GOLDEN:  Thank you, Your Honor.  In the

2   scheme of this thing -- scheme of this case, it's a

3   relatively small matter.  It just occurred to us, having

4   read the application, first, having Jenner and Block, and

5   then for reasons which aren't entirely clear, Jenner and

6   Block no longer can function in this role, so there's some

7   waste there.  The debtor now wants to retain a new law firm,

8   or has already retained a new law firm, to investigate

9   claims that have already been or are about to be transferred

10  to the committee for prosecution.

11          I had a question about the order, because, as I

12  said, well, why don't -- why isn't Novak and Macey being

13  made available to the committee since they're going to

14  investigate the claims.  And he said well, that's possible,

15  but only if we consent.  So it's not automatic.  The

16  committee doesn't have immediate and total and unfettered

17  access to Novak and Macey.  It just seemed that this was an

18  arrangement that was going to be more expensive than it

19  otherwise needed to be.

20          I raised those issues with Mr. Bandernagel.  He

21  didn't see it our way.  We didn't -- as Your Honor has

22  noted, we have not filed a formal objection.  I think

23  simplicity here would have suggested that the committee

24  would have direct access to Novak and Macey, and we made

1    that point to the debtors.  They don't want to accede to

2    that point.

3            THE COURT:  Well, what do you mean by direct

4    access?

5            MR. GOLDEN:  Well, so that the party who has --

6    who is about to be given authority, they should have a joint

7    interest in that.  So it shouldn't need to be that the

8    committee needs the debtor's permission to talk to Novak and

9    Macy if they're both doing a parallel investigation

10   regarding the same claims.  That just seemed to be silly to

11   us, Your Honor.

12           THE COURT:  Well, the issue isn't -- well, put it

13   this way.  One way to look at the issue isn't whether they

14   can pick up the phone and talk to them.  The issue is, is

15   there a common interest privilege which would apply to

16   communications.  I mean it seems to me that ought to be the

17   issue there not whether they can talk to.

18           MR. GOLDEN:  Well, I get --

19           THE COURT:  And I think that's what you meant.

20           MR. GOLDEN:  That's right, when I said a joint

21   interest.

22           THE COURT:  Okay.  Well, that -- it's usually not

23   for a court to establish at the outset of a relationship.

24   It's something that the parties usually think about or have

25   to defend later, either way, but not something that

1  generally defines, at the outset, the parameters of the

2  engagement, although, I don't know, so many things in this

3  case are off the beaten track that I don't know that that's

4  an argument against it.

5           Yes, Mr. Bandernagel.

6           MR. BANDERNAGEL:  Two second response, Your

7  Honor.  Our intention is to cooperate, but there's two

8  aspects to this retention.  One is trying to hand over to

9  the committee the fruits of the investigation, and we're

10 committed to doing that.  Now whether, in fact, specific

11 attorney client issues come up and whether we need to

12 negotiate out some kind of common interest agreement, let's

13 see how it plays out.  That may or may not be an issue, but

14 it's hard to decide that in a vacuum.

15          But on a going forward basis, I don't think that

16 the committee's and the debtor's interests are necessarily

17 the same in the sense that the -- Novak and Macy is going to

18 be advising the debtor as to their views, the strengths and

19 weaknesses of these claims, for purposes of, you know, make

20 -- you know, fulfilling their fiduciary duty.  And whether

21 they and the committee agree on those issues could be very

22 different.

23          And we're not trying to -- we've given up the

24 right, at least at this juncture, to bring the litigation.

25 And that's in the hands of the committee, and they may have

1   a different assessment of these strengths and weaknesses

2   than the debtor does.  And they're the ones dragging the

3   ship.  And that's what we want to happen in this situation,

4   but the debtor still needs representation, so it can make is

5   determinations and fulfill its fiduciary duties.  Thank you.

6            THE COURT:  Anyone else wish to be heard?  Okay.

7   Well, I'm not inclined to, at the outset, order what the

8   debtor should or shouldn't do in connection with the

9   representation.  Understanding that the ultimate backstop is

10  some motion by a party in interest to have the Court order

11  change in their relationship or otherwise confine it, we're

12  too at the fee application stage, which is already in an

13  advance situation I have to say.

14           But we do have to do something with the language,

15  Mr. Bandernagel on -- in the first decretal -- or the second

16  decretal paragraph of the second -- of the third page of the

17  order.  And maybe we could do it by saying except to the

18  extent modified by any order granting unsecured creditors

19  committee standing motions and then just stop the sentence

20  there, would that suit you?

21           MR. BANDERNAGEL:  Could you just repeat that,

22  Your Honor?

23           THE COURT:  Yes.  I'm looking at Romanette ii, in

24  the second decretal paragraph, which would read the debtors'

25  position, that they have such rights except to the extent

1  modified by any order, granting unsecured creditors

2  committee's standing motions, and then semicolon there and

3  strike the rest.  Until --

4              MR. BANDERNAGEL:  That's fine, Your Honor.

5  That's what our intent was.

6              THE COURT:  Okay.  All right.  To the extent that

7  there is a remaining objection, it is overruled.  I'll just

8  repeat what must be of concern to all, and I'm sure the

9  debtor is aware -- of which the debtor is aware, and that is

10  just to avoid any unnecessary undertaking of tasks and any

11  unnecessary duplication of services that are being supplied

12  by the committee counsel in connection with such claims.

13              And I do -- I would expect, I'll put it this way,

14  that to the extent litigation moves forward on those claims,

15  that the debtor's position would largely, at least after the

16  initial warm-up, involve responding to discovery and other

17  such requests in connection with such litigation.

18              MR. BANDERNAGEL:  I think, Your Honor, to the

19  extent that you're reading our reluctance in our regard and

20  is suggesting we don't want to cooperate, that's the wrong

21  feeling.

22              THE COURT:  No, I -- look --

23              MR. BANDERNAGEL:  The sense here is we will

24  cooperate.

1          THE COURT:  Look, I recognize that you draw a lot

2    of attention.  Let's just put it that way.

3          Okay.  Is there anything further for today?

4    Thank you all very much.  That concludes this hearing.

5          MR. GOLDEN:  Thank you, Your Honor.

6          THE COURT:  Have a safe trip home and a good

7    weekend, everyone.

8          MR. BUSH:  Thank you, Your Honor.

9          MR. BANDERNAGEL:  Thank you, Your Honor.

10          THE COURT:  Court is adjourned.

11       (Whereupon at 4:50 p.m., the hearing was adjourned)

12

13                        CERTIFICATION

14          I  certify  that  the  foregoing  is  a  correct

15    transcript  from  the  electronic  sound  recording  of  the

16    proceedings in the above-entitled matter.

17

18

19    _____          October 23, 2010

20    Stephanie McMeel

21    AAERT Cert. No. 452

22    Certified Court Transcriptionist

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| abbruzzeese(2) 8:7  8:8 | | after(15) 14:2  15:14  27:9  28:12  38:11 | | america(2) 5:29  5:34 | | and(200) 54:5  54:16  54:25  55:5  55:7  55:7 | |
| ability(6) 34:17  42:3  50:6  59:16  63:13 68:11 | | 38:13  40:22  45:6  46:4  46:16  54:25  57:25 65:3  74:1  84:15 | | americas(1) 4:44 | | 55:13  55:17  55:24  56:1  56:2  56:2  56:5 56:6  56:25  57:1  57:2  57:2  57:4  57:6 | |
| | | | | amit(1) 6:36 | | 57:14  57:19  57:23  57:23  58:1  58:3  58:5 | |
| able(10) 13:20  16:25  29:23  29:24  31:5 49:7  59:4  62:14  78:23  78:24 | | aftermath(1) 75:6 | | among(1) 20:12  34:23  66:25  71:12 | | 58:13  58:15  58:17  58:18  58:20  58:21 58:22  58:23  58:23  59:5  59:6  59:8  59:10 | |
| | | afternoon(11) 10:3  10:4  12:22  13:6  18:10 18:12  22:23  43:6  48:16  71:16  72:20 | | amount(6) 13:25  14:17  14:19  14:3  31:2 76:7 | | 59:13  59:14  59:18  59:20  59:25  60:21  61:5 | |
| about(71) 11:19  15:8  17:2  17:2  19:15 21:1  21:22  24:2  24:2  24:4  27:16  31:14 | | | | | | 61:8  61:11  61:12  61:15  61:21  61:22  61:25 62:8  62:11  62:17  62:23  62:24  63:3  63:4 | |
| 31:25  34:1  34:6  34:14  35:8  35:16  35:18 | | again(4) 14:1  15:24  17:19  46:4 | | amounts(2) 26:6  31:20 | | 63:5  63:5  63:8  63:10  63:12  63:14  63:15 | |
| 36:22  37:11  37:18  37:19  37:20  37:24  38:3 | | against(14) 13:9  13:14  13:16  37:22  42:10 | | analysis(1) 37:5 | | 63:20  63:23  64:5  64:9  64:12  64:13  64:19 | |
| 38:5  38:16  38:16  39:8  40:22  42:11  42:18 | | 43:14  53:8  60:16  67:5  72:7  72:9  75:18 | | and(301) 10:11  10:16  10:24  10:25  11:2 | | 64:25  65:10  65:10  65:11  65:11  65:12  66:7 | |
| 42:19  42:20  43:23  44:18  47:4  49:4  50:5 | | 75:25  82:4 | | 11:6  11:7  11:9  11:12  11:15  11:15  11:16 | | 66:18  66:25  67:7  67:15  68:2  68:8  68:8 | |
| 52:5  54:21  56:2  56:16  56:24  57:5  57:24 | | | | 11:20  11:24  11:25  12:2  12:5  12:7  12:13 | | 68:12  68:15  68:18  68:24  68:25  69:12 | |
| 58:10  58:12  59:12  59:25  60:20  62:16 | | agenda(7) 10:6  17:1  18:15  22:7  74:9 | | 12:13  12:14  12:17  12:19  13:1  13:15  13:25 | | 69:22  70:2  70:3  70:9  70:9  70:16  70:18 | |
| 62:18  63:25  65:6  66:8  66:12  69:12  70:20 | | 74:12  74:15 | | 14:1  14:5  14:19  15:2  15:5  15:6  15:7 | | 70:20  70:21  70:25  71:3  71:4  71:7  71:9 | |
| 71:2  71:18  71:21  72:24  73:10  77:22  79:18 | | | | 15:14  15:15  15:16  15:19  16:10  16:18  17:5 | | 71:17  71:21  71:22  72:4  72:12  72:20  73:1 | |
| 80:9  80:11  81:6  81:24 | | agent(5) 4:33  20:13  41:23  41:25  41:25 | | 17:9  17:11  17:21  17:24  17:25  18:4  18:7 | | 73:11  73:12  73:17  73:22  74:9  74:14  74:14 | |
| | | | | 18:11  18:19  18:20  18:24  19:4  19:12  19:17 | | 74:20  74:21  74:22  75:2  75:6  75:8  75:10 | |
| above-entitled(1) 85:16 | | aggregate(1) 13:25 | | 20:15  20:19  20:24  20:25  21:9  21:23  22:1 | | 75:11  75:13  75:13  75:15  75:15  75:17 | |
| | | aggressive(1) 31:19 | | 22:15  22:18  22:20  22:25  23:3  23:9  23:10 | | 75:20  75:22  75:25  76:4  76:7  76:19  76:24 | |
| absolutely(5) 21:25  22:16  31:17  60:19  68:9 | | aggressively(1) 32:9 | | 23:11  23:15  23:24  24:3  24:5  24:6  24:7 | | 77:6  77:12  77:15  77:23  77:24  78:6  78:8 | |
| accede(1) 81:1 | | ago(1) 25:10 | | 24:9  24:12  24:14  24:20  24:21  24:22  24:24 | | 78:13  78:15  78:19  79:4  79:4  79:7  79:8 | |
| accept(2) 15:19  33:23 | | agree(8) 35:1  37:18  38:1  38:2  42:24  50:8 | | 25:2  25:3  25:5  26:5  26:7  26:8  26:10  26:19 | | 79:9  79:10  79:11  79:15  79:15  80:4  80:4 | |
| access(5) 17:4  17:14  80:17  80:24  81:4 | | 50:9  82:21 | | 26:21  26:22  26:25  27:1  27:7  27:9  27:15  27:20 | | 80:5  80:12  80:14  80:16  80:16  80:17  80:24 | |
| accompanying(1) 73:1 | | | | 27:21  27:22  28:6  28:6  28:10  28:11  28:12 | | 80:24  81:8  81:14  81:19  82:9  82:11  82:16 | |
| according(2) 18:14  58:14 | | agreed(18) 20:6  20:7  24:25  28:6  30:22 | | 28:16  28:20  28:25  29:2  29:3  29:4  29:7 | | 82:17  82:18  82:20  82:21  82:23  82:25 | |
| accurate(1) 33:24 | | 37:17  39:17  39:24  40:1  43:23  44:4  47:7 | | 29:15  29:21  29:23  29:24  30:2  30:7  30:7 | | 82:25  83:1  83:2  83:3  83:5  83:17  83:19 | |
| accurately(1) 44:6 | | 49:17  71:11  73:18  75:21  76:16  82:12 | | 30:9  30:9  30:17  30:19  30:22  30:24  31:4 | | 84:2  84:2  84:8  84:9  84:10  84:13  84:16 | |
| act(1) 34:17 | | | | 31:14  31:6  31:9  31:13  31:16  31:19  31:20 | | 84:19  85:6 | |
| action(11) 17:15  28:8  31:3  31:4  37:12 | | agreement(22) 4:4  8:43  8:48  14:16  20:5 | | 31:21  31:24  32:2  32:5  32:6  32:7  32:9 | | | |
| 52:2  52:3  53:8  61:11  68:14  72:8 | | 20:12  24:19  24:20  28:10  29:21  35:20 | | 33:3  33:7  33:7  33:8  33:9  33:10  33:13 | | anderson(1) 3:4 | |
| | | 35:21  36:7  36:13  39:19  51:22  51:25  63:16 | | 33:17  33:24  34:8  34:21  34:24  34:24  35:4 | | andrew(10) 4:43  5:22  5:41  5:49  6:19  6:20 | |
| actions(13) 25:12  30:12  30:13  30:14  37:1 | | 71:12  71:22  76:10  82:12 | | 35:4  35:8  35:9  35:13  35:18  35:22  36:5 | | 7:46  8:30  8:40  43:3 | |
| 37:22  46:6  46:19  48:21  52:3  52:4  53:3 | | | | 36:16  36:25  37:2  37:2  37:7  37:8  38:1 | | | |
| 72:6 | | agreements(4) 20:14  37:21  40:16  73:7 | | 37:9  37:10  37:14  37:25  38:1  38:4  38:5 | | angeles(1) 4:16 | |
| | | agrees(1) 51:17 | | 38:6  38:7  38:18  38:23  39:15  39:15  39:17 | | angelo(2) 5:47  20:13 | |
| actively(1) 75:9 | | | | 39:17  39:19  39:24  39:25  40:1  40:4  40:5 | | anna(2) 5:44  5:44 | |
| activities(2) 37:10  77:3 | | ahead(2) 43:5  59:24 | | 40:7  40:15  40:21  40:22  40:23  41:2  41:4 | | another(7) 12:9  13:13  14:19  16:12  21:16 | |
| actual(1) 27:16 | | aid(1) 65:16 | | 41:4  41:9  41:9  41:15  41:16  41:16  41:18 | | 47:16  64:5 | |
| actually(16) 10:7  12:12  13:12  16:20  23:16 | | akin(3) 3:39  7:13  18:11 | | 41:25  42:2  42:3  42:4  42:6  42:10  42:11 | | | |
| 27:10  30:9  33:3  33:22  41:13  45:8  58:5 | | alan(1) 5:18 | | 42:14  42:20  43:1  43:7  43:9  43:11  43:15 | | answer(9) 13:13  13:21  30:13  53:5  60:21 | |
| 61:21  69:23  72:3  72:19 | | albert(1) 11:1 | | 43:15  44:1  44:5  44:5  44:13  44:14  44:15 | | 62:2  70:9  78:7  79:21 | |
| | | alison(1) 5:18 | | 45:10  45:15  45:15  46:2  46:3  46:4  46:6 | | | |
| adam(1) 2:12 | | alixpartners(1) 6:13 | | 46:24  46:25  47:5  47:16  47:18  47:20  48:1 | | answered(1) 62:3 | |
| add(4) 14:22  15:13  28:5  60:25 | | all(69) 10:2  12:1  14:3  14:10  15:3  15:7 | | 48:1  48:6  48:13  49:3  49:4  49:5  49:5  49:6 | | answers(2) 29:14  43:23 | |
| added(3) 27:14  50:24  66:13 | | 15:25  16:8  20:22  21:19  22:21  23:16  26:3 | | 49:8  49:10  49:12  49:13  50:5  50:7  50:7 | | anticipate(2) 54:22  56:9  61:7 | |
| adding(4) 28:2  28:2  28:4  68:24 | | 26:7  26:11  29:13  30:17  30:21  34:23  34:24 | | 50:11  50:18  50:21  50:21  50:24  51:7  51:11 | | anticipates(1) 67:17 | |
| addition(4) 46:5  61:5  72:5  76:17 | | 39:12  39:13  41:17  42:4  42:16  42:23  48:23 | | 51:11  51:20  51:25  52:6  52:8  52:12  52:13 | | anxious(2) 14:25  17:21 | |
| additional(10) 14:15  15:8  15:19  27:5  28:4 | | 43:25  44:1  44:7  46:20  48:22  48:22  48:23 | | 52:15  52:17  53:2  53:9  53:10  53:14 | | anybody(6) 16:13  24:13  56:3  57:9  62:13 | |
| 29:3  36:17  38:2  46:7  66:13 | | 51:19  53:10  56:23  56:24  57:1  57:11  57:22 | | 53:19  53:20  53:21  53:25  54:1  54:4  54:4 | | 63:15 | |
| | | 59:15  60:7  60:13  60:23  61:16  63:1  63:2 | | 54:5 | | | |
| address(12) 36:21  43:3  55:5  62:1  65:8 | | 64:18  66:6  67:5  70:2  70:16  70:19  71:4 | | | | anyone(9) 16:10  43:19  55:2  62:4  63:24 | |
| 66:22  66:23  67:11  72:21  74:17  77:24 | | 71:10  73:18  74:6  74:16  84:6  84:8  85:4 | | | | 71:13  73:2  79:23  83:6 | |
| 79:19 | | | | | | | |
| | | allegations(2) 28:3  43:14 | | | | anything(15) 35:12  35:15  42:14  52:5  56:2 | |
| addressed(10) 35:9  59:18  60:2  61:19 | | allege(1) 28:7 | | | | 57:10  59:22  60:7  62:21  65:22  70:3  71:4 | |
| 61:21  69:23  70:2  74:10  74:11  79:7 | | allen(1) 8:22 | | | | 74:7  74:16  85:3 | |
| | | allison(1) 5:17 | | | | | |
| addresses(1) 30:21 | | allocate(1) 52:16 | | | | anytime(1) 54:14 | |
| adds(1) 62:21 | | allocated(1) 52:16 | | | | app(2) 11:25  12:1 | |
| adelman(1) 7:9 | | along(3) 22:6  40:10  65:16 | | | | appeal(1) 17:17 | |
| adequately(1) 28:7 | | already(11) 17:2  19:8  35:4  41:20  47:7 | | | | appealed(1) 60:1 | |
| adjourn(2) 19:15  22:3 | | 66:19  68:22  70:1  80:8  80:9  83:12 | | | | appeals(2) 58:8  58:13 | |
| adjourned(6) 10:12  10:20  11:12  19:8 | | | | | | appearances(5) 5:1  6:1  7:1  8:1  9:1 | |
| 85:10  85:11 | | also(19) 12:2  12:8  13:3  13:15  18:12  24:17 | | | | appellate(1) 67:12 | |
| | | 27:23  28:9  29:23  29:24  30:18  39:18  42:3 | | | | applicable(2) 29:16  67:16 | |
| adjournment(2) 18:21  20:25 | | 46:16  49:23  56:20  76:4  76:19  78:1 | | | | application(6) 74:20  74:25  79:8  79:24 | |
| adler(1) 4:20 | | | | | | 80:4  83:12 | |
| adopt(1) 72:1 | | alston(1) 9:21 | | | | | |
| advance(2) 76:21  83:13 | | alter(1) 66:11 | | | | applications(1) 11:24 | |
| adversary(4) 30:6  34:14  73:14  77:9 | | alternative(2) 47:17  48:11 | | | | apply(3) 31:15  32:4  81:15 | |
| advisable(1) 28:5 | | although(7) 20:11  20:24  26:25  29:9  34:21 | | | | | |
| advise(1) 75:13 | | 62:11  82:2 | | | | | |
| advised(3) 18:18  62:25  78:12 | | | | | | | |
| advising(4) 19:17  74:21  76:1  82:18 | | alvarez(1) 8:4 | | | | | |
| advisors(1) 37:15 | | amend(6) 27:25  29:18  46:18  46:19  48:2 | | | | | |
| aert(1) 85:21 | | 70:18 | | | | | |
| affect(2) 46:9  46:11 | | | | | | | |
| affidavit(1) 79:18 | | amended(2) 15:12  48:14 | | | | | |
| affirmed(1) 17:18 | | amendments(4) 40:23  47:5  47:20  48:9 | | | | | |

| Word | Page:Line |
|---|---|
| **appointment**(2) 18:16 19:22 | |
| **appreciate**(1) 67:18 | |
| **appreciated**(1) 16:23 | |
| **approach**(1) 26:15 | |
| **appropriate**(5) 21:23 22:5 52:2 68:13 76:5 | |
| **appropriately**(1) 51:7 | |
| **approval**(3) 15:2 15:4 46:13 | |
| **approve**(2) 35:15 36:12 | |
| **approved**(2) 31:12 50:20 | |
| **april**(3) 28:19 33:14 44:17 | |
| **are**(109) 10:12 10:18 11:6 11:9 11:15 13:7 13:8 13:15 16:12 21:14 23:10 23:11 23:15 23:15 24:3 24:14 25:11 25:19 25:20 26:4 26:7 27:10 28:5 28:7 28:14 29:2 29:16 31:4 31:18 32:9 32:10 32:12 32:18 33:7 33:9 33:12 34:6 34:20 35:1 35:3 35:15 36:25 37:15 37:18 38:7 39:18 39:20 39:24 40:3 40:5 40:16 41:1 41:11 41:13 41:16 41:21 41:21 42:2 42:20 43:1 43:14 43:24 47:11 49:17 49:19 49:25 50:22 52:2 52:2 55:16 56:5 56:16 56:17 56:24 57:3 57:20 58:10 58:18 61:1 61:1 61:20 61:20 61:20 61:21 61:23 62:19 62:20 64:12 65:8 68:8 68:17 68:20 68:22 68:24 69:21 69:25 70:7 72:24 73:5 77:17 77:20 79:4 79:9 79:9 80:9 82:3 82:16 84:11 | |
| **area**(1) 57:14 | |
| **aren't**(1) 80:5 | |
| **arguing**(1) 65:6 | |
| **argument**(2) 53:12 82:4 | |
| **arguments**(2) 55:17 55:22 | |
| **arise**(1) 69:15 | |
| **arising**(2) 35:23 52:4 | |
| **armstrong**(1) 8:11 | |
| **around**(6) 10:7 10:9 36:24 55:25 63:18 66:9 | |
| **arrangement**(2) 50:7 80:18 | |
| **arrangements**(1) 18:6 | |
| **arrowhawk**(1) 8:40 | |
| **articles**(1) 21:21 | |
| **articulate**(1) 71:9 | |
| **articulated**(4) 43:2 64:14 67:9 68:8 | |
| **ashby**(1) 3:32 | |
| **ashley**(1) 9:15 | |
| **ask**(22) 22:2 31:11 32:16 32:22 33:1 38:21 42:25 43:16 44:2 48:10 49:16 56:8 56:11 59:23 64:21 65:15 65:17 69:6 71:3 72:1 72:4 74:9 | |
| **asked**(10) 15:17 26:20 27:7 27:11 34:8 36:22 41:22 70:7 73:11 78:4 | |
| **asking**(3) 13:8 64:18 70:8 | |
| **aspect**(1) 75:20 | |
| **aspects**(1) 82:8 | |
| **assert**(1) 73:10 | |
| **asserted**(2) 23:11 25:20 | |
| **asserting**(2) 53:6 73:18 | |
| **assertion**(3) 21:2 22:14 22:19 | |
| **assertions**(1) 21:7 | |
| **assess**(1) 78:23 | |
| **assessment**(1) 83:1 | |
| **assessments**(1) 65:21 | |
| **asset**(1) 52:18 | |
| **assets**(1) 53:24 | |
| **assigned**(1) 78:5 | |
| **assist**(1) 76:8 | |
| **assisting**(1) 76:5 | |
| **assure**(1) 37:13 | |
| **atamian**(1) 6:37 | |
| **attached**(1) 27:23 | |
| **attempt**(1) 19:21 | |
| **attention**(3) 55:6 63:14 85:2 | |
| **attorney**(1) 82:11 | |
| **august**(1) 77:1 | |

| Word | Page:Line |
|---|---|
| **aurelius**(3) 3:32 7:9 7:35 10:10 11:15 18:11 18:16 18:22 18:24 19:22 19:25 20:4 20:24 21:3 25:11 26:22 27:7 40:5 41:4 41:8 44:12 47:1 47:25 53:20 55:13 62:9 62:18 64:6 76:19 78:2 78:2 | |
| **austin**(2) 1:26 5:9 | |
| **authority**(20) 24:18 25:5 27:21 27:24 28:11 40:4 40:6 40:9 50:12 63:21 65:13 65:14 67:1 67:20 68:1 69:8 70:16 72:5 72:14 81:6 | |
| **authorize**(1) 56:13 | |
| **authorizing**(3) 15:17 65:8 69:21 | |
| **automatic**(2) 10:19 80:15 | |
| **available**(4) 12:25 23:9 40:16 80:13 | |
| **avenue**(7) 2:45 2:51 3:15 3:21 3:34 4:21 4:44 | |
| **averted**(1) 25:9 | |
| **avoid**(4) 26:9 27:12 79:9 84:10 | |
| **avoidance**(3) 30:12 45:20 53:3 | |
| **aware**(7) 13:16 23:6 32:7 35:4 79:8 84:9 84:9 | |
| **away**(1) 21:3 | |
| **back**(18) 15:5 21:3 21:9 25:24 25:24 37:6 38:11 38:13 38:25 54:1 55:5 58:5 60:1 68:25 69:22 70:9 73:15 73:24 | |
| **backstop**(1) 83:9 | |
| **baiera**(1) 5:52 | |
| **balance**(1) 51:6 | |
| **bale**(1) 6:47 | |
| **banc**(1) 2:49 | |
| **bandernagel**(33) 19:10 19:14 33:3 33:20 55:4 55:4 57:13 58:12 59:2 59:24 60:25 61:9 62:6 63:10 63:11 68:2 70:5 70:10 70:14 74:13 74:17 74:19 76:13 76:15 80:20 82:5 82:6 83:15 83:21 84:4 84:18 84:23 85:9 | |
| **bandernagel's**(2) 62:10 72:1 | |
| **bank**(8) 4:34 5:29 5:34 6:26 9:4 41:9 44:13 48:1 | |
| **bankruptcy**(7) 1:1 1:21 30:4 40:14 46:18 59:1 77:9 | |
| **barclays**(1) 6:34 | |
| **based**(2) 25:23 35:2 | |
| **bases**(1) 48:22 | |
| **basic**(1) 68:19 | |
| **basically**(2) 73:6 77:5 | |
| **basis**(5) 25:25 50:10 54:22 79:20 82:15 | |
| **bear**(1) 21:7 | |
| **beaten**(1) 82:3 | |
| **because**(35) 10:6 11:19 13:13 14:13 15:9 15:16 17:7 18:1 21:14 23:14 24:17 28:21 29:10 32:3 37:24 39:24 44:3 48:5 51:14 55:20 56:4 56:19 57:13 58:7 58:14 69:21 70:22 72:5 73:6 73:7 73:12 76:6 76:18 78:21 80:17 | |
| **become**(1) 75:8 | |
| **becomes**(1) 78:19 | |
| **been**(48) 13:3 14:7 15:9 16:5 16:11 17:10 21:4 21:20 21:22 21:22 23:17 24:1 24:8 25:13 25:18 26:17 26:18 27:14 30:3 30:2 33:15 34:25 35:20 37:10 39:17 41:16 41:22 41:25 42:9 43:1 43:17 48:23 50:15 56:23 58:14 61:2 61:5 66:13 67:9 68:16 68:17 69:2 70:1 71:21 76:6 77:13 77:21 80:9 | |
| **before**(26) 1:20 15:22 18:1 22:15 22:25 23:12 27:1 33:5 33:11 33:15 34:20 35:22 36:11 36:20 37:3 37:22 38:18 38:22 49:9 52:14 56:18 57:1 57:6 58:4 58:22 73:25 | |
| **began**(1) 27:1 | |
| **begin**(1) 21:24 | |

| Word | Page:Line |
|---|---|
| **beginning**(2) 23:8 71:20 | |
| **begins**(1) 45:25 | |
| **begun**(2) 20:10 66:19 | |
| **behalf**(5) 10:5 13:7 28:8 48:17 55:5 | |
| **being**(15) 29:3 29:4 41:14 52:18 55:17 57:16 58:10 58:11 59:15 61:5 78:5 79:5 79:15 80:12 84:11 | |
| **belaboring**(1) 61:18 | |
| **belief**(1) 54:2 | |
| **believe**(16) 12:14 16:16 21:6 21:23 28:1 29:25 31:18 35:19 37:21 40:5 42:14 60:1 64:10 68:9 68:10 74:15 | |
| **bench**(2) 26:15 54:20 | |
| **bendernagel**(1) 1:29 | |
| **beneficiaries**(2) 48:6 48:12 | |
| **benefit**(1) 64:8 | |
| **benesch**(1) 3:19 | |
| **bennett**(3) 4:12 4:13 8:43 | |
| **benson**(1) 7:41 | |
| **berke**(2) 8:14 8:15 | |
| **bernardino**(1) 9:15 | |
| **bernstein**(1) 2:42 | |
| **besides**(1) 60:3 | |
| **best**(5) 34:23 35:5 42:3 42:4 56:16 | |
| **better**(3) 19:25 20:1 24:15 | |
| **between**(4) 24:22 28:10 35:22 37:4 | |
| **big**(2) 13:21 17:10 | |
| **bigelow**(1) 5:3 | |
| **bigger**(1) 31:2 | |
| **bird**(1) 9:21 | |
| **bit**(2) 35:18 48:18 | |
| **blabey**(1) 6:40 | |
| **blacklined**(1) 43:22 | |
| **blame**(1) 56:1 | |
| **blanche**(2) 57:21 67:16 | |
| **block**(6) 5:21 75:2 75:8 75:11 80:4 80:6 | |
| **blow**(3) 48:25 49:6 51:16 | |
| **blown**(1) 52:8 | |
| **bluntly**(1) 53:25 | |
| **both**(8) 31:9 31:14 50:9 50:14 75:16 77:11 77:17 81:9 | |
| **bother**(1) 41:14 | |
| **bottom**(4) 13:24 28:12 32:15 37:13 | |
| **bowden**(1) 3:33 | |
| **box**(4) 2:15 3:35 4:8 4:37 | |
| **brady**(1) 4:5 | |
| **brandywine**(1) 4:6 | |
| **brass**(1) 7:17 | |
| **break**(5) 33:10 34:20 36:20 38:11 38:14 | |
| **brian**(2) 5:12 8:4 | |
| **brickley**(1) 8:19 | |
| **bridge**(2) 4:33 26:24 | |
| **brief**(2) 19:20 19:21 | |
| **briefing**(1) 37:18 | |
| **briesen**(1) 11:9 | |
| **brigade**(1) 8:51 | |
| **bring**(6) 20:9 26:8 63:14 67:15 69:21 | |
| **bringing**(3) 37:22 64:15 75:23 | |
| **broader**(1) 25:8 | |
| **bromberg**(1) 5:40 | |
| **brought**(7) 17:16 21:1 26:9 60:4 64:3 69:12 75:23 | |
| **brown**(4) 3:25 5:38 6:34 48:17 | |
| **bruce**(1) 4:13 | |
| **bryant**(1) 3:42 | |
| **bucket**(1) 17:9 | |
| **building**(1) 4:6 | |
| **bump**(1) 15:12 | |
| **burden**(2) 31:9 31:10 | |

| Word | Page:Line |
|---|---|
| **bush**(55) 2:28 22:23 22:23 23:21 23:23 24:9 26:18 31:17 32:6 32:15 32:20 33:24 34:4 35:17 35:25 36:3 39:8 39:14 39:23 40:21 42:18 43:22 44:1 44:9 44:15 44:17 44:21 44:24 45:2 45:4 45:17 46:15 47:1 47:2 56:11 56:14 60:6 60:12 60:15 60:24 65:23 68:15 69:4 69:7 69:10 69:16 69:18 70:24 71:19 71:24 72:16 72:22 73:4 74:6 85:8 | |
| **business**(5) 7:30 37:18 37:25 52:5 53:13 | |
| **busy**(1) 54:10 | |
| **but**(99) 11:5 12:15 13:25 14:25 15:21 15:24 16:24 17:3 17:21 19:14 21:3 21:6 22:12 23:19 24:10 26:11 27:11 27:17 30:5 31:15 31:22 33:5 33:16 33:25 34:13 35:3 36:10 36:16 36:18 36:23 37:24 38:5 38:11 40:10 41:10 41:14 42:8 42:12 42:22 46:23 46:24 47:23 48:21 50:8 50:17 51:18 51:24 52:2 53:7 53:13 54:13 54:14 54:18 55:23 56:3 56:19 57:20 58:4 58:16 58:21 58:25 59:2 59:9 60:19 60:21 61:4 61:19 62:1 62:21 63:21 64:4 64:6 65:5 65:20 65:23 67:9 67:12 67:18 68:4 68:16 68:20 68:21 69:1 69:4 69:5 71:16 72:16 72:18 73:18 78:16 79:20 79:23 80:15 81:25 82:7 82:13 82:15 83:4 83:14 | |
| **buyout**(1) 20:14 | |
| **buzz**(1) 21:21 | |
| **bynum**(1) 6:43 | |
| **call**(8) 16:16 17:2 17:5 17:14 18:1 49:8 53:18 71:16 | |
| **called**(1) 28:15 | |
| **came**(1) 70:9 | |
| **can**(42) 14:19 15:9 16:1 17:9 19:10 22:5 24:19 30:19 33:8 33:10 33:17 35:13 35:17 37:2 37:13 38:4 38:16 40:1 48:7 49:8 50:25 51:7 51:11 53:4 53:21 56:7 58:6 61:10 61:14 63:2 65:18 65:21 66:6 69:14 70:17 71:5 73:4 73:20 80:6 81:14 81:17 83:4 | |
| **can't**(5) 19:30 30:7 53:17 63:1 63:22 | |
| **candace**(1) 5:13 | |
| **cantor**(1) 5:30 | |
| **capital**(15) 3:32 6:47 7:4 7:9 7:20 7:26 7:35 8:11 8:26 8:40 8:51 9:18 10:16 18:12 18:16 | |
| **care**(2) 17:11 17:22 | |
| **carefully**(1) 20:20 | |
| **carey**(1) 1:20 | |
| **carlyle**(1) 2:49 | |
| **carol**(1) 6:47 | |
| **carry**(1) 74:4 | |
| **carryover**(3) 40:18 46:17 65:1 | |
| **cart**(2) 57:21 67:16 | |
| **case**(16) 1:9 4:41 12:2 21:4 23:8 29:14 47:15 57:17 57:18 57:19 58:6 64:20 76:4 77:9 80:2 82:3 | |
| **cases**(4) 19:25 20:23 21:15 26:12 | |
| **cashman**(1) 9:7 | |
| **cause**(8) 17:15 29:8 30:20 34:11 46:1 46:3 58:20 68:13 | |
| **caused**(1) 15:2 | |
| **causes**(9) 28:8 31:3 31:4 37:12 48:20 52:1 52:3 53:8 61:10 | |
| **ceiling**(3) 73:2 73:5 73:5 | |
| **center**(2) 4:27 4:34 | |
| **central**(1) 39:3 | |
| **cert**(1) 85:21 | |
| **certain**(11) 26:5 27:6 28:19 40:4 41:6 42:1 49:2 49:2 60:19 62:12 74:22 | |
| **certainly**(1) 16:1 | |
| **certainty**(1) 20:23 | |
| **certification**(4) 10:24 15:20 16:2 85:13 | |
| **certify**(1) 85:14 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| chadbourne(6) 2:19 6:4 10:11 20:5 20:6 20:7 | | come(16) 20:3 22:22 31:14 38:11 38:13 38:25 52:14 54:1 57:6 58:5 63:5 65:15 73:24 75:20 79:13 82:11 | | concluded(2) 20:11 43:17 | | corrected(1) 30:10 | |
| chain(3) 13:25 60:1 67:12 | | | | concludes(1) 85:4 | | corroon(1) 3:4 | |
| chambers(1) 18:18 | | | | conclusion(2) 31:14 54:18 | | cory(1) 2:5 | |
| chance(4) 17:21 54:5 58:17 76:17 | | comes(2) 17:15 25:7 | | conclusions(2) 43:15 79:14 | | costs(7) 13:3 14:5 14:6 14:16 14:20 15:9 15:13 | |
| chandler(1) 5:3 | | comfort(2) 15:8 24:1 | | conduct(2) 55:22 34:14 | | | |
| change(2) 27:25 83:11 | | comfortable(3) 15:7 16:2 53:21 | | confer(3) 36:2 42:17 44:20 | | could(15) 14:22 26:14 39:18 40:11 40:13 50:9 52:17 54:10 54:13 58:8 71:2 72:7 82:21 83:17 83:21 | |
| changed(1) 44:12 | | coming(3) 14:24 54:13 59:13 | | conference(2) 71:16 72:19 | | | |
| changes(6) 44:4 46:23 46:25 70:10 70:12 71:10 | | comma(2) 45:7 45:9 | | conferences(1) 29:15 | | couldn't(1) 57:21 | |
| | | commence(2) 27:22 43:9 | | confers(1) 49:22 | | counsel(15) 2:4 11:24 18:11 22:25 25:14 36:2 42:17 44:20 47:9 49:22 53:20 74:10 78:3 78:6 84:12 | |
| chapter(7) 1:7 11:2 18:16 19:23 19:24 53:2 60:3 | | commenced(4) 48:21 51:16 | | confidential(1) 54:22 | | | |
| | | commencement(2) 66:10 77:7 | | confidentiality(3) 73:7 73:10 73:17 | | counsel's(1) 39:22 | |
| charges(1) 79:7 | | comment(4) 36:10 36:10 38:17 67:15 | | confine(1) 83:11 | | count(1) 61:23 | |
| chase(3) 2:34 6:26 9:4 | | commented(1) 68:11 | | confirm(2) 28:18 46:8 | | counts(2) 48:23 49:2 | |
| check(1) 60:18 | | comments(7) 26:20 26:20 26:21 36:15 36:19 39:15 48:13 | | confirmation(6) 21:6 24:22 26:5 27:13 34:21 35:12 | | county(2) 9:14 16:17 | |
| checking(1) 42:12 | | | | | | couple(4) 16:24 34:2 39:18 41:22 62:6 65:20 | |
| chicago(4) 1:31 7:23 7:29 11:3 | | committed(2) 79:9 82:10 | | confirmed(4) 24:23 32:11 64:6 64:11 | | | |
| ching(2) 8:22 8:23 | | committee(86) 2:11 6:4 12:5 12:8 20:9 20:15 22:16 22:17 22:25 23:1 23:4 23:16 25:4 25:12 25:18 26:1 27:8 27:21 27:24 28:11 28:17 28:23 28:24 29:5 29:11 29:18 30:24 31:6 32:17 35:5 36:5 37:1 37:5 37:8 37:14 38:1 40:6 40:1 40:15 40:24 42:20 47:6 47:21 47:21 48:7 50:8 50:23 52:23 53:1 53:5 53:16 53:19 55:18 56:7 56:9 59:13 59:17 60:4 60:11 62:25 64:1 64:18 65:8 65:16 66:25 72:3 72:12 73:6 75:19 75:24 76:5 76:18 76:18 78:5 79:11 79:13 80:10 80:13 80:16 80:23 81:8 82:9 82:21 82:25 83:19 84:12 | | conflicted(2) 25:14 25:14 | | couri(1) 8:26 | |
| chock(1) 22:17 | | | | conjunction(1) 37:9 | | course(2) 25:5 52:4 | |
| choice(1) 39:22 | | | | conlan(1) 1:27 | | court(199) 1:11 10:3 10:7 11:19 11:20 12:13 12:16 12:18 12:21 12:24 13:11 13:18 13:22 14:5 14:10 14:21 15:11 16:5 16:10 16:16 16:20 16:23 17:2 17:4 17:14 17:17 17:23 18:1 18:4 18:9 18:25 19:3 19:6 19:8 19:13 19:17 19:20 20:10 20:16 21:12 21:16 21:19 21:23 21:25 22:3 22:4 22:6 22:9 22:12 22:21 23:18 23:22 24:7 26:17 28:18 28:25 29:3 31:7 31:23 32:14 32:19 32:21 33:18 33:21 34:3 34:5 34:6 34:8 34:11 34:14 34:18 35:24 36:1 36:19 38:8 38:13 38:17 38:21 39:2 39:6 39:9 39:10 39:13 39:22 40:20 41:5 41:23 42:16 44:16 44:25 45:1 45:3 45:6 45:16 45:22 46:1 46:3 46:14 46:20 47:14 47:18 48:10 48:15 49:17 49:21 51:11 52:20 52:22 54:7 54:17 54:20 54:25 56:8 56:13 57:11 57:18 58:6 58:8 58:10 58:11 58:12 58:17 59:1 59:1 59:23 59:25 60:10 60:13 60:23 61:2 61:14 61:16 61:24 62:4 63:5 63:8 63:15 63:20 63:24 64:6 64:12 64:22 64:25 65:15 65:25 66:3 66:5 67:8 67:10 67:13 67:20 67:22 67:25 68:7 69:3 69:5 69:8 69:14 69:17 70:10 70:12 70:12 71:6 71:23 72:1 72:4 72:4 72:15 72:18 72:24 74:3 74:7 74:16 74:18 76:12 76:14 79:17 79:22 81:3 81:12 81:19 82:12 82:13 83:6 83:10 83:21 84:6 84:22 85:1 85:6 85:10 85:10 | |
| choices(1) 34:23 | | | | connection(9) 55:3 62:5 73:3 74:22 75:12 79:24 83:8 84:12 84:17 | | | |
| christmas(1) 23:19 | | | | | | | |
| chub(2) 13:24 15:7 | | | | consent(7) 12:14 25:2 50:8 71:8 76:9 76:15 80:15 | | | |
| chung(1) 5:35 | | | | | | | |
| circuit(2) 17:17 17:18 | | | | consents(1) 70:13 | | | |
| circulated(4) 26:19 27:2 27:15 36:7 | | | | consequence(5) 56:2 58:15 59:6 70:9 75:10 | | | |
| circumstances(1) 69:17 | | | | consider(3) 38:22 40:24 47:6 | | | |
| citigroup(1) 6:17 | | | | consideration(1) 63:3 | | | |
| citizens(1) 4:34 | | | | considerations(1) 62:23 | | | |
| city(1) 11:2 | | committee's(18) 12:6 12:9 20:7 24:18 24:21 25:21 25:23 31:20 35:9 41:3 47:3 47:12 55:3 55:10 64:13 67:1 82:16 84:2 | | considered(1) 61:15 | | | |
| | | | | considering(4) 39:4 41:17 68:24 69:21 | | court's(6) 12:4 17:18 18:23 34:17 43:23 46:13 | |
| claim(20) 10:14 10:17 10:23 10:25 11:3 11:14 12:11 13:13 17:8 17:14 17:15 26:9 26:10 51:15 60:16 60:19 68:6 71:3 77:16 78:16 | | committees(1) 23:6 | | consistent(10) 29:19 38:18 41:1 45:11 46:18 47:11 50:15 57:17 62:23 62:24 | | | |
| | | common(2) 81:15 82:12 | | | | courtroom(3) 1:11 18:12 33:9 | |
| | | communications(1) 81:16 | | consists(1) 55:13 | | cover(1) 14:1 | |
| | | community(1) 21:21 | | constrained(1) 30:25 | | covered(2) 48:22 67:6 | |
| claimant(1) 15:2 | | companion(1) 2:16 | | construct(1) 64:11 | | crain's(1) 7:29 | |
| claims(94) 10:15 11:1 11:6 11:8 13:9 13:16 17:3 23:8 23:10 23:11 24:5 24:16 24:19 25:1 25:16 25:19 25:20 27:9 27:22 28:1 28:4 30:2 31:19 32:8 32:10 32:18 35:1 35:8 35:22 35:23 36:3 36:8 40:4 40:7 40:25 41:11 42:1 47:10 48:3 51:8 51:20 55:16 56:5 58:18 60:2 60:3 61:7 61:11 61:13 61:13 61:18 64:21 65:9 67:5 67:8 67:15 68:12 68:17 68:21 68:25 69:9 69:12 70:9 71:8 74:22 74:24 74:24 75:7 75:9 75:12 75:14 75:18 75:23 75:25 76:2 76:3 76:6 76:7 77:8 77:15 78:10 78:13 78:21 79:2 79:4 79:14 80:9 80:14 81:10 82:19 84:12 84:14 | | company(17) 1:9 5:2 5:39 5:47 6:9 6:43 7:17 7:42 7:49 8:18 8:22 13:7 14:7 75:13 76:1 76:3 79:2 | | constructed(1) 20:20 | | creating(1) 65:4 | |
| | | | | consult(8) 41:6 41:8 41:14 49:4 62:11 64:13 64:19 71:18 | | credit(6) 4:4 8:43 8:47 20:12 20:14 24:20 | |
| | | | | | | creditor(1) 20:17 | |
| | | competing(6) 20:20 50:18 51:8 55:7 64:10 71:14 | | | | creditors(19) 2:11 6:4 20:14 22:15 22:16 22:17 22:18 22:25 36:5 36:25 37:4 37:8 37:14 38:1 41:2 47:11 62:24 83:18 84:1 | |
| | | | | consultation(1) 62:17 | | | |
| | | complain(1) 63:5 | | consultative(1) 62:8 | | | |
| | | complaining(1) 59:11 | | consulting(2) 57:25 64:2 | | | |
| clarify(2) 61:10 70:5 | | complaint(45) 23:24 23:25 24:6 25:23 25:24 37:23 42:2 47:10 48:24 50:1 51:16 51:24 56:9 56:25 57:2 57:7 57:9 57:22 58:5 58:9 58:13 58:18 60:17 61:22 62:22 65:18 66:15 67:3 68:6 68:10 68:14 70:2 70:25 72:3 72:4 72:5 72:10 72:12 72:13 73:12 73:14 73:19 74:2 74:4 74:5 75:25 | | | | criticism(2) 25:13 25:25 | |
| clarity(1) 52:17 | | | | contact(1) 37:14 | | criticisms(1) 24:2 | |
| class(4) 10:24 10:24 10:25 52:18 | | | | contain(1) 24:3 | | criticized(2) 58:11 58:11 | |
| class-action(1) 28:3 | | | | contained(1) 21:2 68:14 | | criticizing(1) 25:21 | |
| claudia(1) 10:14 | | | | contains(1) 28:13 | | crossed(1) 58:21 | |
| clause(1) 51:5 | | | | contemplated(1) 60:2 | | crossing(1) 70:20 | |
| clear(8) 16:13 20:25 23:14 57:19 63:13 67:6 79:10 80:5 | | complaints(24) 24:3 24:15 26:5 27:23 27:25 29:18 29:24 43:13 43:14 43:17 46:19 48:2 49:3 50:18 51:24 52:1 56:17 61:2 61:5 65:10 65:10 68:23 73:11 73:25 | | contemplating(1) 31:7 | | curious(1) 13:4 | |
| | | | | content(1) 15:18 | | current(2) 67:3 68:9 | |
| clearly(2) 16:24 79:6 | | | | contest(1) 31:3 | | currently(4) 16:17 20:24 45:12 72:10 | |
| cleavage(1) 21:14 | | | | contested(1) 21:6 | | cut(2) 34:21 63:15 | |
| clerk(2) 10:2 39:12 | | complete(4) 30:5 30:7 39:4 66:17 | | context(1) 30:6 | | cutler(1) 5:47 | |
| client(6) 14:13 14:14 16:2 43:14 75:10 82:11 | | completed(3) 30:5 66:15 66:18 | | contingent(1) 15:1 | | dalton(1) 8:30 | |
| | | completely(2) 57:16 70:4 | | continue(6) 20:2 29:12 29:7 29:12 56:22 57:4 | | | |
| close(1) 57:1 | | completion(1) 52:24 | | | | | |
| co-plaintiff(1) 50:1 | | complex(4) 17:20 18:2 33:7 36:16 | | continued(10) 2:2 3:2 4:2 6:2 7:2 8:2 9:2 11:6 11:9 11:11 | | | |
| co-plan(3) 36:5 37:19 38:3 | | complicated(2) 45:8 62:19 | | | | | |
| cobb(1) 2:11 | | compromise(1) 59:14 | | continuing(3) 28:13 38:3 73:10 | | | |
| cohesive(1) 50:17 | | conaway(1) 4:4 | | contrary(1) 43:15 | | | |
| cold(1) 50:14 | | concepts(1) 33:25 | | control(5) 31:3 31:5 31:8 31:21 50:17 | | | |
| cole(1) 1:34 | | concern(9) 35:7 38:20 57:12 61:25 62:10 66:24 68:7 73:21 84:8 | | controlling(1) 67:16 | | | |
| collectively(1) 44:6 | | | | conveyance(11) 52:4 67:4 68:6 68:12 68:17 69:12 69:19 69:25 70:8 71:8 72:6 | | | |
| colloquy(1) 62:7 | | | | | | | |
| colorable(1) 58:18 78:22 | | concerning(3) 51:19 61:22 66:12 | | conveyer's(1) 68:18 | | | |
| combination(1) 31:9 | | concerns(6) 30:21 35:11 50:4 56:15 56:24 73:10 | | cook(1) 16:17 | | | |
| | | | | cooperate(3) 82:7 84:20 84:24 | | | |
| | | | | cooperstown(1) 8:26 | | | |
| | | | | corner(1) 51:19 | | | |
| | | | | corporation(1) 78:17 | | | |
| | | | | correct(6) 22:19 22:20 54:19 62:15 64:1 85:14 | | | |
| | | conclude(1) 19:25 | | | | | |

| Word Page:Line | Word Page:Line | Word Page:Line | Word Page:Line |
|---|---|---|---|

**danger**(2) 19:12 58:8

**daniel**(4) 2:13 3:40 5:30 18:10

**dash**(1) 5:41

**data**(2) 1:44 53:18

**date**(10) 11:13 19:23 22:3 24:16 28:15 28:16 28:19 33:14 33:16 44:17

**david**(11) 2:21 3:41 3:47 4:20 5:4 6:40 6:51 7:43 7:49 7:50 18:13

**davis**(1) 2:41

**day**(2) 49:20 50:13

**days**(2) 54:15 65:20

**dbtca**(1) 4:19

**deadline**(3) 15:24 49:18 65:17

**deadlines**(2) 29:13 54:9

**deal**(5) 15:1 15:5 20:23 31:12 74:1

**dealing**(2) 42:21 52:12

**dearborn**(1) 1:30

**debate**(1) 62:18

**debenture**(6) 7:41 41:9 44:13 44:14 48:1 55:13

**debt**(1) 42:8

**debtor**(45) 5:2 23:10 24:17 24:20 24:25 25:6 26:21 29:22 35:18 35:20 38:19 40:10 40:11 55:14 55:15 55:18 55:19 56:4 58:1 61:25 62:9 62:11 63:16 63:18 63:19 63:22 67:14 67:25 70:13 73:21 77:6 77:14 78:9 78:12 78:13 78:22 79:11 79:13 80:7 82:18 83:2 83:4 83:8 84:9 84:9

**debtor's**(5) 67:11 71:7 81:8 82:16 84:15

**debtors**(33) 1:13 1:26 2:5 10:5 20:14 28:10 28:17 28:23 29:21 36:4 36:25 37:4 37:13 37:25 40:25 42:20 47:10 48:10 50:7 52:23 53:20 55:5 59:13 67:19 74:10 74:19 74:21 75:1 75:21 77:6 77:19 81:1 83:24

**debtwire**(1) 8:14

**december**(3) 11:11 49:18 57:8

**decide**(3) 53:25 65:22 82:14

**decision**(9) 32:7 49:12 49:13 49:16 53:16 63:20 75:10 78:20 78:23

**declined**(1) 26:22

**declines**(1) 28:18

**decretal**(4) 34:10 83:15 83:16 83:24

**deemed**(1) 46:3

**deeper**(1) 37:11

**deeply**(1) 53:10

**defend**(1) 81:25

**defendant**(4) 30:9 30:12 45:20 53:1

**defendants**(5) 24:6 28:2 30:17 47:8 48:22 15:9 15:13

**defense**(7) 13:3 14:5 14:6 14:16 14:20 15:9 15:13

**defenses**(1) 53:11

**defer**(1) 24:20

**deficient**(1) 57:7

**defined**(3) 28:16 30:13 45:21

**defines**(1) 82:1

**definition**(1) 74:24

**delaware**(6) 1:2 1:13 2:51 3:21 3:34 10:1

**delineated**(2) 14:9 14:10

**demo**(1) 5:14

**denied**(1) 40:15

**dennis**(4) 2:43 7:35 8:33 8:34

**department**(1) 8:37

**derivative**(4) 57:18 58:15 78:17 79:1

**describe**(3) 37:2 44:5 44:6

**described**(3) 27:6 28:10 56:18

**description**(1) 15:15

**determinations**(1) 83:5

**determine**(2) 22:4 28:3

**determined**(6) 18:22 23:9 25:19 26:2 26:7 28:5

**deutsch**(1) 6:5

**deutsche**(3) 41:9 44:13 47:25

**dialogue**(1) 56:23

**diamond**(1) 6:52

**diaz**(1) 1:44

**did**(8) 12:25 15:23 16:17 16:18 33:23 37:62:7 63:11

**didn't**(13) 12:25 14:12 15:25 16:13 19:13 43:21 47:8 56:2 67:7 70:11 70:17 80:21 80:21

**different**(14) 13:23 23:19 53:8 53:9 60:4 62:17 65:14 67:19 68:19 68:20 69:10 70:82:22 83:1

**difficult**(1) 43:21

**dig**(1) 37:11

**digging**(1) 53:10

**diligence**(1) 17:2

**diligently**(3) 25:18 30:3 32:9

**direct**(5) 41:6 48:10 78:5 80:24 81:3

**directed**(8) 41:8 41:14 47:22 47:23 47:23 55:12 61:14 71:10

**direction**(4) 34:5 34:7 63:1 64:19

**directly**(2) 18:5 26:24

**disagree**(2) 38:21 63:5

**disagreed**(1) 40:13

**disagreement**(1) 41:4

**disclosed**(1) 13:2

**discover**(1) 66:19

**discovery**(9) 26:6 29:16 29:25 30:4 43:9 56:20 71:5 78:15 84:16

**discretion**(2) 34:16 34:18

**discuss**(2) 12:12 24:14

**discussed**(4) 60:19 68:18 68:22 78:1

**discussing**(2) 24:13 60:15

**discussions**(5) 24:10 35:8 38:10 40:8 59:9

**discussions**(4) 24:7 29:2 29:7 32:25

**dismiss**(2) 29:15 30:15

**dismissal**(1) 17:19

**dismissed**(1) 17:16

**disposed**(1) 66:11

**dispute**(4) 59:20 71:17 71:18 77:13

**disputes**(1) 66:8

**disqualification**(1) 20:4

**disqualify**(1) 10:11

**distract**(1) 26:3

**distracting**(1) 27:12

**distributed**(1) 76:16

**district**(3) 1:2 17:17 17:18

**divest**(2) 79:2 79:3

**divided**(1) 39:14

**documents**(1) 42:9

**doe**(18) 16:22 17:8 30:23 32:16 55:2 55:15 55:23 56:4 57:12 58:17 62:4 63:15 63:16 63:24 73:2 79:1 79:3 83:2

**doesn't**(13) 18:25 25:15 38:12 39:3 41:14 46:9 55:18 62:13 63:15 65:5 78:8 78:9 80:16

**doing**(18) 19:12 36:18 37:1 38:7 38:7 41:20 53:19 53:23 54:4 54:4 54:16 54:16 56:24 73:15 78:6 79:16 81:9 82:10

**dombeck**(1) 11:14

**don**(1) 5:5

**don't**(57) 12:22 13:12 12:24 15:3 16:4 16:16 23:13 25:25 29:4 31:6 31:13 31:20 31:25 32:3 34:16 36:14 36:23 38:16 39:9 39:23 40:2 40:14 41:10 42:11 43:7 47:22 48:24 49:5 51:4 51:16 52:5 52:9 52:9 55:21 55:22 56:3 58:3 59:22 59:25 60:17 61:18 61:24 66:19 67:25 68:9 68:12 69:5 69:22 70:3 73:13 79:22 80:12 81:1 82:2 82:3 82:15 84:20

**donald**(1) 2:42

**done**(13) 15:7 16:1 17:2 26:7 49:14 53:17 53:19 57:7 59:19 65:21 65:22 76:7 79:12

**donna**(2) 4:49 13:6

**dorman**(2) 4:12 8:43

**dorr**(1) 5:48

**dotted**(1) 58:21

**dotting**(1) 70:20

**douglas**(1) 6:5

**dow**(3) 8:18 8:18 11:22

**down**(5) 44:18 47:4 59:10 70:17 77:14

**draft**(11) 24:3 27:22 34:1 44:4 47:4 48:2 48:14 57:1 65:10 73:15 75:24

**drafted**(1) 72:10

**drafts**(6) 27:25 27:25 43:22 61:22 67:3

**dragging**(1) 83:2

**draw**(1) 85:1

**driving**(2) 17:6 17:10

**dropped**(1) 61:22

**dry**(1) 22:22

**due**(2) 17:2 17:13

**dump**(1) 53:18

**duplication**(1) 84:11

**duplicative**(1) 79:7

**during**(14) 24:21 26:4 27:12 28:14 28:20 29:13 30:8 30:11 40:7 43:11 45:19 54:15 59:17 62:7

**duties**(2) 78:24 83:5

**duty**(2) 55:20 82:20

**dynamic**(1) 31:15

**each**(3) 25:3 37:15 37:17

**earlier**(4) 25:21 28:10 33:5 45:17

**early**(1) 70:6

**easier**(1) 17:12

**eastern**(1) 71:15

**easy**(5) 17:1 17:4 17:11 17:13 58:23

**ecro**(1) 1:42

**edgar**(1) 7:26

**effort**(1) 17:25

**egi**(2) 43:7 75:9

**egi-trb**(1) 43:7

**either**(12) 24:22 26:12 28:4 32:11 37:20 51:15 59:8 67:2 71:10 72:9 78:23 81:25

**elden**(1) 8:33

**eldersveid**(1) 5:4

**electronic**(2) 1:51 85:15

**elevate**(1) 38:10

**eliminated**(1) 24:8

**elizabeth**(1) 6:22

**ellias**(1) 5:39

**else**(15) 42:14 43:19 51:3 51:6 52:5 55:2 57:2 57:5 59:5 59:22 59:22 62:4 62:13 63:24 83:6

**else's**(1) 17:22

**elsewhere**(1) 28:16

**emanated**(1) 20:17

**embodies**(1) 28:9

**emc**(1) 11:5

**emerged**(1) 75:8

**emergency**(1) 49:8

**emerson**(1) 12:11

**emery**(1) 5:25

**employ**(1) 64:1

**enable**(1) 38:25

**end**(13) 17:19 20:21 28:15 33:1 45:6 50:24 54:22 56:17 64:10 65:2 65:19 66:15 74:15

**endgame**(1) 37:2

**engaged**(2) 24:3 37:8

**engagement**(1) 82:2

**english**(1) 4:19

**enough**(4) 11:20 13:15 43:21 66:16

**ensure**(5) 40:25 41:11 47:10 48:2 56:5

**ensuring**(1) 68:5

**enter**(7) 11:20 29:18 32:16 35:20 40:10 40:16 45:13

**entered**(1) 66:9

**enthusiastically**(1) 22:18

**entirely**(3) 14:7 25:23 80:5

**entirety**(1) 45:14

**entities**(1) 72:9

**entitled**(1) 34:13

**eos**(1) 7:38

**ephraim**(1) 6:52

**equally**(1) 24:10

**ernst**(1) 9:21

**error**(2) 30:9 45:18

**errors**(1) 62:15

**especially**(1) 56:1

**esq**(72) 1:27 1:28 1:29 1:36 2:5 2:12 2:13 2:20 2:21 2:27 2:28 2:35 2:42 2:43 2:44 2:50 3:6 3:14 3:20 3:26 3:27 3:33 3:40 3:41 3:47 4:5 4:13 4:20 4:26 4:33 4:42 4:43 4:49 5:10 5:11 5:12 5:13 5:14 5:15 5:16 5:17 5:18 5:22 5:26 5:30 5:31 5:39 5:40 5:41 5:49 6:5 6:6 6:10 6:19 6:20 6:21 6:22 6:31 6:35 6:36 6:37 6:40 7:10 7:14 7:43 8:34 8:44 8:48 9:7 9:11 9:15 9:22

**essence**(1) 28:14

**essentially**(12) 59:15 59:19 68:21 69:11 75:21 76:22 77:4 77:10 77:17 79:2 79:5 79:9

**establish**(1) 81:23

**estate**(11) 24:16 28:8 31:3 32:2 32:13 41:12 53:23 62:23 67:15 72:11 78:25

**estates**(3) 26:11 41:1 47:10

**esther**(1) 5:35

**evan**(3) 5:31 6:10 6:31

**even**(7) 33:15 56:25 57:5 60:8 61:3 62:11 73:13

**event**(3) 28:21 28:22 29:10

**events**(3) 19:24 21:4 75:4

**ever**(1) 25:7

**every**(4) 26:8 51:15 68:5 69:23

**everybody**(11) 17:22 24:2 26:8 39:15 46:23 51:3 51:6 51:17 59:5 60:20 79:8

**everybody's**(1) 51:1

**everyone**(7) 10:3 14:1 17:6 23:18 36:15 63:8 85:7

**everything**(1) 26:8

**evidence**(1) 56:1

**evidenced**(1) 75:24

**exactly**(5) 18:22 23:21 26:19 54:16 55:8

**examination**(1) 70:7

**examiner**(9) 8:29 11:24 43:16 60:20 68:22 69:24 70:3 70:7 75:7

**examiner's**(10) 35:2 60:3 61:4 61:5 65:10 67:2 68:10 68:20 69:1 72:10

**example**(10) 27:7 29:14 67:4 67:21 67:21 67:23 68:9 68:23 68:24 72:6

**except**(5) 29:16 51:2 77:20 83:17 83:25

**excepted**(1) 50:22

**excluded**(1) 51:3

**exclusion**(1) 55:14

**exclusive**(6) 24:18 25:5 50:5 50:10 50:12 63:21

**excuse**(2) 28:21 42:14

**excused**(1) 16:9

**exercise**(2) 39:3 70:12

**expanded**(1) 48:19

**expansive**(1) 48:18

**expect**(2) 38:13 84:13

**expected**(1) 56:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **expensive**(3) 15:3  15:10  80:18 | | **five**(2) 47:24  60:3 | | **further**(11) 13:17  22:3  32:25  44:24  45:4 | | **grant**(1) 14:15 | |
| **expire**(1) 38:22 | | **fix**(1) 58:23 | | 48:13  65:15  66:8  66:11  74:7  85:3 | | **granted**(3) 28:25  67:14  72:14 | |
| **explain**(1) 18:24 | | **fleet**(1) 10:16 | | | | **granting**(4) 23:16  32:17  83:18  84:1 | |
| **explained**(1) 75:1 | | **floor**(4) 3:9  4:7  4:22  4:28 | | **furthermore**(1) 79:10 | | **grants**(2) 27:19  27:24 | |
| **expressed**(3) 49:1  56:24  61:25 | | **focus**(2) 68:19  75:4 | | **future**(1) 20:2 | | **great**(2) 2:49  20:22 | |
| **extend**(2) 28:24  77:7 | | **focused**(1) 37:10 | | **game**(1) 70:22 | | **greenwich**(1) 7:4 | |
| **extent**(23) 27:20  32:3  32:10  43:8  55:17 | | **following**(4) 40:3  45:13  45:14  46:2 | | **garden**(1) 52:3 | | **greg**(1) 5:14 | |
| 55:23  57:24  58:2  65:12  66:8  66:20  70:18 | | **follows**(1) 46:10 | | **garrison**(1) 6:18 | | **greissman**(1) 4:42 | |
| 71:1  71:12  72:20  72:21  76:5  77:21  83:18 | | **food**(1) 13:24 | | **gary**(1) 5:11 | | **grey**(1) 8:11 | |
| 83:25  84:6  84:14  84:19 | | **footnote**(2) 61:22  74:25 | | **gatekeeper**(2) 57:18  58:7 | | **grippo**(1) 8:33 | |
| | | **for**(171) 1:2  1:26  2:11  2:34  2:49  3:4  3:19 | | **gating**(1) 53:6 | | **gross**(1) 66:16 | |
| **eye**(1) 11:9 | | 3:32  3:46  4:4  4:19  4:32  4:48  5:2  5:29 | | **gave**(3) 63:19  67:23  72:6 | | **group**(5) 36:8  53:15  55:11  55:12  62:8 | |
| **fact**(11) 34:20  41:16  43:24  51:8  51:18 | | 5:38  5:44  5:47  6:4  6:17  6:26  6:30  6:34 | | **gavin**(1) 5:52 | | **groups**(1) 39:15 | |
| 64:9  64:9  75:24  77:14  78:14  82:10 | | 6:40  6:43  6:47  6:51  7:4  7:9  7:17  7:20 | | **geddes**(1) 3:32 | | **grundman**(1) 8:47 | |
| | | 7:23  7:26  7:29  7:32  7:35  7:38  7:41  7:46 | | **gee**(1) 23:23 | | **gruss**(1) 7:49 | |
| **facto**(1) 49:13 | | 7:49  8:4  8:7  8:11  8:14  8:18  8:22  8:26 | | **general**(3) 17:7  50:15  69:25 | | **gruszka**(1) 7:23 | |
| **factual**(3) 12:13  22:19  62:15 | | 8:29  8:33  8:37  8:40  8:43  8:47  8:51  9:4 | | **generally**(2) 60:3  82:1 | | **guess**(6) 31:13  65:12  68:15  69:7  69:10 | |
| **failed**(2) 66:22  66:23 | | 9:7  9:10  9:14  9:18  9:21  10:19  10:20 | | **generate**(1) 19:1 | | 69:18 | |
| **fails**(1) 57:2 | | 10:24  11:16  11:19  13:25  14:1  14:3  15:8 | | **gerson**(1) 8:37 | | |
| **fair**(2) 67:15  76:6 | | 15:15  16:10  17:10  17:12  17:22  17:23 | | **get**(30) 14:25  15:4  17:1  17:10  17:11  17:21 | | **guidance**(1) 39:20 | |
| **fairly**(3) 33:7  65:13  77:25 | | 18:11  18:16  19:3  19:22  21:1  21:9  21:23 | | 18:5  28:21  31:12  32:25  36:15  39:1  39:15 | | **gump**(3) 3:39  7:13  18:11 | |
| **fairness**(1) 46:23 | | 23:25  25:3  25:25  26:13  26:20  27:7  27:8 | | 42:23  48:20  49:5  49:8  51:15  51:23  55:9 | | **had**(18) 11:19  12:24  15:14  15:14  17:4 | |
| **faith**(8) 41:6  41:15  41:18  47:24  49:5 | | 27:11  27:11  28:18  28:23  28:25  29:1  29:8 | | 56:19  56:21  60:1  60:10  62:22  71:5  71:5 | | 17:4  18:18  29:8  33:5  33:25  40:21  59:18 | |
| 55:12  62:20  64:19 | | 29:14  30:15  30:20  31:3  31:8  31:11  31:25 | | 71:21  77:24  81:18 | | 73:6  75:4  76:17  76:20  78:1  80:11 | |
| | | 32:2  34:2  34:11  35:3  35:4  38:12  41:22 | | | | |
| **falgowski**(1) 2:5 | | 42:7  42:19  43:8  46:1  46:3  46:5  47:9  48:3 | | **gets**(1) 18:1 | | **hadn't**(1) 58:14 | |
| **fall**(2) 65:9  71:1 | | 48:5  48:8  49:10  49:19  49:24  50:12  50:13 | | **getting**(4) 17:13  18:2  42:20  63:19 | | **hale**(1) 5:47 | |
| **far**(5) 10:12  13:18  14:23  18:7  67:1 | | 50:16  50:25  51:12  51:22  52:22  53:20 | | **gist**(1) 41:10 | | **half**(1) 39:7 | |
| **fargo**(9) 4:32  41:9  41:25  42:2  42:9  44:13 | | 55:20  57:9  63:4  63:17  64:7  64:18  64:21 | | **give**(12) 16:1  17:21  32:5  47:17  52:15  54:5 | | **hammond**(1) 4:43 | |
| 44:15  48:1  55:13 | | 64:23  65:15  65:18  65:23  66:9  67:4  67:21 | | 54:15  57:21  64:18  65:19  65:24  73:4 | | **hand**(2) 76:11  82:8 | |
| | | 69:8  70:6  70:12  70:25  71:3  71:16  71:25 | | | | **handed**(1) 34:9 | |
| **farkas**(1) 7:5 | | 72:2  72:3  72:4  72:11  73:2  74:11  74:20 | | **given**(8) 46:22  46:25  63:6  64:9  64:9  64:20 | | **handle**(2) 75:2  79:14 | |
| **fears**(1) 31:10 | | 75:15  75:17  77:2  78:17  79:5  79:6  79:15 | | 82:6  82:23 | | **handled**(1) 79:4 | |
| **february**(3) 20:22  23:2  25:24 | | 80:5  80:10  81:23  82:19  85:3 | | | | **handling**(1) 33:14 | |
| **fed**(2) 16:25  17:25 | | | | **gives**(3) 24:1  27:21  41:17 | | **hands**(1) 82:25 | |
| **federal**(2) 4:48  13:7 | | **foregoing**(1) 85:14 | | **giving**(2) 47:8  72:14 | | **handwritten**(2) 16:18  16:20 | |
| **fee**(4) 11:23  11:25  12:1  83:12 | | **form**(10) 15:12  16:18  16:21  26:15  27:2 | | **glad**(5) 34:8  54:15  66:5  76:10  79:21 | | **happen**(3) 59:1  67:12  83:3 | |
| **feel**(4) 49:3  49:5  50:2  71:18 | | 27:4  32:17  32:23  36:23  71:9 | | **glazer**(1) 2:43 | | **happens**(1) 60:1 | |
| **feeling**(1) 84:21 | | | | **global**(1) 37:7 | | **happy**(6) 27:17  39:17  39:19  39:25  42:12 | |
| **fees**(1) 15:6 | | **formal**(1) 80:22 | | **glucoft**(1) 6:10 | | 65:24 | |
| **feld**(3) 3:39  7:13  18:11 | | **forman**(1) 1:34 | | **goal**(2) 51:14  70:17 | | |
| **ferret**(1) 50:19 | | **forms**(1) 71:14 | | **godbey**(1) 11:8 | | **hard**(3) 55:20  65:17  82:14 | |
| **few**(4) 23:15  25:10  33:4  33:10 | | **forth**(3) 27:20  27:22  32:18 | | **goes**(3) 13:18  36:23  53:12 | | **harris**(11) 4:48  4:49  13:6  13:7  13:12 | |
| **fiduciary**(5) 55:15  55:20  78:24  82:20  83:5 | | **forum**(1) 59:4 | | **going**(45) 10:18  11:18  12:19  15:5  15:5 | | 13:19  14:6  14:11  15:23  16:6  16:8 | |
| **fight**(1) 36:14 | | **forward**(17) 17:3  18:20  18:22  26:14  32:17 | | 17:3  18:19  18:20  19:8  19:15  21:13  24:11 | | |
| **figueroa**(1) 4:14 | | 33:11  34:24  43:16  50:9  50:17  51:7  55:11 | | 26:4  31:18  35:12  37:1  38:11  38:24  49:6 | | **harrisburg**(1) 1:46 | |
| **figure**(1) 33:17 | | 55:24  76:4  78:15  82:15  84:14 | | 52:13  54:2  55:8  55:11  56:6  56:16  56:16 | | **has**(61) 14:2  14:14  14:15  15:2  15:9  17:1 | |
| **file**(26) 14:19  24:16  26:5  32:17  36:11 | | | | 57:3  62:6  64:3  64:22  64:25  65:2  67:6 | | 18:22  20:5  20:6  20:7  20:10  20:11  20:17 | |
| 36:12  43:13  50:1  50:18  50:23  50:25  51:24 | | **found**(2) 49:2  61:21 | | 68:6  71:4  71:6  72:1  73:12  77:24  78:11 | | 21:20  21:22  22:15  22:19  23:18  24:2  25:3 | |
| 56:17  56:19  56:21  57:1  57:2  57:9  57:21 | | **four**(5) 44:23  45:6  57:4  73:16  74:8 | | 79:14  80:13  80:18  82:15  82:17 | | 25:4  25:6  25:13  25:18  26:17  26:18  27:4 | |
| 58:5  63:7  70:25  72:3  72:12  73:13  74:1 | | **fourth**(1) 44:12 | | | | 27:14  31:12  32:4  33:14  33:15  34:5  34:6 | |
| | | **fox**(1) 4:32 | | **golden**(41) 3:40  18:10  19:2  19:5  19:7  19:9 | | 35:2  35:20  37:20  40:3  40:17  41:25  42:9 | |
| **filed**(27) 12:14  15:13  19:22  21:10  23:1 | | **framework**(1) 35:15 | | 19:19  19:20  19:21  21:13  21:17  21:20  22:3 | | 43:17  47:1  49:9  56:4  61:14  66:10  67:7 | |
| 23:3  23:4  25:23  25:24  27:9  29:3  36:6 | | **francisco**(1) 11:12 | | 22:8  22:9  22:11  22:14  25:9  34:22  43:20 | | 67:20  70:6  73:18  75:6  75:8  77:13  77:14 | |
| 37:23  41:11  56:10  60:17  61:2  72:5  72:13 | | **frankly**(2) 59:5  64:14 | | 46:20  46:22  55:11  63:25  64:24  66:2  66:4 | | 78:2  78:22  79:17  80:8  80:21  81:5 | |
| 73:6  73:12  73:25  74:1  74:4  74:20  79:23 | | **fraudulent**(11) 52:3  67:4  68:5  68:12  68:17 | | 66:24  67:18  67:23  68:4  68:8  68:23  70:6 | | |
| 80:22 | | 69:12  69:19  69:25  70:8  71:8  72:6 | | 71:25  72:23  80:1  81:5  81:18  81:20  85:5 | | **hasn't**(2) 21:22  78:2 | |
| **filing**(9) 21:5  25:22  27:24  29:14  43:16 | | | | | | **hauer**(3) 3:39  7:13  18:11 | |
| 54:11  65:18  66:14  73:19 | | **fredrick**(1) 8:48 | | **goldman**(2) 5:49  6:43 | | |
| | | **free**(2) 16:12  62:25 | | **goldsmith**(1) 7:14 | | |
| **final**(10) 11:23  11:25  15:4  45:23  56:19 | | **freeman**(1) 7:20 | | **gone**(3) 15:14  68:25  69:22 | | |
| 57:1  57:11  71:21  72:4  72:13 | | **friday**(4) 10:1  54:11  65:23  66:5 | | **good**(31) 10:3  10:4  12:22  13:6  18:10 | | |
| | | **friedman**(2) 7:9  7:42 | | 22:23  27:10  27:12  30:20  32:1  34:2  34:5 | | |
| **finalize**(1) 72:3 | | **from**(38) 14:8  14:25  17:15  20:17  21:3 | | 34:11  34:22  41:6  41:15  41:18  43:6  46:1 | | |
| **finally**(2) 46:7  78:19 | | 22:24  24:17  26:20  26:21  26:23  26:24 | | 47:24  48:16  49:4  52:11  55:12  62:20  63:17 | | |
| **financial**(2) 21:21  37:15 | | 29:11  30:2  30:23  35:8  38:4  40:8  46:25 | | 63:22  64:19  70:6  71:25  85:6 | | |
| **find**(3) 49:12  54:1  63:9 | | 46:25  47:4  48:17  50:22  53:22  54:20  55:18 | | | | |
| **findings**(1) 43:15 | | 57:19  59:17  60:10  62:13  63:1  63:18  63:20 | | **google**(2) 11:5  11:6 | | |
| **fine**(9) 12:18  14:21  15:23  38:19  41:19 | | 73:15  73:23  75:11  75:16  79:23  85:15 | | **goose**(1) 72:1 | | |
| 55:23  58:3  70:19  84:4 | | | | **gordon**(4) 5:47  6:20  18:11  20:13 | | |
| | | **frome**(1) 8:47 | | **got**(7) 15:7  16:18  53:15  71:13  73:21  76:24 | | |
| **finger**(1) 2:34 | | **front**(1) 40:19 | | 76:24 | | |
| **finish**(4) 38:19  51:11  59:8  61:9 | | **fruits**(1) 82:9 | | | | |
| **finished**(1) 38:20 | | **fulfill**(1) 83:5 | | **gotcha**(1) 70:22 | | |
| **firm**(5) 9:14  78:8  78:8  80:7  80:8 | | **fulfilling**(2) 67:13  82:20 | | **gotshal**(1) 6:30 | | |
| **first**(13) 10:10  13:8  20:4  31:1  31:11  32:22 | | **full**(3) 13:14  14:7  22:17 | | **gotten**(2) 55:6  73:15 | | |
| 33:2  52:22  59:18  60:10  76:24  80:4  83:15 | | **fully**(1) 14:9 | | **govern**(2) 29:14  29:19 | | |
| | | **function**(2) 58:7  80:6 | | **governing**(1) 28:14 | | |
| **fitzsimons**(2) 8:33  8:34 | | **functions**(2) 77:2  78:15 | | **graeme**(2) 2:28  22:23 | | |
| | | **fundamenta**(1) 7:23 | | | | |

| Word | Page:Line |
| --- | --- |

**have**(192) 10:6 13:3 13:12 13:17 14:6 14:12 15:1 15:3 15:20 15:25 16:8 16:11 17:2 17:6 19:24 19:25 20:19 21:4 21:4 21:5 23:7 23:9 23:16 23:17 23:23 23:23 23:24 23:24 24:1 24:7 24:12 24:19 24:24 25:5 25:15 25:19 26:2 26:7 26:7 26:11 26:15 26:20 26:21 26:22 26:22 27:7 27:17 27:8 27:14 28:4 28:5 28:24 29:7 29:11 29:20 29:20 30:3 30:5 30:7 30:17 30:21 30:22 30:25 31:11 32:8 32:24 33:23 34:12 34:23 36:4 36:8 36:10 36:12 36:13 36:14 36:17 36:22 36:25 37:8 37:16 37:24 38:21 39:14 39:16 40:6 40:9 40:18 41:10 41:16 41:22 42:4 42:8 42:10 43:21 46:24 47:15 48:13 48:18 48:23 49:1 49:11 49:17 49:15 49:20 49:25 50:4 51:11 51:22 52:17 52:22 53:13 53:18 53:19 54:10 54:12 55:15 55:23 56:4 56:4 57:3 57:4 58:17 58:18 59:4 59:16 59:22 60:18 61:2 61:12 62:12 62:14 62:15 62:24 62:25 63:2 63:6 63:13 63:19 63:20 64:12 65:12 65:14 65:19 65:25 66:18 67:19 68:3 68:8 68:13 68:16 68:17 68:18 69:1 69:6 69:12 70:16 71:1 71:11 71:19 72:19 73:9 73:13 73:15 73:17 73:19 73:20 73:24 74:11 74:19 75:7 75:21 75:24 76:16 77:13 78:5 79:22 80:9 80:16 80:22 80:23 80:24 81:6 81:24 82:25 83:10 83:13 83:14 83:25 85:6

**haven't**(6) 26:24 31:14 43:1 49:2 57:5 68:25

**having**(4) 56:23 62:18 80:3 80:4
**he'd**(1) 79:19
**he's**(2) 33:24 59:11
**head**(2) 63:12 73:16
**hear**(8) 19:17 21:12 21:24 21:25 30:23 37:24 73:23 79:23

**heard**(12) 18:13 21:23 26:23 26:24 46:25 55:2 62:5 63:24 73:3 74:23 79:24 83:6

**hearing**(15) 17:24 21:6 27:1 27:15 31:8 33:8 33:24 46:4 49:9 72:20 74:11 76:16 76:21 85:4 85:11

**hearings**(2) 5:19 50:16
**hears**(1) 15:2
**help**(1) 79:13
**helpful**(2) 32:24 33:9
**helping**(1) 58:24
**henke**(1) 10:18
**hennigan**(2) 4:12 8:43
**herbert**(1) 11:9
**hercules**(1) 3:7
**here**(32) 13:7 13:25 14:2 14:4 16:10 22:25 25:10 31:5 32:25 34:25 35:2 41:16 43:11 44:3 53:12 55:8 55:16 56:4 58:7 60:18 61:25 62:21 63:4 68:16 70:15 70:17 70:22 78:3 79:6 79:11 80:23 84:23

**here's**(6) 32:21 39:6 54:15 64:25 71:6
**hereby**(2) 47:22 47:23
**higher**(1) 31:19
**highlighted**(1) 47:2
**highlights**(1) 47:13
**him**(7) 17:1 17:13 17:21 26:25 34:1 34:21 70:8

**his**(7) 11:24 17:14 17:14 34:1 44:4 58:24 79:18

**historically**(1) 49:2
**hit**(1) 63:11
**holders**(3) 42:8 64:7 66:25
**holding**(1) 66:14
**holtz**(1) 6:14
**home**(1) 85:6

**honor**(122) 10:4 10:5 11:18 12:22 13:5 13:6 13:20 14:6 14:11 14:14 14:18 14:22 15:23 16:6 16:7 16:8 16:14 18:8 18:10 18:12 18:18 19:10 19:19 19:22 20:19 21:13 21:18 22:2 22:8 22:10 22:23 23:1 23:6 23:12 23:21 23:25 27:17 31:17 32:7 32:16 33:4 33:22 34:4 35:17 35:22 36:4 36:12 36:21 38:9 39:5 39:8 39:14 39:17 39:25 40:8 42:15 43:4 43:6 43:18 43:20 44:8 45:9 45:12 45:18 45:24 46:7 46:16 46:22 47:13 48:16 49:8 49:16 49:16 49:22 50:4 50:14 50:21 51:23 52:15 53:4 54:9 54:24 54:12 56:12 57:6 57:15 59:22 60:12 60:25 63:23 63:25 64:24 66:24 67:7 67:15 67:24 68:4 68:15 70:5 70:25 71:25 72:22 76:15 78:24 79:20 80:1 80:21 81:11 82:7 83:22 84:4 84:18 85:5 85:8 85:9

**honor's**(2) 44:1 61:19
**honorable**(1) 1:20
**hoover**(1) 3:20
**hope**(1) 33:18
**hopefully**(1) 66:7
**hoping**(1) 56:11
**horan**(1) 2:50
**hour**(1) 39:7
**how**(25) 12:24 13:2 13:8 13:8 13:9 18:1 24:14 26:19 32:1 32:21 33:13 35:9 39:7 39:8 42:20 53:14 53:19 54:4 54:5 54:16 64:25 76:24 77:24 79:14 82:13

**howard**(1) 2:20
**however**(6) 18:21 27:4 29:17 43:8 53:22 69:24

**i'd**(13) 10:5 15:21 18:23 22:20 34:19 43:16 49:7 65:7 65:19 65:20 71:7 76:10 79:20
**i'll**(14) 12:15 15:20 31:23 35:13 38:17 47:18 54:20 59:8 66:9 72:21 74:9 79:23 84:7 84:13
**i'm**(61) 11:4 11:18 12:2 12:19 15:11 15:16 15:18 18:12 19:5 19:7 19:9 19:17 22:25 26:23 27:17 30:23 31:25 32:6 34:8 35:10 35:14 39:17 39:19 40:22 45:1 47:2 51:10 53:4 55:24 57:13 57:15 57:19 58:1 58:12 58:20 58:24 60:7 60:24 62:20 64:22 64:25 65:2 65:3 65:3 66:5 66:6 66:11 67:23 70:14 70:19 70:19 71:9 71:19 72:9 77:25 79:19 83:7 83:23 84:8

**i's**(1) 70:20
**i've**(7) 14:12 21:3 66:16 66:22 66:23 71:10 72:25
**idea**(5) 27:10 34:2 34:5 57:8 58:24
**identified**(1) 61:15
**immediate**(1) 80:16
**immediately**(4) 29:6 29:25 43:9 49:25
**impasse**(1) 24:13
**implication**(1) 51:2
**important**(8) 14:3 18:21 24:11 29:24 50:21 51:14 52:9 57:14

**importantly**(2) 10:8 20:19
**imposed**(1) 67:7
**impression**(1) 55:9
**inaccurate**(1) 22:14
**inadvertently**(1) 52:18
**inappropriately**(1) 48:25
**inc**(4) 7:4 8:4 8:27 11:2
**incarcerated**(1) 16:17
**incarceration**(1) 18:6
**inclined**(3) 14:15 66:11 83:7
**include**(5) 28:2 28:2 28:4 48:11 62:9
**included**(3) 48:24 62:8 69:19
**includes**(1) 50:23
**including**(2) 48:22 55:14
**incorporate**(1) 26:22

**incorporated**(2) 26:20 26:21
**incorporates**(1) 71:9
**incorrect**(1) 22:16
**incorrectly**(1) 49:13
**incurring**(1) 15:6
**indeed**(1) 25:20
**indicated**(5) 27:1 45:17 52:23 65:18 78:1
**indicates**(1) 76:25
**indication**(1) 41:18
**individual**(2) 14:8 42:5
**indulgence**(2) 18:23 44:2
**inference**(2) 50:11 51:3
**information**(14) 13:17 14:12 15:20 15:21 16:1 17:1 42:4 42:20 51:18 54:21 55:1 56:15 62:14 73:8

**initial**(2) 75:3 84:16
**inquiry**(1) 18:7
**insert**(2) 46:5 46:17
**instead**(1) 45:15
**institute**(1) 72:14
**insufficient**(1) 50:2
**insurance**(5) 4:48 12:24 13:7 13:24 14:7
**insurer**(1) 15:1
**intend**(1) 55:21
**intended**(2) 46:8 67:10
**intending**(1) 56:3
**intense**(1) 37:10
**intent**(3) 68:16 70:23 84:5
**intention**(3) 59:22 67:8 82:7
**inter-company**(7) 35:8 35:19 35:23 36:7 36:13 51:20 51:22

**interest**(12) 18:19 20:22 41:1 42:6 42:11 47:11 73:17 81:7 81:15 81:21 82:12 83:10

**interested**(3) 17:3 46:5 65:4
**interests**(2) 82:16
**interfering**(1) 53:14
**interim**(2) 12:1 54:4
**interpret**(1) 66:9
**intervene**(2) 45:10 50:1
**intervening**(1) 51:2
**into**(12) 20:2 20:20 28:13 29:6 29:18 35:20 39:14 40:10 40:16 45:13 49:3 63:3

**investigate**(2) 80:8 80:14
**investigated**(2) 23:7 32:8
**investigating**(2) 25:18 70:1
**investigation**(4) 76:7 78:6 81:9 82:9
**investment**(1) 7:24
**invitation**(1) 33:23
**invite**(1) 36:15
**invited**(1) 36:9
**involve**(1) 84:16
**involved**(7) 14:8 16:15 25:18 31:24 52:23 75:9 77:3

**involves**(1) 31:15
**involving**(1) 36:7
**iron**(1) 33:10
**isn't**(5) 24:23 53:24 80:12 81:12 81:13
**issue**(30) 14:14 17:19 25:2 25:8 31:8 31:9 32:2 33:18 35:19 38:15 40:17 42:18 42:22 50:4 52:12 57:14 57:15 59:14 65:11 66:22 66:23 70:21 72:21 73:21 75:20 81:12 81:13 81:14 81:17 82:13

**issues**(16) 17:20 22:21 24:8 31:8 39:18 39:24 40:3 41:21 51:20 67:2 75:2 76:20 79:8 80:20 82:11 82:21

**it's**(56) 10:13 13:14 13:15 14:24 18:2 18:21 20:15 20:15 21:13 22:13 22:19 25:14 28:3 28:22 29:4 31:8 32:5 33:7 33:15 34:9 34:22 36:24 40:18 44:18 48:11 48:12 49:11 51:3 57:14 57:19 58:22 59:20 60:1 60:21 61:18 66:5 66:9 66:18 67:5 67:9 68:19 69:4 69:11 69:23 71:3 71:4 73:24 78:16 79:10 79:12 79:14 80:2 80:15 81:22 81:24 82:14

**item**(34) 10:10 10:13 10:14 10:17 10:20 10:22 10:24 10:25 11:3 11:7 11:11 11:13 11:14 11:16 11:18 11:18 11:20 11:22 11:23 11:24 11:25 12:2 12:4 12:5 12:6 12:7 12:10 12:13 12:17 16:14 16:15 18:13 36:22 74:15

**items**(3) 10:12 17:10 53:6
**iteration**(1) 51:22
**its**(17) 19:22 25:14 29:1 29:10 34:15 34:17 43:13 45:14 55:19 64:19 67:13 75:10 75:11 77:17 78:24 79:13 83:5

**itself**(2) 13:10 50:19
**jail**(2) 16:17 18:2
**james**(5) 1:27 1:29 2:27 7:20 8:44
**jane**(1) 3:14
**january**(1) 20:21
**jared**(2) 5:26 5:39
**jason**(3) 7:14 8:7 8:8
**jean-marie**(1) 6:37
**jeff**(1) 8:11
**jefferies**(1) 7:5
**jeffrey**(2) 4:33 7:5
**jenner**(6) 5:21 75:2 75:8 75:11 80:4 80:5
**jennifer**(1) 3:20
**jersey**(2) 17:15 17:16
**jillian**(1) 5:10
**jim**(1) 55:4
**job**(2) 68:3 68:5
**john**(1) 9:22
**johnston**(1) 8:44
**join**(1) 48:18
**joint**(2) 52:25 81:6 81:20
**jon**(2) 8:14 8:15
**jones**(3) 5:31 8:18 8:18
**jpmorgan**(3) 6:26 9:4 20:13
**judge**(3) 1:21 19:5 66:16
**judgment**(10) 30:16 31:20 37:18 37:25 41:2 47:12 55:22 62:25 63:3 65:6

**juncture**(4) 18:23 77:19 79:12 82:24
**just**(54) 10:7 12:12 12:17 13:4 16:3 16:11 17:23 18:14 18:24 19:16 22:13 22:22 25:10 27:6 27:9 27:15 27:18 32:3 33:24 34:5 34:9 35:16 38:5 41:7 41:19 41:22 51:13 52:5 52:9 52:16 57:21 58:21 59:9 60:15 62:2 62:6 67:23 68:1 70:5 70:20 71:19 71:21 72:16 73:14 76:22 77:22 80:3 80:17 81:10 83:19 83:21 84:7 84:10 85:2

**justin**(1) 7:17
**kalenchits**(2) 5:44 5:44
**kansa**(1) 5:15
**kaplan**(1) 7:9
**karen**(1) 7:32
**karolyn**(1) 10:16
**kasowitz**(1) 7:41
**katharine**(1) 4:26
**katherine**(1) 5:40
**kaye**(2) 3:13 9:10
**keep**(2) 22:22 38:4
**kelley**(1) 6:26
**kempner**(1) 6:51
**ken**(1) 5:15
**keriann**(1) 5:16
**kevin**(3) 1:20 1:28 6:26
**kicked**(1) 77:13
**kind**(6) 11:20 31:16 54:3 64:17 77:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| kinds(2) 30:16 70:2 | | lengthy(1) 23:7 | | lugano(1) 1:42 | | mediation(8) 20:10 20:18 36:9 37:23 | |

**kinds(2)** 30:16 70:2
**kwang(4)** 2:36 2:37 3:48 4:28
**kjc(1)** 1:9
**klauder(1)** 3:47
**klee's(1)** 61:21
**kline(1)** 5:13
**knew(2)** 17:4 56:1
**know(64)** 11:19 12:23 13:14 13:15 13:15 14:23 15:7 15:12 15:14 15:16 15:16 15:21 18:5 18:7 20:22 31:24 32:3 32:3 34:11 35:3 35:7 35:9 36:10 36:16 36:22 37:6 37:15 38:2 38:6 40:2 42:11 43:24 47:22 52:5 52:9 52:9 52:23 53:7 53:9 54:1 54:3 54:5 54:13 54:14 55:1 58:22 58:24 59:2 59:15 61:18 63:8 65:12 68:3 69:20 69:22 70:24 71:17 73:13 78:11 78:21 82:2 82:3 82:19 82:20
**known(1)** 66:16
**knows(3)** 31:24 40:8 60:20
**krakauer(1)** 5:12
**kramer(1)** 6:40
**labor(1)** 8:37
**lack(1)** 51:18
**landis(3)** 2:11 2:12 78:8
**language(17)** 14:15 27:17 33:6 34:16 41:10 46:2 46:2 47:17 47:17 47:19 48:11 49:11 51:4 55:6 59:20 62:17 83:14
**lantry(22)** 1:28 12:12 12:15 12:20 12:22 13:5 13:20 13:23 14:22 16:7 16:14 16:22 16:24 17:25 18:8 36:4 36:21 38:9 53:4 54:8 54:19 54:24
**largely(1)** 84:15
**lashko(1)** 6:21
**last(10)** 17:18 30:4 30:11 30:19 34:10 37:9 51:13 51:21 65:3 77:23
**later(7)** 14:19 15:13 54:12 54:22 58:6 67:12 81:25
**latter(1)** 13:11
**laughter(1)** 33:19
**launch(1)** 58:22
**lauria(1)** 26:23
**laurie(1)** 3:5
**law(16)** 7:41 9:14 41:9 44:13 44:14 48:1 55:13 57:17 57:19 67:4 67:16 68:12 70:8 71:8 80:7 80:8
**lawsuit(3)** 48:13 64:3 64:7
**lawsuits(3)** 20:8 48:6 64:16
**lawyers(1)** 37:16
**layers(1)** 13:24
**lays(2)** 76:23 77:1
**layton(1)** 2:34
**lbo(13)** 14:2 14:3 22:18 30:13 30:14 35:23 45:20 46:6 46:19 51:20 52:1 61:10 61:20
**lead(1)** 19:25
**learn(1)** 53:22
**learning(1)** 50:16
**least(11)** 31:24 35:4 49:19 51:18 51:21 52:25 64:13 66:10 74:13 82:24 84:15
**leave(3)** 27:21 34:19 50:14
**leaves(1)** 12:4
**lecg(1)** 11:25
**led(2)** 20:11 20:12
**lederman(1)** 6:31
**lee(1)** 7:26
**legible(1)** 16:20
**legibly(1)** 16:24
**legitimate(1)** 49:10
**lemay(1)** 2:21
**lenders(7)** 4:5 8:44 8:48 20:12 24:20 26:24 42:5

**lengthy(1)** 23:7
**leonard(2)** 1:35 8:37
**let(18)** 12:15 28:21 33:1 34:23 38:5 39:2 40:2 42:25 46:20 50:18 56:8 59:23 60:10 61:9 65:17 66:15 67:10 72:18
**let's(10)** 17:23 23:18 43:25 45:7 48:20 69:3 74:4 74:9 82:12 85:2
**letter(1)** 46:17
**level(2)** 47:15 56:16
**leverage(1)** 20:13
**levin(1)** 6:40
**levine(1)** 12:3
**levy(2)** 6:19 9:48
**lexington(1)** 2:45
**liability(1)** 51:7
**liebentritt(1)** 5:5
**life(1)** 66:7
**lift(1)** 30:20
**lifted(3)** 30:18 34:11 45:25
**lifting(1)** 10:19
**light(3)** 24:7 32:23 34:25
**like(33)** 15:16 15:21 18:23 22:20 27:7 27:8 31:21 32:21 33:6 34:19 35:5 36:12 36:13 38:16 40:2 40:12 42:13 42:23 47:22 49:4 49:7 49:14 49:15 53:6 54:17 55:14 55:19 65:5 65:17 65:20 71:7 78:16
**likely(2)** 14:13 71:15
**liker(1)** 78:22
**limit(1)** 59:16 67:8 75:21
**limitation(3)** 67:6 77:5 77:10
**limitations(10)** 26:10 30:2 48:25 49:7 49:9 51:17 52:8 52:14 52:19 64:4
**limited(6)** 10:19 67:2 68:1 74:21 76:1
**limits(1)** 13:14
**line(7)** 32:15 37:13 44:12 44:21 45:2 45:3 65:3
**lines(2)** 45:6 47:4
**listed(3)** 47:25 62:12 74:11
**listen(5)** 30:25 55:9 55:10 58:1 58:2
**listened(1)** 55:12
**litany(3)** 50:22 51:5 51:5
**litigation(14)** 15:3 15:10 22:24 26:14 29:6 43:9 43:11 66:11 75:19 77:8 78:14 82:24 84:14 84:17
**little(6)** 15:12 35:17 45:8 48:18 54:12 54:17
**llc(4)** 4:48 6:13 7:49 8:33
**llp(21)** 1:26 2:4 2:19 2:26 3:4 3:13 4:12 4:19 4:32 4:41 5:21 5:38 6:4 6:18 6:30 6:34 8:43 9:7 9:10 9:21 9:21
**lockbox(1)** 3:49
**lohnes(1)** 11:23
**long(7)** 17:4 18:25 33:18 35:13 39:7 66:16 70:1
**longer(4)** 37:9 41:24 73:18 80:6
**look(10)** 34:24 40:1 52:15 66:7 70:8 70:1 76:17 81:13 84:22 85:1
**looked(2)** 21:10 69:22
**looking(5)** 15:8 30:10 48:5 65:1 83:23
**looks(2)** 32:2 35:5
**los(1)** 4:16
**lose(1)** 35:12
**losquadro(2)** 8:51 8:52
**lost(1)** 20:16
**lot(7)** 17:9 21:20 21:20 21:21 37:11 55:6 85:1
**lots(1)** 69:14
**low(1)** 31:12
**lower(1)** 32:5
**ludwig(1)** 5:10

**lugano(1)** 1:42
**lurking(1)** 36:24
**lynch(6)** 3:4 9:10 26:21 41:23 41:24 42:13
**lynch's(1)** 42:7
**lynne(1)** 7:29
**macey(9)** 12:13 74:14 74:20 75:15 75:22 79:15 80:12 80:17 80:24
**macquarie(1)** 9:18
**macy(4)** 77:6 79:4 81:9 82:17
**made(4)** 15:1 21:7 24:2 34:22 49:13 62:15 75:11 80:13 80:24
**madlyn(1)** 9:11
**main(1)** 41:21
**maintain(1)** 50:16
**maintained(1)** 51:7
**make(42)** 10:7 12:16 15:6 17:12 18:6 23:13 26:3 26:6 28:6 29:6 30:1 30:7 37:17 38:17 38:23 39:15 42:8 42:10 44:5 49:15 49:16 52:1 52:8 53:23 53:24 55:7 55:16 55:22 58:4 58:21 59:8 59:9 62:2 62:6 63:3 64:13 65:21 70:15 72:16 79:3 82:19 83:4
**makes(1)** 63:13
**making(9)** 36:17 40:23 45:14 47:5 47:20 49:12 53:16 55:20 58:2
**manag(1)** 55:20
**managemen(9)** 3:33 6:48 7:10 7:27 7:35 8:27 8:51 18:12 18:16
**manges(1)** 6:30
**many(8)** 13:9 13:23 22:20 30:4 36:24 37:23 59:1 82:2
**marbury(1)** 11:9
**marc(1)** 6:6
**marcia(1)** 10:23
**marek(1)** 7:29
**mark(1)** 35:12
**market(6)** 1:12 2:6 2:14 3:8 4:35 4:50
**marsal(1)** 8:4
**martin(1)** 3:27
**matter(9)** 12:10 19:6 32:1 34:14 57:22 66:16 69:5 80:3 85:16
**matters(3)** 16:11 24:14 34:18
**maue(1)** 8:29
**maureen(1)** 11:14
**maximize(4)** 25:15 32:12 48:6 62:22
**maximizes(1)** 41:11
**maximizing(1)** 78:24
**maximum(1)** 48:2
**may(43)** 13:20 16:9 16:10 17:2 17:5 17:19 17:20 19:17 20:1 20:11 21:17 22:10 26:15 28:5 28:25 31:16 32:1 34:10 35:5 35:14 36:17 39:12 43:3 44:4 45:25 49:1 49:25 53:12 55:22 57:23 60:9 60:12 62:9 62:24 66:18 67:9 71:19 74:17 74:18 78:13 82:1 82:13 82:25
**maybe(16)** 20:15 20:22 31:9 35:18 36:21 38:15 38:23 38:24 42:6 42:11 54:18 64:5 68:2 68:15 74:1 83:17
**mayer(2)** 4:26 6:34
**mccarter(1)** 4:19
**mccolm(1)** 6:22
**mcdermott(1)** 5:25
**mcmeel(1)** 85:20
**mcneill(1)** 3:6
**mean(13)** 18:4 19:11 19:16 21:16 30:14 31:10 33:6 44:22 55:21 78:8 78:11 79:1 81:3 81:16
**meaning(1)** 53:2
**means(2)** 33:15 66:9
**meant(2)** 33:16 81:19
**mechanic(1)** 52:1

**mediation(8)** 20:10 20:18 36:9 37:23 43:11 43:12 43:17 66:15
**meet(2)** 31:12 67:13
**meeting(1)** 37:15
**meisel(1)** 1:34
**memorializes(1)** 50:7
**mentioned(4)** 56:20 61:3 61:12 69:1
**merrill(7)** 3:4 9:10 26:21 41:23 41:24 42:7 42:13
**michael(5)** 2:44 5:6 6:35 8:22 8:23
**micromanag(1)** 62:19
**middle(3)** 46:17 47:4 59:12
**might(23)** 12:16 13:9 17:12 24:15 26:11 27:10 29:6 33:9 34:2 38:20 44:2 52:11 53:15 56:15 58:4 60:8 60:25 62:14 62:14 62:15 69:1 70:24 71:1
**mike(1)** 7:38
**milestones(3)** 38:25 42:19 52:11
**miller(1)** 7:46
**million(2)** 14:1 17:9
**mills(1)** 5:16
**mind(2)** 20:3 73:17
**mine(1)** 44:5
**minkove(1)** 9:4
**minute(2)** 22:11 30:24 33:10
**minutes(4)** 18:24 33:4 34:2 39:8
**mischief(1)** 65:5
**misinterpreting(1)** 68:16
**missed(3)** 13:1 55:25 71:19
**misunderstand(1)** 54:18
**mitigate(1)** 42:6
**mode(1)** 29:6
**modification(2)** 11:21 11:22
**modifications(6)** 28:7 39:16 39:16 40:23 47:5 47:20
**modified(4)** 24:15 62:12 83:18 84:1
**modify(1)** 48:1
**moelis(1)** 6:9
**moment(4)** 11:19 14:22 25:3 32:9
**moments(1)** 25:10
**monday(5)** 65:24 65:25 66:4 71:15 71:22
**month(1)** 37:10
**months(1)** 30:5
**more(20)** 10:8 14:24 15:6 17:21 20:23 24:11 30:25 31:18 37:10 37:24 54:17 65:11 65:13 65:20 67:19 70:19 74:13 75:8 76:13 80:18
**morgan(17)** 2:34 6:30 60:16 61:11 74:22 74:23 74:24 75:3 75:12 75:14 75:18 75:25 76:2 76:6 77:8 77:16 78:10
**morning(2)** 16:19 16:25
**moss(1)** 9:7
**most(5)** 20:19 22:11 32:23 72:2 72:11
**mostly(1)** 31:2
**motion(43)** 10:10 10:24 11:12 12:6 12:7 12:8 12:19 14:9 14:12 14:19 15:15 18:15 18:20 19:22 20:2 20:4 20:7 20:25 21:1 21:3 21:5 21:5 21:8 21:11 22:3 22:5 22:7 23:1 23:3 23:4 30:15 33:4 35:22 36:11 36:12 36:14 43:8 55:3 65:11 73:1 77:12 79:20 83:10
**motions(25)** 11:16 24:18 24:21 27:20 27:23 29:15 30:15 30:16 30:18 32:22 45:10 45:10 50:23 50:25 55:3 61:6 62:5 73:1 73:2 73:3 73:5 73:5 74:8 83:19 84:2
**motivation(1)** 25:15
**move(7)** 30:19 33:11 34:24 49:25 50:9 50:17 51:7
**moved(1)** 10:7
**moves(2)** 78:14 84:14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| moving(3) 34:12 75:1 76:4 | | now(29) 19:15 22:1 24:22 32:21 32:25 | | only(16) 10:14 10:16 10:23 11:14 12:11 | | p.o(4) 2:15 3:35 4:8 4:37 | |
| much(13) 12:24 13:2 13:8 13:9 14:24 | | 34:11 34:23 35:5 38:16 43:25 45:24 48:2 | | 16:15 34:19 35:7 35:10 38:17 38:19 47:1 | | page(18) 27:19 28:12 28:13 30:11 40:18 | |
| 23:13 25:22 37:10 60:6 64:21 67:11 71:4 | | 50:23 50:24 51:21 52:10 55:15 59:8 61:2 | | 48:5 61:3 76:19 80:15 | | 44:9 44:11 44:21 44:24 46:16 47:3 47:3 | |
| 85:4 | | 64:3 65:2 65:16 65:18 71:25 73:1 74:7 | | | | 50:5 55:6 59:12 65:2 77:4 83:16 | |
| multiply(1) 22:12 | | 79:6 80:7 82:10 | | open(6) 11:13 24:1 25:1 39:4 40:3 63:18 | | | |
| must(1) 84:8 | | | | operate(1) 55:12 | | paid(2) 13:4 77:24 | |
| myers(1) 5:29 | | | | opinion(1) 32:2 | | papers(6) 12:25 25:21 25:22 25:22 75:1 | |
| nail(1) 63:12 | | nucleus(1) 48:24 | | opportunity(9) 33:23 38:21 46:5 46:23 | | 75:16 | |
| name(2) 26:8 42:4 | | null(1) 58:13 | | 46:24 49:7 49:15 49:15 52:14 | | | |
| named(6) 24:6 26:8 42:1 42:2 48:23 48:23 | | nullify(1) 58:8 | | | | | |
| names(1) 75:25 | | number(31) 10:10 10:13 10:14 10:17 | | opposed(1) 73:14 | | paragraph(29) 27:5 27:14 28:9 30:11 | |
| naming(1) 41:13 | | 10:22 10:24 10:25 11:3 11:7 11:11 11:13 | | opposition(1) 19:4 | | 34:10 40:17 40:18 44:9 44:19 45:19 45:23 | |
| narrowed(1) 24:8 | | 11:16 11:21 11:22 11:23 11:24 11:25 12:2 | | oracle(1) 11:8 | | 45:25 46:8 46:17 50:6 50:11 50:25 57:16 | |
| naturally(1) 59:16 | | 12:5 12:5 12:6 12:9 12:10 12:13 12:17 | | oral(1) 46:5 | | 59:11 65:1 65:2 66:13 76:25 77:1 77:4 | |
| necessarily(2) 29:5 82:16 | | 17:22 20:10 22:7 25:10 36:22 39:16 | | order(71) 12:14 12:17 14:15 14:18 15:13 | | 77:10 77:16 83:16 83:24 | |
| necessary(5) 26:6 28:1 28:3 28:7 30:1 | | | | 15:18 15:24 16:3 18:14 22:4 26:16 27:2 | | | |
| need(27) 13:17 21:12 21:25 26:8 30:6 | | numbers(2) 11:15 15:25 | | 27:2 27:19 27:20 28:1 28:16 29:19 30:8 | | paragraphs(6) 28:12 50:5 50:14 51:2 | |
| 30:10 38:4 39:7 41:19 42:8 48:23 49:24 | | numerous(1) 37:15 | | 30:19 32:16 32:17 32:23 33:4 33:15 34:1 | | 66:12 77:23 | |
| 51:4 52:6 52:6 54:1 56:20 65:20 70:16 | | nunc(2) 71:3 76:25 | | 34:7 34:13 36:23 38:24 39:16 40:1 40:8 | | | |
| 71:5 71:18 78:3 78:9 78:12 78:13 81:7 | | o'melveny(1) 5:29 | | 40:9 40:19 42:22 44:25 45:4 45:11 45:21 | | | |
| 82:11 | | o'neal(1) 5:6 | | 45:23 46:9 46:11 54:20 62:12 63:12 64:24 | | parallel(1) 81:9 | |
| needed(1) 80:19 | | oaktree(2) 7:26 20:12 | | 64:21 65:13 65:16 66:8 71:9 71:13 71:14 | | parameters(2) 65:9 82:1 | |
| needs(8) 26:9 46:23 51:15 52:7 75:13 | | object(4) 25:6 40:13 43:7 43:10 | | 71:20 72:13 72:19 72:25 76:9 76:15 76:22 | | parenthetical(1) 45:7 | |
| 78:12 81:8 83:4 | | objected(3) 15:14 23:16 75:19 | | 77:18 77:21 77:23 78:22 80:11 83:7 83:10 | | park(4) 3:15 3:42 4:21 7:32 | |
| | | objecting(5) 40:24 41:7 44:11 47:6 47:7 | | 83:18 84:1 | | parke(4) 2:19 6:4 10:11 20:5 | |
| negative(2) 50:11 51:3 | | objection(19) 10:13 10:15 10:17 10:23 | | | | parse(1) 51:4 | |
| negotiate(1) 82:12 | | 11:1 11:4 11:8 11:14 12:11 15:24 16:15 | | order's(1) 16:5 | | part(6) 20:8 24:21 35:2 41:17 42:21 68:4 | |
| neil(2) 8:51 8:52 | | 16:18 24:17 31:13 43:18 59:14 66:20 | | ordered(10) 20:10 30:11 41:19 44:9 44:19 | | participate(1) 20:6 | |
| neither(2) 24:25 40:10 | | 80:22 84:7 | | 45:19 45:25 46:8 46:11 51:25 | | participation(1) 25:2 | |
| neutral(3) 47:17 48:4 48:12 | | objections(7) 21:10 23:17 31:2 35:14 43:1 | | ordering(1) 76:24 | | particular(6) 25:11 31:1 39:1 50:19 59:19 | |
| never(1) 66:18 | | 43:24 79:23 | | orders(3) 11:20 23:12 77:25 | | 75:19 | |
| new(15) 2:23 2:46 3:16 3:29 3:43 4:23 | | objectors(5) 23:15 23:15 30:22 30:22 35:8 | | ordinary(1) 52:4 | | | |
| 4:45 7:42 17:15 17:16 33:6 50:22 51:5 | | obligated(1) 55:24 | | original(5) 14:18 15:18 16:3 25:23 37:3 | | particularly(1) 37:9 | |
| 80:7 80:8 | | obligation(2) 55:16 56:5 | | originally(1) 75:2 | | parties(61) 10:18 15:19 15:21 18:19 20:22 | |
| news(1) 8:18 | | observed(1) 58:7 | | ornaments(1) 23:19 | | 22:4 22:22 25:2 25:10 25:21 26:4 26:7 | |
| newspaper(1) 21:21 | | obstructionist(1) 70:15 | | other(48) 10:8 12:1 13:9 13:16 15:8 15:24 | | 27:12 31:5 31:11 31:18 32:1 32:3 32:24 | |
| next(16) 17:23 28:9 36:12 39:6 50:11 54:9 | | obviate(2) 44:22 62:10 | | 16:11 18:19 19:4 19:12 21:24 23:17 25:22 | | 34:6 34:12 35:1 35:3 35:13 36:9 36:14 | |
| 54:11 54:15 54:22 56:8 56:17 65:3 65:19 | | obviated(1) 56:15 | | 25:2 26:11 28:6 29:19 29:20 34:9 36:22 | | 36:22 36:25 37:24 38:6 39:17 40:5 40:25 | |
| 65:22 77:1 77:10 | | obvious(2) 20:16 29:5 | | 35:7 36:1 36:5 36:19 36:22 39:24 41:22 | | 41:7 41:7 41:14 42:10 42:22 44:11 46:5 | |
| | | obviously(7) 13:23 20:15 25:17 40:12 47:8 | | 43:1 43:24 46:9 46:12 46:15 48:8 50:4 | | 46:9 46:12 47:6 47:8 47:15 47:25 55:14 | |
| next-to-the-last(1) 45:18 | | 54:12 76:17 | | 50:13 50:25 52:2 54:2 55:1 61:20 62:23 | | 56:23 58:1 61:15 63:2 63:13 64:2 71:11 | |
| ninth(1) 10:13 | | | | 63:13 64:2 65:14 66:25 67:14 76:3 84:16 | | 71:13 71:18 73:9 73:16 77:11 78:5 81:24 | |
| nobody(3) 23:14 52:15 58:6 | | occasionally(1) 18:5 | | | | | |
| none(1) 23:15 | | occurred(3) 19:24 21:4 80:3 | | other's(1) 50:8 | | partner(2) 18:13 44:3 | |
| nor(2) 40:11 68:10 | | october(7) 1:15 10:1 54:23 66:1 66:3 | | others(9) 23:19 26:17 28:5 30:23 31:13 | | partners(5) 6:51 7:24 7:38 8:7 8:41 | |
| normal(1) 40:14 | | 77:23 85:19 | | 54:21 61:12 61:23 72:8 | | party(11) 24:25 25:12 30:19 31:1 37:17 | |
| normally(2) 32:4 34:17 | | | | | | 40:13 50:25 65:14 76:20 81:5 83:13 | |
| norman(2) 1:36 10:5 | | off(7) 15:5 15:22 25:3 39:3 63:15 73:15 | | otherwise(7) 12:16 29:14 30:14 51:23 77:9 | | parver(1) 3:14 | |
| north(6) 1:37 2:37 3:8 4:35 4:50 14:23 | | 82:3 | | 80:19 83:11 | | pass(1) 25:7 | |
| not(107) 13:14 14:6 14:14 16:24 16:25 | | | | | | passed(2) 27:4 42:7 | |
| 17:4 17:13 18:19 18:22 19:5 19:17 20:6 | | offer(1) 76:8 | | ought(2) 31:5 81:16 | | passing(1) 35:11 | |
| 20:7 20:11 20:15 20:16 21:1 21:2 22:25 | | office(1) 3:46 | | our(32) 19:16 32:7 37:5 37:14 37:18 | | past(2) 50:16 58:5 | |
| 22:19 24:11 25:12 26:3 26:23 27:1 27:10 | | officially(1) 20:11 | | 41:18 42:3 42:21 48:5 48:11 50:15 55:22 | | pattern(1) 50:17 | |
| 29:22 30:5 31:6 32:5 32:10 32:11 33:8 | | officials(1) 18:6 | | 56:16 56:16 59:14 59:16 59:19 62:12 | | paul(1) 6:17 | |
| 33:17 34:9 34:15 35:11 35:13 36:10 37:25 | | okay(39) 13:12 13:18 13:19 13:22 14:5 | | 62:24 63:3 63:16 63:16 64:14 68:23 70:1 | | pause(4) 17:5 17:21 42:25 60:14 | |
| 38:1 38:2 39:9 39:10 40:6 41:7 41:13 | | 16:13 18:4 18:9 21:12 23:22 32:14 32:19 | | 70:22 75:1 80:21 82:7 84:5 84:19 84:19 | | pay(2) 13:15 14:17 | |
| 41:19 42:1 42:21 43:16 44:5 48:9 49:11 | | 33:21 34:3 35:24 36:1 36:19 39:6 39:6 | | | | paying(1) 16:2 | |
| 50:8 50:20 53:2 53:4 53:7 57:8 57:13 | | 39:9 45:3 45:16 45:22 46:14 46:22 49:21 | | ourselves(1) 64:17 | | payment(3) 13:1 15:13 42:5 | |
| 57:15 57:20 58:20 59:20 60:2 60:9 60:21 | | 54:25 55:2 62:4 65:25 69:18 71:7 71:24 | | out(25) 15:14 15:21 15:24 16:13 33:11 | | payments(1) 42:7 | |
| 61:3 61:20 61:21 62:20 64:14 64:21 65:4 | | 72:15 74:9 81:22 83:6 84:6 85:3 | | 33:17 35:13 35:23 47:7 48:7 49:12 50:19 | | peg(1) 8:19 | |
| 66:4 66:11 67:5 67:11 67:16 68:13 69:1 | | | | 51:25 53:21 59:17 69:15 71:1 73:9 75:6 | | pendency(3) 30:8 30:11 45:19 | |
| 70:15 70:21 70:22 71:3 71:12 72:9 73:7 | | oksana(1) 6:21 | | 75:15 76:23 77:1 79:1 82:12 82:13 | | pending(3) 22:3 26:12 43:11 | |
| 74:3 74:11 75:22 77:7 78:16 78:16 78:20 | | olshan(1) 8:47 | | | | pennsylvania(1) 1:46 | |
| 78:21 79:1 79:3 80:15 80:22 81:17 81:22 | | omnibus(10) 10:13 10:19 10:22 11:1 11:3 | | outcome(2) 20:23 66:17 | | people(19) 19:3 23:23 23:24 24:4 26:13 | |
| 81:25 82:13 82:23 83:7 | | 11:7 11:13 12:10 16:15 17:24 | | outrageously(2) 15:10 59:4 | | 27:6 27:16 36:11 36:17 51:19 53:14 55:21 | |
| | | | | outset(3) 81:23 82:1 83:7 | | 55:21 57:20 62:13 63:4 65:21 70:7 76:16 | |
| note(4) 17:14 41:22 50:21 62:11 | | once(1) 66:9 | | outside(5) 32:25 51:20 60:8 60:22 71:2 | | | |
| noted(1) 80:22 | | one(58) 1:30 2:36 3:42 8:47 12:20 12:24 | | outstanding(1) 66:21 | | perceive(2) 51:18 51:19 | |
| nothing(3) 14:3 46:11 49:14 | | 14:22 14:25 15:14 16:11 17:9 17:12 17:2 | | over(11) 11:18 12:19 23:7 28:13 30:4 31:3 | | perceived(1) 78:21 | |
| notice(5) 15:14 15:16 16:19 17:1 46:4 | | 19:12 21:1 21:16 21:17 22:10 25:9 31:10 | | 31:13 36:14 41:5 46:16 82:8 | | perception(1) 24:12 | |
| notified(1) 16:25 | | 31:23 34:9 35:10 35:17 36:21 40:3 41:23 | | | | perfectly(1) 48:4 | |
| notion(2) 47:14 48:7 | | 42:15 45:7 46:7 46:15 47:1 47:16 48:8 | | overall(3) 34:7 41:2 47:12 | | perhaps(6) 20:19 25:9 31:10 39:25 61:3 | |
| notwithstanding(1) 26:2 | | 50:6 50:10 52:16 60:12 60:16 60:25 61:2 | | overrule(1) 66:21 | | 69:19 | |
| novack(1) 12:13 | | 62:7 64:5 64:11 65:8 69:23 70:16 70:24 | | overruled(1) 84:7 | | | |
| novak(13) 74:14 74:20 75:15 75:22 77:6 | | 71:3 72:6 73:18 73:19 73:21 74:13 76:13 | | overtaken(1) 21:5 | | period(10) 14:2 23:7 24:22 26:4 28:14 | |
| 79:4 79:15 79:17 80:12 80:17 80:24 81:8 | | 76:14 81:13 82:8 | | own(2) 25:22 63:3 | | 28:20 37:6 40:7 49:9 59:17 | |
| 82:17 | | | | ownership(1) 79:2 | | | |
| november(7) 10:12 10:21 11:7 11:10 66:1 | | ones(3) 25:19 49:20 83:2 | | p.a(1) 3:32 | | permission(1) 81:8 | |
| 66:5 66:6 | | ongoing(4) 29:2 34:21 37:2 37:3 | | p.m(6) 1:16 10:1 39:11 39:11 71:14 85:11 | | permit(1) 29:17 | |
| | | | | | | permits(1) 29:17 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **permutation**(1) 48:4 | | **prepared**(1) 32:12 | | **provide**(2) 13:17 54:21 | | **recovery**(5) 25:15 26:10 41:12 48:3 69:14 |
| **pernick**(5) 1:36 10:4 10:5 12:19 18:13 | | **presence**(1) 32:25 | | **provides**(2) 30:8 30:19 | | **redacted**(3) 73:13 74:1 74:3 |
| **perry**(1) 7:20 | | **present**(1) 52:13 | | **provision**(2) 33:13 41:5 | | **redeeming**(2) 67:5 72:7 |
| **persuade**(1) 57:4 | | **presented**(1) 11:5 | | **provisions**(3) 28:13 29:19 77:25 | | **reed**(2) 2:4 11:21 |
| **pervading**(1) 47:14 | | **presenting**(1) 61:7 | | **pryor**(1) 9:7 | | **refer**(1) 32:7 |
| **peter**(2) 7:23 8:26 | | **preserve**(2) 24:15 28:1 | | **puppets**(1) 63:1 | | **reference**(3) 47:7 77:18 77:22 |
| **phone**(1) 81:14 | | **preserved**(7) 30:18 36:18 41:1 47:11 | | **purpose**(5) 34:12 43:12 74:21 75:15 79:5 | | **references**(1) 77:5 |
| **phones**(3) 26:25 27:7 53:20 | | 55:16 56:5 65:3 | | **purposes**(6) 10:19 10:20 15:16 75:17 | | **reflect**(1) 12:25 |
| **pick**(3) 34:12 46:4 81:14 | | **preserves**(1) 51:1 | | 79:15 82:19 | | **reflects**(1) 76:9 |
| **picked**(1) 68:6 | | **press**(1) 21:20 | | | | **regard**(7) 37:1 55:19 55:24 57:15 58:22 |
| **pickering**(1) 5:47 | | **presumably**(2) 20:21 64:4 | | **pursue**(3) 26:5 65:9 69:8 | | 76:8 84:19 |
| **picture**(2) 13:21 31:2 | | **presume**(1) 51:24 | | **pursued**(2) 35:4 58:19 | | |
| **piece**(1) 15:10 | | **presumptuou**(1) 38:23 | | **push**(1) 32:12 | | **regarding**(3) 20:5 45:10 81:10 |
| **pinckney**(1) 4:48 | | **pretty**(5) 49:3 57:19 58:16 60:6 62:19 | | **pushing**(1) 31:16 | | **reject**(1) 25:17 |
| **pipeline**(1) 14:24 | | **prevent**(1) 30:1 | | **pushover**(1) 31:25 | | **rejected**(2) 24:23 70:4 |
| **place**(4) 18:6 20:20 38:5 75:5 | | **prevented**(1) 63:17 | | **put**(19) 20:20 23:23 23:25 26:18 33:6 | | **rejection**(1) 26:13 |
| **placed**(1) 23:20 | | **prevents**(1) 63:16 | | 38:25 39:2 41:16 53:24 54:13 55:11 55:24 | | **relate**(1) 75:9 |
| **plain**(1) 68:1 | | **previously**(3) 18:18 42:19 56:20 | | 59:12 59:15 66:15 76:9 81:12 84:13 85:2 | | **related**(6) 12:6 12:7 12:9 32:22 61:10 |
| **plainly**(1) 31:16 | | | | | | **relates**(2) 27:5 33:13 |
| **plaintiff**(1) 76:4 | | **prieto**(1) 7:35 | | **putting**(1) 15:11 | | **relating**(4) 33:6 74:22 75:3 75:7 |
| **plaintiffs**(1) 47:9 | | **primarily**(1) 64:7 | | **quality**(1) 65:6 | | **relationship**(4) 53:14 53:15 81:23 83:11 |
| **plan**(32) 17:8 20:20 24:23 24:23 24:23 | | **primofi**(1) 9:11 | | **quantify**(1) 17:7 | | **relationship's**(1) 54:6 |
| 26:13 28:18 28:19 28:19 28:23 29:1 29:3 29:8 | | **principal**(2) 42:6 42:11 | | **question**(29) 11:19 12:4 12:23 13:8 13:13 | | **relatively**(1) 80:3 |
| 29:11 32:10 32:11 32:11 36:6 37:4 37:7 | | **prior**(6) 15:24 27:15 27:24 28:20 33:24 | | 15:17 33:2 34:8 39:6 41:24 43:23 51:12 | | **relief**(3) 34:13 34:25 65:15 |
| 37:8 38:22 50:18 50:19 51:8 54:11 56:22 | | 40:8 | | 56:8 57:23 58:17 58:20 60:21 61:19 62:1 | | **relieved**(1) 55:19 |
| 63:7 64:5 64:5 64:5 64:10 64:11 | | | | 62:3 62:8 69:10 70:7 77:12 78:3 78:4 | | **reluctance**(1) 84:19 |
| | | **privilege**(1) 81:15 | | 78:7 78:19 80:11 | | **remain**(1) 73:8 |
| **plan's**(1) 26:13 | | **pro**(3) 8:52 71:3 77:1 | | | | **remaining**(3) 35:14 47:1 84:7 |
| **play**(1) 37:9 | | **probably**(11) 10:8 20:15 26:3 27:16 31:24 | | **questions**(10) 15:20 27:16 31:21 35:16 | | **remedied**(1) 33:8 |
| **played**(1) 75:6 | | 34:4 34:22 53:22 72:7 73:22 77:19 | | 36:1 36:19 52:22 72:24 79:18 79:21 | | **remote**(1) 58:16 |
| **playing**(1) 70:22 | | | | | | **remove**(1) 42:6 |
| **plays**(1) 82:13 | | **problem**(7) 16:4 47:1 48:5 49:6 50:3 59:3 | | **quickly**(4) 10:6 12:12 27:18 76:22 | | **renaissance**(1) 4:27 |
| **plaza**(2) 2:22 3:7 | | 64:22 | | **quite**(5) 41:19 55:25 58:1 59:5 79:19 | | **renew**(2) 22:5 25:4 |
| **please**(1) 13:5 | | | | | | **repayments**(1) 42:5 |
| **pleasure**(1) 39:24 | | **problems**(8) 33:7 33:12 33:12 33:25 34:6 | | **races**(1) 31:11 | | **repeat**(2) 83:21 84:8 |
| **plvtz**(1) 11:2 | | 58:23 58:24 79:10 | | **raise**(1) 57:15 | | **repeated**(1) 22:19 |
| **podium**(3) 12:19 19:1 19:11 | | | | **raised**(6) 30:21 42:19 67:2 76:20 78:3 | | **replace**(1) 46:2 |
| **point**(28) 21:1 21:14 23:13 24:11 24:12 | | **procedural**(2) 17:20 70:21 | | 80:20 | | **replaced**(1) 45:20 |
| 26:14 27:5 27:6 28:17 31:2 34:22 38:11 | | **procedures**(1) 40:14 | | | | **report**(15) 35:2 52:13 54:18 60:3 61:4 |
| 47:16 49:14 51:13 53:25 59:6 59:7 59:9 | | **proceed**(2) 32:21 78:20 | | **raises**(1) 68:23 | | 61:5 61:21 67:3 68:10 68:18 68:20 69:1 |
| 61:1 62:16 63:11 63:25 64:13 70:6 71:15 | | **proceeded**(3) 30:6 73:14 77:9 | | **raising**(1) 58:20 | | 72:10 73:4 75:7 |
| 81:1 81:2 | | **proceedings**(6) 1:19 1:51 26:12 34:15 | | **random**(2) 53:7 53:7 | | |
| | | 60:14 85:16 | | **ranges**(1) 53:9 | | **reported**(1) 52:6 |
| **points**(1) 62:7 | | | | **rate**(1) 16:25 | | **reports**(1) 65:10 |
| **policy**(4) 13:9 13:10 13:14 13:16 | | **process**(37) 17:13 20:1 20:1 20:20 24:4 | | **rath**(2) 2:11 2:13 | | **represent**(2) 43:6 75:14 |
| **polite**(1) 68:2 | | 24:11 24:12 26:5 27:13 30:4 31:22 34:21 | | **rather**(1) 77:15 | | **representation**(6) 75:11 75:17 75:22 78:9 |
| **polk**(1) 2:41 | | 34:23 35:12 37:2 37:3 37:16 37:19 38:5 | | **rationale**(2) 48:19 48:19 | | 83:4 83:9 |
| **position**(5) 18:24 57:25 78:22 83:25 84:15 | | 38:7 38:19 41:18 50:18 50:19 51:8 52:24 | | **rbs**(2) 7:4 7:4 | | |
| **positioned**(1) 35:5 | | 53:5 61:14 62:19 64:10 65:16 69:5 73:13 | | **re-notice**(1) 17:23 | | **representatives**(1) 47:24 |
| **positive**(1) 53:4 | | | | | | **represented**(2) 78:14 78:18 |
| **possibility**(1) 29:2 | | **produced**(1) 1:52 | | **reach**(4) 15:21 29:7 39:19 75:15 | | **representing**(4) 26:23 26:25 74:21 76:2 |
| **possible**(6) 53:10 56:25 70:24 73:17 73:24 | | **professional**(3) 62:24 64:1 64:14 | | **reached**(6) 21:22 24:13 24:19 29:4 73:9 | | **request**(5) 14:17 25:4 48:18 50:12 75:16 |
| 80:14 | | **professionals**(6) 12:2 23:7 41:3 47:12 48:7 | | 79:11 | | **requested**(3) 13:3 14:14 24:18 34:25 |
| | | 64:19 | | | | **requests**(2) 18:5 84:17 |
| **possibly**(1) 75:17 | | | | **read**(7) 40:8 40:9 46:10 47:18 50:10 80:4 | | **requirements**(1) 58:15 |
| **post**(1) 49:12 | | **promise**(3) 19:9 19:10 19:13 | | 83:24 | | **reservation**(1) 50:12 |
| **posture**(1) 64:20 | | **proof**(3) 10:25 31:9 31:10 | | | | **reserve**(2) 19:3 38:15 |
| **potential**(9) 23:8 26:10 30:2 37:11 46:10 | | **proper**(2) 25:12 26:7 | | **reading**(1) 84:19 | | **reserved**(1) 77:20 |
| 68:5 72:8 74:22 79:6 | | **properly**(4) 24:15 58:7 58:14 79:4 | | **real**(4) 49:10 54:8 57:23 68:4 | | **reserves**(1) 25:6 |
| | | **proponent**(1) 29:10 | | **really**(14) 23:14 31:13 34:9 42:21 56:20 | | **reserving**(2) 19:16 77:17 |
| **potter**(1) 3:4 | | **proponents**(5) 24:24 29:8 36:5 37:19 38:3 | | 59:7 62:18 62:21 63:2 63:11 63:15 68:24 | | **resolution**(5) 29:7 49:5 57:24 66:18 75:20 |
| **powder**(1) 22:22 | | **proposal**(2) 55:10 55:10 | | 69:11 70:19 | | **resolve**(6) 17:11 31:19 35:14 73:20 73:22 |
| **ppearances**(4) 1:23 2:1 3:1 4:1 | | **proposals**(1) 55:7 66:12 | | | | 77:15 |
| **pre**(1) 22:17 | | **propose**(4) 46:12 54:3 54:8 63:14 | | **realm**(1) 8:7 | | |
| **prelbo**(1) 64:10 | | **proposed**(15) 25:24 26:15 28:18 28:19 | | **reason**(7) 15:11 28:25 29:9 35:15 40:15 | | **resolved**(3) 32:11 35:20 42:23 |
| **pre-lbo**(4) 20:16 22:14 64:7 66:25 | | 28:23 32:17 32:23 37:4 40:9 40:19 40:21 | | 58:16 70:6 | | **respect**(39) 10:13 10:15 10:23 11:1 11:4 |
| **pre-petition**(1) 17:16 | | 47:18 48:9 48:12 48:14 | | | | 11:5 11:15 11:8 11:14 11:17 12:11 13:2 |
| **preamble**(1) 76:23 | | | | **reasons**(5) 17:22 21:2 27:11 35:3 80:5 | | 13:8 14:16 14:18 14:19 21:10 28:11 41:23 |
| **precise**(1) 41:10 | | **proposing**(1) 57:20 | | **receive**(2) 16:17 42:5 | | 46:9 61:7 61:10 61:11 65:1 65:7 66:14 |
| **preclude**(1) 62:13 | | **prosecute**(6) 25:12 27:22 32:18 52:7 52:15 | | **received**(3) 18:7 36:10 42:11 | | 71:8 72:5 72:13 73:11 73:19 75:14 76:2 |
| **predicate**(1) 49:10 | | 52:16 | | **recent**(1) 32:23 | | 76:3 76:20 77:11 77:16 77:20 78:9 |
| **prefer**(3) 54:11 54:14 74:3 | | | | **recess**(2) 39:10 39:11 | | |
| **preference**(7) 37:1 37:11 37:22 52:3 53:1 | | **prosecuted**(1) 51:15 | | **recipients**(1) 55:1 | | **respects**(1) 59:16 |
| 61:13 72:8 | | **prosecuting**(5) 75:18 78:16 | | **recitation**(1) 16:12 | | **respond**(4) 16:18 19:16 22:10 30:14 |
| | | **prosecution**(4) 20:8 27:9 77:7 80:10 | | **recognize**(1) 85:1 | | **responding**(1) 84:16 |
| **preferences**(1) 42:21 | | **protect**(2) 64:17 64:21 | | **recommend**(1) 53:18 | | **response**(5) 35:10 59:7 60:10 67:11 82:6 |
| **preferential**(1) 37:5 | | **protection**(2) 42:10 63:4 | | **reconvene**(1) 39:9 | | **responses**(2) 19:18 73:15 |
| **prefers**(1) 12:16 | | **protective**(3) 48:12 72:2 72:11 | | **record**(5) 22:20 23:14 26:18 61:19 70:6 | | **responsibility**(3) 52:7 67:13 79:3 |
| **preparation**(1) 21:9 | | **protects**(2) 51:5 51:6 | | **recorded**(1) 1:51 | | **rest**(4) 36:9 37:19 38:6 84:3 |
| | | | | **recording**(2) 1:51 85:15 | | |
| | | | | **recoveries**(2) 48:6 62:22 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| restricting(1) 34:16 | | says(9) 30:11 34:10 47:5 50:25 57:17 68:1 77:5 77:17 77:19 | | settlements(9) 29:4 29:18 29:20 45:10 45:13 46:10 46:13 50:19 63:14 | | sorry(13) 11:4 12:2 19:7 19:9 26:24 44:24 45:1 47:21 51:10 60:24 66:3 67:23 71:19 | |
| result(3) 16:12 35:11 59:13 | | | | | | | |
| resulted(1) 20:5 | | scales(1) 48:8 | | seven(2) 3:28 73:16 | | sort(2) 53:6 76:23 | |
| retain(4) 74:20 75:13 75:17 80:7 | | schedule(3) 63:6 71:15 71:16 | | several(2) 19:24 72:8 | | sottile(8) 2:27 44:3 44:8 44:23 45:9 45:17 45:23 46:25 | |
| retained(6) 75:2 76:25 77:2 79:5 79:15 | | scheme(2) 80:2 80:2 | | shachar(1) 9:4 | | | |
| retention(13) 11:17 11:22 11:23 12:3 12:14 74:14 75:4 76:1 76:21 77:6 79:18 79:19 82:8 | | schlerl(1) 4:33 | | shall(3) 30:13 46:11 77:7 | | sound(2) 1:51 85:15 | |
| | | scholer(2) 3:13 9:10 | | shape(1) 56:19 | | sounds(1) 54:17 | |
| | | schott(1) 7:38 | | share(4) 53:20 54:4 56:25 79:12 | | south(2) 1:30 4:14 | |
| return(2) 63:21 74:9 | | schotz(1) 1:34 | | shared(4) 26:17 36:9 76:18 76:19 | | spaeder(2) 2:26 22:24 | |
| reveal(1) 52:25 | | schulte(1) 7:32 | | shareholders(3) 67:5 68:11 72:7 | | speak(4) 12:15 18:5 33:24 60:9 | |
| revealed(1) 35:3 | | schuylkill(1) 1:45 | | sharing(2) 37:5 54:9 | | special(2) 2:4 22:24 | |
| review(1) 46:24 | | scope(1) 65:7 | | ship(1) 83:3 | | specific(6) 34:9 41:6 41:13 77:2 79:17 82:10 | |
| revised(2) 29:3 45:24 | | scott(2) 4:42 6:43 | | shooting(1) 65:23 | | | |
| revisit(1) 51:14 | | screw(1) 59:21 | | short(2) 34:21 65:13 | | | |
| richards(1) 2:34 | | scrutiny(1) 37:7 | | shortly(1) 54:13 | | specifically(6) 20:2 60:22 68:11 68:22 69:24 78:4 | |
| ride(1) 44:3 | | seal(3) 11:15 12:5 12:9 | | shotgun(1) 44:3 | | | |
| rifkind(1) 6:17 | | sealed(1) 73:8 | | should(37) 18:14 20:16 23:10 23:23 24:4 24:5 24:6 25:20 26:12 30:12 30:24 30:25 31:1 35:4 35:9 37:21 39:3 40:6 40:15 42:1 42:22 44:17 45:20 48:23 50:20 50:20 53:1 53:2 56:13 64:1 64:12 65:22 71:13 72:25 73:8 81:6 83:8 | | specificity(1) 13:2 | |
| right(36) 21:19 23:21 25:3 25:4 25:6 26:11 28:21 28:24 29:11 31:17 39:13 40:15 42:16 42:24 43:19 43:25 44:1 44:7 46:16 46:20 48:8 48:20 52:10 56:24 57:1 60:13 60:18 60:23 61:16 69:16 74:6 74:10 77:15 81:20 82:24 84:6 | | seated(2) 10:2 39:12 | | | | speed(1) 15:12 | |
| | | second(17) 23:3 30:10 40:17 42:15 44:9 44:9 44:12 44:21 45:2 45:3 57:14 59:6 60:12 74:25 82:6 83:15 83:16 83:24 | | | | speeding(1) 65:16 | |
| | | | | | | spend(1) 34:2 | |
| | | | | | | spoken(1) 14:13 | |
| | | secondly(1) 13:1 | | | | spokesperson(1) 64:15 | |
| rights(11) 19:3 19:16 30:17 46:9 46:12 51:1 64:12 77:11 77:17 77:20 83:25 | | section(3) 11:12 61:8 61:13 | | shouldn't(7) 23:24 24:5 24:5 24:6 78:4 81:7 83:8 | | square(2) 2:36 3:28 | |
| | | sector(1) 53:13 | | | | stage(2) 18:22 83:12 | |
| rise(2) 10:2 39:12 | | sectors(1) 53:9 | | shoving(1) 31:16 | | stand(3) 39:10 39:13 54:21 | |
| road(2) 70:17 77:14 | | securities(2) 7:4 7:47 | | shown(2) 34:11 46:2 | | standard(10) 32:4 32:5 34:12 41:15 41:15 48:8 62:21 64:1 67:13 77:25 | |
| robby(1) 10:16 | | see(20) 21:18 33:10 34:24 38:4 45:7 46:23 49:8 51:8 53:13 54:5 54:5 58:17 69:5 69:23 73:20 74:3 75:16 77:18 80:21 82:1 | | sic(2) 28:19 | | | |
| robert(5) 2:35 3:26 4:5 10:18 48:16 | | | | side(2) 21:24 25:3 | | | |
| roberts(1) 7:46 | | | | sides(1) 77:17 | | standing(23) 12:7 12:8 20:7 23:1 23:2 23:4 23:11 23:16 27:20 27:21 27:23 32:17 43:8 56:13 57:18 58:15 61:6 67:14 73:2 77:12 79:1 83:19 84:2 | |
| rockefeller(1) 2:22 | | seek(3) 18:20 24:25 39:20 | | sidley(1) 1:26 5:9 | | | |
| rodney(1) 2:36 | | seeking(2) 20:2 20:24 | | siegel(1) 3:27 | | | |
| roitman(1) 6:6 | | seeks(2) 20:9 43:8 | | sign(4) 14:18 15:18 15:22 51:23 | | | |
| role(3) 56:4 57:17 80:6 | | seem(3) 17:11 55:23 63:10 | | signed(2) 16:5 33:16 | | | |
| romanette(1) 83:23 | | seemed(2) 80:17 81:10 | | significant(4) 19:24 21:14 52:17 52:18 | | stands(1) 45:24 | |
| romero(1) 9:14 | | seems(5) 19:15 37:17 58:4 63:8 81:16 | | silly(1) 81:10 | | stanley(16) 6:30 60:16 61:11 74:23 74:23 74:24 75:3 75:12 75:14 75:18 75:25 76:2 76:6 77:8 77:16 78:10 | |
| room(1) 17:6 | | seen(3) 14:23 33:5 42:9 | | silverstein(1) 3:5 | | | |
| rosenzweig(1) 8:47 | | seife(3) 2:20 22:10 22:13 | | simes(1) 6:35 | | | |
| rosner(1) 7:43 | | seiler(1) 7:9 | | simple(1) 78:7 | | | |
| ross(1) 5:17 | | selber(1) 3:5 | | simplicity(1) 80:23 | | stargatt(1) 4:4 | |
| roth(1) 7:32 | | self(1) 20:11 | | simply(7) 17:14 39:19 46:8 63:1 76:25 77:24 78:15 | | stark(26) 3:26 26:25 31:24 33:21 33:22 49:19 49:23 51:13 52:21 57:24 58:24 59:7 60:9 61:8 61:12 61:17 61:18 62:2 65:5 | |
| rothschild(1) 4:32 | | self-settlement(1) 20:17 | | | | | |
| route(1) 78:6 | | semicolon(1) 84:2 | | | | | |
| rudnick(3) 3:25 5:38 48:17 | | send(1) 15:23 | | since(7) 19:23 21:5 23:8 37:8 44:2 68:8 80:13 | | | |
| ruiz(1) 9:15 | | sense(2) 12:17 26:3 29:6 33:13 43:21 57:19 58:2 58:4 59:3 77:13 82:17 84:23 | | | | stark's(1) 58:23 | |
| rule(1) 29:15 | | | | single(2) 21:2 69:23 | | start(5) 12:17 12:17 33:5 46:20 76:16 | |
| ruled(1) 72:25 | | | | sit(1) 59:10 | | started(1) 37:3 | |
| rules(1) 46:18 | | sent(1) 60:1 | | sitrick(1) 11:16 | | starting(3) 28:12 29:25 46:1 | |
| ruling(5) 24:21 39:20 67:1 67:1 71:7 | | sentence(6) 21:2 45:13 50:24 51:6 59:18 83:19 | | situation(5) 64:3 64:18 65:4 83:3 83:13 | | starts(1) 45:13 | |
| run(4) 10:6 49:9 49:20 58:5 | | | | sixth(1) 16:15 | | state(5) 67:4 68:12 70:8 71:8 72:6 | |
| running(3) 26:9 30:2 43:12 | | separate(3) 14:2 44:2 61:13 | | skip(1) 11:18 | | stated(2) 22:15 27:10 | |
| runs(1) 52:14 | | separately(4) 14:20 40:11 78:14 78:17 | | skipped(1) 46:15 | | statement(2) 22:11 70:18 | |
| rush(2) 19:1 19:11 | | september(3) 19:23 23:3 23:4 | | small(1) 80:3 | | statements(1) 74:23 | |
| rushabh(1) 9:18 | | serve(1) 29:23 | | smith(2) 2:4 11:21 | | states(3) 1:1 1:21 76:23 | |
| russano(1) 2:44 | | served(2) 20:1 43:12 | | solution(1) 70:24 | | stating(1) 61:9 | |
| sachs(1) 6:43 | | service(2) 1:44 1:52 | | solve(6) 15:9 50:3 58:23 58:24 59:2 64:22 | | status(1) 54:17 | |
| safe(1) 85:6 | | services(3) 1:44 10:16 84:11 | | solves(1) 48:5 | | statute(5) 26:10 49:7 49:9 51:16 52:8 | |
| said(11) 16:14 21:4 22:11 22:14 23:18 23:23 23:24 35:16 36:25 37:24 38:18 40:22 80:12 80:14 81:20 | | serving(1) 22:24 | | some(29) 10:6 16:1 24:9 24:9 25:20 27:16 29:25 30:22 32:1 33:10 33:12 35:7 36:10 38:25 42:22 49:1 49:24 50:13 53:12 56:14 59:15 61:1 65:14 71:17 73:17 75:7 80:6 82:12 83:10 | | statutes(5) 30:1 38:22 48:25 52:14 52:19 | |
| | | session(3) 43:21 44:5 66:17 | | | | stay(23) 10:19 27:5 27:8 28:14 28:24 29:12 29:13 29:17 29:17 30:7 30:9 30:12 30:14 30:18 30:20 33:6 34:10 37:14 40:7 45:19 45:25 50:18 50:22 | |
| | | sessions(2) 20:18 44:2 | | | | | |
| | | set(7) 18:21 27:20 27:22 31:8 32:18 65:17 69:15 | | | | | |
| same(5) 25:15 68:21 69:15 81:10 82:17 | | | | somebody(7) 29:1 33:1 52:7 55:25 59:21 65:13 75:13 | | | |
| samples(2) 53:7 53:8 | | | | | | stayed(2) 26:12 29:9 48:21 | |
| san(1) 9:14 | | setting(1) 42:19 | | somebody's(1) 65:6 | | stays(1) 34:15 | |
| sanzeri(1) 10:14 | | settle(14) 24:18 25:1 29:21 29:22 40:4 40:6 40:11 50:6 50:8 50:23 59:16 59:19 63:18 77:15 | | somehow(1) 62:10 | | stearn(1) 2:35 | |
| satisfactory(2) 36:8 37:17 | | | | someone(2) 32:4 67:14 | | step(2) 8:47 26:23 | |
| satisfied(1) 51:21 | | | | something(19) 30:3 35:18 35:19 36:24 38:4 40:1 50:9 54:2 54:9 55:25 57:4 57:5 57:7 59:3 60:20 69:11 81:24 81:25 83:11 | | stephanie(1) 85:20 | |
| satisfy(2) 34:13 57:12 | | settled(1) 51:9 | | | | steven(1) 3:6 | |
| saw(1) 33:4 | | settlement(32) 13:1 14:17 14:18 15:4 16:3 20:12 21:22 22:15 22:17 22:18 24:24 25:12 28:11 29:2 31:4 31:11 32:1 33:13 37:7 40:10 40:12 40:13 40:16 50:12 51:1 59:13 63:11 66:12 77:11 77:20 78:20 78:23 | | | | still(17) 17:20 24:3 24:10 25:8 27:16 29:2 29:20 36:24 40:18 49:3 57:2 68:19 72:21 73:16 73:20 73:22 83:4 | |
| say(35) 17:19 18:14 31:10 31:16 31:23 31:23 31:25 35:18 35:25 45:7 48:11 52:1 53:2 53:8 56:2 56:14 58:6 58:18 59:4 66:6 68:2 70:17 70:18 71:13 83:13 | | | | | | | |
| | | | | sometime(1) 20:21 | | stipulation(2) 10:19 11:4 | |
| saying(6) 19:12 33:25 58:13 67:25 71:20 83:17 | | | | somewhat(1) 68:18 | | stop(1) 64:4 72:18 83:19 | |
| | | | | | | story(1) 21:24 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| strauss(3) 3:39 7:13 18:11 | | takes(2) 34:24 48:7 | | that(301) 10:7 10:11 10:12 10:20 11:20 | | that(267) 50:22 50:23 50:24 51:3 51:4 |
| street(13) 1:12 1:37 1:45 2:6 2:14 2:29 | | taking(5) 48:8 48:9 53:6 53:7 63:1 | | 12:4 12:12 12:14 12:15 12:20 12:25 13:9 | | 51:5 51:15 51:16 51:17 51:18 51:19 51:21 |
| 2:37 3:8 3:48 4:7 4:28 4:35 4:50 | | talk(11) 19:15 34:1 38:3 38:15 38:16 50:5 | | 13:13 13:13 13:15 13:16 13:17 13:18 | | 51:24 51:24 51:25 52:5 52:8 52:11 52:17 |
| | | 62:7 69:12 81:8 81:14 81:17 | | 14:11 14:12 14:14 14:14 14:15 14:16 14:17 | | 52:17 52:23 52:3 53:4 53:5 53:12 53:14 |
| strength(1) 78:12 | | | | 14:23 14:24 14:25 14:25 15:3 15:6 15:7 | | 53:14 53:16 53:20 53:22 53:23 53:25 54:1 |
| strengths(2) 82:18 83:1 | | talked(2) 26:25 57:5 | | 15:9 15:11 15:12 15:21 16:1 16:4 16:11 | | 54:2 54:9 54:11 54:12 54:20 54:25 55:1 |
| stricken(1) 45:14 | | talking(8) 24:4 34:14 40:22 57:24 62:13 | | 16:25 17:3 17:4 17:4 17:8 17:12 17:14 | | 55:9 55:10 55:11 55:13 55:16 55:17 55:17 |
| strike(5) 30:16 45:12 46:1 46:6 84:3 | | 71:2 71:21 77:22 | | 17:15 18:14 18:19 18:20 19:9 19:11 19:15 | | 55:18 55:21 55:23 56:2 56:3 56:5 |
| strongly(1) 49:3 | | | | 19:23 19:25 19:25 20:8 20:16 20:17 20:17 | | 56:7 56:9 56:11 56:14 56:18 56:18 56:20 |
| struck(3) 44:10 44:25 45:5 | | tasks(1) 84:10 | | 21:3 21:3 21:4 21:5 21:6 21:10 21:12 | | 57:3 57:7 57:7 57:8 57:12 57:19 57:19 |
| structured(1) 57:16 | | taylor(1) 4:4 | | 21:22 21:24 21:25 22:1 22:2 22:4 22:6 | | 57:20 57:21 58:4 58:6 58:6 58:8 58:13 |
| struggle(1) 17:13 | | telephone(1) 43:4 | | 22:12 22:15 23:2 23:3 23:4 23:9 23:9 | | 58:15 58:17 58:18 58:21 58:21 58:22 |
| stuart(1) 8:29 | | telephonic(6) 5:1 6:1 7:1 8:1 9:1 72:19 | | 23:10 23:12 23:14 23:25 24:1 24:11 24:11 | | 58:22 58:24 59:3 59:5 59:6 59:11 59:14 |
| studied(1) 52:6 | | 35:17 39:19 39:23 42:24 53:17 | | 24:12 24:13 24:19 24:21 24:25 25:2 25:4 | | 59:16 59:19 59:21 60:2 60:8 60:8 60:16 |
| studying(1) 52:12 | | | | 25:6 25:8 25:9 25:11 25:13 25:14 25:14 | | 60:17 60:18 60:19 60:20 60:22 61:1 61:1 |
| stuff(1) 59:17 | | tells(1) 43:22 | | 25:19 25:20 26:2 26:2 26:4 26:6 26:6 | | 61:2 61:2 61:5 61:7 61:14 61:20 61:20 |
| subject(5) 23:11 35:21 42:12 46:13 57:22 | | tenth(1) 10:15 | | 26:9 26:11 26:11 27:2 27:4 27:5 27:5 | | 61:24 61:24 61:25 62:1 62:9 62:10 62:11 |
| submit(3) 71:2 71:14 71:22 | | term(4) 30:13 44:11 45:21 79:13 | | 27:6 27:6 27:10 27:11 27:14 27:15 27:15 | | 62:13 62:15 62:16 62:17 62:18 62:21 |
| submitted(3) 14:7 61:6 65:11 | | terminated(1) 33:15 | | 27:17 27:21 27:23 28:1 28:2 28:4 28:7 | | 62:22 62:23 63:2 63:6 63:13 63:13 63:19 |
| submitting(1) 10:18 | | terminates(1) 37:23 | | 28:10 28:12 28:14 28:20 28:24 28:25 | | 63:21 63:22 64:1 64:7 64:9 64:9 64:21 |
| subsection(1) 45:12 | | termination(6) 28:15 28:16 28:21 28:22 | | 28:25 29:1 29:4 29:5 29:9 29:13 29:16 | | 64:13 64:22 65:1 65:2 65:5 65:8 65:21 |
| subsections(1) 45:15 | | 29:10 33:14 | | 29:17 29:19 29:25 30:1 30:3 30:3 30:8 | | 66:4 66:7 66:16 66:19 66:20 66:22 66:25 |
| subsidiary(1) 51:5 | | | | 30:11 30:12 30:15 30:19 30:20 30:21 | | 67:1 67:6 67:6 67:7 67:9 67:16 67:18 |
| substitute(1) 47:18 | | terms(13) 17:8 17:8 18:2 32:18 45:11 | | 30:21 30:23 31:1 31:5 31:6 31:11 31:15 | | 67:20 67:20 68:5 68:7 68:9 68:10 68:13 |
| substituted(2) 41:25 42:9 | | 53:10 54:8 67:12 68:1 76:3 76:5 78:15 | | 31:18 31:25 32:6 32:8 32:10 32:15 32:16 | | 68:13 68:17 68:20 68:23 68:23 68:25 |
| such(13) 18:6 18:7 22:4 34:18 40:12 | | 78:24 | | 32:18 33:1 33:6 33:8 33:13 33:13 33:14 | | 69:11 69:19 69:24 69:25 70:16 70:17 |
| 40:23 47:5 47:20 67:15 83:25 84:12 84:17 | | terry(1) 11:8 | | 34:20 34:22 34:23 34:25 35:1 35:3 35:6 | | 70:18 70:21 71:1 71:3 71:4 71:5 71:10 |
| 84:17 | | than(14) 14:25 30:25 34:10 54:2 54:12 | | 35:7 35:10 35:11 35:15 35:19 35:21 36:6 | | 71:20 72:4 72:5 72:13 72:13 72:19 72:20 |
| sue(1) 68:11 | | 54:18 54:22 67:14 67:20 76:3 76:13 77:15 | | 36:8 36:12 36:14 36:18 37:6 37:6 37:7 | | 73:13 73:14 73:18 73:20 73:21 73:24 |
| sufficient(1) 46:3 | | 80:18 83:2 | | 37:7 37:8 37:13 37:16 37:17 37:18 37:19 | | 73:25 74:10 74:14 74:17 75:3 75:4 75:10 |
| sufficiently(1) 61:19 | | | | 37:20 38:2 38:3 38:4 38:11 38:17 38:18 | | 75:15 75:19 75:20 75:22 75:25 76:1 76:8 |
| suggest(4) 22:21 55:17 69:18 70:21 | | thank(32) 12:21 16:6 16:7 18:8 19:19 | | 38:19 38:20 38:20 38:24 39:3 39:4 39:18 | | 76:9 76:10 76:20 76:25 77:5 77:13 77:13 |
| suggested(2) 28:5 80:23 | | 22:8 22:9 32:19 32:20 33:22 33:22 38:8 38:9 | | 40:1 40:25 41:5 41:11 41:11 41:14 41:14 | | 77:15 77:19 77:21 77:21 78:1 78:7 78:8 |
| suggesting(3) 57:20 68:20 84:20 | | 39:5 43:19 44:8 44:16 48:15 52:20 52:21 | | 41:16 41:16 41:17 41:18 41:22 42:2 42:3 | | 79:16 80:9 80:17 80:18 80:23 81:1 81:2 |
| suggestion(2) 38:24 72:2 | | 54:24 62:1 64:24 72:22 72:23 74:6 76:12 | | 42:5 42:7 42:8 42:10 42:10 42:18 42:22 | | 81:5 81:7 81:7 81:10 81:16 81:22 81:24 |
| suggestions(7) 24:2 26:22 40:24 41:17 | | 80:1 83:5 84:4 85:5 85:8 85:9 | | 43:1 43:8 43:10 43:16 43:17 43:21 43:25 | | 82:17 83:9 83:20 83:21 83:25 84:6 84:9 |
| 47:6 47:9 55:18 | | | | 44:4 44:22 45:6 45:19 45:25 45:25 46:2 | | 84:11 84:14 84:15 84:19 85:1 85:2 85:4 |
| | | thanksgiving(1) 54:12 | | 46:8 46:11 47:10 47:15 47:22 48:8 48:13 | | 85:14 |
| suit(2) 53:2 83:20 | | | | 48:18 48:21 48:22 48:23 48:24 49:1 49:2 | | that'd(1) 59:5 |
| suite(9) 1:38 2:7 2:14 2:30 3:21 3:48 4:15 | | | | 49:4 49:5 49:6 49:6 49:11 49:13 49:14 | | that's(59) 12:18 13:18 13:25 14:3 14:21 |
| 4:36 4:51 | | | | 49:17 49:19 49:20 49:20 49:24 49:25 50:1 | | 15:23 16:8 19:11 29:9 34:25 36:24 38:6 |
| | | | | 50:3 50:5 50:6 50:10 50:22 50:22 | | 51:5 52:9 52:18 54:19 55:6 55:11 55:21 |
| suits(1) 78:17 | | | | | | 55:22 56:6 58:3 58:16 59:12 59:18 59:20 |
| sullivan(1) 12:3 | | | | | | 60:6 60:9 61:6 63:23 64:3 64:20 66:6 |
| summary(1) 30:15 | | | | | | 66:13 66:19 70:17 70:22 74:11 77:22 |
| supervision(1) 38:2 | | | | | | 78:6 78:7 79:20 80:14 81:19 81:20 82:3 |
| supplement(5) 12:8 23:2 60:17 65:11 73:2 | | | | | | 82:25 83:3 84:4 84:5 84:20 |
| supplemental(1) 50:1 | | | | | | |
| supplemented(1) 22:5 | | | | | | thau(1) 7:46 |
| supplied(1) 84:11 | | | | | | |
| support(12) 22:15 22:18 24:24 26:13 27:2 | | | | | | |
| 28:17 28:22 29:1 29:8 29:11 48:19 79:18 | | | | | | |
| supported(2) 64:6 64:11 | | | | | | |
| supporters(1) 32:10 | | | | | | |
| supports(2) 20:17 22:16 | | | | | | |
| sure(37) 10:7 15:6 26:6 30:1 30:23 36:17 | | | | | | |
| 37:17 37:20 37:25 38:1 38:2 41:19 42:8 | | | | | | |
| 42:10 44:5 48:21 51:13 52:1 52:8 53:23 | | | | | | |
| 55:7 55:16 55:25 57:13 57:16 58:1 58:21 | | | | | | |
| 62:2 62:20 64:13 68:25 70:16 72:9 72:17 | | | | | | |
| 79:3 79:19 84:8 | | | | | | |
| surprise(1) 60:21 | | | | | | |
| suspended(1) 29:16 | | | | | | |
| suttonbrook(1) 6:47 | | | | | | |
| swallowed(1) 52:18 | | | | | | |
| swing(1) 17:9 | | | | | | |
| sync(1) 10:8 | | | | | | |
| system(2) 18:3 54:2 | | | | | | |
| t's(1) 70:20 | | | | | | |
| tabak(1) 7:46 | | | | | | |
| table(2) 25:3 25:8 | | | | | | |
| tactical(1) 21:1 | | | | | | |
| tagalong(2) 50:24 51:6 | | | | | | |
| take(14) 17:25 18:24 22:11 29:25 33:9 | | | | | | |
| 33:18 39:3 43:9 47:7 55:18 58:16 61:4 | | | | | | |
| 63:2 71:7 | | | | | | |
| taken(4) 17:11 17:22 39:11 75:5 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **the**(301) 1:1 1:2 1:20 2:4 2:11 3:46 4:6 4:44 6:4 10:2 10:3 10:5 10:6 10:7 10:8 10:10 10:13 10:14 10:14 10:15 10:17 10:17 10:18 10:19 10:20 10:20 10:22 10:23 10:24 10:25 11:1 11:2 11:3 11:5 11:6 11:7 11:8 11:9 11:12 11:13 11:14 11:15 11:16 11:19 11:20 11:21 11:21 11:22 11:22 11:23 11:24 11:25 12:1 12:2 12:3 12:4 12:5 12:6 12:8 12:8 12:10 12:11 12:13 12:13 12:16 12:18 12:19 12:21 12:24 12:25 13:1 13:3 13:10 13:11 13:11 13:14 13:16 13:18 13:21 13:22 13:24 13:24 13:25 14:1 14:2 14:3 14:3 14:5 14:5 14:6 14:7 14:8 14:9 14:10 14:12 14:12 14:15 14:15 14:16 14:17 14:18 14:18 14:19 14:21 14:24 14:25 15:2 15:4 15:5 15:11 15:11 15:13 15:13 15:15 15:17 15:18 15:18 15:19 15:21 15:24 15:24 15:25 15:25 16:2 16:3 16:5 16:5 16:10 16:11 16:12 16:14 16:14 16:17 16:18 16:20 16:23 17:1 17:1 17:7 17:9 17:9 17:13 17:16 17:17 17:18 17:18 17:19 17:23 17:23 17:25 18:2 18:4 18:9 18:12 18:15 18:15 18:19 18:21 18:23 18:25 19:3 19:3 19:6 19:6 19:8 19:11 19:11 19:12 19:13 19:17 19:20 19:25 20:1 20:2 20:4 20:6 20:8 20:8 20:8 20:10 20:12 20:13 20:14 20:14 20:16 20:18 20:21 20:23 20:25 21:1 21:5 21:5 21:5 21:6 21:7 21:10 21:10 21:12 21:16 21:17 21:19 21:21 21:22 21:23 21:24 21:25 22:2 22:3 22:4 22:5 22:6 22:7 22:9 22:12 22:15 22:16 22:17 22:17 22:18 22:20 22:21 22:21 22:25 23:1 23:1 23:2 23:3 23:4 23:6 23:8 23:8 23:8 23:10 23:11 23:11 23:14 23:15 23:16 23:17 23:18 23:19 23:22 23:25 24:3 24:5 24:7 24:8 24:10 24:14 24:15 24:16 24:16 24:17 24:18 24:19 24:20 24:20 24:21 24:21 24:22 24:22 24:23 24:23 24:25 25:1 25:2 25:3 25:3 25:3 25:4 25:4 25:4 25:5 25:6 25:6 25:8 25:8 25:9 25:11 25:12 25:12 25:12 25:15 25:15 25:16 25:17 25:19 25:19 25:19 25:20 25:21 25:23 25:25 25:25 26:3 26:4 26:4 26:5 | | **the**(301) 26:7 26:9 26:10 26:11 26:11 26:12 26:12 26:13 26:14 26:15 26:17 26:18 26:20 26:23 26:24 26:25 27:1 27:2 27:4 27:5 27:7 27:8 27:8 27:9 27:11 27:12 27:12 27:15 27:16 27:19 27:19 27:19 27:20 27:20 27:21 27:21 27:22 27:22 27:23 27:24 27:24 27:24 27:25 27:25 28:8 28:8 28:9 28:9 28:10 28:10 28:12 28:12 28:13 28:14 28:15 28:16 28:16 28:17 28:17 28:18 28:18 28:18 28:20 28:20 28:22 28:22 28:22 28:23 28:23 28:23 28:23 28:24 28:24 28:25 28:25 29:1 29:3 29:5 29:8 29:9 29:11 29:11 29:11 29:12 29:13 29:13 29:14 29:14 29:17 29:17 29:18 29:19 29:20 29:21 29:22 29:23 30:1 30:2 30:4 30:4 30:6 30:6 30:8 30:8 30:9 30:10 30:11 30:12 30:12 30:14 30:14 30:17 30:17 30:18 30:19 30:20 30:21 30:22 30:23 30:24 31:2 31:3 31:3 31:4 31:6 31:7 31:7 31:10 31:10 31:13 31:19 31:20 31:21 31:23 32:2 32:3 32:3 32:7 32:9 32:10 32:10 32:11 32:11 32:13 32:14 32:15 32:16 32:16 32:17 32:18 32:18 32:19 32:21 32:22 32:23 32:23 32:24 33:1 33:5 33:5 33:6 33:9 33:12 33:12 33:13 33:15 33:16 33:18 33:21 33:23 33:24 34:3 34:5 34:6 34:6 34:7 34:8 34:10 34:10 34:11 34:11 34:14 34:16 34:19 34:20 34:20 34:23 34:23 34:25 35:2 35:2 35:3 35:5 35:8 35:9 35:11 35:12 35:13 35:18 35:19 35:20 35:21 35:22 35:22 35:23 35:23 35:24 36:1 36:3 36:4 36:5 36:5 36:6 36:9 36:9 36:11 36:19 36:23 36:24 36:25 36:25 37:2 37:2 37:3 37:3 37:4 37:4 37:5 37:7 37:8 37:11 37:13 37:14 37:16 37:19 37:19 37:22 37:23 37:25 38:1 38:2 38:3 38:6 38:6 38:7 38:8 38:10 38:13 38:15 38:17 38:17 38:18 38:21 38:21 39:2 39:3 39:6 39:6 39:9 39:9 39:12 39:13 39:15 39:16 39:17 39:22 39:23 39:24 40:1 40:3 40:3 40:4 40:4 40:5 40:6 40:7 40:7 40:8 40:8 40:8 40:9 40:9 40:10 40:11 40:11 40:13 40:15 40:15 40:17 40:17 40:18 40:18 40:20 40:21 40:22 40:23 40:24 | | **the**(301) 40:25 40:25 41:1 41:2 41:2 41:5 41:7 41:7 41:10 41:10 41:11 41:11 41:12 41:13 41:15 41:15 41:16 41:18 41:21 41:23 41:25 41:25 42:1 42:2 42:3 42:4 42:4 42:9 42:16 42:20 42:20 42:24 43:4 43:5 43:7 43:8 43:8 43:11 43:12 43:14 43:15 43:15 43:16 43:17 43:19 43:21 43:23 43:25 44:7 44:9 44:11 44:11 44:14 44:16 44:17 44:18 44:18 44:18 44:21 44:24 45:1 45:2 45:3 45:3 45:6 45:6 45:11 45:12 45:14 45:16 45:18 45:19 45:23 45:20 45:21 45:22 45:23 45:23 45:24 45:25 46:1 46:2 46:3 46:5 46:6 46:6 46:8 46:9 46:11 46:14 46:16 46:17 46:17 46:19 46:19 46:20 46:23 46:23 47:4 47:4 47:5 47:6 47:7 47:8 47:9 47:9 47:10 47:10 47:11 47:11 47:12 47:15 47:15 47:18 47:18 47:20 47:21 47:22 47:24 47:24 48:2 48:3 48:5 48:7 48:8 48:8 48:10 48:10 48:12 48:13 48:15 48:20 48:24 48:24 49:3 49:7 49:7 49:9 49:10 49:11 49:12 49:13 49:15 49:15 49:16 49:17 49:17 49:17 49:19 49:21 49:23 49:24 50:4 50:4 50:5 50:7 50:7 50:8 50:11 50:16 50:18 50:19 50:22 50:22 50:24 50:24 51:1 51:4 51:6 51:10 51:11 51:13 51:14 51:16 51:16 51:20 51:20 51:21 51:22 52:1 52:1 52:4 52:7 52:12 52:14 52:19 52:20 52:22 52:22 52:23 52:24 52:24 53:1 53:3 53:5 53:9 53:13 53:16 53:19 53:19 53:20 53:23 54:2 54:6 54:14 54:17 54:20 54:20 54:21 54:22 54:25 54:25 55:3 55:5 55:6 55:7 55:9 55:9 55:10 55:11 55:13 55:14 55:14 55:15 55:17 55:18 55:18 55:19 55:23 56:3 56:6 56:8 56:8 56:9 56:13 56:13 56:16 56:17 56:17 56:19 56:22 56:23 56:24 56:25 57:2 57:7 57:8 57:18 57:16 57:17 57:17 57:17 57:18 57:18 57:19 57:23 57:24 57:25 58:1 58:6 58:7 58:8 58:8 58:10 58:11 58:11 58:12 58:13 58:14 58:17 58:17 58:18 58:24 59:2 59:3 59:8 59:9 59:12 59:13 59:17 59:18 59:20 59:21 59:23 59:25 60:2 60:4 60:6 60:10 60:11 60:13 | | **the**(301) 60:17 60:17 60:20 60:23 61:1 61:2 61:3 61:4 61:5 61:5 61:6 61:6 61:10 61:14 61:15 61:16 61:18 61:22 61:24 61:24 61:25 62:2 62:4 62:7 62:7 62:8 62:9 62:11 62:12 62:17 62:22 62:23 62:25 63:2 63:4 63:5 63:6 63:8 63:10 63:11 63:12 63:12 63:12 63:13 63:14 63:14 63:16 63:17 63:18 63:20 63:21 63:24 63:25 63:25 64:1 64:6 64:7 64:9 64:10 64:10 64:10 64:11 64:11 64:12 64:13 64:18 64:20 64:20 64:22 64:25 65:1 65:2 65:3 65:3 65:4 65:6 65:7 65:8 65:9 65:9 65:10 65:11 65:11 65:12 65:15 65:16 65:17 65:18 65:18 65:19 65:25 66:3 66:5 66:8 66:10 66:11 66:12 66:13 66:14 66:14 66:17 66:20 66:25 66:25 66:25 67:1 67:2 67:3 67:3 67:5 67:6 67:8 67:8 67:9 67:10 67:11 67:12 67:13 67:14 67:15 67:16 67:19 67:19 67:21 67:22 67:23 67:25 67:25 68:5 68:7 68:9 68:9 68:10 68:11 68:14 68:18 68:19 68:19 68:21 68:22 68:23 69:1 69:3 69:5 69:8 69:10 69:11 69:14 69:15 69:17 69:24 69:24 70:2 70:3 70:5 70:7 70:7 70:7 70:8 70:9 70:10 70:12 70:12 70:12 70:13 70:16 70:17 70:18 70:18 70:20 70:20 70:25 70:25 71:5 71:6 71:7 71:7 71:9 71:10 71:10 71:12 71:12 71:13 71:18 71:18 71:20 71:20 71:23 71:25 72:1 72:2 72:3 72:4 72:6 72:9 72:9 72:10 72:11 72:11 72:11 72:12 72:14 72:15 72:16 72:18 72:20 72:24 72:25 73:1 73:1 73:5 73:5 73:6 73:7 73:8 73:9 73:10 73:11 73:12 73:16 73:19 73:19 73:21 73:25 74:3 74:7 74:9 74:11 74:14 74:15 74:15 74:16 74:18 74:19 74:20 74:21 74:23 74:24 74:25 74:25 75:1 75:3 75:4 75:4 75:6 75:7 75:9 75:12 75:12 75:13 75:16 75:16 75:19 75:21 75:21 75:23 75:23 75:23 75:24 76:1 76:1 76:2 76:2 76:4 76:5 76:5 76:6 76:12 76:14 76:16 76:16 76:18 76:18 76:19 76:21 76:22 76:24 77:1 77:1 77:2 77:4 77:4 77:5 77:5 77:6 77:6 77:7 77:8 77:9 77:10 77:11 77:12 77:13 77:14 77:14 77:16 77:19 77:20 77:21 |
| | | | | | | **the**(127) 77:22 77:22 77:23 78:2 78:4 78:4 78:5 78:6 78:7 78:7 78:8 78:9 78:12 78:12 78:13 78:15 78:16 78:17 78:19 78:22 78:23 78:25 79:1 79:2 79:2 79:3 79:7 79:11 79:11 79:12 79:13 79:13 79:15 79:17 79:18 79:19 79:20 79:20 79:22 80:1 80:4 80:7 80:10 80:11 80:13 80:14 80:15 80:23 81:1 81:3 81:5 81:7 81:8 81:10 81:12 81:12 81:13 81:14 81:14 81:16 81:19 81:22 81:23 82:1 82:1 82:2 82:3 82:9 82:9 82:9 82:16 82:16 82:17 82:17 82:17 82:18 82:18 82:21 82:23 82:24 82:25 82:25 83:2 83:2 83:4 83:6 83:7 83:8 83:8 83:9 83:10 83:12 83:14 83:15 83:15 83:16 83:16 83:16 83:17 83:19 83:23 83:24 83:25 84:3 84:6 84:6 84:8 84:9 84:12 84:14 84:15 84:15 84:18 84:20 84:22 84:23 85:1 85:6 85:10 85:11 85:14 85:15 85:15 85:16 |
| | | | | | | **their**(22) 22:22 24:24 25:13 25:22 25:22 28:17 31:12 36:15 49:3 50:12 50:25 53:10 54:11 63:3 64:8 65:21 72:3 72:12 78:6 82:18 82:20 83:11 |
| | | | | | | **theirs**(1) 50:2 |
| | | | | | | **them**(34) 14:13 15:15 24:9 24:10 24:16 28:6 36:11 39:20 42:7 47:17 49:4 49:4 51:6 52:7 52:16 53:25 54:5 54:10 54:15 55:24 56:19 56:21 57:21 63:14 70:11 71:9 71:14 72:14 73:11 73:11 75:14 76:8 79:20 81:14 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**then**(35) 11:12 11:16 12:5 12:7 14:17 19:12 22:12 23:10 38:16 43:25 44:21 45:11 46:3 46:18 50:9 50:11 51:1 51:10 51:11 52:13 53:10 53:12 53:13 53:21 54:3 54:25 61:9 65:12 72:21 73:22 76:24 77:2 80:5 83:19 84:2

**theories**(5) 61:20 68:21 69:14 69:22 69:25
**theory**(5) 68:19 69:4 69:11 69:19 71:1
**there**(79) 13:2 13:10 13:13 13:15 14:6 15:15 19:11 21:4 21:20 22:22 23:10 23:15 24:17 25:13 29:1 29:9 30:15 31:4 31:18 33:7 34:6 35:1 35:7 35:14 35:16 36:24 37:20 38:5 39:18 40:12 41:4 41:21 44:4 42:14 42:18 42:25 43:1 43:10 43:24 44:4 45:18 46:7 49:5 51:17 52:2 52:5 53:12 56:17 57:3 57:9 59:12 59:15 59:20 59:21 60:4 60:15 60:16 61:1 61:12 61:20 61:23 66:8 66:22 66:23 68:17 71:1 71:12 72:18 72:24 74:10 78:11 78:11 80:7 81:15 81:16 83:20 84:2 84:7 85:3

**there's**(29) 13:23 21:2 23:14 24:11 25:25 31:15 33:1 40:1 40:14 43:12 49:6 49:13 50:6 52:8 56:1 58:16 60:7 66:17 66:24 71:17 72:7 73:22 76:6 76:7 78:19 78:20 79:6 80:6 82:7

**thereafter**(2) 54:13 54:14
**these**(26) 19:24 20:23 21:14 23:11 24:13 31:1 32:8 32:22 34:20 48:6 48:20 55:16 56:5 56:14 56:18 62:5 64:15 64:21 75:14 76:7 77:25 78:21 79:14 82:19 83:1

**they**(64) 12:25 15:1 15:4 16:25 22:5 22:18 24:4 25:13 27:8 31:5 32:11 33:9 35:4 35:9 37:17 40:16 41:5 41:7 42:1 42:1 43:16 43:22 47:22 49:12 49:13 50:9 50:9 52:6 54:10 54:11 55:22 57:2 57:5 57:6 58:2 58:3 58:5 59:3 61:14 63:6 63:10 64:9 65:14 68:21 68:25 69:1 70:2 70:16 70:16 70:17 75:9 75:22 75:24 76:25 77:2 78:7 78:11 81:1 81:6 81:13 81:17 82:21 82:25 83:25

**they'd**(3) 54:14 59:4 77:3
**they'll**(3) 30:24 58:1 58:2
**they're**(21) 13:25 15:8 27:9 31:18 52:12 52:12 53:6 53:21 53:23 54:10 57:3 57:25 70:1 73:12 73:18 77:24 77:24 78:21 80:13 81:9 83:2
**they've**(4) 27:11 75:15 77:21 78:4
**thing**(10) 14:3 17:12 19:12 27:12 31:23 35:17 63:17 63:22 74:14 80:2

**things**(22) 10:6 14:25 17:14 19:24 23:17 30:16 33:10 33:17 39:24 41:22 44:6 44:6 50:22 51:19 53:21 56:18 56:25 57:3 59:1 69:25 70:19 82:2

**think**(120) 12:2 13:20 14:24 16:4 18:15 18:21 19:10 21:13 21:17 22:13 23:14 23:18 24:4 24:9 24:10 25:8 25:25 27:10 27:15 28:7 29:4 30:20 30:22 31:1 31:5 31:6 31:17 31:25 32:12 32:15 32:24 33:3 33:8 33:16 34:4 34:15 34:20 34:22 36:8 36:23 36:23 39:3 39:7 39:24 40:7 40:14 41:15 41:21 42:1 42:12 42:19 42:22 46:22 46:23 47:1 48:4 48:11 48:20 48:22 49:19 50:15 51:14 51:17 51:19 51:21 51:23 51:23 53:25 54:3 55:15 55:19 55:22 56:3 56:3 57:2 57:6 57:14 58:8 58:22 60:6 60:7 61:4 61:24 62:9 62:14 62:16 62:20 63:4 63:11 63:23 64:12 64:20 65:7 65:20 66:19 66:24 67:7 67:15 67:19 67:20 67:21 68:1 68:5 68:13 69:20 69:24 70:3 72:2 72:8 72:11 73:7 73:16 73:21 74:23 84:4 84:18

**thinking**(3) 48:20 49:25 60:8

**thinks**(2) 31:1 66:18
**third**(6) 11:1 12:1 17:17 17:18 59:7 83:16
**thirty**(2) 10:25 16:14
**thirty-fourth**(1) 11:3
**thirty-sixth**(1) 12:10
**this**(133) 13:9 13:14 13:15 14:1 14:13 15:1 15:2 15:3 15:4 15:7 15:9 16:15 16:19 16:25 17:3 17:6 17:13 17:20 17:22 18:12 18:23 20:2 21:4 21:17 23:2 23:13 23:13 23:24 26:19 27:17 29:9 29:17 29:22 29:24 30:9 30:23 30:25 31:2 32:15 33:4 33:4 34:7 36:7 36:13 36:16 36:17 36:23 38:11 38:24 39:2 42:22 43:3 44:4 44:25 45:4 45:7 45:11 46:11 46:3 47:13 47:14 47:14 47:16 48:7 48:12 49:23 50:2 57:15 57:15 57:16 57:20 57:23 58:5 58:22 59:9 59:11 59:15 59:17 59:19 61:13 62:16 63:12 63:15 63:16 63:17 64:2 64:3 64:7 64:12 64:17 64:20 66:10 66:11 66:15 67:12 67:20 68:2 68:6 70:6 70:21 71:20 73:15 74:20 76:15 76:20 77:12 77:13 77:16 77:18 77:19 78:1 79:12 79:24 80:2 80:6 80:17 81:13 82:2 82:8 82:24 83:3 84:13 85:4

**thomas**(1) 2:50
**thompson**(2) 7:49 7:50
**those**(42) 11:6 11:9 14:4 17:11 22:21 24:7 25:17 29:16 30:16 30:17 31:4 31:20 32:1 33:10 33:16 36:14 37:21 38:20 39:20 41:21 42:12 46:22 46:25 50:14 51:2 51:2 52:6 67:8 68:24 69:8 70:19 73:3 74:4 74:7 76:3 78:13 79:4 79:8 79:9 80:20 82:1 84:14

**though**(2) 13:21 17:19
**thought**(8) 10:5 18:14 32:4 47:17 52:11 59:3 59:18 63:22

**thoughts**(1) 34:19
**threat**(1) 49:6
**three**(2) 20:3 47:4
**threshold**(1) 31:12
**through**(14) 10:6 14:24 18:2 26:4 27:17 30:4 37:16 39:18 42:7 53:5 53:16 75:18 76:10 76:23

**throughout**(1) 47:14
**thursday**(1) 17:18
**ticket**(1) 17:10
**tiers**(1) 53:15
**till**(1) 79:12
**time**(26) 14:2 14:12 15:25 22:22 23:8 24:22 25:6 26:4 28:15 28:20 30:20 33:8 33:17 37:6 38:20 39:1 49:14 54:10 57:9 59:17 63:6 65:21 70:1 71:15 75:3 75:6

**times**(4) 3:28 22:12 22:20 37:15
**timing**(1) 56:16
**tina**(1) 9:7
**tip**(1) 48:7
**today**(19) 10:20 11:6 14:4 15:9 15:18 16:8 18:20 22:7 23:12 27:1 31:8 36:6 39:4 71:11 74:12 74:23 85:3

**today's**(1) 21:9
**together**(1) 76:9
**togut**(1) 11:2
**told**(4) 14:8 14:13 36:11 77:25
**toll**(1) 35:22
**tolled**(1) 51:15
**tolling**(6) 35:21 36:7 36:13 37:21 51:22 66:4

**too**(7) 16:13 23:13 33:18 35:19 50:3 68:2 83:12

**top**(5) 47:3 47:4 55:6 73:16 77:4
**topics**(1) 67:2

**torres**(1) 7:41
**total**(2) 30:7 80:16
**touched**(1) 61:3
**towards**(3) 50:17 51:7 74:15
**track**(1) 82:3
**transcript**(3) 1:19 1:51 85:15
**transcription**(2) 1:44 1:52
**transferred**(1) 80:9
**transfers**(1) 37:6
**treatment**(1) 10:25
**tree**(1) 23:19
**trehan**(1) 6:36
**trial**(2) 15:5 34:18
**tribune**(3) 1:9 5:2 75:12
**trick**(2) 30:23 32:16
**tried**(2) 39:15 47:16
**trigger**(1) 66:20
**triggs**(1) 5:18
**trip**(1) 85:6
**trouble**(3) 53:24 58:20
**true**(1) 59:5
**truly**(1) 53:23
**trust**(14) 3:19 5:38 7:41 25:11 31:20 37:25 40:5 41:5 41:9 44:12 47:15 47:25 48:17 55:22
**trustee**(6) 3:46 3:46 11:2 11:15 18:17 56:6 57:4 59:21 71:21 77:15
**try**(11) 24:25 29:7 33:20 40:15 42:3 51:4 56:6 57:4 59:21 71:21 77:15

**trying**(15) 50:16 53:23 53:24 56:18 59:13 60:7 61:25 62:18 62:22 63:18 70:15 70:15 70:21 82:8 82:23

**tucker**(3) 12:11 16:16 16:16
**tuesday**(4) 54:14 71:16 72:20 74:4
**tunc**(2) 71:3 77:1
**turn**(3) 12:19 27:19 55:25
**turnover**(1) 52:4
**twenty-fourth**(2) 11:7 11:13
**twenty-seventh**(1) 10:22
**two**(19) 12:24 20:10 27:5 35:11 37:22 39:14 40:3 41:21 44:2 45:14 51:2 52:22 65:8 73:1 73:22 77:23 78:3 82:6 82:7

**two-thirds**(1) 44:18
**types**(1) 67:8
**typically**(1) 59:25
**typographical**(1) 45:18
**u.s**(2) 3:46 3:46
**ucc**(2) 43:8 43:12
**ucc's**(1) 43:7
**ultimate**(2) 20:23 21:17 49:12 83:9
**ultimately**(7) 23:9 35:21 51:25 53:13 57:6 64:5 64:15

**umbrella**(1) 35:1
**unambiguous**(1) 20:25
**unavailable**(1) 34:1
**under**(10) 15:20 16:1 20:13 24:10 37:7 40:14 59:17 67:13 68:12 73:7

**underlying**(4) 17:15 20:8 21:7 48:3
**understand**(9) 14:11 18:2 31:15 32:6 36:6 36:16 38:6 55:7 68:7

**understanding**(2) 43:10 83:9
**undertaking**(1) 84:10
**unfettered**(1) 80:16
**unfortunate**(1) 47:16
**unfortunately**(1) 47:13
**unfounded**(1) 43:15
**unhappy**(1) 41:13
**unilaterally**(3) 29:12 29:21 29:22
**unique**(3) 58:25 64:2 64:17
**uniqueness**(1) 64:20
**united**(2) 1:1 1:21
**universe**(5) 60:5 60:7 61:4 61:6 61:13
**unless**(4) 12:16 66:17 71:17 71:17
**unnecessary**(3) 51:4 84:10 84:11

**unsecured**(3) 17:7 83:18 84:1
**unsettled**(1) 25:1
**until**(15) 24:16 30:18 43:17 43:20 43:22 49:20 57:8 59:8 60:1 65:24 65:25 66:15 71:17 74:4 84:3

**unusual**(1) 78:16
**upcoming**(1) 21:6
**upon**(1) 35:2
**use**(1) 65:4
**used**(2) 45:21 65:4
**useful**(2) 62:14 66:20
**usually**(3) 15:17 81:22 81:24
**vacuum**(1) 82:14
**vail**(4) 5:22 43:3 43:3 43:6
**valid**(1) 43:12
**valuable**(1) 23:10
**value**(5) 32:12 52:17 53:9 53:14 78:25
**variety**(3) 23:17 52:3 69:21
**various**(4) 53:8 56:18 57:25 62:17
**vendors**(1) 53:9
**version**(4) 18:15 26:19 32:23 33:5
**versus**(1) 64:5
**very**(26) 10:6 12:12 15:3 15:3 15:10 16:20 23:7 24:1 25:18 30:3 31:12 32:8 32:9 34:22 37:10 43:20 50:21 51:14 64:2 64:14 64:21 76:12 79:10 79:10 82:21 85:4

**vestige**(1) 77:12
**vetted**(1) 58:14
**viable**(1) 23:10
**view**(14) 25:11 32:8 34:16 40:6 42:21 50:15 52:25 52:25 63:2 63:17 63:19 64:6 67:19 67:25
**viewed**(1) 67:9
**views**(5) 49:1 49:2 55:23 63:3 82:18
**vis**(2) 52:1 52:1
**void**(1) 58:13
**von**(1) 11:9
**vora**(1) 9:18
**wait**(2) 57:8 59:8
**waiting**(1) 73:23
**waive**(1) 73:11
**walk**(5) 27:17 39:17 53:5 76:10 76:22
**walker**(1) 10:16
**want**(29) 15:6 17:20 19:15 20:25 23:13 29:5 35:18 35:25 37:24 38:10 38:13 41:5 41:8 44:5 47:8 48:21 49:11 55:5 55:9 64:15 70:18 70:19 71:13 71:21 72:16 76:13 81:1 83:3 84:20

**wanted**(3) 38:5 62:2 63:19
**wanting**(1) 17:7
**wants**(5) 12:12 38:19 50:23 52:15 80:7
**wardwell**(1) 2:41
**warm-up**(1) 84:16
**warranted**(1) 57:8
**was**(75) 11:20 11:21 11:25 12:3 12:23 15:25 16:23 17:16 17:20 19:14 21:1 22:14 23:3 23:4 24:17 25:9 25:10 27:1 28:24 31:24 33:6 33:16 33:16 33:25 34:12 35:7 35:10 37:3 37:4 37:7 40:12 40:21 42:14 43:10 43:20 43:23 45:18 47:17 55:11 56:11 56:14 58:13 59:3 59:6 59:7 59:12 59:19 60:19 61:24 61:25 62:3 62:6 63:22 64:18 67:7 67:10 67:15 68:2 70:4 75:4 75:10 75:16 76:16 76:17 80:17 80:18 84:5 85:11

**washington**(1) 2:31
**wasn't**(4) 14:8 14:10 58:7 59:21
**waste**(3) 33:8 33:17 80:7
**wasting**(1) 53:24
**way**(32) 10:8 16:12 28:1 39:2 40:8 40:21 41:11 44:18 48:8 49:3 49:17 49:23 49:24 50:2 52:11 56:7 57:16 62:12 66:16 67:9 67:9 68:2 71:4 72:2 72:11 77:8 80:21 81:13 81:13 81:25 84:13 85:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**ways**(3) 36:17 65:8 70:3

**we'd**(6) 49:4 49:14 49:15 54:15 65:24 78:

**we'll**(9) 21:18 24:14 33:20 39:9 52:2
52:13 56:6 73:20 73:22

**we're**(53) 13:16 14:8 14:25 15:5 17:21
19:16 22:24 24:13 26:4 33:14 34:13 37:20
37:25 38:1 38:1 38:3 38:11 38:24 41:19
41:20 42:12 48:5 49:6 50:16 51:21 53:6
53:7 53:10 53:16 53:19 54:4 54:4 54:16
54:16 55:24 56:6 56:18 58:2 60:8 60:15
62:17 62:21 65:6 65:23 70:14 70:14 70:15
70:22 71:6 73:22 82:9 82:23 83:11

**we've**(25) 14:23 15:7 17:10 18:7 28:6
36:9 36:11 39:24 47:7 48:21 49:1 50:5
53:15 56:23 57:7 58:21 69:22 70:1 71:20
73:21 75:20 76:9 76:19 79:11 82:23

**weakness**(1) 78:13

**weaknesses**(2) 82:19 83:1

**week**(6) 36:12 37:16 54:9 54:22 56:17
65:19

**weekend**(1) 85:7

**weeks**(2) 18:1 57:4

**weidinger**(1) 4:48

**weil**(1) 6:30

**weintraub**(1) 7:10

**weiss**(2) 6:17 9:22

**weitman**(1) 5:11

**well**(40) 14:21 22:21 25:4 31:7 31:23 33:1
33:23 35:4 35:10 37:19 39:2 39:23 41:24
42:25 54:7 54:17 54:20 56:8 57:13 58:10
60:10 64:22 67:10 69:3 69:7 69:14 69:18
71:6 72:15 74:5 76:12 80:12 80:14 81:3
81:5 81:12 81:12 81:18 81:22 83:7

**wells**(10) 4:32 10:16 41:9 41:25 42:2 42:9
44:13 44:15 48:1 55:13

**went**(2) 17:17 21:9

**were**(20) 11:23 16:25 17:3 18:19 18:20
21:10 25:21 25:22 25:23 27:23 29:10 44:2
44:4 50:10 61:3 64:18 70:2 73:6 77:21
79:23

**weren't**(3) 43:22 68:22 68:25

**west**(2) 1:37 4:7

**wharton**(1) 6:17

**what**(72) 12:23 15:16 21:22 21:23 24:3
24:4 24:5 24:6 24:14 25:19 31:25 33:9
34:9 34:17 35:2 35:9 35:16 36:25 37:20
38:6 38:18 39:19 39:23 41:20 42:13 42:24
43:23 44:21 45:12 50:15 50:19 51:1 51:8
52:9 53:17 53:18 53:19 53:22 53:23 54:4
54:16 55:1 55:21 56:6 57:17 57:20 57:24
59:25 62:21 63:15 65:2 65:22 66:8 66:16
67:11 67:16 69:20 69:20 71:1 71:2 71:6
71:13 72:24 72:25 77:22 79:8 81:3 81:19
83:3 83:7 84:5 84:8

**what's**(6) 17:6 28:15 54:1 55:8 62:19

**whatever**(7) 15:8 18:25 24:1 29:8 30:25
35:13 35:14

**when**(10) 24:23 24:24 25:9 31:9 34:13
52:24 53:17 56:9 64:2 81:20

**whenever**(1) 38:16

**where**(11) 15:4 20:6 25:21 28:17 34:24
39:13 45:1 54:4 63:8 73:5 76:24

**whereby**(1) 50:7

**whereupon**(1) 85:11

**wherever**(1) 54:21

**whether**(20) 31:8 31:14 32:22 34:6 34:14
41:24 43:24 55:9 56:24 60:7 60:15 63:20
73:20 77:8 77:14 81:13 81:17 82:10 82:11
82:20

**which**(78) 10:14 10:17 10:22 11:11 11:13
11:15 11:16 11:21 11:22 11:23 11:25
11:25 12:3 12:5 12:6 12:7 12:7 12:9
12:10 12:13 13:3 14:8 14:23 15:25 16:23
17:1 17:10 17:19 20:21 20:21 22:7 22:14
23:19 25:10 26:14 28:14 28:15 30:13
31:14 31:15 32:4 32:7 33:14 34:10 42:6
44:5 45:13 45:20 45:24 46:8 46:15 47:1
47:14 47:15 47:17 52:25 61:14 62:25 63:6
65:5 65:9 65:25 67:14 71:9 71:10 71:15
65:5 65:9 65:25 67:14 71:9 71:10 77:18
80:5 81:15 83:12 83:24 84:9

**while**(2) 13:1 35:12

**white**(1) 4:41

**whitman**(1) 8:4

**who**(24) 16:10 19:3 24:2 26:7 31:5 31:18
37:21 38:20 40:13 42:11 53:1 53:2 62:8
63:4 64:14 64:15 73:9 73:16 73:20 76:19
78:5 79:23 81:5 81:6

**who's**(2) 23:15 71:13

**who've**(1) 56:23

**whoever**(1) 31:11

**whole**(3) 15:1 15:5 37:11

**wholly**(1) 34:15

**why**(15) 13:25 14:8 15:25 18:22 21:12
30:24 39:21 41:19 48:19 49:10 59:20 78:2
78:4 80:12 80:12

**will**(54) 5:25 16:4 17:25 19:11 19:21
20:21 20:22 21:7 22:1 22:2 22:6 22:11
22:22 24:25 26:18 30:23 31:9 32:1 32:24
33:22 35:21 35:22 36:18 37:14 37:20
37:23 39:10 39:25 40:24 47:6 47:21 51:8
51:22 51:23 52:25 53:17 55:1 55:25 56:9
56:22 59:10 62:9 62:22 63:6 64:5 64:11
65:14 66:7 66:21 71:15 72:12 72:13 72:14
76:14 84:23

**willette**(1) 10:23

**william**(2) 3:33 7:10

**willing**(7) 15:19 35:14 42:3 65:19 70:14
79:12 79:19

**wilmer**(1) 5:47

**wilmington**(24) 1:13 1:39 2:8 2:16 2:38
2:52 3:10 3:19 3:22 3:36 3:50 4:9 4:29
4:38 4:52 5:38 10:1 25:11 40:5 41:5 41:8
44:12 47:25 48:17

**wires**(1) 8:18

**wish**(8) 15:19 19:3 23:19 55:2 62:4 63:24
73:2 83:6

**wishes**(3) 65:13 65:14 79:23

**with**(167) 10:8 10:13 10:15 10:23 11:1
11:4 11:5 11:5 11:8 11:14 12:1 12:4
12:11 12:12 12:17 13:2 13:7 14:3 14:16
14:18 14:19 16:3 17:3 17:13 18:5 18:13
18:20 18:23 20:22 21:10 22:12 24:6 24:14
24:13 24:14 24:20 24:20 24:25 26:17 28:6
28:11 29:3 29:19 30:22 32:12 33:7 33:14
33:25 34:7 34:19 35:1 35:20 36:5 36:9
37:1 37:5 37:9 37:16 37:18 37:21 38:1
38:18 39:25 40:4 40:10 40:13 40:17 41:1
41:4 41:6 41:8 41:13 41:23 42:12 42:12
42:21 43:11 43:16 44:1 44:3 45:11 45:20
46:1 46:2 46:4 46:9 46:18 46:21 47:11
47:15 47:24 48:13 49:4 50:10 50:15 51:17
52:12 52:13 53:1 53:16 53:20 53:25
54:1 54:9 54:10 55:3 56:6 56:23 57:3
57:15 57:17 57:25 59:14 60:17 60:18 61:2
61:6 61:7 61:10 61:11 62:5 62:11 62:23
64:3 65:3 63:12 64:2 65:1 65:7 65:11
66:10 66:14 71:5 71:5 71:8 72:4 72:5
75:12 75:14 75:20 76:2 76:3 76:4 76:18
76:19 76:20 76:20 77:11 77:16 77:20 78:2
78:9 78:20 79:24 80:20 83:8 83:14 84:12
84:17

**withdraw**(3) 24:24 28:17 29:8

**withdrawal**(1) 28:22

**withdrawing**(1) 26:13

**withdrawn**(1) 10:11

**withdraws**(1) 29:1

**withdrew**(2) 29:10 75:11

**within**(9) 34:15 34:17 35:15 35:15 48:24
65:9 68:19 69:20 69:20

**without**(4) 22:3 25:1 50:8 63:22

**witness**(1) 21:7

**wolf**(1) 8:11

**womble**(1) 2:49

**won't**(3) 33:18 43:23 71:16

**wonder**(2) 31:7 34:5

**word**(4) 40:22 46:5 47:23 65:5

**wording**(1) 33:7

**words**(5) 29:20 44:24 46:6 46:18 65:3

**work**(12) 35:13 38:12 38:24 47:23 51:22
51:25 53:21 56:6 75:4 79:9 79:12 79:16

**worked**(1) 36:4

**working**(7) 30:3 41:18 53:16 54:3 54:6
62:20 62:20

**worried**(3) 58:10 58:12 70:20

**worry**(2) 38:4 59:25

**would**(113) 13:17 14:13 14:17 15:6 15:19
16:2 17:19 21:3 23:9 23:25 26:3 27:8
27:11 28:2 28:2 28:4 28:15 28:24 29:5
29:11 29:13 29:15 29:17 29:20 29:22
29:23 29:24 30:5 30:10 30:14 30:15 30:17
30:18 31:19 31:21 32:16 32:21 32:24 33:3
34:4 34:12 34:17 35:18 36:6 36:11 36:13
36:21 38:21 39:4 40:9 42:6 42:13 42:23
43:10 44:10 44:12 44:25 45:4 45:7 45:9
45:11 45:14 45:24 46:1 46:4 46:7 46:10
46:19 47:19 48:10 49:24 50:2 53:18 53:18
53:22 54:3 54:8 54:9 54:11 55:19 56:11
56:22 56:25 57:9 58:23 59:2 60:3 60:18
60:22 62:11 63:20 64:5 65:12 65:17
67:11 68:13 68:15 68:16 69:18 73:24 74:2
75:22 75:23 76:1 76:25 77:2 80:23 80:24
81:15 83:20 83:24 84:13 84:15

**wouldn't**(2) 29:21 62:10

**write**(1) 16:22

**writing**(1) 46:24

**written**(4) 49:11 49:11 55:17 79:22

**wrong**(4) 57:3 59:4 77:19 84:20

**wrote**(1) 32:2

**www.diazdata.com**(1) 1:48

**yeah**(3) 15:11 18:4 22:12

**year**(2) 23:2 35:11

**years**(1) 37:22

**yes**(9) 13:5 16:10 24:9 43:3 61:17 63:10
71:23 82:5 83:23

**yesterday**(3) 26:19 27:3 34:1

**yet**(4) 21:16 52:5 74:10 74:11

**york**(8) 2:23 2:46 3:16 3:29 3:43 4:23
4:45 7:42

**you**(150) 12:21 13:8 13:16 13:17 15:7
15:12 15:14 15:16 16:1 16:6 16:7 16:10
17:4 17:5 17:12 17:12 17:20 18:5 18:8
18:25 19:17 19:19 20:19 21:16 22:1 22:8
22:9 23:23 23:24 24:19 27:4 27:6 27:19
30:23 30:24 32:3 32:7 32:19 32:20 33:22
34:8 34:19 35:3 35:25 36:10 36:16 37:6
37:13 37:15 38:2 38:4 38:6 38:8 38:9
39:5 39:7 39:12 39:19 39:23 39:25 40:1
40:18 40:19 42:24 42:25 43:19 44:8 44:16
46:21 48:15 51:11 51:12 52:20 52:21
52:24 53:7 53:9 53:17 54:1 54:1 54:3
54:5 54:13 54:13 54:21 54:21 54:24 55:9
55:10 56:9 56:17 57:20 57:21 58:10 58:22
58:23 59:2 59:9 59:14 61:4 61:10 62:1
64:23 64:24 65:12 65:18 65:20 65:20
65:20 66:10 66:18 67:7 68:3 68:20 69:6
69:20 69:20 70:18 70:24 71:1 71:7 71:21
71:22 72:18 72:22 72:23 73:4 74:6 74:18
75:16 76:10 76:11 76:12 76:13 76:22
78:11 78:21 80:1 81:3 81:19 82:19 82:20
83:5 83:20 83:21 85:1 85:4 85:5 85:8
85:9

**you'd**(3) 38:16 65:23 76:11

**you'll**(5) 38:13 39:7 40:2 65:25 77:18

**you're**(6) 30:10 55:20 69:20 71:2 71:20
84:19

**you've**(4) 34:9 52:23 65:18 74:23

**young**(2) 4:4 9:21

**your**(140) 10:4 10:14 11:18 12:22 12:23
13:5 13:6 13:8 13:20 14:6 14:11 14:14
14:17 14:22 15:2 15:23 16:6 16:7 16:8
16:14 18:8 18:10 18:13 18:18 18:18 19:10
19:19 19:21 20:19 21:13 21:18 22:2 22:8
22:10 22:23 22:25 23:6 23:12 23:21 23:25
27:17 31:17 32:7 32:16 33:3 33:8 33:17
33:22 34:4 35:17 35:23 36:4 36:12 36:21
38:9 39:5 39:8 39:14 39:17 39:20 39:20
39:21 39:25 40:7 40:8 40:9 43:16 43:18
43:20 44:1 44:8 45:9 45:12 45:17 45:24
46:7 46:16 46:22 47:13 48:16 49:8 49:14
49:16 49:24 50:14 50:21 51:23 52:15
52:25 52:25 53:4 54:19 54:24 55:4 56:11
57:6 57:12 57:15 59:22 60:12 60:21 60:25
61:19 63:20 63:23 63:25 64:24 66:24 67:1
67:7 67:18 67:24 68:4 68:15 68:16 69:20
70:5 70:25 71:25 72:22 72:23 73:4 73:25
74:6 74:13 74:17 74:19 76:15 79:20 80:1
80:21 81:11 82:6 83:22 84:4 84:18 85:5
85:8 85:9

**zabel**(1) 7:32

**zajac**(1) 5:26

**zell**(2) 43:7 72:9

**zensky**(2) 3:41 18:13

**zuckerman**(3) 2:26 22:24 78:8