IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mitchell P. Hurley to represent Aurelius Capital Management, LP in the above-captioned matter.

Dated: October 25, 2010

**ASHBY & GEDDES, P.A.**

*/s/ Amanda Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Co-Counsel to Aurelius Capital Management, LP*


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: October ___, 2010

_____
The Honorable Kevin J. Carey
Chief Judge United States Bankruptcy Court

{00450647;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Court, Eastern, Northern and Southern Districts of New York and the U.S. Court of Appeals for the Second Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court, or, if not paid previously, the fee payment will be submitted to the District Court Clerk's Office upon the filing of this motion.

_____
Mitchell P. Hurley
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: mhurley@akingump.com

{00450647;v1}