## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on October 25, 2010, he caused copies of the

*Reply to Debtors' Response to Law Debenture Trust Company of New York's Supplement to*

*Reinstated Fee Motion* to be served by electronic notification through the CM/ECF System for

the United States Bankruptcy Court for the District of Delaware on all parties registered in the

case and on the following parties via First Class U.S. Mail:

James F. Conlan, Esq.
James F. Bendernagel, Esq.
Janet E. Henderson, Esq.
Jillian K. Ludwige, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman Pernick, Esq.
J. Kate Stickles , Esq.
Patrick J. Reilly Esq.
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to Debtors)

Howard Seife, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for Creditors' Committee)

Adam G. Landis, Esquire
Matthew B McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Sharon Katz, Esquire
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to JPMorgan Chase)

Mark D. Collins
Katisha D. Fortune
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
(Counsel to JPMorgan Chase)

Madlyn Gleich Primoff
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel to Merrill Lynch Capital
Corporation – Administrative Agent)

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Counsel to Merrill Lynch Capital
Corporation – Administrative Agent)

Claudia Hammerman
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
(Counsel to Citigroup Global Markets –
Financial Advisor to Tribune)

Paul, Weiss, Rifkind, Wharton & Garrison
Attn: Stephen Lamb and John Ditomo
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Morgan Stanley Fixed Income
Attn: Carolyn Adler
1585 Broadway, 2nd Floor
New York, NY 10036

Evan Jones
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
(Counsel to Bank of America, N.A. –
Financial Advisor to Tribune)

Michael Mayer
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(Valuation Research Corporation – Advisor
to the Board of Directors Concerning
Solvency)

Office Of The United States Trustee
David Klauder, Esq.
United States Dept. Of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

Abato, Rubenstein and Abato, P.A.
Attn: Corey Smith Bott
Brian G. Esders
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

Acxiom Corporation
Attn. C.B. Blackard, III
Corporate Counsel
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Akin Gump Strauss Hauer & Feld Llp
Attn: Daniel H. Golden & Philip C. Dublin
One Bryant Park
New York, NY 10036

Allison, Slutsky & Kennedy, PC
Angie M. Cowan
230 W Monroe St, Ste 2600
Chicago, IL 60606

Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Archer & Greiner, Pc
John V. Fiorella, Esq.
300 Delaware Ave, Ste 1370
Wilmington, DE 19801

Arkin Kaplan Rice LLP
Howard J. Kaplan, Esq.
Deanna Davidian, Esq.
590 Madison Avenue
New York, NY 10022
(Counsel To Ad Hoc Committee Of Step
One Senior Lenders)

Ashby & Geddes, P.A.
Attn: William P. Bowden, Esq.
500 Delaware Avenue, 8th Avenue
P.O. Box 1150
Wilmington, DE 19899

Askounis & Darcy, Pc
Attn: Thomas V. Asdounis, Esq.
401 North Michigan Avenue, Ste 550
Chicago, IL 60611

Barnes & Thornburg LLP
Attn: David M. Powlen
1000 North West Street, Suite 1200
Wilmington, DE 19801

Bartlett Hackett Feinberg Pc
Frank F. McGinn (MA BBO# 564729)
155 Federal St, 9th Fl
Boston, MA  02110

Bayard, P.A.
Attn: Jamie L. Edmonson, Esq.
Counsel To GBH Investments, LLC
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Belkin Burden Wenig & Goldman, LLP
Attn: Joshua G. Losardo, Esq.
270 Madison Avenue
New York, NY 10016

Benesch, Friedlander, Coplan
& Aronoff, LLP
Attn. David M. Neumann, Esquire
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Benesch, Friedlander, Coplan
& Aronoff, LLP
Attn. Bradford J. Sandler
Jennifer R. Hoover,
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Bifferato LLC
Attn: Ian Connor Bifferato
Kevin Collins, Esq.
800 N. King Street, Plaza Level
Wilmington, DE 19801

Blakeley & Blakeley LLP
Attn: John White, Esq.
Counsel To Google Inc.
2 Park Plaza, Suite 400
Irvine, CA 92614

Blank Rome LLP
Attn: David W. Carikhoff
1201 Market St; Ste 800
Wilmington, DE 19801
(Counsel To EGI-TRB)

Bloom Hergott Diemer Laviolette
Feldman
& Good Man, LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA 90212

Broward County
Attn: Jeffrey J. Newton
County Attorney For Broward County
 Gov't Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Brown Rudnick LLP
Attn. Robert J. Stark
Daniel J. Saval, Esq.
Seven Times Square
New York, NY 10036

Brown Stone Nimeroff Llc
Attn. Jami B. Nimeroff, Esq.
4 East 8th Street, Suite 400
Wilmington, DE 19801

Bryan Cave LLP
Attn: Michelle McMahon, Esq.
1290 Avenue Of The Americas
New York, NY 10104

Buchalter Nemer
Pamela Kohlman Webster
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Buchalter Nemer, A Professional
Corporation
Shawn M. Christianson, Esq.
333 Market Street, 25th Fl
San Francisco, CA 94105-2126

Canon USA, Inc.
Attn Ruth Wienstein
1 Canon Plaza
New Hyde Park, NY 11042

CapitalSource Finance LLC
Attn: Joanne Fungaroli, Esq.
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Catholic Charities
Attn: Joseph Augustyniak
1966 Greenspring Drive, Suite 200
Timonium, MD 21093

Christine Z. Heri
Office Of The Solicitor
United States Department Of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

Cohen Weiss & Simon LLP
Attn Babette A. Ceccoti
330 West 42nd Street
New York, NY 10036

Commonwealth of Pennsylvania,
Department of Revenue, Bureau of
Accounts Settlement
Thomas W. Corbett, Jr., Attorney General
Carol E. Momjian, Sr. Deputy Attorney
General
PA I.D. No. 049219
Office Of Attorney General
Philadelphia, PA 19107-3603

Cooch & Taylor PA
Attn: Susan E. Kaufman, Esq.
1000 West Street, 10th Floor
Wilmington, DE 19801

Cotchett, Pitre & McCARthy
Attn: Philip Gregory, Esq.
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Cross & Simon LLC
919 North Market Street 11th Floor
Wilmington, DE 19801

Croudace & Dietrich LLP
Attn. Mark A Nitikman, Esquire
4750 Von Karman Avenue
Newport Beach, CA 92660

Crowell & Moring LLP
Attn. Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, NY 10022

Charles E. Davidow
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K. Street, N.W.
Washington, DC 20006-1047

Ciardi Ciardi & Astin
Daniel K. Astin, Esq.
Anthony M. Sacculло, Esq.,
Carl D. Neff, Esq.
Citizens Bank Center
919 North Market Street, Ste 700
Wilmington, DE 19801

Cozen O'Connor
Attn: Mark E. Felger, Esq.
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Daniel Smirlock, Deputy Commissioner and
Counsel
Attn: Elaine Z. Cole, Esq.
340 E. Main St.
Rochester, NY 14604

Duane Morris LLP
Attn. Michael R. Lastowski
Sommer L. Ross
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Eckert, Seamans, Cherin & Mellot, Llc
Attn. Margaret F. England, Esquire
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Edwards Angell Palmer & Dodge LLP
Attn: Stuart M. Brown, Esq.
919 N. Market St, Ste 1500
Wilmington, DE 19801

Elizabeth Goldberg
United States Department Of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, Dc 20013

Elkins Kalt Weintraub Reuben Gartside LLP
Attn: Keith D. Elkins, Esq.
1800 Century Park East, 7th Floor
Los Angeles, CA 90067
(Counsel To Lit Finance, LP)

Elliott Greenleaf
Attn William M. Kelleher
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Ervin Cohen & Jessup LLP
Kenneth Miller, Esq.
9401 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

Foley & Lardner LLP
Attn: Mary K. Braza, Esq.
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Foley & Lardner LLP
Attn: Michael J. Small, Esq.
321 North Clark, Suite 2800
Chicago, IL 60610-4500

Fox Rothschold LLP
Attn. Jeffrey Schlerf, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323

Frank/Gecker LLP
Attn. Joseph D. Frank
325 North LaSalle Street, Suite 625
Chicago, Il 60654

Fred Fellmeth, Esq. General Counsel
Broadcast Systems Division
The Vitec Group Plc
101 Bilby Road
Hackettstown, Nj 07840

Freeborn & Peters LLP
Attn: Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
311 South Wacker Drive, Suite 3000
Chicago, Il 60606

Friedman Law Group
Attn: J. Bennett Friedman, Esq.
1900 Avenue Of The Stars, Suite 1800
Los Angeles, CA 90067-4409

Furman Gregory LLC
Donald R. Furman Jr.
75 Federal St, 9th Fl
Boston, Ma 02110

Gateway Pacific Properties, Inc.
c/o Ronald K. Brown, Jr.
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 Se 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Gohn Hankey & Stichel LLP
Counsel To Corestaff Services
Attn Jan I Berlage
201 North Charles Street
Baltimore, MD 21201

Goldstine, Skrodzki, Russian, Nemec and
Hoff, Ltd.
Attn. Brian M. Dougherty
835 McClintock Drive, Second Floor
Willowbrook, Il 60527

Greenberg Traurig, LLP
Attn: Dennia A. Meloro
Counsel To Hamdon Entertainment
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Greenberg Traurig, LLP
Attn: Kevin P. Garland, Esq.
Counsel yo Hamdon Entertainment
2450 Colorado Avenue, Suite 400 E
Santa Monica, CA 90404

Greene Radovsky Maloney Share &
Hennigh LLP
Edward J. Tredinnick, Esq.
Four Embarcadero Center, Ste 4000
San Francisco, CA 94111

Harris Corporation
Anthony Deglomine, Iii
1025 W. Nasa Blvd
Mail Stop A-11A
Melbourne, Fl 32919

Hennigan, Bennett & Dorman, LLP
Attn: Bruce Bennett,
James O. Johnson
Joshua D. Morse, Esqs.
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Herrick Feinstein LLP
Attn Paul Rubin
Stephen B. Selbst
Two Park Avenue
New York, NY 10016

Hewlett-Packard Company
Attn: Ms. Ramona Neal, Corporate Counsel
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

Hewlett-Packard Company
Attn: Mr. Ken Higman, Sr.
Default & Recovery Analy
2125 E. Katella Ave., Suite 400
Anaheim, CA 92806

Hogan & Hartson LLP
Attn: Scott A. Golden,
Ira S. Greene
875 Third Avenue
New York, NY 10022

Howard County Office Of Law
Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Asst County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

IBM Corporation
Attn Beverly H Shideler
Two Lincoln Centre
Villa Park, Il 60181

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Attn: Room 1150
31 Hopkins Plaza
Baltimore, MD 21201

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

JD Thompson Law
Attn: Judy D. Thompson
P.O. Box 33127
(Counsel To Sodexo, Inc.)
Charlotte, NC 28233

Jenner & Block LLP
Attn: David J. Bradford, Catherine L.
Steege,
Andrew W. Vail
330 N. Wabash Avenue
(Counsel To EGI-TRB)
Chicago, IL 60611-7603

K&L Gates LLP
Attn: Jeffrey N. Rich, Esq.
599 Lexington Ave.
New York, NY 10022-6030

K&L Gates LLP
Charles R. Smith, Esq.
Henry W. Oliver Building
535 Smithfield St.
Pittsburgh, PA 15222-2312

Kamakazee Kiwi Coporation
3835-R East
Thousand Oaks Blvd. #343
Thousand Oaks, CA 91362

Kelley Drye & Warren LLP
Erick R. Wilson, Esq.
Howard S.Steel, Esq.
101 Park Avenue
New York, NY 10178

Klee, Tuchin, Bogdanoff & Stern, LLP
Attn:  Kenneth N. Klee, Esq.
1999 Avenue Of The Stars, 39th Floor
Los Angeles, CA 90067-6049

Klee, Tuchin, Bogdanoff & Stern, LLP
Attn: Lee R. Bogdanoff
Martin R. Barash
1999 Avenue Of The Stars, 39th Floor
Los Angeles, CA 90067-6049

Leslie A. Cohen, Esquire
Leslie Cohen Law, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

Lewis, Feinberg, Lee, Renaker
 & Jackson, P.C.
Attn: Daniel Feinberg
Angelica K. Jongco
Nina Wasow
1330 Broadway, Suite 1800
Oakland, CA 94612

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Linebarger Goggan Blair & Sampson LLP
Counsel To Harris County
Attn John P Dillman
P.O. Box 3064
Houston, TX 77253-3064

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Ste 1600
Dallas, TX 75201

Margolis Edelstein
Attn: James E. Huggett, Esq.
750 Shipyard Drive, Suite 102
(Counsel To Oracle America, Inc.)
Wilmington, DE 19801

Maureen A. McGreevey, Esquire
Senior Litigation Counsel
Sungard
682 E. Swedesford Road
Wayne, PA 19087

Mayer Brown LLP
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
1675 Broadway
New York, NY 10019

McCarter & English, LLP
Attn: David Adler, Esq.
G. Amanda Mallan, Esq.
245 Park Ave, 27th Fl
New York, NY 10167

McCarter & English, LLP
Attn: Katharine L. Mayer, Esq.
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801

McGuire Woods LLP
Attn. Paul J. Catanese
Patricia K. Smoots
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

McPharlin Sprinkles & Thomas, LLP
Attn. Elain M. Seid
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Meites, Mulder, Mollica & Glink
Attn: Thomas Meites
Michael Mulder
20 S. Clark Street, Suite 1500
Chicago, Il 60603

Messana Rosner & Stern, LLP
Frederick B. Rosner, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Michael A. Cox, Attorney General
Deborah B. Waldmeir, Assistant AG
State Of Michigan, Dept. Of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, Mi 48202I

Michael Schloss
Office of The Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC 20013

Missouri Department Of Revenue
Attn: Sheryl L. Moreau
Special Assistant Attorney General
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Monzack Mersky McLaughlin & Browder,.
Attn. Rachel B. Mersky, Esquire
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Morgan Stanley Fixed Income
Attn: Carolyn Adler
1585 Broadway, 2nd Floor
New York, NY 10036

Much Shelist Denenberg Ament and
Rubenstein, PC
Attn: Colleen E. McManus
191 North Wacker Drive, Ste 1800
Chicago, IL 60606

Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

New York State Department of Taxation
Attn. Robert L. Cook, District Tax Attorney
333 East Washington St., 3rd Floor
Syracuse, NY 13202

Nolan, Plumhoff & Williams, Chartered
Attn. Robert L. Hanley, Jr. Esquire
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

Office Of Attorney General
Attn. Carol E. Momjian
Senior Deputy AGl
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Olshan Grundman Frome Rosenzweig &
Wolosky LLP
Adam H. Friedman, Esq.
Steve Wolosky, Esq.
Fredrick J. Levy, Esq.
Park Avenue Tower
65 East 55th Street
New York, NY 10022
(Counsel To Ad Hoc Committee Of Step
One Senior

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
Timothy P. Cairns
Mark M. Billion
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Pension Benefit Guaranty Corporation
Attn: Frank A Anderson
Cassandra R Burton
Kartar S. Khalsa, Esq
Office Of The Chief Counsel
1200 K Street, NW
Washington, Dc 20005-4026

Pepper Hamilton LLP
Attn. David B. Stratton
Leigh-Anne M. Raport
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Esq.
1200 North Broom Street
Wilmington, DE 19806

Pinckney, Harris & Weidinger, LLC
Attn: Adam Hiller & Donna Harris
1220 North Market Street, Suite 950
Wilmington, DE 19801

Proskauer Rose LLP
Attn: Martin S. Zohn, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067

Quarles & Brady Llp
Leonard S. Shifflet, Esq.
Fay B. Feinstein, Esq.
300 North Lasalle Street, Ste 400
Chicago, IL 60654-3422

Riddell Williams, P.S.
Attn. Joseph E. Shickich, Jr.
 Maria Ann Milano
1001- 4th Avenue, Suite 4500
Seattle, WA 98154-1192

Robinson Brog Leinwand Green
    Genovese & Gluck PC
Attn. Fred B. Ringel, Esq.
1345 Avenue Of The Americas
New York, NY 10105

Romero Law Firm
Martha E. Romero, Esq.
Bmr Professional Bldg
6516 Bright Avenue
Whittier, CA 90601
(Counsed To Secured Creditor County Of
San Bernardino, California, A California
Taxing Auth.)

Ruskin Moscou Faltischek, P.C.
Attn. Michael S. Amato, Esq.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

Saul Ewing LLP
Attn: Mark Minuti, Esquire
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Securities & Exchange Commission
15th & Pennsylvania Ave, N.W.
Washington, Dc 20020

Securities And Exchange Commission
100 F Street, NE
Washington, Dc 20549

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill, Esq.
222 Delaware Avenue, Ste 1500
P.O. Box 68
Wilmington, DE 19899

Shipman & Goodwin LLP
Attn. Julie A. Manning, Esq.
One Constitution Plaza
Hartford, Ct 06103-1919

Silverman Mcdonald & Friedman
Attn: Brian E. Lutness, Esq.
Counsel To Marcia Willette
Guardian To Zachary Mitzkovitz
1010 N. Bankcroft Parkway, Suite 22
Wilmington, DE 19805

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Sirlin Gallogly & Lesser, P.C.
Attn. Dana S. Plon, Esquire
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Stempel Bennett Claman & Hochberg Pc
Attn: Edmond P O'Brien Esq
675 Third Avenue 31st Floor
New York, NY 10017

Squire, Sanders & Dempsey LLP
Attn: Kelly Singer, Esq.
Two Renaissance Squaree
40 North Central Ave, Ste 2700
Phoenix, AZ 85004-4498

Stuart Maue
Attn: Linda K. Cooper
Fee Examiner
3840 McKelvey Rd
St. Louis, MO 63044

Teitelbaum & Baskin, LLP
Attn: Jay Teitelbaum
3 Barker Avenue, Third Floor
White Plains, NY 10601

The Reimann Law Group
Attn. David W. Reimann, Esquire
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

The DSF Group
Allan I. Muscovitz, Sr. Accountant
950 Winter Street, Ste 4300
Waltham, MA 02451-1486

The Seaport Group LLC
Attn Scott Friedberg
360 Madison Avenue 22nd Floor
New York, NY 10017

Todd M. Hoepker, Esq.
Post Office Box 3311
Orlando, Fl 32802-3311

Travelers - National Accounts
1 Tower SquARe-5mn
Hartford, Ct 06183-4044

Tressler Soderstorm Maloney & Press, LLP
Attn. Jacqueline A. Criswell
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

Twentieth Television, Inc.
Attn: Jodie Rea
2121 Avenue Of The Stars, Suite 1754
Los Angeles, CA 90067

Tybout Redfearn and Pell
Attn. Sherry Ruggiero Fallon
750 Shipyard Drive, Suite 400
Wilmington, DE 19899-2092

U.S. Department Of Justice
Attn. Yonatan Gelblum, Trial Atty., Tax
Division
555 4th St. NW Room 6110
P.O. Box 227
Washington, DC 20044

Ungaretti & Harris
Attn. George R. Mesires, Esq.
(Counsel To Ktr South Florida LLC)
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602

Unisys Corporation
Attn. Janet Fitzpatrick, Legal Assistant
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

United States Department Of Justice
Civil Division
Matthew J. Troy, Esq.
1100 L Street, N.W.
Room 10006
Washington, Dc 20530

United States Treasury
Office Of The Treasurer
1500 Pennsylvania Avenue, NW
Room 2134
Washington, Dc 20220

US Attorney's Office
Ellen W. Slights, Esq
1201 Market St, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Vorys Sater Seymour & Pease LLP
As Counsel For AOL LLC & Its Related
Entities
Attn Tiffany Strelow Cobb
52 East Gay Street
Columbus, OH 43215

Warner Bros. Television Distribution, Inc.
Attn: Wayne M. Smith, Esq.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

Weiss Serota Helfman Pastoriza Cole &
Boniske P.L.
Attn: Douglas R. Gonzales, Esq.
200 East Broward Boulevard, St. 1900
Fort Lauderdale, Fl 33301

White & Case LLP
Attn: Thomas E. Lauria, Gerard H. Uzzi,
Scott Greissman, Esqs.
1155 Avenue Of The Americas
New York, NY 10036-2787

Williams Gautier Gwynn Deloach
  & Sorenson PA
Attn James E Sorenson
Post Office Box 4128
Tallahassee, Fl 32315-4128

Willkie Farr & Gallagher LLP
Attn. Alan J. Lipkin
Jeremy E. Crystal, Esq.
787 Seventh Avenue
New York, NY 10019

Wilmington Trust Company
Attn. Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Wilmer Cutler Pickering Hale and Dorr
Attn: Andrew Goldman, Esq.
399 Park Avenue
New York, NY 10022

Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady
M. Blake Cleary
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391

Zuckerman Spaeder LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
1800 M Street, Nw, Ste 1000
(Special Counsel To Official Committee Of
Unsecured Creditors)
Washington, DC 20036

Zwerdlking Paul Kahn & Wolly PC
Attn Robert E. Paul Esq.
1025 Connecticut Avenue NW Suite 712
Washington, DC 20036-542

Dated: October 25, 2010
       Wilmington, Delaware

                                    By: /s/ Garvan F. McDaniel
                                        Garvan F. McDaniel (No. 4167)