## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TRIBUNE COMPANY, ET.AL., | ) Chapter 11 |
| | ) Case No. 08-13141-KJC |
| | ) |
| Debtor(s). | ) |

### SUBSTITUTION OF COUNSEL FOR MISSOURI DEPARTMENT OF REVENUE

Comes now, Susan L. Lissant and enters her appearance as substitute counsel for the Missouri Department of Revenue, replacing Sherry L. Moreau.

    Chris Koster, Attorney General
    State of Missouri

    By: /s/ Susan L. Lissant
    Susan L. Lissant, Mo. Bar #56970
    Special Assistant Attorney General
    Missouri Department of Revenue
    General Counsel's Office
    301 W. High Street, Room 670
    P.O. Box 475
    Jefferson City, MO  65105-0475
    (573) 751-5531  FAX (573) 751-7232
    E-Mail:  deecf@dor.mo.gov
    Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically and served upon all those who receive electronic notification on October 25, 2010.

/s/ Susan L. Lissant