# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### September 1, 2010 through September 30, 2010

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 45.30 | $18,554.00 |
| Committee Meetings | 003 | 144.60 | 98,134.50 |
| Creditor Communications | 004 | 6.30 | 4,472.50 |
| Business Operations | 007 | 62.10 | 42,973.00 |
| Claims Administration/Bar Date | 009 | 9.50 | 3,984.50 |
| Fee/Retention Applications | 010 | 626.00 | 361,330.00 |
| Plan and Disclosure Statement | 011 | 354.50 | 234,047.50 |
| Employee Issues | 014 | 15.30 | 6,719.50 |
| Tax Issues | 016 | 22.90 | 12,970.50 |
| General Litigation | 017 | 122.70 | 58,836.50 |
| Travel * | 018 | 8.80 | 3,400.00 |
| Review of Pre-Petition Financings | 019 | 3.00 | 1,855.00 |
| Shareholder Claims | 020 | 593.60 | 352,752.50 |
| Plan Litigation | 021 | 503.40 | 319,350.00 |
| **Total** | | **2,518.00** | **1,519,380.00** |

\* Billed at 50% of normal hourly rates.

CPAM: 1812138.22

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2010

Our Matter #19804.002
              BANKRUPTCY GENERAL


| 09/01/10 | R. J. GAYDA | Review case docket and all relevant pleadings. | 0.30 hrs. |
|---|---|---|---|
| 09/01/10 | D. E. DEUTSCH | Review last three daily pleading reports, pleadings therein and calendar (.5); review and respond to inquiry from David LeMay re: court scheduling and certain pending matters (.2). | 0.70 hrs. |
| 09/01/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); review docket sheet re: motion for standing and related filings (1.40); prepare materials for distribution to D. Deutsch (.40). | 2.60 hrs. |
| 09/02/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.20 hrs. |
| 09/02/10 | D. E. DEUTSCH | Call with Alan Holtz re: various outstanding case hearing/scheduling matters (.2). | 0.20 hrs. |
| 09/03/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 09/07/10 | M. ROITMAN | Review docket and pleadings re: matters scheduled for hearing on 9/15 (0.4); Correspond with D. LeMay re: same (0.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    2

| 09/07/10 | D. E. DEUTSCH | Review court postings (.2); review last two daily reports, pleadings therein and court calendar (.3). | 0.50 hrs. |
| 09/07/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 09/07/10 | D. M. LeMAY | Review latest court filings. | 1.30 hrs. |
| 09/08/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30); review and respond to e-mails re: mediation matters (.30); draft summary chart detailing mediation process issues (.40). | 1.60 hrs. |
| 09/08/10 | D. E. DEUTSCH | Review yesterday's pleading report, pleadings therein and calendar (.2); review news report on Tribune's general counsel (.1) and edit related posting note for Committee (.1). | 0.40 hrs. |
| 09/08/10 | R. J. GAYDA | Review case docket for all relevant pleadings. | 0.30 hrs. |
| 09/09/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30); review e-mails re: mediation matters (.20); finalize summary chart re: mediatin matters (.80). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 09/10/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 0.90 hrs. |
| 09/10/10 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and calendar (.4). | 0.40 hrs. |
| 09/11/10 | D. E. DEUTSCH | Review pleadings for upcoming hearing (.5); e-mail David Bava re: preparation for same (.1). | 0.60 hrs. |
| 09/13/10 | D. M. LeMAY | Review all latest court filings. | 1.50 hrs. |
| 09/13/10 | M. ROITMAN | Review notice of matters scheduled for 9/15 hearing. | 0.20 hrs. |
| 09/13/10 | D. E. DEUTSCH | Review case filings related to Wednesday's court hearing (.3); exchange e-mails with Marc Roitman and David Bava re: required follow-up on same (.2). | 0.50 hrs. |
| 09/13/10 | R. J. GAYDA | Review case docket and all relevant pleadings. | 0.40 hrs. |
| 09/13/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.40); prepare attorney hearing materials re: September 15th hearings (2.1); post certain materials to Intralinks (.30). | 3.40 hrs. |
| 09/14/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); update hearing materials re: September 15th hearings (1.0); post certain | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page     4

| | | | |
|---|---|---|---|
| | | materials to Intralinks (.30). | |
| 09/14/10 | D. E. DEUTSCH | Review and edit memorandum to Committee regarding tomorrow's hearing (.3); call with David LeMay re: various pending matters (.2). | 0.50 hrs. |
| 09/14/10 | M. ROITMAN | Draft email to Debtors' counsel re: weekly conference call (0.2) | 0.20 hrs. |
| 09/15/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.40); review docket sheet re: filing information for supplemental standing motion and third-party standing motion (.30). | 1.90 hrs. |
| 09/16/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.30 hrs. |
| 09/16/10 | R. J. GAYDA | Review case docket and all relevant pleadings. | 0.50 hrs. |
| 09/16/10 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and related calendars (.4); review various case filings (.2). | 0.60 hrs. |
| 09/17/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); create confidential Intralinks group (.40); post certain materials to Intralinks (.30). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5


| 09/19/10 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and court calendar (.3). | 0.30 hrs. |
|----------|---------------|---|---|
| 09/20/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.20 hrs. |
| 09/20/10 | D. M. LeMAY | Review all most recent case filings. | 1.30 hrs. |
| 09/21/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.30 hrs. |
| 09/21/10 | D. E. DEUTSCH | Review last two pleading summaries, pleadings therein and court calendar (.2); exchange e-mails with Marc Roitman re: additional Intralinks postings (.2). | 0.40 hrs. |
| 09/22/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 09/23/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    6

| | | | |
|---|---|---|---|
| 09/23/10 | D. E. DEUTSCH | Review last two daily pleading reports, pleadings therein and calendar (.2). | 0.20 hrs. |
| 09/24/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.90); review, revise and finalize case calendar based on current docket entries (.20). | 1.10 hrs. |
| 09/27/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.40). | 1.10 hrs. |
| 09/28/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 09/28/10 | D. M. LeMAY | Review latest court filings. | 1.40 hrs. |
| 09/29/10 | D. E. DEUTSCH | Discuss various case matters with David LeMay (.3); discuss two case research issues with Jessica Marrero (.3). | 0.60 hrs. |
| 09/29/10 | M. ROITMAN | Revise memo re: Committee action (0.2); Meet with D. Deutsch re: same (0.1) | 0.30 hrs. |
| 09/29/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.90). | 1.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7
```

| | | | |
|---|---|---|---|
| 09/30/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.20 hrs. |

**TOTAL DUE FOR THIS MATTER.......................................   $18,554.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 5.50 | 4702.50 |
| D. E. DEUTSCH | 695.00 | 5.90 | 4100.50 |
| D. BAVA | 270.00 | 31.10 | 8397.00 |
| R. J. GAYDA | 595.00 | 1.50 | 892.50 |
| M. ROITMAN | 355.00 | 1.30 | 461.50 |
| TOTALS | | 45.30 | 18554.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2010

Our Matter #19804.003
                COMMITTEE MEETINGS


| | | | |
|---|---|---|---|
| 09/01/10 | M. ROITMAN | Draft email to Committee re: rescheduling of Committee meeting (0.2); Correspond with Committee Co-Chairs re: 9/8 meeting (0.2); Draft email to Committee re: same (0.2); Revise minutes of 8/16 and 8/19 Committee meetings (1.7). | 2.30 hrs. |
| 09/01/10 | R. J. GAYDA | Review email correspondence re Committee meetings. | 0.20 hrs. |
| 09/01/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: follow-up with Committee re: agenda/scheduling for upcoming meetings (.3); review and revise minutes for August 16th and 19th Committee meetings (.7). | 1.00 hrs. |
| 09/02/10 | D. M. LeMAY | Respond to G. Novod questions re: draft meeting minutes (.5). Respond to question from J. Teitelbaum re: Various Committee issues (0.4). | 0.90 hrs. |
| 09/02/10 | M. ROITMAN | Draft email to Committee re: 8/16 Special Meeting Minutes (0.1); Confer with D. Bava re: same (0.1); Review correspondence with G. Novod re: Minutes (0.2); Revise 8/5 and 8/12 Minutes (0.7); Draft email to Committee re: same (0.2); Correspond with D. Deutsch re: same (0.2) | 1.50 hrs. |
| 09/03/10 | M. ROITMAN | Draft agenda for 9/8 Committee meeting (0.4); Correspond with H. Seife, D. LeMay, D. Deutsch re: same (0.1) | 0.50 hrs. |
| 09/03/10 | D. E. DEUTSCH | Review and comment on draft Committee agenda (.2); edit memorandum to Committee re: mediation participation (.2). | 0.40 hrs. |
| 09/05/10 | D. E. DEUTSCH | Review inquiry from Committee member (Wilmington Trust's counsel) re: minutes question and initial response to same (.3); follow-up with Marc Roitman re: | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2

|            |                |                                                                                                                                                                                            |           |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | confirmation of facts and response on third issue raised by Wilmington Trust's counsel (.2); follow-up e-mail to Marc Roitman on posting modified minutes (.2); e-mail Marc Alpert re: request for presentation at Wednesday's Committee meeting (.1). |           |
| 09/07/10   | D. E. DEUTSCH  | Discuss tomorrow's Committee meeting with David LeMay (.2); review and edit draft internal agenda for tomorrow's Committee meeting (.1); review and edit agenda for Committee professional meeting (.2). | 0.50 hrs. |
| 09/07/10   | M. ROITMAN     | Draft agenda for 9/8 Committee Professionals Call (0.5); Draft internal agenda for 9/8 Committee meeting (0.4) | 0.90 hrs. |
| 09/07/10   | H. SEIFE       | Preparation for Committee meeting.                                                                                                                                                         | 2.20 hrs. |
| 09/07/10   | H. LAMB        | Prepare materials for 9/8 Committee meeting.                                                                                                                                               | 1.20 hrs. |
| 09/07/10   | D. M. LeMAY    | Conference call of Committee professionals to discuss mediation, tomorrow's Committee call, and response to Friedman (1.1).  Preparation for tomorrow's meeting (1.6). | 2.70 hrs. |
| 09/08/10   | M. A. ALPERT   | Attended portion of Committee meeting.                                                                                                                                                     | 0.80 hrs. |
| 09/08/10   | M. ROITMAN     | Attendance at Committee Professionals Call (0.6); Correspond with H. Lamb re: materials for Committee Professionals Call (0.1); Take minutes at Committee Meeting (0.9) | 1.60 hrs. |
| 09/08/10   | D. E. DEUTSCH  | Exchange e-mails with Marc Roitman re: preparing posting for today's Committee meeting (.2); prepare for call with Committee professionals (.7); participate in related call (.8); prepare outline for update on certain case matters at today's Committee meeting (.6). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page     3

| 09/08/10 | H. SEIFE | Preparation for Committee meeting (1.4); telephonic meeting with Committee (1.1). | 2.50 hrs. |
|---|---|---|---|
| 09/08/10 | M. D. ASHLEY | Attended weekly UCC professionals' call (.5); attended weekly Committee call (.9); attended team meeting following Committee call (.4). | 1.80 hrs. |
| 09/08/10 | T. J. MCCORMACK | Prep for (.2) and meeting of professionals (0.4); follow-up with Chadbourne team on all issues (0.4); meeting of Committee to address various issues, including filing of third party complaint (0.9). | 1.90 hrs. |
| 09/08/10 | N. T. ZINK | Prepare for all professional call (.3) participate on all professional call (.6). | 0.90 hrs. |
| 09/08/10 | D. M. LeMAY | Meeting of C&P team to prepare for today's Committee call (1.0). Attend telephonic Committee meeting (.9); Conference call of Committee professionals re: follow-up on Committee meeting matters (.6). | 2.50 hrs. |
| 09/09/10 | H. SEIFE | Preparation for Committee meeting (2.1); conference with ZS regarding Committee meeting (.8). | 2.90 hrs. |
| 09/09/10 | D. E. DEUTSCH | Exchange e-mails with Graeme Bush re: tomorrow's Committee meeting matters (.2). | 0.20 hrs. |
| 09/10/10 | M. ROITMAN | Draft Minutes of 8/27 Committee meeting (1.6) | 1.60 hrs. |
| 09/10/10 | H. SEIFE | Conference with ZS regarding Committee meeting. | 0.80 hrs. |
| 09/13/10 | M. ROITMAN | Revise minutes of 8/27 Committee meeting (0.5); Draft minutes of 9/8 Committee meeting (0.5); Draft agenda for Committee professionals call (0.6) | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 09/13/10 | H. LAMB | Prepare materials for Committee meeting. | 0.50 hrs. |
| 09/14/10 | T. J. MCCORMACK | Meeting of professionals on status, tasks and case issues (0.7). | 0.70 hrs. |
| 09/14/10 | M. ROITMAN | Attendance at Committee Professionals Call (0.7); Draft agenda for 9/16 Committee Meeting (0.7). | 1.40 hrs. |
| 09/14/10 | D. E. DEUTSCH | Prepare for (.4) and participate in meeting with Committee professionals (.8); review and edit draft agenda for Committee's Thursday meeting (.2). | 1.40 hrs. |
| 09/14/10 | M. D. ASHLEY | Prepared for professionals' meeting regarding status of proceedings and litigation scenarios (.8); attended professionals' meeting (.7). | 1.50 hrs. |
| 09/14/10 | R. J. GAYDA | Attend Committee professionals' call. | 0.80 hrs. |
| 09/14/10 | D. M. LeMAY | Participate in weekly call of Committee professionals re: all pending matters. | 0.80 hrs. |
| 09/15/10 | H. LAMB | Prepare materials for 9/16 Committee meeting. | 0.40 hrs. |
| 09/15/10 | H. SEIFE | Preparation for Committee meeting. | 1.80 hrs. |
| 09/16/10 | H. SEIFE | Preparation for Committee meeting (.9); telephonic meeting with Committee (2.5); follow up meeting with team (.7). | 4.10 hrs. |
| 09/16/10 | M. ROITMAN | Confer with H. Lamb re: preparation for Committee meeting (0.3); Take detailed minutes at Committee meeting (2.9); Draft minutes of 9/16 Committee meeting (0.3) | 3.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/16/10 | D. M. LeMAY | Prepare for (.5) and participate in (2.5) telephonic Committee meeting. Follow up meeting with Seife, Ashley and McCormack (.7). | 3.70 hrs. |
| 09/16/10 | D. E. DEUTSCH | Prepare outline for today's Committee meeting issues (.4); discuss various talking points with Howard Seife (.2); participate in Committee meeting (2.7). | 3.30 hrs. |
| 09/16/10 | M. D. ASHLEY | Attended weekly Committee call (2.5); attend follow-up meeting with team (.8). | 3.30 hrs. |
| 09/16/10 | N. T. ZINK | Prepare for telephonic committee meeting re committee's draft mediation statement (.5); attend telephonic committee meeting (2.8); conference with llitigation/mediation teams re Committee meeting follow up and mediation strategy (.8). | 4.10 hrs. |
| 09/16/10 | T. J. MCCORMACK | Attend weekly Committee call (2.5); follow-up team meeting (.7). | 3.20 hrs. |
| 09/19/10 | M. ROITMAN | Draft email to Committee re: special telephonic meeting (0.5); Correspond with H. Seife, D. LeMay, D. Deutsch re: same (0.2); Correspond with H. Lamb re: same (0.1). | 0.80 hrs. |
| 09/20/10 | M. ROITMAN | Take Minutes at Committee Meeting (0.9); Revise minutes of 8/27 Committee meeting (0.7); Draft email to Committee re: 8/27 and 9/10 Minutes (0.5); Draft agenda for Committee professionals call (0.4); Draft email to C&P, ZS teams re: conference call (0.1) | 2.60 hrs. |
| 09/20/10 | N. T. ZINK | Attend committee telephonic meeting (.7); conference with H. Seife re pending matters (.5). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page     6


| 09/20/10 | H. SEIFE | Conference call with ZS regarding preparation for Committee meeting (.4); preparation for Committee meeting (2.2); meeting with Committee (telephonic) (.9). | 3.50 hrs. |
|---|---|---|---|
| 09/20/10 | T. J. MCCORMACK | T/c with professionals to discuss all aspects of pending motion, opposition briefs and upcoming hearing (0.8); t/c with Committee on same (0.9). | 1.70 hrs. |
| 09/20/10 | D. M. LeMAY | Prepare for (.4) and participate in (1.0) conference call meeting of the committee. | 1.40 hrs. |
| 09/20/10 | M. D. ASHLEY | Attended weekly Committee call (.8). | 0.80 hrs. |
| 09/20/10 | D. E. DEUTSCH | Prepare for (.5) and participate in special Committee meeting re: competing plan and other matters and options for Committee related to same (.9); review and edit drafts of two committee minutes (.6); exchange e-mails related to same with Marc Roitman (.1). | 2.10 hrs. |
| 09/20/10 | R. J. GAYDA | Participate in Committee call (.8). | 0.80 hrs. |
| 09/20/10 | D. M. LeMAY | Participate in Committee Professionals call regarding briefing of motion (.7). | 0.70 hrs. |
| 09/21/10 | D. M. LeMAY | Participate in Committee Professionals call re: Aurelius motion (.6). | 0.60 hrs. |
| 09/21/10 | T. J. MCCORMACK | Prep for (.3) and meeting of professionals re: 9/22 hearing on disqualification, strategy and options (.7). | 1.00 hrs. |
| 09/21/10 | M. ROITMAN | Draft agenda for 9/23 Committee Meeting (0.6); Draft Minutes of 9/8 Committee Meeting (2.8) | 3.40 hrs. |
| 09/22/10 | M. ROITMAN | Revise minutes of 9/8 Committee meeting (0.5); Draft minutes of 9/16 Committee meeting (2.0) | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7


| 09/22/10 | H. SEIFE | Preparation for Committee meeting. | 1.70 hrs. |
| 09/23/10 | H. SEIFE | Preparation for Committee meeting (1.3); meeting with Committee (1.0). | 2.30 hrs. |
| 09/23/10 | M. ROITMAN | Take minutes at Committee meeting (0.9); Draft 9/16 Committee minutes (3.4); | 4.30 hrs. |
| 09/23/10 | D. E. DEUTSCH | Prepare discussion points for Committee meeting (.7); participate in Committee meeting (.8). | 1.50 hrs. |
| 09/23/10 | D. M. LeMAY | Prepare for (.5) and participate in (1.0) conference call meeting of the Committee. | 1.50 hrs. |
| 09/24/10 | M. ROITMAN | Draft 9/20 Committee minutes (1.0) | 1.00 hrs. |
| 09/26/10 | D. E. DEUTSCH | Review and revise drafts of last three meeting minutes (1.7). | 1.70 hrs. |
| 09/27/10 | M. ROITMAN | Draft email to Committee re: special Committee meeting (0.4); Draft agenda for Committee Professionals conference call (0.4). | 0.80 hrs. |
| 09/28/10 | M. ROITMAN | Draft email to Committee rescheduling special Committee meeting (0.3); Correspond with Committee members re: same (0.3); Revise 9/8 Committee minutes (1.3); Revise 9/16 Committee minutes (0.9); Revise 9/20 Committee minutes (0.5); Take minutes at special Committee meeting (1.1); Draft agenda for 9/30 Committee meeting (0.6); | 5.00 hrs. |
| 09/28/10 | D. E. DEUTSCH | Prepare outline on issue for today's special Committee meeting (.4); draft preliminary agenda for Thursday's Committee meeting (.3); discuss status of various issues with David LeMay for today's Committee meeting (.3); participate in part of Committee meeting (.8); edit Thursday's Committee agenda after today's | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                     |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Committee meeting to reflect issues raised in same (.2).                                                                                                                                                                                                                                                                                                                                                                             |            |
| 09/28/10   | D. M. LeMAY    | Professionals pre-call to prepare for Committee call (.6). Participate in Committee call (1.5).                                                                                                                                                                                                                                                                                                                                       | 2.10 hrs.  |
| 09/28/10   | M. D. ASHLEY   | Attended UCC conference call regarding mediation and related matters.                                                                                                                                                                                                                                                                                                                                                                | 1.20 hrs.  |
| 09/29/10   | D. M. LeMAY    | Review presentations for tomorrow's committee meeting.                                                                                                                                                                                                                                                                                                                                                                               | 1.40 hrs.  |
| 09/29/10   | H. LAMB        | Preparation of materials for 9/30 Committee meeting.                                                                                                                                                                                                                                                                                                                                                                                 | 0.80 hrs.  |
| 09/29/10   | D. E. DEUTSCH  | Discuss Committee resolution with James Sottile (.2); review and make final edits to Committee minutes for meetings on September 8th, 16th and 20th (.5).                                                                                                                                                                                                                                                                              | 0.70 hrs.  |
| 09/29/10   | M. ROITMAN     | Revise minutes of September 8th, 16th, and 20th Committee meetings (0.6); Draft emails to Committee re: same (0.3); Correspond with D. LeMay and D. Deutsch re: Committee professionals call (0.2); Draft email to Committee professionals re: agenda for call (0.1); Review G. Novod's (Committee member counsel) comments on minutes (0.2); Draft email to D. Deutsch and D. LeMay re: annotations to same (0.4); Correspond with ZS team re: same (0.2). | 2.00 hrs.  |
| 09/29/10   | H. SEIFE       | Preparation for Committee meeting.                                                                                                                                                                                                                                                                                                                                                                                                   | 1.20 hrs.  |
| 09/30/10   | H. SEIFE       | Preparation for Committee meeting (2.2); telephonic meeting with Creditors' Committee (1.9).                                                                                                                                                                                                                                                                                                                                          | 4.10 hrs.  |
| 09/30/10   | N. T. ZINK     | Attend all professionals call (1.3); attend committee telephonic meeting (1.8).                                                                                                                                                                                                                                                                                                                                                      | 3.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    9


| 09/30/10 | T. J. MCCORMACK | Telephone conf. with Committee professionals on case issues, including Aurelius settlement demands/analysis, upcoming tasks and Committee report. | 1.00 hrs. |
| 09/30/10 | M. ROITMAN | Attend Committee Professionals Conference Call (1.2); Take minutes at Committee meeting (2.0); | 3.20 hrs. |
| 09/30/10 | D. E. DEUTSCH | Exchange e-mails with Gordon Novod (Committee member counsel) re: minutes/related issues (.2); prepare outline for points to address during today's Committee call (.8); participate in preparatory call with Committee professionals (1.2); call with Gordon Novod and D. LeMay re: minute issues (.2); make related edits to minutes (.2); attend part of Committee meeting (.7). | 3.30 hrs. |
| 09/30/10 | D. M. LeMAY | Conference call of Committee Professionals to prepare for Committee meeting (1.1).  Prepare presentation for Committee matters (1.5). Participate in telephonic Committee Meeting (2.0). | 4.60 hrs. |


'OTAL DUE FOR THIS MATTER.......................................     $98,134.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    10

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 22.90 | 19579.50 |
| H. SEIFE | 965.00 | 27.10 | 26151.50 |
| M. A. ALPERT | 825.00 | .80 | 660.00 |
| N. T. ZINK | 795.00 | 9.30 | 7393.50 |
| T. J. MCCORMACK | 825.00 | 9.50 | 7837.50 |
| M. D. ASHLEY | 645.00 | 8.60 | 5547.00 |
| D. E. DEUTSCH | 695.00 | 21.20 | 14734.00 |
| R. J. GAYDA | 595.00 | 1.80 | 1071.00 |
| H. LAMB | 270.00 | 2.90 | 783.00 |
| M. ROITMAN | 355.00 | 40.50 | 14377.50 |
| TOTALS | | 144.60 | 98134.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2010

Our Matter #19804.004
             CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 09/01/10 | D. E. DEUTSCH | Review materials from Bob Paul re: internal information release by Debtors (.2). | 0.20 hrs. |
| 09/07/10 | D. E. DEUTSCH | Call with Frank Anderson (PBGC) re: various case matters (.5); telephone conversation with Bob Paul (Guild counsel) re: case matters/mediation (.2); exchange e-mails with Gabrielle Davis re: various case matters (.2); call to Gordon Novod (Wilmington Trust's counsel) re: inquiry on minutes (.1). | 1.00 hrs. |
| 09/09/10 | D. E. DEUTSCH | Call with Bill Niese (Committee member) (.2); call with Frank Anderson (PBGC) re: case matters (.5); counsel with Gabrielle Davis (Buena Vista) re: mediation and other matters (.4). | 1.10 hrs. |
| 09/13/10 | H. SEIFE | Emails with Committee members regarding new developments. | 0.60 hrs. |
| 09/14/10 | D. E. DEUTSCH | Review e-mail from Wayne Smith re: disqualification motion (.2); participate in call related to same (.1). | 0.30 hrs. |
| 09/16/10 | D. E. DEUTSCH | Exchange e-mails (.1) and hold call with Committee member (Buena Vista) re: various case/mediation matters (.1). | 0.20 hrs. |
| 09/19/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Edward Sassower) (.2). | 0.20 hrs. |
| 09/20/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Bill Salganik) (.2); follow-up with Marc Roitman re: further research on same (.1); call with Committee member (PBGC) re: various case matters (.2); e-mail Marc Roiman re: creating informational posting for Committee (.2). | 0.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| | | | |
|---|---|---|---|
| 09/21/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member counsel (Jay Teitelbaum) re: mediation (.2). | 0.20 hrs. |
| 09/28/10 | D. E. DEUTSCH | Telephone conversation with Committee chair re: mediation matters (.2). | 0.20 hrs. |
| 09/29/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Buena Vista) re: status (.3); call with Randall Klein (Avenue Capital) re: case inquiry (.2); review, research and respond to inquiry from Bill Salganik (Guild) re: questions on 2010 MIP matters (.4); review (.2) and follow-up e-mails and conference with Marc Roitman on request from Gordon Novod (Wilmington Trust counsel) re: Committee minute changes (.3). | 1.40 hrs. |
| 09/30/10 | M. ROITMAN | Call with A. Axenrod of CRG LLC (0.2) | 0.20 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................    $4,472.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | .60 | 579.00 |
| D. E. DEUTSCH | 695.00 | 5.50 | 3822.50 |
| M. ROITMAN | 355.00 | .20 | 71.00 |
| TOTALS | | 6.30 | 4472.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through September 30, 2010

Our Matter #19804.007
        BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 09/01/10 | M. A. ALPERT | Conf. call with Tribune and MWE re: Cooking Channel transaction (1.1); prepared memo re: same (.9); reviewed related documents (1.0); confs. w/Moelis re same (.8). | 3.80 hrs. |
| 09/01/10 | B. G. CARSON | Conference call with Tribune, Tribune's counsel and counsel for other creditors to discuss developments relating to Cooking Channel transaction (1.2); revise draft memo to committee regarding Cooking Channel transaction (1.8). | 3.00 hrs. |
| 09/01/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 09/01/10 | H. SEIFE | Review of draft Cooking Channel memo (.5); review of AlixPartners weekly update (.3); review of Gruener update memo on Cooking Channel (.7). | 1.50 hrs. |
| 09/01/10 | D. E. DEUTSCH | Review draft Committee memorandum on Food Network transaction and related e-mails (.5); e-mail Marc Alpert on follow-up item related to same (.1); review Wilmington Trust's filed reply in FCC application process (.4); e-mail James Stenger re: same (.1); review additional e-mails on Food Network transaction (.1). | 1.20 hrs. |
| 09/02/10 | H. SEIFE | Review of revised Cooking Channel transaction documents. | 0.90 hrs. |
| 09/02/10 | B. G. CARSON | Review drafts of amendment to TVFN partnership agreement, contribution agreement and cover memo to Scripps. | 2.40 hrs. |
| 09/02/10 | M. ROITMAN | Draft email to Committee re: Contribution of the Cooking Channel by Scripps (0.5) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2


| 09/02/10 | M. A. ALPERT | Worked on Committee memo (.9) and reviewed documents re: Cooking Channel transaction (.8). | 1.70 hrs. |
| 09/03/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 1.80 hrs. |
| 09/05/10 | D. E. DEUTSCH | Review updated analysis on Food Network transaction and related next steps (.3); review deal provisions related to bankruptcy law and provide response to inquiry from Marc Alpert on same (.5). | 0.80 hrs. |
| 09/07/10 | H. SEIFE | Review of AlixPartners weekly status report. | 0.30 hrs. |
| 09/07/10 | M. A. ALPERT | Prepared for Committee meeting (.7) and reviewed documents re: Cooking Channel transaction (1.4). | 2.10 hrs. |
| 09/08/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.50 hrs. |
| 09/08/10 | M. A. ALPERT | Prepared for Committee meeting (1.3) and reviewed documents re: Cooking Channel transaction (2.5). | 3.80 hrs. |
| 09/08/10 | M. STRAND | Office conference w/ J. Stenger RE: FCC and Plan developments. | 0.40 hrs. |
| 09/08/10 | K. NASHAT | Reviewed partnership agreement and amendment thereto for Television Food Network in connection with Cooking Channel contribution by Scripps. | 4.10 hrs. |
| 09/08/10 | H. SEIFE | Review of Liebentritt CRO appointment. | 0.30 hrs. |
| 09/08/10 | M. ROITMAN | Review WSJ Article re: Debt Trading (0.2); Correspond with D. Deutsch re: same (0.1); Draft email to Committee re: same (0.1); Review press release re: Liebentritt as Chief Restructuring Officer (0.2); Draft email to Committee re: same (0.2) | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     3


| 09/09/10 | M. A. ALPERT | Prepared for Committee meeting (1.2) and reviewed documents re: Cooking Channel transaction (1.6). | 2.80 hrs. |
|---|---|---|---|
| 09/09/10 | K. NASHAT | Reviewed partnership agreement and amendment thereto for Television Food Network in connection with Cooking Channel contribution by Scripps (1.8); confs/emails with M. Alpert re: foregoing (0.7). | 2.50 hrs. |
| 09/09/10 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: new role of CRO (.2). | 0.20 hrs. |
| 09/10/10 | K. NASHAT | Reviewed Television Food Network partnership agreement in connection with Cooking Channel contribution by Scripps. | 1.50 hrs. |
| 09/10/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (2.1); confs. MWE re: same (.6). | 2.70 hrs. |
| 09/10/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 09/11/10 | K. NASHAT | Reviewed Lazard presentation re: Television Food Network and contribution of Cooking Channel by Scripps. | 1.00 hrs. |
| 09/11/10 | D. E. DEUTSCH | Review presentation/analysis on Cooking Channel transaction (.6). | 0.60 hrs. |
| 09/12/10 | K. NASHAT | TC M. Alpert re: Lazard presentation re: Television Food Network and contribution of Cooking Channel by Scripps. | 0.30 hrs. |
| 09/13/10 | K. NASHAT | Reviewed Lazard presentation re: Television Food Network and contribution of Cooking Channel by Scripps. | 0.40 hrs. |
| 09/13/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (1.9); confs. MWE re: same (.7). | 2.60 hrs. |
| 09/14/10 | M. A. ALPERT | Correspondence with K.Nashat re: Cooking Channel transaction. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page      4

| | | | |
|---|---|---|---|
| 09/14/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 09/15/10 | M. A. ALPERT | Conferences and correspondence with K.Nashat re: Cooking Channel transaction. | 0.70 hrs. |
| 09/15/10 | H. SEIFE | Review of AlixPartners weekly summary. | 0.30 hrs. |
| 09/16/10 | D. E. DEUTSCH | Review e-mails re: update on Cooking Channel transaction issues (.2). | 0.20 hrs. |
| 09/16/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 09/17/10 | M. A. ALPERT | Review Cooking Channel transaction documents. | 1.50 hrs. |
| 09/20/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.20 hrs. |
| 09/20/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 0.40 hrs. |
| 09/20/10 | M. STRAND | Review and comment on revised Plan re: FCC issues (.9), email and office conference w/ J. Stenger RE: same (.2). | 1.10 hrs. |
| 09/20/10 | J. A. STENGER | Review revised FCC issues in Committee Plan. | 1.00 hrs. |
| 09/21/10 | J. A. STENGER | Review revised committee plan re: FCC issues (1.0); office conference with M. Strand and correspondence with C. Rivera regarding same (0.5). | 1.50 hrs. |
| 09/21/10 | M. STRAND | Office conferences and email w/ J. Stenger RE: revisions to Plan re: FCC issues (.3); review and comment on plan (.5). | 0.80 hrs. |
| 09/21/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.20 hrs. |
| 09/21/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            October 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    5

| | | | |
|---|---|---|---|
| 09/22/10 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 09/23/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 09/23/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (.5); conferences with K.Nashat re same (.2). | 0.70 hrs. |
| 09/24/10 | M. STRAND | Review WTC FCC filings (.5) and email to J. Stenger re: same (.1). | 0.60 hrs. |
| 09/24/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 0.50 hrs. |
| 09/24/10 | J. A. STENGER | Review WTC FCC ex parte filing (1.0); prepare correspondence to D. Deutsch regarding same (0.3). | 1.30 hrs. |
| 09/27/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings, for J.Stenger. | 0.10 hrs. |
| 09/28/10 | D. FRIX | Confer with J. Stenger regarding possible FCC Trust issues. | 0.90 hrs. |
| 09/28/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 0.70 hrs. |
| 09/28/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 09/28/10 | D. E. DEUTSCH | Review AlixPartners' weekly business report (.2); e-mail Alan Holtz re: presentation of same to Committee (.1). | 0.30 hrs. |
| 09/29/10 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC filings and next steps (.4). | 0.40 hrs. |
| 09/29/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 09/29/10 | M. STRAND | Email w/ J. Stenger RE: potential settlement, review of email from D. Deutsch. | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

| | | | |
|---|---|---|---|
| 09/29/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (.6); confs with K.Nashat re same (.2). | 0.80 hrs. |
| 09/29/10 | H. SEIFE | Review of AlixPartners report. | 0.30 hrs. |
| 09/30/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 0.30 hrs. |
| 09/30/10 | D. E. DEUTSCH | Review various e-mails re: Cooking Channel transaction status/matters (.2). | 0.20 hrs. |

**TOTAL DUE FOR THIS MATTER....................................    $42,973.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 3.90 | 3763.50 |
| M. A. ALPERT | 825.00 | 28.10 | 23182.50 |
| J. A. STENGER | 495.00 | 3.80 | 1881.00 |
| B. G. CARSON | 475.00 | 5.40 | 2565.00 |
| D. E. DEUTSCH | 695.00 | 3.90 | 2710.50 |
| D. FRIX | 675.00 | .90 | 607.50 |
| K. NASHAT | 625.00 | 9.80 | 6125.00 |
| A. RATCHFORD | 200.00 | 1.70 | 340.00 |
| M. ROITMAN | 355.00 | 1.30 | 461.50 |
| M. STRAND | 405.00 | 3.30 | 1336.50 |
| TOTALS | | 62.10 | 42973.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    1

For Services Through September 30, 2010

Our Matter #19804.009
        CLAIMS ADMINISTRATION/BAR DATE

| 09/01/10 | M. ROITMAN | Draft memo re: 35th Omnibus Claims Objection (1.4); Draft email to Committee re: same (0.2); Review Bates Motion to Extend Bar Date (0.3); | 1.90 hrs. |
|---|---|---|---|
| 09/01/10 | D. E. DEUTSCH | Review and edit memorandum to Committee on thirty-fifth omnibus claim objection (.4). | 0.40 hrs. |
| 09/02/10 | M. ROITMAN | Call with J. Ludwig re: Bates Motion to Extend Bar Date (0.4); Draft email memo to D. Deutsch re: same (0.7) | 1.10 hrs. |
| 09/07/10 | D. E. DEUTSCH | Review e-mails re: Bates' motion (.2); e-mail Marc Roitman on next steps related to same (.1); review draft memorandum to Committee on Bates' motion and related joinder and edit same (.5); discuss next steps on same with Marc Roitman (.1). | 0.90 hrs. |
| 09/07/10 | M. ROITMAN | Review Debtors' summary of objection to Bates motion to extend bar date (0.4); Draft Joinder to Debtors' Objection (1.5); Draft email to Committee re: same (1.2); Confer with D. Deutsch re: same (0.3); | 3.40 hrs. |
| 09/08/10 | M. ROITMAN | Review Debtors' Objection to Bates Motion to Extend Bar Date (0.5); Correspond with M. McGuire re: filing joinder (0.1) | 0.60 hrs. |
| 09/08/10 | D. E. DEUTSCH | Review Bates' objection and determine appropriate next steps on same (.4); review joinder and edit same (.1). | 0.50 hrs. |
| 09/24/10 | M. ROITMAN | Review 36th Omnibus Claims Objection (0.7) | 0.70 hrs. |

**Total Fees for Professional Services..............    $3,984.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

**TOTAL DUE FOR THIS MATTER**...................................... **$3,984.50**

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 1.80 | 1251.00 |
| M. ROITMAN | 355.00 | 7.70 | 2733.50 |
| TOTALS | | 9.50 | 3984.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through September 30, 2010

Our Matter #19804.010
        FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 09/01/10 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application (August). | 6.70 hrs. |
| 09/01/10 | M. ROITMAN | Correspond with M. Ashley and R. Kirby re: questions on court filing (0.1); Review Stipulation re: Law Debenture Fee Motion (0.2); Draft summary of process re: Law Debenture Fee Motion (1.2); Correspond with F. Panchak re: 8/20 hearing transcript (0.1) | 1.60 hrs. |
| 09/01/10 | M. ROITMAN | Draft Committee memo re: Debtors Application to Retain Jones Day (2.7) | 2.70 hrs. |
| 09/01/10 | A. HANESSIAN | Preparation of response on certain issues raised in Fee Examiner Report. | 0.50 hrs. |
| 09/01/10 | H. SEIFE | Review of Jones Day retention issues. | 0.80 hrs. |
| 09/01/10 | E. DAUCHER | Draft response to fee examiner, including exhibit (3.6); meet with D. Deutsch re: Kenneth Klee's requested fees (.2). | 3.80 hrs. |
| 09/02/10 | M. ROITMAN | Correspond with F. Panchak and C&P team re: corrected 8/20 hearing transcript (0.2); Correspond with D. Deutsch and A. Landis re: Law Debenture Fee Motion (0.3); Draft email memo to H. Seife and D. LeMay re: same (0.5). | 1.00 hrs. |
| 09/02/10 | D. E. DEUTSCH | Review analysis on Law Debenture's request to reinstate motion on Senior Lender professional fees (.7); e-mail Marc Roitman re: request for additional research related to same (.2); review exchange of e-mails between Marc Roitman and Matt McGuire re: follow-up issues (.3). | 1.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| | | | |
|---|---|---|---|
| 09/02/10 | H. SEIFE | Review emails from Committee members regarding Jones Day (1.2). | 1.20 hrs. |
| 09/02/10 | H. SEIFE | Review of memo regarding Law Debenture Fee Motion (.4). | 0.40 hrs. |
| 09/02/10 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 6.20 hrs. |
| 09/02/10 | H. SEIFE | Review of Friedman letter on conflict issue (.7); preparation of response (1.1). | 1.80 hrs. |
| 09/03/10 | D. M. LeMAY | Review Friedman letter re: alleged conflict issues (.5). Confidential call w/C&P and ZS teams re: same (1.1).  Prepare and revise draft reply (2.9).  E-mail to the Committee re: same (.4). | 4.90 hrs. |
| 09/03/10 | M. ROITMAN | Review Aurelius Letter to H. Seife and G. Bush (0.3); Call with D. Deutsch re: same (0.3); Draft email to Committee re: same (0.6); Revise Committee Response to Aurelius Letter (0.8); Draft chronology re: C&P conflicts (6.7). | 8.70 hrs. |
| 09/03/10 | M. ROITMAN | Correspond with D. Bava re: Examiner's Professional Fees (0.2); Review filings of ordinary course professionals and update summary chart on same (0.3) | 0.50 hrs. |
| 09/03/10 | D. BAVA | Prepare fee and expense summary for the applications filed by the Examiner and professionals (.80). | 0.80 hrs. |
| 09/03/10 | D. BAVA | Review docket re: retention materials for Chadbourne & Parke LLP and Zuckerman Spaeder Aurelius motion follow up (.60); review docket re: Aurelius court filings (.30). | 0.90 hrs. |
| 09/03/10 | H. SEIFE | Conference call with ZS regarding Friedman letter (.9); review of Judge Gross email regarding mediation (.3); review of draft response to Friedman (.5); review | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3

|  |  |  |  |
|---|---|---|---|
|  |  | of Friedman email (.3); email from W. Smith regarding Friedman letter (.3); email to Friedman (.2). |  |
| 09/03/10 | D. E. DEUTSCH | Review and analysis of letter from Aurelius's counsel on meditation and litigation strategy (.4); exchange multiple related e-mails with Chadbourne and Zuckerman litigation teams on same (.6); work on proposed research related to issue raised in same (1.1); call w/Graeme Bush, Howard Seife, Tom McCormack and others re: Aurelius letter and response (.9); follow-up call with Marc Roitman on Committee notice and next steps related to same (.3); exchange e-mail with Eric Daucher re: additional research issues (.2); exchange e-mails with David LeMay re: next steps (.2); review results of preliminary research (.5); call with Thomas McCormack re: response issues (.2). | 4.40 hrs. |
| 09/03/10 | E. DAUCHER | Review final fee applications of K. Klee and retained professionals (3.6); draft memo re: same (1.5). | 5.10 hrs. |
| 09/03/10 | T. J. MCCORMACK | Review of Aurelius letter re: disqualification (0.2); draft outline of letter response (0.7); review/comment on revised draft response (0.2); review follow-up e-mail from Aurelius counsel (0.1); reviewed revised drafts (0.1); confer D. Deutsch re: legal/factual issues (0.5); confer R. Kirby re: research tasks (0.4). | 2.20 hrs. |
| 09/03/10 | T. J. MCCORMACK | T/c with Zuckerman and Chadbourne attorneys re: Aurelius letter, issues, Committee considerations and potential response (0.8). | 0.80 hrs. |
| 09/04/10 | T. J. MCCORMACK | Review current draft of response letter to Aurelius (0.1). | 0.10 hrs. |
| 09/04/10 | H. SEIFE | Review of ZS revised draft response to Friedman (.8). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                October 24, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page    4

| | | | |
|---|---|---|---|
| 09/05/10 | H. SEIFE | Review of draft summary/chronology regarding C&P retention (1.2). | 1.20 hrs. |
| 09/05/10 | T. J. MCCORMACK | Review of memo on prior waivers and disclosures with relevant documents (0.4); e-mails re: research on special counsel assignments in prior bankruptcy cases (0.3); review Committee co-chair e-mail on Aurelius letter and next steps (0.1). | 0.80 hrs. |
| 09/05/10 | D. E. DEUTSCH | Review materials provided by AlixPartners on shareholder information (.3); perform detailed review of step-by-step analysis of facts (and related linked case documents) in response to issues raised by Aurelius (1.6); provide comments to Marc Roitman on same (.3); e-mails with Howard Seife and Tom McCormack re: same (.2); review and edit proposed letter to Judge Gross re: mediation (.4). | 2.80 hrs. |
| 09/05/10 | E. DAUCHER | Emails with D. Deutsch re: Klee fee requests. | 0.40 hrs. |
| 09/05/10 | M. D. ASHLEY | Emails with R. Kirby regarding Aurelius conflicts letter (.2); emails with T. McCormack regarding same (.2). | 0.40 hrs. |
| 09/05/10 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 4.70 hrs. |
| 09/05/10 | M. ROITMAN | Revise chronology of criticisms re: C&P conflicts (0.7); correspond with D. Deutsch re: same (0.1) | 0.80 hrs. |
| 09/06/10 | M. D. ASHLEY | Reviewed legal research relating to Aurelius conflicts issues (.4); emails with R. Kirby regarding same (.1). | 0.50 hrs. |
| 09/06/10 | T. J. MCCORMACK | E-mails re: Aurelius letter and events for 9/7 consideration (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5


| 09/07/10 | T. J. MCCORMACK | Call with Zuckerman re: status, outstanding matters, Aurelius demand and upcoming events/tasks (0.8). | 0.80 hrs. |

| 09/07/10 | T. J. MCCORMACK | Review/comment on draft response to Aurelius demand letter and confer with Zuckerman re: same (0.7); analysis of research re: use of conflict counsel in bankruptcy setting (0.8); review history of disclosures, waiver and related matters (0.6); confer D. Deutsch re: all issues (0.3); confer R. Kirby on drafting outline of response to issues raised in Aurelius letter and review/comment on same (1.4). | 3.80 hrs. |

| 09/07/10 | M. D. ASHLEY | Call with T. McCormack, Bill Perry regarding Aurelius conflicts issues and Committee litigation (1.0); meeting with T. McCormack regarding same (.3); call with T. McCormack, Bill Perry, D. Deutsch, R. Kirby regarding same (1.0); call with T. McCormack, J. Sottile regarding same (.1); reviewed legal research and factual materials relating to litigation conflicts issues (2.4); emails with D. Deutsch regarding same (.2); emails with R. Kirby regarding same (.2); reviewed draft outline relating to response to Aurelius letter (.4). | 5.60 hrs. |

| 09/07/10 | R. M. KIRBY | Drafting outline of response to Aurelius letter. | 2.70 hrs. |

| 09/07/10 | R. M. KIRBY | Researching NY and Delaware ethical rules and opinions concerning conflicts of interest. | 5.10 hrs. |

| 09/07/10 | D. E. DEUTSCH | E-mail Marc Roitman re: research on Aurelius-related issue (.2); review multiple e-mails re: mediation next steps (.2); review analysis on conflict issue (.2); and e-mail Tom McCormack on same (.2); review revised draft Committee letter to Aurelius and | 8.10 hrs. |