TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page      6

|  |  |  |  |
|---|---|---|---|
|  |  | edit same (.3); exchange e-mails with Adam Landis re: same (.1); meeting with Zuckerman, Landis and Chadbourne teams re: Aurelius letter, mediation and various other matters (1.1); update analysis of Committee/Chadbourne steps and involvement in LBO litigation (1.0); review cases and law review articles on Committee member/counsel issues involvement in litigation (2.6); two related calls with Tom McCormack, Bill Perry and others re: same (1.6); call with Jim Sottile re: LBO litigation (.6). |  |
| 09/07/10 | D. M. LeMAY | Review draft materials regarding alleged conflict issues (.4). Review and revise draft letter to Friedman (1.3). | 1.70 hrs. |
| 09/07/10 | M. ROITMAN | Revise chronology of criticisms re: C&P conflicts (0.8); Review Committee Response to Aurelius Letter (0.4); Conference call with C&P and ZS teams re: same (0.7); Confer with D. Deutsch following call (0.1); Draft email to Committee re: same (0.1) | 2.10 hrs. |
| 09/07/10 | H. SEIFE | Review of Landis revisions to letter (.6); review of draft response to Judge Gross (.5); emails with various Committee members regarding attending mediation (1.1); review of ZS revised draft response (1.2); review of revised chronology/summary (.6); review of JPM mediation email (.2); review Centerbridge and Debtors email to Judge Gross (.2). | 4.40 hrs. |
| 09/08/10 | D. E. DEUTSCH | Conference with Howard Seife and Thomas McCormack re: various issues raised by Aurelius and responses to same (.9);  discuss research issues on Aurelius letter with Young Yoo (.3); begin review of cases and articles related to issues raised by Aurelius letter | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           October 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    7

|            |                  | (2.7).                                                                                                                                                                                              |            |
|------------|------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 09/08/10   | Y. YOO           | Researched issues re: retention and related lissues for committee professionals (2.6); attended meetings with Douglas Deutsch re: same (.3); corresponded by email with Douglas Deutsch re: same (.5). | 3.40 hrs.  |
| 09/08/10   | H. SEIFE         | Conference with T.McCormack regarding Aurelius letter and response.                                                                                                                                   | 0.70 hrs.  |
| 09/08/10   | T. J. MCCORMACK  | Confer H. Seife and D.Deutsch re: response to Aurelius letter, issues for Committee consideration and outline of same (0.8).                                                                           | 0.80 hrs.  |
| 09/09/10   | T. J. MCCORMACK  | Review info on ad hoc committee of Sr. lenders on Step One (0.2).                                                                                                                                     | 0.20 hrs.  |
| 09/09/10   | T. J. MCCORMACK  | Analysis of issues raised by Aurelius letter on disqualification (0.8).                                                                                                                               | 0.80 hrs.  |
| 09/09/10   | D. BAVA          | Review and analysis of similar type large cases re: applications, supporting documentation and orders retaining conflict counsel to committee (1.60); further review of docket re: applications to retain primary committee counsel (.60). | 2.20 hrs.  |
| 09/09/10   | H. SEIFE         | Review of analysis of C&P retention history regarding Aurelius (.8); review of C&P retention application and declaration (2.1).                                                                        | 2.90 hrs.  |
| 09/09/10   | Y. YOO           | Continued researching issue re:retention issues for committee professionals (7.5); drafted and revised memorandum re: same (2); discussed same with Douglas Deutsch (.8); corresponded by email with Douglas Deutsch re: same (2.6). | 11.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8
```

| | | | |
|---|---|---|---|
| 09/09/10 | R. M. KIRBY | Research concerning defamation, tortious interference with business relations, and Rule 9011 sanctions, as per T. McCormack. | 2.30 hrs. |
| 09/09/10 | H. LAMB | Begin preparation of 20th monthly fee application (August). | 1.70 hrs. |
| 09/09/10 | D. M. LeMAY | Revise proposed protocol re: ZS/CP responsibilities and e-mail H. Seife re: same (.8).  Two conference call w/Seife and Deutsch re: same (1.3).  Work on outline of relevant bankruptcy issues re: conflicts and disclosure (3.6). | 5.70 hrs. |
| 09/09/10 | D. E. DEUTSCH | Research and work on memorandum re: issues raised by Aurelius on retention matters (5.1); related meeting with David LeMay and, in part, Howard Seife (1.0); three calls with Jim Sottile re: same (1.4); further research and analysis (1.9); conference with Young Yoo to discuss specific research tasks related to same (.8); revise memorandum (1.1); draft e-mail to Committee re: request for certain retention data (.2). | 11.50 hrs. |
| 09/10/10 | D. E. DEUTSCH | Continued research and review related to various legal issues raised by Committee relatling to Committee professional retention (4.8); meetings with Young Yoo to discuss additional related research (.4); two calls with Jim Sottile re: same (.5); review various e-mails from Committee members related to issues (.4); conference with David LeMay to discuss same (.2). | 6.30 hrs. |
| 09/10/10 | D. E. DEUTSCH | Review objection to retention of Jones Day (.3); draft memorandum to Committee re: same (.2); review related conflict disclosure affidavit (.1); exchange e-mails with Kate Stickles (Debtors' counsel) re: status of fee | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    9

|            |                 | application hearing and various related matters (.3). |            |
|------------|-----------------|-------------------------------------------------------|------------|
| 09/10/10   | R. M. KIRBY     | Research concerning defamation, tortious interference with business relations, and Rule 9011 sanctions. | 5.30 hrs. |
| 09/10/10   | Y. YOO          | Reserach re: recent bankruptcy cases involving conflicted counsel (3.4); drafted and revised chart re: same (2.1); corresponded by email with special counsel, James Sottile, and Douglas Deutsch re: same (1.4). | 6.90 hrs. |
| 09/10/10   | D. M. LeMAY     | Respond to several requests from Wilmington re: Chadbourne conflict and connection issues (3.6). Review latest outline of Sections 1103 and 327 issues (.8). Several e-mails to D. Deutsch re: same (.4). | 4.80 hrs. |
| 09/10/10   | H. SEIFE        | Review of US Trustee objection to Jones day retention (.4); preparation for Aurelius disqualification motion hearing (3.2). | 3.60 hrs. |
| 09/10/10   | H. SEIFE        | Emails with members of Committee regarding conflict issues raised by Aurelius (1.2); conference call with ZS regarding Committee meeting (.8); review of draft Committee resolution (.4). | 2.40 hrs. |
| 09/10/10   | M. ROITMAN      | Review Committee correspondence re: JPM and ML fees (0.2) | 0.20 hrs. |
| 09/10/10   | T. J. MCCORMACK | Review inquiries from WT re: Chadbourne clients, areas of practice (0.2); confer D. LeMay re: responding to same (0.1); receipt and review e-mails from Committee members re: WT requests and reactions to same (0.2); confer on conflict/ethics issues raised by Aurelius and review case law re: same (0.8). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   10

| | | | |
|---|---|---|---|
| 09/11/10 | H. SEIFE | Review of conflict allegations raised by Aurelius. | 1.30 hrs. |
| 09/11/10 | D. E. DEUTSCH | Review preliminary analysis by Eric Daucher on Examiner Klee and professionals fee applications (.3); draft requests to Eric Daucher with follow-up requests on same (.2); review preliminary response to Fee Examiner's report on Fifth Interim Fee Application and edit same (1.6); review weekly ordinary course professional report (.1). | 2.20 hrs. |
| 09/12/10 | H. LAMB | Review expenses incurred during August fee period (1.2); follow up for further information on certain expenses (.9); further preparation of monthly fee application (2.5). | 4.60 hrs. |
| 09/13/10 | D. M. LeMAY | Review Aurelius motion to disqualify Chadbourne from the mediation and prepare notes on same (2.2).  Meeting of C&P, ZS and Landis teams re: same (1.3). Review and revise note to Committee (.3). | 3.80 hrs. |
| 09/13/10 | W. K. PERRY | Review emails re: Aurelius position (.2); meetings with H. Seife, T. McCormack to review Aurelius position (.4); review Aurelius motion papers (.5). | 1.10 hrs. |
| 09/13/10 | H. SEIFE | Review of disqualification motion by Aurelius (1.8); preparation of response (1.6); conference call with ZS regarding same (1.1); review and revised draft letter to Friedman (.5); review of article re Project Orange case (.3). | 5.30 hrs. |
| 09/13/10 | M. ROITMAN | Draft email to Committee re: Response Letter to Aurelius's Counsel (0.3); Review UST Objection, Special Committee and Debtors' statements in support (0.3); Correspond with C&P Team re: same (0.1); Review Aurelius Motion to Disqualify Chadbourne (1.4); Meet with D. Deutsch re: | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11

|            |              | same (0.3); Draft email to Committee re: same (0.8); Correspond with C&P, ZS, LRC teams re: same (0.3); Correspond with D. Deutsch and D. LeMay re: email correspondence with Aurelius (0.2). |            |
|------------|--------------|---|------------|
| 09/13/10   | Y. YOO       | Reviewed Motion to Disqualify Chadbourne (2.5). | 2.50 hrs. |
| 09/13/10   | R. M. KIRBY  | Research concerning defamation, tortious interference with business relations, and Rule 9011 sanctions. | 4.80 hrs. |
| 09/13/10   | D. E. DEUTSCH | Review filings re: retention of Tribune Directors' special counsel (.5); discuss Examiner's fee issues with Eric Daucher (.1); review motion to disqualify Chadbourne and related court papers (1.1); participate in meeting with Howard Seife, Adam Landis and Zuckerman team re: Aurelius motion and next steps with mediation (1.1); request follow-up research by Marc Roitman on issue raised in Motion (.2); discuss Examiner (not Fee Examiner) fee/retention issues with Eric Daucher (.1); call to Ken Kansa re: same (.2); call to Fee Examiner re: follow-up on related inquiry (.1); discuss objection to motion to disqualify with Jim Sottile (.2); discuss research/follow-up on same with Young Yoo (.2); research and drafting of part of objection to same (4.8). | 8.60 hrs. |
| 09/13/10   | B. BETHEIL   | Summarize tax work performed for fee application | 0.20 hrs. |
| 09/13/10   | E. DAUCHER   | Revise Chadbourne's response to the fee examiner's preliminary report on Chadbourne's fifth interim fees. | 3.60 hrs. |
| 09/13/10   | E. DAUCHER   | Review Aurelius' motion to disqualify Chadbourne. | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12

| | | | |
|---|---|---|---|
| 09/13/10 | T. J. MCCORMACK | Receipt and review Aurelius motion to disqualify Chadbourne and analyze issues regarding same (2.1). | 2.10 hrs. |
| 09/13/10 | T. J. MCCORMACK | Review draft response to Aurelius letter on delineation of tasks, disqualification and related issues (0.4). | 0.40 hrs. |
| 09/13/10 | D. BAVA | Prepare Aurelius filing re: motion to disqualify for attorney review. | 1.10 hrs. |
| 09/13/10 | D. E. DEUTSCH | Review recent article related to issues raised in Aurelius letter (.4); e-mail Howard Seife on same (.1); review draft revised letter in response to Aurelius inquiry (.2). | 0.70 hrs. |
| 09/13/10 | F. VAZQUEZ | Review Aurelius motion to disqualify Chadbourne (.3) conference with C. Rivera re Aurelius motion to disqualify (.3). | 0.60 hrs. |
| 09/13/10 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: Committee resolution (.2); review and edit posting note to Committee on disqualification motion (.2). | 0.40 hrs. |
| 09/13/10 | H. SEIFE | Review revised letter to Friedman (.6). | 0.60 hrs. |
| 09/14/10 | M. D. ASHLEY | Reviewed Aurelius's disqualification and sealing motion papers and related pleadings (1.3); drafted response to Aurelius's sealing motions (1.8); emails with R. Kirby regarding same (.4); emails with T. McCormack regarding same (.3); emails with D. LeMay regarding same (.2). | 4.00 hrs. |
| 09/14/10 | M. STRAND | Review and revise FCC/plan summary for fee application. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   13

| 09/14/10 | A. HANESSIAN | Researching Fee Examiner's Reports for Tribune case professionals fee and expense requests and prepare updates to chart. | 0.80 hrs. |
|----------|--------------|---|-----------|
| 09/14/10 | T. J. MCCORMACK | Review/analyze issues in disqualification motion, strategy for 9/15 court hearing and related issues (1.2). | 1.20 hrs. |
| 09/14/10 | E. DAUCHER | Draft of memo to Committee re: Klee fee applications. | 1.40 hrs. |
| 09/14/10 | E. DAUCHER | Draft portion of reply to Aurelius' motion to disqualify Chadbourne. | 2.90 hrs. |
| 09/14/10 | D. E. DEUTSCH | Review court filings related to Fee Examiner review (.2); e-mail Aram Hanessian re: updating related analysis (.1); two calls with Jim Sottile to discuss draft objection to disqualification motion (.5); work on reviewing cases (2.2) and drafting related objection (6.1). | 9.10 hrs. |
| 09/14/10 | Y. YOO | Continued researching issue re: standards for retention of committee professionals (6.2); attended meeting with Douglas Deutsch and Marc Roitman re: same (.4); drafted and revised parts of Objection to Aurelius' Motion to Disqualify (5.2); corresponded by email with Jim Sottile, and Douglas Deutsch, Marc Roitman re: same (1.7). | 13.50 hrs. |
| 09/14/10 | M. ROITMAN | Research re: Bankruptcy Code section 1103(b) standards and case law (3.1); Revise background facts section in Objection to Aurelius Motion to Disqualify Chadbourne (1.5); Meet with D. Deutsch and Y. Yoo (0.5) | 5.10 hrs. |
| 09/14/10 | H. SEIFE | Preparation of response to Aurelius motion (2.5); prepare for hearing before Judge Carey regarding Aurelius (1.2). | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| 09/15/10 | H. SEIFE | Review of relevant cases regarding Aurelius motion (1.3); review and revised objection to motion (1.7). | 3.00 hrs. |
| 09/15/10 | D. M. LeMAY | Review and revise draft submissions regarding sealing of Chadbourne disqualification. | 3.20 hrs. |
| 09/15/10 | M. ROITMAN | Review filings of ordinary course professionals and update chart (0.2); Review Aurelius Motion to Seal Disqualification Motion (0.2); Review Draft Committee Objection to Aurelius Motion to Disqualify (0.7) | 1.10 hrs. |
| 09/15/10 | Y. YOO | Continued researching issue re: standards for retention of, and disallowance of compensation to, committee professionals (1.4); continued drafting and revising Objection to Aurelius' Motion to Disqualify (1.3); corresponded by email with Jim Sottile, and Douglas Deutsch and Marc Roitman, re: same (.7); discussed bankruptcy case conflicts survey with Eric Daucher (.4). | 3.80 hrs. |
| 09/15/10 | D. E. DEUTSCH | Exchange e-mails with Aram Hanessian re: professional fee summary update (.2); final review and edits to response to Fee Examiner's preliminary report (1.1); review revised part of objection to Aurelius motion and edit same (1.3). | 2.60 hrs. |
| 09/15/10 | E. DAUCHER | Revise Committee memo re: Klee fee applications. | 0.80 hrs. |
| 09/15/10 | E. DAUCHER | Research and drafting re: issue for Aurelius' recusal motion. | 3.90 hrs. |
| 09/15/10 | T. J. MCCORMACK | Review issues re: disqualification and sealing motions as to strategy/options (1.1); review/comment on sealing motion draft response (0.3); receipt and review Committee status report (0.1). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15


| 09/15/10 | A. HANESSIAN | Researching Fee Examiner's Reports for Tribune case professionals fee and expense requests and prepare updates to chart. | 0.70 hrs. |
| 09/15/10 | M. D. ASHLEY | Drafted and revised response to Aurelius's sealing motion (1.0); reviewed pleadings relating to response to sealing motions (.8); reviewed legal research materials relating to response (.8); emails with R. Kirby regarding response (.5); emails with D. LeMay regarding same (.2). | 3.30 hrs. |
| 09/15/10 | H. LAMB | Research fee issues raised in Aurelius Reply brief for D.Deutsch. | 1.10 hrs. |
| 09/16/10 | D. BAVA | Preparation of references cited in Aurelius motion to disqualify and Chadbourne & Parke's response (2.30). | 2.30 hrs. |
| 09/16/10 | M. D. ASHLEY | Reviewed revised draft response to Aurelius's sealing motion and related pleadings (.6); emails with R. Kirby regarding same (.2). | 0.80 hrs. |
| 09/16/10 | A. HANESSIAN | Review of timekeeper time summary totals in preparation of monthly fee application. | 3.80 hrs. |
| 09/16/10 | M. STRAND | Review and revise summary of FCC/plan work for fee application. | 0.40 hrs. |
| 09/16/10 | E. DAUCHER | Review certain cases cited in Aurelius recusal motion. | 0.70 hrs. |
| 09/16/10 | E. DAUCHER | Call with D. Deutsch re: Klee applications. | 0.10 hrs. |
| 09/16/10 | D. E. DEUTSCH | Review and edit proposed insert for responses to disqualification motion (.6); discuss follow-up research on disqualification issues with Young Yoo (.2); call with Marty Barash (Examiner's counsel) re: fee application issue (.2); discuss follow-up issue on same with Eric Daucher (.1); exchange e-mails with Alan Holtz and Marc Roitman re: updating | 7.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    16

|           |             | summary professional fee analysis chart (.2); second call with Marty Barash re: Examiner fee application issue (.2); call with Jill Ludwig re: fee application matters (.4); review analysis of various cases provided by Young Yoo related to disqualification motion (.6); review related cases and perform follow-up research related to same (2.9); draft insert for objection to disqualification (2.0). | |
|-----------|-------------|----|----|
| 09/16/10  | R. M. KIRBY | Revising draft objection to Aurelius' sealing motions concerning the motion to disqualify. | 3.50 hrs. |
| 09/16/10  | Y. YOO      | Continued drafting and revising Objection to Aurelius' Motion to Disqualify (2.8); prepared analysis of relevant court filings and caselaw re: same (3.2); corresponded by email with Douglas Deutsch, Marc Roitman and Eric Daucher re: same (.4). | 6.40 hrs. |
| 09/16/10  | H. SEIFE    | Review and revise objection to Aurelius motion (1.8); preparation for court hearing regarding same (1.2). | 3.00 hrs. |
| 09/16/10  | M. ROITMAN  | Correspond with D. Schaible and D. Deutsch re: Senior Lender Professional Fees (0.4). | 0.40 hrs. |
| 09/17/10  | H. SEIFE    | Review and revise new draft of objection to Aurelius motion. | 1.70 hrs. |
| 09/17/10  | C. L. RIVERA | Confer with H. Lamb re: preparation of fee application summaries. | 0.20 hrs. |
| 09/17/10  | Y. YOO      | Continued drafting, researching and revising parts of Objection to Aurelius' Motion to Disqualify (9.8); attended conference call with special counsel, James Sottile and Douglas Deutsch re: comments to same (.5); corresponded by phone and email | 18.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   17

|  |  |  |  |
|---|---|---|---|
|  |  | with Howard Seife, Douglas Deutsch, Marc Roitman re: same (1.7); researched issue re: Rule 60(b)'s applicability to disqualification motions (1.6); corresponded by email with James Sottile, Douglas Deutsch and Jessica Marrero re: same (.6); researched issue re: implied waiver (4.3); discussed same with Marc Roitman (.4). |  |
| 09/17/10 | M. ROITMAN | Draft email to Committee re: Update on Aurelius and Committee correspondence with Judge Gross (0.7); Research re: standards for specific disqualification issue (3.7); Confer with Y. Yoo re: same (0.5); Confer with D. Deutsch re: same (0.2); Draft email to Committee re: Draft Objection to Aurelius Motion (0.7) | 5.80 hrs. |
| 09/17/10 | D. E. DEUTSCH | Continue review and editing of parts of disqualification motion (3.3); call with Zuckerman and Chadbourne teams re: follow-up required for disqualification motion response (.9); two calls with Jim Sottile re: proposed research and edits to sections of disqualification objection (.6); discuss research (.3) and review various cases related to disqualification motion (2.5); call with Marty Barash re: issues on objection deadline to Fee Examiner report and related issues (.2); discuss discrete disqualification objection issues with Adam Landis (.4); review related materials from Adam Landis (.5); draft e-mail to Committee re: disqualification motion objection (.2); review e-mail from Marty Barash re: filing of Fee Examiner report prior to objection deadline (.2). | 9.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    18
```

| | | | |
|---|---|---|---|
| 09/17/10 | M. D. ASHLEY | Reviewed revised draft response to Aurelius's sealing motions and related pleadings (.6); emails with R. Kirby regarding same (.3); emails with D. LeMay regarding same (.2). | 1.10 hrs. |
| 09/17/10 | D. M. LeMAY | Review and revise draft Objection to Aurelius Disqualification Motion (6.6).  Comments on sealing motion (.4).  Conference call w/Landis and ZS to discuss and prepare for hearing (.8). | 7.80 hrs. |
| 09/17/10 | T. J. MCCORMACK | Review updated draft objection to Aurelius's Motion to Disqualify (0.4); review updated objection to motion to seal (0.2); review issues with B. Perry on disqualification motion (0.3); confer team on various issues for disqualification motion, including relevant conflicts/ethics opinions/case law (0.9). | 1.80 hrs. |
| 09/18/10 | T. J. MCCORMACK | Review/comment on part of current draft in opposition to Aurelius motion (0.3); review issues on sealing motion (0.1). | 0.40 hrs. |
| 09/18/10 | D. M. LeMAY | Review and comment on latest draft of disqualification objection. | 3.50 hrs. |
| 09/18/10 | D. E. DEUTSCH | Exchange e-mails with Jim Sottile (.2) and Howard Seife re: various matters relating to disqualification objection (.5); review and address inquiry from William Perry on related ethical law issue (.4); exchange mutliple e-mails with Young Yoo re: matters in need of additional research (.2) and related results and follow-up related to same (.4). | 1.70 hrs. |
| 09/18/10 | W. K. PERRY | Review, revise draft objection to Aurelius motion (.9); email D. Deutsch, other Chadbourne attorneys re: analysis of draft objection (.3) | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19


09/18/10   M. ROITMAN          Research re: standards for           1.20 hrs.
                               non-client litigant to disqualify
                               counsel (0.8); Draft email to
                               Committee re: Draft Objection to
                               Aurelius Motion to Disqualify (0.4)

09/18/10   Y. YOO              Continued drafting and revising       7.80 hrs.
                               Objection to Aurelius' Motion to
                               Disqualify (2.6); distributed same
                               to team for comment (.3);
                               continued researching issue re:
                               whether implied waiver applies to
                               third party disqualification
                               motions (2.8); corresponded by
                               email with Douglas Deutsch and
                               Marc Roitman re: comments to same
                               and related research (1.9);
                               corresponded with Marc Roitman
                               re:same (.2).

09/19/10   H. SEIFE            Review and revised objection to       3.60 hrs.
                               Aurelius motion (1.5); prepare for
                               hearing on motion (2.1).

09/19/10   Y. YOO              Corresponded by email with Howard     5.00 hrs.
                               Seife re: revisions to draft
                               Objection to Aurelius' Motion to
                               Disqualify (.2); continued
                               researching issue re: whether
                               implied waiver applies to third
                               party disqualification motions
                               (3.9); corresponded by email with
                               Douglas Deutsch and Marc Roitman
                               re: same (.9).

09/19/10   M. ROITMAN          Correspond with Y. Yoo re:           0.20 hrs.
                               background section of Objection to
                               Disqualification Motion (0.2)

09/19/10   T. J. MCCORMACK     Review correspondence re: meetings    0.20 hrs.
                               with professionals and Committee
                               on 9/20 in advance of 9/22 hearing
                               on disqualification motion (0.2).

09/19/10   T. J. MCCORMACK     Review comments/analysis on           0.50 hrs.
                               Aurelius motion to disqualify
                               (0.3); analyze issues in sealing
                               motion (0.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    October 24, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page   20


09/19/10   M. D. ASHLEY        Reviewed revised draft objection          1.60 hrs.
                               to Aurelius's disqualification
                               motion (.7); reviewed related
                               emails (.1); reviewed draft
                               objection to Aurelius's sealing
                               motion and related pleadings (.6);
                               emails with R. Kirby regarding
                               same (.2).


09/19/10   D. E. DEUTSCH       Review preliminary research               2.70 hrs.
                               results and review additional
                               cases re: waiver issues raised by
                               motion to disqualify (1.6); draft
                               e-mails with Howard Seife re: same
                               (.5); exchange multiple e-mails
                               with Young Yoo re: next steps with
                               disqualification motion objection
                               (.6).


09/20/10   D. E. DEUTSCH       Continue review of numerous cases        10.90 hrs.
                               on state law/ethic rules related
                               to Committee professional
                               conflicts raised by Aurelius's
                               disqualification motion (3.2);
                               review proposed edits and make
                               final changes to draft objection
                               to Aurelius motion to disqualify
                               (.7); review multiple
                               responses/joinders to
                               disqualification motion (.9);
                               meeting with Jim Sottile re:
                               e-mail to Committee re: same (.2);
                               call with Adam Landis to discuss
                               local court filing issues (.2);
                               meeting with Young Yoo to discuss
                               research items (.2); work on
                               reviewing cases and law related to
                               responders/joinders to
                               disqualification motion (3.3) and
                               draft related reply (2.2).


09/20/10   M. D. ASHLEY        Reviewed revised objection to            1.30 hrs.
                               Aurelius's disqualification motion
                               (.5); reviewed draft objection to
                               sealing motion (.2); reviewed
                               factual materials relating to
                               Aurelius's motions (.4); emails
                               with D. LeMay regarding objections
                               to Aurelius's motions (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   21


| 09/20/10 | T. J. MCCORMACK | Review correspondence/drafts on response to Aurelius sealing motion (0.2); review e-mails on call with team regarding updates, outstanding motions and hearing (0.3); revise/comment on opposition to Aurelius sealing motion (0.4); review Wilmington Trust and Deutsch Bank joinders to motion (0.7); confer H. Seife and B. Perry re: same (0.5). | 2.10 hrs. |

| 09/20/10 | M. ROITMAN | Review Objection to Aurelius's Sealing Motions (0.2); Correspond with Delaware counsel re: filing of objections (0.2); Review Deutsche Bank Response to Aurelius DQ Motion (0.7); Review Wilmington Trust Response to Aurelius DQ Motion (0.5); Meet with D. Deutsch and Y. Yoo re: Committee Reply to DB and WTC Pleadings (0.4); Review Committee Bylaws re: disclosure of individual Committee Member votes (0.9); Confer with D. Deutsch re: same (0.2); Draft email to H. Seife, D. LeMay, D. Deutsch re: same (0.3) | 3.40 hrs. |

| 09/20/10 | H. SEIFE | Preparation for hearing (3.8); review and revise objection (1.8); telephone conferences with Committee members regarding Aurelius motion (.5); review of Wilmington Trust and Deutsche submissions (1.3). | 7.40 hrs. |

| 09/20/10 | Y. YOO | Continued drafting and revising Objection to Aurelius' Motion to Disqualify (3.9); researched issue re: interplay between Model Rules of Professional Conduct and Bankruptcy Code conflicts law (3.9); discussed same with Douglas Deutsch and Michael Distefano (.8); reviewed Joinders by Deutsche Bank and Wilmington Trust to Motion to Disqualify (1.5); corresponded by phone and email with Douglas Deutsch and Michael Distefano re: issues raised in same (.5); attended meetings with | 12.90 hrs. |

|            |                 |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |             |
|------------|-----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            |                 | Douglas Deutsch and Michael Distefano re: same (.5); drafted and revised Committee Reply to Joinders (1.8).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |             |
| 09/20/10   | W. K. PERRY     | Review Deutsch Bank response to Aurelius motion (.2); t/cs regarding response to Aurelius motion and upcoming hearing with T. McCormack (.1), T. McCormack and H. Seife (.6) and Zuckerman (.8).                                                                                                                                                                                                                                                                                                                                                                                                              | 1.70 hrs.   |
| 09/20/10   | M. DISTEFANO    | Review and revise citations (and use of cites) in objection (1.0); research ABA Rules of Conduct for Y.Yoo (.7); edits to Objection w/ Y.Yoo (.2); review part of draft Objection (.7); review Deutsche Bank Response (.5); review Wilmington Joinder (.3); researched points of law in Deutsche Bank Response (1.5); meeting w/ YYoo re: response to Deutsche Bank (.2); researched and drafted language regarding ABA Rule 1.7 (2.5); research and draft parentheticals for cases from Wilmington Joinder (1.8); drafted Exhibit A Resolution (.5); meeting w/ DDeutsch re: same (.4); review two cases from Wilmington Joinder (.4); prepare cited case analysis for H.Seife (1.3) | 12.00 hrs.  |
| 09/20/10   | D. M. LeMAY     | Work on Committee response to Aurelius motion to disqualify (2.1).  T/c w/ZS regarding sealing motion objection (.3) and revise draft objection regarding same (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                          | 2.80 hrs.   |
| 09/20/10   | D. BAVA         | Prepare updates to references cited in Aurelius motion to disqualify (.60); review docket sheet of similar large case re: responses/replies to motion to disqualify (.80); revise fee summary of examiner professionals re: LEGC application (.40).                                                                                                                                                                                                                                                                                                                                                           | 1.80 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   23


| 09/20/10 | J. MARRERO | Review cites in responsive pleadings filed to Objection to Motion to Disqualify | 2.80 hrs. |
|---|---|---|---|
| 09/20/10 | D. E. DEUTSCH | Meeting with Graeme Bush, Howard Seife, Adam Landis and others to discuss next steps related to Wednesday's hearing (1.0). | 1.00 hrs. |
| 09/21/10 | D. BAVA | Prepare updates to Aurelius hearing materials re: recent filings. | 1.60 hrs. |
| 09/21/10 | D. M. LeMAY | Review and comment on Committee draft Reply to Disqualification Motion (1.5).  Review joinders filed by Deutsche Bank and Wilmington to Aurelius motion (.9) and prepare e-mail with comments on reply (1.2). | 3.60 hrs. |
| 09/21/10 | M. DISTEFANO | Draft parentheticals regarding waiver of conflict (1.3); drafted Exhibit A Resolution for DDeutsch (.5); meeting w/ D.Deutsch re: same (.4); review two cases from Wilmington Joinder (.4); Review and prepare research analysis memo on cases cited re: motion to disqualify for H.Seife (3.4). | 6.00 hrs. |
| 09/21/10 | Y. YOO | Continued drafting and revised Committee Reply to Joinders (7.7); discussed same with Douglas Deutsch and Michael Distefano (.8); prepared outline of issues and summary index of relevant court filings, caselaw and operative documents for hearing on Aurelius' Motion to Disqualify (4.1); discussed same with Douglas Deutsch and Michael Distefano (.8). | 13.40 hrs. |
| 09/21/10 | H. SEIFE | Preparation for hearing (6.3); review and revise reply (1.2); telephone conferences with Committee members regarding responses (.8). | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    24


| 09/21/10 | M. ROITMAN | Review Committee Reply (1.1); Correspond with M. McGuire re: filing of same (0.1); Confer with D. Deutsch, Y. Yoo re: same (0.2); Review WB Joinder (0.2); Review PBGC Joinder (0.1); Review Court Order (0.2); Review Guild Joinder (0.2); Review TM Retiree Joinder (0.2); Draft email to Committee re: Aurelius-Related Court Papers and Mediation Protocol (1.1); Meet with D. Deutsch re: same (0.4) | 3.80 hrs. |
| 09/21/10 | T. J. MCCORMACK | Review draft supplemental Committee response to Aurelius motion to disqualify and comments re: same (1.1); review correspondence regarding submission of Committee resolution on law firm duties (0.3); review draft of Robert Paul in support of Committee counsel (0.2); review revised draft of Committee supplemental brief (0.4); review Court order on "meet/confer" for disqualification motion (.8); participate in "meet/confer" conference with parties (.3) | 3.10 hrs. |
| 09/21/10 | M. D. ASHLEY | Emails with D. LeMay regarding preparation for hearing on Aurelius's disqualification and sealing motions (.2); emails with R. Kirby regarding same (.2). | 0.40 hrs. |
| 09/21/10 | D. E. DEUTSCH | Complete edits to first draft of reply (4.1); review comments on reply from Zuckerman and perform follow-up research related to same (2.4); review various source documents that will be cited in reply (.4); related discussions with Young Yoo (.2); call Jim Sottile re: various disqualification motion issues (.3); draft insert for reply (1.1); draft e-mail to Committee re: reply (.2); review final edits to reply (.5); call with Committee members' counsel re: disqualification motion (.7); review reply joinders to Committee | 10.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   25

|            |                 | objection by various Committee members (.5). |            |
| 09/21/10   | A. HANESSIAN    | Prepare updates to ordinary court professional chart. | 0.70 hrs. |
| 09/22/10   | E. DAUCHER      | Review Aurelius motion materials. | 0.60 hrs. |
| 09/22/10   | D. BAVA         | Draft summary analyis for Committee of interim fee applications for the period March 1, 2010 through May 31, 2010. | 2.20 hrs. |
| 09/22/10   | D. E. DEUTSCH   | Review materials to prepare for today's hearing (1.9); review Aurelius's reply to objection to motion to disqualify Chadbourne (.7); e-mails with Marc Roitman re: required follow-up on same (.4); review cited cases (1.3); discuss various issues related to same with Howard Seife (.4); participate in ordered conference call with Aurelius's counsel (.3); meeting with counsel to PBGC, counsel to Bill Niese, counsel to Guild and counsel to Debtors re: today's hearing (1.3); participate in hearing (1.9); review and edit memorandum to Committee re: today's hearing (.4). | 8.60 hrs. |
| 09/22/10   | M. D. ASHLEY    | Reviewed various parties' pleadings relating to Aurelius's disqualification motion (.6). | 0.60 hrs. |
| 09/22/10   | T. J. MCCORMACK | Review Aurelius reply brief on disqualification (0.4); appear at portion of hearing by phone (1.2); follow-up call with local counsel on form of order (0.3); review summary of hearing provided to Committee (0.1). | 2.00 hrs. |
| 09/22/10   | M. ROITMAN      | Review Aurelius Reply (1.2); Correspond with C&P, ZS, LRC teams re: same (0.2); Research cases cited in Aurelius reply (0.8); Correspond with D. Deutsch and Y. Yoo re: same (0.2); telephonic appearance at Bankruptcy Court hearing (1.6); Draft email to | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                October 24, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   26

|            |                |                                                                                                                                                                                                                                                                                                                            |             |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            |                | Committee reporting on hearing (0.8)                                                                                                                                                                                                                                                                                        |             |
| 09/22/10   | H. SEIFE       | Preparation for hearing on Aurelius motion (2.5); meeting with Committee professionals regarding hearing (1.3) hearing before Judge Carey on motion (1.9); telephone conferences with Committee members and professionals regarding hearing (1.3).                                                                            | 7.00 hrs.   |
| 09/22/10   | Y. YOO         | Reviewed Aurelius' Reply to Committee's Objection (1.1); corresponded by email with Marc Roitman and Michael Distefano re: same (.5); continued researching issue re: distinction between standards for retention of committee professionals and debtor professionals (1.5); attended pre-hearing meeting with Committee professionals (1.2); attended hearing on Motion to Disqualify (1.8). | 6.10 hrs.   |
| 09/22/10   | M. DISTEFANO   | Review and summarized cases cited in Aurelius reply filed this morning, per request of Y.Yoo.                                                                                                                                                                                                                               | 1.40 hrs.   |
| 09/22/10   | D. M. LeMAY    | Review Aurelius Reply on Disqualification Motion (.9) and e-mail to C&P team re: points on argument (.4).  Several e-mails w/A. Landis re: course of argument (.4).                                                                                                                                                           | 1.70 hrs.   |
| 09/23/10   | D. M. LeMAY    | Conference with H. Seife regarding interim ruling on Aurelius motion to disqualify and October 4th status conference.                                                                                                                                                                                                        | 0.40 hrs.   |
| 09/23/10   | H. SEIFE       | Review and revise proposed order denying motion (.7); review of transcript (.9).                                                                                                                                                                                                                                            | 1.60 hrs.   |
| 09/23/10   | W. K. PERRY    | Review 9/22 hearing transcript (.5); t/c T. McCormack (.4) and t/c T. McCormack, H. Seife (.7) re: hearing analysis, next steps for mediation and 10/4 court                                                                                                                                                                 | 1.60 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   27

|            |                   | conference. |             |
| 09/23/10   | M. ROITMAN        | Correspond with D. Adler re: email report on September 22 hearing (0.1); Correspond with D. Deutsch and D. Schaible (JPM) re: professional fees (0.2) | 0.30 hrs. |
| 09/23/10   | T. J. MCCORMACK   | Review 9/22 transcript (0.4) and draft proposed order (0.4); comments on proposed order (0.4). | 1.20 hrs. |
| 09/23/10   | D. E. DEUTSCH     | Exchange e-mails with David Bava and Marc Roitman re: fee matter follow-up with JPMorgan counsel (.2) and drafting of case professional fee analysis (.2); review weekly ordinary course report (.2). | 0.60 hrs. |
| 09/24/10   | D. E. DEUTSCH     | Begin review of August fee application (1.1). | 1.10 hrs. |
| 09/24/10   | R. M. KIRBY       | Reviewing time sheets from months 1 through 6 of engagement in connection with Aurelius motion for disqualification. | 9.80 hrs. |
| 09/24/10   | T. J. MCCORMACK   | Review Aurelius mark-up to order on mediation disq. motion (0.2); review issues on disqualification motion, potential additional actions by Aurelius and options re: same (0.8). | 1.00 hrs. |
| 09/24/10   | M. ROITMAN        | Review filings of ordinary course professionals and update chart (0.6) | 0.60 hrs. |
| 09/26/10   | D. E. DEUTSCH     | Review and revise August fee statement (2.1). | 2.10 hrs. |
| 09/27/10   | D. E. DEUTSCH     | Continue review and editing of August fee statement (2.2). | 2.20 hrs. |
| 09/27/10   | D. BAVA           | Prepare analysis of pleadings in similar large chapter 11 re: motion to dismiss committee counsel (.60); draft summary index of pleadings and related materials (.30); revise fee summary for sixth interim period re: include | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   28

|            |                 | examiner fees and expenses (.80).                                                                                                                                                                     |            |
|------------|-----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 09/27/10   | C. L. RIVERA    | Drafting work summaries for fee application.                                                                                                                                                           | 1.30 hrs.  |
| 09/27/10   | W. K. PERRY     | T/c T. McCormack, R. Kirby re: response to Aurelius position                                                                                                                                           | 0.50 hrs.  |
| 09/27/10   | T. J. MCCORMACK | Analysis of issues in Aurelius motion and confer R. Kirby re: same (0.3); review options re: response (0.8).                                                                                           | 1.10 hrs.  |
| 09/27/10   | M. ROITMAN      | Review Debtors' Applications to Retain (i) Novack and Macey and (ii) Sitrick (1.5); Draft memo re: Sitick (3.8); Review Senior Lender Professional Fees (0.1); Correspond with D. Bava re: same (0.1)  | 5.50 hrs.  |
| 09/27/10   | R. M. KIRBY     | Research concerning NY and Delaware ethics rules.                                                                                                                                                      | 1.90 hrs.  |
| 09/27/10   | R. M. KIRBY     | Reviewing time sheets from months 6 through 7 of engagement in connection with Aurelius motion for disqualification.                                                                                   | 2.00 hrs.  |
| 09/28/10   | R. M. KIRBY     | Research concerning sanctions and fee-shifting in connection with unsuccessful disqualification motions, as per T. McCormack.                                                                          | 1.40 hrs.  |
| 09/28/10   | R. M. KIRBY     | Reviewing time sheets from months 7 through 9 of engagement in connection with Aurelius motion for disqualification.                                                                                   | 5.00 hrs.  |
| 09/28/10   | M. ROITMAN      | Confer with D. Bava and D. Deutsch re: 6th Interim Fee Summary (0.2)                                                                                                                                   | 0.20 hrs.  |
| 09/28/10   | T. J. MCCORMACK | Review research on potential conflict of Aurelius's counsel due to presentation to Committee to be special counsel and potential allocation of cost to Aurelius for discovery or other proceedings on conflict issue. | 1.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   29


| 09/28/10 | M. D. ASHLEY | Reviewed legal research materials relating to Aurelius disqualification motion (.7); emails with R. Kirby regarding same (.2). | 0.90 hrs. |

| 09/28/10 | C. L. RIVERA | Drafting work summaries for fee application (2.9); confer with H.Lamb re same (.2). | 3.10 hrs. |

| 09/28/10 | D. BAVA | Review monthly fee statements for Debtors' professionals (.60); calculate fees and expenses for Debtors' professionals (.30); revise fee summary for sixth interim period (.80). | 1.70 hrs. |

| 09/28/10 | D. E. DEUTSCH | Review filings on new professional retentions sought by Debtors (.4); e-mail James Sottile re: Zuckerman analysis of Novak retention application (.1). | 0.50 hrs. |

| 09/29/10 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3); e-mail Marc Roitman re: required follow-up on same (.1): review materials on retention of Debtors' retention of Sitrick (.5); review and edit related memorandum to Committee on same (.6); exchange e-mails with Zuckerman re: posting of related memorandum (.2); review and edit fee application activity descriptions (.9). | 2.60 hrs. |

| 09/29/10 | H. LAMB | Finalize monthly fee application and exhibits for filing. | 2.30 hrs. |

| 09/29/10 | M. ROITMAN | Revise Sixth Quarterly Fee Summary (0.4); Correspond with H. Seife and D. LeMay re: same (0.1); Review Debtors' August 2010 ordinary court professional Report (0.1); Correspond with D. Deutsch re: same (0.1); Draft email to Committee re: memoranda on retention of additional Debtors' professionals (0.6); Correspond with D. Deutsch and A. Goldfarb re: same (0.2) | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   30

| 09/29/10 | R. M. KIRBY | Reviewing time sheets from months 9 through 11 of engagement in connection with Aurelius motion for disqualification. | 6.40 hrs. |
|---|---|---|---|
| 09/30/10 | R. M. KIRBY | Reviewing time sheets from months 12 through 15 of engagement in connection with Aurelius motion for disqualification. | 8.80 hrs. |
| 09/30/10 | M. ROITMAN | Draft email to Committee re: Sixth Quarterly Fee Summary (0.3) | 0.30 hrs. |
| 09/30/10 | W. K. PERRY | T/c D. LeMay to analyze Aurelius position re: disqualification | 0.20 hrs. |

**TOTAL DUE FOR THIS MATTER....................................** $361,330.00

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 43.90 | 37534.50 |
| H. SEIFE | 965.00 | 69.20 | 66778.00 |
| T. J. MCCORMACK | 825.00 | 31.70 | 26152.50 |
| W. K. PERRY | 795.00 | 6.30 | 5008.50 |
| M. D. ASHLEY | 645.00 | 20.50 | 13222.50 |
| D. E. DEUTSCH | 695.00 | 123.60 | 85902.00 |
| F. VAZQUEZ | 625.00 | .60 | 375.00 |
| A. HANESSIAN | 185.00 | 6.50 | 1202.50 |
| D. BAVA | 270.00 | 16.30 | 4401.00 |
| C. L. RIVERA | 625.00 | 4.60 | 2875.00 |
| E. DAUCHER | 355.00 | 26.30 | 9336.50 |
| R. M. KIRBY | 475.00 | 59.00 | 28025.00 |
| B. BETHEIL | 405.00 | .20 | 81.00 |
| H. LAMB | 270.00 | 27.30 | 7371.00 |
| J. MARRERO | 355.00 | 2.80 | 994.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    31
```

```
M. DISTEFANO              355.00    19.40        6887.00
M. ROITMAN               355.00    55.50       19702.50
M. STRAND                405.00      .60         243.00
Y. YOO                   405.00   111.70       45238.50
              TOTALS               626.00      361330.00
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through September 30, 2010

Our Matter #19804.011
         PLAN AND DISCLOSURE STATEMENT


| | | | |
|---|---|---|---|
| 09/01/10 | H. SEIFE | Reveiw memo on new plan issues. | 1.20 hrs. |
| 09/01/10 | C. L. RIVERA | Meeting with T. Zink re: revising plan for distributions and related analysis of how distribution mechanics would work (1.5); telephone conversation with advisors re: same (0.2); reviewing updated financial information re: distributions (0.4); research other plans re: disputed claim/discretionary withholding mechanisms (0.9). | 3.00 hrs. |
| 09/01/10 | N. T. ZINK | Meeting with C.Rivera re issues in draft Plan and Disclosure Statement (1.8). | 1.80 hrs. |
| 09/01/10 | B. DYE | Researching issue of section 502(d) for C. Rivera in connection with the plan (1.3) | 1.30 hrs. |
| 09/02/10 | B. DYE | Researching issue of section 502(d) for C. Rivera in connection with the plan (6.7) | 6.70 hrs. |
| 09/02/10 | M. ROITMAN | Confer with T. Zink and R. Stines re: Debtors' Original Plan of Reorganization (0.3) | 0.30 hrs. |
| 09/02/10 | N. T. ZINK | Review and revise committee draft plan and disclosure statement (1.8). | 1.80 hrs. |
| 09/02/10 | C. L. RIVERA | Confers with T. Zink re: revisions to plan for upfront distributions (1.1); review examiner report re: various case outcomes for distributions (1.7). | 2.80 hrs. |
| 09/03/10 | C. L. RIVERA | Meeting with T. Zink re: revising plan (.2); begin revising plan (.6). | 0.80 hrs. |
| 09/03/10 | H. SEIFE | Review of issues/structure of Committee plan. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 09/03/10 | B. DYE | Researching issue of section 502(d) for C. Rivera in connection with the plan (4.5). | 4.50 hrs. |
| 09/07/10 | F. VAZQUEZ | Conf w/Zink re recent plan/case developments (.3); conf w/Zink and Rivera re need for trusts (.3); conf w/Rivera re plan status (.1); review current version of plan re trust (1.0). | 1.70 hrs. |
| 09/07/10 | H. SEIFE | Review of Committee plan issues/structure. | 1.20 hrs. |
| 09/07/10 | C. L. RIVERA | Telephone conversation with T. Zink and J. Stenger re: FCC trust issues (0.4); meeting with T. Zink re: plan provisions (0.4); drafting/revising plan (3.7). | 4.50 hrs. |
| 09/07/10 | N. T. ZINK | Review and revise draft committee plan and disclosure (.8). | 0.80 hrs. |
| 09/08/10 | C. L. RIVERA | Confer with F. Vazquez re: draft POR/trust section (0.3); correspondence to T. Zink re: same (0.1); revising POR and comparing v debtor and lender plans (4.1). | 4.50 hrs. |
| 09/08/10 | F. VAZQUEZ | Review latest version of plan (1.4); conf w/Zink re plan status (.3); conf w/C. Rivera re trust litigation (.4); email to/from C. Rivera re plan comments (.1). | 2.20 hrs. |
| 09/09/10 | F. VAZQUEZ | Conference with Rivera and Zink re terms of committee plan and revisions thereto (1.5); conference with Stenger re FCC trust provisions in plan (.3); conference with C. Rivera re revised plan terms and funding of administration (.7); review and revise plan (5.7); email to/from C. Rivera and Zink re fee trust (.1). | 8.30 hrs. |
| 09/09/10 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: Plan (1.5); confer with F. Vazquez re: plan (0.8); drafting parts of same (2.6). | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    3

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/09/10 | N. T. ZINK | Conference with F.Vazquez and C.Rivera re: draft Committee plan (1.4); review and revise Plan and Disclosure Statement (4.1). | 5.50 hrs. |
| 09/10/10 | N. T. ZINK | Review and revise committee plan(4.4). | 4.40 hrs. |
| 09/10/10 | C. L. RIVERA | Drafting/reviewing Committee plan (2.8); confers. with F. Vazquez re: same (0.7); meeting with T. Zink and F. Vazquez re: same (0.5). | 4.00 hrs. |
| 09/10/10 | F. VAZQUEZ | Conference with Zink re status of plan (.2); conference with Zink and C. Rivera re revisions to plan (.5); review and revise parts of draft plan (6.7); conferences with C. Rivera re revisions to distribution process (.4). | 7.80 hrs. |
| 09/10/10 | F. VAZQUEZ | Email to/from C. Rivera re plan revisions (.1); email (.3); conf w/Zink re plan distribution (.1). | 0.50 hrs. |
| 09/11/10 | C. L. RIVERA | Revising plan in light of F. Vazquez's comments (0.6); correspondence to F. Vazquez re: same (0.3). | 0.90 hrs. |
| 09/11/10 | F. VAZQUEZ | Email to/from C. Rivera re plan revisions. | 0.20 hrs. |
| 09/13/10 | F. VAZQUEZ | Review and revise committee plan (4.3); email to/from C. Rivera re distributable value of plan issue (.2). | 4.50 hrs. |
| 09/13/10 | C. L. RIVERA | Review/revising Committee plan (3.1); confer with F. Vazquez re: same, distribution mechanics (0.9); correspondence with E. Glucoft re: call on bridge lenders (0.2). | 4.20 hrs. |
| 09/13/10 | N. T. ZINK | Review draft Committee plan (2.2). | 2.20 hrs. |
| 09/14/10 | F. VAZQUEZ | Conference with C. Rivera re plan status (.1); email to/from C. Rivera re presentation to Committee on plan (.1); email to/from Zink re conference call | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                October 24, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page     4

|            |                |                                                                                                                                                                                                                                                                                                                             |           |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | (.1).                                                                                                                                                                                                                                                                                                                        |           |
| 09/15/10   | C. L. RIVERA   | Confer with B. Gayda and T. Zink re: plan's treatment of bridge lenders via subsidiary debtors.                                                                                                                                                                                                                              | 0.20 hrs. |
| 09/15/10   | R. J. GAYDA    | Email correspondence w T. Zink re plan issues (.3); review various debtor plans for plan terms (1.0); review hearing report (.3).                                                                                                                                                                                             | 1.60 hrs. |
| 09/15/10   | D. BAVA        | Research on certain issues re: Debtors' Amended Plan for T. Zink.                                                                                                                                                                                                                                                            | 0.40 hrs. |
| 09/15/10   | M. ROITMAN     | Confer with F. Vazquez and T. Zink re: Debtors' Draft Second Amended Plan (0.2)                                                                                                                                                                                                                                              | 0.20 hrs. |
| 09/17/10   | M. ROITMAN     | Draft email to Committee re: Oaktree/Angelo Gordon Plan of Reorganization (0.7)                                                                                                                                                                                                                                              | 0.70 hrs. |
| 09/17/10   | D. M. LeMAY    | Review Credit Agreement Lender Plan (3.3) and prepare posting to the Committee (.4).                                                                                                                                                                                                                                         | 3.70 hrs. |
| 09/17/10   | D. BAVA        | Review of docket to obtain pleadings on competing plan filed by Oaktree and Angelo, Gordon (.40); preparation of materials on same (1.8).                                                                                                                                                                                     | 2.20 hrs. |
| 09/17/10   | N. T. ZINK     | Conference with H. Seife re Angelo Gordon/Oaktree plan (.1); conference with B. Gayda re preparation of summary of Angelo Gordon/Oaktree plan (.6); conference with F. Vazquez and C. Rivera re Committee's draft plan of reorganization (.6); review and revise Committee's draft plan (1.0); review Angelo Gordon/Oaktree Plan (.5) | 2.80 hrs. |
| 09/17/10   | R. J. GAYDA    | Meeting w T. Zink, C. Rivera and F. Vazquez re CAL Plan (.7); detailed review of CAL plan and DS (4.9).                                                                                                                                                                                                                       | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page     5

| | | | |
|---|---|---|---|
| 09/17/10 | H. SEIFE | Telephone conference with AG regarding new lender plan (.3); review of new lender plan and disclsoure statement (2.7). | 3.00 hrs. |
| 09/17/10 | D. E. DEUTSCH | Review parts of filed competing plan (1.7); exchange e-mails with participating Committee members re: mediation next steps (.4). | 2.10 hrs. |
| 09/17/10 | F. VAZQUEZ | Conference with Gayda, Rivera and Zink re competing plan (.6); conference with Rivera and Zink re committee plan (.3); conference with Zink re distributions and values under committee plan (.5) ; conference with LeMay re recent developments (.2); email to and from Rivera re plan distributions (.3); review committee plan (.8). | 2.70 hrs. |
| 09/17/10 | C. L. RIVERA | Confer with T. Zink, F. Vazquez and B. Gayda re: CAL plan to be filed, next steps (0.7); analysis of current Committee plan in light of same (0.4); review correspondence re: filed plan (0.5). | 1.60 hrs. |
| 09/18/10 | C. L. RIVERA | Reviewing CAL plan and disclosure statement (1.9); telephone conversations with T. Zink and F. Vazquez re: CAL plan (1.4), changes to Committee plan (1.6); drafting/revising Committee plan re: same (3.6). | 8.50 hrs. |
| 09/18/10 | E. DAUCHER | Draft portions of disclosure statement. | 4.10 hrs. |
| 09/18/10 | H. SEIFE | Review of new plan and disclosure statement filed by lenders. | 1.80 hrs. |
| 09/18/10 | R. J. GAYDA | Draft memorandum summarizing CAL Plan of reorganization and related documentation (5.9); email correspondence w T. Zink and C. Rivera re same (.6). | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page     6

| 09/18/10 | N. T. ZINK | Review for summation for the Committee the Angelo Gordon/Oaktree plan of reorganization (3.2); review and revise Committee draft plan of reorganization (1.2); phone conference with F. Vazquez and C. Rivera re revisions to Committee draft plan (1.6). | 6.00 hrs. |
|---|---|---|---|
| 09/18/10 | D. M. LeMAY | Review Credit Agreement Lender Plan and DS and Recovery Summons. | 6.50 hrs. |
| 09/18/10 | M. ROITMAN | Review parts of Oaktree/AG Plan and DS (0.5) | 0.50 hrs. |
| 09/18/10 | F. VAZQUEZ | Review lenders competing plan (3.5); conf w/Zink and Rivera re revisions to committee plan and disclosure statement (1.6); conf w/Daucher re committee disclosure statement (.3); email to/from Zink and C. Rivera re committee's plan and lenders' plan (.3); review summary of creditors agreement lenders' plan (.2). | 5.90 hrs. |
| 09/19/10 | F. VAZQUEZ | Conference with Zink re revisions to committee plan and disclosure statement (.5); conference with Daucher re revision to parts of committee plan and disclosure statement (.4); review and revise disclosure statement (4.6); review and revise plan (.4); review lenders plan summary (.3); email to/from C. Rivera and Zink re plan changes and revisions to disclosure terms (.3). | 6.50 hrs. |
| 09/19/10 | M. ROITMAN | Draft section of Committee Disclosure Statement re: background and mediation (0.4); correspond with F. Vazquez and E. Daucher re: same (0.1); Draft email to Committee re: summary of Credit Agreement Proponents Plan (0.4) | 0.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    7
```

| | | | |
|---|---|---|---|
| 09/19/10 | N. T. ZINK | Review and revise memorandum summarizing Angelo Gordon/Oaktree plan (2.4); phone conferences with B. Gayda re memorandum (.4); review and revise Committee draft plan of reorganization (1.6); phone conference with F. Vazquez re Committee draft plan (.6); prepare Intralinks message for Committee (.4). | 5.40 hrs. |
| 09/19/10 | R. J. GAYDA | Review and revise memorandum summarizing CAL Plan (3.9); email correspondence w C&P team re same (.7). | 4.60 hrs. |
| 09/19/10 | H. SEIFE | Review and revise plan summary memo (regarding lender plan) (1.8); review of new plan and disclosure statement (1.4). | 3.20 hrs. |
| 09/19/10 | E. DAUCHER | Draft portions of disclosure statement. | 4.50 hrs. |
| 09/20/10 | C. L. RIVERA | Meeting with T. Zink re: revisions to plan, status (0.8); correspondence with F. Vazquez re: same (0.3); revising plan, updating sections for consistency (3.2); correspondence with J. Stenger re: FCC Trust questions (0.2). | 4.50 hrs. |
| 09/20/10 | N. T. ZINK | Further review of credit agreement lender plan in anticipation of creditor committee call (1.0); conference with C. Rivera re committee draft plan of reorganization (.4); review committee draft plan (.8). | 2.20 hrs. |
| 09/20/10 | D. E. DEUTSCH | Review Debtor's press release re: view of competing plan and steps forward (.2). | 0.20 hrs. |
| 09/20/10 | R. J. GAYDA | Review memorandum summarizing CAL Plan and DS (.4); detailed review of CAL Plan in advance of Committee call (2.1). | 2.50 hrs. |