TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

| 09/20/10 | H. SEIFE | Review of plan and disclosure statement filed by lenders. | 0.80 hrs. |
| 09/21/10 | E. DAUCHER | Draft inserts for disclosure statement. | 1.20 hrs. |
| 09/21/10 | F. VAZQUEZ | Conf w/Daucher re committee disclosure statement (.3); conf w/Zink re step 2 debt (.2); conf w/Zink and Leder re tax issues (.3); review committee plan (2.5); email to Leder re tax issues. (.1). | 3.40 hrs. |
| 09/22/10 | F. VAZQUEZ | Conf w/Zink re plan structure and tax issues (.3); conf w/Leder and Beithel re tax issues (.4); review committee plan (1.1); review tax discussion in disclosure statement (.7); conf w/Zink re mediation statement and next steps (.3); review and revise disclosure statement (4.5); review mediation statement talking points(.2); review committee plan (.1); email to/from C. Rivera re plan revisions (.1); review spreadsheet re disgorgement (.1); email to/from ZInk re talking points. (.1). | 7.90 hrs. |
| 09/22/10 | M. ROITMAN | Correspond with D. Deutsch re: Committee votes on plan support (0.6) | 0.60 hrs. |
| 09/22/10 | E. DAUCHER | Emails with F. Vazquez re: revised disclosure statement. | 0.10 hrs. |
| 09/22/10 | C. L. RIVERA | Confer with F. Vazquez re: questions on plan revisions. | 0.20 hrs. |
| 09/23/10 | M. ROITMAN | Review PHONES Indenture (0.3) | 0.30 hrs. |
| 09/23/10 | F. VAZQUEZ | Review and revise disclosure statement (4.2); conf w/Zink re mediation statement talking points (.3). | 4.50 hrs. |
| 09/23/10 | D. M. LeMAY | Continue review of Credit Agreement Lender Plan and DS. | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    9

| | | | |
|---|---|---|---|
| 09/23/10 | C. L. RIVERA | Revise distribution provisions in light of F. Vazquez correspondence. | 0.20 hrs. |
| 09/23/10 | N. T. ZINK | Review and revise committee draft plan of reorganization (3.8). | 3.80 hrs. |
| 09/24/10 | N. T. ZINK | Conference with H. Seife re committee draft plan of reorganization (.5); review and revise committee draft plan or reorganization (6.1). | 6.60 hrs. |
| 09/24/10 | F. VAZQUEZ | Review committee plan (.6); review and revise parts of disclosure statement (3.8); conf w/Zink re disclosure statement and next steps (.7). | 5.10 hrs. |
| 09/24/10 | F. VAZQUEZ | Email to/from Betheil re tax issues (.1); conf w/Daucher re inserts re disclosure statement (.3); email to/from Zink re Step I claims (.1); email to/from Zink re statement in support of plan (.2). | 0.70 hrs. |
| 09/24/10 | M. ROITMAN | Correspond with E. Glucoft re: Oaktree plan (0.1); Correspond with M. McGuire re: Committee plan (0.1) | 0.20 hrs. |
| 09/24/10 | E. DAUCHER | Review and edit disclosure statement. | 2.60 hrs. |
| 09/24/10 | H. SEIFE | Conference with T.Zink regarding Committee plan. | 0.60 hrs. |
| 09/24/10 | D. BAVA | Preparation and distribution of draft committee plan and disclosure statement (.60). | 0.60 hrs. |
| 09/25/10 | H. SEIFE | Review of draft Committee plan. | 1.50 hrs. |
| 09/26/10 | N. T. ZINK | Review and revise committee draft plan of reorganization (3.5). | 3.50 hrs. |
| 09/27/10 | E. DAUCHER | Update disclosure statement. | 0.90 hrs. |
| 09/27/10 | C. L. RIVERA | Revising plan in light of T. Zink comments (1.0); confer with T. Zink and F. Vazquez re: same (0.4); confer with F. Vazquez re: questions on plan (0.2). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   10

| 09/27/10 | N. T. ZINK | Review and revise draft committee plan and disclosure statement (3.4); conference with F.Vazquez re: same (.8). | 4.20 hrs. |
|---|---|---|---|
| 09/27/10 | D. M. LeMAY | Review and comment on draft Committee Plan. | 3.50 hrs. |
| 09/27/10 | F. VAZQUEZ | Conf w/Zink re plan (.8); review and revise plan (1.2); review and revise disclosure statement (4.5) conf w/Gayda re plan term sheet (.3); conf w/Rivera re plan revisions (.3). | 7.10 hrs. |
| 09/27/10 | R. J. GAYDA | Draft memorandum summarizing Committee Plan (2.4); detailed review of Committee Plan and DS (3.3); review case docket and relevant pleadings (.2). | 5.90 hrs. |
| 09/28/10 | R. J. GAYDA | Review and revise memorandum summarizing Committee Plan (4.8); email and telephone conversations with F.Vazquez and C. Rivera re same (1.2). | 6.00 hrs. |
| 09/28/10 | F. VAZQUEZ | Draft statement in support of plan (3.8); review mediation report (.3); conference with Zink re mediation report (.2); review press release and compare to term sheet (.2); conference with C. Rivera re statement and plan status (.3); conference with Zink and LeMay re developments at committee meeting (.3); email to Zink and Rivera re recent developments (.7); conference with Zink re revisions to disclosure statement (.4); review and revise disclosure statement (1.6); email to/from Betheil re tax discussion (.1); email to/from C. Rivera and Gayda re summary (.1); email to/from Rivera re recent developments and statement (.1). | 8.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    11

| | | | |
|---|---|---|---|
| 09/28/10 | M. ROITMAN | Review Debtors' press release re: settlement agreement (0.4); Correspond with C&P and ZS teams re: same (0.3); Draft email to Committee re: Press Release and Committee Response (0.6); Review Step One Credit Agreement Lenders Objection to Oaktree Plan (0.4); Review mediator's report (0.4); Draft email to C&P team re: same (0.2); Draft email to Committee re: same (0.4) | 2.70 hrs. |
| 09/28/10 | D. M. LeMAY | Review of Step One Lender's Disclosure Statement Objection to Oaktree Plan (.3). Work on finalizing Committee Plan (.4). | 0.70 hrs. |
| 09/28/10 | C. L. RIVERA | Confer with F. Vazquez re: statement in support of plan, changes to DS, proposed filing, plan changes (0.6); reviewing DS (1.6). | 2.20 hrs. |
| 09/28/10 | N. T. ZINK | Review and revise committee draft plan and disclosure statement (5.8); phone conference with F. Vazquez re plan issues (.4); phone conference with D. LeMay re status of draft plan and plan summary (.3); email to H. Seife re committee plan and disclosure statement (.2). | 6.70 hrs. |
| 09/29/10 | N. T. ZINK | Review and revise committee plan (1.3); review and revise summary of committee plan (2.7); prepare for presentation to committee re committee draft plan (5.1). | 9.10 hrs. |
| 09/29/10 | C. L. RIVERA | Review disclosure statement (4.1); review plan (1.2); calls and correspondence with T. Zink and F. Vazquez re: status of same (1.1); review plan summary (0.9); telephone conversation with B. Gayda re: same (0.3). | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


| 09/29/10 | D. BAVA | Preparation of plan, disclosure statement and summary memo for posting to intralinks (.20); post materials to Intralinks (.40). | 0.60 hrs. |
| 09/29/10 | D. M. LeMAY | Work on finalizing Committee Plan and related materials (2.3).  Work on summary of Oaktree/Angelo Gordon Plan (2.2).  Several e-mails to ZS re: meeting w/Aurelius and Committee concerning Plan issues (.8). Conference call w/ZS re: same (.2). | 5.50 hrs. |
| 09/29/10 | D. M. LeMAY | Review Sitrick retention papers (.6).  Review and revise memo re: Sitrick retention (.3). | 0.90 hrs. |
| 09/29/10 | D. M. LeMAY | T/c from Debtors re: possible meeting on plan issues tomorrow (.2).  E-mail H. Seife (2x) re: same (.2).  T/c w/Sottile re: same (.1); t/c w/Bernstein re: same (.1); t/c w/Jamal re: same (.1). T/c w/Sassower re: same (.1); e-mail to Committee team re: same (.2). | 1.00 hrs. |
| 09/29/10 | M. ROITMAN | Review Committee Plan and Disclosure Statement (0.5); Draft email to Committee re: same (0.7); Correspond with C&P team re: same (0.2) | 1.40 hrs. |
| 09/29/10 | D. E. DEUTSCH | Exchange various e-mails with David LeMay and Ted Zink re: new plan analysis issues (.2); telephone conversation with Zul Jamal re: required analysis of Debtor/Oaktree plan (.2); review analyses on Oaktree/Debtor/Angelo plan (.5); exchange e-mails with Ted Zink re: presentation to Committee tomorrow on Committee plan (.2). | 1.10 hrs. |
| 09/29/10 | F. VAZQUEZ | Review and revise plan summary (2.7); Conference with Zink and Rivera re plan and plan summary (.4); Conference with Gayda re plan summary ( .2); Conference with Zink re revisions to | 10.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13

|  |  |  |  |
|---|---|---|---|
|  |  | disclosure statement, plan and plan summary (.8); Conference with Betheil re tax disclosure .(3); Review and revise disclosure statement (4.4); Review and revise plan (1.0); email to Betheil and Zink re tax discussions (.1); email to/from Zink and C. Rivera re possible new debtor plan (.1); email to/from C. Rivera re plan revisions (.3); email to/from Zink re necessary revisions and disclosure statement (.1); email to/from LeMay re plan revisions (.1); email to/from Zink and C. Rivera re revisions to disclosure statement (.2). |  |
| 09/29/10 | R. J. GAYDA | Review and revise summary of Committee Plan (2.2); draft summary of CAL Plan for Committee meeting (1.3); review CAL Plan re same (.5). | 4.00 hrs. |
| 09/29/10 | H. SEIFE | Review of new draft of Committee plan and disclosure statement. | 2.20 hrs. |
| 09/29/10 | E. DAUCHER | Edit parts of Committee plan of reorganization and disclosure statement. | 5.80 hrs. |
| 09/30/10 | H. SEIFE | Review of Committee draft plan. | 1.70 hrs. |
| 09/30/10 | F. VAZQUEZ | Conferences with Zink re revisions to plan and discussions with committee members (.7); Review and revise plan (1.2); Review and revise committee disclosure statement (1.8); Review redline of committee plan against debtors plan (.8); Conference with C. Rivera re next steps and possible plan to be filed by debtors (.2); Conference with Glucoft re litigation recoveries (.1); Review slide presentation re committee plan (1.0); Conference with Betheil re tax disclosures (.1); email to/from C Rivera re payment of trustee fees and committee fees (.2); email to/from LeMay and Zink re draft plan (.3); email to/from | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   14

|            |              |                                                                                                                                                               |           |
|------------|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |              | Beitheil re tax disclosure (.1); email to/from Zink re D&O issues (.1); email to Zink re status of plan revisions (.1).                                        |           |
| 09/30/10   | N. T. ZINK   | Prepare presentation to Creditors' Committee re draft Committee plan (4.5); review and revise committee plan (1.5).                                            | 6.00 hrs. |
| 09/30/10   | M. ROITMAN   | Draft email to Committee re: Moelis Analysis of Credit Agreement Lender / Tribune Settlement (0.3); Draft email to Committee re: comparison of Committee Plan to Debtors' Plan (0.6) | 0.90 hrs. |
| 09/30/10   | D. M. LeMAY  | T/c w/Brigade Capital (bondholder) re: plan/case issues (.4) and e-mail H. Seife re: same (.3). T/c w/G. Novod to receive his comments on Committee Plan (.4) and convey comments to T. Zink (.2). | 1.30 hrs. |
| 09/30/10   | C. L. RIVERA | Correspondence and calls with F. Vazquez re: questions/comments on plan terms.                                                                                 | 0.40 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................    $234,047.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    15

TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 855.00 | 27.60 | 23598.00 |
| H. SEIFE | | 965.00 | 18.40 | 17756.00 |
| N. T. ZINK | | 795.00 | 72.80 | 57876.00 |
| D. E. DEUTSCH | | 695.00 | 3.40 | 2363.00 |
| F. VAZQUEZ | | 625.00 | 94.80 | 59250.00 |
| D. BAVA | | 270.00 | 3.80 | 1026.00 |
| C. L. RIVERA | | 625.00 | 56.60 | 35375.00 |
| E. DAUCHER | | 355.00 | 19.20 | 6816.00 |
| R. J. GAYDA | | 595.00 | 36.70 | 21836.50 |
| B. DYE | | 405.00 | 12.50 | 5062.50 |
| M. ROITMAN | | 355.00 | 8.70 | 3088.50 |
| | TOTALS | | 354.50 | 234047.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                    For Services Through September 30, 2010

Our Matter #19804.014
            EMPLOYEE ISSUES


| 09/01/10 | M. ROITMAN | Correspond with D. LeMay and R. Paul re: 2010 MIP Hearing (0.1) | 0.10 hrs. |
|---|---|---|---|
| 09/01/10 | D. E. DEUTSCH | E-mail Kevin Lantry re: follow-up on 2010 MIP issues (.2). | 0.20 hrs. |
| 09/02/10 | D. E. DEUTSCH | Call with Alan Holtz re: proposed severance plan, 2010 MIP and other matters (.3). | 0.30 hrs. |
| 09/07/10 | D. E. DEUTSCH | Review 2010 MIP materials (.1) and call to Kevin Lantry re: same (.2). | 0.30 hrs. |
| 09/27/10 | D. E. DEUTSCH | Review and revise MIP Order (.4); meet with Kevin Lantry to discuss various iterations of same (.4). | 0.80 hrs. |
| 09/28/10 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Kevin Lantry re: revisions/status of changes to MIP Order (.1). | 0.30 hrs. |
| 09/28/10 | M. ROITMAN | Meet with D. Deutsch re: Draft MIP Objection (0.2) | 0.20 hrs. |
| 09/29/10 | M. ROITMAN | Draft email to Committee re: Debtors' Proposed Revised 2010 MIP Order (0.3); Draft Limited Objection to Debtors' 2010 MIP Motion (6.1); Confer with D. Deutsch re: same (0.2) | 6.60 hrs. |
| 09/29/10 | D. E. DEUTSCH | Review proposed revised MIP order (.2); draft detailed memorandum to Committee re: comments and next steps on same (.4); e-mail Kevin Lantry re: edits to MIP Order, agreement on objection extension deadline and other related matters (.3). | 0.90 hrs. |
| 09/29/10 | D. M. LeMAY | Draft insert for MIP Order (.3) and review related cover note to the Committee (.1). | 0.40 hrs. |
| 09/30/10 | D. E. DEUTSCH | Multiple calls and e-mails with Kevin Lantry regarding MIP matter. | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    2
```

```
09/30/10   M. ROITMAN        Draft Limited Objection to       4.80 hrs.
                             Debtors' 2010 MIP Motion (3.5);
                             Confer with D. Deutsch re: same
                             (0.1); Revise Limited Objection
                             (1.2)
```

**TOTAL DUE FOR THIS MATTER.....................................    $6,719.50**

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 855.00 | .40 | 342.00 |
| D. E. DEUTSCH | | 695.00 | 3.20 | 2224.00 |
| M. ROITMAN | | 355.00 | 11.70 | 4153.50 |
| | TOTALS | | 15.30 | 6719.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                For Services Through September 30, 2010

Our Matter #19804.016
       TAX ISSUES


| | | | |
|---|---|---|---|
| 09/08/10 | R. M. LEDER | Review WSJ article on debt trading. | 0.20 hrs. |
| 09/20/10 | R. M. LEDER | Review of Oaktree plan re tax issues. | 0.20 hrs. |
| 09/20/10 | B. BETHEIL | Review Oaktree's Plan of Reorganization and Disclosure Statement | 1.10 hrs. |
| 09/21/10 | R. M. LEDER | Conf Betheil (.2) and TC Zink (.2) re: Oaktree plan; review new proposed Committee Plan (2.4). | 2.80 hrs. |
| 09/21/10 | B. BETHEIL | Discuss w/ R. Leder tax issues in Oaktree Plan of Reorganization (.2); Provide tax comments on Oaktree Disclosure Statement to R. Gayda (.3); Review revised Creditors' Committee's Plan of Reorganization (.6). | 1.10 hrs. |
| 09/22/10 | B. BETHEIL | Review revised Creditors' Committee's Plan of Reorganization (1.1); Meet w/ R. Leder and F. Vazquez re: tax disclosure for revised Plan (.4). | 1.50 hrs. |
| 09/22/10 | R. M. LEDER | Conference with F. Vazquez and B. Betheil re: new proposed Committee plan. | 0.40 hrs. |
| 09/24/10 | B. BETHEIL | Draft tax disclosure for revised Creditors' Committee's Plan of Reorganization | 0.80 hrs. |
| 09/28/10 | B. BETHEIL | Draft tax disclosure for Creditors' Committee's Plan of Reorganization | 1.60 hrs. |
| 09/29/10 | B. BETHEIL | Draft tax disclosure for Creditors' Committee's Plan of Reorganization | 4.60 hrs. |
| 09/29/10 | R. M. LEDER | Conference and TCs Betheil re new Committee plan. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page     2

| | | | |
|---|---|---|---|
| 09/30/10 | R. M. LEDER | Review draft of tax section for Committee Plan Tax Disclosure (1.6), including TCs Betheil in connection therewith (.4). | 2.00 hrs. |
| 09/30/10 | B. BETHEIL | Discuss w/ R. Leder tax disclosure for Creditors' Committee's Plan of Reorganization (.4); Edit tax disclosure (2.3); Provide tax comments to Creditors' Committee's Plan of Reorganization and Disclosure Statement (2.9). | 5.60 hrs. |

TOTAL DUE FOR THIS MATTER...................................... $12,970.50

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. M. LEDER | 965.00 | 6.60 | 6369.00 |
| B. BETHEIL | 405.00 | 16.30 | 6601.50 |
| TOTALS | | 22.90 | 12970.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through September 30, 2010

Our Matter #19804.017
      GENERAL LITIGATION

| | | | |
|---|---|---|---|
| 09/01/10 | D. E. DEUTSCH | Exchange e-mails with Jim Sottile re: question on claim against investment bank (.2). | 0.20 hrs. |
| 09/03/10 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings and update summaries (0.3) | 0.30 hrs. |
| 09/11/10 | D. E. DEUTSCH | Review weekly adversary reports (.1); e-mail Marc Roitman re: required follow-up related to Neil adversary (.2). | 0.30 hrs. |
| 09/13/10 | D. M. LeMAY | Review Aurelius Trustee Motion (1.5). | 1.50 hrs. |
| 09/13/10 | H. SEIFE | Review of Aurelius motion for trustee. | 1.20 hrs. |
| 09/13/10 | M. ROITMAN | Review Aurelius Motion to Appoint Ch. 11 Trustee (1.2); Draft email to Committee re: same (0.7); Correspond with D. Deutsch and D. LeMay re: same (0.1) | 2.00 hrs. |
| 09/13/10 | D. E. DEUTSCH | Review motion on Trustee appointment (.2) and edit posting note based on same (.1). | 0.30 hrs. |
| 09/13/10 | D. E. DEUTSCH | Exchange e-mails with Zuckerman team on filing of complaint and other matters (.2). | 0.20 hrs. |
| 09/13/10 | T. J. MCCORMACK | Review motion to appoint a Trustee and analyze issues regarding same (0.8). | 0.80 hrs. |
| 09/13/10 | N. T. ZINK | Review Aurelius motion for trustee (.6). | 0.60 hrs. |
| 09/14/10 | D. BAVA | Prepare Aurelius trustee motion and related filings for attorney review. | 0.90 hrs. |
| 09/14/10 | M. ROITMAN | Review Aurelius Motion to Appoint Ch. 11 Trustee (0.7); Draft email to Committee re: timing for hearing on same (0.5); Correspond with W. Smith, D. Deutsch and D. | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


                              LeMay re: same (0.2)

| 09/14/10 | H. SEIFE | Review of motion to appoint Ch. 11 Trustee. | 1.40 hrs. |
|---|---|---|---|
| 09/14/10 | D. M. LeMAY | Calls with Committee professionals re: timing and substance of Committee proposal response to trustee motion (1.9).  Prepare e-mail to Committee regarding timing of response to trustee motion (1.1). | 3.00 hrs. |
| 09/14/10 | F. VAZQUEZ | Review motion to appoint trustee (.7); conf w/Zink re trustee motion (.2). | 0.90 hrs. |
| 09/15/10 | J. MARRERO | Review motion to appoint Ch 11 trustee (.4); begin research on section 1104 re: appoint of trustee (.6). | 1.00 hrs. |
| 09/15/10 | D. M. LeMAY | Prepare for (2.8) and attend (1.9) omnibus hearing in USBC. | 4.70 hrs. |
| 09/15/10 | H. SEIFE | Prepare for court hearing (1.8); participate in portion of hearing (telephonic) (1.2). | 3.00 hrs. |
| 09/15/10 | T. J. MCCORMACK | Attend portion of court hearing on Aurelius Motions by phone (0.8). | 0.80 hrs. |
| 09/15/10 | M. ROITMAN | Review Aurelius Motion to Appoint Ch. 11 Trustee (0.4); Telephonic appearance at Bankruptcy Court hearing on Aurelius motions (1.9); Confer with H. Seife and T. McCormack following hearing (0.1); Draft email to Committee re: report on today's hearing (1.1); Research re: effect of ch. 11 Trustee appointment on Creditors' Committee (1.2). | 4.70 hrs. |
| 09/15/10 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings and update summaries (0.6) | 0.60 hrs. |
| 09/15/10 | D. E. DEUTSCH | Attend part of hearing on non-Aurelius matters and case scheduling (.9). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/16/10 | M. ROITMAN | Correspond with Y. Yoo re: Committee Objection to Disqualification Motion (0.2); Draft memo update to Committee re: Aurelius and Committee correspondence with Judge Gross (1.2); Confer with D. Deutsch re: same (0.2) | 1.60 hrs. |
| 09/16/10 | M. ROITMAN | Research re: effect of ch. 11 Trustee appointment on Creditors' Committee (0.9); confer/correspond with H. Seife re: same (0.1). | 1.00 hrs. |
| 09/16/10 | H. SEIFE | Review of cases cited in motion for trustee. | 1.30 hrs. |
| 09/16/10 | D. M. LeMAY | Revise draft Objection to Aurelius sealing motion. | 2.50 hrs. |
| 09/16/10 | J. MARRERO | Review trustee motion and research cited cases (2.9). | 2.90 hrs. |
| 09/17/10 | J. MARRERO | Research case law in Trustee motion (2.1); discuss same with D.Deutsch (.4); discuss Rule 60(b) issues with Y.Yoo (.3); research and summarize case law re: 60(b) (1.5). | 4.30 hrs. |
| 09/17/10 | D. E. DEUTSCH | Review draft objection re: release of settlement discussions (.2) and exchange e-mails with Marc Roitman on same (.2). | 0.40 hrs. |
| 09/21/10 | J. MARRERO | Draft analysis of Aurelius's Motion to Appoint Trustee (.9); research cited cases/ legal standards (1.1). | 2.00 hrs. |
| 09/22/10 | J. MARRERO | Compose outline summary of Aurelius Motion to Appoint Trustee (.5); research additional case law (.4); revise summary of same (.4). | 1.30 hrs. |
| 09/23/10 | D. E. DEUTSCH | Review weekly adversary reports (.3); meeting with Jessica Marrero re: preliminary research on Chapter 11 trustee matters (.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     4

| | | | |
|---|---|---|---|
| 09/24/10 | D. E. DEUTSCH | Review Aurelius motion to appoint trustee (.8); review various related cases (1.2) and outline questions/response to same (.4); meeting with Jessica Marrero and, in part, Young Yoo re: same (.8). | 3.20 hrs. |
| 09/24/10 | D. BAVA | Prepare cases cited in Aurelius's motion for chapter 11 trustee. | 0.70 hrs. |
| 09/24/10 | J. MARRERO | Revise summary re: Aurelius Motion to Appoint trustee (5.6); discuss follow up research with D.Deutsch and Y.Yoo (.8). | 6.40 hrs. |
| 09/24/10 | Y. YOO | Attended meetings with Douglas Deutsch and Jessica Marrero re: Aurelius's Motion for Trustee (.9); reviewed Aurelius' Motion for Trustee (.2). | 1.10 hrs. |
| 09/24/10 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings and update summaries (0.8) | 0.80 hrs. |
| 09/27/10 | J. MARRERO | Research standard re: appointing trustee for acrimony (4.8); research legal standards and case law in re: accusations in Aurelius's Motion to Appoint Trustee (5.5). | 10.30 hrs. |
| 09/27/10 | Y. YOO | Continued research and review related to Aurelius' Motion for Trustee (4.6). | 4.60 hrs. |
| 09/28/10 | Y. YOO | Drafted and revised Objection to Aurelius's Motion for Trustee (6.6); attended meeting with Douglas Deutsch re: same (.3); discussed with Jessica Marrero issues re: fraud under 1104(a)(1) and the application of a cost-benefit analysis (.6); conference with Michael Distefano re: further acrimony issue research (.3). | 7.80 hrs. |
| 09/28/10 | J. MARRERO | Research and survey cases re: type of activity that rises to level of "cause" under 1104(a)(1). | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| 09/28/10 | J. MARRERO | Review draft Objection to Motion to Appoint a Trustee (.7); discuss research with Y.Yoo (.3). | 1.00 hrs. |
|---|---|---|---|
| 09/29/10 | J. MARRERO | Research and summarize case law re: cost-benefit analysis in regard to 1104(a)(1) and (a)(2) | 2.40 hrs. |
| 09/29/10 | J. MARRERO | Additional research re: standard for appointing a trustee for cause under 1104(a)(1) (.8); update memo (.6); discuss additional research with Y.Yoo (.5). | 1.90 hrs. |
| 09/29/10 | D. E. DEUTSCH | Review weekly case adversary reports (.4); discuss Trustee research issues with Young Yoo (.7); review update from Marc Ashley on litigation steps taken with respect to certain shareholders (.3). | 1.40 hrs. |
| 09/29/10 | Y. YOO | Drafted and revised Objection to Aurelius's Motion for Trustee (6.6); attended meeting with Douglas Deutsch re: same (.3); discussed with Jessica Marrero issues re: level of fraud necessary to constitute cause under 1104(a)(1) and the application of a cost-benefit analysis to the inquiry of cause under 1104(a)(1) (.6); discussed with Michael Distefano issue re: what level of acrimony constitutes cause under 1104(a) and whether trustee's powers under 1104(a) may be limited (.3). | 7.80 hrs. |
| 09/29/10 | M. DISTEFANO | Researched appointment of a limited trustee (1.8); review cases on acrimony under 1104(a)(1) (.8); meeting w/ Y.Yoo to discuss research (.7); research fraud under 1104 (2.9); meet w/ Y.Yoo to discuss research (.2); | 6.40 hrs. |
| 09/30/10 | M. DISTEFANO | Met w/ Y.Yoo to discuss Trustee Memo to Committee (.3); researched who is eligible to vote for Trustee (1.5); Meet w/ Y.Yoo re: ability of committee to bring | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     October 24, 2010
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    6

| | | | |
|---|---|---|---|
| | | claims once Trustee is appointed (.3); research regarding same (1.6); met w. Y.Yoo re: research (.3); researched management transition from DIP to trustee(1.1); | |
| 09/30/10 | Y. YOO | Attended meeting with Douglas Deutsch re: Aurelius's Motion for Trustee (.2); researched issue re: procedures for trustee appointment through election (4.8); discussed issues with Michael Distefano re: voting eligibility and trustee's exclusivity of right to bring avoidance actions (.9); corresponded by email with Marc Roitman re: general unsecured claimant pool for trustee voting purposes (.3); corresponded by phone and email with co-counsel, Jeff Drobish, re: election issues (.7). | 6.90 hrs. |
| 09/30/10 | D. E. DEUTSCH | Meeting with Young Yoo re: memo to Committee on Motion to Appoint Trustee (.4). | 0.40 hrs. |

**TOTAL DUE FOR THIS MATTER**...................................... **$58,836.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 11.70 | 10003.50 |
| H. SEIFE | 965.00 | 6.90 | 6658.50 |
| N. T. ZINK | 795.00 | .60 | 477.00 |
| T. J. MCCORMACK | 825.00 | 1.60 | 1320.00 |
| D. E. DEUTSCH | 695.00 | 7.90 | 5490.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7


| | | | |
|---|---|---|---|
| F. VAZQUEZ | 625.00 | .90 | 562.50 |
| D. BAVA | 270.00 | 1.60 | 432.00 |
| J. MARRERO | 355.00 | 39.40 | 13987.00 |
| M. DISTEFANO | 355.00 | 11.50 | 4082.50 |
| M. ROITMAN | 355.00 | 12.40 | 4402.00 |
| Y. YOO | 405.00 | 28.20 | 11421.00 |
| TOTALS | | 122.70 | 58836.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                                For Services Through September 30, 2010

Our Matter #19804.018
         TRAVEL

| | | | |
|---|---|---|---|
| 09/22/10 | Y. YOO | Non-working tavel to and from Delaware to attend hearing on Motion to Disqualify (.9). | 0.90 hrs. |
| 09/22/10 | H. SEIFE | Non-working return travel from hearing in Wilmington. | 1.50 hrs. |
| 09/22/10 | D. E. DEUTSCH | Non-work travel to/from Delaware to attend hearing (1.9). | 1.90 hrs. |
| 09/25/10 | H. SEIFE | Non-working travel to Wilmington for mediation. | 2.00 hrs. |
| 09/26/10 | D. E. DEUTSCH | Non-work travel time to Delaware to attend mediation (1.4). | 1.40 hrs. |
| 09/27/10 | D. E. DEUTSCH | Non-working travel time from Delaware from mediation (1.1). | 1.10 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................   $6,800.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 3.50 | 3377.50 |
| D. E. DEUTSCH | 695.00 | 4.40 | 3058.00 |
| Y. YOO | 405.00 | .90 | 364.50 |
| TOTALS | | 8.80 | 6800.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                  For Services Through September 30, 2010
Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| | | | |
|---|---|---|---|
| 09/09/10 | D. E. DEUTSCH | Review request for access to certain depository documents (.1); two e-mails to Howard Seife and Thomas McCormack re: same (.2). | 0.30 hrs. |
| 09/14/10 | A. K. NELLOS | Confer with A. Goldfarb regarding confidentiality status of certain documents. | 0.30 hrs. |
| 09/15/10 | A. K. NELLOS | Review paper production received from Moody's (.3). Confer with L. Moloney regarding Moody's documents and other issues in Relativity (1.1). | 1.40 hrs. |
| 09/17/10 | A. K. NELLOS | Draft and send letter to J. Peltz regarding depository issues. | 0.20 hrs. |
| 09/20/10 | M. D. ASHLEY | Reviewed materials relating to Moody's document production (.6); emails with A. Nellos regarding same (.1); emails with A. Goldfarb regarding same (.1). | 0.80 hrs. |


**TOTAL DUE FOR THIS MATTER.....................................   $1,855.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 645.00 | .80 | 516.00 |
| D. E. DEUTSCH | 695.00 | .30 | 208.50 |
| A. K. NELLOS | 595.00 | 1.90 | 1130.50 |
| TOTALS | | 3.00 | 1855.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

For Services Through September 30, 2010

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 09/01/10 | D. M. LeMAY | Meeting w/H. Seife and D. Deutsch regarding Committee standing motions (.7).  Review third party standing motion (1.1) and e-mail re: same to M. Ashley (.2). Prepare rider to motions for standing (1.6). | 3.60 hrs. |
| 09/01/10 | A. K. NELLOS | Review materials cited in third-party complaint related to possible redactions. | 3.80 hrs. |
| 09/01/10 | R. M. KIRBY | Revising draft Third Party Complaint. | 6.40 hrs. |
| 09/01/10 | R. M. KIRBY | Research concerning priority when bringing parallel creditor trust and bankruptcy trust lawsuits. | 3.20 hrs. |
| 09/01/10 | M. D. ASHLEY | Call with T. McCormack regarding revisions to third-party complaint (.1); emails with R. Kirby regarding same (.3); emails with T. McCormack regarding same (.3); emails with Zuckerman regarding Committee complaints (.2); emails with D. LeMay regarding third-party standing motion (.2); emails with E. Daucher regarding third-party claims (.3); reviewed factual and legal research materials relating to third-party complaint (4.4); reviewed revisions to third-party complaint (1.6). | 7.40 hrs. |
| 09/01/10 | E. DAUCHER | Prepare analysis re: forum selectiion issues. | 1.80 hrs. |
| 09/01/10 | H. SEIFE | Review of revisions to standing motion (.9); review of revised compleint (1.2). | 2.10 hrs. |
| 09/01/10 | T. J. MCCORMACK | Analysis of legal/factual issues relevant to additional claims against certain officer/director (0.7); review forum selection case law (0.4); confer H. Seife re: revised complaint and filing | 4.90 hrs. |

October 24, 2010
Invoice ******
Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | motion for standing (0.3); confer M. Ashley re: issues on revised complaint and review additional materials re: same (0.6); analysis of fiduciary duty claims against an officer/director that did not vote on challenged action (1.2); review allegations regarding constructive and intentional fraudulent conveyance in prior bankruptcy case (0.4); review "in pari delecto" related allegations (0.7); review memo on "in pari delecto" defense in 3rd Circuit (0.6). |  |
| 09/01/10 | D. E. DEUTSCH | Call with Jim Sottile re: process for filing standing motions (.2); follow-up research/review of relevant court documents (.9); exchange additional e-mails with Jim Sottile and, in part, Adam Landis related to same (.2). | 1.30 hrs. |
| 09/02/10 | T. J. MCCORMACK | Analysis of forum selection issues (0.3); analysis of claims priority in the event of a state fraudulent conveyance claim (0.4); analysis of issues for constructive/intentional fraudulent conveyance claims in revised complaint, including all relevant defendants (0.9); confer M. Ashley re: revised complaint, revisions and legal/factual issues (0.5); review Examiner's report on certain claims (0.8). | 2.90 hrs. |
| 09/02/10 | H. SEIFE | Review A&M analysis of Step 2 shareholders. | 0.40 hrs. |
| 09/02/10 | D. E. DEUTSCH | Prepare for (.5) and participate in call with Adam Landis and James Sottile re: standing motion issues (.6). | 1.10 hrs. |
| 09/02/10 | E. DAUCHER | Research and drafting re: forum selection. | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 09/02/10 | M. D. ASHLEY | Emails with E. Daucher regarding third-party claims (.2); emails with R. Kirby regarding revisions to third-party complaint (.3); reviewed legal research materials relating to third-party claims (1.8); reviewed factual materials relating to third-party claims (2.7); revised draft third-party complaint (2.2). | 7.20 hrs. |
| 09/02/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (.60). | 0.60 hrs. |
| 09/02/10 | R. M. KIRBY | Revising draft Third Party Complaint and Standing Motion. | 4.60 hrs. |
| 09/02/10 | R. M. KIRBY | Research concerning priority when bringing parallel creditor trust and bankruptcy trust lawsuits. | 1.90 hrs. |
| 09/02/10 | A. K. NELLOS | Continue to review materials cited in third-party complaint related to possible redactions and prepare draft of redacted version. | 9.70 hrs. |
| 09/03/10 | A. K. NELLOS | Continue to determine redactions related to third-party complaint. (5.6); Confer with Alix Partners regarding certain calculations in third-party complaint (.8). | 6.40 hrs. |
| 09/03/10 | M. IACOPELLI | Prepare additional documents cited in annotated third party complaint at the request of A. Nellos (2.8); prepare summary of documents cited in annotated third party complaint (.9). | 3.70 hrs. |
| 09/03/10 | R. M. KIRBY | Researching precedent concerning use of conflict counsel in bankruptcy proceedings. | 7.20 hrs. |
| 09/03/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (.30). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 09/03/10 | E. DAUCHER | Discussion with T. Zink re: forum selection (.2); revise and circulate memo on the same. (.1). | 0.30 hrs. |
| 09/03/10 | H. SEIFE | Review of revised standing motion and complaint. | 1.70 hrs. |
| 09/03/10 | T. J. MCCORMACK | Analyze forum selection issues for certain claims (0.3); review/comment/edit current version of third party complaint and standing motion (1.4); review additional claims for breach of fiduciary duty (0.7); analyze identification of specific defendants for s/l issues (0.8). | 3.20 hrs. |
| 09/05/10 | M. D. ASHLEY | Reviewed factual materials relating to third-party claims (.8); emails with R. Kirby regarding same (.1). | 0.90 hrs. |
| 09/06/10 | M. D. ASHLEY | Reviewed legal research and factual materials relating to third-party complaint. | 1.10 hrs. |
| 09/07/10 | M. D. ASHLEY | Call with T. McCormack, R. Kirby regarding third-party claims and revisions to third-party complaint (.1); meeting with T. McCormack, R. Kirby regarding same (.3); reviewed draft third-party complaint and standing motion and related materials (1.8); emails with R. Kirby regarding same (.4); emails with A. Nellos regarding same (.3); emails with T. McCormack regarding same (.2); call with T. Zink regarding same (.2); emails with E. Miller regarding same (.2); emails with Landis Rath regarding filing of standing motion (.2); emails with M. Roitman regarding same (.2); reviewed revised lender complaint (.7). | 4.60 hrs. |
| 09/07/10 | M. ROITMAN | Draft email to Committee re: Third-Party Complaint (0.6); Correspond with M. Ashley and T. McCormack re: same (0.2) | 0.80 hrs. |

| 09/07/10 | H. SEIFE | Review of revised draft complaint. | 1.60 hrs. |
|---|---|---|---|
| 09/07/10 | C. L. RIVERA | Research related LBO case for causes of actions versus shareholders. | 0.20 hrs. |
| 09/07/10 | F. VAZQUEZ | Review third party complaint (1.4); review standing motion (.3); conference with Zink re state fraudulent conveyance claims (.2); conference with Zink and Ashley re third party complaint (.2). | 2.10 hrs. |
| 09/07/10 | R. A. SCHWINGER | Review latest updated draft of shareholder complaint and standing motion. | 0.50 hrs. |
| 09/07/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (.20). | 0.20 hrs. |
| 09/07/10 | R. M. KIRBY | Revising draft third-party complaint and motion for standing. | 2.80 hrs. |
| 09/07/10 | A. K. NELLOS | Review revised version of third-party complaint (2.6); and review updated information related to potential redactions (.8); Review revised standing motion (1.3); exchange emails with M. Ashley regarding third-party complaint (.8). | 5.50 hrs. |
| 09/07/10 | E. M. MILLER | Review draft third-party complaint (1.9) Draft and send comments to M Ashley (0.6) | 2.50 hrs. |
| 09/07/10 | T. J. MCCORMACK | Review/comment/edit current draft of third party complaint and motion for standing (1.7); review legal issues re: forum selection, "Doe" defendants, timing and related issues (1.5). | 3.20 hrs. |
| 09/08/10 | T. J. MCCORMACK | Review current drafts of third party complaint and motion for standing (1.6) and address several issues with M. Ashley regarding same (.3); edit/comment on drafts (1.6); confer M. Ashley re: filing issues for both, certain elements | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page    6

|  |  |  |  |
|---|---|---|---|
|  |  | of claims and related subjects (0.4); confer R. Kirby on statute of limitations, "John Doe" defendants and related issues for complaint (0.3); status with H. Seife on third party complaint (0.2). |  |
| 09/08/10 | A. K. NELLOS | Review materials related to third-party complaint and standing motion (.7); Meet with R. Kirby and M. Ashley to discuss issues related to Third-Party Complaint and Standing motions (.7). | 1.40 hrs. |
| 09/08/10 | R. M. KIRBY | Research concerning derivative standing of creditors' committees and demand futility. | 4.10 hrs. |
| 09/08/10 | R. M. KIRBY | Research concerning statute of limitations and use of placeholder defendants. | 2.00 hrs. |
| 09/08/10 | R. M. KIRBY | Revising draft third-party complaint and motion for standing. | 5.10 hrs. |
| 09/08/10 | H. SEIFE | Review of revised standing motion and complaint (1.2); conference with T.McCormack regarding complaint (.3). | 1.50 hrs. |
| 09/08/10 | M. D. ASHLEY | Call with R. Kirby, Zuckerman regarding revisions to Committee complaints (.9); call with Landis Rath, A. Nellos, R. Kirby regarding filing of third-party standing motion and complaint (.7); meeting with A. Nellos, R. Kirby regarding same (.3); reviewed revisions to draft third-party complaint papers and related materials (2.2); emails with R. Kirby regarding same (.5); emails with A. Nellos regarding same (.3); conferences with T. McCormack regarding same (.4); reviewed revised lender complaint and related factual materials (1.4). | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7


| 09/08/10 | N. T. ZINK | Review and comment on Third Party Complaint (.8). | 0.80 hrs. |
| 09/09/10 | H. SEIFE | Review revised draft standing motion (1.4); review of revised complaint (1.3). | 2.70 hrs. |
| 09/09/10 | R. M. KIRBY | Research concerning statute of limitations and use of placeholder defendants. | 5.70 hrs. |
| 09/09/10 | A. K. NELLOS | Review revised versions of proposed filings related to standing motion and motion to file under seal. | 1.30 hrs. |
| 09/09/10 | T. J. MCCORMACK | Work on finalizing complaint and motion for standing (2.2); status R. Kirby re: same and related logistics, schedule (0.5); review case law on issues raised by naming "John Doe" defendants (1.3); review R. Kirby memo re: same (0.7); review final version of Zuckerman complaint (0.8). | 5.50 hrs. |
| 09/10/10 | T. J. MCCORMACK | Review/comment on current version of motion for standing (0.6); analysis of "John Doe" issues, including statute of limitations issues, class action options, identification of specific defendant equity distributees and related subjects (1.7); finalize posting of standing motion for Committee review (0.5); review final draft of complaint against third parties (1.3). | 4.10 hrs. |
| 09/10/10 | A. GALE | Call with T. McCormack re discovery issues re shareholders (.2); research and analysis re same (1.1). | 1.30 hrs. |
| 09/10/10 | R. M. KIRBY | Researching breach of fiduciary duty liability of directors who abstain from voting on challenged transaction. | 2.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8
```

| 09/10/10 | D. BAVA | Review and analysis of similar type large cases re: standing motion and objections/responses (1.10). | 1.10 hrs. |
|---|---|---|---|
| 09/11/10 | D. E. DEUTSCH | Review and provide analysis on parts of draft third party complaint (.8). | 0.80 hrs. |
| 09/12/10 | M. D. ASHLEY | Reviewed revised third-party complaint and standing motion and related factual materials (2.3); reviewed legal research relating to third-party claims (1.4); emails with R. Kirby regarding revisions to third-party complaint and standing motion (.2). | 3.90 hrs. |
| 09/12/10 | T. J. MCCORMACK | Review research on direct claims against certain director/officer in light of his non-vote on transaction showing (0.8). | 0.80 hrs. |
| 09/13/10 | T. J. MCCORMACK | Meeting with team re: filing of third party complaint and standing motion (1.3); finalize and file motion for standing to pursue claims against various third parties on behalf of estate, including draft complaint reflecting same (2.9); review press reports re: same (0.2). | 4.40 hrs. |
| 09/13/10 | M. D. ASHLEY | Call with T. McCormack regarding filing of third-party complaint and standing motion (.3); call with R. Kirby regarding same (.2); call with A. Nellos regarding potential redactions to complaint (.5); meeting with T. McCormack, R. Schwinger, R. Kirby regarding potential defendant class action allegations in third-party complaint (1.3); call with D. Rath regarding third-parrty claims and allegations (.4); reviewed revisions to third-party complaint and related papers (3.8) and reviewed related factual and legal research materials (1.6); emails with R. Kirby regarding third-party complaint (.7); emails | 10.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9

|            |               |                                                                                                                                                                              |            |
|------------|---------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | with A. Nellos regarding same (.7); emails with T. McCormack regarding same (.3); emails with M. Roitman regarding same (.2); emails with Landis Rath regarding same (.8).    |            |
| 09/13/10   | A. K. NELLOS  | Review final versions of the standing motion and third party complaints (3.3); Email to Sidley regarding document depository signatories for service of papers (.1); Work on redacted versions of Third-Party Complaint (2.6). | 6.00 hrs.  |
| 09/13/10   | H. SEIFE      | Telephone call/voice mail to J.Conlan regarding standing motion (.3); review final version of motion and complaint (.8); conference with T.McCormack regarding sealing and filing (.4); telephone conference with B.Krakauer regarding motion (.4). | 1.90 hrs.  |
| 09/13/10   | M. ROITMAN    | Draft email to Committee re: Revised Supplement to Standing Motion (0.4); Correspond with D. Deutsch and A. Goldfarb (ZS) re: same (0.2) | 0.60 hrs.  |
| 09/13/10   | M. ROITMAN    | Review third party complaint and standing motion (0.4); Correspond with M. Ashley re: same (0.2) | 0.60 hrs.  |
| 09/13/10   | R. M. KIRBY   | Finalizing standing motion, exhibits thereto, and third party complaint (1.3); conference with local counsel re: filing same (.2). | 1.50 hrs.  |
| 09/13/10   | R. M. KIRBY   | Research concerning tolling of statute of limitations in defendant class actions. | 2.90 hrs.  |
| 09/13/10   | R. M. KIRBY   | Meeting w/T. McCormack, M. Ashley, and R. Schwinger concerning "Doe" shareholder defendant issues. | 1.40 hrs.  |
| 09/13/10   | W. K. PERRY   | Analyze additional shareholder claims | 0.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| | | | |
|---|---|---|---|
| 09/13/10 | C. L. RIVERA | Review dockets/research status re: related LBO case (0.5); research re: procedural mechanics re: suing shareholders (0.4); correspondence to M. Ashley re: same (0.3). | 1.20 hrs. |
| 09/13/10 | R. A. SCHWINGER | Meeting with T. McCormack, M. Ashley, R. Kirby re procedural issues as to "John Doe" shareholder defendants. | 1.30 hrs. |
| 09/14/10 | C. L. RIVERA | Correspondence with A. Goldfarb re: materials from Morgan Stanley (.2); confer with A. Nellos re: same (.1) | 0.30 hrs. |
| 09/14/10 | C. L. RIVERA | Correspondence to M. Ashley re: follow-up questions on shareholder issues. | 0.10 hrs. |
| 09/14/10 | W. K. PERRY | Review, analyze research memos (.8), proposed complaint (.8). | 1.60 hrs. |
| 09/14/10 | R. A. SCHWINGER | Meeting with R. Kirby re procedural issues as to "reverse class actions" (.3); follow-up e-mail with R.Kirby re same (.1). | 0.40 hrs. |
| 09/14/10 | R. M. KIRBY | Research concerning tolling of statute of limitations in defendant class actions. | 2.30 hrs. |
| 09/14/10 | R. M. KIRBY | Research concerning class certification in defendant class actions. | 3.00 hrs. |
| 09/14/10 | R. M. KIRBY | Researching interpretation of "transferee" under bankruptcy code. | 4.20 hrs. |
| 09/14/10 | A. K. NELLOS | Work on redacted versions of third-party complaint (3.2); Call with M. Ashley, B. Kirby and Landis regarding strategy for discovery and redaction considerations (.9); Call with M. Ashley and Alix Partners (.9); Call with M. Ashley, T. McCormack and B. Kirby, along with Zuckerman Spaeder regarding third-party complaint and shareholder issues (.8). Follow-up post-call with McCormack, Ashley and Kirby (.7); | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   11

|            |                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |            |
|------------|------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                  | Exchange emails with R. Butcher regarding depository designations (.1); review proposed redactions from third-party complaint in light of call with Landis (1.6).                                                                                                                                                                                                                                                                                                                                                                                                                    |            |
| 09/14/10   | M. D. ASHLEY     | Call with T. McCormack, A. Nellos, R. Kirby, Zuckerman Spaeder regarding information relating to selling shareholder identities (.6); meeting with T. McCormack, A. Nellos, R. Kirby regarding same (.5); meeting with A. Nellos, R. Kirby regarding same (.2); call with B. Hall, A. Nellos regarding same (.6); call with A. Goldfarb regarding Committee complaints (.1); call with A. Nellos, Landis Rath regarding discovery and redaction issues (.8); meeting with A. Nellos regarding same (.2); emails with R. Kirby regarding third-party complaint issues (.4); emails with A. Nellos regarding third-party discovery and redactions (.5); emails with Landis Rath regarding same (.4); emails with T. McCormack regarding same (.6); reviewed materials regarding third-party discovery (1.2). | 6.10 hrs.  |
| 09/14/10   | T. J. MCCORMACK  | Review/analyze case law, prior precedents and options regarding the naming of all shareholder distributees in an intentional fraudulent conveyance avoidance claim as to Step One and Step Two (2.6); call with team and ZS re: third party complaint issues (1.8); review expert issues (1.2); address requests of debtor for version of complaint for D&O insurer (0.4); review legal analysis of "transferee" definition and application in specific transfer cases (0.8). | 6.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   12

| 09/14/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (.20). | 0.20 hrs. |
|---|---|---|---|
| 09/15/10 | T. J. MCCORMACK | Review final version of Zuckerman complaint (0.8); analysis of confidentiality provisions vis a vis filed complaint/disclosure (0.6); review efforts to identify equity distributees and analysis of processes (formal and informal discovery) for obtaining information (1.3). | 2.70 hrs. |
| 09/15/10 | B. SCHUBECK | Research for A. Nellos re in-house counsel information (list of 22 companies) re potential litigation targets. | 1.50 hrs. |
| 09/15/10 | M. D. ASHLEY | Meeting with A. Nellos regarding potential redactions to third-party complaint (.2); reviewed factual materials relating to potential redactions of third-party complaint (1.7); meeting with T. McCormack regarding third-party discovery relating to selling shareholder identities (.3); reviewed factual and legal research materials relating to same (1.3); emails with Landis Rath regarding third-party discovery issues (.6); reviewed draft discovery requests to Debtors relating to selling shareholders (1.1); emails with A. Nellos regarding same (.2). | 5.40 hrs. |
| 09/15/10 | A. K. NELLOS | Review materials received from Alix Partners related to potential brokers and banks that held stock for beneficial owners (1.5) and begin process of reviewing information for discovery (1.6); discuss same with M. Ashley (.5); Discuss with M. Ashley re: unredacted version of Complaint (.9); Review allegations and materials on Relativity relating to certain allegations (2.1); begin to draft additional | 7.70 hrs. |