TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   13

|  |  |  |  |
|---|---|---|---|
|  |  | discovery related to third-party complaint (1.1). |  |
| 09/15/10 | R. M. KIRBY | Research concerning class certification in defendant class actions, as per T. McCormack. | 2.50 hrs. |
| 09/15/10 | W. K. PERRY | Review proposed complaint (.9); review related pleading (.4); t/c T. McCormack re: status, further research (.3). | 1.60 hrs. |
| 09/15/10 | C. L. RIVERA | Research/analysis re: related cases for possible shareholder actions. | 0.30 hrs. |
| 09/16/10 | M. RICHMOND | Research information for various potential litigation targets. | 3.00 hrs. |
| 09/16/10 | M. IACOPELLI | Review and prepare contact information for step 2 companies (potential litigation targets). | 6.20 hrs. |
| 09/16/10 | R. M. KIRBY | Research concerning class certification in defendant class actions. | 5.80 hrs. |
| 09/16/10 | A. K. NELLOS | Finalize review/re-analysis of determinations regarding versions of third-party complaint (3.7); Exchange emails/discuss with M. Ashley regarding same (.8); Discuss with M. Iacopelli issues relating to identification of contact information regarding potential parties to seek discovery (.4); Review materials prepared by M. Iacopelli and Library group (.5); Meet with M. Ashley, A. Gale and B. Kirby relating to discovery efforts regarding shareholders (.8); Continue to draft/revise discovery requests and corresponding cover letters for additional parties (3.9). | 10.10 hrs. |
| 09/16/10 | B. SCHUBECK | Research for A. Nellos re: in-house counsel information (list of 22 companies) re: potential litigation targets. | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   14

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/16/10 | B. SCHUBECK | Research for M.Iacopelli re: addresses and in-house counsel information re: potential litigation targets. | 2.80 hrs. |
| 09/16/10 | T. J. MCCORMACK | Confer M. Ashley re: status of numerous projects on identifying equity distributees (0.2); review information on "street name" logistics with Adam Gale (0.2); reviewed research on "Doe" defendants, tolling s/l, class options and related procedural subjects (1.6); review various discovery options in light of mediation stay (0.7); confer DE counsel re: same (0.2). | 2.90 hrs. |
| 09/16/10 | T. DANIELSON | Research address and corporate counsel/CEO information re: potential litigation targets. | 5.00 hrs. |
| 09/16/10 | A. GALE | Meeting with M. Ashley and Team re beneficial owner discovery requests (.6); research and analysis re same (3.3). | 3.90 hrs. |
| 09/16/10 | F. VAZQUEZ | Review case law re choice of forum (.3); conf w/Daucher re choice of forum law (.1). | 0.40 hrs. |
| 09/16/10 | W. K. PERRY | Review research re: class actions (.2); t/c R. Kirby re: class action research (.2) | 0.40 hrs. |
| 09/16/10 | E. DAUCHER | Review recent developments re: forum selection. | 0.60 hrs. |
| 09/16/10 | M. D. ASHLEY | Meeting with T. McCormack regarding third-party claims and discovery (.3); meeting with A. Gale, A. Nellos, R. Kirby regarding discovery relating to identities of selling shareholders (.6); meeting with A. Nellos, R. Kirby regarding same (.6); reviewed factual materials relating to third-party discovery (.8); emails with A. Nellos regarding redactions to third-party complaint (.3); reviewed factual materials | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15

|  |  |  |  |
|---|---|---|---|
|  |  | relating to redactions (.8); emails with R. Kirby regarding third-party claim timing issues (.4); reviewed legal research materials relating to same (.5); emails with T. McCormack regarding same (.3); emails with Landis Rath regarding same (.2); emails with A. Nellos regarding third-party discovery issues (.3). |  |
| 09/16/10 | N. T. ZINK | Review issues relating to identification of selling shareholders (.3); email to T. McCormack re selling shareholder issues (.1). | 0.40 hrs. |
| 09/17/10 | M. D. ASHLEY | Meeting with A. Nellos regarding discovery relating to selling shareholder information (.2); reviewed factual materials relating to same (1.3); emails with A. Nellos regarding same (.8); reviewed draft discovery requests to third parties relating to selling shareholder information (1.2); emails with T. McCormack regarding third-party discovery issues (.6); emails with A. Gale regarding same (.3). | 4.40 hrs. |
| 09/17/10 | W. K. PERRY | Review, analyze examiner's report volume 1 (1.0); review, analyze examiner's report volume 2 (1.2); review, analyze research re: statutes of limitation (.1) | 2.30 hrs. |
| 09/17/10 | A. GALE | Review emails re discovery request issues (.3); research and analysis re same (1.8). | 2.10 hrs. |
| 09/17/10 | T. J. MCCORMACK | Review status of all efforts to obtain identities of equity distributees (0.8); confer M. Ashley re: same (0.2); analysis of "street name" issue, "conduct" rules in bankruptcy and related avoidance issues (1.0); review proposed action plan on class action option and naming of equity distributees (0.8); review/comment on "meet/confer" | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16

|            |                |                                                                                                                                                                                                                                                                                                                                                   |            |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | letter and 2004 requests (1.0).                                                                                                                                                                                                                                                                                                                    |            |
| 09/17/10   | B. SCHUBECK    | Search for A. Nellos for address and counsel information for potential litigation targets.                                                                                                                                                                                                                                                         | 0.80 hrs.  |
| 09/17/10   | A. K. NELLOS   | Review email from Adam Gale regarding potential parties for discovery / shareholder information (.3); Continue to revise and draft additional discovery requests (4.6); review analysis of additional parties to serve discovery (1.9); Online review of materials relating to potential litigation targets relating to potential additional discovery (2.8). | 9.60 hrs.  |
| 09/17/10   | R. M. KIRBY    | Revising discovery requests re shareholder indentities.                                                                                                                                                                                                                                                                                            | 1.20 hrs.  |
| 09/17/10   | R. M. KIRBY    | Research concerning class certification in defendant class actions.                                                                                                                                                                                                                                                                                | 7.10 hrs.  |
| 09/17/10   | K. ZAFRAN      | Prepare information of banks/brokers that were already served with production requests (2.1); review addresses of other entities (1.2).                                                                                                                                                                                                             | 3.30 hrs.  |
| 09/20/10   | R. M. KIRBY    | Research concerning class certification in defendant class actions.                                                                                                                                                                                                                                                                                | 7.40 hrs.  |
| 09/20/10   | A. GALE        | Review of draft discovery requests to debtors and other parties (.6); analysis of issues re same ; call with A. Nellos re same (.2).                                                                                                                                                                                                                | 0.80 hrs.  |
| 09/20/10   | T. J. MCCORMACK | Review/edit proposed correspondence and discovery requests for equity distributees (0.8); confer M. Ashley re: same and plan for discovery (0.8); review prior information from A&M on major holders of Tribune equity at Step One and Step Two (0.9).                                                                                                | 2.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   17

| | | | |
|---|---|---|---|
| 09/20/10 | M. D. ASHLEY | Meeting with T. McCormack regarding fraudulent transfer claims (.4); meeting with A. Nellos regarding selling shareholder discovery (.2); emails with A. Nellos regarding same (.5); reviewed factual and legal research materials relating to shareholder information discovery and fraudulent transfer claims (1.6); reviewed revised draft shareholder information document requests and cover letters (1.1); email to Zuckerman and Landis regarding shareholder information discovery (.3). | 4.10 hrs. |
| 09/20/10 | A. K. NELLOS | Draft and revise discovery requests and related materials (7.8);  Confer with Adam Gale re: same (.6); emails with Marc Ashley re: same (.8); Review issues regarding additional potential discovery parties (.7). | 9.90 hrs. |
| 09/20/10 | W. K. PERRY | Review, analyze examiner's report volume II | 1.30 hrs. |
| 09/20/10 | K. ZAFRAN | Research brokers and banks related to potential document requests. | 4.50 hrs. |
| 09/21/10 | K. ZAFRAN | Research brokers and banks related to potential document requests. | 7.50 hrs. |
| 09/21/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (.30). | 0.30 hrs. |
| 09/21/10 | A. K. NELLOS | Revise/finalize discovery requests to debtors and related materials (3.3); Work on discovery requests for certain potential litigation targets (4.2); Begin to draft Rule 2004 motion targeted at debtors related to discovery issues (2.5). | 10.00 hrs. |
| 09/21/10 | M. D. ASHLEY | Call with D. Rath regarding shareholder discovery (.3); call with A. Goldfarb regarding same (.3); follow-up call with D. Rath regarding same (.3); meeting with | 7.10 hrs. |

|            |                 |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |            |
|------------|-----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                 | R. Kirby regarding same (.1); call with A. Gale, A. Nellos regarding same (.2); emails with A. Nellos regarding same (1.1); emails with T. McCormack regarding same (.3); emails with A. Gale regarding same (.2); emails with R. Kirby regarding same (.2); revised draft document requests (1.2); reviewed factual and legal materials relating to selling shareholders (1.5); emails with AlixPartners regarding shareholder information (.2); emails with Zuckerman regarding document requests (.2); emails with Landis Rath regarding circulation of third-party complaint (.3); prepared discovery correspondence with Debtors (.7). |            |
| 09/21/10   | T. J. MCCORMACK | Analysis of options for identifying equity distributees, discovery options and class action prerequisites (1.7); confer with DE counsel re: same (0.4); edit/revise discovery requests (0.2); respond to bridge loan lender inquiry on claims (0.2). | 2.50 hrs.  |
| 09/21/10   | A. GALE         | Email from and to M. Ashley re discovery requests (.3); calls with A. Nellos re same (.2); research and analysis of issues re same (1.4); revision of discovery requests (2.7). | 4.60 hrs.  |
| 09/21/10   | R. M. KIRBY     | Drafting motion for leave to file Rule 2004 discovery requests concerning identities of shareholder defendants. | 7.60 hrs.  |
| 09/21/10   | R. M. KIRBY     | Research concerning class certification in defendant class actions. | 2.80 hrs.  |
| 09/21/10   | C. L. RIVERA    | Research re: related LBO case/creditors' trust issues. | 0.30 hrs.  |
| 09/22/10   | R. M. KIRBY     | Research concerning class certification in defendant class actions. | 4.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   19

| | | | |
|---|---|---|---|
| 09/22/10 | R. M. KIRBY | Drafting motion for leave to file Rule 2004 discovery requests concerning identities of shareholder defendants. | 4.10 hrs. |
| 09/22/10 | A. GALE | Emails from and to A. Nellos (.5) and M. Ashley (.3) re discovery requests; research and analysis re issues re same (2.4); call with A. Nellos re same (.4); call with M. Ashley re same (.2). | 3.80 hrs. |
| 09/22/10 | B. SCHUBECK | Research re: company executive information for certain potential litigation targets. | 0.50 hrs. |
| 09/22/10 | T. J. MCCORMACK | Review correspondence with Debtors on identification of equity distributees (.5) and follow-up with M. Ashley re: discovery/2004 process for obtaining same (.6); review/analyze case law on defendant class action device, application in fraudulent conveyance setting and related issues (2.2); review M. Ashley e-mail (.2) and draft attachments on discovery, 2004 requests and related info on identifying equity distribution (.8). | 4.30 hrs. |
| 09/22/10 | M. D. ASHLEY | Call with J. Ducayet regarding selling shareholder discovery relating to fraudulent transfer claims (.2); email with Chadbourne team regarding same (.2); call with A. Gale, A. Nellos regarding same (.2); reviewed and revised draft third-party shareholder information document requests (1.3); reviewed related factual materials (1.2); emails with A. Nellos regarding discovery requests (.8); emails with A. Gale regarding same (.2); reviewed draft motion for relief from constraints of mediation order and related pleadings (1.3); emails with R. Kirby regarding same (.3); emails with T. McCormack regarding shareholder discovery procedures (.7); emails with R. Kirby | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   20

| | | | |
|---|---|---|---|
| | | regarding class action allegations (.2); email with J. Ducayet regarding shareholder discovery (.1). | |
| 09/22/10 | A. K. NELLOS | Revise/finish draft of Rule 2004 motion to debtors (3.1); Revise/finalize discovery requests and related materials for certain potential litigation targets (2.6); Conferences/emails with Adam Gale (.7) and Marc Ashely (.9) regarding same; Revise discovery requests related to parties which held stock in street name (.6). | 7.90 hrs. |
| 09/22/10 | K. ZAFRAN | Research brokers and banks related to potential document requests. | 5.00 hrs. |
| 09/23/10 | W. K. PERRY | Review research memo re: class actions | 0.40 hrs. |
| 09/23/10 | A. K. NELLOS | Draft Rule 2004 motion (with related certification) for shareholder discovery issues (6.1); Review various memos and emails related to third-party claims (1.3); Review email and related attachments from Ducayet regarding potential beneficial owners and potential street name holders (.4). | 7.80 hrs. |
| 09/23/10 | C. L. RIVERA | Review status of related case/claims. | 0.30 hrs. |
| 09/23/10 | T. J. MCCORMACK | Analysis of defendant class action issues, statute of limitations issues, logistics and options (1.8); review data from Debtors on equity distributees (0.8); analyze options for identifying equity distributees (1.3); review class action device for defendants and statute of limitations issues caused by "opt out" (1.4); review mediation issues for various parties (0.4). | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   21

| 09/23/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (.20). | 0.20 hrs. |
|---|---|---|---|
| 09/23/10 | R. M. KIRBY | Revising draft third party complaint to include class allegations. | 9.30 hrs. |
| 09/24/10 | R. M. KIRBY | Drafting memorandum of law in support of motion for class certification. | 2.30 hrs. |
| 09/24/10 | T. J. MCCORMACK | Review status and tasks re: identifying all Step One and Step Two shareholders (0.8); analysis of defendant class action case law (0.7); review issues on standing motion, timing and likely opposition (0.4). | 1.90 hrs. |
| 09/24/10 | A. K. NELLOS | Revise Rule 2004 motion papers (4.3); Discuss with K. Zafran materials sent by Ducayet and develop strategy discovery issues (.7). | 5.00 hrs. |
| 09/24/10 | W. K. PERRY | Review, analyze research on class action law (.4); t/c R. Kirby re: further analysis (.2) | 0.60 hrs. |
| 09/24/10 | M. IACOPELLI | Research Relativity for selected documents of potential litigation targets as requested by A. Nellos. | 1.10 hrs. |
| 09/24/10 | K. ZAFRAN | Research brokers and banks related to potential document requests based on new information with 12.20.07 participants list. | 5.50 hrs. |
| 09/26/10 | M. D. ASHLEY | Reviewed legal research materials regarding class action allegations in third-party complaint (1.4); emails with R. Kirby regarding same (.3); reviewed emails from Debtors' counsel regarding selling shareholder information relating to third-party complaint (.6); emails with A. Nellos regarding same (.3). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   22

| 09/27/10 | M. D. ASHLEY | Call with A. Nellos regarding selling shareholder information relating to third-party complaint (.3); emails with A. Nellos regarding same (.2); emails with T. McCormack regarding same (.3); emails with A. Gale regarding same (.4); emails with AlixPartners regarding same (.3); reviewed summary materials from AlixPartners regarding selling shareholder information (1.1); emails with Landis Rath regarding discovery relating to selling shareholders (.3); reviewed legal research materials regarding class action allegations in third-party complaint (1.1); emails with R. Kirby regarding same (.5); reviewed draft pleadings for potential Rule 2004 motions relating to selling shareholder discovery (1.2). | 5.70 hrs. |
| 09/27/10 | A. K. NELLOS | Revise draft 2004 motion and supporting papers (4.6); Review information regarding potential parties to serve discovery (4.8). | 9.40 hrs. |
| 09/27/10 | A. GALE | Reviw email from debtor's counsel re discovery requests (.2); analysis of issues re same (1.8): review of documents re same (2.4); emails to M. Ashley re same (.2). | 4.60 hrs. |
| 09/27/10 | M. IACOPELLI | Research Relativity for certain hot documents from 2nd tier review for A. Nellos. | 0.50 hrs. |
| 09/27/10 | R. M. KIRBY | Research concerning venue in bankruptcy small claims. | 2.50 hrs. |
| 09/27/10 | T. J. MCCORMACK | Review info from A&M on equity distributees (original transferees) and analysis re: same (0.8); confer M. Ashley re: same (0.3); analyze issues for alleging two classes of defendant shareholders (Step One/Step Two) and review treatise re: same (1.3); review draft discovery, 2004 requests and potential | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    23

|  |  | discovery targets (0.9). |  |
|---|---|---|---|
| 09/28/10 | K. ZAFRAN | Research banks and brokers that received payment at Step 2. | 6.60 hrs. |
| 09/28/10 | M. ROITMAN | Correspond with M. Ashley (0.2) and review pleadings re: third party standing motion and right of Debtors to settle claims (0.5). | 0.70 hrs. |
| 09/28/10 | R. M. KIRBY | Research concerning venue in bankruptcy small claims. | 1.70 hrs. |
| 09/28/10 | T. J. MCCORMACK | Review/analyze issues with class action for equity distributee defendants (0.8); confer M. Ashley re: same (0.2); review data on equity distributees and discovery options for same (1.0); review proposed draft discovery (0.6). | 2.60 hrs. |
| 09/28/10 | C. L. RIVERA | Research re: related lawsuit. | 0.40 hrs. |
| 09/28/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (1.10). | 1.10 hrs. |
| 09/28/10 | A. GALE | Meeting with M. Ashley and A. Nellos re discovery requests (1.1); call with M. Ashley and debtors' counsel (.4); review of revised discovery requests; (1.5). | 3.00 hrs. |
| 09/28/10 | A. K. NELLOS | Revise discovery requests and related materials (4.7); Calls with M. Ashley, A. Gale and J. Ducyaet re: same (1.2); Continue to make determinations regarding potential parties to seek additional discovery from related to Step Two shareholders. (3.2); Confer with K. Zafran regarding same (.6). | 9.70 hrs. |
| 09/28/10 | M. D. ASHLEY | Call with J. Ducayet, A. Gale, A. Nellos regarding shareholder information relating to third-party complaint (.4); reviewed factual materials relating to selling shareholders (1.1); meeting with A. Gale, A. | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   24

|  |  |  |  |
|---|---|---|---|
|  |  | Nellos regarding discovery relating to selling shareholder information (.4); meeting with A. Gale regarding same (.1); call with A. Nellos regarding same (.1); call with T. McCormack regarding same (.1); reviewed and revised draft cover letters and document requests relating to shareholder discovery (1.0); emails with A. Nellos regarding shareholder discovery (.7); emails with Landis Rath regarding same (.3); reviewed legal research regarding class action allegations (.4); emails with R. Kirby regarding same (.2); reviewed prior standing motion pleadings (1.2). |  |
| 09/29/10 | M. D. ASHLEY | Call with R. Kirby regarding revisions to complaint (.1); reviewed revisions (.6); call with J. Ducayet, B. Whittman, B. Hall, A. Gale, A. Nellos regarding selling shareholder information (.6); reviewed factual materials relating to shareholder information (1.6); meeting with A. Gale, A. Nellos regarding shareholder discovery (.4); call with A. Nellos regarding same (.1); emails with A. Nellos regarding same (.8); emails with A. Gale regarding same (.4); emails with T. McCormack regarding same (.2); emails to firm teams regarding same (.5); call with R. Kirby regarding class action allegations (.1); call with A. Landis, J. Sottile, D. LeMay regarding standing motions (.3); emails with T. McCormack regarding same (.3); emails with co-counsel regarding same (.2). | 6.20 hrs. |
| 09/29/10 | A. K. NELLOS | Confer with A. Gale and M. Ashley regarding discovery issues (.3) and revise discovery requests in connection with same (1.6); Call with Sidley with M. Ashley and A. Gale regarding discovey requests | 8.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   25

|            |                |                                                                                                                                                                                                                                                                                                           |            |
| ---------- | -------------- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------- |
|            |                | (1.2); Review materials provided by Sidley to make determinations about appropriate groups of plaintiffs (1.4), and prepare chart regarding same (1.0); Review additional materials on Relativity regarding potential discovery targets (3.4). |            |
| 09/29/10   | A. GALE        | Emails from and to M. Ashley re discovery requests (.3); review of cover letter (.1) and revised requests (.4); review of documents re same (.8); meeting with M. Ashley and A. Nellos re same (1.6); analysis of issues re same (1.2); call with debtors' counsel re discovery (1.2); calls with A. Nellos re same (.2). | 5.80 hrs.  |
| 09/29/10   | D. BAVA        | Review docket sheet re: objections/responses to motions for standing.                                                                                                                                                                                                                                       | 0.70 hrs.  |
| 09/29/10   | T. J. MCCORMACK | Confer with M. Ashley re: Debtor request for extension for responding to motion (0.2); e-mails with Zuckerman re: same (0.2); review draft discovery requests (0.5) and confer M. Ashley re: same as to identification of equity distributees (0.3); review defendant shareholder class allegations in revised complaint (1.2); review prior memo/case law on class allegations (0.9). | 3.30 hrs.  |
| 09/29/10   | D. M. LeMAY    | Conference call w/ZS and LRC re: Debtors request for extension on standing motion objection deadline.                                                                                                                                                                                                      | 0.40 hrs.  |
| 09/29/10   | R. M. KIRBY    | Revising draft third party complaint.                                                                                                                                                                                                                                                                       | 1.50 hrs.  |
| 09/30/10   | R. M. KIRBY    | Call w/T. McCormack concerning defendant class action allegations.                                                                                                                                                                                                                                        | 0.20 hrs.  |
| 09/30/10   | W. K. PERRY    | Review, revise new version of draft complaint                                                                                                                                                                                                                                                               | 1.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   26

| 09/30/10 | C. L. RIVERA | Research related claims in bankruptcy cases. | 0.40 hrs. |
| 09/30/10 | D. BAVA | Review and analysis of docket sheet of similar large case and related adversary proceeding re: LBO litigation issues (.30). | 0.40 hrs. |
| 09/30/10 | A. GALE | Review emails re discovery requests (.3); analysis of issues re same (1.3); review of additional documents re same (1.7). | 3.30 hrs. |
| 09/30/10 | A. K. NELLOS | Review materials relating to potential third-party discovery targets on Relativity (2.2); Revise cover letter and discovery requests pursuant to discussion with M. Ashely (.9). | 3.10 hrs. |
| 09/30/10 | T. J. MCCORMACK | Address issues re: timing of Debtors' response to standing motion (0.2); review/analyze issues for hearing on motion including potential Aurelius objections, technical/practical points and related issues (1.7); review case law on consolidation issues (0.6); review class action allegations and comment re: same (1.8). | 4.30 hrs. |

**TOTAL DUE FOR THIS MATTER**.....................................  **$352,752.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   27

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 4.00 | 3420.00 |
| H. SEIFE | 965.00 | 11.90 | 11483.50 |
| N. T. ZINK | 795.00 | 1.20 | 954.00 |
| R. A. SCHWINGER | 785.00 | 2.20 | 1727.00 |
| T. J. MCCORMACK | 825.00 | 80.00 | 66000.00 |
| W. K. PERRY | 795.00 | 9.80 | 7791.00 |
| A. GALE | 675.00 | 33.20 | 22410.00 |
| M. D. ASHLEY | 645.00 | 102.00 | 65790.00 |
| D. E. DEUTSCH | 695.00 | 3.20 | 2224.00 |
| E. M. MILLER | 595.00 | 2.50 | 1487.50 |
| F. VAZQUEZ | 625.00 | 2.50 | 1562.50 |
| D. BAVA | 270.00 | 5.10 | 1377.00 |
| M. IACOPELLI | 240.00 | 11.50 | 2760.00 |
| A. K. NELLOS | 595.00 | 141.40 | 84133.00 |
| C. L. RIVERA | 625.00 | 3.50 | 2187.50 |
| E. DAUCHER | 355.00 | 7.50 | 2662.50 |
| R. M. KIRBY | 475.00 | 121.10 | 57522.50 |
| B. SCHUBECK | 200.00 | 7.90 | 1580.00 |
| K. ZAFRAN | 405.00 | 32.40 | 13122.00 |
| M. ROITMAN | 355.00 | 2.70 | 958.50 |
| M. RICHMOND | 200.00 | 3.00 | 600.00 |
| T. DANIELSON | 200.00 | 5.00 | 1000.00 |
| TOTALS | | 593.60 | 352752.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through September 30, 2010

Our Matter #19804.021
        PLAN LITIGATION

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 09/01/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 6.30 hrs. |
| 09/01/10 | A. SEBRING | Online review of documents produced in connection with the ESOP transaction (2.2) | 2.20 hrs. |
| 09/01/10 | Y. YOO | Continued on-line review of documents produced in connection with plan confirmation discovery. | 0.90 hrs. |
| 09/01/10 | A. K. NELLOS | Review progress of document reviewers (1.1), and assign additional materials for review (1.3); Finish review of materials related to certain officer/director on Relativity (2.6); finish draft of Rucker/Browning interview summary (2.1). | 7.10 hrs. |
| 09/01/10 | A. KRONSTADT | On-line review of documents produced in connection with plan confirmation discovery. | 0.60 hrs. |
| 09/01/10 | B. DYE | Online review of documents in connection with plan confirmation discovery (1.9). | 1.90 hrs. |
| 09/01/10 | K. ZAFRAN | Online review of documents produced in connection with plan confirmation discovery. | 6.60 hrs. |
| 09/01/10 | M. ROITMAN | Review Order Appointing Mediator (0.4); Correspond wtih C&P Team re: same (0.1); Revise rider for standing motions re: Mediation (0.3) | 0.80 hrs. |
| 09/01/10 | C. CUSMANO | Review witness' transcript (.9); prepare transcript summary (1.6). | 2.50 hrs. |
| 09/01/10 | E. DAUCHER | Online review of documents produced in connection with plan confirmation. | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       October 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2


| 09/01/10 | E. M. MILLER | Review documents cited in connection with certain director/officerI in examiners report in connection with revision of certain witness preparation chronology (1.0 hr) Revise summary/chronology re same (0.8 hr) | 1.80 hrs. |
|---|---|---|---|
| 09/01/10 | C. L. RIVERA | On-line review of documents in connection with plan confirmation discovery. | 1.80 hrs. |
| 09/01/10 | M. D. ASHLEY | Emails with A. Nellos regarding plan confirmation discovery materials (.2); reviewed discovery materials (1.1). | 1.30 hrs. |
| 09/01/10 | D. E. DEUTSCH | Review materials on special committee of board of directors motion (.6); review related articles (.2); discuss drafting memorandum on same with Marc Roitman (.2); review, revise and draft insert for draft Committee memorandum on special committee motion (.9); review order appointing mediator (.2); draft cover note to Committee on special committee and mediation order (.3). | 2.40 hrs. |
| 09/01/10 | H. SEIFE | Telephone conference with G.Baiera (AG) (1.0); review of mediation order (.4); emails/telephone conferences with Committee members regarding mediation (1.3); review of plan settlement issues (1.7). | 4.40 hrs. |
| 09/01/10 | T. J. MCCORMACK | Review order appointing mediator (0.1). | 0.10 hrs. |
| 09/02/10 | T. J. MCCORMACK | Review Debtors' notice of adjournment of deadlines on plan. | 0.10 hrs. |
| 09/02/10 | H. SEIFE | Preparation of mediation statement (1.5). | 1.50 hrs. |
| 09/02/10 | F. MALIK | On-line review of documents in connection with plan confirmation discovery. | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 09/02/10 | E. DAUCHER | Online review of documents produced in connection with plan confirmation discovery. | 1.20 hrs. |
|---|---|---|---|
| 09/02/10 | C. CUSMANO | Review witness' transcript (1.6); prepare transcript summary (2.2). | 3.80 hrs. |
| 09/02/10 | D. M. LeMAY | Work on Mediation Statement draft. | 4.10 hrs. |
| 09/02/10 | K. ZAFRAN | On-line second tier review of documents produced in connection with Plan Discovery confirmation. | 0.30 hrs. |
| 09/02/10 | B. DYE | Online review of documents in connection with plan confirmation discovery (2.1). | 2.10 hrs. |
| 09/02/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 2.20 hrs. |
| 09/02/10 | A. K. NELLOS | Review progress of document reviewers (.4) and add additional materials for review (.5). | 0.90 hrs. |
| 09/02/10 | A. SEBRING | Online review of documents produced in connection with plan discovery. | 3.20 hrs. |
| 09/02/10 | F. PERKINS | On-line review of documents produced in connection with plan confirmation discovery. | 2.50 hrs. |
| 09/03/10 | F. PERKINS | On-line review of documents produced in connection with plan confirmation discovery. | 2.20 hrs. |
| 09/03/10 | A. SEBRING | Online review of documents produced in connection with plan discovery. | 2.80 hrs. |
| 09/03/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and add additional documents for review (1.3). | 2.30 hrs. |
| 09/03/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of Plan. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| 09/03/10 | B. DYE | Online review of documents in connection with plan confirmation discovery (3.3) | 3.30 hrs. |
|---|---|---|---|
| 09/03/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 5.60 hrs. |
| 09/03/10 | D. M. LeMAY | Work on Mediation Statement (2.2). Draft Response to Judge Gross re: logistics (.3), draft e-mail to the Committee re: same (.2). | 2.70 hrs. |
| 09/03/10 | M. ROITMAN | Draft response to Judge Gross re: mediation (0.7); Draft email to Committee re: participation in mediation (0.5); Correspond with Committee members re: same (0.2) | 1.40 hrs. |
| 09/03/10 | C. CUSMANO | Review witness' transcript and prepare transcript summary | 0.70 hrs. |
| 09/03/10 | F. MALIK | On-line review of documents produced in connection with plan confirmation discovery. | 2.10 hrs. |
| 09/03/10 | T. J. MCCORMACK | Review e-mail from Judge Gross on mediation issues (0.1); review correspondence with Committee re: mediation process, schedule and related issues (0.1). | 0.20 hrs. |
| 09/04/10 | H. SEIFE | Preparation for mediation (2.1). | 2.10 hrs. |
| 09/05/10 | H. SEIFE | Review of emails regarding mediation (.5); preparation for mediation (1.2). | 1.70 hrs. |
| 09/06/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 5.60 hrs. |
| 09/07/10 | A. SEBRING | On-line review of documents in connection with plan confirmation discovery (4.4). | 4.40 hrs. |
| 09/07/10 | A. KRONSTADT | On-line review of documents in connection with plan confirmation discovery. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

| 09/07/10 | F. PERKINS | On-line review of documents produced in connection with plan confirmation discovery. | 1.80 hrs. |
|---|---|---|---|
| 09/07/10 | B. DYE | Online document review in connection with plan confirmation discovery. | 3.30 hrs. |
| 09/07/10 | Y. YOO | Continued on-line review of documents in connection with plan confirmation discovery. | 2.90 hrs. |
| 09/07/10 | A. K. NELLOS | Review progress of document review (1.3) and assign additional materials for review (1.5). | 2.80 hrs. |
| 09/07/10 | E. DAUCHER | On-line review of documents in connection with plan confirmation discovery. | 4.40 hrs. |
| 09/07/10 | T. J. MCCORMACK | Review mediation logistics and correspondence with Judge Gross (0.2). | 0.20 hrs. |
| 09/07/10 | M. ROITMAN | Draft response to Judge Gross re: mediation (1.5); Correspond with C&P and ZS teams re: same (0.3); | 1.80 hrs. |
| 09/07/10 | H. SEIFE | Review of draft response to Judge Gross (.5); emails with various Committee members regarding attending mediation (1.1); review of ZS revised draft response (1.2); review of JPM mediation email (.2); review Centerbridge and Debtors email to Judge Gross (.2). | 3.20 hrs. |
| 09/07/10 | N. T. ZINK | Review Examiner report and Tribune documents in preparation for mediation (5.2). | 5.20 hrs. |
| 09/08/10 | M. D. ASHLEY | Reviewed materials relating to plan confirmation discovery in preparation for weekly Committee professionals' call (.8); emails with A. Nellos regarding same (.3). | 1.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6
```

| 09/08/10 | N. T. ZINK | Review plan documents and Examiner's report in preparation for mediation and mediation statement (3.2). | 3.20 hrs. |
|---|---|---|---|
| 09/08/10 | M. ROITMAN | Revise response to Judge Gross re: mediation (0.9); Correspond with Committee Members, C&P and ZS teams re: same (0.4); Draft email to Committee re: Judge Gross's email changing dates of mediation (0.4) | 1.70 hrs. |
| 09/08/10 | T. J. MCCORMACK | Review correspondence to/from mediator (0.2). | 0.20 hrs. |
| 09/08/10 | E. DAUCHER | On-line review of documents in connection with plan confirmation discovery. | 5.40 hrs. |
| 09/08/10 | A. K. NELLOS | Review progress of document reviewers (1.1) and assign additional materials for review (1.2); prepare updates to discovery information related to plan confirmation (1.3); Exchange emails with reviewers regarding potential issuess in production (.3). | 3.90 hrs. |
| 09/08/10 | H. SEIFE | Review of Kirby memo regarding Friedman letter (.8); review of Law Debenture email to Judge Gross (.2); email from Judge Gross (.3); email White & Case and others (.4); review second email from Judge Gross (.2); conference call with ZS regarding Aurelius (1.1); revised email to Judge Gross (.4). | 3.40 hrs. |
| 09/08/10 | Y. YOO | Corresponded by email with Alexandra Nellos re: on-line review of documents in connection with plan confirmation discovery (.2). | 0.20 hrs. |
| 09/08/10 | F. MALIK | On-line review of documents in connection with plan confirmation discovery. | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page     7

| | | | |
|---|---|---|---|
| 09/08/10 | B. DYE | Online document review in connection with plan confirmation discovery | 3.30 hrs. |
| 09/08/10 | F. PERKINS | On-line review of documents produced in connection with plan confirmation discovery. | 2.30 hrs. |
| 09/08/10 | D. E. DEUTSCH | Review various statements on mediation (.2); review related e-mail from Judge Gross (.1); review and edit related memorandum to Committee re: same (.2). | 0.50 hrs. |
| 09/08/10 | A. KRONSTADT | Correspondence with A. Nellos re: on-line review of documents in connection with plan confirmation discovery. | 0.20 hrs. |
| 09/08/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 3.80 hrs. |
| 09/08/10 | D. M. LeMAY | Revise draft e-mail to Judge Gross (.6). Two e-mails to H. Seife re: same (.4). Revise draft e-mail (1.1) and conference call w/ZS re: same (.5). | 2.60 hrs. |
| 09/09/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 4.30 hrs. |
| 09/09/10 | B. DYE | Online document review in connection with plan confirmation discovery | 0.90 hrs. |
| 09/09/10 | F. VAZQUEZ | Conference with Nellos re recent document production (.2). | 0.20 hrs. |
| 09/09/10 | F. MALIK | On-line review of documents in connection with plan confirmation discovery. | 2.10 hrs. |
| 09/09/10 | A. K. NELLOS | Review progress of document reviewers (.3) and assign additional materials for review (.4). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            October 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    8

| 09/09/10 | E. DAUCHER | On-line review of documents in connection with plan confirmation discovery. | 3.60 hrs. |
|---|---|---|---|
| 09/09/10 | C. CUSMANO | Review witness transcript (1.8); prepare written summary of witness' testimony (3.5). | 5.30 hrs. |
| 09/10/10 | C. CUSMANO | Review witness transcript (1.0); prepare summary of witness' testimony (1.6). | 2.60 hrs. |
| 09/10/10 | E. DAUCHER | On-line review of documents in connection with plan confirmation discovery. | 1.80 hrs. |
| 09/10/10 | A. K. NELLOS | Analyze documents circulated by reviewers related to potential follow-up with producing parties in connection with LBO claims (2.6); Review progress of document reviewers (.6) and assign additional materials for review (.7). | 3.90 hrs. |
| 09/10/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 4.60 hrs. |
| 09/11/10 | H. SEIFE | Preparation for mediation. | 1.70 hrs. |
| 09/12/10 | H. SEIFE | Preparation of submission for mediation. | 2.10 hrs. |
| 09/13/10 | F. VAZQUEZ | Conference with Zink re mediation (.4); review mediation order and draft term sheet (1.2); conference with Zink re next steps (.3). | 1.90 hrs. |
| 09/13/10 | D. M. LeMAY | Prepare Mediation Statement for September 20, 2010 submission. | 4.30 hrs. |
| 09/13/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 2.30 hrs. |
| 09/13/10 | A. KRONSTADT | On-line review of documents in connection with plan confirmation discovery. | 1.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    9
```

| | | | |
|---|---|---|---|
| 09/13/10 | H. SEIFE | Review and revised mediation statement (2.2). | 2.20 hrs. |
| 09/13/10 | C. CUSMANO | Review witness transcript | 1.10 hrs. |
| 09/13/10 | F. MALIK | On-line review of documents in connection with plan confirmation discovery. | 0.90 hrs. |
| 09/13/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign additional materials for review (1.2); Review interview summaries (2.5). | 4.70 hrs. |
| 09/13/10 | N. T. ZINK | Prepare for internal meeting re mediation statement (.8); review Examiner report and case documents in preparation for mediation (1.6). | 2.40 hrs. |
| 09/14/10 | F. VAZQUEZ | Review and revise mediation statement (5.5); conferences with Zink re mediation statement (1.4). | 6.90 hrs. |
| 09/14/10 | A. K. NELLOS | Review documents circulated by document reviewers (.3); Update status report regarding document review of plan confirmation discovery (1.1); Online review of documents on Relatiivty relating to new materials that were produced in response to plan confirmation discovery (1.2). | 2.60 hrs. |
| 09/14/10 | N. T. ZINK | Review and revise Committee's draft Mediation Statement (2.6); prepare email correspondence to Committee professionals re Mediation Statement (.6); prepare for conference call with Committee professionals re Mediation Statement (.8); participate on conference call with Committee professionals re Mediation Statement (1.6). | 5.60 hrs. |
| 09/14/10 | C. CUSMANO | Review witness transcript (.5); prepare summary of witness' testimony (1.2). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            October 24, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   10


| 09/14/10 | H. SEIFE | Review and revised mediation statement (1.0); conference call with T.Zink, ZS, Landis regarding mediation statement (1.5); preparation for mediation(1.2). | 3.70 hrs. |
|----------|----------|----------|----------|
| 09/14/10 | A. KRONSTADT | On-line review of documents in connection with plan confirmation discovery. | 0.40 hrs. |
| 09/14/10 | D. M. LeMAY | Revise Proposed Mediation Term Sheet (2.8). Discuss same w/T. Zink (.8). Participate in Committee professionals call to review and revise same (1.6). | 5.20 hrs. |
| 09/15/10 | M. ROITMAN | Draft email to Committee re: draft mediation statement (0.5) | 0.50 hrs. |
| 09/15/10 | N. T. ZINK | Review and revise draft committee mediation statement in light of comment received (3.9); prepare text of message to committee re draft mediation statement (.6); conference with H. Seife re draft mediation statement (.6); further revision to draft committee mediation statement (1.4). | 6.50 hrs. |
| 09/15/10 | D. BAVA | Review and analysis of similar type large cases re: orders retaining conflict counsel to committees (.80). | 0.80 hrs. |
| 09/15/10 | F. VAZQUEZ | Review and revise mediation statement (4.4); conference with Zink re mediation statement, distribution methology and trusts (.1); conference with Zink and Seife re terms of mediation statement (.3); email to/from Zink re mediation statement (.2); review intralinks posting re mediation statement (.1). | 5.10 hrs. |
| 09/15/10 | D. M. LeMAY | Review and comment on draft mediation statement and cover letter (1.5) and discuss same w/T. Zink (.4). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   11

| 09/15/10 | L. F. MOLONEY | Correspondence with A. Nellos re. new data and Relativity (.6); T/C and correspondence with P. Kelley and M. Cervantes at CDS re. new materials (.8). | 1.40 hrs. |
|---|---|---|---|
| 09/16/10 | D. M. LeMAY | Prepare letter to Judge Gross to respond to Aurelius's letter regarding timing of submission of Mediation Statement (4.5). Respond to Committee comments on Mediation Statement (.8). | 5.30 hrs. |
| 09/16/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 4.60 hrs. |
| 09/16/10 | F. VAZQUEZ | Conf w/Zink re revisions to mediation statement (.4); review and revise mediation statement (1.5); email to/from Zink re: same (.2). | 2.10 hrs. |
| 09/16/10 | N. T. ZINK | Review committee member question re draft mediation statement (.2); emails to and from D. LeMay re committee member question (.3); review and revise draft mediation statement (3.1); phone conference with D. LeMay re same (.1); emails to Zuckerman Spaeder and Landis Rath & Cobb re draft mediation statement (.1). | 3.80 hrs. |
| 09/16/10 | M. ROITMAN | Correspond with D. LeMay re: mediation statement (0.1) | 0.10 hrs. |
| 09/16/10 | H. SEIFE | Review of Friedman email to Judge Gross regarding mediator and Committee (.4); preparation of letter response to email (1.0); preparation for mediation (1.3). | 2.70 hrs. |
| 09/16/10 | T. J. MCCORMACK | Review draft letter to Mediator, Judge Gross (0.2). | 0.20 hrs. |
| 09/17/10 | H. SEIFE | Review of email from Judge Gross regarding Aurelius email (.3); review of revised mediation statement and comment (1.7). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    12

| | | | |
|---|---|---|---|
| 09/17/10 | M. ROITMAN | Draft email to Committee re: Revised Mediation Statement (0.3); Confer with T. Zink re: same (0.2) | 0.50 hrs. |
| 09/17/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 2.70 hrs. |
| 09/17/10 | C. L. RIVERA | On-line review of documents in connection with plan confirmation discovery. | 0.30 hrs. |
| 09/17/10 | F. VAZQUEZ | Conference with Zink re mediation statement (.4); review and revise mediation statement (.8). | 1.20 hrs. |
| 09/17/10 | N. T. ZINK | Review and revise Committee's Mediation Statement (1.3); phone conference with J. Sotille of Zuckerman Spaeder re Mediation Statement (.2); phone conference with A. Landis re Mediation Statement (.1). | 1.60 hrs. |
| 09/20/10 | F. VAZQUEZ | Email to/from C. Rivera re plan status and mediation statement (.2); review revised mediation statement (.2); email to/from Zink re mediation statement (.1). | 0.50 hrs. |
| 09/20/10 | D. M. LeMAY | Final review and comments on mediation statement. | 1.30 hrs. |
| 09/20/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 4.30 hrs. |
| 09/20/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 3.10 hrs. |
| 09/20/10 | M. D. ASHLEY | Reviewed communications relating to plan confirmation discovery (.4); emails with A. Nellos regarding same (.2). | 0.60 hrs. |
| 09/20/10 | D. E. DEUTSCH | Call with Zuckerman Spaeder and Tribune plan/litigation team re: changes to mediation statement in light of Friday's competing plan filings and other case events (.5); discuss mediation matters | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   13

|  |  |  |  |
|---|---|---|---|
|  |  | with Howard Seife (.2); review and edit proposed memorandum to Committee members participating in mediation re: various matters (.2); discuss same with Marc Roitman (.1). |  |
| 09/20/10 | M. ROITMAN | Call/Correspond with K. Bromberg re: Committee Meeting to Discuss Mediation Statement (0.2); Revise Committee's Mediation Statement (0.3); Draft email to Committee professionals re: same (0.2); Meet with T. Zink re: same (0.2); Call with J. Sottile re: same (0.1); Draft email to non-conflicted Committee members re: same (0.4); Draft email to certain Committee members re: correspondence with Judge Gross (1.1); Confer with D. Deutsch re: same (0.1) | 2.60 hrs. |
| 09/20/10 | H. SEIFE | Conference call with ZS regarding mediation submission (.8); preparation for mediation (1.2). | 2.00 hrs. |
| 09/20/10 | N. T. ZINK | Review and revise committee mediation statement (1.2); review materials in preparation of outline of relevant issues for pre-mediation call with Judge Gross (2.9). | 4.10 hrs. |
| 09/21/10 | N. T. ZINK | Prepare materials for pre-mediation call with Judge Gross (3.9); phone conference with M. Rule re relevant claim and disgorgement numbers (.2); phone conference with Z. Jamal re same (.2);. review Examiner case scenarios for disgorgement numbers (.8); review Debtor schedules and reports re relevant claim and disgorgement numbers (.8). | 5.90 hrs. |
| 09/21/10 | M. ROITMAN | Review Mediation Protocol (0.2); Correspond with Committee members re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  
435 N. MICHIGAN AVENUE  
CHICAGO, IL 60611  

October 24, 2010  
Invoice ******  
Page   14  

| 09/21/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 2.50 hrs. |
|----------|------------|---------------------------------------------------------------------------|-----------|
| 09/22/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 4.80 hrs. |
| 09/22/10 | M. ROITMAN | Review mediation protocol and certification of counsel (0.2) | 0.20 hrs. |
| 09/22/10 | T. J. MCCORMACK | Review issues for 9/23 conf. call with mediator, Judge Gross (0.6). | 0.60 hrs. |
| 09/22/10 | N. T. ZINK | Prepare memoranda re relevant numbers and possible creditor alliances for pre-mediation discussion with Judge Gross (6.2). | 6.20 hrs. |
| 09/23/10 | D. BAVA | Revise list of participants in mediiation (.20). | 0.20 hrs. |
| 09/23/10 | T. J. MCCORMACK | Telephone conf. with mediator, Judge Gross, on all aspects of upcoming mediation (0.8); follow-up with team re: same (0.4). | 1.20 hrs. |
| 09/23/10 | D. E. DEUTSCH | Review materials related to settlement options/mediating (1.4); participate in related call with mediator (.7); prepare outline of issues for weekend mediation (1.6). | 3.70 hrs. |
| 09/23/10 | M. ROITMAN | Review and revise list of mediation parties (0.5); Draft email to Committee re: same (0.3) | 0.80 hrs. |
| 09/23/10 | H. SEIFE | Preparation for mediation (3.0); conference call with Judge Gross regarding mediation (.7); follow-up meeting with team regarding same (.5). | 4.20 hrs. |
| 09/23/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      October 24, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   15


| 09/23/10 | D. M. LeMAY | Prepare for (.3) and participate in (.7) conference call w/Mediator.  Follow-up meeting with Team re: same (.4). | 1.40 hrs. |
|---|---|---|---|
| 09/23/10 | K. ZAFRAN | On-line review of documents in connection with plan confirmation discovery. | 3.20 hrs. |
| 09/23/10 | N. T. ZINK | Attend phone conference with J. Gross re mediation (.8); conference with H. Seife, D.Deutsch, D. LeMay and T. McCormack re mediation issues and strategy (.5). | 1.30 hrs. |
| 09/24/10 | D. M. LeMAY | Conference w./ H. Seife to prepare for upcoming mediation. | 0.70 hrs. |
| 09/24/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 2.60 hrs. |
| 09/24/10 | H. SEIFE | Preparation for mediation (5.2); telephone conferences with ZS in preparation for mediation (.8). | 6.00 hrs. |
| 09/24/10 | D. E. DEUTSCH | Conference with Howard Seife to discuss preparation for mediation (.2); review mediation related e-mails and other materials (.5); call to Adam Landis re: additional items needed for mediation (.2); call with Zul Jamal (Moelis) re: same (.1). | 1.00 hrs. |
| 09/24/10 | A. K. NELLOS | Review documents produced in response to plan confirmation discovery and determine whether certain of these documents were produced during LBO discovery efforts of Committee. | 1.30 hrs. |
| 09/25/10 | H. SEIFE | Meeting with ZS and Committee representatives to prepare for mediation (2.8); preparation for mediation (2.2). | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   16

| | | | |
|---|---|---|---|
| 09/25/10 | D. M. LeMAY | Preparation for mediation (2.6). Review of Committee Plan (2.1). Dinner meeting with Committee members to discuss mediation (2.8). | 7.50 hrs. |
| 09/26/10 | D. M. LeMAY | Participate in Wilmington mediation meetings. | 14.80 hrs. |
| 09/26/10 | D. E. DEUTSCH | Participate in mediation (13.8). | 13.80 hrs. |
| 09/26/10 | H. SEIFE | Mediation sessions before Judge Gross. | 14.50 hrs. |
| 09/27/10 | D. E. DEUTSCH | Participate in mediation (7.4). | 7.40 hrs. |
| 09/27/10 | K. ZAFRAN | Review documents produced by Tribune and JPMorgan in the summer 2010 to determine if such should have been previously produced and were not. | 4.90 hrs. |
| 09/27/10 | D. M. LeMAY | Participate in settlement meetings in Wilmington . | 9.50 hrs. |
| 09/27/10 | H. SEIFE | Full day settlement negotiations (after mediation) with various parties in Wilmington. | 10.40 hrs. |
| 09/27/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.50 hrs. |
| 09/28/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.50 hrs. |
| 09/28/10 | H. SEIFE | Review of term sheet (1.3); telephone conferences with various parties regarding settlement/mediation (1.7); preparation of mediation response (1.3). | 4.30 hrs. |
| 09/28/10 | D. M. LeMAY | Research Committee Bylaws and prepare, revise and circulate draft Committee resolution regarding ability of Deutsche Bank to participate in mediation as a Committee member (3.2).  Revisions to proposed Committee press release (.2).  Review Tribune press release and term sheet | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        October 24, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   17


                              (1.4).

09/28/10  D. E. DEUTSCH       Telephone conversation with Don      3.80 hrs.
                              Bernstein, Graeme Bush, James
                              Sottile and Howard Seife re:
                              proposal on plan settlement (.5);
                              related follow-up call with same
                              group and Zul Jamal (.4); two
                              conference calls with Chadbourne
                              and Zuckerman mediation teams re:
                              offer from JPMorgan and analysis
                              of Debtors' new plan (1.1); review
                              various iterations of Committee
                              press release related to same
                              (.2); review Debtors' press
                              release on new plan (.2); review
                              related court filings, including
                              term sheet (1.1); exchange e-mails
                              with Adam Landis and, in part,
                              David LeMay re: possible
                              communication with mediator (.3).

09/28/10  T. J. MCCORMACK     Review mediator's report to DE       0.30 hrs.
                              court (0.1); review articles on
                              Debtor's proposed settlement with
                              Oak Tree and Angelo Gordon (0.2).

09/29/10  K. ZAFRAN           Update materials in light of         5.70 hrs.
                              further production from potential
                              litigation target of materials not
                              related to settlement.

09/29/10  D. M. LeMAY         T/c w/Mr. Sottile re: Committee      0.30 hrs.
                              resolution concerning Deutsche
                              Bank participation in mediation as
                              a Committee member.

09/29/10  H. SEIFE            Telephone conference with K.Lantry   1.70 hrs.
                              regarding term sheet (.4);
                              preparation for settlement meeting
                              (1.3).

09/29/10  F. PERKINS          On-line review of documents          3.50 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

09/30/10  F. PERKINS          On-line review of documents          5.20 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

October 24, 2010
Invoice ******
Page   18

| 09/30/10 | D. M. LeMAY | Prepare for (1.5) and participate in (1.7) meeting w/Debtors and JPMC re: possible settlement. Follow up t/c w/H. Seife (.3). E-mails to ZS (.4) and D. Deutsch (.3) re: same. | 4.20 hrs. |
|---|---|---|---|
| 09/30/10 | H. SEIFE | Preparation for settlement meeting (1.4); meeting with Debtors and JPM (with ZS) regarding mediation/settlement (1.8); conference call with ZS and E.Sassower regarding settlement (.5). | 3.70 hrs. |
| 09/30/10 | K. ZAFRAN | Update materials in light of further production from potential litigation target of materials not related to settlement. | 1.20 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................   $319,350.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 70.60 | 60363.00 |
| H. SEIFE | 965.00 | 82.50 | 79612.50 |
| N. T. ZINK | 795.00 | 45.80 | 36411.00 |
| T. J. MCCORMACK | 825.00 | 3.10 | 2557.50 |
| M. D. ASHLEY | 645.00 | 3.00 | 1935.00 |
| D. E. DEUTSCH | 695.00 | 33.60 | 23352.00 |
| E. M. MILLER | 595.00 | 1.80 | 1071.00 |
| F. MALIK | 405.00 | 13.70 | 5548.50 |
| F. VAZQUEZ | 625.00 | 17.90 | 11187.50 |
| D. BAVA | 270.00 | 1.00 | 270.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          October 24, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19

| | | | |
|---|---:|---:|---:|
| A. K. NELLOS | 595.00 | 30.20 | 17969.00 |
| C. L. RIVERA | 625.00 | 2.10 | 1312.50 |
| C. CUSMANO | 355.00 | 17.70 | 6283.50 |
| E. DAUCHER | 355.00 | 18.20 | 6461.00 |
| A. SEBRING | 405.00 | 12.60 | 5103.00 |
| A. KRONSTADT | 405.00 | 6.70 | 2713.50 |
| B. DYE | 405.00 | 14.80 | 5994.00 |
| F. PERKINS | 405.00 | 54.60 | 22113.00 |
| K. ZAFRAN | 405.00 | 57.40 | 23247.00 |
| L. F. MOLONEY | 305.00 | 1.40 | 427.00 |
| M. ROITMAN | 355.00 | 10.70 | 3798.50 |
| Y. YOO | 405.00 | 4.00 | 1620.00 |
| TOTALS | | 503.40 | 319350.00 |