# EXHIBIT "A"

{698.001-W0010285.}

## EXHIBIT "A" – SUMMARY SHEET

September 1, 2010 through and including September 30, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 114.00 | $74,100.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 74.30 | $42,722.50 |
| William E. Chipman, Jr. | Partner; admitted DE 1999 | May, 1999 | $550.00 | .90 | $495.00 |
| Kerri K. Mumford | Partner; admitted DE 2002 | May, 2001 | $415.00 | .20 | $83.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $415.00 | 49.50 | $20,542.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 91.00 | $35,945.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 77.20 | $20,458.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $255.00 | 4.60 | $1,173.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 66.20 | $13,902.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | .70 | $87.50 |
| | | | Total | 478.60 | $209,508.50 |

**Blended Rate: $437.75**