# EXHIBIT "C"

{698.001-W0010285.}

Official Committee of Unsecured Creditors                                October 25, 2010
                                                                Account No:   698-001
                                                                Statement No:    12506
Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Overtime Wages | 495.63 |
| Postage | 1.05 |
| Travel expense | 269.00 |
| Copying | 214.70 |
| Overnight Delivery | 40.73 |
| Courier Fees | 13.00 |
| Online research LEXIS | 88.01 |
| Outside Duplication Services | 1,355.54 |
| US Postage | 451.96 |
| Court Reporter fees | 1,023.15 |
| Client meals | 711.00 |
| Conference Call Service | 350.00 |
| **TOTAL** | **$5,013.77** |

{698.001-W0010379.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 08/06/2010 | AGL | U | B100 | E226 | | 109.00 Conference Call Service - Court Call | 846 |
| Subtotal for Transaction Date 08/06/2010 | | | | | Billable | 109.00 | | |
| 698.001 | 08/11/2010 | AGL | U | B100 | E226 | | 58.00 Conference Call Service - Court Call | 845 |
| Subtotal for Transaction Date 08/11/2010 | | | | | Billable | 58.00 | | |
| 698.001 | 08/20/2010 | AGL | U | B100 | E226 | | 30.00 Conference Call Service - Court Call | 843 |
| 698.001 | 08/20/2010 | AGL | U | B100 | E226 | | 30.00 Conference Call Service - Court Call | 844 |
| Subtotal for Transaction Date 08/20/2010 | | | | | Billable | 60.00 | | |
| 698.001 | 08/23/2010 | AGL | U | B100 | E226 | | 123.00 Conference Call Service - Court Call | 842 |
| Subtotal for Transaction Date 08/23/2010 | | | | | Billable | 123.00 | | |
| 698.001 | 08/24/2010 | AGL | U | B100 | E110 | | 259.00 Out-of-town travel - Amtrak - NY (AGL) | 840 |
| Subtotal for Transaction Date 08/24/2010 | | | | | Billable | 259.00 | | |
| 698.001 | 08/25/2010 | AGL | U | B100 | E110 | | 10.00 Out-of-town travel - Parking - WPA (AGL) | 841 |
| Subtotal for Transaction Date 08/25/2010 | | | | | Billable | 10.00 | | |
| 698.001 | 08/31/2010 | AGL | U | B100 | E215 | | 88.01 Online research LEXIS - Advance LexisNexis | 839 |
| Subtotal for Transaction Date 08/31/2010 | | | | | Billable | 88.01 | | |
| 698.001 | 09/02/2010 | AGL | U | B100 | E217 | | 46.80 Court Reporter fee Diaz Data Services | 819 |
| Subtotal for Transaction Date 09/02/2010 | | | | | Billable | 46.80 | | |
| 698.001 | 09/08/2010 | AGL | U | B100 | E216 | | 13.00 Courier Fee - Advance TriState Courier & Carriage | 838 |
| 698.001 | 09/08/2010 | AGL | U | B100 | E108 | | 1.05 Postage | 849 |
| 698.001 | 09/08/2010 | AGL | U | B100 | E101 | 0.100 | 1.60 Copying | 850 |
| Subtotal for Transaction Date 09/08/2010 | | | | | Billable | 15.65 | | |
| 698.001 | 09/13/2010 | AGL | U | B100 | E101 | 0.100 | 1.50 Copying | 851 |
| 698.001 | 09/13/2010 | AGL | U | B100 | E211 | | 3.85 Outside printing - Advance Digital Legal Services, LLC - 54812 | 864 |
| 698.001 | 09/13/2010 | AGL | U | B100 | E210 | | 2.20 US Postage # Digital Legal Services, LLC - 54812 | 865 |
| 698.001 | 09/13/2010 | AGL | U | B100 | E211 | | 1,333.80 Outside printing - Advance Digital Legal Services, LLC - 54816 | 866 |
| 698.001 | 09/13/2010 | AGL | U | B100 | E210 | | 442.81 US Postage # Digital Legal Services, LLC - 54816 | 867 |
| Subtotal for Transaction Date 09/13/2010 | | | | | Billable | 1,784.16 | | |
| 698.001 | 09/14/2010 | AGL | U | B100 | E101 | 0.100 | 5.10 Copying | 852 |
| Subtotal for Transaction Date 09/14/2010 | | | | | Billable | 5.10 | | |
| 698.001 | 09/15/2010 | AGL | U | B152 | E101 | 0.100 | 41.20 Copying | 853 |
| 698.001 | 09/15/2010 | AGL | U | B100 | E111 | | 70.00 Meals Sugarfoot Fine Food - Breakfast for 5 (LRC - 3 and Chadbourne 2) | 861 |
| 698.001 | 09/15/2010 | AGL | U | B100 | E111 | | 64.00 Meals Sugarfoot Fine Food - Lunch for 4 (LRC-2 and Chadboune-2) | 862 |
| Subtotal for Transaction Date 09/15/2010 | | | | | Billable | 175.20 | | |
| 698.001 | 09/16/2010 | AGL | U | B100 | E217 | | 526.35 Court Reporter fee Diaz Data Services - 6466 | 832 |
| 698.001 | 09/16/2010 | AGL | U | B152 | E101 | 0.100 | 6.20 Copying | 854 |

Date: 10/25/2010                    Case 08-13141-BLS    Doc 6134    Filed 10/25/10    Page 4 of 4                                    Page: 2
Detail Cost Transaction File List
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 09/16/2010 | AGL | U | B100 | E211 | | 17.89 Outside printing - Advance Digital Legal Services, LLC - 54871 | 868 |
| 698.001 | 09/16/2010 | AGL | U | B100 | E210 | | 6.95 US Postage # Digital Legal Services, LLC - 54871 | 869 |
| Subtotal for Transaction Date 09/16/2010 | | | | | Billable | 557.39 | | |
| 698.001 | 09/20/2010 | AGL | U | B100 | E101 | 0.100 | 13.20 Copying | 855 |
| Subtotal for Transaction Date 09/20/2010 | | | | | Billable | 13.20 | | |
| 698.001 | 09/21/2010 | AGL | U | B100 | E101 | 0.100 | 3.50 Copying | 856 |
| 698.001 | 09/21/2010 | AGL | U | B100 | E101 | 0.100 | 5.00 Copying | 857 |
| Subtotal for Transaction Date 09/21/2010 | | | | | Billable | 8.50 | | |
| 698.001 | 09/22/2010 | AGL | U | B100 | E111 | | 56.00 Meals Cavanaugh's Restaurant - lunch for Chadbourne (4) | 834 |
| 698.001 | 09/22/2010 | AGL | U | B100 | E111 | | 84.50 Meals Cavanaugh's Restaurant - lunch for Debtors (2) Aurelius (2) PBGC (1) Guild (1) | 835 |
| 698.001 | 09/22/2010 | AGL | U | B100 | E111 | | 86.50 Meals Cavanaugh's Restaurant - lunch for Zuckerman (3) LRC (3) | 836 |
| Subtotal for Transaction Date 09/22/2010 | | | | | Billable | 227.00 | | |
| 698.001 | 09/24/2010 | AGL | U | B100 | E217 | | 450.00 Court Reporter fee Diaz Data Services | 837 |
| Subtotal for Transaction Date 09/24/2010 | | | | | Billable | 450.00 | | |
| 698.001 | 09/25/2010 | AGL | U | B100 | E111 | | 350.00 Meals DOMAINE HUDSON - dinner meeting mediation preparation (2) LRC, (2) Chadbourne, (1) Committee members, (2) Zuckerman | 872 |
| Subtotal for Transaction Date 09/25/2010 | | | | | Billable | 350.00 | | |
| 698.001 | 09/27/2010 | AGL | U | B100 | E209 | | 149.34 Overtime wages - K. Becker (Staffing for anticipated mediation requirements) | 847 |
| 698.001 | 09/27/2010 | AGL | U | B100 | E209 | | 346.29 Overtime wages - C. Lewicki (Staffing for anticipated mediation requirements) | 848 |
| 698.001 | 09/27/2010 | AGL | U | B100 | E101 | 0.100 | 28.10 Copying | 858 |
| 698.001 | 09/27/2010 | AGL | U | B100 | E221 | | 40.73 Overnight Delivery FedEx - to Chadbourne & Parke (FP) | 871 |
| Subtotal for Transaction Date 09/27/2010 | | | | | Billable | 564.46 | | |
| 698.001 | 09/30/2010 | AGL | U | B100 | E101 | 0.100 | 109.30 Copying | 859 |
| Subtotal for Transaction Date 09/30/2010 | | | | | Billable | 109.30 | | |
| **Total for Client ID 698.001** | | | | | Billable | 5,013.77 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | | |

**GRAND TOTALS**

Billable        5,013.77