# EXHIBIT A

CPAM: 1811717.12

TRIBUNE COMPANY, et al.

EXHIBIT A

SUMMARY SHEET

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| William A. Niese (Counsel) | $ 566.90 |
| Washington-Baltimore Newspaper Guild | $ 913.30 |
| TOTAL | $1,480.20 |

CPAM: 1811717.12

## SCHEDULE OF EXPENSES

| William Niese (Counsel) Jay Teitelbaum Teitelbaum & Baskin LLP 3 Barker Ave. Third Floor White Plains, NY 10601 | |
|---|---|
| **Type of Expense** | **September 25 - 27, 2010 Mediation (Wilmington, Delaware)** |
| Hotel (one night) | $361.90 |
| Parking * | 22.00 |
| Faxes/Copies* | 8.00 |
| Mileage ◊ | 165.00 |
| Tolls | 10.00 |
| Total: | $566.90 |

\* Included in hotel charges.

◊ 330 miles @ $.50/per mile.

**TOTAL ALLOWED AMOUNT:   $566.90**



Jay Teitelbaum
c/o Teitelbaum and basken
White Plains, NY 10601
US

**INFORMATION INVOICE**

Group Code        : CSMF0926
Company Name   : Cole, Schotz, Meisel, Forman   Thank You For Staying With Us

| | | Room No. | : | 0427 |
| | | Arrival | : | 09-26-10 |
| | | Departure | : | 09-27-10 |
| | | Page No. | : | 1 of 1 |
| | | Folio No. | : | 195306 |
| | | Conf. No. | : | 629411 |
| | | Cashier No. | : | 46 |
| | | User ID | : | CHUCK |

10-18-10

| Date | Text | Charges | Credits |
|---|---|---|---|
| 09-26-10 | Faxes/Copies | 8.00 | |
| 09-26-10 | Room Charge | 329.00 | |
| 09-26-10 | State Lodging Tax | 26.32 | |
| 09-26-10 | City Tax | 6.58 | |
| 09-26-10 | Valet Parking Overnight | 22.00 | |
| 09-27-10 | American Express | | 391.90 |
| | XXXXXXXXXXX1001   XX/XX | | |
| | **Total** | **391.90** | **391.90** |
| | **Balance** | **0.00** | |

Guest Signature

Merchant ID
Transaction ID   750922
Approval Code   162276
Approval Amount :   391.90

Credit Card #          XXXXXXXXXXX1001
Credit Card Expiry :   XX/XX
Capture Method :       Manual
Transaction Amount    391.90

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD 21044

| **Type of Expense** | **September 26-27, 1010<br>Mediation<br>(Wilmington, Delaware)** |
|---|---|
| Train Fare | $137.50 |
| Hotel (two nights) | 723.80 |
| Cab Fare | 12.00 |
| Parking | 21.00 |
| Mileage * | 19.00 |
| | |
| Total: | $913.30 |

* 38 miles @ $.50/per mile.

**TOTAL ALLOWED AMOUNT:   $913.30**



William Salganick  
10386 Eclipse Way  
Columbia, MD 21044  
US

**INVOICE**

| | |
|---|---|
| Room No. | : 1127 |
| Arrival | : 09-25-10 |
| Departure | : 09-27-10 |
| Page No. | : 1 of 2 |
| Folio No. | : 195307 |
| Conf. No. | : 629694 |
| Cashier No. | : 23 |
| User ID | : LONGWECJ |

Group Code      : CSMF0926  
Company Name : Cole, Schotz, Meisel, Forman   Thank You For Staying With Us      09-27-10

| Date | Text | Charges | Credits |
|---|---|---|---|
| 09-25-10 | Room Charge | 329.00 | |
| 09-25-10 | State Lodging Tax | 26.32 | |
| 09-25-10 | City Tax | 6.58 | |
| ~~09-26-10~~ | ~~MiniBar~~ | ~~8.50~~ | |
| 09-26-10 | Room Charge | 329.00 | |
| 09-26-10 | State Lodging Tax | 26.32 | |
| 09-26-10 | City Tax | 6.58 | |
| 09-27-10 | Visa | | 732.30 |
| | XXXXXXXXXXXX4604  XX/XX | | |
| | **Total** | 732.30 | 732.30 |
| | **Balance** | 0.00 | |

Guest Signature

$723.80

Riders **AMTRAK** Baggage

Name of Passenger
LGANIK/MARC MR
                7016729670
From
BWI AIRPORT STA,MD
To
WILMINGTON,DE
Carrier  Train        Date
2V 146      25SEP10
Accom  Space/Car
YB    RESERVD COACH
Form of Payment
142.50 4604
Rail Fare            Accom Charge
    $42.50         $.00
Fare Plans          Total
                   $42.50
Ticket Number            No.  of
61048068818    01  01
Date of Issue              Reservation #
SEP10  PASSENGER RECEIPT 1316E2

Riders **AMTRAK** Baggage

Name of Passenger
LGANIK/MARC
                7016729670
From
WILMINGTON,DE
To
BWI AIRPORT STA,MD
Carrier  Train        Date
2V 2165     27SEP10
Accom  Space/Car
KA    EXPRSS BSNESS
Form of Payment
195.00 4604
Rail Fare            Accom Charge
    $95.00         $.00
Fare Plans          Total
                   $95.00
DAE
Ticket Number            No.  of
709130098134   01  01
Date of Issue              Reservation #
7SEP10             14289
     PASSENGER RECEIPT

THE MARC STATION

THANKS YOU

PLEASE COME AGAIN

.676
09/25/10 16:35 In   09/27/10 18:42 Out
Tkt# 261473
Visa Card       $ 21.00-
XXXXXXXXXXXX4604 04/12
Approval No.: 005450
Reference No.: 00000096

**Seacoast Cab Company**
204 N. Maryland Avenue
Wilmington, DE 19804
(302) 834-7575 • (302) 575-0707

Date 09/25/10            Cab #_____

Pick-up_____

Drop-off_____

Amount $12.00   Driver_____