**<u>EXHIBIT A</u>**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2169701 |
| Invoice Date: | 09/27/2010 |

## Remittance Copy
### Billing for services rendered through 08/31/2010

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 3,109.50 |
| Total Costs and Other Charges Posted Through Billing Period | 102.67 |
| **Total This Invoice** | **$ 3,212.17** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 17,517.74 |
| 2129485 | 05/27/2010 | 23,622.61 |
| 2133213 | 06/10/2010 | 4,955.00 |
| 2146477 | 07/21/2010 | 154.79 |
| 2159177 | 08/27/2010 | 5,418.13 |

| | |
|---|---|
| Total Outstanding Balance | 54,340.77 |
| Total Balance Due | $ 57,552.94 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2169701 |
| Invoice Date: | 09/27/2010 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2169701 |
| Invoice Date: | 09/27/2010 |

---

## Client Copy
## Billing for services rendered through 08/31/2010

---

0021 Post Closing Matters

| | |
|---|---:|
| Total Services | $ 3,109.50 |
| Total Costs and Other Charges Posted Through Billing Period | 102.67 |
| **Total This Invoice** | **$ 3,212.17** |

| Invoice | Date | |
|---|---|---:|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 17,517.74 |
| 2129485 | 05/27/2010 | 23,622.61 |
| 2133213 | 06/10/2010 | 4,955.00 |
| 2146477 | 07/21/2010 | 154.79 |
| 2159177 | 08/27/2010 | 5,418.13 |

| | |
|---|---:|
| Total Outstanding Balance | 54,340.77 |
| Total Balance Due | $ 57,552.94 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/27/2010

Invoice: 2169701
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/05/10 | D. Fuchs | 0.50 | Follow up with City of Chicago regarding business licenses. |
| 08/09/10 | B. Gruemmer | 0.50 | Reviewing Foley comments to engagement letter. |
| 08/10/10 | B. Gruemmer | 1.00 | Reviewing Foley mark-up (.60); call with P. Quick to review comments to engagement letter (.30); follow-up call with K. Kansa on bankruptcy process (.10). |
| 08/10/10 | D. Fuchs | 0.80 | Phone conversation with B. Gruemmer and Pat Quick regarding Foley comments on engagement letter (.5); phone conversation with Sidley, Pat Quick and B. Gruemmer regarding bankruptcy timing as related to engagement of Ernst & Young (.3) |
| 08/12/10 | D. Fuchs | 1.00 | Review bankruptcy filings regarding release of escrowed amounts (0.8); revise and circulate auditor extension (0.2). |
| 08/18/10 | B. Gruemmer | 1.00 | Reviewing markup of E&Y engagement letter (.40); call with D. Eldersveld on same (.40); call with Foley on same (.20). |
| 08/18/10 | D. Fuchs | 1.00 | Review Foley comments on Ernst & Young engagement letter. |
| 08/24/10 | B. Gruemmer | 0.50 | Reviewing E&Y comments to engagement letter. |

|  | **Total Hours** | **6.30** | **Total For Services** | **$3,109.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Fuchs | 3.30 | 315.00 | 1,039.50 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 |
| Invoice: | 2169701 |
| Invoice Date: | 09/27/2010 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Gruemmer | 3.00 | 690.00 | 2,070.00 |
| **Totals** | **6.30** | | **$3,109.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Messenger/Courier | 14.62 |
| US Messenger & Logistics, Inc., Invoice# 1618-8678, dated 8/7/2010, 435 N Michigan Ave, 6th floor legal department. | |
| Outside Copy Services | 33.60 |
| VENDOR: Williams Lea Inc.; INVOICE#: CON-00003473; DATE: 8/1/2010  -  July 2010 Consolidated Volume Bill. July CIC Log. | |
| Outside Copy Services | 54.45 |
| VENDOR: Williams Lea Inc.; INVOICE#: CON-00003473; DATE: 8/1/2010  -  July 2010 Consolidated Volume Bill. July IPRO Log. | |

| | |
|---|---|
| **Total Costs and Other Charges** | **$102.67** |
| **Total This Invoice** | **$3,212.17** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2169701

09/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Fuchs | 3.30 | 315.00 | 1,039.50 |
| B. Gruemmer | 3.00 | 690.00 | 2,070.00 |
| **Totals** | **6.30** | | **$3,109.50** |

U.S. practice conducted through McDermott Will & Emery LLP

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169691 |
| Invoice Date: | 09/24/2010 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2010

---

Total by Matter
 0041 Welfare Plans $ 5,035.50
 Client/Reference Number: 0000000848

Total Services $ 5,035.50

Total Costs and Other Charges Posted Through Billing Period 0.00

**Total This Invoice** **$ 5,035.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 1,727.10 |
| 2076388 | 12/09/2009 | 1,189.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2169691 |
| | | Invoice Date: | 09/24/2010 |

| Invoice | Date | |
|---------|------|-----|
| 2088346 | 01/01/2010 | 1,238.50 |
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 195.20 |
| 2119072 | 04/29/2010 | 3,251.00 |
| 2128403 | 05/24/2010 | 1,163.75 |
| 2133205 | 06/10/2010 | 7,038.05 |
| 2146468 | 07/21/2010 | 20,446.45 |
| 2159143 | 08/27/2010 | 11,693.40 |

Total Outstanding Balance                                 96,665.75

Total Balance Due                                    $ 101,701.25

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169691 |
| Invoice Date: | 09/24/2010 |

## Client Copy
### Billing for services rendered through 08/31/2010

Total by Matter
   0041 Welfare Plans                                      $ 5,035.50
   Client/Reference Number: 0000000848

Total Services                                                      $ 5,035.50

Total Costs and Other Charges Posted Through Billing Period              0.00

**Total This Invoice**                                          **$ 5,035.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 1,727.10 |
| 2076388 | 12/09/2009 | 1,189.70 |
| 2088346 | 01/01/2010 | 1,238.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2169691 |
| Invoice Date: | 09/24/2010 |

| Invoice | Date | |
|---|---|---|
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 195.20 |
| 2119072 | 04/29/2010 | 3,251.00 |
| 2128403 | 05/24/2010 | 1,163.75 |
| 2133205 | 06/10/2010 | 7,038.05 |
| 2146468 | 07/21/2010 | 20,446.45 |
| 2159143 | 08/27/2010 | 11,693.40 |

Total Outstanding Balance                                      96,665.75

Total Balance Due                                      $ 101,701.25

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/24/2010

Invoice: 2169691
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/03/10 | M. Graham | 0.30 | Conference with P. Compernolle regarding amended claims procedures. |
| 08/04/10 | M. O'Brien | 1.00 | Review UHIC confidentiality agreement. |
| 08/05/10 | M. Graham | 1.00 | Review recent amendments to DOL claims regulations regarding impact on disability and pension claims (.80); conference with P. Compernolle regarding same (.20). |
| 08/05/10 | A. Gordon | 0.20 | Conference with V. Parks regarding ERRP application of refund. |
| 08/05/10 | M. O'Brien | 0.50 | Conference call with A. Gordon regarding BA agreement. |
| 08/26/10 | A. Gordon | 1.30 | Review Spectera business associate agreement. |
| 08/26/10 | A. Gordon | 0.20 | Conference call with C. Smith of Spectera regarding agreement. |
| 08/26/10 | A. Gordon | 0.30 | Draft e-mail to V. Parks regarding review of Spectera agreement. |
| 08/26/10 | M. O'Brien | 1.50 | Negotiate BAA agreements (.30); revise same (1.20). |
| 08/27/10 | A. Gordon | 0.10 | Review BAA response from V. Parks. |
| 08/27/10 | A. Gordon | 0.10 | Draft e-mail to C. Smith regarding Tribune-Spectera BAA. |
| 08/30/10 | A. Gordon | 0.30 | Draft FSA language for S. O'Connor. |
| 08/30/10 | A. Gordon | 0.20 | Respond to e-mail from V. Parks regarding separate plan documents. |
| 08/30/10 | A. Gordon | 0.30 | Draft response to K. Dansart regarding privacy notice. |
| 08/31/10 | R. Schreck, Jr. PC | 0.30 | Review and approval of audit letter for PJ Compernolle. |
| 08/31/10 | J. Lundeen | 1.00 | Generate audit letter request (.40); draft response letter for review by R. Schreck (.60). |
| 08/31/10 | A. Gordon | 0.20 | Research Insulin reimbursement from a health FSA. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2169691 |
| Invoice Date: | 09/24/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/31/10 | A. Gordon | 0.20 | Draft e-mail to S. O'Connor regarding Insulin reimbursement. |

| | **Total Hours** | **9.00** | **Total For Services** | **$5,035.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Gordon | 3.40 | 610.00 | 2,074.00 |
| M. Graham | 1.30 | 565.00 | 734.50 |
| J. Lundeen | 1.00 | 325.00 | 325.00 |
| M. O'Brien | 3.00 | 560.00 | 1,680.00 |
| R. Schreck, Jr. PC | 0.30 | 740.00 | 222.00 |
| **Totals** | **9.00** | | **$5,035.50** |
| | **Total This Invoice** | | **$5,035.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2169691

09/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 3.40 | 610.00 | 2,074.00 |
| M. Graham | 1.30 | 565.00 | 734.50 |
| J. Lundeen | 1.00 | 325.00 | 325.00 |
| M. O'Brien | 3.00 | 560.00 | 1,680.00 |
| R. Schreck, Jr. PC | 0.30 | 740.00 | 222.00 |
| **Totals** | **9.00** | | **$5,035.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169692 |
| Invoice Date: | 09/24/2010 |

## Remittance Copy
### Billing for services rendered through 08/31/2010

Total by Matter
    0047 ESOP                        $ 3,411.34
    Client/Reference Number: 0000001574

Total Services        $ 2,831.50

Total Costs and Other Charges Posted Through Billing Period    579.84

**Total This Invoice**    **$ 3,411.34**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169692 |
| Invoice Date: | 09/24/2010 |

## Client Copy
### Billing for services rendered through 08/31/2010

Total by Matter
    0047 ESOP                                             $ 3,411.34
    Client/Reference Number: 0000001574

Total Services                                                          $ 2,831.50

Total Costs and Other Charges Posted Through Billing Period        579.84

**Total This Invoice**                                             **$ 3,411.34**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/24/2010

Invoice: 2169692
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/04/10 | P. Compernolle | 1.00 | Review materials regarding termination of ESOP. |
| 08/04/10 | M. Graham | 0.50 | Conference with P. Compernolle on list of executory contracts regarding bankruptcy filing (.20); conference with J. Isaac regarding same (.30). |
| 08/04/10 | J. Isaac | 1.00 | Research court docket to identify unredacted report (.80); download report volumes and present for P Compernolle's review (.20). |
| 08/09/10 | J. Holdvogt | 1.50 | Draft cover letter for IRS determination letter application for Tribune ESOP summarizing plan amendments and determination requests. |
| 08/10/10 | J. Holdvogt | 1.50 | Continue drafting cover letter for IRS determination letter application for Tribune Company ESOP describing plan amendments and determination requests. |
| 08/13/10 | J. Holdvogt | 0.70 | Continue drafting cover letter for IRS determination letter application for Tribune ESOP. |

| | **Total Hours** | **6.20** | **Total For Services** | **$2,831.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.00 | 715.00 | 715.00 |
| M. Graham | 0.50 | 565.00 | 282.50 |
| J. Holdvogt | 3.70 | 420.00 | 1,554.00 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2169692
Invoice Date: 09/24/2010

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Isaac | 1.00 | 280.00 | 280.00 |
| **Totals** | **6.20** | | **$2,831.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/30/10 | Transportation/Parking<br>6/29-30/2010   Mileage for Driving Distance from Home to O'Hare Airport and return to Home from O'Hare Airport regarding trip to Washington, DC regarding Tribune. | 18.00 |
| 06/30/10 | Travel Expenses<br>6/29-30/2010   Parking fee at O'Hare Airport regarding trip to Washington, DC regarding Tribune. | 35.00 |
| 06/30/10 | Travel Expenses<br>6/29/2010   Taxi cab from Reagan Airport (Washington, DC) to McDermott Washington, DC Office regarding Tribune. | 27.00 |
| 06/30/10 | Travel Expenses<br>6/30/2010   Dinner in DC on way back from Washington, DC regarding Tribune. | 8.44 |
| 06/30/10 | Travel Expenses<br>6/29/2010   Roundtrip Airfare regarding trip to Washington, DC regarding Tribune | 491.40 |

**Total Costs and Other Charges**    **$579.84**

**Total This Invoice**    **$3,411.34**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2169692

09/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.00 | 715.00 | 715.00 |
| M. Graham | 0.50 | 565.00 | 282.50 |
| J. Holdvogt | 3.70 | 420.00 | 1,554.00 |
| J. Isaac | 1.00 | 280.00 | 280.00 |
| **Totals** | **6.20** | | **$2,831.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169704 |
| Invoice Date: | 09/24/2010 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2010

---

Total by Matter
    0507 Newsday             $ 110,005.37
    Client/Reference Number: 0000001849

Total Services        $ 108,910.00

Total Costs and Other Charges Posted Through Billing Period      1,095.37

**Total This Invoice**        **$ 110,005.37**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169704 |
| Invoice Date: | 09/24/2010 |

## Client Copy
### Billing for services rendered through 08/31/2010

Total by Matter
    0507 Newsday                                    $ 110,005.37
    Client/Reference Number: 0000001849

Total Services                                                  $ 108,910.00

Total Costs and Other Charges Posted Through Billing Period          1,095.37

**Total This Invoice**                                         **$ 110,005.37**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/24/2010

Invoice: 2169704
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/10 | J. Pawlow | 0.30 | Emails to A. Whiteway regarding meeting with IRS. |
| 08/02/10 | B. Rubin | 0.80 | Correspondence with client regarding audit issues (.2); review and comment on IDR response (.6). |
| 08/03/10 | B. Rubin | 0.60 | Review and edit IDR response (.6). |
| 08/03/10 | A. Whiteway | 2.30 | Draft business purpose language for IDR response. |
| 08/04/10 | J. Pawlow | 0.50 | Review and edit draft IDR response (.30); related e-mails to A. Whiteway regarding same (.20). |
| 08/04/10 | B. Rubin | 1.40 | Correspondence with client regarding IRS meeting (.3); respond to IDRs (1.1). |
| 08/04/10 | A. Whiteway | 1.10 | Revise business purpose language for IDR response per Ms. Pawlow (.70); review privilege issue (.40). |
| 08/05/10 | J. Pawlow | 0.30 | Emails to A. Whiteway regarding IDR 11 and meeting with IRS. |
| 08/05/10 | B. Rubin | 0.90 | Coordinate comments on IDR response from co-counsel (.3); review and edit IDR response (.4); telephone conference with clients regarding same (.2). |
| 08/05/10 | A. Whiteway | 1.60 | Review and revise IDR response (.60); telephone conference with Mr. Shanahan and Ms. Melgarejo regarding same (.30); draft edits to IDR (.70). |
| 08/06/10 | B. Rubin | 3.30 | Review and analyze impact of Canal Corporation case on prior transactions (2.7); conference call with clients regarding same (.6). |
| 08/06/10 | A. Whiteway | 3.40 | Review and analysis of Canal Corp. decision (1.80); conference with co-counsel regarding same (.40); telephone conference with Mr. Shanahan and Ms. Melgarejo regarding IDRs (.60); analysis of TC-12 response (.60). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2169704
Invoice Date:  09/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/06/10 | J. Finkelstein | 3.50 | Participate in conference calls with client regarding Canal Corp. decision (.60); draft memo regarding same (2.90). |
| 08/08/10 | B. Rubin | 1.40 | Review and edit memo regarding Canal corp case (1.4). |
| 08/08/10 | J. Finkelstein | 5.80 | Draft memo regarding Canal Corporation Tax Court decision. |
| 08/09/10 | J. Pawlow | 1.30 | Prepare for and call with B. Rubin, P. Shanahan et. al. regarding IDR responses (1.10); meeting with B. Rubin and A. Whiteway regarding same (.20). |
| 08/09/10 | B. Rubin | 3.10 | Preparation for and conference call with clients regarding IDR responses (1.1); prepare draft IDR responses (.7); review and edit memo regarding Canal Corp (1.3). |
| 08/09/10 | A. Whiteway | 5.90 | Call with Mr. Shanahan and Ms. Melgarejo regarding response to IDRs (.90); analysis of privilege/work product issue (2.60); analysis of new cases (1.10); review summary of Canal case (1.30). |
| 08/10/10 | B. Rubin | 3.70 | Review and edit slide deck for IRS presentation (1.4); review and edit memo regarding Can Corp. case (1.2); research and analysis regarding same (1.1). |
| 08/10/10 | A. Whiteway | 6.90 | Prepare presentation for meeting with IRS (3.40); prepare for meeting (.80); review Canal briefs (1.80); analysis regarding same (.90). |
| 08/11/10 | J. Pawlow | 0.80 | Review information for IDR response (.30); draft litigation hold notice (.40); review draft PowerPoint (.10). |
| 08/11/10 | B. Rubin | 3.40 | Review Canal Corp briefs (1.2); review and comment on slides for IRS meeting (1.6); review and comment on proposed IDR responses (.6). |
| 08/11/10 | A. Whiteway | 2.50 | Review legal authorities in connection with audit (1.30); review proposed documents being delivered for IDR response (1.20). |
| 08/11/10 | J. Finkelstein | 1.50 | Review briefs related to Canal (.60); review IRS presentation slides (.90). |
| 08/12/10 | J. Pawlow | 2.00 | Emails to/from A. Whiteway, M. Melgarejo et. al. regarding IDR responses (.40); review privilege issue (.30); review engagement letter (.40); draft litigation hold (.50); review opinion and additional information (.40). |
| 08/12/10 | B. Rubin | 2.70 | Review and comment on litigation hold notice (.4); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2169704
Invoice Date:  09/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review and comment on IDR responses (.9); review and edit draft slide show (.8); correspondence with co-counsel regarding document management and production issues (.4); correspondence with client regarding IDR responses (.2). |
| 08/12/10 | A. Whiteway | 4.90 | Prepare slide presentation for meeting with IRS (3.60); conference with Co-counsel regarding same (.70); telephone conference with Ms. Melgarejo regarding IDRs (.60). |
| 08/13/10 | J. Pawlow | 1.50 | Review PowerPoint and prepare for meeting with IRS (.90); review agenda (.60). |
| 08/13/10 | B. Rubin | 2.90 | Preparation for and conference call with clients regarding presentation to IRS (.7); prepare for IRS presentation (1.6); review and comment on meeting materials (.6). |
| 08/13/10 | A. Whiteway | 5.10 | Telephone conference with client regarding presentation to IRS (.60); review case law (.80); revise presentation (2.80); draft agenda (.90). |
| 08/16/10 | J. Pawlow | 9.00 | Travel to Chicago (4.0); meeting with P. Shanahan et. al. regarding preparing for meeting with IRS (3.4); meeting with IRS (1.60). |
| 08/16/10 | B. Rubin | 6.40 | Preparation for and meetings with client and IRS (6.2); correspondence with CVC regarding IDRs (.2). |
| 08/16/10 | A. Whiteway | 6.40 | Preparation for and meetings with client and IRS (6.2); correspondence with Cablevision regarding IDRs(.2). |
| 08/17/10 | P. McCurry | 0.40 | Internal correspondences with B. Rubin and A. Whiteway regarding senior debt documents. |
| 08/17/10 | J. Pawlow | 3.30 | Review letter regarding summons and related emails (.30); travel from Chicago to DC (3.0). |
| 08/17/10 | B. Rubin | 2.80 | Correspondence with CVC and clients regarding IDR issues (.4); review documents to determine responsiveness to IDR (.3); locate documents responsive to IDRs (1.1); review and comment on draft responses (.4); conference with Ms. Pawlow and Ms. Whiteway regarding response to IRS letter (.6). |
| 08/17/10 | A. Whiteway | 1.90 | Correspondence with client regarding loan document and indemnity (1.30); conference with Mr. Rubin regarding IDR responses (.60). |
| 08/17/10 | J. Finkelstein | 1.50 | Review and comment on Canal Corp. memo. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2169704 |
| Invoice Date: | 09/24/2010 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/18/10 | J. Pawlow | 1.00 | Meeting with B. Rubin and A. Whiteway regarding summons letter from IRS (.70); review M. Melgarejo memo regarding meeting with IRS (.30). |
| 08/18/10 | B. Rubin | 1.90 | Conference call with clients regarding IDR responses (.4); correspondence with CVC regarding same (.3); review meeting summary and additional IDR requests (.6); review documents for IDR responses (.6). |
| 08/18/10 | B. Rubin | 2.70 | Review and edit memo regarding Canal Corp (2.1); draft cover memo to clients regarding same (.6). |
| 08/18/10 | A. Whiteway | 5.80 | Review correspondence with P. McCurry regarding loan document and indemnity (.20); conference with Mr. Rubin regarding IDR responses (.40); review new IDRs issued to Tribune (2.20); review correspondence with Cablevision regarding same (.30); review and comment on Canal Corp summary (2.30); conference with Mr. Rubin and Mr. Finkelstein regarding same (.40). |
| 08/18/10 | J. Finkelstein | 2.00 | Review Canal Corp. memo (1.40); discuss same with co-counsel (.60). |
| 08/19/10 | B. Rubin | 1.40 | Review additional IDRs and prepare responses (1.1); conference with Ms. Whiteway regarding same (.3). |
| 08/19/10 | A. Whiteway | 1.20 | Review IDRs (.90); conference with Mr. Rubin (.30). |
| 08/20/10 | J. Pawlow | 2.00 | Review draft letter to IRS regarding moving audit (.60); review Newsday/Tribune published information (.40); review document regarding Citibank materials and bids (.70); related emails to/from A. Whiteway (.30). |
| 08/20/10 | B. Rubin | 1.80 | Locate information for IDR responses (1.2); conference with Ms. Pawlow regarding response to IDRs (.4); review and comment on letter to IRS (.2). |
| 08/20/10 | A. Whiteway | 4.90 | Gather data regarding IDR (3.10); draft letter from CVC to IRS (1.80). |
| 08/25/10 | B. Rubin | 0.20 | Correspondence with clients regarding response to IDRs (.2). |
| 08/26/10 | B. Rubin | 0.60 | Conference call with Ms. Melgarejo regarding response to IDRS (.3); memo to co-counsel regarding IDR responses (.3). |
| 08/26/10 | A. Whiteway | 1.00 | Prepare for IDR conference call. |
| 08/27/10 | J. Pawlow | 1.80 | Meet with Blake Rubin and A. Whiteway regarding IDRs (.70); call with P. Shanahan et. al. regarding IDRs etc. |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169704 |
| Invoice Date: | 09/24/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/27/10 | A. Whiteway | 2.50 | (.70); related emails to B. Rubin and A. Whiteway (.40). Preparation for conference call (1.10); conference with Ms. Pawlow and Mr Rubin regarding IDRs (.60); telephone conference with Mr. Shanahan and Ms. Melgarejo regarding same (.30); review email files re IDR responses (.50). |
| 08/31/10 | A. Whiteway | 0.60 | Conference with Mr. Rubin regarding IDRs. |

| | **Total Hours** | **138.50** | **Total For Services** | **$108,910.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Finkelstein | 14.30 | 580.00 | 8,294.00 |
| P. McCurry | 0.40 | 305.00 | 122.00 |
| J. Pawlow | 23.80 | 780.00 | 18,564.00 |
| B. Rubin | 42.00 | 915.00 | 38,430.00 |
| A. Whiteway | 58.00 | 750.00 | 43,500.00 |
| **Totals** | **138.50** | | **$108,910.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 07/06/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #26117427; INVOICE DATE: 08/03/10; Call Date: 07/06/10; Order #27441039; Host NAME: Ryan Harris | 25.14 |
| 07/06/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #26117902; INVOICE DATE: 08/03/10; Call Date: 07/06/10; Order #27441511; Host NAME: Brooks Gruemmer | 52.53 |
| 07/12/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE | 5.46 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2169704
Invoice Date: 09/24/2010

| Date | Description | Amount |
|------|-------------|--------|
| | #26157664; INVOICE DATE: 08/03/10; Call Date: 07/12/10; Order #27482095; Host NAME: Brooks Gruemmer | |
| 07/14/10 | Telecommunications | 4.75 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26182722; INVOICE DATE: 08/03/10; Call Date: 07/14/10; Order #27507416; Host NAME: Blake Rubin | |
| 07/15/10 | Telecommunications | 9.10 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26194473; INVOICE DATE: 08/03/10; Call Date: 07/15/10; Order #27519174; Host NAME: Andrea Whiteway | |
| 07/15/10 | Telecommunications | 0.41 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26193100; INVOICE DATE: 08/03/10; Call Date: 07/15/10; Order #27517818; Host NAME: Andrea Whiteway | |
| 07/22/10 | Telecommunications | 8.06 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26244645; INVOICE DATE: 08/03/10; Call Date: 07/22/10; Order #27569997; Host NAME: Andrea Whiteway | |
| 07/29/10 | Telecommunications | 12.10 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26293963; INVOICE DATE: 08/03/10; Call Date: 07/29/10; Order #27620249; Host NAME: Andrea Whiteway | |
| 08/03/10 | Telecommunications | 1.65 |
| | Ext. 68425 called CHICAGO, (312) 222-3017. | |
| 08/05/10 | Telecommunications | 5.55 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 08/05/10 | Telecommunications | 4.65 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26345249; INVOICE DATE: 09/02/10; Call Date: 08/05/10; Order #27672255; Host NAME: Andrea Whiteway | |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2169704
Invoice Date:   09/24/2010

| Date | Description | Amount |
|------|-------------|-------:|
| 08/09/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 8.70 |
| 08/10/10 | Telecommunications<br>Ext. 47594 called MILWAUKEE, (414) 297-5678. | 3.30 |
| 08/12/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #26393950; INVOICE DATE: 09/02/10; Call Date: 08/12/10; Order #27722799; Host NAME: Andrea Whiteway | 6.20 |
| 08/13/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 9.00 |
| 08/13/10 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-3638. | 0.15 |
| 08/13/10 | Travel Expenses<br>Travel to Chicago for client meetings. | 219.70 |
| 08/16/10 | Travel Expenses<br>Meeting with client in Chicago. | 280.06 |
| 08/16/10 | Travel Expenses<br>Travel to Chicago for client meeting. | 24.55 |
| 08/16/10 | Travel Expenses<br>Travel to Chicago for client meeting. | 20.00 |
| 08/16/10 | Travel Expenses<br>Client Meeting | 13.49 |
| 08/16/10 | Travel Expenses<br>Client Meeting | 306.56 |
| 08/18/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 0.15 |
| 08/18/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3638. | 0.15 |
| 08/19/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #26443481; INVOICE DATE: 09/02/10; Call Date: 08/19/10; Order #27773234; Host NAME: Andrea Whiteway | 4.45 |
| 08/19/10 | Telecommunications | 7.76 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2169704
Invoice Date:  09/24/2010

| Date | Description | Amount |
|---|---|---|
| | VENDOR: Conference Plus, Incorporated; INVOICE #26443932; INVOICE DATE: 09/02/10; Call Date: 08/19/10; Order #27773682; Host NAME: Andrea Whiteway | |
| 08/26/10 | Telecommunications | 0.60 |
| | Ext. 47594 called NEW YORK, (212) 373-3303. | |
| 08/26/10 | Telecommunications | 0.15 |
| | Ext. 47594 called LOSANGELES, (213) 694-1200. | |
| 08/27/10 | Telecommunications | 6.45 |
| | Ext. 68425 called NEW YORK, (212) 450-5999. | |
| 08/27/10 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 222-3233. | |
| 08/27/10 | Telecommunications | 22.03 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26503564; INVOICE DATE: 09/02/10; Call Date: 08/27/10; Order #27834321; Host NAME: Andrea Whiteway | |
| 08/28/10 | Telecommunications | 32.37 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #26504785; INVOICE DATE: 09/02/10; Call Date: 08/28/10; Order #27835510; Host NAME: Andrea Whiteway | |

**Total Costs and Other Charges**     **$1,095.37**

**Total This Invoice**     **$110,005.37**

# McDermott Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company                                    09/24/2010
Invoice: 2169704

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 14.30 | 580.00 | 8,294.00 |
| P. McCurry | 0.40 | 305.00 | 122.00 |
| J. Pawlow | 23.80 | 780.00 | 18,564.00 |
| B. Rubin | 42.00 | 915.00 | 38,430.00 |
| A. Whiteway | 58.00 | 750.00 | 43,500.00 |
| **Totals** | **138.50** | | **$108,910.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169700 |
| Invoice Date: | 09/24/2010 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2010

---

Total by Matter
　　0515 Chapter 11 Restructuring　　　　　　　　$ 125,790.96

Total Services　　　　　　　　　　　　　　　　$ 125,428.50

Total Costs and Other Charges Posted Through Billing Period　　　362.46

## Total This Invoice　　　　　　　　　　　　**$ 125,790.96**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 20,445.05 |
| 2076400 | 12/09/2009 | 22,878.30 |
| 2096277 | 01/26/2010 | 27,049.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| | | Client: | 020336 |
| | | Invoice: | 2169700 |
| | | Invoice Date: | 09/24/2010 |

| Invoice | Date | |
|---|---|---|
| 2096742 | 02/26/2010 | 52,568.00 |
| 2105410 | 03/18/2010 | 35,432.20 |
| 2119079 | 04/29/2010 | 44,974.45 |
| 2128648 | 05/24/2010 | 42,069.51 |
| 2133210 | 06/10/2010 | 66,903.95 |
| 2146476 | 07/21/2010 | 110,678.50 |
| 2159145 | 08/27/2010 | 220,951.22 |

Total Outstanding Balance                                806,988.31

Total Balance Due                                    $ 932,779.27

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169700 |
| Invoice Date: | 09/24/2010 |

## Client Copy
### Billing for services rendered through 08/31/2010

Total by Matter
    0515 Chapter 11 Restructuring      $ 125,790.96

Total Services      $ 125,428.50

Total Costs and Other Charges Posted Through Billing Period      362.46

**Total This Invoice**      **$ 125,790.96**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 20,445.05 |
| 2076400 | 12/09/2009 | 22,878.30 |
| 2096277 | 01/26/2010 | 27,049.60 |
| 2096742 | 02/26/2010 | 52,568.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2169700
Invoice Date: 09/24/2010

| Invoice | Date | |
|---------|------|--|
| 2105410 | 03/18/2010 | 35,432.20 |
| 2119079 | 04/29/2010 | 44,974.45 |
| 2128648 | 05/24/2010 | 42,069.51 |
| 2133210 | 06/10/2010 | 66,903.95 |
| 2146476 | 07/21/2010 | 110,678.50 |
| 2159145 | 08/27/2010 | 220,951.22 |

Total Outstanding Balance 806,988.31

Total Balance Due $ 932,779.27

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/24/2010

Invoice: 2169700
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/10 | B. Rubin | 4.10 | Research and analysis regarding noncontingent bond issues (1.7); review and edit memo regarding PHONES issues (2.4). |
| 08/02/10 | A. Whiteway | 7.30 | Research interest deductibility issue (3.4); analysis of PHONE interest tax issue (1.6); review examiner's report regarding valuation issue (1.4); research emergence bankruptcy tax plan issue (.9). |
| 08/03/10 | J. Zajac | 1.80 | Draft June fee statement. |
| 08/03/10 | G. Chan | 1.30 | Research additional liabilities issue (1.3). |
| 08/03/10 | B. Rubin | 5.70 | Review and edit memo regarding debt issuance costs (1.6); conference with Mr. Wilder and Mr. Blair-Stanek regarding debt issuance costs memo (.8); correspondence with Davis Polk regarding state tax issues (.7); review and edit memo regarding PHONES issues (2.6). |
| 08/03/10 | A. Whiteway | 7.80 | Research contingent payment debt regulations (5.3); analysis of emergence tax issues relating to debt issuance costs (1.2); revise memo regarding debt issuance tax issues (1.3). |
| 08/03/10 | J. Finkelstein | 1.00 | Review examiners report regarding valuation. |
| 08/03/10 | M. Wilder | 0.90 | Revise debt issuance costs memo. |
| 08/03/10 | M. Wilder | 0.50 | Review comments on memo. |
| 08/03/10 | A. Blair-Stanek | 3.70 | Research debt issuance issues (2.60); revise memorandum (1.10). |
| 08/04/10 | J. Zajac | 0.50 | Draft June fee statement. |
| 08/04/10 | B. Rubin | 5.40 | Review and comment on emergence workplan (.3); review and edit PHONES tax memo (2.8); research and analysis re noncontingent bond issues (2.3). |
| 08/04/10 | A. Whiteway | 7.20 | Revise emergence workplan (1.1); review and revise |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2169700
Invoice Date:   09/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | PHONES tax memo (1.8); research and analysis of negative adjustment rules under contingent payment debt regulations (4.3). |
| 08/04/10 | J. Finkelstein | 1.00 | Review emergence workplan. |
| 08/04/10 | M. Wilder | 1.60 | Review portions of PHONES memo on accrual and deductibility of post-petition interest (1.10); review 1275 regulations (.50). |
| 08/04/10 | A. Blair-Stanek | 7.80 | Thoroughly research debt exchanges and retirements at discount (3.40); revise memorandum (3.70); consider additional theory (.70). |
| 08/05/10 | G. Chan | 1.80 | Research additional liabilities issue (1.8). |
| 08/05/10 | B. Rubin | 3.70 | Preparation for and conference call with clients regarding emergence tax issues (.9); research and analysis regarding debt issuance costs (1.2); review and edit memo regarding debt issuance costs (1.6). |
| 08/05/10 | A. Whiteway | 2.60 | Telephone conference with Mr. Shanahan and Ms. Melgarejo regarding emergence tax issues (.7); research S corp termination tax structure issues (1.9). |
| 08/05/10 | J. Finkelstein | 2.10 | Emergence tax planning conference call with Tribune (.80); review Canal Corporation Tax Court case (.60); discuss with co-counsel and Tribune (.70). |
| 08/05/10 | M. Wilder | 1.40 | Discuss new debt issuance costs issues with A. Blair-Stanek. |
| 08/05/10 | M. Wilder | 0.50 | Review additional authorities regarding new debt issuance costs issues. |
| 08/05/10 | A. Blair-Stanek | 11.30 | Research continuing vitality of old cases regarding debt retirement at a discount (2.10); research possible allocation of debt issuance to new equity (4.40); incorporate into memorandum (4.80). |
| 08/06/10 | J. Zajac | 1.30 | Review summary re LBO report (.30); call with M. Simons re fee statement revisions (.10); revise June fee statement (.60); revise March, April and May statements (.30). |
| 08/06/10 | A. Whiteway | 4.60 | Review and comment on revised memo regarding debt issuance (1.3); conference with co-counsel regarding debt issuance tax issues (1.2); research tax issues related to emergence (2.1). |
| 08/06/10 | M. Wilder | 1.50 | Review memo (1.10); provide comments to A. Blair- |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2169700
Invoice Date:  09/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Stanek regarding debt issuance costs memo and stock-for-debt authorities (.40). |
| 08/06/10 | A. Blair-Stanek | 2.10 | Revise debt issuance costs memorandum. |
| 08/07/10 | M. Wilder | 0.40 | Discuss edits to memo on debt issuance costs with A. Blair-Stanek. |
| 08/07/10 | M. Wilder | 5.70 | Revise memo adding additional sections and expanding discussion of older authorities. |
| 08/07/10 | A. Blair-Stanek | 3.40 | Research additional debt issuance cost issues (1.20); revise memorandum (2.20). |
| 08/08/10 | B. Rubin | 0.40 | Correspondence with Mr. Wilder regarding open issues in debt issuance cost memo (.4). |
| 08/09/10 | N. Hazan | 0.50 | Review June fee statement. |
| 08/09/10 | J. Zajac | 2.40 | Review and revise July prebills to ensure compliance with Bankruptcy Rules for July fee statement (2.1); revisions to March, April, May and June fee statements (.3). |
| 08/09/10 | B. Rubin | 2.90 | Review and edit memo regarding debt issuance costs (2.1); conference with Mr. Wilder regarding open issues (.8). |
| 08/09/10 | B. Rubin | 0.60 | Retention - Review and edit fee statement filings (.6). |
| 08/09/10 | A. Whiteway | 3.10 | Review and revise tax emergence memo (3.1). |
| 08/09/10 | M. Wilder | 1.60 | Make further changes to debt issuance costs memo. |
| 08/09/10 | M. Wilder | 0.70 | Review and revise debt issuance memo. |
| 08/09/10 | M. Wilder | 0.40 | Further research regarding latest draft of memo. |
| 08/09/10 | A. Blair-Stanek | 6.40 | Research debt issuance costs to equity issue (2.20); review various sources (2.30); revise memorandum (1.90). |
| 08/10/10 | J. Zajac | 0.60 | Revisions re March, April, May and June fee statements. |
| 08/10/10 | B. Rubin | 2.70 | Review research materials regarding debt issuance costs (1.1); review and edit memo regarding emergence tax issues (1.6). |
| 08/10/10 | A. Whiteway | 1.70 | Revise work plan regarding emergence tax issues (.9); review bankruptcy filing (.8). |
| 08/10/10 | M. Wilder | 2.70 | Complete new draft of debt issuance costs memo in response to new comments from B. Rubin and A. Whiteway. |
| 08/10/10 | M. Wilder | 0.70 | Discuss research with A. Blair-Stanek. |
| 08/10/10 | A. Blair-Stanek | 3.60 | Research several issues regarding debt issuance (1.70); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2169700
Invoice Date:  09/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | revise memorandum (1.90). |
| 08/11/10 | J. Zajac | 0.90 | Review email from B. Rubin re fee revisions (.1); meeting with N. Hazan re same (.2); email to M. Simons re same (.2); email to local counsel re fee statements (.4). |
| 08/11/10 | B. Rubin | 2.90 | Review and finalize memo regarding debt issuance costs (2.2); review and edit workplan (.4); correspondence with client regarding same (.3). |
| 08/11/10 | A. Whiteway | 5.90 | Review and revise memo regarding debt issuance (4.8); revise workplan and circulate (1.1). |
| 08/11/10 | J. Finkelstein | 0.50 | Review revised emergence workplan. |
| 08/11/10 | M. Wilder | 1.20 | Review, revise and proofread latest draft of debt issuance costs memo and submit to B. Rubin and A. Whiteway. |
| 08/11/10 | A. Blair-Stanek | 3.80 | Revise memorandum. |
| 08/12/10 | B. Rubin | 2.10 | Preparation for and conference call with clients regarding emergence tax issues (.9); review and edit memo regarding emergence tax issues (1.2). |
| 08/12/10 | A. Whiteway | 4.70 | Preparation for call regarding workplan (.1); telephone conference with Ms. Melgarejo regarding work plan (.7); research regarding inclusion of guaranteed debt in solvency testing for COD attribute reduction (3.9). |
| 08/12/10 | J. Finkelstein | 1.00 | Conference call with Tribune regarding emergence tax planning. |
| 08/13/10 | N. Hazan | 0.50 | Review 6th interim fee statement. |
| 08/13/10 | J. Zajac | 2.20 | Revisions to 6th quarterly fee statement (.6); begin drafting July fee statement (1.6). |
| 08/13/10 | A. Whiteway | 2.80 | Review and revise memo regarding 1017 and 752 (2.8). |
| 08/14/10 | M. Wilder | 0.70 | Review Examiner's Report and newly-released private letter ruling addressing a 368(a)(1)(6) reorganization. |
| 08/16/10 | P. Levine | 4.00 | Draft memorandum re earnings and profits issues. |
| 08/17/10 | P. Levine | 1.80 | Draft memorandum re earnings and profits issued. |
| 08/17/10 | J. Zajac | 0.10 | Email M. Simons re March-June fee statements. |
| 08/17/10 | B. Rubin | 4.20 | Review and edit memo regarding Canal Corporation case (4.2). |
| 08/18/10 | G. Chan | 0.80 | Research additional liabilities issue (0.8). |
| 08/18/10 | B. Rubin | 2.60 | Review and revise workplan (.3); correspondence with clients regarding same (.2); review and revise memo regarding 1017(b)(2) issues (2.1). |
| 08/18/10 | J. Finkelstein | 0.50 | Review revised emergence workplan. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2169700 |
| Invoice Date: | 09/24/2010 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/19/10 | J. Zajac | 0.80 | Prepare ledes filed re March - June fee statements. |
| 08/19/10 | B. Rubin | 3.20 | Preparation for and conference call with clients regarding tax issues (1.1); review and edit memo regarding section 1017 issues (2.1). |
| 08/19/10 | A. Whiteway | 0.60 | Review revised workplan (.3); review latest Plan status (.3). |
| 08/19/10 | J. Finkelstein | 1.00 | Tax emergence conference call with Tribune. |
| 08/22/10 | B. Rubin | 0.20 | Correspondence with Davis Polk regarding Canal Corp decision (.2). |
| 08/23/10 | J. Zajac | 0.10 | Email B. Rubin re 6th Quarterly Application. |
| 08/23/10 | B. Rubin | 0.40 | Correspondence with client regarding timing and status (.2); correspondence with Davis Polk regarding timing and status (.2). |
| 08/25/10 | A. Whiteway | 0.90 | Correspondence with Davis Polk regarding Canal case (.6); correspond with tax counsel regarding analysis (.3). |
| 08/26/10 | B. Rubin | 0.80 | Correspondence with client and Davis Polk regarding audit status issues (.4); revise and circulate workplan (.4). |
| 08/26/10 | A. Whiteway | 1.60 | Correspondence with co-counsel re Canal corp. (.9); analysis of impact on tax claims (.7). |
| 08/27/10 | B. Rubin | 2.10 | Preparation for and conference call with clients and Davis Polk regarding audit status issues and Canal Corp impact (1.4); memo to clients regarding follow-up items (.7). |
| 08/27/10 | A. Whiteway | 1.60 | Telephone conference with Davis Polk (1.1); draft correspondence to Mr. Larsen re tax information request (.5) |
| 08/30/10 | B. Rubin | 3.20 | Review and finalize fee application (.6); research and analysis regarding emergence tax issues (2.6). |
| 08/31/10 | J. Zajac | 0.30 | Finalize 6th quarterly application for filing. |
| 08/31/10 | B. Rubin | 2.90 | Review and edit memo regarding 1017 issues (2.6); correspondence with clients regarding same (.3). |

|  | **Total Hours** | **193.90** | **Total For Services** | **$125,428.50** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2169700
Invoice Date:  09/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| A. Blair-Stanek | 42.10 | 280.00 | 11,788.00 |
| G. Chan | 3.90 | 320.00 | 1,248.00 |
| J. Finkelstein | 7.10 | 580.00 | 4,118.00 |
| N. Hazan | 1.00 | 570.00 | 570.00 |
| P. Levine | 5.80 | 835.00 | 4,843.00 |
| B. Rubin | 50.10 | 915.00 | 45,841.50 |
| A. Whiteway | 52.40 | 750.00 | 39,300.00 |
| M. Wilder | 20.50 | 690.00 | 14,145.00 |
| J. Zajac | 11.00 | 325.00 | 3,575.00 |
| **Totals** | **193.90** | | **$125,428.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 07/08/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #26144045; INVOICE DATE: 08/03/10; Call Date: 07/08/10; Order #27468033; Host NAME: Andrea Whiteway | 26.05 |
| 07/08/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #26144046; INVOICE DATE: 08/03/10; Call Date: 07/08/10; Order #27468034; Host NAME: Andrea Whiteway | 3.31 |
| 08/03/10 | Photocopy<br>Device 03WDC14C. | 10.80 |
| 08/04/10 | Travel Expenses<br>Travel to Chicago to meet with client. | 289.70 |
| 08/09/10 | Photocopy<br>Device 03WDC16C. | 0.40 |
| 08/11/10 | Transportation/Parking<br>Parking (Saturday) while working on client matter. | 6.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2169700
Invoice Date:  09/24/2010

| Date | Description | Amount |
|------|-------------|--------|
| 08/17/10 | Photocopy<br>Device 03WDC14C. | 8.20 |
| 08/17/10 | Photocopy<br>Device 03WDC03C. | 18.00 |

**Total Costs and Other Charges**    **$362.46**

**Total This Invoice**    **$125,790.96**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2169700

09/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| A. Blair-Stanek | 42.10 | 280.00 | 11,788.00 |
| G. Chan | 3.90 | 320.00 | 1,248.00 |
| J. Finkelstein | 7.10 | 580.00 | 4,118.00 |
| N. Hazan | 1.00 | 570.00 | 570.00 |
| P. Levine | 5.80 | 835.00 | 4,843.00 |
| B. Rubin | 50.10 | 915.00 | 45,841.50 |
| A. Whiteway | 52.40 | 750.00 | 39,300.00 |
| M. Wilder | 20.50 | 690.00 | 14,145.00 |
| J. Zajac | 11.00 | 325.00 | 3,575.00 |
| **Totals** | **193.90** | | **$125,428.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169702 |
| Invoice Date: | 09/24/2010 |

## Remittance Copy
### Billing for services rendered through 08/31/2010

0520 All Direct Mail Services, Inc.

| | |
|---|---:|
| Total Services | $ 1,968.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,968.00** |

| Invoice | Date | | |
|---|---|---|---:|
| 2159146 | 08/27/2010 | 2,355.39 | |
| Total Outstanding Balance | | | 2,355.39 |
| Total Balance Due | | | $ 4,323.39 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169702 |
| Invoice Date: | 09/24/2010 |

## Client Copy
### Billing for services rendered through 08/31/2010

0520 All Direct Mail Services, Inc.

| | |
|---|---:|
| Total Services | $ 1,968.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,968.00** |

| Invoice | Date | | |
|---|---|---|---:|
| 2159146 | 08/27/2010 | 2,355.39 | |
| Total Outstanding Balance | | | 2,355.39 |
| Total Balance Due | | | $ 4,323.39 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/24/2010

Invoice: 2169702
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0520        All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/10 | A. Turney | 0.40 | Emails with J. Xanders on workers compensation liability (.10); review 2007 Asset Purchase Agreement (.10); review precedent on same (.20). |
| 08/03/10 | A. Turney | 0.20 | Emails to J. Xanders re workers compensation liability issues. |
| 08/19/10 | A. Turney | 2.30 | LA Times - Review and mark-up ADMSI letter of intent (2.10); follow up emails to J. Xanders on components of purchase price (.20). |
| 08/20/10 | A. Turney | 1.20 | LA Times - Review and mark-up ADMSI letter of intent (.80); follow up emails to J. Xanders on components of purchase price (.40). |

|  | **Total Hours** | **4.10** | **Total For Services** | **$1,968.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 4.10 | 480.00 | 1,968.00 |
| **Totals** | **4.10** | | **$1,968.00** |
| | | **Total This Invoice** | **$1,968.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2169702

09/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 4.10 | 480.00 | 1,968.00 |
| **Totals** | **4.10** | | **$1,968.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169703 |
| Invoice Date: | 09/24/2010 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2010

---

0521 24/7 Traffic LLC

| | |
|---|---|
| Total Services | $ 1,364.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,364.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2169703 |
| Invoice Date: | 09/24/2010 |

---

## Client Copy
### Billing for services rendered through 08/31/2010

---

0521 24/7 Traffic LLC

Total Services                                                                $ 1,364.50

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                                **$ 1,364.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/24/2010

Invoice: 2169703
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0521        24/7 Traffic LLC

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/31/10 | N. White, P.C. | 0.80 | Confer with R. Harris and B. Gruemmer regarding reconstitution provision in the partnership agreement (.60); office conference with T. Ward regarding tax meaning of "reconstitution" (.20). |
| 08/31/10 | R. Harris | 1.50 | Confer with B. Gruemmer and N. White regarding effect of TV Foods December 2012 dissolution date (.90); telephone conference with D. Eldersveld, B. Gruemmer regarding transaction issues (.60). |

| | **Total Hours** | **2.30** | **Total For Services** | **$1,364.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 1.50 | 515.00 | 772.50 |
| N. White, P.C. | 0.80 | 740.00 | 592.00 |
| **Totals** | **2.30** | | **$1,364.50** |
| | | **Total This Invoice** | **$1,364.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2169703

09/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| R. Harris | 1.50 | 515.00 | 772.50 |
| N. White, P.C. | 0.80 | 740.00 | 592.00 |
| **Totals** | **2.30** | | **$1,364.50** |