# EXHIBIT A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

October 19, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274756
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2010.

| | |
|---|---|
| By Graeme W. Bush<br>124.00 hours at $765.00 per hour | $ 94,860.00 |
| By James Sottile<br>121.40 hours at $675.00 per hour | $ 81,945.00 |
| By Thomas G. Macauley<br>38.10 hours at $580.00 per hour | $ 22,098.00 |
| By Andrew N. Goldfarb<br>70.10 hours at $550.00 per hour | $ 38,555.00 |
| By Diana Gillig<br>0.70 hours at $160.00 per hour | $ 112.00 |
| TOTAL FEES | $ 237,570.00 |
| TOTAL EXPENSES | $ 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ 237,570.00 |

October 19, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 09/01/10 | 0.40 | Meeting with G. Bush regarding strategy and issues regarding amended complaint against lenders. |
| 09/01/10 | 3.20 | Further work revise complaint against lenders in light of Examiner report and to add claims against Morgan Stanley. |
| 09/01/10 | 1.40 | Continued review/analysis of Examiner report to identify issues regarding lender complaint. |
| 09/01/10 | 0.20 | Teleconference with D. Deutsch regarding standing motion to accompany revised lender complaint. |
| 09/01/10 | 2.60 | Work on revisions to lender complaint. |
| 09/01/10 | 0.80 | Review/analyze documents regarding Morgan Stanley claims for revised lender complaint. |
| 09/02/10 | 3.50 | Further revisions to complaint against lenders on LBO claims in light of examiner report and to add Morgan Stanley claims. |
| 09/02/10 | 0.50 | Teleconference with A. Landis and R. Butcher (Landis Rath) and D. Deutsch (Chadbourne) regarding amended motion for standing regarding revised lender complaint. |
| 09/02/10 | 0.60 | Review draft of complaint against third parties other than lenders. |
| 09/03/10 | 0.30 | Review/analyze letter from Aurelius raising conflict issues regarding Chadbourne. |
| 09/03/10 | 0.40 | Teleconference with G. Bush and H. Seife and D. LeMay regarding Aurelius letter. |
| 09/03/10 | 1.50 | Continued work on lender complaint. |
| 09/03/10 | 0.60 | Review key documents relevant to conflict issues raised by Aurelius. |
| 09/03/10 | 0.50 | Call with D. Bernstein (Davis Polk), H. Seife and D. LeMay (Chadbourne) and G. Bush regarding status of mediation and next steps. |
| 09/04/10 | 0.40 | Teleconference with Graeme Bush regarding issues raised by Aurelius concerning conduct of mediation. |
| 09/04/10 | 0.40 | Edit draft response to Aurelius letter concerning conduct of mediation. |

| 09/07/10 | 0.60 | Teleconference with G. Bush and H. Seife, T. McCormack, D. Deutsch and D. LeMay (Chadbourne) regarding issues raised by Aurelius concerning conduct of mediation. |
| 09/07/10 | 0.50 | Teleconference with D. Deutsch and T. McCormack (Chadbourne) regarding issues raised by Aurelius concerning conduct of mediation. |
| 09/07/10 | 4.10 | Draft/edit amended complaint against lenders regarding LBO claims in response to examiner report and to add claims against Morgan Stanley. |
| 09/07/10 | 0.10 | Teleconference with M. Ashley and T. McCormack (Chadbourne) regarding standing motions for revised lender complaint and third party complaint. |
| 09/07/10 | 0.40 | Conferences with G. Bush regarding issues raised by Aurelius concerning conduct of mediation and advice to Committee regarding same. |
| 09/07/10 | 1.20 | Review/analyze key documents relevant to new claims against Morgan Stanley and new count in lender complaint. |
| 09/08/10 | 0.60 | Participate in Committee professionals call regarding status of bankruptcy, upcoming mediation, LBO Claims. |
| 09/08/10 | 1.70 | Continued work on revisions to lender complaint. |
| 09/08/10 | 0.50 | Prepare for telephonic meeting of Creditors Committee regarding issues raised by Aurelius letter by analyzing issues and identifying appropriate responses. |
| 09/08/10 | 2.20 | Participate in telephonic meeting of Creditors Committee regarding status of bankruptcy, upcoming mediation, LBO Claims and issues raised by Aurelius letter. |
| 09/08/10 | 0.30 | Teleconference with H. Seife and D. LeMay (Chadbourne) and G. Bush regarding issues raised by Aurelius, Committee meeting regarding same and appropriate responses. |
| 09/08/10 | 0.50 | Meetings with G. Bush regarding appropriate responses to issues raised by Aurelius. |
| 09/08/10 | 2.10 | Factual and legal research regarding issues raised by Aurelius. |
| 09/09/10 | 3.10 | Draft and revise lender complaint in light of Examiner's report and other developments. |
| 09/09/10 | 1.90 | Draft motion for standing regarding revised lender complaint. |

| | | |
|---|---|---|
| 09/09/10 | 3.20 | Extensive factual and legal research relating to issues raised in letter from Aurelius, including review of Committee minutes, applications to retain counsel, relevant Bankruptcy Code provisions relating to retention of Committee counsel and cases decided thereunder. |
| 09/09/10 | 0.70 | Multiple teleconferences with D. Deutsch (Chadbourne) regarding issues raised in letter from Aurelius. |
| 09/13/10 | 0.20 | Teleconference with D. Deutsch (Chadbourne) regarding draft response to motion to disqualify Chadbourne. |
| 09/13/10 | 1.30 | Further editing of revised lender complaint. |
| 09/13/10 | 0.40 | Teleconference with Bob Stark (Brown Rudnick) regarding his comments on draft lender complaint. |
| 09/13/10 | 0.30 | Teleconference with G. Bush regarding response to Aurelius motion to disqualify. |
| 09/13/10 | 0.20 | Teleconference with G. Bush and A. Landis (Landis Rath) regarding response to Aurelius motion to disqualify. |
| 09/13/10 | 0.50 | Teleconference with H. Seife, D. LeMay and D. Deutsch (Chadbourne), A. Landis (Landis Rath) and G. Bush regarding response to Aurelius motion to disqualify. |
| 09/13/10 | 0.60 | Review Aurelius motion to disqualify Chadbourne and motion to shorten time for hearing on same. |
| 09/13/10 | 0.40 | Review Aurelius motion for appointment of Trustee. |
| 09/13/10 | 0.70 | Edit amended and supplemental motion for standing regarding lender complaint. |
| 09/14/10 | 5.40 | Continued work draft/editing revised lender complaint and standing motion. |
| 09/14/10 | 1.50 | Participate in conference call with Committee professionals (Chadbourne, Alix, Moelis) and G. Bush regarding draft mediation statement and mediation strategy. |
| 09/14/10 | 0.40 | Review draft opposition to motion to disqualify Chadbourne. |
| 09/14/10 | 0.30 | Teleconference with D. Deutsch and Y. Yoo (Chadbourne) regarding comments on draft motion to disqualify Chadbourne. |
| 09/14/10 | 0.30 | Draft minutes of September 10 Committee meeting. |
| 09/14/10 | 0.30 | Teleconference with G. Bush regarding strategy for mediation. |
| 09/14/10 | 1.10 | Work on valuation of claims in preparation for mediation. |

| 09/15/10 | 4.90 | Draft/edit opposition to motion to disqualify Chadbourne. |
|---|---|---|
| 09/15/10 | 0.40 | Review final draft of mediation statement. |
| 09/15/10 | 0.30 | Teleconferences with D. Deutsch and Y. Yoo (Chadbourne) regarding issues on draft opposition to motion to disqualify Chadbourne. |
| 09/15/10 | 1.10 | Work on valuation of LBO claims in preparation for mediation. |
| 09/16/10 | 2.70 | Participate in telephonic meeting of creditors committee regarding settlement position for mediation, mediation statement. |
| 09/16/10 | 0.20 | Review Aurelius correspondence to Judge Gross and draft response to Judge Gross. |
| 09/16/10 | 0.20 | E-mail correspondence with Chadbourne and Landis Rath regarding Aurelius correspondence to Judge Gross and draft response to Judge Gross. |
| 09/16/10 | 1.30 | Further work on opposition to motion to disqualify Chadbourne. |
| 09/17/10 | 0.40 | Review revised draft of opposition to motion to disqualify. |
| 09/17/10 | 0.30 | Meeting with G. Bush regarding issues on revised draft of opposition to motion to disqualify. |
| 09/17/10 | 0.50 | Teleconference with H. Seife, D. LeMay, D. Deutsch (Chadbourne), A. Landis (Landis Rath) and G. Bush regarding issues on revised draft of opposition to motion to disqualify. |
| 09/17/10 | 0.50 | Review/analyze key cases regarding disinterested issue for opposition to motion to disqualify. |
| 09/17/10 | 1.40 | Edit revised draft of opposition to motion to disqualify. |
| 09/17/10 | 0.40 | Research regarding Rule 60(b) argument for opposition to motion to disqualify. |
| 09/17/10 | 0.40 | Teleconferences with D. Deutsch (Chadbourne) regarding issues on opposition to motion to disqualify Chadbourne. |
| 09/17/10 | 0.30 | Review/analyze revised draft of Committee mediation statement |
| 09/17/10 | 0.10 | Teleconference with T. Zink (Chadbourne) regarding revised draft of Committee mediation statement. |
| 09/17/10 | 1.50 | Work on valuation of claims for litigation trust in preparation for mediation. |

| | | |
|---|---|---|
| 09/20/10 | 0.70 | Review briefs filed by Deutsche Bank and Wilmington Trust on motion to disqualify Chadbourne and review key cases cited. |
| 09/20/10 | 0.40 | Teleconference with H. Seife, D. LeMay and D. Deutsch (Chadbourne) and G. Bush regarding briefs filed by Deutsche Bank and Wilmington Trust on motion to disqualify Chadbourne. |
| 09/20/10 | 0.80 | Participate in telephonic meeting of Tribune Creditors Committee regarding upcoming hearing on motion to disqualify Chadbourne. |
| 09/20/10 | 0.50 | Draft note to and correspond with Committee members regarding disclosure of resolution in connection with opposition to motion to disqualify Chadbourne. |
| 09/21/10 | 0.50 | Participate on call with H. Seife, D. LeMay and D. Deutsch (Chadbourne), G. Bush and A. Landis (Landis Rath) regarding strategy for hearing on motion to disqualify Chadbourne. |
| 09/21/10 | 1.30 | Edit reply brief on motion to disqualify Chadbourne. |
| 09/21/10 | 0.20 | Teleconference with D. Deutsch (Chadbourne) regarding issues on reply brief on motion to disqualify Chadbourne. |
| 09/22/10 | 0.60 | Prepare for hearing on motion to disqualify Chadbourne. |
| 09/22/10 | 1.20 | Meeting with H. Seife and D. Deutsch and Y. Yoo (Chadbourne), A. Landis (Landis Rath), PBGC representatives and J. Bendernagel and K. Lantry (Sidley) to prepare for hearing on motion to disqualify Chadbourne. |
| 09/22/10 | 1.30 | Attend hearing on motion to disqualify Chadbourne. |
| 09/24/10 | 1.90 | Prepare for mediation by review key documents relating to valuation of claims, previous settlement term sheets and plan provisions. |
| 09/26/10 | 13.80 | Participate in mediation. |
| 09/27/10 | 7.00 | Participate in mediation. |
| 09/28/10 | 0.50 | Call with D. Bernstein (Davis Polk), H. Seife and D. LeMay (Chadbourne) and G. Bush regarding status of mediation and next steps. |
| 09/28/10 | 0.50 | Teleconferences with G. Novod (Brown Rudnick) (0.3) and D. Adler (McCarter & English) (0.2) regarding issues relating to mediation. |

| | | |
|---|---|---|
| 09/28/10 | 1.10 | Call with G. Bush and M. Brodsky and D. Gropper (Aurelius), E. Friedman (Friedman & Kaplan) and D. Golden (Akin Gump) regarding settlement issues. |
| 09/28/10 | 0.60 | Participate in Creditors Committee telephonic meeting regarding mediation and next steps. |
| 09/28/10 | 0.50 | Teleconference with G. Bush and H. Seife, D. LeMay and D. Deutsch (Chadbourne) regarding next steps following mediation. |
| 09/28/10 | 0.30 | Teleconference with D. Adler (McCarter) regarding discussions with Aurelius concerning settlement valuation and negotiations. |
| 09/28/10 | 0.30 | Revisions to Committee press release regarding settlement announced by Debtors, Oaktree and Angelo Gordon. |
| 09/28/10 | 1.50 | Work on analysis of settlement options and valuation of Step Two claims following settlement announced by Debtors, Oaktree and Angelo Gordon. |
| 09/28/10 | 0.80 | Analysis of disgorgement claims at Step One including valuation and merits of claims. |
| 09/29/10 | 0.30 | Teleconference with M. Ashley and D. LeMay Chadbourne) and A. Landis (Landis Rath) regarding briefing on standing motions. |
| 09/29/10 | 0.30 | Teleconferences with D. LeMay and D. Deutsch (Chadbourne) regarding issues raised by Aurelius concerning claim valuation. |
| 09/29/10 | 0.20 | Review memo to Creditors Committee regarding participation of certain Committee members in mediation. |
| 09/29/10 | 0.50 | Discussions with G. Bush regarding Aurelius claim valuation analysis. |
| 09/29/10 | 0.40 | Teleconferences with Z. Jamal (Moelis) regarding claim valuation and Aurelius analysis. |
| 09/29/10 | 1.10 | Review/analyze Aurelius analysis of claim valuation in preparation for call with Aurelius. |
| 09/29/10 | 1.30 | Teleconference with M. Brodsky and D. Gropper (Aurelius), E. Friedman (Friedman Kaplan) and D. Golden (Akin Gump) and G. Bush regarding Aurelius analysis of claim valuation. |
| 09/29/10 | 0.40 | Edit memo to Creditors Committee regarding Debtors' application for retention of Novick firm to pursue Morgan Stanley claims. |

October 19, 2010                                                                                   Page 8

| 09/29/10 | 0.20 | Teleconference with D. Golden (Akin Gump) regarding Aurelius analysis of claim valuation. |
| 09/29/10 | 0.20 | Teleconference with D. LeMay (Chadbourne) about proposed meeting with Debtors and JPMorgan regarding settlement. |
| 09/29/10 | 0.30 | Teleconference with Z. Jamal (Moelis) regarding discussion with Aurelius on their claim valuation model. |
| 09/29/10 | 0.20 | Review and edit proposed revisions to Committee minutes. |
| 09/29/10 | 1.30 | Work on revised settlement valuation analysis. |
| 09/29/10 | 0.80 | Begin work on presentation to Committee regarding Aurelius settlement valuation analysis. |
| 09/30/10 | 1.00 | Teleconference with Committee professionals regarding next steps in response to Debtor/Oaktree settlement term sheet and plan. |
| 09/30/10 | 1.00 | Review/analyze various materials regarding claim valuation to prepare for Committee meeting. |
| 09/30/10 | 1.80 | Participate in Creditors Committee meeting. |
| 09/30/10 | 1.60 | Participate in meeting with JPM and Debtors and respective counsel with D. LeMay (Chadbourne), E. Sassower (Kirkland) and Z. Jamal (Moelis) concerning settlement negotiations. |
| 09/30/10 | 0.40 | Teleconferences with G. Bush regarding settlement negotiations. |

Andrew N. Goldfarb

| 09/01/10 | 5.80 | Revise draft complaint , including review of documents and Examiner's report in connection with same. |
| 09/01/10 | 0.10 | Email Griffiths regarding Moody's production. |
| 09/02/10 | 5.30 | Revise draft complaint, including review of Examiner's report, documents, and memorandums in connection with same. |
| 09/02/10 | 0.30 | Confer with J. Sottile regarding revisions to complaint. |
| 09/02/10 | 0.20 | Email to M. Rule regarding VRC analysis issue. |
| 09/07/10 | 3.00 | Revisions to draft LBO complaint. |
| 09/08/10 | 0.90 | Revise draft complaint to address Chadbourne & Parke comments. |
| 09/08/10 | 0.70 | Conference call with M. Ashley, T. McCormack and J. Sottile to discuss draft complaint. |

October 19, 2010

| 09/08/10 | 0.60 | Weekly professionals' call. |
| 09/08/10 | 2.00 | UCC meeting via conference call. |
| 09/08/10 | 0.30 | Review and analyze Jones Day retention application and C&B memo regarding same. |
| 09/08/10 | 1.50 | Review regarding-draft of third-party complaint. |
| 09/09/10 | 0.30 | Review draft standing motion. |
| 09/10/10 | 1.50 | Prepare draft of minutes from 9/8 and 9/10 conference calls. |
| 09/10/10 | 0.70 | UCC conference call. |
| 09/10/10 | 3.70 | Research ethical rules governing conflicts in preparation for UCC call. |
| 09/10/10 | 0.20 | Confer with J. Sottile regarding Tribune projects. |
| 09/10/10 | 0.40 | Draft email memo to G. Bush and J. Sottile summarizing research. |
| 09/10/10 | 0.20 | Call with T. Macauley regarding various Tribune issues. |
| 09/11/10 | 0.60 | Revise draft minutes from Sept 8 & 10 UCC conference calls. |
| 09/11/10 | 1.90 | Revise draft standing motion. |
| 09/12/10 | 2.00 | Revise complaint. |
| 09/12/10 | 0.20 | Conference with J. Sottile regarding draft complaint and standing motion. |
| 09/12/10 | 2.80 | Revise draft standing motion. |
| 09/13/10 | 7.50 | Revise draft complaint. |
| 09/13/10 | 3.50 | Revise draft standing motion supplement. |
| 09/13/10 | 0.20 | Confer with G. Bush regarding draft complaint and standing motion. |
| 09/13/10 | 0.50 | Confer with T. Macauley (multiple) regarding complaint issues and standing motion. |
| 09/14/10 | 6.90 | Revise and finalize standing motion and exhibits, including draft complaint. |
| 09/14/10 | 0.40 | Confer with J. Sottile and T. Macauley regarding standing motion and draft complaint. |
| 09/14/10 | 0.50 | Call with Chadbourne & Parke regarding draft complaint issues. |
| 09/14/10 | 0.50 | Weekly professionals call. |

| 09/15/10 | 1.70 | Review and redline draft opposition to Aurelius motion. |
| 09/15/10 | 0.10 | Call and email J. Ducayet regarding confidentiality and disclosure issues. |
| 09/15/10 | 0.40 | Review Aurelius motion to disqualify Chadbourne & Parke. |
| 09/16/10 | 2.50 | Participate in UCC conference call meeting. |
| 09/16/10 | 0.30 | Attention to draft UCC complaint and redactions. |
| 09/16/10 | 0.10 | Review letter to J. Gross. |
| 09/16/10 | 0.30 | Review draft mediation statement. |
| 09/17/10 | 2.50 | Research legal issue regarding privilege and meeting minutes. |
| 09/17/10 | 0.50 | Draft email to J. Sottile regarding research findings. |
| 09/17/10 | 0.40 | Attention to confidentiality of draft LBO complaint. |
| 09/20/10 | 0.60 | Professional's call regarding mediation and case developments. |
| 09/20/10 | 0.20 | Review revised draft opposition to Aurelius disqualification motion. |
| 09/20/10 | 0.50 | UCC telephonic meeting. |
| 09/20/10 | 0.20 | Email unredacted UCC complaint to document depository parties. |
| 09/21/10 | 0.20 | Review draft document requests regarding shareholders. |
| 09/21/10 | 0.30 | Call and e-mails with M. Ashley regarding document requests. |
| 09/23/10 | 1.00 | Call with G. Bush and Judge Gross (mediator). |
| 09/24/10 | 0.20 | Prepare draft minutes to 9/8 special UCC meeting. |
| 09/25/10 | 0.20 | Revise draft minutes to 9/8 special portion of UCC call. |
| 09/26/10 | 1.20 | Draft document requests to identify LBO Lenders, including review of prior requests and other documents. |
| 09/28/10 | 0.10 | Confer with J. Sottile regarding update on mediation. |
| 09/29/10 | 1.40 | Prepare memo on Debtor's application to retain Novack. |

Thomas G. Macauley

| 09/01/10 | 0.30 | Review minutes of committee meetings. |
| 09/01/10 | 0.30 | Review docket and order appointing mediator. |
| 09/02/10 | 1.80 | Review unredacted portions of examiner report. |

| 09/02/10 | 0.10 | Review 8/3 hearing agenda. |
| 09/03/10 | 0.10 | Review email by mediator regarding scheduling. |
| 09/03/10 | 0.20 | Review document on Intralinks. |
| 09/04/10 | 0.30 | Review and comment on draft letter to Aurelius. |
| 09/07/10 | 1.20 | Review and comment on redlined draft of LBO complaint. |
| 09/07/10 | 0.20 | Review redline of third-party complaint. |
| 09/07/10 | 0.20 | Review documents on Intralinks. |
| 09/09/10 | 0.30 | Review draft of supplemental standing motion. |
| 09/10/10 | 0.20 | Review committee exchange regarding Chadbourne representations. |
| 09/10/10 | 0.30 | Review committee exchange regarding Chadbourne representations. |
| 09/10/10 | 0.20 | Speak with A. Goldfarb regarding applicable rules. |
| 09/10/10 | 0.20 | Speak with J. Sottile regarding standing motion. |
| 09/10/10 | 0.10 | Review research in response to committee member question. |
| 09/10/10 | 0.80 | Review and analyze counts of LBO complaint. |
| 09/11/10 | 0.60 | Review and analyze issues regarding LBO complaint. |
| 09/12/10 | 0.50 | Comment on LBO complaint. |
| 09/13/10 | 0.20 | Review exchange with Chadbourne regarding standing filings. |
| 09/13/10 | 1.60 | Review and comment on supplement to standing motion regarding LBO claims. |
| 09/13/10 | 0.30 | Speak and correspond with R. Butcher regarding third-parting standing motion. |
| 09/13/10 | 0.30 | Review docket and recently filed documents. |
| 09/13/10 | 0.20 | Draft internal note regarding same. |
| 09/13/10 | 0.40 | Comment on viability of potential aiding and abetting claim. |
| 09/13/10 | 0.30 | Review comments on LBO complaint by committee member. |
| 09/13/10 | 0.50 | Speak with A. Goldfarb (3x) regarding LBO standing motion and complaint. |
| 09/13/10 | 2.10 | Review examiner report and analyze issues regarding potential LBO claims. |

| | | |
|---|---|---|
| 09/13/10 | 0.40 | Review decision regarding potential claims and elements of related claim. |
| 09/13/10 | 1.70 | Review docket (2x) and Aurelius motions. |
| 09/13/10 | 0.30 | Review case cited by Aurelius. |
| 09/13/10 | 0.10 | Review agenda for committee professionals call. |
| 09/13/10 | 1.40 | Draft new count for LBO complaint. |
| 09/14/10 | 0.50 | Complete drafting new counts for LBO complaint. |
| 09/14/10 | 1.10 | Review and analyze issues regarding draft complaint. |
| 09/14/10 | 0.40 | Speak with A. Goldfarb (2x) regarding complaint and standing motion. |
| 09/14/10 | 1.20 | Draft motion, notice and proposed order to seal unredacted version of draft complaint. |
| 09/14/10 | 0.40 | Draft notice of hearing for standing motion. |
| 09/14/10 | 0.20 | Review and edit service list. |
| 09/14/10 | 0.40 | Review supplement to standing motion. |
| 09/14/10 | 0.20 | Speak with J. Sottile and A. Goldfarb regarding complaint. |
| 09/14/10 | 0.70 | Revise under seal papers and finalize. |
| 09/14/10 | 0.50 | Draft instructions for filing and service of papers. |
| 09/14/10 | 0.10 | Review docket. |
| 09/14/10 | 0.10 | Review note from Debtors' counsel regarding hearing tomorrow. |
| 09/14/10 | 0.40 | Review and finalize supplement to standing motion. |
| 09/14/10 | 0.40 | Review and comment on initial draft of mediation statement. |
| 09/14/10 | 0.20 | Review unredacted version of Aurelius motions. |
| 09/14/10 | 0.30 | Review redacted LBO complaint for filing. |
| 09/14/10 | 0.20 | Speak with Parcels (2x) to answer questions regarding filing and service. |
| 09/15/10 | 0.10 | Review confirmation from filings last night. |
| 09/15/10 | 0.10 | Review Aurelius request for unredacted complaint. |
| 09/15/10 | 0.10 | Speak with G. Bush regarding upcoming hearing. |
| 09/15/10 | 0.10 | Speak with A. Goldfarb regarding unredacted complaint. |
| 09/15/10 | 2.50 | Prepare for and attend hearing. |

| 09/15/10 | 0.50 | Draft note to internal team regarding same. |
| 09/15/10 | 0.20 | Respond to two requests for unredacted complaint. |
| 09/15/10 | 0.20 | Review revised draft of mediation statement. |
| 09/15/10 | 0.20 | Review Moelis discussion materials. |
| 09/16/10 | 0.20 | Review documents on Intralinks. |
| 09/16/10 | 0.20 | Exchange notes with Landis firm regarding unredacted complaint. |
| 09/16/10 | 0.10 | Respond to J. Johnston regarding same. |
| 09/16/10 | 0.20 | Review Aurelius request to mediator to defer committee submission of mediator statement. |
| 09/16/10 | 0.40 | Review and comment on draft response regarding Aurelius request to mediator. |
| 09/17/10 | 0.20 | Review mediator's notes regarding committee submission and conduct of mediation. |
| 09/17/10 | 0.10 | Exchange notes with Cole Schotz regarding time of 10/22 hearing. |
| 09/17/10 | 0.10 | Review draft committee mediation statement. |
| 09/17/10 | 0.10 | Review note from Centerbridge regarding sale of position. |
| 09/19/10 | 0.50 | Review lenders' plan. |
| 09/19/10 | 0.30 | Analyze issues regarding Centerbridge sale. |
| 09/19/10 | 0.10 | Review note regarding committee meeting. |
| 09/19/10 | 0.20 | Review draft objection to disqualification motion. |
| 09/20/10 | 0.20 | Review documents on Intralinks. |
| 09/20/10 | 0.10 | Review revised mediation statement. |
| 09/20/10 | 0.10 | Review 9/22 hearing agenda. |
| 09/20/10 | 0.10 | Draft instructions for renoticing of motions for 10/22 hearing. |
| 09/21/10 | 0.30 | Review responses to disqualification motion. |
| 09/21/10 | 0.30 | Review and edit amended notice of hearing. |
| 09/21/10 | 0.10 | Review status report regarding Wilmington Trust complaint. |
| 09/21/10 | 0.10 | Review order mandating meet and confer for disqualification motion. |
| 09/22/10 | 0.60 | Review replies on disqualification motion. |

| 09/23/10 | 0.30 | Review and edit certificate of service for recent filings. |
| 09/28/10 | 0.20 | Review Debtors' application to retain special counsel to address Morgan Stanley claims. |
| 09/28/10 | 0.10 | Review note regarding committee meeting today. |
| 09/28/10 | 0.70 | Review results of mediation and analyze potential strategy. |
| 09/28/10 | 0.40 | Consider potential for amending complaint to add new claim. |
| 09/28/10 | 0.20 | Review documents on Intralinks. |
| 09/28/10 | 1.10 | Participate on committee call. |
| 09/29/10 | 0.30 | Review mediator report and term sheet. |
| 09/29/10 | 0.10 | Review preliminary objection of step 1 lenders. |
| 09/29/10 | 0.20 | Review minutes of committee meetings. |
| 09/30/10 | 0.50 | Review and analyze issues regarding draft plan. |
| 09/30/10 | 0.10 | Review 10/4 hearing agenda. |
| 09/30/10 | 0.20 | Review recovery analysis. |
| 09/30/10 | 0.10 | Draft note to G. Bush and J. Sottile regarding objection deadline for standing motion. |

Graeme W. Bush

| 09/01/10 | 0.70 | E-mail expert regarding opinion. |
| 09/01/10 | 0.30 | E-mails with Messrs. LeMay, Landis and Chadbourne & Parke, and review draft amendment to standing motion. |
| 09/01/10 | 0.20 | E-mails with Marc Roitman regarding UCC meeting and Professionals call. |
| 09/01/10 | 0.20 | Confer with Messrs. Seife and Sottile regarding motion by Debtors to appoint new counsel regarding Morgan Stanley claims. |
| 09/01/10 | 0.30 | Review mediator order. |
| 09/01/10 | 0.20 | E-mail Thomas Macauley regarding revisions to complaint. |
| 09/02/10 | 0.20 | Review e-mail and notice from Debtors regarding Plan. |
| 09/02/10 | 1.20 | Review and revise revised draft LBO complaint. |
| 09/03/10 | 0.90 | Telephone conference with Messrs. Seife, LeMay, Sottile, Deutsch, and McCormack regarding Friedman correspondence. |

| | | |
|---|---|---|
| 09/03/10 | 0.40 | Telephone call with UCC counsel regarding Aurelius correspondence. |
| 09/03/10 | 0.80 | Review correspondence from Friedman and confer with James Sottile regarding same. |
| 09/03/10 | 0.30 | Review draft response to Friedman correspondence. |
| 09/03/10 | 0.30 | Review mediator request and e-mail exchange with David LeMay regarding mediator request. |
| 09/03/10 | 0.30 | E-mail exchange with UCC Co-Chair regarding Friedman letter and UCC response. |
| 09/03/10 | 0.20 | Review and consider e-mail from Friedman. |
| 09/03/10 | 1.20 | Review and revise draft LBO complaint. |
| 09/04/10 | 0.60 | Review and revise draft letter response to correspondence to UCC. |
| 09/04/10 | 0.40 | Telephone call with James Sottile regarding response to correspondence to UCC and related issues. |
| 09/04/10 | 0.20 | E-mail to James Sottile regarding response to correspondence to UCC. |
| 09/04/10 | 0.20 | E-mail exchange with Chadbourne & Parke, Messrs. Seife and Sottile regarding mediator requests. |
| 09/04/10 | 0.10 | E-mail UCC counsel regarding UCC meeting. |
| 09/05/10 | 0.20 | E-mail exchange with Messrs. Seife and Smith regarding UCC issues. |
| 09/05/10 | 2.40 | Review, revise and edit revised LBO complaint. |
| 09/05/10 | 0.60 | Review UCC minutes regarding plan negotiations. |
| 09/06/10 | 3.00 | Review, revise and edit revised LBO complaint and e-mail James Sottile regarding same. |
| 09/06/10 | 0.30 | E-mails with Chadbourne & Parke and Zuckerman Spaeder regarding Friedman response and conference call. |
| 09/07/10 | 1.20 | Prepare for and telephone conference with Chadbourne & Parke and James Sottile regarding UCC meeting, Friedman response, standing motions and complaints, and related issues. |
| 09/07/10 | 0.80 | Review edits to revised LBO Complaint. |
| 09/07/10 | 0.90 | E-mails regarding and revisions to Friedman response. |
| 09/07/10 | 0.70 | Telephone call with UCC member regarding Aurelius position. |

| | | |
|---|---|---|
| 09/07/10 | 0.60 | Review background materials regarding conflict. |
| 09/07/10 | 0.40 | E-mails regarding changes to the revised complaint and review same. |
| 09/07/10 | 0.90 | Prepare for UCC meeting and confer with James Sottile regarding same. |
| 09/07/10 | 0.60 | Draft memorandum regarding UCC meeting. |
| 09/07/10 | 0.30 | E-mail expert and James Sottile regarding testimony and forensic issue. |
| 09/07/10 | 0.20 | E-mail exchange with Chadbourne & Parke, Messrs. Roitman and Landis regarding mediator e-mail draft. |
| 09/07/10 | 0.40 | E-mails from various parties regarding mediation and scheduling. |
| 09/08/10 | 0.30 | Telephone call Messrs. Seife, McCormack and LeMay regarding UCC meeting. |
| 09/08/10 | 0.50 | UCC Professionals telephone conference. |
| 09/08/10 | 0.30 | Confer with Messrs. Sottile and Goldfarb regarding draft complaint, standing supplement and UCC meeting. |
| 09/08/10 | 2.30 | Prepare for and attend UCC meeting. |
| 09/08/10 | 0.30 | E-mails with James Sottile and expert. |
| 09/08/10 | 0.20 | Telephone call with UCC member. |
| 09/08/10 | 0.30 | E-mails with Messrs. Ashley and Sottile and confer with James Sottile regarding Morgan Stanley. |
| 09/08/10 | 0.30 | E-mail exchange with Messrs. Ashley, Sottile and others regarding Morgan Stanley claims. |
| 09/08/10 | 0.50 | Review draft standing motion regarding third party complaint. |
| 09/08/10 | 0.10 | E-mail Martin Barash regarding access to documents. |
| 09/08/10 | 0.20 | Review documents produced by Citi. |
| 09/08/10 | 0.40 | E-mails from mediator and internal regarding scheduling mediation sessions. |
| 09/08/10 | 0.30 | E-mail exchange with Wayne Smith regarding retention of counsel. |
| 09/08/10 | 0.30 | Review filings regarding retention by Debtor of independent counsel. |

| 09/09/10 | 0.40 | E-mails with James Sottile regarding and review edits to revised complaint. |
| 09/09/10 | 0.60 | Review e-mails from James Sottile regarding and draft standing motion. |
| 09/09/10 | 0.20 | Review orders regarding mediator and court filings. |
| 09/09/10 | 0.50 | Review draft outline regarding DQ issues. |
| 09/09/10 | 0.30 | Arrange for UCC meeting. |
| 09/09/10 | 0.20 | E-mails with Howard Seife regarding developments on pending motions. |
| 09/09/10 | 1.40 | Review research regarding DQ motion. |
| 09/10/10 | 1.70 | Research issues regarding counsel retention. |
| 09/10/10 | 1.20 | Prepare for UCC meeting and review e-mail from UCC members regarding meeting. |
| 09/10/10 | 0.40 | Telephone call and e-mail with Howard Seife. |
| 09/10/10 | 0.50 | Conferences with James Sottile regarding UCC meeting and retention issues. |
| 09/10/10 | 1.00 | UCC telephone conference. |
| 09/10/10 | 0.30 | Telephone conference with Messrs. Novod, Adler and Sottile regarding UCC meeting. |
| 09/10/10 | 0.90 | Draft for UCC and e-mail UCC members. |
| 09/10/10 | 0.50 | E-mail exchange with UCC members regarding UCC meeting and minutes. |
| 09/10/10 | 0.30 | Telephone call Messrs. Seife and Deutsch regarding UCC meeting. |
| 09/11/10 | 0.60 | E-mails UCC members regarding pending matters. |
| 09/11/10 | 0.30 | E-mails and telephone conference Messrs. Sottile and Novod regarding UCC meeting. |
| 09/11/10 | 0.90 | Work on draft resolutions and e-mails UCC members, Messrs. Sottile and Goldfarb regarding same. |
| 09/11/10 | 0.30 | Telephone call with James Sottile regarding UCC matters. |
| 09/12/10 | 0.40 | Work on revised complaint and e-mails Messrs. Goldfarb and Sottile regarding same. |
| 09/12/10 | 0.40 | Consider issues raised by Thomas Macauley regarding complaint and filing. |

| | | |
|---|---|---|
| 09/12/10 | 0.50 | E-mails UCC members regarding UCC issues. |
| 09/12/10 | 0.30 | E-mails with James Sottile regarding UCC proceedings. |
| 09/13/10 | 1.20 | Review and edit LBO complaint. |
| 09/13/10 | 0.60 | E-mail exchanges Messrs. Sottile and Goldfarb regarding UCC minutes and drafts. |
| 09/13/10 | 0.40 | E-mails with Chadbourne & Parke and telephone call with Howard Seife regarding filings. |
| 09/13/10 | 0.80 | Review and revise standing motion and e-mails with Messrs. Goldfarb, Macauley and Sottile regarding same. |
| 09/13/10 | 1.10 | Telephone call and e-mails with UCC members regarding pending matters. |
| 09/13/10 | 0.60 | Review and revise and send Friedman response. |
| 09/13/10 | 0.30 | E-mails with Messrs. Seife and McCormack regarding standing motions and complaints. |
| 09/13/10 | 2.30 | Obtain, review and analyze motion papers filed by Aurelius. |
| 09/13/10 | 0.70 | Telephone call with Chadbourne & Parke, Adam Landis and Zuckerman Spaeder professionals regarding Aurelius motions. |
| 09/13/10 | 0.50 | Quick review and evaluation of Trustee motion. |
| 09/13/10 | 0.20 | E-mails with Messrs. LeMay, Landis, Macauley regarding Trustee motion and response. |
| 09/13/10 | 0.20 | Review Marc Roitman e-mail with agenda for UCC Professionals call. |
| 09/13/10 | 0.40 | Telephone call UCC member regarding UCC meeting. |
| 09/14/10 | 1.50 | Telephone conference with Messrs. Sottile, Seife, LeMay, Landis and Moelis regarding mediation statement. |
| 09/14/10 | 1.20 | Review draft mediation plan and discuss with James Sottile. |
| 09/14/10 | 0.40 | E-mails exchange with Messrs. Landis and LeMay regarding opposition to trustee motion and motion to expedite. |
| 09/14/10 | 0.80 | E-mails with Messrs. LeMay and Sottile regarding court hearing and Aurelius motions. |
| 09/14/10 | 0.30 | Quick review of expert material. |
| 09/15/10 | 0.60 | Review Thomas Macauley report on Hearing and discuss with James Sottile. |

| | | |
|---|---|---|
| 09/15/10 | 0.20 | E-mail with David LeMay regarding hearing and coverage for hearing. |
| 09/15/10 | 0.20 | E-mails with Andrew Goldfarb regarding conversation with James Ducayet regarding claims. |
| 09/15/10 | 0.60 | Review and revise draft response to DQ motion. |
| 09/15/10 | 0.50 | Review Moelis Recovery analysis. |
| 09/16/10 | 0.40 | Review and revise draft objection to DQ motion. |
| 09/16/10 | 0.80 | Analyze procedures for hearing on DQ motion and discuss with Messrs. Seife, Sottile and others at Chadbourne & Parke and Adam Landis. |
| 09/16/10 | 0.20 | E-mail to Judge Gross regarding Aurelius. |
| 09/16/10 | 0.50 | Review, revise and edit draft letter to Gross. |
| 09/16/10 | 2.50 | Prepare for and attend UCC meeting. |
| 09/20/10 | 0.60 | Telephone conference with UCC professionals regarding Oaktree plan and bond developments. |
| 09/20/10 | 0.90 | Telephone conference with Chadbourne & Parke and James Sottile regarding preparation for DQ hearing and briefing in responses to new motions. |
| 09/20/10 | 0.50 | Telephone conference with Chadbourne & Parke and James Sottile regarding opposition papers. |
| 09/20/10 | 0.20 | Telephone call with Howard Seife regarding filings and DQ motion. |
| 09/20/10 | 0.30 | Review draft pleading regarding sealing motion and e-mail regarding same. |
| 09/20/10 | 0.60 | E-mails with Chadbourne & Parke, Messrs. Landis and Sottile regarding final mediation statement and review and revise same. |
| 09/20/10 | 0.90 | Work on outline for and prepare for argument on DQ motion. |
| 09/20/10 | 0.30 | E-mails mediator, Chadbourne & Parke, Messrs. Landis, and Sottile regarding mediation order. |
| 09/21/10 | 0.50 | Telephone conference with Chadbourne & Parke and James Sottile regarding preparation for DQ hearing. |
| 09/21/10 | 0.20 | Telephone call with Howard Seife regarding filings and DQ motion. |
| 09/21/10 | 0.30 | Review Order regarding mediation and DQ, and e-mails with Chadbourne & Parke and Adam Landis regarding same. |

| 09/21/10 | 0.50 | Telephone conference with Chadbourne & Parke and James Sottile regarding response to WT and DB joinders. |
| 09/21/10 | 0.30 | E-mails with Judge Gross and mediation parties regarding mediation and mini telephone calls. |
| 09/21/10 | 0.90 | E-mails Chadbourne & Parke, Messrs. Landis, and Sottile regarding DQ protocol, and review, revise and edit same. |
| 09/21/10 | 0.40 | E-mails Messrs. Landis, Seife and Sottile regarding meet and confer. |
| 09/21/10 | 0.80 | Review, revise and edit draft reply brief regarding DQ. |
| 09/21/10 | 0.40 | Review joinders by UCC members. |
| 09/22/10 | 1.20 | Attend DQ hearing. |
| 09/22/10 | 1.50 | Meeting with Committee counsel at Landis Rath to prepare for DQ hearing. |
| 09/22/10 | 3.00 | Review pleadings and prepare for DQ hearing. |
| 09/22/10 | 0.30 | E-mails Adam Landis and others regarding meet and confer. |
| 09/22/10 | 0.30 | Review and comment on proposed form of order. |
| 09/22/10 | 0.20 | Confer with UCC member. |
| 09/22/10 | 0.50 | Confer with James Sottile regarding legal arguments on DQ. |
| 09/22/10 | 0.70 | Conferences with James Sottile regarding mediation. |
| 09/22/10 | 0.30 | E-mails Judge Gross and mediation parties regarding mediation and mini telephone calls. |
| 09/23/10 | 1.00 | Telephone conference mediator, Chadbourne & Parke and Adam Landis. |
| 09/23/10 | 0.80 | UCC meeting. |
| 09/23/10 | 0.50 | E-mails with Adam Landis, et al. regarding mediation order and review and comment on same. |
| 09/23/10 | 0.20 | E-mails regarding telephone calls with mediation parties. |
| 09/24/10 | 0.50 | Telephone conference with Davis Polk and Howard Seife regarding mediation. |
| 09/24/10 | 0.50 | Telephone call with Howard Seife and UCC member. |
| 09/24/10 | 0.30 | E-mail exchange with Messrs. Landis, Friedman, et al. regarding agreed order and review revisions to order. |
| 09/24/10 | 0.20 | Review and edit UCC minutes. |

| 09/25/10 | 4.50 | Review mediation statement and analytical material in preparation for mediation. |
| 09/25/10 | 0.50 | Meeting with Chadbourne & Parke, Adam Landis, et al. regarding mediation preparation. |
| 09/26/10 | 14.00 | Mediation. |
| 09/26/10 | 0.30 | Confer with Adam Landis regarding mediation. |
| 09/27/10 | 7.50 | Mediation. |
| 09/27/10 | 0.80 | Confer with James Sottile regarding settlement strategy. |
| 09/28/10 | 1.00 | UCC meeting (telephone conference). |
| 09/28/10 | 0.50 | Telephone conference with Messrs. Sottile, Seife, LeMay, Deutsch and Landis in preparation for UCC telephone conference. |
| 09/28/10 | 0.60 | Telephone conference with Davis Polk, Chadbourne & Parke, and James Sottile regarding mediation and Debtor/Oaktree settlement. |
| 09/28/10 | 0.30 | Review, revise and send Press Release to Salganik and Chadbourne & Parke. |
| 09/28/10 | 1.00 | Telephone call with Aurelius, Messrs. Sottile, Golden & Friedman. |
| 09/28/10 | 1.20 | Review material regarding mediation and settlement from Aurelius. |
| 09/28/10 | 0.60 | E-mails and telephone conference Daniel Golden. |
| 09/29/10 | 1.00 | Telephone conference with James Sottile, Aurelius and counsel for Aurelius. |
| 09/29/10 | 0.40 | Telephone conference with Messrs. Sottile and LeMay regarding UCC meeting. |
| 09/29/10 | 0.50 | Confer James Sottile regarding strategic issues regarding settlement and standing motions. |
| 09/29/10 | 0.30 | E-mails regarding UCC resolutions. |
| 09/29/10 | 0.30 | E-mails regarding settlement negotiations. |
| 09/29/10 | 0.50 | Quick review of financial analysis. |
| 09/30/10 | 1.20 | UCC Professionals call regarding strategy and preparation for UCC meeting. |
| 09/30/10 | 1.70 | UCC meeting. |

| 09/30/10 | 0.80 | E-mail report and discussion with James Sottile regarding meeting with Debtor and JP Morgan. |
| 09/30/10 | 0.80 | Review and analyze Aurelius probability model and Aurelius information regarding same. |

Diana Gillig

| 09/21/10 | 0.20 | Draft amended notice of hearing regarding 10/22 hearing. |
| 09/21/10 | 0.10 | Electronically file amended notice of hearing. |
| 09/21/10 | 0.20 | Draft certificate of service regarding 9/14 and today's filings. |
| 09/22/10 | 0.10 | Revise affidavit of service for filings of motions and notices. |
| 09/24/10 | 0.10 | Electronically file certificate of service regarding notice of hearing, supplement to motion for leave, motion regarding filing unredacted exhibit and amended notice of hearing. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

October 19, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274932
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2010.

By Thomas G. Macauley
   2.20  hours at  $580.00  per hour      $   1,276.00

By Diana Gillig
   6.00  hours at  $160.00  per hour      $    960.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 2,236.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 2,236.00 |

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

DESCRIPTION OF SERVICES

Thomas G. Macauley

| | | |
|---|---|---|
| 09/07/10 | 0.10 | Review invoice from expert. |
| 09/09/10 | 0.30 | Draft note to V. Garlati regarding 11th monthly fee application. |
| 09/09/10 | 0.10 | Review expert invoices. |
| 09/09/10 | 0.40 | Review and edit 12th monthly fee application. |
| 09/21/10 | 0.50 | Review August time detail for confidentiality and compliance with local rules. |
| 09/24/10 | 0.10 | Review expert's invoice. |
| 09/27/10 | 0.10 | Review notice of hearing for June-August interim fee applications |
| 09/27/10 | 0.30 | Final review of August time detail for confidentiality and local rule compliance. |
| 09/29/10 | 0.30 | Review and edit 13th monthly fee application. |

Diana Gillig

| | | |
|---|---|---|
| 09/01/10 | 0.20 | Review invoices for 12th monthly fee application. |
| 09/01/10 | 1.00 | Draft 12th monthly fee application. |
| 09/01/10 | 0.90 | Prepare cost itemization chart exhibit for 12th monthly fee application. |
| 09/01/10 | 0.10 | Draft notice and certificate of service for same. |
| 09/01/10 | 0.10 | Electronically file CNO regarding 11th monthly fee application. |
| 09/09/10 | 0.20 | Revise cost itemization chart for 12th monthly fee application. |
| 09/09/10 | 0.10 | Electronically file 12th monthly fee application. |
| 09/09/10 | 0.10 | Prepare service for same. |
| 09/22/10 | 0.30 | Revise time detail regarding 13th monthly fee application. |
| 09/27/10 | 0.70 | Prepare cost itemization exhibit for 13th monthly fee application. |
| 09/28/10 | 0.30 | Revise time detail regarding 13th monthly fee application. |

October 19, 2010                                                                                          Page 3

| 09/28/10 | 0.80 | Review and revise cost itemization chart. |
| 09/28/10 | 1.10 | Draft 13th monthly fee application. |
| 09/28/10 | 0.10 | Draft notice and certificate of service for same. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

October 19, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274933
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2010.

By Graeme W. Bush
6.50  hours at  $765.00  per hour

$     4,972.50

By James Sottile
11.20  hours at  $675.00  per hour

$     7,560.00

| | |
|---|---|
| TOTAL FEES | $   12,532.50 |
| Less Professional Courtesy | $   -6,266.25 |
| TOTAL FEES | $   6,266.25 |
| TOTAL EXPENSES | $   0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $   6,266.25 |

DESCRIPTION OF SERVICES                                    CLIENT: 12464
                                                           MATTER: 0003


James Sottile

| 09/22/10 | 2.60 | Travel to/from Wilmington for hearing on motion to disqualify Chadbourne. |
| 09/25/10 | 1.80 | Travel to Wilmington for mediation. |
| 09/27/10 | 1.70 | Travel to DC from Wilmington following mediation. |
| 09/30/10 | 5.10 | Travel to/from NY for Creditors Committee meeting and meeting with JPM and Debtors. |

Graeme W. Bush

| 09/22/10 | 2.00 | Travel to Wilmington, DE from Raleigh-Durham, NC. |
| 09/25/10 | 2.50 | Travel to Wilmington, DE. |
| 09/27/10 | 2.00 | Travel to Washington, DC from Wilmington, DE. |

# EXHIBIT B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
14th Monthly Fee Application
Period 9/1/10-9/30/10

| EXPENSES | AMOUNT | | DATE OF SERVICE | | TOTALS | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **EXPRESS DELIVERY** | $ | 26.43 | 9/28/2010 | | | |
| | | | | | | |
| **Total** | $ | 26.43 | | | $ | 26.43 |
| **TRAVEL - TRAIN** | $ | 446.00 | 9/27/2010 | GB | | |
| | $ | 426.70 | 9/29/2010 | GB | | |
| | $ | 234.00 | 9/29/2010 | JS | | |
| | | | | | | |
| | $ | 1,106.70 | | | $ | 1,106.70 |
| | | | | | | |
| **HOTEL** | $ | 789.80 | 9/29/2010 | GB | | |
| | | | | | | |
| | $ | 789.80 | | | $ | 789.80 |
| | | | | | | |
| **TAXI** | $ | 77.00 | 9/28/2010 | GB | | |
| | $ | 25.00 | 9/28/2010 | AG | | |
| | $ | 17.00 | 9/29/2010 | AG | | |
| | | | | | | |
| | $ | 119.00 | | | $ | 119.00 |
| | | | | | | |
| **MEALS** | $ | 5.00 | 9/27/2010 | GB | | |
| | $ | 10.45 | 9/27/2010 | AG | | |
| | $ | 22.34 | 9/29/2010 | | | |
| | | | | | | |
| | $ | 37.79 | | | $ | 37.79 |
| | | | | | | |
| **TIPS** | $ | 17.00 | 9/29/2010 | | | |
| | | | | | | |
| | $ | 17.00 | | | $ | 17.00 |
| | | | | | | |
| **OUTSOURCED COPY - IKON** | $ | 267.20 | 9/28/2010 | | | |
| | | | | | | |
| | $ | 267.20 | | | $ | 267.20 |
| | | | | | | |
| **OUTSOURCED DOC SERVICES PARCELS** | $ | 3,131.67 | 9/28/2010 | | | |
| | | | | | | |
| | $ | 3,131.67 | | | $ | 3,131.67 |
| | | | | | | |
| **INHOUSE PHOTOCOPY** | $ | 37.00 | 9/9/2010 | | | |
| | $ | 61.10 | 9/13/2010 | | | |
| | $ | 0.30 | 9/21/2010 | | | |
| | $ | 2.50 | 9/22/2010 | | | |
| | $ | 37.00 | 9/29/2010 | | | |
| | | | | | | |
| | $ | 137.90 | | | $ | 137.90 |
| | | | | | | |
| **INHOUSE FACSIMILE** | $ | 5.00 | 9/13/2010 | | | |
| | | | | | | |
| | $ | 5.00 | | | $ | 5.00 |
| | | | | | | |
| **WESTLAW RESEARCH** | $ | 3,412.69 | 8/31/2010 | | | |
| | | | | | | |
| **Total** | $ | 3,412.69 | | | $ | 3,412.69 |
| **TELEPHONE CONF - SOUNDPATH** | $ | 83.65 | 9/9/2010 | | | |
| | | | | | | |
| | $ | 83.65 | | | $ | 83.65 |
| | | | | | | |
| **LONG DISTANCE CALLS** | $ | 0.24 | 9/7/2010 | | | |
| | $ | 3.24 | 9/8/2010 | | | |
| | $ | 0.12 | 9/9/2010 | | | |

Zuckerman Spaeder LLP
**14th Monthly Fee Application**
**Period 9/1/10-9/30/10**

|  |  |  |  |  |
|---|---|---|---|---|
|  | $ | 1.20 | 9/10/2010 |  |
|  | $ | 1.56 | 9/13/2010 |  |
|  | $ | 5.16 | 9/14/2010 |  |
|  | $ | 4.08 | 9/15/2010 |  |
|  | $ | 3.24 | 9/16/2010 |  |
|  | $ | 3.72 | 9/17/2010 |  |
|  | $ | 0.96 | 9/21/2010 |  |
|  | $ | 1.20 | 9/23/2010 |  |
|  | $ | 4.20 | 9/24/2010 |  |
|  | $ | 8.76 | 9/28/2010 |  |
|  | $ | 9.36 | 9/29/2010 |  |
|  |  |  |  |  |
| Total | $ | 47.04 |  | $ 47.04 |
|  |  |  |  |  |
| POSTAGE | $ | 8.80 | 9/30/2010 |  |
|  |  |  |  |  |
| Total | $ | 8.80 |  | $ 8.80 |
|  |  |  |  |  |
| GRAND TOTAL |  |  |  | $ 9,190.67 |