# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey #5**

Calendar Date: 10/26/2010
Calendar Time: 02:00 PM ET

Amended Calendar 10/26/2010 10:45 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821913 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822657 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823982 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822919 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823051 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824029 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822417 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824782 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821878 | William Bowden | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822881 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822378 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822861 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823376 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |

Peggy Drasal    CourtConfCal2009    Page 2 of 7

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821863 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821825 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824674 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823239 | Steven H. Church | (302) 661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821853 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823830 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824063 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823382 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824854 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821877 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822578 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821857 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821862 | Andrew Hammond | 212-819-8200 | White & Case | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823357 | Jennifer Hoover | (302) 442-7010 | Benesch Friedlander Coplan & | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3825611 | Thomas Horan | (302) 252-4339 | Womble Carlyle Sandridge & Rice | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822899 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821824 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824004 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |

| Case | Type | ID | Name | Phone | Firm | Representing | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824801 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824712 | David Klauder | 302-573-6491 | United States Trustee Department | Interested Party, United States Trustee Office / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823952 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823974 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821845 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823978 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822606 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821859 | Thomas Lauria | (212) 819-8200 | White & Case | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821787 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821856 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822598 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824046 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823965 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824999 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824723 | Robert Craig Martin | (302) 425-7116 | Edwards Angell Palmer Dodge, LLP | Interested Party, Barclays Capital / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821911 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Client, Deutsche Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822617 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823994 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823060 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell | Creditor, JP Morgan Chase Bank / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823914 | Karen S. Park | (212) 756-2036 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821952 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Meryl Lynch Capital Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824011 | Norman L. Pernick | 302-295-4829 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821855 | Jonathan Polkes | 212-310-8000 ext. 999 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821789 | David M. Powlen | (317) 727-2211 | Barnes & Thornburg LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822289 | Dennis A. Prieto | (646) 445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821950 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corp / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821846 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822649 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scottland | Representing, - / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821860 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824515 | Allison E. Ross | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823317 | Javier Schiffrin | (917) 495-1676 | Schiffrin & Partners | Interested Party, Javier Schiffrin / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821839 | Jeffrey M. Schlerf | 302-622-4212 | Fox Rothschild LLP | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821851 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823365 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821953 | Laurie Silver Silverstein | (302) 984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822675 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821866 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823371 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823041 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Interested Party, JP Morgan Chase Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824945 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824019 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824732 | Andrew M. Thau | 212-692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822685 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3823248 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3821884 | Shai Waisman | 212-310-8274 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824071 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3822062 | David Zensky | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |