## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:                                                    : Chapter 11
                                                          :
TRIBUNE COMPANY, et al.                                   : Case No. 08-13141 (KJC)
                                                          :
                          Debtors.                        : Jointly Administered
                                                          :
------------------------------------------------------------ X

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the

admission pro hac vice of Andrew J. Schoulder to represent the Step One Credit Agreement

Lenders ("Step One Lenders"), a number of individual creditors in connection with their holdings

of "Step One" indebtedness governed by the Credit Agreement, dated as of May 17, 2007.


Dated:  October 26, 2010

*Counsel to the Step One Credit Agreement Lenders*


MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989


NEWYORK\62833.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rule and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: 

Andrew J. Schoulder (4140232)
BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10020-11401
Telephone:  (212) 508-6132
Facsimile:  (212) 938-3832

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:

_____
United States Bankruptcy Judge