IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ X
In re:                                                             : Chapter 11
                                                                   :
TRIBUNE COMPANY, et al.                                            : Case No. 08-13141 (KJC)
                                                                   :
                Debtors.                            : Jointly Administrated
                                                                   :
------------------------------------------------------------------ X

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Daniel S. Connolly to represent the Step One Credit Agreement Lenders ("Step One Lenders"), a number of individual creditors in connection with their holdings of "Step One" indebtedness governed by the Credit Agreement, dated as of May 17, 2007.

Dated: October 26, 2010

                        *Counsel to the Step One Credit Agreement Lenders*

                        MORRIS, NICHOLS, ARSHT
                        & TUNNELL LLP
                        Daniel B. Butz (No. 4227)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        Telephone: 302.658.9200
                        Facsimile: 302.658.3989

NEWYORK\62833.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rule and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: _____
Daniel S. Connolly (2265569)
BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10020-11401
Telephone: (212) 508-6104
Facsimile: (212) 938-3804

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:

_____
United States Bankruptcy Judge

NEWYORK\62833.1