# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

September 1, 2010 through and including September 30, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 2.80 | 1,316.00 |
| 005735.00004 | Current Financials | 144.40 | 76,964.00 |
| 005735.00007 | Employee Issues | 29.10 | 15,382.00 |
| 005735.00008 | Plan of Reorganization | 31.90 | 19,785.00 |
| 005735.00011 | Misc. Motions | 2.20 | 1,169.00 |
| 005735.00014 | Avoidance Actions | 136.30 | 62,729.00 |
| 005735.00015 | UCC Meetings | 37.00 | 23,431.00 |
| 005735.00017 | Billing and Retention | 20.30 | 10,887.00 |
| **Total Fees Incurred** | | **404.00** | **211,663.00** |

Re:                        Business Analysis
Client/Matter #            005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/20/10 | YK | Reviewed and analyzed media and publishing industry for competitor and peer developments. | 0.80 |
| 09/22/10 | YK | Prepared summary of competitor and industry peer developments. | 0.90 |
| 09/29/10 | YK | Reviewed and analyzed recent developments in the publishing and broadcasting industry. Prepared exhibit. | 1.10 |
| | | **Total Hours** | **2.80** |

Re:                    Business Analysis
Client/Matter #        005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Young Kim | 2.80 | 470.00 | 1,316.00 |
| **Total Hours & Fees** | **2.80** | | **1,316.00** |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/10 | YK | Reviewed and analyzed broadcasting July 2010 brown book results. Produced exhibits and performed financial analysis. | 2.80 |
| 09/01/10 | YK | Reviewed and analyzed publishing July 2010 brown book results. Produced exhibits and performed financial analysis. | 2.70 |
| 09/01/10 | YK | Reviewed and analyzed corporate and equity income July 2010 brown book results. Produced exhibits and performed financial analysis. | 2.80 |
| 09/01/10 | YK | Reviewed and revised weekly status report to the UCC. | 0.70 |
| 09/01/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.30 |
| 09/01/10 | ANL | Prepared weekly status update. | 2.20 |
| 09/01/10 | ANL | Reviewed July 2010 year to date results. | 1.20 |
| 09/01/10 | AH | Review weekly report to UCC | 0.60 |
| 09/02/10 | YK | Reviewed and revised weekly status report to the UCC. | 0.80 |
| 09/02/10 | ANL | Prepared weekly status update. | 1.20 |
| 09/02/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.80 |
| 09/02/10 | ANL | Reviewed new 13 week cash flow forecast and prepared variance analysis. | 1.10 |
| 09/03/10 | YK | Reviewed and revised July 2010 brown book presentation. | 1.30 |
| 09/07/10 | AH | Review weekly report to UCC | 0.40 |
| 09/07/10 | AH | Discuss case status w/ A. Leung (AlixPartners) | 0.30 |
| 09/07/10 | BH | Review and analyze Tribune weekly financial performance and revise report to UCC on results. | 2.30 |
| 09/07/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.10 |
| 09/07/10 | ANL | Prepared weekly status update. | 1.00 |
| 09/07/10 | YK | Reviewed and analyzed July 2010 broadcasting business unit results. Performed analysis and prepared exhibits. | 1.80 |
| 09/07/10 | YK | Reviewed and analyzed July 2010 publishing business unit results. Performed analysis and prepared exhibits. | 1.40 |
| 09/07/10 | YK | Reviewed and analyzed July 2010 corporate and equity income results. Performed analysis and prepared exhibits. | 0.70 |
| 09/07/10 | YK | Reviewed and revised July 2010 brown book presentation to the UCC. | 1.40 |
| 09/07/10 | ANL | Held call with A. Holtz (AlixPartners) re case status. | 0.30 |
| 09/08/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.60 |
| 09/08/10 | ANL | Reviewed July 2010 management operating report. | 1.50 |
| 09/08/10 | ANL | Prepared weekly status update. | 1.80 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/08/10 | BH | Prepare verbal presentation to UCC of weekly financial results of Tribune. | 0.90 |
| 09/08/10 | YK | Prepared supporting materials for July 2010 brown book review. | 1.50 |
| 09/09/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.70 |
| 09/09/10 | ANL | Prepared weekly status update. | 2.30 |
| 09/09/10 | YK | Reviewed and analyzed cash flow trends for the recent periods and perform comparisons to previous projections. | 2.30 |
| 09/09/10 | YK | Reviewed trends and developments in media and publishing industries. | 0.80 |
| 09/09/10 | YK | Reviewed and revised weekly status report. | 0.80 |
| 09/10/10 | YK | Reviewed and revised weekly status report to the UCC. | 0.30 |
| 09/10/10 | ANL | Reviewed 13 week cash flow forecast for Debtor and non-Debtor cash. | 1.20 |
| 09/10/10 | ANL | Prepared weekly status update. | 1.50 |
| 09/13/10 | ANL | Analyzed and reviewed July 2010 management operating report. | 2.20 |
| 09/13/10 | ANL | Prepared review of July 2010 report to the UCC. | 1.80 |
| 09/13/10 | AH | Update call w/ B. Whittman (A&M) | 0.30 |
| 09/14/10 | BH | Review and analyze weekly financial results and revise report to UCC on performance compared to Plan. | 2.20 |
| 09/14/10 | ANL | Prepared review of July 2010 report to the UCC. | 2.20 |
| 09/15/10 | ANL | Prepared summary of publishing revenue detail and expenses for July 2010. | 1.60 |
| 09/15/10 | ANL | Prepared summary of publishing and broadcasting OCF for July 2010 YTD. | 1.30 |
| 09/15/10 | ANL | Prepared UCC report on July 2010 results. | 2.10 |
| 09/15/10 | AH | Review weekly report to UCC | 0.40 |
| 09/15/10 | MPM | Reviewed and revised UCC report on July 2010 results. | 0.70 |
| 09/16/10 | BH | Prepare verbal presentation to UCC of weekly financial results. | 0.90 |
| 09/17/10 | ANL | Prepared summary of equity income and corporate expenses for July 2010. | 1.70 |
| 09/17/10 | ANL | Prepared summary of broadcasting OCF by station for July 2010 YTD. | 1.80 |
| 09/17/10 | ANL | Analyzed and reviewed July 2010 management operating report and June management operating report. | 2.60 |
| 09/20/10 | ANL | Prepared for and participated in Tribune financial advisors' call with Tribune management to discuss August 2010 | 0.80 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | results and weekly revenue results. | |
| 09/20/10 | ANL | Prepared weekly status report to UCC. | 1.50 |
| 09/20/10 | ANL | Analyzed and reviewed weekly revenue flash, weekly cash flow results and August preliminary results. | 2.70 |
| 09/20/10 | ANL | Analyzed and reviewed Debtors updated 2010 revenue and OCF forecast and reviewed original 2010 Plan. | 2.10 |
| 09/20/10 | AH | Review latest financial forecast from Debtors | 0.30 |
| 09/20/10 | BH | Call with Tribune advisors to review interim financial results. | 0.80 |
| 09/20/10 | YK | Prepared for, attended and followed up on conference call with A&M. | 1.00 |
| 09/20/10 | YK | Reviewed and analyzed weekly cash flows as provided by the Debtor and A&M. | 1.50 |
| 09/20/10 | YK | Reviewed and revised weekly status report to the UCC. | 1.50 |
| 09/21/10 | BH | Review and analyze weekly financial results and revise report to UCC on actual results compared to Plan. | 2.20 |
| 09/21/10 | ANL | Prepared UCC report on July 2010 results. | 1.10 |
| 09/21/10 | ANL | Prepared weekly status report to UCC. | 0.50 |
| 09/22/10 | ANL | Prepared weekly status update. | 1.60 |
| 09/22/10 | ANL | Analyzed and reviewed weekly revenue flash, weekly cash flow results and August preliminary results. | 2.20 |
| 09/22/10 | ANL | Reviewed July 2010 management operating report. | 0.60 |
| 09/22/10 | AH | Review weekly report to UCC | 0.40 |
| 09/22/10 | YK | Prepared analysis of weekly cash flow report. | 1.80 |
| 09/23/10 | YK | Reviewed and revised weekly presentation to the UCC. | 1.50 |
| 09/23/10 | BH | Prepare comments for verbal presentation of weekly financial results to UCC. | 0.90 |
| 09/23/10 | BH | Review and analyze Tribune financial results with other industry comparable companies. | 0.60 |
| 09/23/10 | BH | Review and analyze monthly financial results as presented in July Brown Books. | 1.10 |
| 09/23/10 | ANL | Prepared weekly status report to UCC. | 1.80 |
| 09/23/10 | ANL | Reviewed past Tribune 13 week cash flow forecast for Food TV cash dividend forecast. | 0.50 |
| 09/23/10 | ANL | Prepared summary July 2010 publishing results. | 2.20 |
| 09/24/10 | ANL | Prepared Tribune July 2010 operating results report to UCC. | 2.30 |
| 09/24/10 | ANL | Reviewed August 2010 management operating report. | 1.50 |
| 09/24/10 | BH | Revise report on July financial results for presentation to UCC. | 1.60 |
| 09/27/10 | ANL | Analyzed and reviewed weekly revenue flash, weekly cash | 1.20 |

Re:                         Current Financials
Client/Matter #             005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | flow results and August preliminary results. |      |
| 09/27/10 | ANL | Prepared weekly status report to UCC. | 0.80 |
| 09/28/10 | ANL | Prepared weekly status report to UCC. | 0.70 |
| 09/28/10 | ANL | Reviewed August 2010 management operating report. | 2.70 |
| 09/28/10 | AH | Review weekly report to UCC | 0.50 |
| 09/28/10 | YK | Reviewed and analyzed August 2010 corporate and equity income brown book reports. | 1.50 |
| 09/28/10 | YK | Reviewed and analyzed August 2010 brown book re publishing business unit. | 1.20 |
| 09/28/10 | BH | Review and analyze weekly financial results and revise report to UCC comparing actual results to Plan. | 2.00 |
| 09/29/10 | YK | Reviewed and analyzed recently posted weekly cash flow results. | 1.80 |
| 09/29/10 | YK | Reviewed and analyzed August 2010 brown book results for publishing business unit. | 2.30 |
| 09/29/10 | YK | Reviewed and revised weekly status report to the UCC. | 0.80 |
| 09/29/10 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 09/29/10 | ANL | Analyzed and reviewed weekly revenue flash, weekly cash flow results and August preliminary results. | 1.30 |
| 09/29/10 | ANL | Analyzed updated 13 week cash flow forecast provided by the Debtors. | 0.80 |
| 09/30/10 | ANL | Prepared summary of August 2010 broadcasting operational data. | 1.80 |
| 09/30/10 | ANL | Prepared summary of August 2010 broadcasting revenue details. | 1.20 |
| 09/30/10 | ANL | Prepared summary of August 2010 broadcasting expense details. | 1.30 |
| 09/30/10 | ANL | Reviewed August 2010 management operating report and 5 year plan. | 2.80 |
| 09/30/10 | YK | Reviewed and analyzed August 2010 brown book results for publishing business unit. | 2.80 |
| 09/30/10 | YK | Reviewed and analyzed August 2010 brown book results for corporate and equity income. | 1.80 |
| 09/30/10 | YK | Reviewed and revised July 2010 brown book presentation. | 0.80 |
| 09/30/10 | BH | Prepare verbal presentation to UCC for discussion of weekly financial results compared to Plan. | 0.90 |
| 09/30/10 | BH | Review and analyze July monthly and year to date results and revise presentation to the UCC on results compared to Plan. | 2.60 |
| 09/30/10 | BH | Review and analyze the Monthly Operating Report provided by Tribune. | 1.50 |

Re:                        Current Financials
Client/Matter #            005735.00004

**Total Hours          144.40**

Re:                              Current Financials
Client/Matter #                  005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 0.70 | 820.00 | 574.00 |
| Alan Holtz | 3.20 | 820.00 | 2,624.00 |
| Albert Leung | 77.60 | 530.00 | 41,128.00 |
| Brad Hall | 20.50 | 620.00 | 12,710.00 |
| Young Kim | 42.40 | 470.00 | 19,928.00 |
| **Total Hours & Fees** | **144.40** | | **76,964.00** |

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/10 | ANL | Analyzed and reviewed Tribune management transition plan. | 1.60 |
| 09/02/10 | AH | Email exchange w/ B. Whitman (A&M) re: transition severance plan and DTC shareholder list | 0.20 |
| 09/03/10 | BH | Draft presentation on Tribune proposed Severance Plan for key executives. | 0.70 |
| 09/10/10 | ANL | Reviewed Mercer report on Tribune Management Transition Plan and comparable's support materials. | 2.30 |
| 09/15/10 | YK | Prepared, reviewed and revised exhibits summarizing the employee severance plans in other bankruptcy matters. | 2.80 |
| 09/15/10 | ANL | Prepared UCC presentation on management transition plan. | 1.50 |
| 09/16/10 | ANL | Reviewed Tribune management transition plan documents and Mercer presentation. | 2.10 |
| 09/16/10 | ANL | Analyzed and reviewed compensation related exhibits per amended POR documents. | 1.70 |
| 09/16/10 | ANL | Prepared UCC presentation on management transition plan. | 3.10 |
| 09/16/10 | YK | Reviewed and analyzed employee severance plans in other bankruptcy matters. | 3.20 |
| 09/16/10 | YK | Prepared, reviewed and revised exhibits summarizing the employee severance plans in other bankruptcy matters. | 1.20 |
| 09/17/10 | BH | Review and edit report to UCC on Tribune Severance Plan and comparable programs as described by Mercer. | 2.60 |
| 09/17/10 | ANL | Analyzed and reviewed bankruptcy comparable severance plans and supporting documents. | 2.10 |
| 09/17/10 | ANL | Prepared UCC presentation on management transition plan. | 1.80 |
| 09/21/10 | ANL | Prepared UCC presentation on management transition plan. | 1.80 |
| 09/21/10 | BH | Review and analyze responses to questions which were provided by Tribune advisors re management transition plan. | 0.40 |
| | | **Total Hours** | **29.10** |

Re:                            Employee Issues
Client/Matter #                005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.20 | 820.00 | 164.00 |
| Albert Leung | 18.00 | 530.00 | 9,540.00 |
| Brad Hall | 3.70 | 620.00 | 2,294.00 |
| Young Kim | 7.20 | 470.00 | 3,384.00 |
| **Total Hours & Fees** | **29.10** | | **15,382.00** |

Re:                 Plan of Reorganization
Client/Matter #     005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/01/10 | BH | Review and analyze the formation of a Special Committee of the Board by Tribune to deal with Reorganization matters. | 0.50 |
| 09/01/10 | BH | Review and analyze the court approval of the appointment of a mediator and determine the scope of review and process. | 0.60 |
| 09/01/10 | AH | Review papers re: mediator appointment, special committee, including call with Intralinks for download issues | 0.80 |
| 09/07/10 | AH | Review Aurelius correspondence and response | 0.20 |
| 09/20/10 | YK | Reviewed and analyzed Plan of Reorganization draft by Oaktree and Angelo Gordon. | 0.80 |
| 09/21/10 | ANL | Analyzed and reviewed senior lenders proposed alternative Plan of Reorganization. | 2.80 |
| 09/22/10 | MPM | Reviewed Oaktree proposed plan of reorganization. | 1.30 |
| 09/22/10 | YK | Reviewed and analyzed Oak Tree and Angelo Gordon Plan of Reorganization. | 1.30 |
| 09/23/10 | MPM | Reviewed senior lender proposed plan of reorganization. | 1.50 |
| 09/23/10 | MPM | Reviewed Debtors' amended POR. | 1.70 |
| 09/24/10 | ANL | Reviewed and analyzed Oaktree/Angelo Gordon Plan of Reorganization. | 2.20 |
| 09/24/10 | BH | Review and analyze the Plan of Reorganization proposed by Angelo Gordon and Oaktree. | 3.10 |
| 09/28/10 | BH | Review and analyze information provided as a result to mediation, including the Debtors Plan and term sheet prepared following settlement with Oaktree and Angelo Gordon, and the Mediators Report on Status. | 1.80 |
| 09/28/10 | BH | Review and summarize various press releases on mediation results. | 0.40 |
| 09/28/10 | ANL | Analyzed and reviewed Oaktree Debtors proposed POR term sheet. | 1.80 |
| 09/28/10 | ANL | Reviewed Step 1 lender objections to Oaktree Plan of Reorganization. | 1.20 |
| 09/29/10 | ANL | Held call with A. Holtz (AlixPartners) re POR issues. | 0.30 |
| 09/29/10 | ANL | Reviewed Step one lenders objection motion to Plan of Reorganization. | 0.70 |
| 09/29/10 | BH | Review draft of Plan of Reorganization as proposed by UCC. | 1.70 |
| 09/29/10 | ANL | Reviewed UCC meeting minutes and notes for details regarding POR formation and POR details. | 1.50 |
| 09/29/10 | BH | Participated in call with A. Holtz (AlixPartners) re POR process. | 0.30 |
| 09/29/10 | AH | Discuss work in process re: PORs w/ A. Leung and B. Hall (both AlixPartners). | 0.30 |

Re:                         Plan of Reorganization
Client/Matter #             005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/30/10 | BH | Draft summary of prior Plan proposals for comparison to the Debtors Plan supported by Oaktree and Angelo Gordon. | 1.40 |
| 09/30/10 | BH | Review and analyze the Analysis of Credit Agreement Lender and Tribune Settlement terms as prepared by Moelis. | 0.70 |
| 09/30/10 | ANL | Reviewed Moelis recovery and POR analysis. | 1.70 |
| 09/30/10 | MPM | Reviewed Tribune UCC's draft POR. | 1.30 |
| | | **Total Hours** | **31.90** |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 5.80 | 820.00 | 4,756.00 |
| Alan Holtz | 1.30 | 820.00 | 1,066.00 |
| Albert Leung | 12.20 | 530.00 | 6,466.00 |
| Brad Hall | 10.50 | 620.00 | 6,510.00 |
| Young Kim | 2.10 | 470.00 | 987.00 |
| **Total Hours & Fees** | **31.90** | | **19,785.00** |

Re:             Misc. Motions
Client/Matter #     005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/07/10 | YK | Reviewed Aurelius letter and Chadbourne's draft response. | 0.40 |
| 09/22/10 | BH | Review Aurelis Motion to Disqualify Chadbourne. | 0.60 |
| 09/28/10 | BH | Review and analyze the motion to employ Novak and Macey. | 0.30 |
| 09/28/10 | YK | Reviewed and analyzed motion to retain Novack & Macey. | 0.40 |
| 09/29/10 | YK | Reviewed and analyzed Tribune's motion to retain Sitrick. | 0.50 |
| | | **Total Hours** | **2.20** |

Re:                         Misc. Motions
Client/Matter #             005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 0.90 | 620.00 | 558.00 |
| Young Kim | 1.30 | 470.00 | 611.00 |
| **Total Hours & Fees** | **2.20** | | **1,169.00** |

Re:             Avoidance Actions
Client/Matter #  005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/01/10 | CR | Reviewed Relativity incremental document production from banks and advisors. | 1.60 |
| 09/01/10 | BH | Request information of Tribune advisors pertaining to Step 1 and Step 2 Shareholders receiving payments. | 0.50 |
| 09/01/10 | BH | Review and analyze the reports provided by Tribune advisors on the payments made to Shareholders at Step 1 and Step 2. | 0.80 |
| 09/02/10 | BH | Review and analyze shareholder payment information pertaining to Step 1 and Step 2. | 0.70 |
| 09/02/10 | MPM | Analyzed and reviewed Examiner's report in regards to Step 1 and Step 2 transactions. | 0.90 |
| 09/02/10 | MFR | Research regarding VRC valuation opinions. Communication with Chadbourne regarding the same. | 2.30 |
| 09/03/10 | MFR | Review and analysis of documents related to executive compensation.  Communication with Chadbourne regarding the same. | 2.70 |
| 09/03/10 | MFR | Review of VRC and Merrill Lynch solvency documents. Communication with Chadbourne regarding the same. | 2.20 |
| 09/03/10 | CR | Analyzed payments to Directors and Officers leading up to step 2. | 2.40 |
| 09/07/10 | BH | Communication with Chadbourne on Shareholder Payments received at Step 1 and Step 2. | 0.90 |
| 09/07/10 | MPM | Reviewed and analyzed Tribune unredacted examiner report & exhibits. | 1.10 |
| 09/09/10 | CR | Reviewed and analyzed Angelo Gordon documents on Relativity data site for valuation analyses related to debtor solvency prior to the LBO transactions. | 3.90 |
| 09/09/10 | ANL | Reviewed and analyzed UCC draft complaint. | 1.80 |
| 09/09/10 | MFR | Review and analysis of additional Angelo Gordon produced documents for LBO - related issues. | 4.50 |
| 09/09/10 | MFR | Review and analysis of additional Blackstone produced documents for LBO related issues. | 4.10 |
| 09/10/10 | MFR | Review and analysis of additional Angelo Gordon documents produced. | 2.00 |
| 09/10/10 | ANL | Reviewed UCC draft lender complaint. | 1.70 |
| 09/10/10 | CR | Reviewed and analyzed Angelo Gordon documents on Relativity for valuation analyses related to debtor solvency prior to the LBO transactions. | 5.90 |
| 09/13/10 | BH | Provide shareholder payment data information to Chadbourne. | 0.40 |
| 09/14/10 | BH | Call with Chadbourne to discuss shareholder payments received at Step 1 and Step 2. | 0.50 |

32

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 09/14/10 | BH | Call with Tribune advisors to discuss obtaining additional shareholder payment information detail. | 0.30 |
| 09/14/10 | CR | Reviewed and analyzed Angelo Gordon documents from Relativity database for valuation information. | 1.90 |
| 09/14/10 | ANL | Reviewed step 1 and step 2 payments per UCC counsel request. | 2.20 |
| 09/14/10 | ANL | Prepared for and participated in conference call with Chadbourne on step 1 and step 2 payments to shareholders. | 0.80 |
| 09/14/10 | ANL | Reviewed step 1 and step 2 payments per UCC counsel request. | 1.60 |
| 09/14/10 | ANL | Prepared for and participated in conference call with A&M on step 1 and step 2 payments to shareholders document request. | 0.60 |
| 09/15/10 | CR | Reviewed and analyzed Angelo Gordon documents on Relativity database for valuation analyses related to debtor solvency prior to the LBO transactions. | 7.60 |
| 09/15/10 | BH | Follow-up with Tribune advisors on additional shareholder payment detail from DTC. | 0.30 |
| 09/16/10 | BH | Discussion with Tribune advisors on detailed information on shareholder payments to be received from DTC. | 1.20 |
| 09/16/10 | AH | Email exchange w/ M. Ashley (Chadbourne) and B. Hall re: 1st and 2nd step shareholder payouts | 0.30 |
| 09/16/10 | MFR | Review and analysis of additional Angelo Gordon produced documents for LBO related issues. | 9.00 |
| 09/17/10 | MFR | Review and analysis of additional Blackstone produced documents for LBO related issues. | 8.60 |
| 09/20/10 | MFR | Review and analysis of additional BoA produced documents for LBO related issues. | 5.50 |
| 09/20/10 | MFR | Review and analysis of principal and interest documents. Communication with Chadbourne regarding the same. | 3.30 |
| 09/20/10 | YK | Reviewed and analyzed draft objection to Aurelius motion by counsel and the UCC. | 0.40 |
| 09/20/10 | CR | Analyzed principal and interest payments to step 1 and step 2 lenders. | 1.80 |
| 09/20/10 | CR | Reviewed Angelo Gordon documents from Relativity data site for valuation analyses. | 3.10 |
| 09/21/10 | ANL | Reviewed examiner's report & exhibits. | 1.30 |
| 09/21/10 | BH | Summarize Shareholder payment information pertaining to Step One and Step Two for discussions with Chadbourne. | 0.80 |
| 09/21/10 | BH | Discuss Tribune Shareholder Payment data from DTC with Tribune Advisors. | 0.20 |
| 09/21/10 | MFR | Review of documents related to mediation brief. | 2.90 |

Re:                Avoidance Actions
Client/Matter #    005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Communication with Chadbourne regarding the same. | |
| 09/22/10 | ANL | Analyzed and reviewed Step 1 and Step 2 shareholder information provided by A&M. | 1.50 |
| 09/22/10 | CR | Reviewed Angelo Gordon documents from Relativity database for valuation analyses. | 3.80 |
| 09/22/10 | AH | Review various court pleadings re: Aurelius motions | 1.30 |
| 09/23/10 | CR | Reviewed Angelo Gordon documents on Relativity data site for valuation analyses. | 1.60 |
| 09/24/10 | CR | Reviewed Angelo Gordon documents on Relativity data site for valuation analyses. | 3.40 |
| 09/27/10 | ANL | Analyzed and reviewed Step 1 and Step 2 shareholder information provided by A&M. | 2.10 |
| 09/27/10 | ANL | Prepared memo for Chadbourne on Step 1 and Step 2 shareholder information. | 1.10 |
| 09/27/10 | ANL | Reviewed examiners report, recovery analysis and draft settlement agreement. | 2.30 |
| 09/27/10 | CR | Reviewed Angelo Gordon documents from Relativity data site for valuation analyses. | 2.90 |
| 09/27/10 | BH | Review and analyze Shareholder payment data provided by DTCC. | 1.70 |
| 09/27/10 | BH | Draft memo to Chadbourne on review and analysis of DTCC information regarding Shareholder payments made at Step 2. | 2.10 |
| 09/28/10 | BH | Call with Chadbourne to discuss Shareholder payment data received and further information required. | 0.50 |
| 09/28/10 | CR | Reviewed Angelo Gordon documents from Relativity data site for valuation analyses. | 2.80 |
| 09/29/10 | CR | Completed valuation analysis review of entire Angelo Gordon 8/13/2010 production on Relativity data site related to debtor solvency prior to the LBO transactions. | 9.20 |
| 09/29/10 | ANL | Prepared for and participated in conference call with Sidley, Chadbourne & Parke and A&M regarding Step 1 and Step 2 shareholder information and outstanding document request. | 1.20 |
| 09/29/10 | BH | Participate in call with Chadbourne, Sidley and Tribune advisors on the information provided by DTCC and additional information needed from DTCC, regarding payments made to shareholders. | 0.60 |
| 09/29/10 | BH | Respond to inquiries of Chadbourne on the timing of ownership of the ESOP and any payments made to ESOP shareholders. | 0.30 |
| 09/30/10 | CR | Reviewed Bank of Japan, Wilmington Trust and Blackstone documents on Relativity data site for valuation analyses. | 3.30 |
| | | **Total Hours** | **136.30** |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 2.00 | 820.00 | 1,640.00 |
| Alan Holtz | 1.60 | 820.00 | 1,312.00 |
| Mark F Rule | 47.10 | 530.00 | 24,963.00 |
| Albert Leung | 18.20 | 530.00 | 9,646.00 |
| Brad Hall | 11.80 | 620.00 | 7,316.00 |
| Young Kim | 0.40 | 470.00 | 188.00 |
| Christopher Rubel | 55.20 | 320.00 | 17,664.00 |
| **Total Hours & Fees** | **136.30** | | **62,729.00** |

Re:                       UCC Meetings
Client/Matter #           005735.00015

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 09/08/10 | AH | Weekly update call with UCC Professionals | 0.40 |
| 09/08/10 | AH | Participate in weekly UCC meeting (telephonically) | 1.90 |
| 09/08/10 | BH | Participate in weekly Tribune professionals call. | 0.40 |
| 09/08/10 | BH | Participate in UCC meeting and provide report on weekly financial results. | 1.90 |
| 09/08/10 | MFR | Participation in UCC professionals' conference call. | 0.60 |
| 09/08/10 | MFR | Participation in UCC committee conference call. | 2.10 |
| 09/10/10 | MFR | Participation in UCC committee conference call. | 1.50 |
| 09/10/10 | BH | Participate in UCC meeting. | 1.00 |
| 09/10/10 | AH | Special UCC Conference call re: Aurelius letter | 1.00 |
| 09/14/10 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.70 |
| 09/14/10 | AH | Weekly call w/ UCC professionals | 0.50 |
| 09/14/10 | MFR | Participation in UCC professionals' conference call. | 0.80 |
| 09/16/10 | ANL | Prepared for and participated in telephonic UCC Meeting to discuss mediation procedures, Aurelius motions and draft UCC Mediation Statement. | 2.50 |
| 09/16/10 | BH | Participate in UCC meeting and provide report on weekly financial results. | 2.80 |
| 09/16/10 | AH | Participate in weekly UCC meeting (telephonic) | 2.80 |
| 09/20/10 | ANL | Prepared for and participated in special UCC meeting to discuss mediation and latest developments with the bondholder group. | 0.70 |
| 09/20/10 | AH | Participate in special meeting of UCC (telephonic) | 0.80 |
| 09/20/10 | BH | Participate in UCC meeting. | 0.60 |
| 09/23/10 | BH | Participate in UCC meeting and present weekly financial results. | 0.80 |
| 09/23/10 | AH | Participate in weekly UCC meeting (telephonically) | 0.80 |
| 09/23/10 | MFR | Participation in UCC committee conference call. | 0.80 |
| 09/23/10 | ANL | Prepared for and participated in telephonic UCC Meeting to discuss mediation issues, Aurelius motions hearing, and other issues. | 0.90 |
| 09/28/10 | ANL | Prepared for and participated in special UCC telephonic meeting to discuss mediation, POR amendments and Tribune press release. | 1.10 |
| 09/28/10 | AH | Special meeting of UCC (telephonic) | 1.20 |
| 09/28/10 | MFR | Participation in UCC committee conference call. | 1.20 |
| 09/28/10 | BH | Participate in UCC meeting. | 1.10 |
| 09/30/10 | BH | Participate in UCC meeting. | 1.90 |

Re:                        UCC Meetings
Client/Matter #            005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/30/10 | AH | Review note from UCC meeting and discuss w/ A. Leung (AlixPartners). | 0.30 |
| 09/30/10 | MFR | Participation in UCC committee conference call. | 2.00 |
| 09/30/10 | ANL | Prepared for and participated in UCC telephonic meeting to discuss weekly results, retention of additional professionals, 2010 MIP update, and Plan issues. | 1.90 |
| | | **Total Hours** | **37.00** |

37

Re:                    UCC Meetings
Client/Matter #        005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 9.70 | 820.00 | 7,954.00 |
| Mark F Rule | 9.00 | 530.00 | 4,770.00 |
| Albert Leung | 7.10 | 530.00 | 3,763.00 |
| Brad Hall | 11.20 | 620.00 | 6,944.00 |
| **Total Hours & Fees** | **37.00** | | **23,431.00** |

Re:                     Billing and Retention
Client/Matter #         005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/10 | ANL | Prepared AlixPartners response & exhibits to the fee examiner preliminary report on the AlixPartners fee application for the 5th Interim Period. | 1.10 |
| 09/07/10 | YK | Prepared August 2010 fee application. | 0.70 |
| 09/08/10 | ANL | Prepared August 2010 fee application. | 1.50 |
| 09/10/10 | ANL | Reviewed and revised August 2010 fee application. | 1.60 |
| 09/10/10 | YK | Prepared August 2010 fee application. | 1.20 |
| 09/13/10 | ANL | Reviewed and revised August 2010 fee application. | 1.20 |
| 09/14/10 | YK | Prepared August 2010 fee application. | 0.50 |
| 09/15/10 | YK | Prepared August 2010 fee application. | 1.30 |
| 09/16/10 | YK | Prepared August 2010 fee application. | 0.80 |
| 09/20/10 | ANL | Prepared August 2010 fee application & exhibits. | 0.50 |
| 09/20/10 | YK | Prepared August 2010 fee application motion. | 2.20 |
| 09/21/10 | ANL | Prepared August 2010 fee application & exhibits. | 1.80 |
| 09/22/10 | ANL | Prepared August 2010 fee application & exhibits. | 0.70 |
| 09/23/10 | ANL | Prepared August 2010 Fee Application. | 1.20 |
| 09/24/10 | AH | Review August fee application and time detail | 1.70 |
| 09/27/10 | AH | Final review of August fee application; sign and send to counsel for filing | 0.50 |
| 09/27/10 | YK | Prepared August 2010 fee application. | 1.80 |
| | | **Total Hours** | **20.30** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.20 | 820.00 | 1,804.00 |
| Albert Leung | 9.60 | 530.00 | 5,088.00 |
| Young Kim | 8.50 | 470.00 | 3,995.00 |
| **Total Hours & Fees** | **20.30** | | **10,887.00** |