# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

September 1, 2010 through and including September 30, 2010

| Expenses | Amount |
|---|---:|
| Meals & Tips | 23.00 |
| **Total Disbursements** | **23.00** |