**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, <u>et al</u>., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

<u>**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**</u>

      Pursuant to Local Bankruptcy Court Rule 9010-1(b) and the attached certification, counsel moves the court for pro hac vice admission of Joshua M. Mester of Hennigan Bennett & Dorman LLP, to represent the creditors and parties in interest identified on *Exhibit A* hereto in this action.

/s/ M. Blake Cleary
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

<u>**CERTIFICATION**</u>

      Pursuant to Local Bankruptcy Court Rule 9010-1(b), I certify that I am eligible for admission to this Court. I further certify I am admitted, practicing, and a member in good standing of the Bar of California. Pursuant to Local Bankruptcy Court Rule 9010-1(b), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Joshua M. Mester
Joshua M. Mester
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone:  (213) 694-1200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Dated: October _____ , 2010

_____

Kevin J. Carey
United States Bankruptcy Judge

**<u>EXHIBIT A</u>**

| Lender | Address |
|---|---|
| AG Diversified Credit Strategies Master, L.P.<br>AG Global Debt Strategy Partners, L.P.<br>James River Insurance Company<br>Northwoods Capital IV, Limited<br>Northwoods Capital V, Limited<br>Northwoods Capital VI, Limited<br>Northwoods Capital VII, Limited<br>Northwoods Capital VIII, Limited<br>Silver Oak Capital, LLC<br>Summer Hill Fixed Income AG, LLC | 245 Park Avenue<br>New York, NY 10167 |
| Anchorage Advisors, L.L.C. | 610 Broadway, 6th Floor<br>New York, NY 10012 |
| Avenue Investments, LP<br>Avenue Special Situations Fund IV, L.P.<br>Avenue - CDP Global Opportunities Fund, L.P. (US)<br>Avenue International Master, LP (Master)<br>Avenue Special Situations Fund V, L.P. | 535 Madison Avenue, 14th Floor<br>New York, NY 10022 |
| Canyon Capital Advisors, LLC | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Contrarian Funds LLC | 411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 |
| CVI GVF (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC<br>12700 Whitewater Dr.<br>Minnetonka, MN 55343-9439 |

| Lender | Address |
|---|---|
| Franklin Floating Rate Master Series<br>Franklin Floating Rate Daily Access Fund<br>Franklin Templeton Series II Funds – Franklin<br>    Floating Rate II Fund<br>Blue Shield of California<br>FT Opportunistic Distressed Funds Ltd.<br>Franklin Strategic Series – Franklin Strategic Income<br>    Fund<br>Templeton Global Investment Trust – Templeton<br>    Income Fund<br>Franklin Strategic Income Fund (Canada)<br>Franklin Templeton Variable Insurance Products<br>    Trust – Franklin Strategic Income Securities<br>    Fund<br>Franklin Total Return Fund | One Franklin Parkway<br>San Mateo, CA  94403 |
| GoldenTree Asset Management, LP<br>GoldenTree Credit Opportunities Financing I,<br>    Limited<br>GoldenTree 2004 Trust<br>GoldenTree Leverage Loan Master Fund, Ltd.<br>GoldenTree Credit Opportunities Second Financing,<br>    Limited<br>GoldenTree MultiStrategy Subsidiary, LLC<br>GoldenTree MultiStrategy Financing, Limited<br>GN3 SIP Limited | 300 Park Avenue, 21st Floor<br>New York, NY 10022 |
| Goldman Sachs Loan Partners | 1 New York Plaza, 49th Floor<br>New York, NY 10004 |
| Knighthead Master Fund, L.P.<br>LMA SPC for and on behalf of MAP84 Segregated<br>    Portfolio | 623 Fifth Avenue, 29th Floor<br>New York, NY 10022 |
| Luxor Capital Group, LP | 767 5th Ave. 19th Floor<br>New York, NY 10153 |
| Mason Capital Management, LLC, on behalf of itself<br>and as investment manager | 110 East 59th Street, 30th Floor<br>New York, NY 10022 |
| Oaktree Capital Management, L.P., and its affiliates<br>as general partner or investment manager of certain<br>funds and accounts | 333 S. Grand Avenue, 28th Floor<br>Los Angeles, CA 90071 |
| Special Situations Investing Group, Inc. | 200 West Street, 26th Floor<br>New York, NY 10282 |

| Lender | Address |
|---|---|
| Thracia LLC | 1350 Avenue of the Americas 21st Floor<br>New York, NY  10019 |
| Värde Investment Partners, L.P. | 8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN 55437 |
| Viking Global Equities LP<br>Viking Global Equities II LP<br>VGE III Portfolio Ltd. | 280 Park Avenue, 33rd Floor<br>New York, NY 10017 |