## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 Cases |
|  | : |  |
|  | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

----------------------------------------------------X

## NOTICE OF AKIN GUMP STRAUSS HAUER & FELD LLP'S WITHDRAWAL
## AS COUNSEL FOR CENTERBRIDGE CREDIT ADVISORS LLC

Pursuant to Delaware Bankruptcy Court Local Rule 9010-2(b), Akin Gump Strauss

Hauer & Feld LLP ("Akin Gump") hereby: (1) withdraws its appearance as counsel of record for

Centerbridge Credit Advisors LLC, on behalf of Centerbridge Partners, L.P., its investment

funds and accounts managed by itself and its affiliates ("Centerbridge"); (2) certifies that

Centerbridge consents to Akin Gump's withdrawal of its appearance as counsel of record for

Centerbridge.

Dated:  October 29, 2010
        Wilmington, Delaware

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Daniel Golden*
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

Attorneys for Centerbridge Credit Advisors LLC