IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE THAT** the firm of Sullivan Hazeltine Allinson LLC hereby gives notice of substitution of counsel for the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, as Delaware counsel for *Wilmington Trust Company, solely in its capacity as Successor Indenture Trustee to the PHONES Notes*. Substitute counsels' address, phone number, and bar number are as follows:

**Sullivan Hazeltine Allinson LLC**
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: 302-428-8191
Fax: 302-428-4195

All further pleadings, orders and notices should be sent to substitute counsel.

Dated: October 29, 2010
Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: 302-428-8191
Fax: 302-428-4195

*Counsel for Wilmington Trust Company, solely in its capacity as Successor Indenture Trustee to the PHONES Notes*