# EXHIBIT A

# Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

<u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Sixteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period September 1, 2010 through September 30, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Sixteenth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 29th day of October, 2010.

Christopher L. Meazell

# **EXHIBIT B**

## **Invoices and Excel Spreadsheet**

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1 - SEPTEMBER 30, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.4 | 100.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 11.9 | 6,307.00 |
| Barath R. Chari | Associate (since 2008): Communications; 2009 (CA & DC) | 270 | 6.0 | 1,620.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 50.9 | 36,902.50 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 450 | 5.4 | 2,430.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 550 | 0.7 | 385.00 |
|  |  | 450 | 13.8 | 6,210.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 37.2 | 24,180.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 0.9 | 247.50 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 17.8 | 7,120.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 | 540 | 1.0 | 540.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 (WI) | 440 | 6.6 | 2,904.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 12.1 | 7,562.50 |
| **TOTALS** |  |  | **164.7** | **96,508.50** |
| **BLENDED RATE** |  |  |  | **585.9653916** |

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

* Reflects blended billing rate of $450  through 12/31/10 on Broadcast Contract work

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### SEPTEMBER 1 - SEPTEMBER 30, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 127.7 | 80,748.50 |
| Fee Applications 08656.0101 | 17.8 | 7,120.00 |
| Broadcast Contracts 08656.0104 | 19.2 | 8,640.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **164.7** | **96,508.50** |

# ☒ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC ¦ Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

T 202.776.2000  F 202.776.2222

---

October 25, 2010                                                                                          Page 1

Tribune Company                                                                      Invoice 531764
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY 10016

Our File # 08656.0100          For Services Through September 30, 2010
FCC/Broadcast Matters

| | | |
|---|---|---|
| 09/01/10 | Review issues raised by Wilmington Trust pleading at FCC and possible response (0.9); conference with S. Sheehan re FCC filings (0.2); research re timing issues on FCC applications (0.3). | |
| | J. Feore | 1.40 hrs. |
| 09/01/10 | Review order from bankruptcy judge re appointment of mediator in connection with effect on timing and status of FCC proceeding. | |
| | J. Logan | 0.70 hrs. |
| 09/01/10 | Emails to E. Washburn re bankruptcy court developments and effect on FCC timing. | |
| | M. Swanson | 0.10 hrs. |
| 09/02/10 | Review amendments to pending FCC applications as filed (0.4); research need for further update re court action and Wilmington Trust filing (0.4). | |
| | J. Feore | 0.80 hrs. |
| 09/02/10 | Follow-up with J. Roberts regarding receipt of regulatory fee payment by FCC. | |
| | L. McCarty (Practice Group Professional) | 0.30 hrs. |
| 09/02/10 | Email E. Washburn re description of new weekly Chicago Tribune edition and relationship to FCC application. | |
| | M. Swanson | 0.10 hrs. |
| 09/03/10 | Review filings at FCC and court re cross-ownership and impact on pending waiver requests (0.7); telephone conference with FCC staff re pending applications (0.3). | |
| | J. Feore | 1.00 hrs. |
| 09/04/10 | Research re FCC application processing issues raised by petitioners | |

|  |  |  |
|---|---|---|
|  | and impact on timing of FCC action (0.7); review FCC decisions on character issues and ownership waivers (0.6). | |
|  | J. Feore | 1.30 hrs. |
| 09/07/10 | Review FCC filings on ownership and issues of cross-ownership waivers (0.8); conference with counsel for committee re timing and FCC applications (0.2); telephone conference with FCC staff re further application filings (0.4). | |
|  | J. Feore | 1.40 hrs. |
| 09/07/10 | Review FCC docket and other sources re copies of additional comments from Hartford area newspapers in waiver docket. | |
|  | J. Logan | 0.70 hrs. |
| 09/07/10 | Review report re Ellis filing at FCC (0.2); research re same in docket (0.2); email E. Washburn re same (0.1). | |
|  | M. Swanson | 0.50 hrs. |
| 09/08/10 | Telephone conference with R. Wiley re status and progress on FCC application and processing (0.4); telephone conference with FCC staff re pending wireless and non-broadcast applications (0.4); review updated information re ownership waivers and need to amend applications (1.6). | |
|  | J. Feore | 2.40 hrs. |
| 09/08/10 | Review issues re status of non-broadcast applications. | |
|  | J. Logan | 0.30 hrs. |
| 09/08/10 | Telephone call to B. Fishel (FCC) to provide status update regarding pending assignment applications. | |
|  | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 09/08/10 | Research and review re Rovi statements and possible ex parte (0.1); email E. Washburn re same (0.1); review bankruptcy case developments and effect on FCC timing (0.1); email E. Washburn re same (0.1). | |
|  | M. Swanson | 0.40 hrs. |
| 09/09/10 | Telephone conference with D. Liebentritt re status of pending FCC applications and possible changes to same (0.3); review proposed ownership and possible changes and updates to FCC applications (1.5). | |
|  | J. Feore | 1.80 hrs. |
| 09/09/10 | Email E. Washburn re Mobile DTV (0.1); review re report on pending petitions and FCC timing (0.2); email same to E. Washburn (0.1); additional email to E. Washburn re Mobile DTV (0.3). | |
|  | M. Swanson | 0.70 hrs. |
| 09/10/10 | Telephone conference with Tribune re FCC processing of pending applications, timelines and issues (0.8); research re FCC compliance issues re brokerage of in-market stations and timing and filing with FCC (2.0). | |
|  | J. Feore | 2.80 hrs. |

Tribune Company                                          Invoice 531764

| | | |
|---|---|---|
| 09/10/10 | Telephone conference with J. Boelter (Sidley) re developments in bankruptcy proceeding and potential effect on FCC proceeding (0.6); review and analyze trust alternatives for possible alternative approach to amended Reorganization Plan (1.2); further telephone conference with J. Boelter re FCC approaches to accommodate alternative approach to Reorganization Plan (0.4); analyze FCC attribution issues in connection with LMAs, JSAs and related non-attributable arrangements (1.8); prepare memorandum re attribution issues in connection with newspaper-broadcast JSAs, LMAs and related cooperative agreements (1.7); review FCC docket and related sources re possible additional filings by Hartford newspapers (0.2). | |
| | J. Logan | 5.90 hrs. |
| 09/10/10 | Review FCC status report in D.C. Circuit litigation (0.1); email same to E. Washburn (0.1); review re applicant structuring issue (0.2). | |
| | M. Swanson | 0.40 hrs. |
| 09/11/10 | Research re FCC ownership rules re broadcast stations, programming and management agreements and impact on Tribune's newspaper markets (2.0); outline possible ownership/management proposals (1.0). | |
| | J. Feore | 3.00 hrs. |
| 09/13/10 | Telephone conference with N. Larsen and R. Michaels re broadcast ownership FCC rules and pending FCC applications (1.3); telephone conference with S. Sheehan re FCC application and processing (0.4); review pending waiver requests, amendments and updates (0.8). | |
| | J. Feore | 2.50 hrs. |
| 09/13/10 | Review motion for bankruptcy court to authorize LBO suits re effect upon FCC processes (1.3); review FCC precedent on structure to deal with FCC control issues under Sidley alternative plan structure through trust arrangement (2.1); review motion to disqualify counsel to unsecured creditors' committee (0.3). | |
| | J. Logan | 3.70 hrs. |
| 09/13/10 | Review re newspaper/LMA issue (0.1); review re bankruptcy court developments and effect on FCC timing (0.2). | |
| | M. Swanson | 0.30 hrs. |
| 09/14/10 | Telephone conference with D. Eldersveld re broadcast ownership and Tribune cross-ownership issues (0.7); review proposal re broadcast regulatory issues and FCC issues (1.4); telephone conference with S. Sheehan re FCC and Hill lobbying efforts (0.3). | |
| | J. Feore | 2.40 hrs. |
| 09/14/10 | Review Aurelius motion on appointment of Chapter 11 trustee re effect on FCC procedures (1.3); review ex parte meeting summary/notice from Media Access project, et al. meeting at FCC (0.4); prepare correspondence to L. Washburn re public interest group FCC filings (0.3); prepare correspondence to J. Boelter (Sidley) re public interest group FCC filings (0.3). | |

October 25, 2010                                                              Page 4

Tribune Company                                                        Invoice 531764

|  |  |  |
|---|---|---|
|  | J. Logan | 2.30 hrs. |
| 09/14/10 | Research illegal streaming of WPIX and KCPQ by internet start-up (0.1); prepare correspondence to D. Eldersveld and C. Sennet re same (0.1). | |
|  | K. Latek | 0.20 hrs. |
| 09/14/10 | Update pleading status tracking chart for L. Washburn. | |
|  | L. McCarty (Practice Group Professional) | 0.50 hrs. |
| 09/14/10 | Review FCC tracking chart prepared for E. Washburn (0.3); review bankruptcy developments and effect on FCC timing (0.3); conference re application structuring issues (0.8). | |
|  | M. Swanson | 1.40 hrs. |
| 09/15/10 | Preparation of comprehensive collection of firm communications law memos re FCC broadcast regulation (1.0); revise memos as needed (2.7). | |
|  | B. Chari | 3.70 hrs. |
| 09/15/10 | Review FCC issues with proposed Plan B. | |
|  | C. Burrow | 1.60 hrs. |
| 09/15/10 | Review and update memorandum re FCC issues for Plan B and Trust to exit bankruptcy (1.0); research re filings with FCC re Trust (0.9); review FCC decisions re possible broadcast ownership and impact on Tribune's markets and waivers (1.4). | |
|  | J. Feore | 3.30 hrs. |
| 09/15/10 | Preparation of memorandum re trust structure for alternative approach to Reorganization Plan (1.7); review update chart on pleading applications (0.4); prepare correspondence to J. Langdon (Sidley) re proposed changes in restructuring plan (0.2). | |
|  | J. Logan | 2.30 hrs. |
| 09/16/10 | Preparation of comprehensive collection of firm communications law memos re FCC broadcast regulation (0.3); revise memos as needed (2.0). | |
|  | B. Chari | 2.30 hrs. |
| 09/16/10 | Research re use of trust vehicles for Tribune to exit bankruptcy re FCC (1.4); revise memorandum re trust techniques and FCC issues (1.1). | |
|  | J. Feore | 2.50 hrs. |
| 09/16/10 | Revise memorandum re use of trust structure for alternate Reorganization Plan structure. | |
|  | J. Logan | 1.90 hrs. |
| 09/16/10 | Revise various memoranda summarizing FCC programming, operational and ownership restrictions for D. Eldersveld. | |
|  | K. Latek | 0.50 hrs. |
| 09/16/10 | Review Verizon comments and ex parte report filed in AllVid | |

|  | | |
|---|---|---|
| | proceeding (0.7); research re Rovi filings (0.1); email E. Washburn re same (0.1). | |
| | M. Swanson | 0.90 hrs. |
| 09/17/10 | Research regarding Oaktree filing of alternative Reorganization Plan regarding applications to assign FCC applications in bankruptcy. | |
| | J. Rademacher | 0.70 hrs. |
| 09/17/10 | Review court filings and proposals and impact on pending FCC applications and processing (1.4); research re proposals for use of trust and litigation trust (1.0). | |
| | J. Feore | 2.40 hrs. |
| 09/17/10 | Review and revise memorandum re trust approach to facilitate Plan B approach (0.3); review issues re filing of competing plan by Oaktree (0.6). | |
| | J. Logan | 0.90 hrs. |
| 09/17/10 | Telephone conferences with E. Washburn re potential alternative plan filing. | |
| | M. Swanson | 0.20 hrs. |
| 09/18/10 | Review proposed Plan and reorganization filings and impact on FCC applications (1.2); work on trust concept and issues re FCC and additional FCC applications (0.8). | |
| | J. Feore | 2.00 hrs. |
| 09/18/10 | Review re bankruptcy court developments and effect on FCC timing. | |
| | M. Swanson | 0.40 hrs. |
| 09/20/10 | Review proposed Oaktree disclosure statement and Plan for FCC issues. | |
| | C. Burrow | 2.70 hrs. |
| 09/20/10 | Work on analysis of plan proposed by Oaktree and Angelo Gordon and FCC issues raised (1.6); review pending FCC applications and possible amendments and updates to be filed (0.7). | |
| | J. Feore | 2.30 hrs. |
| 09/20/10 | Review Reorganization Plan submitted by Oaktree and Angelo Gordon (1.7); review disclosure statement submitted by Oaktree and Angelo Gordon (1.6); analyze FCC-related implications of Oaktree-Angelo Gordon plan alternatives (1.4); prepare memorandum re FCC implications of Oaktree-Angelo Gordon approach (1.8). | |
| | J. Logan | 6.50 hrs. |
| 09/20/10 | Review re bankruptcy court developments (possible alternative plan filing) and effect on FCC timing. | |
| | M. Swanson | 0.10 hrs. |
| 09/21/10 | Research re FCC trust decisions and rulings and use of trusts to exit bankruptcy (1.5); review FCC filings re cross-ownership issue, company's waiver requests and impact of FCC rulemaking (1.2). | |

October 25, 2010                                                        Page 6

Tribune Company                                                        Invoice 531764

|  |  |  |
|---|---|---|
| | J. Feore | 2.70 hrs. |
| 09/21/10 | Prepare correspondence to J. Boelter (Sidley) re FCC issues in Oaktree-Gordon plan filing (0.2); review and analyze Oaktree-Gordon alternative plan in connection with Sidley concerns (1.1); review and analyze distinctions between Oaktree-Gordon approach and Sidley "Plan B" amendments to Reorganization Plan (0.6); revise and supplement memorandum re FCC issues in Oaktree-Gordon plan and effect on process and timing (0.9). | |
| | J. Logan | 2.80 hrs. |
| 09/21/10 | Review re bankruptcy court developments and effect on FCC timing. | |
| | M. Swanson | 0.50 hrs. |
| 09/22/10 | Research trust issues for possible trustee exit from bankruptcy and prior FCC decisions (1.0); review possible trust options for company (0.6). | |
| | J. Feore | 1.60 hrs. |
| 09/22/10 | Review FCC notice re proposed LPTV DTV rules (0.2); prepare correspondence to W. Van Duynhoven re same (0.2). | |
| | S. Patrick | 0.40 hrs. |
| 09/23/10 | Telephone conference with Media Bureau staff (FCC) re status of FCC applications and pending waivers (0.2); review need to update and amend applications (0.9). | |
| | J. Feore | 1.10 hrs. |
| 09/23/10 | Exchange emails with E. Washburn re bankruptcy court developments and effect on FCC timing (0.1); email same re FCC "white spaces" decision (0.2). | |
| | M. Swanson | 0.30 hrs. |
| 09/23/10 | Review FCC white spaces order (0.1); prepare memorandum re same (0.1). | |
| | S. Patrick | 0.20 hrs. |
| 09/24/10 | Review Wilmington Trust ex parte and related materials. | |
| | C. Burrow | 0.70 hrs. |
| 09/24/10 | Review Wilmington Trust filings with FCC re application and processing issues (1.2); memorandum and update re application processing at FCC (0.8); telephone conference with S. Sheehan re filings and status of Hill and FCC lobbying efforts (0.3); review amendment draft (0.2). | |
| | J. Feore | 2.50 hrs. |
| 09/24/10 | Review ex parte filing by Wilmington Trust Company (1.6); prepare correspondence to J. Boelter (Tribune) re ex parte filing by Wilmington Trust Company (0.4). | |
| | J. Logan | 2.00 hrs. |
| 09/24/10 | Review re FCC agenda for October meeting (0.1); research re | |

Tribune Company

|  |  |  |
|---|---|---|
|  | relationship of item to AllVid docket (0.2); research re filings in AllVid docket (0.2); email E. Washburn re same (0.2); review and email Wilmington Trust ex parte filing to E. Washburn (0.5). |  |
|  | M. Swanson | 1.20 hrs. |
| 09/25/10 | Research re timing issues for court and FCC review of company's applications and waiver requests (0.7); review required FCC filings re trust mechanism and exit from bankruptcy re pro forma procedures (0.8). |  |
|  | J. Feore | 1.50 hrs. |
| 09/27/10 | Review plan proposals, use of trusts and possible changes in FCC applications (1.1); prepare issues outline and memorandum re FCC application proposals for trustee or pro forma exit from bankruptcy (1.2). |  |
|  | J. Feore | 2.30 hrs. |
| 09/27/10 | Review FCC white spaces order (0.2); prepare memorandum re same (0.2). |  |
|  | S. Patrick | 0.40 hrs. |
| 09/28/10 | Review revised Reorganization Plan for FCC issues (1.6); telephone conference with Sidley re same (0.7). |  |
|  | C. Burrow | 2.30 hrs. |
| 09/28/10 | Review latest plan proposal and possible FCC changes and amendments (0.9); telephone conference with FCC re application status (0.2); telephone conference with S. Sheehan re lobbying issues, timing and FCC procedures (0.9). |  |
|  | J. Feore | 2.00 hrs. |
| 09/28/10 | Review opposition to Oaktree-Angelo Gordon plan re effect of distribution plan on FCC process (0.6); prepare correspondence to J. Boelter re results of mediation (0.4); review proposed plan of Tribune-Oaktree-Angelo Gordon re FCC issues (2.2); telephone conference with J. Boelter re revised draft plan for submission by Tribune-Oaktree-Gordon proponent group (0.8). |  |
|  | J. Logan | 4.00 hrs. |
| 09/28/10 | Review re new bankruptcy plan issues and effect on FCC timing (0.1); preparation of memo on FCC white spaces decision (0.9). |  |
|  | M. Swanson | 1.00 hrs. |
| 09/29/10 | Telephone conference with FCC re updates to pending applications (0.3); review ownership issues for company's 5% owners and possible amendments (1.0); review proposed plan changes and disclosure statement amendments (1.1). |  |
|  | J. Feore | 2.40 hrs. |
| 09/29/10 | Review mediator's report re FCC procedural status. |  |
|  | J. Logan | 0.20 hrs. |
| 09/29/10 | Telephone conference with E. Washburn re deal timing (0.1); telephone conference with D. Roberts (FCC) re Enforcement Bureau |  |

October 25, 2010                                                      Page 8

Tribune Company                                                      Invoice 531764

|  |  |  |
|---|---|---|
| | "holds" (0.2); review December 2009 list of indecency and sponsorship identification complaints (0.4); telephone conference with A. Singh (FCC) re same (0.1); telephone conference with M. Marshall (FCC) re need to update list (0.2); review and revise due diligence letters to FCC (0.2).<br>M. Swanson | 1.20 hrs. |
| 09/29/10 | Prepare complaints letters (0.2); research in FCC database to update call signs (0.2).<br>S. Anderson (Practice Group Professional) | 0.40 hrs. |
| 09/30/10 | Review revised Plan (0.8); update disclosure statement for FCC issues (3.2); telephone conferences and correspondence with Sidley re same (0.6).<br>C. Burrow | 4.60 hrs. |
| 09/30/10 | Review disclosure statement for joint Reorganization Plan regarding FCC applications to assign broadcast licenses in bankruptcy.<br>J. Rademacher | 5.90 hrs. |
| 09/30/10 | Review proposal for court filings and new Plan issues for FCC (0.9); update draft amendment and FCC supplementary filings (0.6).<br>J. Feore | 1.50 hrs. |
| 09/30/10 | Review disclosure statement draft re FCC matters requiring revisions (1.7); prepare correspondence to J. Boelter re issues in connection with revision of disclosure statement (0.3); prepare updates to FCC sections of disclosure statement (1.0).<br>J. Logan | 3.00 hrs. |
| 09/30/10 | Review and revise draft Plan disclosure statement.<br>M. Swanson | 2.40 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 11.90 |
| FEORE | 50.90 |
| LATEK | 0.70 |
| LOGAN | 37.20 |
| PATRICK | 1.00 |
| SWANSON | 12.10 |
| RADEMACHER | 6.60 |
| CHARI | 6.00 |
| ANDERSON | 0.40 |
| MCCARTY | 0.90 |
| TOTAL | 127.70 |

Fees for Professional Services ........................................................................... $          80,748.50

October 25, 2010                                                                                      Page 9

Tribune Company                                                                              Invoice 531764

|  |  |  |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 1.00 |
| COURIER SERVICE | $ | 41.50 |
| FACSIMILE | $ | 5.10 |
| LEXIS-NEXIS | $ | 333.32 |
| REPRODUCTION | $ | 124.60 |
| TELEPHONE | $ | 3.48 |

Total Reimbursable Costs ............................................................................ $        509.00
Total Current Billing for This File................................................................. $    81,257.50


Our File # 08656.0101          For Services Through September 30, 2010
Retention and Fee Applications


| 09/07/10 | Preparation of 15th monthly fee application. | |
|---|---|---|
| | C. Meazell | 3.10 hrs. |
| 09/15/10 | Research regarding supplemental retention issues (1.3); preparation of supplemental retention application (2.8); telephone conference with J. Ludwig (Sidley) regarding same (0.2); preparation of 15th monthly fee application (1.7). | |
| | C. Meazell | 6.00 hrs. |
| 09/16/10 | Preparation of 15th monthly fee application. | |
| | C. Meazell | 2.40 hrs. |
| 09/17/10 | Preparation of 15th monthly fee application. | |
| | C. Meazell | 1.40 hrs. |
| 09/20/10 | Research regarding supplemental retention matters (0.6); preparation of supplemental retention application (0.5); telephone conference with J. Ludwig (Sidley) regarding same (0.2). | |
| | C. Meazell | 1.30 hrs. |
| 09/21/10 | Preparation of 15th monthly fee application (0.8); telephone conferences with J. Ludwig (Sidley) regarding supplemental retention issues (0.4); research regarding same (1.1). | |
| | C. Meazell | 1.60 hrs. |
| 09/22/10 | Research regarding supplemental retention issues. | |
| | C. Meazell | 0.60 hrs. |
| 09/24/10 | Finalize 15th monthly fee application (1.0); correspondence with Delaware counsel regarding same (0.2); correspondence with fee examiner regarding same (0.2). | |
| | C. Meazell | 1.40 hrs. |

BILLING SUMMARY

October 25, 2010                                    Page 10

Tribune Company                                    Invoice 531764

|            | Hours |
|------------|-------|
| MEAZELL    | 17.80 |
| TOTAL      | 17.80 |

Fees for Professional Services ........................................................................ $      7,120.00

Total Current Billing for This File................................................................ $      7,120.00

Our File # 08656.0104          For Services Through September 30, 2010
Broadcast Contracts

09/23/10          Attend meeting with K. Connor (Tribune) to review significant
                  WGN affiliation and station retransmission consent agreements and
                  develop new strategy for current and future contract renewals (6.0);
                  exchange emails with M. Paulker (CoBridge counsel) re effect of
                  CoBridge acquisition of Charter systems on Tribune (0.2); analyze
                  timing issues in current distribution negotiations (0.7).
                  K. Latek                                    6.90 hrs.

09/28/10          Conduct initial review of Time Warner Cable markup of
                  retransmission consent agreement.
                  K. Latek                                    1.30 hrs.

09/28/10          Analyze proposed Time Warner retransmission consent agreement
                  (1.1); prepare summary of key deal points and concerns for Tribune
                  (0.7).
                  R. Folliard III                             1.80 hrs.

09/29/10          Review and comment on Time Warner Cable draft retransmission
                  consent agreement (1.6); modify bid/ask chart of significant issues in
                  same (0.9); exchange correspondence with K. O'Connor re
                  developments and strategy with major distributors (0.3).
                  K. Latek                                    2.80 hrs.

09/29/10          Prepare summary of key carriage terms and Tribune concerns in
                  Time Warner retransmission consent proposal.
                  R. Folliard III                             1.70 hrs.

09/30/10          Analyze markup of draft WGN carriage agreements from CoBridge,
                  Morris and Cable One (0.9); revise term sheet proposals for Charter
                  (0.4); telephone conference with K. O'Connor re various markups of
                  carriage agreements and strategy and issues for certain major
                  distributors (1.5).
                  K. Latek                                    2.80 hrs.

09/30/10          Prepare agreement for extension of consent to distribute WGN

October 25, 2010                                                      Page 11

Tribune Company                                                      Invoice 531764

America and to retransmit Tribune broadcast stations (0.4);
conference call re retransmission consent agreements with Cobridge,
Morris and Charter (1.5).
R. Folliard III                                              1.90 hrs.

### BILLING SUMMARY

|                | Hours |
|----------------|-------|
| LATEK          | 13.80 |
| FOLLIARD III   | 5.40  |
| TOTAL          | 19.20 |

Fees for Professional Services ..................................................... $        8,640.00
Total Current Billing for This File................................................ $        8,640.00

Total Current Billing for This Invoice........................................... $        97,017.50

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

October 25, 2010

Tribune Company
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 531764

Our File # 08656.0100          For Services Through September 30, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $          81,257.50

Our File # 08656.0101          For Services Through September 30, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $          7,120.00

Our File # 08656.0104          For Services Through September 30, 2010
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $          8,640.00

    Total Current Billing for This Invoice ........................................................... $          97,017.50

# REMITTANCE COPY

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1 - SEPTEMBER 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 124.60 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 41.50 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 5.10 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 333.32 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 1.00 |
| Telephone Tolls | | 3.48 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **509.00** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are
$0.10 and $.50 per page respectively and are in compliance with the
rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes
no more than Dow Lohnes' actual cost.