**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| ──────────────────────────── x |   |   |
| In re: | : | Chapter 11 |
|   | : |   |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
|   | : | Jointly Administered |
| Debtors. | : |   |
| ──────────────────────────── x |   |   |
|   | : |   |
| WILMINGTON TRUST COMPANY, as Successor | : |   |
| Indenture Trustee for the Exchangeable | : |   |
| Subordinated Debentures due 2029, | : |   |
|   | : |   |
| Plaintiff, | : |   |
|   | : |   |
| v. | : | Adv. No. 10-50732 (KJC) |
|   | : |   |
| JP MORGAN CHASE BANK, N.A., | : |   |
| individually and as Administrative Agent, J.P. | : |   |
| MORGAN SECURITIES INC., | : |   |
| MERRILL LYNCH CAPITAL CORPORATION, | : |   |
| individually and as Administrative Agent, | : |   |
| MERRILL, LYNCH, PIERCE, FENNER & | : |   |
| SMITH INCORPORATED, | : |   |
| CITICORP NORTH AMERICA, INC., | : |   |
| individually and as Administrative Agent, | : |   |
| CITIBANK, N.A., CITIGROUP GLOBAL | : |   |
| MARKETS, INC., BANK OF AMERICA, N.A., | : |   |
| BANC OF AMERICA SECURITIES, LLC, | : |   |
| BARCLAYS BANK PLC, and | : |   |
| MORGAN STANLEY & CO. INC., | : |   |
|   | : |   |
| Defendants. | : |   |
| ──────────────────────────── x |   |   |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP hereby withdraws as counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES, in each of the above captioned matters.

Dated: November 1, 2010

                            Respectfully submitted,

                            **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
           Raymond H. Lemisch, Esq. (No. 4204)
           Jennifer R. Hoover, Esq. (No. 5111)
           222 Delaware Avenue, Suite 801
           Wilmington, DE 19801
           Telephone:  (302) 442-7010
           Facsimile:  (302) 442-7012
           Email: rlemisch@beneschlaw.com
           Email: jhoover@beneschlaw.com

*Former Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*