UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KLCG PROPERTY, LLC and<br>GURNEE PROPERTY, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-14418 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: November 16, 2010 at 4:00 p.m. (ET)<br>Hearing Date: To Be Determined |

## NOTICE OF INTERIM FEE APPLICATION

TO: THE UNITED STATES TRUSTEE, NOTICE PARTIES LISTED IN THE AMENDED INTERIM COMPENSATION ORDER AND ALL OTHER PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that on November 1, 2010, Stuart Maue filed the **First Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2010 Through May 31, 2010** (the "Interim Application"). The Interim Application seeks approval of fees in the amount of $14,115.00 and expenses in the amount of $52.57.

Objections, if any, to the relief requested in the Interim Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801, on or before **November 16, 2010 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the response upon movant so that it is received by **4:00 p.m. (ET) on November 16, 2010**:

> W. Andrew Dalton
> Stuart, Maue, Mitchell & James, Ltd.
> 3840 McKelvey Road
> St. Louis, Missouri 63044
> klcgbkr@smmj.com

A HEARING ON THE INTERIM APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5th FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE INTERIM APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

- 2 -

DATED:    November 1, 2010
          Saint Louis, Missouri

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
klcgbkr@smmj.com

*Fee Examiner*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> KLCG PROPERTY, LLC and <br> GURNEE PROPERTY, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 09-14418 (KJC) <br><br> Jointly Administered <br><br> Objection Deadline: November 16, 2010 at 4:00 p.m. (ET) <br> Hearing Date: To Be Determined |

**FIRST INTERIM QUARTERLY FEE APPLICATION OF STUART MAUE, FEE EXAMINER TO THE COURT, FOR ALLOWANCE OF COMPENSATION AND REIBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2010 THROUGH MAY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of Retention: | April 1, 2010 *nunc pro tunc* to March 22, 2010 |
| Period for which compensation and reimbursement is sought: | April 1, 2010 through May 31, 2010 |
| Amount of Compensation sought as actual reasonable and necessary: | $14,115.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 52.57 |

This is a quarterly interim application.

Monthly Fee Applications Filed During Interim Period:

| Monthly Fee Period, Date Filed and Docket No. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date, Docket No. | Fees Approved[2] (80%) | Expenses Approved (100%) | Amount of Holdback Fees (20%) |
|---|---|---|---|---|---|---|
| First Consolidated Monthly Application 04/01/10 – 05/31/10 10/22/2010 Docket No. 400 | $14,115.00 | $52.57 | To Be Filed 11/09/10 | $0.00 | $0.00 | $2,823.00 |

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

[2] Pursuant to the Amended Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, Stuart Maue anticipates being paid 80% of the fees requested and 100% of the expenses requested in the First Consolidated Monthly Application subsequent to filing a Certificate of No Objection on November 9, 2010.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KLCG PROPERTY, LLC and<br>GURNEE PROPERTY, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-14418 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: November 16, 2010 at 4:00 p.m. (ET)<br>Hearing Date: To Be Determined |

**FIRST INTERIM QUARTERLY FEE APPLICATION OF STUART MAUE, FEE EXAMINER TO THE COURT, FOR ALLOWANCE OF COMPENSATION AND REIBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2010 THROUGH MAY 31, 2010**

Stuart Maue, Fee Examiner to the Court, hereby submits this first interim quarterly fee application (the "**Interim Application**") for allowance of compensation and reimbursement of expenses for the interim period from April 1, 2010 through May 31, 2010. In support of the Interim Application, Stuart Maue respectfully states the following:

## BACKGROUND

1. On December 16, 2009 (the "**Petition Date**"), KLCG Property, LLC and Gurnee Property, LLC (each a "**Debtor**" and collectively the "**Debtors**") commenced with this Court a voluntary case under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**"). Under this Court's *Order Authorizing Joint Administration Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure* dated December 17, 2009, the cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules [Docket No. 21].

2. The Debtors continue to operate their businesses and properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. On April 1, 2010, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 214] (the "**Fee Examiner Order**") appointing Stuart Maue as Fee Examiner to the Court, *nunc pro tunc* to March 22, 2010.

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the Interim Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Interim Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## RELIEF REQUESTED

6. By this Interim Application, Stuart Maue seeks interim approval and payment of compensation for professional services rendered and reimbursement of expenses incurred during the period from April 1, 2010 through May 31, 2010, including authorization for the Debtors to pay the twenty percent (20%) of fees held back during the interim period.

7. On October 22, 2010, Stuart Maue filed and served the first consolidated monthly application for allowance of compensation for services rendered in the amount of $14,115.00 (80% of which equals $11,292.00) and reimbursement of expenses incurred in the amount of $52.57. The consolidated monthly fee application is incorporated by reference as if fully set forth herein.

8. The consolidated monthly application included (i) a summary of the hours spent, the names of each professional rendering services, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court; (ii) a copy of the computer generated time entries reflecting the time recorded for the professional services rendered; and (iii) a statement of expenses incurred by Stuart Maue during the monthly period. All time entries and requested expenses are in compliance with Local Rule 2016-2.

## COMPENSATION REQUESTED

9. Stuart Maue seeks interim allowance of fees in the amount of $14,115.00 for professional services rendered and reimbursement of expenses in the amount of $52.57 which were incurred during the interim period. In addition, Stuart Maue requests that the Debtors be authorized to pay the $2,823.00 in fees representing the twenty percent (20%) fee holdback.

## NOTICE

10.     Notice of this Interim Application has been served upon the Notice Parties specified in the Amended Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (the "**Interim Compensation Order**"). In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Interim Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:     November 1, 2010
                    Saint Louis, Missouri

                                                        **STUART MAUE**

                                                        By: _____
                                                        W. Andrew Dalton
                                                        3840 McKelvey Road
                                                        St. Louis, Missouri  63044
                                                        Telephone:  (314) 291-3030
                                                        Facsimile:   (314) 291-6546
                                                        klcgbkr@smmj.com

                                                        *Fee Examiner*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KLCG PROPERTY, LLC and GURNEE PROPERTY, LLC, | Case No. 09-14418 (KJC) |
| | Jointly Administered |
| Debtors.[1] | Objection Deadline: November 16, 2010 at 4:00 p.m. (ET) Hearing Date: To Be Determined |

## CERTIFICATION OF W. ANDREW DALTON

I, W. Andrew Dalton, hereby certify that:

1. I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner in the above-captioned bankruptcy case.

2. This Certification is made in support of the First Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2010 Through May 31, 2010 (the "**Interim Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3. I have read the Interim Application and I certify that the Interim Application substantially complies with the Rule and the UST Guidelines.

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

DATED:   November 1, 2010
              Saint Louis, Missouri

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
klcgbkr@smmj.com

*Fee Examiner*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KLCG PROPERTY, LLC and<br>GURNEE PROPERTY, LLC, | Case No. 09-14418 (KJC)<br>Jointly Administered |
| Debtors.[1] | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the **Notice of Interim Fee Application** and the **First Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2010 Through May 31, 2010** have been served via First Class Mail to the Notice Parties on the attached service list on this 1st day of November, 2010.

STUART MAUE

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
klcgbkr@smmj.com

*Fee Examiner*

---

[1] The last four digits of the Debtors' federal tax identification numbers are: KLCG Property LLC (0521) and Gurnee Property, LLC (1995). The Debtors' address is 1700 Nations Drive, Gurnee, Illinois 60031.

## KLCG PROPERTY, LLC and GURNEE PROPERTY, LLC

### SERVICE LIST RE 1ST INTERIM QUARTERLY FEE APPLICATION

KLCG Property, LLC
1700 Nations Drive
Gurnee, Illinois 60031

Young Conaway Stargatt & Taylor, LLP
Andrew Magaziner, Esq.
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

K&L Gates, LLP
Matthew E. McClintock, Esq.
70 W. Madison St., Suite 3100
Chicago, Illinois 60602

The Office of the United States Trustee
William K. Harrington, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801

von Briesen and Roper, S.C.
Claire Ann Resop, Esq.
3 South Pinckney Street, Suite 1000
Madison, Wisconsin 53703

Fabyanske, Westra, Hart & Thomson, P.A.
Paul L. Ratelle, Esq.
800 LaSalle Avenue, Suite 1900
Minneapolis, Minnesota 55402