# EXHIBIT A

**Tribune Co.**  MOELIS & COMPANY
Time Log

Moelis & Company
Summary of Hours Worked
September 1, 2010 - September 30, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 37.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 26.5 |
| Zul Jamal | Senior Vice President | 56.0 |
| Ashish Ajmera | Vice President | 38.0 |
| Evan Glucoft | Associate | 44.5 |
| Sandhya Sistla | Analyst | 41.5 |
| | **Total Moelis Team Hours** | **244.0** |

**Tribune Co.**                                            M O E L I S  &  C O M P A N Y

Time Log - September 2010

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 26.5 |
| Zul Jamal | Sr. Vice President | 56.0 |
| Ashish Ajmera | Vice President | 38.0 |
| Evan Glucoft | Associate | 44.5 |
| Sandhya Sistla | Analyst | 41.5 |
| **Total** | | **244.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Navid Mahmoodzadegan | 09/01/10 | 1.0 | Telephonic Meeting with Counsel re: TVFN |
| Zul Jamal | 09/01/10 | 1.0 | Telephonic Meeting with Counsel re: TVFN |
| Ashish Ajmera | 09/01/10 | 1.0 | Telephonic Meeting with Counsel re: TVFN |
| Sandhya Sistla | 09/01/10 | 1.0 | Telephonic Meeting with Counsel re: TVFN |
| Navid Mahmoodzadegan | 09/01/10 | 2.0 | Review of updated TVFN materials received from Company |
| Zul Jamal | 09/01/10 | 3.0 | Review of updated TVFN materials received from Company |
| Ashish Ajmera | 09/01/10 | 3.0 | Review of updated TVFN materials received from Company |
| Evan Glucoft | 09/01/10 | 3.0 | Review of updated TVFN materials received from Company |
| Thane Carlston | 09/02/10 | 0.5 | Telephonic Meeting with Counsel re: Draft Plan Proposal |
| Zul Jamal | 09/02/10 | 1.0 | Telephonic Meeting with Counsel re: Draft Plan Proposal |
| Evan Glucoft | 09/02/10 | 1.0 | Telephonic Meeting with Counsel re: Draft Plan Proposal |
| Sandhya Sistla | 09/02/10 | 1.0 | Telephonic Meeting with Counsel re: Draft Plan Proposal |
| Thane Carlston | 09/02/10 | 1.0 | Analysis performed per Draft Plan Proposal |
| Zul Jamal | 09/02/10 | 3.0 | Analysis performed per Draft Plan Proposal |
| Ashish Ajmera | 09/02/10 | 2.0 | Analysis performed per Draft Plan Proposal |
| Evan Glucoft | 09/02/10 | 3.0 | Analysis performed per Draft Plan Proposal |
| Sandhya Sistla | 09/02/10 | 1.0 | Analysis performed per Draft Plan Proposal |
| Thane Carlston | 09/08/10 | 1.0 | Weekly UCC Advisor Call |
| Navid Mahmoodzadegan | 09/08/10 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 09/08/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 09/08/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 09/08/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 09/08/10 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 09/08/10 | 2.0 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 09/08/10 | 2.0 | Special UCC Telephonic Meeting |
| Zul Jamal | 09/08/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 09/08/10 | 2.0 | Special UCC Telephonic Meeting |
| Evan Glucoft | 09/08/10 | 2.0 | Special UCC Telephonic Meeting |
| Sandhya Sistla | 09/08/10 | 2.0 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 09/09/10 | 2.0 | Presentation regarding TVFN updates |
| Zul Jamal | 09/09/10 | 4.0 | Presentation regarding TVFN updates |
| Ashish Ajmera | 09/09/10 | 3.0 | Presentation regarding TVFN updates |
| Evan Glucoft | 09/09/10 | 6.0 | Presentation regarding TVFN updates |
| Sandhya Sistla | 09/09/10 | 9.0 | Presentation regarding TVFN updates |
| Navid Mahmoodzadegan | 09/10/10 | 1.0 | Telephonic Meeting with Scripps re: TVFN |
| Zul Jamal | 09/10/10 | 1.0 | Telephonic Meeting with Scripps re: TVFN |
| Ashish Ajmera | 09/10/10 | 1.0 | Telephonic Meeting with Scripps re: TVFN |
| Evan Glucoft | 09/10/10 | 1.0 | Telephonic Meeting with Scripps re: TVFN |
| Sandhya Sistla | 09/10/10 | 1.0 | Telephonic Meeting with Scripps re: TVFN |
| Thane Carlston | 09/10/10 | 2.0 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 09/10/10 | 2.0 | Special UCC Telephonic Meeting |
| Zul Jamal | 09/10/10 | 2.0 | Special UCC Telephonic Meeting |

**Tribune Co.**                                                                 **MOELIS & COMPANY**

Time Log - September 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 26.5 |
| Zul Jamal | Sr. Vice President | 56.0 |
| Ashish Ajmera | Vice President | 38.0 |
| Evan Glucoft | Associate | 44.5 |
| Sandhya Sistla | Analyst | 41.5 |
| **Total** | | **244.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 09/10/10 | 2.0 | Special UCC Telephonic Meeting |
| Evan Glucoft | 09/10/10 | 2.0 | Special UCC Telephonic Meeting |
| Sandhya Sistla | 09/10/10 | 2.0 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 09/10/10 | 2.0 | Review of Lazard materials re: TVFN |
| Zul Jamal | 09/10/10 | 2.0 | Review of Lazard materials re: TVFN |
| Ashish Ajmera | 09/10/10 | 2.0 | Review of Lazard materials re: TVFN |
| Evan Glucoft | 09/10/10 | 2.0 | Review of Lazard materials re: TVFN |
| Sandhya Sistla | 09/10/10 | 2.0 | Review of Lazard materials re: TVFN |
| Ashish Ajmera | 09/13/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 09/13/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 09/13/10 | 2.0 | Weekly Media Update |
| Zul Jamal | 09/13/10 | 2.0 | Telephonic Meeting with Counsel re: Proposed UCC Plan |
| Ashish Ajmera | 09/13/10 | 2.0 | Telephonic Meeting with Counsel re: Proposed UCC Plan |
| Evan Glucoft | 09/13/10 | 2.0 | Telephonic Meeting with Counsel re: Proposed UCC Plan |
| Thane Carlston | 09/14/10 | 1.0 | Weekly UCC Advisor Call |
| Navid Mahmoodzadegan | 09/14/10 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 09/14/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 09/14/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 09/14/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 09/14/10 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 09/14/10 | 1.5 | Telephonic Meeting with Counsel re: Mediation Statement |
| Zul Jamal | 09/14/10 | 1.5 | Telephonic Meeting with Counsel re: Mediation Statement |
| Ashish Ajmera | 09/14/10 | 1.5 | Telephonic Meeting with Counsel re: Mediation Statement |
| Evan Glucoft | 09/14/10 | 1.5 | Telephonic Meeting with Counsel re: Mediation Statement |
| Sandhya Sistla | 09/14/10 | 1.5 | Telephonic Meeting with Counsel re: Mediation Statement |
| Thane Carlston | 09/16/10 | 3.0 | Telephonic UCC Meeting |
| Navid Mahmoodzadegan | 09/16/10 | 3.0 | Telephonic UCC Meeting |
| Zul Jamal | 09/16/10 | 3.0 | Telephonic UCC Meeting |
| Ashish Ajmera | 09/16/10 | 3.0 | Telephonic UCC Meeting |
| Evan Glucoft | 09/16/10 | 3.0 | Telephonic UCC Meeting |
| Sandhya Sistla | 09/16/10 | 3.0 | Telephonic UCC Meeting |
| Thane Carlston | 09/20/10 | 1.0 | Tribune FA Call |
| Navid Mahmoodzadegan | 09/20/10 | 1.0 | Tribune FA Call |
| Zul Jamal | 09/20/10 | 1.0 | Tribune FA Call |
| Ashish Ajmera | 09/20/10 | 1.0 | Tribune FA Call |
| Evan Glucoft | 09/20/10 | 1.0 | Tribune FA Call |
| Sandhya Sistla | 09/20/10 | 1.0 | Tribune FA Call |
| Thane Carlston | 09/20/10 | 2.0 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 09/20/10 | 2.0 | Special UCC Telephonic Meeting |
| Zul Jamal | 09/20/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 09/20/10 | 2.0 | Special UCC Telephonic Meeting |
| Evan Glucoft | 09/20/10 | 2.0 | Special UCC Telephonic Meeting |

**Tribune Co.**                                                                                         **MOELIS & COMPANY**

Time Log - September 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 37.5 |
| Navid Mahmoodzadegan | Managing Director | 26.5 |
| Zul Jamal | Sr. Vice President | 56.0 |
| Ashish Ajmera | Vice President | 38.0 |
| Evan Glucoft | Associate | 44.5 |
| Sandhya Sistla | Analyst | 41.5 |
| **Total** | | **244.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Sandhya Sistla | 09/20/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 09/20/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 09/20/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 09/20/10 | 2.0 | Weekly Media Update |
| Thane Carlston | 09/23/10 | 2.0 | UCC Meeting |
| Navid Mahmoodzadegan | 09/23/10 | 2.0 | UCC Meeting |
| Zul Jamal | 09/23/10 | 2.0 | UCC Meeting |
| Ashish Ajmera | 09/23/10 | 2.0 | UCC Meeting |
| Evan Glucoft | 09/23/10 | 2.0 | UCC Meeting |
| Sandhya Sistla | 09/23/10 | 2.0 | UCC Meeting |
| Thane Carlston | 09/26/10 | 9.0 | Mediation discussions |
| Zul Jamal | 09/26/10 | 12.0 | Mediation discussions |
| Thane Carlston | 09/27/10 | 6.0 | Mediation discussions |
| Zul Jamal | 09/27/10 | 6.0 | Mediation discussions |
| Ashish Ajmera | 09/27/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 09/27/10 | 1.5 | Weekly UCC Advisor Call |
| Sandhya Sistla | 09/27/10 | 1.5 | Weekly UCC Advisor Call |
| Thane Carlston | 09/28/10 | 2.0 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 09/28/10 | 2.0 | Special UCC Telephonic Meeting |
| Zul Jamal | 09/28/10 | 2.0 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 09/28/10 | 2.0 | Special UCC Telephonic Meeting |
| Evan Glucoft | 09/28/10 | 2.0 | Special UCC Telephonic Meeting |
| Sandhya Sistla | 09/28/10 | 2.0 | Special UCC Telephonic Meeting |
| Thane Carlston | 09/30/10 | 1.0 | Tribune FA Call |
| Zul Jamal | 09/30/10 | 1.0 | Tribune FA Call |
| Ashish Ajmera | 09/30/10 | 1.0 | Tribune FA Call |
| Evan Glucoft | 09/30/10 | 1.0 | Tribune FA Call |
| Sandhya Sistla | 09/30/10 | 1.0 | Tribune FA Call |
| Thane Carlston | 09/30/10 | 2.5 | Special UCC Telephonic Meeting |
| Navid Mahmoodzadegan | 09/30/10 | 2.5 | Special UCC Telephonic Meeting |
| Zul Jamal | 09/30/10 | 2.5 | Special UCC Telephonic Meeting |
| Ashish Ajmera | 09/30/10 | 2.5 | Special UCC Telephonic Meeting |
| Evan Glucoft | 09/30/10 | 2.5 | Special UCC Telephonic Meeting |
| Sandhya Sistla | 09/30/10 | 2.5 | Special UCC Telephonic Meeting |
| | **Total** | **244.0** | |