# EXHIBIT B

# Tribune Co.

Moelis & Company - September 2010 Expense Summary

|  | September 2010 |
|---|---:|
| Airfare | $ 507.00 |
| Lodging | 723.80 |
| Travel / Overtime / Weekend meals | 33.70 |
| Taxi / Transportation / Parking | 789.20 |
| Telephone | 12.00 |
| Presentations | - |
| Other | - |
| **Total** | **$ 2,065.70** |

**Tribune Co.**

Moelis & Company - September 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 9/23/2010 | AIRFARE | TRAVEL AGENCY SERVICE NEW YORK Wilmingon DE hotel Ovation travel fee to book hotel Tribune Board Mtg | Thane Carlston | 15.00 | 15.00 |
| | 9/26/2010 | AIRFARE | SOUND AIRCRAFT FLIGH WAINSCOTT East Hampton/Philadelphia Tribune Board Mtg on Sunday Charter flight | Thane Carlston | 1,415.00 | 450.00 |
| | 9/28/2010 | AIRFARE | TRAVEL AGENCY SERVICE NEW YORK Wilmington/NY Ovation Travek fee Tribune Board mtg | Thane Carlston | 42.00 | 42.00 |
| | | | | | **Total Requested** | **$507.00** |
| **LODGING** | | | | | | |
| | 9/26/2010 | LODGING | HOTEL DUPONT 0002000 WILMINGTON Room Tax Tribune Board mtg | Thane Carlston | 26.32 | 26.32 |
| | 9/26/2010 | LODGING | HOTEL DUPONT 0002000 WILMINGTON Room Rate Tribune Board mtg | Thane Carlston | 329.00 | 329.00 |
| | 9/26/2010 | LODGING | HOTEL DUPONT 0002000 WILMINGTON Misc. Tax 1 Tribune Board mtg | Thane Carlston | 6.58 | 6.58 |
| | 9/26/2010 | LODGING | HOTEL DUPONT 0002000 WILMINGTON Room Tax | Zul Jamal | 26.32 | 26.32 |
| | 9/26/2010 | LODGING | HOTEL DUPONT 0002000 WILMINGTON Room Rate | Zul Jamal | 329.00 | 329.00 |
| | 9/26/2010 | LODGING | HOTEL DUPONT 0002000 WILMINGTON Misc. Tax 1 | Zul Jamal | 6.58 | 6.58 |
| | | | | | **Total Requested** | **$723.80** |
| **TRAVEL/OT/WEEKEND MEALS** | | | | | | |
| | 9/26/2010 | MEALS TRAVEL | HOTEL DUPONT 0002000 WILMINGTON Two night stay in Wilmington Lunch at hotel upon arrival Tribune board mtg | Thane Carlston | 19.20 | 19.20 |
| | 9/26/2010 | MEALS TRAVEL | Java Corner coffee | Zul Jamal | 4.50 | 4.50 |
| | 9/26/2010 | HOTEL-MEALS | HOTEL DUPONT 0002000 WILMINGTON Two night stay in Wilmington Hotel mini bar Tribune Board mtg | Thane Carlston | 4.00 | 4.00 |
| | 9/26/2010 | HOTEL-MEALS | HOTEL DUPONT 0002000 WILMINGTON Two night stay in Wilmington Minibar Tribune Board Mtg | Thane Carlston | 6.00 | 6.00 |
| | | | | | **Total Requested** | **$33.70** |
| **TAXI/TRANSPORTATION/PARKING** | | | | | | |
| | 9/21/2010 | TRAIN | TRAVEL AGENCY SERVICE NEW YORK Ovation Service Fee Inv. # 43210 Amtrak NY-DE one way | Zul Jamal | 42.00 | 42.00 |
| | 9/21/2010 | TRAIN | AMTRAK RIVERSIDE C Inv # 43210 NY-DE one way | Zul Jamal | 81.00 | 81.00 |
| | 9/26/2010 | TAXI | JONES CAB COMPANY JO NEW CASTLE Taxi from airport to Wilmington Taxi from airport to Tribune Board Mtg | Thane Carlston | 175.50 | 20.00 |
| | 9/26/2010 | TAXI | NYC TAXI MED 6H45 09 BROOKLYN home to Penn Station | Zul Jamal | 9.00 | 9.00 |
| | 9/26/2010 | TAXI | Taxicab Carlos Colon DE Station to meeting | Zul Jamal | 9.00 | 9.00 |
| | 9/27/2010 | TRAIN | AMTRAK RIVERSIDE C Wilmington/NY Tribune Board Mtg Train back to NY | Thane Carlston | 137.00 | 137.00 |
| | 9/27/2010 | TRAIN | AMTRAK RIVERSIDE C Inv. # 43729 DE-NY oneway return | Zul Jamal | 137.00 | 137.00 |
| | 9/27/2010 | TRAIN | TRAVEL AGENCY SERVICE NEW YORK Ovation Service Fee Inv. # 43729 DE-NY oneway AMtrak | Zul Jamal | 42.00 | 42.00 |
| | 10/7/2010 | TRAIN | AMTRAK RIVERSIDE C Penn - Wilmington roundtrip; orig Itinerary changed return; fare diff | Zul Jamal | 212.00 | 212.00 |
| | 10/7/2010 | TRAIN | TRAVEL AGENCY SERVICE NEW YORK Penn - Wilmington AMTRAK roundtrip | Zul Jamal | 42.00 | 42.00 |
| | 10/8/2010 | TAXI | ALL TAXI MANAGEMENT LONG ISLAND to Penn Station | Zul Jamal | 12.20 | 12.20 |
| | 10/8/2010 | TRAIN | AMTRAK WILMINGTON cost difference for exchanged return | Zul Jamal | 46.00 | 46.00 |
| | | | | | **Total Requested** | **$789.20** |
| **TELEPHONE** | | | | | | |
| | 9/28/2010 | PHONE-OTHER | HOTEL DUPONT 0002000 WILMINGTON one night stay Delaware Faxes/copies | Zul Jamal | 12.00 | 12.00 |
| | | | | | **Total Requested** | **$12.00** |
| | | | | | **Month Total   $** | **2,065.70** |

Note:
1   Moelis has implemented the following adjustments to certain costs:
- First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip. We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
- Hotel rooms in New York City subject to $350 per night cap
- Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
- Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location