EXHIBIT C

## 2006 BANK DEBT LENDERS

Citicorp North America, Inc.

Bank of America, N.A.

JPMorgan Chase Bank, National Association

Merrill Lynch Capital Corporation

Morgan Stanley Bank

The Bank of Tokyo-Mitsubishi UFJ, Ltd., Chicago Branch

Deutsche Bank AG, New York

The Royal Bank of Scotland PLC

Sumitomo Mitsui Banking Corporation

Suntrust Bank

Wachovia Bank

The Northern Trust Company

Credit Suisse, Cayman Islands Branch

Fifth Third Bank (Chicago)

UBS Loan Finance, LLC

U.S. Bank National Association

National City Bank of the Midwest