| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| 1798 Relative Value Master Fund Ltd. | P.O. Box 309GT, Ugland House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Absolute Strategies Fund - Opportunistic | 11766 Wilshire Boulevard, Suite 1580 | Los Angeles | California | 90025 |
| Advent Convertible Master Fund LP | 1065 Avenue of The Americas | New York | New York | 10018 |
| AG Northwoods Capital VI Limited | 245 Park Avenue, 26th Floor | New York | New York | 10167 |
| AIG Annuity Insurance Company c/o AIG Global Investment Corporation | 2929 Allen Parkway | Houston | Texas | 77019 |
| Alden Global Distressed Opportunities Fund LP | 885 Third Avenue, 34th Floor | New York | New York | 10022 |
| Allen Arbitrage LP | 711 Fifth Avenue | New York | New York | 10022 |
| Allen Arbitrage Offshore | Caledonian House, 69 Doctor Roys Drive | George Town | Grand Cayman, Cayman Islands | |
| Ameriprise Certificate Company | 100 N. Sepulveda Boulevard, Suite 650 | El Segundo | California | 90245 |
| Anchorage Capital Master Offshore Ltd | 610 Broadway, 6th Floor | New York | New York | 10012 |
| Archview Credit Opportunities Fund LP | 70 E. 55th Street, 14th Floor | New York | New York | 10022 |
| Archview Credit Opportunities Master Fund Ltd | 70 E. 55th Street, 14th Floor | New York | New York | 10022 |
| Army and Air Force Mutual Aid Association - HY (PIMCO 6448) c/o Pacific Investment Management Company | 840 Newport Center Drive | Newport Beach | California | 92660 |
| Atrium CDO | Elizabethan Square | George Town | Grand Cayman, Cayman Islands | |
| Atrium II | 601 Travis Street, 17th Floor | Houston | Texas | 77002 |
| Atrium III | 11 Madison Avae, 13th Floor | George Town | Grand Cayman, Cayman Islands | 10017 |
| Atrium IV | 89 Nexus Way | Camana Bay | Grand Cayman, Cayman Islands | KY1-9007 |
| Atrium V | P.O. Box 1093GT, Queensgate House South Church Street | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| Atrium VI | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Avenue Investments LP | 535 Madison Avenue, 15th Floor | New York | New York | 10022 |
| Avery Point CLO Limited | 600 Travis Street, 50th Floor | Houston | Texas | 77002 |
| Bacchus 2006-1 PLC | 30 Herbert Street | Dublin 2 | Ireland | DUBLIN2 |
| Ballyrock CLO 2006-1 Ltd | 82 Devonshire Street - E31C | Boston | Massachusetts | 02109 |
| Ballyrock CLO 2006-2 Ltd | 82 Devonshire Street - v13h | Boston | Massachusetts | 02109 |
| Ballyrock CLO III Limited | 82 Devonshire Street - E31C | Boston | Massachusetts | 02109 |
| Banc of America Bridge LLC | 100 N. Tryon Street, NC1-007-17-15 | Charlotte | North Carolina | 28255 |
| Bank of America, N.A. | 101 N. Tryon Street | Charlotte | North Carolina | 28280 |
| Barclays Bank PLC | 200 Park Avenue, 4th Floor | New York | New York | 10166 |
| Barclays Bank PLC-New York | 200 Park Avenue, 4th Floor | New York | New York | 10166 |
| Battery Park High Yield Long Short Fund Ltd | 2 World Financial Center Building B, 17th Floor | New York | New York | 10281 |
| Battery Park High Yield Opportunity Master Fund Ltd c/o Nomura Corporation Research and Asset Management | 33 Wood Avenue South, Suite 600 | Iselin | New Jersey | 08830 |
| Battery Park High Yield Opportunity Strategic Fund | 2 World Financial Center Building B, 17th Floor | New York | New York | 10281 |
| Bear Stearns Investment Products Inc. | 383 Madison Avenue | New York | New York | 10179 |
| Bellipotent Holdings LLC | 825 Third Avenue, 10th Floor | New York | New York | 10022 |
| Big Sky III Senior Loan Trust | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |
| Black Diamond Offshore Limited | 2100 McKinney Avenue, Suite 1600 | Dallas | Texas | 75201 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| BLT 14 LLC | 11 Madison Avenue, 5th Floor | New York | New York | 10010 |
| BLT 31 LLC | 11 Madison Avenue, 5th Floor | New York | New York | 11010 |
| BlueMountain Credit Alternatives MasterFund LP | 280 Park Avenue, 5th Floor, East | New York | New York | 10017 |
| Blue Shield of California | 1 Franklin Parkway, Building 920, 1st Floor | San Mateo | California | 94044 |
| BlueMountain Distressed Master Fund LP | 280 Park Avenue, 5th Floor, East | New York | New York | 10017 |
| BlueMountain Timberline Ltd | South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Boston Harbor CLO 2004-1 Ltd | P.O. Box 908GT, Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Brentwood CLO Ltd | P.O. Box 1093GT, Queensgate House South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Brevan Howard Credit Catalysts Master Fund Limited | 590 Madison Avenue | New York | New York | 10022 |
| Brevan Howard Master Fund Limited | P.O. Box 309 | George Town | Grand Cayman, Cayman Islands | |
| California Public Emp. Retirement Calpers SW7Y | 849 Newport Center | Newport Beach | California | 92660 |
| Callidus Debt Partners CLO Fund II Ltd | P.O. Box 908GT | George Town | Grand Cayman, Cayman Islands | |
| Callidus Debt Partners CLO Fund IV Ltd | 520 Madison Avenue, 27th Floor | New York | New York | 10022 |
| Callidus Debt Partners CLO Fund V Ltd | 520 Madison Avenue, 27th Floor | New York | New York | 10022 |
| Cannington Funding Ltd | P.O. Box 908GT, Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| CanPartners Investments IV LLC | 9665 Wilshire Boulevard, Suite 200 | Beverly Hills | California | 90212 |
| Canyon Capital CDO 2002-1 Ltd c/o Maple Finance Ltd | P.O. Box 1093GT, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Canyon Capital CDO 2004-1 Ltd c/o Maple Finance Ltd | P.O. Box 1093GT, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Canyon Capital CLO 2006-1 Ltd | 2000 Avenue of The Stars | Los Angeles | California | 90067 |
| Canyon Capital CLO 2007-1 Ltd | P.O. Box 1093GT, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Canyon Special Opportunities Master Fund Cayman Ltd c/o Ogier Fiduciary Services (Cayman) L | P.O. Box 1234, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | KY1-1108 |
| Carlyle Credit Partners Financing Ltd c/o Walkers SPV Limited | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | |
| Carlyle High Yield Partners 2008-1 Ltd | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | |
| Carlyle High Yield Partners IV Limited | 520 Madison Avenue, 41st Floor | New York | New York | 10022 |
| Carlyle High Yield Partners IX Ltd | 520 Madison Avenue, 41st Floor | New York | New York | 10022 |
| Carlyle High Yield Partners VI Ltd | 520 Madison Avenue, 41st Floor | New York | New York | 10022 |
| Carlyle High Yield Partners VII Ltd | P.O. Box 908GT, Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Carlyle High Yield Partners VIII Ltd | 520 Madison Avenue, 41st Floor | New York | New York | 10022 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Carlyle High Yield Partners X Ltd | 87 Mart Street | George Town | Grand Cayman, Cayman Islands | KYI-9002 |
| Castle Garden Funding | P.O. Box 1234, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Castle Hill I - Ingots Limited | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| Castle Hill II - Ingots Limited c/o Sankaty Advisors LLC | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| Castle Hill III CLO Ltd | Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Cent CDO 10 Limited | 100 N. Sepulveda Boulevard, Suite 650 | El Segundo | California | 90245 |
| Cent CDO 15 Limited | 113 S. Church Street, Queensgate House, P.O. Box 1093 | George Town | Grand Cayman, Cayman Islands | |
| Cent CDO XI Limited | 100 N. Sepulveda Boulevard, Suite 650 | El Segundo | California | 90245 |
| Centurion CDO 8 Ltd | 100 N. Sepulveda Boulevard, Suite 650 | El Segundo | California | 90245 |
| Centurion CDO 9 Limited | 100 N. Sepulveda Boulevard, Suite 650 | El Segundo | California | 90245 |
| Centurion CDO III Limited | 100 N. Sepulveda Boulevard, Suite 650 | El Segundo | California | 90245 |
| Centurion CDO VI Ltd | | New York | New York | |
| Centurion CDO VII Ltd | P.O. Box 1093GT, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Cerberus Series Four Holdings LLC | 11812 San Vincente Boulevard, Suite 300 | Los Angeles | California | 90049 |
| CFIP Master Fund Ltd | 71 S. Wacker Drive, Suite 3495 | Chicago | Illinois | 60606 |
| Chatham Asset High Yield Master Fund Ltd c/o Goldman Sachs (Cayman) Trust Limit | 2nd Floor, Habour Center | | Grand Cayman, Cayman Islands | |
| Chatham Asset Partners Special Situations Master Fund Ltd | 26 Main Street, Suite 304 | Chatham | New Jersey | 07928 |
| Chatham Investment Fund III LLC | 400 Galleria Parkway, Suite 1950 | Atlanta | Georgia | 30339 |
| Chatham Investment Fund QP III LLC | 400 Galleria Parkway, Suite 1950 | Atlanta | Georgia | 30339 |
| Chatham Light II CLO Limited | P.O. Box 908GT, Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Citigroup Financial Products Inc | 1 New York Plaza | New York | New York | 10004 |
| Citicorp North America, Inc. | 399 Park Avenue, 16th Floor | New York | New York | 10043 |
| Cole Brook CFPI Loan Finding LLC | 390 Greenwich Street | New York | New York | 10013 |
| Commonwealth of Pennsylvania State Employees Retirement System | 30 N. Third Street, Suite 150 | Harrisburg | Pennsylvania | |
| Comstock Funding Ltd | Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Confluent 3 Limited | 19-20 City Quay | Dublin 2 | Ireland | |
| Confluent 4 Limited | 1 Financial Center | Boston | Massachusetts | 02111 |
| Contrarian Funds LLC c/o Contrarian Capital Management | 411 W. Putnam Avenue, Suite 225 | Greenwich | Connecticut | 06830 |
| CorpoRate Debt Opportunities Fund Limited Partnership | 1 Bryant Park, 38th Floor | New York | New York | 10036 |
| Credit Suisse Syndicated Loan Funding LLC | 1 Madison Avenue, 2nd Floor | New York | New York | 10010 |
| Credit Suisse Syndicated Loan Funding LLC | 201 Kent Street, Level 6 | Sydney | Australia | 02000 |
| CSAM Funding III | 600 Travis Street, 48th Floor | Houston | Texas | 77002 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| CSAM Funding III | | | Grand Cayman, Cayman Islands | |
| CSAM Funding IV | Bundry Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | |
| CVI GVF LUX Master SARL | 12700 Whitewater Drive, MS 144 | Minnetonka | Minnesota | 55343 |
| D.E. Shaw Laminar Portfolios LLC | 120 W. 45th Street | New York | New York | 20036 |
| Debello Investors LLC | 411 W. Putnam Avenue, Suite 125 | Greenwich | Connecticut | 06830 |
| Deutsche Bank AG | 1251 Avenue of The Americas | New York | New York | 10020 |
| Deutsche Bank AG - London Branch | 1 Great Winchester Street, Winchester House | London | United Kingdom | EC2N2DB |
| DMD Special Situtations Funding LLC | 4445 Williard Avenue, 12th Floor | Chevy Chase | MD | 20815 |
| Double Black Diamond Offshore LDC | 227 Elgin Avenue, UBS House | George Town | Grand Cayman, Cayman Islands | |
| Drawbridge Special Opportunities FD Ltd c/o M&C CorpoRate Service Limited | Ugland House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Drawbridge Special Opportunities Fund LP c/o Fortress | 1245 Avenue of The Americas, 29th Floor | New York | New York | 10020 |
| Dryden IX - Senior Loan Fund 2005 PLC | 100 Mulberry Street, Gateway Center, 7th Floor | Newark | New Jersey | 07102 |
| Dryden V Leveraged Loan CDO 2003 c/o QSPV Limited | P.O. Box 1093GT | George Town | Grand Cayman, Cayman Islands | |
| Dryden VII - Leveraged Loan CDO 2005 | 60 Wall Street, 39th Floor | New York | New York | |
| Dryden VII - Leveraged Loan CDO 2004 | 60 Wall Street, 39th Floor | New York | New York | |
| Dryden XI - Leveraged Loan CDO 2006 | 100 Mulberry Street, Gateway Center, 3rd Floor | Newark | New Jersey | 07102 |
| Dryden XVII Leveraged Loan 2007 Limited | 5 HarbourMaster Place, IFSC | Dublin 2 | Ireland | |
| Dryden XVI - Leveraged Loan CDO 2006 | 5 HarbourMaster Place, IFSC | Dublin 2 | Ireland | |
| Duane Street CLO 1 Ltd | Boundary Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| Duane Street CLO II Ltd | Boundary Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| Duane Street CLO III Ltd | P.O. Box 1093GT Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| Duane Street CLO IV Ltd | 350 Fifth Avenue | New York | New York | 10019 |
| DWS Floating Rate Plus Fund | 345 Park Avenue, 26th Floor | New York | New York | 10154 |
| DWS High Income Fund | 345 Park Avenue, 26th Floor | New York | New York | 10154 |
| DWS High Income Plus Fund | 1 South Street | Baltimore | Maryland | 21202 |
| DWS High Income Trust | 345 Park Avenue, 26th Floor | New York | New York | 10154 |
| DWS High Income VIP | 345 Park Avenue, 26th Floor | New York | New York | 10154 |
| DWS Multi Market Income Trust | 345 Park Avenue, 26th Floor | New York | New York | 10154 |
| DWS Strategic Income Fund | 222 S. Riverside Place | Chicago | Illinois | 60606 |
| DWS Strategic Income Trust | 345 Park Avenue, 26th Floor | New York | New York | 10154 |
| DWS Strategic Income VIP | 345 Park Avenue, 26th Floor | New York | New York | 10154 |
| Eastland CLO Ltd | 89 Nexus Way | Camana Bay | Grand Cayman, Cayman Islands | KY1-9007 |
| Eaton Vance Floating Rate Income Trust c/o Eaton Vance Management | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |
| Eaton Vance Grayson & Co. | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |
| Eaton Vance Institutional Senior Loan Fund | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | KY1-9002 |
| Eaton Vance Limited Duration Income Fund c/o Eaton Vance Management | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Eaton Vance Opportunities Fund Ltd c/o Investors Bank & Trust Co. | 200 Clarendon Street, 5th Floor | Boston | Massachusetts | 02116 |
| Eaton Vance Medallion Floating Rate Income Portfolio | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |
| Eaton Vance Senior Debt Portfolio c/o Boston Management & Research | 24 Federal Street, 6th Floor | Boston | Massachusetts | 02110 |
| Eaton Vance Senior Floating Rate Trust | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |
| Eaton Vance Senior Income Trust | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |
| Eaton Vance Short Duration Diversified Income Fund c/o Eaton Vance Management | 255 State Street, 6th Floor | Boston | Massachusetts | 02109 |
| ECO Master Fund Limited | Ugland House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Endurance CLO I | 333 S. Grand Avenue, Suite 4100 | Los Angeles | California | 90071 |
| Evergreen CFPI Loan Funding LLC c/o LaSalle Bank | 135 S. LaSalle Street | Chicago | Illinois | 60603 |
| Fairway Loan Funding Company | 850 Liberty Avenue, Suite 204 | Newark | Delaware | 19711 |
| Fayett Group LLC | 777 Westchester Avenue, Suite 203 | White Plains | New York | 10604 |
| Fernwood Associates LLC c/o InterMarket Corp. | 660 Madison Avenue, 22nd Floor | New York | New York | 10021 |
| Fernwood Foundation Fund LLC | 667 Madison Avenue, 20th Floor | New York | New York | 10021 |
| Fernwood Restructuring Ltd | 667 Madison Avenue, 20th Floor | New York | New York | 10021 |
| Fidelity Cerntal Investment PF II LLC - Tactical Income Central Fund c/o Fidelity Investments | 82 Devonshire Street-E31C | Boston | Massachusetts | 02109 |
| Fidelity Central Investment Portfolios LLC Fidelity Floating Rate Centrail Investment | 82 Devonshire Street | Boston | Massachusetts | 02109 |
| Fidelity Puritan Trust - Puritan Fund c/o Fidelity Investments | 82 Devonshire Street-E31C | Boston | Massachusetts | 02109 |
| Firstlight Financial Corporation | 1700 E. Putnam Avenue | Old Greenwich | Connecticut | 06870 |
| Firstlight Funding I Ltd | 1700 E. Putnam Avenue | Old Greenwich | Connecticut | 06870 |
| Flagship CLO III | 1185 Avenue of The Americas, 16th Floor | New York | New York | 10036 |
| Flagship CLO IV | 1185 Avenue of The Americas, 16th Floor | New York | New York | 10036 |
| Flagship CLO V | | George Town | Grand Cayman, Cayman Islands | |
| Flagship CLO VI | P.O. Box 1093GT | George Town | Grand Cayman, Cayman Islands | |
| Flagstick Enhanced Credit Master Fund Ltd | 50 Tice Boulevard, 3rd Floor | Woodcliff Lake | New Jersey | 07677 |
| Flatiron CLO 2007-1 Ltd | 51 Madison Avenue | New York | New York | 10010 |
| Franklin 4194 Strategic Series Strategic Income Fund | 1 Franklin Parkway, Building 920, 1st Floor | San Mateo | California | 94403 |
| Franklin 4884 Templeton Var Insurance Products Tr-Strategic Income Securities Fund | 1 Franklin Parkway, Building 920, 1st Floor | San Mateo | California | 94403 |
| Franklin CLO IV Limited | P.O. Box 908GT | George Town | Grand Cayman, Cayman Islands | |
| Frankline CLO V Ltd | 1 Franklin Parkway, Building 920, 1st Floor | San Mateo | California | 94403 |
| Franklin CLO VI Ltd | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | |
| Franklin Floating Rate Daily Access Fund | 777 Mariners Island Boulevard | San Mateo | California | 94403 |
| Franklin Floating Rate Master Series | 1 Franklin Parkway, Building 920, 1st Floor | San Mateo | California | 94403 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Franklin Strategic Income Fund (Canada) | 1 Franklin Parkway, Building 920, 1st Floor | San Mateo | California | 94403 |
| Franklin Total Return Fund | 1 Franklin Parkway, Building 920, 1st Floor | San Mateo | California | 94403 |
| Fraser Sullivan CLO I Ltd | 400 Madison Ave, Suite 9A | New York | New York | 10017 |
| Fraser Sullivan CLO II Ltd | 400 Madison Ave, Suite 9A | New York | New York | 10017 |
| Fraser Sullivant Credit Strategies Funding Ltd | 400 Madison Ave, Suite 9A | New York | New York | 10017 |
| FT Series II Funds - Franklin Floating Rate II Fund | 26 Boulevard Royal | Luxembourg | | L-2449 |
| FT12460 - Opportunistic Distressed Fund Ltd c/o M&C CorpoRate Services | P.O. Box 309, Ugland House | George Town | Grand Cayman, Cayman Islands | |
| Gallatin CLO II 2005-1 Ltd | 383 Madison Avenue, 30th Floor | New York | New York | 10179 |
| Gallatin CLO III 2007-1 Ltd | 383 Madison Avenue, 30th Floor | New York | New York | 10179 |
| Gallatin Funding I BSC MIGR | P.O. Box 1093GT, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| GAM Equity Six Inc | 767 Fifth Avenue, 19th Floor | New York | New York | 10153 |
| Gateway CLO Limited | 245 Park Avenue, 44th Floor | New York | New York | 10167 |
| Genesis CLO 2007-1 Ltd | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | KY1-9002 |
| Gleneagles CLO Ltd | 1300 Two Galleria Tower, 12455 Noel Road | Dallas | Texas | 75240 |
| GMAM Investment Funds Trust - #7MS7 | 2 World Financial Center Building B | New York | New York | 10281 |
| GN3 SIP Limited | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| Goldentree 2004 Trust | 300 Park Avenue, 25th Floor | New York | New York | 10022 |
| Goldentree Credit Opportunities Financing I Ltd | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| GoldentreeCredit Oportunities Second Financing Ltd | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | KY1-9002 |
| Goldentree Leverage Loan Financing I Ltd | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| Goldentree Leverage Loan Master Fund Ltd | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| Goldentree MultiStrategy Financing Ltd | 300 Park Avenue, 25th Floor | New York | New York | 10022 |
| Goldentree MultiStrategy Subsidiary LLC | 615 S. Dupoint Highway | Dover | Delaware | 19901 |
| Goldman Sachs Asset Management CLO PLC c/o Deutsche International Finance | 5 HarbourMaster Place, IFSC | Dublin 2 | Ireland | |
| Goldman Sachs Lending Partners LLC | 85 Broad Street | New York | New York | 10004 |
| Goldman Sachs-ABS Loans 2007 Ltd | Block D, Iveagh Court, Harcourt | Dublin 2 | Ireland | |
| Grayson CLO Ltd | 89 Nexus Way | Camana Bay | Grand Cayman, Cayman Islands | KY1-9007 |
| Grayston CLO II 2004-1 Ltd | 383 Madison Avenue, 29th Floor | New York | New York | 10179 |
| Green Credit Investors LP | 11111 Santa Monica Boulevard | Los Angeles | California | 90025 |
| Greenbriar CLO Ltd | P.O. Box. 1093GT, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Greens Creek Funding Ltd | 263 Tresser Boulevard, One Stamford Plaza, 10th Floor | Stamford | Connecticut | 06901 |
| Greyrock CDO Ltd | 3 Landmark Square | Stamford | Connecticut | 06901 |
| Greywolf Capital Overseas Master Fund c/o Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of The Americas | New York | New York | 10036 |
| Greywolf Capital Partners II LP c/o Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of The Americas | New York | New York | 10036 |
| Greywolf CLO I Ltd c/o Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of The Americas | New York | New York | 10036 |
| Guggenheim-BDIF LLC | 1250 4th Street, 5th Floor | Santa Monica | California | 90401 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Gulf Stream - Comopass CLO 2005-1 Ltd | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| Gulf Stream - Sextant CLO 2006-1 Ltd | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| Gulf Stream - Sextant CLO 2007-1 Ltd | P.O. Box 1093, S. Church Street, Queensgate House | George Town | Grand Cayman, Cayman Islands | |
| Gulf Stream Compass CLO 2003-1 Ltd | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| Gulf Stream - Compass CLO 2002-1 Ltd | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| Gulf Stream - Compass CLO 2004-1 Ltd | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| Gulf Stream - Compass CLO 2005-II Ltd. | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| Gulf Stream - Compass CLO 2007 Ltd | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| Gulf Stream - Rashinban CLO 2006-I Ltd | 4201 Congress Street, Suite 475 | Charlotte | North Carolina | 28209 |
| H Senior Income Fund LLC | 152 W. 57th Street, 52nd Floor | New York | New York | 10019 |
| HarbourMaster CLO 10 B V | Locatellikade 1 | Amsterdam | NeTherlands | 1076 AZ |
| HarbourMaster CLO 7 B V | Locatellikade 1 | Amsterdam | NeTherlands | 1076 AZ |
| HarbourMaster Pro Rata CLO 2 B V | Locatellikade 1 | Amsterdam | NeTherlands | 1076 AZ |
| Harch CLO II Limited | P.O. Box 1093GT, S. Church Street, Queensgate House | George Town | Grand Cayman, Cayman Islands | |
| Harch CLO III Limited | 751 Park of Commerce Drive, Suite 118 | Boca Raton | Florida | 33487 |
| Hewett's Island CLO V Ltd | 1 Boston Place, 16th Floor | Boston | Massachusetts | 02108 |
| Hewett's Island CLO VI Ltd | Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Hewett's Island CLO II Ltd | Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Hewett's Island CLO III Ltd | Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Hewett's Island CLO I-R Ltd | 1 Washington Mall, 6th Floor | Boston | Massachusetts | 02108 |
| Hewett's Island CLO IV Ltd | 1 Boston Place, 16th Floor | Boston | Massachusetts | 02108 |
| HFR RVA Advent Global Opportunity Master Trust | 1065 Avenue of The Americas | New York | New York | 10018 |
| HFR RVA Constellation Master Trust | 780 Third Avenue, 35th Floor | New York | New York | 10017 |
| High Yield Variable Account | 500 Boylston Street, 23rd Floor | Boston | Massachusetts | 02116 |
| Highbridge International LLC | The Cayman Corporate Centre, 27 Hospital Road, 4th Floor | | Grand Cayman, Cayman Islands | |
| Highland Loan Fund V Limited c/o Highland Capital Management LP | 1300 Two Galleria Tower, 13455 Noel Road, LB #45 | Dallas | Texas | 75240 |
| Hillmark Funding Ltd c/o Hillmark Capital Management LP | 600 Madison Avenue, 16th Floor | New York | New York | 10022 |
| IG Putnam U.S. High Yield Income Fund | 1 Post Office Square | Boston | Massachusetts | 02109 |
| ING International II-Senior Loans | 52 Route d'Esch | Luxembourg | | L-1470 |
| ING Investment Management CLO I Ltd | P.O. Box. 1093GT, Queensgate House, S. Church Street | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| ING Investment Management CLO IV Ltd | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| ING Investments LLC-ING Prime Rate Trust | 7337 E. Doubletree Ranch Road | Scottsdale | Arizona | 85258 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| ING Pimco High Yield Portfolio | 1290 Avenue of The Americas, Room 8102 | New York | New York | 10104 |
| ING Senior Income Fund c/o ING Investments LLC | 7337 E. Doubletree Ranch Road | Scottsdale | Arizona | 85258 |
| James River Insurance Company | 7130 Glen Forest Drive, Suite 210 | Richmond | Virginia | 23226 |
| Jasper CLO Ltd | 9 W. 57th Street, 36th Floor | New York | New York | 10019 |
| Jefferies Leveraged Credit Products | 1 Station Place, Three North | Stamford | Connecticut | 60902 |
| Jersey Street CLO Ltd | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| JPMorgan Chase Bank, N.A. | 399 Park Avenue, 16th Floor | New York | New York | 10017 |
| JPMorgan Whitefriars Inc | 270 Park Avenue, 9th Floor | New York | New York | 10017 |
| JPM IRE PLC As Cust. For Goldentree HighYield Value Fund Offshore 110 Limited | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| JPMCB-Secondary Loan and Distressed Credit Trading | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| JPMorgan Bk Branch-0802 | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| JPMorgan Chase Bank NA-New York- JP CRPSCTRDG | 300 Park Avenue, 21st Floor | New York | New York | 10022 |
| Juggernaut Fund LP | 40 W. 57th Street, 25th Floor | New York | New York | 10019 |
| Katonah IV Limited | 230 Park Avenue, Suite 1625 | New York | New York | 10169 |
| Kelts LLC | 101 Park Avenue | New York | New York | 10178 |
| Kensington International Limited | Ugland House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| King Street Acquisition Company, L.L.C. c/o King Street Capital Management, L.L.C. | 65 E. 55th Street, 30th Floor | New York | New York | 10022 |
| King Street Capital LP c/o King Street Capital Management L.L.C. | 65 E. 55th Street, 30th Floor | New York | New York | 10022 |
| KKR - Oregon Public Employees Retirement Fund | 555 California Street, 50th Floor | San Francisco | California | 94104 |
| KKR Financial CLO 2005-1 Ltd | 4 Embarcadero Center, Suite 2050 | San Francisco | California | 94111 |
| KKR Financial CLO 2006-1 Ltd | 600 Travis Street, 51st Floor | Houston | Texas | 77002 |
| KKR Financial CLO 2007-1 Ltd | 601 Travis Street, 16th Floor | Houston | Texas | 77002 |
| KKR Financial Holdings III LLC | 555 California Street, 50th Floor | San Francisco | California | 94104 |
| KKR Strategic Capital Fund MRO Trust | 555 California Street, 50th Floor | San Francisco | California | 94104 |
| KKR Strategic Capital Fund STRO Trust | 555 California Street, 50th Floor | San Francisco | California | 94104 |
| KKR Strategic Capital Institutional Fund Ltd | 555 California Street, 50th Floor | San Francisco | California | 94104 |
| KKR Strategic Capital Overseas Fund MRO Ltd | 555 California Street, 50th Floor | San Francisco | California | 94104 |
| KnighThead Master Fund LP | 623 5th Avenue, 29th Floor | New York | New York | 10022 |
| KS Capital Partners LP | 11 W. 42nd Street, 30th Floor | New York | New York | 10036 |
| KS International Inc. c/o KS Management Corp. | 11 W. 42nd Street, 30th Floor | New York | New York | 10036 |
| L-3 Communications Corporations Master Trust | 2 World Financial Center, Building B, 17th Floor | New York | New York | 10281 |
| Landmark II CDO Limited | 1 Landmark Sqaure | Stamford | Connecticut | 06901 |
| Landmark III CDO Limited | 1761 E. Street, Andrew Place | Santa Ana | California | 92705 |
| Landmark IV CDO Limited | 3 Landmark Square | Stamford | Connecticut | 06901 |
| Landmark IX CDO Limited | 6 Landmark Square | Stamford | Connecticut | 06901 |
| Landmark V CDO Limited | | Stamford | Connecticut | 06901 |
| Landmark VI CDO Limited | 6 Landmark Square | Stamford | Connecticut | 06901 |
| Landmark VII CDO Ltd | 3 Landmark Square | Stamford | Connecticut | 06901 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Landmark VIII CDO Ltd | P.O. Box 1093GT, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| LaSalle Bank NA | 135 S. LaSalle Street | Chicago | Illinois | 60603 |
| Latigo Master Fund Ltd | 590 Madison Avenue, 9th Floor | New York | New York | 10022 |
| Latitude CLO I Ltd | 1065 E. Hillsdale Boulevard, Suite 228 | Foster City | California | 94404 |
| Latitude CLO II Ltd | 1065 E. Hillsdale Boulevard, Suite 228 | Foster City | California | 94404 |
| Lehman Brothers Commercial Bank | 745 7th Avenue | New York | New York | 10019 |
| Levine Leichtman Capital Partners Deep Values Fund LP | 335 N. Maple Drive, Suite 240 | Beverly Hills | California | 90210 |
| Liberty CLO Ltd | 1300 Two Galleria Tower, 13455 Noel Road, LB #45 | Dallas | Texas | 75240 |
| Libertyview Loan Fund LLC | Harborside Financial Center, 3 2nd Street, Suite 202 | Jersey City | New Jersey | 73023 |
| LMA SPC for and on behalf of The MAP 84 Segregated Portfolio | 623 5th Avenue, 29th Floor | New York | New York | 10022 |
| Loan Funding III Delaware LLC | 840 Newport Center Drive | Newport Beach | California | 92660 |
| Loan Funding IV LLC | 1300 Two Galleria Tower, 13455 Noel Road, Suite 1300 | Dallas | Texas | 75240 |
| Loan Funding V LLC | 100 Mulberry Street, Gateway Center, 7th Floor | Newark | New Jersey | 07102 |
| Loan Funding VII LLC | 399 Park Avenue | New York | New York | 10043 |
| Longacre Acquisition LLC | 810 7th Avenue, 33rd Floor | New York | New York | 10019 |
| Loomis Apostle Loomis Sayles Senior Loan Fund | 1 Financial Center | Boston | Massachusetts | 02111 |
| Loomis Sayles CLO I Ltd | 1 International Place | Boston | Massachusetts | 02111 |
| Loomis Sayles Fixed Income Fund | 1 Financial Center, 34th Floor | New York | New York | 10281 |
| Loomis Sayles Funds I - Loomis Sayles Bond Fund 1440N6 | 399 Boylston Street | Boston | Massachusetts | 02116 |
| Loomis Sayles Funds II - Loomis Sayles Strategic Income Fund | 399 Boylston Street | Boston | Massachusetts | 02116 |
| Loomis Sayles Global Markets Fund | 399 Boylston Street, 6th Floor | Boston | Massachusetts | 02116 |
| Loomis Sayles High Income Fund | 1 Financial Center | Boston | Massachusetts | 02111 |
| Loomis Sayles High Income Opportunities Fund | 1 Financial Center | Boston | Massachusetts | 02111 |
| Loomis Sayles Institutional High Income Fund | 399 Boylston Street, 6th Floor | Boston | Massachusetts | 02116 |
| Loomis Sayles Leveraged Senior Loan Fund Ltd | 1 Financial Center | Boston | Massachusetts | 02111 |
| Loomis Sayles Senior Loand Fund LLC | 1 Financial Center | Boston | Massachusetts | 02111 |
| Lord Abbett Investment Trust-Lord AbbettFloating Rate Fund | 90 Hudson Street | Jersey City | New Jersey | 07302 |
| Lord Abbett Investment Trust-Lord AbbettHigh Yield Fund | 90 Hudson Street, 12th Floor | Jersey City | New Jersey | 07302 |
| Lousiana State Employees Retirement System | 2 World Financial Center, Building B, 17th Floor | New York | New York | 10281 |
| LP MA1 Ltd | 590 Madison Avenue, 9th Floor | New York | New York | 10022 |
| Luxor Capital LLC | 599 Lexington Avenue, 35th Floor | New York | New York | 10022 |
| Macquarie Bank Limited | No 1 Martin Place, Mezzanine Level | Sydney | Australia | 02000 |
| Madison Park Funding II Ltd | 89 Nexus Way, P.O. Box 1234 | Camana Bay | Grand Cayman, Cayman Islands | KY1-9007 |
| Madison Park Funding V Ltd | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Madison Park Funding VI Ltd | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Malibu CFPI Loan Funding LLC | 135 S. LaSalle Street, Suite 1511 | Chicago | Illinois | 60603 |
| MAPS CLO Fund I LLC c/o Callidus Capital Management LLC | 520 Madison Avenue, 27th Floor | New York | New York | 10022 |
| MAPS CLO Fund II Ltd | 520 Madison Avenue, 27th Floor | New York | New York | 10022 |
| Marathon Credit Dislocation Fund LP | 1 Bryant Park, 38th Floor | New York | New York | 10036 |
| Marathon Credit Master Fund Ltd. | 1 Bryant Park, 38th Floor | New York | New York | 10036 |
| Marathon Credit Opportunity Master Fund Ltd. | 1 Bryant Park, 38th Floor | New York | New York | 10036 |
| Marathon Financing I B V | 461 5th Avenue, 11th Floor | New York | New York | 10017 |
| Marathon Liquid Credit Long Short Fund | 1 Bryant Park, 38th Floor | New York | New York | 10036 |
| Marathon Special Opportunity Master Fund Limited | 461 5th Avenue, 10th Floor | New York | New York | 10017 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd c/o Mariner Group Inc. | Cayman Financial Center, 36A Dr. Roy's Drive | George Town | Grand Cayman, Cayman Islands | |
| Marlborough Street CLO Ltd c/o The Bank of New York | 601 Travis Street, 16th Floor | Houston | Texas | 77002 |
| Mayport CLO Ltd | 840 Newport Center Drive | Newport Beach | California | 92660 |
| Meritage Fund Limited | 800 3rd Avenue, 33rd Floor | New York | New York | 10022 |
| Merrill Lynch Capital Corporation | 250 Vesey Street | New York | New York | 10080 |
| Merrill Lynch Capital Services, Inc. | 250 Vesey Street | New York | New York | 10080 |
| Metropolitain West High Yield Bond Fund | 11766 Wilshire Boulevard, Suite 1580 | Los Angeles | California | 90025 |
| Metwest AM 127-Supervalu Inc Master Retirement Trust | 11766 Wilshire Boulevard, Suite 1580 | Los Angeles | California | 90025 |
| Metwest AM-702 Total Return Bond Fund | 11766 Wilshire Boulevard, Suite 1580 | Los Angeles | California | 90025 |
| Metwest AM-706 Strategic Income Fund | 11766 Wilshire Boulevard, Suite 1580 | Los Angeles | California | 90025 |
| MFP Partners L.P. | 667 Madison Avenue, 25th Floor | New York | New York | 10065 |
| MFS Diversified Income Fund | 500 Boylston Street, 22nd Floor | Boston | Massachusetts | 02116 |
| MFS InterMarket Income Trust I | 1 Financial Place | Boston | Massachusetts | 02111 |
| MFS Intermediate High Income Fund | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| MFS Series Trust III High Income Fund c/o Mass Financial Services Co. | 500 Boylston Street, 23rd Floor | Boston | Massachusetts | 02116 |
| MFS Series Trust III High Yield Opportunities Fund | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| MFS Series Trust VIII - Strategic Income Fund | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| MFS Special Value Trust | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| MFS Variable Insurance Trust - MFS Strategic Income Series VWG | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| MFS Variable Insurance Trust II - Strategic Income Portfolio | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| MFS Variable Insurance Trust II High Yield Portfolio | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| MFS Variable Insurance Trust MFS High Income Series c/o Mass Financial Services Co. | 500 Boylston Street, 23rd Floor | Boston | Massachusetts | 02116 |
| Midtown Acquisitions LP | 65 E. 55th Street, 19th Floor | New York | New York | 10022 |
| MJX - Venture IV CDO Limited | 12 E. 49th Street, 29th Floor | New York | New York | 10017 |
| Monumental Life Insurance Company c/o Aegon USA Investment Management | 4333 Edgewood Road | Cedar Rapids | Iowa | 52499 |
| Morgan Stanley Prime Income Trust c/o Morgan Stanley Investment Advis | 1221 Avenue of The Americas, 22nd Floor | New York | New York | 10020 |
| Morgan Stanley Senior Funding Inc. | | New York | New York | 10081 |
| Morgan Stanley SR Funding, Inc. | 1585 Broadway | New York | New York | 10036 |
| MSIM - Zodiac Fund US Senior Loan Fund | 1 Parkview Plaza | Oakbrooke Terrace | Illinois | 60181 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| MT Wilson CLO II Ltd | 385 E. Colorado Boulevard | Pasadena | California | 91101 |
| MT Wilson CLO Ltd | 385 E. Colorado Boulevard | Pasadena | California | 91101 |
| Municipal Employees' Annuity & Benefit Fund of Chicago | 550 Kearny Street, Suite 600 | San Francisco | California | 94108 |
| NACM CLO I | 11 Madison Avenue, 5th Floor | New York | New York | 10010 |
| NACM CLO II | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| NASH POINT CLO | 85 Merrion Square | Dublin 2 | Ireland | |
| National Investment Services High Yield Fund LLC | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Natixis Loomis Sayles Senior Loan Fund | 1 Financial Center | Boston | Massachusetts | 02111 |
| New York Times Company Pension Trust | 620 8th Avenue | New York | New York | 10018 |
| Newstart Factors Inc. | 2 Stamford Plaza, Suite 1501 | Stamford | Connecticut | 06901 |
| Nob Hill CLO II Limited | P.O. Box 1093GT, Boundary Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| Nob Hill CLO Limited | 909 Montgomery Stree, Suite 650 | San Francisco | California | 94133 |
| Nomura US Attractive Yield CorpoRate Bond Fund MoTher Fund | 1 State Street | Tokyo | Japan | |
| Nomura-Sagittarius Fund | 2 World Financial Center Building B, 17th Floor | New York | New York | 10281 |
| Normandy Hill Master Fund LP | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | KY1-9002 |
| Northwoods Capital IV Limited | 600 Travis Street, 50th Floor | Houston | Texas | 77002 |
| Northwoods Capital V Limited | Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| Northwoods Capital VII Limited | 245 Park Avenue, 26th Floor | New York | New York | 10167 |
| Northwoods Capital VIII Limited | P.O. Box 1093, S. Church Street, Queensgate House | George Town | Grand Cayman, Cayman Islands | |
| NTCC-Multi-Advisor Funds-High Yield Fund-Stone Harbor Investment Partners LP | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Nuveen Diversified Dividend and Income Fund | 180 Grand Avenue, Suite 1535 | Oakland | California | 94612 |
| Nuveen Floating Rate Income Fund | 180 Grand Avenue, Suite 1535 | Oakland | California | 94612 |
| Nuveen Floating Rate Income Opportunity Fund | 333 W. Wacker Drive | Chicago | Illinois | 60606 |
| Nuveen Multi-Strategy Income and Growth Fund | 333 W. Wacker Drive | Chicago | Illinois | 60606 |
| Nuveen Multi-Strategy Income and Growth Fund 2 | 333 W. Wacker Drive | Chicago | Illinois | 60606 |
| Nuveen Senior Income Fund | 600 Travis Street, 49th Floor | Houston | Texas | 77002 |
| Nuveen Tax Advantaged Total Return Strategy Fund | 123 Mission Street, 24th Floor | San Francisco | California | 94105 |
| Nylim Flatiron CLO 2003-1 Ltd a Cymn Islands LLC | P.O. Box 1093GT, Boundary Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | |
| Nylim Flatiron CLO 2004-1 Ltd | 51 Madison Avenue, Room 201 | New York | New York | 10010 |
| Nylim Flatiron CLO 2005-1 Ltd | 51 Madison Avenue, Room 201 | New York | New York | 10010 |
| Nylim Flatiron CLO 2006-1 Ltd | 51 Madison Avenue, Room 201 | New York | New York | 10010 |
| NZC Guggenheim Master Fund Limited | 135 E. 57th Street, 6th Floor | New York | New York | 10022 |
| Oaktree FF Investment Fund LP | 333 S. Grand Avenue, 28th Floor | Los Angeles | California | 90071 |
| Oaktree FF Leisure Investments Ltd | 333 S. Grand Avenue, 28th Floor | Los Angeles | California | 90071 |
| Oaktree High Yield Plus Fund LP | 333 S. Grand Avenue, 28th Floor | Los Angeles | California | 90071 |
| Oaktree Value Opportunities Fund Holdings, LP | 333 S. Grand Avenue, 28th Floor | Los Angeles | California | 90071 |
| Ocean Trails CLO III | 333 S. Grand Avenue, Suite 4100 | Los Angeles | California | 90071 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| OCM Opportunities Fund VII Delaware, L.P. | 333 S. Grand Avenue, 28th Floor | Los Angeles | California | 90071 |
| OCM Opportunities Fund VIIB Delaware, LP | 333 S. Grand Avenue, 28th Floor | Los Angeles | California | 90071 |
| OCP Investment Trust | 910 Sylvan Avenue, Suite 100 | Englewood Cliffs | New Jersey | 07632 |
| Onex Debt Opportunity Fund Ltd | 900 Third Avenue, Suite 1101 | New York | New York | 10022 |
| Orchid Investments LLC | Liberty Lane | Hampton | New Hampshire | 03842 |
| OZ Special Master Fund Ltd | | New York | New York | 10019 |
| Pembroke CBNA Loan Funding LLC | 767 3rd Avenue, Suite 800 | New York | New York | 10017 |
| Penteli Master Fund Ltd | 1 Bryant Park, 38th Floor | New York | New York | 10036 |
| Perella Weinberg Partners Xerion Master Fund Ltd | 757 5th Avenue, 4th Floor | New York | New York | 10153 |
| Perry Principals LLC | 599 Lexington Avenue | New York | New York | 10022 |
| PIMCO Funds-Diversified Income Fund-744 | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO1240-Prudential Ser Fund SP PIMCO Totret PT | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO2042-IBM Personal Pension Plan Trust | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO2498-Income Opportunity Fund | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO2603-Red River HYPI LP | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO2764-PIMCO Cayman-Cayman Global High Income Fund | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO2782-PIMCO Cayman Global High Income YE-Hedged Fund | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO2980-California Public Employees Retirement System | Lincoln Plaza East, 400 Q Street | Sacramento | California | 95814 |
| PIMCO3752-Global High Yield Strategy Fund | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO3813 - PIMCO Cayman Bank Loan Fund | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO4652 Loan Opportunities Fund I LP | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO4686-GIS Global High Yield Bond Fund | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO4689-Global INV SER PLC DiversifiedINC FD | | Dublin 2 | Ireland | |
| PIMCO6449-Army & Air Force Mutual Aid Assoc-Master | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO686-VIT High Yield Portfolio | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO6975-AST-AST High Yield Portfolio | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| PIMCO705-PIMCO High Yield Fund | 1290 Avenue of The Americas, Room 8102 | New York | New York | 10104 |
| PIMCO706- Private High Yield Portfolio | 1290 Avenue of The Americas, Room 8102 | New York | New York | 10104 |
| PIMCO-PIMCO Funds GIS PLC High Yield Bond FD-696 | 1290 Avenue of The Americas, Room 8102 | New York | New York | 10104 |
| PIMCO-State Teachers Retirement Sys of Ohio-1252 | 1290 Avenue of The Americas, Room 8102 | New York | New York | 10104 |
| Portola CLO Ltd | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| Prospero CLO I BV | Fred Roeskestraat 123 | Amsterdam | NeTherlands | 1076 EE |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Prospero CLO II BV | 245 Park Avenue, 38th Floor | New York | New York | 10167 |
| PUTAH8 - Interpolis Pensioenen Global High Yield Pool | 1 International Place, 40th Floor | Boston | Massachusetts | 02110 |
| Putnam 14-High Yield Trust | 25 Braintree Office Park | Boston | Massachusetts | 02184 |
| Putnam 29X-Funds Trust Floating Rate Income Fund | 1 International Place, 40th Floor | Boston | Massachusetts | 02110 |
| Putnam 60-High Yield Advantage Fund | 1 International Place, 40th Floor | Boston | Massachusetts | 02110 |
| Putnam 67 - Putnam Variable Trust - Putnam VT High Yield Fund | 1 International Place, 40th Floor | Boston | Massachusetts | 02110 |
| Putnam 73-Premier Income Trust | 1 International Place, 40th Floor | Boston | Massachusetts | 02110 |
| Putnam 74-Master Intermediate Income Trust | 1 International Place, 40th Floor | Boston | Massachusetts | 02110 |
| Putnam 75-Diversified Income Trust | 1 Post Office Square | Boston | Massachusetts | 02109 |
| Putnam 961-Putnam Variable Trust PutnamVT Diversified | 60 Wall Street | New York | New York | 10005 |
| Putnam Diversified Income Trust CAYMANMaster Fund | 1 International Place, 40th Floor | Boston | Massachusetts | 02110 |
| PYRAMIS Floating Rate High Income Commingled Pool | 82 Devonshire Street-V13H | Boston | Massachusetts | 02109 |
| QUALCOMM Global Trading | | New York | New York | |
| Race Point II CLO | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| Race Point III CLO | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| Race Point IV CLO Ltd | 111 Huntington Avenue | Boston | Massachusetts | 02199 |
| Red River CLO Ltd | P.O. Box 1093 GT, Queensgate House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Regents University of California | 2 World Financial Center, Building B, 17th Floor | New York | New York | 10281 |
| Renaissance Reinsurance Limited | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| RIDGEWORTH FundS SEIX Floating Rate HighIncome Fund | 10 Mountainview Road, Suite C-200 | Upper Saddle River | New Jersey | 07458 |
| Riversource 106 BOND Series INC-FloatingRate Fund | 50606 Ameriprise Financial Center | Minneapolis | Minnesota | 55474 |
| Riversource CENT CDO 12 Limited | P.O. Box 1093 GT, Queensgate House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Riversource CENT CDO 14 Limited | 100 N. Sepulveda Boulevard, Suite 650 | El Segundo | California | 90245 |
| Riversource Life Insurance Company | 216 Ameriprise Financial Center | Minneapolis | Minnesota | 55474 |
| Riversource Strategic ALLOC Series INC -Riversource Strategic Income ALLOC Fund | 145 Ameriprise Financial Center | Minneapolis | Minnesota | 55474 |
| Rockwall CDO II Ltd | P.O. Box 1093 GT, Queensgate House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Rockwall CDO Ltd | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| San Francisco City & County Employees Retirement System | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Scoggin Capital Management II LLC | 660 Madison Avenue, 20th Floor | New York | New York | 10021 |
| Scoggin International Fund Ltd | 42 N. Church Street, Harbour Center, 3rd Floor | | Grand Cayman, Cayman Islands | KY1-1108 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Scoggin Worldwide Fund Ltd | 660 Madison Avenue, 20th Floor | New York | New York | 10021 |
| Seal Rock Offshore Funding LLC | 1 Maritime Plaza, Suite 1325 | San Francisco | California | 94111 |
| Security Investors-Security Income Fund-High Yield Series | 1 S.W. Security Benefit Place | Topeka | Kansas | 66636 |
| SEG Latigo Master Fund Ltd | 380 Lafayette Street, 6th Floor | New York | New York | 10003 |
| SEG LP MA2 LP | 590 Madison Avenue, 9th Floor | New York | New York | 10022 |
| SEI Institutional Managed Trusts Core Fixed Income | 385 E. Colorado Boulevard, 3rd Floor | Pasadena | California | 91101 |
| SEIX Credit Opportunities Fund Financing I, Ltd | 10 Mountainview Road, Suite C-200 | Upper Saddle River | New Jersey | 07458 |
| Seneca Capital LP | 950 3rd Avenue, 29th Floor | New York | New York | 10022 |
| Senior Income Trust | 24 Federal Street, 6th Floor | Boston | Massachusetts | 02110 |
| Sequils-Centurion V Ltd | 100 N. Sepulveda Boulevard, Suite 1010 | El Segundo | California | 90245 |
| Shasta CLO I Limited | 601 S. Figueroa Street, Suite 3600 | Los Angeles | California | 90017 |
| Shinnecock CLO 2006-1 Ltd | 101 Barclay Street, Floor 8 East | New York | New York | 10286 |
| Silver Oak Capital LLC | 245 Park Avenue, 26th Floor | New York | New York | 10167 |
| Silverado CLO 2006-II Ltd | P.O. Box 908GT, Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| SOF Investment LP c/o MSD Capital LP | 645 5th Avenue, 21st Floor | New York | New York | 10022 |
| Southfork CLO Ltd | P.O. Box 1093GT, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Southport CLO Ltd | 840 Newport Center Drive, Suite 300 | Newport Beach | California | 92660 |
| Special Situtations Investing Group Incorporated | 85 Broad Street | New York | New York | 10004 |
| Sprinfield Associates LLC Special Account | 3 Revere Court | Upper Broovill | New York | 11545 |
| Stichting Pensioenfonds Hoogovens | 2 World Financial Center, Building B, 17th Floor | New York | New York | 10281 |
| Stone Harbor - Loyalis Schade NV | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor - Renaissance Reinsurance Limited | 399 Park Avenue, Mezzanine Level | New York | New York | 10022 |
| Stone Harbor - State of CT Retirement Plans and Trust Funds | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor - UBS UK Pension and Life Assurance Scheme | Finsbury Avenue | London | United Kingdom | |
| Stone Harbor Global FundS PLC-Stone Harbor Leveraged Loan Portfolio | Arthur Cox Earlfort Center | Dublin 2 | Ireland | |
| Stone Harbor High Yield Bond Fund | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor INV Partners AC Virginia Retirement SystemS | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor Investment FundS-High Yield Bond Fund | 1 International Place | Boston | Massachusetts | 02110 |
| Stone Harbor Investment Partners-Hugheson Limited | 68 Fort Street, Butterfield House, P.O. Box 705 | George Town | Grand Cayman, Cayman Islands | |
| Stone Harbor Libor Plus Total Return Fund | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor-Central States Southeast & Southwest Areas Health & Welfare Fund | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor-Commonwealth of Pennsylvania State Employees Retirement | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor-Conocophillips Company | 399 Park Avenue, Mezzanine Level | New York | New York | 10022 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Stone Harbor-LIBRA Global Limited | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor-Municipal Employees Retirement System of Michigan | 1134 Municipal Wayu | Lansing | Michigan | 48842 |
| Stone Harbor-National Elevator Industry Pension Plan | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor-San Joaquin County Emp. Ret. Assoc. | 399 Park Avenue | New York | New York | 10022 |
| Stone Harbor-State of Wisconsin Investment Board | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stone Harbor-Sterling Core Plus Bond Fund | 399 Park Avenue | New York | New York | 10022 |
| Stone Harbor-Wallace H Coulter Foundation | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| Stoney Lane Funding I Ltd | P.O. Box 1093GT, Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | KY1-1102 |
| Strategic Value Master Fund Limited | P.O. Box 1234GT, Queensgate House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Stratford CLO Limited | Queensfate Town | | Grand Cayman, Cayman Islands | |
| Structured Credit Opportunities Fund II, LP. | 500 Mamaroneck Avenue, Suite 101 | Harrison | New York | 10528 |
| Structured Enhanced Return Vehicle TrustSeries 1998-1 | 4333 Edgewood Road, NE | Cedar Rapids | Iowa | 52499 |
| Sumitomo Mitsui Banking Corporation | 277 Park Avenue | New York | New York | 10172 |
| Sunrise Partners Limited Partnership | 2 American Lane | Greenwich | Connecticut | 06836 |
| Symphony CLO II Ltd | Queensgate House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| Symphony CLO III Ltd | 555 California Street, Suite 2975 | San Francisco | California | 94104 |
| Symphony CLO IV Ltd | 555 California Street, Suite 2975 | San Francisco | California | 94104 |
| Symphony CLO V Ltd | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | KY1-9002 |
| Symphony CR PARTS I Ltd | 123 Mission Street, 24th Floor | San Francisco | California | 94105 |
| Symphony Credit Opportunities Master Fund, L.P. | 123 Mission Street, 24th Floor | San Francisco | California | 94105 |
| Symphony Credit Opportunities Fund Ltd | 123 Mission Street, 24th Floor | San Francisco | California | 94105 |
| Symphony Credit Partners II Ltd | 123 Mission Street, 24th Floor | San Francisco | California | 94105 |
| Symphony Credit Partners III Ltd | 123 Mission Street, 24th Floor | San Francisco | California | 94105 |
| Taconic Capital Partners 1 5 L P | 450 Park Avenue, 8th Floor | New York | New York | 10022 |
| Taconic Market Dislocation Fund II LP | 450 Park Avenue, 8th Floor | New York | New York | 10022 |
| Taconic Market Dislocation Master Fund II LP | 450 Park Avenue, 8th Floor | New York | New York | 10022 |
| Taconic Opportunity Fund LP | 450 Park Avenue, 8th Floor | New York | New York | 10022 |
| Templeton 4290 Global Investment Trust-Income Fund | 500 E. Broward Boulevard | Fort Lauderdale | Florida | 33394 |
| The Andromeda Global Credit Fund Ltd | 780 3rd Avenue, 35th Floor | New York | New York | 10017 |
| The Bank of New York TTCC UNISYS Master Fund | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |
| The Catalyst Credit Opportunity Master Fund Ltd | 767 3rd Avenue, 32nd Floor | New York | New York | 10017 |
| The Regents of The University of California | 255 State Street, 8th Floor | Boston | Massachusetts | 02109 |
| The Regents of The University of California - #EB6J | 1111 Broadway, Suite 1400 | Oakland | California | 94607 |
| The Royal Bank of Scotland PLC New York Branch | 101 Park Avenue, 11th Floor | New York | New York | 10178 |
| THRACIA LLC | 1330 Avenue of the Americas | New York | New York | 10019 |
| TPG CR Opportunities FD LP | 4600 Wells Fargo Center, 90 S. 7th Street | Minneapolis | Minnesota | 55402 |
| TPG Credit Opportunities Investors LP | 4600 Wells Fargo Center, 90 S. 7th Street | Minneapolis | Minnesota | 55402 |
| TPG Credit Strategies Fund LP | 1209 Orange Street | Wilmington | Delaware | 19801 |

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| Tralee CDO I Ltd | P.O. Box 1093GT, Queensgate House, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Tricadia Distressed and Special Situations Master Fund | 36A Dr. Roy's Drive | George Town | Grand Cayman, Cayman Islands | |
| Trimaran CLO IV Ltd | 622 3rd Avenue, 35th Floor | New York | New York | 10017 |
| Trimaran CLO V Limited | 622 3rd Avenue, 35th Floor | New York | New York | 10017 |
| Trimaran CLO VI Ltd | 622 3rd Avenue, 35th Floor | New York | New York | 10017 |
| Trimaran CLO VII Ltd | 622 3rd Avenue, 35th Floor | New York | New York | 10017 |
| Trusco-Ridgeworth Funds High Income Fund | 10 Mountainview Road, Suite C-200 | Upper Saddle River | New Jersey | 07458 |
| UBS AG Stamford Branch | 677 Washington Boulevard, 6th Floor | Stamford | Connecticut | 06901 |
| Van Kampen Dynamic Credit Opportunities Fund | 1 Parkview Plaza | Oakbrooke Terrace | Illinois | 60181 |
| Van Kampen Senior Income Trust | 1 Parkview Plaza | Oakbrooke Terrace | Illinois | 60181 |
| Van Kampen Senior Loan Fund | 1 Parkview Plaza | Oakbrooke Terrace | Illinois | 60181 |
| Varde Investment Partners LP | 8500 Normandale Lake Boulevard #1570 | Minneapolis | Minnesota | 55437 |
| Veer Cash Flow CLO Ltd | 12 E. 49th Street, 29th Floor | New York | New York | 10017 |
| Venture II CDO 2002 Limited | Boundry Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | |
| Venture III CDO Ltd | 12 E. 49th Street, 29th Floor | New York | New York | 10017 |
| Venture IX CDO Ltd | Boundry Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | |
| Venture V CDO Ltd | Boundry Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | |
| Venture VI CDO Ltd | 12 E. 49th Street, 29th Floor | New York | New York | 10017 |
| Venture VII CDO Ltd | 12 E. 49th Street, 29th Floor | New York | New York | 10017 |
| Venture VIII CDO Ltd | Boundry Hall, Cricket Square | George Town | Grand Cayman, Cayman Islands | |
| Veritas CLO I Ltd | | New York | New York | |
| Veritas CLO II Ltd | 87 Mary Street, Walker House | George Town | Grand Cayman, Cayman Islands | KY1-9002 |
| VGE III Portfolio Ltd | 55 Railroad Avenue | Greenwich | Connecticut | 06930 |
| Victoria Court CFPI Loan FundING LLC | 390 Greenwich Street, 2nd Floor | New York | New York | 10013 |
| VIKING Global Equities II LP | 55 Railroad Avenue | Greenwich | Connecticut | 06930 |
| VIKING Global Equities LP | 55 Railroad Avenue | Greenwich | Connecticut | 06930 |
| VISTA Leveraged Income Fund | 12 E. 49th Street | New York | New York | 10022 |
| WAMCO 3073-JOHN HANCOCK Trust Floating Rate Income Trust | 385 E. Colorado Boulevard | Pasadena | California | 91101 |
| WAMCO 3074-JOHN HANCOCK Fund II-FloatingRate Income Fund | 601 Congress Street | Boston | Massachusetts | 02210 |
| WAMCO WESTERN Asset Floating Rate High Income Fund LLC | 385 E. Colorado Boulevard | Pasadena | California | 91101 |
| WAMCO 2236-Advanced Series Trust WESTERNASSET Core Plus Bond | 385 E. Colorado Boulevard | Pasadena | California | 91101 |
| WATERSTONE Market Neutral MAC 51 Ltd | P.O. Box 309GT, Ugland House, South Church Street | George Town | Grand Cayman, Cayman Islands | |
| WATERSTONE Market NEUTRAL Master Fund Ltd | P.O. Box 908GT, Walker House, Mary Street | George Town | Grand Cayman, Cayman Islands | |
| WAVELAND-INGOTS Ltd c/o PIMCO | 840 Newport Center Drive | Newport Beach | California | 92660 |
| Wells Fargo & Company Master Pension Trust | 31 W. 52nd Street, 16th Floor | New York | New York | 10019 |

**EXHIBIT D**
**LBO LENDER DISGORGEMENT DEFENDANTS**

| Lender | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| WESTCHESTER CLO Ltd | P.O. Box 1093GT | George Town | Grand Cayman, Cayman Islands | |
| WESTLB AG - New York Branch- | 250 Greenwich Street | New York | New York | 10007 |
| WEXFORD SPECTRUM Investors LLC | 411 W. Putnam Avenue | Greenwich | Connecticut | 06830 |
| WG HORIZONS CLO I | 333 S. Grand Avenue, Suite 4100 | Los Angeles | California | 90071 |
| WHITEHORSE V Ltd | P.O. Box 1093GT, S. Church Street | George Town | Grand Cayman, Cayman Islands | |
| Wilshire Institutional Master Fund SPC - Guggenheim Alpha Segregated Port | 135 E. 57th Street, 9th Floor | New York | New York | 10022 |
| WINDMILL Master Fund LP | P.O. Box 896 GT, Harbour Center, 2nd Floor, N. Church Street | George Town | Grand Cayman, Cayman Islands | |
| WMC 3G67-SUNAMERICA Senior Floating RateFund INC | 733 3rd Avenue | New York | New York | 10017 |
| Woodlands Commercial Bank | 745 7th Avenue, 8th Floor | New York | New York | 10019 |
| YORK Global Finance BDH LLC | 767 5th Avenue, 17th Floor | New York | New York | 10153 |
| YORKVILLE CBNA Loan Funding LLC | 181 W. Madison Street, Suite 3200 | Chicago | Illinois | 60602 |
| ZOHAR II 2005-1 Ltd c/o LaSalle Bank NA | 135 S. LaSalle Street | Chicago | Illinois | 60603 |
| Zohar III, Limited | 1601 Elm Street, Suite 3000 | Dallas | Texas | 75201 |