EXHIBIT E

## **LBO FEE DEFENDANTS**

JPMorgan Chase Bank, National Association

JPMorgan Securities, Inc.

Merrill Lynch Capital Corporation

Citigroup Global Markets, Inc.

Bank of America, N.A.

Banc of America Securities, LLC

Barclays Bank PLC

LaSalle Bank, N.A.

Sumitomo Mitsui Banking Corporation