# YAHOO! MAIL
### Classic

**DombeckvsTribune/08-13141**                                          Wednesday, October 27, 2010 12:20 PM

From: "Maureen Dombeck" <maureendombeck@yahoo.com>
To: Chambers_of_Judge_Kevin_Carey@deb.uscourts.gov


Honorable Judge Carey,

Case # 08-13141 Maureen Dombeck vs Debtors/Tribune Co.

I have enclosed e-mails from the Debtor's Attorney, Cole Schotz showing their unwillingness and concealment of sending timely Notice of Hearing
agendas for the past few hearings. In addition, I have enclosed Fed
Ex labels and notices from Fed Ex regarding the agenda for Oct 22nd
which was delivered on 10/22 also requesting a signature. The Debtors
Attorney is being disrespectful of Myself and most importantly, the
Court and Court process.
Judge Carey, I cite this Attorney Cole/Schotz as obstructing justice
"corruptly or by threats of force or by threatning letter or communication,
influences obstructs or impedes or endeavors to influence, obstruct, or impede the due administration of justice. These persons are guilty of the
crime of obstruction of justice in their disregard and stealth of notifying
Myself of hearings. They are impeeding delivery of scheduled hearings. The defendants endeavor to obstruct justice is sufficient so say the law.

In all cases, the plaintiff shall file a status report forty-five (45) days after
the date of the scheduling order, each forty-five (45) days thereafter, and
thirty (30), twenty (20), and ten (10) days prior to trial, setting out the
status of each unresolved adversary proceeding and the plaintiff shall
contemporaneously deliver a copy of the report to Chambers.

Judge Carey, I also believe this Attorney is guilty of contempt of Court.
This falls under the auspices of Civil contempt. This Attorney willfully
disobeyed a court order and commits indirect contempt because it occurs outside the Judges immediate realm
and evidence is herby presented via
email and copies of Fed Ex labels. I also have a voice mail from Ms
Kate Stickles of Cole/Schotz stating my request for continuance of
the 10/22 hearing is granted (because of not receiving timely notice of
agenda) and she also states to "check for future agendas") Judge Carey
Cole/Schotz is responsible for timely delivery of such agendas. As you
can see by my email requests to Pauline Ratkowiak, I have requested,
regular mail, electronic copy, Fed Ex no signature in order to cover getting the agendas on time or getting them period in a manner that is
not after the fact.

Judge Carey, I will deliver this message to you via email and also send
hard copies via Fed Ex. I was informed by Ms Hunt that you do not accept
emails, however, I did notice your email address on line and thought I would alert you to my Fed Ex package.

Sincerely,

Maureen Dombeck

Re: Contempt of Court/Obstruction of Justice/Dombeck vs Tribune/ Yahoo! Mail    Page 1 of 3

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 2 of 15


YAHOO!® MAIL
Classic

**Re: Contempt of Court/Obstruction of Justice/Dombeck vs Tribune**    Tuesday, October 26, 2010 11:51 AM
From: "Nancy_Hunt@deb.uscourts.gov" <Nancy_Hunt@deb.uscourts.gov>
To: "Maureen Dombeck" <maureendombeck@yahoo.com>

I am sorry but I am unable to give you any legal advice. Thank you.

From:    Maureen Dombeck <maureendombeck@yahoo.com>
To:      Nancy_Hunt@deb.uscourts.gov
Date:    10/26/2010 12:49 PM
Subject: Re: Contempt of Court/Obstruction of Justice/Dombeck vs Tribune

Please excuse my mis-step in regards to this matter, Ms Hunt.
Should I copy this email and send it to the address you have listed below?
(along with my constant requests to them (Cole/Schotz) to provide timely information?)
I also have copies of Fed Ex envelopes that I have just received on Friday 10/22 at 9 am delivery and yesterday 10/25 at 4pm for the October 22nd hearing. I have asked Cole/Schotz on numerous occasions for courtesy and expediency in delivering the hearing agendas. They were sending the overnights with no signature, now all of a sudden they are expecting a signature and delivering when I am not at home. I have asked for electronic copy via email, and they are
claiming they cannot attach the information as in the past. I requested for US Mail delivery of copies, non-signature Fed Ex's and electronic copy and they obstinately deliver with Fed Ex signature only. What other avenue am I able to take in regards to seeking justice for Myself?

Sincerely,

Maureen Dombeck

--- On Tue, 10/26/10, Nancy_Hunt@deb.uscourts.gov <Nancy_Hunt@deb.uscourts.gov> wrote:

> From: Nancy_Hunt@deb.uscourts.gov <Nancy_Hunt@deb.uscourts.gov>
> Subject: Re: Contempt of Court/Obstruction of Justice/Dombeck vs Tribune
> To: "Maureen Dombeck" <maureendombeck@yahoo.com>
> Date: Tuesday, October 26, 2010, 11:12 AM
> The court is in receipt of your
> email. Please note that it is not
> appropriate to write letters or emails directly to the
> judge or his staff
> regarding a bankruptcy case. Any pleading that you
> would like to present
> to the Court in connection with the Tribune case should be
> filed with the

Re: Contempt of Court/Obstruction of Justice/Dombeck vs Tribune - Yahoo! Mail   Page 2 of 3

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 3 of 15

> Clerk's Office, United States Bankruptcy Court for the
> District of
> Delaware, 824 Market Street, Wilmington, DE 19801,
> with notice to the
> debtor's counsel and other appropriate
> parties. Thank you.
>
>
>
> From:    Maureen Dombeck <maureendombeck@yahoo.com>
> To:      Chambers_of_Judge_Kevin_Carey@deb.uscourts.gov
> Cc:      Nancy_Hunt@deb.uscourts.gov
> Date:    10/25/2010 05:47 PM
> Subject: Contempt of Court/Obstruction of
> Justice/Dombeck vs Tribune
>
>
>
> Honorable Judge Carey and Ms Hunt,
>
> I am a private ex-employee of Tribune Co who believes
> I have a grievance
> to present in regards to fiduciary irresponsibility on the
> part of the
> Tribune Management at the time of my employment and
> subsiquent release
> via forced buyout. I have been the victim of Cole/Schotz
> representation
> for Tribune in regards to not providing updated information
> on hearings
> going forward nor present hearings. I constantly have
> to contact them
> (Paulie Ratkowiak) in regards to receiving updated info on
> a timely basis
> as the Oct 22 nd hearing was not delivered to my home until
> that
> date,(resulting in me requesting a continuance)
> I do have proof of a Fed Ex package that warranted a
> signature when
> all previous packages did not, which delayed delivery in a
> timely manner.
> The prior hearing on Sept 15th was supposedly going
> forward, however when I
> called in to Court Call on that
> date, the Attorney, Mr Landry stated on tape that my case
> was to go forward
> on Oct 4th. I then found out by having to contact Ms
> Ratkowiak,(and Court
> Call, and subsiquent charge by Court Call
> that the case was to go forward on Oct 22nd. To revisit the
> Oct 22nd
> hearing, I have today received a Fed Ex package with
> the Oct 22nd

Re: Contempt of Court/Obstruction of Justice/Dombeck vs Tribune - Yahoo! Mail    Page 3 of 3

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 4 of 15

```
> information on today Oct 25th. Judge Carey, in
> addition
> to the aggravation suffered by Tribune co, it appears their
> representation
> is as dysfunctional, and as irresponsible in integrity.
> I constantly have to bridge the subject of contempt
> of Court and
> obstruction of Justice. I do trust you
> can counsel me on what I can do to receive Justice in this
> matter.
>
> Sincerely,
>
> Maureen Dombeck
>
>
>
>
>
>
>
```

Fw: RE: Re: Fw: RE: RE: RE: Tribune -October 22/2010 - Search Results - Yahoo! Mail    Page 2 of 23

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 5 of 15



Mail Search                              AdChoices
NEW Apple iPod nano 5th          TNF North Face
                                  Ski/Snowboard Jacket
Current Price: $134.99           Current Price: $46.00
VIEW NOW                         VIEW NOW

Mail | Contacts | Calendar | Notepad                What's New?  Mobile Mail  Options

Check Mail   New ▼                                      Try the new Yahoo! Mail

**Online Auctions**            Previous | Next | Back to Search Results
Save big on HDTVs
                               Delete   Reply ▼   Forward   Spam   Move... ▼

**Folders**
Inbox (159)                    Fw: RE: Re: Fw: RE: RE: RE: Tribune -October 22/2010
Drafts (18)                    From: "Maureen Dombeck" <maureendombeck@yahoo.com>
Sent                           To: PRatkowiak@coleschotz.com, Mvandermark@colescchotz.com
Spam          [Empty]
Trash         [Empty]          Aren't you funny....I guess contempt of court doesn't mean anything to you. I think
                               your secretary spread is spreading to your brain...... please advise
My Photos                      Maureen Dombeck
My Attachments                 — On Mon, 10/25/10, Maureen Dombeck <maureendombeck@yahoo.com> wrote:

**Chat & Mobile Text**            From: Maureen Dombeck <maureendombeck@yahoo.com>
I am    Offline                   Subject: Fw: RE: Re: Fw: RE: RE: RE: Tribune -October 22/2010
                                  To: PRatkowiak@coleschotz.com, MVandermark@coleschotz.com
                                  Date: Monday, October 25, 2010, 2:33 PM

**My Folders**  [Add - Edit]      Hi Pauline and Mary,
my documents                      I have not gotten confirmation of this email and wanted to see what the status of
untitled                          the upcoming hearing was. Please email me either way.
                                  thanks,
ADVERTISEMENT                     Maureen Dombeck

To some people                    — On Fri, 10/22/10, Maureen Dombeck <maureendombeck@yahoo.com> wrote:
watching a
bear dance is                        From: Maureen Dombeck <maureendombeck@yahoo.com>
                                     Subject: RE: Re: Fw: RE: RE: RE: Tribune -October 22/2010
DONATE NOW  WSPA                     To: "PaulineRatkowiak" <PRatkowiak@coleschotz.com>, MVandermark@coleschotz.com
                                     Cc: "Diane Dombeck" <ddombeck@kennedycompanyinc.com>, dottymary@comcast.net
                                     Date: Friday, October 22, 2010, 11:22 AM

                                     Yes, Pauline I did receive a voice mail from Kay Stickles. I am expecting the future agenda
                                     to be delivered in a timely manner. I am requesting hard copy through the US mail, a
                                     certified letter in addition to a Fed Ex requiring no signature. Let me reiterate "timely" as
                                     to meaning as soon as the date is set, and at least two weeks in advance of the date
                                     so I may arrange my schedule. Also follow-up with an attached file via electronic
                                     method. Thank you in advance and please feel free to forward this email to Ms
                                     Stickles. Pauline, if you are again having trouble sending electronic copy, I suggest you
                                     speak to one of your IT Gurus to assist.

                                     Sincerely,

                                     Maureen Dombeck

                                     — On Fri, 10/22/10, Ratkowiak, Pauline <PRatkowiak@coleschotz.com> wrote:

                                        From: Ratkowiak, Pauline <PRatkowiak@coleschotz.com>
                                        Subject: RE: Re: Fw: RE: RE: RE: Tribune -October 22/2010
                                        To: "'Maureen Dombeck'" <maureendombeck@yahoo.com>, "VanDermark, Mary" <MVanDermark@coleschotz.com>
                                        Date: Friday, October 22, 2010, 9:29 AM

                                        RE:  Tribune Company, et al.
                                             Continuance of October 22, 2010 Hearing

                                        Dear Ms. Dombeck,

                                        This will confirm the voicemail message that was left for you this morning advising that the hearing on your claim, which was scheduled f

                                        **C≡ COLE SCHOTZ**
                                        Pauline Z. Ratkowiak
                                        Bankruptcy Paralegal
                                        Cole, Schotz, Meisel, Forman & Leonard, P.A. | www.coleschotz.com
                                        500 Delaware Avenue, Suite 1410 | Wilmington, Delaware | 19801
                                        Direct 302.651.2010 | Firm 302.652.3131 | Fax 302.574.2110 | pratkowiak@coleschotz.com
                                        New Jersey  |  New York  |  Delaware  |  Maryland  |  Texas
                                        Legal Secretary: Mary Vandermark
                                        tel 302.652.3131 ext. 2500  | mvandermark@coleschotz.com

                                        **From:** Maureen Dombeck [mailto:maureendombeck@yahoo.com]
                                        **Sent:** Friday, October 22, 2010 2:23 AM
                                        **To:** Ratkowiak, Pauline; VanDermark, Mary
                                        **Subject:** Fw: Re: Fw: RE: RE: RE: Tribune -October 22/2010

*Handwritten note (right margin):*

JUDGE CAREY —
I TRULY
APOLOGIZE
FOR POOR
QUALITY
OF PRINT
/ PROOF

MAUREEN
DOMBECK

Fw: RE: Re: Fw: RE: RE: RE: Tribune -October 22/2010 - Search Results - Yahoo! Mail    Page 4 of 23

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 6 of 15

Mail Search

Date: Friday, October 22, 2010, 12:57 AM

Pauline , please attach a copy of the hearing for tomorrow. I have not received your
Fed Ex package. I have, however received a notice that a Fed Ex package was
attempted to be delivered to my home. I am curious why you elected to have a signature
for this package as the previous Fed Ex packages were delivered without a signature.
Fed Ex will not be able to deliver this package until tomorrow, as per Joe the Chicago
Area Supervisor and per Jackie the 800 number Representatiave I spoke to last evening
at 5:13 pm. Also, Jackie informed me you did not leave your name and address as bill to and I had to supply that information. DT 1024 7734 8890
hinder me from joining in the conference call. I would like to request a continuance based on your error of timely delivery. I believe the Attorney repr

Sincerely,

Maureen Dombeck

--- On Wed, 10/20/10, Maureen Dombeck <*maureendombeck@yahoo.com*> wrote:

> From: Maureen Dombeck <maureendombeck@yahoo.com>
> Subject: Fw: RE: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
> To: "Diane Dombeck" <ddombeck@kennedycompanyinc.com>, dottymary@comcast.net
> Date: Wednesday, October 20, 2010, 11:02 PM

--- On Wed, 10/20/10, Ratkowiak, Pauline <*PRatkowiak@coleschotz.com*> wrote:

> From: Ratkowiak, Pauline <PRatkowiak@coleschotz.com>
> Subject: RE: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
> To: "'Maureen Dombeck'" <maureendombeck@yahoo.com>, "VanDermark, Mary" <MVanDermark@coleschotz.com>
> Cc: "Diane Dombeck" <ddombeck@kennedycompanyinc.com>, "dottymary@comcast.net" <dottymary@comcast.net>
> Date: Wednesday, October 20, 2010, 1:58 PM
>
> The Agenda is being mailed to you via Federal Express. Your matter is going forward on Friday at 2:00 p.m.
>
> Thank you,
>
> ## CS COLE SCHOTZ
>
> **Pauline Z. Ratkowiak**
> **Bankruptcy Paralegal**
> Cole, Schotz, Meisel, Forman & Leonard, P.A. | www.coleschotz.com
> 500 Delaware Avenue, Suite 1410 | Wilmington, Delaware | 19801
> Direct 302.651.2010 | Firm 302.652.3131 | Fax 302.574.2110 | pratkowiak@coleschotz.com
> New Jersey | New York | Delaware | Maryland | Texas
> Legal Secretary: Mary Vandermark
> tel 302.652.3131 ext. 2500 | mvandermark@coleschotz.com
>
> **From:** Maureen Dombeck [mailto:maureendombeck@yahoo.com]
> **Sent:** Wednesday, October 20, 2010 2:47 PM
> **To:** Ratkowiak, Pauline; VanDermark, Mary
> **Cc:** Diane Dombeck; dottymary@comcast.net
> **Subject:** Fw: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
>
> Hi Pauline,
> Just a follow-up email to coincide with my voice mail about if the hearing is going forward
> tomorrow. I have also copied your Assistant Mary Vandermark in case of your
> absence. Chenise of Court Call asked me to contact you. Case 08 13141
>
> thanks,
>
> Maureen Dombeck
>
> --- On Fri, 10/1/10, Maureen Dombeck <*maureendombeck@yahoo.com*> wrote:
>
> > From: Maureen Dombeck <maureendombeck@yahoo.com>
> > Subject: Fw: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
> > To: PRatkowiak@coleschotz.com
> > Date: Friday, October 1, 2010, 5:04 PM
>
> Pauline, per our conversation of today, Friday 10/1/10 at 5:05 CST, you will be re-sending
> the email on the Oct 22 hearing and following up with hard copy via overnight.
> I'm so glad we got a chance to speak and clear this matter up so I did not have to take
> further action and inform the Court of your hesitance to comply with sending me information on the hearing against Tribune.
> Maureen Dombeck
>
> --- On Mon, 9/27/10, Maureen Dombeck <*maureendombeck@yahoo.com*> wrote:
>
> > From: Maureen Dombeck <maureendombeck@yahoo.com>
> > Subject: Fw: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
> > To: PRatkowiak@coleschotz.com
> > Date: Monday, September 27, 2010, 4:46 PM

*[handwritten margin note: Always Burden on Me to Request Info.]*

Fw: RE: Re: Fw: RE: RE: RE: Tribune - October 22, 2010 - Search Results - Yahoo! Mail    Page 6 of 23

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 7 of 15

Mail Search

Pauline/???
— On **Mon, 9/27/10, Maureen Dombeck** *<maureendombeck@yahoo.com>* wrote:

> From: Maureen Dombeck <maureendombeck@yahoo.com>
> Subject: Fw: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
> To: PRatkowiak@coleschotz.com
> Date: Monday, September 27, 2010, 10:39 AM
>
> Hi Pauline, you just sent me an email. Please resend as I cannot open it.
> thanks,
> Maureen Dombeck
>
> — On **Fri, 9/24/10, Maureen Dombeck** *<maureendombeck@yahoo.com>* wrote:
>
>> From: Maureen Dombeck <maureendombeck@yahoo.com>
>> Subject: Fw: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
>> To: PRatkowiak@coleschotz.com
>> Date: Friday, September 24, 2010, 5:24 PM
>>
>> Hi Pauline,
>> Possibly you have been out of the office? I have not gotten an "out of the office message from you" With my two requests for the Oct 22 but could this be misconstrued as contempt of court? A response would be courteous and professional.
>> thanks,
>> Maureen Dombeck
>>
>> — On **Thu, 9/23/10, Maureen Dombeck** *<maureendombeck@yahoo.com>* wrote:
>>
>>> From: Maureen Dombeck <maureendombeck@yahoo.com>
>>> Subject: Fw: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
>>> To: PRatkowiak@coleschotz.com
>>> Date: Thursday, September 23, 2010, 12:21 PM
>>>
>>> Pauline, please send me the hearing information for Oct 22. I mistakenly received the Sept 15th information.
>>> thanks,
>>> Maureen Dombeck
>>>
>>> — On **Sat, 9/18/10, Maureen Dombeck** *<maureendombeck@yahoo.com>* wrote:
>>>
>>>> From: Maureen Dombeck <maureendombeck@yahoo.com>
>>>> Subject: Fw: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
>>>> To: PRatkowiak@coleschotz.com
>>>> Date: Saturday, September 18, 2010, 5:13 PM
>>>>
>>>> Hi Pauline,
>>>> Hope you are having a great weekend. I did receive today via regular mail a copy of the hearing notice for Sept. 15 for some reason. It did state the matters of hearing were going forward on Sept 15. I was expecting th the Oct 22nd hearing, especially if this was supposed to be a timely delivery
>>>> of notice of hearing it would have been after the supposed hearing date. Pauline, I had 16 years of Tribune hijinks and hope I don't h to keep contacting your office every time there is a motion to extend the hearing.
>>>> thanks,
>>>> Maureen Dombeck
>>>>
>>>> — On **Thu, 9/16/10, Maureen Dombeck** *<maureendombeck@yahoo.com>* wrote:
>>>>
>>>>> From: Maureen Dombeck <maureendombeck@yahoo.com>
>>>>> Subject: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
>>>>> To: "PaulineRatkowiak" <PRatkowiak@coleschotz.com>
>>>>> Date: Thursday, September 16, 2010, 5:55 PM
>>>>>
>>>>> With due respect to You, Pauline and your courtesy to assume the Courtcall charges, I was instructed by Gloria x 261 (Rep at Cou on your email.
>>>>> It appears Someone at your Office had not informed Courtcall that My claim was being extended until Oct 22.
>>>>> Also, Your Attorney, Landry, stated at opening statements, my claim would be heard
>>>>> on Oct 4th. Lorraine De La Cruz x 283 called this morning to inform me that you would be assuming the charge for the error. I don
>>>>>
>>>>> Maureen Dombeck
>>>>>
>>>>> — On **Thu, 9/16/10, Ratkowiak, Pauline** *<PRatkowiak@coleschotz.com>* wrote:
>>>>>
>>>>>> From: Ratkowiak, Pauline <PRatkowiak@coleschotz.com>
>>>>>> Subject: RE: RE: Tribune - September 15, 2010 hearing (DI 5666)
>>>>>> To: "Maureen Dombeck" <maureendombeck@yahoo.com>
>>>>>> Cc: "VanDermark, Mary" <MVanDermark@coleschotz.com>
>>>>>> Date: Thursday, September 16, 2010, 12:14 PM
>>>>>>
>>>>>> The CourtCall fee for the September 15, 2010 hearing has already been taken care of by Debtors' counsel.
>>>>>>
>>>>>> Please note that the Agenda which was emailed to you on September 13, 2010, indicated that the Twenty-Fourth Omnibus Obje the September 15, 2010 transcript in which the attorney is relating to the Judge which items are continued to the October 22, 201

Fw: RE: Re: Fw: RE: RE: RE: Tribune - October 22, 2010 - Search Results - Yahoo! Mail    Page 14 of 23

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 8 of 15

Pauline,
I had not heard from you in response to this matter. The Attorney today stated court was extended until Oct 4th, not Oct 22. . Please have courtesy to "do the right thing" and assume the cost of the courtcall of today Sept 15, in lieu of your cancelling my hearing.
thanks,
Maureen Dombeck

--- On **Wed, 9/15/10, Maureen Dombeck *<maureendombeck@yahoo.com>*** wrote:

> From: Maureen Dombeck <maureendombeck@yahoo.com>
> Subject: RE: Tribune - September 15, 2010 hearing (DI 5666)
> To: "PaulineRatkowiak" <PRatkowiak@coleschotz.com>
> Date: Wednesday, September 15, 2010, 12:25 PM
>
> Pauline,
> I beg to differ with you, there is no mention of Me under item 4. Also, I am not on the electronic list of plaintiffs notified and never received this notice. There was possibly a concern while you were on vacation as courtcall also had me as a plaintiff for hearing today.
> Maureen Dombeck
>
> --- On **Wed, 9/15/10, Ratkowiak, Pauline *<PRatkowiak@coleschotz.com>*** wrote:
>
> > From: Ratkowiak, Pauline <PRatkowiak@coleschotz.com>
> > Subject: RE: Tribune - September 15, 2010 hearing (DI 5666)
> > To: "Maureen Dombeck" <maureendombeck@yahoo.com>
> > Date: Wednesday, September 15, 2010, 11:20 AM
> >
> > Mrs. Dombeck,
> >
> > Attached is another copy of the Notice of Agenda for today's hearing. Please note that your matter is Agenda Item No. 4, un( matter is adjourned to the October 22, 2010 hearing.
> >
> > We will be sending an Agenda to you for the October 22, 2010 hearing on October 20, 2010.
> >
> > Thank you,
> >
> > **C≡ COLE SCHOTZ**
> > _____
> > **Pauline Z. Ratkowiak**
> > **Bankruptcy Paralegal**
> > **Cole, Schotz, Meisel, Forman & Leonard, P.A. | www.coleschotz.com**
> > 500 Delaware Avenue, Suite 1410 | Wilmington, Delaware | 19801
> > Direct 302.651.2010 | Firm 302.652.3131 | Fax 302.574.2110 | pratkowiak@coleschotz.com
> > New Jersey    |    New York    |    Delaware    |    Maryland
> > Legal Secretary: Mary Vandermark
> > tel 302.652.3131 ext. 2500  | mvandermark@coleschotz.com
> >
> > **From:** Maureen Dombeck [mailto:maureendombeck@yahoo.com]
> > **Sent:** Wednesday, September 15, 2010 11:53 AM
> > **To:** Ratkowiak, Pauline
> > **Subject:** Re: Tribune - September 15, 2010 hearing (DI 5666)
> >
> > Pauline,
> > I am on court conference per being told by the courtcall Representative ( Gloria x 261) my claim was going forward today. It is now 10:52 and I have been disconnected by the call via court conference. Is my case being presented at another time and date? I thought I heard a Attorney for Cole Schotz, Landry? who stated I was again extended to Oct 4th. It was very hard to hear the opening statements. Why did I not receive an email about this? Gloria stated I should h an email if this was to be extended.
> > Thanks,
> > Maureen Dombeck
> >
> > --- On **Mon, 9/13/10, Ratkowiak, Pauline *<PRatkowiak@coleschotz.com>*** wrote:
> >
> > > From: Ratkowiak, Pauline <PRatkowiak@coleschotz.com>
> > > Subject: Tribune - September 15, 2010 hearing (DI 5666)
> > > To: "Maureen Dombeck" <maureendombeck@yahoo.com>
> > > Date: Monday, September 13, 2010, 1:51 PM
> > >
> > > Attached is the Notice of Agenda of Matters Scheduled for Telephonic Hearing on September 15, 2010 at 11:00 a.m. Befor bankruptcy matter.
> > >
> > > **Please check to see if your matter is going forward, and if you wish to participate by telephone, participants must 2946) no later than 12:00 p.m. one business day before the hearing.**
> > >
> > > Thank you,
> > >
> > > **C≡ COLE SCHOTZ**
> > > _____
> > > **Pauline Z. Ratkowiak**
> > > **Bankruptcy Paralegal**
> > > **Cole, Schotz, Meisel, Forman & Leonard, P.A. | www.coleschotz.com**

Fw: RE: Re: Fw: RE: RE: RE: Tribune - October 20, 2010 - Search Results - Yahoo! Mail    Page 9 of 23

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 9 of 15



*Will not deliver electronically why?*

Please also note that by responding to the September 13, 2010 email, you have acknowledged receipt of the email and Agenda. F September 13, 2010 email specifically stated the following:

**Please check to see if your matter is going forward** *(emphasis added)*, and if you wish to participate by telephone, particip than 12:00 p.m. one business day before the hearing.

Thank you,

**COLE SCHOTZ**

**Pauline Z. Ratkowiak**
**Bankruptcy Paralegal**
Cole, Schotz, Meisel, Forman & Leonard, P.A. | www.coleschotz.com
500 Delaware Avenue, Suite 1410 | Wilmington, Delaware | 19801
Direct 302.651.2010 | Firm 302.652.3131 | Fax 302.574.2110 | pratkowiak@coleschotz.com
New Jersey | New York | Delaware | Maryland
Legal Secretary: Mary Vandermark
tel 302.652.3131 ext. 2500 | mvandermark@coleschotz.com

From: Maureen Dombeck [mailto:maureendombeck@yahoo.com]
Sent: Thursday, September 16, 2010 12:15 PM
To: Ratkowiak, Pauline
Cc: VanDermark, Mary
Subject: Fw: RE: Tribune - September 15, 2010 hearing (DI 5666)

Pauline,
I just left you a voice mail reiterating My request for reimbursement or credit toward the next courtcall on Oct. 22. Please get back to me regarding this matter.
thanks,
Maureen Dombeck

--- On Wed, 9/15/10, Maureen Dombeck <*maureendombeck@yahoo.com*> wrote:

From: Maureen Dombeck <maureendombeck@yahoo.com>
Subject: Fw: RE: Tribune - September 15, 2010 hearing (DI 5666)
To: PRatkowiak@coleschotz.com
Date: Wednesday, September 15, 2010, 4:12 PM

Fw: RE: Re: Fw: RE: RE: RE: Tribune - October 22, 2010 - Search Results - Yahoo! Mail    Page 9 of 23

Case 08-13141-BLS    Doc 6205    Filed 10/28/10    Page 10 of 15



Please also note that by responding to the September 13, 2010 email, you have acknowledged receipt of the email and Agenda. F September 13, 2010 email specifically stated the following:

<u>Please check to see if your matter is going forward <i>(emphasis added)</i></u>, and if you wish to participate by telephone, particip than 12:00 p.m. one business day before the hearing.

Thank you,

# CS COLE SCHOTZ

**Pauline Z. Ratkowiak**
**Bankruptcy Paralegal**
Cole, Schotz, Meisel, Forman & Leonard, P.A. | www.coleschotz.com
500 Delaware Avenue, Suite 1410 | Wilmington, Delaware | 19801
Direct 302.651.2010 | Firm 302.652.3131 | Fax 302.574.2110 | pratkowiak@coleschotz.com
New Jersey | New York | Delaware | Maryland
Legal Secretary: Mary Vandermark
tel 302.652.3131 ext. 2500 | mvandermark@coleschotz.com

**From:** Maureen Dombeck [mailto:maureendombeck@yahoo.com]
**Sent:** Thursday, September 16, 2010 12:15 PM
**To:** Ratkowiak, Pauline
**Cc:** VanDermark, Mary
**Subject:** Fw: RE: Tribune - September 15, 2010 hearing (DI 5666)

Pauline,
I just left you a voice mail reiterating My request for reimbursement or credit toward the next courtcall on Oct. 22. Please get back to me regarding this matter.
thanks,
Maureen Dombeck

— On Wed, 9/15/10, Maureen Dombeck <*maureendombeck@yahoo.com*> wrote:

> From: Maureen Dombeck <maureendombeck@yahoo.com>
> Subject: Fw: RE: Tribune - September 15, 2010 hearing (DI 5666)
> To: PRatkowiak@coleschotz.com
> Date: Wednesday, September 15, 2010, 4:12 PM



CREDIT FOR CALLING IN WHEN MY HEARING WENT FORWARD UNBEKNOWST TO ME

From: Maureen Dombeck <maureendombeck@yahoo.com>
Subject: Fw: RE: Tribune - September 15, 2010 hearing (DI 5666)
To: PRatkowiak@coleschotz.com
Date: Wednesday, September 15, 2010, 4:12 PM

Pauline,
I had not heard from you in response to this matter. The Attorney today stated court was extended until Oct 4th, not Oct 22. . Please have courtesy to "do the right thing" and assume the cost of the courtcall of today Sept 15, in lieu of your cancelling my hearing.
thanks,
Maureen Dombeck

— On Wed, 9/15/10, Maureen Dombeck <maureendombeck@yahoo.com> wrote:

> From: Maureen Dombeck <maureendombeck@yahoo.com>
> Subject: RE: Tribune - September 15, 2010 hearing (DI 5666)
> To: "PaulineRatkowiak" <PRatkowiak@coleschotz.com>
> Date: Wednesday, September 15, 2010, 12:25 PM
>
> Pauline,
> I beg to differ with you, there is no mention of Me under item 4. Also, I am not on the electronic list of plaintiffs notified and never received this notice. There was possibly a concern while you were on vacation as courtcall also had me as a plaintiff for hearing today.
> Maureen Dombeck

— On Wed, 9/15/10, Ratkowiak, Pauline <PRatkowiak@coleschotz.com> wrote:

> From: Ratkowiak, Pauline <PRatkowiak@coleschotz.com>
> Subject: RE: Tribune - September 15, 2010 hearing (DI 5666)
> To: "'Maureen Dombeck'" <maureendombeck@yahoo.com>
> Date: Wednesday, September 15, 2010, 11:20 AM

[Handwritten annotation: COULD HAVE MAILED THAT DAY]

Mrs. Dombeck,

[Handwritten annotation, pointing to the email: COULD NOT OPEN]

Attached is another copy of the Notice of Agenda for today's hearing. Please note that your matter is Agenda Item No. 4, under Adjourned matter is adjourned to the October 22, 2010 hearing.

We will be sending an Agenda to you for the October 22, 2010 hearing on October 20, 2010.

[Handwritten annotation: YOUR COURT WEBSITE ASKS FOR AT LEAST 2 DAY NOTICE WHY NOT CROOK?]

Thank you,

**CS COLE SCHOTZ**

Pauline Z. Ratkowiak
Bankruptcy Paralegal
Cole, Schotz, Meisel, Forman & Leonard, P.A.  |  www.coleschotz.com
500 Delaware Avenue, Suite 1410 | Wilmington, Delaware | 19801
Direct 302.651.2010 | Firm 302.652.3131 | Fax 302.574.2110 | pratkowiak@coleschotz.com
New Jersey  |  New York  |  Delaware  |  Maryland
Legal Secretary: Mary Vandermark
tel 302.652.3131 ext. 2500  | mvandermark@coleschotz.com

From: Maureen Dombeck [mailto:maureendombeck@yahoo.com]
Sent: Wednesday, September 15, 2010 11:53 AM
To: Ratkowiak, Pauline
Subject: Re: Tribune - September 15, 2010 hearing (DI 5666)

Pauline,
I am on court conference per being told by the courtcall Representative ( Gloria x 261) my claim was going forward today. It is now 10:52 and I have been disconnected by the call via court conference. Is my case being presented at another time and date? I thought I heard a Attorney for Cole Schotz, Landry? who stated I was again extended to Oct 4th. It was very hard to hear the opening statements. Why did I not receive an email about this?  Gloria stated I should have received an email if this was to be extended.
Thanks,
Maureen Dombeck

— On Mon, 9/13/10, Ratkowiak, Pauline <PRatkowiak@coleschotz.com> wrote:

> From: Ratkowiak, Pauline <PRatkowiak@coleschotz.com>
> Subject: Tribune - September 15, 2010 hearing (DI 5666)
> To: "'Maureen Dombeck'" <maureendombeck@yahoo.com>
> Date: Monday, September 13, 2010, 1:51 PM
>
> Attached is the Notice of Agenda of Matters Scheduled for Telephonic Hearing on September 15, 2010 at 11:00 a.m. Before the Honora bankruptcy matter.
>
> **Please check to see if your matter is going forward, and if you wish to participate by telephone, participants must notify Courtl 2946) no later than 12:00 p.m. one business day before the hearing.**
>
> Thank you,

*Why dis- required? never did before / approvate creditor*

**FedEx Express** — DOMBECK — **Door Tag** — We're sorry we missed you.

Day/Date: 10/21    Time: ___

**Package(s) delivered.**
- ☐ Front Door  ☐ Back Door  ☐ Side Door  ☐ Neighbor ___
- ☐ Apt. Office  ☐ Garage  ☐ Porch  ☐ Other ___

**Package(s) not delivered.**  See back for further explanation.
- ☐ C.O.D. amount due: ☐ Unsecured  C.O.D. Balance
  ☐ Secured  Cash will not be accepted. See back for acceptable forms of payment.
- ☐ Package contains dangerous goods.
- ☐ Security reasons/restrictions.
- ☒ Shipper requires signature in person at this address upon delivery (SPR).
- ☐ Shipper requires signature from adult (over 21) at this address.
- ☐ Shipper requires signature (ISR). Leave this signed form on door, and we'll leave your package(s). By my signature, I agree that FedEx will not be liable for any loss or damage that results from leaving this shipment.

Please sign legibly in black or blue ink.

**To pick up your package(s) today.**
Bring this form and a government-issued photo ID to pick up ___ /package(s) after ___ p.m.

Go to **fedex.com** or call 1.800.GoFedEx 1.800.463.3339
and select "track a package" to verify availability.

3747 W HOWARD
SKOKIE, IL 60076
Corner of Howard & Hamlin

**Hours of Operation:**
M–F: 8:00 am – 9:00 pm    Sat: 8:00 am – 5:00 pm

**NEW To pick up your package(s) after today at FedEx Office.**
Go to fedex.com and track using your door tag number to find eligible locations in your area. Then select Hold at FedEx Location. See back for more details.

**Or, three delivery attempts will be made (Monday–Friday).**
This was the: ☒ 1st Attempt  ☐ 2nd Attempt  ☐ Final Attempt

Door Tag Number → DT1024 7734 8890



45881509

*FedEx Please leave pkg. M. Dombeck 10/22*

**FedEx Express** Door Tag — We're sorry we missed you.

Day/Date: 10-22  Time: ___

Packages(s) delivered:
- [ ] Front Door  [ ] Back Door  [ ] Side Door  [ ] Neighbor
- [ ] Apt. Office  [ ] Garage  [ ] Porch  [ ] Other

Name: Dombek

Door Tag Number: DT1024 7734 8880

---

**FedEx Express** Door Tag — We're sorry we missed you.

Day/Date: 10/22  Time: ___

Name: Bombeck

Door Tag Number: DT1024 7734 8890

Note: "Out of Money"

---

**FedEx Express** Door Tag — We're sorry we missed you.

Day/Date: 10-22  Time: ___

Door Tag Number: DT1024 5620 0862

3747 W HOWARD, SKOKIE, IL 60076
Corner of Howard & Hamlin



FedEx Express

From: Origin ID: ZWA (302) 652-3131
J. KATE STICKLES
COLE SCHOTZ P.A.
500 DELAWARE AVENUE SUITE 1410

WILMINGTON, DE 19801

Ship Date: 21OCT10
ActWgt: 1.0 LB MAN
CAD: 557070/CAFE2453
Account#: S 415217501

Ref # 46429-0001 (JKS) Tribune
Invoice #
PO #
Dept #

SHIP TO: (773) 989-1855   BILL SENDER
MS. MAUREEN DOMBECK
4923 N. WOLCOTT, UNIT GA
CHICAGO, IL 60640

RELEASE#:

FRI - 22OCT   A1
PRIORITY OVERNIGHT
RES

60640
IL-US
ORD

TRK# 4115 7554 6153

XH NBUA

© 2005 FedEx 155476/155475 REV 9/05 RT

