## EXHIBIT B

## FEE SUMMARY

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## MARCH 1, 2010 THROUGH MARCH 31, 2010

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sager, Kelli | Partner | $470.25 | 42.20 | $19,844.55 |
| Wickers, Alonzo | Partner | $424.35 | 11.20 | $4,752.72 |
| Johnson, Bruce E. H. | Partner | $470.48 | 28.30 | $13,314.58 |
| Fisher, Jeffrey L. | Partner | $636.53 | 4.20 | $2,673.43 |
| Stahl, Eric M. | Partner | $390.00 | 96.00 | $37,440.00 |
| London, Ronald G. | Of Counsel | $410.52 | 4.20 | $1,724.18 |
| Henry, Karen A | Associate | $303.19 | 0.20 | $60.64 |
| Kohn, Lisa | Associate | $253.24 | 1.40 | $354.54 |
| Duran, Sarah | Associate | $305.00 | 75.40 | $22,997.00 |
| Doran, Ambika Kumar | Associate | $275.97 | 11.50 | $3,173.66 |
| Kvasnosky, Noelle | Associate | $257.40 | 8.90 | $2,290.86 |
| Glasser, Jeffrey D. | Associate | $261.90 | 94.60 | $21,292.67 |
| Planchon, Ben | Paralegal | $166.05 | 1.10 | $182.66 |
| Roth, Kristine R. | Paralegal | $72.00 | 3.10 | $223.20 |
| Chermoshnyuk, Jennifer | Paralegal | $175.00 | 54.00 | $9,450.00 |
| Hanson, Fred | Other | $175.00 | 0.20 | $35.00 |

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| less $38, 807.50 reduction for Doe v. Reed Amicus (Los Angeles Times) | | | | **($38,807.50)** |
| less $38, 807.50 reduction for Doe v. Reed Amicus (Tribune Company) | | | | **($38,807.50)** |
| **Total** | | | 432.40 | **$62,194.69** |
| **Blended Rate** | | | | **$143.84** |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Jail Access: Rutherford | 0.30 | $103.80 |
| Los Angeles County Sheriff CPRA | 90.40 | $28,534.37 |
| Pasadena Police Officers Association | 18.10 | $5,958.40 |
| Littlefield | 3.10 | $999.42 |
| L.A. County DCFS CPRA | 1.70 | $799.43 |
| Los Angeles Times General Advice | 72.00 | $21,799.99 |
| Doe v. Reed Amicus (Los Angeles Times) | 123.40 | $2,000.00 |
| Doe v. Reed Amicus (Tribune Company) | 123.40 | $2,000.00 |
| **Total** | **432.40** | **$62,194.69** |

3

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## APRIL 1, 2010 THROUGH APRIL 30, 2010

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sager, Kelli | Partner | $470.25 | 90.10 | $42,369.53 |
| Wickers, Alonzo | Partner | $424.35 | 10.60 | $4,498.11 |
| Johnson, Bruce E. H. | Partner | $470.48 | 0.40 | $188.20 |
| London, Ronald G. | Of Counsel | $410.52 | 0.40 | $164.21 |
| Kohn, Lisa | Associate | $253.24 | 1.10 | $278.57 |
| Glasser, Jeffrey D. | Associate | $261.90 | 168.80 | $44,208.72 |
| Buono, Anna | Associate | $288.00 | 2.00 | $576.00 |
| Doran, Ambika Kumar | Associate | $275.97 | 0.90 | $248.38 |
| Kvasnosky, Noelle | Associate | $257.40 | 1.50 | $386.10 |
| Planchon, Ben | Paralegal | $166.05 | 1.30 | $215.87 |
| Roth, Kristine R. | Paralegal | $69.19 | 12.80 | $885.64 |
| Gilbertson, Chris | Other | $69.19 | 1.10 | $76.11 |
| **Total** | | | **291.00** | **$94,095.59** |
| **Blended Rate** | | | | **$323.35** |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Los Angeles County Sherriff CPRA | 50.10 | $14,619.66 |

4

| | | |
|---|---|---|
| Los Angeles Times General Advice | 13.10 | $4,808.57 |
| Pasadena Police Officers Association | 227.80 | $74,667.36 |
| **Total** | | **$94,095.59** |

DWT 15685221v1 0085000-001895

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## MAY 1, 2010 THROUGH MAY 31, 2010

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sager, Kelli | Partner | $470.48 | 56.30 | $26,488.02 |
| Wickers, Alonzo | Partner | $424.35 | 8.20 | $3,479.67 |
| London, Ronald G. | Partner | $410.52 | 0.70 | $287.36 |
| Carolan, Duffy | Partner | $425.00 | 15.50 | $6,587.50 |
| Smith, James | Of Counsel | $419.74 | 2.70 | $1,133.30 |
| Glasser, Jeffrey D. | Associate | $261.90 | 98.10 | $25,692.39 |
| Glasser, Jeffrey D. | Associate | $305.00 | 27.40 | $8,357.00 |
| Buono A | Associate | $288.00 | 1.00 | $288.00 |
| Henry, Karen A. | Associate | $303.19 | 8.10 | $2,455.84 |
| Planchon, Ben | Paralegal | $166.05 | 1.00 | $166.05 |
| Roth, Kristine R. | Paralegal | $69.19 | 8.40 | $581.20 |
| Gilbertson, Chris | Other | $69.19 | 0.50 | $34.60 |
| Less pro rata discount of Crews v. The City of Willow matter | | | | ($14,444.50) |
| **Total** | | | **227.90** | **$61,106.45** |
| **Blended Rate** | | | | **$268.13** |

## COMPENSATION BY PROJECT CATEGORY

6

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Los Angeles County Sheriff CPRA | 72.40 | $22,656.02 |
| Pasadena Police Officers Association | 22.20 | $8,342.83 |
| Littlefield | 1.50 | $476.28 |
| Omidi | 1.60 | $752.77 |
| Los Angeles Times General Advice | 3.10 | $953.15 |
| DCFS Ridealong | 7.60 | $2,404.62 |
| Dole | 8.10 | $3,568.52 |
| CIFSS CPRA | 2.60 | $1,042.55 |
| Mahoney | 37.00 | $10,381.00 |
| Ridley-Thomas | 25.50 | $8,608.05 |
| Tribune Los Angeles General Advice | 3.40 | $1,420.66 |
| Crews v. The City of Willows (prorated at 8.33%) | 42.60 | $500.00 |
| **Total** | **227.90** | **$61,106.45** |

7

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## JUNE 1, 2010 THROUGH JUNE 30, 2010

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sager, Kelli | Partner | $470.48 | 20.40 | $9,597.80 |
| Wickers, Alonzo | Partner | $424.35 | 57.80 | $24,527.44 |
| Keville, Terri | Partner | $507.38 | 0.20 | $101.48 |
| Burke, Thomas | Partner | $438.19 | 0.40 | $175.28 |
| London, Ronald G. | Of Counsel | $410.52 | 0.70 | $287.37 |
| Glasser, Jeffrey D. | Associate | $261.90 | 81.90 | $21,449.61 |
| Henry, Karen A. | Associate | $303.19 | 0.70 | $212.24 |
| Roth, Kristine R. | Paralegal | $108.00 | 8.10 | $874.80 |
| Gilbertson, Chris | Other | $69.19 | 1.50 | $103.79 |
| **Total** | | | **171.70** | **$57,329.81** |
| **Blended Rate** | | | | **$333.89** |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Los Angeles Times General Advice | 6.10 | $2,527.96 |
| Newsracks/General | 1.50 | $636.54 |
| Nicholas Divorce File Unsealing | 42.90 | $15,171.94 |
| Los Angeles County Sheriff CPRA | 32.60 | $9,717.57 |

8

| | | |
|---|---|---|
| Pasadena Police Officers Association | 22.40 | $7,703.47 |
| Littlefield | 4.30 | $1,313.87 |
| Omidi | 1.80 | $769.38 |
| DCFS Ridealong | 4.10 | $1,895.50 |
| Dole | 2.70 | $1,270.31 |
| CIFSS | 0.20 | $94.10 |
| Ridley-Thomas | 21.40 | $5,661.35 |
| Mahoney | 31.00 | $10,280.46 |
| Tribune Company Los Angeles General Advice | 0.70 | $287.36 |
| **Total** | | **$57,329.81** |

DWT 15685221v1 0085000-001895