# EXHIBIT C

# EXPENSE DETAIL

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MARCH 1, 2010 THROUGH MARCH 31, 2010[1]

| Expense Category | Total Expenses |
|---|---|
| Filing Fees | $511.60 |
| Outside Search Fee | $4.75 |
| Computerized Legal Research | $1,959.12 |
| Parking | $20.00 |
| Photocopies | $64.50 |
| Process Server | $191.05 |
| Professional Services | $1,693.34 |
| Portion of charges from Invoices 5894621 and 5894627 | $136.94 |
| **Total** | **$4,581.30** |

---

[1] Pursuant to Local Rule 2016-2(e)(iii) the requested rate for copying charges does not exceed $.10 per page, computer-assisted legal research charges are the actual cost accrued and outgoing facsimile transmission charges do not exceed $1.00 per page with no charge for incoming facsimiles.

## EXPENSE SUMMARY FOR THE PERIOD FROM
## APRIL 1, 2010 THROUGH APRIL 30, 2010[2]

| Expense Category | Total Expenses |
|---|---|
| Filing Fees | $49.00 |
| Outside Search Fee | $4.78 |
| Computerized Legal Research | $809.39 |
| Parking | $18.00 |
| Photocopies | $967.20 |
| **Total** | **$1,848.37** |

---

[2] Pursuant to Local Rule 2016-2(e)(iii) the requested rate for copying charges does not exceed $.10 per page, computer-assisted legal research charges are the actual cost accrued and outgoing facsimile transmission charges do not exceed $1.00 per page with no charge for incoming facsimiles.

DWT 15685221v1 0085000-001895

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MAY 1, 2010 THROUGH MAY 31, 2010[3]

| Expense Category | Total Expenses |
|---|---|
| Photocopies | $327.70 |
| Color Copies | $195.50 |
| Court Reporting | $2,128.12 |
| Filing Fee | $1,218.28 |
| Computerized Research | $339.21 |
| Process Server | $409.20 |
| Outside Delivery | $364.99 |
| Outside Search Service | $358.85 |
| Parking | $78.00 |
| **Total** | **$5,419.85** |

---

[3] Pursuant to Local Rule 2016-2(e)(iii) the requested rate for copying charges does not exceed $.10 per page, computer-assisted legal research charges are the actual cost accrued and outgoing facsimile transmission charges do not exceed $1.00 per page with no charge for incoming facsimiles.

4

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JUNE 1, 2010 THROUGH JUNE 30, 2010[4]

| Expense Category | Total Expenses |
| --- | --- |
| Photocopies | $388.90 |
| Computerized | $935.63 |
| Filing Fee | $790.00 |
| Outside Delivery | $391.75 |
| Process Server | $627.15 |
| Parking | $10.00 |
| Conference Call | $85.00 |
| **Total** | **$3,228.43** |

---

[4] Pursuant to Local Rule 2016-2(e)(iii) the requested rate for copying charges does not exceed $.10 per page, computer-assisted legal research charges are the actual cost accrued and outgoing facsimile transmission charges do not exceed $1.00 per page with no charge for incoming facsimiles.

5