## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref Nos. 6212-6223 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

DAVID MALO, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On November 3, 2010, I cause to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(1) or (3)," ("Personalized Transfers (e)(1) or (3)"), a sample of which is annexed hereto as <u>Exhibit A</u> by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*David P. Malo*
David Malo

Sworn to before me this

3rd day of November, 2010

*Diane M. Streany*
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  BROWNSON, JEAN MARIE K
          1305 S COURTLAND AVE
          PARK RIDGE, IL 60068
```

Please note that your schedule in the above referenced case and in the amount of
　　　　$250.00 has been transferred **(unless previously expunged by court order)** to:

```
          ARCHON BAY CAPITAL, LLC
          TRANSFEROR: BROWNSON, JEAN MARIE K
          P.O. BOX 14610
          ATTN: CLAIMS PROCESSING DEPT
          SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6212　　　　in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010　　　　　　　　　　　　　　　　David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　/s/ David Malo
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CLASSIFIEDS PLUS INC
          6400 MAIN ST
          WILLIAMSVILLE, NY 14221

Please note that your schedule in the above referenced case and in the amount of
        $1,666.70 has been transferred **(unless previously expunged by court order)** to:

          BLUE HERON MICRO OPPORTUNITIES FUND LLP
          TRANSFEROR: CLASSIFIEDS PLUS INC
          ATTN: CLAIMS PROCESSING DEPARTMENT
          P.O. BOX 14610
          SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6217      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                         David D. Bird, Clerk of Court

                                         /s/ David Malo
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 3, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: | Chapter 11

TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC)

                Debtors. | Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  CLASSIFIEDS PLUS INC
              6400 MAIN ST
              WILLIAMSVILLE, NY 14221

Please note that your schedule in the above referenced case and in the amount of
      $637.70 has been transferred **(unless previously expunged by court order)** to:

        BLUE HERON MICRO OPPORTUNITIES FUND LLP
        TRANSFEROR: CLASSIFIEDS PLUS INC
        ATTN: CLAIMS PROCESSING DEPARTMENT
        P.O. BOX 14610
        SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            District of Delaware
                            824 Market Street, Fifth Floor
                            Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6218     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                                    David D. Bird, Clerk of Court

                                              /s/ David Malo
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 3, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re:                      | Chapter 11                  |
|-----------------------------|-----------------------------|
| TRIBUNE COMPANY, et al.,    | Case No. 08-13141 (KJC)     |
| Debtors.                    | Jointly Administered        |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   H DIETZ, WESLEY
          21 POWDER HILL RD
          ENFIELD, CT 06082-5212

Please note that your schedule in the above referenced case and in the amount of
        $220.02 has been transferred **(unless previously expunged by court order)** to:

          ARCHON BAY CAPITAL, LLC
          TRANSFEROR: H DIETZ, WESLEY
          P.O. BOX 14610
          ATTN: CLAIMS PROCESSING DEPT
          SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6215     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                        David D. Bird, Clerk of Court

                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 3, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                          Chapter 11

TRIBUNE COMPANY, et al.,                                        Case No. 08-13141 (KJC)

                Debtors.                          Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   HBW INC
            401 NEWTECH COURT  SUITE 101
            DEBARY, FL 32715-4841

Please note that your schedule in the above referenced case and in the amount of
      $4,488.18 has been transferred **(unless previously expunged by court order)** to:

       ARCHON BAY CAPITAL, LLC
       TRANSFEROR: HBW INC
       P.O. BOX 14610
       ATTN: CLAIMS PROCESSING DEPT
       SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            District of Delaware
                            824 Market Street, Fifth Floor
                            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6216        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                                       David D. Bird, Clerk of Court

                                             /s/ David Malo
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  KAFKA, ALEXANDER C
     6201 STARDUST LN
     BETHESDA, MD 20817
```

Please note that your claim # 1321 in the above referenced case and in the amount of $700.00 has been transferred **(unless previously expunged by court order)** to:

```
     ARCHON BAY CAPITAL, LLC
     TRANSFEROR: KAFKA, ALEXANDER C
     P.O. BOX 14610
     ATTN: CLAIMS PROCESSING DEPT
     SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6222       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                         David D. Bird, Clerk of Court

                                         /s/ David Malo
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:   OWEN, DANA A
            4541 MAIN ST
            STRATFORD, CT 066143319

Please note that your claim # 3035 in the above referenced case and in the amount of
      $100.00 has been transferred **(unless previously expunged by court order)** to:

      ARCHON BAY CAPITAL, LLC
      TRANSFEROR: OWEN, DANA A
      P.O. BOX 14610
      ATTN: CLAIMS PROCESSING DEPT
      SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            District of Delaware
                            824 Market Street, Fifth Floor
                            Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6221     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                                   David D. Bird, Clerk of Court

                                                  /s/ David Malo
                                                  _____
                                                  By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 3, 2010.

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
```

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  QUINTON, RICHARD A. 'RICK'
         10707 E. 115TH ST. SO.
         BIXBY, OK 74008
```

Please note that your claim # 715 in the above referenced case and in the amount of
        $585.40 has been transferred **(unless previously expunged by court order)** to:

```
       ARCHON BAY CAPITAL, LLC
       TRANSFEROR: QUINTON, RICHARD A. 'RICK'
       P.O. BOX 14610
       ATTN: CLAIMS PROCESSING DEPT
       SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6223      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                            David D. Bird, Clerk of Court

                                            /s/ David Malo
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2010.

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
```

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  SAN DIEGO STAGE & LIGHTING SUPPLY INC
         2203 VERUS ST
         SAN DIEGO, CA 92154
```

Please note that your schedule in the above referenced case and in the amount of $571.68 has been transferred **(unless previously expunged by court order)** to:

```
         ARCHON BAY CAPITAL, LLC
         TRANSFEROR: SAN DIEGO STAGE & LIGHTING
         SUPPLY INC. - ATTN: CLAIMS PROCESS DEPT.
         PO BOX 1461
         SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              District of Delaware
                              824 Market Street, Fifth Floor
                              Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6219      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                              David D. Bird, Clerk of Court

                                              /s/ David Malo
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   WEXLER PACKAGING PRODUCTS INC
      777 M SCHWAB ROAD
      HATFIELD, PA 19440
```

Please note that your claim # 3203 in the above referenced case and in the amount of $310.00 has been transferred **(unless previously expunged by court order)** to:

```
ARCHON BAY CAPITAL, LLC
TRANSFEROR:WEXLER PACKAGING PRODUCTS INC
P.O. BOX 14610
ATTN: CLAIMS PROCESSING DEPT
SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6220      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2010                          David D. Bird, Clerk of Court

                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2010.

**EXHIBIT B**

```
TIME: 10:14:37                                      The Tribune Company                                                    PAGE:   1
DATE: 11/03/10                                       CREDITOR LISTING

Name                                       Address
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: BROWNSON, JEAN MARIE K P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: H DIETZ, WESLEY P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: HBW INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: KAFKA, ALEXANDER C P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: OWEN, DANA A P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: QUINTON, RICHARD A. 'RICK' P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: SAN DIEGO STAGE & LIGHTING SUPPLY INC. - ATTN: CLAIMS PROCESS DEPT. PO BOX 1461 SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                    TRANSFEROR: WEXLER PACKAGING PRODUCTS INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
BLUE HERON MICRO OPPORTUNITIES FUND LLP    TRANSFEROR: CLASSIFIEDS PLUS INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587
BROWNSON, JEAN MARIE K                     1305 S COURTLAND AVE PARK RIDGE IL 60068
CLASSIFIEDS PLUS INC                       6400 MAIN ST WILLIAMSVILLE NY 14221
H DIETZ, WESLEY                            21 POWDER HILL RD ENFIELD CT 06082-5212
HBW INC                                    401 NEWTECH COURT  SUITE 101 DEBARY FL 32715-4841
KAFKA, ALEXANDER C                         6201 STARDUST LN BETHESDA MD 20817
OWEN, DANA A                               4541 MAIN ST STRATFORD CT 066143319
QUINTON, RICHARD A. 'RICK'                 10707 E. 115TH ST. SO. BIXBY OK 74008
SAN DIEGO STAGE & LIGHTING SUPPLY INC      2203 VERUS ST SAN DIEGO CA 92154
WEXLER PACKAGING PRODUCTS INC              777 M SCHWAB ROAD HATFIELD PA 19440


Total Number of Records Printed           18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

Case 08-13141-BLS    Doc 6227    Filed 11/03/10    Page 16 of 16

**TRB TRF NTC**

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801