## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref. Docket Nos. 6165 & 6166** |

### <u>AFFIDAVIT OF MAILING</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Mtn of Ord Apprv Tolling Agmt; Mtn Sched Hrg & Shortening Notice re Tolling Agmt_DI 6165 & 6166_AFF_10-28-10.doc

2. On October 28, 2010, I caused to be served the:

    a. "Motion of the Debtors for an Order Approving Tolling Agreement Regarding Prosecution of Avoidance Actions and Intercompany Actions," dated on October 28, 2010 [Docket No. 6165], and

    b. "Motion Pursuant to Local Rule 9006-1(e) for an Order (I) Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Approving Tolling Agreement Regarding Prosecution of Avoidance Actions and Intercompany Actions and (II) Shortening the Time for Notice of Such Hearing," dated on October 28, 2010 [Docket No. 6166],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
29th day of October, 2010

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

-2-

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN: JENNIFER R. HOOVER, ESQ. 222 DELAWARE AVENUE, SUITE 801 (COUNSEL TO WILMINGTON TRUST COMPANY) WILMINGTON DE 19801 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| HOWARD COUNTY OFFICE OF LAW | ATTN: MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN: FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 875 THIRD AVENUE, 9TH FL NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W. WASHINGTON DC 20020 |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA ESQ. (COUNSEL TO THE DEBTORS) ONE SOUTH DEARBORN CHICAGO IL 60603 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |

**Total Creditor count  16**

**EXHIBIT B**

| Firm/Name | Email |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | csbott@abato.com; besders@abato.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | dgolden@akingump.com,pdublin@akingump.com |
| ARKIN KAPLAN RICE LLP | hkaplan@arkin-law.com; ddavidian@arkin-law.com |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | jlosardo@bbwg.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; dsaval@brownrudnick.com |
| BRYAN CAVE LLP | michelle.mcmahon@bryancave.com |
| CHADBOURNE & PARKE LLP | hseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.comhseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.com |
| COHEN WEISS & SIMON LLP | bceccotti@cwsny.com |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | cmomjian@attorneygeneral.gov |
| CROWELL & MORING LLP | mblumenthal@crowell.com |
| DAVIS POLK & WARDELL LLP | tribuneco.routing@dpw.comtribuneco.routing@dpw.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | efriedman@fklaw.com; wweintraub@fklaw.com |
| GOHN HANKEY & STICHEL LLP | jberlage@ghsllp.comjberlage@ghsllp.com |
| HERRICK FEINSTEIN LLP | prubin@herrick.com; SSELBST@HERRICK.COMprubin@herrick.com; SSELBST@HERRICK.COM |
| HOGAN & HARTSON LLP | sagolden@hhlaw.comsagolden@hhlaw.com; isgreene@hhlaw.com |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | drosner@kasowitz.com; aglenn@kasowitz.com |
| KAYE SCHOLER LLP | mprimoff@kayescholer.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.comKDWBankruptcyDepartment@kelleydrye.com |
| MAYER BROWN LLP | btrust@mayerbrown.com; fhyman@mayerbrown.com; jtougas@mayerbrown.com; atrehan@mayerbrown.com; jatamian@mayerbrown.com; |
| MCCARTER & ENGLISH, LLP | dadler@mccarter.com |
| MICHAEL SCHLOSS | SCHLOSS.MICHAEL@DOL.GOV |
| MORGAN STANLEY FIXED INCOME | carolyn.adler@morganstanley.comcarolyn.adler@morganstanley.com |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | RHANLEY@NOLANPLUMHOFF.COM |
| O'MELVENY & MYERS LLP | BBUTWIN@OMM.COM,DCANTOR@OMM.COM, |
| OFFICE OF ATTORNEY GENERAL | cmomjian@attorneygeneral.gov |
| OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP | swolosky@olshanlaw.com; afriedman@olshanlaw.com; flevy@olshanlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CDAVIDOW@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; DBROWN@PAULWEISS.COM; LSHUMEJDA@PAULWEISS.COM |
| PENSION BENEFIT GUARANTY CORPORATION | anderson.frank@pbgc.gov;efile@pbgc.govanderson.frank@pbgc.gov;efile@pbgc.gov |
| SHIPMAN & GOODWIN LLP | bankruptcy@goodwin.com |
| SIRLIN GALLOGLY & LESSER, P.C. | DPLON@SIRLINLAW.COM |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | eobrien@sbchlaw.com |
| THE SEAPORT GROUP LLC | Sfriedberg@Theseaportgroup.com |
| U.S. DEPARTMENT OF JUSTICE | YONATAN.GELBLUM@USDOJ.GOV |
| UNITED STATES DEPARTMENT OF JUSTICE | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF LABOR | goldberg.elizabeth@dol.gov; gerson.leonard@dol.gov |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | dgonzales@wsh-law.com |
| WHITE & CASE LLP | tlauria@whitecase.com; guzzi@whitecase.com; sgreissman@whitecase.com |
| WILLKIE FARR & GALLAGHER LLP | alipkin@willkie.com;jcrystal@willkie.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com |
| WINSTON & STRAWN LLP | dneier@winston.com |
| ZUCKERMAN SPAEDER LLP | gbush@zuckerman.com |
| ZWERDLKING PAUL KAHN & WOLLY PC | rpaul@zwerdling.com |