IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Ashby & Geddes, P.A., hereby withdraw their appearance in the above-captioned cases on behalf of CCI Europe A/S, upon its consent.

Dated: November 5, 2010　　　　　　**ASHBY & GEDDES, P.A.**
Wilmington, Delaware

*/s/ Ka B. Skomorucha*
William P. Bowden (I.D. #2553)
Karen B. Skomorucha (I.D. #4759)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to CCI Europe A/S*

{00455418;v1}