# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: November 10, 2010 at 10:00 a.m. (ET) |
| | Related to Docket Nos. 4620, 4621, 5112, 5275 |

## THE DEBTORS' SUPPLEMENT TO JOINT PRETRIAL MEMORANDUM REGARDING MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT A MANAGEMENT INCENTIVE PLAN FOR 2010

Tribune Company (the "Company") and most of its wholly-owned subsidiaries, each of which is a debtor and debtor in possession herein (each a "Debtor" and collectively, the "Debtors"), hereby supplement as follows their witness and exhibit information as set forth in the Joint Pretrial Memorandum Regarding Motion of the Debtors for an Order Authorizing the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Debtors to Implement a Management Incentive Plan for 2010 (such Joint Pretrial Memorandum [D.I. 5275] referred to as the "Joint Pretrial Memorandum," such Plan referred to as the "2010 MIP,"[2] and such Motion [D.I. 4620] referred to as the "2010 MIP Motion")[3]:

1. At the hearing on the 2010 MIP Motion, the Debtors intend to call Eddy Hartenstein, Co-President of Tribune Company/Publisher & CEO of The Los Angeles Times, as a fact witness in their direct case. Principal areas of such testimony generally are anticipated to include a description of the Debtors' business and the 2010 MIP; the facts and circumstances justifying the 2010 MIP; and the Debtors' historical compensation practices. The testimony of John Dempsey, Partner, Mercer (U.S.), Inc., previously identified and described in the Joint Pretrial Memorandum, is also anticipated to include a description of the 2010 MIP, including initial and revised performance goals, award opportunities and compensation. The Debtors' remaining witness(es) (i.e., any Bridge Agent or U.S. Trustee witness(es), and any rebuttal witness(es)) are as set forth in the Joint Pretrial Memorandum.

2. The Debtors hereby revise the list of exhibits that they presently intend to offer into evidence in their direct case at the hearing on the 2010 MIP Motion as follows:

   a. Tribune Company Incentive Compensation Plan (Restated as of 2004)

   b. Comparison of Pay-for-Performance Structure of 2010 MIP to Prior Years

   c. July 23, 2010 Supplemental Mercer Report re: 2010 MIP

   d. May 26, 2010 Mercer Report re: 2010 MIP

   e. October 26, 2010 Mercer Report re: Executive Compensation

   f. Chart Comparing Initial and Revised 2010 MIP Metrics and Payouts

---

[2] All references to the 2010 MIP include the revisions to such Plan as set forth in the Debtors' Notice of Revision to 2010 Management Incentive Plan [D.I. 5112].

[3] Capitalized terms not defined herein shall have the meanings set forth in the Joint Pretrial Memorandum.

g. 2010 MIP Comparison Statistics vs. Prior Years

h. Tribune 2010 Projection (incl. 2010 Plan)

i. Dow Jones Industrial Average Graph

j. Publishing Group Performance Charts – Joint Exhibit:

   i. Publishing Ad Revenue – 1st 6 Weeks of 2010

   ii. National Publishing Ad Revenue – 1st 6 Weeks of 2010

   iii. LA Times Total Ad Revenue – 1st 6 Weeks of 2010

   iv. Movie Ad Revenue – 1st 6 Weeks of 2010

k. The Debtors continue to reserve the right to introduce any exhibits identified by the U.S. Trustee or the Bridge Agent, and any rebuttal exhibits.

3. The foregoing disclosures, and copies of exhibits listed, have been provided to counsel for the Bridge Agent and the U.S. Trustee.

Dated: Wilmington, Delaware
November 5, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
Kevin T. Lantry
Brian J. Gold
Jonathan D. Lotsoff
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

CH1 5480627