**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Pursuant to Federal Rule of Bankruptcy Procedure 3006 and the Court's *Order Denying*

*(i) Motion of Ivan Bates for Relief From Automatic Stay Under Section 362 of the Bankruptcy*

*Code and (ii) Motion of Ivan Bates to Extend the Bar Date to File Claims Against the Debtors*

*Estates* (Docket No. 5733), Ivan Bates withdraws, without prejudice, Claim No. 6643 filed

against Tribune Company, *et al.* on or about August 25, 2010, a copy of which is attached hereto

as Exhibit A.

Date:   November 8, 2010
       Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*William A. Hazeltine (signature)*

William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Ivan Bates*