## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 8th day of November 2010 I caused a copy of the foregoing *Notice of Withdrawal of Proof of Claim* to be served upon the on the parties listed below via U.S. Mail, First Class, postage pre-paid.

Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Under penalty of perjury, I declare the foregoing to be true and correct.

*November 8, 2010*  /s/ *William A. Hazeltine*
Date  William A. Hazeltine