IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on November 9, 2010, I caused a copy of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on November 10, 2010 at 10:00 a.m. Before the Honorable Kevin J. Carey** to be served on the following persons identified on the attached service list in the manner indicated:

_____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Sworn to and subscribed before me
this 9th day of November, 2010

_____
Notary Public

SANDRA L. VAN DYK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 21, 2012

46429/0001-7054822v2

## Tribune Company, *et al.*
## Amended Agenda Service List regarding November 10, 2010 Hearing at 10:00 a.m.

**Via Telecopy:**

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE 19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

William M. Kelleher, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire  
Archer & Greiner, P.C.  
300 Delaware Avenue, Suite 1370  
Wilmington, DE 19801

Jami B. Nimeroff, Esquire  
Brown Stone Nimeroff LLC  
4 East 8th Street, Suite 400  
Wilmington, DE 19801

David B. Stratton, Esquire  
Leigh-Anne M. Raport, Esquire  
John H. Schanne, II, Esquire  
Pepper Hamilton LLP  
Hercules Plaza, Suite 5100  
1313 Market St., PO Box 1709  
Wilmington, DE 19899-1709

Margaret F. England, Esquire  
Eckert, Seamans, Cherin & Mellott, LLC  
300 Delaware Avenue, Suite 1210  
Wilmington, DE 19801

Rachel B. Mersky, Esquire  
Monzack Mersky McLaughlin  
& Browder, P.A.  
1201 N. Orange Street, Suite 400  
Wilmington, DE 19801

Adam Hiller, Esquire  
Donna Harris, Esquire  
Pinckney, Harris & Weidinger, LLC  
1500 North French Street, 2nd Floor  
Wilmington, DE 19801

Ian Connor Bifferato, Esquire  
Kevin Collins, Esquire  
Bifferato LLC  
800 N. King Street, First Floor  
Wilmington, DE 19801

Michael R. Lastowski, Esquire  
Sommer L. Ross, Esquire  
Duane Morris LLP  
1100 North Market St., Suite 1200  
Wilmington, DE 19801

Daniel K. Astin, Esquire  
Carl D. Neff, Esquire  
Ciardi Ciardi & Astin  
919 North Market Street, Suite 700  
Wilmington, DE 19801

William P. Bowden, Esquire  
Amanda Winfree, Esquire  
Ashby & Geddes, P.A.  
500 Delaware Avenue, 8th Floor  
PO Box 1150  
Wilmington, DE 19899

Laura Davis Jones, Esquire  
Timothy P. Cairns, Esquire  
Mark M. Billion, Esquire  
Pachulski Stang Ziehl & Jones LLP  
919 N. Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, DE 19899

Robert S. Brady, Esquire  
M. Blake Cleary, Esquire  
Young Conaway Stargatt & Taylor, LLP  
1000 West Street, P.O. Box 391  
Wilmington, DE 19899-0391

David M. Powlen, Esquire  
Barnes & Thornburg LLP  
1000 North West Street, Suite 1200  
Wilmington, DE 19801

Joseph L. Christensen, Esquire  
Paul, Weiss, Rifkind,  
Wharton & Garrison LLP  
500 Delaware Avenue, Suite 200  
P.O. Box 32  
Wilmington, DE 19899-003

Mark Minuti, Esquire  
Saul Ewing LLP  
222 Delaware Avenue, Suite 1200  
P.O. Box 1266  
Wilmington, DE 19899

Jeffrey M. Schlerf, Esquire  
John H. Strock, Esquire  
Fox Rothschild LLP  
Citizens Bank Center  
919 North Market Street, Suite 1600  
Wilmington, DE 19801

46429/0001-7054822v2

Jamie L. Edmonson, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Brian E. Lutness, Esquire
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market St Ste 800
Wilmington, DE 19801

Richard W. Riley, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

William Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

Dennis E. Glazer, Esquire
Karen E. Wagner, Esquire
Sharon Katz, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

**Edward A. Friedman, Esquire**
**William P. Weintraub, Esquire**
**Friedman Kaplan Seiler & Adelman LLP**
**1633 Broadway**
**New York, NY 10019-6708**

Thomas E. Lauria, Esquire
Gerard H. Uzzi, Esquire
Scott Greissman, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Andrew Goldman, Esquire
Wilmer Cutler Pickering
Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Sheron Korpus, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Robert J. Stark, Esquire
Daniel J. Staval, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

William M. Dolan, III, Esquire
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua D. Morse, Esquire
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Howard J. Kaplan, Esquire
Deanna Davidian, Esquire
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Adam H. Friedman, Esquire
Steve Wolosky, Esquire
Fredrick J. Levy, Esquire
Olshan Grundman Frome
 Rosenzweig & Wolosky LLLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

<u>Via Overnight Mail:</u>

Mr. Ron Clemment
520 Abbeywood Drive
Cary, IL 60013

4