IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case Nos. 08-13141 (KJC), *et seq.* (jointly administered) |
| Debtors. | Re D.I. 5859 |

**CERTIFICATION OF COUNSEL**

Undersigned counsel hereby certifies as follows:

1. On October 1, 2010, Federal Insurance Company ("Federal") filed the Motion Of Federal Insurance Company For Order Authorizing It To Make Settlement Payment Or, In The Alternative, For Relief From The Automatic Stay (Docket No. 5859) (the "Motion"). The Motion was heard by the Court on October 22, 2010 at 2:00 p.m. (the "Hearing").

2. At the Hearing, the Court entered an order with respect to Federal's payment of the settlement amount referenced in the Motion, but requested additional information with respect to the defense fees and costs to be paid under the policy. The Court further informed counsel for Federal that the defense costs could be presented by way of certification.

3. Federal has been advised that there are $372,902.40 in defense fees and costs incurred by the insured through August 2010, with an estimate of approximately $85,000 that have been or are being incurred but have not yet been audited by Federal. Thus, Federal requests an order allowing it to pay approximately $457,900 in defense fees and costs.

WHEREFORE, Federal respectfully requests that the attached Order approving payment of the defense fees and costs be entered by the Court.

Dated: November 9, 2010                    PINCKNEY, HARRIS & WEIDINGER, LLC

By:        /s/ Donna L. Harris
Donna L. Harris, Esq. (No. 3740)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone: (302) 504-1497
Facsimile: (302) 655-5213
*Counsel for Federal Insurance Company*