# **EXHIBIT A**

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

October 01, 2010

In Reference To:     00499.008 – General                                           Invoice # 25673  DAS/CC

| | Professional Services | Hrs/Rate | Amount |
|---|---|---:|---:|
| 9/9/2010 NES | Telephone conference with client regarding Connecticut article. | 0.20<br>425.00/hr | 85.00 |
| | For professional services rendered | 0.20 | $85.00 |

Disbursements

OUT-OF-TOWN TRAVEL                                                                                  $188.87

Total disbursements                                                                                 $188.87

Total amount of this bill                                                                           $273.87

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

October 01, 2010  
In Reference To:  00499.074 - Baltimore Sun/Bates

Invoice #   25655   NES/CC

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/1/2010 | NES | Continue deposition preparation of client (7.1); begin preparing for client meeting (0.8). | 7.90<br>425.00/hr | 3,357.50 |
| | JMB | Telephone conference with investigator regarding fact witness. | 0.10<br>400.00/hr | 40.00 |
| | CRB | Prepare for and meet with client in preparation for deposition (1.1); prepare for meeting with other client (1.5). | 2.60<br>340.00/hr | 884.00 |
| 9/2/2010 | JMB | Follow up regarding witnesses to be located by investigator (0.3); exchange email with B. Telfair regarding meet and confer letter (0.1). | 0.40<br>400.00/hr | 160.00 |
| | CRB | Prepare for and attend deposition preparation session with client (0.8); continued attention to fact research and witness interviews (1.5). | 2.30<br>340.00/hr | 782.00 |
| | NES | Begin preparing client for her deposition (8.6); draft email to B. Telfair to address discovery disputes and discovery schedule (0.3). | 8.90<br>425.00/hr | 3,782.50 |
| 9/3/2010 | CRB | Attention to supplemental interrogatories and document requests (0.9); prepare and serve document and deposition subpoenas on state attorney's office and T. Garcia (1.1); continued attention to witness research and interviews (2.1). | 4.10<br>340.00/hr | 1,394.00 |
| | JMB | Revise and finalize requests for documents directed to plaintiff (0.5); revise interrogatories directed to plaintiff (0.4). | 0.90<br>400.00/hr | 360.00 |
| | NES | Telephone conference with B. Telfair to resolve discovery issues and date of Bates' deposition (0.6); draft confirming email (0.5); review revised interrogatory responses (0.6); revise document requests to T. Garcia (0.6); review information regarding depositions of witnesses (0.8).. | 3.10<br>425.00/hr | 1,317.50 |
| 9/6/2010 | JMB | Prepare for discovery conference with B. Telfair (0.4); participate in discovery conference with B. Telfair (1.3); draft email summarizing call and agreement to produce additional discovery (0.3). | 2.00<br>400.00/hr | 800.00 |
| 9/7/2010 | JMB | Formulate strategy regarding discovery matters (0.7); exchange email with B. Telfair regarding same (0.2); telephone conference with clerk of court (0.1). | 1.00<br>400.00/hr | 400.00 |

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | CRB | Attention to amended interrogatory responses (1.7); continued witness research and interviews (1.5); attention to subpoena and correspondence with witness (0.7); formulate strategy regarding discovery (1.2). | 5.10<br>340.00/hr | 1,734.00 |
| | NES | Review results of negotiations with plaintiff's counsel regarding discovery responses (0.5); attend to developing schedule for interviews and depositions of witnesses, documents to be sought, and legal and evidentiary issues to be reviewed and researched (3.3). | 3.80<br>425.00/hr | 1,615.00 |
| 9/8/2010 | JMB | Follow up regarding location of fact witnesses (0.9); telephone conference with investigator regarding same (1.1). | 2.00<br>400.00/hr | 800.00 |
| | CRB | Attention to discovery strategy (0.4); continue to interview fact witnesses and prepare memoranda to file (3.2); prepare subpoena correspondence (.5). | 4.10<br>340.00/hr | 1,394.00 |
| | NES | Review rules regarding obtaining third-party records (0.4); review information regarding witnesses and conduct further research regarding same (1.1); review Tribune objection to Bates motion to lift stay (0.2); review documents produced by plaintiff (2.7). | 4.30<br>425.00/hr | 1,827.50 |
| 9/9/2010 | JMB | Telephone conference with investigator regarding fact witnesses. | 0.80<br>400.00/hr | 320.00 |
| | CRB | Conduct legal research regarding evidentiary issue (2.1); conduct witness interviews and prepare memoranda to file (2.0); serve subpoenas and deposition notices (0.4). | 4.50<br>340.00/hr | 1,530.00 |
| | NES | Telephone conference with court clerk (0.1); review amended interrogatory responses (0.2); exchange email with plaintiff's counsel regarding discovery (0.3). | 0.60<br>425.00/hr | 255.00 |
| 9/10/2010 | JMB | Exchange email with B. Telfair regarding discovery (0.1); formulate strategy regarding same (0.2). | 0.30<br>400.00/hr | 120.00 |
| | CRB | Review and prepare supplemental document production (3.1); continue to prepare for and conduct witness interviews (2.4). | 5.50<br>340.00/hr | 1,870.00 |
| | NES | Exchange email with B. Telfair regarding deposition scheduling (0.2); begin preparing for I. Bates deposition (3.0). | 3.20<br>425.00/hr | 1,360.00 |
| 9/11/2010 | CRB | Continue to conduct factual research regarding witnesses. | 4.40<br>340.00/hr | 1,496.00 |
| 9/12/2010 | NES | Continue to prepare for I. Bates deposition. | 5.50<br>425.00/hr | 2,337.50 |
| 9/13/2010 | CRB | Review documents and assist with preparation for deposition of I. | 5.20 | 1,768.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

| Page 3 | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Bates (3.2); prepare for deposition of T. Garcia (0.9); finalize supplemental interrogatory responses (1.1). | 340.00/hr | |
| | NES | Continue to prepare for I. Bates deposition (6.3); review and revise draft supplemental interrogatory responses (0.4); exchange email with B. Telfair regarding deposition scheduling (0.1). | 6.80<br>425.00/hr | 2,890.00 |
| | JMB | Formulate strategy regarding discovery matters (1.2); continue to review discovery documents and draft summary of same (2.6). | 3.80<br>400.00/hr | 1,520.00 |
| 9/14/2010 | CRB | Review third-party discovery materials (5.9); prepare for deposition of T. Garcia (3.3); finalize and serve supplemental discovery responses, documents, and amended deposition notices (1.5). | 10.70<br>340.00/hr | 3,638.00 |
| | NES | Prepare for I. Bates deposition (7.4); review selected third-party discovery material (4.4); begin reviewing additional documents produced by plaintiff (0.8). | 12.60<br>425.00/hr | 5,355.00 |
| | JMB | Formulate strategy regarding deposition of witness (.3); meet with facts witness (1.4); telephone conference with investigator regarding research (1.2); attend to matters regarding document subpoenas (1.5). | 4.40<br>400.00/hr | 1,760.00 |
| 9/15/2010 | JMB | Attend to matters relating to designation of experts (0.6) telephone conference with third-party regarding access to records (0.3); review materials produced by third-party (3.2). | 4.10<br>400.00/hr | 1,640.00 |
| | CRB | Continue to review documents and transcripts and prepare for depositions. | 3.20<br>340.00/hr | 1,088.00 |
| | NES | Continue to prepare for plaintiff's deposition (4.5); review selected third-party discovery materials (4.8); telephone conference with client | 9.70<br>425.00/hr | 4,122.50 |
| 9/16/2010 | CRB | Assist with preparation for deposition of I. Bates (0.4); complete preparation for deposition of T. Garcia (3.5). | 3.90<br>340.00/hr | 1,326.00 |
| | NES | Complete preparation for and depose plaintiff (11.7); review transcripts of bankruptcy hearing (0.5). | 12.20<br>425.00/hr | 5,185.00 |
| | JMB | Continue to review materials produced by third party. | 2.30<br>400.00/hr | 920.00 |
| 9/17/2010 | JMB | Compile information regarding subpoenas directed to Verizon, MD impoundment facility and motor vehicle administration (1.2); telephone conference with investigator regarding research (.3); formulate strategy regarding fact witnesses (.5). | 2.00<br>400.00/hr | 800.00 |
| | CRB | Continued attention to witness interviews (1.1); prepare for, and take | 6.60 | 2,244.00 |

**LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.**

| Page 4 | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | deposition of T. Garcia (5.1); attention to strategy for fact witness deposition (0.4). | 340.00/hr | |
| | NES | Attend portion of T. Garcia deposition (1.5); prepare for and depose C. O'Neill (2.9). | 4.40 425.00/hr | 1,870.00 |
| 9/18/2010 | JMB | Telephone conference with investigator regarding research (.5); telephone conference with investigator regarding fact witnesses (.4). | 0.90 | 360.00 |
| 9/19/2010 | JMB | Telephone conference with investigator regarding fact witness (0.2); formulate strategy regarding interview of fact witness (0.7); attempt to interview fact witness (2.3). | 3.20 400.00/hr | 1,280.00 |
| | NES | Prepare for depositions of clients (5.3); analyze factual development matters and upcoming tasks (0.5). | 5.80 425.00/hr | 2,465.00 |
| 9/20/2010 | CRB | Continue to review documents and conduct witness interviews (2.6); prepare and serve subpoenas and notices of deposition (0.8); exchange email with opposing counsel regarding discovery issues (0.4); review documents and prepare for deposition of fact witness (3.1); assist with deposition preparation of client (0.9). | 7.80 340.00/hr | 2,652.00 |
| | NES | Prepare client for deposition (7.6); review additional trial testimony (0.3). | 7.90 425.00/hr | 3,357.50 |
| | JMB | Telephone conference with investigator regarding fact witnesses (.4); formulate strategy regarding witnesses and depositions (1.6); follow up regarding subpoenas for telephone records (1.1). | 3.10 400.00/hr | 1,240.00 |
| 9/21/2010 | CRB | Attention to obtaining discovery materials (2.3); review motion to quash by E. Bain (1.0), telephone conferences with counsel for E. Bain and prepare correspondence to counsel (1.1); telephone conferences with potential witnesses (1.7). | 6.10 340.00/hr | 2,074.00 |
| | JMB | Telephone conference with investigator regarding fact witnesses (.5); formulate strategy regarding witnesses and remaining discovery (1.0); review trial transcript (0.4). | 1.90 400.00/hr | 760.00 |
| | NES | Prepare client for deposition (5.9); prepare comprehensive list of witnesses, documents, and issues to research (2.3); continue to review material produced by third party (1.1). | 9.30 425.00/hr | 3,952.50 |
| | JPB | Prepare subpoenas and notices of deposition for Cellco Partnership, Baltimore City Department of Transportation and Maryland Motor Vehicle Administration. | 3.60 190.00/hr | 684.00 |
| 9/22/2010 | CRB | Attention to discovery strategy (1.1); continue to contact and interview | 7.40 | 2,516.00 |

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

| Page 5 | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | witnesses (3.5); review transcript and prepare for deposition of fact witness (2.3); telephone conference with counsel for E. Bain regarding pending motion and deposition scheduling (0.5). | 340.00/hr | |
| | JMB | Formulate strategy regarding additional discovery tasks (1.0); continue to review third-party discovery materials (2.0). | 3.00 400.00/hr | 1,200.00 |
| | NES | Plan tasks for second month of discovery (1.1); continue deposition preparation of client (6.7). | 7.80 425.00/hr | 3,315.00 |
| | TBK | Review background case materials. | 1.80 425.00/hr | 765.00 |
| 9/23/2010 | CRB | Prepare for and take deposition of T. Donnelly (2.1); attention to research regarding witnesses (1.1); continue to review third party discovery (2.7). | 5.90 340.00/hr | 2,006.00 |
| | NES | Continue to review voluminous records produced by third party (2.3); telephone conference with counsel for fact witness (0.4); follow up email exchange with same (0.1); review analysis of discovery documents (0.2); conduct research regarding follow-up issues identified in preparation (0.3). | 3.30 425.00/hr | 1,402.50 |
| | TBK | Review and analyze documents produced by plaintiff (5.0); draft email to expert regarding retention (0.7). | 5.70 425.00/hr | 2,422.50 |
| | JPB | Continue preparation of subpoenas and notices of deposition for Cellco Partnership, Baltimore City Department of Transportation and Maryland Motor Vehicle Administration. | 0.50 190.00/hr | 95.00 |
| | KC | Begin research regarding trial issues. | 0.70 190.00/hr | 133.00 |
| 9/24/2010 | CRB | Continue to review third party discovery (7.0); telephone interview with potential witness (0.4). | 7.40 340.00/hr | 2,516.00 |
| | NES | Meet with clients and defend depositions of M. Harris and J. Bykowicz (7.4); telephone conference with client (0.5). | 7.90 425.00/hr | 3,357.50 |
| | TBK | Telephone conference to assist with experts (0.6); prepare correspondence to expert (0.5); follow-up email with expert (0.4). | 1.50 425.00/hr | 637.50 |
| | KC | Continue research regarding trial issues. | 0.70 190.00/hr | 133.00 |
| 9/25/2010 | CRB | Continue to review third party discovery and prepare notes. | 4.30 340.00/hr | 1,462.00 |

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

| Page 6 | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | NES | Continue to review materials produced by third party. | 2.90<br>425.00/hr | 1,232.50 |
| | KC | Continue research regarding trial issues. | 0.80<br>190.00/hr | 152.00 |
| 9/26/2010 | CRB | Continue to review and analyze third party discovery. | 4.40<br>340.00/hr | 1,496.00 |
| | JMB | Continue to review discovery material. | 4.20<br>400.00/hr | 1,680.00 |
| | NES | Continue to review and analyze discovery received from third party. | 2.40<br>425.00/hr | 1,020.00 |
| 9/27/2010 | JMB | Continue to review materials produced by third party (6.2) revise Schedule A for subpoenas to Cellco, Maryland Department of Transportation and Maryland Motor Vehicle Administration (1.3); formulate strategy regarding discovery tasks (1.8). | 9.30<br>400.00/hr | 3,720.00 |
| | CRB | Continue to investigate factual issues (9.1); telephone conference with counsel for witnesses and attention to interviews with potential witness (1.2). | 10.30<br>340.00/hr | 3,502.00 |
| | JBO | Research trial issues. | 3.10<br>320.00/hr | 992.00 |
| | JPB | Prepare subpoenas and notices of deposition for Cellco Partnership, Baltimore City Department of Transportation and Maryland Motor Vehicle Administration. | 2.50<br>190.00/hr | 475.00 |
| | NES | Prepare for deposition of fact witness (8.7); continue review of discovery material (2.9); outline litigation plan (0.6); review research regarding admissibility issues (0.6). | 12.80<br>425.00/hr | 5,440.00 |
| 9/28/2010 | SDJ | Conduct legal research regarding summary judgment (3.0); draft motion regarding evidentiary matter (2.5) | 5.50<br>285.00/hr | 1,567.50 |
| | NES | Attend attempted deposition of C. Robinson (1.8); continue reviewing Bates deposition transcript (0.9); attend to supervising tasks and determining next steps (0.4); complete review of discovery material (4.9); (4.9); prepare for deposition of S. Cline (2.4). | 10.40<br>425.00/hr | 4,420.00 |
| | CRB | Prepare for and attend scheduled C. Robinson deposition (3.1); continue witness interviews (1.1); prepare for depositions of fact witnesses (3.5). | 7.70<br>340.00/hr | 2,618.00 |
| | JPB | Continue to prepare subpoenas and notices of deposition for Cellco Partnership, Baltimore City Department of Transportation | 0.30<br>190.00/hr | 57.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Page 7

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | JPB | Continue to prepare subpoenas and notices of deposition for Cellco Partnership, Baltimore City Department of Transportation and Maryland Motor Vehicle Administration. | 0.30<br>190.00/hr | 57.00 |
| | KC | Continue research regarding trial issues. | 1.00<br>190.00/hr | 190.00 |
| 9/29/2010 | JMB | Review transcript of deposition of I. Bates (.6); telephone conference with investigator regarding fact witness (.3); telephone conference with investigator regarding research (.2); formulate strategy regarding depositions and remaining discovery (1.9). | 3.00<br>400.00/hr | 1,200.00 |
| | SDJ | Review and revise motion regarding evidentiary issue | 1.20<br>285.00/hr | 342.00 |
| | CRB | Review documents and prepare for depositions of prosecutor fact witnesses. | 7.10<br>340.00/hr | 2,414.00 |
| | TBK | Review I. Bates deposition (1.8); attend to assistance with expert matters (0.4). | 2.20<br>425.00/hr | 935.00 |
| | NES | Depose S. Cline (2.5); exchange email with client (0.2); exchange email with counsel for fact witness (0.2); revise motion on evidentiary issue (1.5); plan discovery of fact witnesses (2.1); draft email to B. Telfair regarding open discovery matters (0.4). | 6.90<br>425.00/hr | 2,932.50 |
| | JPB | Prepare subpoenas and notices of deposition for S. Robinson, C. Robinson and M. Thomas. | 3.20<br>190.00/hr | 608.00 |
| 9/30/2010 | JMB | Telephone conference with investigator regarding fact witnesses and research (0.2); formulate strategy regarding expert witnesses (.4). | 0.60<br>400.00/hr | 240.00 |
| | CRB | Prepare for and take depositions of prosecutor witnesses J. McAllister and M. Martin. | 7.20<br>340.00/hr | 2,448.00 |
| | TBK | Complete review of I. Bates deposition (3.0); attend to expert matters (2.2). | 3.20<br>425.00/hr | 1,360.00 |
| | NES | Attend to overseeing service of subpoenas to fact witnesses. | 0.40<br>425.00/hr | 170.00 |
| | JPB | Continue preparation of subpoenas and notices of deposition for S. Robinson, C. Robinson and M. Thomas. | 0.80<br>190.00/hr | 152.00 |

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Page 8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| KC | Continue research regarding trial issues. | 0.80<br>190.00/hr | 152.00 |
|  | For professional services rendered | 391.00 | $148,364.50 |

Disbursements

| | |
|---|---|
| LITIGATION SUPPORT SERVICES | 112.64 |
| RESEARCH MATERIALS | 24.94 |
| SERVICE OF PROCESS | 464.00 |
| TRAVEL | 290.46 |
| Total disbursements | $892.04 |
| Total amount of this bill | $149,256.54 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Page 9

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeanette Melendez Bead | 53.30 | 400.00 | $21,320.00 |
| Nathan E. Siegel | 160.80 | 425.00 | $68,340.00 |
| Thomas B. Kelley | 14.40 | 425.00 | $6,120.00 |
| Chad R. Bowman | 137.80 | 340.00 | $46,852.00 |
| John B. O'Keefe | 3.10 | 320.00 | $992.00 |
| Shaina D. Jones | 6.70 | 285.00 | $1,909.50 |
| Jennifer Pinkerton-Burke | 10.90 | 190.00 | $2,071.00 |
| Kathleen Cullinan | 4.00 | 190.00 | $760.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

October 01, 2010								Invoice #	25672 RP/CC
In Reference To:	00499.077 - Journal Publ. v. Hartford Courant

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 9/23/2010 RP | Telephone conference with client regarding claim. | 0.40<br>425.00/hr | 170.00 |
| 9/26/2010 RP | Review issues relating to claim. | 0.80<br>425.00/hr | 340.00 |
| | For professional services rendered | 1.20 | $510.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

October 01, 2010                                                                 Invoice #    25690SDB/CC

In Reference To:     00499.080 Tribune Company - Fee Application-Bankruptcy
                     Retention Issues

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/7/2010 SDB | Telephone conference with J. Ludwig and D. Bralow regarding conversion to special counsel status and procedure for same. | 0.80<br>425.00/hr | 340.00 |
| 9/8/2010 SDB | Review and analyze materials received from J. Ludwig including interim Compensation Procedures, and Local Rule and Order Appointing Fee Examiner. | 0.50<br>425.00/hr | 212.50 |
| 9/27/2010 SDB | Review and revise application to convert to special counsel status. | 0.80<br>425.00/hr | 340.00 |
| 9/28/2010 SDB | Review additional related parties for declaration (.4); telephone conference with J. Ludwig regarding same and application (.2). | 0.60<br>425.00/hr | 255.00 |
| 9/29/2010 SDB | Review and revise declaration to support application to convert to special counsel status (.4); exchange email with J. Ludwig regarding same (.2). | 0.60<br>425.00/hr | 255.00 |
| | For professional services rendered | 3.30 | $1,402.50 |
| | | | Amount |
| | Balance due | | $1,402.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605