## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Responsive Statement By Certain Holders Of Step One Senior Loan Claims** was caused to be made on November 9, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: November 9, 2010                                                      /s/ Daniel B. Butz
                                                                                            Daniel B. Butz (Bar No. 4227)

3891264.1