# TRIBUNE 2002 SERVICE LIST

**VIA HAND DELIVERY**

ATTN. C.B. BLACKARD, III
JOHN V. FIORELLA, ESQ.
ARCHER & GREINER, PC
300 DELAWARE AVE
SUITE 1370
WILMINGTON, DE  19801

WILLIAM P. BOWDEN
AMANDA M. WINFREE
ASHBY & GEDDES, PA
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON, DE  19899

ATTN: DAVID M. POWLEN
BARNES & THORNBURG LLP
1000 NORTH WEST STREET
SUITE 1200
WILMINGTON, DE  19801

ATTN: JAMIE L. EDMONSON, ESQ.
BAYARD, P.A.
222 DELAWARE AVENUE
SUITE 900
WILMINGTON, DE  19801

ATTN. JENNIFER R. HOOVER, ESQ.
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF, LLP
222 DELAWARE AVENUE
SUITE 801
WILMINGTON, DE  19801

ATTN: IAN CONNOR BIFFERATO, ESQ.
KEVIN COLLINS, ESQ.
BIFFERATO LLC
800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE  19801

ATTN. JAMI B. NIMEROFF, ESQ.
BROWN STONE NIMEROFF LLC
4 EAST 8TH STREET
SUITE 400
WILMINGTON, DE  19801

NORMAN L PERNICK, ESQ
J KATE STICKLES, ESQ
COLE SCHOTZ MEISEL FORMAN
  & LEONARD, PA
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE  19801

ATTN: SUSAN E. KAUFMAN, ESQ.
COOCH & TAYLOR PA
1000 WEST STREET
10TH FLOOR
WILMINGTON, DE  19801

ATTN: MARK E. FELGER, ESQ.
COZEN O'CONNOR
1201 N. MARKET STREET
SUITE 1400
WILMINGTON, DE  19801

ATTN: CHRISTOPHER P. SIMON, ESQ.
CROSS & SIMON LLC
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801

ATTN. MICHAEL R. LASTOWSKI, ESQ.
SOMMER L. ROSS
DUANE MORRIS LLP
1100 NORTH MARKET STREET
SUITE 1200
WILMINGTON, DE  19801

ATTN. MARGARET F. ENGLAND, ESQ.
ECKERT,SEAMANS, CHERIN
  & MELLOT, LLC
300 DELAWARE AVENUE
SUITE 1210
WILMINGTON, DE  19801

ATTN: STUART M. BROWN, ESQ.
EDWARDS ANGELL PALMER
  & DODGE LLP
919 N. MARKET STREET
SUITE 1500
WILMINGTON, DE  19801

ATTN WILLIAM M KELLEHER
ELLIOTT GREENLEAF
1105 NORTH MARKET STREET
SUITE 1700
WILMINGTON, DE  19801

ATTN:  JEFFREY M. SCHLERF
JOHN H. STROCK, ESQS.
FOX ROTHSCHILD LLP
CITIZENS BANK CENTER
919 N. MARKET STREET
SUITE 1600
WILMINGTON, DE  19801

ATTN: DENNIA A. MELORO
GREENBERG TAURIG, LLP
THE NEMOURS BUILDING
1007 N. ORANGE STREET
SUITE 1200
WILMINGTON, DE  19801

INTERNAL REVENUE SERVICE
844 KING STREET
WILMINGTON, DE  19801

ATTN ADAM G LANDIS
MATTHEW B MCGUIRE
LANDIS RATH & COBB LLP
919 MARKET STREET
SUITE 1800
WILMINGTON, DE  19801

ATTN: JAMES E. HUGGETT, ESQ.
MARGOLIS EDELSTEIN
750 SHIPYARD DRIVE
SUITE 102
WILMINGTON, DE  19801

ATTN: KATHARINE L. MAYER, ESQ.
MCCARTER & ENGLISH, LLP
RENAISSANCE CENTRE
405 N. MARKET STREET
8TH FLOOR
WILMINGTON, DE  19801

FREDERICK B. ROSNER, ESQ.
MESSANA ROSNER & STERN, LLP
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE  19801

ATTN. RACHEL B. MERSKY, ESQ.
MONZACK MERSKY MCLAUGHLIN
    AND BROWDER, P.A.
1201 N. ORANGE STREET
SUITE 400
WILMINGTON, DE  19801

DAVID M. KLAUDER, ESQ.
OFFICE OF THE U.S. TRUSTEE
844 KING STREET
SUITE 2207
LOCKBOX #35
WILMINGTON, DE  19899-0035

ATTN: LAURA DAVIS JONES, ESQ.
TIMOTHY P. CAIRNS, ESQ.
MARK M. BILLION, ESQ.
PACHULSKI STANG ZIEHL & JONES LLP
919 N. MARKET STREET
17TH FLOOR
WILMINGTON, DE  19899

ATTN: JOSEPH L. CHRISTENSEN
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE  19801

ATTN. DAVID B. STRATTON, ESQ.
LEIGH-ANNE M. RAPORT,ESQ.
JOHN H. SCHANNE, II
PEPPER HAMILTON LLP
HERCULES PLAZA
1313 MARKET STREET
SUITE 5100
WILMINGTON, DE  19899-1709

ATTN: JOHN C. PHILLIPS, ESQ.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 NORTH BROOM STREET
WILMINGTON, DE  19806

ATTN: ADAM HILLER
DONNA HARRIS
PINCKNEY, HARRIS & WEIDINGER, LLC
1220 NORTH MARKET STREET
SUITE 950
WILMINGTON, DE  19801

ATTN: LAURIE SILVERSTEIN, ESQ
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
1313 N MARKET ST
PO BOX 951
WILMINGTON, DE  19899-0951

ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
RICHARDS, LAYTON & FINGER, PA
920 NORTH KING STREET
WILMINGTON, DE  19801

ATTN: MARK MINUTI, ESQUIRE
SAUL EWING LLP
222 DELAWARE AVENUE
SUITE 1200
WILMINGTON, DE  19899

ATTN: R.KARL HILL, ESQ.
SEITZ, VAN OGTROP & GREEN, P.A.
222 DELAWARE AVENUE
SUITE 1500
WILMINGTON, DE  19899

ATTN: BRIAN E. LUTNESS, ESQ.
SILVERMAN MCDONALD & FRIEDMAN
1010 N. BANKCROFT PARKWAY
SUITE 22
WILMINGTON, DE  19805

| | |
|---|---|
| ATTN. SHERRY RUGGIERO FALLON<br>TYBOUT REDFEARN AND PELL<br>750 SHIPYARD DRIVE<br>SUITE 400<br>WILMINGTON, DE  19899-2092 | ATTN: JUDY D. THOMPSON<br>JD THOMPSON LAW<br>P.O. BOX 33127<br>CHARLOTTE, NC  28233 |
| ELLEN W. SLIGHTS, ESQ<br>US ATTORNEY'S OFFICE<br>1201 MARKET STREET<br>SUITE 1100<br>WILMINGTON, DE  19899-2046 | ATTN JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR<br>   & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 |
| ATTN. PATRICK J. HEALY<br>VICE PRESIDENT<br>WILMINGTON TRUST COMPANY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890 | MICHAEL  SCHLOSS<br>OFFICE OF THE SOLICITOR<br>U.S. DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC  20013 |
| ATTN: ROBERT S. BRADY, ESQ.<br>M. BLAKE CLEARY, ESQ.<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR, LLP<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET<br>17TH FLOOR<br>WILMINGTON, DE  19801 | TOOD M. HOEPKER, ESQ.<br>P.O. BOX 3311<br>ORLANDO, FL  32802-3311<br><br>ATTN. JANET FITZPATRICK<br>LEGAL ASSISTANT<br>UNISYS CORPORATION<br>UNISYS WAY<br>P.O. BOX 500<br>M/S E8-108<br>BLUE BELL, PA  19424 |
| THOMAS G. MACAULEY, ESQ.<br>VIRGINIA WHITEHALL GULDI, ESQ.<br>ZUCKERMAN SPAEDER LLP<br>919 MARKET STREET<br>SUITE 990<br>WILMINGTON, DE  19801 | MATTHEW J. TROY, ESQ.<br>US DEPT OF JUSTICE CIVIL DIVISION<br>PO BOX 875<br>WASHINGTON, DC  20004-0875 |
| Richard W. Riley<br>Sommer L. Ross<br>Duane Morris LLP<br>1100 N. Market Street<br>Suite 1200<br>WILMINGTON, DE  19801 | ELIZABETH S. GOLDBERG, ESQ<br>U.S. DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIV<br>P.O. BOX 1914<br>WASHINGTON, DC  20013 |
| WILLIAM HAZELTINE, ESQ.<br>LAW OFFICES OF WILLIAM A HAZELTINE LLC<br>THE BRANDYWINE OFFICE BUILDING<br>1000 NORTH WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 | ATTN JAMES E SORENSON<br>D TYLER LEUVEN<br>CHAD D HECKMAN<br>JARED S GARDNER<br>MARY LINZEE VAN LEUVEN<br>WILLIAMS GAUTIER GWYNN<br>   DELOACH & SORENSON PA<br>P.O. BOX 4128<br>TALLAHASSEE, FL  32315-4128 |
| **VIA FIRST CLASS U.S. MAIL** | |
| CORPORATE COUNSEL<br>ACXIOM CORPORATION<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR  72033-2000 | C/O BECKET AND LEE LLP<br>AMERICAN EXPRESS TRAVEL<br>   RELATED SERVICES CO., INC.<br>P.O. BOX 3001<br>MALVERN, PA  19355 |

ATTN: COREY SMITH BOTT
BRIAN G. ESDERS
ABATO, RUBENSTEIN AND
    ABATO, P.A.
809 GLENEAGLES COURT
SUITE 320
BALTIMORE, MD  21286

ATTN: MEGHAN C. HORN, ESQ.
ABATO, RUBENSTEIN AND
    ABATO, P.A.
809 GLENEAGLES COURT
SUITE 320
TOWSON, MD  21286

ANGIE M. COWAN
ALLISON, SLUTSKY &
    KENNEDY, PC
230 W MONROE ST
SUITE 2600
CHICAGO, IL  60606

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD
SUITE 300
BLOOMFIELD HILLS, MI  48304

HOWARD J. KAPLAN, ESQ.
DEANNA DAVIDIAN, ESQ.
ARKIN KAPLAN RICE LLP
590 MADISON AVENUE
NEW YORK, NY  10022

ATTN: THOMAS V. ASDOUNIS, ESQ.
ASKOUNIS & DARCY, PC
401 NORTH MICHIGAN AVENUE
SUITE 550
CHICAGO, IL  60611

FRANK F. MCGINN
(MA BBO# 564729)
BARTLETT HACKETT FEINBERG PC
155 FEDERAL STREET
9TH FLOOR
BOSTON, MA  02110

ATTN: JOSHUA G. LOSARDO, ESQ.
BELKIN BURDEN WENIG &
    GOLDMAN, LLP
270 MADISON AVENUE
NEW YORK, NY  10016

ATTN. DAVID M. NEUMANN, ESQUIRE
BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF, LLP
200 PUBLIC SQUARE
SUITE 2300
CLEVELAND, OH  44114-2378

ATTN: JOHNN WHITE, ESQ.
BLAKELEY & BLAKELEY LLP
2 PARK PLAZA
SUITE 400
IRVINE, CA  92614

BLOOM HERGOTT DIEMER ROSENTHAL
    LAVIOLETTE FELDMAN & GOOD MAN, LLP
150 S. RODEO DRIVE
3RD FLOOR
BEVERLY HILLS, CA  90212

ATTN: JEFFREY J. NEWTON
BROWARD COUNTY
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL  33301

ATTN. ROBERT J. STARK, ESQ.
DANIEL J. SAVAL, ESQ.
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY  10036

ATTN: MICHELLE MCMAHON, ESQ.
BRYAN CAVE LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

PAMELA KOHLMAN WEBSTER
BUCHALTER NEMER
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA  90017-2457

SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER NEMER
A PROFESSIONAL CORPORATION
333 MARKET STREET
25TH FLOOR
SAN FRANCISCO, CA  94105-2126

ATTN RUTH WIENSTEIN
CANON USA, INC
1 CANON PLAZA
LAKE SUCCESS, NY  11042

ATTN: JOANNE FUNGAROLI, ESQ.
CAPITALSOURCE FINANCE LLC
4445 WILLARD AVENUE
12TH FLOOR
CHEVY CHASE, MD  20815

ATTN: JOSEPH AUGUSTYNIAK
CATHOLIC CHARITIES
1966 GREENSPRING DRIVE
SUITE 200
TIMONIUM, MD  21093

ATTN HOWARD SEIFE
DAVID M LEMAY
DOUGLAS E DEUTSCH
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

CHRISTINE Z. HERI
U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
230 SOUTH DEARBORN
ROOM 844
CHICAGO, IL  60604

ATTN BABETTE A CECCOTI
COHEN WEISS & SIMON LLP
330 WEST 42ND STREET
NEW YORK, NY  10036

ATTN: PHILIP GREGORY, ESQ.
COTCHETT, PITRE & MCCARTHY
840 MALCOLM ROAD
SUITE 200
BURLINGAME, CA  94010

ATTN. MARK A NITIKMAN, ESQ.
CROUDACE & DIETRICH LLP
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA  92660

ATTN: ELAINE Z. COLE, ESQ.
DANIEL SMIRLOCK, DEPUTY
   COMMISSIONER AND COUNSEL
,
340 E. MAIN STREET
ROCHESTER, NY  14604

ATTN: KEITH D. ELKINS, ESQ.
ELKINS KALT WEINTRAUB REUBEN
   GARTSIDE LLP
1800 CENTURY PARK EAST
7TH FLOOR
LOS ANGELES, CA  90067

KENNETH MILLER, ESQ.
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BLVD
9TH FLOOR
BEVERLY HILLS, CA  90212

ATTN: MARY K. BRAZA, ESQ.
FOLEY & LARDNER LLP
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202-5306

ATTN. JOSEPH D. FRANK
FRANK/GECKER LLP
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL  60654

ATTN: AARON L. HAMMER, ESQ.
DEVON J. EGGERT, ESQ.
FREEBORN & PETERS LLP
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL  60606

EDWARD A. FRIEEDMAN
WILLIAM P.WEINTRAUB
FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP
1633 BROADWAY
NEW YORK, NY  10019-6708

ATTN: J. BENNETT FRIEDMAN, ESQ.
FRIEDMAN LAW GROUP
1901 AVENUE OF THE STARS
SUITE 1700
LOS ANGELES, CA  90067-4409

DONALD R. FURMAN JR.
FURMAN GREGORY LLC
75 FEDERAL STREET
9TH FLOOR
BOSTON, MA  02110

C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
GATEWAY PACIFIC PROPERTIES, INC.
901 DOVE STREET
SUITE 120
NEWPORT BEACH, CA  92660

ATTN: RAMESH SINGH
GE MONEY BANK
C/O RECOVERY MANAGEMENT
   SYSTEMS CORP.
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131-1605

ATTN JAN I BERLAGE
GOHN HANKEY & STICHEL LLP
201 NORTH CHARLES STREET
BALTIMORE, MD  21201

ATTN: KEVIN P. GARLAND, ESQ.
GREENBERG TRAURIG, LLP
2450 COLORADO AVENUE
SUITE 400 E
SANTA MONICA, CA  90404

EDWARD J. TREDINNICK, ESQ.
GREENE RADOVSKY MALONEY
   SHARE & HENNIGH LLP
FOUR EMBARCARCADERO CENTER
SUITE 4000
SAN FRANCISCO, CA  94111

ANTHONY DEGLOMINE, III
HARRIS CORPORATION
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL  32919

ATTN: BRUCE BENNETT, ESQ.
JAMES O. JOHNSON, ESQ.
JOSHUA D. MORSE, ESQ.
HENNIGAN, BENNETT & DORMAN, LLP
865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES, CA  90017

ATTN PAUL RUBIN, ESQ.
STEPHEN B. SELBST, ESQ.
HERRICK FEINSTEIN LLP
TWO PARK AVENUE
NEW YORK, NY  10016

ATTN: KEN HIGMAN, SR.
DEFAULT & RECOVERY ANALY
HEWLETT-PACKARD COMPANY
2125 E. KATELLA AVE.
SUITE 400
ANAHEIM, CA  92806

ATTN: RAMONA NEAL
CORPORATE COUNSEL
HEWLETT-PACKARD COMPANY
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID  83714-0021

ATTN. MARGARET ANN NOLAN, COUNTY
SOLICITOR
CAMELA J. SANDMANN, ASSISTANT
   COUNTY SOLICITOR
HOWARD COUNTY OFFICE OF LAW
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

ATTN BEVERLY H SHIDELER
IBM CORPORATION
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL  60181

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD  21201

J. SCOTT DOUGLASS
909 FANNIN
SUITE 1800
HOUSTON, TX  77010

ATTN: JEFFREY N. RICH, ESQ.
K&L GATES LLP
599 LEXINGTON AVE
NEW YORK, NY  10022-6030

CHARLES R. SMITH, ESQ.
K&L GATES LLP
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
PITTSBURGH, PA  15222-2312

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA  91362

MADLYN GLEICH PRIMOFF, ESQ
KAYE SCHOLER LLP
425 PARK AVE
NEW YORK, NY  10022

ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY  10178

ATTN:  KENNETH N. KLEE, ESQ.
KLEE, TUCHIN, BOGDANOFF
   & STERN, LLP
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA  90067-6049

ATTN: LEE R. BOGDANOFF, ESQ.
MARTIN R. BARASH, ESQ.
KLEE, TUCHIN, BOGDANOFF
   & STERN, LLP
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA  90067-6049

LESLIE A. COHEN, ESQ.
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD.
SUITE 200
SANTA MONICA, CA  90401

```
LINDA BOYLE                             MICHAEL A. COX, A.G.
TW TELECOM INC.                         DEBORAH B. WALDMEIR, ASST A.G.
10475 PARK MEADOWS DRIVE, #400          STATE OF MICHIGAN DEPT.
LITTLETON, CO  80124                       OF TREASURY
                                        CADILLAC PLACE
ATTN: ELIZABETH WELLER                  3030 W. GRAND BLVD.
LINEBARGER GOGGAN BLAIR                 SUITE 10-200
   & SAMPSON, LLP                       DETROIT, MI  48202
2323 BRYAN STREET
SUITE 1600                              ATTN: CAROLYN ADLER
DALLAS, TX  75201                       MORGAN STANLEY FIXED INCOME
                                        1585 BROADWAY
MAUREEN A. MCGREEVEY, ESQ.              2ND FLOOR
SUNGARD                                 NEW YORK, NY  10036
680 E. SWEDESFORD ROAD
WAYNE, PA  19087                        ATTN: COLLEEN E. MCMANUS
                                        MUCH SHELIST DENENBERG AMENT
FREDERICK D. HYMAN, ESQ.                   AND RUBENSTEIN, PC
JEFFREY G. TOUGAS, ESQ.,                191 NORTH WACKER DRIVE
AMIT K. TREHAN, ESQ.                    SUITE 1800
JEAN-MARIE L. ATAMIAN, ESQ.             CHICAGO, IL  60606
MAYER BROWN LLP
1675 BROADWAY                           NAVISTAR LEASING COMPANY
NEW YORK, NY  10019                     425 N. MARTINGALE ROAD
                                        18TH FLOOR
ATTN: DAVID ADLER, ESQ.                 SCHAUMBURG, IL  60173
MCCARTER & ENGLISH, LLP
245 PARK AVENUE                         ATTN. ROBERT L. COOK
27TH FLOOR                              DISTRICT TAX ATTORNEY
NEW YORK, NY  10167                     NEW YORK STATE DEPARTMENT
                                           OF TAXATION AND FINANCE
ATTN. PAUL J. CATANESE                  333 EAST WASHINGTON ST.
PATRICIA K. SMOOTS                      3RD FLOOR
MCGUIRE WOODS LLP                       SYRACUSE, NY  13202
77 W. WACKER DRIVE
SUITE 4100                              ATTN. ROBERT L. HANLEY, JR. ESQUIRE
CHICAGO, IL  60601                      NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
                                        NOTTINGHAM CENTRE
ATTN. ELAIN M. SEID                     502 WASHINGTON AVENUE
MCPHARLIN SPRINKLES                     SUITE 700
   & THOMAS, LLP                        TOWSON, MD  21204
10 ALMADEN BLVD.
SUITE 1460                              ATTN. CAROL E. MOMJIAN, ESQ.
SAN JOSE, CA  95113                     OFFICE OF ATTORNEY GENERAL
                                        21 S. 12TH STREET
ATTN: THOMAS MEITES, ESQ.               3RD FLOOR
MICHAEL MULDER, ESQ.                    PHILADELPHIA, PA  19107-3603
MEITES, MULDER, MOLLICA & GLINK
20 S. CLARK STREET                       ATTN: EVAN M. JONES, ESQ.
SUITE 1500                              O'MELVENY & MYERS LLP
CHICAGO, IL  60603                      400 SOUTH HOPE STREET
                                        LOS ANGELES, CA  90071

                                        CHARLES E. DAVIDOW
                                        PAUL, WEISS, RIFKIND, WHARTON
                                           & GARRISON LLP
                                        2001 K. STREET, N.W.
                                        WASHINGTON, DC  20006-1047
```

ATTN FRANK A ANDERSON
CASSANDRA R BURTON
KARTAR S KHALSA
PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, NW
WASHINGTON, DC  20005-4026

ATTN: MARTIN S. ZOHN, ESQ.
PROSKAUER ROSE LLP
2049 CENTURY PARK EAST
32ND FLOOR
LOS ANGELES, CA  90067

ATTN. JOSEPH E. SHICKICH, JR.
MARIA ANN MILANO
RIDDELL WILLIAMS, P.S.
1001- 4TH AVENUE
SUITE 4500
SEATTLE, WA  98154-1192

ATTN. FRED B. RINGEL, ESQ.
ROBINSON BROG LEINWAND GREEN
   GENOVESE & GLUCK PC
875 THIRD AVENUE
9TH FLOOR
NEW YORK, NY  10022

ATTN: MICHAEL S. AMATO, ESQ.
RUSKIN MASCOU FALTISCHEK, P.C.
1425 RXR PLAZA
EAST TOWER, 15TH FLOOR
UNIONDALE, NY  11556-1425

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC  20020

ATTN. JULIE A. MANNING, ESQ.
SHIPMAN & GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT  06103-1919

ATTN: KENNETH P. KANSA ESQ.
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603

JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL  60603

KEVIN T. LANTRY, ESQ.
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA  90013

ATTN: RONALD M. TUCKER, ESQ.
SIMON PROPERTY GROUP, INC.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN  46204

DANA S. PLON, ESQ.
SIRLIN GALLOGLY & LESSER, P.C.
1529 WALNUT STREET
SUITE 600
PHILADELPHIA, PA  19102

ATTN: KELLY SINGER, ESQ.
SQUIRE, SANDERS & DEMPSEY LLP
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE
SUITE 2700
PHOENIX, AZ  85004-4498

ATTN EDMOND P O'BRIEN ESQ
STEMPEL BENNETT CLAMAN
   & HOCHBERG PC
675 THIRD AVENUE
31ST FLOOR
NEW YORK, NY  10017

ATTN: W. ANDREW DALTON
FEE EXAMINER
STUART MAUE
3840 MCKELVEY RD
ST. LOUIS, MO  63044

ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
THE DSF GROUP
950 WINTER STREET
SUITE 4300
WALTHAM, MA  02451-1486

ATTN. DAVID W. REIMANN, ESQ.
THE REIMANN LAW GROUP
1960 E. GRAND AVENUE
SUITE 1165
EL SEGUNDO, CA  90245

ATTN SCOTT FRIEDBERG
THE SEAPORT GROUP LLC
360 MADISON AVENUE
22ND FLOOR
NEW YORK, NY  10017

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT  06183-4044

ATTN. JACQUELINE A. CRISWELL
TRESSLER SODERSTORM MALONEY
   & PRESS, LLP
SEARS TOWER
233 SOUTH WACKER DRIVE
22ND FLOOR
CHICAGO, IL  60606-6314

ATTN: JODIE REA
TWENTIETH TELEVISION, INC.
2121 AVENUE OF THE STARS
SUITE 1754
LOS ANGELES, CA  90067

ATTN. YONATAN GELBLUM
TRIAL ATTY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
555 4TH ST. NW
ROOM 6110
P.O. BOX 227
WASHINGTON, DC  20044

ATTN. GEORGE R. MESIRES, ESQ.
UNGARETTI & HARRIS
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL  60602

ATTN: TIFFANY STRELOW COBB
VORYS SATER SEYMOUR & PEASE LLP
52 EAST GAY STREET
COLUMBUS, OH  43215

ATTN: WAYNE M. SMITH, ESQ.
WARNER BROS. TELEVISION
   DISTRIBUTION, INC.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA  91522

ATTN: DOUGLAS R. GONZALES, ESQ.
WEISS SEROTA HELFMAN
   PASTORIZA COLE & BONISKE, P.L
200 EAST BROWARD BOULEVARD
SUITE 1900
FORT LAUDERDALE, FL  33301

ATTN: THOMAS E. LAURIA
GERARD H. UZZI
SCOTT GREISSMAN
WHITE & CASE LLP
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2787

ATTN. ALAN J. LIPKIN, ESQ.
JEREMY E. CRYSTAL, ESQ.
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019

ATTN: ANDREW GOLDMAN, ESQ.
WILMER CUTLER PICKERING
   HALE & DORR LLP
399 PARK AVENUE
NEW YORK, NY  10022

ATTN: DAVID NEIER, ESQ.
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY  10166

ATTN ROBERT E PAUL ESQ
ZWERDLKING PAUL KAHN
   & WOLLY PC
1025 CONNECTICUT AVENUE NW
SUITE 712
WASHINGTON, DC  20036-5420

THOMAS W. CORBETT, JR., A.G.
CAROL E. MOMJIAN, SR. DEP. A.G.
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE,
BUREAU OF ACCOUNTS SETTLEMENT
PA I.D. NO. 049219
21 S. 12TH STREET
3RD FLOOR
PHILADELPHIA, PA  19107-3603

ATTN. MICHAEL V. BLUMENTHAL, ESQ.
CROWELL & MORING LLP
590 MADISON AVENUE
19TH FLOOR
NEW YORK, NY  10022

ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
DAVIS POLK & WARDELL LLP
450 LEXINGTON AVENUE
NEW YORK, NY  10017

ATTN: MICHAEL J. SMALL, ESQ.
FOLEY & LARDNER LLP
321 NORTH CLARK
SUITE 2800
CHICAGO, IL  60610-4500

FRED FELLMETH, ESQ.
GENERAL COUNSEL
THE VITEC GROUP PLC
BROADCAST SYSTEMS DIVISION
101 BILBY ROAD
HACKETTSTOWN, NJ  07840

ATTN. BRIAN M. DOUGHERTY
GOLDSTINE, SKRODZKI, RUSSIAN,
    NEMEC AND HOFF, LTD.
835 MCCLINTOCK DRIVE
SECOND FLOOR
WILLOWBROOK, IL  60527

ATTN: SCOTT A. GOLDEN, ESQ.
IRA S. GREENE, ESQ.
HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY  10022

ATTN: DANIEL FEINBERG, ESQ.
ANGELICA K. JONGCO, ESQ.
NINA WASOW, ESQ.
LEWIS, FEINBERG, LEE, RENAKER
    & JACKSON, P.C.
1330 BROADWAY
SUITE 1800
OAKLAND, CA  94612

ATTN: SHERYL L. MOREAU
SPECIAL ASST A.G.
MISSOURI DEPARTMENT OF REVENUE
301 W. HIGH STREET
ROOM 670
PO BOX 475
JEFFERSON CITY, MO  65105-0475

ADAM H. FRIEDMAN, ESQ.
STEVE WOLOSKY, ESQ.
FREDRICK J. LEVY, ESQ.
OLSHAN GRUNDMAN FROME
    ROSENZWEIG & WOLOSKY LLP
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY  10022

ATTN: BRADLEY J. BUTWIN
DANIEL L. CANTOR,
O'MELVENY & MYERS LLP
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY  10036

ATTN: STEPHEN J. SHIMSHAK
ANDREW GORDON
DAVID W. BROWN
LAUREN SHUMEJDA
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISSON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6064

MARTHA E. ROMERO, ESQ.
ROMERO LAW FIRM
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA  90601

 ATTN: JAY TEITELBAUM
TEITELBAUM & BASKIN, LLP
3 BARKER AVENUE
THIRD FLOOR
WHITE PLAINS, NY  10601

GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
ZUCKERMAN SPAEDER LLP
1800 M STREET, NW
SUITE 1000
WASHINGTON, DC  20036

John P. Seiger, Esq.
Alexander S. Vesselinovitch
Daniel J. Polastek
Joshua A. Gadharf
Katten Muchin Rosenman LLP
525 W. Monroe Street
CHICAGO, IL  60661-3693

3802258