# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref Nos. 6263-6282 & 6291** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                             ) ss.:
COUNTY OF NEW YORK   )

DAVID MALO, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On November 10, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers (e)(2) or (4)"), a sample of which is annexed hereto as <u>Exhibit A</u> by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

David Malo

Sworn to before me this

10th day of November, 2010

Notary Public

Justina Marie Betro
Notary Public, State of New York
No. 01BE6221517
Qualified in Richmond County
Commission Expires May 3, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  AJAX CONSOLIDATED SERVICE CORPORATION
         442 SW 12TH AVE
         DEERFIELD BEACH, FL 33442

Please note that your schedule in the above referenced case and in the amount of
    $134.14 has been transferred **(unless previously expunged by court order)** to:

         ARCHON BAY CAPITAL, LLC
         TRANSFEROR: AJAX CONSOLIDATED SERVICE
         CORP - ATTN: CLAIMS PROCESSING DEPT.
         PO BOX 14610
         SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6276    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                      David D. Bird, Clerk of Court


                                      /s/ David Malo
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  AMOROSO, NICHOLAS
           528 SOLANO AVE
           LOS ANGELES, CA 90012-1035

Please note that your schedule in the above referenced case and in the amount of $450.00 has been transferred **(unless previously expunged by court order)** to:

           ARCHON BAY CAPITAL, LLC
           TRANSFEROR: AMOROSO, NICHOLAS
           P.O. BOX 14610
           ATTN: CLAIMS PROCESSING DEPT
           SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6267       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                      David D. Bird, Clerk of Court


                                      /s/ David Malo
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |    Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |    Case No. 08-13141 (KJC)
                                |
              Debtors.          |    Jointly Administered
                                |
                                |
                                |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  AT&T
             PO BOX 1027
             VIENNA, VA 22183
```

Please note that your claim # 2492 in the above referenced case and in the amount of
$169.25 has been transferred **(unless previously expunged by court order)** to:

```
        ARCHON BAY CAPITAL, LLC
        TRANSFEROR: AT&T
        P.O. BOX 14610
        ATTN: CLAIMS PROCESSING DEPT
        SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6280      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                        David D. Bird, Clerk of Court


                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:

TRIBUNE COMPANY, et al.,

                    Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:   AT&T
            PO BOX 1027
            VIENNA, VA 22183

Please note that your claim # 2494 in the above referenced case and in the amount of
      $407.88 has been transferred **(unless previously expunged by court order)** to:

            ARCHON BAY CAPITAL, LLC
            TRANSFEROR: AT&T
            P.O. BOX 14610
            ATTN: CLAIMS PROCESSING DEPT
            SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6281      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                      David D. Bird, Clerk of Court


                                      /s/ David Malo
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                                    | Chapter 11

TRIBUNE COMPANY, et al.,                                  | Case No. 08-13141 (KJC)

                    Debtors.                              | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BOTELER, ALISON
      298 OLD BATTERY RD
      BRIDGEPORT, CT 06605

Please note that your schedule in the above referenced case and in the amount of $100.00 has been transferred **(unless previously expunged by court order)** to:

        ARCHON BAY CAPITAL, LLC
        TRANSFEROR: BOTELER, ALISON
        P.O. BOX 14610
        ATTN: CLAIMS PROCESSING DEPT
        SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6275      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |   Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |   Case No. 08-13141 (KJC)
                                |
              Debtors.          |   Jointly Administered
                                |
                                |
                                |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CITY OF SAN BERNARDINO
             WATER DEPARTMENT
             P O BOX 710
             SAN BERNARDINO, CA 92402

Please note that your schedule in the above referenced case and in the amount of
        $191.86 has been transferred **(unless previously expunged by court order)** to:

        ARCHON BAY CAPITAL, LLC
        TRANSFEROR: CITY OF SAN BERNARDINO
        P.O. BOX 14610
        ATTN: CLAIMS PROCESSING DEPT
        SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6271        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                        David D. Bird, Clerk of Court


                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |    Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |    Case No. 08-13141 (KJC)
                                |
             Debtors.           |    Jointly Administered
                                |
                                |
                                |
_____
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DUDLEY, CARLTON
      7801 S WINCHESTER
      CHICAGO, IL 60620
```

Please note that your schedule in the above referenced case and in the amount of $477.61 has been transferred **(unless previously expunged by court order)** to:

```
      ARCHON BAY CAPITAL, LLC
      TRANSFEROR: DUDLEY, CARLTON
      P.O. BOX 14610
      ATTN: CLAIMS PROCESSING DEPT
      SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      District of Delaware
      824 Market Street, Fifth Floor
      Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6277        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  EAR EVERYTHING INC
             6541 EVANSTON AVE
             INDIANAPOLIS, IN 462201249

Please note that your schedule in the above referenced case and in the amount of $211.90 has been transferred **(unless previously expunged by court order)** to:

        ARCHON BAY CAPITAL, LLC
        TRANSFEROR: EAR EVERYTHING INC
        P.O. BOX 14610
        ATTN: CLAIMS PROCESSING DEPT
        SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6273      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                               |
In re:                         |       Chapter 11
                               |
TRIBUNE COMPANY, et al.,       |       Case No. 08-13141 (KJC)
                               |
              Debtors.         |       Jointly Administered
                               |
                               |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FIRST IN VIDEO PRODUCTIONS
             BRAD MACK
             PO BOX 58301
             VERNON, CA 90058

Please note that your schedule in the above referenced case and in the amount of
        $450.00 has been transferred **(unless previously expunged by court order)** to:

             ARCHON BAY CAPITAL, LLC
             TRANSFEROR: FIRST IN VIDEO PRODUCTIONS
             P.O. BOX 14610
             ATTN: CLAIMS PROCESSING DEPT
             SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6265      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                       David D. Bird, Clerk of Court


                                       /s/ David Malo
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

|  | | |
|---|---|---|
| In re: | | Chapter 11 |
| TRIBUNE COMPANY, et al., | | Case No. 08-13141 (KJC) |
| Debtors. | | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   GOLDSTONE, IRA
              420 MANHATTAN AVENUE
              MANHATTAN BEACH, CA 90266

Please note that your claim # 6670 in the above referenced case and in the amount of
        $115,000.00 allowed at $115,000.00  has been transferred (**unless previously expunged by court order**) to:

              CHRIS NEUMAN
              TRANSFEROR: GOLDSTONE, IRA
              1010 LEXINGTON ROAD
              BEVERLY HILLS, CA 90210

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6291     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          |        Chapter 11

TRIBUNE COMPANY, et al.,                        |        Case No. 08-13141 (KJC)

              Debtors.                          |        Jointly Administered

                                                |
                                                |
                                                |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HOLLFELDER, RICHARD M.
             140 RIVER RD
             COLLINSVILLE, CT 06019-3203

Please note that your schedule in the above referenced case and in the amount of
        $110.47 has been transferred **(unless previously expunged by court order)** to:

             ARCHON BAY CAPITAL, LLC
             TRANSFEROR: HOLLFELDER, RICHARD M.
             P.O. BOX 14610
             ATTN: CLAIMS PROCESSING DEPT
             SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6274     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                        David D. Bird, Clerk of Court

                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | | Chapter 11 |
|---|---|---|
| TRIBUNE COMPANY, et al., | | Case No. 08-13141 (KJC) |
| Debtors. | | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   LIRA, JOSE CONSEPCION
              1639 GRIFFINS AVE
              LA PUENTE, CA 91744

Please note that your schedule in the above referenced case and in the amount of
        $500.00 has been transferred **(unless previously expunged by court order)** to:

            ARCHON BAY CAPITAL, LLC
            TRANSFEROR: LIRA, JOSE CONSEPCION
            P.O. BOX 14610
            ATTN: CLAIMS PROCESSING DEPT
            SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6270     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                    David D. Bird, Clerk of Court


                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MILLER, MARK
         6415 KELSEY DRIVE
         INDIANAPOLIS, IN 46268

Please note that your schedule in the above referenced case and in the amount of
      $612.90 has been transferred **(unless previously expunged by court order)** to:

         BLUE HERON MICRO OPPORTUNITIES FUND LLP
         TRANSFEROR: MILLER, MARK
         ATTN: CLAIMS PROCESSING DEPARTMENT
         P.O. BOX 14610
         SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6278      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | | Chapter 11 |
|---|---|---|
| TRIBUNE COMPANY, et al., | | Case No. 08-13141 (KJC) |
| Debtors. | | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  PRODEC FINISHES INC
           15 W AYLESBURY RD STE 801
           TIMONIUM, MD 21093

Please note that your claim # 1413 in the above referenced case and in the amount of
      $150.00 has been transferred **(unless previously expunged by court order)** to:

           ARCHON BAY CAPITAL, LLC
           TRANSFEROR: PRODEC FINISHES INC
           P.O. BOX 14610
           ATTN: CLAIMS PROCESSING DEPT
           SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6282     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                              David D. Bird, Clerk of Court

                                              /s/ David Malo
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  REED, ALISSANDRA
             2400 NW 118TH TERRACE
             CORAL SPRINGS, FL 33065

Please note that your schedule in the above referenced case and in the amount of
        $144.00 has been transferred **(unless previously expunged by court order)** to:

        ARCHON BAY CAPITAL, LLC
        TRANSFEROR: REED, ALISSANDRA
        P.O. BOX 14610
        ATTN: CLAIMS PROCESSING DEPT
        SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6269     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                        David D. Bird, Clerk of Court


                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
| | |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| | |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   RIGOLI PACIFIC CO INC
              1983 POTRERO GRANDE DR
              MONTEREY PARK, CA 91754

Please note that your schedule in the above referenced case and in the amount of
        $1,777.17 has been transferred **(unless previously expunged by court order)** to:

            BLUE HERON MICRO OPPORTUNITIES FUND LLP
            TRANSFEROR: RIGOLI PACIFIC CO INC
            ATTN: CLAIMS PROCESSING DEPARTMENT
            P.O. BOX 14610
            SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6279    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SANTA MARGARITA WATER DISTRICT
      PO BOX 7005
      MISSION VIEJO, CA 92690-7005

Please note that your schedule in the above referenced case and in the amount of
       $370.20 has been transferred **(unless previously expunged by court order)** to:

      ARCHON BAY CAPITAL, LLC
      TRANSFEROR: SANTA MARGARITA WATER
      DISTRICT - ATTN: CLAIMS PROCESSING DEPT.
      PO BOX 14610 -
      SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6266      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                         David D. Bird, Clerk of Court


                                         /s/ David Malo
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
In re:                                    |    Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |    Case No. 08-13141 (KJC)
                                          |
                    Debtors.              |    Jointly Administered
                                          |
                                          |
                                          |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  STINEBAUGH, SANDRA
             GOSS CLEANING SERVICES
             2106 ROSANTE COURT
             FALLSTON, MD 21047
```

Please note that your schedule in the above referenced case and in the amount of
        $715.50 has been transferred **(unless previously expunged by court order)** to:

```
        ARCHON BAY CAPITAL, LLC
        TRANSFEROR: STINEBAUGH, SANDRA
        P.O. BOX 14610
        ATTN: CLAIMS PROCESSING DEPT
        SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6263        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.
```

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                             | Case No. 08-13141 (KJC)

                    Debtors.                         | Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SUNKIN, GARY
              120 EAST LAUREL STREET
              GLENDALE, CA 91205

Please note that your schedule in the above referenced case and in the amount of
        $100.00 has been transferred **(unless previously expunged by court order)** to:

              ARCHON BAY CAPITAL, LLC
              TRANSFEROR: SUNKIN, GARY
              P.O. BOX 14610
              ATTN: CLAIMS PROCESSING DEPT
              SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6268      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          |        Chapter 11

TRIBUNE COMPANY, et al.,                        |        Case No. 08-13141 (KJC)

                        Debtors.                |        Jointly Administered

                                                |

                                                |

                                                |

              NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                         BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   TANGO ENGINEERING
                1958 W PHILLIPS DR
                PHILLIPS RANCH, CA 91766

Please note that your schedule in the above referenced case and in the amount of
          $119.75 has been transferred **(unless previously expunged by court order)** to:

          ARCHON BAY CAPITAL, LLC
          TRANSFEROR: TANGO ENGINEERING
          P.O. BOX 14610
          ATTN: CLAIMS PROCESSING DEPT
          SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6272     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                         David D. Bird, Clerk of Court


                                         /s/ David Malo
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  YORK TOWNSHIP BOARD OF COMMISSIONERS
           190 OAK ROAD
           DALLASTOWN, PA 17313

Please note that your schedule in the above referenced case and in the amount of
      $184.76 has been transferred **(unless previously expunged by court order)** to:

           ARCHON BAY CAPITAL, LLC
           TRANSFEROR: YORK TOWNSHIP BOARD OF COMM.
           P.O. BOX 14610
           ATTN: CLAIMS PROCESSING DEPT
           SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6264      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 10, 2010.

**EXHIBIT B**

TIME: 10:53:09
DATE: 11/10/10

The Tribune Company
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AJAX CONSOLIDATED SERVICE CORPORATION | 442 SW 12TH AVE DEERFIELD BEACH FL 33442 |
| AMOROSO, NICHOLAS | 528 SOLANO AVE LOS ANGELES CA 90012-1035 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: AJAX CONSOLIDATED SERVICE CORP - ATTN: CLAIMS PROCESSING DEPT. PO BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: AMOROSO, NICHOLAS P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: AT&T P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: BOTELER, ALISON P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: CITY OF SAN BERNARDINO P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: DUDLEY, CARLTON P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: EAR EVERYTHING INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: FIRST IN VIDEO PRODUCTIONS P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: HOLLFELDER, RICHARD M. P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: LIRA, JOSE CONSEPCION P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: PRODEC FINISHES INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: REED, ALISSANDRA P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: SANTA MARGARITA WATER DISTRICT - ATTN: CLAIMS PROCESSING DEPT. PO BOX 14610 - SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: STINEBAUGH, SANDRA P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: SUNKIN, GARY P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: TANGO ENGINEERING P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: YORK TOWNSHIP BOARD OF COMM. P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| AT&T | PO BOX 1027 VIENNA VA 22183 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: MILLER, MARK ATTN: CLAIMS PROCESSING DEPARTMENT P O BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: RIGOLI PACIFIC CO INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BOTELER, ALISON | 298 OLD BATTERY RD BRIDGEPORT CT 06605 |
| CHRIS NEUMAN | TRANSFEROR: GOLDSTONE, IRA 1010 LEXINGTON ROAD BEVERLY HILLS CA 90210 |
| CITY OF SAN BERNARDINO | WATER DEPARTMENT P O BOX 710 SAN BERNARDINO CA 92402 |
| DUDLEY, CARLTON | 7801 S WINCHESTER CHICAGO IL 60620 |
| EAR EVERYTHING INC | 6541 EVANSTON AVE INDIANAPOLIS IN 462201249 |
| FIRST IN VIDEO PRODUCTIONS | BRAD MACK PO BOX 58301 VERNON CA 90058 |
| GOLDSTONE, IRA | 420 MANHATTAN AVENUE MANHATTAN BEACH CA 90266 |
| HOLLFELDER, RICHARD M. | 140 RIVER RD COLLINSVILLE CT 06019-3203 |
| LIRA, JOSE CONSEPCION | 1639 GRIFFINS AVE LA PUENTE CA 91744 |
| MILLER, MARK | 6415 KELSEY DRIVE INDIANAPOLIS IN 46268 |
| PRODEC FINISHES INC | 15 W AYLESBURY RD STE 801 TIMONIUM MD 21093 |
| REED, ALISSANDRA | 2400 NW 118TH TERRACE CORAL SPRINGS FL 33065 |
| RIGOLI PACIFIC CO INC | 1983 POTRERO GRANDE DR MONTEREY PARK CA 91754 |
| SANTA MARGARITA WATER DISTRICT | PO BOX 7005 MISSION VIEJO CA 92690-7005 |
| STINEBAUGH, SANDRA | GOSS CLEANING SERVICES 2106 ROSANTE COURT FALLSTON MD 21047 |
| SUNKIN, GARY | 120 EAST LAUREL STREET GLENDALE CA 91205 |
| TANGO ENGINEERING | 1958 W PHILLIPS DR PHILLIPS RANCH CA 91766 |
| YORK TOWNSHIP BOARD OF COMMISSIONERS | 190 OAK ROAD DALLASTOWN PA 17313 |

Total Number of Records Printed    40

**TRB TRF NTC**

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801