# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** November 10, 2010

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Dempsey | Mercer | Tribune |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Tom Foran | Womble Carlyle | Great Banc |
| Jonathan Lotsoff | Sidley Austin | Tribune |
| Derek Abbott | Morris Nichols | Step One Lenders |
| Adam G. Landis | Landis Rath Cobb | The Committee |
| Douglas Deutsch | Chadbourne Parke | The Committee |
| David LeMay | Chadbourne Parke | The Committee |
| Thomas McCormack | Chadbourne Parke | The Committee |
| James Sottile | Zuckerman Spaeder | The Committee |
| Kimberly Bean | Landis Rath Cobb | The Committee |
| Blake Cleary | Young Conaway Stargatt Taylor | Credit Agreement Lenders |
| Laurie Silverstein | Potter Anderson Corroon | Merrill Lynch |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** November 10, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Sottile | Zuckerman Spaeder | Comm. Ttee of Unsecured Cred. |
| Nils Lange | Tribune | Tribune |
| Don Thompson | NIM | Tribune |
| Eddy Hartenstein | Tribune | TRCB |
| David Zensky | TRCB | Aurelius |
| David Adler | TLG | Aurelius |
| Gellary Schlel | For Rothschild | Bridge Asset/Lenders |
| Andrew Hammond | White & Case | " |
| Jennie Kreston | Thail | Tribune |
| James Bendell | Sidley | Tribune |
| Kevin Lantry | " " | " " |
| Jonathan Lotsoff | " " | " " |
| Kate Stickles | Cole Schotz | " " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 11/10/2010
Calendar Time: 10:00 AM ET

#5

1st Revision 11/10/2010 05:14 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847778 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848470 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847777 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851394 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847780 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848141 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848497 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848483 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847427 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850287 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850161 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851418 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848665 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |

| Case | Type | Name | ID | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850236 Brad Erens | 312-269-4050 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824862 James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850193 Jason Goldsmith | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3833633 Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848503 Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850238 David Hall | 312-269-4207 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850231 David Heiman | 216-832-6061 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848783 James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3837357 Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847772 Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851339 Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851371 Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3833627 Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847192 Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848493 David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3833617 Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851406 Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851868 Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851357 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3833636 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851902 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851377 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848264 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848735 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847941 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3852108 | Karen S. Park | (212) 756-2036 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848884 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851823 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848517 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848467 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850143 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848710 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848512 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850285 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850491 | Andrew M. Thau | 212-692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3848527 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3837932 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3851421 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3849135 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3850159 | David Zensky | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3824135 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |