DACA 2010L, LP
1565 Hotel Circle South, Suite 3[...]
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-2[...]

[...]ED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                      ) CHAPTER 11
                                            )
                                            ) Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.                     ) (Jointly Administered)
                                            )
    Debtors                                 ) NOTICE OF TRANSFER OF CLAIM
                                            ) OTHER THAN FOR SECURITY AND
                                            ) WAIVER OF NOTICE
                                            )
                                              Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NO[...]t the scheduled claim of **WOOD BROS AIR COMPRESSORS, LLC** ("Transferor") against the Debto[...] mount of **$2,310.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debt[...] ll other claims of Transferor have been transferred and assigned other than for security to DACA 2010L, L[...]CA"). The signature of the Transferor on this document is evidence of the transfer of the claims and a[...] ere under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transf[...] he above-described claims, hereby assign and transfer my claims and all rights there under to DACA upo[...] as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than[...] 00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree t[...] se DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or i[...] the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction mu[...] the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ab[...] tribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the da[...] greement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold ag[...] bove debtor into their name. The clerk of the court is authorized to change the address regarding the clai[...] nsferor to that of the Transferee listed below.

**TRANSFEROR:**
**WOOD BROS AIR COMPR[...] LLC**
**160 EXPRESS DR. S BREN[...] NY 11717**

Print Name _Christ[...]ood_        Title _Office Manager_

Signature _[signature]_                Date _11/_

Updated Address if needed) _1[...] xpress Dr. S. Brentwood_

Phone _631-851-2001_   _631-851-2033_   E-Mail _cwood@woodbrosair.com_

**TRANSFEREE:**
DACA 2010L, LP
1565 Hotel Circle South, Suite 3[...] Diego, CA 92108

Signature: _[signature]_
           An[...]hall

Mail Ref# 3-1732
2603744    Epiq. Sch No. 176000410