B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re **Tribune Company, *et al.*,** Debtors          Case No. 08-13141 (KJC)
*The Hartford Courant Company*                        Case No. 08-13211

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Archon Bay Capital, LLC** **As Assignee of Biscailuz, Juan B.** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): n/a |
|---|---|
| | Amount of Claim: $165.00 |
| | Date Claim Filed: n/a- Schedule G |
| 399 Park Avenue, 6th Floor | |
| New York, NY 10022 | |
| Attn: David S. Leinwand | |
| | |
| Phone: (212) 850-7524 | Phone: (803) 810-0855 |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: |
| | Archon Bay Capital, LLC |
| | P.O. Box 14610 |
| | Surfside Beach, SC 29587 |
| | Attn: Claims Processing Dept. |
| Phone: _____ | |
| Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand                    Date: 11/5/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.