# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re **Tribune Company, *et al.*,** Debtors      Case No. <u>08-13141 (KJC)</u>
        *The Hartford Courant Company*        *Case No. 08-13211*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>**Avenue TC Fund, L.P.**</u>        <u>**Blue Heron Micro Opportunities Fund, LLP**</u>
                                               <u>**As Assignee of Bob Kelly Florist Inc**</u>
         Name of Transferee                          Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>1185</u>
should be sent:                                     Amount of Claim: <u>$172.60</u>
                                                     Date Claim Filed: <u>4/22/2009</u>

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Phone: <u>(212) 850-7524</u>                      Phone: (803) 810-0855
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments     Name and Current Address of Transferor:
should be sent (if different from above):          Blue Heron Micro Opportunities Fund, LLP
                                                 P.O. Box 14610
                                                 Surfside Beach, SC 29587
                                                 Attn: Claims Processing Dept.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ David S. Leinwand</u>             Date: <u>11/5/2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.