IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>**Re: Docket No. 5859** |

## ORDER GRANTING MOTION OF FEDERAL INSURANCE COMPANY FOR ORDER AUTHORIZING IT TO MAKE SETTLEMENT PAYMENT OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion")[1] of Federal Insurance Company ("Federal") for an order authorizing it to make a Settlement Payment (as defined in the Motion) or, in the alternative, for Relief from the Automatic Stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** Federal may pay Defense Costs incurred under the Policy in the amount of approximately $457,900;

**IT IS FURTHER ORDERED** that the automatic stay is modified to the extent necessary to allow Federal to issue any payments under the Policy related to the Lawsuit, including but not limited to Defense Costs.

**IT IS SO ORDERED** this 10th day of NW 2010.

The Honorable Kevin J. Carey
Chief United States Bankruptcy Court Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.