B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re  **Tribune Company, *et al.*,** Debtors                Case No. 08-13141 (KJC)
          *The Hartford Courant Company*                     *Case No. 08-13211*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Avenue TC Fund, L.P.**                        **Blue Heron Micro Opportunities Fund, LLP**
                                                **As Assignee of Flotech**
          Name of Transferee                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): n/a
should be sent:                                       Amount of Claim: $414.73
                                                      Date Claim Filed: n/a- Scheduled
399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: (212) 850-7524                                 Phone: (803) 810-0855
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____

Name and Address where transferee payments            Name and Current Address of Transferor:
should be sent (if different from above):             Blue Heron Micro Opportunities Fund , LLP
                                                      P.O. Box 14610
                                                      Surfside Beach, SC  29587
                                                      Attn: Claims Processing Dept.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ David S. Leinwand_____          Date:__11/10/2010_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.