B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re **Tribune Company, *et al.*,** Debtors    Case No. <u>08-13141 (KJC)</u>
*Hoy Publications, LLC*    *Case No. 08-13175*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Avenue TC Fund, L.P.** | **Blue Heron Micro Opportunities Fund, LLP As Assignee of Garcia & Castiello** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>399 Park Avenue, 6th Floor<br>New York, NY  10022<br>Attn: David S. Leinwand | Court Claim # (if known): <u>3465</u><br>Amount of Claim: <u>$673.38</u><br>Date Claim Filed: <u>6/3/2009</u> |
| Phone: <u>(212) 850-7524</u><br>Last Four Digits of Acct #: _____ | Phone: (803) 810-0855<br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: _____<br>Last Four Digits of Acct #: _____ | Name and Current Address of Transferor:<br>Blue Heron Micro Opportunities Fund, LLP<br>P.O. Box 14610<br>Surfside Beach, SC  29587<br>Attn: Claims Processing Dept. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>  /s/ David S. Leinwand</u>    Date:<u>   11/5/2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.