## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| TRIBUNE COMPANY., et al., | : Case No. 08-13141 (KJC) |
| Debtor. | : (Jointly Administered) |
| | : Ref. No. 523 |

**SUPPLEMENTAL DECLARATION OF THANE W. CARLSTON IN SUPPORT OF CONSENT ORDER PURSUANT TO SECTION 328(a) AND 1103(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF MOELIS & COMPANY LLC AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 6, 2009**

Thane W. Carlston, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the investment banking and financial advisory firm of Moelis & Company LLC ("Moelis" or the "Firm").

2. I submit this Supplemental Declaration (the "Declaration") in support of the Order (the "Order") granting the retention of Moelis as Investment Bank to the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company, et al. (collectively, the "Debtors") entered March 12, 2009 [Dkt. No 523] in the above caption cases (the "Cases"). These additional disclosures are made out of an abundance of caution in an effort to comply with the requirements of Fed. R. Bankr. P. 2014(a).

3. I have personal knowledge of the facts set forth herein unless otherwise indicated. To the extent that any information disclosed herein requires amendment or modification, I will submit a supplemental declaration to the Court.

4. Moelis has been retained in a matter wholly unrelated to its representation of the Committee to represent a third company (the "Company"). Moelis is advising Company as it considers and pursues certain strategic transactions.

5. The Debtors own a minority (under 30%) equity stake in Company. As a result of their minority equity ownership of Company, the Debtors are entitled to appoint two of the nine board members of Company.

6. Moelis is confident that it remains fully disinterested. The Debtors have no control over Company and the actions of Company will have no affect on these Cases. Nevertheless, out of an abundance of caution, Moelis files this Declaration to ensure full disclosure.

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 29, 2010.

>MOELIS & COMPANY LLC
>
>By: _____
>Name: Thane W. Carlston
>Title: Managing Director