B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re **Tribune Company, *et al.*,** Debtors  
*The Baltimore Sun Company*

Case No. 08-13141 (KJC)  
Case No. 08-13209

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Blue Heron Micro Opportunities Fund, LLP**<br>**As Assignee of Graystone Group Adv** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor  
New York, NY  10022  
Attn: David S. Leinwand

Court Claim # (if known): n/a  
Amount of Claim: $297.50  
Date Claim Filed: n/a- Scheduled

Phone: (212) 850-7524  
Last Four Digits of Acct #: _____

Phone: (803) 810-0855  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:  
Blue Heron Micro Opportunities Fund , LLP  
P.O. Box 14610  
Surfside Beach, SC  29587  
Attn: Claims Processing Dept.

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ David S. Leinwand_____    Date:   11/10/2010_____  
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.