B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re **Tribune Company, *et al.*,** Debtors     Case No. <u>08-13141 (KJC)</u>
*Chicago Tribune Company*     Case No. 08-13152

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Archon Bay Capital, LLC As Assignee of Imperial Lighting Maintenance** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Phone: <u>(212) 850-7524</u>
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>n/a</u>
Amount of Claim: <u>$164.16</u>
Date Claim Filed: <u>n/a- Scheduled</u>

Phone: (803) 810-0855
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Name and Current Address of Transferor:
Archon Bay Capital, LLC
P.O. Box 14610
Surfside Beach, SC 29587
Attn: Claims Processing Dept.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u> /s/ David S. Leinwand</u>     Date:<u>  11/11/2010  </u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.