B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re   **Tribune Company, *et al.*,** Debtors              Case No. 08-13141 (KJC)
      *Los Angeles Times Communications LLC*              *Case No. 08-13185*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Blue Heron Micro Opportunities Fund, LLP**<br>**As Assignee of Monkey Bunch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: (212) 850-7524
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 2447
Amount of Claim: $400.00
Date Claim Filed: 5/5/2009



Phone: (803) 810-0855
Last Four Digits of Acct. #: _____

Name and Current Address of Transferor:
Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC  29587
Attn: Claims Processing Dept.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ David S. Leinwand              Date:   11/5/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.