B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re  **Tribune Company, *et al.*,** Debtors　　　　Case No. 08-13141 (KJC)
　　　　*Hoy Publications, LLC*　　　　　　　　　　　Case No. 08-13175

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Blue Heron Micro Opportunities Fund, LLP** **As Assignee of R.S. Hursthouse & Assoc.** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): n/a Amount of Claim: $238.00 Date Claim Filed: n/a- Scheduled |
|---|---|
| 399 Park Avenue, 6th Floor New York, NY 10022 Attn: David S. Leinwand | |
| Phone: (212) 850-7524 Last Four Digits of Acct #: _____ | Phone: (803) 810-0855 Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: Blue Heron Micro Opportunities Fund , LLP P.O. Box 14610 Surfside Beach, SC  29587 Attn: Claims Processing Dept. |
| Phone: _____ Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand　　　　　　　　　　Date: 11/11/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.