B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re  **Tribune Company, *et al.*, Debtors**  Case No. 08-13141 (KJC)
      *Los Angeles Times Communications LLC*  Case No. 08-13185

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Blue Heron Micro Opportunities Fund, LLP** <br> **As Assignee of Stagliano, John** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: <br><br> 399 Park Avenue, 6th Floor <br> New York, NY  10022 <br> Attn: David S. Leinwand | Court Claim # (if known): 1499 <br> Amount of Claim: $400.00 <br> Date Claim Filed: 4/24/2009 |
|---|---|
| Phone: (212) 850-7524 <br> Last Four Digits of Acct #: _____ | Phone: (803) 810-0855 <br> Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): <br><br> Phone: _____ <br> Last Four Digits of Acct #: _____ | Name and Current Address of Transferor: <br> Blue Heron Micro Opportunities Fund, LLP <br> P.O. Box 14610 <br> Surfside Beach, SC  29587 <br> Attn: Claims Processing Dept. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:__/s/ David S. Leinwand_____  Date:___11/5/2010_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.