B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re **Tribune Company, *et al.*,** Debtors  Case No. 08-13141 (KJC)
*WDCW Broadcasting, Inc.*  Case No. 08-13251

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Blue Heron Micro Opportunities Fund, LLP As Assignee of Tape Equipment** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Phone: (212) 850-7524
Last Four Digits of Acct #: _____

Court Claim # (if known): 1786
Amount of Claim: $1,141.50
Date Claim Filed: 4/27/2009

Phone: (803) 810-0855
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:
Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587
Attn: Claims Processing Dept.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand   Date: 11/5/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.