B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re  **Tribune Company, *et al.*,** Debtors          Case No. <u>08-13141 (KJC)</u>
*Orlando Sentinel Communications Company*          *Case No. 08-13198*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Avenue TC Fund, L.P.**          **Archon Bay Capital, LLC, as Assignee of Wexler Packaging Products, Inc.**

Name of Transferee          Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3203</u>
Amount of Claim: <u>$310.00</u>
Date Claim Filed: <u>5/26/2009</u>

399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: <u>(212) 850-7524</u>          Phone: (803) 810-0855
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:
Archon Bay Capital, LLC
P.O. Box 14610
Surfside Beach, SC  29587
Attn: Claims Processing Dept.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:__/s/ David S. Leinwand_____          Date:___11/5/2010_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.