B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re   **Tribune Company, *et al.*,** Debtors          Case No. 08-13141 (KJC)
*Tower Distribution Company*                           Case No. 08-13220

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Avenue TC Fund, L.P.** | **Blue Heron Micro Opportunities Fund, LLP As Assignee of Wisconsin Cable Comm.** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): n/a |
|---|---|
| | Amount of Claim: $350.00 |
| 399 Park Avenue, 6th Floor | Date Claim Filed: n/a- Scheduled |
| New York, NY 10022 | |
| Attn: David S. Leinwand | |

Phone: (212) 850-7524                                    Phone: (803) 810-0855
Last Four Digits of Acct #: _____                      Last Four Digits of Acct. #: _____

Name and Address where transferee payments              Name and Current Address of Transferor:
should be sent (if different from above):               Blue Heron Micro Opportunities Fund , LLP
                                                        P.O. Box 14610
                                                        Surfside Beach, SC 29587
                                                        Attn: Claims Processing Dept.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ David S. Leinwand_____                Date:   11/11/2010_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.