IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 6295 |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Ntc of Submission of Pln Propnts Respnsv Stmts_Aff_11-9-10.doc

2. On November 9, 2010, I caused to be served the "Notice of Submission of Settlement Plan Proponents' Responsive Statements," dated November 9, 2010 [Docket No. 6295], by causing true and correct copies delivered by email to those parties listed on the annexed Exhibit A.

_____
Diane Streany

Sworn to before me this
11th day of November, 2010

_____
Notary Public

```
Justina Marie Betro
Notary Public, State of New York
No. 01BE6221517
Qualified in Richmond County
Commission Expires May 3, 2014
```

**EXHIBIT A**

EMAIL ADDRESS

| | |
|---|---|
| a.dalton@smmj.com | dadler@mccarter.com |
| aconway@taubman.com | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| adeglomi@harris.com | DAVE@BHDRL.COM |
| ahammer@freebornpeters.com | david.klauder@usdoj.gov |
| ahiller@phw-law.com | DAVID.POWLEN@BTLAW.COM |
| alipkin@willkie.com | dbradford@jenner.com |
| amuscovitz@dsfadvisors.com | deecf@dor.mo.gov |
| anderson.frank@pbgc.gov | dfeinberg@lewisfeinberg.com |
| andrew.goldman@wilmerhale.com | dgonzales@wsh-law.com |
| afriedman@olshanlaw.com | dneier@winston.com |
| aglenn@kasowitz.com | don@furmangregory.com |
| AGORDON@PAULWEISS.COM | DPLON@SIRLINLAW.COM |
| ajongco@lewisfeinberg.com | dreimann@reimannlawgroup.com |
| atrehan@mayerbrown.com | drosner@kasowitz.com |
| avail@jenner.com | efriedman@fklaw.com |
| avesselinovitch@kattenlaw.com | EJONES@OMM.COM |
| awinfree@ashby-geddes.com | ELAINE_COLE@TAX.STATE.NY.US |
| besders@abato.com | ellen.slights.@usdoj.gov |
| bkrakauer@sidley.com | emseid@mstpartners.com |
| bankruptcy@goodwin.com | eobrien@sbchlaw.com |
| BBUTWIN@OMM.COM | etredinnick@greeneradovsky.com |
| bceccotti@cwsny.com | efile@pbgc.gov |
| BENNETTB@HBDLAWYERS.COM | fhyman@mayerbrown.com |
| bhshide@us.ibm.com | flevy@olshanlaw.com |
| bmd@gsrnh.com | fortune@rlf.com |
| btrust@mayerbrown.com | ffm@bostonbuisnesslaw.com |
| carickhoff@blankrome.com | fred.fellmeth@vitecgroup.com |
| carolyn.adler@morganstanley.com | frosner@mrs-law.com |
| cbblac@acxiom.com | GARLANDK@GTLAW.COM |
| cbifferato@bifferato.com | gbush@zuckerman.com |
| CDAVIDOW@PAULWEISS.COM | gmcdaniel@bglawde.com |
| Charles.smith@klgates.com | goldberg.elizabeth@dol.gov |
| claims@recoverycorp.com | grmesires@uhlaw.com |
| cmcmanus@muchshelist.com | gerson.leonard@dol.gov |
| cmomjian@attorneygeneral.gov | guzzi@whitecase.com |
| collins@rlf.com | heri.christine@dol.gov |
| cowan@ask-attorneys.com | hkaplan@arkin-law.com |
| csbott@abato.com | houston_bankruptcy@publicans.com |
| csimon@crosslaw.com | hseife@chadbourne.com |
| csteege@jenner.com | isgreene@hhlaw.com |
| daniel.polatsek@kattenlaw.com | jatamian@mayerbrown.com |
| DBROWN@PAULWEISS.COM | jcrystal@willkie.com |
| DCANTOR@OMM.COM | JOHNSTONJ@HBDLAWYERS.COM |
| ddavidian@arkin-law.com | joshua.gadharf@kattenlaw.com |
| ddeutsch@chadbourne.com | jstrock@foxrothschild.com |
| deggert@freebornpeters.com | jtougas@mayerbrown.com |
| dlemay@chadbourne.com | jberlage@ghsllp.com |
| dsaval@brownrudnick.com | jconlan@sidley.com |

EMAIL ADDRESS

| | |
|---|---|
| jcp@pgslaw.com | mminuti@saul.com |
| JCRISWELL@TSMP.COM | mprimoff@kayescholer.com |
| JDT@JDTHOMPSONLAW.COM | MSMALL@FOLEY.COM |
| JEDMONSON@BAYARDLAW.COM | mzohn@proskauer.com |
| jfiorella@archerlaw.com | mbarash@ktbslaw.com |
| JFRANK@FGLLP.COM | MBCLEARY@YCST.COM |
| jfriedman@jbflawfirm.com | mbillion@pszjlaw.com |
| jfungaroli@capitalsource.com | mcguire@lrclaw.com |
| jhuggett@margolisedelstein.com | mmilano@riddellwilliams.com |
| jlosardo@bbwg.com | mmmulder@mmmglaw.com |
| jnimeroff@bsnlawyers.com | MORSEJ@HBDLAWYERS.COM |
| jodie.rea@fox.com | npernick@coleschotz.com |
| john.sieger@kattenlaw.com | nwasow@lewisfeinberg.com |
| jschlerf@foxrothschild.com | pgregory@cpmlegal.com |
| jsdlaw@msn.com | prubin@herrick.com |
| jshickich@riddellwilliams.com | psmoots@mcguirewoods.com |
| jsorenson@wggdlaw.com | pwebster@buchalter.com |
| jteitelbaum@tblawllp.com | pcatanese@mcguirewoods.com |
| JWHITE@BLAKELEYLLP.COM | ramona.neal@hp.com |
| KDWBankruptcyDepartment@kelleydrye.com | RBRADY@YCST.COM |
| kelkins@elkinskalt.com | RHANLEY@NOLANPLUMHOFF.COM |
| ken.higman@hp.com | rkbgwhw@aol.com |
| khill@svglaw.com | RMERSKY@MONLAW.COM |
| kklee@ktbslaw.com | robert_cook@tax.state.ny.us |
| klantry@sidley.com | romero@mromerolawfirm.com |
| kmayer@mccarter.com | rpaul@zwerdling.com |
| kmiller@ecjlaw.com | rstark@brownrudnick.com |
| kstickles@coleschotz.com | RTUCKER@SIMON.COM |
| kcollins@bifferato.com | rweinstein@cusa.canon.com |
| kdinhrt@ssd.com | rwriley@duanemorris.com |
| kskomorucha@ashby-geddes.com | raportl@pepperlaw.com |
| LSHUMEJDA@PAULWEISS.COM | SCHANNEJ@PEPPERLAW.COM |
| landis@lrclaw.com | sgreissman@whitecase.com |
| lbogdanoff@ktbslaw.com | slross@duanemorris.com |
| LESLIE@LESLIECOHENLAW.COM | slross@duanemorris.com |
| linda.boyle@twtelecom.com | SSELBST@HERRICK.COM |
| ljones@pszjlaw.com | sagolden@hhlaw.com |
| MAMATO@RMFPC.COM | sbrown@eapdlaw.com |
| MARK.NITIKMAN@C2D2LAW.COM | SCHLOSS.MICHAEL@DOL.GOV |
| matthew.troy@usdoj.gov | schristianson@buchalter.com |
| maureen.mcgreevey@sungard.com | sfallon@trplaw.com |
| mblumenthal@crowell.com | Sfriedberg@Theseaportgroup.com |
| MBRAZA@FOLEY.COM | skaufman@coochtaylor.com |
| MELOROD@GTLAW.COM | SSHIMSHAK@PAULWEISS.COM |
| mengland@eckertseamans.com | strattond@pepperlaw.com |
| mfelger@cozen.com | swolosky@olshanlaw.com |
| michelle.mcmahon@bryancave.com | taskounis@askounisdarcy.com |
| mlastowski@duanemorris.com | tlauria@whitecase.com |

EMAIL ADDRESS

tmacauley@zuckerman.com
tmhoepker@yahoo.com
tribuneco.routing@dpw.com
trmeites@mmmglaw.com
tscobb@vorys.com
Tscobb@vssp.com
tcairns@pszjlaw.com
WALDMEIRD@MICHIGAN.GOV
wayne.smith@warnerbros.com
wbowden@ashby-geddes.com
wmk@elliottgreenleaf.com
wweintraub@fklaw.com
YONATAN.GELBLUM@USDOJ.GOV

EMAIL ADDRESS

jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
jbendernagel@sidley.com
jhenderson@sidley.com
jboelter@sidley.com
kkansa@sidley.com
kmills@sidley.com
dbergeron@sidley.com
aross@sidley.com
gdemo@sidley.com
npernick@coleschotz.com
kstickles@coleschotz.com
dgheiman@jonesday.com
bberens@jonesday.com
dshafer@jonesday.com
dahall@jonesday.com
dliebentritt@tribune.com
deldersveld@tribune.com
andrew.goldman@wilmerhale.com
collins@rlf.com
dsloan@rlf.com
efriedman@fklaw.com
wweintraub@fklaw.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
dgolden@akingump.com
pdublin@akingump.com
kwesch@akingump.com
lhutchins@akingump.com
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
rbrady@ycst.com
mbcleary@ycst.com
dadler@mccarter.com
kmayer@mccarter.com
dbradford@jenner.com
carickhoff@blankrome.com
donald.bernstein@davispolk.com
elliott.moskowitz@davispolk.com
dennis.glazer@davispolk.com
damian.schaible@davispolk.com
michael.russano@davispolk.com
eli.vonnegut@davispolk.com
collins@rlf.com
stearn@rlf.com
drosner@kasowitz.com

aglenn@kasowitz.com
skorpus@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
gmcdaniel@bglawde.com
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
landis@lrclaw.com
gbush@zuckerman.com
tmacauley@zuckerman.com
jsottile@zuckerman.com
afriedman@olshanlaw.com
swolosky@olshanlaw.com
flevy@olshanlaw.com
dabbott@mnat.com
hkaplan@arkin-law.com
ddavidian@arkin-law.com
rstark@brownrudnick.com
msiegel@brownrudnick.com
kbromberg@brownrudnick.com
gnovod@brownrudnick.com
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
tlauria@whitecase.com
dhille@whitecase.com
sgreissman@whitecase.com
ahammond@whitecase.com
jschlerf@foxrothschild.com
esutty@foxrothschild.com
david.klauder@usdoj.gov