**IN THE UNITED BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND**
**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that L. Jason Cornell, Esquire and Danielle S. Blount of Fox Rothschild LLP, withdraw their respective appearances as counsel to Ivan J. Bates ("Bates") in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby enters his appearance as counsel to Bates in the above-captioned proceeding and requests that all notices given or required to be given and all papers served or required to be served in the above-captioned proceeding be served upon the undersigned counsel at the address shown below.

**PLEASE TAKE FURTHER NOTICE** that this request includes, not only the notices and papers referred to in 11 U.S.C. § 342(a) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, schedules, statements of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in the above-captioned cases with respect to the (a) debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

**PLEASE TAKE FURTHER NOTICE** that neither the instant filing, nor any later appearance, pleading, claim, or suit shall waive (1) the rights of Bates to trial by jury in any proceeding so triable in the above-captioned cases or in any case, controversy, or proceeding related to the above-captioned cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  November 11, 2010  **SULLIVAN · HAZELTINE · ALLINSON LLC**
       Wilmington, Delaware

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, Delaware  19801
Tel: 302-428-8191
Fax:  302-428-8195
Email: whazeltine@sha-llc.com

*Attorneys for Ivan J. Bates*