**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | **Related Docket No. 6160** |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

**PLEASE TAKE NOTICE** that Docket No. 6160, the *Notice of Substitution of Counsel and Entry of Appearances and Request for Notices* (the "Notice") filed on behalf of creditor Ivan J. Bates, was entered in error and is hereby withdrawn. A corrected version of the Notice has been filed as Docket No. 6412.

Dated: November 11, 2010         **SULLIVAN · HAZELTINE · ALLINSON LLC**
Wilmington, Delaware

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

*Attorneys for Ivan J. Bates*