**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Objection Deadline: December 8, 2010 at 4:00 p.m. (ET)<br>Hearing Date: December 15, 2010 at 10:00 a.m. (ET) |

## NOTICE OF MOTION

    TO: (a) the Office of the United States Trustee for the District of Delaware, (b) counsel to the Debtors, (c) counsel to the Official Committee of Unsecured Creditors, (d) counsel to JPMorgan Chase Bank, N.A., (e) counsel to Aurelius and (f) All Parties Entitled to Notice Under Del. Bankr. LR 2002-1(b)

    **PLEASE TAKE NOTICE** that the Credit Agreement Lenders[1] have filed the attached **Motion of Oaktree Capital Management, L.P., and Angelo, Gordon & Co. L.P., for an Order Disqualifying Akin Gump Strauss Hauer & Feld LLP from Representing Aurelius Capital Management LP** (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

    **PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, are required to be filed on or before **December 8, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Credit Agreement Lenders' undersigned counsel so as to be received on or before the Objection Deadline.

    **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 15, AT 10:00 A.M. (ET)**, BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

    **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Credit Agreement Lenders are the entities identified in the *Ninth Amended Joint Verified Statement Of Representation Of More Than One Creditor By Hennigan Bennett & Dorman LLP And Young Conaway Stargatt & Taylor, LLP* [docket # 5984].

| | |
|---|---|
| Dated:  November 12, 2010 | HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>James O. Johnston<br>Joshua D. Morse<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone:  (213) 694-1200<br>Telecopier:  (213) 694-1234 |

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Credit Agreement Lenders*