IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 08 – 13141 (KJC)<br>Jointly Administered<br><br>RE: Docket No. _____ |

**ORDER APPROVING MOTION OF OAKTREE CAPITAL MANAGEMENT, L.P., AND ANGELO, GORDON & CO. L.P., TO DISQUALIFY AKIN GUMP STRAUSS HAUER & FELD LLP FROM REPRESENTING AURELIUS CAPITAL MANAGEMENT LP**

Upon consideration of the Motion of Oaktree Capital Management, L.P., and Angelo, Gordon & Co. L.P. to Disqualify Akin Gump Strauss Hauer & Feld from Representing Aurelius Capital Management LP (the "Motion")[1]; and the Court having reviewed the Motion and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) notice of the Motion was adequate under the circumstances, and (c) all persons with standing have been afforded the opportunity to be heard with respect to the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Akin Gump is disqualified from representing or taking any action on behalf of Aurelius in or in connection with the above-captioned cases; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2

ORDERED that the Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this order.

Dated: December ____, 2010

                                                                      _____
                                                                      Kevin J. Carey
                                                                      Chief United States Bankruptcy Judge