# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Tribune Company,** *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Chapter 11 (Jointly Administered) |

## REQUEST TO BE REMOVED FROM THE MAILING LIST

Please remove Scott G. Wilcox, Esq. from the mailing list and the e-notification list for the above captioned matter.

Dated: November 15, 2010                WHITEFORD TAYLOR PRESTON LLC

*/s/ Scott G. Wilcox*
Scott G. Wilcox, Esq. (ID #3882)
Whiteford Taylor Preston, LLC
1220 N. Market Street, Suite 608
Wilmington, DE 19801-2535
Telephone: (302) 357-3255
Facsimile: (302) 357-3275
swilcox@wtplaw.com