**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Objection Deadline: **December 3, 2010 at 4:00 p.m. (ET)**<br>Hearing Date: December 15, 2010 at 10:00 a.m. (ET)<br>Ref. Docket No. 6433 |

## *RE - NOTICE* OF MOTION[1]

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, (B) COUNSEL TO THE DEBTORS, (C) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, (D) COUNSEL TO JPMORGAN CHASE BANK, N.A., (E) COUNSEL TO AURELIUS AND (F) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B)

**PLEASE TAKE NOTICE** that on November 12, 2010, the Credit Agreement Lenders[2] filed the **Motion of Oaktree Capital Management, L.P., and Angelo, Gordon & Co. L.P., for an Order Disqualifying Akin Gump Strauss Hauer & Feld LLP from Representing Aurelius Capital Management LP** [D.I. 6433] (the "Motion") with the United States Bankruptcy Court for the District of Delaware. You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9006-1(c)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), responses to the Motion, if any, are required to be filed on or before **December 3, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Credit Agreement Lenders' undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 15, AT 10:00 A.M. (ET)**, BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF

---

[1] **In accordance with Local Rule 9006-1(c)(ii) the Objection Deadline has been changed from December 8, 2010 at 4:00 p.m. (ET) to December 3, 2010 at 4:00 p.m. (ET), and this Notice shall supersede the notice originally filed and served with the Motion.**

[2] The Credit Agreement Lenders are the entities identified in the *Ninth Amended Joint Verified Statement Of Representation Of More Than One Creditor By Hennigan Bennett & Dorman LLP And Young Conaway Stargatt & Taylor, LLP* [docket # 5984].

DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 15, 2010 | HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>James O. Johnston<br>Joshua D. Morse<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone: (213) 694-1200<br>Telecopier: (213) 694-1234 |

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Credit Agreement Lenders*