# EXHIBIT A

| Date | Client | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 9/1/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Telephone conversation with Gary Weitman re: next steps re: employee engagement and digital .25 Write draft response to Holman Jenkins op-ed .75 |
| 9/1/2010 | Tribune Company | Elzey,Stephanie | 0.5 | $102.50 | .25 - Held follow-up conversation with reporter .25 - Shared internal update and strategized with J. Zilka |
| 9/2/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Telephone conversation with Gary Weitman re: negotiations re: plan of reorg, corporate visibility strategy for Tribune. Update on media inquiry .5 |
| 9/2/2010 | Tribune Company | Elzey,Stephanie | 0.75 | $153.75 | .5 - Internal meeting to strategize with J. Zilka* .25 - preparation of update to G. Weitman |
| 9/3/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Email with Michael Sitrick re: deliverables .25 Set up meeting with Michael Wiley re: digital support for Tribune .25 Set up meeting with Christopher Hannegan re: employee engagement consulting .25 Edit and forward Annie Elzey note re: media inquiry .25 |
| 9/7/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Meet with Christopher Hannegan to discuss Tribune employee engagement strategy .5 Meet with Michael Wiley to discuss Tribune social media strategy .5 |
| 9/8/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Comment to G. Weitman on revised Tribune communications plan .5 |
| 9/8/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | .25 - Online research of reporter and strategizing on findings with J. Zilka |
| 9/13/2010 | Tribune Company | Zilka,Jeffrey R. | 1.25 | $875.00 | Telephone meet with G. Weitman, G. Sitrick and colleagues re: Tribune media, internal comms and social media strategy 1.25 |
| 9/15/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Telephone briefing with Gary Weitman re: court hearing and media coverage |
| 9/16/2010 | Tribune Company | Zilka,Jeffrey R. | 0.25 | $175.00 | Telephone conversation with Gary Weitman re media coverage |
| 9/17/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Afternoon telephone conversation with Gary Weitman and Mike Sitrick re media coverage, submission of alternative plan of reorganization .5 |
| 9/20/2010 | Tribune Company | Zilka,Jeffrey R. | 1.25 | $875.00 | Discuss strategy re: media coverage 1.25 |
| 9/21/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Morning call with G. Weitman re: media coverage .25 Afternoon call with G. Weitman re: media coverage .25 |
| 9/25/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Forward Tribune story .25 Email exchange with G. Weitman re: media coverage .25 |
| 9/30/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Review, edit analysis of media coverage 1 |
| 9/30/2010 | Tribune Company | Burdeen,Michael B | 1.5 | $277.50 | Research media coverage of investments the third-parties in media holding companies, analyze coverage, analysis |
| | | SEPTEMBER 2010 TOTAL | 12.75 | $7,410.00 | |