IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :  Chapter 11
In re:                        :  Case No. 08-13141 (KJC)
                              :  (Jointly Administered)
TRIBUNE COMPANY, et al.,      :
                              :  Re: Docket No. 6255
         Debtors.             :
                              :  Hearing Date: Nov. 29, 2010 at 10:00 a.m.
                              :  Objection Deadline: Nov. 19, 2010 at 4:00 p.m.
                              :
------------------------------x

**JOINDER OF JPMORGAN CHASE BANK N.A., ANGELO, GORDON & CO., L.P., OAKTREE CAPITAL MANAGEMENT, L.P. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF THE DEBTORS FOR AN ORDER (I) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLANS OF REORGANIZATION; (II) APPROVING FORMS OF BALLOTS, MASTER BALLOTS AND RELATED INSTRUCTIONS; (III) APPROVING SOLICITATION PACKAGE CONTENTS AND AUTHORIZING DISTRIBUTION OF SOLICITATION AND NOTICE MATERIALS; (IV) FIXING VOTING RECORD DATE; (V) ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT OF CONFIRMATION; (VI) SETTING CONFIRMATION SCHEDULE AND ESTABLISHING PARAMETERS OF CONFIRMATION-RELATED DISCOVERY; (VII) ESTABLISHING NEW DEADLINE FOR RETURN OF MEDIA OWNERSHIP CERTIFICATIONS; (VIII) AUTHORIZING EXPANSION OF BALLOTING AND TABULATION AGENT'S RETENTION AND ALLOCATION OF COSTS OF SAME; AND (IX) GRANTING RELATED RELIEF [DKT. NO. 6255]**

JPMorgan Chase Bank N.A. ("JPMorgan"), as Agent for the Debtors' pre-petition senior lenders and a holder of senior loan claims, Angelo, Gordon & Co., L.P. and Oaktree Capital Management, L.P., each on behalf of certain funds and managed accounts holding senior loan claims, and the Official Committee of Unsecured Creditors (collectively the "Settlement Plan Proponents") hereby submit this joinder (the "Joinder) to the Motion (the "Motion"), dated November 8, 2010, of the Debtors for an Order (i) establishing procedures for solicitation and tabulation of votes to accept or reject plans of

RLF1 3629109v. 1

reorganization; (ii) approving forms of ballots, master ballots and related instructions; (iii) approving solicitation package contents and authorizing distribution of solicitation and notice materials; (iv) fixing voting record date; (v) establishing notice and objection procedures in respect of confirmation; (vi) setting confirmation schedule and establishing parameters of confirmation-related discovery; (vii) establishing new deadline for return of media ownership certifications; (viii) authorizing expansion of balloting and tabulation agent's retention and allocation of costs of same; and (ix) granting related relief. [Dkt. No. 6255]. In support of the Joinder, the Settlement Plan Proponents state as follows:

The Settlement Plan Proponents join in the Motion and agree with the procedures and arguments set forth in the Motion. Accordingly, the Settlement Plan Proponents file this Joinder in support of the Motion for the reasons stated therein.

WHEREFORE, the Settlement Plan Proponents respectfully request that this Court grant the Motion.

RLF1 3629109v. 1

Dated: November 15, 2010
       Wilmington, Delaware

Respectfully submitted,

/s/ *signature*

Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone (302) 651-7700
Facsimile (302) 651 7701

-and-

Donald S. Bernstein
Dennis E. Glazer
Elliot Moskowitz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*

_____
Mark D. Collins (Bar No. 2981)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone (302) 651-7700
Facsimile (302) 651 7701

-and-

Andrew N. Goldman
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
Telephone (212) 230-8800

*Attorneys for Angelo, Gordon & Co., L.P.*

      /s/ Robert S. Brady
Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899
Telephone (302) 571-6600
Facsimile (302) 571-1253

-and-

Bruce Bennett
James O. Johnston
Joshua D. Morse
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone (213) 694-1200

*Attorneys for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.*

/s/ Adam G. Landis
_____
Adam G. Landis (Bar No. 3407)
Matthew B. McGuire (Bar No. 4366)
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone (302) 467-4400
Facsimile (302) 467-4450

- and-

Howard Seife
David M. LeMay
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone (212) 408-5100
Facsimile (212) 541-5369

*Attorneys for the Official Committee of Unsecured Creditors*

- and -

Graeme Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone (202) 778-1800
Facsimile (202) 822-8106

*Special Counsel to the Official Committee of Unsecured Creditors*