**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 6451**<br>)<br>) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY    :

       Cathy M. Greer, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of November, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Joinder of JPMorgan Chase Bank N.A., Angelo, Gordon & Co., L.P., Oaktree Capital Management, L.P. and the Official Committee of Unsecured Creditors to the Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (II) Approving Forms of Ballots, Master Ballots and Related Instructions; (III) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (IV) Fixing Voting Record Date; (V) Establishing Notice and Objection Procedures in Respect of Confirmation; (VI) Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery; (VII) Establishing New Deadline for Return of Media Ownership Certifications; (VIII) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (IX) Granting Related Relief [Docket. No. 6451]**

Dated:  November 15, 2010
       Wilmington, Delaware

Cathy M. Greer, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this __16th__ day of November, 2010.

Notary Public
BARBARA J. WITTERS
Public - State of Delaware
m. Expires March 13, 2011

RLF1 3619565v. 1

**By Hand Delivery**

**By First Class Mail**

LANDIS RATH & COBB LLP
ADAM G LANDIS
MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

CHADBOURNE & PARKE LLP
HOWARD SEIFE
DAVID M LEMAY
DOUGLAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE 19801

Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

David M. Klauder
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

LF1 3629083v. 1