**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY., *et al*., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of the Bankruptcy Code, the undersigned counsel hereby enters their appearance for CCI Europe A/S ("CCI") and requests that CCI be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

>Christopher S. Chow, Esquire
>David T. May, Esquire
>BALLARD SPAHR LLP
>919 N. Market Street, 11th Floor
>Wilmington, DE 19801
>Telephone: (302) 252-4465
>Facsimile: (302) 252-4466
>Email: chowc@ballardspahr.com
>         maydt@ballardspahr.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

DMEAST #13091881 v1

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive CCI's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which CCI is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 16, 2010
Wilmington, Delaware

/s/ Christopher S. Chow
Christopher S. Chow, Esquire (No. 4172)
David T. May, Esquire (No. 5359)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email:  chowc@ballardspahr.com
        maydt@ballardspahr.com

*Attorneys for CCI Europe A/S*