## CERTIFICATE OF SERVICE

I, Christopher S. Chow, hereby certify that on the 16th day of November, 2010, I caused the foregoing **Entry of Appearance and Request for Notices** to be served upon the parties identified below in the manner indicated.

**VIA HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Office Of The United States Trustee
844 King Street
Room 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Janet E. Henderson, Esq.
James W. Ducayet, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Dated: November 16, 2010
Wilmington, Delaware

/s/ Christopher S. Chow
Christopher S. Chow, Esquire (No. 4172)