UNITED STATE BANKRUPTCY COURT
DISTRICT DELAWARE

In re

Tribune Company

Case No.

08-13141

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CW LICENSING LLC, a creditor in the above captioned bankruptcy case, directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim(s) (as listed on the Debtors' schedules and claims register), and hereby requests that the service of any pleadings, notices, correspondence and distributions relating to such claim(s) be sent to the New Address set forth below, effective as of the date hereof,

Former Address:

CW LICENSING LLC
PO BOX 30730
LOS ANGELES, CA 90030-0730

New Address:

CW LICENSING LLC
2202 S FIGUEROA ST
LOS ANGELES, CA 90007

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 11/4/10

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.