CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

November 10, 2010

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street,
Suite 990,
Wilmington, DE 19801

Re:  Tribune Company, et al., Debtors // To: U.S. Bank N.A.

Case No.  08-13141 *KJC*

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation
Trust Company is not the registered agent for an entity by the name of U.S. Bank N.A..

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517581641

FedEx Tracking# 794105289074

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801-4908