MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITORS
SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case No. 08-13141 KJC |
| | ) |
| TRIBUNE COMPANY, et al. | ) Chapter 11 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE TO** |
| | ) **LIMITED OBJECTION TO THE** |
| | ) **DISCLOSURE STATEMENT BY** |
| | ) **COUNTY OF SAN BERNARDINO,** |
| | ) **CALIFORNIA, A CALIFORNIA** |
| | ) **TAXING AUTHORITY SUBMITTED** |
| | ) **BY STEP ONE SENIOR LOAN** |
| | **HOLDERS** |
| | |
| | DATE: November 29, 2010 |
| | TIME: 10:00 A.M. ET |

TO THE HONORABLE KEVIN J. CAREY AND TO ALL PARTIES OF INTEREST:

    I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and to the ECF list on this 16th day of November 2010.

Dated: November 16, 2010    ROMERO LAW FIRM

                              By /s/ Martha E. Romero
                              MARTHA E. ROMERO
                              Attorneys for SECURED CREDITOR
                              COUNTY OF SAN BERNARDINO, CA
                              A CALIFORNIA TAXING AUTHORITY

**SERVICE LIST**

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue,
Suite 1410
Wilmington, DE 19801

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

James F. Conlan
Bryan Krakauner
Janet Henderson
Kevin T. Lantry
Kerriann S. Mills
One South Dearborn Street
Chicaco, Il 60603