MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITORS
SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case No. 08-13141 KJC |
| | ) |
| TRIBUNE COMPANY, et al. | ) Chapter 11 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE TO** |
| | ) **LIMITED OBJECTION TO THE** |
| | ) **DISCLOSURE STATEMENT BY** |
| | ) **COUNTY OF SAN BERNARDINO,** |
| | ) **CALIFORNIA, A CALIFORNIA** |
| | ) **TAXING AUTHORITY SUBMITTED** |
| | ) **BY KING STREET ACQUISTION** |
| | |
| | DATE: November 29, 2010 |
| | TIME: 10:00 A.M. ET |

TO THE HONORABLE KEVIN J. CAREY AND TO ALL PARTIES OF INTEREST:

   I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and to the ECF list on this 16th day of November 2010.


Dated: November 16, 2010     ROMERO LAW FIRM


                             By /s/ Martha E. Romero
                             MARTHA E. ROMERO
                             Attorneys for SECURED CREDITOR
                             COUNTY OF SAN BERNARDINO, CA
                             A CALIFORNIA TAXING AUTHORITY

1

1 **SERVICE LIST**

2 Norman L. Pernick
Cole, Schotz, Meisel, Forman &
3 Leonard,
500 Delaware Avenue,
4 Suite 1410
Wilmington, DE 19801

5

6 U.S. Trustee
United States Trustee
7 844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
8

9
James F. Conlan
10 Bryan Krakauner
Janet Henderson
11 Kevin T. Lantry
Kerriann S. Mills
12 One South Dearborn Street
Chicaco, Il 60603

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28