# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al.[1] | : | Case No. 08-13141 (KJC) |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that pursuant to the Order Appointing Mediator [D.I. 5591], I caused a copy of each of the following documents to be served upon the parties listed on the attached service list by electronic mail on November 16, 2010:

1. Limited Objection of The ACE Companies To The Disclosure Statements; and
2. the within Certificate of Service

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 16, 2010

/s/ Richard W. Riley
Richard W. Riley

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## SERVICE LIST

Counsel to the Debtors:
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attn:   Norman L. Pernick, Esquire
         J. Kate Stickles, Esquire
         Patrick J. Reilley, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: npernick@coleschotz.com
         kstickles@coleschotz.com
         preilley@coleschotz.com

and

SIDLEY AUSTIN LLP
Attn:   James F. Conlan, Esquire
         Bryan Krakauer, Esquire
         Kevin T. Lantry, Esquire
One South Dearborn Street
Chicago, IL 60603
Email: jconlan@sidley.com
         bkrakauer@sidley.com
         klantry@sidley.com


Counsel to the Official Committee of Unsecured Creditors:
LANDIS, RATH & COBB, LLP
Attn:   Adam G. Landis, Esquire
         Matthew B. McGuire, Esquire
919 Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
         mcguire@lrclaw.com

and

CHADBOURNE & PARKE, LLP
Attn:   Howard Seife, Esquire
         David M. LeMay, Esquire
30 Rockefeller Plaza
New York, NY 10112
Email: hseife@chadbourne.com
         dlemay@chadbourne.com

<u>Special Counsel to the Official Committee of Unsecured Creditors</u>:
Zuckerman Spaeder LLP
Attn:   Graeme Bush, Esquire
        James Sottile, Esquire
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Email: gbush@zuckerman.com
        jsottile@zuckerman.com


<u>Counsel to JPMorgan chase Bank, N.A., as Administrative Agent and Lender under the Senior Loan Credit Agreement</u>:
RICHARDS, LAYTON & FINGER, P.A.
Attn:   Mark D Collins, Esquire
        Robert J. Stearn, Jr., Esquire
        Drew G. Sloan, Esquire
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: collins@rlf.com
        dsloan@rlf.com
        stearn@rlf.com

and

DAVIS POLK & WARDWELL LLP
Attn:   Donald S. Bernstein, Esquire
        Dennis E. Glazer, Esquire
        Elliot Moskowitz, Esquire
450 Lexington Avenue
New York, NY 10017
Email: donald.bernstein@davispolk.com
        dennis.glazer@davispolk.com
        elliot.moskowitz@davispolk.com


<u>Counsel to Angelo Gordon & Co LP</u>:
RICHARDS, LAYTON & FINGER, P.A.
Attn:   Mark D. Collins, Esquire
        Drew G. Sloan, Esquire
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: collins@rlf.com
        dsloan@rlf.com

and

2

WILMER CUTLER PICKERING HALE & DORR LLP
Attn:   Andrew N. Goldman, Esquire
399 Park Avenue
New York, NY 10022
Email: andrew.goldman@wilmerhale.com


Counsel to the "Credit Agreement Lenders":
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Attn:   Robert S. Brady, Esquire
        M. Blake Cleary, Esquire
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
Email: rbrady@ycst.com
       mbcleary@ycst.com

and

HENNIGAN, BENNETT & DORMAN LLP
Attn:   Bruce Bennett, Esquire
        James O. Johnston, Esquire
        Joshua D. Morse, Esquire
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Email: bennettb@hbdlawyers.com
       johnstonj@hbdlawyers.com
       morsej@hbdlawyers.com


Counsel to the "Step One Credit Agreement Lenders":
Arkin Kaplan Rice LLP
Attn:   Howard J. Kaplan, Esquire
        Deanna Davidian, Esquire
590 Madison Avenue
New York, NY 10022
Email: hkaplan@arkin-law.com
       davidian@arkin-law.com

and

Olshan Grundman Frome Rosenzweig & Wolosky LLP
Attn:   Adam H. Friedman, Esquire
        Steve Wolosky, Esquire
        Fredrick J. Levy, Esquire
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Email: swolosky@olshanlaw.com
       afriedman@olshanlaw.com
       flevy@olshanlaw.com

3

Counsel to Wells Fargo Bank, N.A., as Administrative Agent under the Bridge Loan Credit Agreement:
FOX ROTHSCHILD LLP
Attn:  Jeffrey M. Schlerf, Esquire
       John H. Strock, Esquire
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Email: jschlerf@foxrothschild.com
       jstrock@foxrothschild.com

and

WHITE & CASE LLP
Attn:  David G. Hille, Esquire
       Scott Greissman, Esquire
       Andrew W. Hammond, Esquire
1155 Avenue of the Americas
New York, NY 10036
Email: dhille@whitecase.com
       sgreissman@whitecase.com
       ahammond@whitecase.com

and

WHITE & CASE LLP
Attn:  Thomas E Lauria, Esquire
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Email: tlauria@whitecase.com


Counsel to Law Debenture Trust Company of New York, as successor indenture trustee under a senior notes indenture:
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Attn:  David S. Rosner, Esquire
1633 Broadway
New York, NY 10019
Email: drosner@kasowitz.com


Counsel to Deutsche Bank Trust Company Americas, as successor indenture trustee under certain senior notes indentures:
McCarter & English, LLP
Attn:  David Adler, Esquire
       G. Amanda Mallan, Esquire
245 Park Avenue, 27th floor
New York, NY 10167
E-mail: dadler@mccarter.com
        gmallan@mccarter.com

4

and

McCarter & English, LLP
Attn: Katharine L. Mayer, Esquire
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801
E-mail: kmayer@mccarter.com


Counsel to Centerbridge Credit Advisors LLC:
Pachulski Stang Ziehl & Jones LLP
Attn: Mark M. Billion, Esquire
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Email: mbillion@pszjlaw.com


Counsel to Aurelius Capital Management LP:
Ashby & Geddes, P.A.
Attn: William P. Bowden, Esquire
      Amanda M. Winfree, Esquire
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Email: wbowden@ashby-geddes.com
       awinfree@ashby-geddes.com

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Attn: Daniel H. Golden, Esquire
      Philip C. Dublin, Esquire
One Bryant Park
New York, NY 10036
Email: dgolden@akingump.com
       pdublin@akingump.com


Counsel to EGI-TRB LLC:
BLANK ROME LLP
Attn: David Carickhoff, Esquire
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: Carickhoff@BlankRome.com

and

5

JENNER & BLOCK LLP
Attn:   David J. Bradford, Esquire
            Catherine L. Steege, Esquire
353 N. Clark Street
Chicago, IL 60654
Email:  dbradford@jenner.com
            csteege@jenner.com


Counsel to Wilmington Trust Company, as successor indenture Trustee under the PHONES notes indenture:
Sullivan Hazeltine Allinson LLC
Attn:   William D. Sullivan, Esquire
            Elihu E. Allinson, III, Esquire
4 East 8th Street, Suite 400
Wilmington, DE 19801
Email:  bsullivan@sha-llc.com
            zallinson@sha-llc.com