IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ x
                                     :  Chapter 11
In re:                               :
                                     :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,             :
                                     :  (Jointly Administered)
                Debtors.             :
                                     :  Objection Deadline: November 30, 2010 at 4:00 p.m.
                                     :  (EST)
                                     :  Hearing Date: December 15, 2010 at 10:00 a.m. (EST)
------------------------------------ x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on November 16, 2010, JPMorgan Chase Bank, N.A. ("JPMorgan"), Merrill Lynch Capital Corporation ("Merrill Lynch"), Citicorp North America, Inc. ("Citicorp"), and Bank of America, N.A. ("BofA") (collectively, the "Arrangers"), filed the **Joint Motion of JPMorgan Chase Bank, N.A., Merrill Lynch Capital Corporation, Citicorp North America, Inc., and Bank of America, N.A., for an Order (I) Finding the Step One Credit Agreement Lenders in Contempt of the Court's Mediation Order and the Automatic Stay Pursuant to 11 U.S.C. § 362; and (II) Enjoining the Step One Credit Agreement Lenders From Further Violations of the Mediation Order and the Automatic Stay** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for JPMorgan, Merrill Lynch, Citicorp, and BofA on or before **November 30, 2010 at 4:00 p.m. (EST)**.

RLF1 3629463v. 1

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **December 15, 2010 at 10:00 a.m. (EST).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 16, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Robert J. Stearn

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19899
(302) 651-7700

-and-

Dennis E. Glazer
Benjamin Kaminetzky
Elliot Moskowitz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

*Attorneys for JPMorgan Chase Bank, N.A.*

/s/ Laurie Selber Silverstein
Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation*

/s/ Stephen P. Lamb
Stephen P. Lamb (#2053)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 655-4410
Facsimile: (302) 655-4420

Andrew Gordon
David W. Brown
Stephen J. Shimshak
Elizabeth R. McColm
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Citicorp North America, Inc.*

       */s/ David B. Stratton*
David B. Stratton, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500

-and-

O'MELVENY & MYERS LLP
Daniel L. Cantor, Esq.
Daniel S. Shamah, Esq.
Times Square Tower, Esq.
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

-and-

Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6236

*Attorneys for Bank of America, N.A.*