## **EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
:
In re: : Chapter 11
:
TRIBUNE COMPANY, et al., : Case No. 08-13141 (KJC)
:
: (Jointly Administered)
Debtors. :
: Re: Docket Nos. _____
:
------------------------------------- x

**ORDER FINDING THE STEP ONE CREDIT AGREEMENT LENDERS IN CONTEMPT FOR VIOLATING THE MEDIATION ORDER AND THE AUTOMATIC STAY AND ENJOINING THE STEP ONE CREDIT AGREEMENT LENDERS FROM FURTHER VIOLATIONS OF THE MEDIATION ORDER AND AUTOMATIC STAY**

Upon the motion dated November 16, 2010 (the "Motion"), of JPMorgan Chase Bank, N.A. ("JPMorgan"), Merrill Lynch Capital Corporation ("Merrill Lynch"), Citicorp North America, Inc. ("Citicorp"), and Bank of America, N.A. ("BofA") (collectively, the "Arrangers"), for entry of an Order finding Alden Global Distressed Opportunities Fund, L.P., Alden Global Distressed Opportunities Master Fund, L.P., Arrowgrass Distressed Opportunities Fund Limited, Arrowgrass Master Fund Ltd., Bennett Offshore Restructuring Fund, Inc., Bennett Restructuring Fund, L.P., BRF Senior Income, L.P., CFIP Master Fund, Ltd., DeBello Investors LLC, Greywolf Capital Overseas Master Fund, Greywolf Capital Partners II LP, Greywolf CLO I, Ltd., Normandy Hill Capital, L.P., Scoggin Capital Management II LLC, Scoggin International Fund Ltd., Scoggin Worldwide Fund Ltd, and Wexford Spectrum Investors LLC (collectively, the "Step One Credit Agreement Lenders") in Contempt of the Court's September 1, 2010, Order Appointing Mediator [Docket No. 5591] (the "Mediation Order") and the automatic stay pursuant to 11 U.S.C. § 362, as a result of their filing a complaint against the Arrangers in the

RLF1 3629465v. 1

Supreme Court of the State of New York; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their Estates, their creditors, and the parties in interest to these proceedings; and it appearing that proper and adequate notice has been given; and upon the record of the hearing herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion is granted as set forth below; and it is further

ORDERED, that the Step One Credit Agreement Lenders are in contempt for violation of the Mediation Order and are enjoined from further violation of the Mediation Order; and it is further

ORDERED, that the Step One Credit Agreement Lenders are in contempt for violation of the automatic stay pursuant to 11 U.S.C. § 362 and are enjoined from further violation of the stay; and it is further

ORDERED, that the Step One Credit Agreement Lenders pay all attorneys' fees and expenses incurred by the Arrangers in connection with the prosecution of the Motion; and it is further

ORDERED, that this Order shall be effective immediately upon entry.


Dated: _____, 2010
       Wilmington, Delaware

                                              The Honorable Kevin J. Carey
                                              Chief United States Bankruptcy Judge

RLF1 3629465v. 1