**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) <br> ) Jointly Administered <br> ) <br> ) |
| TRIBUNE COMPANY, *et al.*, |  |
| Debtors. |  |

_____

**CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on November 16, 2010, I caused a copy of the following documents to be served upon the parties listed on the attached service list in the manner indicated.

- **EGI-TRB LLC'S LIMITED OBJECTION TO THE DISCLOSURE STATEMENTS [Dkt. No. 6464]**

- **EGI-TRB LLC'S LIMITED OBJECTION TO THE PRE-LBO DEBTHOLDER PLAN PROPONENTS' RESPONSIVE STATEMENT [Dkt. No. 6468]**

Dated: November 16, 2010

                                           **BLANK ROME LLP**

                      By:    /s/ *Alan M. Root*
                            David Carickhoff (DE No. 3715)
                            Alan M. Root (DE No. 5427)
                            1201 Market Street, Suite 800
                            Wilmington, Delaware 19801
                            Telephone: (302) 425-6400
                            Facsimile: (302) 425-6464

                            *Counsel for EGI-TRB, LLC*

SERVICE LIST

Counsel to the Debtors:
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue
Suite 1410
Wilmington DE 19801
E-mail: npernick@coleschotz.com
Kstickles@coleschotz.com
preilley@coleschotz.com
*(Hand & E-mail)*

and

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn
Chicago IL 60603
Phone: (312) 853-6890
Fax: (312) 853-7036
E-mail: jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
*(First Class Mail & E-mail)*

Counsel to the Official Committee of Unsecured Creditors:
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington DE 19801
Phone: (302) 467-4410
Fax: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
*(Hand & E-mail)*

and

Howard Seife, Esquire
David M. LeMay, Esquire

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112
E-mail: hseife@chadbourne.com
dlemay@chadbourne.com
*(First Class Mail & E-mail)*

Special Counsel to the Official Committee of Unsecured Creditors:
Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington DC 20036-5802
E-mail: gbush@zuckerman.com
jsottile@zuckerman.com
*(First Class Mail & E-mail)*

Counsel to JPMorgan Chase Bank, N.A., as Administrative Agent and Lender under the Senior Loan Credit Agreement:
Mark D. Collins Esquire
Robert J. Stearn, Jr., Esquire
Drew G. Sloan, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington DE 19801
E-mail: collins@rlf.com
stearn@rlf.com
dsloan@rlf.com
*(Hand & E-mail)*

and

Donald S. Bernstein, Esquire
Dennis E. Lazer, Esquire
Elliot Moskowitz, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York NY 10017
E-mail: donald.bernstein@dpw.com
Dennis.glazer@dpw.com
Elliot.moskowitz@dpw.com
*(First Class Mail & E-mail)*

Counsel to Angelo Gordon & Co LP:

Mark D. Collins Esquire
Drew G. Sloan, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington DE 19801
E-mail: collins@rlf.com
dsloan@rlf.com
*(Hand & E-mail)*

Andrew N. Goldman, Esquire
WilmerHale
399 Park Avenue
New York NY 10022
E-mail: andrew.goldman@wilmerhale.com
*(First Class Mail & E-mail)*

Counsel to the "Credit Agreement Lenders:"
Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor LLP
P.O. Box 391
The Brandywine Building, 17th Floor
1000 West Street
Wilmington DE 19801
E-mail: rbrady@ycst.com
mbcleary@ycst.com
*(Hand & E-mail)*

and

Bruce S. Bennett, Esquire
James O. Johnston, Esquire
Joshua D. Morse, Esquire
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles CA 90017
E-mail: bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
morsej@hbdlawyers.com
*(First Class Mail & E-mail)*

and

Counsel to the "Step One Credit Agreement Lenders:"
Howard J. Kaplan, Esquire
Deanna Davidian, Esquire

Arkin Kaplan Rice LLP
35th Floor
590 Madison Avenue
New York NY 10022
E-mail: hkaplan@arkin-law.com
davidian@arkin-law.com
*(First Class Mail & E-mail)*

and

Adam H. Friedman, Esquire
Steve Wolosky, Esquire
Fredrick J. Levy, Esquire
Olshan Grundman Frome Rosenzweig & Wolosky LLP
655 Third Avenue
21st Floor
New York NY 10017-5617
E-mail: afriedman@tbfesq.com
swolosky@tbfesq.com
flevy@tbfesq.com
*(First Class Mail & E-mail)*

Counsel to Wells Fargo Bank, N.A., as Administrative Agent under the Bridge Loan Credit Agreement:
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington DE 19801
E-mail: jschlerf@foxrothschild.com
jstrock@foxrothschild.com
*(Hand & E-mail)*

and

David G. Hille, Esquire
Scott Greissman, Esquire
Andrew W. Hammond, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
E-mail: dhille@whitecase.com
sgreissman@whitecase.com
ahammond@whitecase.com
*(First Class Mail & E-mail)*

and

Thomas E. Lauria, Esquire
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami FL 33131-2352
E-mail: tlauria@whitecase.com
*(First Class Mail & E-mail)*

Counsel to Law Debenture Trust Company of New York, as successor indenture trustee under a senior notes indenture:
David S. Rosner, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York NY 10019
 E-mail: drosner@kasowitz.com
*(First Class Mail & E-mail)*

Counsel to Deutsche Bank Trust Company Americas, as successor indenture trustee under certain senior notes indentures:
David Adler, Esquire
G. Amanda Mallan, Esquire
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167
E-mail: dadler@mccarter.com
gmallan@mccarter.com
*(First Class Mail & E-mail)*

and

Katharine L. Mayer, Esquire
McCarter & English LLP
Suite 1800
Renaissance Centre, 8th Floor
405 North King Street
Wilmington DE 19801
E-mail: kmayer@mccarter.com
*(Hand & E-mail)*


Counsel to Centerbridge Credit Advisors LLC:
Mark M. Billion, Esquire
PACHULSKI STANG ZIEHL & JOHNS
919 North Market Street
Wilmington DE 19899
E-mail: mbillion@pszjlaw.com
*(Hand & E-mail)*


<u>Counsel to Aurelius Capital Management LP:</u>
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington DE 19899
E-mail: wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
*(Hand & E-mail)*

and

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036
E-mail: dgolden@AkinGump.com
pdublin@AkinGump.com
*(First Class Mail & E-mail)*


<u>Counsel to Wilmington Trust Company, as successor indenture Trustee under the PHONES notes indenture:</u>
Elihu E Allinson III, Esquire
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
Suite 400
4 East 8th Street
Wilmington DE 19801
E-mail: zallison@sha-llc.com
bsullivan@sha-llc.com
*(Hand & E-mail)*