**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08- 13141 (KJC) |
| TRIBUNE COMPANY., *et al.*, | Jointly Administered |
| Debtors. |  |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 16, 2010, copies of the **Omnibus Objection Of Step One Plan Proponents To The Specific Disclosure Statement Relating To (I) The Oaktree Plan, (II) The Aurelius Plan And (III) The Bridge Lender Plan** (D.I. 6473, filed 11/16/10) were served in the manner indicated upon the entities on the attached list.

Dated:  November 17, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*

Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan, Esq.
590 Madison Avenue, 35th Floor
New York, NY  10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Adam Friedman, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

BRACEWELL & GIULIANI LLP
Evan D. Flaschen, Esq.
225 Asylum Street, 26th Floor
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

Daniel S. Connolly, Esq.
1251 Avenue of the Americas
49th Floor
New York, NY 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Counsel to the Step One Credit Agreement
Lenders*

3869352.1