# SERVICE LIST

**BY HAND DELIVERY**

JOHN V. FIORELLA, ESQ.
ARCHER & GREINER, PC
300 DELAWARE AVE
SUITE 1370
WILMINGTON, DE  19801

 WILLIAM P. BOWDEN
AMANDA M. WINFREE
ASHBY & GEDDES, PA
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON, DE  19899

ATTN: DAVID M. POWLEN
BARNES & THORNBURG LLP
1000 NORTH WEST STREET
SUITE 1200
WILMINGTON, DE  19801

ATTN: JAMIE L. EDMONSON, ESQ.
BAYARD, P.A.
222 DELAWARE AVENUE
SUITE 900
WILMINGTON, DE  19801

ATTN. JENNIFER R. HOOVER, ESQ.
BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF, LLP
222 DELAWARE AVENUE
SUITE 801
WILMINGTON, DE  19801

ATTN: IAN CONNOR BIFFERATO, ESQ.
KEVIN COLLINS, ESQ.
BIFFERATO LLC
800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE  19801

ATTN. JAMI B. NIMEROFF, ESQ.
BROWN STONE NIMEROFF LLC
4 EAST 8TH STREET
SUITE 400
WILMINGTON, DE  19801

NORMAN L PERNICK, ESQ
J KATE STICKLES, ESQ
COLE SCHOTZ MEISEL FORMAN
    & LEONARD, PA
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE  19801

ATTN: SUSAN E. KAUFMAN, ESQ.
COOCH & TAYLOR PA
1000 WEST STREET
10TH FLOOR
WILMINGTON, DE  19801

ATTN: MARK E. FELGER, ESQ.
COZEN O'CONNOR
1201 N. MARKET STREET
SUITE 1400
WILMINGTON, DE  19801

ATTN: CHRISTOPHER P. SIMON, ESQ.
CROSS & SIMON LLC
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801

ATTN. MICHAEL R. LASTOWSKI, ESQ.
SOMMER L. ROSS
DUANE MORRIS LLP
1100 NORTH MARKET STREET
SUITE 1200
WILMINGTON, DE  19801

ATTN. MARGARET F. ENGLAND, ESQ.
ECKERT,SEAMANS, CHERIN
    & MELLOT, LLC
300 DELAWARE AVENUE
SUITE 1210
WILMINGTON, DE  19801

ATTN: STUART M. BROWN, ESQ.
EDWARDS ANGELL PALMER
    & DODGE LLP
919 N. MARKET STREET
SUITE 1500
WILMINGTON, DE  19801

ATTN WILLIAM M KELLEHER
ELLIOTT GREENLEAF
1105 NORTH MARKET STREET
SUITE 1700
WILMINGTON, DE  19801

ATTN:  JEFFREY M. SCHLERF
JOHN H. STROCK, ESQS.
FOX ROTHSCHILD LLP
CITIZENS BANK CENTER
919 N. MARKET STREET
SUITE 1600
WILMINGTON, DE  19801

| | |
|---|---|
| ATTN: DENNIA A. MELORO<br>GREENBERG TRAURIG, LLP<br>THE NEMOURS BUILDING<br>1007 N. ORANGE STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 | ATTN: JOSEPH L. CHRISTENSEN<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 |
| INTERNAL REVENUE SERVICE<br>844 KING STREET<br>WILMINGTON, DE  19801 | ATTN. DAVID B. STRATTON, ESQ.<br>LEIGH-ANNE M. RAPORT,ESQ.<br>JOHN H. SCHANNE, II<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA<br>1313 MARKET STREET<br>SUITE 5100<br>WILMINGTON, DE  19899-1709 |
| ATTN ADAM G LANDIS<br>MATTHEW B MCGUIRE<br>LANDIS RATH & COBB LLP<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON, DE  19801 | |
| | ATTN: JOHN C. PHILLIPS, ESQ.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE  19806 |
| ATTN: JAMES E. HUGGETT, ESQ.<br>MARGOLIS EDELSTEIN<br>750 SHIPYARD DRIVE<br>SUITE 102<br>WILMINGTON, DE  19801 | ATTN: ADAM HILLER<br>DONNA HARRIS<br>PINCKNEY, HARRIS & WEIDINGER, LLC<br>1220 NORTH MARKET STREET<br>SUITE 950<br>WILMINGTON, DE  19801 |
| ATTN: KATHARINE L. MAYER, ESQ.<br>MCCARTER & ENGLISH, LLP<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET<br>8TH FLOOR<br>WILMINGTON, DE  19801 | ATTN: LAURIE SILVERSTEIN, ESQ<br>POTTER ANDERSON & CORROON LLP<br>HERCULES PLAZA<br>1313 N MARKET ST<br>PO BOX 951<br>WILMINGTON, DE  19899-0951 |
| FREDERICK B. ROSNER, ESQ.<br>MESSANA ROSNER & STERN, LLP<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 | |
| | ATTN: MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ.<br>RICHARDS, LAYTON & FINGER, PA<br>920 NORTH KING STREET<br>WILMINGTON, DE  19801 |
| ATTN. RACHEL B. MERSKY, ESQ.<br>MONZACK MERSKY MCLAUGHLIN<br>   AND BROWDER, P.A.<br>1201 N. ORANGE STREET<br>SUITE 400<br>WILMINGTON, DE  19801 | ATTN: MARK MINUTI, ESQUIRE<br>SAUL EWING LLP<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON, DE  19899 |
| DAVID M. KLAUDER, ESQ.<br>OFFICE OF THE U.S. TRUSTEE<br>844 KING STREET<br>SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE  19899-0035 | ATTN: R.KARL HILL, ESQ.<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON, DE  19899 |
| ATTN: LAURA DAVIS JONES, ESQ.<br>TIMOTHY P. CAIRNS, ESQ.<br>MARK M. BILLION, ESQ.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON, DE  19899 | ATTN: BRIAN E. LUTNESS, ESQ.<br>SILVERMAN MCDONALD & FRIEDMAN<br>1010 N. BANKCROFT PARKWAY<br>SUITE 22<br>WILMINGTON, DE  19805 |

ATTN. SHERRY RUGGIERO FALLON
TYBOUT REDFEARN AND PELL
750 SHIPYARD DRIVE
SUITE 400
WILMINGTON, DE  19899-2092

ELLEN W. SLIGHTS, ESQ
US ATTORNEY'S OFFICE
1201 MARKET STREET
SUITE 1100
WILMINGTON, DE  19899-2046

ATTN. PATRICK J. HEALY
VICE PRESIDENT
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

ATTN: ROBERT S. BRADY, ESQ.
M. BLAKE CLEARY, ESQ.
YOUNG CONAWAY STARGATT
   & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET
17TH FLOOR
WILMINGTON, DE  19801

THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
ZUCKERMAN SPAEDER LLP
919 MARKET STREET
SUITE 990
WILMINGTON, DE  19801

Richard W. Riley
Sommer L. Ross
Duane Morris LLP
1100 N. Market Street
Suite 1200
WILMINGTON, DE  19801

WILLIAM HAZELTINE, ESQ.
LAW OFFICES OF WILLIAM A HAZELTINE LLC
THE BRANDYWINE OFFICE BUILDING
1000 NORTH WEST STREET
SUITE 1200
WILMINGTON, DE  19801

CHRISTOPHER S. CHOW, ESQ.
DAVID T. MAY, ESQ.
BALLARD SPAHR LLP
919 N. MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE  19801

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 EAST 8TH STREET
Suite 400
WILMINGTON, DE  19801

**BY FIRST CLASS MAIL**

ATTN: COREY SMITH BOTT
BRIAN G. ESDERS
ABATO, RUBENSTEIN AND
   ABATO, P.A.
809 GLENEAGLES COURT
SUITE 320
BALTIMORE, MD  21286

ATTN: MEGHAN C. HORN, ESQ.
ABATO, RUBENSTEIN AND
   ABATO, P.A.
809 GLENEAGLES COURT
SUITE 320
TOWSON, MD  21286

ANGIE M. COWAN
ALLISON, SLUTSKY &
   KENNEDY, PC
230 W MONROE ST
SUITE 2600
CHICAGO, IL  60606

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD
SUITE 300
BLOOMFIELD HILLS, MI  48304

HOWARD J. KAPLAN, ESQ.
DEANNA DAVIDIAN, ESQ.
ARKIN KAPLAN RICE LLP
590 MADISON AVENUE
NEW YORK, NY  10022

ATTN: THOMAS V. ASDOUNIS, ESQ.
ASKOUNIS & DARCY, PC
401 NORTH MICHIGAN AVENUE
SUITE 550
CHICAGO, IL  60611

FRANK F. MCGINN  
(MA BBO# 564729)  
BARTLETT HACKETT FEINBERG PC  
155 FEDERAL STREET  
9TH FLOOR  
BOSTON, MA  02110  

ATTN: JOSHUA G. LOSARDO, ESQ.  
BELKIN BURDEN WENIG &  
    GOLDMAN, LLP  
270 MADISON AVENUE  
NEW YORK, NY  10016  

ATTN. DAVID M. NEUMANN, ESQUIRE  
BENESCH, FRIEDLANDER, COPLAN  
    & ARONOFF, LLP  
200 PUBLIC SQUARE  
SUITE 2300  
CLEVELAND, OH  44114-2378  

ATTN: JOHNN WHITE, ESQ.  
BLAKELEY & BLAKELEY LLP  
2 PARK PLAZA  
SUITE 400  
IRVINE, CA  92614  

BLOOM HERGOTT DIEMER ROSENTHAL  
    LAVIOLETTE FELDMAN & GOOD MAN, LLP  
150 S. RODEO DRIVE  
3RD FLOOR  
BEVERLY HILLS, CA  90212  

ATTN: JEFFREY J. NEWTON  
BROWARD COUNTY  
115 SOUTH ANDREWS AVENUE  
FORT LAUDERDALE, FL  33301  

ATTN. ROBERT J. STARK, ESQ.  
DANIEL J. SAVAL, ESQ.  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY  10036  

ATTN: MICHELLE MCMAHON, ESQ.  
BRYAN CAVE LLP  
1290 AVENUE OF THE AMERICAS  
NEW YORK, NY  10104  

PAMELA KOHLMAN WEBSTER  
BUCHALTER NEMER  
1000 WILSHIRE BOULEVARD  
SUITE 1500  
LOS ANGELES, CA  90017-2457  

SHAWN M. CHRISTIANSON, ESQ.  
BUCHALTER NEMER  
A PROFESSIONAL CORPORATION  
333 MARKET STREET  
25TH FLOOR  
SAN FRANCISCO, CA  94105-2126  

ATTN RUTH WIENSTEIN  
CANON USA, INC  
1 CANON PLAZA  
LAKE SUCCESS, NY  11042  

ATTN: JOANNE FUNGAROLI, ESQ.  
CAPITALSOURCE FINANCE LLC  
4445 WILLARD AVENUE  
12TH FLOOR  
CHEVY CHASE, MD  20815  

ATTN: JOSEPH AUGUSTYNIAK  
CATHOLIC CHARITIES  
1966 GREENSPRING DRIVE  
SUITE 200  
TIMONIUM, MD  21093  

ATTN HOWARD SEIFE  
DAVID M LEMAY  
DOUGLAS E DEUTSCH  
CHADBOURNE & PARKE LLP  
30 ROCKEFELLER PLAZA  
NEW YORK, NY  10112  

CHRISTINE Z. HERI  
U.S. DEPARTMENT OF LABOR  
OFFICE OF THE SOLICITOR  
230 SOUTH DEARBORN  
ROOM 844  
CHICAGO, IL  60604  

ATTN BABETTE A CECCOTI  
COHEN WEISS & SIMON LLP  
330 WEST 42ND STREET  
NEW YORK, NY  10036  

ATTN: PHILIP GREGORY, ESQ.  
COTCHETT, PITRE & MCCARTHY  
840 MALCOLM ROAD  
SUITE 200  
BURLINGAME, CA  94010  

ATTN. MARK A NITIKMAN, ESQ.  
CROUDACE & DIETRICH LLP  
4750 VON KARMAN AVENUE  
NEWPORT BEACH, CA  92660

ATTN: ELAINE Z. COLE, ESQ.
DANIEL SMIRLOCK, DEPUTY
    COMMISSIONER AND COUNSEL
340 E. MAIN STREET
ROCHESTER, NY  14604

ATTN: KEITH D. ELKINS, ESQ.
ELKINS KALT WEINTRAUB REUBEN
    GARTSIDE LLP
1800 CENTURY PARK EAST
7TH FLOOR
LOS ANGELES, CA  90067

KENNETH MILLER, ESQ.
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BLVD
9TH FLOOR
BEVERLY HILLS, CA  90212

ATTN: MARY K. BRAZA, ESQ.
FOLEY & LARDNER LLP
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202-5306

ATTN. JOSEPH D. FRANK
FRANK/GECKER LLP
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL  60654

ATTN: AARON L. HAMMER, ESQ.
DEVON J. EGGERT, ESQ.
FREEBORN & PETERS LLP
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL  60606

EDWARD A. FRIEEDMAN
WILLIAM P.WEINTRAUB
FRIEDMAN KAPLAN SEILER &
    ADELMAN LLP
1633 BROADWAY
NEW YORK, NY  10019-6708

ATTN: J. BENNETT FRIEDMAN, ESQ.
FRIEDMAN LAW GROUP
1901 AVENUE OF THE STARS
SUITE 1700
LOS ANGELES, CA  90067-4409

DONALD R. FURMAN JR.
FURMAN GREGORY LLC
75 FEDERAL STREET
9TH FLOOR
BOSTON, MA  02110

C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
GATEWAY PACIFIC PROPERTIES, INC.
901 DOVE STREET
SUITE 120
NEWPORT BEACH, CA  92660

ATTN: RAMESH SINGH
GE MONEY BANK
C/O RECOVERY MANAGEMENT
    SYSTEMS CORP.
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131-1605

ATTN JAN I BERLAGE
GOHN HANKEY & STICHEL LLP
201 NORTH CHARLES STREET
BALTIMORE, MD  21201

ATTN: KEVIN P. GARLAND, ESQ.
GREENBERG TRAURIG, LLP
2450 COLORADO AVENUE
SUITE 400 E
SANTA MONICA, CA  90404

EDWARD J. TREDINNICK, ESQ.
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
FOUR EMBARCARCADERO CENTER
SUITE 4000
SAN FRANCISCO, CA  94111

ANTHONY DEGLOMINE, III
HARRIS CORPORATION
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL  32919

ATTN: BRUCE BENNETT, ESQ.
JAMES O. JOHNSON, ESQ.
JOSHUA D. MORSE, ESQ.
HENNIGAN, BENNETT & DORMAN, LLP
865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES, CA  90017

ATTN PAUL RUBIN, ESQ.
STEPHEN B. SELBST, ESQ.
HERRICK FEINSTEIN LLP
TWO PARK AVENUE
NEW YORK, NY  10016

```
ATTN: KEN HIGMAN, SR.
DEFAULT & RECOVERY ANALY
HEWLETT-PACKARD COMPANY
2125 E. KATELLA AVE.
SUITE 400
ANAHEIM, CA  92806

ATTN: RAMONA NEAL
CORPORATE COUNSEL
HEWLETT-PACKARD COMPANY
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID  83714-0021

ATTN. MARGARET ANN NOLAN, COUNTY
SOLICITOR
CAMELA J. SANDMANN, ASSISTANT
    COUNTY SOLICITOR
HOWARD COUNTY OFFICE OF LAW
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

ATTN BEVERLY H SHIDELER
IBM CORPORATION
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL  60181

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD  21201

J. SCOTT DOUGLASS
909 FANNIN
SUITE 1800
HOUSTON, TX  77010

ATTN: JEFFREY N. RICH, ESQ.
K&L GATES LLP
599 LEXINGTON AVE
NEW YORK, NY  10022-6030

CHARLES R. SMITH, ESQ.
K&L GATES LLP
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
PITTSBURGH, PA  15222-2312

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA  91362

MADLYN GLEICH PRIMOFF, ESQ
KAYE SCHOLER LLP
425 PARK AVE
NEW YORK, NY  10022

ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY  10178

ATTN:  KENNETH N. KLEE, ESQ.
KLEE, TUCHIN, BOGDANOFF
   & STERN, LLP
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA  90067-6049

ATTN: LEE R. BOGDANOFF, ESQ.
MARTIN R. BARASH, ESQ.
KLEE, TUCHIN, BOGDANOFF
   & STERN, LLP
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA  90067-6049

LESLIE A. COHEN, ESQ.
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD.
SUITE 200
SANTA MONICA, CA  90401

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO  80124

ATTN: ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR
   & SAMPSON, LLP
2323 BRYAN STREET
SUITE 1600
DALLAS, TX  75201

MAUREEN A. MCGREEVEY, ESQ.
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA  19087

FREDERICK D. HYMAN, ESQ.
JEFFREY G. TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ.
JEAN-MARIE L. ATAMIAN, ESQ.
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY  10019

ATTN: DAVID ADLER, ESQ.
MCCARTER & ENGLISH, LLP
245 PARK AVENUE
27TH FLOOR
NEW YORK, NY  10167
```

ATTN. PAUL J. CATANESE  
PATRICIA K. SMOOTS  
MCGUIRE WOODS LLP  
77 W. WACKER DRIVE  
SUITE 4100  
CHICAGO, IL  60601  

ATTN. ELAIN M. SEID  
MCPHARLIN SPRINKLES  
   & THOMAS, LLP  
10 ALMADEN BLVD.  
SUITE 1460  
SAN JOSE, CA  95113  

ATTN: THOMAS MEITES, ESQ.  
MICHAEL MULDER, ESQ.  
MEITES, MULDER, MOLLICA & GLINK  
20 S. CLARK STREET  
SUITE 1500  
CHICAGO, IL  60603  

MICHAEL A. COX, A.G.  
DEBORAH B.WALDMEIR, ASST A.G.  
STATE OF MICHIGAN DEPT.  
   OF TREASURY  
CADILLAC PLACE  
3030 W. GRAND BLVD.  
SUITE 10-200  
DETROIT, MI  48202  

ATTN: CAROLYN ADLER  
MORGAN STANLEY FIXED INCOME  
1585 BROADWAY  
2ND FLOOR  
NEW YORK, NY  10036  

ATTN: COLLEEN E. MCMANUS  
MUCH SHELIST DENENBERG AMENT  
   AND RUBENSTEIN, PC  
191 NORTH WACKER DRIVE  
SUITE 1800  
CHICAGO, IL  60606  

NAVISTAR LEASING COMPANY  
425 N. MARTINGALE ROAD  
18TH FLOOR  
SCHAUMBURG, IL  60173  

ATTN. ROBERT L. COOK  
DISTRICT TAX ATTORNEY  
NEW YORK STATE DEPARTMENT  
   OF TAXATION AND FINANCE  
333 EAST WASHINGTON ST.  
3RD FLOOR  
SYRACUSE, NY  13202  

ATTN. ROBERT L. HANLEY, JR. ESQUIRE  
NOLAN, PLUMHOFF & WILLIAMS, CHARTERED  
NOTTINGHAM CENTRE  
502 WASHINGTON AVENUE  
SUITE 700  
TOWSON, MD  21204  

ATTN. CAROL E. MOMJIAN, ESQ.  
OFFICE OF ATTORNEY GENERAL  
21 S. 12TH STREET  
3RD FLOOR  
PHILADELPHIA, PA  19107-3603  

 ATTN: EVAN M. JONES, ESQ.  
O'MELVENY & MYERS LLP  
400 SOUTH HOPE STREET  
LOS ANGELES, CA  90071  

CHARLES E. DAVIDOW  
PAUL, WEISS, RIFKIND, WHARTON  
   & GARRISON LLP  
2001 K. STREET, N.W.  
WASHINGTON, DC  20006-1047  

ATTN FRANK A ANDERSON  
CASSANDRA R BURTON  
KARTAR S KHALSA  
PENSION BENEFIT GUARANTY CORPORATION  
1200 K STREET, NW  
WASHINGTON, DC  20005-4026  

ATTN: MARTIN S. ZOHN, ESQ.  
PROSKAUER ROSE LLP  
2049 CENTURY PARK EAST  
32ND FLOOR  
LOS ANGELES, CA  90067  

ATTN. JOSEPH E. SHICKICH, JR.  
MARIA ANN MILANO  
RIDDELL WILLIAMS, P.S.  
1001- 4TH AVENUE  
SUITE 4500  
SEATTLE, WA  98154-1192  

ATTN. FRED B. RINGEL, ESQ.  
ROBINSON BROG LEINWAND GREEN  
   GENOVESE & GLUCK PC  
875 THIRD AVENUE  
9TH FLOOR  
NEW YORK, NY  10022  

ATTN: MICHAEL S. AMATO, ESQ.  
RUSKIN MASCOU FALTISCHEK, P.C.  
1425 RXR PLAZA  
EAST TOWER, 15TH FLOOR  
UNIONDALE, NY  11556-1425

```
SECURITIES & EXCHANGE COMMISSION         ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
15TH & PENNSYLVANIA AVE, N.W.            THE DSF GROUP
WASHINGTON, DC  20020                    950 WINTER STREET
                                         SUITE 4300
ATTN. JULIE A. MANNING, ESQ.             WALTHAM, MA  02451-1486
SHIPMAN & GOODWIN LLP
ONE CONSTITUTION PLAZA                   ATTN. DAVID W. REIMANN, ESQ.
HARTFORD, CT  06103-1919                 THE REIMANN LAW GROUP
                                         1960 E. GRAND AVENUE
ATTN: KENNETH P. KANSA ESQ.              SUITE 1165
SIDLEY AUSTIN LLP                        EL SEGUNDO, CA  90245
ONE SOUTH DEARBORN
CHICAGO, IL  60603                       ATTN SCOTT FRIEDBERG
                                         THE SEAPORT GROUP LLC
JAMES F. CONLAN, ESQ.                    360 MADISON AVENUE
BRYAN KRAKAUER, ESQ.                     22ND FLOOR
SIDLEY AUSTIN LLP                        NEW YORK, NY  10017
ONE SOUTH DEARBORN STREET
CHICAGO, IL  60603                       TRAVELERS
                                         NATIONAL ACCOUNTS
KEVIN T. LANTRY, ESQ.                    1 TOWER SQUARE-5MN
SIDLEY AUSTIN LLP                        HARTFORD, CT  06183-4044
555 WEST FIFTH STREET
LOS ANGELES, CA  90013                   ATTN. JACQUELINE A. CRISWELL
                                         TRESSLER SODERSTORM MALONEY
ATTN: RONALD M. TUCKER, ESQ.                & PRESS, LLP
SIMON PROPERTY GROUP, INC.               SEARS TOWER
225 WEST WASHINGTON STREET               233 SOUTH WACKER DRIVE
INDIANAPOLIS, IN  46204                  22ND FLOOR
                                         CHICAGO, IL  60606-6314
DANA S. PLON, ESQ.
SIRLIN GALLOGLY & LESSER, P.C.           ATTN: JODIE REA
1529 WALNUT STREET                       TWENTIETH TELEVISION, INC.
SUITE 600                                2121 AVENUE OF THE STARS
PHILADELPHIA, PA  19102                  SUITE 1754
                                         LOS ANGELES, CA  90067
ATTN: KELLY SINGER, ESQ.
SQUIRE, SANDERS & DEMPSEY LLP            ATTN. YONATAN GELBLUM
TWO RENAISSANCE SQUARE                   TRIAL ATTY, TAX DIVISION
40 NORTH CENTRAL AVE                     U.S. DEPARTMENT OF JUSTICE
SUITE 2700                               555 4TH ST. NW
PHOENIX, AZ  85004-4498                  ROOM 6110
                                         P.O. BOX 227
ATTN EDMOND P O'BRIEN ESQ                WASHINGTON, DC  20044
STEMPEL BENNETT CLAMAN
   & HOCHBERG PC                         ATTN. GEORGE R. MESIRES, ESQ.
675 THIRD AVENUE                         UNGARETTI & HARRIS
31ST FLOOR                               3500 THREE FIRST NATIONAL PLAZA
NEW YORK, NY  10017                      70 WEST MADISON
                                         CHICAGO, IL  60602
ATTN: W. ANDREW DALTON
FEE EXAMINER                             ATTN: TIFFANY STRELOW COBB
STUART MAUE                              VORYS SATER SEYMOUR & PEASE LLP
3840 MCKELVEY RD                         52 EAST GAY STREET
ST. LOUIS, MO  63044                     COLUMBUS, OH  43215
```

ATTN: WAYNE M. SMITH, ESQ.
WARNER BROS. TELEVISION
    DISTRIBUTION, INC.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA  91522

ATTN: DOUGLAS R. GONZALES, ESQ.
WEISS SEROTA HELFMAN
    PASTORIZA COLE & BONISKE, P.L
200 EAST BROWARD BOULEVARD
SUITE 1900
FORT LAUDERDALE, FL  33301

ATTN: THOMAS E. LAURIA
GERARD H. UZZI
SCOTT GREISSMAN
WHITE & CASE LLP
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2787

ATTN. ALAN J. LIPKIN, ESQ.
JEREMY E. CRYSTAL, ESQ.
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019

 ATTN: ANDREW GOLDMAN, ESQ.
WILMER CUTLER PICKERING
    HALE & DORR LLP
399 PARK AVENUE
NEW YORK, NY  10022

 ATTN: DAVID NEIER, ESQ.
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY  10166

ATTN ROBERT E PAUL ESQ
ZWERDLKING PAUL KAHN
    & WOLLY PC
1025 CONNECTICUT AVENUE NW
SUITE 712
WASHINGTON, DC  20036-5420

THOMAS W. CORBETT, JR., A.G.
CAROL E. MOMJIAN, SR. DEP. A.G.
PA DEPT OF REV.
BUREAU OF ACCOUNTS SETTLEMENT
PA I.D. NO. 049219
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107-3603

ATTN. MICHAEL V. BLUMENTHAL, ESQ.
CROWELL & MORING LLP
590 MADISON AVENUE
19TH FLOOR
NEW YORK, NY  10022

ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
DAVIS POLK & WARDELL LLP
450 LEXINGTON AVENUE
NEW YORK, NY  10017

ATTN: MICHAEL J. SMALL, ESQ.
FOLEY & LARDNER LLP
321 NORTH CLARK
SUITE 2800
CHICAGO, IL  60610-4500

FRED FELLMETH, ESQ.
GENERAL COUNSEL
THE VITEC GROUP PLC
BROADCAST SYSTEMS DIVISION
101 BILBY ROAD
HACKETTSTOWN, NJ  07840

ATTN. BRIAN M. DOUGHERTY
GOLDSTINE, SKRODZKI, RUSSIAN,
    NEMEC AND HOFF, LTD.
835 MCCLINTOCK DRIVE
SECOND FLOOR
WILLOWBROOK, IL  60527

ATTN: SCOTT A. GOLDEN, ESQ.
IRA S. GREENE, ESQ.
HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY  10022

ATTN: DANIEL FEINBERG, ESQ.
ANGELICA K. JONGCO, ESQ.
NINA WASOW, ESQ.
LEWIS, FEINBERG, LEE, RENAKER
    & JACKSON, P.C.
1330 BROADWAY
SUITE 1800
OAKLAND, CA  94612

ATTN: SHERYL L. MOREAU
SPECIAL ASST A.G.
MISSOURI DEPARTMENT OF REVENUE
301 W. HIGH STREET
ROOM 670
PO BOX 475
JEFFERSON CITY, MO  65105-0475

ADAM H. FRIEDMAN, ESQ.
STEVE WOLOSKY, ESQ.
FREDRICK J. LEVY, ESQ.
OLSHAN GRUNDMAN FROME
    ROSENZWEIG & WOLOSKY LLP
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY  10022

ATTN: BRADLEY J. BUTWIN
DANIEL L. CANTOR,
O'MELVENY & MYERS LLP
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY  10036

ATTN: STEPHEN J. SHIMSHAK
ANDREW GORDON
DAVID W. BROWN
LAUREN SHUMEJDA
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISSON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6064

MARTHA E. ROMERO, ESQ.
ROMERO LAW FIRM
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA  90601

 ATTN: JAY TEITELBAUM
TEITELBAUM & BASKIN, LLP
3 BARKER AVENUE
THIRD FLOOR
WHITE PLAINS, NY  10601

GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
ZUCKERMAN SPAEDER LLP
1800 M STREET, NW
SUITE 1000
WASHINGTON, DC  20036

John P. Seiger, Esq.
Alexander S. Vesselinovitch
Daniel J. Polastek
Joshua A. Gadharf
Katten Muchin Rosenman LLP
525 W. Monroe Street
CHICAGO, IL  60661-3693

Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
NEW YORK, NY  10036

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 BROADWAY
NEW YORK, NY  10019

ATTN. C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR  72033-2000

ATTN: JUDY D. THOMPSON
JD THOMPSON LAW
P.O. BOX 33127
CHARLOTTE, NC  28233

ATTN JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR
    & SAMPSON LLP
PO BOX 3064
HOUSTON, TX  77253-3064

MICHAEL   SCHLOSS
OFFICE OF THE SOLICITOR
U.S. DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC  20013

TOOD M. HOEPKER, ESQ.
P.O. BOX 3311
ORLANDO, FL  32802-3311

ATTN. JANET FITZPATRICK
LEGAL ASSISTANT
UNISYS CORPORATION
UNISYS WAY
P.O. BOX 500
M/S E8-108
BLUE BELL, PA  19424

MATTHEW J. TROY, ESQ.
US DEPT OF JUSTICE CIVIL DIVISION
PO BOX 875
WASHINGTON, DC  20004-0875

ELIZABETH S. GOLDBERG, ESQ
U.S. DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIV
P.O. BOX 1914
WASHINGTON, DC  20013

ATTN JAMES E SORENSON
D TYLER LEUVEN
CHAD D HECKMAN
JARED S GARDNER
MARY LINZEE VAN LEUVEN
WILLIAMS GAUTIER GWYNN
    DELOACH & SORENSON PA
P.O. BOX 4128
TALLAHASSEE, FL  32315-4128

```
C/O BECKET AND LEE LLP
AMERICAN EXPRESS TRAVEL
    RELATED SERVICES CO., INC.
P.O. BOX 3001
MALVERN, PA  19355
```