# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al.*, | ) ) ) ) ) | Adversary No. 10-54010 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DENNIS J. FITZSIMMONS, *et al.*, | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 17, 2010, undersigned counsel caused the Response And Objection Of Third Party Edward D. Jones & Co., L.P. To The Subpoena Duces Tecum Issued By The Official Committee Of Unsecured Creditors Committee Of Tribune Company to be served via electronic mail to the below counsel. In addition, on November 18, 2010, service of same was made by hand delivery upon the below counsel:

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19899

DM3\1546658.1

Dated:  November 18, 2010
       Wilmington, Delaware

*/s/ Richard W. Riley*
Richard W. Riley (No. 4052)
Sommer L. Ross (No. 4598)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:  rwriley@duanemorris.com
          slross@duanemorris.com

-and-

Loren Schechter, Esquire
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1098
Facsimile:  (212) 208-4359
E-Mail:  lschechter@duanemorris.com