# **EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2180989 |
| Invoice Date: | 10/27/2010 |

---

**Remittance Copy**
**Billing for services rendered through 09/30/2010**

---

0021 Post Closing Matters

Total Services                                                                 $ 6,961.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                                  **$ 6,961.50**

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 3,466.80 |
| 2129485 | 05/27/2010 | 4,521.10 |
| 2133213 | 06/10/2010 | 991.00 |
| 2146477 | 07/21/2010 | 10.00 |
| 2159177 | 08/27/2010 | 5,418.13 |
| 2169701 | 09/27/2010 | 3,212.17 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 |
| Invoice: | 2180989 |
| Invoice Date: | 10/27/2010 |

Total Outstanding Balance                                             20,291.70

Total Balance Due                                                   $ 27,253.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2180989 |
| Invoice Date: | 10/27/2010 |

## Client Copy
### Billing for services rendered through 09/30/2010

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 6,961.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 6,961.50** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 473.60 |
| 2119083 | 04/29/2010 | 3,466.80 |
| 2129485 | 05/27/2010 | 4,521.10 |
| 2133213 | 06/10/2010 | 991.00 |
| 2146477 | 07/21/2010 | 10.00 |
| 2159177 | 08/27/2010 | 5,418.13 |
| 2169701 | 09/27/2010 | 3,212.17 |

| | |
|---|---|
| Total Outstanding Balance | 20,291.70 |
| Total Balance Due | $ 27,253.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/27/2010

Invoice: 2180989
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/07/10 | B. Gruemmer | 0.50 | Review Ernst & Young comment to engagement letter to prepare for call with Ernst and Young. |
| 09/08/10 | B. Gruemmer | 0.80 | Conference call with E&Y to review engagement letter. |
| 09/08/10 | D. Fuchs | 1.00 | Phone conversation with Pat Quick and E&Y to discuss engagement letter; follow up with B. Gruemmer regarding same. |
| 09/13/10 | B. Rubin | 1.20 | Research and analysis regarding tax return/bankruptcy issues (1.2). |
| 09/21/10 | D. Fuchs | 0.30 | Phone conversation with B. Gruemmer regarding Contribution Agreement. |
| 09/22/10 | D. Fuchs | 0.50 | Review and revise Ernst & Young engagement letter. |
| 09/24/10 | D. Fuchs | 1.50 | Correspondence with E&Y and Foley regarding revised engagement letter; phone conversation with Dave Eldersveld, R. Harris and B. Gruemmer to discuss open items, including the Contribution Agreement; follow up regarding same. |
| 09/27/10 | B. Gruemmer | 3.80 | Reviewing new draft of E&Y engagement letter in preparation for call; call with E&Y and review open points on engagement letter; reviewing and revising drafts of motion to approve exy engagement letter; comments to Sidley. |
| 09/27/10 | D. Fuchs | 1.20 | Conference call with Greg Wolski, Pat Quick and B. Gruemmer regarding E&Y engagement letter. |
| 09/27/10 | A. Whiteway | 0.50 | Review and comment on EY engagement. |
| 09/28/10 | B. Gruemmer | 0.80 | Calls with Eldersveld on deposition issue; drafting email to Taley on same. |

| | **Total Hours** | **12.10** | **Total For Services** | **$6,961.50** |
|--|--|--|--|--|

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2180989 |
| Invoice Date: | 10/27/2010 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Fuchs | 4.50 | 315.00 | 1,417.50 |
| B. Gruemmer | 5.90 | 690.00 | 4,071.00 |
| B. Rubin | 1.20 | 915.00 | 1,098.00 |
| A. Whiteway | 0.50 | 750.00 | 375.00 |
| **Totals** | **12.10** | | **$6,961.50** |
| | | **Total This Invoice** | **$6,961.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2180989

10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Fuchs | 4.50 | 315.00 | 1,417.50 |
| B. Gruemmer | 5.90 | 690.00 | 4,071.00 |
| B. Rubin | 1.20 | 915.00 | 1,098.00 |
| A. Whiteway | 0.50 | 750.00 | 375.00 |
| **Totals** | **12.10** | | **$6,961.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2181810 |
| Invoice Date: | 10/27/2010 |

## Remittance Copy
### Billing for services rendered through 09/30/2010

Total by Matter
    0041 Welfare Plans                                   $ 2,888.00
    Client/Reference Number: 0000000848

Total Services                                             $ 2,888.00

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                  **$ 2,888.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 1,727.10 |
| 2076388 | 12/09/2009 | 1,189.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:           020336
Invoice:          2181810
Invoice Date:     10/27/2010

| Invoice | Date | |
|---------|------|--|
| 2088346 | 01/01/2010 | 1,238.50 |
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 195.20 |
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |
| 2133205 | 06/10/2010 | 1,407.10 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 11,693.40 |
| 2169691 | 09/24/2010 | 5,035.50 |

Total Outstanding Balance                                    76,180.20

Total Balance Due                                          $ 79,068.20

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2181810 |
| Invoice Date: | 10/27/2010 |

## Client Copy
### Billing for services rendered through 09/30/2010

Total by Matter
    0041 Welfare Plans                                        $ 2,888.00
    Client/Reference Number: 0000000848

Total Services                                                   $ 2,888.00

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                                   **$ 2,888.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 1,727.10 |
| 2076388 | 12/09/2009 | 1,189.70 |
| 2088346 | 01/01/2010 | 1,238.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2181810
Invoice Date:  10/27/2010

| Invoice | Date | |
|---------|------|--:|
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 195.20 |
| 2119072 | 04/29/2010 | 650.20 |
| 2128403 | 05/24/2010 | 231.70 |
| 2133205 | 06/10/2010 | 1,407.10 |
| 2146468 | 07/21/2010 | 4,089.20 |
| 2159143 | 08/27/2010 | 11,693.40 |
| 2169691 | 09/24/2010 | 5,035.50 |

Total Outstanding Balance                          76,180.20

Total Balance Due                                $ 79,068.20

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/27/2010

Invoice: 2181810
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/10 | M. O'Brien | 0.50 | Revise and finalize Business Associate Agreement. |
| 09/13/10 | A. Gordon | 0.80 | Respond to over-the-counter drug reimbursement e-mail from S. O'Connor. |
| 09/17/10 | A. Gordon | 0.20 | Conference call with V. Parks regarding health care reform. |
| 09/21/10 | P. Compernolle | 0.50 | Review LTD plan financial statement. |
| 09/21/10 | A. Gordon | 0.20 | Review accountant's report for LTD. |
| 09/21/10 | A. Gordon | 0.40 | Revise accountant's report for LTD. |
| 09/22/10 | P. Compernolle | 0.80 | Review financial statements for LTD plan (.20); telephone conference with J. Stefan regarding same (.20); review statements (.40). |
| 09/24/10 | A. Gordon | 0.30 | Respond to S. O'Connor regarding mental health parity. |
| 09/27/10 | P. Compernolle | 0.30 | Review materials regarding medical plan SPD and coverage of age 26 dependents. |
| 09/29/10 | A. Gordon | 0.20 | Review the dependent eligibility language. |
| 09/29/10 | A. Gordon | 0.30 | Revise the dependent eligibility language. |

|  | **Total Hours** | **4.50** | **Total For Services** | **$2,888.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 1.60 | 715.00 | 1,144.00 |
| A. Gordon | 2.40 | 610.00 | 1,464.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2181810
Invoice Date:  10/27/2010

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. O'Brien | 0.50 | 560.00 | 280.00 |
| **Totals** | **4.50** | | **$2,888.00** |
| **Total This Invoice** | | | **$2,888.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2181810

10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 1.60 | 715.00 | 1,144.00 |
| A. Gordon | 2.40 | 610.00 | 1,464.00 |
| M. O'Brien | 0.50 | 560.00 | 280.00 |
| **Totals** | **4.50** | | **$2,888.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180980 |
| Invoice Date: | 10/27/2010 |

## Remittance Copy
### Billing for services rendered through 09/30/2010

| | | |
|---|---|---|
| Total by Matter | | |
| 0047 ESOP | $ 5,118.00 | |
| Client/Reference Number: 0000001574 | | |
| | | |
| Total Services | | $ 5,118.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 5,118.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180980 |
| Invoice Date: | 10/27/2010 |

## Client Copy
### Billing for services rendered through 09/30/2010

Total by Matter
    0047 ESOP                                       $ 5,118.00
    Client/Reference Number: 0000001574

Total Services                                                      $ 5,118.00

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                         **$ 5,118.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/27/2010

Invoice: 2180980
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/02/10 | W. Merten | 0.20 | Review email from Don Liebentritt regarding correspondence from Department of Labor (.10).  Review email from David Bradford regarding Department of Labor issues (.10). |
| 09/02/10 | B. Tiemann | 3.50 | Begin researching and drafting Form 5310 and attachment. |
| 09/03/10 | B. Tiemann | 1.50 | Draft Forms 2848 and 8717 (.60); continue researching and drafting Form 5310 and attachment (.90). |
| 09/16/10 | J. Holdvogt | 0.80 | Review and revise IRS form and attachment for determination letter application for Tribune Company ESOP. |
| 09/16/10 | B. Tiemann | 4.00 | Continue researching and drafting Form 5310 and attachment to terminate plan (3.40); draft email to Kevin Dansart regarding additional information needed for filing (.40); conference with Jeff Holdvogt regarding forms (.20). |
| 09/17/10 | J. Holdvogt | 0.70 | Continue reviewing and revising IRS forms and attachment for determination letter application for Tribune Company ESOP. |
| 09/20/10 | P. Compernolle | 0.50 | Review draft financials. |
| 09/21/10 | P. Compernolle | 0.30 | Review financial statement (.10); email to J. Stefan regarding same (.20). |
| 09/22/10 | W. Merten | 0.10 | Analysis regarding audit letter request. |
| 09/22/10 | J. Holdvogt | 1.00 | Continue reviewing and revising IRS forms and attachment for determination letter application for Tribune Company ESOP. |
| 09/27/10 | R. Schreck, Jr. PC | 0.30 | Review and approval of audit letter for P Compernolle. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2180980
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/27/10 | P. Compernolle | 0.30 | Review materials regarding audit letter response. |
| 09/27/10 | B. Schafman | 1.00 | Generate reports, gather data and prepare audit response letter. |

**Total Hours**    **14.20**        **Total For Services**    **$5,118.00**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 1.10 | 715.00 | 786.50 |
| J. Holdvogt | 2.50 | 420.00 | 1,050.00 |
| W. Merten | 0.30 | 715.00 | 214.50 |
| B. Schafman | 1.00 | 325.00 | 325.00 |
| R. Schreck, Jr. PC | 0.30 | 740.00 | 222.00 |
| B. Tiemann | 9.00 | 280.00 | 2,520.00 |
| **Totals** | **14.20** | | **$5,118.00** |

**Total This Invoice**    **$5,118.00**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2180980

10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.10 | 715.00 | 786.50 |
| J. Holdvogt | 2.50 | 420.00 | 1,050.00 |
| W. Merten | 0.30 | 715.00 | 214.50 |
| B. Schafman | 1.00 | 325.00 | 325.00 |
| R. Schreck, Jr. PC | 0.30 | 740.00 | 222.00 |
| B. Tiemann | 9.00 | 280.00 | 2,520.00 |
| **Totals** | **14.20** | | **$5,118.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180992 |
| Invoice Date: | 10/27/2010 |

## Remittance Copy
### Billing for services rendered through 09/30/2010

Total by Matter
    0507 Newsday                                           $ 69,817.70
    Client/Reference Number: 0000001849

Total Services                                                  $ 69,785.00

Total Costs and Other Charges Posted Through Billing Period          32.70

**Total This Invoice**                                        **$ 69,817.70**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180992 |
| Invoice Date: | 10/27/2010 |

---

## Client Copy
### Billing for services rendered through 09/30/2010

---

Total by Matter
　　0507 Newsday                                              $ 69,817.70
　　Client/Reference Number: 0000001849

Total Services                                                          $ 69,785.00

Total Costs and Other Charges Posted Through Billing Period              32.70

**Total This Invoice**                                              **$ 69,817.70**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

10/27/2010

Invoice: 2180992
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/10 | B. Rubin | 1.10 | Conference call with J. Finkelsteina nd Mr. Cates (Ivins Phillips) regarding Canal Corp decision (1.1). |
| 09/01/10 | J. Finkelstein | 1.00 | Conference call with B. Rubin and Cliff Cates at Ivens regarding Canal Corp. decision. |
| 09/02/10 | J. Pawlow | 0.50 | Emails to client regarding additional document for IRS. |
| 09/02/10 | B. Rubin | 1.90 | Preparation for and conference call with clients regarding response to IDRs (.8); search files for working group lists (.4); draft correspondence with clients regarding IDRs (.3); review and comment on IDR response (.4). |
| 09/02/10 | A. Whiteway | 1.90 | Telephone conference with client regarding IDRs (.60); circulate documents to client in response to IDRs (.20); conference with Mr. Rubin regarding IDRs (.90); review email from B. Rubin to client regarding creditors issues (.20). |
| 09/03/10 | J. Pawlow | 1.00 | Call with B. Rubin et. al to discuss discovery/document collection (.40); review related e-mails from B. Rubin, et al, regarding same (.60). |
| 09/03/10 | B. Rubin | 1.60 | Preparation for and conference call with clients regarding litigation hold and data gathering issues in response to IDRs. (1.2); coordinate with MWE team regarding data gathering issues (.4). |
| 09/03/10 | A. Whiteway | 0.50 | Prepare for conference call regarding IDRs. |
| 09/06/10 | J. Pawlow | 1.00 | Call with B. Rubin et. al. regarding data collection. |
| 09/06/10 | B. Rubin | 1.10 | Preparation for and conference call with co-counsel to coordinate data collection efforts (.8); review and comment on litigation hold notice (.3). |
| 09/06/10 | A. Whiteway | 1.00 | Telephone conference with MWE team regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2180992
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | discovery (.70); respond to IDRs (.30). |
| 09/06/10 | S. Kernisan | 0.70 | Internal call to discuss the case particulars and plan of action for collection. |
| 09/07/10 | J. Pawlow | 1.00 | Calls with client regarding discovery. |
| 09/07/10 | B. Rubin | 2.70 | Preparation for and conference call with clients regarding data collection efforts (1.1); develop search terms and custodian lists (1.3); review and analyze consulting agreement regarding data collection issues (.3). |
| 09/07/10 | A. Whiteway | 1.00 | Conference with client regarding IDRs. |
| 09/07/10 | S. Kernisan | 1.00 | Call with the client to discuss the pending electronic document collections. |
| 09/08/10 | P. McCurry | 0.10 | Correspondence with B. Rubin regarding Newsday transaction tax audit. |
| 09/08/10 | B. Rubin | 1.70 | Preparation for and conference with Mr. McCurry regarding data collection issues (.7); correspondence with CVC regarding audit issues (.3); review materials for IDR (.7). |
| 09/08/10 | A. Whiteway | 1.10 | Draft memo regarding email collection. |
| 09/09/10 | P. McCurry | 0.10 | Correspondence with A. Whiteway regarding Newsday transaction tax audit. |
| 09/09/10 | J. Pawlow | 0.80 | Conversation with A. Whiteway regarding discovery (.20); review memorandum regarding data collection (.60). |
| 09/09/10 | B. Rubin | 1.60 | Review and comment on memo regarding email recovery (.7); conference with Ms. Whiteway regarding same (.2); correspondence with client regarding data collection (.7). |
| 09/09/10 | A. Whiteway | 1.90 | Draft memo regarding email collection (1.20); conference with Mr. Rubin regarding discovery (.20); conference with Ms. Pawlow regarding same (.20); conference with Mr. Kernisan regarding same (.10); correspond with Ms. Melgarejo regarding IDRs (.20). |
| 09/10/10 | P. McCurry | 0.20 | Correspondence with M. Melgarejo regarding interviews (.10); review sample form (.10). |
| 09/10/10 | B. Rubin | 1.10 | Review and edit memo regarding data collection (.7); correspondence with clients regarding same (.4). |
| 09/10/10 | A. Whiteway | 2.90 | Revise data collection memo (1.3); correspond with client regarding same (.7); review and comment on litigation hold memo (.9) |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180992
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/12/10 | A. Whiteway | 0.30 | Correspond regarding data collection with Ms. Melgarejo (.3). |
| 09/13/10 | P. McCurry | 0.90 | Review document collection memo (.40); call with A. Whiteway regarding Newsday IRS audit and document collection process (.50). |
| 09/13/10 | J. Pawlow | 0.30 | Emails to client regarding email collection. |
| 09/13/10 | B. Rubin | 0.60 | Correspondence regarding data collection issues with client (.6). |
| 09/13/10 | A. Whiteway | 1.20 | Review and comment on litigation hold (.2); correspond with Ms. Melgarejo regarding same (.4); telephone conference with Mr. McCurry regarding email data collection (.6). |
| 09/14/10 | P. McCurry | 8.50 | Conduct interviews at Tribune re Newsday audit (5.30); prepare interview templates (3.20). |
| 09/14/10 | J. Pawlow | 1.00 | Call with P. McCurry et. al. regarding email retrieval (.70); related emails to/from A. Whiteway et. al. (.30). |
| 09/14/10 | B. Rubin | 2.40 | Conference calls with client regarding data collection issues (1.1); review and edit litigation hold (.7); correspondence with client and co-counsel regarding implementation process (.6). |
| 09/14/10 | A. Whiteway | 1.70 | Preparation for and telephone conferences with Ms. Melgarejo and Mr. McCurry regarding data collection (1.3); correspondence with client regarding implementation (.4). |
| 09/15/10 | B. Rubin | 1.10 | Review and comment on litigation hold (.8); correspondence with co-counsel regarding comments (.3). |
| 09/15/10 | A. Whiteway | 0.90 | Correspondence with B. Rubin regarding litigation hold (.3); review files (.6). |
| 09/16/10 | P. McCurry | 6.70 | Conduct interviews re Newsday audit (3.30); prepare summary of interview results (3.40). |
| 09/16/10 | B. Rubin | 1.20 | Coordinate comments on litigation hold and search terms (.8); correspondence with P. McCurry regarding interviews (.4). |
| 09/16/10 | A. Whiteway | 2.10 | Conference with Mr. McCurry re document production (.9); review process for data collection (.8); telephone conference with Ms. Melgarejo re process (.4) |
| 09/16/10 | S. Kernisan | 1.00 | Work with Patrick McCurry and the vendor to setup the |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2180992
Invoice Date:   10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | pickup and scanning of four boxes from the client site. |
| 09/17/10 | P. McCurry | 3.10 | Conduct interviews re Newsday audit (1.20); prepare summary of interview results (1.90). |
| 09/17/10 | J. Pawlow | 0.50 | Emails regarding IDR response. |
| 09/17/10 | A. Whiteway | 1.90 | Correspondence with Ms. Melgarejo regarding IDR request (.4); review new IDR request (.3); telephone conference with Mr. McCurry and Ms. Melgarejo regarding document production status (1.2). |
| 09/17/10 | S. Kernisan | 0.50 | Pull down scan job from the night before from the vendor's FTP. |
| 09/20/10 | P. McCurry | 3.90 | Interview Tribune personnel re Newsday audit (2.30); conference with Monica Melgarejo and Pete Jensen re the same (.70); prepare summaries of interviews (.90). |
| 09/20/10 | B. Rubin | 2.10 | Review and comment on IDR responses (1.1); correspondence with client regarding same (.4); coordinate comments with co-counsel (.6). |
| 09/20/10 | A. Whiteway | 1.10 | Correspond with Ms. Melgarejo regarding IDR responses. |
| 09/21/10 | P. McCurry | 3.00 | Perform interviews with Tribune personnel re Newsday transaction (1.90); revise summaries of interviews (1.10). |
| 09/21/10 | B. Rubin | 1.20 | Review and comment on IDR responses (.9); correspondence with clients regarding same (.3). |
| 09/21/10 | A. Whiteway | 1.20 | Review IDRs. |
| 09/22/10 | P. McCurry | 1.50 | Revise summary of interviews re Newsday audit. |
| 09/22/10 | B. Rubin | 3.70 | Review and comment on IDR responses (.7); arrange for data collection (.6); respond to request for invoices (1.1); research and analysis regarding privilege issues (1.3). |
| 09/22/10 | A. Whiteway | 1.90 | Telephone conference with client regarding data collection (.4); correspondence with Ms. Melgarejo regarding audit responses (.4); review IDRs (1.1). |
| 09/23/10 | P. McCurry | 1.00 | Revise summary of interviews re Newsday audit. |
| 09/24/10 | P. McCurry | 1.80 | Interview with Stephanie Pater re Newsday audit (.70); revise summary of interviews (1.10). |
| 09/24/10 | J. Pawlow | 0.50 | Review emails from P. McCurry regarding interviews. |
| 09/27/10 | P. McCurry | 3.00 | Revise summary of interviews of Tribune custodians (2.30); draft email correspondences to co-counsel re document and email collection procedures (.70). |
| 09/27/10 | J. Pawlow | 0.50 | Emails to client regarding IDR responses. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180992
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/27/10 | B. Rubin | 1.10 | Arrange document retrieval (1.1). |
| 09/27/10 | A. Whiteway | 1.40 | Review data collection summaries (.9); correspondence to co-counsel regarding Paul Hastings litigation hold memo (.3); review Paul Hastings litigation hold memo (.2). |
| 09/28/10 | P. McCurry | 1.40 | Revise collection memo. |
| 09/28/10 | B. Rubin | 1.10 | Review and comment on search terms for data collection (.7); correspondence with co-counsel and client regarding same (.4). |
| 09/28/10 | A. Whiteway | 3.80 | Telephone conference with EGI regarding data collection project (1.1); conference with co-counsel regarding same (1.2); review Paul Hastings correspondence (.4); review and comment on the memo (1.1). |
| 09/29/10 | P. McCurry | 0.50 | Review Newsday audit and document collection procedures. |
| 09/29/10 | J. Pawlow | 0.30 | Review litigation hold notice. |
| 09/29/10 | B. Rubin | 0.40 | Review and comment on litigation hold notice (.4). |
| 09/29/10 | A. Whiteway | 1.40 | Telephone conference with Ms. Melgarejo regarding data collection issues. |
| 09/29/10 | S. Kernisan | 0.50 | Conference call with client and MWE case team. |
| 09/30/10 | P. McCurry | 0.80 | Review documents regarding Newsday audit. |
| 09/30/10 | J. Pawlow | 1.00 | Meeting with B. Rubin and A. Whiteway regarding data collection. |
| 09/30/10 | B. Rubin | 2.80 | Review data collection issues (.3); conference with co-counsel regarding process issues (.6); assemble IDR response (1.9). |
| 09/30/10 | A. Whiteway | 1.10 | Conference with Ms. Pawlow regarding data collection project. |

| | **Total Hours** | **110.40** | **Total For Services** | **$69,785.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 1.00 | 580.00 | 580.00 |
| S. Kernisan | 3.70 | 240.00 | 888.00 |
| P. McCurry | 36.50 | 305.00 | 11,132.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180992
Invoice Date:  10/27/2010

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| J. Pawlow | 8.40 | 780.00 | 6,552.00 |
| B. Rubin | 30.50 | 915.00 | 27,907.50 |
| A. Whiteway | 30.30 | 750.00 | 22,725.00 |
| **Totals** | **110.40** | | **$69,785.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 09/01/10 | Photocopy<br>Device 01CHI08C. 01551 | 5.60 |
| 09/01/10 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.75 |
| 09/02/10 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.15 |
| 09/02/10 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.90 |
| 09/02/10 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.45 |
| 09/03/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-4707. | 0.15 |
| 09/03/10 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.15 |
| 09/07/10 | Telecommunications<br>Ext. 47594 called LOSANGELES, (213) 694-1200. | 0.30 |
| 09/07/10 | Telecommunications<br>Ext. 47594 called NEW YORK, (212) 373-3303. | 0.15 |
| 09/07/10 | Telecommunications<br>Ext. 47594 called CINCINNATI, (513) 929-3405. | 0.15 |
| 09/09/10 | Photocopy<br>Device 03WDC16C. | 0.10 |
| 09/09/10 | Telecommunications<br>Ext. 47594 called NEW YORK, (212) 408-5100. | 1.80 |
| 09/09/10 | Telecommunications | 0.15 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180992
Invoice Date:  10/27/2010

| Date | Description | Amount |
|------|-------------|--------|
| | Ext. 68424 called CHICAGO, (312) 222-3232. | |
| 09/09/10 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3638. | |
| 09/10/10 | Telecommunications | 1.05 |
| | Ext. 43946 called NEW YORK, (212) 373-3384. | |
| 09/10/10 | Telecommunications | 2.85 |
| | Ext. 47594 called NEW YORK, (212) 408-5100. | |
| 09/10/10 | Telecommunications | 0.15 |
| | Ext. 47594 called NEW YORK, (212) 450-4265. | |
| 09/10/10 | Telecommunications | 0.30 |
| | Ext. 47594 called NEW YORK, (212) 450-4265. | |
| 09/10/10 | Telecommunications | 1.65 |
| | Ext. 47594 called NEW YORK, (212) 450-4265. | |
| 09/10/10 | Telecommunications | 1.80 |
| | Ext. 47594 called NEW YORK, (212) 408-5100. | |
| 09/10/10 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 222-3638. | |
| 09/10/10 | Telecommunications | 1.35 |
| | Ext. 68425 called CHICAGO, (312) 407-6673. | |
| 09/13/10 | Telecommunications | 0.30 |
| | Ext. 47594 called NEW YORK, (212) 450-4265. | |
| 09/14/10 | Telecommunications | 0.75 |
| | Ext. 68425 called CHICAGO, (312) 222-3638. | |
| 09/16/10 | Telecommunications | 0.15 |
| | Ext. 68974 called CHICAGO, (312) 845-1000. | |
| 09/22/10 | Telecommunications | 0.75 |
| | Ext. 68424 called BALTIMORE, (410) 499-2182. | |
| 09/27/10 | Telecommunications | 0.60 |
| | Ext. 68425 called CHICAGO, (312) 222-3638. | |
| 09/28/10 | Telecommunications | 4.80 |
| | Ext. 68425 called LIBERTYVL, (847) 984-0226. | |
| 09/29/10 | Telecommunications | 2.85 |
| | Ext. 68425 called LIBERTYVL, (847) 984-0226. | |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180992
Invoice Date:  10/27/2010

| Date | Description | Amount |
|------|-------------|--------|
| 09/29/10 | Telecommunications<br>Ext. 68974 called LIBERTYVL, (847) 984-0226. | 2.25 |

**Total Costs and Other Charges**    **$32.70**

**Total This Invoice**    **$69,817.70**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2180992

10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 1.00 | 580.00 | 580.00 |
| S. Kernisan | 3.70 | 240.00 | 888.00 |
| P. McCurry | 36.50 | 305.00 | 11,132.50 |
| J. Pawlow | 8.40 | 780.00 | 6,552.00 |
| B. Rubin | 30.50 | 915.00 | 27,907.50 |
| A. Whiteway | 30.30 | 750.00 | 22,725.00 |
| **Totals** | **110.40** | | **$69,785.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180988 |
| Invoice Date: | 10/27/2010 |

## Remittance Copy
### Billing for services rendered through 09/30/2010

Total by Matter
    0515 Chapter 11 Restructuring          $ 133,416.60

Total Services        $ 133,347.00

Total Costs and Other Charges Posted Through Billing Period      69.60

**Total This Invoice**      **$ 133,416.60**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 20,445.05 |
| 2076400 | 12/09/2009 | 22,878.30 |
| 2096277 | 01/26/2010 | 27,049.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180988
Invoice Date:  10/27/2010

| Invoice | Date | |
|---------|------|---|
| 2096742 | 02/26/2010 | 52,568.00 |
| 2105410 | 03/18/2010 | 35,432.20 |
| 2119079 | 04/29/2010 | 8,961.00 |
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 220,951.22 |
| 2169700 | 09/24/2010 | 125,790.96 |

Total Outstanding Balance                                    721,024.26

Total Balance Due                                          $ 854,440.86

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180988 |
| Invoice Date: | 10/27/2010 |

## Client Copy
### Billing for services rendered through 09/30/2010

Total by Matter
  0515 Chapter 11 Restructuring                     $ 133,416.60

Total Services                                                      $ 133,347.00

Total Costs and Other Charges Posted Through Billing Period                  69.60

**Total This Invoice**                                              **$ 133,416.60**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 20,445.05 |
| 2076400 | 12/09/2009 | 22,878.30 |
| 2096277 | 01/26/2010 | 27,049.60 |
| 2096742 | 02/26/2010 | 52,568.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| --- | --- | --- | --- |
| | | Invoice: | 2180988 |
| | | Invoice Date: | 10/27/2010 |

| Invoice | Date | |
| --- | --- | --- |
| 2105410 | 03/18/2010 | 35,432.20 |
| 2119079 | 04/29/2010 | 8,961.00 |
| 2128648 | 05/24/2010 | 8,399.40 |
| 2133210 | 06/10/2010 | 13,380.70 |
| 2146476 | 07/21/2010 | 22,130.30 |
| 2159145 | 08/27/2010 | 220,951.22 |
| 2169700 | 09/24/2010 | 125,790.96 |

Total Outstanding Balance                                      721,024.26

Total Balance Due                                         $ 854,440.86

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

10/27/2010

Invoice: 2180988
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515       Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/10 | B. Rubin | 2.90 | Correspondence with client regarding response to Davis Polk requests (.8); review and comment on memo regarding interest issues (2.1). |
| 09/01/10 | J. Finkelstein | 0.20 | Revise emergence workplan. |
| 09/02/10 | B. Rubin | 1.20 | Preparation for and conference call with clients regarding bankruptcy tax issues (.9); correspondence with client regarding Davis Polk requests (.3). |
| 09/02/10 | A. Whiteway | 1.20 | Preparation for and telephone conference with client regarding emergence workplan (.60); review interest deductibility memo from Sidley (.60). |
| 09/02/10 | J. Finkelstein | 1.00 | Conference call with Tribune regarding emergence tax planning. |
| 09/02/10 | M. Wilder | 0.20 | Review private letter ruling request. |
| 09/03/10 | J. Zajac | 2.70 | Draft and revise July fee statement (2.1); review invoices re compliance bankruptcy rules re July fee statement (.6). |
| 09/03/10 | B. Rubin | 0.40 | Correspondence with Davis Polk and clients regarding tax issues (.4). |
| 09/06/10 | N. Hazan | 0.50 | Review and revise July fee application. |
| 09/07/10 | J. Zajac | 0.40 | Revisions to fee statement. |
| 09/07/10 | B. Rubin | 2.10 | Review and edit memo regarding emergence tax issues (2.1). |
| 09/08/10 | J. Zajac | 1.20 | Review August invoices re compliance with bankruptcy rules for upcoming fee statements. |
| 09/08/10 | B. Rubin | 2.80 | Review and comment on memo regarding emergence tax issues (1.1); research and analysis regarding same (1.3); correspondence with client regarding emergence tax issue (.4). |
| 09/08/10 | A. Whiteway | 1.90 | Revise work plan and ruling request (1.9). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180988
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/08/10 | M. Wilder | 0.60 | Calls to IRS attorney Ned Blanchard regarding presubmission process. |
| 09/09/10 | B. Rubin | 2.40 | Preparation for and conference call with clients regarding emergence tax issues (.8); review and comment on memo regarding interest deduction issues (1.6). |
| 09/09/10 | A. Whiteway | 0.90 | Telephone conference with client regarding work plan and ruling request (.9). |
| 09/09/10 | J. Finkelstein | 0.90 | Conference call with Tribune regarding emergence tax planning. |
| 09/10/10 | J. Zajac | 0.70 | Draft August fee statement. |
| 09/10/10 | B. Rubin | 1.10 | Review and edit memo interest cancellation issues. |
| 09/13/10 | B. Rubin | 3.60 | Review and edit memo regarding interest issues (2.4); research and analysis regarding same (1.2). |
| 09/13/10 | A. Whiteway | 0.60 | Correspondence with B. Rubin regarding debt issuance pre-submission conference (.2); draft memo regarding accrued interest (.4). |
| 09/14/10 | B. Rubin | 4.80 | Review and edit memo regarding emergence tax issues. |
| 09/14/10 | A. Whiteway | 6.20 | Draft and revise memo regarding cancellation of accrued interest (6.2). |
| 09/15/10 | N. Hazan | 1.10 | Review fee examiner preliminary report and exhibits thereto (0.70), discuss response to report with J. Zajac (0.30), email re response to B. Rubin (0.10). |
| 09/15/10 | J. Zajac | 0.60 | Review fee examiner's preliminary report. |
| 09/15/10 | B. Rubin | 4.60 | Review and comment on revised workplan (.4); review and edit memo regarding emergence issues (3.3); research and analysis regarding same (.9). |
| 09/15/10 | A. Whiteway | 2.80 | Review memo regarding cancellation of accrued interest (1.8); revise workplan (.4); conference with Mr. Wilder and Ms. Chan regarding liability definition research (.6). |
| 09/15/10 | M. Wilder | 0.40 | Discuss debt issuance costs presubmission conference with A. Blair-Stanek. |
| 09/15/10 | M. Wilder | 0.40 | Analyze section 382 loss utilization spreadsheet. |
| 09/15/10 | A. Blair-Stanek | 0.20 | Research regarding debt issuance costs presubmission. |
| 09/16/10 | N. Hazan | 0.10 | Review corrections to July fee statement. |
| 09/16/10 | T. Shuman | 0.40 | Discuss procedures and strategies for pre-submission conference memoranda with A. Blair-Stanek. |
| 09/16/10 | G. Chan | 0.40 | Discuss additional 1017(b)(2) liabilities memo with M. Wilder (0.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2180988
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/16/10 | B. Rubin | 4.10 | Preparation for and conference call with clients regarding tax issues (.8); conference with co-counsel regarding debt issuance cost private letter ruling (.6); research and analysis regarding points issue (1.4); review and edit memo regarding tax issues (1.3). |
| 09/16/10 | A. Whiteway | 0.90 | Telephone conference with client re bankruptcy emergence (.6); conference with Mr. Wilder re presubmission conference memo (.3). |
| 09/16/10 | J. Finkelstein | 0.80 | Conference call with Tribune regarding emergence tax issues. |
| 09/16/10 | M. Wilder | 1.40 | Revise memo for presubmission conference. |
| 09/16/10 | A. Blair-Stanek | 4.70 | Research requirements for PLR presubmission conference (3.40); revise memorandum (1.30). |
| 09/17/10 | G. Chan | 1.40 | Research regarding additional 1017(b)(2) liabilities memo (1.4). |
| 09/17/10 | B. Rubin | 4.20 | Research legal and factual issues relating to "points" question (3.8); correspondence with co-counsel and client regarding same (.4). |
| 09/17/10 | A. Whiteway | 2.90 | Review files regarding flow of funds to lenders (1.3); research tax treatment of fees paid to lenders (1.6). |
| 09/17/10 | M. Wilder | 1.30 | Analysis of points and lender fees (.90); discuss same with A. Blair-Stanek (.40). |
| 09/17/10 | A. Blair-Stanek | 4.90 | Review documents, treatises and regulations relevant to showing that debt issuance costs here were not equivalent to "points". |
| 09/18/10 | M. Wilder | 1.20 | Research into 1017(b)(2) liabilities and possibility of taking into account deductible liabilities. |
| 09/20/10 | J. Zajac | 3.10 | Begin drafting response to fee examiners report (2.4); revisions to July fee application (.7). |
| 09/20/10 | G. Chan | 0.30 | Research regarding additional 1017(b)(2) liabilities memo (0.3). |
| 09/20/10 | B. Rubin | 2.20 | Research and analysis regarding PLR issues (2.2). |
| 09/20/10 | A. Whiteway | 3.40 | Review debt issuance deductibility documents (2.2); legal analysis of emergence tax issue (1.2). |
| 09/20/10 | M. Wilder | 0.60 | Research into issue of interest vs. point. |
| 09/20/10 | A. Blair-Stanek | 4.30 | Review facts of first and second step transactions to determine if they might be points. |
| 09/21/10 | J. Zajac | 3.90 | Draft and revise response to preliminary report of fee |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2180988
Invoice Date:    10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | examiner for fourth quarter. |
| 09/21/10 | G. Chan | 7.10 | Research regarding additional 1017(b)(2) liabilities memo (1.8); draft memo regarding same (5.3). |
| 09/21/10 | B. Rubin | 2.90 | Research and analysis regarding emergence issues (1.6); review and edit memo (1.3). |
| 09/21/10 | A. Whiteway | 1.70 | Conference with co-counsel regarding debt issuance cost private letter ruling (.6); research and analysis regarding points issue (1.1). |
| 09/21/10 | M. Wilder | 0.40 | Discuss facts and procedural issues and implications of Capital One case with A. Blair-Stanek. |
| 09/21/10 | A. Blair-Stanek | 2.10 | Review 2007 financing documents to determine whether the fees could be characterized as "points." |
| 09/22/10 | G. Chan | 6.40 | Research regarding additional section 1017(b)(2) liabilities memo (1.4); draft memo regarding same (4.8); look for debt issuance issues materials (0.2). |
| 09/22/10 | J. Eig | 0.50 | Confer with B. Rubin and A. Whiteway regarding analysis of credit facilities and indenture. |
| 09/22/10 | B. Rubin | 2.40 | Preparation for and conference with Mr. Wilder, Ms. Whiteway regarding ruling request research issue (1.3); research and analysis regarding same (1.1). |
| 09/22/10 | A. Whiteway | 4.60 | Research debt issuance underwriter fee tax issues (4.2); telephone conference with client regarding emergence workplan issues (.4). |
| 09/22/10 | M. Wilder | 2.70 | Review of facts and legal issues arising from underwriting fees paid to debt holders and debt issuance costs. |
| 09/22/10 | A. Blair-Stanek | 5.90 | Review deal documents, bankruptcy documents, and various schedules to determine whether fees were equivalent to "points." |
| 09/23/10 | J. Eig | 0.50 | Review and analyze secured credit facilities in connection with debt assignment provisions and underlying loan fees. |
| 09/23/10 | B. Rubin | 3.50 | Preparation for and conference call with clients regarding emergence issues (.7); review and analyze closing documents regarding PLR (1.4); research and analysis regarding PLR issues (1.4). |
| 09/23/10 | A. Whiteway | 3.40 | Preparation for and conference call with clients regarding emergence issues (.7); review and analyze closing |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2180988
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | documents regarding PLR (1.1); research and analysis regarding PLR issues (1.6). |
| 09/23/10 | J. Finkelstein | 0.70 | Conference with Tribune regarding emergence tax issues. |
| 09/23/10 | M. Wilder | 0.40 | Continue analysis of debt issuance costs and 1017(b)(2) issues. |
| 09/23/10 | A. Blair-Stanek | 0.80 | Research classification of fees for syndications. |
| 09/24/10 | N. Hazan | 0.50 | Start review and revision to reply to examiner report. |
| 09/24/10 | P. McCurry | 0.50 | Review files relating to bank debt in Going Private transaction. |
| 09/24/10 | J. Zajac | 1.10 | Revise response to fee report (.7); review notice re October hearing (.1); review Third Quarterly Application re hearing (.3). |
| 09/24/10 | B. Rubin | 1.30 | Review and analyze funds flow memo (.9); correspondence with client and co-counsel (.4). |
| 09/24/10 | A. Whiteway | 1.20 | Review and analyze funds flow memo (.8); correspondence with client and co-counsel (.4). |
| 09/24/10 | M. Wilder | 0.60 | Review 1017(b)(2) memo prepared by G. Chan. |
| 09/24/10 | A. Blair-Stanek | 1.50 | Research syndication underwriting fee arrangements. |
| 09/25/10 | B. Rubin | 2.30 | Review and analyze funds flow memo for PLR (1.2); review and comment on memo regarding OID issues (1.1). |
| 09/25/10 | A. Blair-Stanek | 3.60 | Review flow of funds documents (1.30); read on structure of syndicated fee arrangements (1.90); email analysis and next steps to M. Wilder, B. Rubin, A. Whiteway (.40). |
| 09/26/10 | M. Wilder | 3.80 | Analysis of 1017(b)(2) authorities and other authorities relevant to treatment of tax accrual and pension liabilities (2.90); summarize same in email to G. Chan (.90). |
| 09/26/10 | M. Wilder | 1.40 | Review A. Blair-Stanek's comments and materials on syndicated loans and the 2007 step funds flow. |
| 09/27/10 | J. Zajac | 0.20 | Review emails from M. Simons re revised response to preliminary report. |
| 09/27/10 | G. Chan | 1.10 | Review M. Wilder's comments and questions regarding additional 1017(b)(2) liability memo (0.5); additional research regarding same (0.6). |
| 09/27/10 | B. Rubin | 3.70 | Research and analysis regarding OID issues (1.8); review and edit memo (1.9). |
| 09/27/10 | A. Blair-Stanek | 1.70 | Review structure of syndicated loan market (1.30); |

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:    2180988
Invoice Date:    10/27/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | review analysis of fees (.40). |
| 09/28/10 | J. Zajac | 1.10 | Revise response to preliminary report (.4); email K. Stickles re July fee statement (.3); review August invoices re compliance with rules re August fee statement (.4). |
| 09/28/10 | B. Rubin | 2.70 | Research and analysis regarding debt issuance cost issues (1.3); review and edit draft Resubmission Conference Memo (1.4). |
| 09/28/10 | A. Whiteway | 0.70 | Correspondence with co-counsel regarding debt issuance deduction. |
| 09/28/10 | J. Finkelstein | 0.80 | Review bankruptcy court filing regarding Cubs mediation. |
| 09/29/10 | N. Hazan | 1.50 | review and revise monthly fee application for August (0.50), finalize review and correction to reply to examiner report (1.00) |
| 09/29/10 | J. Zajac | 3.40 | Draft August fee statement. |
| 09/29/10 | B. Rubin | 3.70 | Research and analysis regarding PLR issues (1.3); preparation for and conference with co-counsel regarding PLR issues and Resubmission Conference Memo (1.1); review funds flow memo and slide deck (.9) revise workplan (.4). |
| 09/29/10 | A. Whiteway | 4.60 | Analysis of issues regarding underwriter fees and deductibility of debt issuance costs (1.9); review creditors plan (1.3); review flow of funds and analyze facts regarding tax issue (1.1); review emergence work plan (.3). |
| 09/29/10 | J. Finkelstein | 2.20 | Review Angelo Gordon bankruptcy plan. |
| 09/29/10 | M. Wilder | 0.20 | Discuss 1017(b)(2) issue with G. Chan. |
| 09/29/10 | M. Wilder | 2.80 | Further research into treatment of underwriting fees as income for services (1.60); revisions to presubmission memo (1.20). |
| 09/29/10 | A. Blair-Stanek | 5.00 | Research law regarding fees vs. interest (3.20); commence edits on memorandum (1.80). |
| 09/30/10 | G. Chan | 0.70 | Research regarding additional 1017(b)(2) liabilities issue (0.7). |
| 09/30/10 | B. Rubin | 4.40 | Preparation for and conference call with clients regarding workplan (.8); review and analysis Chapter 11 Term Sheet from mediator (1.1) review and analyze Angelo |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2180988
Invoice Date:  10/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Gordon plan (1.4);  research and analysis regarding tax issues (1.1). |
| 09/30/10 | A. Whiteway | 5.40 | Telephone conference with client regarding emergence issues (.9) ; review Angelo Gordon/Oak Tree plan (1.8); analysis of tax issues regarding liquidating trusts (2.7). |
| 09/30/10 | J. Finkelstein | 4.20 | Conference call with Tribune regarding emergence tax planning (.8); review Angelo Gordon plan of bankruptcy and mediator term sheet (3.4). |
| 09/30/10 | M. Wilder | 0.40 | Analyze debt issuance costs and underwriters fees. |
| 09/30/10 | A. Blair-Stanek | 0.60 | Identify ways to tighten presubmission memorandum. |

|  | **Total Hours** | **212.00** | **Total For Services** | **$133,347.00** |
|--|------|--------|--------|-----------|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Blair-Stanek | 35.30 | 280.00 | 9,884.00 |
| G. Chan | 17.40 | 320.00 | 5,568.00 |
| J. Eig | 1.00 | 570.00 | 570.00 |
| J. Finkelstein | 10.80 | 580.00 | 6,264.00 |
| N. Hazan | 3.70 | 570.00 | 2,109.00 |
| P. McCurry | 0.50 | 305.00 | 152.50 |
| B. Rubin | 63.30 | 915.00 | 57,919.50 |
| T. Shuman | 0.40 | 320.00 | 128.00 |
| A. Whiteway | 42.40 | 750.00 | 31,800.00 |
| M. Wilder | 18.80 | 690.00 | 12,972.00 |
| J. Zajac | 18.40 | 325.00 | 5,980.00 |
| **Totals** | **212.00** | | **$133,347.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 09/16/10 | Photocopy Device 03WDC14C. | 55.60 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2180988
Invoice Date:  10/27/2010

| Date | Description | Amount |
|------|-------------|--------|
| 09/22/10 | Photocopy<br>Device 03WDC16C. | 14.00 |

**Total Costs and Other Charges**        **$69.60**

**Total This Invoice**        **$133,416.60**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2180988

10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Blair-Stanek | 35.30 | 280.00 | 9,884.00 |
| G. Chan | 17.40 | 320.00 | 5,568.00 |
| J. Eig | 1.00 | 570.00 | 570.00 |
| J. Finkelstein | 10.80 | 580.00 | 6,264.00 |
| N. Hazan | 3.70 | 570.00 | 2,109.00 |
| P. McCurry | 0.50 | 305.00 | 152.50 |
| B. Rubin | 63.30 | 915.00 | 57,919.50 |
| T. Shuman | 0.40 | 320.00 | 128.00 |
| A. Whiteway | 42.40 | 750.00 | 31,800.00 |
| M. Wilder | 18.80 | 690.00 | 12,972.00 |
| J. Zajac | 18.40 | 325.00 | 5,980.00 |
| **Totals** | **212.00** | | **$133,347.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | | 020336 |
| Invoice: | | 2180990 |
| Invoice Date: | | 10/27/2010 |

## Remittance Copy
### Billing for services rendered through 09/30/2010

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 9,333.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 9,333.00** |

| Invoice | Date | |
|---|---|---|
| 2159146 | 08/27/2010 | 2,355.39 |
| 2169702 | 09/24/2010 | 1,968.00 |
| Total Outstanding Balance | | 4,323.39 |
| Total Balance Due | | $ 13,656.39 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180990 |
| Invoice Date: | 10/27/2010 |

## Client Copy
### Billing for services rendered through 09/30/2010

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 9,333.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 9,333.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2159146 | 08/27/2010 | 2,355.39 | |
| 2169702 | 09/24/2010 | 1,968.00 | |
| Total Outstanding Balance | | | 4,323.39 |
| Total Balance Due | | | $ 13,656.39 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/27/2010

Invoice: 2180990
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0520        All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/17/10 | A. Turney | 2.50 | Review due diligence material (1.7); develop transaction timeline, issues list and next steps (0.8). |
| 09/20/10 | A. Turney | 1.20 | Review draft asset purchase agreement and related documents (0.8); review precedent timelines (0.4). |
| 09/21/10 | A. Turney | 4.50 | Review due diligence and identify key issues for acquisition (1.6); call with J. Xanders regarding same (.4); prepare agenda and timeline and responsibility checklist (1.4); internal all hands call on structure, timeline and next steps (.9); follow-up email to B. Gruemmer re working group (.20). |
| 09/23/10 | A. Turney | 2.30 | Prepare supplemental due diligence items (1.0); draft email to J. Xanders re suggested next steps (.4); email re structure/process (.2); review due diligence materials (.5); order lien searches (.2). |
| 09/24/10 | A. Turney | 1.10 | Call with J. Xanders and D. Eldersveld on asset purchase structure and process (.2); follow-up emails with J. Xanders regarding same (.2); review due diligence binders (.7). |
| 09/27/10 | J. Rotenberg | 0.20 | Obtain lien search results for A. Turney. |
| 09/28/10 | J. Rotenberg | 0.20 | Review and email UCC lien search results for A. Turney. |
| 09/29/10 | A. Turney | 5.60 | Review action items (.3); call with all hands on acquisition (.7); call with J. Xanders re definitive documentation (.1); review due diligence materials (contracts, organizational documents, financial statements, debts instruments, etc.) (2.0); review lien search results and email re same (.9); draft Asset Purchase Agreement (1.4); email re facility lease termination with T. Brown (.2). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2180990 |
| Invoice Date: | 10/27/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/30/10 | T. Brown | 0.30 | Legal analysis of potential early lease termination and e-mail to D. Turney regarding same. |
| 09/30/10 | A. Turney | 1.60 | Review agreement (.5); revise Asset Purchase Agreement (.3); review significant debts (.5) email to J. Xanders re same (.3). |

| | **Total Hours** | **19.50** | **Total For Services** | **$9,333.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| T. Brown | 0.30 | 690.00 | 207.00 |
| J. Rotenberg | 0.40 | 255.00 | 102.00 |
| A. Turney | 18.80 | 480.00 | 9,024.00 |
| **Totals** | **19.50** | | **$9,333.00** |
| | | **Total This Invoice** | **$9,333.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2180990

10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| T. Brown | 0.30 | 690.00 | 207.00 |
| J. Rotenberg | 0.40 | 255.00 | 102.00 |
| A. Turney | 18.80 | 480.00 | 9,024.00 |
| **Totals** | **19.50** | | **$9,333.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180991 |
| Invoice Date: | 10/27/2010 |

## Remittance Copy
### Billing for services rendered through 09/30/2010

0521 24/7 Traffic LLC

| | |
|---|---|
| Total Services | $ 7,211.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,211.50** |

| Invoice | Date | | |
|---|---|---|---|
| 2169703 | 09/24/2010 | 1,364.50 | |

| | |
|---|---|
| Total Outstanding Balance | 1,364.50 |
| Total Balance Due | $ 8,576.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2180991 |
| Invoice Date: | 10/27/2010 |

## Client Copy
### Billing for services rendered through 09/30/2010

0521 24/7 Traffic LLC

| | |
|---|---|
| Total Services | $ 7,211.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,211.50** |

| Invoice | Date | | |
|---|---|---|---|
| 2169703 | 09/24/2010 | 1,364.50 | |
| Total Outstanding Balance | | | 1,364.50 |
| Total Balance Due | | | $ 8,576.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

10/27/2010

Invoice: 2180991
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0521        24/7 Traffic LLC

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/02/10 | E. Hammans | 7.30 | Review of warrant agreement (1.30); review 24/7 LLC agreement (.90); review investor rights agreement (1.90); review purchase agreement (.80); review amendments to the 24/7 LLC agreement (1.60); review investor rights agreement (.80). |
| 09/03/10 | R. Harris | 1.00 | Review Warrant (.40); review Investor Rights agreement (.30); review LLC Agreement (.30). |
| 09/03/10 | E. Hammans | 2.70 | Preparation of an issues list email for Tribune (.60); review of precedent warrant agreements (2.10). |
| 09/04/10 | R. Harris | 1.00 | Review Form of Warrant (.70); draft email memorandum to client regarding issues regarding same (.30). |
| 09/04/10 | E. Hammans | 2.40 | Markup of warrant agreement, LLC agreement amendment and investor rights agreement amendment. |
| 09/07/10 | R. Harris | 1.30 | Review and revise Warrant Agreement. |
| 09/07/10 | E. Hammans | 2.70 | Update of warrant (1.10), investor rights amendment (.50) and LLC agreement amendment markups (.80); meeting with R. Harris to discuss warrant issues and comments (.30). |
| 09/08/10 | R. Harris | 0.80 | Review and revise Form of Warrant; confer with E. Hammans regarding same. |
| 09/08/10 | E. Hammans | 1.90 | Update of warrant agreement (.60), investor rights agreement amendment (.90) and LLC agreement amendment (.40). |

|  | **Total Hours** | **21.10** | **Total For Services** | **$7,211.50** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2180991
Invoice Date:  10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| E. Hammans | 17.00 | 300.00 | 5,100.00 |
| R. Harris | 4.10 | 515.00 | 2,111.50 |
| **Totals** | **21.10** | | **$7,211.50** |
| | | **Total This Invoice** | **$7,211.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2180991

10/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| E. Hammans | 17.00 | 300.00 | 5,100.00 |
| R. Harris | 4.10 | 515.00 | 2,111.50 |
| **Totals** | **21.10** | | **$7,211.50** |

U.S. practice conducted through McDermott Will & Emery LLP.