IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re:                           : Chapter 11
                                 :
TRIBUNE COMPANY, et al.,         : Case No. 08-13141 (KJC)
                                 :
            Debtors.             : (Jointly Administered)
                                 :
                                 :
---------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 18th day of November, 2010, a copy of the *Responses and Objections of JPMorgan Chase Bank, N.A. to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena for Documents* was served on the following counsel in the manner indicated:

| **VIA OVERNIGHT COURIER** |
|---|
| Andrew Goldfarb |
| ZUCKERMAN SPAEDER LLP |
| 1800 M Street, Suite 1000 |
| Washington, D.C. 20036 |

RLF1 3630572v. 1

Dated: November 19, 2010
Wilmington, Delaware

Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Elliot Moskowitz
Sasha Polonsky
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*