## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of November, 2010, he caused a copy of the foregoing *Notice of Service* to be served on the following counsel in the manner indicated:

| **VIA FIRST CLASS MAIL** |
| --- |
| Andrew Goldfarb <br> ZUCKERMAN SPAEDER LLP <br> 1800 M Street, Suite 1000 <br> Washington, D.C. 20036 |

_____
Drew G. Sloan (No. 5069)

RLF1 3630572v. 1