**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2010, I caused to be served a true and correct copy of the foregoing Debtors' First Request for Production of Documents by Electronic Mail and U.S. first-class mail, postage prepaid, on the following counsel for the Claimants:

> JOSEPH, HERZFELD, HESTER &
> KIRSCHENBAUM LLP
> Michael D. Palmer, Esquire
> Charles Joseph, Esquire
> 757 Third Avenue, 25th Floor
> New York, NY 10017
> Telephone: (212) 688-5640
> Facsimile: (212) 688-2548
>
> PINCKNEY, HARRIS & WEIDINGER, LLC
> Adam Hiller (DE No. 4105)
> Donna Harris (DE No. 3740)
> 1220 North Market Street, Suite 950
> Wilmington, DE 19801
> Telephone: (302) 504-1497
> Facsimile: (302) 442-7046

*/s/ Aaron Warshaw*
Aaron Warshaw