# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          )   Case No. 08-13141-KJC
                                )
                                )
TRIBUNE COMPANY,                )
                                )   Chapter 11
                                )
                                )   Courtroom 5
                                )   824 Market Street
            Debtors.            )   Wilmington, Delaware
                                )
                                )   July 14, 2010
                                )   1:39 p.m.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For the Debtors:            Cole, Schotz, Meisel, Forman
                            & Leonard, P.A.
                            BY: NORMAN PERNICK, ESQ.
                            500 Delaware Avenue
                            Suite 1410
                            Wilmington, DE 19801
                            (302) 652-3131
                                 -AND-
                            Sidley Austin, LLP
                            BY: JAMES CONLAN, ESQ.
                            BY: BRYAN KRAKAUER, ESQ.
                            BY: JILLIAN LUDWIG, ESQ.
                            BY: CANDICE KLINE, ESQ.
                            BY: KEN KANSA, ESQ.
                            One South Dearborn
                            Chicago, IL 60603
                            (312) 853-7000

(Appearances continued.)

ECRO:                       Al Lugano

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

1          THE COURT:  Okay.

2          MR. SEIFE:  Just one or two words on the Wells

3  Fargo motion, which I'm not sure you've ruled on, but have

4  given --

5          THE COURT:  Well, and --

6          MR. SEIFE:  Yes.

7          THE COURT:  -- so to clear up any mystery on

8  either motion, I'm not going to rule on either motion today.

9  You've heard my views.  I'm going to -- I may express more

10  as we go along and others take the podium.  I'll probably

11  push them both over for calendar purposes to August 9th just

12  to leave my options open, and that's not to give the bridge

13  agent any hope that I'll change my mind, and I won't between

14  now and confirmation about hearing the claim objection in

15  full in connection with confirmation.  That I do not intend

16  to do.

17          MR. SEIFE:  Oh, then I can sit down.

18          THE COURT:  Okay.

19          MR. SEIFE:  Thank you, Your Honor.

20          THE COURT:  Thank you.

21          MR. ROSNER:  Good afternoon, Your Honor, David

22  Rosner from Kasowitz, Benson, Torres and Friedman.  I'm here

23  on behalf of law debenture.  Law debenture is the indentured

24  trustee for eighteen percent of the public senior bonds, and

25  I think as Your Honor saw, we're one of the settling parties

1  that signed the pleading by the settling supporters both

2  against Wells Fargo's motion for the reasons that Your Honor

3  said, and I think you've said it quite clearly:  The

4  confirmation's not going to be a plenary trial on the merits

5  of the LBO-related claims, nor should it be.

6      I am somewhat concerned with Your Honor's at least

7  articulation today, and I take -- I understand your

8  invitation that things can change as time goes on and as the

9  Court views the record before it, but as to a view in this

10  case maybe as opposed to other cases that there could be

11  some other standard that could apply to the Court's

12  determination of a settlement that's encompassed in a plan

13  of reorganization.

14          And I think that in that regard -- and I'm just -

15  - I'm asking the Court to consider this.  I understand that

16  the order -- you've stated that you're going to carry the

17  motion that the debtor filed, the cross-motion, which seeks

18  to set forth certain standards.

19          THE COURT:  I'm -- I will not fix standards prior

20  to confirmation.  As I said earlier today, I've -- I have

21  got a published opinion or more on what I think about that

22  and I intend to say no more.

23          MR. ROSNER:  Right.  And I fully understand that.

24  And in your thinking between now and in August 9th, what I -

25  - what I would like to have you consider and what I would