*Please take*

William R. Flood
1404 Henry Ave.
Des Plaines, IL 60016
Phone: 847-296-8835
Ref: TRB DSHN (2)
CREDITOR CREDNUM
1000069476

The Honorable Kevin Carey
Presiding Justice United States Bankruptcy Court     November 12, 2010
824 N. Market Street
Wilmington, Delaware 19801

Re: Tribune Co. 08-13141 (KJC)

Your Honor:

Received letter Friday November 12, 2010 for objection Case #08-13141.

I am a retiree and ask that our benefits be administered fairly. My wife, my dependent, is enrolled in the Tribune Group Hospital Plan (Cobra). Her premiums were increased 50 percent plus a $2,500.00 deductible. Over the phone the Benefits Administrator told us that the Tribune retirees were in a separate group. I talked to United Healthcare. They informed us that this is a group plan and we are considered one group under the United Healthcare as Administrator. The Tribune Company is trying "to pigeonhole" the retirees and make a separation. I was told that all participating parties are a GROUP under one master list and that the purpose of a group is to spread risk and liability so that one individual or small group of individuals will not experience undo hardship, because to me this is discrimination based on age. I am a layman but still hope that I know the difference between right and wrong.

I hope that our objection will have merit and fairness will result, just as valid as those managers asking for bonuses and parachutes.

As I read the bonus payouts under the bankruptcy plan (33 million dollars to 640 managers) and golden parachutes for managers, I feel our request for fairness in premium costs deserve consideration.

Thank you.

*William R. Flood*
William R. Flood

copy

OCT 24-2010

## A MESSAGE FROM THE PUBLISHER

# We are committed to readers, customers and employees

Dear readers:

Given the recent coverage of Tribune Co., the corporate parent of Chicago Tribune Media Group, we want to address questions regarding our culture and work environment. We can assure you that the Chicago Tribune Media Group, which operates this newspaper and many other print and digital products, is built on integrity, honesty and professional decorum.

We hold ourselves to a high standard of conduct and always have. Our ability to deliver on your expectations is driven by our talented employees and their commitment to these principles:

■ We believe everyone should be treated fairly and work in a respectful workplace.

■ We are focused on creating an innovative and collaborative environment.

■ We believe and invest in communication, actively listening to employees and customers.

The Chicago Tribune is dedicated to bringing you relevant, engaging and unique news and information. We stand up for the community every day through our watchdog reporting, which is holding government accountable and driving change across the region and state.

We're Chicago's leading marketplace, connecting consumers with the goods and services of our advertisers. The Chicago Tribune Media Group delivers results for clients by offering customized solutions through the widest reach of any media company in Chicagoland.

We're passionate about meeting customer expectations and value your feedback. You can reach us by e-mailing **customerservice@tribune.com**.

Thank you for your loyalty,
**Tony Hunter**, *President, Publisher and CEO*

---

**Bill Adee**
*Vice President, Digital Development and Operations*

**Becky Brubaker**
*Senior Vice President, Manufacturing and Distribution*

**Phil Doherty**
*Vice President, Finance, and CFO*

**Bob Fleck**
*Senior Vice President, Advertising*

**Janice Jacobs**
*Vice President, Human Resources*

**Gerould Kern**
*Senior Vice President, Editor*

**Brad Moore**
*Vice President, Targeted Media*

**Kathleen O'Hara**
*Vice President, Marketing*

**Lou Tazioli**
*President and General Manager, Tribune Direct*


Copy

Mr. Tony Hunter
CEO/Publisher
Tribune Company
435 N. Michigan Avenue
Chicago, IL  60611

William R. Flood
1404 Henry Ave.
Des Plaines, IL  60016

October 26, 2010

Dear Mr. Hunter:

I would appreciate you taking the time to read my letter.

I retired from the Tribune with 25 years of service in 2006.  In 1995 we both received the "1995 Excellence Award".  The clock I received is on my mantel.  I have the original litho plate.  I felt very proud.

I have in front of me your Mission Statement published Sunday, October 24th.  My wife is 62 and is retired as I am.  The Tribune carries her hospitalization.  We just received the 2011 Cobra annual enrollment plan which has increased nearly 50% a month.  This premium is more than her monthly Social Security check.  Social Security says there will be no cost of living increase again this year.  I talked to Cobra and United Healthcare and they informed me that they are only administrators.  The Tribune sets the rates.  I retired early with Pulmonary Fibrosis (COPD) as I was unable to work.  How can an increase like this be justified?  What will it be the year after.  As a retired employed with 25 years of service who will stand up  for the retired.  I gave the Tribune my best.  Tom Beilke is my reference as we worked together for 25 years.

After reading your Mission Statement **"we believe everyone should be treated fairly"** I'm asking for fairness and all parties concerned revisit this issue.  I would like to believe that you, as CEO of the Tribune Company are as good as your word.

Sincerely

William R. Flood

Virginia W. Thomson
215 Seville Way
San Mateo, CA 94402
(650) 345-0198
November 13, 2010

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge
U.S. Bankruptcy Court of Delaware
824 North Market Street, 5th Floor, Courtroom No. 5
Wilmington, Delaware 19801

Honorable Kevin J. Carey:

December 8, 2008 I purchased $10,000 worth of shares Tribune Co. 4.875% 10.

At your November hearing of the case of Tribune Co would you have them pay me what they owe me--$10,000 worth plus 4.875% 10. Thank you.

Sincerely,

*Virginia W. Thomson*

Virginia W. Thomson

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Related to DI No. 6022<br>Objection Deadline: November 16, 2010 at 4:00 p.m. ET<br>Hearing Date: November 29, 2010 at 10:00 a.m. ET |

## NOTICE OF DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Order Scheduling a Hearing and Establishing Certain Deadlines to Consider Approval of Certain Disclosure Document(s) (the "Scheduling Order") [DI No. 6022], a hearing (the "Disclosure Statement Hearing") shall be held on **November 29, 2010 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Bankruptcy Court"), to consider approval of the General Disclosure Document,[2] Specific Disclosure Documents relating to each chapter 11 plan to be proposed in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Scheduling Order.

46429/0001-7133542v4

Docket No: 6208
Filed: 11/2/10

the above-captioned cases, and any Responsive Statements to be incorporated into the Master Disclosure Document (or, if applicable, in any solicitation package approved by the Court). As set forth below, Specific Disclosure Documents pertaining to four different plans of reorganization have been filed in accordance with the Scheduling Order and will be considered at the Disclosure Statement Hearing. The Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned hearing date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order, on or about October 22, 2010, the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [DI No. 6089], the Specific Disclosure Statement Relating to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [DI No. 6091] and the General Disclosure Statement (the "General Disclosure Document") [DI No. 6090] were filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order, on or about October 29, 2010, the following Competing Plans and Specific Disclosure Documents were also filed with the Court and will also be considered at the Disclosure Statement Hearing:

(i) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [DI No. 6184] and Specific Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [DI No. 6182];

(ii) Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims [DI No. 6185] and Specific Disclosure Statement for Plan of Reorganization for Tribune Company and Its Subsidiaries filed by Holders of Certain Step One Senior Loan Claims [DI No. 6183]; and

(iii) Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P.

and Marathon Asset Management, L.P. [DI No. 6186] and Specific Disclosure Statement for Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. [DI No. 6187].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order, (i) Responsive Statements may be filed with the Bankruptcy Court **on or prior to November 9, 2010** and (ii) amended versions of the General Disclosure Document, Specific Disclosure Documents, plans of reorganization and Responsive Statements may be filed with the Bankruptcy Court **on or prior to November 23, 2010**. Any such additional documents will also be considered at the Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the General Disclosure Document, the Specific Disclosure Documents, or the Responsive Statements (the "Objections") must be filed with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before November 16, 2010 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline") and electronically served on counsel for the Mediation Parties (as defined in the Order Appointing Mediator [DI No. 5591]) promptly after filing any such documents.

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced documents may be (i) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' Chapter 11 Cases (http://chapter11.epiqsystems.com/tribune); (ii) inspected during regular business hours at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801; (iii) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website; or (iv) requested by telephoning Epiq at (646) 282-2400 or by contacting Debtors' counsel at the address below.

Dated: November 1, 2010

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| James F. Conlan | FORMAN & LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick (No. 2290) |
| Kevin T. Lantry | J. Kate Stickles (No. 2917) |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, IL  60603 | Wilmington, DE  19801 |
| Telephone:  (312) 853-0199 | Telephone:  (302) 652-3131 |
| Facsimile:  (312) 853-7036 | Facsimile:  (302) 652-3117 |

Counsel for Debtors and Debtors in Possession

3

46429/0001-7133542v4