**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel



November 17, 2010

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,
Suite 1800,
Wilmington, DE 19899

Re: Tribune Company, et al., Debtors // To: Commerzbank Capital Markets

Case No. 08-13141

Dear Sir/Madam:

We are herewith returning the Letters, Complaint, Exhibits which we received regarding the above captioned matter.

Commerzbank Capital Markets is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517615977

FedEx Tracking# 796461070163

cc: Delaware: United States Bankruptcy Court
    824 Market Street,
    Wilmington, DE 19801