**CT Corporation**   1209 Orange Street   302 777 0220 tel
Wilmington, DE 19801   www.ctlegalsolutions.com

November 17, 2010

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,
Suite 1800,
Wilmington, DE 19899

Re: In Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al., Pltf. vs. Dennis J. Fitzsimons, et al., Dfts. // To: Neuberger Berman Inc.

Case No. 08-13141 KJC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of LB Hercules Holdings LLC. Currently, the state lists CORPORATION SERVICE COMPANY as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517618594

FedEx Tracking# 794128516273

cc: United States Bankruptcy Court: District of Delaware
    824 N Market Street,
    Suite 500,
    Wilmington, DE 19801-4908