

**CT Corporation**    1209 Orange Street    302 777 0220 tel
Wilmington, DE 19801    www.ctlegalsolutions.com

November 17, 2010

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,
Suite 1800,
Wilmington, DE 19899

Re: In Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al., Pltf. vs. Dennis J. Fitzsimons, et al., Dfts. // To: LPL Financial

Case No. 08-13141 KJC

Dear Sir/Madam:

We are herewith returning the Letter(s), Complaint, Exhibit which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: LPL Financial. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517618410

FedEx Tracking# 794128395750

cc: United States Bankruptcy Court: District of Delaware
    824 N Market Street,
    Suite 500,
    Wilmington, DE 19801-4908