**CT Corporation**   1209 Orange Street   302 777 0220 tel
Wilmington, DE 19801   800 677 3394 toll free
www.ctlegalsolutions.com

November 17, 2010

Daniel B. Rath
Landis Rath & Cobb LLP
919 Market Street,
Suite 1800,
Wilmington, DE 19801

Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, etc., et al., Pltfs. vs. Dennis J. Fitzsimons, et al. including Neuberger Berman Inc., Dfts.

Case No. 08-13141 (KJC)

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Neuberger Berman Inc.. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517619611

FedEx Tracking# 794129890987

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801