## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on November 22, 2010, I caused one copy of the foregoing to be served upon the parties on the attached service list via First Class U.S. Mail, or in the manner so indicated.

*Amanda M. Winfree*
Amanda M. Winfree (#4615)

{00313576;v1}

**VIA FIRST CLASS U.S. MAIL**
SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

**VIA HAND DELIVERY**
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE, ESQ., DAVID M. LEMAY, ESQ.,
DOGULAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA HAND DELIVERY**
OFFICE OF THE UNITED STATES TRUSTEE
DAVID KLAUDER., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036