## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 22nd day of November, 2010, I caused copies of the within *Limited Objection of Wilmington Trust Company to The Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates and Joinder to Response and Limited Objection of Aurelius Capital Management, LP to Amended Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550* to be served upon the parties listed on the attached service list in the manner indicated.


November 22, 2010                              /s/ William D. Sullivan
Date                                                       William D. Sullivan

<div style="column-count:2">

**VIA FIRST CLASS U.S. MAIL**
SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

**VIA HAND DELIVERY**
LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
OFFICE OF THE UNITED STATES TRUSTEE
DAVID KLAUDER., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE,ESQ., DAVID M. LEMAY, ESQ.,
DOGULAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA FIRST CLASS U.S. MAIL**
ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036

</div>