**EXHIBIT A**

```
            IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141-KJC
                                )
                                )
TRIBUNE COMPANY,                )
                                )    Chapter 11
                                )
                                )    Courtroom 5
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
                                )    July 14, 2010
                                )    1:39 p.m.

               TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE KEVIN J. CAREY
             UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

For the Debtors:              Cole, Schotz, Meisel, Forman
                              & Leonard, P.A.
                              BY: NORMAN PERNICK, ESQ.
                              500 Delaware Avenue
                              Suite 1410
                              Wilmington, DE 19801
                              (302) 652-3131
                                   -AND-
                              Sidley Austin, LLP
                              BY: JAMES CONLAN, ESQ.
                              BY: BRYAN KRAKAUER, ESQ.
                              BY: JILLIAN LUDWIG, ESQ.
                              BY: CANDICE KLINE, ESQ.
                              BY: KEN KANSA, ESQ.
                              One South Dearborn
                              Chicago, IL 60603
                              (312) 853-7000

(Appearances continued.)

ECRO:                         Al Lugano

Transcription Service:        DIAZ DATA SERVICES
                              331 Schuylkill Street
                              Harrisburg, Pennsylvania 17110
                              (717) 233-6664

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Debtors:     Jenner & Block
                     BY: ANDREW VAIL, ESQ.
                     353 North Clark Street
                     Chicago, IL 60654
                     (312) 222-9350
                         -AND-
                     Tribune Company
                     BY: CHANDLER BIGELOW
                     BY: DAVE BRALOW
                     BY: DAVE ELDERSVELD
                     BY: DON LIEBENTRITT
                     BY: GARY WEITMAN
                     (312) 853-7163

For JP Morgan:       Davis Polk & Wardwell
                     BY: DENNIS E. GLAZER, ESQ.
                     BY: DONALD BERNSTEIN, ESQ.
                     BY: BENJAMIN KAMINETZKY, ESQ.
                     450 Lexington Avenue
                     New York, NY 10017
                     (212) 450-4000
                         -AND-
                     Richards, Layton & Finger
                     BY: MARK COLLINS, ESQ.
                     BY: ROBERT STEARN, JR., ESQ.
                     One Rodney Square
                     920 North King Street
                     Wilmington, DE 19801
                     (302) 651-7700
                         -AND-
                     JP Morgan Chase Bank, N.A.
                     BY: KEVIN C. KELLEY
                     BY: SHACHAR MINKOVE
                     277 Park Avenue, 8th Floor
                     New York, NY 10172
                     (212) 648-0427

For Great Bank:      Womble, Carlyle
                     BY: TOM HORAN, ESQ.
                     222 Delaware Avenue
                     Wilmington, DE 19801
                     (302) 252-4320

For Barclays Bank:   Mayer Brown, LLP
                     BY: MICHAEL L. SIMES, ESQ.
                     BY: AMIT TREHAM, ESQ.
                     BY: JEAN-MARIE ATAMIAN, ESQ.
                     1675 Broadway
                     New York, NY 10019
                     (212) 506-2500

APPEARANCES:
(Continued)

| | |
|---|---|
| For Wilmington Trust Co.: | Benesch<br>BY: JENNIFER HOOVER, ESQ.<br>222 Delaware Avenue<br>Suite 801<br>Wilmington, DE 19801<br>(302) 442-7010<br>    -AND-<br>Brown Rudnick<br>BY: WILLIAM DOLAN, ESQ.<br>121 South Main Street<br>Providence, RI 02903<br>(401) 276-2600<br>    -AND-<br>Brown Rudnick<br>BY: KATE BROMBERG, ESQ.<br>BY: MARTIN SIEGEL, ESQ.<br>BY: JARED ELLIAS, ESQ.<br>BY: ANDREW DASH, ESQ.<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| For Centerbridge: | Akin Gump Strauss Hauer & Feld<br>BY: PHIL DUBLIN, ESQ.<br>BY: ABID QURESHI, ESQ.<br>BY: DANIEL GOLDEN, ESQ.<br>BY: DEBORAH NEWMAN, ESQ.<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br>    -AND-<br>Pachulski, Stang, Ziehl & Jones<br>BY: KATHLEEN P. MAKOWSKI, ESQ.<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>(302) 652-4100 |
| For Citi Entities: | Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>BY: ANDREW GORDON, ESQ.<br>BY: STUART C. MCPHAIL, ESQ.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 |

APPEARANCES:
(Continued)

| | |
|---|---|
| For Official Committee of Unsecured Creditors: | Chadbourne & Parke, LLP<br>BY: DOUG DEUTSCH, ESQ.<br>BY: MARC ROITMAN, ESQ.<br>BY: HOWARD SEIFE, ESQ.<br>BY: DAVID LEMAY, ESQ.<br>BY: MARC ASHLEY, ESQ.<br>BY: THOMAS MCCORMACK, ESQ.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5100<br>    -AND-<br>Landis, Roth & Cobb<br>BY: ADAM G. LANDIS, ESQ.<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br>    -AND-<br>Zuckerman Spaeder<br>BY: ANDREW GOLDFARB, ESQ.<br>BY: JAMES SOTTILE, ESQ.<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036<br>(202) 778-1800 |
| For Morgan Stanley: | Barnes & Thornberg<br>BY: DAVID POWLEN, ESQ.<br>Suite 1200<br>1000 North West Street<br>Wilmington, DE 19801<br>(302) 888-4536<br>    -AND-<br>Weil, Gotshal & Manges, LLP<br>BY: EVAN LEDERMAN, ESQ.<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8948<br>    -AND-<br>Morgan Stanley<br>BY: CAROLYN ADLER<br>(212) 761-2693 |
| For SuttonBrook Capital: | SuttonBrook Capital Management<br>BY: CAROL L. BALE<br>598 Madison Avenue<br>New York, NY 10022<br>(212) 588-6654 |

Appearances:
(Continued)

| | |
|---|---|
| For Law Debenture: | Bifferato Gentilotti<br>BY: GARVAN MCDANIEL, ESQ.<br>800 North King Street<br>Plaza Level<br>Wilmington, DE 19801<br>(302) 429-1900<br>-AND-<br>Kasowitz, Benson, Torres & Friedman<br>BY: DAVID ROSNER, ESQ.<br>BY: ANDREW GLENN, ESQ.<br>BY: MATT STEIN, ESQ.<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1726 |
| For Merrill Lynch: | Kaye Scholer, LLP<br>BY: MADLYN GLEICH PRIMOFF, ESQ<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br>-AND-<br>Potter, Anderson & Corroon<br>BY: LAURIE S. SILVERSTEIN, ESQ<br>Hercules Plaza<br>1313 North Market Street<br>6th Floor<br>Wilmington, DE 19801<br>(302) 984-6000 |
| For Deutsche Bank: | McCarter & English<br>BY: DAVID J. ADLER, ESQ.<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>(212) 609-6800 |
| For Credit Agreement Lenders: | Hennigan, Bennett & Dorman<br>BY: JAMES O. JOHNSTON, ESQ.<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br>(213) 694-1012<br>-AND-<br>Young, Conaway, Stargatt & Taylor<br>BY: ROBERT BRADY, ESQ.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |

Appearances:
(Continued)

| | |
|---|---|
| For Bank of America: | O'Melveny & Myers<br>BY: DANIEL CANTOR, ESQ.<br>BY: EVAN JONES, ESQ.<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>-AND-<br>Bank of America<br>BY: ESTHER CHUNG<br>(646) 855-6705 |
| For Tricadia Capital: | Tricadia Capital<br>BY: IMRAN AHMED<br>780 3rd Avenue, 29th Floor<br>New York, NY 10017<br>(212) 891-5013 |
| For Perry Capital: | Perry Capital<br>BY: JAMES FREEMAN<br>767 5th Avenue, 19th Floor<br>New York, NY 10153<br>(212) 583-4000 |
| For Katherine Gilman: | Kramer, Levin, Naftalis & Frankel<br>BY: KATHERINE CRUZ, ESQ.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9308 |
| For U.S. Trustee: | Office of the U.S. Trustee<br>BY: DAVID KLAUDER, ESQ.<br>J. Caleb Boggs Federal Bldg.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>(302) 573-6491 |
| For Angelo Gordon & Co.: | Wilmer, Cutler, Pickering, Hale & Dorr<br>BY: ANDREW N. GOLDMAN, ESQ.<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8836 |
| For Examiner: | Saul Ewing<br>BY: MARK MINUTI, ESQ.<br>222 Delaware Avenue, Ste 1200<br>Wilmington, DE 19899<br>(302) 421-6840 |

Appearances:
(Continued)

For Wells Fargo:
    White & Case, LLP
    BY: SCOTT GREISSMAN, ESQ.
    BY: THOMAS E. LAURIA, ESQ.
    BY: DAVID HILLE, ESQ.
    1155 Avenue of the Americas
    New York, NY 10036
    (212) 819-8567
    -AND-
    Fox Rothschild
    BY: JEFFERY SCHLERF, ESQ.
    Citizens Bank Center
    919 North Market Street
    Suite 1300
    Wilmington, DE 19899
    (302) 654-7444

For Dennis A. Prieto:
    Aurelius Capital Management
    BY: DENNIS A. PRIETO
    (646) 445-6516

For Joseph Lamport:
    Sandelman Partners
    Multi-Strategy
    BY: JOSEPH LAMPORT
    (212) 299-7673

For Alvarez & Marsal, Inc.:
    Alvarez & Marsal, Inc.
    BY: BRIAN WHITTMAN
    (312) 601-4227

For Anna Kalenchits:
    Anna Kalenchits
    (212) 723-1808

For RBS Greenwich Capital:
    RBS Greenwich Capital
    BY: JEFFREY FARKAS
    (614) 577-1120

For Arrowgrass Management:
    Arrowgrass
    BY: ARIF GANGAT
    (212) 372-8938

For Pryor Cashman, LLP:
    Pryor Cashman, LLP
    BY: TINA MOSS
    (212) 326-0421

1  about is that if we go down the path, a path that looks like
2  you're preparing to or even are, in essence, trying the LBO-
3  related causes of action, that each of the parties to the
4  settlement will feel compelled to put their expert up as
5  well --
6            THE COURT: Well, and that's the sticky part of
7  it, isn't it?
8            MR. CONLAN: Yes, it is.
9            THE COURT: Yeah.
10           MR. CONLAN: That's what our effort, whatever
11 anybody thinks of it, with respect to the cross-motion was
12 about, was to try to add some boundaries consistent with due
13 process to keep this from becoming a free for all.
14           THE COURT: Well, here's -- months ago I charted
15 out where at least I thought the eleven ought to go with
16 respect to parallel efforts between the examiner and the
17 debtor and its supporters for the plan. The debtor, as we
18 all know, is at the very end of its inclusive period, so
19 that if this plan isn't confirmed, then the world has opened
20 up for others who wish to make proposals.
21           So it seems to me that in order to accommodate
22 the needs of as many of the constituents, both for and
23 against the plan as possible, I've permitted the process to
24 move forward within the debtors' exclusive period, including
25 tailoring the examiner's process to dovetail with that. But

1  at the same time, my inclination is to allow, within
2  appropriate boundaries under the discovery rules, for the
3  other side to do what they will, again subject to the rules
4  of civil procedure, in preparation for confirmation and
5  support of their confirmation objections.
6          And, you know, unless I were to stop and take one
7  and then the other, and if we were to do it one at a time,
8  there's a fair argument for either way.  But it seems to me
9  that in order to accommodate as many interests within the
10 time frame that's allotted within the exclusivity period, it
11 would not be best to limit what happens in the way of pre-
12 confirmation discovery.
13         MR. CONLAN:  Your Honor, one last item before I
14 yield the podium to others who have responded as well.  We
15 did revise the form of order and I would at least like to
16 approach and show it to Your Honor so you can look at what
17 we've done with Paragraph 4.  Perhaps it would come closer
18 to what you have in mind.
19         THE COURT:  All right.
20         MR. CONLAN:  If I may approach?
21         THE COURT:  Certainly.  Has it been shared with
22 others?
23         MR. CONLAN:  Many, but not all.  But I'll share
24 it with them all now.
25         THE COURT:  All right.  Thank you.

1   that signed the pleading by the settling supporters both
2   against Wells Fargo's motion for the reasons that Your Honor
3   said, and I think you've said it quite clearly:  The
4   confirmation's not going to be a plenary trial on the merits
5   of the LBO-related claims, nor should it be.
6         I am somewhat concerned with Your Honor's at least
7   articulation today, and I take -- I understand your
8   invitation that things can change as time goes on and as the
9   Court views the record before it, but as to a view in this
10  case maybe as opposed to other cases that there could be
11  some other standard that could apply to the Court's
12  determination of a settlement that's encompassed in a plan
13  of reorganization.
14          And I think that in that regard -- and I'm just -
15  - I'm asking the Court to consider this.  I understand that
16  the order -- you've stated that you're going to carry the
17  motion that the debtor filed, the cross-motion, which seeks
18  to set forth certain standards.
19          THE COURT:  I'm -- I will not fix standards prior
20  to confirmation.  As I said earlier today, I've -- I have
21  got a published opinion or more on what I think about that
22  and I intend to say no more.
23          MR. ROSNER:  Right.  And I fully understand that.
24  And in your thinking between now and in August 9th, what I -
25  - what I would like to have you consider and what I would