Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------ x

In re:                              : Chapter 11
                                    : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,            : (Jointly Administered)
                                    :
                    Debtors.        : Re: Docket Nos. 4366 and 4928
                                    :
                                    :
                                    :
------------------------------ x

## INITIAL DISCLOSURE OF IDENTITY OF EXPERT WITNESS AND
## SUMMARY OF TOPICS BY JPMORGAN CHASE BANK, N.A.
## AND JP MORGAN SECURITIES, INC.

JPMorgan Chase Bank, N.A., as Agent for the Debtors' prepetition senior lenders and a holder of senior claims, and JPMorgan Securities, Inc. (collectively "JPMorgan") hereby submit this Initial Disclosure pursuant to the Court's Order Amending Certain Deadlines in Discovery and Scheduling Order, dated July 1, 2010 [Docket No. 4928] (the "Discovery Order").

As set forth in the Debtors' Cross-Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Docket No. 4943] (the "Scheduling Motion"), the Settlement Supporters' joinder thereto [Docket No. 4949], and the Statement of the Official Committee of Unsecured Creditors (the "Committee") in Support of the Scheduling Motion [Docket No. 4989], JPMorgan, the Debtors, the Committee, Law Debenture Trust Company of New York, Centerbridge Credit Advisors LLC, and Angelo Gordon & Co. LP, believe that consideration of the Global Settlement at confirmation should revolve around the factors set forth in *Myers v. Martin (In re Martin)*, 91 F.3d 389, 393 (3d Cir. 1996), *In re Texaco Inc.*, 84 B.R. 893, 902 (Bankr.

S.D.N.Y. 1988) and numerous other cases in this district, and that a full trial on the merits of the settled claims is neither necessary nor appropriate. Likewise, the preparation of expert reports and the presentation of experts on the merits of the settled claims, such as the solvency or insolvency of Tribune at the time of the recapitalization and merger transactions, is unnecessary and would constitute a wasteful expenditure of resources.

On July 14, 2010, the Court heard argument on the Scheduling Motion and continued the motion until August 9, 2010. Pending the Court's resolution of the Scheduling Motion at the August 9, 2010 status conference, JPMorgan hereby designates Professor Daniel R. Fischel to present affirmative and/or rebuttal expert testimony as to Tribune's solvency at the time of the recapitalization and merger transactions, related valuation issues and other matters related to the business of Tribune. JPMorgan reserves its right to withdraw this designation if the Scheduling Motion is resolved in favor of the Debtors and/or should the Court otherwise determine that expert testimony from the various parties-in-interest on Tribune's solvency is inappropriate and/or unnecessary at the confirmation hearing. JPMorgan further reserves its right to supplement and amend this designation consistent with the Discovery Order, including, but not limited to, its right to designate experts in response to the designation of experts by other parties-in-interest.[1]

---

[1] JPMorgan also reserves the right to designate any expert witness that has been designated by any other party.

Dated: July 15, 2010
      Wilmington, Delaware

Respectfully submitted,

_Robert J. Stearn_

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Donald S. Bernstein
Dennis E. Glazer
Sharon Katz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10022
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A. and
JPMorgan Securities, Inc.*