Exhibit C

**TRIBUNE COMPANY**

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS**

**IN LIEU OF A MEETING**

August 26, 2010

       The undersigned, being all of the members of the Board of Directors (the "Board") of Tribune Company, a Delaware corporation (the "Company"), hereby consent to the adoption of the following resolutions pursuant to Article IV, Section 6 of the Amended and Restated Bylaws of the Company (the "Bylaws") and Section 141(f) of the General Corporation Law of the State of Delaware, as amended (the "DGCL"):

       **WHEREAS**, in accordance with Section 141(c) of the DGCL and the applicable provisions of the Bylaws, the Board now deems it appropriate to establish a special committee of the Board for the purpose of supervising and taking action with respect to the Company's and its subsidiaries' proceedings under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Proceedings").

       **RESOLVED**, that, in accordance with Section 141(c) of the DGCL and the applicable provisions of the Bylaws, a committee of the Board (the "Special Committee") be and hereby is established that shall have and may exercise all of the powers and authority of the Board with respect to any and all matters relating to the Chapter 11 Proceedings, including, without limitation, to:

    (i)    review, evaluate and approve, from time to time as appropriate or advisable, the structure, terms or conditions of, and authorize the execution and filing of, any plan of reorganization and any and all amendments, modifications, supplements and exhibits thereto (each, a "Plan");

    (ii)   take such action from time to time, as the Special Committee deems appropriate or advisable, to resolve any and all claims, causes of action, avoidance powers or rights, and legal or equitable remedies against the Company or any of its subsidiaries ("Claims"), including, without limitation, any Claims arising from any transaction related to the leveraged buy-out of the Company, including, without limitation, the purchase by the Company of its common stock on or about June 4, 2007, the merger and related transactions involving the Company on or about December 20, 2007, and any financing committed to, incurred or repaid in connection with any such transaction, regardless of whether such Claims may be asserted pursuant to the Bankruptcy Code or any other applicable law, including, without limitation, the review, evaluation and approval of any support agreement or any agreement for the satisfaction, settlement, discharge and/or release of any such Claims;

    (iii)  take such action from time to time as the Special Committee deems appropriate or advisable to fully inform itself with respect to any Claims or the structure, terms or conditions of any Plan;

1



**MW-0000005**

(iv)   review, evaluate and approve, and authorize the execution and filing of, any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions the Special Committee deems appropriate or advisable in connection with the Chapter 11 Proceedings; and

(v)   take such other actions to assist the Board in carrying out its responsibilities as the Board may delegate to or request of the Special Committee from time to time;

**RESOLVED**, that the Company and its advisors may not file and pursue any Plan unless the Plan has been approved by the Special Committee and, if required by law, the Company's certificate of incorporation or bylaws, or deemed desirable by the Special Committee in its discretion, recommended by the Special Committee to the Board for its approval and approved by the Board;

**RESOLVED**, that each of Jeffrey S. Berg, Mark Shapiro, Maggie Wilderotter and Frank Wood, be and hereby is, appointed to serve as a member ("Members") of the Special Committee, with Mr. Shapiro serving as the Chair of the Special Committee, and shall hold such membership until such person's successor is duly appointed and qualified or until such person's earlier death, resignation or removal;

**RESOLVED**, that the Special Committee shall obtain assistance, information and/or services from the officers and employees of the Company and its affiliates and the legal counsel, financial advisors, accountants and other professionals retained by the Company in carrying out its responsibilities as set forth in these resolutions;

**RESOLVED**, that the Special Committee is authorized to employ and retain, at the Company's expense, legal counsel, financial advisors, accountants and other professionals (collectively, "Professional Advisors") or utilize the services of Professional Advisors retained by the Company (previously or in the future), in each case, to advise the Special Committee, as it deems necessary or advisable, to assist the Special Committee in carrying out its responsibilities as set forth in these resolutions;

**RESOLVED**, that the Special Committee be, and hereby is, authorized to enter into, on behalf of the Company, such contracts or arrangements providing for the retention, compensation, reimbursement of expenses and indemnification of such Professional Advisors as the Special Committee may deem necessary or appropriate and that the Company be, and hereby is, directed to pay all fees and expenses of such Professional Advisors and to honor all other obligations of the Company under such contracts or arrangements;

**RESOLVED**, that the Company shall reimburse or advance funds to members of the Special Committee for any and all additional costs and expenses incurred by such members in connection with their service on the Special Committee;

**RESOLVED**, that the Special Committee Members will be entitled to the same limitation of liability and indemnification afforded to directors of the Company as set forth in Articles Seventh and Eighth of the Amended and Restated Certificate of Incorporation of the Company and, without limitation, will be indemnified to the full extent provided by any existing director and officer indemnity agreements, the Company's Amended and Restated Certificate of Incorporation

2

MW-0000006

and bylaws and Delaware law for all acts or omissions to act by any such Committee Member in connection with his or her service as such;

**RESOLVED,** that the Special Committee and its advisors are authorized to have access to the books, records and other documents or information of the Company and its affiliates, in each as case as the Special Committee and its advisors deem necessary, advisable or convenient to assist the Special Committee in performing its duties;

**RESOLVED,** that the appropriate officers and employees of the Company be, and they hereby are, authorized and directed to cooperate fully with the Special Committee and its advisors, including, without limitation, providing the Special Committee, its advisors and such third parties as the Special Committee may designate any and all information relating to the Company requested by or on behalf of the Special Committee, all to the extent determined by the Special Committee to be necessary, desirable or appropriate;

**RESOLVED,** that the Special Committee shall report to the Board in regard of its activities at such times and in such manner as the Board shall deem appropriate;

**RESOLVED,** that consistent with the foregoing resolutions and subject to the direction of the Special Committee, the proper officers of the Company be, and each of them hereby is, authorized and empowered to take any additional action and to execute and deliver any and all additional documents, instruments or certificates on behalf of the Company, and to pay such amounts or to do or cause to be done any and all other things as the Special Committee may deem necessary, appropriate or desirable to carry out the intent of each of the foregoing resolutions;

**RESOLVED,** that the Special Committee be, and it hereby is, authorized to establish its own rules and procedures for convening and conducting meetings and otherwise carrying out its duties and authority as herein contemplated; and

**RESOLVED,** that the authority hereby delegated to the Special Committee and the foregoing resolutions will operate from the time of approval by the Board until the earlier of (a) such time as the Board shall determine and (b) the Committee's determination, in its sole discretion, as set forth in its written notice to the Secretary of the Company, that the Special Committee's continuation is no longer necessary, desirable or appropriate.

[Director signatures appear on the following page]

3

**MW-0000007**

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent on the date first above written.

_____                    _____
Samuel Zell                                 Jeffrey S. Berg


_____                    _____
Brain L. Greenspun                          Betsy D. Holden


_____                    _____
Randy Michaels                              William A. Osborn


_____                    _____
William Pate                                Mark Shapiro


_____                    _____
Maggie Wilderotter                          Frank Wood

Being all of the Members of the
Board of Directors of
**TRIBUNE COMPANY**

4

MW-0000008