# The image has been removed because it contained confidential information