## EXHIBIT A

CPAM: 3361547.1

**List of Preference Defendants**

Sidley Austin LLP
McDermott Will & Emery
PricewaterhouseCoopers
Jenner & Block LLP
Paul, Hastings, Janofsky & Walker LLP
Seyfarth Shaw LLP
King, Blackwell, Downs & Zehnder, P.A.
Davis Wright & Tremaine
Levine Sullivan Koch & Schulz, LLP