**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, et al. ) | |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | |

### DECLARATION OF JACK DOYLE IN SUPPORT OF EMERGENCY MOTION OF STEP ONE CREDIT AGREEMENT LENDERS FOR RELIEF CONCERNING JPMORGAN CHASE BANK N.A.'S REFUSAL TO RECORD LOAN TRADES

**JACK DOYLE**, declares under the penalty of perjury, pursuant to 28 U.S.C. section 1746, as follows:

1. I am a partner at Wexford Capital LP ("Wexford"), an investment advisor having an office at 411 West Putnam Avenue, Greenwich, Connecticut 06830.

2. The facts set forth herein are based upon my personal knowledge as a partner at Wexford. I am authorized to submit this Declaration, and, if called as a witness, I could and would testify thereto.

3. On November 16, 2010, Tony McCann, a National Sales Manager of JP Morgan Chase Bank, N.A. or one of its affiliates ("JPMorgan"), called me to explain that JPMorgan would no longer be willing to engage in any trades of Tribune with Wexford or its affiliated investment funds because Wexford, along with numerous others, had brought a breach of contract action against JPMorgan in New York State Supreme Court captioned Alden Global Distressed Debt Opportunities Fund, et al. v. JPMorgan Chase Bank, et al., Index No. 651884/2010.

Dated: Greenwich, Connecticut

November 23, 2010                                 _____
                                                  JACK DOYLE

2