# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 4091, 4230, 4326, 4327, 4395, and 4406** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN CERTAIN OF THE DEBTORS AND ORACLE AMERICA, INC., AS SUCCESSOR-BY-MERGER TO SUN MICROSYSTEMS, INC., REGARDING (I) RESOLUTION OF DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO THE CLAIMS OF ORACLE AND (II) ALLOWANCE OF CERTAIN PREPETITION CLAIMS OF ORACLE

The undersigned, counsel to the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-7190424v1

1.  On April 16, 2010, the Debtors filed the Debtors' Twenty-Fourth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (D.I. 4091) (the "Objection") with the Court.

2.  Among the claims identified on Exhibit A to the Objection were eight (8) claims held by Oracle America, Inc., as successor-by-merger to Sun Microsystems, Inc. ("Oracle") against the Debtors (collectively, the "Oracle Claims"), which has been assigned claim numbers 4634, 4635, 4636, 4640, 4748, 4749, 4750, and 4751 by the Bankruptcy Court-appointed claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq").

3.  On or about May 11, 2010, Oracle filed the following responses to the Objection with the Court: (i) Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability] [Tribune Company and Los Angeles Times Companies](Claims ## 4748, 4749, 4750, & 4751) (D.I. 4326); and (ii) Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability] [Tribune Company and Chicago Tribune Companies](Claims ## 4634, 4635, 4636, & 4640) (D.I. 4327).

4.  On May 14, 2010, the Court entered an Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims (D.I. 4406), except as to the Oracle Claims and the claims of certain other creditors enumerated therein.

5.  As a result of the parties' subsequent discussions regarding the Objection and exchange of additional records, Debtors Chicago Tribune Company ("CTC") and Los Angeles Times Communications LLC ("LATC") have entered into a stipulation with Oracle (the "Stipulation"), which, inter alia, provides that Oracle shall have an allowed general unsecured claim against CTC, Claim No. 4634, in the modified amount of $282,072.00 and an allowed

general unsecured claim against LATC, Claim No. 4751, in the modified amount of $227,760.00 (collectively, the "Allowed Claims"). The Debtors have agreed that upon the approval of this Stipulation by the Bankruptcy Court, the Objection shall be deemed to be withdrawn as it relates to the Allowed Claims. Oracle has agreed that Claim Nos. 4635, 4636, 4640, 4748, 4749, and 4750 reflect duplicate liability of the foregoing Allowed Claims (collectively, the "Duplicate Claims"). Oracle consents to the entry of an order by Bankruptcy Court sustaining the Objection as to the Duplicate Claims on the alternative grounds that such claims duplicate the liability of the Allowed Claims. A copy of the Stipulation is attached hereto at Exhibit A.

6. Attached hereto as Exhibit B is a proposed **Order Approving Stipulation Between Certain of the Debtors and Oracle America, Inc., as successor-by-merger to Sun Microsystems, Inc., Regarding (i) Resolution of Debtors' Twenty-Fourth Omnibus (Substantive) Objection To Claims As It Relates to the Claims of Oracle and (ii) Allowance of Certain Prepetition Claims of Oracle** (the "Proposed Order"), which reflects the foregoing agreement of the parties. The Debtors respectfully request the Court enter the Proposed Order.

[Remainder of Page Intentionally Left Blank]

Dated: Wilmington, Delaware
November 23, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION