IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 08- 13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 23, 2010, copies of the following were served in the manner indicated upon the entities on the attached list:

1. Emergency Motion Of Step One Credit Agreement Lenders For Relief Concerning JPMorgan Chase Bank, N.A.'s Refusal To Record Loan Trades (D.I. 6561, Filed 11/23/10); and

2. Motion Of The Step One Lenders Pursuant To Del. Bankr. L.R. 9006-1(e) For Order Shortening Notice For Emergency Motion Of Step One Credit Agreement Lenders For Relief Concerning JPMorgan Chase Bank, N.A.'s Refusal To Record Loan Trades (D.I. 6562, Filed 11/23/10).

Dated: November 23, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan, Esq.
590 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Adam Friedman, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

BRACEWELL & GIULIANI LLP
Evan D. Flaschen, Esq.
225 Asylum Street, 26th Floor
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

Daniel S. Connolly, Esq.
1251 Avenue of the Americas
49th Floor
New York, NY 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Counsel to the Step One Credit Agreement Lenders*

3869352.2