# SERVICE LIST

**BY HAND DELIVERY**

JOHN V. FIORELLA, ESQ.
ARCHER & GREINER, PC
300 DELAWARE AVE
SUITE 1370
WILMINGTON, DE  19801

WILLIAM P. BOWDEN
AMANDA M. WINFREE
ASHBY & GEDDES, PA
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON, DE  19899

DAVID M. POWLEN
BARNES & THORNBURG LLP
1000 NORTH WEST STREET
SUITE 1200
WILMINGTON, DE  19801

JAMIE L. EDMONSON, ESQ.
BAYARD, P.A.
222 DELAWARE AVENUE
SUITE 900
WILMINGTON, DE  19801

JENNIFER R. HOOVER, ESQ.
BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF, LLP
222 DELAWARE AVENUE
SUITE 801
WILMINGTON, DE  19801

IAN CONNOR BIFFERATO, ESQ.
KEVIN COLLINS, ESQ.
BIFFERATO LLC
800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE  19801

JAMI B. NIMEROFF, ESQ.
BROWN STONE NIMEROFF LLC
4 EAST 8TH STREET
SUITE 400
WILMINGTON, DE  19801

NORMAN L PERNICK, ESQ
J KATE STICKLES, ESQ
COLE SCHOTZ MEISEL FORMAN
   & LEONARD, PA
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE  19801

SUSAN E. KAUFMAN, ESQ.
COOCH & TAYLOR PA
1000 WEST STREET
10TH FLOOR
WILMINGTON, DE  19801

MARK E. FELGER, ESQ.
COZEN O'CONNOR
1201 N. MARKET STREET
SUITE 1400
WILMINGTON, DE  19801

CHRISTOPHER P. SIMON, ESQ.
CROSS & SIMON LLC
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801

MICHAEL R. LASTOWSKI, ESQ.
SOMMER L. ROSS
DUANE MORRIS LLP
1100 NORTH MARKET STREET
SUITE 1200
WILMINGTON, DE  19801

MARGARET F. ENGLAND, ESQ.
ECKERT, SEAMANS, CHERIN
   & MELLOT, LLC
300 DELAWARE AVENUE
SUITE 1210
WILMINGTON, DE  19801

STUART M. BROWN, ESQ.
EDWARDS ANGELL PALMER
   & DODGE LLP
919 N. MARKET STREET
SUITE 1500
WILMINGTON, DE  19801

WILLIAM M KELLEHER
ELLIOTT GREENLEAF
1105 NORTH MARKET STREET
SUITE 1700
WILMINGTON, DE  19801

ATTN:  JEFFREY M. SCHLERF
JOHN H. STROCK, ESQS.
FOX ROTHSCHILD LLP
CITIZENS BANK CENTER
919 N. MARKET STREET
SUITE 1600
WILMINGTON, DE  19801

| | |
|---|---|
| DENNIA A. MELORO<br>GREENBERG TRAURIG, LLP<br>THE NEMOURS BUILDING<br>1007 N. ORANGE STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 | JOSEPH L. CHRISTENSEN<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 |
| INTERNAL REVENUE SERVICE<br>844 KING STREET<br>WILMINGTON, DE  19801 | DAVID B. STRATTON, ESQ.<br>LEIGH-ANNE M. RAPORT,ESQ.<br>JOHN H. SCHANNE, II<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA<br>1313 MARKET STREET<br>SUITE 5100<br>WILMINGTON, DE  19899-1709 |
| ADAM G LANDIS<br>MATTHEW B MCGUIRE<br>LANDIS RATH & COBB LLP<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON, DE  19801 | |
| JAMES E. HUGGETT, ESQ.<br>MARGOLIS EDELSTEIN<br>750 SHIPYARD DRIVE<br>SUITE 102<br>WILMINGTON, DE  19801 | JOHN C. PHILLIPS, ESQ.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE  19806 |
| | ADAM HILLER<br>DONNA HARRIS<br>PINCKNEY, HARRIS & WEIDINGER, LLC<br>1220 NORTH MARKET STREET<br>SUITE 950<br>WILMINGTON, DE  19801 |
| KATHARINE L. MAYER, ESQ.<br>MCCARTER & ENGLISH, LLP<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET<br>8TH FLOOR<br>WILMINGTON, DE  19801 | LAURIE SILVERSTEIN, ESQ<br>POTTER ANDERSON & CORROON LLP<br>HERCULES PLAZA<br>1313 N MARKET ST<br>PO BOX 951<br>WILMINGTON, DE  19899-0951 |
| FREDERICK B. ROSNER, ESQ.<br>MESSANA ROSNER & STERN, LLP<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 | |
| RACHEL B. MERSKY, ESQ.<br>MONZACK MERSKY MCLAUGHLIN<br>   AND BROWDER, P.A.<br>1201 N. ORANGE STREET<br>SUITE 400<br>WILMINGTON, DE  19801 | MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ.<br>RICHARDS, LAYTON & FINGER, PA<br>920 NORTH KING STREET<br>WILMINGTON, DE  19801 |
| | MARK MINUTI, ESQUIRE<br>SAUL EWING LLP<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON, DE  19899 |
| DAVID M. KLAUDER, ESQ.<br>OFFICE OF THE U.S. TRUSTEE<br>844 KING STREET<br>SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE  19899-0035 | R.KARL HILL, ESQ.<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON, DE  19899 |
| LAURA DAVIS JONES, ESQ.<br>TIMOTHY P. CAIRNS, ESQ.<br>MARK M. BILLION, ESQ.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON, DE  19899 | BRIAN E. LUTNESS, ESQ.<br>SILVERMAN MCDONALD & FRIEDMAN<br>1010 N. BANKCROFT PARKWAY<br>SUITE 22<br>WILMINGTON, DE  19805 |

SHERRY RUGGIERO FALLON
TYBOUT REDFEARN AND PELL
750 SHIPYARD DRIVE
SUITE 400
WILMINGTON, DE  19899-2092

ELLEN W. SLIGHTS, ESQ
US ATTORNEY'S OFFICE
1201 MARKET STREET
SUITE 1100
WILMINGTON, DE  19899-2046

PATRICK J. HEALY
VICE PRESIDENT
WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

ROBERT S. BRADY, ESQ.
M. BLAKE CLEARY, ESQ.
YOUNG CONAWAY STARGATT
   & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET
17TH FLOOR
WILMINGTON, DE  19801

THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
ZUCKERMAN SPAEDER LLP
919 MARKET STREET
SUITE 990
WILMINGTON, DE  19801

Richard W. Riley
Sommer L. Ross
Duane Morris LLP
1100 N. Market Street
Suite 1200
WILMINGTON, DE  19801

WILLIAM HAZELTINE, ESQ.
LAW OFFICES OF WILLIAM A HAZELTINE LLC
THE BRANDYWINE OFFICE BUILDING
1000 NORTH WEST STREET
SUITE 1200
WILMINGTON, DE  19801

CHRISTOPHER S. CHOW, ESQ.
DAVID T. MAY, ESQ.
BALLARD SPAHR LLP
919 N. MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE  19801

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 EAST 8TH STREET
Suite 400
WILMINGTON, DE  19801

**BY FIRST CLASS MAIL**

COREY SMITH BOTT
BRIAN G. ESDERS
ABATO, RUBENSTEIN AND
   ABATO, P.A.
809 GLENEAGLES COURT
SUITE 320
BALTIMORE, MD  21286

MEGHAN C. HORN, ESQ.
ABATO, RUBENSTEIN AND
   ABATO, P.A.
809 GLENEAGLES COURT
SUITE 320
TOWSON, MD  21286

ANGIE M. COWAN
ALLISON, SLUTSKY &
   KENNEDY, PC
230 W MONROE ST
SUITE 2600
CHICAGO, IL  60606

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD
SUITE 300
BLOOMFIELD HILLS, MI  48304

HOWARD J. KAPLAN, ESQ.
DEANNA DAVIDIAN, ESQ.
ARKIN KAPLAN RICE LLP
590 MADISON AVENUE
NEW YORK, NY  10022

THOMAS V. ASDOUNIS, ESQ.
ASKOUNIS & DARCY, PC
401 NORTH MICHIGAN AVENUE
SUITE 550
CHICAGO, IL  60611

| | |
|---|---|
| FRANK F. MCGINN<br>(MA BBO# 564729)<br>BARTLETT HACKETT FEINBERG PC<br>155 FEDERAL STREET<br>9TH FLOOR<br>BOSTON, MA  02110 | SHAWN M. CHRISTIANSON, ESQ.<br>BUCHALTER NEMER<br>A PROFESSIONAL CORPORATION<br>333 MARKET STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA  94105-2126 |
| JOSHUA G. LOSARDO, ESQ.<br>BELKIN BURDEN WENIG &<br>   GOLDMAN, LLP<br>270 MADISON AVENUE<br>NEW YORK, NY  10016 | RUTH WIENSTEIN<br>CANON USA, INC<br>1 CANON PLAZA<br>LAKE SUCCESS, NY  11042 |
| DAVID M. NEUMANN, ESQUIRE<br>BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF, LLP<br>200 PUBLIC SQUARE<br>SUITE 2300<br>CLEVELAND, OH  44114-2378 | JOANNE FUNGAROLI, ESQ.<br>CAPITALSOURCE FINANCE LLC<br>4445 WILLARD AVENUE<br>12TH FLOOR<br>CHEVY CHASE, MD  20815 |
| JOHN WHITE, ESQ.<br>BLAKELEY & BLAKELEY LLP<br>2 PARK PLAZA<br>SUITE 400<br>IRVINE, CA  92614 | JOSEPH AUGUSTYNIAK<br>CATHOLIC CHARITIES<br>1966 GREENSPRING DRIVE<br>SUITE 200<br>TIMONIUM, MD  21093 |
| BLOOM HERGOTT DIEMER ROSENTHAL<br>   LAVIOLETTE FELDMAN & GOOD MAN, LLP<br>150 S. RODEO DRIVE<br>3RD FLOOR<br>BEVERLY HILLS, CA  90212 | HOWARD SEIFE<br>DAVID M LEMAY<br>DOUGLAS E DEUTSCH<br>CHADBOURNE & PARKE LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY  10112 |
| JEFFREY J. NEWTON<br>BROWARD COUNTY<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL  33301 | CHRISTINE Z. HERI<br>U.S. DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>230 SOUTH DEARBORN<br>ROOM 844<br>CHICAGO, IL  60604 |
| ROBERT J. STARK, ESQ.<br>DANIEL J. SAVAL, ESQ.<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY  10036 | BABETTE A CECCOTI<br>COHEN WEISS & SIMON LLP<br>330 WEST 42ND STREET<br>NEW YORK, NY  10036 |
| MICHELLE MCMAHON, ESQ.<br>BRYAN CAVE LLP<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10104 | PHILIP GREGORY, ESQ.<br>COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD<br>SUITE 200<br>BURLINGAME, CA  94010 |
| PAMELA KOHLMAN WEBSTER<br>BUCHALTER NEMER<br>1000 WILSHIRE BOULEVARD<br>SUITE 1500<br>LOS ANGELES, CA  90017-2457 | MARK A NITIKMAN, ESQ.<br>CROUDACE & DIETRICH LLP<br>4750 VON KARMAN AVENUE<br>NEWPORT BEACH, CA  92660 |

ELAINE Z. COLE, ESQ.
DANIEL SMIRLOCK, DEPUTY
    COMMISSIONER AND COUNSEL
340 E. MAIN STREET
ROCHESTER, NY  14604

KEITH D. ELKINS, ESQ.
ELKINS KALT WEINTRAUB REUBEN
    GARTSIDE LLP
1800 CENTURY PARK EAST
7TH FLOOR
LOS ANGELES, CA  90067

KENNETH MILLER, ESQ.
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BLVD
9TH FLOOR
BEVERLY HILLS, CA  90212

MARY K. BRAZA, ESQ.
FOLEY & LARDNER LLP
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202-5306

ATTN. JOSEPH D. FRANK
FRANK/GECKER LLP
325 NORTH LASALLE STREET
SUITE 625
CHICAGO, IL  60654

AARON L. HAMMER, ESQ.
DEVON J. EGGERT, ESQ.
FREEBORN & PETERS LLP
311 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL  60606

EDWARD A. FRIEEDMAN
WILLIAM P.WEINTRAUB
FRIEDMAN KAPLAN SEILER &
    ADELMAN LLP
1633 BROADWAY
NEW YORK, NY  10019-6708

J. BENNETT FRIEDMAN, ESQ.
FRIEDMAN LAW GROUP
1901 AVENUE OF THE STARS
SUITE 1700
LOS ANGELES, CA  90067-4409

DONALD R. FURMAN JR.
FURMAN GREGORY LLC
75 FEDERAL STREET
9TH FLOOR
BOSTON, MA  02110

RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
obo GATEWAY PACIFIC PROPERTIES, INC.
901 DOVE STREET
SUITE 120
NEWPORT BEACH, CA  92660

RAMESH SINGH
GE MONEY BANK
C/O RECOVERY MANAGEMENT
    SYSTEMS CORP.
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131-1605

JAN I BERLAGE
GOHN HANKEY & STICHEL LLP
201 NORTH CHARLES STREET
BALTIMORE, MD  21201

KEVIN P. GARLAND, ESQ.
GREENBERG TRAURIG, LLP
2450 COLORADO AVENUE
SUITE 400 E
SANTA MONICA, CA  90404

EDWARD J. TREDINNICK, ESQ.
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
FOUR EMBARCARCADERO CENTER
SUITE 4000
SAN FRANCISCO, CA  94111

ANTHONY DEGLOMINE, III
HARRIS CORPORATION
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL  32919

BRUCE BENNETT, ESQ.
JAMES O. JOHNSON, ESQ.
JOSHUA D. MORSE, ESQ.
HENNIGAN, BENNETT & DORMAN, LLP
865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES, CA  90017

PAUL RUBIN, ESQ.
STEPHEN B. SELBST, ESQ.
HERRICK FEINSTEIN LLP
TWO PARK AVENUE
NEW YORK, NY  10016

KEN HIGMAN, SR.
DEFAULT & RECOVERY ANALY
HEWLETT-PACKARD COMPANY
2125 E. KATELLA AVE.
SUITE 400
ANAHEIM, CA  92806

RAMONA NEAL
CORPORATE COUNSEL
HEWLETT-PACKARD COMPANY
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID  83714-0021

MARGARET ANN NOLAN, COUNTY SOLICITOR
CAMELA J. SANDMANN, ASSISTANT
    COUNTY SOLICITOR
HOWARD COUNTY OFFICE OF LAW
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

BEVERLY H SHIDELER
IBM CORPORATION
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL  60181

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD  21201

J. SCOTT DOUGLASS
909 FANNIN
SUITE 1800
HOUSTON, TX  77010

JEFFREY N. RICH, ESQ.
K&L GATES LLP
599 LEXINGTON AVE
NEW YORK, NY  10022-6030

CHARLES R. SMITH, ESQ.
K&L GATES LLP
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
PITTSBURGH, PA  15222-2312

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA  91362

MADLYN GLEICH PRIMOFF, ESQ
KAYE SCHOLER LLP
425 PARK AVE
NEW YORK, NY  10022

ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY  10178

KENNETH N. KLEE, ESQ.
KLEE, TUCHIN, BOGDANOFF
    & STERN, LLP
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA  90067-6049

LEE R. BOGDANOFF, ESQ.
MARTIN R. BARASH, ESQ.
KLEE, TUCHIN, BOGDANOFF
    & STERN, LLP
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA  90067-6049

LESLIE A. COHEN, ESQ.
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD.
SUITE 200
SANTA MONICA, CA  90401

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO  80124

ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR
    & SAMPSON, LLP
2323 BRYAN STREET
SUITE 1600
DALLAS, TX  75201

MAUREEN A. MCGREEVEY, ESQ.
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA  19087

FREDERICK D. HYMAN, ESQ.
JEFFREY G. TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ.
JEAN-MARIE L. ATAMIAN, ESQ.
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY  10019

DAVID ADLER, ESQ.
MCCARTER & ENGLISH, LLP
245 PARK AVENUE
27TH FLOOR
NEW YORK, NY  10167


```
PAUL J. CATANESE
PATRICIA K. SMOOTS
MCGUIRE WOODS LLP
77 W. WACKER DRIVE
SUITE 4100
CHICAGO, IL  60601

ELAIN M. SEID
MCPHARLIN SPRINKLES
   & THOMAS, LLP
10 ALMADEN BLVD.
SUITE 1460
SAN JOSE, CA  95113

THOMAS MEITES, ESQ.
MICHAEL MULDER, ESQ.
MEITES, MULDER, MOLLICA & GLINK
20 S. CLARK STREET
SUITE 1500
CHICAGO, IL  60603

MICHAEL A. COX, A.G.
DEBORAH B.WALDMEIR, ASST A.G.
STATE OF MICHIGAN DEPT.
   OF TREASURY
CADILLAC PLACE
3030 W. GRAND BLVD.
SUITE 10-200
DETROIT, MI  48202

CAROLYN ADLER
MORGAN STANLEY FIXED INCOME
1585 BROADWAY
2ND FLOOR
NEW YORK, NY  10036

COLLEEN E. MCMANUS
MUCH SHELIST DENENBERG AMENT
   AND RUBENSTEIN, PC
191 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD
18TH FLOOR
SCHAUMBURG, IL  60173

ROBERT L. COOK
DISTRICT TAX ATTORNEY
NEW YORK STATE DEPARTMENT
   OF TAXATION AND FINANCE
333 EAST WASHINGTON ST.
3RD FLOOR
SYRACUSE, NY  13202

ROBERT L. HANLEY, JR. ESQUIRE
NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
SUITE 700
TOWSON, MD  21204

CAROL E. MOMJIAN, ESQ.
OFFICE OF ATTORNEY GENERAL
21 S. 12TH STREET
3RD FLOOR
PHILADELPHIA, PA  19107-3603

 ATTN: EVAN M. JONES, ESQ.
O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
LOS ANGELES, CA  90071

CHARLES E. DAVIDOW
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K. STREET, N.W.
WASHINGTON, DC  20006-1047

FRANK A ANDERSON
CASSANDRA R BURTON
KARTAR S KHALSA
PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, NW
WASHINGTON, DC  20005-4026

MARTIN S. ZOHN, ESQ.
PROSKAUER ROSE LLP
2049 CENTURY PARK EAST
32ND FLOOR
LOS ANGELES, CA  90067

JOSEPH E. SHICKICH, JR.
MARIA ANN MILANO
RIDDELL WILLIAMS, P.S.
1001- 4TH AVENUE
SUITE 4500
SEATTLE, WA  98154-1192

FRED B. RINGEL, ESQ.
ROBINSON BROG LEINWAND GREEN
   GENOVESE & GLUCK PC
875 THIRD AVENUE
9TH FLOOR
NEW YORK, NY  10022

MICHAEL S. AMATO, ESQ.
RUSKIN MASCOU FALTISCHEK, P.C.
1425 RXR PLAZA
EAST TOWER, 15TH FLOOR
UNIONDALE, NY  11556-1425
```

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC   20020

JULIE A. MANNING, ESQ.
SHIPMAN & GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT   06103-1919

KENNETH P. KANSA ESQ.
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL   60603

JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL   60603

KEVIN T. LANTRY, ESQ.
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA   90013

RONALD M. TUCKER, ESQ.
SIMON PROPERTY GROUP, INC.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN   46204

DANA S. PLON, ESQ.
SIRLIN GALLOGLY & LESSER, P.C.
1529 WALNUT STREET
SUITE 600
PHILADELPHIA, PA   19102

KELLY SINGER, ESQ.
SQUIRE, SANDERS & DEMPSEY LLP
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE
SUITE 2700
PHOENIX, AZ   85004-4498

EDMOND P O'BRIEN ESQ
STEMPEL BENNETT CLAMAN
   & HOCHBERG PC
675 THIRD AVENUE
31ST FLOOR
NEW YORK, NY   10017

W. ANDREW DALTON
FEE EXAMINER
STUART MAUE
3840 MCKELVEY RD
ST. LOUIS, MO   63044

ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
THE DSF GROUP
950 WINTER STREET
SUITE 4300
WALTHAM, MA   02451-1486

DAVID W. REIMANN, ESQ.
THE REIMANN LAW GROUP
1960 E. GRAND AVENUE
SUITE 1165
EL SEGUNDO, CA   90245

SCOTT FRIEDBERG
THE SEAPORT GROUP LLC
360 MADISON AVENUE
22ND FLOOR
NEW YORK, NY   10017

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT   06183-4044

JACQUELINE A. CRISWELL
TRESSLER SODERSTORM MALONEY
   & PRESS, LLP
SEARS TOWER
233 SOUTH WACKER DRIVE
22ND FLOOR
CHICAGO, IL   60606-6314

JODIE REA
TWENTIETH TELEVISION, INC.
2121 AVENUE OF THE STARS
SUITE 1754
LOS ANGELES, CA   90067

YONATAN GELBLUM
TRIAL ATTY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
555 4TH ST. NW
ROOM 6110
P.O. BOX 227
WASHINGTON, DC   20044

GEORGE R. MESIRES, ESQ.
UNGARETTI & HARRIS
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL   60602

TIFFANY STRELOW COBB
VORYS SATER SEYMOUR & PEASE LLP
52 EAST GAY STREET
COLUMBUS, OH   43215

WAYNE M. SMITH, ESQ.
WARNER BROS. TELEVISION
   DISTRIBUTION, INC.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA  91522

DOUGLAS R. GONZALES, ESQ.
WEISS SEROTA HELFMAN
   PASTORIZA COLE & BONISKE, P.L
200 EAST BROWARD BOULEVARD
SUITE 1900
FORT LAUDERDALE, FL  33301

THOMAS E. LAURIA
GERARD H. UZZI
SCOTT GREISSMAN
WHITE & CASE LLP
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2787

ALAN J. LIPKIN, ESQ.
JEREMY E. CRYSTAL, ESQ.
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019

ANDREW GOLDMAN, ESQ.
WILMER CUTLER PICKERING
   HALE & DORR LLP
399 PARK AVENUE
NEW YORK, NY  10022

DAVID NEIER, ESQ.
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY  10166

ROBERT E PAUL ESQ
ZWERDLKING PAUL KAHN
   & WOLLY PC
1025 CONNECTICUT AVENUE NW
SUITE 712
WASHINGTON, DC  20036-5420

THOMAS W. CORBETT, JR., A.G.
CAROL E. MOMJIAN, SR. DEP. A.G.
PA DEPT OF REV.
BUREAU OF ACCOUNTS SETTLEMENT
PA I.D. NO. 049219
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107-3603

MICHAEL V. BLUMENTHAL, ESQ.
CROWELL & MORING LLP
590 MADISON AVENUE
19TH FLOOR
NEW YORK, NY  10022

DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
DAVIS POLK & WARDELL LLP
450 LEXINGTON AVENUE
NEW YORK, NY  10017

MICHAEL J. SMALL, ESQ.
FOLEY & LARDNER LLP
321 NORTH CLARK
SUITE 2800
CHICAGO, IL  60610-4500

FRED FELLMETH, ESQ.
GENERAL COUNSEL
THE VITEC GROUP PLC
BROADCAST SYSTEMS DIVISION
101 BILBY ROAD
HACKETTSTOWN, NJ  07840

BRIAN M. DOUGHERTY
GOLDSTINE, SKRODZKI, RUSSIAN,
   NEMEC AND HOFF, LTD.
835 MCCLINTOCK DRIVE
SECOND FLOOR
WILLOWBROOK, IL  60527

SCOTT A. GOLDEN, ESQ.
IRA S. GREENE, ESQ.
HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY  10022

DANIEL FEINBERG, ESQ.
ANGELICA K. JONGCO, ESQ.
NINA WASOW, ESQ.
LEWIS, FEINBERG, LEE, RENAKER
   & JACKSON, P.C.
1330 BROADWAY
SUITE 1800
OAKLAND, CA  94612

SHERYL L. MOREAU
SPECIAL ASST A.G.
MISSOURI DEPARTMENT OF REVENUE
301 W. HIGH STREET
ROOM 670
PO BOX 475
JEFFERSON CITY, MO  65105-0475

ADAM H. FRIEDMAN, ESQ.
STEVE WOLOSKY, ESQ.
FREDRICK J. LEVY, ESQ.
OLSHAN GRUNDMAN FROME
   ROSENZWEIG & WOLOSKY LLP
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY  10022

BRADLEY J. BUTWIN  
DANIEL L. CANTOR,  
O'MELVENY & MYERS LLP  
TIMES SQUARE TOWER  
7 TIMES SQUARE  
NEW YORK, NY  10036  

STEPHEN J. SHIMSHAK  
ANDREW GORDON  
DAVID W. BROWN  
LAUREN SHUMEJDA  
PAUL, WEISS, RIFKIND, WHARTON  
 & GARRISSON LLP  
1285 AVENUE OF THE AMERICAS  
NEW YORK, NY  10019-6064  

MARTHA E. ROMERO, ESQ.  
ROMERO LAW FIRM  
BMR PROFESSIONAL BLDG  
6516 BRIGHT AVENUE  
WHITTIER, CA  90601  

JAY TEITELBAUM  
TEITELBAUM & BASKIN, LLP  
3 BARKER AVENUE  
THIRD FLOOR  
WHITE PLAINS, NY  10601  

GRAEME W. BUSH, ESQ.  
JAMES SOTTILE, ESQ.  
ZUCKERMAN SPAEDER LLP  
1800 M STREET, NW  
SUITE 1000  
WASHINGTON, DC  20036  

John P. Seiger, Esq.  
Alexander S. Vesselinovitch  
Daniel J. Polastek  
Joshua A. Gadharf  
Katten Muchin Rosenman LLP  
525 W. Monroe Street  
CHICAGO, IL  60661-3693  

Daniel H. Golden, Esq.  
Philip C. Dublin, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
NEW YORK, NY  10036  

David S. Rosner, Esq.  
Richard F. Casher, Esq.  
Kasowitz Benson Torres & Friedman LLP  
1633 BROADWAY  
NEW YORK, NY  10019  

C.B. BLACKARD, III  
CORPORATE COUNSEL  
ACXIOM CORPORATION  
301 E. DAVE WARD DRIVE  
P.O. BOX 2000  
CONWAY, AR  72033-2000  

JUDY D. THOMPSON  
JD THOMPSON LAW  
P.O. BOX 33127  
CHARLOTTE, NC  28233  

JOHN P DILLMAN  
LINEBARGER GOGGAN BLAIR  
 & SAMPSON LLP  
PO BOX 3064  
HOUSTON, TX  77253-3064  

MICHAEL  SCHLOSS  
OFFICE OF THE SOLICITOR  
U.S. DEPARTMENT OF LABOR  
PLAN BENEFITS SECURITY DIVISION  
P.O. BOX 1914  
WASHINGTON, DC  20013  

TOOD M. HOEPKER, ESQ.  
P.O. BOX 3311  
ORLANDO, FL  32802-3311  

JANET FITZPATRICK  
LEGAL ASSISTANT  
UNISYS CORPORATION  
UNISYS WAY  
P.O. BOX 500  
M/S E8-108  
BLUE BELL, PA  19424  

MATTHEW J. TROY, ESQ.  
US DEPT OF JUSTICE CIVIL DIVISION  
PO BOX 875  
WASHINGTON, DC  20004-0875  

ELIZABETH S. GOLDBERG, ESQ  
U.S. DEPARTMENT OF LABOR  
PLAN BENEFITS SECURITY DIV  
P.O. BOX 1914  
WASHINGTON, DC  20013  

JAMES E SORENSON  
D TYLER LEUVEN  
CHAD D HECKMAN  
JARED S GARDNER  
MARY LINZEE VAN LEUVEN  
WILLIAMS GAUTIER GWYNN  
 DELOACH & SORENSON PA  
P.O. BOX 4128  
TALLAHASSEE, FL  32315-4128

```
C/O BECKET AND LEE LLP
AMERICAN EXPRESS TRAVEL
    RELATED SERVICES CO., INC.
P.O. BOX 3001
MALVERN, PA  19355
```