## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. No. 6559, 6560 |

### ORDER GRANTING MOTION PURSUANT TO DEL. BANKR. L.R. 9006-1(e) FOR AN ORDER SHORTENING TIME FOR NOTICE OF THE HEARING TO CONSIDER MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO (A) TOLL CERTAIN CAUSES OF ACTION AGAINST THE DEBTORS' PROFESSIONALS ON BEHALF OF THE DEBTORS' ESTATES ARISING UNDER AND PURSUANT TO 11 U.S.C. §§ 547 AND 550 OR, AT THE COMMITTEE'S OPTION, (B) COMMENCE, PROSECUTE, SETTLE AND RECOVER SUCH ACTIONS

Upon consideration of the motion pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Motion to Shorten**") for entry of an order shortening the time for notice to consider the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to (A) Toll Certain Causes of Action Against the Debtors' Professionals on Behalf of the Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550 or, at the Committee's Option, (B) Commence, Prosecute, Settle and Recover such Actions (the "**Professionals Preference Standing Motion**"); and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no

other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Professionals Preference Standing Motion shall be heard on November 29, 2010 at 10:00 a.m.; and it is further

ORDERED, that objections to the relief requested in the Professionals Preference Standing Motion may be presented at time of hearing; ~~shall be filed and served upon counsel to the Debtors and the Committee no later than~~ _____; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, DE
     November 23, 2010

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge