# EXHIBIT A

## Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Seventeenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period October 1, 2010 through October 31, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Seventeenth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-7191966v1

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 23d day of November, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1 - OCTOBER 31, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 38.5 | 20,405.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 55.1 | 39,947.50 |
| Robert J. Folliard* | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 450 | 21.3 | 9,585.00 |
| Kevin P. Latek* | Member (since 2005); Communications; 1997 (DC) | 450 | 43.2 | 19,440.00 |
| | Travel time at 50% | 225 | 13.0 | 2,925.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 53.8 | 34,970.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 13.9 | 5,560.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 (WI) | 440 | 23.5 | 10,340.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 (DC) | 280 | 9.7 | 2,716.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 20.5 | 12,812.50 |
| Suzanne M. Underwald* | Member (since 2004);  Media & Information Technologies; 1995 (MD) & 1996 (DC) | 450 | 1.4 | 630.00 |
| David J. Wittenstein* | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 450 | 0.8 | 360.00 |

**TOTALS** 294.7 159,691.00
**BLENDED RATE** 541.8764846

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

* Blended billing rate of $450 through 12/31/10 on Broadcast Contract work

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## OCTOBER 1 - OCTOBER 31, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 201.1 | 121,191.00 |
| Fee Applications 08656.0101 | 13.9 | 5,560.00 |
| Broadcast Contracts 08656.0104 | 66.7 | 30,015.00 |
| Travel Time  08656.0102 (with 50% discount) | 13.0 | 2,925.00 |
| **TOTAL** | **294.7** | **159,691.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

November 25, 2010                                                              Page 1

Tribune Company                                                    Invoice 532437
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY   10016


Our File # 08656.0100          For Services Through October 31, 2010
FCC/Broadcast Matters


| | | |
|---|---|---|
| 10/01/10 | Revise FCC portions of disclosure statement (1.8); correspondence with Sidley re same (0.5).<br>C. Burrow | 2.30 hrs. |
| 10/01/10 | Review disclosure statement for joint Reorganization Plan regarding FCC applications to assign broadcast licenses in bankruptcy (3.8); correspondence with E. Washburn regarding television station ratings/share in cross-ownership markets regarding same (0.2).<br>J. Rademacher | 4.00 hrs. |
| 10/01/10 | Telephone conference with S. Sheehan re FCC/DC issues on pending applications (0.3); research re petitioner's supplemented filings re Tribune FCC applications and response (1.7); review proposed revisions to Plan and FCC impacts (1.0).<br>J. Feore | 3.00 hrs. |
| 10/01/10 | Prepare correspondence to J. Boelter re obligations under Plan and shifts of reference from "Debtors" to "Proponents" (0.4); review disclosure statement draft re additional changes (1.3); prepare additional inserts for Sidley draft (0.4); review and revise compiled document for disclosure statement with inserts on FCC matters (0.7).<br>J. Logan | 2.80 hrs. |
| 10/01/10 | Work on disclosure statement updates (0.9); finalize memorandum to client re FCC "white spaces" decision (0.3).<br>M. Swanson | 1.20 hrs. |
| 10/02/10 | Email client re FCC white spaces decision.<br>M. Swanson | 0.10 hrs. |
| 10/04/10 | Review draft term sheet for FCC issues (0.9); correspondence with | |

Tribune Company

|  |  |  |
|---|---|---|
|  | Sidley re same (0.5); review FCC disclosure issues (0.7). | |
|  | C. Burrow | 2.10 hrs. |
| 10/04/10 | Correspondence with A. Casey regarding updated ratings information for television stations in cross-ownership markets regarding FCC applications for assignment of licenses in bankruptcy. | |
|  | J. Rademacher | 0.30 hrs. |
| 10/04/10 | Review disclosure statement for joint Reorganization Plan regarding FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 2.30 hrs. |
| 10/04/10 | Telephone conference with S. Sheehan re DC timing issues and updates (0.3); review term sheet for new proposed Plan (0.9); review FCC issues and application issues raised (1.3). | |
|  | J. Feore | 2.50 hrs. |
| 10/04/10 | Prepare correspondence to J. Boelter (Sidley) re proposed outline of alternative Plan structure (0.3); review and analyze FCC issues in proposed outline of alternative Plan and trust structure from J. Boelter (1.5); prepare memorandum re FCC issues in connection with proposed alternative Plan structure and trust mechanism (1.6); prepare correspondence to J. Boelter re FCC issues in proposed structure for alternative Plan (0.2); review issues re modifications to Plan section to reflect modifications to description of appellate status of ownership rule challenges (0.3). | |
|  | J. Logan | 3.90 hrs. |
| 10/04/10 | Review and revise disclosure statement section re FCC issues. | |
|  | M. Swanson | 0.90 hrs. |
| 10/05/10 | Review updated Neilsen ratings/share data for cross-ownership markets regarding FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.90 hrs. |
| 10/05/10 | Review revised trust proposal for Tribune to exit bankruptcy (1.6); research re impact on pending FCC applications (1.4); telephone conference with D. Liebentritt re proposals (0.2); telephone conference with S. Sheehan re timing issues (0.2). | |
|  | J. Feore | 3.40 hrs. |
| 10/05/10 | Review re station ratings changes relevant to FCC waiver requests. | |
|  | M. Swanson | 0.90 hrs. |
| 10/06/10 | Work on updated and amended information for pending Tribune FCC applications (1.4); research need to file amendments or supplements with FCC (1.5). | |
|  | J. Feore | 2.90 hrs. |
| 10/06/10 | Review re disclosure statement revisions (1.2); review re reports re Tribune management, bankruptcy timing and effect on FCC timing (0.5); email same to E. Washburn (0.2); review and revise video | |

Tribune Company

|  |  |  |
|---|---|---|
|  | accessibility memo to client (0.4). | |
|  | M. Swanson | 2.30 hrs. |
| 10/07/10 | Review revised Plans and proposals re Tribune ownership and FCC reporting requirements (1.5); telephone conference with S. Sheehan re FCC processing (0.2); research re open issues re amending FCC pending applications (0.8). | |
|  | J. Feore | 2.50 hrs. |
| 10/07/10 | Review re FCC Enforcement Bureau complaints against station (0.5); email E. Washburn re Video Accessibility Act implementation (0.2); telephone conference with E. Washburn re FCC status and Enforcement Bureau complaints (0.2). | |
|  | M. Swanson | 0.90 hrs. |
| 10/08/10 | Edit disclosure statement for joint Reorganization Plan regarding FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 2.60 hrs. |
| 10/08/10 | Review issues re updates to portions of Plan describing appellate status of ownership regulations. | |
|  | J. Logan | 0.60 hrs. |
| 10/08/10 | Review and revise disclosure statement changes. | |
|  | M. Swanson | 1.50 hrs. |
| 10/11/10 | Review disclosure statement for joint Reorganization Plan regarding FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 1.60 hrs. |
| 10/11/10 | Review revisions to proposed Plans and updates to pending FCC applications (1.2); work on possible amendments for FCC and issue of further FCC meetings (0.8). | |
|  | J. Feore | 2.00 hrs. |
| 10/11/10 | Review change proposals for FCC procedural sections (0.4); prepare correspondence to J. Boelter re developments in mediation and relationship to FCC proceeding (0.4); review correspondence from J. Boelter with revised Plan of Reorganization (0.5). | |
|  | J. Logan | 1.30 hrs. |
| 10/11/10 | Review re C-span program re cross-ownership and emails from S. Sheehan re same. | |
|  | M. Swanson | 0.10 hrs. |
| 10/12/10 | Update disclosure statement (1.9); correspondence with Sidley re same (0.4); review revised draft Plan (0.8). | |
|  | C. Burrow | 3.10 hrs. |
| 10/12/10 | Telephone conference with M. Marshall (FCC) regarding FCC indecency and other complaints lodged against Tribune broadcast licenses regarding applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.50 hrs. |

November 15, 2010                                                          Page 4

Tribune Company                                                    Invoice 532437

| | | |
|---|---|---|
| 10/12/10 | Telephone conference with D. Wiley re revised Plan and impact at FCC (0.6); telephone conference with S. Sheehan re DC lobbying efforts (0.3); review revised Plans and disclosure statements re FCC rules, pending applications and possible amendments (2.2). | |
| | J. Feore | 3.10 hrs. |
| 10/12/10 | Review revised Plan of reorganization re FCC matters (0.8); review proposed changes to Reorganization Plan (0.6). | |
| | J. Logan | 1.40 hrs. |
| 10/12/10 | Review FCC Enforcement Bureau "due diligence" response. | |
| | M. Swanson | 0.20 hrs. |
| 10/13/10 | Review revised Plan for FCC issues (1.3); prepare issues list for Sidley re same (0.8). | |
| | C. Burrow | 2.10 hrs. |
| 10/13/10 | Correspondence with M. Marshall (FCC) regarding FCC indecency and other complaints lodged against Tribune broadcast licenses regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |
| 10/13/10 | Review revised Plan re possible FCC major changes and need to file new FCC application (0.9); review ownership filings and calculations re possible new ownership percentages and FCC implications (0.9); research re Board appointment issues in new Plan (0.9). | |
| | J. Feore | 2.70 hrs. |
| 10/13/10 | Review revised Reorganization Plan with Credit Proponents re FCC issues (1.6); prepare memorandum on revised Plan re potential issues from provisions on selection of officers and directors (0.9); prepare spreadsheet re assessment of potential major changes issue (1.3). | |
| | J. Logan | 3.80 hrs. |
| 10/14/10 | Review revised Plan for FCC issues (1.3); review strength of possible argument re Board of Directors and transfer of control (0.8). | |
| | C. Burrow | 2.10 hrs. |
| 10/14/10 | Review draft revisions to multiple proposed plans of reorganization and FCC issues potentially raised by same. | |
| | J. Feore | 1.50 hrs. |
| 10/14/10 | Prepare correspondence to J. Boelter re changes to draft Reorganization Plan on FCC matters (0.9); review revised draft of Reorganization Plan (1.1). | |
| | J. Logan | 2.00 hrs. |
| 10/15/10 | Revise disclosure statement to reconcile new Plan with FCC application filing date (1.3); review revised Plan (1.1); correspondence with Sidley re same (0.6). | |
| | C. Burrow | 3.00 hrs. |

Tribune Company                                                                          Invoice 532437

| 10/15/10 | Correspondence with M. Marshall (FCC) regarding pending indecency and other complaints against Tribune broadcast stations regarding applications for assignment of broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |
| 10/15/10 | Review revisions to proposed Plan re changes in FCC applications, ownership and foreign certification (1.7); research ability to update FCC applications and timing issues re Plan review (2.0). | |
| | J. Feore | 3.70 hrs. |
| 10/15/10 | Review revised Plan document from J. Boelter (Sidley) re FCC issues in proposed Plan (1.4); prepare revisions to Plan section re Credit Proponent stock holding provisions (0.5); prepare correspondence to J. Boelter re implications under FCC rules for revised provisions on entitlement of Credit Proponents to Class A stock (0.4). | |
| | J. Logan | 2.30 hrs. |
| 10/16/10 | Research re voting stock proposal for revised Plan and impact on FCC processing of applications (0.6); review Section 310(b) certifications and need to revise per revised Plan (0.6). | |
| | J. Feore | 1.20 hrs. |
| 10/16/10 | Review re AllVid developments and email E. Washburn re same. | |
| | M. Swanson | 0.10 hrs. |
| 10/18/10 | Review amendments to FCC applications for timing issues (0.6); update disclosure statement (0.7). | |
| | C. Burrow | 1.30 hrs. |
| 10/18/10 | Review and analysis of amendments to FCC applications to assign broadcast licenses in bankruptcy filed since the applications were initially filed. | |
| | J. Rademacher | 1.20 hrs. |
| 10/18/10 | Telephone conference with J. Stenger (counsel for creditors committee) re FCC application processing and follow-up with FCC (2.0); review additional changes to disclosure statement and Plan and impact on FCC (1.5); telephone conference with S. Sheehan re Hill and FCC lobbying efforts (0.3). | |
| | J. Feore | 3.80 hrs. |
| 10/18/10 | Review prior amendments and prepare schedule re same (0.5); review disclosure statement draft and changes to conform to new Reorganization Plan (1.2); revise comprehensive exhibit to FCC applications for proposed amendment (1.4). | |
| | J. Logan | 3.10 hrs. |
| 10/19/10 | Revise general disclosure statement for FCC issues (0.9); revise specific disclosure statement for FCC issues (3.7); correspondence with Sidley re same (0.3). | |
| | C. Burrow | 4.90 hrs. |

Tribune Company

| | |
|---|---|
| 10/19/10 | Prepare protective order for FCC proceeding addressing request for waiver of duopoly rule in Hartford television market regarding application to assign broadcast licenses in bankruptcy (1.2); review and analysis of revised comprehensive and specific shareholder disclosure statements regarding same (1.6). |
| | J. Rademacher                              2.80 hrs. |
| 10/19/10 | Telephone conference with FCC Media Bureau and J. Stenger (counsel for creditors' committee) re FCC (1.0); telephone conference with FCC staff re financial information and protective order (0.5); conference with counsel re FCC amendment and supplements (0.3); telephone conference with S. Sheehan re FCC lobbying (0.3); review and update ownership and media certifications (0.6). |
| | J. Feore                                    2.70 hrs. |
| 10/19/10 | Review revised disclosure documents re FCC-related changes (2.4); review changes to FCC-related sections on disclosure documents (1.2); review bankruptcy court scheduling order re effect on FCC process (0.2). |
| | J. Logan                                    3.80 hrs. |
| 10/19/10 | Review re status of Enforcement Bureau reporting of complaints. |
| | M. Swanson                                  0.20 hrs. |
| 10/20/10 | Revise general disclosure statement for FCC issues (0.7); revise specific disclosure statement for FCC issues (2.8); telephone conference with Sidley re same (0.3); correspondence with Sidley re same (0.7). |
| | C. Burrow                                   4.50 hrs. |
| 10/20/10 | Prepare protective order for FCC proceeding addressing request for waiver of duopoly rule in Hartford television market regarding application to assign broadcast licenses in bankruptcy (1.2); review and analysis of revised comprehensive and specific shareholder disclosure statements regarding same (1.5); prepare ex parte notice of telephone conference with FCC staff regarding confidentiality issues (1.2). |
| | J. Rademacher                              3.90 hrs. |
| 10/20/10 | Telephone conference with T. Davidson (counsel for Oaktree) re FCC proceedings (0.8); telephone conference with FCC staff re confidential financial filings (0.4); work on and file ex parte letter with FCC (0.2); work on FCC-approved protective order (0.9); telephone conference with S. Sheehan re processing issues (0.3); review changes in Plan and FCC issues re directors and control issues (1.8). |
| | J. Feore                                    4.40 hrs. |
| 10/20/10 | Review FCC rules and pending declaratory order request re memorandum on permissible extent of newspaper-broadcast time brokerage arrangement (0.8); review and analyze proposed changes |

from J.P. Morgan re treatment of Credit Proponents with conflicting interests (0.6); prepare correspondence to D. Liebentritt re FCC-related changes (0.1); review draft disclosure statement re FCC-related changes required for new Plan approach (1.7).
J. Logan                                   3.20 hrs.

10/20/10    Review and revise FCC section of bankruptcy filing (1.9); review and revise ex parte filing (0.4); telephone conference with R. Hanson (FCC) re upcoming spectrum rulemaking announcement (0.1); telephone conference with E. Washburn re same (0.1).
M. Swanson                                 2.50 hrs.

10/21/10    Prepare protective order for FCC proceeding addressing request for waiver of duopoly rule in Hartford television market regarding application to assign broadcast licenses in bankruptcy.
J. Rademacher                              1.80 hrs.

10/21/10    Telephone conference with lenders' counsel (Akin and Wiley) re FCC issues in Plan, timing of FCC amendments and meeting at FCC (0.8); research re FCC restrictions re Tribune cross-ownership and possible broadcast transactions (1.2).
J. Feore                                   2.00 hrs.

10/21/10    Review issues re research outline for memorandum on newspaper-broadcast time brokerage arrangement (1.9); telephone conference with R. Wiley (FCC counsel to J.P. Morgan) re proposed Plan section on designation of director positions (0.4); telephone conference with T. Davidson (FCC counsel to Oaktree and A. Gordon) re FCC issues in the assignment of director designation rights (0.7); review potential risks of petitioner opposition based on director rights provisions (0.8); review FCC orders re time brokerage attribution for television and attribution rule changes in connection with newspaper time brokerage agreements (1.4).
J. Logan                                   5.20 hrs.

10/21/10    Review FCC radio and TV ownership rules (0.5); review FCC orders establishing rules re time-brokerage and local marketing agreements and attributable interests (6.8).
K. Stotler                                 7.30 hrs.

10/21/10    Telephone conferences with M. Marshall (FCC) re update to last of pending Enforcement Bureau complaints (1.8); review and revise memo re FCC "Spectrum Summit" (0.3); email same to E. Washburn and C. Sennett (0.1).
M. Swanson                                 2.20 hrs.

10/22/10    Review revised draft Reorganization Plan (0.8); revise general disclosure statement (0.7); revise specific disclosure statement (1.6); correspondence with Sidley re same (1.4).
C. Burrow                                  4.50 hrs.

10/22/10    Review revisions to Plan and FCC issues re voting, directors and changes (2.1); telephone conference with D. Wiley re FCC

Tribune Company

|  |  |  |
|---|---|---|
| | application and processing (0.4); conference with FCC staff re future filings (0.3). | |
| | J. Feore | 2.80 hrs. |
| 10/22/10 | Review issues re enforcement and jurisdictional limitations re newspaper-broadcast time brokerage arrangements (0.6); review draft memorandum re newspaper-broadcast time brokerage arrangement (0.6); review revised Plan document (1.3); prepare correspondence to J. Boelter (Sidley) re FCC issues in revised Plan document (0.4); review revised draft of general disclosure statement (0.8); prepare comments and inserts re FCC matters in draft general disclosure statement (0.2); review revised draft of Plan-specific disclosure statement (1.2); prepare comments on Plan-specific disclosure statement for Sidley (0.6); review J.P. Morgan comments on Plan-specific disclosure statement (0.4); prepare correspondence to K. Mills (Sidley) re J.P. Morgan comments (0.6); prepare correspondence to J. Boelter (Sidley) re status of filing (0.1). | |
| | J. Logan | 6.80 hrs. |
| 10/22/10 | Draft email re results of research re FCC treatment of newspaper time brokerage of broadcast stations. | |
| | K. Stotler | 1.80 hrs. |
| 10/22/10 | Review re issues related to preparation of bankruptcy filings. | |
| | M. Swanson | 0.40 hrs. |
| 10/23/10 | Work on protective order re FCC release of final information (1.5); review filings re revised Plan and statement and update re FCC matters (0.8). | |
| | J. Feore | 2.30 hrs. |
| 10/23/10 | Review re bankruptcy Plan filing. | |
| | M. Swanson | 0.30 hrs. |
| 10/25/10 | Review new Plan materials as filed for FCC application amendments. | |
| | C. Burrow | 2.90 hrs. |
| 10/25/10 | Prepare protective order for confidential information submitted to FCC regarding applications to transfer broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.80 hrs. |
| 10/25/10 | Telephone conference with D. Wiley re FCC issues (0.2); work on updates to draft protective order re release of final information (1.2); review draft timeline re Plan review, approval and timing re FCC application and approval issues (0.6). | |
| | J. Feore | 2.00 hrs. |
| 10/25/10 | Review Reorganization Plan and disclosure statements as filed re presentation in anticipated amendment to FCC applications (1.1); prepare memorandum on newspaper-broadcast time brokerage arrangements (1.7); review jurisdictional issues re prospects for FCC | |

|  |  |  |
|---|---|---|
|  | extension of time brokerage attribution (0.9); prepare correspondence to R. Wiley and J. Bayes (J.P. Morgan) and T. Davidson (Angelo Gordon/Oaktree) re proposed conference (0.3); revise memorandum on newspaper-broadcast time brokerage arrangements under FCC attribution rules (1.5). |  |
|  | J. Logan | 5.50 hrs. |
| 10/25/10 | Review re bankruptcy developments/timing and effect on FCC processing (1.1); review and revise Enforcement Bureau complaint chart (1.6); telephone conferences with M. Marshall (FCC) re same (0.5); telephone conference with E. Washburn re same (0.2). |  |
|  | M. Swanson | 3.40 hrs. |
| 10/26/10 | Research re court timeline, FCC application processing and need to file amendments (0.9); review and update FCC regulatory and ownership showings and supplement to FCC application (0.6). |  |
|  | J. Feore | 1.50 hrs. |
| 10/26/10 | Review and revise comprehensive exhibit re Plan changes for FCC amendment (1.3); revise memorandum re newspaper-broadcast time brokerage arrangements (1.6). |  |
|  | J. Logan | 2.90 hrs. |
| 10/26/10 | Review memo re FCC treatment of time brokerage of broadcast stations in newspaper-only markets (0.4); update citations in same (0.2). |  |
|  | K. Stotler | 0.60 hrs. |
| 10/26/10 | Review and revise Enforcement Bureau chart (0.4); research re same (0.2). |  |
|  | M. Swanson | 0.60 hrs. |
| 10/27/10 | Telephone conferences with FCC and follow-up re financial information and protective order (0.3); review draft of order and issues re applicability (0.9). |  |
|  | J. Feore | 1.20 hrs. |
| 10/27/10 | Review re FCC "Future of Media" inquiry (0.1); review re bankruptcy deadlines and effect on FCC timing (0.1). |  |
|  | M. Swanson | 0.20 hrs. |
| 10/28/10 | Telephone conference with counsel for lenders re Plan filings and follow-up with FCC (0.2); review schedule re Plan filing and need for FCC filings and meetings (0.3). |  |
|  | J. Feore | 0.50 hrs. |
| 10/29/10 | Revise FCC exhibit for new Plan proposal (1.7); correspondence with Sidley re process for same (0.4). |  |
|  | C. Burrow | 2.10 hrs. |
| 10/29/10 | Review FCC application and certification issues re amending and updating new Plans (0.4); revise and update draft protective order for Hartford duopoly (0.5). |  |
|  | J. Feore | 0.90 hrs. |

November 15, 2010                                              Page 10

Tribune Company                                          Invoice 532437

| 10/29/10 | Prepare correspondence to J. Boelter (Sidley) re anticipated competing filings to Tribune submission (0.3); review correspondence and timeline from J. Boelter (Sidley) re responses to competing filings (0.4); review docket and download and distribute competing Plans (0.8). | |
|---|---|---|
| | J. Logan | 1.50 hrs. |
| 10/29/10 | Telephone conferences with A. Patankar (FCC) re additional Enforcement Bureau complaints (0.5); review bankruptcy developments and effect on FCC timing (0.2); review re AllVid timing (0.2). | |
| | M. Swanson | 0.90 hrs. |
| 10/30/10 | Review competing Plans for FCC issues. | |
| | C. Burrow | 3.60 hrs. |
| 10/30/10 | Review additional Plans filed with court re Tribune (1.8); research re further FCC filings and updates re ownership changes (0.7). | |
| | J. Feore | 2.50 hrs. |
| 10/30/10 | Review proposed King Street competing Plan re FCC matters (1.3); review proposed Step One Plan re FCC matters (1.2); review proposed Aurelius Plan re FCC matters (1.2). | |
| | J. Logan | 3.70 hrs. |
| 10/30/10 | Review emails re alternative Plans and bankruptcy filings. | |
| | M. Swanson | 0.10 hrs. |
| 10/31/10 | Review re alternative Plan submissions. | |
| | M. Swanson | 1.50 hrs. |

### BILLING SUMMARY

| | Hours |
|---|---|
| BURROW | 38.50 |
| FEORE | 55.10 |
| LOGAN | 53.80 |
| SWANSON | 20.50 |
| RADEMACHER | 23.50 |
| STOTLER | 9.70 |
| TOTAL | 201.10 |

Fees for Professional Services ........................................................... $   121,191.00

| | | | |
|---|---|---|---|
| | INFORMATION SERVICES | $ | 54.75 |
| | REPRODUCTION | $ | 298.90 |
| | TELEPHONE | $ | 45.96 |
| 08/24/10 | EXP#ERJRF082410 J. Feore – Lunch meeting with Shaun Sheehan (Tribune) re | $ | 99.05 |

November 15, 2010                                      Page 11

Tribune Company                                       Invoice 532437

     FCC/Hill lobbying efforts

Total Reimbursable Costs .......................................................................... $          498.66
Total Current Billing for This File................................................................ $     121,689.66


Our File # 08656.0101          For Services Through October 31, 2010
Retention and Fee Applications


| Date | Description | Hours |
|---|---|---|
| 10/04/10 | Preparation of 5th interim fee application.<br>C. Meazell | 2.40 hrs. |
| 10/07/10 | Research regarding conflicts issues.<br>C. Meazell | 0.40 hrs. |
| 10/11/10 | Research regarding retention issues.<br>C. Meazell | 0.40 hrs. |
| 10/12/10 | Preparation of 5th interim fee application and charts.<br>C. Meazell | 1.20 hrs. |
| 10/14/10 | Finalize 5th interim fee application (0.8); correspondence with Delaware counsel regarding same (0.2).<br>C. Meazell | 1.00 hrs. |
| 10/18/10 | Research regarding status of supplemental application (0.3); research regarding status of 15th monthly fee application (0.2).<br>C. Meazell | 0.50 hrs. |
| 10/19/10 | Preparation of 16th monthly fee app (0.7); correspondence with fee examiner regarding 5th interim fee app (0.2).<br>C. Meazell | 0.90 hrs. |
| 10/20/10 | Preparation of 16th monthly fee app.<br>C. Meazell | 0.40 hrs. |
| 10/21/10 | Preparation of second supplemental declaration for broadcast contracts retention application (2.4); correspondence with J. Ludwig (Sidley) regarding same (0.4).<br>C. Meazell | 2.80 hrs. |
| 10/22/10 | Review orders regarding fee applications and supplemental retention (0.2); preparation of correspondence to Tribune regarding same (0.2); revise 16th monthly fee application to include broadcast contract matters (0.6).<br>C. Meazell | 1.00 hrs. |
| 10/28/10 | Revise 16th monthly fee application.<br>C. Meazell | 1.10 hrs. |

Tribune Company                                          Invoice 532437

| 10/29/10 | Finalize 16th monthly fee application (1.6); correspondence with Delaware counsel regarding same (0.2). | |
|---|---|---|
| | C. Meazell | 1.80 hrs. |

### BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 13.90 |
| TOTAL | 13.90 |

| | | |
|---|---|---|
| Fees for Professional Services ................................................................ $ | 5,560.00 |
| Total Current Billing for This File............................................................ $ | 5,560.00 |

Our File # 08656.0102          For Services Through October 31, 2010
Non-Working Travel Time

| 10/12/10 | Travel to Denver, Colorado for DISH and Charter meetings. (Billed at 50% approved rate for 0104 project) | |
|---|---|---|
| | K. Latek | 6.00 hrs. |
| 10/13/10 | Return travel from meetings in Denver, Colorado with DISH and Charter. (Billed at 50% approved rate for 0104 project) | |
| | K. Latek | 7.00 hrs. |

### BILLING SUMMARY

| | Hours |
|---|---|
| LATEK | 13.00 |
| TOTAL | 13.00 |

| | | |
|---|---|---|
| Fees for Professional Services ................................................................ $ | 2,925.00 |
| Total Current Billing for This File............................................................ $ | 2,925.00 |

Our File # 08656.0104          For Services Through October 31, 2010
Broadcast Contracts

Tribune Company

| | | |
|---|---|---|
| 10/01/10 | Review and comment on revised term sheet proposal for Charter. | |
| | K. Latek | 0.20 hrs. |
| 10/01/10 | Revise retransmission consent agreements and prepare counter offers for CoBridge and Morris Broadband (3.8); prepare emails to K. Connor re same (0.2). | |
| | R. Folliard III | 4.00 hrs. |
| 10/04/10 | Telephone conferences with K. Connor re Cable One and Time Warner Cable contract markups and Charter strategy (2.3); review revisions to CoBridge and Morris agreements (0.2); telephone conference with E. Eldersveld re status of retransmission consent and distribution negotiations (0.8); revise Time Warner Cable retransmission consent agreement with Tribune comments (3.7). | |
| | K. Latek | 7.00 hrs. |
| 10/04/10 | Conference call with K. Connor re retransmission consent and WGN America distribution agreements with Cable One, CoBridge, Morris and Time Warner (1.4); prepare extension agreements for all expired retransmission consent agreements and WGN America distribution agreements (1.7); prepare email to counsel for CoBridge re response to retransmission consent agreement (0.3); prepare email to counsel for Morris Broadband re response to retransmission consent agreement (0.3); analyze and revise retransmission consent and WGN America distribution agreement markups for Cable One (1.3). | |
| | R. Folliard III | 5.00 hrs. |
| 10/05/10 | Revise new template extension agreements for WGN and for stations (0.3); revise response to Cable One re WGN distribution agreement (0.3). | |
| | K. Latek | 0.60 hrs. |
| 10/05/10 | Prepare counter of Cable One markup of WGN America distribution agreement (0.4); analyze differences between form agreement for WGN America sent to Cable One and form agreement sent to other operators (1.2); prepare email to K. Connor re differences between Cable One agreement and standard form agreement for WGN America (0.4); prepare standard agreement to extend term for agreements for carriage of WGN America and broadcast stations (0.3); prepare email to K. Connor re extension agreements for WGN America and broadcast stations (0.2). | |
| | R. Folliard III | 2.50 hrs. |
| 10/06/10 | Review extension agreements with Charter and Cablevision (0.2); exchange correspondence with K. Connor re Charter strategy (0.2). | |
| | K. Latek | 0.40 hrs. |
| 10/07/10 | Prepare analysis of broadcast sections of new video accessibility legislation. | |
| | K. Latek | 0.40 hrs. |
| 10/11/10 | Analyze Time Warner Cable draft affiliation agreement for WGN America. | |

Tribune Company

|  |  |  |
|---|---|---|
|  | K. Latek | 0.80 hrs. |
| 10/12/10 | Review and comment on new proposal to Charter (0.2); telephone conference with K. Connor re same (0.4); telephone conference with K. Connor re open issues in other pending negotiations (0.4). | |
|  | K. Latek | 1.00 hrs. |
| 10/13/10 | Conference with K. Connor to prepare for Charter and DISH meetings (1.8); negotiate with K. Connor and Charter representatives re retransmission consent and WGN distribution agreements (1.7); conference with K. Connor and DISH representatives re DISH carriage of stations and WGN (1.5); analyze strategy for Charter and Time Warner cable negotiations (0.5). | |
|  | K. Latek | 5.50 hrs. |
| 10/13/10 | Analyze distribution agreements with Dish Network for WGN America re channel position obligations (0.5); research re new channel neighborhood for WGN America on Dish Network (0.3). | |
|  | R. Folliard III | 0.80 hrs. |
| 10/14/10 | Telephone conferences with K. Connor re Charter and Time Warner Cable negotiations, strategies and options (1.7); analyze structure options for Time Warner Cable carriage and distribution agreements (1.2); revise WGN distribution agreement with Time Warner Cable (1.2); review Verizon request for amendment to retransmission consent agreement (0.1); telephone conference with K. Connor re same (0.1). | |
|  | K. Latek | 4.30 hrs. |
| 10/14/10 | Prepare email to Dish Network re breach of channel position obligations for WGN America. | |
|  | R. Folliard III | 0.60 hrs. |
| 10/14/10 | Analysis of MFN issues in Time Warner affiliation agreement for WGN (0.5); review letter agreement for carriage of WGN (0.9). | |
|  | S. Underwald | 1.40 hrs. |
| 10/15/10 | Research and analysis re cable copyright royalty rates for carriage of WGN. | |
|  | D. Wittenstein | 0.30 hrs. |
| 10/15/10 | Analyze approaches to resolving Time Warner Cable copyright issues (1.3); revise WGN distribution and retransmission consent agreements for Time Warner Cable (1.1). | |
|  | K. Latek | 2.40 hrs. |
| 10/19/10 | Revise standard distribution agreement for WGN America. | |
|  | R. Folliard III | 2.30 hrs. |
| 10/20/10 | Analyze DISH compliance with channel position obligations for WGN America (0.5); exchange correspondence with K. Connor and J. Marenghi re same (0.2); prepare notice of breach to DISH re same (1.3). | |
|  | K. Latek | 2.00 hrs. |

Tribune Company                                        Invoice 532437

| | | |
|---|---|---|
| 10/21/10 | Research multicast carriage obligations in major cable, satellite and telco retransmission consent agreements (1.4); prepare correspondence to K. Connor re carriage of Antenna TV by local distributors (0.4); prepare form notice letter to local distributors re same (0.4); review Cablevision distribution and retransmission consent agreement re Bresnan acquisition (0.5); respond to K. Connor inquiry re same (0.1).<br>K. Latek | 2.80 hrs. |
| 10/21/10 | Prepare email to K. Connor re counter proposal from CoBridge for WGN America distribution agreement.<br>R. Folliard III | 0.20 hrs. |
| 10/22/10 | Analyze various comments on WGN distribution agreement from smaller operators (0.7); respond to K. Connor email inquiries re same (0.5); telephone conference with K. Connor to review same, Antenna TV cable carriage, and negotiations with major operators (1.2); revise WGN agreement with Oregon Cable re operator comments (0.4); prepare form agreement for IPTV distribution of WGN America (0.6); analyze and prepare response to Verizon request for expanded retransmission consent rights (0.9); revise notice to DISH re channel position (0.5); finalize mark-ups of Time Warner Cable retransmission and distribution agreements (0.7).<br>K. Latek | 5.50 hrs. |
| 10/22/10 | Telephone call with counsel for Morris Broadband re status of WGN America distribution agreement.<br>R. Folliard III | 0.20 hrs. |
| 10/24/10 | Telephone conference with C. Sennett re Time Warner Cable retransmission and distribution agreements (2.9); revise Time Warner Cable agreements per C. Sennett conversation (1.4).<br>K. Latek | 4.30 hrs. |
| 10/25/10 | Telephone conference with K. Connor re further revision to Time Warner agreements (1.5); telephone conference with C. Sennet re same (0.7); revise and finalize Time Warner mark-ups per client communications (0.8); review and comment on Cablevision request for KWGN retransmission consent (0.2).<br>K. Latek | 3.20 hrs. |
| 10/25/10 | Prepare email to K. Connor re agreement with CoBridge for WGN America.<br>R. Folliard III | 0.10 hrs. |
| 10/26/10 | Work on DBS copyright analyses for WGNA.<br>D. Wittenstein | 0.50 hrs. |
| 10/26/10 | Prepare letter amendments extending and modifying retransmission and distribution agreements with Verizon FiOS (1.0); prepare notice to Cablevision re carriage of Antenna TV from WPIX (0.4).<br>K. Latek | 1.40 hrs. |

# ☒ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

T 202.776.2000 F 202.776.2222

# DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC 20036-6802**

November 15, 2010

Tribune Company
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY 10016

Invoice 532437

Our File # 08656.0100          For Services Through October 31, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................... $      121,689.66

Our File # 08656.0101          For Services Through October 31, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................... $      5,560.00

Our File # 08656.0102          For Services Through October 31, 2010
Non-Working Travel Time
    Total Current Billing for This Invoice ........................................... $      2,925.00

Our File # 08656.0104          For Services Through October 31, 2010
Broadcast Contracts
    Total Current Billing for This Invoice ........................................... $      31,193.30

    Total Current Billing for This Invoice ........................................... $      161,367.96

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1 - OCTOBER 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 299.90 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | |
| Meals Out-of-Town | | 0.00 |
| Meals | | 99.05 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 54.75 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 45.96 |
| Travel/Lodging | | 1,177.30 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **1,676.96** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are
$0.10 and $.50 per page respectively and are in compliance with the
rates as required by Local Rule 2016-2(e)(iii).


(2)  Charges for computer-assisted research are set at a rate that realizes
no more than Dow Lohnes' actual cost.