# HORWOOD MARCUS & BERK
Chartered

**Kate Kanabay**
Direct Dial: (312) 606-3208
Direct Fax: (312) 267-2210
Direct e-mail: kkanabay@hmblaw.com

Attorneys at Law

500 West Madison Street
Suite 3700
Chicago, Illinois 60661

phone: (312) 606-3200
fax: (312) 606-3232

www.hmblaw.com

November 18, 2010

**BY REGISTERED MAIL/
RETURN RECEIPT**

United States Bankruptcy Court
District of Delaware
824 North Market Street; 3rd Floor
Wilmington, Delaware 19801
Attn: Office of the Clerk

  **Re: Change of Address for Horwood Marcus & Berk Chartered
    In re: Tribune Company, et. al.
    Chapter 11 Case Number: 08-13141 (KJC)**

To Whom It May Concern:

As of Friday, October 1, 2010, the law firm of Horwood Marcus & Berk Chartered has moved. Our new office is located at:

500 West Madison Street
Suite 3700
Chicago, Illinois 60661

Please update this information and forward all correspondence to this address. Thank you for your attention to this matter.

        Regards,

        *Kate Kanabay*
        Kate Kanabay

KAK:cm

cc: James F. Conlan, Esq. (by email)
   Norman L. Pernick, Esq. (by email)

1000526/1/HMB.GENERAL