# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) ) ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.*, | ) ) Case No. 08-13141 (KJC) ) Jointly Administered |
| Debtors. | ) ) **Related to Docket No. 6558** ) |

## MOTION TO WITHDRAW EXHBIT D TO THE OBJECTION OF AURELIUS CAPITAL MANAGEMENT, LP TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER SETTING CONFIRMATION SCHEDULE AND ESTABLISHING PARAMETERS OF CONFIRMATION-RELATED DISCOVERY [DOCKET NO. 6558]

Aurelius Capital Management, LP ("Aurelius"), on behalf of its managed entities, by and through its undersigned counsel, respectfully submits this motion (the "Motion") to withdraw Exhibit D to the *Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* [Docket No. 6558], and respectfully represents as follows:

1.  On November 22, 2010, Aurelius filed the *Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* [Docket No. 6558] (the "Objection"). Included within the exhibits attached to the Objection was Exhibit D. Exhibit D contains a portion of deposition testimony that was designated confidential by the deponent's counsel and was inadvertently filed and served.

2.  Accordingly and by this Motion, Aurelius respectfully requests the Court to remove from the public docket of the above-referenced bankruptcy proceeding Exhibit D. Contemporaneously with this Motion, counsel for Aurelius has filed a *Notice of Filing of*

{00460668;v1}

*Corrected Exhibit D to the Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* (the "Notice"). Attached to the Notice is replacement Exhibit D, which redacts the portion of deposition testimony that was designated confidential by the deponent's counsel.

## CONCLUSION

For the foregoing reasons, Aurelius respectfully requests that the Court remove from the public docket of the above-referenced bankruptcy proceeding Exhibit D attached to the Objection.

Dated:  November 23, 2010
        Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda M. Winfree*
William P. Bowden (No. 2533)
Amanda M. Winfree (No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

- and -

Daniel H. Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Abid Qureshi (admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*