

**GUARDIAN**

Northeast Regional Office
P.O. Box 26050
Lehigh Valley, PA   18002-6050

*Nov. 17, 2010*

*United States Bankruptcy Court*
*Of district of Delaware*
*824 North Market Street 5th Fl*
*Wilmington, DE 19801*

KJC

*Group Plan # G-UNIDENTIFIED*

*Dear Planholder,*

*We are sorry for any delays, however, in order to properly identify and process the attached correspondence, we will need additional information.*

*Please provide us with the following information.*


__XX____*Insured Guardian Policy Number or Group ID Number:*   _____
        *This is a 6 digit number*

__XX____*Insured Social Security Number*   _____



_XX_____*Employer Name and Address*_____

                          _____

                          _____



*Please provide us with as much of the requested information as possible and return this letter with your correspondence. Please fax back to 610-814-3642.*

*Very truly yours,*

*Group Client Administration*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Related to DI No. 6022<br>Objection Deadline: November 16, 2010 at 4:00 p.m. ET<br>Hearing Date: November 29, 2010 at 10:00 a.m. ET |

## NOTICE OF DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Order Scheduling a Hearing and Establishing Certain Deadlines to Consider Approval of Certain Disclosure Document(s) (the "Scheduling Order") [DI No. 6022], a hearing (the "Disclosure Statement Hearing") shall be held on **November 29, 2010 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Bankruptcy Court"), to consider approval of the General Disclosure Document,[2] Specific Disclosure Documents relating to each chapter 11 plan to be proposed in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Scheduling Order.

46429/0001-7133542v4

Docket No: 6208
Filed: 11/2/10

the above-captioned cases, and any Responsive Statements to be incorporated into the Master Disclosure Document (or, if applicable, in any solicitation package approved by the Court). As set forth below, Specific Disclosure Documents pertaining to four different plans of reorganization have been filed in accordance with the Scheduling Order and will be considered at the Disclosure Statement Hearing. The Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned hearing date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order, on or about October 22, 2010, the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [DI No. 6089], the Specific Disclosure Statement Relating to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [DI No. 6091] and the General Disclosure Statement (the "General Disclosure Document") [DI No. 6090] were filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order, on or about October 29, 2010, the following Competing Plans and Specific Disclosure Documents were also filed with the Court and will also be considered at the Disclosure Statement Hearing:

(i) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [DI No. 6184] and Specific Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [DI No. 6182];

(ii) Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims [DI No. 6185] and Specific Disclosure Statement for Plan of Reorganization for Tribune Company and Its Subsidiaries filed by Holders of Certain Step One Senior Loan Claims [DI No. 6183]; and

(iii) Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P.

2

and Marathon Asset Management, L.P. [DI No. 6186] and Specific Disclosure Statement for Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. [DI No. 6187].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order, (i) Responsive Statements may be filed with the Bankruptcy Court **on or prior to November 9, 2010** and (ii) amended versions of the General Disclosure Document, Specific Disclosure Documents, plans of reorganization and Responsive Statements may be filed with the Bankruptcy Court **on or prior to November 23, 2010**. Any such additional documents will also be considered at the Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the General Disclosure Document, the Specific Disclosure Documents, or the Responsive Statements (the "Objections") must be filed with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before November 16, 2010 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline") and electronically served on counsel for the Mediation Parties (as defined in the Order Appointing Mediator [DI No. 5591]) promptly after filing any such documents.

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced documents may be (i) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' Chapter 11 Cases (http://chapter11.epiqsystems.com/tribune); (ii) inspected during regular business hours at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801; (iii) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website; or (iv) requested by telephoning Epiq at (646) 282-2400 or by contacting Debtors' counsel at the address below.

Dated: November 1, 2010

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| James F. Conlan | FORMAN & LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick (No. 2290) |
| Kevin T. Lantry | J. Kate Stickles (No. 2917) |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, IL 60603 | Wilmington, DE 19801 |
| Telephone: (312) 853-0199 | Telephone: (302) 652-3131 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 652-3117 |

Counsel for Debtors and Debtors in Possession

46429/0001-7133542v4

FIRST CLASS MAIL
U.S. POSTAGE
PAID
BROOKLYN, NY
PERMIT NO. 529

LEGAL DOCUMENTS ENCLOSED -
Please direct to the attention of the Addressee,
President or Legal Department.

BAR(23) MAIL ID *** 0000036947022 ***

TRB DSHN(2) 11-03-2010 (CREDITOR,CREDNUM)*** 10000026457***
GUARDIAN LIFE INSURANCE CO
PO BOX 530160
ATLANTA GA 30353-0160



RETURNED WITHOUT ENTRY
NO CHECK ENCLOSED

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97005

ADDRESS SERVICE REQUESTED