IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) <br> ) Jointly Administered |
| Debtors. | ) Ref. Docket No. 6558 |

## NOTICE OF FILING OF CORRECTED EXHIBIT D TO THE OBJECTION OF AURELIUS CAPITAL MANAGEMENT, LP TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER SETTING CONFIRMATION SCHEDULE AND ESTABLISHING PARAMETERS OF CONFIRMATION-RELATED DISCOVERY

**PLEASE TAKE NOTICE** that on November 22, 2010, Aurelius Capital Management, L.P., filed the *Objection of Arelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* (Docket No. 6558) (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Objection was inadvertently filed with an incorrect Exhibit D. Attached hereto as Exhibit 1 is the corrected Exhibit D to the Objection.

Dated: November 23, 2010

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (#2553)
Amanda M. Winfree (#4615)
500 Delaware Avenue
Wilmington, DE 19899
Telephone: 302-654-1888
Fax: 302-654-2067

-and-

{00460688;v1}

Daniel H. Goldman (Admitted pro hac vice)
David M. Zensky (Admitted pro hac vice)
Abid Qureshi (Admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: 212-872-1000

*Counsel to Aurelius Management, LP*