IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                      :     Chapter 11 Cases
                                            :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                    :     (Jointly Administered)
                                            :
                        Debtors.            :     Related Dkt. No. 6255 and 6558
-------------------------------------------------------x
```

### JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK TO OBJECTION OF AURELIUS CAPITAL MANAGEMENT, LP TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER SETTING CONFIRMATION SCHEDULE AND ESTABLISHING PARAMETERS OF CONFIRMATION-RELATED DISCOVERY

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096 (as amended, the "Indenture"), by and through its undersigned counsel, hereby respectfully submits this joinder (the "Joinder") to the *Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* [Dkt. No. 6558] (the "Aurelius Contours Objection"). In support of its Joinder, Law Debenture respectfully states as follows:

Law Debenture joins the Aurelius Contours Objection and supports the factual and legal arguments set forth therein. Law Debenture further joins in the request for entry of the case management order proposed by Aurelius (the "Aurelius Proposed CMO").

Wherefore, Law Debenture files this Joinder adopting, as if set forth herein, the arguments set forth in the Aurelius Contours Objection and respectfully requests that the Court

2160066v2

(i) deny the Debtors' motion in full, and (ii) enter the Aurelius Proposed CMO.

| | |
|---|---|
| Dated: November 23, 2010<br>Wilmington, Delaware | Respectfully submitted,<br><br>By: /s/ Garvan F. McDaniel<br>**BIFFERATO GENTILOTTI LLC**<br>Garvan F. McDaniel (No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>Tel: (302) 429-1900<br>Fax: (302) 429-8600<br><br>– and –<br><br>David S. Rosner<br>Andrew K. Glenn<br>Sheron Korpus<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br><br>*Co-Counsel for Law Debenture Trust Company of New York* |