## **CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on November 23, 2010, he caused copies of the foregoing *Joinder of Law Debenture Trust Company of New York to Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via electronic and First Class U.S. Mail:

Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
bkrakauer@sidley.com
kkansa@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman Pernick, Esq.
J. Kate Stickles , Esq.
npernick@coleschotz.com
kstickles@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Adam G. Landis, Esq.
Matthew B McGuire, Esq.
landis@lrclaw.com
mcguire@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Howard Seife, Esq.
hseife@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Office of the United States Trustee
David Klauder, Esq.
david.klauder@usdoj.gov
United States Dept. Of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

Graeme W. Bush, Esq.
James Sottile, Esq.
gbush@zuckerman.com
jsottile@zuckerman.com
Zuckerman Spaeder LLP
1800 M Street. Ste. 1000
Washington, DC 20036

Dated: November 23, 2010
      Wilmington, Delaware

     /s/ Garvan F. McDaniel
     Garvan F. McDaniel (No. 4167)