**VOLUME III   –   RESPONSIVE STATEMENT(S):**

# STATEMENT I

*Responsive Statements of Debtor/Committee/Lender Plan Proponents*

# **STATEMENT II**

*Responsive Statement of Noteholder Plan Proponents*

46429/0001-7193909v1

# STATEMENT III

*Responsive Statement of Bridge Plan Proponents*

# STATEMENT IV

*Responsive Statement of Step One Plan Proponents*