IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
: 
In re: : Chapter 11
: 
TRIBUNE COMPANY, et al., : Case No. 08-13141 (KJC)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 23rd day of November, 2010, a copy of the *Responses and Objections of JPMorgan Chase Bank, N.A. to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena for Documents Relating to Certain Holders of Tribune Stock* was served on the following counsel in the manner indicated:

| **VIA OVERNIGHT COURIER** |
|---|
| Andrew Goldfarb<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, Suite 1000<br>Washington, D.C. 20036 |

RLF1 3632157v. 1

Dated: November 24, 2010
       Wilmington, Delaware

/s/ *[signature]*
_____
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Elliot Moskowitz
Sasha Polonsky
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*