## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of November, 2010, he caused a copy of the foregoing *Notice of Service* to be served on the following counsel in the manner indicated:

**VIA FIRST CLASS MAIL**

Andrew Goldfarb
ZUCKERMAN SPAEDER LLP
1800 M Street, Suite 1000
Washington, D.C. 20036

_____
Drew G. Sloan (No. 5069)

RLF1 3632157v. 1