IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | D.I. 6565 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Lawrence S. Robbins to represent Akin Gump Strauss Hauer & Feld LLP in the above-captioned matter.

Dated: November 23, 2010

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Co-counsel to Akin Gump Strauss Hauer & Feld LLP*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: November 24, 2010

/s/ Kevin J. Carey
The Honorable Kevin J. Carey
Chief Judge United States Bankruptcy Court

{00431394;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court, or, if not paid previously, the fee payment will be submitted to the District Court Clerk's Office upon the filing of this motion.

*/s/ Lawrence S. Robbins*

Lawrence S. Robbins
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, NW
Suite 411L
Washington, DC 20006
Tel: (202) 775-4501

{00431394;v1}