# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 23, 2010, copies of the following were served in the manner indicated upon the entities on the attached list:

1. Notice Of Filing Of Responsive Statement By Certain Holders Of Step One Senior Loan Claims (D.I. 6596, Filed 11/23/10);

2. First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (D.I. 6607, Filed 11/23/10); and

3. First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (BLACKLINE) (D.I. 6608, Filed 11/23/10).

Dated: November 24, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan, Esq.
590 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Adam Friedman, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

BRACEWELL & GIULIANI LLP
Evan D. Flaschen, Esq.
225 Asylum Street, 26th Floor
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

Daniel S. Connolly, Esq.
1251 Avenue of the Americas
49th Floor
New York, NY 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Counsel to the Step One Credit Agreement Lenders*

3869352.3

## SERVICE LIST

## BY ELECTRONIC MAIL

CSullivan; a.dalton@smmj.com; aconway@taubman.com; adeglomi@harris.com; afriedman@olshanlaw.com; aglenn@kasowitz.com; agordon@paulweiss.com; ahammer@freebornpeters.com; ahiller@phw-law.com; ajongco@lewisfeinberg.com; alipkin@willkie.com; amuscovitz@dsfadvisors.com; anderson.frank@pbgc.gov; atrehan@mayerbrown.com; avesselinovitch@kattenlaw.com; bankruptcy@goodwin.com; bbutwin@omm.com; bceccotti@cwsny.com; bennettb@hbdlawyers.com; besders@abato.com; bhshide@us.ibm.com; bmd@gsrnh.com; btrust@mayerbrown.com; carickhoff@blankrome.com; carolyn.adler@morganstanley.com; cbblac@acxiom.com; cbifferato@bifferato.com; cdavidow@paulweiss.com; charles.smith@klgates.com; claims@recoverycorp.com; cmcmanus@muchshelist.com; cmomjian@attorneygeneral.gov; cowan@ask-attorneys.com; csbott@abato.com; csimon@crosslaw.com; dallas.bankruptcy@publicans.com; daniel.polatsek@kattenlaw.com; dave@bhdrl.com; david.powlen@BTLaw.com; dbrown@paulweiss.com; dcantor@omm.com; ddavidian@arkin-law.com; deecf@dor.mo.gov; deggert@freebornpeters.com; dfeinberg@lewisfienberg.com; dgonzales@wsh-law.com; dneier@winston.com; dneumann@beneschlaw.com; don@furmangregory.com; dplon@sirlinlaw.com; dreimann@reimannlawgroup.com; drosner@kasowitz.com; dsaval@brownrudnick.com; efile@pbgc.gov; ejones@omm.com; elaine_cole@tax.state.ny.us; ellen.slights@usdoj.gov; emseid@mstpartners.com; eobrien@sbchlaw.com; etredinnick@greeneradovsky.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; flevy@olshanlaw.com; fred.fellmeth@vitecgroup.com; frosner@mrs-law.com; garlandk@gtlaw.com; gerson.leonard@dol.gov; gmcdaniel@bglawde.com; goldberg.elizabeth@dol.gov; grmesires@uhlaw.com; guzzi@whitecase.com; heri.christine@dol.gov; hkaplan@arkin-law.com; houston_bankruptcy@publicans.com; isgreene@hhlaw.com; jatamian@mayerbrown.com; jberlage@ghsllp.com; jcp@pgslaw.com; jcriswell@tsmp.com; jcrystal@willkie.com; jdt@jdthompsonlaw.com; jedmonson@bayardlaw.com; jfiorella@archerlaw.com; jfrank@fgllp.com; jfriedman@jbflawfirm.com; jfungaroli@capitalsource.com; jhuggett@margolisedelstein.com; jlosardo@bbwg.com; jmcmahon@ciardilaw.com; jnimeroff@bsnlawyers.com; jodie.rea@fox.com; john.sieger@kattenlaw.com; johnstonj@hbdlawyers.com; jschlerf@foxrothschild.com; jsdlaw@msn.com; jshickich@riddellwilliams.com; jsorenson@wggdlaw.com; jstrock@foxrothschild.com; jteitelbaum@tblawllp.com; jtougas@mayerbrown.com; jwhite@blakeleyllp.com; kcollins@bifferato.com; kdinhrt@ssd.com; kdwbankruptcydepartment@kelleydrye.com; kelkins@elkinskalt.com; ken.higman@hp.com; khill@svglaw.com; kklee@ktbslaw.com; kmiller@ecjlaw.com; landis@lrclaw.com; lbogdanoff@ktbslaw.com; leslie@lesliecohenlaw.com; Linda.boyle@twtelecom.com; ljones@pszjlaw.com; lshumejda@paulweiss.com; mamato@rmfpc.com; mark.nitikman@c2d2law.com; matthew.troy@usdoj.gov; maureen.mcgreevey@sungard.com; mbarash@ktbslaw.com; mbcleary@ycst.com; mbillion@pszjlaw.com; mblumenthal@crowell.com; mbraza@foley.com; mcguire@lrclaw.com; melorod@gtlaw.com; mengland@eckertseamans.com; mfelger@cozen.com; michelle.mcmahon@bryancave.com; mlastowski@duanemorris.com; mmilano@riddellwilliams.com; mminuti@saul.com; mmmulder@mmmglaw.com; morsej@hbdlawyers.com; mprimoff@kayescholer.com; msmall@foley.com; mzohn@proskauer.com; nwasow@lewisfeinberg.com; pcatanese@mcguirewoods.com; pgregory@cpmlegal.com; prubin@herrick.com; psmoots@mcguirewoods.com; pwebster@buchalter.com; ramona.neal@hp.com; rbrady@ycst.com; rhanley@nolanplumhoff.com; rkbgwhw@aol.com; rmersky@monlaw.com; robert_cook@tax.state.ny.us; romero@mromerolawfirm.com;

rpaul@zwerdling.com; rstark@brownrudnick.com; rtucker@simon.com; rweinstein@cusa.canon.com; rwriley@duanemorris.com; sagolden@hhlaw.com; sbrown@eapdlaw.com; schannej@pepperlaw.com; schloss.michael@dol.gov; schristianson@buchalter.com; sfallon@trplaw.com; sfriedberg@theseaportgroup.com; skaufman@coochtaylor.com; slross@duanemorris.com; sselbst@herrick.com; sshimshak@paulweiss.com; strattond@pepperlaw.com; swolosky@olshanlaw.com; taskounis@askounisdarcy.com; tcairns@pszjlaw.com; tmhoepker@yahoo.com; tribuneco.routing@dpw.com; trmeites@mmmglaw.com; tscobb@vorys.com; tscobb@vssp.com; waldmeird@michigan.gov; wayne.smith@warnerbros.com; wmk@elliottgreenleaf.com; yonatan.gelbum@usdoj.gov; Allison Ross; Andrew Goldman; Schoulder, Andrew; Andrew W. Hammond; AWinfree; Brad Erens; Bryan Krakauer; D Eldersveld; D Hall; Damian S. Schaible; Daniel A. Fliman; Daniel H. Golden; David Adler; David G. Hille; David Heiman; David J. Bradford; David M. Klauder; David M. LeMay; David Shafer; Dennis E. Glazer; Abbott, Derek; D'Lisia Bergeron; Don Liebentritt; Donald S. Bernstein; Douglas E. Deutsch; Drew Sloan; Edward Friedman; Eli Vonnegut; Elliott Moskowitz; Eric M. Sutty; G. Novod; Graeme Bush; Gregory Demo; Howard Seife; James Bendernagel; James F. Conlan; Janet Henderson; Jennifer R. Hoover; Jessica Boelter; jsottile@zuckerman.com; Kate Stickles; Katherine L. Mayer; Katherine S. Bromberg; Kenneth Kansa; Kerriann Mills; Kristina Wesch; Laurie E. Hutchins; Mark D. Collins; Martin S. Siegel; Matthew B. Stein; mesterj@hbdlawyers.com; Michael Russano; Norman Pernick; Philip C. Dublin; Raymond H. Lemisch; Robert Stearn; Scott Greissman; Sheron Korpus; Thomas E. Lauria; tmacauley@zuckerman.com; WBowden; William Weintraub; dbutz@mnat.com; AWinfree

3869352.3