IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>D.I. · 6562 |

**ORDER SHORTENING NOTICE FOR EMERGENCY MOTION OF STEP ONE CREDIT AGREEMENT LENDERS FOR RELIEF CONCERNING JPMORGAN CHASE BANK N.A.'S REFUSAL TO RECORD LOAN TRADES**

Upon consideration of the Motion (the "Motion to Shorten") of certain Step One Credit Agreement Lenders (the "Step One Lenders"), pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for entry of an order: (a) shortening notice with respect to the Emergency Motion of Step One Credit Agreement Lenders for Relief Concerning JPMorgan Chase Bank N.A.'s Refusal to Record Loan Trades (the "Trade Motion") and (b) scheduling the Trade Motion to be considered at the hearing currently scheduled for **November 29, 2010 at 10:00 a.m. (ET)** or as soon as possible thereafter; and due and adequate notice of the Motion to Shorten having been given; and it appearing that no other or further notice need be provided; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted.

2. All objections and other responses to the Trade Motion shall be filed and served in accordance with the Local Rules no later than _____, 2010, at ____ (ET).

1. Scheduling of ^The Trade Motion will be considered at a hearing scheduled for   November 29   , 2010, at 10:00 a.m. (ET).

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Wilmington, Delaware

    Nov 23    , 2010

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE