```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE
```

|                              |                          |
|------------------------------|--------------------------|
|                              | )                        |
| IN RE:                       | ) Chapter 11             |
|                              | )                        |
| TRIBUNE COMPANY, et al.,     | ) Case No. 08-13141 (KJC)|
|                              | )                        |
|                              | ) Courtroom 5            |
|                              | ) 824 Market Street      |
| _____Debtors._____ | ) Wilmington, Delaware   |

```
                                  November 23, 2010
                                  10:02 a.m.


                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE KEVIN J. CAREY
                   UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                    Sidley Austin LLP
                                BY: KEVIN LANTRY, ESQ.
                                BY: JAMES BENDERNAGEL, JR., ESQ.
                                BY: KENNETH KANSA, ESQ.
                                One South Dearborn
                                Chicago, IL 60603
                                (213) 896-6022

                                Cole, Schotz, Meisel, Forman &
                                Leonard, PA
                                BY:  NORMAN PERNICK, ESQ.
                                1000 North West Street
                                Suite 1200
                                Wilmington, DE 19801
                                (302) 652-3131


ECRO:                           AL LUGANO

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

```
APPEARANCES:
(Continued)

For Tribune:                    Mercer
Debtors:                        BY:  JOHN DEMPSEY
                                155 North Wacker Drive
                                15th Floor
                                Chicago, IL 60606
                                (312) 917-9900


                                Tribune Company
                                BY:  NILS LARSEN
                                BY:  EDDY HARTENSTEIN


For The Creditors Committee:    Landis Rath & Cobb
                                BY:  DANIEL RATH, ESQ.
                                BY:  RICHARD S. COBB, ESQ.
                                919 Market Street Suite 1800
                                P.O. Box 2087
                                Wilmington, DE 19899
                                (302) 467-4400


                                Chadbourne & Parke LLP
                                BY:  DAVID LEMAY, ESQ.
                                BY:  THOMAS MCCORMACK, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100


                                Zuckerman Spaeder LLP
                                BY:  JAMES SOTTILE, ESQ.
                                1800 M Street
                                Suite 1000
                                Washington, DC 20036-5807
                                (202) 778-1800

For Great Banc:                 Womble Carlyle
                                BY:  THOMAS M. HORAN, ESQ.
                                222 Delaware Avenue
                                Wilmington, DE 19801
                                (302) 252-4320

For Merrill Lynch:              Potter Anderson & Corroon LLP
                                BY: LAURIE SELBER SILVERSTEIN
                                Hercules Plaza
                                1313 North Market Street
                                6th Floor
                                Wilmington, DE 19801
                                (302) 984-6000
```

```
APPEARANCES:
(Continued)

For Aurelius Capital          Akin Gump Strauss Hauer & Feld
Management:                   BY:  DANIEL H. GOLDEN, ESQ.
                              BY:  DAVID M. ZENSKY, ESQ.
                              One Bryant Park
                              New York, NY 10036
                              (212) 872-1000


For U.S. Trustee:             Office of the U.S. Trustee
                              BY:  DAVID KLAUDER, ESQ.
                              844 King Street, Suite 2207
                              Lockbox 35
                              Wilmington, DE 19801
                              (302) 573-6491




For Credit Agreement          Young Conaway Stargatt & Taylor
Lenders:                      BY:  BLAKE CLEARY, ESQ.
                              The Brandywine Building
                              1000 West Street 17th Floor
                              P.O. Box 391
                              Wilmington, DE 19801
                              (302) 571-6600

For Wells Fargo               Fox Rothschild LLP
As Bridge Agent:              BY:  JEFFREY M. SCHLERF, ESQ.
                              Citizens Bank Center
                              919 North Market Street
                              Suite 1300
                              P.O. Box 2323
                              Wilmington, DE 19899-2323
                              (302) 654-7444


For Step One Lenders:         Morris Nichols Arsht & Tunnell
                              BY:  DANIEL BUTZ, ESQ.
                              1201 North Market Street
                              18th Floor
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200


For Morgan Stanley:           Barnes & Thornburg, LLP
                              BY:  DAVID POWLEN, ESQ.
                              1000 N. West St., Suite 1200
                              Wilmington, DE  19801-1058
                              (302) 888-4536
```

APPEARANCES:
(Continued)

For Barclays:                    Edwards Angell Palmer & Dodge
                                 BY:  MICHELLE MARINO, ESQ.
                                 929 North Market St., 15th Floor
                                 Wilmington, DE  19801
                                 (302) 777-7770


For JP Morgan:                   Davis Polk & Wardwell
                                 BY:  DAMIAN SCHAIBLE, ESQ.
                                 BY:  ELLIOT MOSKOWITZ, ESQ.
                                 450 Lexington Avenue
                                 New York, NY  10017
                                 (212) 701-4580

                                 Richards Layton & Finger
                                 BY:  MARK COLLINS, ESQ.
                                 One Rodney Square
                                 920 North King Street
                                 Wilmington, DE  19801
                                 (302) 651-7502

For DBTCA:                       McCarter & English
                                 BY:  DAVID ADLER, ESQ.
                                 245 Park Avenue, 27th Floor
                                 New York, NY  10167
                                 (212) 609-6847

                                 BY:  KATHERINE L. MAYER, ESQ.
                                 Renaissance Centre
                                 405 N. King St., 8th Floor
                                 Wilmington, DE  19801
                                 (302) 984-6312

TELEPHONIC APPEARANCES:
For Debtor:                      Tribune Company
                                 BY:  CHANDLER BIGELOW
                                 (312) 853-7778
                                 BY:  DAVID ELDERSVEID
                                 (312) 222-4707
                                 BY:  DON LIEBENTRITT
                                 (312)222-3651
                                 BY:  GARY WEITMAN
                                 (312) 222-3394

                                 Davis Wright Tremaine, LLP
                                 BY:  KELLI L. SAGER, ESQ.
                                 (213) 633-6853

TELEPHONIC APPEARANCES:
(Continued)

For Debtor:                     Sidley Austin
                                BY:  JILLIAN LUDWIG, ESQ.
                                (312)853-7523
                                BY:  BRIAN KRAKAUER, ESQ.
                                (312) 853-7515
                                BY:  CANDACE KLINE, ESQ.
                                (312) 853-7778
                                BY:  KERIANN MILLS, ESQ.
                                (312) 853-0036

For Bank of America:            O'Melveny & Myers
                                BY:  DANIEL SHAMAH, ESQ.
                                (212) 326-2138

For Wilmington Trust            Brown Rudnick LLP
Company:                        BY:  MARTIN SIEGEL, ESQ.
                                (212) 209-4829

For Anna Kalenchits:            BY:  ANNA KALENCHITS
                                (212) 723-1808

For The Creditors Committee:    Chadbourne & Parke LLP
                                BY:  DOUGLAS DEUTSCH, ESQ.
                                (212) 408-5169
                                BY:  DAVID LEMAY, ESQ.
                                (212) 408-5100
                                BY:  HOWARD SEIFE, ESQ.
                                (212) 408-5361
                                BY:  MARC ROITMAN, ESQ.
                                (212) 408-5271

For Citigroup:                  Paul Weiss Rifkind Wharton &
                                Garrison LLP
                                BY:  ANDREW LEVY, ESQ.
                                (202) 223-7328
                                BY:  ANDREW GORDON, ESQ.
                                (212) 373-3543
                                BY:  OKSANA LASHKO, ESQ.
                                (212) 373-3000
                                BY:  ELIZABETH MCCOLM, ESQ.
                                (212) 373-3000

For JP Morgan Chase:            Davis Polk & Wardwell LLP
                                BY:  DONALD S. BERNSTEIN, ESQ.
                                (212) 450-4092

```
TELEPHONIC APPEARANCES:
(Continued)
```

| For Morgan Stanley: | Weil Gotshal & Manges LLP |
| | BY:  EVAN LEDERMAN, ESQ. |
| | (212) 310-8948 |

For Barclays:                Mayer Brown LLP
                             BY:  MICHAEL L. SIMES, ESQ.
                             (202) 506-2607
                             BY:  AMIT K. TREHAN, ESQ.
                             (212) 506-2500
                             BY:  JEAN-MARIE ATAMIAN, ESQ.
                             (212) 506-2676

For David & Kempner:         DK Partners
                             BY:  EPHRAIM DIAMOND
                             (646) 282-5841

For Aurelius Capital         Akin Gump Strauss Hauer & Feld
Management:                  BY:  DANIEL H. GOLDEN, ESQ.
                             BY:  JASON GOLDSMITH, ESQ.
                             BY:  KRISTINA WESCH, ESQ.
                             BY:  DAVID ZENSKY, ESQ.
                             (212) 872-1000

For Dennis A. Prieto:        Aurelius Capital Management
                             BY:  MATTHEW A. ZLOTO
                             (646) 445-6516

For Perry Capital:           BY:  JAMES FREEMAN
                             (212) 583-4000

For Schulte Roth & Zabel:    BY:  KAREN S. PARK
                             (212) 756-2036

For Law Debenture Trust      Kasowitz Benson Torres &
Company of New York:         Friedman
                             BY:  MATTHEW STEIN, ESQ.
                             (212) 506-1717

For Alvarez & Marsal Inc.:   BY:  BRIAN WHITTMAN
                             (312) 601-4227

For Dow Jones News Wires:    Dow Jones & Company
                             BY:  PEG BRICKLEY
                             (215) 462-0953

For Merrill Lynch:           Kaye Scholer LLP
                             BY:  MADLYN G. PRIMOFF, ESQ.
                             (212) 836-7042

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Credit Agreement Lenders: | Hennigan Bennett & Dorman LLP<br>BY:  BRUCE BENNETT<br>(213) 694-1012<br>BY:  JAMES O. JOHNSTON<br>(213) 694-1030 |
| For Deutsche Bank National Trust Company: | MCCARTER & ENGLISH<br>BY:  DAVID J. ADLER, ESQ.<br>(212) 609-6800 |
| Special Committee of the Board of Directors: | Jones Day<br>BY:  BRAD ERENS, ESQ.<br>(312) 269-4050<br>BY:  DAVID SHAFER, ESQ.<br>(312) 782-3939 |
| For Wells Fargo Bank: | White & Case LLP<br>BY:  SCOTT GREISSMAN, ESQ.<br>(212) 819-8567<br>BY:  ANDREW HAMMOND, ESQ.<br>(212) 619-6200 |
| For EGI-TRB, LLC: | Jenner & Block LLP<br>BY:  ANDREW VAIL, ESQ.<br>(312) 840-8688<br>BY:  DAVID BRADFORD, ESQ.<br>(312) 923-2975 |
| For Great Bank Trust: | Morgan Lewis Bockius, LLP<br>BY:  THEODORE M. BECKER, ESQ.<br>(312) 324-1190<br>BY:  RACHEL MAUCERI, ESQ.<br>(215) 963-5000<br>BY:  MENACHEM ZELMANOVITZ, ESQ.<br>(212) 309-6000 |
| For Bank of America: | Bank of America<br>BY:  ESTHER CHUNG<br>(646) 855-6705 |
| For Maureen A. Dombeck: | BY:  MAUREEN A. DOMBECK<br>(773) 989-1855 |
| For Angelo Gordon & Co.: | Wilmer Cutler Pickering Hale & Dorr<br>BY:  ANDREW N. GOLDMAN, ESQ.<br>(212) 230-8836 |

TELEPHONIC APPEARANCES:
(Continued)

For Robert R. McCormick
Foundation & Cantigny
Foundation:                          Katten Muchin Rosenman, LLP
                                     BY:  JOHN SIEGER, ESQ.
                                     (312) 902-5294

1                                 INDEX

2                                                        Further

3    WITNESSES FOR THE        Direct  Cross  Redirect  Recross  Redirect

4     DEBTORS:

5

6

7     EXHIBITS:                              Marked  Received

8     DEBTORS:

9

10

11

12

13

14

15

16

17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35

1  WILMINGTON, DELAWARE, TUESDAY, NOVEMBER 23, 2010, 10:02 A.M.

2              THE COURT:  Good morning, everyone.

3              THE ATTORNEYS:  Good morning, Your Honor.

4              MR. PERNICK:  Your Honor, Norman Pernick on behalf

5  of the Debtor, Tribune Company.  Would the Court like me to go

6  through the agenda just to see -- make sure that our records

7  are the same?

8              THE COURT:  If you'd please.

9              MR. PERNICK:  We have, as adjourned to the December

10  15th hearing, number one, which is the ninth under this

11  objection with respect to Claudia Sanzeri.  Number two, the

12  tenth omnibus objection with respect to GE Capital Fleet

13  Services, Karolyn Walker and Robby Wells.  Number three, the

14  twenty-seventh omnibus objection with respect to Marcia

15  Willette.  Number five, the thirty-third omnibus objection

16  with respect to Albert Togut as the Chapter 7 Trustee and also

17  with respect to the City of Chicago.  Number six, the thirty-

18  fourth omnibus objection with respect to EMC Corporation.

19  Number seven, the thirty-sixth omnibus objection, with respect

20  to the Emerson Tucker Claim.  And number 11, the twenty-fourth

21  omnibus objection with respect to Terry Godbey, Oracle,

22  Marbury VonBrieson and Herbert Eye.  Then adjourned to January

23  13, 2011, number four, the motion for class certification and

24  class treatment of class proofs of claim.  Your Honor was kind

25  enough to enter orders on number eight, which is the motion to

1  extend the removal period.  Number 10, Davis Wright Tremaine's

2  retention.  There was a certification of counsel on number

3  nine, the Davis Wright Tremaine fee application.  I assume the

4  Court has a question about that.

5            THE COURT:  I do, and I just wanted to confirm.  I

6  assume because this was an ordinary course professional, that

7  the fee examiner did not review or report on the application.

8            MR. PERNICK:  I think that's correct, Your Honor.

9            THE COURT:  Okay.  But with the assignment of --

10  with my signing the order permitting the retention, that that

11  professional will now fit into that category, of the examiner

12  review.

13            MR. PERNICK:  Yes, Your Honor.

14            THE COURT:  Okay.  With that, I've signed the fee

15  order.

16            MR. PERNICK:  Thank you, Your Honor.  And then

17  going forward, just number 11, the twenty-fourth omnibus

18  objection with respect to Maureen Dombeck.  Number 12, the

19  committee's motion for leave to file and unredacted complaint.

20  And I understand the Court wanted to discuss scheduling.  Mr.

21  Cobb also wanted to just take up one housekeeping matter with

22  the Court, if the Court's okay with that.

23            THE COURT:  I'm fine with that.

24            MR. COBB:  Good morning, Your Honor, Richard Cobb

25  on behalf of the Committee of Unsecured Creditors, here with

1  my co-counsel.  Your Honor, you may be aware that the

2  committee has filed and it is now on for a hearing, a motion

3  with regard to standing to commence certain preference actions

4  against insiders and several other entities.  That motion is

5  scheduled to be heard on this coming Monday, the 29th.  Your

6  Honor, shortly after the committee filed that particular

7  standing motion, the committee was apprised that there may be

8  viable preference claims against certain professionals of the

9  debtors.  The committee immediately began its due diligence

10  with regard to investigating those claims, negotiating with

11  the debtors with regard to who is best suited to bring the

12  claims.  And just this morning, Your Honor, the committee

13  filed a motion for standing on shortened notice to bring those

14  claims, or to toll them.  This is a little different posture

15  than the prior motion that was filed.  Your Honor, I raise

16  this with the Court because I understand that the agenda is

17  due very shortly after the close of this hearing for the

18  hearing on the 29th.  The committee's asked that this second

19  standing motion be presented to the Court and heard on the

20  29th as well.  And, Your Honor, I understand if the Court will

21  say I, I know -- I'm looking to facilitate the administration

22  of the case, and that's all.  And if Your Honor would prefer

23  to wait --

24          THE COURT:  How elegantly put, Mr. Cobb.  Does

25  anyone care to be heard on that matter?

1              MR. LANTRY:  Good morning, Your Honor, Kevin Lantry

2   of Sidley, on behalf of the debtors.  We do not object for

3   this to be heard on Monday.  In fact, we think that's exactly

4   the right thing to do, given the time.  I suppose I would only

5   want to flesh out a little bit of the narrative, which is I

6   think the committee and the debtors had long before the

7   earlier standing motion was filed, identified the due

8   diligence that needed to be conducted regarding potential

9   preference actions against some of the debtors' professionals.

10  What had not yet been decided is whether that needed to be

11  done and who would need to bring that, and that's why there is

12  this little disconnect between the filing of the original

13  committee motion for standing and this one.  But the debtors

14  certainly agree that this should be heard on Monday, and that

15  would be very good for the case.

16             THE COURT:  Anyone else care to be heard?

17             MR. GOLDEN:  Good morning, Your Honor, Daniel

18  Golden, Akin Gump Strauss Hauer & Feld, Counsel for Aurelius

19  Capital Management.  Your Honor, we are -- wholeheartedly

20  support entry of an order shortening the time, so that in fact

21  this motion can be heard on Monday, along with the committee's

22  original standing motion with respect to preferences.  Similar

23  to the view just espoused by the debtors, Aurelius believes

24  the more preference actions that are timely commenced the

25  better the estates will be for it, so we support the motion.

1            THE COURT:  Thank you.  Does anyone else wish to be

2    heard?  All right.  Mr. Cobb, when you file the motion, file

3    it please with a motion to shorten.  You may affix as a

4    hearing date, Monday, November 29th at 10:00.  Responses or

5    objections may be presented at the time of hearing.  And I'll

6    sign off on that.  I just, I don't know what's to come in that

7    motion specifically, and I don't know which professional are

8    involved.  I just hope that the disputes in this case have not

9    reached such a level that we're now moving to, to war by

10   professionals.  Against professionals.  I'll say no more at

11   this point.

12            MR. COBB:  Thank you, Your Honor.

13            THE COURT:  All right.  What's next?

14            MR. KANSA:  Good morning, Your Honor, Ken Kansa of

15   Sidley Austin on behalf of the debtors.  I believe this brings

16   us to item 11 on the agenda.

17            THE COURT:  All right.

18            MR. KANSA:  Which is the debtors' twenty-fourth

19   omnibus claims objection, as it pertains the claim of Maureen

20   Dombeck.  I believe Ms. Dombeck is available telephonically

21   today.  We have provided her with the dial in information for

22   today's call.  Your Honor, this is an objection to claim

23   number 3060, in the amount of $50,000.  The debtors objected

24   to Ms. Dombeck's claim as a no liability claim.  In that the

25   proof of claim on its face articulated no cognizable claim

1   that the debtors' could identify, and the debtors books and

2   records revealed no basis for any claim owing to Ms. Dombeck.

3   Ms. Dombeck is by way of background, a former employee of

4   Tribune whose retirement accounts, which seem to relate to her

5   asserted claim, were cashed out in full in 2008.  In response

6   to the objection the debtors filed as a no liability

7   objection, Ms. Dombeck filed a reply, which is docketed at

8   number 4156.  The reply reiterates the $50,000 amount Ms.

9   Dombeck believes is owed to her, but does nothing further in

10  the debtors view to illuminate the basis for her claim.  Her

11  response states only that Tribune "was instrumental through

12  their fiduciary irresponsibility for the loss of said funds".

13  Nonetheless, based on the response the debtors continued the

14  objection to Ms. Dombeck's claim over the past several

15  hearings, in an attempt to get more information from Ms.

16  Dombeck about her claim.  And to in certain respects, provide

17  her with more information concerning her claim, that she had

18  requested.  Namely, information concerning her retirement

19  account, and the historical performance of Tribune's common

20  stock.  The communications have not led to much additional

21  insight on the debtors' part into the bases for Ms. Dombeck's

22  claim, other than that it apparently relates to Tribune's

23  acquisition of the Times Mirror Company in 2000, as well as to

24  the acquisition of unspecified other subsidiaries.  Beyond

25  that, Ms. Dombeck's correspondence, much of which we

1  understand has been transmitted by her to the Court, does not

2  provide any further basis for Ms. Dombeck's asserted claim.

3  The debtors are mindful and respectful of Ms. Dombeck's status

4  as a pro se claimant, and have attempted to glean additional

5  from her over the course of the past several months.  And have

6  also agreed to continue the objection for the past several

7  months, to try and pursue a consensual resolution here.  Ms.

8  Dombeck has indicated in recent communications that she wishes

9  to have her claim adjudicated now, and does not wish further

10  continuances of the objection.  And accordingly, the debtors

11  have teed the claim up for a hearing today.  But based on the

12  position and the materials before the Court, even accepting

13  everything stated in Ms. Dombeck's claim as even taking it for

14  argument's sake at face value, the basis for the claim is

15  ultimately an allegation that $50,000 is owed for harms that

16  are ill specified, and no basis is provided for the asserted

17  amount. And as a result, we ask that Ms. Dombeck's claim be

18  disallowed.

19          THE COURT:  Thank you.  Let me ask for the record,

20  Ms. Dombeck, are you on the telephone connection today?

21          MS. DOMBECK:  I am, Honorable Judge Carey.  How are

22  you?

23          THE COURT:  I'm well, thank you.  How are you

24  today?

25          MS. DOMBECK:  Good.  I'm great, thanks.  Hello to

1    everybody.

2              THE COURT:  All right.  Now is your chance to tell

3    me what it is you'd like me to hear.

4              MS. DOMBECK:  Well, I'm concerned.  Mr. Kansa, I'm

5    unclear about what the contact was from the Tribune Company.

6    I feel that it's untrue.  I feel those are not true words that

7    were just uttered by yourself, as they have not tried to

8    contact me in regards to my concern.  I felt that when I left

9    the company, I was owed a certain amount of money due their

10   ERISA Litigation, and that they have breached their fiduciary

11   duties in regards to myself.  In regards to defrauding

12   advertisers, such as purchasing subsidiaries such as Newsday,

13   and also Hoy Newspaper and also Times Mirror, which were

14   actually acquisitions of debts.  And that had driven my stock

15   down to a point where it was unrecoverable.  And when I left

16   the paper, I was actually -- probably took half of the stock

17   away that I had originally had earned.  And you know, it

18   wasn't a safe retirement that I had actually preempted.  And I

19   believe that my 401k was something that was a retirement

20   earning that was driven down by my employer's fiduciary

21   irresponsibility.  It wasn't a savings clause.  It wasn't

22   something that I -- I felt that it was poor administration on

23   the part of the Tribune Company, and of all their subsidiaries

24   and of all their responsible people who were supposedly

25   responsible for my retirement.  I feel that their, the

1  fiduciaries of the Tribune Company, the management,

2  administrators, the board of directors, the trustees, the

3  incentive people, the employers who exercised de facto

4  control, the insurance companies, the financial institutions

5  and co-fiduciaries were responsible for driving my stock down.

6          THE COURT:  All right.  Anything further, Ms.

7  Dombeck?

8          MS. DOMBECK:  Yeah, but you know, I don't think you

9  have a couple hours.

10          THE COURT:  Well here's --

11          MS. DOMBECK:  But thanks for listening.

12          THE COURT:  Certainly.  Here's how we handle these

13  things in Bankruptcy Court.

14          MS. DOMBECK:  Sure.

15          THE COURT:  And I'll start from the proposition

16  that when you respond to a claim objection, you need to

17  actually articulate I would say in a much more complete

18  fashion then you have --

19          MS. DOMBECK:  Um-hum.

20          THE COURT:  -- the nature of your claim --

21          MS. DOMBECK:  Um-hum.

22          THE COURT:  -- so the debtor is in a position to

23  respond to it, and the Court is able to make a decision on its

24  validity.

25          MS. DOMBECK:  So defrauding advertisers is not

1   valid?  Is not a valid claim, is that it?

2             THE COURT:  Well, I'll tell you what --

3             MS. DOMBECK:  By --

4             THE COURT:  -- let me --

5             MS. DOMBECK:  -- by the Tribune Company buying Hoy

6   and by buying the Times Mirror?

7             THE COURT:  Let me finish.

8             MS. DOMBECK:  Um-hum.

9             THE COURT:  But once the claim is articulated the

10  other thing that needs to be done, is that evidence, not

11  argument, evidence needs to be presented to the Court in

12  support of it.

13            MS. DOMBECK:  Um-hum.

14            THE COURT:  So if you like, I will give you the

15  opportunity to participate in an evidentiary hearing.  You

16  must do that here in person.

17            MS. DOMBECK:  Sure.

18            THE COURT:  And I will require that prior to the

19  hearing, the parties exchange all documents they intend to

20  present at the time of hearing.

21            MS. DOMBECK:  Um-hum.

22            THE COURT:  And exchange lists of any witnesses

23  they intend to, they intend to present at the time of hearing.

24  So if you'd like that opportunity, I will give that to you.

25            MS. DOMBECK:  So it would have to be in person?  It

1   wouldn't -- I wouldn't be able to fax in information, or --

2              THE COURT:  No, and the reason is --

3              MS. DOMBECK:  -- backup --

4              THE COURT:  -- our procedures, our telephone

5   procedures, clearly state that evidentiary hearings must be in

6   person.  And there's a reason for that.  In all, maybe more

7   than one reason.

8              MS. DOMBECK:  Um-hum.

9              THE COURT:  But in my view, the primary reason is

10  that I need to be able to judge the credibility of witnesses.

11  I can't do that over the telephone.  There will be a

12  presentation of documents, I presume.  That becomes a little

13  bit unwieldy when one or more of the participants are not

14  here, but on the phone.

15             MS. DOMBECK:  Hum.

16             THE COURT:  So for these reasons, I do not hold

17  evidentiary hearings over the telephone.  Again, so if you

18  wish that opportunity, I will give that to you.

19             MS. DOMBECK:  Okay, sure.

20             THE COURT:  All right.

21             MS. DOMBECK:  If that's the only appeal I would be

22  able to have.

23             THE COURT:  All right, then let's do this.  I'll

24  ask debtors' counsel to draft a form of order, providing the

25  process that I've just described.  And if the parties can't

1  agree on a date, reach out to the Court and we'll pick one.

2         MR. KANSA:  We will prepare such an order, Your

3  Honor.

4         THE COURT:  All right.  Ms. Dombeck, before we go

5  onto the next matter, do you have any questions?

6         MS. DOMBECK:  Well, yeah, I do.  Because I actually

7  had contacted Tribune in regards to my stock information, and

8  I have not received any information back from them.  And Mr.

9  Kansa somehow has some, like I said in my opening statements,

10 unclear information about their contact to me.  I have not

11 received any information from them.  I have an email here from

12 Mike Burgon (ph), who I believe is the human resources person,

13 or was at that time, on 5/6/10.  Never received any

14 information back.  So I don't see why I'm having to run

15 around, and having to come to Delaware in regards to this

16 situation, when I haven't received any information back from

17 them --

18        THE COURT:  Well there are --

19        MS. DOMBECK:  -- in regards to my stock

20 information.

21        THE COURT:  -- there are typically two ways to

22 handle that situation.  One way is for the parties to confer,

23 and agree through an informal process to exchange the

24 necessary information.  If the parties are unable to make such

25 an agreement for whatever reason, this is -- the claim

1    objection is what in bankruptcy terminology is called a

2    contested matter, which gives the parties involved the right

3    to undertake discovery.  The discovery process, which is

4    provided for in the Federal Rules, and which are applicable

5    for the most part in this proceeding.  So to the extent you

6    can't get anything voluntarily, you are free to issue

7    discovery requests.  And my suggestion is that in formulating

8    a form of order for picking a time of hearing, you may also

9    wish to discuss discovery issues and build that into the form

10   of order, so each side is bound by the deadlines that are set

11   in the order.

12          MS. DOMBECK:  Now, Judge, just -- I don't mean to

13   get in your hair here, but isn't that going back to square

14   one?  Haven't I already tried to do this with the discovery,

15   and tried to attempt to contact the Tribune Company in regards

16   to my stock?  You know, I mean am I doing the same thing?  Am

17   I running around, and running in circles, or --

18          THE COURT:  I can't --

19          MS. DOMBECK:  -- you know, I've already done that.

20          THE COURT:  I'm not in the position --

21          MS. DOMBECK:  And they haven't responded.

22          THE COURT:  -- I'm not in position to answer that

23   question.

24          MS. DOMBECK:  Okay.

25          THE COURT:  All I can tell you is, if you wish, you

1  may avail yourself of the discovery rights and rules.  There

2  are consequent --

3          MS. DOMBECK:  Um-hum.  Yeah, I am aware.

4          THE COURT:  I beg your pardon?

5          MS. DOMBECK:  No, I'm aware of discovery.

6          THE COURT:  Yeah, and --

7          MS. DOMBECK:  But I'm saying, you know, I've

8  already done that.  And I thought I had moved past that to

9  this point.

10          THE COURT:  Well if there's been a failure to

11  comply with discovery requests under the rule, there are

12  procedures for enforcement of your rights --

13          MS. DOMBECK:  Yeah.

14          THE COURT:  -- and you may avail yourself of them.

15          MS. DOMBECK:  Um-hum.  Okay.

16          THE COURT:  Okay?

17          MS. DOMBECK:  All right.  All right, at this point

18  are we going to have to do a further trial, or an appeal?  Or

19  where are we at with that?

20          THE COURT:  Well, failing the arising of other

21  disputes, we will certainly have at least an evidentiary

22  hearing on your claim.

23          MS. DOMBECK:  Um-hum.  Okay.

24          THE COURT:  All right?

25          MS. DOMBECK:  All right.  All right, now how would

1  I go about doing that?

2          THE COURT:  Doing what?

3          MS. DOMBECK:  Evidentiary hearing.

4          THE COURT:  Debtors' counsel will contact you.

5  Will prepare a proposed form of order --

6          MS. DOMBECK:  Um-hum.

7          THE COURT:  -- that sets the process out that I've

8  outlined --

9          MS. DOMBECK:  Okay.

10          THE COURT:  -- and picking a hearing date

11  consistent with the Court's calendar.  And hopefully, that's a

12  process upon which you can both agree.  If you cannot, reach

13  out to the Court and I will resolve whatever differences

14  remain.

15          MS. DOMBECK:  Yes, sir.

16          THE COURT:  Okay?

17          MS. DOMBECK:  Okay.

18          THE COURT:  Thank --

19          MS. DOMBECK:  Well thank you so much.

20          THE COURT:  You're very welcome.

21          MR. KANSA:  Thank you, Your Honor.

22          MR. SOTTILE:  Your Honor, James Sottile of

23  Zuckerman Spaeder, Special Counsel for the Committee of

24  Unsecured Creditors.  I think that brings us to the last item

25  on the agenda, item number 12.  That's the committee's motion

1    for leave to either file an unredacted version of the

2    complaint that they had filed against various third parties,

3    or in the alternative, the file the unredacted version of the

4    complaint under seal.  As the Court may recall, this issue

5    arises because under the depository order the Court has

6    entered, parties designated certain documents at confidential

7    or highly confidential.

8            THE COURT:  I've read the papers.  The U.S.

9    Trustee, so far as I know, is the only one who's filed a

10   response and said of course, a fully unredacted copy of the

11   complaint should be filed, the committee filed this motion

12   only because they had to.  No other party has come forward.

13   So in light of that, I'm inclined to authorize the filing of

14   an unredacted complaint.

15           MR. SOTTILE:  That is what the committee would

16   prefer if the Court is inclined to so order.

17           THE COURT:  I am.  Do you have a form of order for

18   me?

19           MR. SOTTILE:  Your Honor, I do.  A form of order

20   was submitted with the motion.  It had it on it however, only

21   the caption for the main bankruptcy case.  The motion was

22   actually filed both in the case and in the adversary

23   proceeding.  And with the Court's leave, I'd like to present a

24   form of order that is identical in text to what was submitted

25   with the order, but includes the captions for both cases.

1              THE COURT:  All right.

2              MR. SOTTILE:  May I present --

3              THE COURT:  You may.  Thank you.

4              MR. SOTTILE:  Thank you, Your Honor.

5              THE COURT:  That order has been signed.

6              MR. SOTTILE:  Thank you, Your Honor.

7              THE COURT:  Okay.  Shall we talk scheduling?  When

8    we last met or spoke by phone, I forget which, the parties had

9    requested that the Court set aside, depending on who was

10   asking, one or two weeks for confirmation.  But before we get

11   to that, and without stirring the hornets' nest, I'd like a

12   report on where the parties stand with disclosure.  And the

13   results of their in person meeting, which was to have taken

14   place.

15             MR. LANTRY:  Good morning again, Your Honor, Kevin

16   Lantry on behalf of the debtors.  As you directed, all of the

17   plan proponents, the four different competing plan proponents

18   met in New York on Friday, and we spent about four and a half

19   hours together.  We went through each of our respective

20   objections to each of our respecting competing disclosure

21   documents and responsive statements.  And one by one went

22   through and attempted to resolve our objections.  I can tell

23   you that we in principle resolved well over 50 percent of all

24   of our objections.  What's in principal, is that we didn't try

25   to draft the changes that we agreed to make.  We just

1   articulated what they were, and we've been busy drafting and

2   will be filing yet today all of our changes.  And so we need

3   to all reserve our rights to see if we did what we promised

4   each other we would try to do.  And if that was indeed

5   satisfactory.  So that's why I can't give you a good read on

6   how much is truly resolved, or yet to be resolved.  That said,

7   there certainly were a number of things that we had to agree

8   to disagree on, and that we will be having to bring to Your

9   Honor on Monday, about what needs to be disclosed or not

10  disclosed.  But there was one thing that I think could be

11  useful as a walk away, and something that's kind of a gating

12  item that will probably decide how much time we spend together

13  on Monday, the 29th.  It was I think our belief, that is the

14  plan proponents that the debtors' committee and senior lenders

15  are involved in, that all we should do is try to correct

16  factual mistakes and errors in each other's documents, nothing

17  more.  In other words, unlike the typical situation where we

18  have one single disclosure statement going out to the voters,

19  because we have four, each of us have an opportunity -- and

20  the responsive statements.  Each of us have an opportunity to

21  tell our side of the story, and let the other side tell their

22  side of the story.  And therefore, we can be considerably more

23  lenient in terms of allowing each other to do whatever they

24  needed to do because have our opportunity, and it's going out

25  in one package.  And we assume the voters will read each of

1    the respective positions, and add up the score on their own.

2    If you end up taking that position, we think we will be able

3    to finish what we have in dispute quite easily on Monday.  On

4    the other hand, some of the parties felt like, no, they needed

5    to make sure that each individual document was a balanced

6    statement in and of itself, without having to read the other

7    three.  And that could then lead to all of us fighting over

8    what we need to do to make each of them a balanced statement,

9    and then it could be a very lengthy ceremony on Monday.  So

10    that was what I might walk away from our talk on Monday, is

11    being kind of a gating issue that you might want to think

12    about as you guide us between here and Monday, or at Monday --

13             THE COURT:  Is there no hope that we can end up

14    with just one disclosure statement?

15             MR. LANTRY:  Well again, Your Honor, to describe

16    what we have, we have the core disclosure document, that

17    describes the debtors' assets, and liabilities and what's

18    happened in the case.  And then we have four separate

19    disclosure documents that describe each of the competing

20    plans.

21             THE COURT:  And what --

22             MR. LANTRY:  And --

23             THE COURT:  -- is the general proposition?  What's

24    the length of the four separate submissions?

25             MR. LANTRY:  I think they vary from about 30 pages

1 to maybe 120.  So they are of different dimensions.  And then

2 each of us have responsive statements, much like we did back

3 in April.  Where we, you know, spend a rather short but much

4 more advocacy piece talking about our views of each of the

5 other three competing plans.  And those are very comparatively

6 short.  But we again have imagined all of these going out in a

7 package together, as you have indicated would go out.  So

8 there would be one solicitation package, though there would be

9 these four component parts.

10        THE COURT:  Well I was hopeful we could, besides

11 what I'll call the uniform part of disclosure, end up with one

12 document.

13        MR. LANTRY:  Well, Your Honor, again I think we all

14 had contemplated from the scheduling order that you did agree

15 to, and that we negotiated that there would be these four

16 separate things that would go into a single solicitation

17 package.  So if you had intended for us to merge them into a

18 single document, I think we've all be aiming in the wrong

19 direction.

20        THE COURT:  Well I was hoping the process might end

21 up there, but maybe that was just being overly optimistic.  I

22 guess I, you know, all of us are accustom to sitting down and

23 reading long, tedious, complicated documents.  And maybe those

24 who are entitled to vote are the same.  I don't know.  But it

25 seems to me the effort to decide whether to vote for a plan or

1    not oughtn't to be of herculean magnitude.  And it sounds to

2    me that's what the perspective voters here are, are going to

3    be facing.  Look there's some lure, and maybe the parties

4    realize this, to the method that you suggest because it

5    involves less of a fight for all of us here on Monday.  But I

6    would need to be convinced that that's the best thing to do.

7    Okay.  Well I appreciate that report.  Did anyone else care to

8    weigh in on that?

9              MR. BUTZ:  Good morning, Your Honor.  For the

10   record, Daniel Butz from Morris Nichols Arsht & Tunnell, on

11   behalf of the Step One Lenders.  I rise to make a very quick,

12   brief request.  You, Your Honor, has already said that you

13   don't prefer the separate documents.  But that's sort of where

14   we are right now.  And at the mediation, or the meeting, the

15   meet and confer on Friday.

16             THE COURT:  Um-hum.

17             MR. BUTZ:  A number -- it became apparent that a

18   number of the issues with our disclosure document were the

19   same issues with the debtors' disclosure document.  Because

20   the two plans are in many ways similar.  And the parties had

21   agreed to allow the Step One Lenders to file their disclosure

22   document tomorrow, after having an opportunity to see how the

23   debtors have changed theirs, so that we could incorporate

24   those changes.  Which would be changes to resolve various

25   objections into the Step One Lenders document.  And I believe

1  the parties are in agreement with allowing the Step One

2  Lenders to do that.  And I just wanted to make sure, since it

3  does violate the -- technically violates the disclosure order

4  that Your Honor entered, if we would, if Your Honor would be

5  okay with allowing us to file it tomorrow on the 24th.

6          THE COURT:  When?

7          MR. BUTZ:  As early as we can.

8          THE COURT:  Because the binder is due tomorrow at

9  noon.  Because both Thursday and --

10         MR. BUTZ:  No --

11         THE COURT:  -- Friday are holidays.

12         MR. BUTZ:  -- I understand, Your Honor.  That's why

13 I'm asking you.  I mean we could if need be, file a disclosure

14 document tonight, and then file an amended one, incorporating

15 additional changes based on what the debtors have done with

16 theirs.  But we thought that was a bit, might be wasteful of

17 paper.

18         THE COURT:  Does anyone have an objection to that?

19 Okay, go ahead.

20         MR. BUTZ:  Thank you, Your Honor.  And we'll be

21 filing all of the other documents tonight.  Just, it'll just

22 be the disclosure document that we would file tomorrow.  Thank

23 you.

24         MR. PERNICK:  Your Honor, just to make sure from a

25 production standpoint that we do what we need to do on the

1  debtors' side, what -- I guess if it comes close to noon, we

2  may have difficulty getting it in the notebook if it comes

3  after.  How would the Court like it delivered?  Are there any

4  instructions to the Step One's or to us?  Because we want to

5  make sure we have a complete notebook, but it's a little bit

6  of a wildcard when it's coming in.

7           THE COURT:  Well I want something to take home with

8  me for the weekend.  So can we do it by 2:00 say?

9           MR. PERNICK:  I mean we're going to be ready to go,

10 it's really just a question of when we get this, and we get it

11 in there.  So I see two alternatives.  Either it gets to us,

12 if we needed to get it to you by two at the latest, it should

13 get to us by 12 or 12:30, I would say.  Or the Step One's can

14 just take responsibility for getting it to the Court, and it

15 won't -- you know, they can three hole punch it, we'll leave a

16 tab for it, and then they can get it to all of us and get it

17 to you.  And if we can get in the notebook, fine.  If we

18 don't, Your Honor can put it in.

19          THE COURT:  Okay.  Well I took arts and crafts in

20 school, so I could insert it into the notebook.

21          MR. PERNICK:  Your Honor, I certainly didn't want

22 to -- mean to impose that, but I want to make sure that you

23 have what you need.

24          THE COURT:  Yeah.  I've had tougher jobs, but

25 thanks.

1          MR. PERNICK:  Thank you.

2          MR. BUTZ:  Once again for the record, Your Honor,

3  Daniel Butz.  We will endeavor to get it to you as quickly as

4  possible.  If it's after the binder goes over, I'll three hole

5  punch it and run it over myself.

6          THE COURT:  Okay.  Thank you.

7          MR. BUTZ:  Thank you.

8          THE COURT:  All right, anything else on disclosure?

9  Okay.  Let's talk about scheduling.  I had received, just to

10  recap so that I make sure I understand, one request to

11  schedule confirmation for the week of March 7th.  I received

12  another request where we talked about the third or fourth week

13  in March.  Which if I remember, more than one person stuck up

14  their hand and said that's not good.  My inclination frankly

15  at this point, is to reserve a week no more, for the week of

16  March 7th.  If it turns out that we need more time, we'll just

17  have to address that when we get there.  Comments, questions?

18          MR. LANTRY:  Your Honor, thank you very much.  That

19  certainly fits the debtors' request to move promptly.  One

20  thing I might suggest, is we think about what happens on

21  Monday.  And as we have built in the timeline for the

22  solicitation process, and the various discovery items that go

23  all the way to a March 7 date.  Is that I would ask that you

24  encourage us all to get it done on Monday, or be prepared to

25  work diligently throughout the week of the 29th to get it

1    done.  Because if we can't ultimately have those solicitation

2    materials going out fairly soon after the 29th, then we run

3    into a failure to accomplish what you've just delivered for

4    us.  So I would only say it's a pretty tight timeline, and

5    we've worked for many, many hours working through this

6    timeline, as I'm sure the people will tell you about the CMO

7    that they have been crafting.  But I just, I have the concern

8    that you know, it just can't get done unless you do put a

9    little pressure on us, which we'd ask you to do.

10          THE COURT:  Well here's what I was thinking.  And

11   unfortunately it involves visiting more misery on the Court,

12   but if I don't see that we're making on Monday sufficient

13   progress, I may just take all the statements back and do it

14   myself.  And everyone will just have to live with whatever

15   comes out.  And I'm guessing nobody wants that.  But this is

16   not a process that's going to drag on for days.  You know,

17   we've been through this once before.  Everybody knows things

18   now.  I mean there really, I guess in somebody's discovery and

19   somebody's adversary, something could show up at a later time.

20   But gosh, we've had a lot of lifting of the skirts here.  And

21   I just, I just don't know why even having experienced, you

22   know, the tenor of the disputes in this case, I just don't

23   know why we can't make it all work.  You know, to get to a

24   vote, and to get to the Court, to determine which plan ought

25   to be confirmed, if any of them.

1          MR. LANTRY:  Thank you, Your Honor.

2          MR. ZENSKY:  Good morning, Your Honor, David

3    Zensky, Akin Gump Strauss Hauer & Feld, for Aurelius Capital

4    Management.  I'm sure Your Honor has not had a chance to

5    review it, but we filed our papers yesterday, and Wilmington

6    Trust did as well, in opposition to the debtors' motion that

7    asked for a five day confirmation hearing.  And at a minimum,

8    I would request that the Court reserve on determining that

9    that's what it will be, if that's what the Court is

10   determining, until there's an opportunity to review the

11   papers.  But I would like to highlight the important points

12   that were made in that regard.

13         THE COURT:  Well let me put it this way.  I'm

14   determining that that week has been set aside.  And nothing

15   more at this point, one way or the other.

16         MR. ZENSKY:  Okay.  Your Honor, I, at the last

17   hearing, I did suggest in response to your question, that we

18   thought two weeks would be adequate.  We actually upon

19   crunching the, all the issues to be tried, which I'm prepared

20   to address now or on the 29th, which is when this is noticed

21   for.  We have asked that it, or suggested it could take as

22   much as three weeks, and even that will be tight.  If there's

23   no ruling being made on whether the five days is the limit as

24   you just said, then I'm prepared to hold my comments on that

25   issue until Monday, Your Honor.  I would say in the ordinary

1   course, the parties are usually best suited to determining how

2   much time is needed when we get to the end of the discovery

3   process.  So we know how many witnesses each side wants to put

4   on, how many witnesses are going to be in that box for you to

5   assess their credibility, and so on.  But there's an enormous

6   amount of issues to be tried.

7           THE COURT:  There are -- I find in these situations

8   at least two competing dynamics.  You've mentioned one, and

9   that is the parties normally are in a best position to

10  determine, based on what they want to present, how long

11  something will take.  There is a competing dynamic however.  I

12  have also found over the years that when I set a limited

13  amount of time for the parties to present their cases, somehow

14  they almost always find a way to give me their best within the

15  timeframe, however limited it might be.  So the trick for the

16  Court, as I'm sure you know, is to find the place where the

17  two meet.  And I'll do what I always do, what I think is

18  appropriate under the circumstances.

19          MR. ZENSKY:  I have no doubt of that, Your Honor.

20  Thank you.

21          THE COURT:  It doesn't mean everyone will agree.

22  But I understand your position.  Is there anything further for

23  today?  Thank you all very much.  That concludes this hearing.

24  Court will stand in recess.

25

1   (Whereupon, at 10:42 a.m., the hearing was adjourned.)

2                        CERTIFICATION

3        I certify that the foregoing is a correct transcript

4   from the electronic sound recording of the proceedings in the

5   above-entitled matter.

6

7
8
9
10  _____          November 23, 2010
11
12  Wendy V. Nusbaum

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| _____debtors.___ | 1:13 | **and**(145) 10:13 10:16 10:20 10:22 10:23 | | **avenue**(3) 2:40 4:14 4:27 | | **butz**(11) 3:39 30:9 30:10 30:17 31:7 31:10 | |

**a.m**(3) 1:16 10:1 37:1

**able**(5) 18:23 20:1 20:10 20:22 28:2

**about**(14) 11:4 15:16 17:5 21:10 24:1 26:18 27:9 28:12 28:25 29:4 33:9 33:12 33:20 34:6

**above-entitled**(1) 37:5

**accepting**(1) 16:12

**accomplish**(1) 34:3

**accordingly**(1) 16:10

**account**(1) 15:19

**accounts**(1) 15:4

**accustom**(1) 29:22

**acquisition**(2) 15:23 15:24

**acquisitions**(1) 17:14

**actions**(3) 12:3 13:9 13:24

**actually**(7) 17:14 17:16 17:18 18:17 21:6 25:22 35:18

**add**(1) 28:1

**additional**(3) 15:20 16:4 31:15

**address**(2) 33:17 35:20

**adequate**(1) 35:18

**adjourned**(3) 10:9 10:22 37:1

**adjudicated**(1) 16:9

**adler**(2) 4:26 7:11

**administration**(2) 12:21 17:22

**administrators**(1) 18:2

**adversary**(2) 25:22 34:19

**advertisers**(2) 17:12 18:25

**advocacy**(1) 29:4

**affix**(1) 14:3

**after**(6) 12:6 12:17 30:22 32:3 33:4 34:2

**again**(6) 20:17 26:15 28:15 29:6 29:13

**against**(5) 12:4 12:8 13:9 14:10 25:2

**agenda**(4) 10:6 12:16 14:16 24:25

**agent**(1) 3:29

**agree**(7) 13:14 21:1 21:23 24:12 27:7 29:14 36:21

**agreed**(3) 16:6 26:25 30:21

**agreement**(4) 3:20 7:4 21:25 31:1

**ahead**(1) 31:19

**aiming**(1) 29:18

**akin**(4) 3:4 6:20 13:18 35:3

**albert**(1) 10:16

**all**(40) 12:22 14:2 14:13 14:17 17:2 17:23 17:24 18:6 19:19 20:6 20:20 20:23 21:4 22:25 23:17 23:17 23:24 23:24 23:25 26: 26:16 26:23 27:2 27:3 27:15 28:7 29:6 29:13 29:18 29:22 30:5 31:21 32:16 33:8 33:23 33:24 34:13 34:23 35:19 36:23

**allegation**(1) 16:15

**allow**(1) 30:21

**allowing**(3) 27:23 31:1 31:5

**almost**(1) 36:14

**along**(1) 13:21

**already**(4) 22:14 22:19 23:8 30:12

**also**(7) 10:16 11:21 16:6 17:13 17:13 22:8 36:12

**alternative**(1) 25:3

**alternatives**(1) 32:11

**alvarez**(1) 6:42

**always**(2) 36:14 36:17

**amended**(1) 31:14

**america**(3) 5:14 7:40 7:40

**amit**(1) 6:11

**amount**(6) 14:23 15:8 16:17 17:9 36:6 36:13

**anderson**(1) 2:44

**andrew**(5) 5:37 5:39 7:23 7:27 7:50

**angell**(1) 4:4

**angelo**(1) 7:48

**anna**(2) 5:22 5:22

**another**(1) 33:12

**answer**(1) 22:22

**any**(10) 15:2 16:2 19:22 21:5 21:8 21:11 21:13 21:16 32:3 34:25

**anyone**(5) 12:25 13:16 14:1 30:7 31:18

**anything**(4) 18:6 22:6 33:8 36:22

**apparent**(1) 30:17

**apparently**(1) 15:22

**appeal**(2) 20:21 23:18

**appearances**(5) 4:37 5:1 6:1 7:1 8:1

**applicable**(1) 22:4

**application**(2) 11:3 11:7

**appreciate**(1) 30:7

**apprised**(1) 12:7

**appropriate**(1) 36:18

**april**(1) 29:3

**are**(38) 10:7 13:19 13:24 14:7 16:3 16:16 16:20 16:21 16:23 17:6 20:13 21:18 21:21 21:24 22:4 22:6 22:10 23:2 23:11 23:18 23:19 27:15 29:1 29:5 29:22 29:24 29:24 30:2 30:2 30:14 30:20 31:1 31:1 32:3 36:1 36:4 36:7 36:9

**argument**(1) 19:11

**argument's**(1) 16:14

**arises**(1) 25:5

**arising**(1) 23:20

**around**(2) 21:15 22:17

**arsht**(2) 3:38 30:10

**articulate**(1) 18:17

**articulated**(3) 14:25 19:9 27:1

**arts**(1) 32:19

**aside**(2) 26:9 35:14

**ask**(5) 16:17 16:19 20:24 33:23 34:9

**asked**(3) 12:18 35:7 35:21

**asking**(2) 26:10 31:13

**asserted**(3) 15:5 16:2 16:16

**assess**(1) 36:5

**assets**(1) 28:17

**assignment**(1) 11:9

**assume**(3) 11:3 11:6 27:23

**atamian**(1) 6:13

**attempt**(2) 15:15 22:15

**attempted**(2) 16:4 26:22

**attorneys**(1) 10:3

**aurelius**(6) 3:4 6:20 6:27 13:18 13:23 35:

**austin**(3) 1:25 5:4 14:15

**authorize**(1) 25:13

**avail**(2) 23:1 23:14

**available**(1) 14:20

**aware**(3) 12:1 23:3 23:5

**away**(3) 17:17 27:11 28:10

**back**(6) 21:8 21:14 21:16 22:13 29:2 34:1

**background**(1) 15:3

**backup**(1) 20:3

**balanced**(2) 28:5 28:8

**banc**(1) 2:38

**bank**(7) 3:30 5:14 7:10 7:20 7:32 7:40

**bankruptcy**(5) 1:1 1:21 18:13 22:1 25:21

**barclays**(2) 4:4 6:8

**barnes**(1) 3:46

**based**(4) 15:13 16:11 31:15 36:10

**bases**(1) 15:21

**basis**(5) 15:2 15:10 16:2 16:14 16:16

**became**(1) 30:17

**because**(13) 11:6 12:16 21:6 25:5 25:12 27:19 27:24 30:4 30:19 31:8 31:9 32:4 34:1

**becker**(1) 7:33

**becomes**(1) 20:12

**been**(8) 13:10 16:1 23:10 26:5 27:1 34:7 34:17 35:14

**before**(6) 1:20 13:6 16:12 21:4 26:10

**beg**(1) 23:4

**began**(1) 12:9

**behalf**(6) 10:4 11:25 13:2 14:15 26:16 30:11

**being**(3) 28:11 29:21 35:23

**belief**(1) 27:13

**believe**(5) 14:15 14:20 17:19 21:12 30:25

**believes**(1) 13:23 15:9

**bendernagel**(1) 1:27

**bennett**(2) 7:4 7:5

**benson**(1) 6:37

**bernstein**(1) 5:48

**besides**(1) 29:10

**best**(5) 12:11 30:6 36:1 36:9 36:14

**better**(1) 13:25

**between**(2) 13:12 28:12

**beyond**(1) 15:24

**bigelow**(1) 4:39

**binder**(2) 31:8 33:4

**bit**(4) 13:5 20:13 31:16 32:5

**blake**(1) 3:21

**block**(1) 7:26

**board**(2) 7:15 18:2

**bockius**(1) 7:32

**books**(1) 15:1

**both**(4) 24:12 25:22 25:25 31:9

**bound**(1) 22:10

**box**(5) 2:20 3:24 3:33 3:42 36:4

**brad**(1) 7:15

**bradford**(1) 7:29

**brandywine**(1) 3:22

**breached**(1) 17:10

**brian**(2) 5:7 6:42

**brickley**(1) 6:46

**bridge**(1) 3:29

**brief**(1) 30:12

**bring**(4) 12:11 12:13 13:11 27:8

**brings**(2) 14:15 24:24

**brown**(2) 5:18 6:8

**bruce**(1) 7:5

**bryant**(1) 3:7

**build**(1) 22:9

**building**(1) 3:22

**built**(1) 33:21

**burgon**(1) 2:12

**busy**(1) 27:1

**but**(32) 11:9 13:23 15:9 16:11 18:8 18:11 19:9 20:9 20:14 22:13 23:7 25:25 26:10 27:10 29:3 29:6 29:21 29:24 30:5 30:13 31:16 32:5 32:22 32:24 34:7 34:12 34:15 34:20 35:5 35:11 36:5 36:22

**buying**(2) 19:5 19:6

**calendar**(1) 24:11

**call**(2) 14:22 29:11

**called**(1) 22:1

**can**(13) 13:21 22:25 24:12 26:22 27:22 28:13 31:7 32:8 32:13 32:15 32:16 32:17 32:18

**can't**(8) 20:11 20:25 22:6 22:18 27:5 34:1 34:8 34:23

**candace**(1) 5:9

**cannot**(1) 24:12

**cantigny**(1) 8:5

**capital**(7) 3:4 6:20 6:27 6:31 10:12 13:19 35:3

**caption**(1) 25:21

**captions**(1) 25:25

**care**(3) 12:25 13:16 30:7

**carey**(2) 1:20 16:21

**carlyle**(1) 2:38

**case**(9) 1:9 7:20 12:22 13:15 14:8 25:21 25:22 28:18 34:22

**cases**(2) 25:25 36:13

**cashed**(1) 15:5

**category**(1) 11:11

**center**(1) 3:30

**centre**(1) 4:32

**ceremony**(1) 28:9

**certain**(5) 12:3 12:8 15:16 17:9 25:6

**certainly**(6) 13:14 18:12 23:21 27:7 32:21 33:19

**certification**(3) 10:23 11:2 37:2

**certify**(1) 37:3

**chadbourne**(2) 2:24 5:25

**chance**(2) 17:2 35:4

**chandler**(1) 4:39

**changed**(1) 30:23

**changes**(5) 26:25 27:2 30:24 30:24 31:15

**chapter**(1) 1:7 10:16

**chase**(1) 5:47

**chicago**(3) 1:30 2:8 10:17

**chung**(1) 7:41

**circles**(1) 22:17

**circumstances**(1) 36:18

**citigroup**(1) 5:35

**citizens**(1) 3:30

**city**(1) 10:17

**claim**(27) 10:20 10:24 14:19 14:22 14:24 14:24 14:25 14:25 15:2 15:5 15:10 15:14 15:16 15:17 15:22 16:2 16:9 16:11 16:13 16:14 16:17 18:16 18:20 19:1 19:9 21:25 23:22

**claimant**(1) 16:4

**claims**(5) 12:8 12:10 12:12 12:14 14:19

**class**(3) 10:23 10:24 10:24

**claudia**(1) 10:11

**clause**(1) 17:21

**clearly**(1) 20:5

**cleary**(1) 3:21

**close**(2) 12:17 32:1

**cmo**(1) 34:6

**co-counsel**(1) 12:1

**co-fiduciaries**(1) 18:5

**cobb**(8) 2:16 2:18 11:21 11:24 11:24 11:24

**cognizable**(1) 14:25

**cole**(1) 1:33

**collins**(1) 4:19

**come**(3) 14:6 21:15 25:12

**comes**(3) 32:1 32:2 34:15

**coming**(2) 12:5 32:6

**commence**(1) 12:3

| Word | Page:Line |
|---|---|
| commenced(1) | 13:24 |
| comments(2) | 33:17 35:24 |
| committee(15) | 2:16 5:25 7:14 11:25 12:2 12:6 12:7 12:9 12:12 13:2 13:6 13:13 14:23 25:11 25:15 27:14 |
| committee's(4) | 11:19 12:18 13:21 24:25 |
| common(1) | 15:19 |
| communication(2) | 15:20 16:8 |
| companies(1) | 18:4 |
| company(15) | 1:9 2:11 4:38 5:19 6:38 6:45 7:11 10:5 15:23 17:5 17:9 17:23 18:1 19:5 22:15 |
| comparatively(1) | 29:5 |
| competing(6) | 26:17 26:20 28:19 29:5 36:8 36:11 |
| complaint(5) | 11:19 25:2 25:4 25:11 25:14 |
| complete(2) | 18:17 32:5 |
| complicated(1) | 29:23 |
| comply(1) | 23:11 |
| component(1) | 29:9 |
| conaway(1) | 3:20 |
| concern(2) | 17:8 34:7 |
| concerned(1) | 17:4 |
| concerning(2) | 15:17 15:18 |
| concludes(1) | 36:23 |
| conducted(1) | 13:8 |
| confer(2) | 21:22 30:15 |
| confidential(2) | 25:6 25:7 |
| confirm(1) | 11:5 |
| confirmation(2) | 26:10 33:11 35:7 |
| confirmed(1) | 34:25 |
| connection(1) | 16:20 |
| consensual(1) | 16:7 |
| consequent(1) | 23:2 |
| considerably(1) | 27:22 |
| consistent(1) | 24:11 |
| contact(5) | 17:5 17:8 21:10 22:15 24:4 |
| contacted(1) | 21:7 |
| contemplated(1) | 29:14 |
| contested(1) | 22:2 |
| continuances(1) | 16:10 |
| continue(1) | 16:6 |
| continued(8) | 2:2 3:2 4:2 5:2 6:2 7:2 8:2 15:13 |
| control(1) | 18:4 |
| convinced(1) | 30:6 |
| copy(1) | 25:10 |
| core(1) | 28:16 |
| corporation(1) | 10:18 |
| correct(3) | 11:8 27:15 37:3 |
| correspondence(1) | 15:25 |
| corroon(1) | 2:44 |
| could(10) | 15:1 27:10 28:7 28:9 29:10 30:23 31:13 32:20 34:19 35:21 |
| counsel(5) | 11:2 13:18 20:24 24:4 24:23 |
| couple(1) | 18:9 |
| course(4) | 11:6 16:5 25:10 36:1 |
| court(106) | 1:1 10:2 10:5 10:8 11:4 11:5 11:9 11:14 11:20 11:22 11:23 12:16 12:19 12:20 12:24 13:16 14:1 14:13 14:17 16:1 16:12 16:19 16:23 17:2 18:6 18:10 18:12 18:13 18:15 18:20 18:22 18:23 19:2 19:4 19:7 19:9 19:11 19:14 19:18 19:22 20:2 20:4 20:9 20:16 20:20 20:23 21:1 21:4 21:18 21:21 22:18 22:20 22:22 23:3 23:6 23:10 23:14 23:16 23:20 23:24 24:2 24:4 24:7 24:10 24:13 24:16 24:18 24:20 25:4 25:5 25:8 25:16 25:17 26:1 26:3 26:5 26:7 26:9 26:18 28:21 28:23 29:10 29:20 30:16 31:6 31:8 31:11 31:18 32:3 32:7 32:14 32:19 32:24 33:6 33:8 34:10 34:11 34:24 35:8 35:9 35:13 36:7 36:16 36:21 36:24 |

| Word | Page:Line |
|---|---|
| court's(3) | 11:22 24:11 25:23 |
| courtroom(1) | 1:11 |
| crafting(1) | 34:7 |
| crafts(1) | 32:19 |
| credibility(2) | 20:10 36:5 |
| credit(2) | 33:7 |
| creditors(4) | 2:16 5:25 11:25 24:24 |
| cross(1) | 9:3 |
| crunching(1) | 35:19 |
| cutler(1) | 7:48 |
| damian(1) | 4:12 |
| daniel(8) | 2:17 3:5 3:39 5:15 6:21 13:17 30:10 33:3 |
| data(1) | 1:44 |
| date(4) | 14:4 21:1 24:10 33:23 |
| david(3) | 2:25 3:6 3:12 3:47 4:26 4:41 5:28 6:16 6:24 7:11 7:17 7:29 35:2 |
| davis(5) | 4:11 4:48 5:47 11:1 11:3 |
| day(2) | 7:14 35:7 |
| days(2) | 34:16 35:23 |
| dbtca(1) | 4:25 |
| deadlines(1) | 22:10 |
| dearborn(1) | 1:29 |
| debenture(1) | 6:37 |
| debtor(4) | 4:38 5:4 10:5 18:22 |
| debtors(33) | 1:25 2:5 9:4 9:8 12:9 12:11 13:2 13:6 13:9 13:13 13:23 14:15 14:18 14:23 15:1 15:6 15:10 15:13 15:21 16:3 16:10 20:24 24:4 26:16 27:14 28:17 30:19 30:23 31:15 32:1 33:19 35:6 |
| debts(1) | 17:14 |
| december(1) | 10:9 |
| decide(2) | 27:12 29:25 |
| decided(1) | 13:10 |
| decision(1) | 18:23 |
| defrauding(2) | 17:11 18:25 |
| delaware(5) | 1:2 1:13 2:40 10:1 21:15 |
| delivered(2) | 32:3 34:3 |
| dempsey(1) | 2:5 |
| dennis(1) | 6:27 |
| depending(1) | 26:9 |
| depository(1) | 25:5 |
| describe(2) | 28:15 28:19 |
| described(1) | 20:25 |
| describes(1) | 28:17 |
| designated(1) | 25:6 |
| determine(2) | 34:24 36:10 |
| determining(4) | 35:8 35:10 35:14 36:1 |
| deutsch(1) | 5:9 |
| deutsche(1) | 7:10 |
| dial(1) | 14:21 |
| diamond(1) | 6:17 |
| diaz(1) | 1:44 |
| did(7) | 11:7 27:3 29:2 29:14 30:7 35:6 35:17 |
| didn't(2) | 26:24 32:21 |
| differences(1) | 24:13 |
| different(3) | 12:14 26:17 29:1 |
| difficulty(1) | 32:2 |
| diligence(2) | 12:9 13:8 |
| diligently(1) | 33:25 |
| dimensions(1) | 29:1 |
| direct(1) | 9:3 |
| directed(1) | 26:16 |
| direction(1) | 29:19 |
| directors(2) | 7:15 18:2 |
| disagree(1) | 27:8 |
| disallowed(2) | 16:18 |
| disclosed(2) | 27:9 27:10 |
| disclosure(14) | 26:12 26:20 27:18 28:14 28:16 28:19 29:11 30:18 30:19 30:21 31: 31:13 31:22 33:8 |
| disconnect(1) | 13:12 |

| Word | Page:Line |
|---|---|
| discovery(11) | 22:3 22:3 22:7 22:9 22:14 23:1 23:5 23:11 33:22 34:18 36:2 |
| discuss(2) | 11:20 22:9 |
| dispute(1) | 28:3 |
| disputes(3) | 14:8 23:21 34:22 |
| district(1) | 1:2 |
| docketed(1) | 15:7 |
| document(10) | 28:5 28:16 29:12 29:18 30:18 30:19 30:22 30:25 31:14 31:22 |
| documents(9) | 19:19 20:12 25:6 26:21 27:16 28:19 29:23 30:13 31:21 |
| dodge(1) | 4:4 |
| does(7) | 12:24 14:1 15:9 16:1 16:9 31:3 31:18 |
| doesn't(1) | 36:21 |
| doing(3) | 22:16 24:1 24:2 |
| dombeck(55) | 7:44 7:44 14:18 14:20 14:20 15:2 15:3 15:7 15:9 15:16 16:8 16:20 16:21 16:25 17:4 18:7 18:8 18:11 18:14 18:19 18:21 18:25 19:3 19:5 19:8 19:13 19:17 19:21 19:25 20:3 20:15 20:19 20:21 21:4 21:6 21:19 22:12 22:19 22:21 22:24 23:3 23:5 23:7 23:13 23:15 23:17 23:23 23:25 24:3 24:6 24:9 24:15 24:17 |
| dombeck's(8) | 14:24 15:14 15:21 15:25 16:2 16:3 16:13 16:17 |
| don(1) | 4:43 |
| don't(8) | 18:8 21:14 22:12 30:13 32:18 34:12 34:21 34:22 |
| donald(1) | 5:48 |
| done(8) | 13:11 19:10 22:19 23:8 31:15 33:24 34:1 34:8 |
| don't(3) | 14:6 14:7 29:24 |
| dorman(1) | 7:4 |
| dorr(1) | 7:49 |
| doubt(1) | 36:19 |
| douglas(1) | 5:26 |
| dow(2) | 6:45 6:45 |
| down(4) | 17:15 17:20 18:5 29:22 |
| draft(2) | 20:24 26:25 |
| drafting(1) | 27:1 |
| drag(1) | 34:16 |
| drive(1) | 2:6 |
| driven(2) | 17:14 17:20 |
| driving(1) | 18:5 |
| due(5) | 12:9 12:17 13:7 17:9 31:8 |
| duties(1) | 17:11 |
| dynamic(1) | 36:11 |
| dynamics(1) | 36:8 |
| each(15) | 22:10 26:19 26:20 27:4 27:16 27:19 27:20 27:23 27:25 28:5 28:8 28:19 29:2 29:4 36:3 |
| earlier(1) | 13:7 |
| early(1) | 31:7 |
| earned(1) | 17:17 |
| earning(1) | 17:20 |
| easily(1) | 28:3 |
| ecro(1) | 1:42 |
| eddy(1) | 2:13 |
| edwards(1) | 4:4 |
| effort(1) | 29:25 |
| egi-trb(1) | 7:26 |
| eight(1) | 10:25 |
| either(2) | 25:1 32:11 |
| eldersveid(1) | 4:41 |
| electronic(2) | 1:50 37:4 |
| elegantly(1) | 12:24 |
| elizabeth(1) | 5:43 |
| elliot(1) | 4:13 |
| else(4) | 13:16 14:1 30:7 33:8 |

| Word | Page:Line |
|---|---|
| email(1) | 21:11 |
| emc(1) | 10:18 |
| emerson(1) | 10:20 |
| employee(1) | 15:3 |
| employer's(1) | 17:20 |
| employers(1) | 18:3 |
| encourag(1) | 33:24 |
| end(5) | 28:2 28:13 29:11 29:20 36:2 |
| endeavor(1) | 33:3 |
| enforcement(1) | 23:12 |
| english(2) | 4:25 7:10 |
| enormous(1) | 36:5 |
| enough(1) | 10:25 |
| enter(1) | 10:25 |
| entered(2) | 25:6 31:4 |
| entities(1) | 12:4 |
| entitled(1) | 29:24 |
| entry(1) | 13:20 |
| ephraim(1) | 6:17 |
| erens(1) | 7:15 |
| erisa(1) | 17:10 |
| errors(1) | 27:16 |
| espoused(1) | 13:23 |
| esq(61) | 1:26 1:27 1:28 1:35 2:17 2:18 2:25 2:26 2:32 2:39 3:5 3:6 3:12 3:21 3:29 3:39 3:47 4:5 4:12 4:13 4:19 4:26 4:31 4:49 5:5 5:7 5:9 5:11 5:15 5:19 5:26 5:28 5:30 5:32 5:37 5:39 5:41 5:43 5:48 6:5 6:9 6:11 6:13 6:21 6:22 6:23 6:24 6:39 6:50 7:11 7:15 7:17 7:17 7:21 7:23 7:27 7:29 7:33 7:35 7:37 7:37 7:50 8:7 |
| estates(1) | 13:25 |
| esther(1) | 7:41 |
| evan(1) | 6:5 |
| even(4) | 16:12 16:13 34:21 35:22 |
| everybody(3) | 17:1 34:17 |
| everyone(3) | 10:2 34:14 36:21 |
| everything(1) | 16:13 |
| evidence(2) | 19:10 19:11 |
| evidentiary(5) | 19:15 20:5 20:17 23:21 24:3 |
| exactly(1) | 13:3 |
| examiner(2) | 11:7 11:11 |
| exchange(3) | 19:19 19:22 21:23 |
| exercised(1) | 18:3 |
| exhibits(1) | 9:7 |
| experienced(1) | 34:21 |
| extend(1) | 11:1 |
| extent(1) | 22:5 |
| eye(1) | 10:22 |
| face(2) | 14:25 16:14 |
| facilitate(1) | 12:21 |
| facing(1) | 30:3 |
| fact(2) | 13:3 13:20 |
| facto(1) | 18:3 |
| factual(1) | 27:16 |
| failing(1) | 33:20 |
| failure(2) | 23:10 34:3 |
| fairly(1) | 34:2 |
| far(1) | 25:9 |
| fargo(2) | 3:28 7:20 |
| fashion(1) | 18:18 |
| fax(1) | 20:1 |
| federal(1) | 22:4 |
| fee(3) | 11:3 11:7 11:14 |
| feel(3) | 17:6 17:6 17:25 |
| feld(4) | 3:4 6:20 13:18 35:3 |
| felt(3) | 17:8 17:22 28:4 |
| fiduciaries(1) | 18:1 |
| fiduciary(3) | 15:12 17:10 17:20 |
| fight(1) | 30:5 |
| fighting(1) | 28:7 |
| file(10) | 11:19 14:2 14:2 25:1 25:3 30:21 31:5 31:13 31:14 31:22 |
| filed(13) | 12:2 12:6 12:13 12:15 13:7 15:6 15:7 25:2 25:9 25:11 25:12 25:22 35:5 |
| filing(4) | 13:12 25:13 27:2 31:21 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**financial**(1) 18:4
**find**(3) 36:7  36:14  36:16
**fine**(2) 11:23  32:17
**finger**(1) 4:18
**finish**(2) 19:7  28:3
**fit**(1) 11:11
**fits**(1) 33:19
**five**(3) 10:15  35:7  35:23
**fleet**(1) 10:12
**flesh**(1) 13:5
**floor**(7) 2:7  2:48  3:23  3:41  4:6  4:27  4:33  3:11  3:20  3:28  3:38  3:46  4:4  4:11  4:25  4:38  5:4  5:14  5:18  5:22  5:25  5:35  5:47  6:4  6:8  6:16  6:20  6:27  6:31  6:34  6:37  6:42  6:45  6:49  7:4  7:10  7:20  7:26  7:32  7:40  7:44  7:48  8:4  9:3  10:23  11:19  12:2  12:13  12:17  13:2  13:13  13:15  13:18  13:23  14:21  15:2  15:10  15:12  15:21  16:2  16:6  16:11  16:13  16:14  16:15  16:16  16:19  17:25  18:5  18:11  20:6  20:16  21:22  21:25  22:4  22:5  22:8  23:12  24:23  25:1  25:17  25:21  25:25  26:19  27:17  29:25  30:5  30:9  32:8  32:14  32:16  33:2  33:11  33:15  33:21  34:3  34:5  34:16  35:3  35:7  35:21  36:4  36:13  36:15  36:22
**foregoing**(1) 37:3
**forget**(1) 26:8
**form**(7) 20:24  22:8  22:9  24:5  25:17  25:19  25:24
**forman**(1) 1:33
**former**(1) 15:3
**formulating**(1) 22:7
**forward**(2) 11:17  25:12
**found**(1) 36:12
**foundation**(2) 8:5  8:6
**four**(8) 10:23  26:17  26:18  27:19  28:18  28:24  29:9  29:15
**fourth**(2) 10:18  33:12
**fox**(1) 3:28
**frankly**(1) 33:14
**free**(1) 22:6
**freeman**(1) 6:31
**friday**(3) 26:18  30:15  31:11
**friedman**(1) 6:38
**from**(14) 15:15  16:5  17:5  18:15  21:8  21:11  21:11  21:16  28:10  28:25  29:14  30:10  31:24  37:4
**full**(1) 15:5
**fully**(1) 25:10
**funds**(1) 15:12
**further**(7) 9:2  15:9  16:2  16:9  18:6  23:18  36:22
**garrison**(1) 5:36
**gary**(1) 4:45
**gating**(2) 27:11  28:11
**general**(1) 28:23
**get**(19) 15:15  22:6  22:13  26:10  32:10  32:10  32:12  32:13  32:16  32:17  33:22  33:17  33:24  33:25  34:8  34:23  34:24  34:2
**gets**(1) 32:11
**getting**(2) 32:2  32:14
**give**(5) 19:14  19:24  20:18  27:5  36:14
**given**(1) 13:4
**gives**(1) 22:4
**glean**(1) 16:4
**godbey**(1) 10:21
**goes**(1) 33:4
**going**(11) 11:17  22:13  23:18  27:18  27:24  29:6  30:2  32:9  34:2  34:16  36:4
**golden**(4) 3:5  6:21  13:17  13:18
**goldman**(1) 7:50

**goldsmith**(1) 6:22
**good**(13) 10:2  10:3  11:24  13:1  13:15  13:17  14:14  16:25  26:15  27:5  30:9  33:14  35:2
**gordon**(2) 5:39  7:48
**gosh**(1) 34:20
**gotshal**(1) 6:4
**great**(3) 2:38  7:32  16:25
**greissman**(1) 7:21
**guess**(3) 29:22  32:1  34:18
**guessing**(1) 34:15
**guide**(1) 28:12
**gump**(4) 3:4  6:20  13:18  35:3
**had**(21) 13:6  13:10  15:17  17:14  17:17  17:17  17:18  21:7  23:8  25:2  25:12  25:20  26:8  27:7  29:14  29:17  30:20  32:24  33:9  34:20  35:4
**hair**(1) 22:13
**hale**(1) 7:48
**half**(2) 17:16  26:18
**hammond**(1) 7:23
**hand**(2) 28:4  33:14
**handle**(2) 18:12  21:22
**happened**(1) 28:18
**happens**(1) 33:20
**harms**(1) 16:15
**harrisburg**(1) 1:46
**hartenstein**(1) 2:13
**hauer**(4) 3:4  6:20  13:18  35:3
**have**(49) 10:9  14:8  14:21  15:20  16:4  16:5  16:9  16:11  17:7  17:10  18:9  18:18  19:25  20:22  21:5  21:8  21:10  21:11  23:18  23:21  25:17  26:13  27:18  27:19  27:19  27:20  27:24  28:3  28:16  28:16  28:18  29:2  29:6  29:7  30:23  31:15  31:18  32:2  32:5  32:23  33:17  33:21  34:1  34:7  34:7  34:14  35:21  36:12  36:19
**haven't**(3) 21:16  22:14  22:21
**having**(6) 21:14  21:15  27:8  28:6  30:22  34:21
**hear**(1) 17:3
**heard**(8) 12:5  12:19  12:25  13:3  13:14  13:16  13:21  14:2
**hearing**(19) 10:10  12:2  12:17  12:18  14:4  14:5  16:11  19:15  19:19  19:20  19:23  22:8  23:22  24:3  24:10  35:7  35:17  36:23  37:1
**hearings**(3) 15:15  20:5  20:17
**hello**(1) 16:25
**hennigan**(1) 7:4
**her**(12) 14:21  15:4  15:9  15:10  15:10  15:16  15:17  15:17  15:18  16:1  16:5  16:9
**herbert**(1) 10:22
**herculean**(1) 30:1
**hercules**(1) 2:46
**here**(10) 11:25  16:7  19:16  20:14  21:11  22:13  28:12  30:2  30:5  34:20
**here's**(3) 18:10  18:12  34:10
**highlight**(1) 35:11
**highly**(1) 25:7
**historical**(1) 15:19
**hold**(2) 20:16  35:24
**hole**(2) 32:15  33:4
**holidays**(1) 31:11
**home**(1) 32:7

**honor**(46) 10:3  10:4  10:24  11:8  11:13  11:16  11:24  12:1  12:6  12:12  12:15  12:20  12:22  13:1  13:17  13:19  14:12  14:14  14:22  21:3  24:21  24:22  25:19  26:4  26:6  26:25  27:9  28:15  29:13  30:9  30:12  31:4  31:4  31:12  31:20  31:24  32:18  32:22  33:18  35:1  35:2  35:4  35:16  35:25  36:19
**honorable**(2) 1:20  16:21
**hope**(2) 14:8  28:13
**hopeful**(1) 29:10
**hopefully**(1) 24:11
**hoping**(1) 29:20
**horan**(1) 2:39
**hornets**(1) 26:11
**hours**(3) 18:9  26:19  34:5
**housekeeping**(1) 11:21
**how**(13) 12:24  16:21  16:23  18:12  23:25  27:6  27:12  30:22  32:3  36:1  36:3  36:4  36:10
**howard**(1) 5:30
**however**(3) 25:20  36:11  36:15
**hoy**(2) 17:13  19:5
**hum**(1) 20:15
**human**(1) 21:12
**i'd**(2) 25:23  26:11
**i'll**(8) 14:5  14:10  18:15  19:2  20:23  29:11  33:4  36:17
**i'm**(20) 11:23  12:21  16:23  16:25  17:4  17:4  21:14  22:20  22:22  23:5  23:7  25:13  31:13  34:6  34:15  35:4  35:13  35:19  35:24  36:16
**i've**(7) 11:14  20:25  22:19  23:7  24:7  25:8  32:24
**identical**(1) 25:24
**identified**(1) 13:7
**identify**(1) 15:1
**ill**(1) 16:16
**illuminate**(1) 15:10
**imagined**(1) 29:6
**immediately**(1) 12:9
**important**(1) 35:11
**impose**(1) 32:22
**inc**(1) 6:42
**incentive**(1) 18:3
**inclination**(1) 33:14
**inclined**(2) 25:13  25:16
**includes**(1) 25:25
**incorporate**(1) 30:23
**incorporating**(1) 31:14
**indeed**(1) 27:4
**index**(1) 9:1
**indicated**(2) 16:8  29:7
**individual**(1) 21:23
**informal**(1) 21:23
**information**(13) 14:21  15:15  15:17  15:18  20:1  21:7  21:8  21:10  21:11  21:14  21:16  21:20  21:24
**insert**(1) 32:20
**insiders**(1) 12:4
**insight**(1) 15:21
**institutions**(1) 18:4
**instructions**(1) 32:4
**instrumental**(1) 15:11
**insurance**(1) 18:4
**intend**(3) 19:19  19:23  19:23
**intended**(1) 29:17
**into**(8) 11:11  15:21  22:9  29:16  29:17  30:25  32:20  34:3
**investigating**(1) 12:10
**involved**(3) 14:8  22:2  27:15
**involves**(2) 30:5  34:11
**irresponsibility**(2) 15:12  17:21
**isn't**(1) 22:13
**issue**(4) 22:6  25:4  28:11  35:25

**issues**(5) 22:9  30:18  30:19  35:19  36:6
**it'll**(1) 31:21
**it's**(7) 17:6  27:24  32:5  32:6  32:10  33:4
**item**(4) 14:16  24:24  24:25  27:12
**items**(1) 33:22
**its**(3) 12:9  14:25  18:23
**itself**(1) 28:6
**james**(5) 1:27  2:32  6:31  7:7  24:22
**january**(1) 10:22
**jason**(1) 6:22
**jean-marie**(1) 6:13
**jeffrey**(1) 3:29
**jenner**(1) 7:26
**jillian**(1) 5:5
**jobs**(1) 32:24
**john**(2) 2:5  8:7
**johnston**(1) 7:7
**jones**(3) 6:45  6:45  7:14
**judge**(4) 1:21  16:21  20:10  22:12
**just**(31) 10:6  11:5  11:17  11:21  12:12  13:23  14:6  14:8  17:7  20:25  22:12  26:25  28:14  29:21  31:2  31:21  31:21  31:24  32:10  32:14  33:9  33:16  34:3  34:7  34:8  34:13  34:14  34:21  34:21  34:22  35:24
**kalenchits**(2) 5:22  5:22
**kansa**(8) 1:28  14:14  14:14  14:18  17:4  21:2  21:9  24:21
**karen**(1) 6:34
**karolyn**(1) 10:13
**kasowitz**(1) 6:37
**katherine**(1) 4:31
**katten**(1) 8:6
**kaye**(1) 6:49
**kelli**(1) 4:49
**kempner**(1) 6:16
**ken**(1) 14:14
**kenneth**(1) 1:28
**keriann**(1) 5:11
**kevin**(4) 1:20  1:26  13:1  26:15
**kind**(3) 10:24  27:11  28:11
**king**(3) 3:13  4:21  4:33
**kjc**(1) 1:9
**klauder**(1) 3:12
**kline**(1) 5:9
**know**(21) 12:21  14:6  14:7  17:17  18:8  22:16  22:19  23:7  25:9  29:3  29:22  29:24  32:15  34:8  34:16  34:21  34:22  34:23  36:3  36:16
**knows**(1) 34:17
**krakauer**(1) 5:7
**kristina**(1) 6:23
**landis**(1) 2:16
**lantry**(11) 1:26  13:1  13:1  26:15  26:16  28:15  28:22  28:25  29:13  33:18  35:1
**larsen**(1) 2:12
**lashko**(1) 5:41
**last**(3) 24:24  26:8  35:16
**later**(1) 34:19
**latest**(1) 32:12
**laurie**(1) 2:45
**law**(1) 6:37
**layton**(1) 4:18
**lead**(1) 28:7
**least**(2) 23:21  36:8
**leave**(4) 11:19  25:1  25:23  32:15
**led**(1) 15:20
**lederman**(1) 6:5
**left**(2) 17:8  17:15
**lemay**(2) 2:25  5:28
**lenders**(8) 3:21  3:38  7:5  27:14  30:11  30:21  30:25  31:2
**length**(1) 28:24
**lengthy**(1) 28:9
**lenient**(1) 27:23
**leonard**(1) 1:34

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

less(1) 30:5
let(5) 16:19 19:4 19:7 27:21 35:13
let's(2) 20:23 33:9
level(1) 14:9
levy(1) 5:37
lewis(1) 7:32
lexington(1) 4:14
liabilities(1) 28:17
liability(2) 14:24 15:6
liebentritt(1) 4:43
lifting(1) 34:20
light(1) 25:13
like(11) 10:5 17:3 19:14 19:24 21:9 25:23 26:11 28:4 29:2 32:3 35:11

limit(1) 35:23
limited(2) 36:12 36:15
listening(1) 18:11
lists(1) 19:22
litigation(1) 17:10
little(6) 12:14 13:5 13:12 20:12 32:5 34:9
live(1) 34:14
llc(1) 7:26
llp(19) 1:25 2:24 2:31 2:44 3:28 3:46 4:48 5:18 5:25 5:36 5:47 6:4 6:8 6:49 7:4 7:20 7:26 7:32 8:6

lockbox(1) 3:14
long(3) 13:6 29:23 36:10
look(1) 30:3
looking(1) 12:21
loss(1) 15:12
lot(1) 34:20
ludwig(1) 5:5
lugano(1) 1:42
lure(1) 30:3
lynch(2) 2:44 6:49
made(2) 35:12 35:23
madlyn(1) 6:50
magnitude(1) 30:1
main(1) 25:21
make(13) 10:6 18:23 21:24 26:25 28:5 28:8 30:11 31:2 31:24 32:5 32:22 33:10 34:23
making(1) 34:12
management(6) 3:5 6:21 6:27 13:19 18:1 35:4

manges(1) 6:4
many(5) 30:30 34:5 34:5 36:3 36:4
marbury(1) 10:22
marc(1) 5:32
march(4) 33:11 33:13 33:16 33:23
marcia(1) 10:14
marino(1) 4:5
mark(1) 4:19
marked(1) 9:7
market(6) 1:12 2:19 2:47 3:31 3:40 4:6
marsal(1) 6:42
martin(1) 5:19
materials(2) 16:12 34:2
matter(5) 11:21 12:25 21:5 22:2 37:5
matthew(2) 6:28 6:39
mauceri(1) 7:35
maureen(4) 7:44 7:44 11:18 14:19
may(12) 12:1 12:17 14:3 14:5 22:8 23:1 23:14 25:4 26:2 26:3 32:2 34:13

maybe(5) 20:6 29:1 29:21 29:23 30:3
mayer(2) 4:31 6:8
mccarter(2) 4:25 7:10
mccolm(1) 5:43
mccormack(1) 2:26
mccormick(1) 8:4
mean(7) 22:12 22:16 31:13 32:9 32:22 34:18 36:17
meet(2) 30:15 36:17

meeting(2) 26:13 30:14
meisel(1) 1:33
menachem(1) 7:37
mentioned(1) 36:8
mercer(1) 2:4
merge(1) 29:17
merrill(2) 2:44 6:49
met(2) 26:8 26:18
method(1) 30:4
michael(1) 6:9
michelle(1) 4:5
might(6) 28:10 28:11 29:20 31:16 33:20 36:15

mike(1) 21:12
mills(1) 5:11
mindful(1) 16:3
minimum(1) 35:7
mirror(3) 15:23 17:13 19:6
misery(1) 34:11
mistakes(1) 27:16
monday(11) 12:5 13:3 13:14 13:21 14:4 27:9 27:13 28:3 28:9 28:10 28:12 28:12 30:5 33:21 33:24 34:12 35:25

money(1) 17:9
months(2) 16:5 16:7
more(15) 13:24 14:10 15:15 15:17 18:17 20:6 20:13 27:17 27:22 29:4 33:13 33:15 33:16 34:11 35:15

morgan(5) 3:46 4:11 5:47 6:4 7:32
morning(10) 10:2 10:3 11:24 12:12 13:1 13:17 14:14 26:15 30:9 35:2

morris(2) 3:38 30:10
moskowitz(1) 4:13
most(1) 22:5
motion(22) 10:23 10:25 11:19 12:2 12:4 12:7 12:13 12:15 12:19 13:7 13:13 13:21 13:22 13:25 14:2 14:3 14:7 24:25 25:11 25:20 25:21 35:6
move(1) 33:19
moved(1) 23:8
moving(1) 14:9
much(12) 15:20 15:25 18:17 24:19 27:6 27:12 29:2 29:3 33:18 35:22 36:2 36:23

muchin(1) 8:6
must(1) 19:16 20:5
myers(1) 5:14
myself(3) 17:11 33:5 34:14
namely(1) 15:18
narrative(1) 13:5
national(1) 7:10
nature(1) 18:20
necessary(1) 21:24
need(10) 13:11 18:16 20:10 27:2 28:8 30:6 31:13 31:25 32:23 33:16

needed(6) 13:8 13:10 27:24 28:4 32:12
needs(3) 19:10 19:11 27:9
negotiated(1) 29:15
negotiating(1) 12:10
nest(1) 26:11
never(1) 21:13
new(6) 2:28 3:8 4:15 4:28 6:38 26:18
news(1) 6:45
newsday(1) 17:12
newspaper(1) 17:13
next(2) 14:13 21:5
nichols(2) 3:38 30:10
nils(1) 2:12
nine(1) 11:3
ninth(1) 10:10
nobody(1) 34:15
nonetheless(1) 15:13
noon(2) 31:9 32:1

normally(1) 36:9
norman(2) 1:35 10:4
north(7) 1:36 2:6 2:47 3:31 3:40 4:6 4:21
not(23) 11:7 13:2 13:10 14:8 15:20 16:1 16:9 17:6 17:10 18:25 19:1 19:10 20:13 20:16 21:8 21:10 22:20 22:22 27:9 30:1 33:14 34:16 35:4

notebook(4) 32:2 32:5 32:17 32:20
nothing(3) 15:9 27:16 35:14
notice(1) 12:13
noticed(1) 35:20
november(4) 1:15 10:1 14:4 37:10
now(10) 11:11 12:2 14:9 16:9 17:2 22:12 23:25 30:14 34:18 35:20

number(19) 10:10 10:11 10:13 10:15 10:17 10:19 10:20 10:23 10:25 11:1 11:2 11:17 11:18 14:23 15:8 24:25 27:7 30:17 30:18
nusbaum(1) 37:12
o'melveny(1) 5:14
object(1) 13:2
objected(1) 14:23
objection(18) 10:11 10:12 10:14 10:15 10:18 10:19 10:21 11:18 14:19 14:22 15:6 15:7 15:14 16:6 16:10 18:16 22:1 31:18

objections(5) 14:5 26:20 26:22 26:24 30:25
off(1) 14:6
office(1) 3:11
okay(19) 11:9 11:14 11:22 20:19 22:24 23:15 23:16 23:23 24:9 24:16 24:17 26:7 30:7 31:5 31:19 32:19 33:6 33:9 35:16

oksana(1) 5:41
omnibus(8) 10:12 10:14 10:15 10:18 10:19 10:21 11:17 14:19

once(3) 19:9 33:2 34:17
one(32) 1:29 3:7 3:38 4:20 10:10 11:21 13:13 20:7 20:13 21:1 21:22 22:14 25:9 26:10 26:21 26:21 27:10 27:18 27:25 28:14 29:8 29:11 30:11 30:21 30:25 31:1 31:14 33:10 33:13 33:19 35:15 36:8

one's(2) 32:4 32:13
only(7) 13:4 15:11 20:21 25:9 25:12 25:20 34:4

onto(1) 21:5
opening(1) 21:9
opportunity(8) 19:15 19:24 20:18 27:19 27:20 27:24 30:22 35:10

opposition(1) 35:6
optimistic(1) 29:21
oracle(1) 10:21
order(18) 11:10 11:15 13:20 20:24 21:2 22:8 22:10 22:11 24:5 25:5 25:16 25:17 25:19 25:24 25:25 26:5 29:14 31:3

orders(1) 10:25
ordinary(1) 11:6 35:25
original(2) 13:12 13:22
originally(1) 17:17
other(15) 12:4 15:22 15:24 19:10 23:20 25:12 27:4 27:17 27:21 27:23 28:4 28:6 29:5 31:21 35:15

other's(1) 27:16
ought(1) 34:24
oughtn't(1) 30:1
our(16) 10:6 20:4 20:4 26:19 26:20 26:22 26:24 27:2 27:3 27:13 27:21 27:24 28:10 29:4 30:18 35:5

out(12) 13:5 15:5 21:1 24:7 24:13 27:18 27:24 29:6 29:7 33:16 34:2 34:15

outlined(1) 24:8
over(9) 15:14 16:5 20:11 20:17 26:23 28:7 33:4 33:5 36:12

overly(1) 29:21
owed(3) 15:9 16:15 17:9
owing(1) 15:2
own(1) 28:1
p.o(4) 2:20 3:24 3:33 3:42
package(4) 27:25 29:7 29:8 29:17
pages(1) 28:25
palmer(1) 4:4
paper(2) 17:16 31:17
papers(3) 25:8 35:5 35:11
pardon(1) 23:4
park(3) 3:7 4:27 6:34
parke(2) 2:24 5:25
part(4) 15:21 17:23 22:5 29:11
participants(1) 20:13
participate(1) 19:15
particular(1) 12:6
parties(16) 19:19 20:25 21:22 21:24 22:2 25:2 25:6 26:8 26:12 28:4 30:3 30:20 31:1 36:1 36:9 36:13

partners(1) 6:16
parts(1) 29:9
party(1) 25:12
past(5) 15:14 16:5 16:6 23:8
paul(1) 5:35
peg(1) 6:46
pennsylvania(1) 1:46
people(3) 17:24 18:3 34:6
percent(1) 26:23
performance(1) 15:19
period(1) 11:1
permitting(1) 11:10
pernick(11) 1:35 10:4 10:4 10:9 11:8 11:13 11:16 31:24 32:9 32:21 33:1

perry(1) 6:31
person(6) 19:16 19:25 20:6 21:12 26:13 33:13

perspective(1) 30:2
pertains(1) 14:19
phone(2) 20:14 26:8
pick(1) 21:1
pickering(1) 7:48
picking(2) 22:8 24:10
piece(1) 29:4
place(2) 26:14 36:16
plan(5) 26:17 26:17 27:14 29:25 34:24
plans(3) 28:20 29:5 30:20
plaza(2) 2:27 2:46
please(2) 10:8 14:3
point(6) 14:11 17:15 23:9 23:17 33:15 35:15

points(1) 35:11
polk(2) 4:11 5:47
poor(1) 17:22
position(5) 16:12 18:22 22:20 22:22 28:2 36:9 36:22

positions(1) 28:1
possible(1) 33:4
posture(1) 12:14
potential(1) 13:8
potter(1) 2:44
powlen(1) 3:47
ppearances(4) 1:23 2:1 3:1 4:1
preempted(1) 17:18
prefer(3) 12:22 25:16 30:13
preference(4) 12:3 12:8 13:9 13:24
preferences(1) 13:22
prepare(2) 21:2 24:5
prepared(3) 33:24 35:19 35:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

present(6) 19:20 19:23 25:23 26:2 36:10 36:13

presentation(1) 20:12
presented(3) 12:19 14:5 19:11
pressure(1) 34:9
presume(1) 20:12
pretty(1) 34:4
prieto(1) 6:27
primary(1) 20:9
primoff(1) 6:50
principal(1) 26:24
principle(1) 26:23
prior(2) 12:15 19:18
pro(1) 16:4
probably(2) 17:16 27:12
procedures(2) 20:4 20:5 23:12
proceeding(2) 22:5 25:23
proceedings(3) 1:19 1:50 37:4
process(9) 20:25 21:23 22:3 24:7 24:12 29:20 33:22 34:16 36:3

produced(1) 1:51
production(1) 31:25
professional(3) 11:6 11:11 14:7
professionals(4) 12:8 13:9 14:10 14:10
progress(1) 34:13
promised(1) 27:3
promptly(1) 33:19
proof(1) 14:25
proofs(1) 10:24
proponents(3) 26:17 26:17 27:14
proposed(1) 24:5
proposition(2) 18:15 28:23
provide(2) 15:16 16:2
provided(3) 14:21 16:16 22:4
providing(1) 20:24
punch(2) 32:15 33:5
purchasing(1) 17:12
pursue(1) 16:7
put(5) 12:24 32:18 34:8 35:13 36:3

question(4) 11:4 22:23 32:10 35:17
questions(2) 21:5 33:17
quick(1) 30:11
quickly(1) 33:3
quite(1) 28:3

rachel(1) 7:35
raise(1) 12:15
rath(2) 2:16 2:17
rather(1) 29:3
reach(2) 21:1 24:12
reached(1) 14:9
read(4) 25:8 27:5 27:25 28:6
reading(1) 29:23
ready(1) 32:9
realize(1) 30:4
really(2) 32:10 34:18
reason(5) 20:2 20:6 20:7 20:9 21:25
reasons(1) 20:16
recall(1) 25:4
recap(1) 33:10
received(7) 9:7 21:8 21:11 21:13 21:16 33:9 33:11

recent(1) 16:8
recess(1) 36:24
record(3) 16:19 30:10 33:2
recorded(1) 1:50
recording(2) 1:50 37:4
records(2) 10:6 15:2
recross(1) 9:3
redirect(2) 9:3 9:3
regard(4) 12:3 12:10 12:11 35:12
regarding(1) 13:8
regards(7) 17:8 17:11 17:11 21:7 21:15 21:19 22:15

reiterates(1) 15:8
relate(1) 15:4

relates(1) 15:22
remain(1) 24:14
remember(1) 33:13
removal(1) 11:1
renaissance(1) 4:32
reply(2) 15:7 15:8
report(3) 11:7 26:12 30:7
request(5) 30:12 33:10 33:12 33:19 35:8
requested(2) 15:18 26:9
requests(2) 22:7 23:11
require(1) 19:18
reserve(3) 27:3 33:15 35:8
resolution(1) 16:7
resolve(3) 24:13 26:22 30:24
resolved(5) 26:23 27:6 27:6
resources(1) 21:12
respect(10) 10:11 10:12 10:14 10:16 10:17 10:18 10:19 10:21 11:18 13:22

respectful(1) 16:3
respecting(1) 26:20
respective(2) 26:19 28:1
respects(1) 15:16
respond(2) 18:16 18:23
responded(1) 22:21
response(5) 15:5 15:11 15:13 25:10 35:17
responses(1) 14:4
responsibility(1) 32:14
responsible(3) 17:24 17:25 18:5
responsive(3) 26:21 27:20 29:2
result(1) 16:17
results(1) 26:13
retention(2) 11:2 11:10
retirement(5) 15:4 15:18 17:18 17:19
revealed(1) 15:2
review(4) 11:7 11:12 35:5 35:10
richard(2) 2:18 11:24
richards(1) 4:18
rifkind(1) 5:35
right(18) 13:4 14:2 14:13 14:17 17:2 18:6 20:20 20:23 21:4 22:2 23:17 23:17 23:24 23:25 23:25 26:1 30:14 33:8

rights(3) 23:1 23:12 27:3
rise(1) 30:11
robby(1) 10:13
robert(1) 8:4
rockefeller(1) 2:27
rodney(1) 4:20
roitman(1) 5:32
rosenman(1) 8:6
roth(1) 6:34
rothschild(1) 3:28
rudnick(1) 5:18
rule(1) 23:11
rules(2) 22:4 23:1
ruling(1) 35:23
run(3) 21:14 33:5 34:2
running(2) 22:17 22:17

safe(1) 17:18
sager(1) 4:49
said(7) 15:12 21:9 25:10 27:6 30:12 33:14 35:24

sake(1) 16:14
same(4) 10:7 22:16 29:24 30:19
sanzeri(1) 10:11
satisfactory(1) 27:5
savings(1) 17:21
say(7) 12:21 14:10 18:17 32:8 32:13 34:4 35:25

saying(1) 23:7
schaible(1) 4:12
schedule(1) 33:11
scheduled(1) 12:5
scheduling(4) 11:20 26:7 29:14 33:9
schlerf(1) 3:29
scholer(1) 6:49

school(1) 32:20
schotz(1) 1:33
schulte(1) 6:34
schuylkill(1) 1:45
score(1) 28:1
scott(1) 7:21
seal(1) 25:4
second(1) 1:17
see(6) 10:6 21:14 27:3 30:22 32:11 34:12
seem(1) 15:4
seems(1) 29:25
seife(1) 5:30
selber(1) 1:21
senior(1) 27:14
separate(4) 28:18 28:24 29:16 30:13
service(2) 1:44 1:51
services(2) 1:44 10:13
set(4) 22:10 26:9 35:14 36:12
sets(1) 24:7
seven(1) 10:19
several(4) 12:4 15:14 16:5 16:6
shafer(1) 7:17
shall(1) 26:7
shamah(1) 5:15
she(2) 15:17 16:8
short(2) 29:3 29:6
shorten(1) 14:3
shortened(1) 12:13
shortening(1) 13:20
shortly(2) 12:6 12:17
should(4) 13:14 25:11 27:15 32:12
show(1) 34:19
side(6) 22:10 27:21 27:21 27:22 32:1 36:3
sidley(4) 1:25 5:4 13:2 14:15
siegel(1) 5:19
sieger(1) 8:7
sign(1) 14:6
signed(2) 11:14 26:5
signing(1) 11:10
silverstein(1) 2:45
simes(1) 6:9
similar(2) 13:22 30:20
since(1) 31:2
single(3) 27:18 29:16 29:18
sir(1) 24:15
sitting(1) 29:22
situation(3) 21:16 21:22 27:17
situations(1) 36:7
six(1) 10:17
skirts(1) 34:20
solicitation(4) 29:8 29:16 33:22 34:1
some(4) 13:9 21:9 28:4 30:3
somebody's(2) 34:18 34:19
somehow(2) 21:9 36:13
something(6) 17:19 17:22 27:11 32:7 34:19 36:11

soon(1) 34:2
sort(1) 30:13
sottile(8) 2:32 24:22 24:22 25:15 25:19 26:2 26:4 26:6

sound(2) 1:50 37:4
sounds(1) 30:1
south(1) 1:29
spaeder(2) 2:31 24:23
special(2) 7:14 24:23
specifically(1) 14:7
specified(1) 16:16
spend(2) 27:12 29:3
spent(1) 26:18
spoke(1) 26:8
square(2) 4:20 22:13
stand(2) 26:12 36:24
standing(7) 12:3 12:7 12:13 12:19 13:7 13:13 13:22

standpoint(1) 31:25

stanley(2) 3:46 6:4
stargatt(1) 3:20
start(1) 18:15
state(1) 20:5
stated(1) 16:13
statement(4) 27:18 28:6 28:8 28:14
statements(5) 21:9 26:21 27:20 29:2 34:13
states(3) 1:1 1:21 15:11
status(1) 16:3
stein(1) 6:39
step(7) 3:38 30:11 30:21 30:25 31:1 32:4 32:13

stirring(1) 26:11
stock(7) 15:20 17:14 17:16 18:5 21:7 21:19 22:16

story(2) 27:21 27:22
strauss(4) 3:4 6:20 13:18 35:3
street(11) 1:12 1:36 1:45 2:19 2:33 2:47 3:13 3:23 3:31 3:40 4:21

stuck(1) 33:13
submissions(1) 28:24
submitted(2) 25:20 25:24
subsidiaries(3) 15:24 17:12 17:23
such(5) 14:9 17:12 17:12 21:2 21:24
sufficient(1) 34:12
suggest(3) 30:4 33:20 35:17
suggested(1) 35:21
suggestion(1) 22:7
suite(6) 1:37 2:19 2:34 3:13 3:32 3:48
suited(2) 12:11 36:1
support(3) 13:20 13:25 19:12
suppose(1) 13:4
supposedly(1) 17:24
sure(13) 10:6 18:14 19:17 20:19 28:5 31:2 31:24 32:5 32:22 33:10 34:6 35:4 36:16

tab(1) 32:16
take(6) 11:21 32:7 32:14 34:13 35:21
taken(1) 26:13
taking(2) 16:13 28:2
talk(3) 26:7 28:10 33:9
talked(1) 33:12
talking(1) 29:4
taylor(1) 3:20
technically(1) 31:3
tedious(1) 29:23
teed(1) 16:11
telephone(4) 16:20 20:4 20:11 20:17
telephonic(5) 4:37 5:1 6:1 7:1 8:1
telephonically(1) 14:20
tell(5) 17:2 19:2 22:25 26:22 27:21 27:21 34:6

tenor(1) 34:22
tenth(1) 10:12
terminology(1) 22:1
terms(1) 27:23
terry(1) 10:21
text(1) 25:24
than(4) 12:15 15:22 20:7 33:13
thank(20) 11:16 14:1 14:12 16:19 16:23 24:18 24:19 24:21 26:3 26:4 26:6 31:20 31:22 33:1 33:6 33:7 33:18 35:1 36:20 36:23

thanks(3) 16:25 18:11 32:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that(157)** 10:6 11:4 11:6 11:10 11:10 11:11 11:14 11:22 11:23 12:1 12:4 12:6 12:7 12:15 12:16 12:18 12:25 13:4 13:6 13:11 13:14 13:14 13:20 13:24 14:6 14:6 14:8 14:9 14:24 15:1 15:11 15:17 15:22 15:25 16:8 16:15 16:15 16:17 17:6 17:6 17:8 17:10 17:14 17:17 17:18 17:19 17:19 17:20 17:22 17:22 17:25 18:16 19:1 19:10 19:10 19:16 19:18 19:24 19:24 20:5 20:6 20:10 20:11 20:12 20:18 20:18 20:25 21:13 21:22 22:7 22:9 22:10 22:13 22:19 22:22 23:8 23:8 23:19 24:1 24:7 24:7 24:24 25:2 25:13 25:15 25:24 26:5 26:9 26:11 26:23 26:24 26:25 27:4 27:6 27:7 27:8 27:10 27:12 27:13 27:14 27:15 28:2 28:5 28:7 28:10 28:11 28:13 28:16 28:19 29:14 29:15 29:16 29:21 30:4 30:6 30:7 30:8 30:12 30:17 30:23 31:2 31:4 31:16 31:22 31:25 32:22 32:22 33:10 33:16 33:18 33:22 33:23 33:23 34:7 34:8 34:12 34:15 35:6 35:8 35:8 35:12 35:12 35:14 35:15 35:22 35:22 35:24 36:4 36:9 36:12 36:19 36:23 37:3

**that's(17)** 11:8 12:22 13:3 13:11 20:21 24:11 24:25 27:5 27:11 30:2 30:6 30:13 31:12 33:14 34:16 35:9 35:9

**the(301)** 1:1 1:2 1:20 2:16 3:11 3:22 5:25 7:14 9:3 10:2 10:3 10:5 10:5 10:6 10:7 10:8 10:9 10:10 10:11 10:13 10:15 10:16 10:17 10:17 10:19 10:20 10:20 10:23 10:25 11:1 11:3 11:3 11:5 11:7 11:7 11:9 11:9 11:10 11:10 11:11 11:14 11:17 11:18 11:20 11:22 11:22 11:23 11:25 12:5 12:6 12:7 12:8 12:9 12:11 12:11 12:12 12:15 12:16 12:16 12:17 12:17 12:18 12:18 12:19 12:19 12:20 12:21 12:22 12:24 13:2 13:4 13:4 13:5 13:6 13:6 13:6 13:7 13:9 13:12 13:12 13:13 13:15 13:16 13:20 13:21 13:23 13:23 13:24 13:24 13:25 13:25 14:1 14:2 14:5 14:8 14:13 14:15 14:16 14:17 14:18 14:19 14:21 14:23 14:23 14:24 15:1 15:1 15:6 15:6 15:8 15:8 15:10 15:10 15:12 15:13 15:13 15:14 15:14 15:19 15:20 15:21 15:21 15:23 15:24 16:1 16:3 16:5 16:5 16:6 16:6 16:10 16:10 16:11 16:11 16:12 16:12 16:14 16:14 16:16 16:19 16:19 16:20 16:23 17:2 17:5 17:5 17:9 17:16 17:16 17:23 17:17 17:25 18:1 18:1 18:2 18:2 18:2 18:3 18:4 18:4 18:6 18:10 18:12 18:15 18:15 18:20 18:20 18:22 18:22 18:23 19:2 19:4 19:5 19:6 19:7 19:9 19:9 19:9 19:11 19:14 19:14 19:18 19:18 19:19 19:20 19:22 19:23 20:2 20:2 20:4 20:9 20:9 20:10 20:11 20:13 20:24 20:16 20:17 20:20 20:23 20:24 20:25 21:1 21:4 21:5 21:12 21:18 21:21 21:22 21:23 21:24 21:25 22:2 22:2 22:3 22:4 22:5 22:5 22:9 22:10 22:11 22:14 22:15 22:16 22:18 22:20 22:20 22:22 22:25 23:1 23:4 23:6 23:10 23:11 23:14 23:16 23:20 23:20 23:24 24:4 24:7 24:7 24:10 24:11 24:13 24:16 24:18 24:20 24:23 24:24 24:25 24:25 25:5 25:7 25:3 25:5 25:5 25:5 25:8 25:8 25:8 25:9 25:10 25:11 25:13 25:15 25:16 25:17 25:20 25:21 25:21 25:21 25:22 25:22 25:23 25:25 25:25 26:1 26:3 26:5 26:7 26:8 26:9 26:11 26:12 26:12 26:16 26:16 26:17 26:25 27:13 27:14 27:17 27:18

**the(132)** 27:20 27:21 27:21 27:22 27:25 28:1 28:1 28:4 28:4 28:6 28:13 28:16 28:17 28:18 28:19 28:21 28:23 28:23 28:24 28:24 29:4 29:10 29:11 29:14 29:18 29:20 29:20 29:24 29:25 30:2 30:3 30:4 30:6 30:9 30:11 30:13 30:14 30:14 30:14 30:16 30:18 30:18 30:19 30:20 30:20 30:21 30:22 30:25 31:1 31:1 31:3 31:3 31:5 31:6 31:8 31:8 31:11 31:15 31:18 31:21 31:22 31:25 32:2 32:3 32:4 32:7 32:8 32:12 32:13 32:14 32:17 32:19 32:20 32:24 33:2 33:4 33:6 33:8 33:11 33:12 33:15 33:19 33:21 33:21 33:22 33:23 33:25 34:2 34:6 34:6 34:7 34:10 34:11 34:13 34:20 34:22 34:22 34:24 35:6 35:8 35:9 35:10 35:11 35:13 35:15 35:16 35:19 35:19 35:20 35:23 35:23 35:25 36:1 36:2 36:2 36:7 36:9 36:14 36:14 36:15 36:15 36:16 36:16 36:18 36:21 37:1 37:3 37:4 37:4 37:4

**their(15)** 15:12 17:9 17:10 17:23 17:24 17:25 21:10 26:13 27:21 28:1 30:21 33:13 36:5 36:13 36:14

**theirs(2)** 30:23 31:16

**them(8)** 12:14 21:8 21:11 21:17 23:14 28:8 29:17 34:25

**then(10)** 10:22 11:16 18:18 20:23 28:7 28:9 28:18 29:1 31:14 32:16 34:2 35:24

**theodore(1)** 7:33

**there(22)** 11:2 12:7 13:11 20:11 21:18 21:21 23:1 23:11 27:7 27:10 28:13 29:8 29:8 29:15 29:21 32:3 32:11 33:17 34:18 36:7 36:11 36:22

**there's(6)** 20:6 23:10 30:3 35:10 35:22

**therefore(1)** 27:22

**these(6)** 18:12 20:16 29:6 29:9 29:15 36:7

**they(18)** 17:7 17:10 19:19 19:23 19:23 22:21 25:2 25:12 27:1 27:23 28:4 28:25 29:1 32:15 32:16 34:7 36:10 36:14

**thing(6)** 13:4 19:10 22:16 27:10 30:6

**things(4)** 18:13 27:7 29:16 34:17

**think(14)** 11:8 13:3 16:8 18:8 24:24 27:10 27:13 28:2 28:11 28:25 29:13 29:18 33:2 36:17

**thinking(1)** 34:10

**third(2)** 25:2 33:12

**thirty(1)** 10:17

**thirty-sixth(1)** 10:19

**thirty-third(1)** 10:15

**this(37)** 10:10 11:6 12:5 12:12 12:14 12:16 12:17 12:18 13:3 13:12 13:13 13:21 14:8 14:11 14:15 14:22 20:23 21:15 21:25 22:5 22:14 23:9 23:17 25:4 25:11 30:4 32:10 33:15 34:5 34:15 34:17 34:22 35:13 35:15 35:20 36:23

**thomas(2)** 2:26 2:39

**thornburg(1)** 3:46

**those(7)** 12:10 12:13 17:6 29:5 29:23 30:24 34:1

**though(1)** 29:8

**thought(3)** 23:8 31:16 35:18

**three(6)** 10:13 28:7 29:5 32:15 33:4 35:22

**through(7)** 10:6 15:11 21:23 26:19 26:22 34:5 34:17

**throughout(1)** 33:25

**thursday(1)** 31:9

**tight(2)** 34:4 35:22

**time(12)** 13:4 13:20 14:5 19:20 19:23 21:13 22:8 27:12 33:16 34:19 36:2 36:13

**timeframe(1)** 36:15

**timeline(3)** 33:21 34:4 34:6

**timely(1)** 13:24

**times(3)** 15:23 17:13 19:6

**today(6)** 14:21 16:11 16:20 16:24 27:2 36:23

**today's(1)** 14:22

**together(3)** 26:19 27:12 29:7

**togut(1)** 10:16

**toll(1)** 12:14

**tomorrow(4)** 30:22 31:5 31:8 31:22

**tonight(2)** 31:14 31:21

**took(2)** 17:16 32:19

**torres(1)** 6:37

**tougher(1)** 32:24

**transcript(3)** 1:19 1:50 37:3

**transcription(2)** 1:44 1:51

**transmitted(1)** 16:1

**treatment(1)** 10:24

**trehan(1)** 6:11

**tremaine(2)** 4:48 11:3

**tremaine's(1)** 11:1

**trial(1)** 23:18

**tribune(13)** 1:9 2:4 2:11 4:38 10:5 15:4 15:11 17:5 17:23 18:1 19:5 21:7 22:15

**tribune's(2)** 15:19 15:22

**trick(1)** 36:15

**tried(5)** 17:7 22:14 22:15 35:19 36:6

**true(1)** 17:6

**truly(1)** 27:6

**trust(5)** 5:18 6:37 7:11 7:32 35:6

**trustee(4)** 3:11 3:11 10:16 25:9

**trustees(1)** 18:2

**try(4)** 16:7 26:24 27:4 27:15

**tucker(1)** 10:20

**tuesday(1)** 10:1

**tunnell(2)** 3:38 30:10

**turns(1)** 33:16

**twenty-fourth(3)** 10:20 11:17 14:18

**twenty-seventh(1)** 10:14

**two(9)** 10:11 21:21 26:10 30:20 32:11 32:12 35:18 36:8 36:17

**typical(1)** 27:17

**typically(1)** 21:21

**u.s(3)** 3:11 3:11 25:8

**ultimately(2)** 16:15 34:1

**um-hum(11)** 18:19 18:21 19:8 19:13 19:21 20:8 23:3 23:15 23:23 24:6 30:16

**unable(1)** 21:24

**unclear(1)** 17:5 21:10

**under(5)** 10:10 23:11 25:4 25:5 36:18

**understand(7)** 11:20 12:16 12:20 16:1 31:12 36:22

**undertake(1)** 22:3

**unfortunately(1)** 34:11

**uniform(1)** 29:11

**united(2)** 1:1 1:21

**unless(1)** 34:8

**unlike(1)** 27:17

**unrecoverable(1)** 17:15

**unredacted(5)** 11:19 25:1 25:3 25:10 25:14

**unsecured(2)** 11:25 24:24

**unspecified(1)** 15:24

**until(2)** 35:10 35:25

**untrue(1)** 17:6

**unwieldy(1)** 20:13

**upon(2)** 24:12 35:18

**useful(1)** 27:11

**usually(1)** 36:1

**uttered(1)** 17:7

**vail(1)** 7:27

**valid(2)** 19:1 19:1

**validity(1)** 18:24

**value(1)** 16:14

**various(3)** 25:2 30:24 33:22

**vary(1)** 28:25

**version(2)** 25:1 25:3

**very(8)** 12:17 13:15 24:20 28:9 29:5 30:11 33:18 36:23

**viable(1)** 12:8

**view(3)** 13:23 15:10 20:9

**views(1)** 29:4

**violate(1)** 31:3

**violates(1)** 31:3

**visiting(1)** 34:11

**voluntarily(1)** 22:6

**vonbrieson(1)** 10:22

**vote(5)** 29:24 29:25 34:24

**voters(3)** 27:18 27:25 30:2

**wacker(1)** 2:6

**wait(1)** 12:23

**walk(2)** 27:11 28:10

**walker(1)** 10:13

**want(7)** 13:5 28:11 32:4 32:7 32:21 32:22 36:10

**wanted(4)** 11:5 11:20 11:21 31:2

**wardwell(2)** 4:11 5:47

**war(1)** 14:9

**was(32)** 10:24 11:2 11:6 12:7 12:15 13:7 15:11 17:5 17:9 17:15 17:16 17:19 17:19 17:20 17:22 21:13 25:20 25:21 25:24 26:9 26:13 27:4 27:10 27:13 28:5 28:10 29:10 29:20 29:21 31:16 34:10 37:1

**washington(1)** 2:35

**wasn't(3)** 17:18 17:21 17:21

**wasteful(1)** 31:16

**way(6)** 15:3 21:22 33:23 35:13 35:15

**ways(2)** 21:21 30:20

**we'd(1)** 34:9

**we'll(4)** 21:1 31:20 32:15 33:16

**we're(3)** 14:9 32:9 34:12

**we've(5)** 27:1 29:18 34:5 34:17 34:20

**week(6)** 33:11 33:12 33:15 33:15 33:25 35:14

**weekend(1)** 32:8

**weeks(3)** 26:10 35:18 35:22

**weigh(1)** 30:8

**weil(1)** 6:4

**weiss(1)** 5:35

**weitman(1)** 4:45

**welcome(1)** 24:20

**well(22)** 12:20 15:23 16:23 17:4 18:10 19:2 21:6 21:18 23:10 23:20 24:19 26:23 28:15 29:10 29:13 29:20 30:7 32:19 34:10 35:6 35:13

**wells(3)** 3:28 7:20 10:13

**wendy(1)** 37:12

**went(2)** 26:19 26:21

**were(9)** 15:5 17:7 17:13 17:24 18:5 27:1 27:7 30:18 35:12

**wesch(1)** 6:23

**west(3)** 1:36 3:23 3:48

**wharton(1)** 5:35

**what(30)** 13:10 17:3 17:5 19:2 22:1 24:2 25:15 25:24 27:1 27:3 27:9 28:3 28:8 28:10 28:16 28:21 29:11 30:2 31:15 31:25 32:1 32:23 33:20 34:3 34:10 35:9 35:9 36:10 36:17 36:17

**what's(5)** 14:6 14:13 26:24 28:17 28:23

**whatever(4)** 21:25 24:13 27:23 34:14

**when(14)** 14:2 17:8 17:15 18:16 20:13 21:16 26:7 31:6 32:6 32:10 33:17 35:20 36:2 36:12

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **where**(8) 17:15  23:19  26:12  27:17  29:3 30:13  33:12  36:16 | | **you'd**(3) 10:8  17:3  19:24 | |
| | | **you're**(1) 24:20 | |
| | | **you've**(2) 34:3  36:8 | |
| **whereupon**(1) 37:1 | | **young**(1) 3:20 | |
| **whether**(3) 13:10  29:25  35:23 | | **your**(54) 10:3  10:4  10:24  11:8  11:13 | |
| **which**(21) 10:10  10:25  13:5  14:7  14:18 15:4  15:7  15:25  17:13  22:2  22:3  22:4 24:12  26:8  26:13  30:24  33:13  34:9  34:24 35:19  35:20 | | 11:16  11:24  12:1  12:5  12:12  12:15  12:20 12:22  13:1  13:17  13:19  14:12  14:14  14:22 17:2  18:20  21:2  22:13  23:4  23:12  23:22 24:21  24:22  25:19  26:4  26:6  26:15  27:8 28:15  29:13  30:9  30:12  31:4  31:4  31:12 31:20  31:24  32:18  32:21  33:2  33:18  35:1 35:2  35:4  35:16  35:17  35:25  36:19  36:22 | |
| **white**(1) 7:20 | | | |
| **whittman**(1) 6:42 | | | |
| **who**(7) 12:11  13:11  17:24  18:3  21:12  26:9 29:24 | | | |
| | | **yourself**(3) 17:7  23:1  23:14 | |
| **who's**(1) 25:9 | | **zabel**(1) 6:34 | |
| **wholeheartedly**(1) 13:19 | | **zelmanovitz**(1) 7:37 | |
| **whose**(1) 15:4 | | **zensky**(6) 3:6  6:24  35:2  35:3  35:16  36:19 | |
| **why**(6) 13:11  21:14  27:5  31:12  34:21 | | **zloto**(1) 6:28 | |
| **wildcard**(1) 32:6 | | **zuckerman**(2) 2:31  24:23 | |
| **will**(26) 11:11  12:20  13:25  19:14  19:18 19:24  20:11  20:18  21:2  23:21  24:4  24:5 24:13  27:2  27:8  27:12  27:25  28:2  33:3 34:6  34:14  35:9  35:22  36:11  36:21  36:24 | | | |
| **willette**(1) 10:15 | | | |
| **wilmer**(1) 7:48 | | | |
| **wilmington**(16) 1:13  1:38  2:21  2:41  2:49 3:15  3:25  3:34  3:43  3:49  4:7  4:22  4:34 5:18  10:1  35:5 | | | |
| **wires**(1) 6:45 | | | |
| **wish**(5) 14:1  16:9  20:18  22:9  22:25 | | | |
| **wishes**(1) 16:8 | | | |
| **with**(43) 10:11  10:12  10:14  10:16  10:17 10:18  10:19  10:21  11:9  11:10  11:14  11:18 11:21  11:22  11:23  11:25  12:3  12:10  12:10 12:11  12:16  13:21  13:22  14:3  14:21  15:17 22:14  23:11  23:19  24:11  25:20  25:23 25:25  26:12  28:14  29:11  30:18  30:19  31:1 31:5  31:15  32:7  34:14 | | | |
| **within**(1) 36:14 | | | |
| **without**(2) 26:11  28:6 | | | |
| **witnesses**(5) 9:3  19:22  20:10  36:3  36:4 | | | |
| **womble**(1) 2:38 | | | |
| **won't**(1) 32:15 | | | |
| **words**(2) 17:6  27:17 | | | |
| **work**(2) 33:25  34:23 | | | |
| **worked**(1) 34:5 | | | |
| **working**(1) 34:5 | | | |
| **would**(29) 10:5  12:22  13:4  13:11  13:15 18:17  19:25  20:21  23:25  25:15  27:4  29:7 29:8  29:8  29:15  29:16  30:6  30:24  31:4 31:4  31:22  32:3  32:13  33:23  34:4  35:8 35:11  35:18  35:25 | | | |
| **wouldn't**(2) 20:1  20:1 | | | |
| **wright**(3) 4:48  11:1  11:3 | | | |
| **wrong**(1) 29:18 | | | |
| **www.diazdata.com**(1) 1:48 | | | |
| **yeah**(6) 18:8  21:6  23:3  23:6  23:13  32:24 | | | |
| **years**(1) 36:12 | | | |
| **yes**(2) 11:13  24:15 | | | |
| **yesterday**(1) 35:5 | | | |
| **yet**(3) 13:10  27:2  27:6 | | | |
| **york**(6) 2:28  3:8  4:15  4:28  6:38  26:18 | | | |
| **you**(86) 11:16  12:1  14:1  14:2  14:3  14:12 16:19  16:20  16:22  16:23  16:23  17:17  18:8 18:8  18:16  18:16  18:18  19:2  19:14  19:14 19:15  19:24  20:17  20:18  21:5  22:5  22:6 22:8  22:16  22:19  22:25  22:25  22:25  23:7 23:14  24:4  24:12  24:12  24:19  24:21  25:17 26:3  26:3  26:4  26:6  26:16  26:23  27:5 28:2  28:11  28:12  29:3  29:7  29:14  29:17 29:22  30:4  30:12  30:12  31:13  31:20  31:23 32:12  32:15  32:17  32:22  32:23  33:1  33:3 33:6  33:7  33:18  33:23  34:6  34:8  34:8 34:9  34:16  34:21  34:23  35:1  35:24  36:4 36:16  36:20  36:23 | | | |