MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITORS
SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case No. 08-13141 KJC |
| TRIBUNE COMPANY, et al. | ) Chapter 11 |
| Debtor. | ) **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO THE GENERAL DISCLOSURE STATEMENT BY COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTHORITY SUBMITTED BY DEBTORS AND ITS SUBSIDIARIES, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OAKTREE CAPITAL MANAGEMENT, ANGELO GORDON AND CO., LP AND JP MORGAN CHASE BANK N.A.** |
| | DATE: November 29, 2010<br>TIME: 10:00 A.M. ET |

The County of San Bernardino, California, a California Taxing Authority, hereby withdraws its limited objection to the general disclosure statement submitted by the Debtors et al. filed on November 16, 2010. Any issues between the County and the Debtors

1

1 | have since been resolved.

3 | Dated: November 24, 2010        ROMERO LAW FIRM

By /s/ Martha E. Romero
MARTHA E. ROMERO
Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CA
A CALIFORNIA TAXING AUTHORITY