**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | )  |  |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.,* | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 6558, 6587, 6589** |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER

I, Amanda M. Winfree, an attorney with the law firm of Ashby & Geddes, P.A., co-counsel to Aurelius Capital Management, LP ("Aurelius"), on behalf of its managed entities, hereby certify the following:

1.      On November 22, 2010, Aurelius filed the *Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* [Docket No. 6558] (the "Objection").

2.      Included within the exhibits attached to the Objection was Exhibit D.  Exhibit D contains a portion of deposition testimony that was designated confidential by the deponent's counsel and was inadvertently filed and served.

3.      On November 23, 2010, Aurelius filed the *Motion to Withdraw Exhibit D to the Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* [Docket No. 6587] (the "Motion").

4.      Contemporaneously with the Motion, counsel for Aurelius also filed a *Notice of Filing of Corrected Exhibit D to the Objection of Aurelius Capital Management, LP to the*

*Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing*

*Parameters of Confirmation-Related Discovery* [Docket No. 6589] (the "Notice").  Attached to

the Notice is replacement Exhibit D, which redacts the portion of deposition testimony that was

designated confidential by the deponent's counsel.

     5.     Attached hereto as Exhibit 1 is a proposed order (the "Proposed Order") granting

the relief requested in the Motion and directing the removal and replacement of Exhibit D from the

public docket of the above-referenced bankruptcy proceeding.  For the reasons set forth in the

Motion, Aurelius respectfully requests that the Court enter the Proposed Order at the Court's

earliest convenience.

Dated:    November 24, 2010        ASHBY & GEDDES, P.A.
           Wilmington, Delaware

                      */s/ Amanda M. Winfree*

                      William P. Bowden (No. 2533)
                      Amanda M. Winfree (No. 4615)
                      500 Delaware Avenue
                      P.O. Box 1150
                      Wilmington, DE  19899
                      (302) 654-1888

                      - and -

                      Daniel H. Golden (admitted pro hac vice)
                      David M. Zensky (admitted pro hac vice)
                      Abid Qureshi (admitted pro hac vice)
                      AKIN GUMP STRAUSS HAUER & FELD LLP
                      One Bryant Park
                      New York, NY 10036
                      (212) 872-1000

                      *Attorneys for Aurelius Capital Management, LP*