**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re:* <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) <br> ) **Related to Docket Nos. 6558, 6587, 6589** <br> ) |

### ORDER GRANTING MOTION TO WITHDRAW EXHBIT D TO THE OBJECTION OF AURELIUS CAPITAL MANAGEMENT, LP TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER SETTING CONFIRMATION SCHEDULE AND ESTABLISHING PARAMETERS OF CONFIRMATION-RELATED DISCOVERY

Aurelius Capital Management, LP ("Aurelius") having filed on November 23, 2010, the *Motion to Withdraw Exhibit D to the Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery* (the "Motion to Withdraw"); and the Court having considered the relief sought by Aurelius; and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that Exhibit D to the Objection filed at Docket No. 6558 shall be removed from the public docket immediately and replaced with the replacement Exhibit D filed at Docket No. 6587.

Dated: Wilmington, Delaware
       November ____, 2010

                                        The Honorable Kevin J. Carey
                                        Chief United States Bankruptcy Judge

{00460668;v1}