# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY., *et al.*,<br><br>　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 24, 2010, copies of the following were served in the manner indicated upon the entities on the attached list:

1. Notice Of Filing Of Responsive Statement By Certain Holders Of Step One Senior Loan Claims (D.I. 6596, Filed 11/23/10);

2. First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (D.I. 6607, Filed 11/23/10);

3. First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (BLACKLINE) (D.I. 6608, Filed 11/23/10);

4. Specific Disclosure Statement For First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (D.I. 6617, Filed 11/24/10); and

5. Specific Disclosure Statement For First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (BLACKLINE) (D.I. 6618, Filed 11/24/10).

Dated: November 24, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan, Esq.
590 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Adam Friedman, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

BRACEWELL & GIULIANI LLP
Evan D. Flaschen, Esq.
225 Asylum Street, 26th Floor
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

Daniel S. Connolly, Esq.
1251 Avenue of the Americas
49th Floor
New York, NY 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Counsel to the Step One Credit Agreement Lenders*

3869352.4