**SERVICE LIST**

**VIA HAND DELIVERY**

David Carickhoff, Esq.
Alan M. Root, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE  19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street
Plaza Leval
Wilmington, DE  19801

Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
John H. Strock, Esq.
Fox Rothschild LLP
Citizens Bank Center, Ste. 1600
919 North Market Street
Wilmington, DE  19801

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, Ste. 1410
Wilmington, DE  19801

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Drew G. Sloan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg – 17th Floor
1000 West Street
Wilmington, DE  19801

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE  19801

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Martha E. Romero, Esq.
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA  90601

M. Patricia Smith, Esq.
Timothy D. Hauser, Esq.
Michael Schloss, Esq.
Leonard H. Gerson, Esq.
Elizabeth S. Goldberg, Esq.
Plan Benefits Security Division
Office of the Solicitor
U.S. Department of Labor
P.O. Box 1914
Washington, DC  20013

David J. Bradford, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL  60654

Margery N. Reed, Esq.
Wendy M. Simkulak, Esq.
30 South 17th Street
Philadelphia, PA  19103-4196

Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

David G. Hille, Esq.
Scott Greissman, Esq.
Andrew W. Hammond, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

Thomas E. Lauria, Esq.
White & Case LLP
200 South Biscayne Blvd., Ste. 4900
Miami, FL  33131

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Graeme Bush
James Sottile
Chadbourne & Parke LLP
1800 M Street, N.W. Suite 1000
Washington, DC  20036

Donald S. Bernstein, Esq.
Dennis E. Glazer, Esq.
Elliot Moskowitz, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Andrew N. Goldman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY  10167

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA  90017

3917610