IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Ref. No. 6559** |

**NOTICE OF FILING OF AMENDED EXHIBIT A
TO PROFESSIONALS PREFERENCE STANDING MOTION**

PLEASE TAKE NOTICE that on November 23, 2010, the Official Committee of Unsecured Creditors (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to (A) Toll Certain Causes of Action Against the Debtors' Professionals on Behalf of the Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550 or, at the Committee's Option, (B) Commence, Prosecute, Settle and Recover Such Actions* [Docket No. 6559] (the "Professionals Preference Standing Motion").

PLEASE TAKE FURTHER NOTICE that Exhibit A to the Professionals Preference Standing Motion is hereby amended and replaced by the Amended Exhibit A attached hereto.

Dated: November 24, 2010
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/_____
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

{698.001-W0011349.}

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*