## AMENDED EXHIBIT A

## List of Preference Defendants[1]

**Katten Muchin Rosenman LLP**[2]
**Citigroup Global Markets Inc.**
Sidley Austin LLP
McDermott Will & Emery
PricewaterhouseCoopers
Jenner & Block LLP
Paul, Hastings, Janofsky & Walker LLP
Seyfarth Shaw LLP
King, Blackwell, Downs & Zehnder, P.A.
Davis Wright & Tremaine
Levine Sullivan Koch & Schulz, LLP

---

[1] This exhibit has been amended to include additional entities as Preference Defendants.  The additional Preference Defendants appear in bold.
[2] Zuckerman Spaeder LLP does not represent the Committee with respect to the prosecution of the identified Preference Actions against Paul, Hastings, Janofsky & Walker LLP and Katten Muchin Rosenman LLP.