# EXHIBIT A

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

November 01, 2010

Invoice #    25843    NES

In Reference To:        00499.050 - Baltimore Sun - General Newsroom

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/2010 NES | Review proposed revisions to audio/video court recordings access rule. | 0.50 425.00/hr | 212.50 |
| 10/22/2010 NES | Attend state rules committee meeting regarding access to court audio/video recordings. | 4.50 425.00/hr | 1,912.50 |
| | For professional services rendered | 5.00 | $2,125.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.050
November 01, 2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Nathan E. Siegel | 5.00 | 425.00 | $2,125.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Los Angeles Times
Times Mirror Square
202 West 1st Street
Los Angeles, CA 90012

November 01, 2010

Invoice #    25844      LL

In Reference To:      00499.061 - Philips

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/20/2010 LL | Review complaint and exchange email and telephone conference with K. Goller regarding same (.8); review materials received from K. Goller (.8); telephone conference with D. Heller (via voicemail) regarding same. (.1). | 1.70<br>425.00/hr | 722.50 |
| 10/21/2010 LL | Review materials received from K. Goller and exchange email with K. Goller regarding same (.6); telephone conference with D. Heller regarding same (.2); telephone conference with K. Goller regarding same (.4); telephone conference with A. Carroll (.2). | 1.40<br>425.00/hr | 595.00 |
| 10/25/2010 LL | Review materials received from K. Goller and telephone conference with K. Goller regarding same. | 0.50<br>425.00/hr | 212.50 |
| For professional services rendered | | 3.60 | $1,530.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.061
November 01, 2010

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Lee Levine | 3.60 | 425.00 | $1,530.00 |

Timekeeper Summary

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

November 01, 2010                                    Invoice #    25845    NES

In Reference To:        00499.071 - Henke

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/18/2010 NES | Revise stipulation for partial lifting of stay (.3); exchange email with D. Bralow, J. Ludwig regarding same (.1). | 0.40 425.00/hr | 170.00 |
| | For professional services rendered | 0.40 | $170.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.071
November 01, 2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Nathan E. Siegel | 0.40 | 425.00 | $170.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

November 01, 2010                                            Invoice #    25858    NES

In Reference To:        00499.074 - Baltimore Sun/Bates

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2010 | TBK | Complete memorandum regarding expert issues. | 2.30 425.00/hr | 977.50 |
| | NES | Begin preparing for depositions of doctors (2.1); prepare potential mediation proposals (1.0); review revised interrogatories (.3); review tasks and plan discovery (1.2); telephone conference with expert (.3); review Bates motion for protective order and plan response (2.2). | 7.10 425.00/hr | 3,017.50 |
| | CRB | Review plaintiff's motion for protective order regarding Attorney Grievance Commission records and telephone conference and correspondence with Attorney Grievance Commission regarding same (2.1); review discovery documents (1.5); draft written discovery requests (1.1); work on deposition scheduling (.7). | 5.40 340.00/hr | 1,836.00 |
| | KC | Complete research and compile findings concerning jail evidentiary issues. | 2.30 190.00/hr | 437.00 |
| 10/2/2010 | NES | Continue preparing for deposition of Bates' doctors. | 2.40 425.00/hr | 1,020.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2010 | NES | Continue preparing for deposition of Bates' doctors. | 6.30 425.00/hr | 2,677.50 |
|  | JMB | Research regarding expert evidentiary issues under Maryland law. | 1.20 400.00/hr | 480.00 |
| 10/4/2010 | NES | Depose Dr. Malek, Bates' GI specialist (4.1); prepare for deposition of Dr. Brown (1.9); meet with team to review discovery and motions tasks (1.5); review depositions of prosecutors (.9); attempt to contact damages witnesses and review results of investigator interviews of fact witnesses (1.1). | 9.50 425.00/hr | 4,037.50 |
|  | SDJ | Conduct legal research regarding substantial truth standard and actual malice standard in Maryland. | 4.50 285.00/hr | 1,282.50 |
|  | JMB | Telephone conference with J. Vandermeulen regarding witness contact (.2); draft summary of witness contact (.3); formulate strategy regarding depositions of witnesses (1.8); telephone conference with expert regarding case documents (.4); exchange email with expert regarding same (.1); meet with team to review discovery and motions task (1.5). | 4.30 400.00/hr | 1,720.00 |
|  | CRB | Continue to review jail recordings (1.8); review plaintiff's discovery requests (.7); outline response to plaintiff's motion for protective order (1.0). | 3.50 340.00/hr | 1,190.00 |
| 10/5/2010 | TBK | Review remaining volumes of Robinson trial. | 4.40 425.00/hr | 1,870.00 |
|  | SDJ | Conduct research regarding substantial truth and negligence standard for summary judgment memorandum. | 8.50 285.00/hr | 2,422.50 |

# Levine Sullivan Koch & Schulz, l.l.p.

File No.  00499.074
November 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2010 | JMB | Contact fact witness (.1); assess which fact witnesses to depose and when regarding depositions (1.4); exchange email with expert regarding deposition transcripts (.2); follow up regarding subpoena for I. Bates telephone records (.3). | 2.00 400.00/hr | 800.00 |
|  | JPB | Prepare and serve new subpoena to Cellco. | 1.00 190.00/hr | 190.00 |
|  | CRB | Conduct legal research and begin drafting opposition to plaintiff's motion for protective order (3.3); attention to document production and deposition notices (.5). | 3.80 340.00/hr | 1,292.00 |
|  | NES | Depose Dr. M. Brown. | 5.20 425.00/hr | 2,210.00 |
| 10/6/2010 | SDJ | Continue to conduct research regarding public figure and substantial truth standards for summary judgment memorandum. | 8.30 285.00/hr | 2,365.50 |
|  | JMB | Exchange email with expert regarding depositions (.1); draft Attachment A directed to accountant (1.5); review records of E. Bain (1.8); draft motion to compel discovery of financial information (3.6); telephone conference with investigator regarding subpoenas (.2). | 7.20 400.00/hr | 2,880.00 |
|  | JPB | Prepare subpoena to Kierson & Newman PA. | 0.40 190.00/hr | 76.00 |
|  | CRB | Continue to conduct legal research and draft opposition to plaintiff's motion for protective order (2.7); telephone conferences with witnesses (.5); revise motion for potential evidentiary issue (.2). | 3.40 340.00/hr | 1,156.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2010 | NES | Prepare for deposition of R. Felty (2.9); revise document subpoena to Bates' accountants (.3); exchange email with B. Telfair regarding discovery disputes and possible mediation (.3); outline issues for Attorney Grievance Commission opposition (1.2). | 4.70<br>425.00/hr | 1,997.50 |
| 10/7/2010 | TBK | Assist with preparation for Dr. Bain's deposition (.9); review relevant portions of DSM IV (1.0); review plaintiff's expert disclosures (.3); work on economic expert issues (.7). | 2.90<br>425.00/hr | 1,232.50 |
| | SDJ | Continue to research fair report privilege and actual malice for summary judgment memorandum of financial information. | 8.00<br>285.00/hr | 2,280.00 |
| | JMB | Revise motion to compel discovery (2.0); draft declaration of N. Siegel, proposed order and certificate of efforts to resolve discovery disputes (1.8); finalize motion papers (1.2). | 5.00<br>400.00/hr | 2,000.00 |
| | JPB | Research case histories and review and revise citations and quotations in motion to compel production of financial information for accuracy. | 2.80<br>190.00/hr | 532.00 |
| | CRB | Complete legal research and continue drafting opposition to plaintiff's motion for protective order (2.7); attention to discovery issues (.3). | 3.00<br>340.00/hr | 1,020.00 |
| | NES | Take deposition of R. Felty (3.1); meet with B. Telfair to discuss possible mediation (.8); assess results of Brown deposition (.4); review plaintiff's expert witness disclosures (.4); revise opposition to motion for protective order regarding Attorney Grievance Commission (4.6); revise motion to compel production of financial documents and accompanying affidavits (.6). | 9.90<br>425.00/hr | 4,207.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
November 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2010 | TBK | Revise and add to outline for deposition of Dr. Bain. | 2.30 425.00/hr | 977.50 |
| | SDJ | Continue to research fair report privilege, public figure standard and substantial truth standard for summary judgment memorandum. | 7.00 285.00/hr | 1,995.00 |
| | JMB | Review requirements for expert designation, attend to expert issues (.3); telephone conference with expert regarding same (.2); draft expert witness designation (.5); review transcript of deposition of S. Malek (.6); prepare for deposition of E. Bain (2.2). | 3.80 400.00/hr | 1,520.00 |
| | CRB | Revise opposition to plaintiff's motion for protective order (.5); review documents and prepare for deposition of K. Madigan (1.5); review research regarding evidentiary issues (.3). | 2.30 340.00/hr | 782.00 |
| | NES | Review research for summary judgment motion and evidentiary issues. | 1.30 425.00/hr | 552.50 |
| 10/10/2010 | JMB | Prepare for and participate in telephone meeting to plan remaining discovery matters (2.0); continue to review deposition of I. Bates (1.0); continue to prepare for deposition of E. Bain (2.0). | 5.00 400.00/hr | 2,000.00 |
| | CRB | Meet to plan discovery issues and litigation strategy. | 1.10 340.00/hr | 374.00 |
| | NES | Prepare for and telephone conference with client (.6); exchange emails with B. Telfair to outline terms of potential mediation (.7). | 1.30 425.00/hr | 552.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/11/2010 | JMB | Telephone conference with M. Medema regarding deposition of E. Bain (.2); continue to prepare for deposition of E. Bain (4.6); telephone conference with investigator regarding service of subpoenas (.2); continue to review transcript of deposition of S. Malek (1.4). | 6.40 400.00/hr | 2,560.00 |
|  | CRB | Research regarding experts (.4); revise opposition to plaintiff's motion for protective order (2.8); prepare for deposition of K. Madigan (2.1). | 5.30 340.00/hr | 1,802.00 |
|  | TBK | Identify potential financial experts and perform due diligence on candidates (1.2); telephone conferences with experts regarding damages issues (1.7); telephone conference with client regarding same (.3); prepare package for expert review (.7); review applicable law regarding various trial issues (1.2). | 5.10 425.00/hr | 2,167.50 |
|  | SDJ | Conduct legal research regarding evidentiary issues. | 7.50 285.00/hr | 2,137.50 |
| 10/12/2010 | JMB | Continue to prepare for deposition of E. Bain (8.1); telephone conference with R. Jablow of Circuit Court regarding joint motion for extension (.4); telephone conference with client (.3); formulate strategy regarding mediation and stay (.6). | 9.40 400.00/hr | 3,760.00 |
|  | JPB | Research case histories and review and revise citations and quotations in opposition to plaintiff's motion to quash and for entry of a protective order for accuracy. | 2.30 190.00/hr | 437.00 |
|  | CRB | Prepare for and depose K. Madigan (4.4); analyze litigation strategy in light of same (.2); negotiate with opposing counsel regarding mediation and scheduling extension (.2). | 4.80 340.00/hr | 1,632.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/12/2010 | TBK | Telephone conference with expert (.4); review and analyze financial documents related to expert (3.1). | 3.50 425.00/hr | 1,487.50 |
|  | SDJ | Continue to conduct legal research regarding evidentiary issues. | 5.50 285.00/hr | 1,567.50 |
| 10/13/2010 | JMB | Continue to prepare for deposition of E. Bain (2.2); take deposition of E. Bain (6.0); review and revise opposition to motion for protective order (.8); review and revise joint motion for stay (.6). | 9.60 400.00/hr | 3,840.00 |
|  | CRB | Prepare joint motion for scheduling extension to pursue mediation (4.9); prepare declaration and supporting papers to opposition to plaintiff's motion for protective order (2.1); research and analyze deposition issues (.2). | 7.20 340.00/hr | 2,448.00 |
|  | TBK | Telephone conference with expert (.8); email to client (1.2); review and analyze previous core depositions (1.8). | 3.80 425.00/hr | 1,615.00 |
|  | SDJ | Continue legal research regarding evidentiary issues. | 3.80 285.00/hr | 1,083.00 |
| 10/14/2010 | JMB | Telephone conference with R. Jablow of Circuit Court regarding motion to extend pre-trial schedule (.3); telephone conference with clerk of court regarding same (.2); plan mediation and pretrial to extend discovery deadlines (1.2); assess matters for expert testimony of expert witnesses (.7); revise joint motion to modify pre-trial schedule (4.0); telephone conference with client (.2). | 6.60 400.00/hr | 2,640.00 |
|  | CRB | Revise joint motion to extend schedule (2.1); telephone conference with chambers regarding joint motion (.2); finalize opposition to plaintiff's motion for protective order | 5.70 340.00/hr | 1,938.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | and supporting papers (3.1); attention to discovery issues (.3). |  |  |
| 10/14/2010 | TBK | Review deposition of Dr. Bain (1.0); review and analyze depositions of M. Martin, J. McAllister, S. Cline, M. Harris, and J. Bykowicz (3.6); email exchange with experts (.6). | 5.20 425.00/hr | 2,210.00 |
|  | NES | Telephone conference with client to discuss mediation (.4); revise joint motion for extension (.5). | 0.90 425.00/hr | 382.50 |
| 10/15/2010 | JMB | Formulate strategy regarding joint motion to modify (.5); telephone conference with expert (.3); research regarding expert evidentiary issues (1.0); telephone conference with clients (.6); formulate strategy regarding filing of joint motion (.4); exchange email with B. Telfair regarding same (.2). | 3.00 400.00/hr | 1,200.00 |
|  | JPB | Address status of subpoena sent to Cellco. | 0.20 190.00/hr | 38.00 |
|  | CRB | Serve opposition to plaintiff's motion for protective order (.6); review and revise joint scheduling motion papers (2.3). | 2.90 340.00/hr | 986.00 |
|  | TBK | Review and analyze Donnelly disposition (.7); email exchange with experts (.4); prepare potential trial issues (1.8). | 2.90 425.00/hr | 1,232.50 |
| 10/17/2010 | JMB | Continue to review deposition of I. Bates (.5); draft summary of I. Bates testimony (.6); telephone conference with expert (1.4). | 2.50 400.00/hr | 1,000.00 |

# Levine Sullivan Koch & Schulz, l.l.p.

File No.  00499.074
November 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/17/2010 | NES | Telephone conference with expert (1.4); begin reviewing record to assist with expert designation and summary judgment motion (1.3). | 2.70<br>425.00/hr | 1,147.50 |
| 10/18/2010 | JPB | Review deposition transcripts from T. Garcia deposition. | 0.10<br>190.00/hr | 19.00 |
|  | JMB | Assess subjects to be addressed by expert regarding expert testimony (.4); review transcript of deposition of E. Bain (1.0); telephone conference with fact witness (.6). | 2.00<br>400.00/hr | 800.00 |
|  | NES | Continue reviewing record in connection with expert designation and summary judgment motion (4.0); revise designation of financial experts and review Dr. Cook's report for plaintiff (.5); plan schedule for concluding discovery and exchange email to B. Telfair regarding same (.3). | 4.80<br>425.00/hr | 2,040.00 |
|  | TBK | Review and analyze deposition of Dr. E. Bain (2.3); telephone conference with expert (.8); draft summary of opinions regarding financial issues (1.2). | 4.30<br>425.00/hr | 1,827.50 |
|  | CRB | Finalize joint motion for extension, file with clerk's office and hand-deliver courtesy copy to chambers. | 2.10<br>340.00/hr | 714.00 |
| 10/19/2010 | JMB | Plan remaining depositions of fact witnesses (1.4); compile information regarding witnesses and proposed deposition schedule (1.0); telephone conference with investigators regarding witnesses and subpoena service (.6); review and revise subpoena cover letters for various witnesses (1.0); review and revise notices of deposition (1.0); prepare for and telephone conference with fact witness (.9). | 5.90<br>400.00/hr | 2,360.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2010 | JPB | Preparation of subpoenas and notices of deposition. | 4.00<br>190.00/hr | 760.00 |
|  | SDJ | Review legal research and prior motion to dismiss in preparation for summary judgment motion. | 1.00<br>285.00/hr | 285.00 |
|  | TBK | Telephone conference with experts. | 1.10<br>425.00/hr | 467.50 |
|  | CRB | Plan litigation and discovery strategy (2.1); assist with locating witnesses and preparation of subpoenas (2.2). | 4.30<br>340.00/hr | 1,462.00 |
|  | LJT | Research regarding privilege-related issues for summary judgment motion. | 7.50<br>190.00/hr | 1,425.00 |
|  | NES | Begin reviewing deposition record for summary judgment motion (2.4); plan discovery strategy (1.3); begin drafting motion for summary judgment (4.1). | 7.80<br>425.00/hr | 3,315.00 |
| 10/20/2010 | JMB | Continue to assess subjects of expert testimony regarding expert witness designation (1.3); review and revise draft expert witness designation (1.0); telephone conference with expert (.8); plan remaining depositions of fact witnesses (1.0); assess additional research to be conducted on admissibility issues (.4). | 4.50<br>400.00/hr | 1,800.00 |
|  | TBK | Revise expert designation (.6); telephone conference with expert (.6); email exchange with expert regarding schedule for work (.3); review and comment on expert designations (.5). | 2.00<br>425.00/hr | 850.00 |
|  | CRB | Telephone conference with chambers regarding joint motion (.3); conduct research regarding evidentiary issues (1.6). | 1.90<br>340.00/hr | 646.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2010 | NES | Revise financial expert designation (.3); telephone conference with damages expert (.4); exchange email with B. Telfair regarding deposition scheduling (.5); continue reviewing deposition record for summary judgment (4.2); continue drafting motion for summary judgment (3.1). | 8.50 425.00/hr | 3,612.50 |
| 10/21/2010 | TBK | Email exchange and telephone conference with expert (.4); revise designations (.3); review expert revisions (.3); telephone conference with expert and follow up regarding same (.9). | 1.90 425.00/hr | 807.50 |
|  | JMB | Continue to plan timing and substance of expert designation regarding expert witness designation (.9); review record for relevance to expert issues (.5); telephone conference with expert (.3); plan depositions of fact witnesses and remaining discovery (2.0). | 3.70 400.00/hr | 1,480.00 |
|  | SDJ | Legal research regarding evidentiary issues. | 2.00 285.00/hr | 570.00 |
|  | NES | Revise expert designations (.8); telephone conference with expert (.4); develop discovery strategy (.7); continue reviewing deposition record for summary judgment motion (2.7); continue drafting motion for summary judgment (2.7). | 7.30 425.00/hr | 3,102.50 |
|  | JPB | Investigate status of subpoena to Cellco. | 0.70 190.00/hr | 133.00 |
| 10/22/2010 | JMB | Review and revise expert witness designation (.3); analyze potential additional depositions of fact witnesses (.3). | 0.60 400.00/hr | 240.00 |
|  | SDJ | Continue to conduct research regarding evidentiary issues. | 2.30 285.00/hr | 655.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2010 | TBK | Revise expert designation (.4); research jury consultant (.3); review and analyze K. Madigan deposition (.9). | 1.60 425.00/hr | 680.00 |
| | NES | Revise and serve expert designations (.5); continue reviewing deposition record for summary judgment motion (.9). | 1.80 425.00/hr | 765.00 |
| 10/23/2010 | JMB | Research regarding "clean hands" doctrine (.5); review prior discovery responses for potential supplementation (.5). | 1.00 400.00/hr | 400.00 |
| 10/24/2010 | NES | Continue reviewing deposition record to identify material for summary judgment (2.9); review research regarding "clean hands" potential defense (.8). | 3.70 425.00/hr | 1,572.50 |
| 10/25/2010 | JMB | Review and revise M. Harris interrogatory responses (3.0); review records produced by Baltimore City Department of Transportation (.4); analyze clean hands doctrine (.7); telephone conference regarding Department of Transportation subpoena (.2); draft certification of records of Baltimore Department of Transportation (1.2); conduct authentication research regarding evidentiary issues (1.7); review proposed certification of Neustar regarding telephone records and follow up regarding same (.4). | 7.60 400.00/hr | 3,040.00 |
| | CRB | Attention to summary judgment strategy and legal research regarding discrete actual malice and negligence propositions (1.4); draft supplemental discovery responses and conduct deposition planning (1.8); telephone conferences with clerks regarding status of joint motion to extend schedule (.8). | 4.00 340.00/hr | 1,360.00 |
| | SDJ | Complete research regarding evidentiary issues (.6); conduct research regarding clean hands doctrine (6.5). | 7.10 285.00/hr | 2,023.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2010 | TBK | Complete outline of points to assist with trial preparation (1.8); review both sides' document production (2.8); email expert (.3). | 4.90 425.00/hr | 2,082.50 |
| | NES | Plan final week of discovery and tasks for motion for summary judgment (1.7); review records received from city impound pursuant to subpoena (.2); exchange email with B. Telfair regarding discovery disputes (.2); continue reviewing deposition record to identify material for summary judgment motion (3.3); continue drafting motion for summary judgment (3.0). | 8.40 425.00/hr | 3,570.00 |
| | JPB | Prepare amended notice of deposition of J. Rubin. | 0.40 190.00/hr | 76.00 |
| 10/26/2010 | JMB | Confer in person with clerk's office regarding status of motions filed (1.0); plan for filing of summary judgment brief (.8); review research regarding "unclean hands" doctrine (.4); analyze affirmative defenses (.5); exchange email with expert regarding deposition (.1); formulate strategy regarding same (.3); continue to revise M. Harris interrogatory responses (1.5); review memorandum regarding evidentiary issues (.8); exchange email regarding Department of Transportation subpoena (.1); analyze trial admissibility issues (.5). | 6.00 400.00/hr | 2,400.00 |
| | TBK | Assist with trial preparation tasks. | 0.80 425.00/hr | 340.00 |
| | SDJ | Continue to conduct research regarding clean hands doctrine (4.0); draft memorandum regarding evidentiary issues (2.0); conduct research regarding discrete actual malice issues for summary judgment memorandum (3.0). | 9.00 285.00/hr | 2,565.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/26/2010 | NES | Continue drafting motion for summary judgment (6.8); identify key issues for further research and supervise research (1.1). | 7.90 425.00/hr | 3,357.50 |
| | CRB | Compile summary judgment evidentiary record (2.1); prepare deposition notices and exchange email with opposing counsel (.3); attention to status of plaintiff's protective order motion (.2). | 2.60 340.00/hr | 884.00 |
| 10/27/2010 | JMB | Confer in person with Baltimore City Circuit Court regarding status of motions (1.2); review research regarding evidentiary issues (1.4); review research regarding unclean hands (2.5); follow up regarding evidentiary issues (.5); analyze and revise summary judgment arguments (1.4); draft section of summary judgment brief regarding clean hands defense (1.0). | 8.00 400.00/hr | 3,200.00 |
| | TBK | Research regarding selection of expert (.8); continue to assist with trial preparation (2.5). | 3.30 425.00/hr | 1,402.50 |
| | SDJ | Continue to conduct research regarding discrete actual malice issues and affirmative defenses. | 6.50 285.00/hr | 1,852.50 |
| | NES | Continue drafting motion for summary judgment (8.9); exchange emails with plaintiff's counsel regarding deposition scheduling (.2). | 9.10 425.00/hr | 3,867.50 |
| | CRB | Review "read and sign" forms and exchange email with clients (.5); telephone conference with chambers regarding joint scheduling motion (.3); formulate discovery strategy and attention to scheduling of depositions (.6); conduct research for summary judgment memorandum (.9). | 2.30 340.00/hr | 782.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2010 | TBK | Continue with assisting with trial preparation planning. | 3.00 425.00/hr | 1,275.00 |
| | SDJ | Continue to conduct research regarding discrete actual malice issues and affirmative defenses. | 5.00 285.00/hr | 1,425.00 |
| | NES | Continue drafting motion for summary judgment. | 10.20 425.00/hr | 4,335.00 |
| | CRB | Conduct discrete legal research for summary judgment memorandum and attention to strategy for same. | 1.40 340.00/hr | 476.00 |
| | JMB | Follow up regarding service of subpoenas (.2); telephone conference with investigator regarding same (.2); plan schedule for depositions of fact witnesses (1.0). | 1.40 400.00/hr | 560.00 |
| 10/29/2010 | JMB | Exchange email with expert (.1); follow up regarding depositions and service of subpoenas (.8); review and revise supplemental responses of M. Harris (.5); telephone conference with investigator regarding fact witness (.1); continue to draft sections of summary judgment brief regarding "clean hands" doctrine and waiver (6.0). | 7.50 400.00/hr | 3,000.00 |
| | TBK | Review and analyze Felty deposition. | 1.00 425.00/hr | 425.00 |
| | NES | Telephone conference with plaintiff's counsel to discuss possible mediation and deposition scheduling (.2); continue drafting motion for summary judgment (3.3); revise supplemental interrogatories (.4). | 3.90 425.00/hr | 1,657.50 |
| | CRB | Conduct legal research regarding discrete issues for summary judgment memorandum. | 0.70 340.00/hr | 238.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
November 01, 2010

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/30/2010 | JMB | Continue to draft sections of summary judgment brief regarding "clean hands" doctrine and waiver (1.0); research regarding tortious interference and draft section of summary judgment brief regarding same (1.9); draft supplemental interrogatory responses (.6). | | 3.50 400.00/hr | 1,400.00 |
| | TBK | Continue transcript review to assist with trial preparation. | | 4.00 425.00/hr | 1,700.00 |
| | NES | Continue drafting motion for summary judgment. | | 5.10 425.00/hr | 2,167.50 |
| 10/31/2010 | TBK | Assist with preparation for continued Bates deposition. | | 0.50 425.00/hr | 212.50 |
| | NES | Continue revising motion for summary judgment and identifying pertinent parts of record (2.9); revise supplemental interrogatory responses (.9); begin preparing for possible deposition of damages expert (1.6); begin preparing for continued Bates deposition (1.2). | | 6.60 425.00/hr | 2,805.00 |
| | CRB | Conduct legal research and revise legal authority in memorandum in support of motion for summary judgment. | | 4.90 340.00/hr | 1,666.00 |

For professional services rendered                                495.20      $184,207.00

Disbursements

| | |
|---|---|
| EXPERT WITNESS FEES | 1,000.00 |
| HEARING TRANSCRIPT | 312.00 |
| LITIGATION SUPPORT SERVICES | 4,820.46 |
| PROFESSIONAL SERVICES (KRAMON & GRAHAM, P.C.) | 2,160.00 |
| SERVICE OF PROCESS | 354.00 |
| TRANSCRIPT FEES | 5,195.06 |

# Levine Sullivan Koch & Schulz, l.l.p.

File No.  00499.074
November 01, 2010

|  | Amount |
|---|---|
| TRAVEL | 415.50 |
| VIDEOTAPED DEPOSITION | 6,030.93 |
| Total disbursements | $20,287.95 |
| Total amount of this bill | $204,494.95 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
November 01, 2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jeanette Melendez Bead | 117.70 | 400.00 | $47,080.00 |
| Nathan E. Siegel | 136.40 | 425.00 | $57,970.00 |
| Thomas B. Kelley | 60.80 | 425.00 | $25,840.00 |
| Chad R. Bowman | 72.60 | 340.00 | $24,684.00 |
| Shaina D. Jones | 86.00 | 285.00 | $24,510.00 |
| Jennifer Pinkerton-Burke | 11.90 | 190.00 | $2,261.00 |
| Kathleen Cullinan | 2.30 | 190.00 | $437.00 |
| Lucas J. Tanglen | 7.50 | 190.00 | $1,425.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

November 01, 2010                                        Invoice #    25847       SDB

In Reference To:        00499.080 Tribune Company - Fee Application-Bankruptcy
                        Retention Issues

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/1/2010 SDB | Exchange email with J. Ludwig regarding special counsel application and declaration. | 0.40<br>425.00/hr | 170.00 |
| 10/3/2010 SDB | Review and revise special counsel application and declaration. | 0.50<br>425.00/hr | 212.50 |
| 10/4/2010 SDB | Revise and finalize declaration supporting special counsel application and forward same to J. Ludwig. | 0.40<br>425.00/hr | 170.00 |
| 10/18/2010 SDB | Telephone conference with J. Ludwig regarding monthly and quarterly fee applications (.3); exchange email with billing partners regarding requirements of same (.2); comply with requirements for same (.1); telephone conference with D. Lutes regarding same (.1). | 0.70<br>425.00/hr | 297.50 |
| 10/22/2010 SDJ | Compile and review documents for September fee application to bankruptcy court, and begin drafting same. | 2.50<br>285.00/hr | 712.50 |
| 10/23/2010 JMB | Review and revise September bill on Bates matter to redact confidential privileged/work product information. | 0.80<br>400.00/hr | 320.00 |
| 10/25/2010 SDB | Telephone with A. Dalton regarding requirements of fee examiner. | 0.40<br>425.00/hr | 170.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.080
November 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2010 SDJ | Draft September fee application. | | 0.80<br>285.00/hr | 228.00 |
| JMB | Continue to revise Bates bill for confidential privileged/work product. | | 0.90<br>400.00/hr | 360.00 |
| 10/28/2010 JMB | Formulate strategy regarding privileged matters and revise Bates bill to address same. | | 1.00<br>400.00/hr | 400.00 |
| | For professional services rendered | | 8.40 | $3,040.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.080
November 01, 2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeanette Melendez Bead | 2.70 | 400.00 | $1,080.00 |
| Seth D. Berlin | 2.40 | 425.00 | $1,020.00 |
| Shaina D. Jones | 3.30 | 285.00 | $940.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605