# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Washington-Baltimore Newspaper Guild | $351.60 |
| Washington-Baltimore Newspaper Guild (Counsel) | $1,156.91 |
| **TOTAL** | **$1,508.51** |

**SCHEDULE OF EXPENSES**

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD 21044

| | |
|---|---|
| **Type of Expense** | **October 7, 1010 Creditors Committee Meeting (New York)** |
| | |
| Train Fare | $315.80 |
| Cab Fare | 7.80 |
| Parking | 9.00 |
| Mileage * | 19.00 |
| | |
| Total: | $351.60 |

* 38 miles @ $.50/per mile.

**TOTAL ALLOWED AMOUNT: $351.60**

Riders AMTRAK Baggage

Name of Passenger
LGANIK/MARC MR
7015729670

From
BWI AIRPORT STA,MD
To
NEW YORK PENN,NY
Carrier Train Date
2V 2154 07OCT10
Accom Space/Car
KB
EXPRSS BSNESS
Form of Payment
I173.00 4604
Rail Fare Accom Charge
$173.00 $.00
Fare Plans Total
$173.00
AE
Ticket Number No. of
68111045209 01 01
Date of Issue Reservation #
OCT10 9E816
PASSENGER RECEIPT

Riders AMTRAK Baggage

1
Name of Passenger
SALGANIK/MARC
7016729670

From
NEW YORK PENN,NY
To
BWI AIRPORT STA,MD
Carrier Train Date
2V 193 07OCT10
Accom Space/Car
JY
BUSINESS CL
Form of Payment
EX128.00VI14.80 4604
Rail Fare Accom Charge
$108.80 $34.00
Fare Plans Total
$142.80
OFC
Ticket Number No of
806807113533 01 01
Date of Issue Reservation #
07OCT10 101D8E
PASSENGER RECEIPT

[illegible] PARK STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt # 2942
[illegible] 20:34 [illegible]
10/07/10 06:59 In 10/07/10 20:34 [illegible]
Tkt# 262832
Visa Card $ 9.00-
XXXXXXXXXXXX4604 04/12
Approval No.: [illegible]
Reference No.: 0000015[illegible]

MED# 9N31
10/07/10 TR 970
START END MILES
10:01 10:13 1.1
Regular Fare
RATE 1:$ 7.30
SURCH: $ 0.00
StSrch:$ 0.50
TOTAL: $ 7.80
THANKS
TO CONTACT TLC
DIAL 3-1-1

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC 20036

| **Type of Expense** | **September 22, 2010 Hearing (Wilmington, Del.)** | **October 7, 2010 Creditors' Committee Meeting (New York)** |
|---|---|---|
| | | |
| Train Fare | $262.00 | $346.00 |
| Hotel | .00 | 486.31 |
| Parking | 17.00 | 38.00 |
| Cab Fare | .00 | 7.60 |
| | | |
| Total: | $279.00 | $877.91 |

**TOTAL ALLOWED AMOUNT: $1,156.91**

# SEPTEMBER 22, 2010
# HEARING RECEIPTS



AMTRAK
Riders
Baggage
Name of Passenger
AUL/AR
7008311552
From
WILMINGTON,DE
To
WASHINGTON,DC
2V 2121 22SEP10
KA
EXPRSS BSNESS
Form of Payment
AX131.00 3003
Rail Fare $131.00
Accom Charge $.00
Fare Plans
Total $131.00
DAE
Ticket Number 6591300054431
No. of 01 01
Date of Issue 2SEP10
Reservation # 11ACB0
PASSENGER RECEIPT

AMTRAK
Riders
Baggage
1
Name of Passenger
PAUL/AR
7008311552
From
WASHINGTON,DC
To
WILMINGTON,DE
2V 2158 22SEP10
KA
EXPRSS BSNESS
Form of Payment
AX131.00 3003
Rail Fare $131.00
Accom Charge $.00
Fare Plans
Total $131.00
AOAE
Ticket Number 2654654013103
No. of 01 01
Date of Issue 22SEP10
Reservation # 11167A
PASSENGER RECEIPT

Terminal#:18 Cashier#:4
9/22/2010 8:30 AM
9/22/2010 4:57 PM - 08:27
6S3928881 / #261560
DAILY : $ 17.00
TOTAL : $ 17.00
CRDT CRD : $ 17.00
************3003 Swiped
AMERICAN EXPRESS
Purchase 10/09/22 16:57:11
Seq# 376168
Auth# 562805
APPROVED

THANK YOU FOR
PARKING WITH US
DRIVE CAREFULLY

USPG
ION STATION GARAGE
202-898-1950

# OCTOBER 7, 2010
# MEETING RECEIPTS

Riders AMTRAK Baggage

Name of Passenger
UL/ROBERT MR
7008311552
From
WASHINGTON,DC
To
NEW YORK PENN,NY
Carrier Train Date
2V 2168 06OCT10
Accom Space/Car
KA EXPRSS BSNESS
Form of Payment
203.00 3003
Rail Fare Accom Charge
$203.00 $.00
Fare Plans Total
$203.00
AE
Ticket Number No. of
71000039093 01 01
Date of Issue Reservation #
OCT10 AA702
PASSENGER RECEIPT

Riders AMTRAK Baggage

1
Name of Passenger
AUL/ROBERT
7008311552
From
NEW YORK PENN,NY
To
WASHINGTON,DC
Carrier Train Date
2V 193 07OCT10
Accom Space/Car
JY BUSINESS CL
Form of Payment
EX180.00
Rail Fare Accom Charge
$143.00 $37.00
Fare Plans Total
$180.00
OFC
Ticket Number No. of
806807113061 01 01
Date of Issue Reservation #
70CT10 101D02
PASSENGER RECEIPT

Terminal #:18 Cashier#:4
10/6/2010 1:29 PM
10/7/2010 9:02 PM - 1 07:34
695156397 / #266341
DAILY : $ 38.00
TOTAL : $ 38.00
CRDT CRD : $ 38.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 10/10/07 21:03:21
Seq# 376168
Auth# 504017
APPROVED

THANK YOU FOR
PARKING WITH US
DRIVE CAREFULLY

USPG
UNION STATION GARAGE
202-898-1950

I ♡ NEW YORK

MED. # 8N52
DATE: 10/07/2010
START TIME 16:21
END TIME 16:30
TRIP # 7318
RATE No. 1
STAND. CITY RATE
MILES R1 1.10
FARE1 $ 6.10
SURCHARGE 1.00
TOTAL $ 7.10
ST. SUR 0.50
GR. TOT. 7.60

Contact TLC Dial
3-1-1



WARWICK
NEW YORK HOTEL

Mr. Robert Paul
1025 connecticut ave nw
14 Franklin Street
Alexandria VA 22314

INFORMATION INVOICE

| | |
|---|---|
| Arrival | 10-06-10 |
| Departure | 10-07-10 |
| Room No. | 1712 |
| Folio No. | |
| Cashier | 99 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 10-06-10 | Room Charge | 420.75 | |
| 10-06-10 | Tax-Room Sales 8.875% | 37.34 | |
| 10-06-10 | Tax-City Occupancy 5.875% | 24.72 | |
| 10-06-10 | Tax-City Tax $2/Room | 2.00 | |
| 10-06-10 | Tax-State Occupancy $1.50 | 1.50 | |
| | Balance | | 486.31 |

Guest Signature

I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.

WARWICK

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
Telephone 212 247-2700 Facsimile 212 247-2725 The Reservation Call 800 223-4099

HISTORIC HOTELS of AMERICA
NATIONAL TRUST

