# EXHIBIT "A"

{698.001-W0011275.}

## EXHIBIT "A" – SUMMARY SHEET

October 1, 2010 through and including October 31, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 102.70 | $66,755.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 111.80 | $64,285.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $415.00 | 69.60 | $28,884.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 56.60 | $22,357.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $345.00 | 43.60 | $15,042.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 121.10 | $32,091.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $255.00 | .90 | $229.50 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 103.50 | $21,735.00 |
| Michelle M. Dero | Paralegal | N/A | $210.00 | 4.30 | $903.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 5.10 | $637.50 |
| | | | Total | 619.20 | $252,919.50 |

**Blended Rate: $408.46**

{698.001-W0011275.}