# EXHIBIT "C"

{698.001-W0011275.}

Official Committee of Unsecured Creditors

November 23, 2010
Account No:  698-001
Statement No:    12809

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Overtime Wages | 226.06 |
| Travel expense | 289.00 |
| Copying | 264.10 |
| Overnight Delivery | 833.05 |
| Courier Fees | 2,446.90 |
| Online research LEXIS | 9.95 |
| Outside Duplication Services | 2,489.19 |
| US Postage | 827.14 |
| Court Reporter fees | 1,768.95 |
| Client meals | 231.50 |
| Conference Call Service | 60.47 |
| **Total Expenses Thru 10/31/2010** | **$9,446.31** |

{698.001-W0011337.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 09/14/2010 | AGL | U | B100 | E216 | | 333.00 Courier Fee - Advance TriState Courier & Carriage | 877 |
| Subtotal for Transaction Date 09/14/2010 | | | | | Billable | 333.00 | | |
| 698.001 | 09/16/2010 | AGL | U | B100 | E216 | | 85.00 Courier Fee - Advance TriState Courier & Carriage | 876 |
| Subtotal for Transaction Date 09/16/2010 | | | | | Billable | 85.00 | | |
| 698.001 | 09/21/2010 | AGL | U | B100 | E226 | | 18.97 Conference Call Service American Teleconferencing Services Ltd. - AGL | 923 |
| Subtotal for Transaction Date 09/21/2010 | | | | | Billable | 18.97 | | |
| 698.001 | 09/22/2010 | AGL | U | B100 | E226 | | 17.62 Conference Call Service American Teleconferencing Services Ltd. - AGL | 924 |
| Subtotal for Transaction Date 09/22/2010 | | | | | Billable | 17.62 | | |
| 698.001 | 09/23/2010 | AGL | U | B100 | E226 | | 23.88 Conference Call Service American Teleconferencing Services Ltd. - AGL | 925 |
| Subtotal for Transaction Date 09/23/2010 | | | | | Billable | 23.88 | | |
| 698.001 | 09/24/2010 | AGL | U | B100 | E216 | | 45.50 Courier Fee - Advance TriState Courier & Carriage | 878 |
| 698.001 | 09/24/2010 | AGL | U | B100 | E211 | | 176.22 Outside printing - Advance Digital Legal Services, LLC - 54979 | 881 |
| Subtotal for Transaction Date 09/24/2010 | | | | | Billable | 221.72 | | |
| 698.001 | 09/27/2010 | AGL | U | B100 | E211 | | 82.08 Outside printing - Advance Digital Legal Services, LLC - 54990 | 882 |
| 698.001 | 09/27/2010 | AGL | U | B100 | E210 | | 65.56 US Postage # Digital Legal Services, LLC - 54990 | 883 |
| 698.001 | 09/27/2010 | AGL | U | B100 | E211 | | 88.63 Outside printing - Advance Digital Legal Services, LLC - 55006 | 884 |
| 698.001 | 09/27/2010 | AGL | U | B100 | E210 | | 24.50 US Postage # Digital Legal Services, LLC - 55006 | 885 |
| Subtotal for Transaction Date 09/27/2010 | | | | | Billable | 260.77 | | |
| 698.001 | 09/30/2010 | AGL | U | B100 | E216 | | 573.60 Courier Fee - Advance TriState Courier & Carriage | 879 |
| 698.001 | 09/30/2010 | AGL | U | B100 | E211 | | 202.70 Outside printing - Advance Digital Legal Services, LLC - 55073 | 886 |
| 698.001 | 09/30/2010 | AGL | U | B100 | E210 | | 24.50 US Postage # Digital Legal Services, LLC - 55073 | 887 |
| 698.001 | 09/30/2010 | AGL | U | B100 | E215 | | 9.95 Online research LEXIS - Advance LexisNexis | 922 |
| Subtotal for Transaction Date 09/30/2010 | | | | | Billable | 810.75 | | |
| 698.001 | 10/04/2010 | AGL | U | B100 | E111 | | 63.00 Meals Sugarfoot Fine Food - Breakfast for 6 (Graeme Bush, Jim Sotille and David LeMay and LRC (3) | 873 |
| 698.001 | 10/04/2010 | AGL | U | B100 | E209 | | 131.78 Overtime wages - K. Becker - staffing for anticipated mediation requirements - AGL | 889 |
| Subtotal for Transaction Date 10/04/2010 | | | | | Billable | 194.78 | | |
| 698.001 | 10/05/2010 | AGL | U | B100 | E217 | | 334.00 Court Reporter fee Diaz Data Services - 6547 | 860 |
| Subtotal for Transaction Date 10/05/2010 | | | | | Billable | 334.00 | | |
| 698.001 | 10/06/2010 | AGL | U | B100 | E110 | | 289.00 Out-of-town travel - AGL to NY | 902 |
| 698.001 | 10/06/2010 | AGL | U | B100 | E111 | | 168.50 Meals - Toscana to Go, Wilmington, DE - Mediation dinner - LRC (3), Zuckerman (.1) | 903 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| | | | | | | | and Chadbourne (.2) | |
| *Subtotal for Transaction Date 10/06/2010* | | | | | Billable | 457.50 | | |
| 698.001 | 10/07/2010 | AGL | U | B100 | E217 | | 135.70 Court Reporter fee Veritext New York Reporting Co. - NY352576 | 863 |
| 698.001 | 10/07/2010 | AGL | U | B100 | E221 | | 69.38 Overnight Delivery FedEx - to Allgood and Montague | 874 |
| 698.001 | 10/07/2010 | AGL | U | B100 | E216 | | 106.50 Courier Fee - Advance TriState Courier & Carriage | 880 |
| 698.001 | 10/07/2010 | AGL | U | B100 | E209 | | 94.28 Overtime wages - M. Ifill - made edits to and formatted shareholder letters - RLB | 888 |
| 698.001 | 10/07/2010 | AGL | U | B100 | E101 | 0.100 | 21.70 Copying | 904 |
| 698.001 | 10/07/2010 | AGL | U | B100 | E101 | 0.100 | 30.00 Copying | 905 |
| *Subtotal for Transaction Date 10/07/2010* | | | | | Billable | 457.56 | | |
| 698.001 | 10/08/2010 | AGL | U | B100 | E101 | 0.100 | 38.40 Copying | 906 |
| *Subtotal for Transaction Date 10/08/2010* | | | | | Billable | 38.40 | | |
| 698.001 | 10/11/2010 | AGL | U | B100 | E221 | | 763.67 Overnight Delivery FedEx | 875 |
| 698.001 | 10/11/2010 | AGL | U | B100 | E211 | | 191.52 Outside printing - Advance Digital Legal Services, LLC - 55221 | 892 |
| 698.001 | 10/11/2010 | AGL | U | B100 | E210 | | 157.74 US Postage # Digital Legal Services, LLC - 55221 | 893 |
| *Subtotal for Transaction Date 10/11/2010* | | | | | Billable | 1,112.93 | | |
| 698.001 | 10/12/2010 | AGL | U | B100 | E107 | | 1,019.50 Delivery services/messengers TriState Courier & Carriage | 891 |
| 698.001 | 10/12/2010 | AGL | U | B100 | E211 | | 43.88 Outside printing - Advance Digital Legal Services, LLC - 55231 | 894 |
| 698.001 | 10/12/2010 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC - 55231 | 895 |
| 698.001 | 10/12/2010 | AGL | U | B100 | E101 | 0.100 | 5.20 Copying | 907 |
| *Subtotal for Transaction Date 10/12/2010* | | | | | Billable | 1,079.78 | | |
| 698.001 | 10/13/2010 | AGL | U | B100 | E211 | | 82.08 Outside printing - Advance Digital Legal Services, LLC - 55247 | 896 |
| 698.001 | 10/13/2010 | AGL | U | B100 | E210 | | 66.31 US Postage # Digital Legal Services, LLC - 55247 | 897 |
| *Subtotal for Transaction Date 10/13/2010* | | | | | Billable | 148.39 | | |
| 698.001 | 10/15/2010 | AGL | U | B100 | E217 | | 370.25 Court Reporter fee Diaz Data Services #6582 | 870 |
| 698.001 | 10/15/2010 | AGL | U | B100 | E211 | | 1,310.40 Outside printing - Advance Digital Legal Services, LLC - 55272 | 898 |
| 698.001 | 10/15/2010 | AGL | U | B100 | E210 | | 423.95 US Postage # Digital Legal Services, LLC - 55272 | 899 |
| 698.001 | 10/15/2010 | AGL | U | B100 | E101 | 0.100 | 13.00 Copying | 908 |
| 698.001 | 10/15/2010 | AGL | U | B100 | E101 | 0.100 | 4.20 Copying | 909 |
| *Subtotal for Transaction Date 10/15/2010* | | | | | Billable | 2,121.80 | | |
| 698.001 | 10/19/2010 | AGL | U | B100 | E101 | 0.100 | 99.30 Copying | 910 |
| 698.001 | 10/19/2010 | AGL | U | B100 | E101 | 0.100 | 8.40 Copying | 911 |
| 698.001 | 10/19/2010 | AGL | U | B100 | E107 | | 185.80 Delivery services/messengers TriState Courier & Carriage | 927 |
| *Subtotal for Transaction Date 10/19/2010* | | | | | Billable | 293.50 | | |
| 698.001 | 10/20/2010 | AGL | U | B100 | E211 | | 7.70 Outside printing - Advance Digital Legal Services, LLC - 55320 | 900 |
| 698.001 | 10/20/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 55320 | 901 |

Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | Subtotal for Transaction Date 10/20/2010 | | | | Billable | 12.95 | | |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 10/22/2010 | AGL | U | B100 | E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - 55366 | 930 |
| 698.001 | 10/22/2010 | AGL | U | B100 | E210 | | 2.20 | US Postage # Digital Legal Services, LLC - 55366 | 931 |
| | Subtotal for Transaction Date 10/22/2010 | | | | | Billable | 6.05 | |
| 698.001 | 10/25/2010 | AGL | U | B100 | E101 | 0.100 | 31.10 | Copying | 912 |
| 698.001 | 10/25/2010 | AGL | U | B100 | E107 | | 98.00 | Delivery services/messengers TriState Courier & Carriage | 926 |
| 698.001 | 10/25/2010 | AGL | U | B100 | E211 | | 252.72 | Outside printing - Advance Digital Legal Services, LLC - 55364 | 928 |
| 698.001 | 10/25/2010 | AGL | U | B100 | E210 | | 34.73 | US Postage # Digital Legal Services, LLC - 55364 | 929 |
| | Subtotal for Transaction Date 10/25/2010 | | | | | Billable | 416.55 | |
| 698.001 | 10/26/2010 | AGL | U | B100 | E101 | 0.100 | 3.80 | Copying | 913 |
| 698.001 | 10/26/2010 | AGL | U | B100 | E217 | | 732.75 | Court Reporter fee Diaz Data Services - #6621 | 921 |
| | Subtotal for Transaction Date 10/26/2010 | | | | | Billable | 736.55 | |
| 698.001 | 10/27/2010 | AGL | U | B100 | E217 | | 196.25 | Court Reporter fee Diaz Data Services - 6612 | 890 |
| 698.001 | 10/27/2010 | AGL | U | B100 | E101 | 0.100 | 4.00 | Copying | 914 |
| | Subtotal for Transaction Date 10/27/2010 | | | | | Billable | 200.25 | |
| 698.001 | 10/28/2010 | AGL | U | B100 | E101 | 0.100 | 5.00 | Copying | 915 |
| 698.001 | 10/28/2010 | AGL | U | B100 | E211 | | 47.41 | Outside printing - Advance Digital Legal Services, LLC - 55412 | 932 |
| 698.001 | 10/28/2010 | AGL | U | B100 | E210 | | 11.20 | US Postage # Digital Legal Services, LLC - 55412 | 933 |
| | Subtotal for Transaction Date 10/28/2010 | | | | | Billable | 63.61 | |

**Total for Client ID 698.001**    Billable    9,446.31   Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy

**GRAND TOTALS**

Billable    9,446.31