# EXHIBIT "B"

16

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

October 1, 2010 through and including October 31, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 7.20 | 3,564.00 |
| 005735.00004 | Current Financials | 94.00 | 50,380.00 |
| 005735.00005 | Prospective Financials | 7.20 | 3,882.00 |
| 005735.00007 | Employee Issues | 1.00 | 620.00 |
| 005735.00008 | Plan of Reorganization | 60.45 | 36,104.50 |
| 005735.00010 | Claims & Recoveries | 65.00 | 35,399.00 |
| 005735.00011 | Misc. Motions | 4.00 | 1,994.00 |
| 005735.00014 | Avoidance Actions | 250.40 | 119,557.00 |
| 005735.00015 | UCC Meetings | 42.90 | 27,707.00 |
| 005735.00016 | Litigation Hold | 14.70 | 10,013.00 |
| 005735.00017 | Billing and Retention | 18.10 | 10,005.00 |
| 005735.00018 | Travel Time (billed at 50%) | 13.50 | 3,915.00 |
| **Total Fees Incurred** | | **578.45** | **303,140.50** |

17

Re:                         Business Analysis
Client/Matter #             005735.00003

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/08/10 | YK | Reviewed industry trends and competitor status. | 0.90 |
| 10/13/10 | YK | Reviewed and analyzed Moelis' weekly media industry review. | 0.70 |
| 10/13/10 | BH | Review and analyze Media update prepared by Moelis. | 0.70 |
| 10/20/10 | BH | Review and analyze Media Update prepared by Moelis. | 0.50 |
| 10/25/10 | YK | Reviewed and analyzed recent developments among Tribune's competitors and peers. | 1.10 |
| 10/27/10 | YK | Reviewed and analyzed Moelis industry report. | 0.30 |
| 10/28/10 | YK | Reviewed and analyzed industry developments. | 0.80 |
| 10/28/10 | YK | Prepared weekly status report to the UCC. | 2.20 |
| | | **Total Hours** | **7.20** |

Re:                           Business Analysis
Client/Matter #               005735.00003

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 1.20 | 620.00 | 744.00 |
| Young Kim | 6.00 | 470.00 | 2,820.00 |
| **Total Hours & Fees** | **7.20** | | **3,564.00** |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/10 | ANL | Prepared revised summary of July 2010 broadcasting revenue details. | 0.80 |
| 10/01/10 | ANL | Prepared revised summary of July 2010 broadcasting expenses details. | 0.70 |
| 10/04/10 | ANL | Prepared weekly status report to UCC. | 1.50 |
| 10/04/10 | ANL | Prepared August 2010 presentation for UCC. | 2.20 |
| 10/04/10 | YK | Prepared supplemental analysis re: July and August brown book. | 1.50 |
| 10/05/10 | YK | Prepared supporting analysis re: August 2010 brown book. | 2.50 |
| 10/05/10 | YK | Reviewed and revised weekly status report to the UCC. | 0.60 |
| 10/05/10 | YK | Revised and revised combined Brown Book presentation covering July and August 2010. | 2.70 |
| 10/05/10 | YK | Reviewed and revised analysis re: 2010 OCF projection based on YTD results. | 2.10 |
| 10/05/10 | ANL | Prepared UCC report on August 2010 operating results. | 2.10 |
| 10/05/10 | ANL | Reviewed Tribune Media Services and Commercial printing results. | 0.80 |
| 10/05/10 | ANL | Prepared summary of latest Tribune full year 2010 forecast with 8 months actual results. | 2.20 |
| 10/05/10 | ANL | Prepared summary of revised September-December 2010 implied forecast. | 0.80 |
| 10/05/10 | AH | Review weekly report to UCC | 0.40 |
| 10/05/10 | BH | Review and analysis of weekly financial results and comparison to Plan. | 1.80 |
| 10/06/10 | BH | Held discussion re: brown book with team. | 0.40 |
| 10/06/10 | BH | Review and analyze Tribune circulation data as of August 2010. | 0.90 |
| 10/06/10 | ANL | Prepared review of July 2010 & August 2010 operating results report to the UCC. | 1.80 |
| 10/06/10 | AH | Review press report regarding Tribune financial performance and analyze for discussion with UCC at 10/7 meeting | 0.30 |
| 10/06/10 | ANL | Held discussions regarding brown book review with team. | 0.40 |
| 10/06/10 | YK | Reviewed and revised OCF projection exhibit. | 1.80 |
| 10/06/10 | YK | Held team discussion re brown book presentation. | 0.40 |
| 10/07/10 | ANL | Analyzed and reviewed weekly revenue flash and weekly cash flow results. | 1.50 |
| 10/07/10 | ANL | Prepared weekly status report to UCC. | 1.10 |
| 10/08/10 | YK | Reviewed and analyzed recent cash flows for the weekly status report. | 1.80 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/08/10 | YK | Reviewed and revised weekly status report. | 0.80 |
| 10/11/10 | ANL | Prepared weekly status update to UCC. | 1.70 |
| 10/11/10 | BH | Review and analyze Tribune weekly actual financial results as compared to Plan and edit report to UCC on analysis. | 2.00 |
| 10/12/10 | ANL | Reviewed historical weekly publishing and broadcasting weekly revenue results. | 0.80 |
| 10/12/10 | ANL | Prepared weekly status update to UCC. | 0.90 |
| 10/12/10 | AH | Review weekly report to UCC | 0.40 |
| 10/13/10 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 10/13/10 | ANL | Analyzed weekly cash flow results and publishing/broadcasting results. | 1.10 |
| 10/14/10 | ANL | Reviewed latest 13-week cash flow forecast. | 0.60 |
| 10/14/10 | ANL | Prepared weekly status update. | 1.10 |
| 10/14/10 | ANL | Reviewed Sept 2010 management operating report and latest 2010 Plan. | 1.80 |
| 10/15/10 | ANL | Prepared weekly status update. | 1.80 |
| 10/15/10 | ANL | Prepared for and participated in the monthly Tribune financial advisors call with management to review weekly results and Sept 2010 results. | 0.70 |
| 10/15/10 | ANL | Reviewed Sept 2010 management operating report and latest 2010 Plan. | 1.20 |
| 10/15/10 | YK | Prepared for, participated in and followed up on Financial Advisors' only call re updated projection review. | 1.20 |
| 10/15/10 | YK | Reviewed and revised weekly status report. | 0.50 |
| 10/15/10 | BH | Participate in Financial Advisors call hosted by Tribune advisors. | 1.00 |
| 10/15/10 | BH | Review and analyze financial results for the month of September. | 1.40 |
| 10/18/10 | BH | Review and analyze actual weekly performance compared to Plan and edit report to UCC on results. | 2.20 |
| 10/18/10 | ANL | Analyzed and reviewed September 2010 preliminary results and revised 2010 forecast. | 1.80 |
| 10/18/10 | ANL | Reviewed September 2010 Management Operating Report. | 0.70 |
| 10/18/10 | ANL | Prepared weekly status update for UCC. | 1.20 |
| 10/19/10 | ANL | Reviewed September 2010 Management Operating Report for publishing and broadcasting results. | 2.20 |
| 10/19/10 | ANL | Reviewed and analyzed Sept 2009 and March 2010 ABC circulation reports for Tribune and peers. | 1.80 |
| 10/19/10 | YK | Reviewed and revised weekly status report. | 0.80 |
| 10/19/10 | MPM | Reviewed and analyzed September 2010 brown book results. | 1.80 |

Re:                        Current Financials
Client/Matter #            005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/19/10 | AH | Review weekly report to UCC | 0.40 |
| 10/20/10 | ANL | Prepared weekly status update to UCC. | 1.30 |
| 10/20/10 | ANL | Reviewed and analyzed Sept 2010 management operating report and latest 2010 Plan. | 1.60 |
| 10/21/10 | ANL | Prepared weekly status update. | 1.20 |
| 10/22/10 | ANL | Analyzed and reviewed September publishing and broadcasting results. | 1.60 |
| 10/22/10 | ANL | Prepared weekly status update. | 1.20 |
| 10/25/10 | ANL | Prepared weekly status update and review weekly flash reports. | 1.10 |
| 10/25/10 | ANL | Reviewed and analyzed ABC circulation data as of September 2010. | 0.90 |
| 10/25/10 | ANL | Reviewed latest full year 2010 financial projections for publishing and broadcasting. | 1.30 |
| 10/25/10 | BH | Review and analyze weekly financial results compared to Plan and edit report to UCC on financial results. | 1.80 |
| 10/25/10 | BH | Review and analyze results of latest ABC circulation reports. | 0.60 |
| 10/25/10 | YK | Reviewed and revised the weekly status report to the UCC. | 1.40 |
| 10/25/10 | YK | Reviewed and analyzed Audit Bureau of Circulation results. | 1.80 |
| 10/26/10 | AH | Review weekly AlixPartners report to UCC, and provide comments to Y. Kim (AlixPartners) | 0.40 |
| 10/26/10 | YK | Reviewed and revised weekly status report. | 1.30 |
| 10/26/10 | YK | Prepared analysis of September and YTD September results and associated 2010 OCF projections. | 2.20 |
| 10/26/10 | ANL | Analyzed and reviewed latest 2010 forecast and revenue flash. | 1.20 |
| 10/26/10 | ANL | Prepared weekly status report to UCC. | 0.90 |
| 10/27/10 | YK | Reviewed and revised weekly status report and distributed final draft. | 0.80 |
| 10/29/10 | YK | Reviewed and revised weekly status report to the UCC. | 2.50 |
| 10/29/10 | ANL | Reviewed and revised the weekly status update to UCC. | 0.80 |
| 10/29/10 | ANL | Reviewed weekly revenue flash reports and cash flow reports. | 1.30 |
| | | **Total Hours** | **94.00** |

Re:                                Current Financials
Client/Matter #                    005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.80 | 820.00 | 1,476.00 |
| Alan Holtz | 1.90 | 820.00 | 1,558.00 |
| Albert Leung | 51.50 | 530.00 | 27,295.00 |
| Brad Hall | 12.10 | 620.00 | 7,502.00 |
| Young Kim | 26.70 | 470.00 | 12,549.00 |
| **Total Hours & Fees** | **94.00** | | **50,380.00** |

Re:                         Prospective Financials
Client/Matter #             005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/21/10 | YK | Prepared for, attended and followed up on call re: Tribune updated projections. | 1.00 |
| 10/21/10 | ANL | Reviewed Tribune revised 5 year plan and valuation. | 2.10 |
| 10/21/10 | ANL | Participated in a call with Tribune management, A&M and Moelis regarding assumptions in the revised 5 year plan and valuation. | 1.10 |
| 10/21/10 | BH | Review and analyze updated financial projections as presented by Tribune advisors. | 1.00 |
| 10/22/10 | ANL | Reviewed Tribune revised 5 year plan and valuation. | 1.60 |
| 10/26/10 | BH | Review and analyze news reports on projected earnings as compared to data provided by Tribune advisors. | 0.40 |
| | | **Total Hours** | **7.20** |

Re:                             Prospective Financials
Client/Matter #                 005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 4.80 | 530.00 | 2,544.00 |
| Brad Hall | 1.40 | 620.00 | 868.00 |
| Young Kim | 1.00 | 470.00 | 470.00 |
| **Total Hours & Fees** | **7.20** | | **3,882.00** |

Re:                         Employee Issues
Client/Matter #             005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/19/10 | BH | Review and analyze information regarding potential termination of CEO Randy Michaels. | 0.60 |
| 10/27/10 | BH | Review payments to Tribune former CEO upon resignation. | 0.40 |
| | | **Total Hours** | **1.00** |

Re:                          Employee Issues
Client/Matter #              005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 1.00 | 620.00 | 620.00 |
| **Total Hours & Fees** | **1.00** | | **620.00** |

Re:                        Plan of Reorganization
Client/Matter #            005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/10 | ANL | Reviewed UCC special meeting minutes for history of settlement negotiations. | 1.30 |
| 10/01/10 | ANL | Reviewed and analyzed revised Moelis recovery and POR analysis. | 2.20 |
| 10/01/10 | ANL | Reviewed and analyzed UCC draft plan of reorganization. | 2.30 |
| 10/01/10 | YK | Reviewed and analyzed POR; compared key elements against other versions of plan of reorganization. | 1.50 |
| 10/03/10 | MPM | Reviewed and analyzed various competing plans of reorganization. | 1.70 |
| 10/04/10 | ANL | Reviewed and analyzed UCC draft plan of reorganization. | 1.60 |
| 10/07/10 | ANL | Reviewed and analyzed Aurelius plan proposal and Plan of Reorganization issues. | 1.80 |
| 10/07/10 | YK | Reviewed and analyzed Aurelius' proposed term sheet. | 1.50 |
| 10/07/10 | MPM | Reviewed and analyzed proposed Aurelius term sheet. | 1.00 |
| 10/07/10 | BH | Review and analyze Aurelis summary term sheet for their proposed Plan of Reorganization. | 0.70 |
| 10/08/10 | BH | Review and analyze the progression of settlement offers and compare to existing Plan offers. | 3.10 |
| 10/10/10 | BH | Review and analyze Aurelis model to value their claim. | 1.50 |
| 10/12/10 | ANL | Reviewed and analyzed latest settlement term sheet. | 1.80 |
| 10/13/10 | ANL | Reviewed and analyzed Moelis summary of settlement proposals and recovery matrix. | 2.30 |
| 10/13/10 | YK | Reviewed and analyzed Mediator's Second Report and Term Sheet for Joint Plan of Reorganization. | 1.10 |
| 10/15/10 | BH | Review and revise Draft Disclosure Statement sections pertaining to pre-filing financial results and issues leading to bankruptcy. | 3.10 |
| 10/17/10 | MFR | Reviewed and analyzed various financial information contained in the draft disclosure statement for accuracy. | 2.50 |
| 10/18/10 | MFR | Reviewed and analyzed various financial information contained in the draft disclosure statement for accuracy. | 3.25 |
| 10/18/10 | BH | Review and revise the historical financial information and events leading to bankruptcy as described in Disclosure Statement. | 0.50 |
| 10/19/10 | BH | Review and analyze the Joint POR Disclosure Statement at request of Chadbourne. | 2.50 |
| 10/19/10 | RBD | Reviewed and analyzed proposed plan of reorganization. | 2.80 |
| 10/19/10 | ANL | Reviewed and analyzed historical Tribune qualified and non-qualified employee benefit programs for carve-out purposes of the Plan trust. | 2.50 |
| 10/19/10 | ANL | Reviewed and analyzed Tribune transitional compensation | 1.60 |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | plan documents. |  |
| 10/20/10 | ANL | Reviewed and analyzed draft joint plan of reorganization and disclosure statement. | 2.50 |
| 10/20/10 | ANL | Reviewed and analyzed updated liquidation analysis. | 1.60 |
| 10/20/10 | BH | Review and analyze the Specific Disclosure Statement sections dealing with Best Interests and Liquidation Analysis and discuss conclusions with Moelis. | 3.20 |
| 10/21/10 | BH | Call with Moelis to discuss Disclosure Statement review of liquidation analysis. | 0.40 |
| 10/21/10 | BH | Review and analyze the potential use of caps on Parent and Subsidiary Claims. | 0.50 |
| 10/21/10 | BH | Discuss liquidation analysis in POR with Tribune advisors. | 0.50 |
| 10/21/10 | ANL | Reviewed and analyzed Tribune revised liquidation analysis. | 1.50 |
| 10/21/10 | ANL | Participated in a call with A&M and Moelis regarding assumptions in the liquidation analysis. | 0.60 |
| 10/22/10 | ANL | Reviewed and analyzed Tribune plan of reorganization. | 1.80 |
| 10/22/10 | AH | Two conference calls w/ UCC re: POR negotiation | 1.40 |
| 10/23/10 | RBD | Reviewed and analyzed proposed plan of reorganization | 2.30 |
|  |  | **Total Hours** | **60.45** |

Re:            Plan of Reorganization
Client/Matter #       005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 5.10 | 860.00 | 4,386.00 |
| Michael P Murphy | 2.70 | 820.00 | 2,214.00 |
| Alan Holtz | 1.40 | 820.00 | 1,148.00 |
| Mark F Rule | 5.75 | 530.00 | 3,047.50 |
| Albert Leung | 25.40 | 530.00 | 13,462.00 |
| Brad Hall | 16.00 | 620.00 | 9,920.00 |
| Young Kim | 4.10 | 470.00 | 1,927.00 |
| **Total Hours & Fees** | **60.45** | | **36,104.50** |

Re:              Claims & Recoveries
Client/Matter #  005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/06/10 | ANL | Reviewed and analyzed summary of claims information by class provided by A&M as of August 2010 and other claims data. | 1.80 |
| 10/06/10 | ANL | Prepared for and participated in conference call with Chadbourne regarding claims information at subsidiary levels. | 0.90 |
| 10/06/10 | ANL | Prepared for and participated in conference call with A&M regarding shareholder information requests and claims information at parent and subsidiary levels. | 1.20 |
| 10/06/10 | YK | Reviewed and analyzed convenience class analysis provided by A&M and associated data files. | 0.50 |
| 10/06/10 | BH | Review and analysis of Claims by legal entity to determine potential convenience class amounts and report to Chadbourne. | 0.80 |
| 10/06/10 | BH | Draft questions to Tribune advisors on the claims reconciliation data. | 0.50 |
| 10/06/10 | BH | Draft and send memo to Chadbourne on the status of claims at Parent and Subsidiary levels. | 0.60 |
| 10/06/10 | AH | Discuss claims review w/ AlixPartners team and conference call w/ T. Zink (Chadbourne) re: same | 0.60 |
| 10/07/10 | YK | Reviewed and analyzed claims data provided by A&M. | 0.70 |
| 10/08/10 | YK | Reviewed and analyzed claims matrix provided by A&M. | 0.80 |
| 10/08/10 | BH | Review and analyze detail schedule of claims at parent and subsidiary companies. | 2.60 |
| 10/11/10 | BH | Review and analyze potential convenience class cutoffs for Parent and Subsidiary claims. | 2.80 |
| 10/11/10 | BH | Draft memo to Chadbourne on analysis of Parent Company convenience class number and amount of claims and the Top 5 Subsidiaries analyzed on the same basis. | 2.80 |
| 10/11/10 | AH | Discuss claims analysis for purposes of UCC POR w/ AlixPartners team and review first cut of analysis | 1.30 |
| 10/11/10 | ANL | Reviewed and analyzed revised claims information for convenience class cut off by legal entity. | 3.20 |
| 10/11/10 | YK | Performed analysis of potential convenience class claims for Tribune Hold Co. | 4.20 |
| 10/11/10 | YK | Performed analysis of potential convenience class claims for Tribune newspaper subsidiaries. | 3.90 |
| 10/11/10 | YK | Performed analysis of potential convenience class claims for Tribune broadcasting subsidiaries. | 4.50 |
| 10/11/10 | YK | Performed analysis of potential convenience class claims for Tribune miscellaneous subsidiaries. | 3.20 |
| 10/11/10 | YK | Prepared for and held call with J. Ehrenhofer (A&M) re | 0.50 |

Re:                         Claims & Recoveries
Client/Matter #             005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | claims analysis. | |
| 10/12/10 | YK | Performed analysis of potential convenience class claims for Tribune publishing subsidiaries. | 3.20 |
| 10/12/10 | YK | Performed analysis of potential convenience class claims for Tribune broadcasting subsidiaries. | 2.60 |
| 10/12/10 | YK | Performed analysis of potential convenience class claims for Tribune hold co and miscellaneous subsidiaries. | 3.30 |
| 10/12/10 | ANL | Reviewed and analyzed revised claims information for convenience class analysis. | 2.80 |
| 10/12/10 | BH | Review and analyze Convenience Class based upon minimum claim amounts at each individual subsidiary. | 3.80 |
| 10/13/10 | YK | Reviewed and analyzed Debtor's omnibus objection to claims. | 0.30 |
| 10/14/10 | ANL | Reviewed revised claims information for convenience class analysis. | 1.80 |
| 10/18/10 | YK | Performed convenience class analysis. | 1.50 |
| 10/19/10 | BH | Discussion with Chadbourne regarding Convenience Class information. | 0.80 |
| 10/20/10 | YK | Analyzed and reviewed claims data in relation to the legal entities in bankruptcy. | 1.20 |
| 10/22/10 | BH | Review and analyze Parent Company contingent and unliquidated claims. | 2.30 |
| 10/22/10 | BH | Draft memo to Chadbourne on Parent Company contingent and unliquidated claims. | 0.60 |
| 10/22/10 | ANL | Prepared summary of contingency parent claims. | 1.20 |
| 10/29/10 | AH | Court ordered call w/ Chadbourne, Sidley, A&M and reps of Auerelius and PHONES re: preference analysis work | 1.40 |
| 10/29/10 | AH | Call w/ Brad hall re: preference analysis work (10/31) | 0.80 |
| | | **Total Hours** | **65.00** |

Re:                            Claims & Recoveries
Client/Matter #                005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.10 | 820.00 | 3,362.00 |
| Albert Leung | 12.90 | 530.00 | 6,837.00 |
| Brad Hall | 17.60 | 620.00 | 10,912.00 |
| Young Kim | 30.40 | 470.00 | 14,288.00 |
| **Total Hours & Fees** | **65.00** | | **35,399.00** |

Re:              Misc. Motions
Client/Matter #  005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/05/10 | YK | Reviewed and analyzed Notice of Subpoena in Connection with Motion of Aurelius for Appointment of a Chapter 11 Trustee. | 0.60 |
| 10/05/10 | YK | Reviewed and analyzed Credit Agreement Lenders' Responses to Motions of UCC. | 0.40 |
| 10/07/10 | ANL | Reviewed Aurelius motion for trustee memo and Debtors' professional proposals for additional retentions of PR advisor. | 1.60 |
| 10/13/10 | ANL | Reviewed memo on Wilmington Trust's request to access certain committee documents. | 0.30 |
| 10/13/10 | YK | Reviewed Chadbourne's memo re Wilmington Trust's request for documents. | 0.40 |
| 10/14/10 | YK | Reviewed and analyzed Supplement To Reinstated Motion Of Law Debenture Trust Company Of New York To Terminate Debtor Affiliates' Undisclosed Payment. | 0.70 |
| | | **Total Hours** | **4.00** |

Re:                          Misc. Motions
Client/Matter #              005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.90 | 530.00 | 1,007.00 |
| Young Kim | 2.10 | 470.00 | 987.00 |
| **Total Hours & Fees** | **4.00** | | **1,994.00** |

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/10 | CR | Reviewed Blackstone May 2010 production from Relativity data site for valuation analyses related to LBO solvency. | 5.30 |
| 10/04/10 | CR | Reviewed Blackstone May 2010 production from Relativity data site for valuation analyses related to LBO solvency. | 2.90 |
| 10/05/10 | CR | Reviewed Blackstone May 2010 production from Relativity data site for valuation analyses related to LBO solvency. | 7.70 |
| 10/05/10 | ANL | Reviewed and analyzed Cede & Co shareholder payment information for Step one and Step two. | 2.80 |
| 10/05/10 | BH | Review and analysis of information provided by Innisfree regarding shareholders receiving payments at Step 2. | 2.40 |
| 10/05/10 | BH | Draft and send memo to Chadbourne on findings based upon review of information provided by Innisfree. | 0.90 |
| 10/05/10 | MFR | Review and analysis of additional Citi documents produced related to potential LBO issues. | 4.00 |
| 10/06/10 | MFR | Review and analysis of additional Bank of Tokyo documents produced related to potential LBO issues. | 2.20 |
| 10/06/10 | MFR | Review and analysis of additional Great Banc documents produced related to potential LBO issues. | 1.50 |
| 10/06/10 | BH | Call with Tribune advisors regarding explanation of Innisfree data prepared on Step 2 shareholders. | 1.00 |
| 10/06/10 | CR | Reviewed Blackstone May 2010 production from Relativity data site for valuation analyses related to LBO solvency. | 8.10 |
| 10/06/10 | ANL | Reviewed shareholder payment information for Step one and Step two provided by Innisfree. | 2.20 |
| 10/07/10 | ANL | Reviewed Moelis presentation on Aurelius exposure model. | 1.80 |
| 10/07/10 | ANL | Prepared summary of Innisfree information received from A&M for Chadbourne. | 0.80 |
| 10/07/10 | ANL | Analyzed and reviewed Chadbourne summary of the Examiner's report and various related issues. | 1.20 |
| 10/07/10 | CR | Reviewed Blackstone May 2010 production from Relativity data site for valuation analyses related to LBO solvency. | 8.90 |
| 10/07/10 | AH | Discuss preference review w/ D. Deutsch (C&P) and then w/ B. Hall/A. Leung (AlixPartners) | 0.30 |
| 10/07/10 | RBD | Reviewed and analyzed documents from various sources of production. | 2.20 |
| 10/07/10 | BH | Draft and send memo to Chadbourne on comments received from Tribune advisors relative to information from Innisfree. | 1.30 |
| 10/08/10 | BH | Discussion with Chadbourne on types of payments at Step 2 where additional information is required to identify beneficial holders of shares. | 1.30 |
| 10/08/10 | BH | Review and analyze information provided by Tribune advisors on potential preference payments. | 0.70 |

Re:                       Avoidance Actions
Client/Matter #           005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/08/10 | BH | Review and analyze data received on Computershare payments to DTC at Step 1. | 0.60 |
| 10/08/10 | BH | Review and analyze report from Tribune advisors on potential preference payments. | 1.40 |
| 10/08/10 | CR | Reviewed Blackstone May 2010 production from Relativity data site for valuation analyses related to LBO solvency. | 2.30 |
| 10/08/10 | ANL | Analyzed and reviewed payments to creditors 90 days prior to filing for preference. | 2.10 |
| 10/08/10 | ANL | Analyzed and reviewed DTC and Compushare data. | 1.20 |
| 10/08/10 | ANL | Reviewed and analyzed preliminary preference analysis from Debtors as of May 2010. | 1.30 |
| 10/08/10 | ANL | Reviewed and analyzed Tribune SOFA 3B (payments to creditors) for preference analysis. | 1.80 |
| 10/08/10 | ANL | Prepared for and participated in conference call with Chadbourne to review shareholder information. | 0.80 |
| 10/08/10 | MFR | Review and analysis of additional Great Banc documents produced related to potential LBO issues. | 3.60 |
| 10/10/10 | BH | Draft memo to Tribune advisors regarding shareholder payments at Step 2. | 0.40 |
| 10/11/10 | BH | Call with Tribune advisors to discuss Preference analysis prepared by Debtor. | 0.70 |
| 10/11/10 | ANL | Prepared summary of Tribune SOFA 3B (payments to creditors) for preference analysis. | 3.20 |
| 10/11/10 | ANL | Reviewed and analyzed all prepetition payments prior to 90 day period. | 2.30 |
| 10/11/10 | ANL | Prepared memo for on preference payments. | 1.60 |
| 10/11/10 | ANL | Prepared for and participated in conference call with A&M to discuss preference analysis and SOFA 3B information. | 1.10 |
| 10/11/10 | AH | Emails w/ D. Deutsche (C&P) re: preference review and discuss analysis w/ B. Hall and A. Leung (AlixPartners) | 0.50 |
| 10/11/10 | MFR | Review and analysis of additional Great Banc documents produced related to potential LBO issues. | 1.50 |
| 10/11/10 | MFR | Review and analysis of additional JPM documents produced related to potential LBO issues. | 3.30 |
| 10/12/10 | MFR | Review and analysis of additional JPM documents produced related to potential LBO issues. | 3.00 |
| 10/12/10 | AH | Review analysis of 90 day payments made and discuss w/ B. Hall and A. Leung (AlixPartners) | 0.70 |
| 10/12/10 | ANL | Prepared summary of Tribune payments made 90 days prior to filing by creditor and by debtors. | 3.20 |
| 10/12/10 | ANL | Reviewed and analyzed Debtors' preliminary preference | 1.50 |

Re:              Avoidance Actions
Client/Matter #  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis. | |
| 10/12/10 | ANL | Reviewed and analyzed Tribune SOFA 3B. | 1.30 |
| 10/12/10 | BH | Review and analyze the SOFA 3B schedule of payments made 90 days prior to filing. | 1.60 |
| 10/12/10 | BH | Review and analyze 90 day payments prior to bankruptcy for potential preference payments and draft memo for discussion. | 2.70 |
| 10/12/10 | BH | Draft memo to Chadbourne on results of preference analysis. | 2.40 |
| 10/12/10 | CR | Reviewed and analyzed Blackstone May 2010 production for valuation analyses relevant to LBO solvency. | 5.10 |
| 10/13/10 | CR | Reviewed and analyzed Blackstone production for valuation analyses relevant to LBO solvency. | 7.90 |
| 10/13/10 | AH | Review analysis of preference payment universe (90 day prepetition payments) prepared by AP team | 0.50 |
| 10/13/10 | BH | Prepare a summary of preference payment information provided by Tribune advisors. | 1.10 |
| 10/13/10 | ANL | Reviewed convenience class analysis and preference payment analysis. | 1.60 |
| 10/14/10 | ANL | Reviewed Step 1 and Step 2 shareholder information. | 1.20 |
| 10/14/10 | BH | Participate in call with Chadbourne on preference payment analysis. | 0.70 |
| 10/14/10 | AH | Call w/ D. Deutsche (Chadbourne) to discuss preference analysis | 0.20 |
| 10/14/10 | CR | Reviewed Blackstone, Morgan Stanley and Bank of America production for solvency analyses relevant to LBO solvency. | 3.80 |
| 10/14/10 | MFR | Discussion with B. Den Uyl (AlixPartners) | 0.70 |
| 10/14/10 | RBD | Discussions re: Tribune update from Mark Rule (AlixPartners) | 0.70 |
| 10/14/10 | MFR | Review and analysis of additional JPM documents produced related to potential LBO issues. | 2.80 |
| 10/15/10 | MFR | Review and analysis of additional Merrill Lynch documents produced related to potential LBO issues. | 4.30 |
| 10/15/10 | BH | Participate in call with Chadbourne, Sidley and Tribune advisors on status of preference analysis. | 1.00 |
| 10/15/10 | ANL | Reviewed preference analysis and payments made by Debtor 90 days prior to filing. | 2.20 |
| 10/15/10 | ANL | Prepared for and participated in conference call with A&M regarding preference analysis. | 0.80 |
| 10/15/10 | AH | Call w/ Chadbourne, Sidley and A&M to discuss preference analysis | 0.80 |
| 10/18/10 | CR | Reviewed and analyzed Merrill Lynch documents on | 2.10 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Relativity data site for valuation analyses relevant to LBO solvency. | |
| 10/18/10 | ANL | Reviewed historical weekly publishing and broadcasting weekly revenue results. | 2.20 |
| 10/18/10 | ANL | Prepared for and participated in conference call with A&M regarding preference analysis. | 0.80 |
| 10/19/10 | BH | Review and analyze payments made to employees from employee benefit plans as a result of change of control triggered by the ESOP transaction. | 3.40 |
| 10/19/10 | CR | Reviewed and analyzed Merrill Lynch documents on Relativity data site for valuation analyses relevant to LBO solvency. | 2.80 |
| 10/19/10 | MFR | Review and analysis of additional Merrill Lynch documents produced related to potential LBO issues. | 2.00 |
| 10/19/10 | BH | Review and analyze Insider Payments made one year prior to filing. | 1.20 |
| 10/20/10 | BH | Review and analyze 10-k for indication of any payments triggered by change of control as result of ESOP transaction. | 2.80 |
| 10/20/10 | BH | Review and analyze payments made to shareholders as result of investments in 401-k Plan, including detail review of top 20 recipients. | 2.40 |
| 10/20/10 | BH | Review and analyze potential preference payments. | 1.60 |
| 10/20/10 | MFR | Review and analysis of additional Merrill Lynch documents produced related to potential LBO issues. | 2.00 |
| 10/20/10 | AH | Review potential preferences related to 401k withdrawals | 0.40 |
| 10/20/10 | ANL | Reviewed and analyzed 2007 10-K for qualified benefit payments related to change in control and other compensation plans. | 1.50 |
| 10/20/10 | ANL | Reviewed and analyzed pre-petition 401K related Tribune stock payouts. | 1.50 |
| 10/20/10 | ANL | Reviewed and analyzed payments to insiders one year prior to petition date. | 1.80 |
| 10/21/10 | CR | Reviewed and analyzed Merrill Lynch documents on Relativity data site for valuation analyses relevant to LBO solvency. | 3.90 |
| 10/21/10 | BH | Review and analyze payments made to employees in respect of investments in Tribune stock in 401-k Plan as result of ESOP transaction. | 0.70 |
| 10/22/10 | BH | Review and analyze payments made 90 days prior to Bankruptcy as divided by wires and ach/checks. | 1.80 |
| 10/22/10 | CR | Reviewed and analyzed Merrill Lynch documents on Relativity data site for valuation analyses relevant to LBO | 1.80 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | solvency. | |
| 10/25/10 | CR | Reviewed and analyzed Merrill Lynch documents from Relativity data site for valuation analysis relevant to LBO solvency. | 8.40 |
| 10/25/10 | BH | Discussion with Tribune advisors on status of updated preference analysis. | 0.60 |
| 10/25/10 | MFR | Review and analysis of additional Merrill Lynch documents produced related to potential LBO issues. | 3.40 |
| 10/26/10 | MFR | Review and analysis of draft UCC complaints. Communication with Zuckerman regarding the same. | 3.50 |
| 10/26/10 | MFR | Review and analysis of additional Merrill Lynch documents produced related to potential LBO issues. | 3.00 |
| 10/26/10 | CR | Reviewed Merrill Lynch documents from Relativity data site for analyses relevant to LBO solvency. | 7.60 |
| 10/26/10 | ANL | Analyzed and reviewed preference analysis for third party payments. | 1.60 |
| 10/27/10 | AH | Conference call w/ Chadbourne, Sidley and A&M re: preference analysis | 0.70 |
| 10/27/10 | ANL | Reviewed and analyzed Aurelius settlement model. | 1.30 |
| 10/27/10 | CR | Reviewed Merrill Lynch documents from Relativity data site for analyses relevant to LBO solvency. | 6.30 |
| 10/27/10 | MFR | Review and analysis of additional Merrill Lynch documents produced related to potential LBO issues. | 3.00 |
| 10/27/10 | BH | Participate in conference call with Chadbourne and Sidley and Tribune advisors to discuss status of preference analysis. | 1.20 |
| 10/27/10 | BH | Review and analysis of updated preference analysis prepared by Tribune advisors. | 1.60 |
| 10/28/10 | BH | Review and analyze updated preference analysis. | 2.70 |
| 10/28/10 | BH | Participate in call with Chadbourne, Sidley and Tribune advisors on preference analysis. | 1.00 |
| 10/28/10 | BH | Review and analyze updated preference analysis provided by Tribune advisors. | 2.60 |
| 10/28/10 | BH | Review and analyze payments to shareholders at Step 1 of the Go-Private transactions. | 2.10 |
| 10/28/10 | MFR | Review and analysis of additional Merrill Lynch documents produced related to potential LBO issues. | 2.50 |
| 10/28/10 | CR | Reviewed Merrill Lynch documents from Relativity data site for analyses relevant to LBO solvency. | 5.30 |
| 10/28/10 | ANL | Prepared for and participated in conference call with Sidley, Chadbourne & Parke and A&M regarding preference analysis. | 1.20 |
| 10/28/10 | ANL | Reviewed revised Tribune Company parent and subsidiary | 2.20 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | potential preference analysis. |       |
| 10/29/10 | AH | Follow-up call w/ Brad Hall, B. Whittman (A&M)  and re: preference analysis work | 0.40 |
| 10/29/10 | ANL | Reviewed and analyzed A&M presentation on preference analysis. | 1.20 |
| 10/29/10 | ANL | Reviewed and analyzed Tribune parent and subsidiary payments summaries. | 1.70 |
| 10/29/10 | CR | Reviewed Merrill Lynch documents from Relativity data site for analyses relevant to LBO solvency. | 4.30 |
| 10/29/10 | BH | Participate in call with Aurelis and Chadbourne and Sidley and Tribune advisors to review status of preference analysis. | 1.40 |
| 10/29/10 | BH | Review and analyze payments made to Insiders in regards to Deferred Compensation Plans. | 1.20 |
| 10/31/10 | BH | Review and analysis of information to be discussed with Tribune advisors on upcoming preference analysis meeting and development of questions to be addressed in meetings. | 0.70 |
|  |  | **Total Hours** | **250.40** |

Re:            Avoidance Actions
Client/Matter #   005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 2.90 | 860.00 | 2,494.00 |
| Alan Holtz | 4.50 | 820.00 | 3,690.00 |
| Mark F Rule | 46.30 | 530.00 | 24,539.00 |
| Albert Leung | 53.00 | 530.00 | 28,090.00 |
| Brad Hall | 49.20 | 620.00 | 30,504.00 |
| Christopher Rubel | 94.50 | 320.00 | 30,240.00 |
| **Total Hours & Fees** | **250.40** | | **119,557.00** |

Re:                     UCC Meetings
Client/Matter #         005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/10 | AH | Special meeting of the UCC (telephonic) | 0.90 |
| 10/01/10 | YK | Prepared for and attended special committee meeting of the UCC. | 0.80 |
| 10/01/10 | YK | Follow up by distributing notes of special committee meeting of the UCC. | 0.30 |
| 10/01/10 | MFR | Participation on UCC committee conference call. | 1.30 |
| 10/07/10 | AH | Attend UCC meeting at Chadbourne | 6.20 |
| 10/07/10 | BH | Participate in UCC meeting and present financial results. | 5.90 |
| 10/07/10 | BH | Prepare oral presentation to UCC of weekly actual financial results compared to Plan. | 0.80 |
| 10/08/10 | AH | Special UCC meeting on 10/9 (telephonic) | 1.90 |
| 10/09/10 | YK | Participated in special UCC conference call. | 2.00 |
| 10/09/10 | BH | Participate in UCC meeting. | 1.90 |
| 10/10/10 | BH | Review UCC meeting notes and identify projects to be initiated in response to committee inquiries. | 0.30 |
| 10/10/10 | YK | Participated in special UCC meeting conference call. | 1.50 |
| 10/14/10 | AH | Weekly conference call w/ UCC | 0.90 |
| 10/14/10 | BH | Participate in UCC meeting and present current financial results. | 0.90 |
| 10/14/10 | MFR | Participation in UCC committee conference call. | 2.10 |
| 10/14/10 | ANL | Prepared and participated in telephonic UCC meeting regarding weekly results, Wilmington document request, and other Plan issues. | 0.90 |
| 10/19/10 | MFR | Participation in UCC professionals conference call. | 1.10 |
| 10/19/10 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.90 |
| 10/19/10 | AH | Weekly call w/ UCC professionals | 0.60 |
| 10/21/10 | AH | Participate on weekly UCC call (telephonic) | 2.50 |
| 10/21/10 | BH | Participate in UCC meeting and present current financial information. | 2.80 |
| 10/21/10 | MFR | Participation in UCC committee conference call. | 1.30 |
| 10/22/10 | MFR | Participation in UCC committee conference call. | 1.00 |
| 10/22/10 | MFR | Participation in UCC committee conference call. | 0.70 |
| 10/22/10 | BH | Participate in UCC meeting. | 2.50 |
| 10/22/10 | BH | Participate in additional UCC meeting. | 0.40 |
| 10/22/10 | ANL | Prepared for and participated in telephonic meeting with UCC to discuss Plan issues. | 0.50 |

**Total Hours**    **42.90**

Re:                           UCC Meetings
Client/Matter #               005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 13.00 | 820.00 | 10,660.00 |
| Mark F Rule | 7.50 | 530.00 | 3,975.00 |
| Albert Leung | 1.40 | 530.00 | 742.00 |
| Brad Hall | 16.40 | 620.00 | 10,168.00 |
| Young Kim | 4.60 | 470.00 | 2,162.00 |
| **Total Hours & Fees** | **42.90** | | **27,707.00** |

Re:                    Litigation Hold
Client/Matter #        005735.00016

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/18/10 | AH | Review Auerelius litigation hold documents and discuss w/ internal counsel | 0.60 |
| 10/18/10 | AH | Call w/ Chadbourne re: litigation hold | 0.40 |
| 10/18/10 | RBD | Preparations re litigation hold request and review of litigation hold notice. | 1.50 |
| 10/19/10 | ANL | Reviewed litigation hold notice and related issues from Aurelius. | 0.30 |
| 10/25/10 | RBD | Preparations re litigation hold request and review of litigation hold notice. | 1.50 |
| 10/25/10 | MC | Conf. w\ S. Renshaw (AlixPartners) re: implementation of legal hold. | 0.75 |
| 10/25/10 | SR | Prepared for and participated in discussion with AlixPartners team concerning litigation hold preservation effort. | 0.70 |
| 10/26/10 | SR | Prepared for and participated in discussions with potential custodians concerning ESI data preservation. | 1.90 |
| 10/26/10 | MJB | Reviewed document retention questionnaire re: litigation hold and internal discussions | 0.70 |
| 10/26/10 | AH | Review document retention questionnaire and conference call to discuss w/ internal counsel and process managers | 0.30 |
| 10/26/10 | MFR | Review of litigation hold materials and discussion with internal counsel regarding the same. | 1.10 |
| 10/27/10 | ANL | Prepared Aurelius litigation hold questionnaire | 0.50 |
| 10/27/10 | MC | Discussions w\ S. Renshaw (AlixPartners) re: status of interviews w\ custodians and data subject to preservation. | 1.25 |
| 10/27/10 | SR | Prepared for and participated in discussions with potential custodians concerning ESI data preservation. | 1.40 |
| 10/29/10 | SR | Prepared for and participated in discussions with potential custodians concerning ESI data preservation. | 1.20 |
| 10/29/10 | YK | Reviewed and analyzed internal memo re litigation hold. Responded to internal requests. | 0.60 |
| | | **Total Hours** | **14.70** |

Re:                    Litigation Hold
Client/Matter #        005735.00016

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 3.00 | 860.00 | 2,580.00 |
| Alan Holtz | 1.30 | 820.00 | 1,066.00 |
| Matthew Cohen | 2.00 | 710.00 | 1,420.00 |
| Mark F Rule | 1.10 | 530.00 | 583.00 |
| Albert Leung | 0.80 | 530.00 | 424.00 |
| Sean Renshaw | 5.20 | 620.00 | 3,224.00 |
| Marc J Brown | 0.70 | 620.00 | 434.00 |
| Young Kim | 0.60 | 470.00 | 282.00 |
| **Total Hours & Fees** | **14.70** | | **10,013.00** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/05/10 | ANL | Prepared AlixPartners 7th interim period fee application and exhibits. | 1.10 |
| 10/07/10 | YK | Prepared September 2010 fee application. | 2.10 |
| 10/08/10 | ANL | Prepared September 2010 fee application | 1.80 |
| 10/08/10 | YK | Prepared September 2010 fee application. | 1.40 |
| 10/11/10 | AH | Finalize 7th interim fee application an send to counsel for filing | 0.30 |
| 10/15/10 | YK | Prepared September 2010 fee application. | 0.40 |
| 10/18/10 | ANL | Prepared September 2010 fee application | 1.10 |
| 10/18/10 | YK | Prepared September 2010 fee application. | 0.80 |
| 10/19/10 | ANL | Prepared September 2010 fee application. | 0.80 |
| 10/20/10 | ANL | Prepared response to the fee examiner's preliminary report on the AlixPartners 5th Period Interim fee application. | 0.80 |
| 10/20/10 | YK | Prepared September 2010 fee application and court motion. | 1.80 |
| 10/20/10 | AH | Review response to Fee Monitor re: 5th Interim Application | 1.30 |
| 10/21/10 | YK | Prepared September 2010 fee application and court motion. | 1.20 |
| 10/21/10 | ANL | Prepared September 2010 fee application. | 0.70 |
| 10/22/10 | AH | Final review and get response to Fee Monitor (re: 5th Interim) sent out. | 0.20 |
| 10/28/10 | AH | Review September fee application, including time detail, provide comments and send to counsel for filing | 1.40 |
| 10/28/10 | YK | Prepared September 2010 fee application and court motion. | 0.90 |
| | | **Total Hours** | **18.10** |

Re:                        Billing and Retention
Client/Matter #            005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 3.20 | 820.00 | 2,624.00 |
| Albert Leung | 6.30 | 530.00 | 3,339.00 |
| Young Kim | 8.60 | 470.00 | 4,042.00 |
| **Total Hours & Fees** | **18.10** | | **10,005.00** |

Re:             Travel Time (billed at 50%)
Client/Matter #  005735.00018

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/31/10 | ANL | Travel from SFO to ORD for meetings at Tribune in Chicago. | 6.00 |
| 10/31/10 | BH | Travel from Reno to Chicago for preference analysis meetings with Tribune advisors. | 7.50 |
| | | **Total Hours** | **13.50** |

Re:                          Travel Time (billed at 50%)
Client/Matter #              005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 6.00 | 530.00 | 3,180.00 |
| Brad Hall | 7.50 | 620.00 | 4,650.00 |
| **Total Hours & Fees** | **13.50** | | **7,830.00** |