# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

October 1, 2010 through and including October 31, 2010

| Expenses | Amount |
| --- | ---: |
| Cab Fare/Ground Transportation | 82.00 |
| Meals & Tips | 23.00 |
| Research | 14.88 |
| **Total Disbursements** | **119.88** |