**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

In re:

TRIBUNE COMPANY, *et al.*,

                      Debtors.

_____

)
) Chapter 11
)
) Case No. 08-13141 (KJC)
)
) Jointly Administered
)
)
)

**EGI-TRB LLC'S SUPPLEMENT
TO ITS LIMITED OBJECTION TO THE DISCLOSURE STATEMENTS**

EGI-TRB LLC ("EGI-TRB") respectfully submits this Supplement to its Limited Objection (the "Objection") to (1) the Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Settlement Plan Disclosure Statement"),[1] (2) the Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of Its Managed Entities, Deutsche Bank Trust Company Americas, in Its Capacity as Successor Trustee for Certain Series of Senior Notes, Law Denture Trust Company of New York, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in Its Capacity as Successor Indenture Trustee for the PHONES Notes (the "Pre-LBO Debtholder Plan Disclosure Statement"), (3) the Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street

---

[1] For purposes of convenience, this Objection uses the defined terms used by the plan proponents to refer to their plans and disclosure statements.

Capital, L.P., and Marathon Assets Management, L.P. (the "Bridge Plan Disclosure Statement"), and (4) the Disclosure Statement for the Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (the "Step One Plan Disclosure Statement," and together with the Settlement Plan Disclosure Statement, the Pre-LBO Debtholder Plan Disclosure Statement, and the Bridge Plan Disclosure Statement, the "Disclosure Statements") and states:

EGI-TRB supplements its prior Objection by limiting its request for additional disclosure to the following statement: "The Examiner has determined that the alleged claims against EGI-TRB and Sam Zell, which are referenced in the Disclosure Statement, are unlikely to succeed."  As reflected in group Exhibit A, the request to include that limited language was made following the meet and confer among the parties.

**CONCLUSION**

For all of the foregoing reasons, EGI-TRB respectfully requests that the Court require EGI-TRB's proposed language to be added to the Disclosure Statements.

November 28, 2010

                          Respectfully submitted,

                    By:     /s/ *David W. Carickhoff*
                          David W. Carickhoff (DE No. 3715)
                          BLANK ROME LLP
                          1201 Market Street, Suite 800
                          Wilmington, Delaware 19801
                          Telephone: (302) 425-6400
                          Facsimile: (302) 425-6464

                                     and

                          David J. Bradford (admitted *pro hac vice)*
                          Catherine L. Steege (admitted *pro hac vice*)
                          Andrew W. Vail (admitted *pro hac vice*)
                          JENNER & BLOCK LLP
                          353 North Clark Street
                          Chicago, Illinois 60654
                          Telephone: (312) 222-9350
                          Facsimile: (312) 840-7375

                          Counsel for EGI-TRB LLC