# Exhibit A

## Carickhoff, David

| | |
|---|---|
| **From:** | Vail, Andrew W [AVail@jenner.com] |
| **Sent:** | Monday, November 22, 2010 12:35 PM |
| **To:** | dabbott@mnat.com; afriedman@olshanlaw.com; hkaplan@arkin-law.com; evan.flaschen@bgllp.com |
| **Cc:** | Bradford, David J; Vail, Andrew W |
| **Subject:** | EGI-TRB's Objection |
| **Attachments:** | 2010.11.16--EGI-TRB-Limited-Objection-to-Disclosure-Statements.pdf |

Dear Counsel,

We urge you to resolve EGI-TRB's limited objection to your Disclosure Statement by adding the sentence below:

"The Examiner has determined that the alleged claims against EGI-TRB and Sam Zell, which are referenced in the Disclosure Statement, are unlikely to succeed. "

The reasons are simple.  The statement is true and very important.  Whether the Examiner determined those claims are likely to succeed is something a reasonable creditor would surely want to know in assessing the value of the proposed litigation trust.  It would be unfair and unreasonable to force creditors to read the entire 1200 page Examiner report to extract that information.

We offer this single sentence in place of the language proposed in the limited objection filed with the Court and attached.  Thank you for your consideration.

Best regards,
Andrew

---

**Andrew W. Vail**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8688
Fax (312) 840-8788
AVail@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

## Carickhoff, David

| | |
|---|---|
| **From:** | Vail, Andrew W [AVail@jenner.com] |
| **Sent:** | Monday, November 22, 2010 12:30 PM |
| **To:** | 'Hammond, Andrew'; 'Hille, David'; jschlerf@foxrothschild.com |
| **Cc:** | Bradford, David J; Vail, Andrew W |
| **Subject:** | EGI-TRB's Objection |
| **Attachments:** | 2010.11.16--EGI-TRB-Limited-Objection-to-Disclosure-Statements.pdf |

Dear Counsel,

We urge you to resolve EGI-TRB's limited objection to your Disclosure Statement by adding the sentence below:

"The Examiner has determined that the alleged claims against EGI-TRB and Sam Zell, which are referenced in the Disclosure Statement, are unlikely to succeed. "

The reasons are simple.  The statement is true and very important.  Whether the Examiner determined those claims are likely to succeed is something a reasonable creditor would surely want to know in assessing the value of the proposed litigation trust.  It would be unfair and unreasonable to force creditors to read the entire 1200 page Examiner report to extract that information.

We offer this single sentence in place of the language proposed in the limited objection filed with the Court and attached.  Thank you for your consideration.

Best regards,
Andrew

---

**Andrew W. Vail**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8688
Fax (312) 840-8788
AVail@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

## Carickhoff, David

| | |
|---|---|
| **From:** | Vail, Andrew W [AVail@jenner.com] |
| **Sent:** | Monday, November 22, 2010 12:27 PM |
| **To:** | andrew.goldman@wilmerhale.com; Bendernagel, James F.; Adam Landis; gbush@zuckerman.com; elliott.moskowitz@davispolk.com; dlemay@chadbourne.com |
| **Cc:** | Bradford, David J; Vail, Andrew W |
| **Subject:** | EGI-TRB's Objection |
| **Attachments:** | 2010.11.16--EGI-TRB-Limited-Objection-to-Disclosure-Statements.pdf |

Dear Counsel,

We urge you to resolve EGI-TRB's limited objection to your Disclosure Statement by adding the sentence below:

"The Examiner has determined that the alleged claims against EGI-TRB and Sam Zell, which are referenced in the Disclosure Statement, are unlikely to succeed. "

The reasons are simple. The statement is true and very important. Whether the Examiner determined those claims are likely to succeed is something a reasonable creditor would surely want to know in assessing the value of the proposed litigation trust. It would be unfair and unreasonable to force creditors to read the entire 1200 page Examiner report to extract that information.

We offer this single sentence in place of the language proposed in the limited objection filed with the Court and attached. Thank you for your consideration.

Best regards,
Andrew

---

**Andrew W. Vail**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8688
Fax (312) 840-8788
AVail@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

## Carickhoff, David

| | |
|---|---|
| **From:** | Vail, Andrew W [AVail@jenner.com] |
| **Sent:** | Monday, November 22, 2010 12:24 PM |
| **To:** | dzensky@akingump.com; dgolden@akingump.com; dadler@mccarter.com; drosner@kasowitz.com; rstark@brownrudnick.com; msiegel@brownrudnick.com |
| **Cc:** | Bradford, David J; Vail, Andrew W |
| **Subject:** | EGI-TRB's Objection |
| **Attachments:** | 2010.11.16--EGI-TRB-Limited-Objection-to-Disclosure-Statements.pdf |

Dear Counsel,

We urge you to resolve EGI-TRB's limited objection to your Disclosure Statement by adding the sentence below:

"The Examiner has determined that the alleged claims against EGI-TRB and Sam Zell, which are referenced in the Disclosure Statement, are unlikely to succeed. "

The reasons are simple. The statement is true and very important. Whether the Examiner determined those claims are likely to succeed is something a reasonable creditor would surely want to know in assessing the value of the proposed litigation trust. It would be unfair and unreasonable to force creditors to read the entire 1200 page Examiner report to extract that information.

We offer this single sentence in place of the language proposed in the limited objection filed with the Court and attached. Thank you for your consideration.

Best regards,
Andrew

**Andrew W. Vail**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8688
Fax (312) 840-8788
AVail@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.