## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered **Related to Docket No. 6633** |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 29, 2010 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by phone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1.      Joint Disclosure Statement for the Following Plans of Reorganization (Filed October 22, 2010) (Docket No. 6090)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Related Document(s):

    (a)    Order Scheduling a Hearing and Establishing Certain Deadlines to Consider Approval of Certain Disclosure Documents (Entered October 18, 2010) (Docket No. 6022)

    (b)    Notice of Disclosure Statement Hearing (Filed November 2, 2010) (Docket No. 6208)

    (c)    Notice of Filing Proposed Joint Disclosure Statement (Filed November 23, 2010) (Docket No. 6597)

    (d)    Notice of Filing Black Line Proposed Joint Disclosure Statement (Filed November 23, 2010) (Docket No. 6602)

Objection Deadline:  November 16, 2010 at 4:00 p.m.
Pursuant to the Court's Order, objections to the proposed General Disclosure Statement were due by 4:00 p.m. on November 16, 2010.

Responses Received:

    (a)    Kevin Millen Response to Debtor's Ludicrous and Venal Way of trying to Destroy Mr. Kevin "Successful" Millen life, I Object to the Tribune Company Disclosure, Specific, Plans of Reorganization with this Responsive Statement… (Filed November 15, 2010) (Docket No. 6456)

    (b)    Limited Objection to the General Disclosure Statement by County of San Bernardino, California, a California Taxing Authority Submitted by Debtors and Its Subsidiaries, the Official Committee of Unsecured Creditors, Oaktree Capital Management, Angelo Gordon and Co., LP and JPMorgan Chase Bank N.A. (Filed November 16, 2010) (Docket No. 6459)

    (c)    Notice of Withdrawal of Limited Objection to the General Disclosure Statement by County of San Bernardino, California, a California Taxing Authority Submitted by Debtors and Its Subsidiaries, the Official Committee of Unsecured Creditors, Oaktree Capital Management, Angelo Gordon and Co., LP and JPMorgan Chase Bank N.A. (Filed November 24, 2010) (Docket No. 6626)

Status:    This matter will be going forward.

46429/0001-7118660v4

2.    Specific Disclosure Statement Relating to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed October 23, 2010) (Docket No. 6091)

Related Document(s):

(a)    Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed October 22, 2010) (Docket No. 6089)

(b)    Notice of Submission of Settlement Plan Proponents' Responsive Statements (Filed November 9, 2010) (Docket No. 6295)

(c)    Notice of Filing Exhibit 5.15.1(1) to the Settlement Plan (Filed November 12, 2010) (Docket No. 6431)

(d)    Notice of Filing Proposed Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed November 23, 2010) (Docket No. 6598)

(e)    Notice of Filing Proposed First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed November 23, 2010) (Docket No. 6599)

(f)    Notice of Submission of Responsive Statements (Filed November 23, 2010) (Docket No. 6600)

(g)    Notice of Filing Black Line Proposed Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed November 23, 2010) (Docket No. 6604)

(h)    Notice of Filing Black Line Proposed First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed November 23, 2010) (Docket No. 6606)

46429/0001-7118660v4

(i)    Notice of Filing Exhibit 5.15.1(2) to Proposed First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed November 24, 2010) (Docket No. 6621)

Objection Deadline:  November 16, 2010 at 4:00 p.m.

Responses Received:

(a)    Kevin Millen Response to Debtor's Ludicrous and Venal Way of trying to Destroy Mr. Kevin "Successful" Millen life, I Object to the Tribune Company Disclosure, Specific, Plans of Reorganization with this Responsive Statement... (Filed November 15, 2010) (Docket No. 6456)

(b)    Limited Objection to the General Disclosure Statement by County of San Bernardino, California, a California Taxing Authority Submitted by Debtors and Its Subsidiaries, the Official Committee of Unsecured Creditors, Oaktree Capital Management, Angelo Gordon and Co., LP and JPMorgan Chase Bank N.A. (Filed November 16, 2010) (Docket No. 6459)

(c)    Objection of the Secretary of the United States Department of Labor to Disclosure Statements for Each of the Competing Plans of Reorganization of the Tribune Company and Its Subsidiaries (Filed November 16, 2010) (Docket No. 6463)

(d)    EGI-TRB LLC's Limited Objection to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6464)

(e)    Limited Objection of the ACE Companies to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6465)

(f)    Omnibus Objection of the Pre-LBO Debtholder Plan Proponents to (I) the Disclosure Statements for the Competing Plans and (II) the Responsive Statements Filed by the Proponents of the Competing Plans (Filed November 16, 2010) (Docket No. 6466)

(g)    Bridge Proponents' Limited Objection to the Specific Disclosure Statements and Responsive Statements in Respect of Competing Plans in Chapter 11 Cases of Tribune Company and Its Subsidiaries (Filed November 16, 2010) (Docket No. 6467)

(h)    Omnibus Objection of Step One Plan Proponents to the Specific Disclosure Statement Relating to (I) the Oaktree Plan, (II) the Aurelius Plan and (III) the Bridge Lender Plan (Filed November 16, 2010) (Docket No. 6473)

(i)     The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Proposed Specific Disclosure Statements Relating to the Plans of Reorganization of (I) the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.; (II) King Street Capital, L.P. and Marathon Asset Management, L.P.; (III) Certain Holders of Step One Senior Loan Claims; and (IV) Aurelius Capital Management, LP, on Behalf of Its Managed Entities, Deutsche Bank Trust Company Americas, in Its Capacity as Successor in Denture [sic] Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in Its Capacity as Successor Indenture Trustee for the PHONES Notes Pursuant to Section 1125 of the Bankruptcy Code (Filed November 18, 2010) (Docket No. 6500)

(j)     Objection by William R. Flood to Disclosure Statement Hearing (Filed November 19, 2010) (Docket No. 6515)

(k)     Notice of Withdrawal of Limited Objection to the General Disclosure Statement by County of San Bernardino, California, a California Taxing Authority Submitted by Debtors and Its Subsidiaries, the Official Committee of Unsecured Creditors, Oaktree Capital Management, Angelo Gordon and Co., LP and JPMorgan Chase Bank N.A. (Filed November 24, 2010) (Docket No. 6626)

(l)     **EGI-TRB LLC's Supplement to Its Limited Objection to the Disclosure Statements (Filed November 28, 2010) (Docket No. 6643)**

Status:     The Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. will seek Court approval of their Specific Disclosure Statement and Responsive Statements (See Related Documents 2(d) and (f) above). This matter will be going forward.

46429/0001-7118660v4

3.  Specific Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed October 29, 2010) (Docket No. 6182)

Related Document(s):

(a)  Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed October 29, 2010) (Docket No. 6184)

(b)  Notice of Filing of Responsive Statement by Aurelius Capital Management, LP, Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company (Filed November 9, 2010) (Docket No. 6293)

(c)  Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed November 23, 2010) (Docket No. 6601)

(d)  Specific Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed November 23, 2010) (Docket No. 6603)

(e)  Notice of Filing of Responsive Statement, Dated November 23, 2010 by Aurelius Capital Management, LP, Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company (Filed November 23, 2010) (Docket No. 6605)

46429/0001-7118660v4

Objection Deadline:  November 16, 2010 at 4:00 p.m.

Responses Received:

(a)    Limited Objection to the Disclosure Statement by County of San Bernardino, California, a California Taxing Authority Submitted by Aurelius Capital Management (Filed November 16, 2010) (Docket No. 6460)

(b)    Objection of the Secretary of the United States Department of Labor to Disclosure Statements for Each of the Competing Plans of Reorganization of the Tribune Company and Its Subsidiaries (Filed November 16, 2010) (Docket No. 6463) [See Agenda Item No. 2(c) (Responses) above][3]

(c)    EGI-TRB LLC's Limited Objection to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6464) [See Agenda Item No. 2(d) (Responses) above]

(d)    Limited Objection of the ACE Companies to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6465) [See Agenda Item No. 2(e) (Responses) above]

(e)    Bridge Proponents' Limited Objection to the Specific Disclosure Statements and Responsive Statements in Respect of Competing Plans in Chapter 11 Cases of Tribune Company and Its Subsidiaries (Filed November 16, 2010) (Docket No. 6467) [See Agenda Item No. 2(g) (Responses) above]

(f)    EGI-TRB LLC's Limited Objection to the Pre-LBO Debtholder Plan Proponents' Responsive Statement (Filed November 16, 2010) (Docket No. 6468)

(g)    Settlement Plan Proponents' Objection to Disclosure Statements and Responsive Statements Filed with Respect to Competing Plans (Filed November 16, 2010) (Docket No. 6470)

(h)    Omnibus Objection of Step One Plan Proponents to the Specific Disclosure Statement Relating to (I) the Oaktree Plan, (II) the Aurelius Plan and (III) the Bridge Lender Plan (Filed November 16, 2010) (Docket No. 6473) [See Agenda Item No. 2(h) (Responses) above]

---

[3]    The hearing binder does not contain duplicate pleadings.  Each pleading is located under the tab where the response first appears on the Agenda.  For the convenience of the Court, the location of pleadings in the hearing binder is also referenced in brackets on the Agenda

46429/0001-7118660v4

(i)     The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Proposed Specific Disclosure Statements Relating to the Plans of Reorganization of (I) the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.; (II) King Street Capital, L.P. and Marathon Asset Management, L.P.; (III) Certain Holders of Step One Senior Loan Claims; and (IV) Aurelius Capital Management, LP, on Behalf of Its Managed Entities, Deutsche Bank Trust Company Americas, in Its Capacity as Successor in Denture [sic] Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in Its Capacity as Successor Indenture Trustee for the PHONES Notes Pursuant to Section 1125 of the Bankruptcy Code (Filed November 18, 2010) (Docket No. 6500) [See Agenda Item No. 2(i) (Responses) above]

(j)     **EGI-TRB LLC's Supplement to Its Limited Objection to the Disclosure Statements (Filed November 28, 2010) (Docket No. 6643) [See Agenda Item No. 2(l) (Responses) above]**

Status:    Aurelius Capital Management, LP, Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company will seek Court approval of their Specific Disclosure Statement and Responsive Statements (See Related Documents 3(d) and (e) above). This matter will be going forward.

4.    Specific Disclosure Statement for Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Filed October 29, 2010) (Docket No. 6183)

Related Document(s):

(a)     Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Filed October 29, 2010) (Docket No. 6185)

(b)     Notice of Filing of Responsive Statement by Certain Holders of Step One Senior Loan Claims (Filed November 9, 2010) (Docket No. 6292)

(c)     Notice of Filing of Responsive Statement by Certain Holders of Step One Senior Loan Claims (Filed November 23, 2010) (Docket No. 6596)

(d)     First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Filed November 23, 2010) (Docket No. 6607)

46429/0001-7118660v4

(e)     Black Line Copy of First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Filed November 23, 2010) (Docket No. 6608)

(f)     Specific Disclosure Statement for First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Filed November 24, 2010) (Docket No. 6617)

(g)     Black Line Specific Disclosure Statement for First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Filed November 24, 2010) (Docket No. 6618)

Objection Deadline:  November 16, 2010 at 4:00 p.m.

Responses Received:

(a)     Limited Objection to the Disclosure Statement by County of San Bernardino, California, a California Taxing Authority Submitted by Step One Senior Loan Claims (Filed November 16, 2010) (Docket No. 6461)

(b)     Objection of the Secretary of the United States Department of Labor to Disclosure Statements for Each of the Competing Plans of Reorganization of the Tribune Company and Its Subsidiaries (Filed November 16, 2010) (Docket No. 6463) [See Agenda Item No. 2(c) (Responses) above]

(c)     EGI-TRB LLC's Limited Objection to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6464) [See Agenda Item No. 2(d) (Responses) above]

(d)     Limited Objection of the ACE Companies to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6465) [See Agenda Item No. 2(e) (Responses) above]

(e)     Omnibus Objection of the Pre-LBO Debtholder Plan Proponents to (I) the Disclosure Statements for the Competing Plans and (II) the Responsive Statements Filed by the Proponents of the Competing Plans (Filed November 16, 2010) (Docket No. 6466) [See Agenda Item No. 2(f) (Responses) above]

(f)     Bridge Proponents' Limited Objection to the Specific Disclosure Statements and Responsive Statements in Respect of Competing Plans in Chapter 11 Cases of Tribune Company and Its Subsidiaries (Filed November 16, 2010) (Docket No. 6467) [See Agenda Item No. 2(g) (Responses) above]

46429/0001-7118660v4

(g)     Settlement Plan Proponents' Objection to Disclosure Statements and
Responsive Statements Filed with Respect to Competing Plans (Filed
November 16, 2010) (Docket No. 6470) [See Agenda Item No. 3(g)
(Responses) above]

(h)     The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection
to the Proposed Specific Disclosure Statements Relating to the Plans of
Reorganization of (I) the Debtors, the Official Committee of Unsecured
Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co.,
L.P., and JPMorgan Chase Bank, N.A.; (II) King Street Capital, L.P. and
Marathon Asset Management, L.P.; (III) Certain Holders of Step One
Senior Loan Claims; and (IV) Aurelius Capital Management, LP, on
Behalf of Its Managed Entities, Deutsche Bank Trust Company Americas,
in Its Capacity as Successor in Denture [sic] Trustee for Certain Series of
Senior Notes, Law Debenture Trust Company of New York, in Its
Capacity as Successor Indenture Trustee for Certain Series of Senior
Notes and Wilmington Trust Company, in Its Capacity as Successor
Indenture Trustee for the PHONES Notes Pursuant to Section 1125 of the
Bankruptcy Code (Filed November 18, 2010) (Docket No. 6500) [See
Agenda Item No. 2(i) (Responses) above]

(i)     **EGI-TRB LLC's Supplement to Its Limited Objection to the
Disclosure Statements (Filed November 28, 2010) (Docket No. 6643)
[See Agenda Item No. 2(l) (Responses) above]**

Status:     Certain Holders of Step One Senior Loan Claims will seek Court approval
of their Responsive Statement and Specific Disclosure Statement (See
Related Document 4(c) and (f) above).  This matter will be going forward.

5.     Specific Disclosure Statement for Joint Plan of Reorganization for Tribune and Its
Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital,
L.P. and Marathon Asset Management, L.P. (Filed October 29, 2010) (Docket No. 6187)

Related Document(s):

(a)     Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by
King Street Acquisition Company, L.L.C., King Street Capital, L.P. and
Marathon Asset Management, L.P. (Filed October 29, 2010) (Docket No.
6186)

(b)     Notice of Filing of Responsive Statement of Bridge Proponents in Respect
of Competing Plans in Chapter 11 Cases of Tribune Company and Its
Subsidiaries (Filed November 9, 2010) (Docket No. 6294)

46429/0001-7118660v4

(c)    Notice of Filing Proposed Revisions to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. and the Related Specific Disclosure Statement and Responsive Statement (Filed November 23, 2010) (Docket No. 6609)

Objection Deadline:  November 16, 2010 at 4:00 p.m.

Responses Received:

(a)    Limited Objection to the Disclosure Statement by County of San Bernardino, California, a California Taxing Authority Submitted by King Street Acquisition (Filed November 16, 2010) (Docket No. 6462)

(b)    Objection of the Secretary of the United States Department of Labor to Disclosure Statements for Each of the Competing Plans of Reorganization of the Tribune Company and Its Subsidiaries (Filed November 16, 2010) (Docket No. 6463) [See Agenda Item No. 2(c) (Responses) above]

(c)    EGI-TRB LLC's Limited Objection to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6464) [See Agenda Item No. 2(d) (Responses) above]

(d)    Limited Objection of the ACE Companies to the Disclosure Statements (Filed November 16, 2010) (Docket No. 6465) [See Agenda Item No. 2(e) (Responses) above]

(e)    Omnibus Objection of the Pre-LBO Debtholder Plan Proponents to (I) the Disclosure Statements for the Competing Plans and (II) the Responsive Statements Filed by the Proponents of the Competing Plans (Filed November 16, 2010) (Docket No. 6466) [See Agenda Item No. 2(f) (Responses) above]

(f)    Settlement Plan Proponents' Objection to Disclosure Statements and Responsive Statements Filed with Respect to Competing Plans (Filed November 16, 2010) (Docket No. 6470) [See Agenda Item No. 3(g) (Responses) above]

(g)    Omnibus Objection of Step One Plan Proponents to the Specific Disclosure Statement Relating to (I) the Oaktree Plan, (II) the Aurelius Plan and (III) the Bridge Lender Plan (Filed November 16, 2010) (Docket No. 6473) [See Agenda Item No. 2(h) (Responses) above]

(h)    The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Proposed Specific Disclosure Statements Relating to the Plans of Reorganization of (I) the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.; (II) King Street Capital, L.P. and

11

Marathon Asset Management, L.P.; (III) Certain Holders of Step One Senior Loan Claims; and (IV) Aurelius Capital Management, LP, on Behalf of Its Managed Entities, Deutsche Bank Trust Company Americas, in Its Capacity as Successor in Denture [sic] Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in Its Capacity as Successor Indenture Trustee for the PHONES Notes Pursuant to Section 1125 of the Bankruptcy Code (Filed November 18, 2010) (Docket No. 6500) [See Agenda Item No. 2(i) (Responses) above]

(i)   **EGI-TRB LLC's Supplement to Its Limited Objection to the Disclosure Statements (Filed November 28, 2010) (Docket No. 6643) [See Agenda Item No. 2(l) (Responses) above]**

Status:   King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. will seek approval of the Specific Disclosure Statement and Responsive Statement (See Related Document 5(c) above). This matter will be going forward.

6.   Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (II) Approving Forms of Ballots, Master Ballots and Related Instructions; (III) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (IV) Fixing Voting Record Date; (V) Establishing Notice and Objection Procedures in Respect of Confirmation; (VI) Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery; (VII) Establishing New Deadline for Return of Media Ownership Certifications; (VIII) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (IX) Granting Related Relief (Filed November 8, 2010) (Docket No. 6255)

Objection Deadline:  November 19, 2010 at 4:00 p.m.

Responses Received:

(a)   Joinder of JPMorgan Chase Bank N.A., Angelo, Gordon & Co., L.P., Oaktree Capital Management, L.P. and the Official Committee of Unsecured Creditors to the Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans or Reorganization; (II) Approving Forms of Ballots, Master Ballots and Related Instructions; (III) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (IV) Fixing Voting Record Date; (V) Establishing Notice and Objection Procedures in Respect of Confirmation; (VI) Setting Confirmation Scheduling and Establishing Parameters of Confirmation-Related Discovery; (VII) Establishing New Deadline for Return of Media Ownership Certifications; (VIII) Authorizing Expansion of Balloting and

12

Tabulation Agent's Retention and Allocation of Costs of Same; and
(IX) Granting Related Relief [Dkt. No. 6255] (Filed November 15, 2010)
(Docket No. 6451)

(b)    Objection of Step One Plan Proponents to the Motion of the Debtors for
an Order (I) Establishing Procedures for Solicitation and Tabulation of
Votes to Accept or Reject Plans of Reorganization; (II) Approving Forms
of Ballots, Master Ballots and Related Instructions; (III) Approving
Solicitation Package Contents and Authorizing Distribution of Solicitation
and Notice Materials; (IV) Fixing Voting Record Date; (V) Establishing
Notice and Objection Procedures in Respect of Confirmation;
(VI) Settling Confirmation Schedule and Establishing Parameters of
Confirmation-Related Discovery; (VII) Establishing New Deadline for
Return of Media Ownership Certifications; (VIII) Authorizing Expansion
of Balloting and Tabulation Agent's Retention and Allocation of Costs of
Same; and (X) Granting Related Relief (Filed November 19, 2010)
(Docket No. 6511)

(c)    Objection of the Pre-LBO Debtholder Plan Proponents to Debtors' Motion
Seeking, Among Other Things, (I) Approval of Forms of Ballots, Master
Ballots and Related Instructions; (II) Fixing Voting Record Date;
(III) Establishment of Notice and Objection Procedures in Respect of
Confirmation; and (IV) Authorizing Expansion of Balloting and
Tabulation Agent's Retention and Allocation of Costs of Same (Filed
November 19, 2010) (Docket No. 6512)

(d)    Joint Objection of the Pre-LBO Debtholder Plan Proponents to Debtors'
Solicitation Procedures Motion Seeking, Among Other Things, Approval
of Procedures for Submitting Media Ownership Certifications (Filed
November 19, 2010) (Docket No. 6513)

(e)    The Bridge Agent's Objection to the Motion of the Debtors for an Order
(I) Establishing Procedures for Solicitation and Tabulation of Votes to
Accept or Reject Plans of Reorganization; (II) Approving Forms of
Ballots, Master Ballots and Related Instructions; (III) Approving
Solicitation Package Contents and Authorizing Distribution of Solicitation
and Notice Materials; (IV) Fixing Voting Record Date; (V) Establishing
Notice and Objection Procedures in Respect of Confirmation; (VI) Setting
Confirmation Schedule and Establishing Parameters of Confirmation-
Related Discovery; (VII) Establishing New Deadlines for Return of Media
Ownership Certifications; (VIII) Authorizing Expansion of Balloting and
Tabulation Agent's Retention and Allocation of Costs of Same; and
(IX) Granting Related Relief (Filed November 19, 2010) (Docket No.
6514)

46429/0001-7118660v4

(f)     Objection of Wilmington Trust Company to the Motion of the Debtors for an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery and Joinder to Opposition of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery (Filed November 22, 2010) (Docket No. 6554)

(g)     Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery (Filed November 22, 2010) (Docket No. 6558)

(h)     Joinder of Law Debenture Trust Company of New York to Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery (Filed November 23, 2010) (Docket No. 6591)

(i)     Motion to Withdraw Exhibit D to the Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery [Docket No. 6558] (Filed November 23, 2010) (Docket No. 6587)

(j)     Notice of Filing of Corrected Exhibit D to the Objection of Aurelius Capital Management, LP to the Debtors' Motion for Entry of an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery (Filed November 23, 2010) (Docket No. 6589)

(k)     Omnibus Reply of Debtors to Objections to Solicitation Motion and In Support of Entry of an Order Imposing Reasonable Limitations on Confirmation-Related Discovery and the Confirmation Hearing [D.I. 6255] (Filed November 24, 2010) (Docket No. 6622)

(l)     **Certification of Counsel Regarding Proposed Order (Filed November 24, 2010) (Docket No. 6628)**

Status:     This matter will be going forward.

46429/0001-7118660v4

7.      Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting
        Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain
        Causes of Action on Behalf of the Debtors' Estates Arising Under and Pursuant to 11
        U.S.C. §§ 547 and 550 (Filed November 11, 2010) (Docket No. 6414)

        Related Document(s):

                (a)     Amended Motion of the Official Committee of Unsecured Creditors for
                        Entry of an Order Granting Leave, Standing and Authority to Commence,
                        Prosecute, Settle and Recover Certain Causes of Action on Behalf of the
                        Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550
                        (Filed November 17, 2010) (Docket No. 6485)

        Objection Deadline:  November 22, 2010 at 4:00 p.m.

        Responses Received:

                (a)     Response and Limited Objection of Aurelius Capital Management, LP to
                        Amended Motion of the Official Committee of Unsecured Creditors for
                        Entry of an Order Granting Leave, Standing and Authority to Commence,
                        Prosecute, Settle and Recover Certain Causes of Action on Behalf of the
                        Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550
                        (Filed November 22, 2010) (Docket No. 6550)

                (b)     Limited Objection of Wilmington Trust Company to the Motion of the
                        Official Committee of Unsecured Creditors for Entry of an Order Granting
                        Leave, Standing and Authority to Commence, Prosecute, Settle and
                        Recover Certain Causes of Action on Behalf of the Debtors' Estates and
                        Joinder to Response and Limited Objection of Aurelius Capital
                        Management, LP to Amended Motion of the Official Committee of
                        Unsecured Creditors for Entry of an Order Granting Leave, Standing and
                        Authority to Commence, Prosecute, Settle and Recover Certain Causes of
                        Action on Behalf of the Debtors' Estates Arising Under and Pursuant to 11
                        U.S.C. §§ 547 and 550 (Filed November 22, 2010) (Docket No. 6553)

                (c)     Reply of the Official Committee of Unsecured Creditors in Support of its
                        Amended Motion for Entry of an Order Granting Leave, Standing and
                        Authority to Commence, Prosecute, Settle and Recover Certain Causes of
                        Action on Behalf of the Debtors' Estates Arising Under and Pursuant to 11
                        U.S.C. §§ 547 and 550 (Filed November 24, 2010) (Docket No. 6620)

                (d)     Reply of Debtors to (I) Response and Limited Objection of Aurelius
                        Capital Management L.P. and (II) Limited Objection of Wilmington Trust
                        Company to Motion of Official Committee of Unsecured Creditors for
                        Entry of an Order Granting Leave, Standing and Authority to Commence,
                        Prosecute, Settle and Recover Certain Causes of Action on Behalf of

46429/0001-7118660v4

Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550 (Filed November 24, 2010) (Docket No. 6624)

(e)     Declaration of Brian Whittman, Managing Director at Alvarez & Marsal North America, LLC (Filed November 24, 2010) (Docket No. 6632)

Status:         This matter will be going forward.

8.      Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to (A) Toll Certain Causes of Action Against the Debtors' Professionals on Behalf of the Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550 or, at the Committee's Option, (B) Commence, Prosecute, Settle and Recover Such Actions (Filed November 23, 2010) (Docket No. 6559)

Related Document(s):

(a)     Motion Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening Time for Notice of the Hearing to Consider Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to (A) Toll Certain Causes of Action Against the Debtors' Professionals on Behalf of the Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550 or, at the Committee's Option, (B) Commence, Prosecute, Settle and Recover Such Actions (Filed November 23, 2010) (Docket No. 6560)

(b)     Order Granting Motion Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening Time for Notice of the Hearing to Consider Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to (A) Toll Certain Causes of Action Against the Debtors' Professionals on Behalf of the Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550 or, at the Committee's Option, (B) Commence, Prosecute, Settle and Recover Such Actions (Entered November 23, 2010) (Docket No. 6570)

(c)     Notice of Motion (Filed November 23, 2010) (Docket No. 6590)

(d)     **Notice of Filing of Amended Exhibit A to Professionals Preference Standing Motion (Filed November 24, 2010) (Docket No. 6630)**

Objection Deadline:  To be presented at the hearing.

46429/0001-7118660v4

Responses Received:

    (a)    **Jenner & Block LLP's Limited Objection to the Committee's Motion for Entry of an Order Granting Leave, Standing and Authority to (A) Toll Certain Causes of Action Against the Debtors' Professionals on Behalf of the Debtors' Estates Under 11 U.S.C. §§ 547 and 550, or at the Committee's Option, (B) Commence, Prosecute, Settle and Recover Such Actions (Filed November 28, 2010) (Docket No. 6642)**

Status:      This matter will be going forward.

9.    Emergency Motion of Step One Credit Agreement Lenders for Relief Concerning JPMorgan Chase Bank N.A.'s Refusal to Record Loan Trades (Filed November 23, 2010) (Docket No. 6561)

Related Document(s):

    (a)    Motion of the Step One Lenders Pursuant to Del. Bankr. L. R. 9006-1(e) for Order Shortening Notice for Emergency Motion of Step One Credit Agreement Lenders for Relief Concerning JPMorgan Chase Bank N.A.'s Refusal to Record Loan Trades (Filed November 23, 2010) (Docket No. 6562)

    (b)    Order (WITH REVISIONS MADE BY THE COURT) Shortening Notice for Emergency Motion of Step One Credit Agreement Lenders for Relief Concerning JPMorgan Chase Bank N.A.'s Refusal to Record Loan Trades (Entered November 24, 2010) (Docket No. 6616)

Objection Deadline:  To be determined.

Responses Received:  None at this time.

Status:      In accordance with the Order shortening notice, this matter will be going forward for scheduling.  The Movant and JPMorgan have been discussing a consensual resolution.

Dated:  November 29, 2010

                    SIDLEY AUSTIN LLP
                    James F. Conlan
                    Bryan Krakauer
                    One South Dearborn Street
                    Chicago, IL  60603
                    Telephone:  (312) 853-7000

                    -and-

46429/0001-7118660v4

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

18