UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF ANDREWS KURTH LLP
PURSUANT TO FED. R. BANKR. P. 2019(a)**

Andrews Kurth LLP ("Counsel") for its verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), respectfully represents:

1. Counsel appears in these cases on behalf of the *Ad Hoc* Committee (the "OpCo Trade Committee") of Subsidiary Trade Creditors (the "Trade Creditors"), which consists of affiliates of (A) Longacre Management LLC and (B) ASM Capital. The Members of the *Ad Hoc* OpCo Trade Committee hold trade claims against various operating company Debtors in these jointly administered cases which aggregate approximately $9 million.

2. Counsel was approached by members of the OpCo Trade Committee for advice concerning the treatment of Trade Creditors under proposed plans for the Debtors and to represent them in connection therewith.

3. The undersigned hereby verifies under oath that this Verified Statement pursuant to Rule 2019(a) is true and accurate to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise, supplement and/or amend these statements, as necessary or appropriate.

NYC:221366.1

Dated: Wilmington, Delaware
November 26, 2010

ANDREWS KURTH LLP

By: /s/ Paul N. Silverstein
Paul N. Silverstein (NYS Bar No. PS 5098)
450 Lexington Avenue
New York, New York 10017
Telephone Number: (212) 850-2800
Facsimile   Number:   (212)   850-2929
paulsilverstein@andrewskurth.com

NYC:221366.1