## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. No. 6559 and 6630 |

### NOTICE OF FILING OF SECOND AMENDED EXHIBIT A
### TO PROFESSIONALS PREFERENCE STANDING MOTION

PLEASE TAKE NOTICE that on November 23, 2010, the Official Committee of Unsecured Creditors (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to (A) Toll Certain Causes of Action Against the Debtors' Professionals on Behalf of the Debtors' Estates Arising Under and Pursuant to 11 U.S.C. §§ 547 and 550 or, at the Committee's Option, (B) Commence, Prosecute, Settle and Recover Such Actions* [Docket No. 6559] (the "Professionals Preference Standing Motion").

PLEASE TAKE FURTHER NOTICE that on November 24, 2010, the Committee filed the *Notice of Filing of Amended Exhibit A to Professionals Preference Standing Motion* [Docket No. 6630].

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

{698.001-W0011349.2}

PLEASE TAKE FURTHER NOTICE that Amended Exhibit A to the Professionals Preference Standing Motion is hereby amended and replaced by the Second Amended Exhibit A attached hereto.

Dated: November 29, 2010  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)  
Richard S. Cobb (No. 3157)  
J. Landon Ellis (No. 4852)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

- and -

Graeme W. Bush  
James Sottile  
Andrew N. Goldfarb  
**ZUCKERMAN SPAEDER LLP**  
1800 M Street, N.W., Suite 1000  
Washington, DC 20036  
Telephone: (202) 778-1800  
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*