## SECOND AMENDED EXHIBIT A

{698.001-W0011365.2}CPAM: 3361547.1

## List of Preference Defendants[1]

**Morgan Stanley & Co.**
Katten Muchin Rosenman LLP[2]
Citigroup Global Markets Inc.
Sidley Austin LLP
McDermott Will & Emery
PricewaterhouseCoopers
Jenner & Block LLP
Paul, Hastings, Janofsky & Walker LLP
Seyfarth Shaw LLP
King, Blackwell, Downs & Zehnder, P.A.
Davis Wright & Tremaine
Levine Sullivan Koch & Schulz, LLP

---

[1] This exhibit has been amended to include additional entities as Preference Defendants. The additional Preference Defendant appears in bold.
[2] Zuckerman Spaeder LLP does not represent the Committee with respect to the prosecution of the identified Preference Actions against Paul, Hastings, Janofsky & Walker LLP and Katten Muchin Rosenman LLP.

{698.001-W0011365.2}CPAM: 3361547.1