# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**October 1, 2010 - October 31, 2010**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 32.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 20.5 |
| Zul Jamal | Senior Vice President | 55.0 |
| Ashish Ajmera | Vice President | 51.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 56.0 |
| | **Total Moelis Team Hours** | **280.5** |

**I. Summary**

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 32.0 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| Zul Jamal | Sr. Vice President | 55.0 |
| Ashish Ajmera | Vice President | 51.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 56.0 |
| **Total** | | **280.5** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 10/01/10 | 3.0 | Discussion with Aurelius re: Litigation recovery model |
| Zul Jamal | 10/01/10 | 3.0 | Discussion with Aurelius re: Litigation recovery model |
| Ashish Ajmera | 10/01/10 | 3.0 | Discussion with Aurelius re: Litigation recovery model |
| Evan Glucoft | 10/01/10 | 3.0 | Discussion with Aurelius re: Litigation recovery model |
| Navid Mahmoodzadegan | 10/01/10 | 1.0 | Review of Company financials |
| Ashish Ajmera | 10/01/10 | 1.0 | Review of Company financials |
| Evan Glucoft | 10/01/10 | 1.0 | Review of Company financials |
| Sandhya Sistla | 10/01/10 | 1.0 | Review of Company financials |
| Ashish Ajmera | 10/04/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 10/04/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 10/04/10 | 3.0 | Weekly Media Update |
| Thane Carlston | 10/04/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Zul Jamal | 10/04/10 | 2.0 | Discussion with Chadbourne re: UCC Plan |
| Ashish Ajmera | 10/04/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Evan Glucoft | 10/04/10 | 3.0 | Discussion with Chadbourne re: UCC Plan |
| Thane Carlston | 10/05/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Zul Jamal | 10/05/10 | 3.0 | Discussion with Chadbourne re: UCC Plan |
| Ashish Ajmera | 10/05/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Evan Glucoft | 10/05/10 | 3.0 | Discussion with Chadbourne re: UCC Plan |
| Zul Jamal | 10/05/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/05/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 10/05/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/05/10 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 10/06/10 | 1.5 | Call w/Zuckerman re: Aurelius litigation views |
| Zul Jamal | 10/06/10 | 1.5 | Call w/Zuckerman re: Aurelius litigation views |
| Ashish Ajmera | 10/06/10 | 1.5 | Call w/Zuckerman re: Aurelius litigation views |
| Evan Glucoft | 10/06/10 | 1.5 | Call w/Zuckerman re: Aurelius litigation views |
| Zul Jamal | 10/06/10 | 2.0 | Preparation of discussion materials for UCC meeting |
| Evan Glucoft | 10/06/10 | 1.0 | Preparation of discussion materials for UCC meeting |
| Sandhya Sistla | 10/06/10 | 3.0 | Preparation of discussion materials for UCC meeting |
| Zul Jamal | 10/06/10 | 1.0 | Call w/Counsel re: UCC meeting discussion materials |
| Ashish Ajmera | 10/06/10 | 1.0 | Call w/Counsel re: UCC meeting discussion materials |
| Evan Glucoft | 10/06/10 | 1.0 | Call w/Counsel re: UCC meeting discussion materials |
| Sandhya Sistla | 10/06/10 | 1.0 | Call w/Counsel re: UCC meeting discussion materials |
| Thane Carlston | 10/07/10 | 2.5 | UCC Meeting |
| Navid Mahmoodzadegan | 10/07/10 | 2.5 | UCC Meeting |
| Zul Jamal | 10/07/10 | 2.5 | UCC Meeting |
| Ashish Ajmera | 10/07/10 | 2.5 | UCC Meeting |
| Evan Glucoft | 10/07/10 | 2.5 | UCC Meeting |
| Sandhya Sistla | 10/07/10 | 2.5 | UCC Meeting |
| Zul Jamal | 10/08/10 | 1.0 | Call w/Counsel re: UCC meeting discussion materials |
| Ashish Ajmera | 10/08/10 | 1.0 | Call w/Counsel re: UCC meeting discussion materials |

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 32.0 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| Zul Jamal | Sr. Vice President | 55.0 |
| Ashish Ajmera | Vice President | 51.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 56.0 |
| **Total** | | **280.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Evan Glucoft | 10/08/10 | 1.0 | Call w/Counsel re: UCC meeting discussion materials |
| Thane Carlston | 10/08/10 | 1.0 | Preparation of discussion materials for UCC meeting |
| Zul Jamal | 10/08/10 | 3.0 | Preparation of discussion materials for UCC meeting |
| Ashish Ajmera | 10/08/10 | 1.0 | Preparation of discussion materials for UCC meeting |
| Evan Glucoft | 10/08/10 | 4.0 | Preparation of discussion materials for UCC meeting |
| Sandhya Sistla | 10/08/10 | 2.0 | Preparation of discussion materials for UCC meeting |
| Thane Carlston | 10/09/10 | 2.0 | UCC Meeting |
| Navid Mahmoodzadegan | 10/09/10 | 2.0 | UCC Meeting |
| Zul Jamal | 10/09/10 | 2.0 | UCC Meeting |
| Ashish Ajmera | 10/09/10 | 2.0 | UCC Meeting |
| Evan Glucoft | 10/09/10 | 2.0 | UCC Meeting |
| Sandhya Sistla | 10/09/10 | 2.0 | UCC Meeting |
| Thane Carlston | 10/10/10 | 2.0 | Special UCC Meeting |
| Navid Mahmoodzadegan | 10/10/10 | 2.0 | Special UCC Meeting |
| Zul Jamal | 10/10/10 | 2.0 | Special UCC Meeting |
| Ashish Ajmera | 10/10/10 | 2.0 | Special UCC Meeting |
| Evan Glucoft | 10/10/10 | 2.0 | Special UCC Meeting |
| Sandhya Sistla | 10/10/10 | 2.0 | Special UCC Meeting |
| Ashish Ajmera | 10/11/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 10/11/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 10/11/10 | 3.0 | Weekly Media Update |
| Thane Carlston | 10/11/10 | 1.0 | Review of Draft Term Sheet and Press Release for Joint Plan |
| Navid Mahmoodzadegan | 10/11/10 | 1.0 | Review of Draft Term Sheet and Press Release for Joint Plan |
| Zul Jamal | 10/11/10 | 1.0 | Review of Draft Term Sheet and Press Release for Joint Plan |
| Ashish Ajmera | 10/11/10 | 1.0 | Review of Draft Term Sheet and Press Release for Joint Plan |
| Evan Glucoft | 10/11/10 | 1.0 | Review of Draft Term Sheet and Press Release for Joint Plan |
| Sandhya Sistla | 10/11/10 | 1.0 | Review of Draft Term Sheet and Press Release for Joint Plan |
| Zul Jamal | 10/12/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/12/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 10/12/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/12/10 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 10/13/10 | 3.0 | Discussion with Chadbourne re: UCC Plan |
| Ashish Ajmera | 10/13/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Evan Glucoft | 10/13/10 | 3.0 | Discussion with Chadbourne re: UCC Plan |
| Sandhya Sistla | 10/13/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Thane Carlston | 10/13/10 | 1.0 | Internal call re: UCC discussion materials |
| Zul Jamal | 10/13/10 | 1.0 | Internal call re: UCC discussion materials |
| Ashish Ajmera | 10/13/10 | 1.0 | Internal call re: UCC discussion materials |
| Evan Glucoft | 10/13/10 | 1.0 | Internal call re: UCC discussion materials |
| Sandhya Sistla | 10/13/10 | 1.0 | Internal call re: UCC discussion materials |
| Thane Carlston | 10/14/10 | 3.0 | UCC Meeting |
| Navid Mahmoodzadegan | 10/14/10 | 3.0 | UCC Meeting |



**Tribune Co.**
Time Log - October 2010

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 32.0 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| Zul Jamal | Sr. Vice President | 55.0 |
| Ashish Ajmera | Vice President | 51.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 56.0 |
| **Total** | | **280.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 10/14/10 | 3.0 | UCC Meeting |
| Ashish Ajmera | 10/14/10 | 3.0 | UCC Meeting |
| Evan Glucoft | 10/14/10 | 3.0 | UCC Meeting |
| Sandhya Sistla | 10/14/10 | 3.0 | UCC Meeting |
| Navid Mahmoodzadegan | 10/15/10 | 2.0 | Review of Debtors updated projections and valuation |
| Zul Jamal | 10/15/10 | 2.0 | Review of Debtors updated projections and valuation |
| Ashish Ajmera | 10/15/10 | 2.0 | Review of Debtors updated projections and valuation |
| Evan Glucoft | 10/15/10 | 2.0 | Review of Debtors updated projections and valuation |
| Sandhya Sistla | 10/15/10 | 2.0 | Review of Debtors updated projections and valuation |
| Navid Mahmoodzadegan | 10/15/10 | 1.0 | Tribune FA Call |
| Zul Jamal | 10/15/10 | 1.0 | Tribune FA Call |
| Ashish Ajmera | 10/15/10 | 1.0 | Tribune FA Call |
| Evan Glucoft | 10/15/10 | 1.0 | Tribune FA Call |
| Sandhya Sistla | 10/15/10 | 1.0 | Tribune FA Call |
| Zul Jamal | 10/18/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Ashish Ajmera | 10/18/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Evan Glucoft | 10/18/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Sandhya Sistla | 10/18/10 | 1.0 | Discussion with Chadbourne re: UCC Plan |
| Ashish Ajmera | 10/18/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 10/18/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 10/18/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 10/19/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/19/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 10/19/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/19/10 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 10/19/10 | 2.5 | Review of Plan of Reorganization Documents |
| Navid Mahmoodzadegan | 10/19/10 | 1.5 | Review of Plan of Reorganization Documents |
| Zul Jamal | 10/19/10 | 2.0 | Review of Plan of Reorganization Documents |
| Ashish Ajmera | 10/19/10 | 2.5 | Review of Plan of Reorganization Documents |
| Evan Glucoft | 10/19/10 | 2.5 | Review of Plan of Reorganization Documents |
| Sandhya Sistla | 10/19/10 | 2.5 | Review of Plan of Reorganization Documents |
| Zul Jamal | 10/20/10 | 1.5 | Review of revised liquidation analysis |
| Ashish Ajmera | 10/20/10 | 1.5 | Review of revised liquidation analysis |
| Evan Glucoft | 10/20/10 | 1.5 | Review of revised liquidation analysis |
| Sandhya Sistla | 10/20/10 | 1.5 | Review of revised liquidation analysis |
| Zul Jamal | 10/21/10 | 0.5 | Disclosure Statement Review w/Alix |
| Ashish Ajmera | 10/21/10 | 0.5 | Disclosure Statement Review w/Alix |
| Evan Glucoft | 10/21/10 | 0.5 | Disclosure Statement Review w/Alix |
| Sandhya Sistla | 10/21/10 | 0.5 | Disclosure Statement Review w/Alix |
| Thane Carlston | 10/21/10 | 2.5 | UCC Meeting |
| Navid Mahmoodzadegan | 10/21/10 | 2.5 | UCC Meeting |
| Zul Jamal | 10/21/10 | 2.5 | UCC Meeting |

**Tribune Co.**
Time Log - October 2010

**MOELIS & COMPANY**

### I. Summary

| Name | Title | Hours |
|---|---|---:|
| Thane Carlston | Managing Director | 32.0 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| Zul Jamal | Sr. Vice President | 55.0 |
| Ashish Ajmera | Vice President | 51.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 56.0 |
| **Total** | | **280.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Ashish Ajmera | 10/21/10 | 2.5 | UCC Meeting |
| Evan Glucoft | 10/21/10 | 2.5 | UCC Meeting |
| Sandhya Sistla | 10/21/10 | 2.5 | UCC Meeting |
| Thane Carlston | 10/21/10 | 1.0 | Call w/Chadbourne re: Specific Disclosure Statement |
| Zul Jamal | 10/21/10 | 1.0 | Call w/Chadbourne re: Specific Disclosure Statement |
| Ashish Ajmera | 10/21/10 | 1.0 | Call w/Chadbourne re: Specific Disclosure Statement |
| Evan Glucoft | 10/21/10 | 1.0 | Call w/Chadbourne re: Specific Disclosure Statement |
| Sandhya Sistla | 10/21/10 | 1.0 | Call w/Chadbourne re: Specific Disclosure Statement |
| Zul Jamal | 10/21/10 | 1.0 | Call with Debtor Advisors re: Updated Projections |
| Ashish Ajmera | 10/21/10 | 1.0 | Call with Debtor Advisors re: Updated Projections |
| Evan Glucoft | 10/21/10 | 1.0 | Call with Debtor Advisors re: Updated Projections |
| Sandhya Sistla | 10/21/10 | 1.0 | Call with Debtor Advisors re: Updated Projections |
| Zul Jamal | 10/21/10 | 0.5 | Call with Debtor Advisors re: Liquidation Analysis |
| Ashish Ajmera | 10/21/10 | 0.5 | Call with Debtor Advisors re: Liquidation Analysis |
| Evan Glucoft | 10/21/10 | 0.5 | Call with Debtor Advisors re: Liquidation Analysis |
| Sandhya Sistla | 10/21/10 | 0.5 | Call with Debtor Advisors re: Liquidation Analysis |
| Thane Carlston | 10/22/10 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 10/22/10 | 1.0 | UCC Meeting |
| Zul Jamal | 10/22/10 | 1.0 | UCC Meeting |
| Ashish Ajmera | 10/22/10 | 1.0 | UCC Meeting |
| Evan Glucoft | 10/22/10 | 1.0 | UCC Meeting |
| Sandhya Sistla | 10/22/10 | 1.0 | UCC Meeting |
| Thane Carlston | 10/22/10 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 10/22/10 | 1.0 | UCC Meeting |
| Zul Jamal | 10/22/10 | 1.0 | UCC Meeting |
| Ashish Ajmera | 10/22/10 | 1.0 | UCC Meeting |
| Evan Glucoft | 10/22/10 | 1.0 | UCC Meeting |
| Sandhya Sistla | 10/22/10 | 1.0 | UCC Meeting |
| Ashish Ajmera | 10/25/10 | 0.5 | Weekly Media Update |
| Evan Glucoft | 10/25/10 | 2.5 | Weekly Media Update |
| Sandhya Sistla | 10/25/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 10/26/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 10/26/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 10/26/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 10/26/10 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 10/30/10 | 5.0 | Reviews of competing POR and Disclosure Statements |
| Zul Jamal | 10/30/10 | 5.0 | Reviews of competing POR and Disclosure Statements |
| Ashish Ajmera | 10/30/10 | 5.0 | Reviews of competing POR and Disclosure Statements |
| Evan Glucoft | 10/30/10 | 5.0 | Reviews of competing POR and Disclosure Statements |
| Sandhya Sistla | 10/30/10 | 5.0 | Reviews of competing POR and Disclosure Statements |
| | **Total** | **280.5** | |