# EXHIBIT B

# Tribune Co.

Moelis & Company - October 2010 Expense Summary

|  | October 2010 |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Travel / Overtime / Weekend meals | - |
| Taxi / Transportation / Parking | 14.20 |
| Telephone | - |
| Presentations | - |
| Other | 337.91 |
| **Total** | **$ 352.11** |

**Tribune Co.**
Moelis & Company - October 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 8/25/2010 | TAXI | KING BROKERAGE KING BROOKLYN Taxi to Tribune mtg Taxi to mtg at Chadbourne | Carlston | 14.20 | 14.20 |
| | | | | | **Total Requested** | **$14.20** |
| **OTHER** | | | | | | |
| | | COURIER | Courier services (messenger & FedEx) | | 84.48 | 84.48 |
| | | INFO SERVICES | Info services | | 253.43 | 253.43 |
| | | | | | **Total Requested** | **$337.91** |
| | | | | | **Month Total   $** | **352.11** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location