# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
|  | **Objection Date:** December 20, 2010 at 4:00 p.m. |
|  | **Hearing Date:** *Only if Objections are filed* |

## EIGHTEENTH MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION <u>FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010</u>

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (<u>nunc pro tunc</u> to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Period for Which Compensation          **June 1, 2010 through June 30, 2010**
and Reimbursement is Sought:

Amount of compensation sought as actual,          **$2,137,974.84**
reasonable and necessary:

Amount of Expense Reimbursement sought as          **$108,707.53**
actual, reasonable and necessary


This is a(n):    __X__ monthly          _____ interim          _____ final application

Requested Payment Amount:

Fees at 80%                              **$1,710,379.87**

Expenses at 100%                         **$108,707.53**

2

## FEE SUMMARY FOR THE PERIOD FROM
## JUNE 1, 2010 THROUGH JUNE 30, 2010

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 13 years. Admitted 1997. | $710 | 10.50 | $7,455.00 |
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 0.90 | $720.00 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 51.00 | $42,075.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 221.90 | $171,972.50 |
| Donald E. Bingham | Partner/ Banking/ 12 years. Admitted 1998. | $635 | 13.10 | $8,318.50 |
| Kevin F. Blatchford | Partner/ Corporate/ 24 years. Admitted 1986. | $735 | 17.40 | $12,789.00 |
| Stephen C. Carlson | Partner/ Litigation/ 33 years. Admitted 1977. | $735 | 0.90 | $661.50 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul S. Caruso | Partner/ Bankruptcy/ 14 years. Admitted 1996. | $725 | 4.80 | $3,480.00 |
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 173.50 | $164,825.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | 7.50 | $5,437.50 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 222.00 | $152,070.00 |
| Steven A. Ellis | Partner/ Litigation/ 16 years. Admitted 1994. | $700 | 2.00 | $1,400.00 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 20.90 | $13,062.50 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 7.40 | $5,735.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 2.20 | $1,760.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 3.10 | $2,247.50 |
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 81.00 | $68,850.00 |
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 15.40 | $11,165.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 1.00 | $685.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 85.70 | $59,990.00 |
| Erin E. Kelly | Partner/ Litigation/ 14 years. Admitted 1996. | $675 | 0.40 | $270.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 164.30 | $147,491.25 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin T. Lantry | Partner/ Bankruptcy/ 29 years. . Admitted 1991. | $850 | 71.90 | $61,115.00 |
| Scott R. Lassar | Partner/ Litigation/ 35 years. Admitted 1975. | $850 | 1.00 | $850.00 |
| Robert J. Lewis | Partner/ Banking/ 15 years. Admitted 1995. | $650 | 10.50 | $6,825.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 112.30 | $72,995.00 |
| Michael A. Nemeroff | Partner/ Government Contracts Counseling and Litigation/ 38 years. Admitted 1972. | $735 | 0.20 | $147.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 2.10 | $1,995.00 |
| Timothy G. Payne | Partner/ Employment and Labor Law/ 17 years. Admitted 1993. | $590 | 0.30 | $177.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven Pitt | Partner/ Dispute Resolution/ 12 years. Admitted 1998. | £550 (London) | 3.70 | $3,117.83 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 3.40 | $2,499.00 |
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 1.90 | $1,330.00 |
| Alan M. Unger | Partner/ Litigation/ 31 years. Admitted 1979. | $850 | 0.50 | $425.00 |
| Jay H. Zimbler | Partner/ Tax/ 35 years. Admitted 1975. | $850 | 3.60 | $3,060.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 92.60 | $62,505.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brett Rowland | Counsel/ Dispute Resolution/ 10 years. Admitted 2000. | £510 (London) | 5.90 | $4,670.43 |
| Nicholas J. Alexiou | Associate/ Litigation/ 1 year. Admission pending. | $250 | 121.30 | $30,325.00 |
| Sheila A.G. Armbrust | Associate/ Litigation/ 2 years. Admitted 2008. | $380 | 42.30 | $16,074.00 |
| David M. Baron | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 27.60 | $8,694.00 |
| Megan Nogasky Beer | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 7.70 | $2,733.50 |
| James R. Benjamin | Associate/ Banking/ 2 years. Admitted 2008. | $355 | 0.40 | $142.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 84.80 | $44,520.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 124.20 | $80,730.00 |
| Emily A. Caveness | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 31.90 | $10,048.50 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 1.00 | $425.00 |
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 86.10 | $36,592.50 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 44.40 | $13,986.00 |
| Jason J. Englund | Associate/ Employment and Labor Law/ 1 year. Admitted 2009. | $355 | 22.30 | $7,916.50 |
| Rachel M. Fleischer | Associate/ Employment and Labor Law/ 3 years. Admitted 2007. | $395 | 25.50 | $10,072.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James A. Fortosis | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 14.40 | $5,112.00 |
| Rachel D. Gray | Associate/ Environmental Law/ 5 years. Admitted 2005. | $475 | 30.00 | $14,250.00 |
| Bojan Guzina | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 1.70 | $1,105.00 |
| Christopher R. Hale | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 3.00 | $1,065.00 |
| Jamie E. Haney | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 21.80 | $8,611.00 |
| Eric G. Hoffman | Associate/ Litigation/ 6 years. Admitted 2004. | $650 | 7.60 | $4,940.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 1.80 | $954.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Geoffrey M. King | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 54.40 | $20,400.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 60.60 | $25,755.00 |
| Scott P. Kramer | Associate/ Litigation 3 years. Admitted 2007 | $395 | 21.00 | $8,295.00 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 49.00 | $17,395.00 |
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 66.30 | $21,547.50 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 93.50 | $40,205.00 |
| Meredith Jenkins Laval | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 6.70 | $2,646.50 |
| Sara S. Love | Associate/ Litigation/ 4 years. Admitted 2006. | $465 | 9.60 | $4,464.00 |

11

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jillian K. Ludwig | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 122.00 | $57,950.00 |
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 6.80 | $2,550.00 |
| Zachary A. Madonia | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 15.60 | $4,914.00 |
| Ashley K. Martin | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 21.90 | $7,774.50 |
| Elizabeth Maxeiner | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 14.80 | $6,364.00 |
| Adam McClay | Associate/ Litigation/ <1 year. Admitted 2010. | $375 | 7.80 | $2,925.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 134.90 | $75,544.00 |
| Ryan C. Morris | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 1.60 | $760.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brett H. Myrick | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 43.20 | $16,200.00 |
| Sandra F. Palmer | Associate/ Litigation/ 7 years. Admitted 2003. | $525 | 62.80 | $32,970.00 |
| Tom A. Paskowitz | Associate/ Litigation/ 4 years. Admitted 2006. | $560 | 1.00 | $560.00 |
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 63.00 | $32,445.00 |
| Christopher A. Ripple | Associate/ Litigation/ 2 years. Admitted 2008. | 355 | 33.40 | $11,857.00 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 6 years. Admitted 2004. | $495 | 12.70 | $6,286.50 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 90.00 | $38,250.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 59.40 | $19,305.00 |
| Richard Searle | Associate/ Corporate Securities/ 1 year. Admitted 2009. | £390 (London) | 5.40 | $3,385.33 |
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 24.50 | $9,677.50 |
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 12.10 | $4,779.50 |
| Alison Leff Triggs | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 54.80 | $23,290.00 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 157.40 | $62,173.00 |
| Annie C. Wallis | Associate/ Banking/ 4 years. Admitted 2006. | $430 | 0.30 | $129.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan M. Walsh | Associate/ Litigation/ 4 years. Admitted 2006. | $395 | 15.10 | $5,964.50 |
| Mary E. Weicher Gaudette | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 45.50 | $19,337.50 |
| Matthew T. Holohan | Staff Attorney Litigation/ 9 years. Admitted 2001. | $245 | 14.40 | $3,528.00 |
| Heather Irwin | Staff Attorney Litigation/ 10 years. Admitted 2000. | $245 | 18.00 | $4,410.00 |
| Roberto Alarcon | Legal Assistant/ Litigation 2 years. | $190 | 5.30 | $1,007.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ < 1 year. | $190 | 11.80 | $2,242.00 |
| Richard Bryan | Legal Assistant/ Litigation/ 2 years. | $190 | 40.40 | $7,676.00 |
| Zorina De La Cruz | Legal Assistant/ Litigation/ 5 years. | $215 | 22.00 | $4,730.00 |

15

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Beryl E. Dennis | Legal Assistant/ Litigation/ 25 years. | $290 | 147.10 | $42,659.00 |
| Minnie H. Lee | Legal Assistant/ Insurance/ 3 years. | $210 | 12.00 | $2,520.00 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 16.00 | $3,040.00 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 1.00 | $230.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 38.00 | $10,830.00 |
| Devon Hudson MacWilliam | Legal Assistant/ Litigation/ 6 years. | $215 | 8.30 | $1,784.50 |
| Branka V. Nastasic | Legal Assistant/ Corporate/ 8 years. | $225 | 14.60 | $3,285.00 |
| Karen A. Nelms | Legal Assistant/ Litigation/ 14 years. | $245 | 8.20 | $2,009.00 |
| James P. Platt | Legal Assistant/ Litigation/ 8 years. | $200 | 23.10 | $4,620.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nebojsa Rebic | Legal Assistant/ Litigation/ 14 years. | $225 | 0.50 | $112.50 |
| Katherine Riley | Legal Assistant/ Litigation/ 10 years. | $275 | 23.50 | $6,462.50 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 36.80 | $6,992.00 |
| Cameron Waldman | Legal Assistant/ Litigation/ 1 year. | $175 | 24.20 | $4,235.00 |
| Mary L. Wiersema | Legal Assistant/ Investment Products/ 28 years. | $245 | 20.50 | $5,022.50 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 9.70 | $1,067.00 |
| Michael J. Fillinger | Librarian/ 4 years. | $125 | 0.30 | $37.50 |
| Eva M. Huber | Librarian/ 17 years. | $100 | 0.40 | $40.00 |
| Alex Godofsky | Litigation Support/ < 1 year. | $185 | 3.80 | $703.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 4.60 | $966.00 |
| Daniel H. Lang | Litigation Support/ 6 years. | $185 | 1.00 | $185.00 |
| Rene Laurens | Litigation Support/ 4 years. | $265 | 22.90 | $6,068.50 |
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 23.50 | $6,227.50 |
| Daniel Rioja | Litigation Support/ 1 year. | $185 | 0.50 | $92.50 |
| JoAnne SanMateo | Litigation Support Project Manager/ 8 years. | $265 | 1.20 | $318.00 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 47.40 | $9,954.00 |
| Chris Stravropoulos | Litigation Support/ 1 year. | $185 | 11.70 | $2,164.50 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 14.50 | $3,842.50 |
| William U. Geng | Docket Clerk 24 years. | $105 | 0.30 | $31.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert Singh | Docket Clerk 20 years. | $105 | 3.00 | $315.00 |
| **Grand Total** | | | **4,114.20** | **$2,137,974.84**[1] |
| **Blended Rate** | | **$519.66** | | |

---

[1] $11,173.59 of this amount represents professional fees for services performed before June 1, 2010 that were not included in any prior monthly fee application.

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
## JUNE 1, 2010 THROUGH JUNE 30, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Matters (20100) | 43.20 | $25,815.00[2] |
| Fee Applications (30390) | 62.90 | $19,253.50 |
| Intellectual Property Issues | 6.80 | $4,539.59 |
| Executory Contracts and Leases (30410) | 21.10 | $12,357.50 |
| Vendor Issues | .20 | $112.00 |
| Use/Sale/Lease of Assets (30430) | 36.90 | $27,472.50 |
| DIP Financing/Cash Collateral (30440) | .30 | $150.00 |
| Committee-Related Matters (30460) | 2.20 | $1,825.00 |
| Litigated Matters (30470) | 2,135.60 | $978,860.00 |
| Travel Time (30480) (with 50% discount) | 9.70 | $4,486.25 |
| Labor Issues (30490) | 5.20 | $3,608.00 |
| Plan and Disclosure Statement (30500) | 1,091.80 | $705,405.00 |
| Professional Retention (30510) | 8.10 | $3,960.00 |
| Tax Issues (30520) | 83.10 | $44,219.50 |
| Claims Processing (30530) | 125.60 | $64,946.00 |
| Business Operations (30550) | 143.60 | $62,977.50 |
| Case Administration (30560) | 104.50 | $36,804.00 |
| Creditor Communications (30570) | 1.50 | $940.00 |
| Employee Issues (30590) | 194.60 | $115,851.00 |
| 2010 Exit Credit Facility (13700) | 37.30 | $24,392.50 |
| **TOTAL** | **4,114.20** | **$2,137,974.84[3]** |

---

[2] $1,670.00 of this amount represents professional fees for FCC-related services attributable to Newspaper Crossownership (2.90 hrs., $1,670.00 fees) which have been separately invoiced at the request of the Debtors.

[3] $11,173.59 of this amount represents professional fees for services performed before June 1, 2010 that were not included in any prior monthly fee application.

**EXPENSE SUMMARY FOR THE PERIOD FROM
JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[4] | Various | $5,906.85 |
| Duplicating Charges[5] | | $22,983.53 |
| Document Delivery Services | | $1,414.71 |
| Document Services | | $2,413.10 |
| Filing Fees | | $350.00 |
| Ground Transportation | | $1,309.45 |
| Lexis Research Service[6] | Lexis | $2,219.99 |
| Meals Out-of-Town | | $596.89 |
| Meals | | $2,190.50 |
| Messenger Services | | $109.93 |
| Overtime | | $791.62 |
| Document Production | | $1,450.00 |
| Professional Services/Specialists | | $50,871.92 |
| Search Services | | $247.96 |
| Telephone Tolls | | $1,657.81 |
| Travel/Lodging | | $3,822.42 |
| Westlaw Research Service[6] | Westlaw | $9,556.70 |
| Witness Fees | | $814.15 |
| | | |
| **Total** | | **$108,707.53** |

[4] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[5] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

[6] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.

LA1 1854049V.1