OFFICE OF THE TAX COLLECTOR,
COUNTY OF SAN BERNARDINO
172 W. Third Street, 1st Floor
San Bernardino, California 92415
(909) 387-8308

Secured Creditor COUNTY OF SAN BERNARDINO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Case No. 08-13210 |
| ) | |
| THE DAILY PRESS INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | REQUEST FOR WITHDRAWAL OF ADMINISTRATIVE PROOF OF CLAIM |
| | |
| | [NO HEARING REQUIRED] |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT THE CLAIM FILED ON JUNE 10, 2010 IN THE AMOUNT OF $102,074.11 BY THE COUNTY OF SAN BERNARDINO TAX COLLECTOR IS HEREBY WITHDRAWN IN ITS ENTIRETY.

Dated: NOVEMBER 24, 2010          SAN BERNARDINO COUNTY
                                  TAX COLLECTOR


By: _____
    DIANE C. MCKENZIE,
    DEPUTY TAX COLLECTOR

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of SAN BERNARDINO. I am over the age of eighteen years and not a party to the within action; my business address is 172 W. Third St. 1st Floor, San Bernardino, California 92415.

On _____, I served the within REQUEST FOR WITHDRAWAL OF PROOF OF CLAIM on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Bernardino, California addressed to those parties on the attached sheet.

X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at San Bernardino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Christine Arebalo, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on November 24, 2010 at San Bernardino, California.

Sidney Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

United States Trustee
844 King Street, Ste 2207
Wilmington DE 19801