**EXHIBIT A**

CHI-1781068v3

JONES DAY

Plan of Reorganization Matters                                              Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/01/10 | B B ERENS | 3.70 | 2,867.50 |

Call with lenders regarding plan issues (.60); prepare with Hall regarding same (.50); conference with Heiman regarding upcoming mediation planning (.30); review revised plan regarding same (.50); e-mails to and from team and creditors regarding same (.50); prepare for mediation (.60); voicemails to Hoffmann regarding plan issue memorandum (.20); review Hall memorandum regarding plan issues (.30); telephone calls with Heiman and Sidley regarding plan provisions (.20).

| 10/01/10 | D A HALL | 4.50 | 2,362.50 |

Review revised plan and prepare summary of same (3.00); call with Oaktree and company (1.00); review release language (.50).

| 10/01/10 | D G HEIMAN | 4.00 | 3,600.00 |

Telephone conference with Kurtz regarding plan strategy (.20); telephone conferences with Liebentritt and Shapiro regarding same (.30); conference call with Liebentritt and Shapiro regarding status of negotiations (.50); review and comment on e-mail regarding same (.30); telephone conference with Bernstein regarding mediation and related issues (.70); conference call with Shapiro, Kurtz and Laing regarding plan status (.60); follow-up calls with Kurtz and Shapiro (.40); telephone conferences regarding plan provisions (.50); conference with Erens, Bennett and Shapiro regarding plan provisions (.50).

| 10/02/10 | B B ERENS | 1.50 | 1,162.50 |

Conference call with Hall and Sidley regarding plan issues (1.00); review new plan and disclosure statement (.50).

| 10/02/10 | D A HALL | 1.00 | 525.00 |

Call with Erens and Sidley regarding issues of special committee to plan.

| 10/03/10 | B B ERENS | 1.00 | 775.00 |

Prepare for mediation (.50); review plan regarding same (.50).

| 10/03/10 | D G HEIMAN | 2.50 | 2,250.00 |

Telephone conference with Bernstein regarding plan negotiation status and strategy (.50); conferences with Kurtz and Conlan regarding Primoff requests (.50); conference call with counsel for arrangers (1.00); conference with Kurtz and Conlan regarding Aurelius plan (.50).

| 10/04/10 | B B ERENS | 13.50 | 10,462.50 |

Attend mediation on plan issues (12.50); conferences with Hall and Heiman regarding case status (1.00).

| 10/04/10 | D A HALL | 0.50 | 262.50 |

Call with Erens regarding status of case.

| 10/04/10 | D G HEIMAN | 6.50 | 5,850.00 |

Attend mediation session regarding plan of reorganization (6.50); conferences with Erens regarding status of negotiations (.50).

| 10/05/10 | B B ERENS | 7.50 | 5,812.50 |

Attend mediation (6.50); telephone calls and e-mails to Heiman regarding results regarding same (.50); review revised plan provision (.50).

| 10/05/10 | D A HALL | 2.50 | 1,312.50 |

Review materials related to plan and disclosure statement.

| 10/05/10 | D G HEIMAN | 3.80 | 3,420.00 |

Conferences with Erens (.50) and Kurtz regarding status of plan of reorganization negotiations (.50); telephone conferences and e-mail communications with Liebentritt, Shapiro and Liang regarding management issues (.50); conference call with Liang and Shapiro regarding deadline to file plan of reorganization (1.00); follow-up call with Kurtz regarding same (.50); activity regarding schedule of Special Committee conference call (.50); e-mail communications with Friedman regarding same (.30).

| 10/06/10 | B B ERENS | 4.90 | 3,797.50 |

Office conferences with Hall regarding results of mediation and issues regarding same (1.50); telephone call with Debtors' counsel regarding same (.20); telephone calls and e-mails to Sherman, Cullen and Heiman regarding same (.40); voicemails to Heiman regarding plan status issues (.20); e-mails from company regarding plan order and related items (.30); review solicitation issues regarding multiple plans (.20); review new plan of reorganization and consider issues regarding same (1.00); review new filings regarding same (.50); review report regarding settlement (.60).

## JONES DAY

<u>Plan of Reorganization Matters</u>                                                                                                                              <u>Page 2</u>

10/06/10         D A HALL                                                             3.70                                 1,942.50
Office conferences with Erens regarding results of mediation and director proof of claim issues (1.80); review revised plan (1.00); review related plan materials (.90).

10/06/10         D G HEIMAN                                                        2.00                                 1,800.00
Telephone conference with Kurtz and Pernick regarding new plan of reorganization mediation schedule (.50); conferences with Kurtz (.50) and Shapiro (.60) regarding status of plan of reorganization negotiations; telephone conference with Bennett regarding plan of reorganization negotiations and delay of plan filing (.50).

10/07/10         B B ERENS                                                            3.50                                 2,712.50
Telephone calls with Heiman regarding mediation status and next steps (.50); review plan issues regarding same (.30); office call with Hall regarding same (.50); telephone calls with debtors' counsel regarding settlement review (.30); review same (.80); consider plan issues regarding same (.50); telephone call with debtors' counsel regarding plan amendments (.30); e-mails to and from team regarding plan schedule (.30).

10/07/10         D A HALL                                                             4.00                                 2,100.00
Review drafts of scheduling order (1.00); call with company and creditors regarding scheduling order (1.00); meeting with Erens regarding plan and status (.50); update contact list (.50); review plan related materials (1.00).

10/07/10         D G HEIMAN                                                        3.00                                 2,700.00
Telephone conferences with Kurtz, Conlan, Pernick, Erens and Shapiro regarding plan of reorganization negotiations between Oaktree, AG and JPMorgan Chase and mediation schedule (2.00); conferences with Kurtz and Shapiro regarding plan of reorganization negotiations (.50); e-mail communications regarding comments on draft Disclosure Statement (.50).

10/08/10         B B ERENS                                                            5.30                                 4,107.50
E-mails to and from team regarding mediation results and conference call with Special Committee for approval of deal (1.00); telephone calls with Hall regarding same (.50); review revised disclosure statement (1.50); prepare for meeting with party-in-interest regarding mediation settlement (.30); e-mails to and from team regarding plan schedule and plan issues (.50); review settlement term sheet and consider issues regarding same (1.00); review standing motion and materials and e-mails to and from team regarding same (.50).

10/08/10         D A HALL                                                             3.00                                 1,575.00
Review disclosure statement (2.00); calls with Erens regarding mediation results (.50); review court pleadings (.50).

10/08/10         D G HEIMAN                                                        7.00                                 6,300.00
Attend plan of reorganization mediation session.

10/09/10         B B ERENS                                                            2.00                                 1,550.00
Telephone call with Hall regarding plan and disclosure statement revisions (.50); e-mails to and from team regarding settlement specifics (.20); e-mail to Bendernagel regarding standing issue motion response (.20); review report regarding plan settlement (.20); consider issues regarding same (.20); conference with Conlan and Heiman regarding bar order (.70).

10/09/10         D A HALL                                                             0.50                                   262.50
Call with Erens regarding disclosure statement and case status.

10/09/10         D G HEIMAN                                                        2.20                                 1,980.00
Review term sheet for new plan of reorganization (1.00); conference with Kurtz regarding same (.50); conference with Conlan and Erens regarding bar order (.70).

10/10/10         B B ERENS                                                            5.00                                 3,875.00
Call with internal team regarding preparation for depositions and special committee approval of settlement (1.20); separate calls with Heiman regarding same (.50); review Lazard materials regarding same (.50); telephone call with Lantry regarding 401K issues and contribution bar under plan (.30); e-mails to Heiman regarding same (.20); e-mails to Heiman regarding Lazard deck revisions (.30); prepare for meeting with party-in-interest (1.00); review draft of company response to trustee motion (.50); conference call with debtors' counsel regarding preparation for special committee call regarding plan approval (.50).

10/10/10         D A HALL                                                             3.00                                 1,575.00
Review disclosure statement and prepare comments for Sidley regarding same (2.00); review proposed term sheets from Sidley and prepare internal comments regarding same (1.00).

# JONES DAY

__Plan of Reorganization Matters__                                                              Page 3

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/10/10 | D G HEIMAN | 3.90 | 3,510.00 |

Conference with Kurtz regarding Lazard plan of reorganization settlement presentation (.50); revise Lazard presentation (.40); conference call with Liebentritt, Bendernagel and Kurtz regarding plan of reorganization settlement presentation to Special Committee (1.10); conference with Kurtz and Erens regarding 401K releases (.50); conference with Bendernagel regarding same (.40); telephone conferences and e-mail communications with Kurtz and Conlan regarding settlement discussions with co-arrangers (1.00).

| 10/10/10 | F E SHERMAN | 4.00 | 3,200.00 |

Jones Day group call (2.80); call regarding presentation to Special Committee (1.00); calls with Heiman and Cullen regarding same (.20).

| 10/11/10 | B B ERENS | 9.00 | 6,975.00 |

Special committee call regarding plan approval (1.90); meeting with party-in-interest regarding mediation (2.00); e-mails to Heiman regarding same and plan issues (.30); e-mails to working team regarding party-in-interest and next steps (.30); telephone call with Hall regarding expert report and plan and update tasks regarding same (1.00); e-mails to and from company regarding plan developments (.50); review settlement numbers and consider issues regarding same (1.00); review disclosure statement comments (.30); review and revise new plan and term sheet (1.70).

| 10/11/10 | D A HALL | 7.50 | 3,937.50 |

Review revised plan (2.50); review report regarding settlement (3.00); call with debtors regarding disclosure statement comments (1.00); call with Erens regarding revised plan (1.00).

| 10/11/10 | D G HEIMAN | 5.50 | 4,950.00 |

Conference with Erens regarding meeting with party-in-interest (.50); conference with Shapiro regarding management issues (.50); review revised Lazard plan of reorganization settlement presentation (.60); prepare for and attend Special Committee conference call regarding settlement (1.90); conferences with Liebentritt, Bendernagel and Kurtz regarding co-arrange settlement (1.50); review revised press releases (.30); e-mail communications with Eldersveld regarding same (.20).

| 10/11/10 | T HOFFMANN | 0.60 | 315.00 |

Review and analyze issues relating to plan (.40); conferences with Shafer regarding memorandum regarding same (.20).

| 10/11/10 | D B SHAFER | 3.30 | 1,237.50 |

Revise plan memorandum (3.10); conferences with Hoffmann regarding same (.20).

| 10/12/10 | B B ERENS | 3.80 | 2,945.00 |

Conference call with Heiman regarding plan issues (.50); telephone call with client regarding meeting with party-in-interest and next steps regarding same (.30); office conference with Hall regarding current status of plan and plan comments (1.50); separate calls with debtors' counsel regarding same (.30); telephone call with Novak regarding diligence (.20); review new plan comments (.50); consider plan settlement results (.20); review new Oaktree plan (.30).

| 10/12/10 | D A HALL | 7.50 | 3,937.50 |

Meeting with Erens regarding plan (1.50); review expert report (2.00); review committee motions and complaints (4.00).

| 10/12/10 | D G HEIMAN | 2.50 | 2,250.00 |

Review Aurelius objection to standing (.50); conference with Kurtz regarding status of plan of reorganization issues (.50); conferences with Erens regarding plan issues (.50); conference with Erens and Liebentritt regarding party-in-interest issues (.50); telephone conference with Shapiro regarding management issues (.50).

| 10/12/10 | T HOFFMANN | 0.70 | 367.50 |

Review and revise plan memorandum.

| 10/12/10 | D B SHAFER | 0.80 | 300.00 |

Revise summary chart of examiner's report findings.

| 10/13/10 | B B ERENS | 3.40 | 2,635.00 |

Review new plan (1.50); telephone calls with Hall regarding same and next steps regarding comments (.50); review new plan term sheet from mediator and consider issues regarding same (.50); organize plan tasks (.30); consider plan issues (.60).

## JONES DAY

Plan of Reorganization Matters                                                                                                Page 4

| | | | |
|---|---|---|---|
| 10/13/10 | D A HALL | 5.30 | 2,782.50 |

Review revised plan and detail notes for issues list on plan (4.00); review scheduling order (.30); call with Erens regarding Tribune issues (.50); review articles related to case (.50).

| | | | |
|---|---|---|---|
| 10/13/10 | D G HEIMAN | 1.30 | 1,170.00 |

Conference with Liebentritt regarding retention of counsel for party-in-interest (.50); review Mediator's report (.20); conference with Cullen regarding same (.10); review Boelter plan of reorganization issue list (.30); conference with Erens regarding same (.20).

| | | | |
|---|---|---|---|
| 10/13/10 | T HOFFMANN | 2.80 | 1,470.00 |

Review and revise plan memorandum.

| | | | |
|---|---|---|---|
| 10/13/10 | D B SHAFER | 3.20 | 1,200.00 |

Revise plan memorandum.

| | | | |
|---|---|---|---|
| 10/14/10 | B B ERENS | 6.30 | 4,882.50 |

Office conference with Hall regarding status and next steps in all projects (2.50); organize regarding same (1.00); telephone call with Heiman regarding plan status and issues (.50); conference with Heiman regarding plan report (.50); telephone call with debtors' counsel regarding same (.40); telephone call with Novak regarding diligence (.30); review new plan drafts (.80); review new filing and plan schedule order (.30).

| | | | |
|---|---|---|---|
| 10/14/10 | D A HALL | 10.00 | 5,250.00 |

Meeting with Erens regarding plan and related issues (2.50); prepare issues lists related to plan (5.00); review additional comments to plan (1.00); review plan report and begin summary (1.50).

| | | | |
|---|---|---|---|
| 10/14/10 | D G HEIMAN | 1.50 | 1,350.00 |

Conference with Erens regarding open plan of reorganization issues (.50); conference with Erens regarding plan expert report (.50); conference with Kurtz regarding status of plan of reorganization (.50).

| | | | |
|---|---|---|---|
| 10/14/10 | T HOFFMANN | 5.20 | 2,730.00 |

Review and revise plan memorandum.

| | | | |
|---|---|---|---|
| 10/15/10 | B B ERENS | 3.10 | 2,402.50 |

Review memorandum from Hoffmann regarding plan issues (.30); review Hall memorandum regarding plan settlement issues (.40); e-mails to and from team regarding plan process and comments (.20); telephone calls with Heiman regarding status and remaining plan issues (.80); telephone call with Hall regarding projects and distribution regarding same (.30); review materials from party-in-interest and voicemail to same regarding current diligence (.20); review and revise plan memorandum for debtors counsel from Hall (.20); review intercompany tolling agreement from debtors counsel (.40); review new pleadings regarding standing and trustee motions (.30).

| | | | |
|---|---|---|---|
| 10/15/10 | D A HALL | 6.30 | 3,307.50 |

Review revised plan and issues list (.80); prepare summary of releases (1.20); prepare summary of plan settlement issues (2.50); begin summary of plan report (1.50); call with Erens regarding projects and distribusions (.30).

| | | | |
|---|---|---|---|
| 10/15/10 | D G HEIMAN | 3.50 | 3,150.00 |

Telephone conferences with DiNardi, Shapiro and Liebentritt regarding New York Times investigation (1.00); e-mail communications with Wilderotter regarding status of plan of reorganization (.50); conference with Kurtz regarding management issues (.50); review revised valuation (.40); review plan of reorganization issues list (.30); conference with Erens regarding same (.30); conference with Erens regarding plan report and memorandum (.50).

| | | | |
|---|---|---|---|
| 10/17/10 | B B ERENS | 0.70 | 542.50 |

Telephone call with Hall regarding plan issues list for company (.30); review new plan amendments (.40).

| | | | |
|---|---|---|---|
| 10/17/10 | D A HALL | 3.00 | 1,575.00 |

Call with Erens regarding plan issues list (.30); revise plan issues list and send to Sidley (.50); complete review of plan report and accompanying memo (2.20).

| | | | |
|---|---|---|---|
| 10/18/10 | B B ERENS | 5.00 | 3,875.00 |

Conference call with Hall and creditors regarding plan issues (2.00); telephone calls and e-mails with Heiman regarding same (.30); conference call with company counsel regarding same (1.50); review new filings regarding trustee standing motion (.20); review plan comments from creditors (.30); review revised intercompany tolling agreement (.20); review revised disclosure statement (.50).

# JONES DAY

Plan of Reorganization Matters                                                                                      Page 5

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/18/10 | D A HALL | 4.30 | 2,257.50 |

Call with Sidley regarding plan issues (1.50); calls with Erens and plan proponents (2.00); review objections to trustee motion (.80).

| 10/18/10 | D G HEIMAN | 3.00 | 2,700.00 |

Activity regarding plan of reorganization issue list (.30); conference with Erens regarding same (.30); review final objection to Trustee motion (.60); conference with Bendernagel regarding deferral of same (.40); review summary of plan report (.40); conference with Cullen regarding same (.30); review plan memorandum (.70).

| 10/18/10 | D B SHAFER | 0.70 | 262.50 |

Review motions and objections to be heard at the Oct. 22, 2010 hearing.

| 10/19/10 | B B ERENS | 4.50 | 3,487.50 |

Conference call with creditor group regarding plan revisions (1.50); review revised plan (.50); review revised disclosure statement (.30); telephone call with company counsel regarding same (.30); office conference with Hall regarding same (.30); voicemails to company counsel regarding trustee motion and disclosure statement (.20); e-mails from Heiman regarding same and plan issues (.20); review revised plan (1.00); organize reviewed tasks regarding the same (.20).

| 10/19/10 | D A HALL | 3.50 | 1,837.50 |

Review specific disclosure statement (.50); plan drafting call with debtor plan proponents (1.50); review latest revisions to plan (1.20); conference with Erens regarding same (.30).

| 10/19/10 | D G HEIMAN | 0.70 | 630.00 |

Review Trustee withdrawal (.20); conference with Bendernagel regarding same (.30); e-mail communications with Shapiro regarding same (.20).

| 10/19/10 | F E SHERMAN | 0.50 | 400.00 |

E-mails regarding status of Trustee motion and need to attend argument Friday.

| 10/20/10 | B B ERENS | 4.90 | 3,797.50 |

Prepare for meeting with party-in-interest (1.10); call with Company regarding plan issues (.30); office conference with Hall regarding same (1.00); e-mails to and from team regarding party-in-interest issues (.40); telephone call with Bendernagel regarding disclosure statement (.40); review revised plan drafts (1.50); telephone call with Sherman regarding same (.20).

| 10/20/10 | D A HALL | 4.00 | 2,100.00 |

Call with proponents regarding plan (2.00); office conference with Erens regarding plan issues (1.00); follow-up regarding same (1.00).

| 10/20/10 | D G HEIMAN | 1.00 | 900.00 |

Telephone conference with Liebentritt regarding party-in-interest and Aurelius strategy (.30); e-mail communications with Shapiro regarding same (.20); telephone conference with Bendernagel regarding withdrawal of Trustee motion (.50).

| 10/20/10 | T HOFFMANN | 0.50 | 262.50 |

Review and analyze issues relating to plan memorandum.

| 10/21/10 | B B ERENS | 2.60 | 2,015.00 |

Review revised plan and disclosure statement (2.10); office calls with Hall regarding same (.30); e-mails to and from company regarding party-in-interest and plan status (.20).

| 10/21/10 | D A HALL | 2.00 | 1,050.00 |

Review plan and disclosure statement (1.70); office call with Erens regarding disclosure statement (.30).

| 10/22/10 | B B ERENS | 2.10 | 1,627.50 |

Review revised plan and disclosure statement (.50); review e-mails to and from creditors and team regarding same (1.00); telephone call with Hall regarding same (.30); e-mails to Hall regarding same (.30).

| 10/22/10 | D A HALL | 4.30 | 2,257.50 |

Review various revisions to plan and disclosure statement (2.20); discuss same with Erens (.30); calls regarding plan with debtors and plan proponents (1.50); find Carey cases regarding plan issues (.30).

| 10/23/10 | B B ERENS | 0.50 | 387.50 |

Review Carey caselaw regarding plan issues.

# JONES DAY

*Plan of Reorganization Matters*   Page 6

| Date | Timekeeper | Hours | Amount |
|---|---|---:|---:|
| 10/23/10 | D G HEIMAN | 0.80 | 720.00 |

E-mail communications with Erens regarding release language in plan of reorganization (.30); e-mail communications with Liebentritt and Wilderotter regarding withdrawal of trustee motion and competing plans of reorganization (.50).

| | | | |
|---|---|---:|---:|
| 10/25/10 | B B ERENS | 0.70 | 542.50 |

Review filed disclosure statement (.30); telephone calls with Hall regarding status and next steps regarding plan process (.20); review e-mails regarding party-in-interest (.20).

| | | | |
|---|---|---:|---:|
| 10/26/10 | D A HALL | 2.50 | 1,312.50 |

Review filed plan and disclosure statement.

| | | | |
|---|---|---:|---:|
| 10/27/10 | B B ERENS | 1.50 | 1,162.50 |

Review final disclosure statement (1.00); telephone call with Hall regarding remaining tasks regarding same (.50).

| | | | |
|---|---|---:|---:|
| 10/27/10 | D A HALL | 0.50 | 262.50 |

Call with Erens regarding disclosure statement status and next steps.

| | | | |
|---|---|---:|---:|
| 10/28/10 | B B ERENS | 0.90 | 697.50 |

Telephone call with Conlan regarding plan of reorganization filings (.20); review debtor materials regarding same (.70).

| | | | |
|---|---|---:|---:|
| 10/29/10 | B B ERENS | 3.00 | 2,325.00 |

Telephone calls with Heiman regarding all matters including upcoming plan filings (1.70); telephone calls with Hall regarding same (.30); begin review of plan and disclosure statement (1.00).

| | | | |
|---|---|---:|---:|
| 10/29/10 | D G HEIMAN | 3.50 | 3,150.00 |

Conference with Erens regarding requests of party-in-interest (.50); conferences with Sherman, Erens and Liebentritt regarding Aurelius strategy (.70); e-mail communications with Bendernagel regarding status (.10); telephone conference with Conlan regarding same (.20); conference with Erens regarding competing plans of reorganization and advice to Special Committee regarding same (.50); review Aurelius plan of reorganization (1.00); telephone conferences with Kurtz and Conlan regarding competing plans of reorganization and confirmation process (.50).

| | | | |
|---|---|---:|---:|
| 10/30/10 | B B ERENS | 2.50 | 1,937.50 |

Review new plan and disclosure statement from creditors.

| | | | |
|---|---|---:|---:|
| 10/31/10 | B B ERENS | 2.50 | 1,937.50 |

Finalize review of plan and disclosure statement.

| | | | |
|---|---|---:|---:|
| 10/31/10 | D B SHAFER | 1.00 | 375.00 |

Review docket for recently filed adversary proceedings (.80); e-mail Erens and Hall regarding same (.20).

**TOTAL**      **269.80**      **USD**      **189,582.50**

## JONES DAY

Committee Matters/Meetings                                                                 Page 1

---

10/06/10        B B ERENS                                    0.30                        232.50
    Office conference with Hall regarding potential director proof of claims.

10/06/10        D B SHAFER                                   0.80                        300.00
    Review bar date order for bar date restrictions on claims for indemnification by directors (.40); report to Hall and Erens regarding same (.40).

10/07/10        D G HEIMAN                                   0.50                        450.00
    E-mail communications with Elderveld, Liebentritt and Kitslaar regarding Director and Office insurance.

10/07/10        E C KITSLAAR                                 0.80                        580.00
    Review Director and Office insurance issues (.50); e-mails to Heiman, Schaeffer and Tribune regarding same (.30).

10/07/10        D B SHAFER                                   0.50                        187.50
    Analyze necessity for directors to file indemnity claims.

10/08/10        D G HEIMAN                                   0.50                        450.00
    Conferences with Conlan, Shapiro and Kurtz regarding schedule of Steering Committee meeting.

10/08/10        E C KITSLAAR                                 0.30                        217.50
    E-mails to and from Erens regarding committee process issues.

10/08/10        A R SCHAEFFER                                0.30                        142.50
    Review committee materials regarding special committee compensation (.20); e mail correspondence with Hall regarding special committee compensation (.10).

10/09/10        D G HEIMAN                                   0.30                        270.00
    Review draft press release.

10/10/10        A R SCHAEFFER                                0.30                        142.50
    E-mail correspondence with Erens regarding committee meeting matters.

10/11/10        T HOFFMANN                                   0.60                        315.00
    Participate in board of directors call.

10/11/10        A R SCHAEFFER                                1.20                        570.00
    Prepare for and attend telephonic board call (1.00); conference with Hoffman regarding board call (.20).

10/12/10        E C KITSLAAR                                 1.00                        725.00
    Conference call with Erens and Schaeffer regarding committee process issues (.40); call with Schaeffer regarding committee process issues (.50).

**TOTAL**                                                    **7.40**        **USD**    **4,582.50**

# JONES DAY

Court Hearings                                                                                         Page 1

| Date | Attorney | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 10/13/10 | D G HEIMAN | Attend court hearing on Scheduling Order and Steering Committee depositions. | 1.20 | | 1,080.00 |
| 10/20/10 | B B ERENS | Prepare for October 22 hearing. | 0.20 | | 155.00 |
| 10/21/10 | B B ERENS | Prepare for October 22 hearing. | 0.40 | | 310.00 |
| 10/22/10 | B B ERENS | Attend October 22 court hearing. | 3.50 | | 2,712.50 |
| **TOTAL** | | | **5.30** | **USD** | **4,257.50** |

## JONES DAY

Employee Issues                                                                                                    Page 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 10/09/10 | D G HEIMAN | 1.50 | 1,350.00 |

Conferences with Shapiro and Profusek regarding management issues and governance process.

| 10/10/10 | D G HEIMAN | 2.00 | 1,800.00 |

Follow-up conferences with Sherman, Cullen, Shapiro and Profusek regarding management governance issues.

| 10/18/10 | D G HEIMAN | 1.00 | 900.00 |

Activity regarding employee issues (.50); conference with Liebentritt and DiNardo regarding same (.30); conference with Shapiro regarding same (.20).

| 10/23/10 | D G HEIMAN | 0.50 | 450.00 |

E-mail communications with Shapiro regarding employee releases.

**TOTAL**                                                         **5.00**              **USD**        **4,500.00**

# JONES DAY

Fee Applications/Retention Preparation                                                                 Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/06/10 | D N CHI | 0.50 | 200.00 |
| | Review/analyze Tribune Interim Compensation and Fee Examiner Order and summarize in e-mail for Erens. | | |
| 10/06/10 | B B ERENS | 0.20 | 155.00 |
| | E-mail to Hall regarding fee procedures in case. | | |
| 10/08/10 | M E HEMANN | 4.90 | 980.00 |
| | Review and revise September 2010 draft bill. | | |
| 10/11/10 | M E HEMANN | 5.00 | 1,000.00 |
| | Review and revise September 2010 draft bill (2.50); prepare summary pages for fee application (2.50). | | |
| 10/13/10 | M E HEMANN | 0.50 | 100.00 |
| | Review September 2010 draft bill. | | |
| 10/14/10 | D N CHI | 1.00 | 400.00 |
| | Draft and revise fee application exhibits. | | |
| 10/19/10 | D N CHI | 4.40 | 1,760.00 |
| | Review and draft bill and draft fee application for special committee. | | |
| 10/20/10 | D N CHI | 2.10 | 840.00 |
| | Draft and revise first fee application for special committee. | | |
| 10/21/10 | D N CHI | 2.60 | 1,040.00 |
| | Communicate with Hemann and Nelson regarding billing and fee application revisions (.20); analyze and summarize bill for insertion in first fee application (2.20); draft and revise first fee application (.20). | | |
| 10/21/10 | D A HALL | 2.00 | 1,050.00 |
| | Review and revise fee application. | | |
| 10/21/10 | M E HEMANN | 2.00 | 400.00 |
| | Draft and revise fee application. | | |
| 10/22/10 | D N CHI | 0.20 | 80.00 |
| | Draft and revise first fee application. | | |
| 10/23/10 | B B ERENS | 2.50 | 1,937.50 |
| | Review and revise September fee application. | | |
| 10/25/10 | D N CHI | 0.70 | 280.00 |
| | Review Erens comments to first fee application. | | |
| 10/25/10 | B B ERENS | 0.20 | 155.00 |
| | Telephone call with Hall regarding September monthly bill. | | |
| 10/25/10 | D A HALL | 1.50 | 787.50 |
| | Revise fee application. | | |
| 10/26/10 | D N CHI | 0.60 | 240.00 |
| | Draft and revise first fee application. | | |
| 10/26/10 | M E HEMANN | 1.30 | 260.00 |
| | Review and revise September 2010 draft bill. | | |
| 10/27/10 | D N CHI | 1.60 | 640.00 |
| | Draft and revise first monthly fee application (1.40) and coordinate with financial to get bill revisions made (.20). | | |
| 10/27/10 | D A HALL | 1.50 | 787.50 |
| | Review fee application and bill. | | |
| 10/31/10 | B B ERENS | 0.50 | 387.50 |
| | Finalize September bill. | | |
| **TOTAL** | | **35.80** USD | **13,480.00** |

# JONES DAY

| Bankruptcy Travel | | | Page 1 |
|---|---|---|---|
| 10/03/10  B B ERENS<br>Travel to Wilmington for mediation. | 3.00 | | 2,325.00 |
| 10/04/10  D G HEIMAN<br>Travel to/from Wilmington, Delaware for mediation session. | 4.00 | | 3,600.00 |
| 10/05/10  B B ERENS<br>Travel back from Wilmington from mediation. | 3.50 | | 2,712.50 |
| 10/08/10  D G HEIMAN<br>Travel to/from Wilmington, Delaware for mediation session. | 4.00 | | 3,600.00 |
| 10/10/10  B B ERENS<br>Travel to New York for meeting with party-in-interest regarding mediation. | 1.50 | | 1,162.50 |
| 10/11/10  B B ERENS<br>Travel back from New York from meeting with party-in-interest. | 1.50 | | 1,162.50 |
| 10/11/10  F E SHERMAN<br>Travel to Stamford for Special Committee meeting and Wilderotter prep. | 2.00 | | 1,600.00 |
| 10/13/10  B B ERENS<br>Travel to New York for Wilderotter deposition (1.70); and New York regarding same (2.70). | 4.40 | | 3,410.00 |
| 10/13/10  D G HEIMAN<br>Travel to/from New York for Shapiro deposition. | 3.50 | | 3,150.00 |
| 10/22/10  B B ERENS<br>Travel to and from Delaware for omnibus hearing. | 6.00 | | 4,650.00 |
| **TOTAL** | **33.40** | **USD** | **27,372.50** * |

* The amount charged for Bankruptcy Travel has been reduced by 50% such that only $13,686.25 is being requested in the fee application.

# JONES DAY

Corporate Matters                                                                                       Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/01/10 | B B ERENS | 0.30 | 232.50 |
| | Review minutes of proposed meeting for committee approval. | | |
| 10/04/10 | A R SCHAEFFER | 1.40 | 665.00 |
| | Draft written consent regarding meeting minutes (.50); draft e-mail to Kitslaar regarding meeting minutes (.25); review status of minutes and committee resolutions (.25); draft e-mail to committee members regarding minutes and resolutions (.40). | | |
| 10/05/10 | E C KITSLAAR | 0.30 | 217.50 |
| | E-mails to and from Schaeffer regarding meeting minutes. | | |
| 10/06/10 | B B ERENS | 0.40 | 310.00 |
| | Telephone call with Schaeffer regarding status of minutes and process for approval. | | |
| 10/06/10 | E C KITSLAAR | 0.50 | 362.50 |
| | Review company reports (.20); conferences with Schaeffer regarding same (.30). | | |
| 10/06/10 | A R SCHAEFFER | 0.70 | 332.50 |
| | Review reports of plan negotiations and chapter 11 case (.30); conference with Erens regarding same (.40). | | |
| 10/07/10 | B B ERENS | 0.20 | 155.00 |
| | Voicemails to and from Hall regarding administrative items in case. | | |
| 10/07/10 | D G HEIMAN | 0.50 | 450.00 |
| | E-mail communications with Elderveld regarding Board meeting minutes (.20); provide comments to same (.30). | | |
| 10/12/10 | B B ERENS | 0.40 | 310.00 |
| | Telephone call with Kitslaar and Schaeffer regarding committee administration and status of all items regarding the same. | | |
| 10/13/10 | A R SCHAEFFER | 1.70 | 807.50 |
| | Review reports of Tribune Co. chapter 11 proceedings and related subjects (.50); draft and revise minutes of October 11 meetings (1.20). | | |
| 10/14/10 | T F CULLEN JR | 1.00 | 875.00 |
| | Review draft minutes. | | |
| 10/14/10 | D G HEIMAN | 0.50 | 450.00 |
| | Review board meeting minutes markup (.30); e-mail communications with Eldersveld regarding same (.20). | | |
| 10/14/10 | E C KITSLAAR | 0.80 | 580.00 |
| | Review of minutes (.50); review e-mails from Schaeffer (.30). | | |
| 10/15/10 | B B ERENS | 0.60 | 465.00 |
| | Telephone call with Schaeffer regarding status of minutes and next steps regarding the same (.30); review and revise minutes from recent meetings (.30). | | |
| 10/17/10 | A R SCHAEFFER | 0.20 | 95.00 |
| | Review e-mail correspondence regarding draft minutes. | | |
| 10/18/10 | D G HEIMAN | 1.00 | 900.00 |
| | Review and revise October 11 Special Committee meeting minutes. | | |
| 10/18/10 | A R SCHAEFFER | 0.70 | 332.50 |
| | Review and revise minutes of the October 11 Special Committee meeting. | | |
| 10/19/10 | D G HEIMAN | 0.30 | 270.00 |
| | Activity regarding October 11 Special Committee meeting minutes. | | |
| 10/20/10 | B B ERENS | 0.20 | 155.00 |
| | Telephone call with Schaeffer regarding meeting minutes. | | |
| 10/20/10 | A R SCHAEFFER | 0.80 | 380.00 |
| | Review and revise draft meeting minutes (.60); call with Erens regarding meeting minutes and committee governance matters (.20). | | |
| 10/22/10 | A R SCHAEFFER | 0.50 | 237.50 |
| | Review reports of chapter 11 case and developments. | | |

**JONES DAY**

Corporate Matters _____ Page 2

| | | | |
|---|---|---|---|
| **TOTAL** | 13.00 | USD | 8,582.50 |

# JONES DAY

| Litigation Matters | | | Page 1 |

---

10/01/10    B B ERENS    0.30    232.50
Address deposition request from bondholders regarding trustee issue.

10/01/10    D A HALL    0.50    262.50
Review subpoenas to Special Committee with Erens.

10/01/10    D G HEIMAN    0.50    450.00
Review Aurelius notices for depositions.

10/02/10    D G HEIMAN    2.00    1,800.00
Review Aurelius subpoenas (1.50); e-mail communications with Friedman regarding same (.50).

10/03/10    D G HEIMAN    1.00    900.00
E-mail communications with Special Committee to schedule depositions.

10/04/10    T F CULLEN JR    1.30    1,137.50
Deposition planning and material review.

10/04/10    B B ERENS    0.50    387.50
Work on deposition planning with team regarding bond holder trustee motion.

10/04/10    D A HALL    2.00    1,050.00
Prepare memorandum relating to document requests sent to special committee.

10/04/10    D G HEIMAN    2.00    1,800.00
Conferences with Cullen and Bendernagel regarding Special Committee depositions (.50); e-mail communications with Special Committee regarding same (.50); conference with Friedman regarding same (.50).

10/05/10    B B ERENS    1.00    775.00
Review memorandum from Hall regarding discovery production for trustee motion (.50); revise and distribute (.50).

10/05/10    D A HALL    1.50    787.50
Revise memorandum for client regarding document production.

10/05/10    D G HEIMAN    0.70    630.00
Conference with Cullen regarding Special Committee depositions and scheduling same.

10/06/10    T F CULLEN JR    2.00    1,750.00
Review deposition materials and schedule (1.00); review of trustee motion issues (.60); conferences with Erens, Heiman and Sherman regarding same (.40).

10/06/10    B B ERENS    0.20    155.00
Finalize discovery memorandum for committee regarding trustee motion production.

10/06/10    D A HALL    3.50    1,837.50
Coordinate discovery response with special committee members (2.00); call with litigation regarding discovery request (1.00); revise memorandum to Special Committee regarding discovery for trustee motion (.50).

10/06/10    D G HEIMAN    2.00    1,800.00
Activity regarding Special Committee depositions (.70); conferences with Cullen, Erens and Sherman regarding same (.40); e-mail communications with Wilderotter, Berg and Bendernagel regarding same (.80).

10/06/10    L M MARVIN    2.00    950.00
Review subpoenas and memorandum (1.50); coordinate collection of documents (.50).

10/06/10    F E SHERMAN    4.00    3,200.00
Scheduling and preparation for Committee members' depositions (3.00); telephone call with Erens, Heiman and Cullen regarding same (.40); arrange for document collection, review and production (.60).

10/07/10    T F CULLEN JR    2.00    1,750.00
Prepare for Shapiro deposition.

10/07/10    B B ERENS    0.40    310.00
E-mails to and from Sherman regarding deposition logistics.

| Litigation Matters | | | Page 2 |
|---|---|---|---|

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 10/07/10 | D A HALL | 2.00 | 1,050.00 |

Review discovery related materials.

| 10/07/10 | D G HEIMAN | 1.00 | 900.00 |

E-mail communications regarding Special Committee deposition schedules and document search relating to deposition exhibits.

| 10/07/10 | L M MARVIN | 3.80 | 1,805.00 |

Coordinate collection and review documents in response to subpoenas.

| 10/07/10 | A M RABINOWITZ | 8.30 | 2,697.50 |

Review and analyze documents collected by Shapiro and Wood for privilege and responsiveness (7.00); review and analyze subpoenas to Shapiro, Wood, Berg and Wilderotter (1.30).

| 10/07/10 | F E SHERMAN | 5.00 | 4,000.00 |

Analyze scheduling of Special Committee member depositions (1.00); prepare for depositions (4.00).

| 10/08/10 | T F CULLEN JR | 1.80 | 1,575.00 |

Review materials and developments regarding Special Committee depositions and trustee hearing.

| 10/08/10 | B B ERENS | 2.00 | 1,550.00 |

E-mails to and from Sherman regarding preparation for depositions of directors (1.00); separate preparation for defense of Wood (.50); review proposed document production for director depositions (.50).

| 10/08/10 | D A HALL | 1.00 | 525.00 |

Coordinate discovery response.

| 10/08/10 | D G HEIMAN | 1.00 | 900.00 |

Telephone discussions and email communications with Sherman, Cullen and Bendernagel regarding Special Committee deposition prep and document review.

| 10/08/10 | L M MARVIN | 9.30 | 4,417.50 |

Coordinate collection and review documents in response to subpoenas (2.30); review, prepare for and produce documents in response to subpoenas (7.00).

| 10/08/10 | A M RABINOWITZ | 4.90 | 1,592.50 |

Review and analyze documents collected by Wilderotter, Shaprio, and Wood for privilege and responsiveness.

| 10/08/10 | F E SHERMAN | 6.00 | 4,800.00 |

Prepare for Special Committee depositions and preparation of witnesses.

| 10/09/10 | B B ERENS | 0.50 | 387.50 |

Telephone call with Hall regarding results of document production for trustee motion discovery.

| 10/09/10 | D A HALL | 0.50 | 262.50 |

Call with Erens regarding document production.

| 10/09/10 | F E SHERMAN | 2.00 | 1,600.00 |

Review motion for trustee (.40); prepare for depositions (1.60).

| 10/10/10 | T F CULLEN JR | 2.80 | 2,450.00 |

Preparation for and participation in conference calls regarding special committee depositions and context.

| 10/10/10 | D G HEIMAN | 2.10 | 1,890.00 |

Conference call with Cullen, Sherman, Bendernagel and Erens regarding preparation for Special Committee depositions (1.50); review document production (.60).

| 10/10/10 | A M RABINOWITZ | 5.60 | 1,820.00 |

Draft and revise a privilege log of the privileged documents of Wilderotter (1.30); draft and revise a privilege log of the privileged documents of Shapiro (3.00); draft and revise a privilege log of the privileged documents of Wood (1.30).

| 10/11/10 | T F CULLEN JR | 3.80 | 3,325.00 |

Review of materials and preparation for deposition (3.30); conference with Sherman and Heiman regarding same (.50).

| 10/11/10 | B B ERENS | 0.50 | 387.50 |

E-mails to and from team regarding preparation for depositions of directors regarding trustee motion.

# JONES DAY

<u>Litigation Matters</u>                                                                                                    <u>Page 3</u>

| | | | |
|---|---|---|---|
| 10/11/10 | D G HEIMAN | 2.50 | 2,250.00 |

Conference with Sherman and Cullen regarding Special Committee deposition schedule (.50); telephone discussions and e-mail communications with Friedman regarding same (.30); telephone conference with Liebentritt and Bendernagel regarding same (.70); review debtor's draft opposition to trustee (.50); e-mail communications with Cullen, Sherman, Bendernagel and Johnston regarding document production protocol (.50).

| | | | |
|---|---|---|---|
| 10/11/10 | L M MARVIN | 6.50 | 3,087.50 |

Prepare privilege logs (4.00); prepare supplemental productions (2.50).

| | | | |
|---|---|---|---|
| 10/11/10 | A M RABINOWITZ | 6.20 | 2,015.00 |

Draft and revise the privilege logs of Wilderotter, Shapiro and Wood.

| | | | |
|---|---|---|---|
| 10/11/10 | F E SHERMAN | 7.50 | 6,000.00 |

Review client-produced documents (7.00); telephone calls with Heiman and Cullen regarding status and issues regarding depositions (.50).

| | | | |
|---|---|---|---|
| 10/12/10 | T F CULLEN JR | 3.00 | 2,625.00 |

Preparation and review of materials regarding Shapiro deposition (2.50); call with Heiman and Sherman regarding same (.50).

| | | | |
|---|---|---|---|
| 10/12/10 | B B ERENS | 6.00 | 4,650.00 |

Calls with Heiman regarding discovery schedule and issues (.50); calls and e-mails to working team regarding issues regarding potential change on director depositions (1.00); prepare for Wilderotter and defensive Wood deposition (2.80); telephone calls with Sherman regarding schedule regarding same (.50); telephone calls with Johnston and Oaktree regarding deposition schedule and current plan status (.20); telephone call with Bendernagel regarding meeting with party-in-interest and upcoming depositions of directors (.50); telephone call with Jenner regarding deposition status and schedule (.20); review key discovery production regarding trustee motion and send to Heiman regarding same (.30).

| | | | |
|---|---|---|---|
| 10/12/10 | D A HALL | 0.50 | 262.50 |

Calls with Sidley & Heiman regarding plan issues and depositions.

| | | | |
|---|---|---|---|
| 10/12/10 | D G HEIMAN | 4.50 | 4,050.00 |

Conferences with Sherman and Cullen regarding deposition document production issues (.50); e-mail communications with Johnston regarding Special Committee depositions and document production issues (.50); telephone conference with Friedman and Sherman regarding dispute over deposition scheduling (1.00); review deposition document production (1.00); draft objection to Trustee for Shapiro deposition (1.00); conferences with Cullen, Sherman and Erens regarding Special Committee depositions and hearing on same (.50).

| | | | |
|---|---|---|---|
| 10/12/10 | L M MARVIN | 3.30 | 1,567.50 |

Review and respond to correspondence (1.30); prepare document productions (1.00); coordinate depositions (1.00).

| | | | |
|---|---|---|---|
| 10/12/10 | A M RABINOWITZ | 0.60 | 195.00 |

Review and analyze the docket for a general protective order.

| | | | |
|---|---|---|---|
| 10/12/10 | F E SHERMAN | 7.50 | 6,000.00 |

Prepare for depositions (6.50); telephone calls with Erens, Heiman and Auerelias counsel regarding scheduling and motion practice (1.00).

| | | | |
|---|---|---|---|
| 10/13/10 | T F CULLEN JR | 7.50 | 6,562.50 |

Preparation for and defense of Shapiro deposition (5.50); meetings with Heiman, Sherman and Shapiro regarding same (2.00).

| | | | |
|---|---|---|---|
| 10/13/10 | B B ERENS | 4.70 | 3,642.50 |

Prepare for Wilderotter deposition (.70); attend deposition regarding same (3.00); telephone call with Heiman regarding results regarding same (.20); update Hall regarding depositions and next steps regarding same (.30); telephone call with Sherman and Heiman regarding preparation for Wilderotter deposition (.50).

| | | | |
|---|---|---|---|
| 10/13/10 | D G HEIMAN | 7.00 | 6,300.00 |

Meetings with Sherman, Cullen and Shapiro to prepare for deposition (2.00); attend Shapiro deposition (4.00); conference with Kurtz regarding Shapiro deposition and management issues (.50); conference with Sherman and Erens regarding Wilderotter deposition (.50).

# JONES DAY

Litigation Matters                                                                                         Page 4

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 10/13/10 | L M MARVIN | 1.80 | 855.00 |

Review and respond to correspondence regarding discovery (1.00); coordinate deposition logistics (.80).

| 10/13/10 | F E SHERMAN | 10.00 | 8,000.00 |
|---|---|---|---|

Prepare for, attend and defend Wilderotter deposition in Connecticut (7.50); conference with Heiman, Cullen and Shapiro regarding same (2.00); conference with Heiman and Erens regarding same (.50).

| 10/14/10 | D G HEIMAN | 2.50 | 2,250.00 |
|---|---|---|---|

Conference with Sherman regarding Special Committee depositions (.50); review Shapiro deposition transcript (1.00); telephone conference with Liebentritt regarding Special Committee depositions and plan of reorganization filing (.50); conference with Wood regarding deposition schedule (.50).

| 10/14/10 | F E SHERMAN | 3.00 | 2,400.00 |
|---|---|---|---|

Review deposition transcripts of special committee members Wilderotter and Shapiro (2.50); conference with Heiman regarding same (.50).

| 10/15/10 | T F CULLEN JR | 1.50 | 1,312.50 |
|---|---|---|---|

Review objection to Trustee notice.

| 10/15/10 | B B ERENS | 0.20 | 155.00 |
|---|---|---|---|

Review litigation hold letters from Akin Gump.

| 10/15/10 | D G HEIMAN | 0.50 | 450.00 |
|---|---|---|---|

Review litigation holds from Aurelius.

| 10/15/10 | L M MARVIN | 1.30 | 617.50 |
|---|---|---|---|

Coordinate review of documents (.30); review and revise privilege logs (1.00).

| 10/15/10 | A M RABINOWITZ | 2.20 | 715.00 |
|---|---|---|---|

Review and analyze documents from Shaprio (1.00); manage files in connection with produced and privileged documents of Shaprio, Wilderotter and Wood (1.20).

| 10/18/10 | B B ERENS | 0.20 | 155.00 |
|---|---|---|---|

Office conference with Hall regarding distribution of litigation hold letters to Special Committee.

| 10/18/10 | D A HALL | 0.20 | 105.00 |
|---|---|---|---|

Office conference with Erens regarding distribusion of litigation hold letters to Special Committee.

| 10/18/10 | L M MARVIN | 2.50 | 1,187.50 |
|---|---|---|---|

Coordinate review of documents (.30); review litigation hold memorandum and distribute (.50); review supplemental Shapiro documents and related privilege log (1.20); produce same (.50).

| 10/18/10 | A M RABINOWITZ | 0.90 | 292.50 |
|---|---|---|---|

Draft and revise a privilege log for the supplemental Shapiro documents.

| 10/18/10 | F E SHERMAN | 1.00 | 800.00 |
|---|---|---|---|

E-mails regarding trustee and standing motions, director discovery and litigation hold letters.

| 10/19/10 | T F CULLEN JR | 1.50 | 1,312.50 |
|---|---|---|---|

Review of issues and developments regarding Trustee hearing.

| 10/20/10 | T F CULLEN JR | 1.50 | 1,312.50 |
|---|---|---|---|

Review production materials.

| 10/20/10 | L M MARVIN | 1.50 | 712.50 |
|---|---|---|---|

Coordinate review of committee members' documents (.50); finalize and produce supplemental documents for Shapiro (1.00).

| 10/20/10 | A M RABINOWITZ | 1.40 | 455.00 |
|---|---|---|---|

Manage data and files collected for production by committee members (.50); review and analyze documents collected for production by committee members (.50); communicate with document production vendor regarding documents collected for production by committee members (.40).

| 10/20/10 | F E SHERMAN | 1.00 | 800.00 |
|---|---|---|---|

Review discovery issues in connection with motion for trustee (.80); call with Erens regarding same (.20).

| 10/21/10 | T F CULLEN JR | 1.00 | 875.00 |
|---|---|---|---|

Follow-up and review regarding depositions.

**JONES DAY**

*Litigation Matters*                                                                                          Page 5

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/21/10 | L M MARVIN | 4.30 | 2,042.50 |
| | Perform second review of committee members' documents and coordinate production. | | |
| 10/21/10 | A M RABINOWITZ | 6.80 | 2,210.00 |
| | Review and analyze documents collected by committee members (4.40); draft and revise a privilege log in connection with the documents collected by committee members (2.40). | | |
| 10/22/10 | T F CULLEN JR | 1.50 | 1,312.50 |
| | Review of document production. | | |
| 10/22/10 | D A HALL | 0.50 | 262.50 |
| | Review discovery production for committee members. | | |
| 10/22/10 | L M MARVIN | 2.50 | 1,187.50 |
| | Review and finalize document production of committee members' documents. | | |
| 10/22/10 | A M RABINOWITZ | 3.40 | 1,105.00 |
| | Review and analyze production ready documents from committee members (1.70); draft and revise letter to accompany the production (.50); draft and revise the privilege log associated with the production by committee members (1.20). | | |
| 10/23/10 | D G HEIMAN | 0.20 | 180.00 |
| | E-mail communications with Bendernagel regarding deposition transcripts. | | |
| 10/28/10 | L M MARVIN | 0.50 | 237.50 |
| | Prepare transcripts for review and prepare correspondence. | | |
| 10/29/10 | B B ERENS | 0.50 | 387.50 |
| | Follow up regarding litigation matters. | | |
| 10/29/10 | F E SHERMAN | 2.50 | 2,000.00 |
| | Review Wilderotter deposition transcript. | | |
| **TOTAL** | | **219.00**   USD | **144,795.00** |