# **EXHIBIT B**

# JONES DAY

Special Committee of the Board of Directors of                                                                                                    Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - October 31, 2010

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **AIR FARE** | | | | |
| 10/14/10 | D G HEIMAN | CLE | 365.40 | |
| | Airfare Travel to Chicago for meeting with client regarding plan of reorganization alternatives and legal issues and strategies 07-Sep-2010 | | | |
| 10/14/10 | D G HEIMAN | CLE | 1,015.18 | |
| | Airfare Travel to Wilmington, Delaware for mediation meeting with Judge Gross 15-Sep-2010 | | | |
| 10/14/10 | D G HEIMAN | CLE | 1,056.98 | |
| | Airfare Travel from Cleveland to Wilmington for mediation session. 27-Sep-2010 | | | |
| 10/14/10 | B B ERENS | CHI | 589.40 | |
| | Airfare Trip to Philadelphia, PA for Mediation 27-Sep-2010 | | | |
| 10/14/10 | D G HEIMAN | CLE | 973.40 | |
| | Airfare Travel from Cleveland to New York for Tribune meetings 30-Aug-2010 | | | |
| 10/28/10 | B B ERENS | CHI | 850.99 | |
| | Airfare Travel to New York for client meeting. 11-Oct-2010 | | | |
| 10/28/10 | B B ERENS | CHI | 820.90 | |
| | Airfare Trip to Wilmington, Delaware for meetings/court hearings. 15-Sep-2010 | | | |
| | **Air Fare Subtotal** | | | **5,672.25** |
| **BINDING** | | | | |
| 10/25/10 | B B ERENS | CHI | 18.00 | |
| | Binding - Williams Lea 9/16 | | | |
| 10/25/10 | B B ERENS | CHI | 18.00 | |
| | Binding - Williams Lea 9/20 | | | |
| | **Binding Subtotal** | | | **36.00** |
| **CONFERENCE CHARGES** | | | | |
| 10/07/10 | D B SHAFER | CHI | 1.67 | |
| | Conference charges 26-Aug-2010 | | | |
| 10/14/10 | D G HEIMAN | CLE | 0.96 | |
| | Conference charges 23-Aug-2010 | | | |
| 10/14/10 | E C KITSLAAR | CHI | 10.02 | |
| | Conference charges 30-Aug-2010 | | | |
| 10/14/10 | B B ERENS | CHI | 14.21 | |
| | Conference charges 27-Aug-2010 | | | |
| 10/14/10 | B B ERENS | CHI | 8.28 | |
| | Conference charges 25-Aug-2010 | | | |
| 10/14/10 | B B ERENS | CHI | 2.83 | |
| | Conference charges 24-Aug-2010 | | | |
| | **Conference Charges Subtotal** | | | **37.97** |
| **DUPLICATION CHARGES** | | | | |
| 10/07/10 | CHI ACCOUNTING | CHI | 51.90 | |
| | Duplication charges through 10/07/2010 | | | |
| | **Duplication charges Subtotal** | | | **51.90** |
| **FEDERAL EXPRESS CHARGES** | | | | |
| 10/14/10 | L M MARVIN | NYC | 9.62 | |
| | Federal Express Charges | | | |
| 10/15/10 | B B ERENS | CHI | 28.52 | |
| | Federal Express Charges | | | |
| | **Federal Express charges Subtotal** | | | **38.14** |

## JONES DAY

Special Committee of the Board of Directors of                                                                  Page 2

### FOOD AND BEVERAGE EXPENSES

| Date | Name | Location | Amount |
|---|---|---|---|
| 10/14/10 | D G HEIMAN | CLE | 8.00 |

Food and beverage expenses breakfast Travel to Chicago for meeting with client regarding plan of reorganization alternatives and legal issues and strategies 07-Sep-2010

| | | | |
|---|---|---|---|
| 10/14/10 | D G HEIMAN | CLE | 22.40 |

Food and beverage expenses dinner Travel from Cleveland to Wilmington for mediation session 25-Sep-2010

| | | | |
|---|---|---|---|
| 10/14/10 | D G HEIMAN | CLE | 90.00 |

Food and beverage expenses breakfast Travel from Cleveland to Wilmington for mediation session 26-Sep-2010

| | | | |
|---|---|---|---|
| 10/14/10 | B B ERENS | CHI | 31.74 |

Food and beverage expenses breakfast Trip to Delaware for Mediation. 26-Sep-2010

| | | | |
|---|---|---|---|
| 10/28/10 | B B ERENS | CHI | 43.50 |

Food and beverage expenses breakfast Travel to New York for client meeting. 11-Oct-2010

| | | | |
|---|---|---|---|
| 10/28/10 | B B ERENS | CHI | 130.75 |

Food and beverage expenses dinner Travel to Delaware for mediation. 03-Oct-2010

**Food and beverage expenses Subtotal**                                                                                          **326.39**

### HOTEL CHARGES

| | | | |
|---|---|---|---|
| 10/14/10 | D G HEIMAN | CLE | 438.90 |

Hotel charges Travel to Wilmington, Delaware for mediation meeting with Judge Gross 14-Sep-2010 to 15-Sep-2010 1 night

| | | | |
|---|---|---|---|
| 10/28/10 | B B ERENS | CHI | 378.43 |

Hotel charges Travel to New York for client meeting. 10-Oct-2010 to 11-Oct-2010 1 night

**Hotel charges Subtotal**                                                                                                                **817.33**

### LATE WORK MEAL

| | | | |
|---|---|---|---|
| 10/28/10 | D A HALL | CHI | 70.49 |

Late work meal 13-Oct-2010

**Late Work Meal Subtotal**                                                                                                            **70.49**

### LATE WORK TAXI

| | | | |
|---|---|---|---|
| 10/07/10 | D A HALL | CHI | 10.00 |

Late Work Taxi to home 08-Sep-2010

| | | | |
|---|---|---|---|
| 10/14/10 | D A HALL | CHI | 8.00 |

Late Work Taxi to home 01-Oct-2010

| | | | |
|---|---|---|---|
| 10/14/10 | A M RABINOWITZ | NYC | 18.02 |

Late Work Taxi to home 07-Oct-2010

| | | | |
|---|---|---|---|
| 10/28/10 | A M RABINOWITZ | NYC | 15.90 |

Late Work Taxi to home 22-Oct-2010

**Late Work Taxi Subtotal**                                                                                                              **51.92**

### LEXIS SEARCH FEES

| Date | Name | Location | Amount |
|---|---|---|---|
| 10/06/10 | D N JABE | COL | 70.13 |
| | Lexis search fees: 10/06/2010 | | |
| 10/06/10 | D N JABE | COL | 35.99 |
| | Lexis search fees: 10/06/2010 | | |
| 10/06/10 | D N JABE | COL | 601.43 |
| | Lexis search fees: 10/06/2010 | | |
| 10/06/10 | D N JABE | COL | 72.02 |
| | Lexis search fees: 10/06/2010 | | |
| 10/06/10 | D N JABE | COL | 20.89 |
| | Lexis search fees: 10/06/2010 | | |
| 10/07/10 | D A HALL | CHI | 39.37 |
| | Lexis search fees 25-Aug-2010 | | |
| 10/11/10 | D B SHAFER | CHI | 11.24 |
| | Lexis search fees: 10/11/2010 | | |
| 10/11/10 | D B SHAFER | CHI | 24.30 |
| | Lexis search fees: 10/11/2010 | | |

**JONES DAY**

<u>Special Committee of the Board of Directors of</u>                                                                 Page 3

| Date | Name | Office | Amount | Subtotal |
|---|---|---|---|---|
| 10/11/10 | D B SHAFER | CHI | 218.70 | |
| | Lexis search fees: 10/11/2010 | | | |
| 10/11/10 | D B SHAFER | CHI | 163.77 | |
| | Lexis search fees: 10/11/2010 | | | |
| 10/11/10 | D B SHAFER | CHI | 42.52 | |
| | Lexis search fees: 10/11/2010 | | | |
| 10/13/10 | D B SHAFER | CHI | 48.60 | |
| | Lexis search fees: 10/13/2010 | | | |
| 10/13/10 | D B SHAFER | CHI | 62.20 | |
| | Lexis search fees: 10/13/2010 | | | |
| 10/13/10 | D B SHAFER | CHI | 6.07 | |
| | Lexis search fees: 10/13/2010 | | | |
| 10/28/10 | D A HALL | CHI | 12.15 | |
| | Lexis search fees 11-Sep-2010 | | | |
| 10/28/10 | D A HALL | CHI | 11.24 | |
| | Lexis search fees 11-Sep-2010 | | | |
| **Lexis search fees Subtotal** | | | | **1,440.62** |

**LOCAL PARKING CHARGES**

| Date | Name | Office | Amount | Subtotal |
|---|---|---|---|---|
| 10/14/10 | B B ERENS | CHI | 62.00 | |
| | Local parking charges Trip to Delaware for Mediation. 25-Sep-2010 | | | |
| 10/14/10 | B B ERENS | CHI | 12.00 | |
| | Local parking charges Trip to Delaware for Mediation. 26-Sep-2010 | | | |
| 10/28/10 | B B ERENS | CHI | 31.00 | |
| | Local parking charges Travel to New York for client meeting. 10-Oct-2010 | | | |
| 10/28/10 | B B ERENS | CHI | 79.00 | |
| | Local parking charges Travel to Delaware for mediation. 05-Oct-2010 | | | |
| **Local parking charges Subtotal** | | | | **184.00** |

**LONG DISTANCE CHARGES**

| Date | Name | Office | Amount |
|---|---|---|---|
| 10/07/10 | D A HALL | CHI | 1.80 |
| | Long distance charges 07-Sep-2010 | | |
| 10/07/10 | D A HALL | CHI | 1.05 |
| | Long distance charges 09-Sep-2010 | | |
| 10/07/10 | D A HALL | CHI | 1.65 |
| | Long distance charges 21-Sep-2010 | | |
| 10/07/10 | D A HALL | CHI | 7.20 |
| | Long distance charges 13-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 1.05 |
| | Long distance charges 29-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 1.80 |
| | Long distance charges 28-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 1.20 |
| | Long distance charges 28-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 1.35 |
| | Long distance charges 29-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 3.75 |
| | Long distance charges 29-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 3.75 |
| | Long distance charges 13-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 3.15 |
| | Long distance charges 28-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 2.70 |
| | Long distance charges 29-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 2.55 |
| | Long distance charges 29-Sep-2010 | | |
| 10/14/10 | D G HEIMAN | CLE | 3.00 |
| | Long distance charges 29-Sep-2010 | | |

**JONES DAY**

Special Committee of the Board of Directors of                                                              Page 4

| Date | Name | Location | Amount |
|---|---|---|---|
| 10/14/10 | B B ERENS | CHI | 2.25 |
| | Long distance charges 10-Sep-2010 | | |
| 10/14/10 | B B ERENS | CHI | 3.15 |
| | Long distance charges 29-Sep-2010 | | |
| 10/14/10 | B B ERENS | CHI | 1.20 |
| | Long distance charges 28-Sep-2010 | | |
| 10/14/10 | B B ERENS | CHI | 4.05 |
| | Long distance charges 13-Sep-2010 | | |
| 10/28/10 | D A HALL | CHI | 1.05 |
| | Long distance charges 06-Oct-2010 | | |
| 10/28/10 | D A HALL | CHI | 2.55 |
| | Long distance charges 30-Sep-2010 | | |
| 10/28/10 | D A HALL | CHI | 1.35 |
| | Long distance charges 18-Oct-2010 | | |
| | **Long distance charges Subtotal** | | **51.60** |

**MILEAGE EXPENSES**

| 10/14/10 | D G HEIMAN | CLE | 26.00 |
|---|---|---|---|

Mileage expenses Travel to Chicago for meeting with client regarding plan of reorganization alternatives and legal issues and strategies (to/from home and Cleveland aiport) 07-Sep-2010 52 Miles @ Rate .50

| 10/14/10 | D G HEIMAN | CLE | 13.00 |
|---|---|---|---|

Mileage expenses Travel to Wilmington, Delaware for mediation meeting with Judge Gross (from home to Cleveland aiport) 14 Sep 2010 26 Miles @ Rate .50

| 10/14/10 | D G HEIMAN | CLE | 13.00 |
|---|---|---|---|

Mileage expenses Travel to Wilmington, Delaware for mediation meeting with Judge Gross (from Cleveland aiport to home) 15-Sep-2010 26 Miles @ Rate .50

| 10/14/10 | D G HEIMAN | CLE | 13.00 |
|---|---|---|---|

Mileage expenses Travel from Cleveland to Wilmington for mediation session (from home to Cleveland airport). 25-Sep-2010 26 Miles @ Rate .50

| 10/14/10 | D G HEIMAN | CLE | 13.00 |
|---|---|---|---|

Mileage expenses Travel from Cleveland to Wilmington for mediation session (from Cleveland airport to home) 27-Sep-2010 26 Miles @ Rate .50

| | **Mileage expenses Subtotal** | | **78.00** |
|---|---|---|---|

**MISCELLANEOUS EXPENSES**

| 10/14/10 | D G HEIMAN | CLE | 13.71 |
|---|---|---|---|

Miscellaneous expenses Travel to New York for meeting with client regarding plan of reorganization issues 23-Sep-2010

| | **Miscellaneous expenses Subtotal** | | **13.71** |
|---|---|---|---|

**PARKING EXPENSES**

| 10/14/10 | D G HEIMAN | CLE | 14.00 |
|---|---|---|---|

Parking expenses Travel to Chicago for meeting with client regarding plan of reorganization alternatives and legal issues and strategies (Cleveland aiport) 07-Sep-2010

| 10/14/10 | D G HEIMAN | CLE | 28.00 |
|---|---|---|---|

Parking expenses Travel to Wilmington, Delaware for mediation meeting with Judge Gross (Cleveland aiport) 15-Sep-2010

| 10/14/10 | D G HEIMAN | CLE | 34.00 |
|---|---|---|---|

Parking expenses Travel from Cleveland to Wilmington for mediation session (Cleveland airport) 27-Sep-2010

| | **Parking expenses Subtotal** | | **76.00** |
|---|---|---|---|

**POSTAGE CHARGES**

| 10/29/10 | NYC ACCOUNTING | NYC | 1.39 |
|---|---|---|---|
| | Postage charges- October'10 | | |
| | **Postage charges Subtotal** | | **1.39** |

**JONES DAY**

Special Committee of the Board of Directors of _____ Page 5

**TAXI FARE**

| Date | Name | Office | Amount |
|---|---|---|---|
| 10/14/10 | D G HEIMAN | CLE | 35.00 |

Taxi fare Travel to Chicago for meeting with client regarding plan of reorganization alternatives and legal issues and strategies (from Chicago airport to Sidley Austin) 07-Sep-2010

| 10/14/10 | D G HEIMAN | CLE | 35.94 |

Taxi fare Travel to Chicago for meeting with client regarding plan of reorganization alternatives and legal issues and strategies (from Sidley Austin to Chicago airport) 07-Sep-2010

| 10/14/10 | D G HEIMAN | CLE | 104.60 |

Taxi fare Travel to Wilmington, Delaware for mediation meeting with Judge Gross (car service from Philadelphia airport to Wilmington) 14-Sep-2010

| 10/14/10 | D G HEIMAN | CLE | 9.00 |

Taxi fare Travel from Wilmington to New York for meeting with Oaktree regarding plan of reorganization process (from Penn Station to office) 15-Sep-2010

| 10/14/10 | D G HEIMAN | CLE | 104.60 |

Taxi fare Travel from Cleveland to Wilmington for mediation session (car service from Philadelphia airport to Wilmington). 25-Sep-2010

| 10/14/10 | D G HEIMAN | CLE | 90.00 |

Taxi fare Travel from Cleveland to Wilmington for mediation session (from Wilmington to Philadelphia airport) 27-Sep-2010

| 10/14/10 | F E SHERMAN | NYC | 22.00 |

Taxi fare Cab from train station to Frontier Communications. 11-Oct-2010

| 10/14/10 | F E SHERMAN | NYC | 23.00 |

Taxi fare Cab from Frontier Communications to train station. 11-Oct-2010

| 10/14/10 | B B ERENS | CHI | 80.00 |

Taxi fare Trip to Delaware for Mediation. 27-Sep-2010

| 10/14/10 | B B ERENS | CHI | 80.00 |

Taxi fare Trip to Delaware for Mediation. 26-Sep-2010

| 10/28/10 | B B ERENS | CHI | 32.25 |

Taxi fare Travel to New York for client meeting. 11-Oct-2010

| 10/28/10 | B B ERENS | CHI | 36.08 |

Taxi fare Travel to New York for client meeting. 10-Oct-2010

| 10/28/10 | B B ERENS | CHI | 60.00 |

Taxi fare Travel to Delaware for mediation. 03-Oct-2010

**Taxi Fare Subtotal**                                                                              **712.47**

**TRAIN FARE**

| 10/14/10 | D G HEIMAN | CLE | 106.00 |

Train fare Travel from Wilmington to New York for meeting with Oaktree regarding plan of reorganization process 15-Sep-2010

| 10/14/10 | F E SHERMAN | NYC | 12.00 |

Train fare Round trip train ticket to Stamford for meeting with Maggie Wilderotter, CEO of Frontier Communications, re: Tribune Company. 11-Oct-2010

**Train Fare Subtotal**                                                                            **118.00**

**UNITED PARCEL SERVICE CHARGES**

| 10/08/10 | L M MARVIN | NYC | 8.15 |

United Parcel Services Charges, Benjamin W. Keenan, Ashby & Geddes

| 10/22/10 | A M RABINOWITZ | NYC | 10.85 |

United Parcel Services Charges, Benjamin W. Keenan, Ashby & Geddes, PA, 1Z10445E4492750106

**United Parcel Service charges Subtotal**                                              **19.00**

**WESTLAW SEARCH FEES**

| 10/28/10 | B B ERENS | CHI | 140.72 |

Westlaw search fees 12-Sep-2010

| 10/28/10 | B B ERENS | CHI | 62.13 |

Westlaw search fees 04-Sep-2010

| 10/28/10 | B B ERENS | CHI | 12.40 |

Westlaw search fees 03-Sep-2010

**JONES DAY**

Special Committee of the Board of Directors of _____ Page 6

| | | |
|---|---:|---:|
| **Westlaw search fees Subtotal** | | 215.25 |
| **Total** | USD | 10,012.43 ** |

** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 396.88

| | | |
|---|---:|---:|
| **Grand Total** | USD | 10,012.43 ** |

** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 396.88