**TRIBUNE COMPANY, et al (Case 08-13141)**                                    Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period September 1, 2010 through September 30, 2010**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 519.10 | $160,000.00 |
| **Subtotal - Fixed Fee Services** | **519.10** | **$160,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 7.50 | $2,955.00 |
| Fresh Start | 33.80 | $18,838.00 |
| **Subtotal - Hourly Services** | **41.30** | **$21,793.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 32.70 | $9,334.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **32.70** | **$9,334.00** |
| | | |
| **Total Hours and Compensation** | **593.10** | **$191,127.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**　　　　　　　　　　　　　　**Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**Summary of Hours - September 1, 2010 through September 30, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 519.10 | 160,000.00 |
| **Subtotal - Fixed Fee Services** | 519.10 | 160,000.00 |
| **Total Hours and Compensation** | **519.10** | **160,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                        **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period September 1, 2010 through September 30, 2010**

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 3.00 |
| James M Maurer | Partner | 2.00 |
| John A Sandmeier | Partner | 7.50 |
| William T England | Partner | 11.00 |
| Betsy J Smith | Director | 0.80 |
| Kim Stawski | Director | 3.20 |
| Thomas L Koops | Director | 82.50 |
| Justin A Spahn | Manager | 101.00 |
| Steven B Ockrim | Manager | 18.00 |
| Elizabeth A Kusek | Senior Associate | 32.00 |
| Lydia Kuebler | Senior Associate | 35.00 |
| Sheri L Meyers | Senior Associate | 20.50 |
| Domonique P Hinton | Associate | 71.20 |
| Melissa Mary Begley | Associate | 30.20 |
| Nisa S Agrawal | Associate | 31.70 |
| Thomas Bradley Stutesman | Associate | 69.50 |
| **Total Hours Incurred during Compensation Period** | | **519.10** |
| Total Hours Incurred prior to September 1, 2010 | | 1,239.20 |
| **Total Hours Incurred through September 30, 2010** | | **1,758.30** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | | $479,537.00 |
| **Remaining Payments for 2010 Consolidated Audit** | | $920,463.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | | **$1,400,000.00** |
| **Requested Payment - 2010 Consolidated Audit** | 519.10 | **$160,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - September 1, 2010 through September 30, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 172.00 |
| 3700 - Income Tax Process | 11.50 |
| 9201 - Q2 Interim Review Procedures | 48.90 |
| 9202 - Q3 Interim Review Procedures | 1.50 |
| 2900 - Information Technology General Controls | 56.00 |
| CTC Fieldwork | 14.50 |
| Tribune Interactive Fieldwork | 69.70 |
| WGN Fieldwork | 37.60 |
| WGN-Cable Fieldwork | 50.30 |
| WGN-TV Fieldwork | 43.60 |
| FSC Fieldwork | 13.50 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **519.10** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                    Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by  Professionals - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Ralph D Gilman | Partner | $590 | 1.00 | $590.00 |
| J. Timothy Winks | Senior Managing Director | $600 | 1.00 | $600.00 |
| Stephen B Danton | Director | $450 | 3.50 | $1,575.00 |
| Ronald J Siwinski | Administrative | $95 | 2.00 | $190.00 |
| **Subtotal - Claims Consulting Services** | | | **7.50** | **$2,955.00** |
| **Fresh Start** | | | | |
| Robert C Whitley | Partner | $700 | 7.20 | $5,040.00 |
| William T England | Partner | $693 | 6.50 | $4,504.50 |
| Adrian Galis | Director | $475 | 1.00 | $475.00 |
| John Benedetti | Director | $475 | 13.30 | $6,317.50 |
| Thomas L Koops | Director | $475 | 4.00 | $1,900.00 |
| Justin A Spahn | Manager | $305 | 1.00 | $305.00 |
| Mark Stachnik | Manager | $370 | 0.80 | $296.00 |
| **Subtotal - Fresh Start** | | | **33.80** | **$18,838.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Mark Stachnik | Manager | $370 | 2.20 | $814.00 |
| David James Dura | Senior Associate (Bankruptcy) | $290 | 25.50 | $7,395.00 |
| Jordan R Hatzenbuhler | Associate (Bankruptcy) | $225 | 5.00 | $1,125.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **32.70** | **$9,334.00** |
| **Total Hours and Compensation** | | | **74.00** | **$31,127.00** |

TRIBUNE COMPANY, et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period September 1, 2010 through September 30, 2010

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 8/27/2010 | Stephen B Danton | Director | 0910H0001: Provide status update to Client. | $450.00 | 0.30 | $135.00 |
| 9/21/2010 | Stephen B Danton | Director | 0910H0002: Reviewing rules regarding penalty and interest associated with Chapter 11 for tax purposes. | $450.00 | 1.10 | $495.00 |
| 9/22/2010 | J. Timothy Winks | Senior Managing Director | 0910H0003: Reviewing settlement for conference call with City of Chicago Attorney. | $600.00 | 0.50 | $300.00 |
| 9/23/2010 | J. Timothy Winks | Senior Managing Director | 0910H0004: Conference call with City of Chicago Attorney regarding settlement. | $600.00 | 0.50 | $300.00 |
| 9/24/2010 | Stephen B Danton | Director | 0910H0005: Preparing City of Chicago settlement proposal. | $450.00 | 1.40 | $630.00 |
| 9/29/2010 | Ralph D Gilman | Partner | 0910H0006: Sales tax consulting regarding City of Chicago settlement. | $590.00 | 1.00 | $590.00 |
| 9/30/2010 | Ronald J Siwinski | Administrative | 0910H0007: Finalizing City of Chicago settlement proposal. | $95.00 | 2.00 | $190.00 |
| 9/30/2010 | Stephen B Danton | Director | 0910H0008: Preparing City of Chicago settlement proposal. | $450.00 | 0.70 | $315.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **7.50** | **$2,955.00** |
| **Fresh Start** | | | | | | |
| 7/13/2010 | Robert C Whitley | Partner | 0910H0009: Research consulting insights and business combination monograph on accounting for goodwill and allocation to reporting units. | $700.00 | 4.00 | $2,800.00 |
| 7/23/2010 | Robert C Whitley | Partner | 0910H0010: Review MAP database and draft memorandum. | $700.00 | 1.20 | $840.00 |
| 7/26/2010 | Robert C Whitley | Partner | 0910H0011: Review issues log. | $700.00 | 0.50 | $350.00 |
| 7/28/2010 | Robert C Whitley | Partner | 0910H0012: Review national consultation memo. | $700.00 | 0.50 | $350.00 |
| 8/4/2010 | John Benedetti | Director | 0910H0013: Updating of corporate items model for revised methodology and approach. | $475.00 | 0.50 | $237.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/13/2010 | William T England | Partner | 0910H0014: Review reorganization value allocation action items. | $693.00 | 1.50 | $1,039.50 |
| 8/17/2010 | William T England | Partner | 0910H0015: Review fresh start accounting for deferred tax liabilities and corporate goodwill. | $693.00 | 2.00 | $1,386.00 |
| 8/18/2010 | William T England | Partner | 0910H0016: Review fresh start accounting issues including deferred tax impact and corporate balances. | $693.00 | 2.00 | $1,386.00 |
| 8/18/2010 | William T England | Partner | 0910H0017: Review action items from status update meeting. | $693.00 | 1.00 | $693.00 |
| 8/18/2010 | Robert C Whiley | Partner | 0910H0018: Review status update action items. | $700.00 | 1.00 | $700.00 |
| 8/27/2010 | John Benedetti | Director | 0910H0019: MAP file documentation. | $475.00 | 2.00 | $950.00 |
| 9/8/2010 | Mark Stachnik | Manager | 0910H0020: Research public company filings of emerged entities. | $370.00 | 0.80 | $296.00 |
| 9/16/2010 | John Benedetti | Director | 0910H0021: Review of balance sheet for finalization of draft deliverables in advance of status meeting. | $475.00 | 4.30 | $2,042.50 |
| 9/17/2010 | John Benedetti | Director | 0910H0022: Finalize draft memos in advance of status meeting. | $475.00 | 3.00 | $1,425.00 |
| 9/20/2010 | John Benedetti | Director | 0910H0023: Reviewing the applicable materials and accounting literature related to the matters to be discussed in meeting with T.Koops (PwC) and N.Chakiris (TRB). | $475.00 | 1.50 | $712.50 |
| 9/20/2010 | Thomas L Koops | Director | 0910H0024: Reviewing the applicable materials and accounting literature related to the matters to be discussed in meeting with J.Benedetti (PwC) and N.Chakiris (TRB). | $475.00 | 1.00 | $475.00 |
| 9/20/2010 | John Benedetti | Director | 0910H0025: Meeting with N.Chakiris (TRB) and T.Koops (PwC) to discuss current status of Company's fresh start work. | $475.00 | 1.00 | $475.00 |
| 9/20/2010 | Thomas L Koops | Director | 0910H0026: Meeting with N. Chakiris (TRB) and J. Benedetti to discuss current status of Company's fresh start work. | $475.00 | 1.00 | $475.00 |
| 9/24/2010 | John Benedetti | Director | 0910H0027: Review of Fresh Start valuation items. | $475.00 | 1.00 | $475.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/28/2010 | Thomas L Koops | Director | 0910H0028: Discuss Fresh Start valuation of intangibles and personal, real property with Tribune. | $475.00 | 1.00 | $475.00 |
| 9/29/2010 | Adrian Galis | Director | 0910H0029: Review of Ernst & Young's revised fixed asset documents. | $475.00 | 1.00 | $475.00 |
| 9/29/2010 | Justin A Spahn | Manager | 0910H0030: Discuss Fresh Start valuation of intangibles and personal, real property with Tribune. | $305.00 | 1.00 | $305.00 |
| 9/29/2010 | Thomas L Koops | Director | 0910H0031: Discuss Fresh Start valuation of intangibles and personal, real property with Tribune. | $475.00 | 1.00 | $475.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **33.80** | **$18,838.00** |

**Monthly, Interim and Final Fee Applications**

| | | | | | | |
|------|------|----------|-------------|------|-------|--------------------|
| 9/7/2010 | Mark Stachnik | Manager | 0910H0032: Support bankruptcy retention and billing professionals and audit and tax teams with the billing requirements for the Court. | $370.00 | 1.00 | $370.00 |
| 9/8/2010 | Mark Stachnik | Manager | 0910H0033: Support bankruptcy retention and billing professionals and audit and tax teams with the billing requirements for the Court. | $370.00 | 1.00 | $370.00 |
| 9/8/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0034: Prepare the July 2010 expense consolidator. | $290.00 | 1.50 | $435.00 |
| 9/8/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0035: Prepare the July 2010 time consolidator. | $290.00 | 2.50 | $725.00 |
| 9/9/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0036: Prepare and review the July 2010 time consolidator. | $290.00 | 2.00 | $580.00 |
| 9/9/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0037: Continue to prepare and review the July 2010 time consolidator. | $290.00 | 4.00 | $1,160.00 |
| 9/20/2010 | Mark Stachnik | Manager | 0910H0038: Support bankruptcy retention and billing professionals and audit and tax teams with the billing requirements for the Court. | $370.00 | 0.20 | $74.00 |

TRIBUNE COMPANY, et al (Case 08-13141)

Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/20/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0039: Review the July 2010 time consolidator. | $290.00 | 0.50 | $145.00 |
| 9/22/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 0910H0040: Update the July 2010 monthly fee application narrative. | $225.00 | 2.00 | $450.00 |
| 9/22/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 0910H0041: Prepare the July 2010 exhibits. | $225.00 | 2.00 | $450.00 |
| 9/23/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0042: Review the July 2010 monthly fee application narrative and exhibits. | $290.00 | 4.00 | $1,160.00 |
| 9/24/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 0910H0043: Prepare the August 2010 time and expense consolidator reconciliations. | $225.00 | 1.00 | $225.00 |
| 9/28/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0044: Revise the July 2010 monthly fee application narrative and exhibits. | $290.00 | 3.50 | $1,015.00 |
| 9/29/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0045: Revise the July 2010 monthly fee application narrative and exhibits. | $290.00 | 2.00 | $580.00 |
| 9/29/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0046: Prepare the August 2010 time consolidator. | $290.00 | 2.00 | $580.00 |
| 9/30/2010 | David James Dura | Senior Associate (Bankruptcy) | 0910H0047: Review the August 2010 time consolidator. | $290.00 | 3.50 | $1,015.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | 32.70 | $9,334.00 |
| **Total Hours and Compensation** | | | | | 74.00 | $31,127.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit D-1**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period September 1, 2010 through September 30, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **2010 Consolidated Audit** | |
| Lodging | $1,738.54 |
| Meals | $400.85 |
| Mileage Allowance | $252.00 |
| Parking | $64.00 |
| Public/ground transportation | $403.15 |
| **Subtotal - 2010 Consolidated Audit** | **$2,858.54** |
| **Fresh Start** | |
| Parking | $17.00 |
| **Subtotal - Fresh Start** | **$17.00** |
| **Total Expenditures** | **$2,875.54** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Monday, November 08, 2010

Exhibit D-2

TRIBUNE COMPANY., et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2010 Consolidated Audit** | | | | |
| 8/2/2010 | Elizabeth A Kusek | Meals | 0910E0001: WHOLEFDS LKV 10040 CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $47.08 |
| 8/2/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0002: AMTRAK MILWAUKEE WIWI - TRAIN ROUNDTRIP FROM MILWAUKEE TO CHICAGO (8/2/2010 - 8/6/2010). | $44.00 |
| 8/2/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0003: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $22.55 |
| 8/2/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0004: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $20.55 |
| 8/2/2010 | Elizabeth A Kusek | Parking | 0910E0005: AMTRAK STATION - MKE - PARKING AT MILWAUKEE TRAIN STATION (8/2/2010-8/6/2010). | $20.00 |
| 8/3/2010 | Elizabeth A Kusek | Meals | 0910E0006: CAFE BABA REEBA CHIC CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $46.84 |
| 8/3/2010 | Elizabeth A Kusek | Meals | 0910E0007: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $3.05 |
| 8/3/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0008: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $13.00 |
| 8/4/2010 | Elizabeth A Kusek | Meals | 0910E0009: MARRIOTT 33738CHIDTN CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $3.11 |
| 8/4/2010 | Elizabeth A Kusek | Meals | 0910E0010: LUXBAR 542929803844 CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $45.02 |
| 8/5/2010 | Elizabeth A Kusek | Meals | 0910E0011: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $3.05 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Tuesday, November 23, 2010

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 8/6/2010 | Elizabeth A Kusek | Lodging | 0910E0012: MARRIOTT 33738CHIDTN CHICAGO IL - 4 NIGHTS STAY (8/2/2010 - 8/5/2010). | $550.47 |
| 8/9/2010 | Elizabeth A Kusek | Meals | 0910E0013: CORNERBAKERY0182 CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $12.63 |
| 8/9/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0014: AMTRAK MILWAUKEE WIWI - TRAIN ROUNDTRIP - FROM MILWAUKEE, WI TO CHICAGO, IL (8/9/2010 - 8/13/2010). | $44.00 |
| 8/9/2010 | Elizabeth A Kusek | Parking | 0910E0015: IMPARK LOT 0021005I MILWAUKEE WI - PARKING AT MILWAUKEE TRAIN STATION (8/9/2010 - 8/13/2010). | $20.00 |
| 8/9/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0016: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $8.15 |
| 8/9/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0017: VTS SUN TAXI VTS SUN LONG ISLAND CITY NY - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $8.55 |
| 8/10/2010 | Elizabeth A Kusek | Meals | 0910E0018: QUARTINO'S 54292980 CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $50.00 |
| 8/10/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0019: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $7.35 |
| 8/11/2010 | Elizabeth A Kusek | Meals | 0910E0020: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $3.61 |
| 8/11/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0021: DISPATCH TAXI AFFILI CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $10.85 |
| 8/11/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0022: TAXI CAB TRANSPORTAT CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $6.35 |
| 8/11/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0023: TAXI CAB TRANSPORTAT CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $16.35 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 8/12/2010 | Elizabeth A Kusek | Meals | 0910E0024: WHOLEFDS LKV 10040 0 CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $27.93 |
| 8/12/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0025: TAXI CAB TRANSPORTAT CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $12.35 |
| 8/12/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0026: ACE CAB INC ACE CAB CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $17.15 |
| 8/12/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0027: GLOBE TAXI ASSOCIATI CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $10.00 |
| 8/13/2010 | Elizabeth A Kusek | Lodging | 0910E0028: PALMER HOUSE HILTON CHICAGO IL - 4 NIGHTS STAY (8/9/2010 - 8/12/2010). | $629.06 |
| 8/13/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0029: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $18.35 |
| 8/23/2010 | Thomas L Koops | Public/ground transportation | 0910E0030: WENDELLA SIGHTSEEING CHICAGO IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE COMPANY TO ATTEND CLIENT MEETING. | $16.00 |
| 9/7/2010 | Elizabeth A Kusek | Meals | 0910E0031: STARBUCKS USA 022137 CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $2.61 |
| 9/7/2010 | Elizabeth A Kusek | Meals | 0910E0032: ALADDINS EATERY #15 CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $46.04 |
| 9/7/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0033: AMTRAK MILWAUKEE WIWI - TRAIN ROUNDTRIP FROM MILWAUKEE TO CHICAGO (9/7/2010 - 9/10/2010). | $44.00 |
| 9/7/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0034: ACE CAB INC ACE CAB CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $13.35 |
| 9/7/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0035: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $10.15 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement
period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
Detail of Expenditures by Project and Date
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 9/8/2010 | Elizabeth A Kusek | Meals | 0910E0036: NIGHTWOOD 9382027628 CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $50.00 |
| 9/8/2010 | Elizabeth A Kusek | Meals | 0910E0037: MARRIOTT 33738CHIDTN CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $3.61 |
| 9/8/2010 | Elizabeth A Kusek | Parking | 0910E0038: IMPARK LOT 00210051 MILWAUKEE WI - PARKING AT MILWAUKEE TRAIN STATION (9/7/2010 - 9/10/2010). | $24.00 |
| 9/8/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0039: TAXI CAB TRANSPORTAT CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $13.00 |
| 9/9/2010 | Elizabeth A Kusek | Meals | 0910E0040: MARRIOTT 33738CHIDTN CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $3.61 |
| 9/9/2010 | Elizabeth A Kusek | Meals | 0910E0041: BUTTERFLY SUSHI BAR CHICAGO IL - DINNER WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $49.05 |
| 9/9/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0042: LEMAJ TAXI 117000011 CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $15.15 |
| 9/9/2010 | Nisa S Agrawal | Public/ground transportation | 0910E0043: CHI TAXI MED 2385 09 CHICAGO IL - TAXI FROM PWC OFFICE TO CLIENT SITE TO ATTEND CLIENT MEETING. | $6.20 |
| 9/10/2010 | Elizabeth A Kusek | Meals | 0910E0044: MARRIOTT 33738CHIDTN CHICAGO IL - BREAKFAST WHILE WORKING OUT OF TOWN FOR CLIENT - WITH SELF. | $3.61 |
| 9/10/2010 | Elizabeth A Kusek | Public/ground transportation | 0910E0045: TAXI CAB TRANSPORTAT CHICAGO IL - TAXI TO AND FROM HOTEL TO TRIBUNE OFFICE. | $9.75 |
| 9/11/2010 | Elizabeth A Kusek | Lodging | 0910E0046: MARRIOTT 33738CHIDTN CHICAGO IL - 4 NIGHTS STAY (9/7/2010 - 9/10/2010). | $559.01 |
| 9/13/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0047: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Page 4 of 6

Tuesday, November 23, 2010

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 9/13/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0048: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/14/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0049: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |
| 9/14/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0050: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/15/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0051: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |
| 9/15/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0052: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/16/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0053: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |
| 9/16/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0054: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/20/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0055: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |
| 9/20/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0056: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/21/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0057: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |
| 9/21/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0058: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/22/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0059: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Tuesday, November 23, 2010

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 9/22/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0060: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/23/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0061: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |
| 9/23/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0062: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/24/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0063: TRAVEL FROM NAPERVILLE, IL TO CHICAGO, IL FOR WGN SITE VISIT. | $14.00 |
| 9/24/2010 | Thomas Bradley Stutesman | Mileage Allowance | 0910E0064: TRAVEL FROM CHICAGO, IL TO NAPERVILLE, IL FOR WGN SITE VISIT. | $14.00 |
| 9/27/2010 | Thomas L Koops | Public/ground transportation | 0910E0065: TAXI - TO AND FROM PWC OFFICE TO TRIBUNE COMPANY. | $16.00 |
| Subtotal - 2010 Consolidated Audit | | | | $2,858.54 |
| **Fresh Start** | | | | |
| 8/13/2010 | L Allen Arnett | Parking | 0910E0066: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING DOWNTOWN CHICAGO FOR CLIENT MEETING. | $17.00 |
| Subtotal - Fresh Start | | | | $17.00 |
| **Total Expenditures** | | | | **$2,875.54** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.