**TRIBUNE COMPANY, et al (Case 08-13141)**                                        Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period May 1, 2010 through May 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 138.90 | $0.00 |
| 2010 Consolidated Audit | 162.70 | $35,537.00 |
| **Subtotal - Fixed Fee Services** | **301.60** | **$35,537.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 2.30 | $1,220.00 |
| Fresh Start | 138.10 | $72,154.50 |
| **Subtotal - Hourly Services** | **140.40** | **$73,374.50** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 15.10 | $3,397.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **15.10** | **$3,397.50** |
| | | |
| **Total Hours and Compensation** | **457.10** | **$112,309.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**Summary of Hours - April 1, 2010 through April 30, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 138.90 | 0.00 |
| 2010 Consolidated Audit | 162.70 | 35,537.00 |
| **Subtotal - Fixed Fee Services** | 301.60 | 35,537.00 |
| **Total Hours and Compensation** | **301.60** | **35,537.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                        **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services – 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period May 1, 2010 through May 31, 2010**

| Professional | Professional's Position | Hours |
|---|---|---:|
| William T England | Partner | 11.00 |
| Matthew B Larsen | Senior Manager | 17.00 |
| Justin A Spahn | Manager | 11.50 |
| Sheri L Meyers | Senior Associate | 14.00 |
| Domonique P Hinton | Associate | 18.70 |
| Melissa Mary Begley | Associate | 66.70 |
| **Total Hours Incurred during Compensation Period** | | **138.90** |
| Total Hours Incurred prior to May 1, 2010 | | 7,013.80 |
| **Total Hours Incurred through May 31, 2010** | | **7,152.70** |

| | | |
|---|---:|---:|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $1,750,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $0.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,750,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | **138.90** | **$0.00** |

Total fees equal fees disclosed in the original engagment letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.          Page 1 of 1

Thursday, July 15, 2010

**TRIBUNE COMPANY, et al (Case 08-13141)**               **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - May 1, 2010 through May 31, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 24.60 |
| 8700 - Completion | 13.00 |
| 9200 - 2009 Interim Review Procedures | 101.30 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **138.90** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    Exhibit B-2
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**May 1, 2010 through May 31, 2010**

| Professional | Professional's Position | Hours |
|---|---|---|
| James M Maurer | Partner | 2.00 |
| William T England | Partner | 7.00 |
| Justin A Spahn | Manager | 32.80 |
| Sumaira Maryum Akhtar | Manager | 2.50 |
| Lydia Kuebler | Senior Associate | 1.00 |
| Sheri L Meyers | Senior Associate | 23.50 |
| Steven B Ockrim | Senior Associate | 21.00 |
| Domonique P Hinton | Associate | 60.60 |
| Melissa Mary Begley | Associate | 8.30 |
| Meredith A Flittner | Associate | 4.00 |
| Fixed Fee Component | Fixed Fee Component | 0.00 |
| **Total Hours Incurred during Compensation Period** | | **162.70** |
| Total Hours Incurred prior to May 1, 2010 | | 136.50 |
| **Total Hours Incurred through May 31, 2010** | | **299.20** |

| | | |
|---|---|---|
| **Total Fees – Payments Previously Requested for 2010 Consolidated Audit** | | $39,000.00 |
| **Remaining Payments for 2010 Consolidated Audit** | | **$1,361,000.00** |
| **Total Fixed Fee for 2010 Consolidated Audit** | | **$1,400,000.00** |
| **Requested Payment - 2010 Consolidated Audit** | **162.70** | **$35,537.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - May 1, 2010 through May 31, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 50.50 |
| 9200 - Q1 Interim Review Procedures | 78.70 |
| 2900 - Information Technology General Controls | 28.50 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 5.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **162.70** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by   Professionals - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Ralph Gilman | Partner | $590 | 1.00 | $590.00 |
| J. Timothy Winks | Senior Managing Director | $600 | 0.30 | $180.00 |
| Stephen B Danton | Director | $450 | 1.00 | $450.00 |
| **Subtotal - Claims Consulting Services** | | | **2.30** | **$1,220.00** |
| **Fresh Start** | | | | |
| L Allen Arnett | Partner | $700 | 6.20 | $4,340.00 |
| Robert C Whitley | Partner | $700 | 20.10 | $14,070.00 |
| Robert D Love | Partner | $650 | 7.00 | $4,550.00 |
| William T England | Partner | $693 | 9.00 | $6,237.00 |
| Adrian Galis | Director | $475 | 8.00 | $3,800.00 |
| John Benedetti | Director | $475 | 69.10 | $32,822.50 |
| Stephanie K Dubicki | Director | $475 | 3.00 | $1,425.00 |
| Justin A Spahn | Manager | $305 | 3.20 | $976.00 |
| Kristofer L Neyens | Manager | $370 | 5.50 | $2,035.00 |
| Lori A Coulter | Senior Associate | $243 | 3.00 | $729.00 |
| Mark Stachnik | Senior Associate | $300 | 3.60 | $1,080.00 |
| Sheri L Meyers | Senior Associate | $225 | 0.40 | $90.00 |
| **Subtotal - Fresh Start** | | | **138.10** | **$72,154.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Sheri L Meyers | Senior Associate | $225 | 2.00 | $450.00 |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 5.50 | $1,237.50 |
| Kia Xiong | Associate (Bankruptcy) | $225 | 3.80 | $855.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 3.80 | $855.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **15.10** | **$3,397.50** |
| **Total Hours and Compensation** | | | **155.50** | **$76,772.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period May 1, 2010 through May 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 5/25/2010 | Stephen B Danton | Director | 0510H0001: Preparation for call regarding status of claim with City of Chicago. | $450.00 | 0.50 | $225.00 |
| 5/26/2010 | Ralph Gilman | Partner | 0510H0002: Conference with Monica Melgarejo (Tribune) and Stephen Danton (PwC) regarding the status of the Chicago use tax issue. | $590.00 | 0.50 | $295.00 |
| 5/26/2010 | Stephen B Danton | Director | 0510H0003: Conference with Monica Melgarejo (Tribune) and Ralph Gilman (PwC) regarding the status of the Chicago use tax issue. | $450.00 | 0.50 | $225.00 |
| 5/26/2010 | J. Timothy Winks | Senior Managing Director | 0510H0004: Review of City of Chicago settlement issues. | $600.00 | 0.30 | $180.00 |
| 5/26/2010 | Ralph Gilman | Partner | 0510H0005: Review of Chicago use tax issues and preparation for call with City regarding same. | $590.00 | 0.50 | $295.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | 2.30 | $1,220.00 |
| **Fresh Start** | | | | | | |
| 5/2/2010 | Robert D Love | Partner | 0510H0006: Coordination of fixed asset project and send to Wade Hohol (PwC). | $650.00 | 0.50 | $325.00 |
| 5/3/2010 | Robert D Love | Partner | 0510H0007: Tribune fixed asset project discussion with C. Whitley (PwC). | $650.00 | 0.50 | $325.00 |
| 5/3/2010 | Robert C Whitley | Partner | 0510H0008: Tribune fixed asset project discussion with R. Love (PwC). | $700.00 | 0.50 | $350.00 |
| 5/3/2010 | John Benedetti | Director | 0510H0009: Review and discuss Lazard valuation report with C. Whitley (PwC). | $475.00 | 1.00 | $475.00 |
| 5/3/2010 | Robert C Whitley | Partner | 0510H0010: Review and discuss Lazard valuation report with J. Benedetti (PwC). | $700.00 | 1.00 | $700.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/24/2010 | John Benedetti | Director | 0510H00100: Valuation meeting attended by E&Y and Tribune. PwC attendees included C. Whitley. Discussed overall valuation approach and reconciliation of Lazard report to reporting units. | $475.00 | 1.00 | $475.00 |
| 5/3/2010 | John Benedetti | Director | 0510H0011: Review of Lazard Valuation Report. | $475.00 | 1.00 | $475.00 |
| 5/3/2010 | John Benedetti | Director | 0510H0012: Continued to review Lazard Valuation Report. | $475.00 | 0.50 | $237.50 |
| 5/3/2010 | John Benedetti | Director | 0510H0013: Review Plan of Reorganization and Subsidiary Financial Statements. | $475.00 | 3.00 | $1,425.00 |
| 5/3/2010 | Robert C Whitley | Partner | 0510H0014: Review Plan of Reorganization. | $700.00 | 1.00 | $700.00 |
| 5/4/2010 | Mark Stachnik | Senior Associate | 0510H0015: Research applicable comment letters for analysis. | $300.00 | 1.00 | $300.00 |
| 5/4/2010 | Robert D Love | Partner | 0510H0016: Review of fixed asset analysis. | $650.00 | 0.50 | $325.00 |
| 5/4/2010 | John Benedetti | Director | 0510H0017: Review of historical audit documentation on Deferred Revenue and Broadcast Rights. | $475.00 | 4.40 | $2,090.00 |
| 5/5/2010 | Mark Stachnik | Senior Associate | 0510H0018: Research applicable comment letters for analysis. | $300.00 | 0.60 | $180.00 |
| 5/5/2010 | Robert D Love | Partner | 0510H0019: Gather info for fixed asset meeting and information on newspaper process. | $650.00 | 1.00 | $650.00 |
| 5/5/2010 | John Benedetti | Director | 0510H0020: Project status update meeting with N. Chakiris (Tribune). | $475.00 | 1.50 | $712.50 |
| 5/5/2010 | John Benedetti | Director | 0510H0021: Research relevant literature related to the allocation of goodwill to reporting units. | $475.00 | 3.00 | $1,425.00 |
| 5/5/2010 | John Benedetti | Director | 0510H0022: Update analysis based upon Plan, goodwill and fixed asset analysis. | $475.00 | 1.50 | $712.50 |
| 5/6/2010 | Adrian Galis | Director | 0510H0023: Visit to Freedom Center with K. Neyens (PwC) and B. Love (PwC). | $475.00 | 3.50 | $1,662.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/6/2010 | Kristofer L Neyens | Manager | 0510H0024: Visit to Freedom Center with A. Galis (PwC) and B. Love (PwC). | $370.00 | 3.50 | $1,295.00 |
| 5/6/2010 | Robert D Love | Partner | 0510H0025: Visit to Freedom Center with A. Galis (PwC) and K. Neyens (PwC). | $650.00 | 3.50 | $2,275.00 |
| 5/6/2010 | John Benedetti | Director | 0510H0026: Prepare materials and information for Weekly status report - Review with C. Whitley (PwC). | $475.00 | 2.50 | $1,187.50 |
| 5/6/2010 | Robert C Whitley | Partner | 0510H0027: Prepare materials and information for Weekly status report - Review with J. Benedetti (PwC). | $700.00 | 2.50 | $1,750.00 |
| 5/6/2010 | John Benedetti | Director | 0510H0028: Draft guidance and approach for deferred revenue analysis. | $475.00 | 1.00 | $475.00 |
| 5/7/2010 | John Benedetti | Director | 0510H0029: Discuss Broadcast Rights and Deferred Revenue Approach - Included C. Whitley (PwC). | $475.00 | 0.90 | $427.50 |
| 5/7/2010 | Robert C Whitley | Partner | 0510H0030: Discuss Broadcast Rights and Deferred Revenue Approach - Included J. Benedetti (PwC). | $700.00 | 0.90 | $630.00 |
| 5/7/2010 | John Benedetti | Director | 0510H0031: Weekly status report meeting with Litman, Chakiris & Lightfoot (all Tribune), C. Whitley (PwC). | $475.00 | 1.00 | $475.00 |
| 5/7/2010 | Robert C Whitley | Partner | 0510H0032: Weekly status report meeting with Litman, Chakiris & Lightfoot (all Tribune), J. Benedetti (PwC). | $700.00 | 1.00 | $700.00 |
| 5/7/2010 | Adrian Galis | Director | 0510H0033: Review of documents received on site visit. | $475.00 | 0.50 | $237.50 |
| 5/10/2010 | John Benedetti | Director | 0510H0034: Creation of model for accounting for Broadcast rights under FAS 141R. | $475.00 | 4.00 | $1,900.00 |
| 5/11/2010 | Justin A Spahn | Manager | 0510H0035: Review of contract scoping performed by Tribune. Included B Litman (Tribune) and N Chakiris (Tribune), J. Benedetti and C. Whitley (via phone) participated for PwC. | $305.00 | 1.20 | $366.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/11/2010 | John Benedetti | Director | 0510H0036: Review of contract scoping performed by Tribune. Included B Litman (Tribune) and N Chakiris (Tribune) J. Spahn and C. Whitley (via phone) participated for PwC. | $475.00 | 1.20 | $570.00 |
| 5/11/2010 | Robert C Whitley | Partner | 0510H0037: Review of contract scoping performed by Tribune. Included B Litman (Tribune) and N Chakiris (Tribune) J. Benedetti and J. Spahn (via phone) participated for PwC. | $700.00 | 1.20 | $840.00 |
| 5/11/2010 | Kristofer L Neyens | Manager | 0510H0038: Meeting with Tribune's people soft group for tax asset accounting. | $370.00 | 1.00 | $370.00 |
| 5/11/2010 | Mark Stachnik | Senior Associate | 0510H0039: Research applicable comment letters for analysis. | $300.00 | 1.00 | $300.00 |
| 5/11/2010 | John Benedetti | Director | 0510H0040: Review of materials provided by B. Litman (Tribune) in advance of contract scoping meeting. | $475.00 | 1.50 | $712.50 |
| 5/11/2010 | John Benedetti | Director | 0510H0041: Completion of documentation of scoping procedures. | $475.00 | 1.00 | $475.00 |
| 5/12/2010 | Kristofer L Neyens | Manager | 0510H0042: Discussion with Robert Love (PwC) regarding Tax versus Book Advice. | $370.00 | 0.50 | $185.00 |
| 5/12/2010 | Robert D Love | Partner | 0510H0043: Discussion with Kris Neyens (PwC) regarding Tax versus Book Advice. | $650.00 | 0.50 | $325.00 |
| 5/12/2010 | Justin A Spahn | Manager | 0510H0044: Status update meeting with N Chakiris (Tribune), T Lightfoot (Tribune) and J Benedetti (PwC) regarding open issues relating to Fresh Start Reporting. | $305.00 | 1.00 | $305.00 |
| 5/12/2010 | John Benedetti | Director | 0510H0045: Status update meeting with N Chakiris (Tribune), T Lightfoot (Tribune) and J Spahn (PwC) regarding open issues relating to Fresh Start Reporting. | $475.00 | 1.00 | $475.00 |
| 5/12/2010 | John Benedetti | Director | 0510H0046: Updating status log for meeting with Tribune management. | $475.00 | 2.00 | $950.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/13/2010 | Lori A Coulter | Senior Associate | 0510H0047: Real estate methodology discussion with J. Benedetti (PwC) and S. Dubicki (PwC). | $243.00 | 1.50 | $364.50 |
| 5/13/2010 | Stephanie K Dubicki | Director | 0510H0048: Real estate methodology discussion with J. Benedetti (PwC) and L. Coulter (PwC). | $475.00 | 1.50 | $712.50 |
| 5/13/2010 | John Benedetti | Director | 0510H0049: Real estate methodology discussion with S. Dubicki (PwC) and L. Coulter (PwC). | $475.00 | 1.50 | $712.50 |
| 5/13/2010 | Robert C Whitley | Partner | 0510H0050: Preparation for real estate meeting. | $700.00 | 0.50 | $350.00 |
| 5/13/2010 | Robert C Whitley | Partner | 0510H0051: Review of approach for deferred revenue. | $700.00 | 1.30 | $910.00 |
| 5/13/2010 | Robert C Whitley | Partner | 0510H0052: Real Estate Valuation Approach meeting with Tribune, E&Y and Cushman. | $700.00 | 1.00 | $700.00 |
| 5/17/2010 | Kristofer L Neyens | Manager | 0510H0053: Update discussion with B. Love (PwC) on tax related note to Pat Shanahan (Tribune). | $370.00 | 0.50 | $185.00 |
| 5/17/2010 | Robert D Love | Partner | 0510H0054: Update discussion with Kris Neyens (PwC) on tax related note to Pat Shanahan (Tribune). | $650.00 | 0.50 | $325.00 |
| 5/17/2010 | John Benedetti | Director | 0510H0055: Discussion with C. Whitley (PwC) and A. Galis (PwC) on follow-up points for real estate. | $475.00 | 0.80 | $380.00 |
| 5/17/2010 | Robert C Whitley | Partner | 0510H0056: Discussion with J. Benedetti (PwC) and A. Galis (PwC) on follow-up points for real estate. | $700.00 | 0.80 | $560.00 |
| 5/17/2010 | Adrian Galis | Director | 0510H0057: Review of documents regarding valuation by E&Y. | $475.00 | 0.50 | $237.50 |
| 5/17/2010 | Sheri L Meyers | Senior Associate | 0510H0058: Researching accounting for CRT receivable & completion of reporting unit balances file for TS team. | $225.00 | 0.30 | $67.50 |
| 5/17/2010 | Sheri L Meyers | Senior Associate | 0510H0059: Provided reporting unit balances (i.e. revenue, total assets, etc) for analysis performed by TS team. | $225.00 | 0.10 | $22.50 |
| 5/17/2010 | John Benedetti | Director | 0510H0060: Review of Tribune financial statements. | $475.00 | 1.70 | $807.50 |
| 5/17/2010 | Robert C Whitley | Partner | 0510H0061: Review of Tribune financial statements. | $700.00 | 0.70 | $490.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/18/2010 | Justin A Spahn | Manager | 0510H0062: Discuss Form 10 reporting questions with B Litman (Tribune) and N Chakiris (Tribune). | $305.00 | 1.00 | $305.00 |
| 5/18/2010 | Mark Stachnik | Senior Associate | 0510H0063: Drafting internal status update to team. | $300.00 | 1.00 | $300.00 |
| 5/18/2010 | John Benedetti | Director | 0510H0064: Preparation for discussion with PwC National department on Form 10 reporting questions. | $475.00 | 3.00 | $1,425.00 |
| 5/18/2010 | John Benedetti | Director | 0510H0065: Review of TV foods financial statements for discussion of reporting requirements. | $475.00 | 2.20 | $1,045.00 |
| 5/18/2010 | John Benedetti | Director | 0510H0066: Discussion with PwC National office regarding the technical requirement to include disclosure of subsidiary FS in post emergence filing. | $475.00 | 1.80 | $855.00 |
| 5/19/2010 | L Allen Arnett | Partner | 0510H0067: Discussion with J. Benedetti (PwC) and C. Whitley (PwC) on valuation methodology for deferred revenue. | $700.00 | 0.80 | $560.00 |
| 5/19/2010 | John Benedetti | Director | 0510H0068: Discussion with A. Arnett (PwC) and C. Whitley (PwC) on valuation methodology for deferred revenue. | $475.00 | 0.80 | $380.00 |
| 5/19/2010 | Robert C Whitley | Partner | 0510H0069: Discussion with A. Arnett (PwC) and J. Benedetti (PwC) on valuation methodology for deferred revenue. | $700.00 | 0.80 | $560.00 |
| 5/19/2010 | John Benedetti | Director | 0510H0070: Review of current issues with C. Whitley (PwC) and preparation for discussion with A. Arnett (PwC) regarding Deferred Revenue valuation approach. | $475.00 | 1.50 | $712.50 |
| 5/19/2010 | Robert C Whitley | Partner | 0510H0071: Review of current issues with J. Benedetti (PwC) and preparation for discussion with A. Arnett (PwC) regarding Deferred Revenue valuation approach. | $700.00 | 1.50 | $1,050.00 |
| 5/19/2010 | John Benedetti | Director | 0510H0072: Review of Lazard valuation and open items related to real property valuation. | $475.00 | 0.70 | $332.50 |
| 5/19/2010 | John Benedetti | Director | 0510H0073: Review CRT receivables and additional information needs to finalize valuation approach. | $475.00 | 0.50 | $237.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/19/2010 | John Benedetti | Director | 0510H0074: Researched guidance on treatment of receivables under purchase accounting. | $475.00 | 2.90 | $1,377.50 |
| 5/19/2010 | Robert C Whitley | Partner | 0510H0075: Review of Lazard valuation and open items related to real property valuation. | $700.00 | 0.70 | $490.00 |
| 5/19/2010 | Robert C Whitley | Partner | 0510H0076: Discussed CRT receivables and additional information needs to finalize valuation approach. | $700.00 | 0.50 | $350.00 |
| 5/19/2010 | John Benedetti | Director | 0510H0077: Review of financial statements and Lazard valuation report. | $475.00 | 1.90 | $902.50 |
| 5/19/2010 | Robert C Whitley | Partner | 0510H0078: Review of financial statements and Lazard valuation report. | $700.00 | 1.20 | $840.00 |
| 5/20/2010 | L Allen Arnett | Partner | 0510H0079: Conference call with J. Benedetti (PwC), A. Galis (PwC), S. Dubicki (PwC), and L. Coulter (PwC) regarding valuation. | $700.00 | 0.50 | $350.00 |
| 5/20/2010 | Lori A Coulter | Senior Associate | 0510H0080: Conf call internal with J. Benedetti (PwC), A. Galis (PwC), A. Arnett (PwC), and S. Dubicki (PwC) regarding valuation issues. | $243.00 | 0.50 | $121.50 |
| 5/20/2010 | Stephanie K Dubicki | Director | 0510H0081: Conference call with J. Benedetti (PwC), A. Galis (PwC), A. Arnett (PwC), and L. Coulter (PwC) regarding valuation issues. | $475.00 | 0.50 | $237.50 |
| 5/20/2010 | John Benedetti | Director | 0510H0082: Conference call with A. Galis (PwC), A. Arnett (PwC), S. Dubicki (PwC) and L. Coulter (PwC) regarding valuation issues. | $475.00 | 0.50 | $237.50 |
| 5/20/2010 | Adrian Galis | Director | 0510H0083: Conference call with J. Benedetti (PwC) regarding real estate issues. | $475.00 | 0.50 | $237.50 |
| 5/20/2010 | John Benedetti | Director | 0510H0084: Conference call with A. Galis (PwC) regarding real estate issues. | $475.00 | 0.50 | $237.50 |
| 5/20/2010 | Adrian Galis | Director | 0510H0085: Conference call with L. Arnett (PwC) regarding valuation issues. | $475.00 | 1.00 | $475.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/20/2010 | L Allen Arnett | Partner | 0510H0086: Conference call with A. Galis (PwC) regarding valuation issues. | $700.00 | 1.00 | $700.00 |
| 5/20/2010 | L Allen Arnett | Partner | 0510H0087: Review materials from properties workshop on CTC. | $700.00 | 0.60 | $420.00 |
| 5/20/2010 | William T England | Partner | 0510H0088: Review accounting treatment for specific classes of transactions upon emergence. | $693.00 | 2.00 | $1,386.00 |
| 5/20/2010 | John Benedetti | Director | 0510H0089: Review of financial statements and Lazard valuation report. | $475.00 | 3.30 | $1,567.50 |
| 5/21/2010 | Lori A Coulter | Senior Associate | 0510H0091: Real estate methodology discussion with J. Benedetti (PwC) and S. Dubicki (PwC). | $243.00 | 1.00 | $243.00 |
| 5/21/2010 | Stephanie K Dubicki | Director | 0510H0092: Real estate methodology discussion with J. Benedetti (PwC) and L. Coulter (PwC). | $475.00 | 1.00 | $475.00 |
| 5/21/2010 | John Benedetti | Director | 0510H0093: Real estate methodology discussion with S. Dubicki (PwC) and L. Coulter (PwC). | $475.00 | 1.00 | $475.00 |
| 5/21/2010 | Adrian Galis | Director | 0510H0094: Prepare itemized memo for the guidance of the valuation of the real estate by Cushman. | $475.00 | 1.50 | $712.50 |
| 5/21/2010 | William T England | Partner | 0510H0095: Review accounting treatment for specific classes of transactions upon emergence. | $693.00 | 4.00 | $2,772.00 |
| 5/21/2010 | John Benedetti | Director | 0510H0096: Review of financial statements and Lazard valuation report. | $475.00 | 1.00 | $475.00 |
| 5/21/2010 | Robert C Whitley | Partner | 0510H0097: Review of financial statements and Lazard valuation report. | $700.00 | 1.00 | $700.00 |
| 5/24/2010 | John Benedetti | Director | 0510H0098: Coordination with C. Whitley (PwC) for 2pm valuation meeting. Review of questions and proposed considerations. | $475.00 | 1.00 | $475.00 |
| 5/24/2010 | Robert C Whitley | Partner | 0510H0099: Coordination with J. Benedetti (PwC) for 2pm valuation meeting. Review of questions and proposed considerations. | $700.00 | 1.00 | $700.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period May 1, 2010 through May 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| 5/24/2010 | Robert C Whitley | Partner | 0510H0101: Valuation meeting attended by E&Y and Tribune. PwC attendees included J. Benedetti. Discussed overall valuation approach and reconciliation of Lazard report to reporting units. | $700.00 | 1.00 | $700.00 |
| 5/24/2010 | William T England | Partner | 0510H0102: Review accounting treatment for specific classes of transactions upon emergence. | $693.00 | 3.00 | $2,079.00 |
| 5/24/2010 | John Benedetti | Director | 0510H0103: Preparation for valuation meeting with C. Whitley (PwC). | $475.00 | 0.50 | $237.50 |
| 5/25/2010 | John Benedetti | Director | 0510H0104: Building of model to describe/illustrate the effect of step up in value in broadcast rights. | $475.00 | 6.00 | $2,850.00 |
| 5/26/2010 | John Benedetti | Director | 0510H0105: Review and editing of summary responses to Tribune on follow up questions from Real Estate meeting. | $475.00 | 2.50 | $1,187.50 |
| 5/27/2010 | Adrian Galis | Director | 0510H0106: Call with Cushman, Tribune and E&Y to discuss fixed assets. | $475.00 | 0.50 | $237.50 |
| 5/27/2010 | John Benedetti | Director | 0510H0107: Review of follow up points for coming week. | $475.00 | 0.50 | $237.50 |
| 5/20/2010 | L Allen Arnett | Partner | 0510H0090: Review Plan of Reorganization and Subsidiary Financial Statements & Lazard valuation report. | $700.00 | 3.30 | $2,310.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **138.10** | **$72,154.50** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 5/17/2010 | Sheri L Meyers | Senior Associate | 0510H0108: Review of March 2010 fixed fees. | $225.00 | 2.00 | $450.00 |
| 5/21/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0510H0109: Cumulative reconciliation of time and expenses through March 2010. | $225.00 | 4.50 | $1,012.50 |
| 5/24/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0510H0110: Assemble Time Consolidator for April 2010. | $225.00 | 1.00 | $225.00 |
| 5/25/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0510H0111: Review of March 2010 time and expense details. | $225.00 | 1.80 | $405.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/25/2010 | Kia Xiong | Associate (Bankruptcy) | 0510H0112: Review of April 2010 time details in preparation for filing the fee application. | $225.00 | 3.80 | $855.00 |
| 5/27/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0510H0113: Review of April 2010 time details and follow up with professionals for additional details. | $225.00 | 2.00 | $450.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **15.10** | **$3,397.50** |
| **Total Hours and Compensation** | | | | | **155.50** | **$76,772.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                          **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period May 1, 2010 through May 31, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **2009 Consolidated Audit** | |
| Mileage Allowance | $29.00 |
| Parking | $58.00 |
| Public/ground transportation | $18.00 |
| **Subtotal - 2009 Consolidated Audit** | **$105.00** |
| **2010 Consolidated Audit** | |
| Public/ground transportation | $7.65 |
| **Subtotal - 2010 Consolidated Audit** | **$7.65** |
| **Fresh Start** | |
| Lodging | $433.49 |
| Meals | $19.00 |
| Mileage Allowance | $133.00 |
| Parking | $111.00 |
| Public/ground transportation | $55.45 |
| **Subtotal - Fresh Start** | **$751.94** |
| **Total Expenditures** | **$864.59** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Thursday, July 15, 2010

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)
PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2009 Consolidated Audit** | | | | |
| 4/30/2010 | William T England | Parking | 0510E0001: 201 E ILLINOIS SPRK7 CHICAGO IL - 1 DAY PARKING - TRIBUNE 2010 QUARTER MTG - SECOND PARKING. | $10.00 |
| 5/4/2010 | William T England | Parking | 0510E0002: 201 E ILLINOIS SPRK7 CHICAGO IL - 1 DAY PARKING NEAR TRIBUNE FOR FIELDWORK - SECOND PARKING. | $24.00 |
| 5/4/2010 | William T England | Mileage Allowance | 0510E0003: TRAVEL FROM BURR RIDGE TO CHICAGO. | $9.00 |
| 5/4/2010 | William T England | Mileage Allowance | 0510E0004: TRAVEL FROM CHICAGO TO NORTHFIELD. | $9.00 |
| 5/4/2010 | William T England | Mileage Allowance | 0510E0005: TRAVEL FROM NORTHFIELD TO BURR RIDGE. | $11.00 |
| 5/10/2010 | William T England | Parking | 0510E0006: 201 E ILLINOIS SPRK7 CHICAGO IL - 1 DAY PARKING NEAR TRIBUNE FOR FIELDWORK - SECOND PARKING. | $24.00 |
| 5/12/2010 | William T England | Public/ground transportation | 0510E0007: TAXI T/F TRIBUNE CO - 1 DAY PARKING NEAR TRIBUNE FOR FIELDWORK - SECOND PARKING. | $18.00 |
| **Subtotal - 2009 Consolidated Audit** | | | | $105.00 |
| **2010 Consolidated Audit** | | | | |
| 5/18/2010 | Justin A Spahn | Public/ground transportation | 0510E0008: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO TRIBUNE TOWER FROM PWC OFFICE FOR MEETING. | $7.65 |
| **Subtotal - 2010 Consolidated Audit** | | | | $7.65 |
| **Fresh Start** | | | | |
| 5/1/2010 | Robert D Love | Meals | 0510E0009: MARRIOTT 33738CHIDTN CHICAGO IL - DINNER - SELF. | $9.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period May 1, 2010 through May 31, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------:|
| 5/1/2010 | Robert D Love | Lodging | 0510E0010: MARRIOTT 33738CHIDTN CHICAGO IL - LODGING 1 NIGHT STAY 5/1/2010. | $183.49 |
| 5/1/2010 | Robert D Love | Parking | 0510E0011: MARRIOTT 33738CHIDTN CHICAGO IL - 2 DAYS PARKING AT HOTEL. | $48.00 |
| 5/5/2010 | Robert D Love | Meals | 0510E0012: MARRIOTT - DINNER - SELF. | $10.00 |
| 5/5/2010 | Robert D Love | Public/ground transportation | 0510E0013: ILLINOIS TOLLWAY - TOLLS TO CLIENT LOCATION. | $3.25 |
| 5/5/2010 | Robert D Love | Mileage Allowance | 0510E0014: TRAVEL FROM MILWAUKEE, WI TO LISLE, IL. | $50.00 |
| 5/5/2010 | Robert D Love | Parking | 0510E0015: WESTFIELD NORTH BRID CHICAGO IL - 2 DAYS PARKING AT HOTEL. | $39.00 |
| 5/6/2010 | Robert D Love | Public/ground transportation | 0510E0016: ILLINOIS TOLLWAY - TOLLS FROM CLIENT LOCATION. | $3.25 |
| 5/6/2010 | Robert C Whitley | Public/ground transportation | 0510E0017: CHICAGO TAXI - TAXI TO TRIBUNE FROM OFFICE. | $7.00 |
| 5/6/2010 | Robert C Whitley | Public/ground transportation | 0510E0018: CHICAGO TAXI - TAXI FROM TRIBUNE TO OFFICE. | $7.00 |
| 5/6/2010 | Robert D Love | Mileage Allowance | 0510E0019: TRAVEL FROM LISLE, IL TO MILWAUKEE, WI. | $50.00 |
| 5/7/2010 | Robert D Love | Lodging | 0510E0020: MARRIOTT 33738CHIDTN CHICAGO IL - LODGING 1 NIGHT STAY 5/6/2010. | $250.00 |
| 5/11/2010 | Kristofer L Neyens | Public/ground transportation | 0510E0021: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM FREEDOM CENTER (TRIBUNE PRODUCTION FACILITY) TO OFFICE. | $7.95 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period May 1, 2010 through May 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 5/11/2010 | Kristofer L Neyens | Public/ground transportation | 0510E0022: CHICAGO CARRIAGE CAB CO - TAXI FROM OFFICE TO TRIBUNE. | $8.00 |
| 5/24/2010 | Adrian Galis | Public/ground transportation | 0510E0023: TAXI AFFILIATION SERVICES, LLC - CHICAGO - TAXI FROM PWC TO CLIENT. | $10.00 |
| 5/24/2010 | Adrian Galis | Public/ground transportation | 0510E0024: CITY SERVICE TAXI ASSOCIATION - CHICAGO - TAXI FROM CLIENT TO PWC. | $9.00 |
| 5/24/2010 | William T England | Parking | 0510E0025: 201 E ILLINOIS SPRK7 CHICAGO IL - 1 DAY PARKING - TRIBUNE FIELDWORK - SECOND PARKING. | $24.00 |
| 5/24/2010 | William T England | Mileage Allowance | 0510E0026: TRAVEL FROM BURR RIDGE TO CHICAGO. | $9.00 |
| 5/24/2010 | William T England | Mileage Allowance | 0510E0027: TRAVEL FROM CHICAGO TO NORTHFIELD. | $10.00 |
| 5/24/2010 | William T England | Mileage Allowance | 0510E0028: TRAVEL FROM NORTHFIELD TO BURR RIDGE. | $14.00 |
| Subtotal - Fresh Start | | | | $751.94 |
| **Total Expenditures** | | | | **$864.59** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.