# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** 11/29/10  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtors |
| James Conlan | Sidley Austin | " |
| Kevin Lantry | " | " |
| James Bendernagel | " | " |
| Ken Kansa | " | " |
| Jessica Boelter | " | " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Matt Stein | Kasowitz Benson | " " |
| David Rosner | " | " " |
| Sheron Korpus | " | " " |
| Don Golden | Akin Gump | Aurelius |
| Phil Dublin | " " | Aurelius |
| David Zensky | " " | Aurelius |
| Bill Bowden | Ashby | " |
| Amanda Winfree | " | " |
| Krishna Veach | Akin | " |
| Abid Qureshi | Akin | " |

# SIGN-IN-SHEET

CASE NAME: Tribune Company  
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5  
DATE: 11/29/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jim Johnston (Josh Mester) | Hennigan Bennett | Oaktree Capital / Angelo Gordon |
| David Adler | McCarter + English | DBTCA |
| Katie Mayer | ,, | DBTCA |
| Josh West | | |
| Gordon Z. Novod | Brown Rudnick LLP | Wilmington Trust company |
| Martin Siegel | ,, | ,, |
| William Sullivan | Sullivan Hazeltine Allinson LLP | |
| Blake Cleary | Young Conaway Stargatt & Taylor LLC | Credit Agreement Lenders |
| Adam Landis | Landis Rath + Cobb | By Committee |
| Daniel Roth | Landis Rath + Cobb | The Committee |
| Howard Seife | Chadbourne + Parke | ,, |
| David Lemay | ,, | ,, |
| Doug Deutsch | | |

# SIGN-IN-SHEET

CASE NAME: Tribune Company  
CASE NO. 08-13141-KJC  
COURTROOM LOCATION: 5  
DATE: 11/29/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Carickhoff | Blank Rome | EGI-TRB LLC |
| David Bradford | Jenner & Block | |
| Graeme W Bush | Zuckerman Spaeder | UCC |
| Jim Sottile | " | " |
| David Heidar | U.S. Trustee | U.S. Trustee |
| David Powlen | Barnes & Thornburg | " |
| Paul N. Silverstein | Andrews Kurth LLP | Ad Hoc Op Co Trade Committee |
| Thomas Lauria | White & Case | Bridge Lenders |
| Scott Greissman | " | " |
| Andrew Hammond | " | " |
| Jeff Schultz | " | " |
| Evan Silky | " | " |
| Richard Riley | Duane Morris | ACE Companies |
| William Sullivan | Sullivan Hazeltine Allinson LLC | Wilmington Trust |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** 11/29/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Rosenblatt | Chadbourne + Parke LLP | Creditors' Committee |
| Howard Seife | " | " |
| David LeMay | " | " |
| Christy Rivera | " | " |
| Thomas McCormack | " | " |
| Marc Ashley | " | " |
| Doug Deutsch | " | " |
| Benjamin Kaminetzky | Davis Polk & Wardwell | JPMorgan Chase Bank Agent |
| Donald Bernstein | " | " |
| Damian Schaible | " | " |
| Michael Russano | " | " |
| Daniel Rath | Landis Rath & Cobb LLP | Creditors' Committee |
| Adam Landis | " | " |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: 11/29/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Cobb | Landis Rath & Cobb LLP | Creditors Comm. "Kee" |
| Marc Reitman | Chadbourne & Parke | " |
| Jeanne Beck | Zuckerman Spaeder | " |
| Kim Rotile | " | " |
| Derek Abbott | Morris Nichols | Sky On Lenders |
| Evan Flascher | Bracewell & Giuliani | " |
| Howard Kaplan | Arcin Kaplan | " |

# SIGN-IN-SHEET

**CASE NAME:** TRIBUNE
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** 11/29/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan Bensten | Davis Polk | JPMorgan Chase |
| Damian Scheske | " | " |
| Rob Stern | M+E | |
| Meredith Senter | Lerman Senter | Aurelius |
| Sally Buckman | " | " |
| Tom Horan | Womble Carlyle | GreatBanc |
| Jeffrey Rich | K+L Gates | GreatBanc |
| Madlyn Primoff | Kaye Scholer | Merrill Lynch |
| Laurie Selber Silverstein | Potter Anderson & Corroon | " |
| R. Stephen McNeill | " | " |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 11/29/2010
Calendar Time: 10:00 AM ET

Amended Calendar 11/29/2010 05:52 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3877965 | Jason D. Abbruzzese | 212-612-1412 | Realm Partners | Creditor, Jason D. Abbruzzese / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3847976 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3879244 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880917 | Jeffrey Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881247 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3879151 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3853007 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883400 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880780 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880696 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3874743 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3843483 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883884 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3882796 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880856 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3875869 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3865541 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883887 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883399 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881025 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883896 | Evan Flaschen | 860-249-7252 | Bracewell & Giuliani - Conneticut | Creditor, Socal / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3854085 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3878804 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881438 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Services UK | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3877751 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3857713 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880709 | Andrew Gu | (203) 413-7246 | Arrowhawk Capital Partners | Client, Arrowhawk Capital Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3882263 | David Hall | 312-269-4207 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3876092 | Mark Holliday | (503) 243-5000 | Camden Asset Management | Creditor, Wilmington Trust Company / LIVE |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3878591 | Laurie E. Hutchins | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3874740 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3837359 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3878592 | David A. Kazlow | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880994 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883394 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883396 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3857714 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3874665 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3879158 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3882799 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3857720 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883401 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880839 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883397 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883403 | Suneel Mandava | (312) 407-6673 | Lazard Freres & Co., LLC | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3878036 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3857717 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |

| Debtor | Case | Type | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883395 David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881577 Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3879223 Saquib R. Mirza | (212) 270-6000 | JP Morgan Proprietary (New York) | Interested Party, JP Morgan Principal Investments / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881821 Frederick Morris | (212) 902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883860 Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3874666 Jonathan Polkes | 212-310-8000 ext. 999 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3838321 Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Representing, - / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3882803 Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883624 Jason Sanjana | (212) 906-1200 | Latham & Watkins - New York Office | Creditor, Barclays / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3882786 Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881255 Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880715 Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881782 Andrew M. Thau | 212-692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3880694 David B. Thompson | (212) 688-7526 | Gruss & Company, LLC | Creditor, David Thompson / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3881258 Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3837944 Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883872 Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3876110 | John Wagner | (503) 243-5000 | Camden Asset Management | Creditor, Wilmington Trust Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3874668 | Shai Waisman | 212-310-8274 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3883402 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3882631 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3878571 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management | In Propria Persona, Matthew A Zloto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13841 | Hearing | 3883886 | Gentry Klein | 203-552-3542 | Cetus Capital | Interested Party, Cetus Capital / LISTEN ONLY |