IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 5305** |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 5305

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that on August 6, 2010, the Debtors and Debtors in Possession of the above-captioned cases filed the Certificate of No Objection Regarding Docket No. 5049 [Docket No. 5305].

PLEASE TAKE FURTHER NOTICE that Docket Number 5305 is hereby withdrawn.[1]

Dated: November 30, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

---

[1] On November 30, 2010, the Amended Sixteenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period May 1, 2010 through May 31, 2010 [Docket No. 6664] was filed with the Court.

46429/0001-7201143v1