## EXHIBIT A

# JONES DAY

| 04/01/10 | P A PROGER | 0.40 | 360.00 |
|---|---|---|---|

Review revisions to Joint Defense Agreement (.30); telephone call with Xanders regarding revised Joint Defense Agreement and next steps (.10).

| 04/05/10 | P A PROGER | 0.20 | 180.00 |
|---|---|---|---|

Attention to      *redacted*      proposed control group for common interest agreement.

| 04/06/10 | P A PROGER | 0.20 | 180.00 |
|---|---|---|---|

Conference call with Kazan and Eldersveld regarding control group in Common Interest Agreement.

| 04/06/10 | P A PROGER | 0.10 | 90.00 |
|---|---|---|---|

Conference call with Kazan and Eldersveld regarding revised Confidentiality Agreement.

| 04/07/10 | P A PROGER | 0.40 | 360.00 |
|---|---|---|---|

Email from Martin regarding control group and meeting (.10); telephone call with Eldersveld regarding same (.30).

| 04/13/10 | D N CHI | 0.50 | 200.00 |
|---|---|---|---|

Review and analyze cumulative March bill.

| 04/21/10 | D N CHI | 1.30 | 520.00 |
|---|---|---|---|

Draft and revise November 2009 - April 2010 fee application and review/revise bill.

| 04/21/10 | P A PROGER | 0.50 | 450.00 |
|---|---|---|---|

Conference call with Messrs. Michaels and Eldersveld regarding issues pertaining to distribution of content.

| 04/22/10 | D N CHI | 0.40 | 160.00 |
|---|---|---|---|

Review draft bill and mark redactions.

| 04/29/10 | P A PROGER | 0.20 | 180.00 |
|---|---|---|---|

Review      *redacted*      draft agreement.

| 04/30/10 | P A PROGER | 0.20 | 180.00 |
|---|---|---|---|

Conference call (     *redacted*      draft contract) with Messrs. Kazan and Eldersveld regarding distribution opportunities.

| 05/01/10 | P A PROGER | 0.90 | 810.00 |
|---|---|---|---|

Review     *redacted*      draft Steering Committee Kick-Off Deck (.30); comment regarding same (.20); attention to draft     *redacted*      consulting agreement (.30); email to     *redacted* *redacted*      regarding same (.10).

| 05/06/10 | P A PROGER | 1.20 | 1,080.00 |
|---|---|---|---|

Discussion with Bralow regarding     *redacted*      possible joint ventures (.40); internet research regarding corporate entries, circulation, and trade zones (.80).

| 05/07/10 | D N CHI | 0.30 | 120.00 |
|---|---|---|---|

Review and analyze proposed omnibus fee order for second interim fee period.

| 05/07/10 | D N CHI | 0.30 | 120.00 |
|---|---|---|---|

Draft and revise sixth fee application.

| 05/10/10 | AK SOBCZAK | 0.20 | 50.00 |
|---|---|---|---|

Review and revise redacted copy of bill for filing (.10); e-mails with Chi and Word Processing regarding same (.10).

| 05/11/10 | AK SOBCZAK | 3.00 | 750.00 |
|---|---|---|---|

Review and revise Tribune fee application (.20); prepare and edit LEDES file of bill (1.70); redaction of pdf file of bill for filing with the court (1.00); e-mails with Chi regarding same (.10).

| 05/13/10 | P A PROGER | 1.00 | 900.00 |
|---|---|---|---|

Conference call with Messrs. Bralow,      *redacted*      and Ms. Carroll regarding call-center/advertising integration.

| 05/17/10 | D N CHI | 0.60 | 240.00 |
|---|---|---|---|

Separate conferences with Ratkowiak (.20) and Stickles (.20) regarding second interim fee hearing plans; set up hearing appearance with Court call (.20).

# JONES DAY

Advice on Antitrust Matters                                                                 Page 2

| | | | |
|---|---|---|---|
| 05/18/10 | D N CHI | 0.30 | 120.00 |
| | Revise and coordinate filing of sixth fee application. | | |
| 05/18/10 | R C THOMAS | 0.50 | 262.50 |
| | Communicate with Proger regarding    *redacted*    review file regarding same. | | |
| 05/19/10 | P A PROGER | 0.80 | 720.00 |
| | Review analysis and background information (.60); conference with Thomas regarding antitrust analysis (.20). | | |
| 05/20/10 | R C THOMAS | 0.80 | 420.00 |
| | Analyze file regarding *redacted* matter (.60); communicate with Proger regarding antitrust analysis (.20). | | |
| 05/25/10 | P A PROGER | 0.60 | 540.00 |
| | Further antitrust analysis of joint rate card and price positing (.30); email Bralow regarding same; voice message and telephone call to Bralow regarding same (.30). | | |
| 05/28/10 | P A PROGER | 0.50 | 450.00 |
| | Review *redacted* Letter of April 23, 2010 to    *redacted* | | |
| 06/10/10 | D N CHI | 0.30 | 120.00 |
| | Review and revise May 2010 bill. | | |
| 06/10/10 | P A PROGER | 0.30 | 270.00 |
| | Telephone call with Bralow regarding revised *redacted* Letter (.10) ; review Letter (.20). | | |
| 06/17/10 | P A PROGER | 0.40 | 360.00 |
| | Review Reciprocal Distribution Agreement from Bralow. | | |
| 06/17/10 | R C THOMAS | 0.40 | 210.00 |
| | Review correspondence from Proger regarding *redacted* joint advertising matter (.10); analyze file regarding same (.30). | | |
| 06/18/10 | P A PROGER | 0.40 | 360.00 |
| | Attention to talking points (.30); telephone call with Bralow regarding same (.10). | | |
| 06/18/10 | R C THOMAS | 1.20 | 630.00 |
| | Review correspondence from Proger regarding *redacted* joint advertising matter (.20); review file and communicate with Proger regarding analysis (.80); communicate with Bralow regarding same (.20). | | |
| 06/25/10 | D N CHI | 1.10 | 440.00 |
| | Review and analyze all open Tribune bills and respond to inquiry from fee examiner regarding timing of filing. | | |
| 06/28/10 | P A PROGER | 0.20 | 180.00 |
| | Telephone call with Bralow regarding draft Agreement. | | |
| 06/28/10 | R C THOMAS | 0.80 | 420.00 |
| | Analyze draft agreement regarding *redacted* classified sales partnership and communicate with Proger regarding same. | | |
| 07/09/10 | D N CHI | 1.40 | 560.00 |
| | Draft and revise fourth interim fee application. | | |
| 07/09/10 | A K SOBCZAK | 1.50 | 375.00 |
| | Draft, review and revise cover pages for fourth interim fee application (1.00); review and revise fee petition accordingly (.30); e-mails and phone conference with Chi regarding same (.20). | | |
| 07/13/10 | D N CHI | 0.60 | 240.00 |
| | Draft and revise fourth interim fee application. | | |
| 07/14/10 | P A PROGER | 1.00 | 900.00 |
| | Conference call with Bralow, *redacted*, and Carroll regarding antitrust issues in new joint produce (.60); review draft rate card (.40). | | |
| 07/19/10 | P A PROGER | 1.10 | 990.00 |
| | Review draft *redacted* Agreement; email comments; review revised draft; review draft antitrust guidelines from Bralow. | | |

# JONES DAY

Advice on Antitrust Matters                                                                                                          Page 3

| | | | |
|---|---|---|---|
| 07/20/10 | P A PROGER | 1.00 | 900.00 |
| | Review Reciprocal Distribution Agreement (.50); telephone call to (voicemail) Bralow regarding same (.10); email from Bralow (.20); review and edit talking points (.20). | | |
| 07/20/10 | R C THOMAS | 0.30 | 157.50 |
| | Communicate with Proger regarding draft agreement between          *redacted*          and *redacted*   (.20); review antitrust guidelines from prior matter received from client (.10). | | |
| 07/21/10 | P A PROGER | 0.40 | 360.00 |
| | Review draft guidelines (.30); email same to Bralow (.10). | | |
| 07/21/10 | R C THOMAS | 1.30 | 682.50 |
| | Review draft agreement between          *redacted*          and          *redacted*          and prior antitrust guidelines from different matter (.40); draft and revise antitrust guidelines in connection with          *redacted*                                   agreement (.70); communicate with Proger regarding same (.20). | | |
| 07/29/10 | D N CHI | 0.20 | 80.00 |
| | Revise and coordinate filing of fourth interim fee application. | | |
| 08/09/10 | P A PROGER | 0.30 | 270.00 |
| | Review to antitrust Guideline #1 (.20); conference call with Bralow, *reda-cted* and *reda-cted* regarding same (.10). | | |
| 09/08/10 | D N CHI | 0.20 | 80.00 |
| | Review and revise timesheets for fee application. | | |
| 10/04/10 | P A PROGER | 0.70 | 630.00 |
| | Telephone call with Mr. Bralow regarding          *redacted*          : advertising issue; attention to same. | | |
| 10/05/10 | P A PROGER | 0.30 | 270.00 |
| | Telephone call with Mr. Bralow regarding advertising issue. | | |
| 10/06/10 | D N CHI | 0.30 | 120.00 |
| | Review/analyze and summarize fee examiner's preliminary report regarding fourth interim fee application. | | |
| 10/07/10 | D N CHI | 0.50 | 200.00 |
| | Draft/revise response to Fee Examiner's preliminary report regarding fourth interim fee application. | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 31.60 | **USD** | 19,247.50 |

**<u>EXHIBIT B</u>**

# JONES DAY

Tribune Company                                                                        Page 1

Advice on Antitrust Matters

**DISBURSEMENT DETAIL - October 31, 2010**

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|---|
| **CALLING CARD CHARGES** | | | | |
| 06/10/10 | P A PROGER | WAS | 0.89 | |
| | Calling card charges 01-Apr-2010 | | | |
| 08/05/10 | P A PROGER | WAS | 1.57 | |
| | Calling card charges 18-Jun-2010 | | | |
| 08/05/10 | P A PROGER | WAS | 0.05 | |
| | Calling card charges 18-Jun-2010 | | | |
| 08/19/10 | P A PROGER | WAS | 0.05 | |
| | Calling card charges 20-Jul-2010 | | | |
| 08/19/10 | P A PROGER | WAS | 0.08 | |
| | Calling card charges 20-Jul-2010 | | | |
| 08/19/10 | P A PROGER | WAS | 0.85 | |
| | Calling card charges 19-Jul-2010 | | | |
| 08/19/10 | P A PROGER | WAS | 0.15 | |
| | Calling card charges 20-Jul-2010 | | | |
| | Calling card charges Subtotal | | | 3.64 |
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 08/05/10 | CHI ACCOUNTING | CHI | 7.20 | |
| | Computerized research services - PACER SERVICE CENTER 4/1/10 - 6/30/10 | | | |
| | **Computerized research services Subtotal** | | | 7.20 |
| | **Total** | | USD | 10.84 |
| | **Grand Total** | | USD | 10.84 |

# **EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.       I am a partner in the law firm of Jones Day.  I make this certification in

accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware (the "Local Rules")[2] regarding the

contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (1208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (5466); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTX.X Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2.      I have read the Seventh Application of Jones Day for Allowance of

Compensation for and for Reimbursement of Expenses in connection with Antitrust Related

Matters for the Period from April 1, 2010 through October 31, 2010 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For

Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11

U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies

with the Guidelines and the Local Rules.


Dated:  November 30, 2010                    /s/ Phillip A. Proger_____
                                             Phillip A. Proger