# EXHIBIT A

 **ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

November 30, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:275164
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

　　　For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2010.

By Graeme W. Bush
　　134.30  hours at  $765.00  per hour        $    102,739.50

By James Sottile
　　196.90  hours at  $675.00  per hour        $    132,907.50

By Thomas G. Macauley
　　34.70  hours at  $580.00  per hour        $    20,126.00

By P. Andrew Torrez
　　49.70  hours at  $550.00  per hour        $    27,335.00

By Andrew N. Goldfarb
　　85.80  hours at  $550.00  per hour        $    47,190.00

By Laura E. Neish
　　6.20  hours at  $500.00  per hour        $    3,100.00

By Lisa Medoro
　　16.90  hours at  $240.00  per hour        $    4,056.00

By Afton B. Hodge
　　4.90  hours at  $175.00  per hour        $    857.50

By Monica Daly Welham

November 30, 2010                                                                                          Page 2
    0.40  hours at  $165.00  per hour                                         $              66.00

                   TOTAL FEES                                          $       338,377.50

                   TOTAL EXPENSES                               $              0.00

                   TOTAL FEES AND EXPENSES THIS PERIOD      $       338,377.50

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 09/10/10 | 0.20 | E-mail to G. Bush regarding cases on conflicts for Committee counsel. |
| 09/10/10 | 0.60 | Multiple discussions with G. Bush regarding issues on motion to disqualify Chadbourne. |
| 09/10/10 | 2.70 | Further legal research and review/analysis of cases regarding motion to disqualify Chadbourne. |
| 09/10/10 | 1.80 | Further work on revised lender complaint. |
| 09/10/10 | 0.30 | Teleconference with D. Adler (McCarter & English) and G. Novod (Brown Rudnick) and G. Bush regarding issues on motion to disqualify Chadbourne. |
| 09/10/10 | 0.50 | Draft/edit resolution for Committee regarding motion to disqualify Chadbourne. |
| 09/10/10 | 1.00 | Participate in Committee call with G. Bush regarding Aurelius motion to disqualify Chadbourne. |
| 09/10/10 | 0.20 | Teleconference with H. Seife and D. Deutsch (Chadbourne) and G. Bush regarding issues on motion to disqualify Chadbourne. |
| 10/01/10 | 0.80 | Review draft of Committee plan. |
| 10/01/10 | 0.80 | Further analysis of Aurelius probability model. |
| 10/01/10 | 0.40 | Teleconference with D. Golden (Akin Gump) and M. Brodsky and D. Gropper (Aurelius) regarding proposed litigation plan. |
| 10/01/10 | 0.40 | Teleconferences (x2) with G. Bush regarding settlement negotiations on LBO claims. |
| 10/01/10 | 0.80 | Participate in telephonic Committee meeting regarding settlement negotiations on LBO claims. |
| 10/01/10 | 1.10 | Teleconference with H. Seife, D. Lemay and D. Deutsch (Chadbourne) and Z. Jamal (Moelis) regarding assumptions underlying Aurelius probability model and issues relating to model and settlement negotiations regarding LBO claims. |
| 10/01/10 | 0.30 | Review/analyze e-mails from M. Brodsky (Aurelius) regarding issues raised on assumptions underlying Aurelius probability model. |

| 10/02/10 | 0.20 | Review Aurelius deposition notices of Tribune Special Committee members. |
|---|---|---|
| 10/02/10 | 0.50 | Participate in call with D. Bernstein, D. Schiable (Davis Polk), H. Seife and D. LeMay (Chadbourne) and G. Bush regarding settlement negotiations on LBO Claims. |
| 10/02/10 | 0.20 | E-mail correspondence with M. Brodsky (Aurelius) regarding issues related to Aurelius probability model. |
| 10/03/10 | 0.30 | E-mail correspondence with M. Brodsky (Aurelius) regarding issues related to Aurelius probability model. |
| 10/04/10 | 0.50 | Further work on analysis of settlement value in different scenarios. |
| 10/04/10 | 1.00 | Attend status hearing before Court. |
| 10/04/10 | 12.00 | Participate in mediation regarding settlement of LBO claims. |
| 10/04/10 | 0.20 | Teleconference with G. Bush regarding settlement of LBO claims |
| 10/05/10 | 1.20 | Further analysis of various potential settlement scenarios. |
| 10/05/10 | 4.10 | Participate in mediation regarding settlement of LBO Claims. |
| 10/05/10 | 0.30 | Teleconference with G. Bush regarding status of settlement talks following mediation. |
| 10/06/10 | 0.80 | Teleconference with Z. Jamal (Moelis) regarding analysis of Aurelius Probability model. |
| 10/06/10 | 1.10 | Work on analysis of merits and valuation of advisor claims. |
| 10/06/10 | 0.30 | Review/analyze proposal from Friedman Kaplan regarding resolution of Aurelius disqualification motion. |
| 10/06/10 | 0.50 | Teleconference with H. Seife and D. LeMay (Chadbourne) and G. Bush regarding resolution of Aurelius disqualification motion and issues on standing motions. |
| 10/06/10 | 0.70 | Review and edit draft Moelis presentation to Committee regarding Aurelius probability model. |
| 10/06/10 | 1.50 | Close analysis of key issues in Aurelius probability model, assumptions that should be modified and effect of such modifications. |
| 10/06/10 | 1.20 | Outline presentation to Committee regarding Aurelius probability model and prepare for presentation. |

| 10/07/10 | 1.40 | Prepare for presentation to Creditors Committee regarding Aurelius probability model, including close review of key assumptions in model, issues relating to model's use of Examiner report and potential adjustments to model. |
| 10/07/10 | 5.00 | Participate in meeting of Creditors Committee. |
| 10/07/10 | 0.70 | Meeting with H. Seife, D. LeMay, D. Deutsch (Chadbourne) regarding next steps concerning disqualification motion, mediation, follow-up on issues raised at Committee meeting. |
| 10/07/10 | 0.70 | Participate in meeting with M. Brodsky and D. Gropper (Aurelius), E. Friedman (Friedman Kaplan) H. Seife (Chadbourne) and J. Teitelbaum regarding resolution of disqualification motion. |
| 10/08/10 | 5.20 | Participate in mediation with Judge Gross. |
| 10/08/10 | 0.30 | Teleconference with M. Primoff (Kaye Scholer) regarding settlement of claims against Merrill and Citi as advisors. |
| 10/09/10 | 0.60 | Teleconference with H. Seife and D. LeMay regarding report to Committee setting forth analysis of proposed settlement. |
| 10/09/10 | 0.30 | Teleconferences with G. Bush regarding report to Committee setting forth analysis of proposed settlement. |
| 10/09/10 | 4.10 | Draft/edit report to Committee setting forth analysis of proposed settlement. |
| 10/09/10 | 1.70 | Participate in telephonic Creditors Committee meeting regarding proposed settlement. |
| 10/09/10 | 0.20 | Teleconference with G. Bush and Z. Jamal (Moelis) regarding analysis of proposed settlement for presentation to Committee. |
| 10/09/10 | 0.70 | Outline analysis of proposed settlement for presentation to Creditors Committee. |
| 10/09/10 | 1.70 | Review and edit draft plan provisions relating to released claims, preserved claims, judgment reduction. |
| 10/10/10 | 0.20 | Teleconference with T. Zink (Chadbourne) regarding revisions to draft plan. |
| 10/10/10 | 0.40 | Teleconference with J. Conlan (Sidley) regarding arranger settlement issues. |
| 10/10/10 | 0.60 | Prepare oral presentation to Creditors Committee regarding proposed settlement. |
| 10/10/10 | 1.80 | Participate in telephonic Creditors Committee meeting regarding proposed settlement. |

| 10/10/10 | 1.00 | Edit settlement term sheet. |
|---|---|---|
| 10/10/10 | 1.60 | Teleconferences (x2) with Chadbourne team and G. Bush regarding settlement term sheet. |
| 10/10/10 | 0.30 | Teleconference with T. Zink and F. Vazquez (Chadbourne) regarding issues on settlement term sheet. |
| 10/11/10 | 0.30 | Teleconference with J. Conlan (Sidley) and D. Bernstein (Davis Polk) regarding settlement issues raised by arrangers. |
| 10/11/10 | 0.20 | Teleconference with J. Conlan (Sidley) and D. Bernstein (Davis Polk) and M. Primoff (Kaye Scholer) and A. Goldman (Paul Weiss) regarding settlement issues raised by arrangers. |
| 10/11/10 | 1.90 | Teleconferences (x3) with counsel for settling parties regarding settlement term sheet. |
| 10/11/10 | 2.30 | Draft/edit settlement term sheet; review/analyze multiple drafts of settlement term sheet. |
| 10/11/10 | 0.20 | Teleconferences (x2) with J. Johnston (Hennigan Bennett) regarding issues on settlement term sheet. |
| 10/11/10 | 2.80 | Work on draft plan provisions incorporating settlement. |
| 10/11/10 | 0.40 | Multiple teleconferences with G. Bush regarding issues on settlement negotiations. |
| 10/11/10 | 0.70 | Draft/edit report to Committee regarding settlement negotiations with arrangers. |
| 10/11/10 | 0.20 | Teleconference with G. Novod (Brown Rudnick) regarding issues relating to settlement and standing motions. |
| 10/11/10 | 0.20 | Teleconference with J. Boelter (Sidley) regarding issue on settlement term sheet. |
| 10/12/10 | 0.30 | E-mail correspondence with G. Bush and H. Seife (Chadbourne) regarding issues concerning mediation. |
| 10/12/10 | 2.20 | Review/analyze and edit latest draft of plan from Hennigan Bennett. |
| 10/12/10 | 1.30 | Research regarding judgment reduction provisions and bar orders including case law regarding same and language used in prior bankruptcy plans. |
| 10/13/10 | 1.40 | Edit plan provisions regarding contribution, judgment reduction and releases. |
| 10/13/10 | 0.50 | Second teleconference with counsel for Plan Proponents regarding issues on draft Plan including releases, contribution bar and judgment reduction. |

| | | |
|---|---|---|
| 10/13/10 | 0.80 | Review/analyze case law regarding contribution bars and judgment reduction provisions. |
| 10/13/10 | 1.60 | Review/analyze latest draft of plan. |
| 10/13/10 | 0.40 | Teleconference with T. Zink, C. Rivera (Chadbourne) regarding issues on assignment of claims to Creditors Trust under Plan. |
| 10/13/10 | 0.20 | E-mail correspondence with J. Bendernagel (Sidley) regarding resolution of Novack & Macey retention application. |
| 10/13/10 | 1.50 | Participate in call with counsel for Plan Proponents regarding issues on draft Plan. |
| 10/13/10 | 0.50 | Teleconference with E. Moskowitz, M. Russano (Davis Polk) regarding issues on contribution bar and judgment reduction. |
| 10/14/10 | 1.40 | Further revisions to draft plan. |
| 10/14/10 | 0.30 | Teleconference with E. Moskowitz and M. Russano (Davis Polk) regarding issues on draft plan. |
| 10/14/10 | 0.30 | Teleconference with H. Seife and D. LeMay (Chadbourne) regarding issues raised by Aurelius concerning standing motions. |
| 10/14/10 | 0.30 | Teleconference with H. Seife and D. LeMay (Chadbourne), J. Conlan (Sidley) and D. Golden (Akin Gump) regarding issues on standing motion and trustee motion. |
| 10/14/10 | 0.90 | Participate in telephonic meeting of Committee regarding issues on plan and settlement. |
| 10/14/10 | 0.40 | Teleconference with H. Seife and D. LeMay (Chadbourne) and G. Bush regarding issues raised by Aurelius concerning standing motions and trustee motion. |
| 10/14/10 | 0.40 | Teleconference with D. Golden (Akin Gump), H. Seife and D. LeMay (Chadbourne), G. Bush and J. Bendernagel (Sidley) regarding Aurelius proposal for resolution of standing motions and motion. |
| 10/14/10 | 0.40 | Teleconference with D. Golden (Akin Gump) regarding proposed resolution of issues on standing motions and trustee motion. |
| 10/14/10 | 0.50 | Teleconferences with J. Bendernagel (Sidley) and G. Bush (part) regarding resolution of issues on standing motion and trustee motion. |

| | | |
|---|---|---|
| 10/14/10 | 0.40 | Discussions with G. Bush regarding resolution of issues on standing motion and trustee motion. |
| 10/14/10 | 0.80 | Review/analyze Lyondell bankruptcy plan provisions relevant to Tribune draft plan. |
| 10/14/10 | 1.20 | Work on revisions to LBO lender complaint. |
| 10/15/10 | 0.50 | Teleconference with J. Mester (Hennigan Bennett) and E. Moskowitz, M. Russano and E. Vonnegut (Davis Polk) regarding issues on contribution and judgment reduction provisions of draft plan. |
| 10/15/10 | 0.40 | Teleconference with H. Seife and D. LeMay (Chadbourne) regarding proposed resolution of standing motions and trustee motion. |
| 10/15/10 | 0.40 | Teleconference with M. Primoff and J. Parver (Kaye Scholer) regarding Merrill objections to standing motions. |
| 10/15/10 | 0.80 | Review/analyze case law regarding reversion of state law claims from Debtors to individual creditors. |
| 10/15/10 | 0.80 | Review most recent draft of plan. |
| 10/15/10 | 0.40 | Teleconferences with J. Bendernagel (Sidley) regarding proposed resolution of standing motions and trustee motion. |
| 10/15/10 | 0.50 | Extensive e-mail correspondence with J. Bendernagel (Sidley) regarding proposed resolution of standing motions and trustee motion. |
| 10/15/10 | 1.20 | Draft/edit proposed resolution of standing motions and trustee motion. |
| 10/15/10 | 0.40 | Draft/edit consent order regarding Novack & Macey retention application. |
| 10/15/10 | 0.80 | Further revisions to draft plan. |
| 10/18/10 | 0.30 | Teleconference with D. Bernstein and D. Schiable (Davis Polk) regarding issues on release provisions of draft plan. |
| 10/18/10 | 2.00 | Participate in conference call with counsel for other plan proponents regarding revisions to plan. |
| 10/18/10 | 0.40 | Multiple TCs with J. Bendernagel (Sidley) regarding draft of consent order on standing motions and trustee motion and agreed order regarding Novack & Macey retention. |
| 10/18/10 | 0.60 | Review and edit multiple drafts of consent order on standing motions and agreed order regarding Novack & Macey retention. |

| | | |
|---|---|---|
| 10/18/10 | 2.20 | Draft/edit release, judgment reduction and litigation related plan provisions. |
| 10/18/10 | 0.40 | Teleconferences (x2) with E. Moskowitz, E. Vonnegut and M. Russan (Davis Polk) regarding release and litigation-related provisions of plan. |
| 10/18/10 | 0.90 | Edit reply brief regarding motions for standing to pursue LBO claims. |
| 10/18/10 | 0.40 | Teleconference with D. LeMay and A. Rosenblatt (Chadbourne) and G. Bush regarding issues on draft plan and proposed revisions to same. |
| 10/18/10 | 0.80 | Review/analyze draft revisions to plan from other parties. |
| 10/18/10 | 0.20 | Teleconference with D. LeMay (Chadbourne) regarding release provisions of draft plan. |
| 10/18/10 | 0.40 | Participate in conference call with D. Golden and P. Dublin (Akin Gump), G. Bush and H. Seife and D. LeMay (Chadbourne) and J. Bendernagel (Sidley) regarding resolution of objections to standing motions and adjournment of trustee motion. |
| 10/18/10 | 0.60 | Draft comments on proposed plan regarding release, judgment reduction and other litigation-related issues. |
| 10/18/10 | 0.20 | Teleconference with G. Bush regarding revisions to plan regarding release issues. |
| 10/19/10 | 0.40 | Review and edit stipulation resolving Novack & Macey retention motion. |
| 10/19/10 | 0.70 | Participate in weekly Tribune professionals call regarding settlement and bankruptcy case issues. |
| 10/19/10 | 0.80 | Teleconference with G. Bush and H. Seife, D. LeMay, T. McCormack and M. Ashley (Chadbourne) regarding treatment of state law claims in complaints and plan. |
| 10/19/10 | 0.90 | Teleconference with M. Primoff and J. Parver (Kaye Scholer) regarding Advisor definitions in Plan and issues on standing motions. |
| 10/19/10 | 1.60 | Participate in call with counsel for Plan Proponents regarding draft plan and related issues. |
| 10/19/10 | 0.60 | Teleconferences with J. Bendernagel (Sidley) regarding proposed resolution of motions for standing and Aurelius trustee motion. |

| | | |
|---|---|---|
| 10/19/10 | 0.20 | Teleconference with D. Golden and others from Akin Gump, G. Bush and J. Bendernagel (Sidley) regarding proposed resolution of motions for standing and Aurelius trustee motion. |
| 10/19/10 | 0.20 | Teleconference with D. Golden (Akin Gump) regarding proposed resolution of motions for standing and Aurelius trustee motion. |
| 10/19/10 | 0.80 | Review/analyze revisions to draft plan. |
| 10/19/10 | 1.30 | Edit draft plan. |
| 10/19/10 | 0.40 | Review Aurelius proposal regarding revisions to lender complaint. |
| 10/20/10 | 1.00 | Participate in call with T. McCormack and M. Ashley (Chadbourne), G. Bush and A. Goldfarb regarding statute of limitations and other issues relating to litigation of third party complaint. |
| 10/20/10 | 0.80 | Teleconference with E. Moskowitz, E. Vonnegut and M. Russano (Davis Polk) and D. Lemay and A. Rosenblatt (Chadbourne) regarding issues relating to bankruptcy plan supported by committee. |
| 10/20/10 | 1.50 | Participate in call with counsel for plan proponents regarding issues on plan draft. |
| 10/20/10 | 1.80 | Review/analyze and edit latest revision of plan. |
| 10/20/10 | 0.40 | Multiple teleconferences with J. Bendernagel (Sidley) regarding resolution of motions for standing and Novack & Macey retention application. |
| 10/20/10 | 0.40 | Review and edit order resolving Novack & Macey retention application and language reflecting deal regarding settlement consents. |
| 10/20/10 | 1.60 | Extensive editing of sections of Disclosure Statement. |
| 10/20/10 | 0.80 | Edit Released Parties definition from plan and extensive e-mail correspondence with E. Vonnegut (Davis Polk) and J. Boelter (Sidley) regarding same. |
| 10/20/10 | 0.80 | Draft/edit definitions of Advisors and Advisor Claims and extensive e-mail correspondence with counsel for other plan proponents regarding same. |
| 10/20/10 | 1.20 | Close analysis/review of statute of limitations and other issues relating to disclaimed state law causes of action and mechanics for transfer of such claims to creditors' trust. |

| | | |
|---|---|---|
| 10/21/10 | 1.00 | Teleconference with H. Seife, D. LeMay and T. McCormack (Chadbourne) and G. Bush regarding claims to assert in Committee complaints, potential stay of prosecution, limitations issues. |
| 10/21/10 | 0.50 | Teleconference with counsel for Plan Proponents regarding issues raised by Merrill and Citi regarding Plan. |
| 10/21/10 | 1.30 | Draft/edit "reasons for settlement" section of disclosure statement. |
| 10/21/10 | 0.60 | Extensive e-mail correspondence with counsel for Merrill and Citi regarding issues on draft Plan and draft of definitions at issue. |
| 10/21/10 | 0.50 | Review and edit draft order on standing motions. |
| 10/21/10 | 0.20 | E-mail correspondence with J. Bendernagel (Sidley) regarding same. |
| 10/21/10 | 2.20 | Review and edit draft Plan. |
| 10/21/10 | 0.60 | Extensive e-mail correspondence with counsel for Plan proponents regarding revisions to draft Plan. |
| 10/21/10 | 0.40 | Teleconferences with counsel for Plan Proponents regarding draft disclosure statement. |
| 10/21/10 | 0.60 | Teleconference with E. Moskowitz and M. Russano (Davis Polk) regarding issues on plan draft regarding claims to be asserted in Committee complaints. |
| 10/21/10 | 0.60 | Teleconference with E. Moskowitz (Davis Polk), J. Parver (Kaye Scholer) and Sidley lawyer regarding issues on bar order and judgment reduction provision. |
| 10/21/10 | 2.80 | Participate in telephonic meeting of Creditors Committee regarding issues on draft plan and settlement. |
| 10/21/10 | 1.00 | Participate in conference call with counsel for Plan Proponents regarding issues on and revisions to draft Plan. |
| 10/21/10 | 0.40 | Teleconference with H. Seife and D. LeMay (Chadbourne) regarding constructive fraud claims against shareholders and other plan/settlement issues. |
| 10/21/10 | 0.20 | Teleconference with G. Bush regarding constructive fraud claims against shareholders and other plan/settlement issues. |
| 10/21/10 | 0.30 | Review Kaye Scholer comments on draft Plan. |
| 10/21/10 | 0.40 | Teleconference with M. Primoff (Kaye Scholer), D. Schaible (Davis Polk) and J. Mester (Hennigan Bennett) regarding Kaye Scholer comments on draft Plan. |

| 10/21/10 | 0.50 | Draft stay provisions for order granting standing motions. |
| 10/21/10 | 0.20 | Review and edit order granting Novack & Macey retention application. |
| 10/22/10 | 0.50 | Further revisions to Disclosure Statement. |
| 10/22/10 | 0.10 | Teleconference with J. Bendernagel (Sidley) regarding issues on Disclosure Statement. |
| 10/22/10 | 0.50 | Edit proposed order on standing motions. |
| 10/22/10 | 0.50 | Participate in telephonic Committee meeting regarding issues on proposed plan and settlement. |
| 10/22/10 | 2.80 | Review multiple drafts of and edit proposed plan. |
| 10/22/10 | 0.40 | Teleconference with counsel for other Plan proponents regarding issues on draft plan and settlement. |
| 10/22/10 | 2.70 | Participate in hearing. |
| 10/22/10 | 0.40 | Participate in second conference call with counsel for Plan proponents regarding issues on settlement and Plan. |
| 10/22/10 | 0.70 | Multiple teleconferences with E. Vonnegut, E. Moskowitz and M. Russano (Davis Polk) regarding issues on plan draft. |
| 10/22/10 | 0.30 | Participate in second telephonic Committee meeting regarding final issues on draft plan. |
| 10/22/10 | 0.80 | Prepare for hearing on motion for standing. |
| 10/24/10 | 0.40 | Edit proposed order on standing motions. |
| 10/25/10 | 1.10 | Team meeting regarding next steps on Tribune complaints, limitations discovery. |
| 10/25/10 | 1.70 | Draft/edit proposed order on standing motions. |
| 10/25/10 | 0.70 | Extensive e-mail correspondence with counsel for other parties regarding proposed order on standing motions. |
| 10/25/10 | 0.20 | Teleconference with J. Parver (Kaye Scholer) regarding issues on proposed order on standing motions. |
| 10/25/10 | 0.30 | Teleconferences with J. Bendernagel (Sidley) regarding issues on proposed order on standing motions. |
| 10/25/10 | 0.20 | Teleconferences with D. Zensky and P. Dublin (Akin Gump) regarding issues on proposed order on standing motions. |
| 10/25/10 | 0.40 | Review transcript of Friday hearing on standing motions. |
| 10/25/10 | 0.40 | Meetings with G. Bush regarding issues on proposed order on standing motions. |

| | | |
|---|---|---|
| 10/25/10 | 2.70 | Draft/edit lender and third party complaints. |
| 10/26/10 | 0.20 | Teleconference with J. Parver (Kaye Scholer) regarding issue on proposed order regarding standing motions. |
| 10/26/10 | 0.50 | Teleconference with W. Weintraub and others from Friedman Kaplan (Aurelius counsel) regarding lender complaint. |
| 10/26/10 | 0.70 | Prepare for and participate in hearing regarding order on standing motions and on sealing motions. |
| 10/26/10 | 0.20 | Revise standing order following hearing. |
| 10/26/10 | 0.40 | E-mail correspondence with counsel for parties that objected to standing motions regarding hearing and issues on proposed order. |
| 10/26/10 | 0.30 | Meeting with L. Medoro regarding lists of additional defendants for lender complaint and review relevant documents identifying such lenders. |
| 10/26/10 | 4.60 | Draft/edit lender complaint. |
| 10/26/10 | 0.40 | Review caselaw and article regarding aiding and abetting fraudulent conveyance theory. |
| 10/26/10 | 0.10 | E-mail to R. Stark (Brown Rudnick) regarding same. |
| 10/27/10 | 0.50 | Participate in call with J. Henderson and others from Sidley and D. Deutsch (Chadbourne) regarding preference issues. |
| 10/27/10 | 0.70 | Teleconference with T. McCormack and M. Ashley (Chadbourne) regarding issues on third party complaint, including selection of class representatives. |
| 10/27/10 | 0.60 | Multiple teleconferences with W. Weintraub and others from Friedman Kaplan (Aurelius counsel) regarding issues on lender complaint. |
| 10/27/10 | 5.80 | Draft/edit lender complaint. |
| 10/27/10 | 0.80 | Edit third party complaint. |
| 10/27/10 | 0.20 | Teleconference with E. Moskowitz and M. Russano (Davis Polk) regarding lenders that received lender fees from JPM. |
| 10/27/10 | 0.10 | E-mail to counsel for parties to confer with Committee regarding complaints per standing order with revised drafts of complaints. |
| 10/28/10 | 0.20 | Teleconference with with J. Bendernagel (Sidley) regarding issues on complaints |

| 10/28/10 | 0.60 | Teleconference with G. Bush, A. Goldfarb, T. Macauley, A. Torrez regarding issues on lender and third party complaints and follow-on discovery. |
| 10/28/10 | 0.30 | Teleconferences with G. Bush regarding issues on complaints. |
| 10/28/10 | 1.30 | Further review and editing of lender complaint. |
| 10/28/10 | 0.10 | E-mail to R. Stark (Brown Rudnick) regarding potential claims against law firms. |
| 10/29/10 | 1.00 | Participate in teleconference with Davis Polk lawyers (counsel for JPM), D. LeMay (Chadbourne) and G. Bush regarding planning for confirmation hearing. |
| 10/29/10 | 0.50 | Review/analyze Alvarez and Marsal preference analysis. |
| 10/29/10 | 1.20 | Participate in conference call with Alvarez and Marsal, Sidley (Debtors' counsel), D. Deutsch (Chadbourne), D. Golden (Akin Gump) and M. Siegel (Brown Rudnick) regarding preference analysis. |
| 10/29/10 | 0.20 | Teleconference with D. Golden (Akin Gump) regarding preference issues. |
| 10/29/10 | 3.40 | Further revisions to lender complaint based on comments from Friedman Kaplan (Aurelius counsel). |
| 10/29/10 | 0.40 | E-mail correspondence with Friedman Kaplan (Aurelius counsel) concerning revisions to lender complaint based on comments. |
| 10/29/10 | 0.20 | Teleconference and e-mail correspondence with M. Ashley (Chadbourne) regarding preference claim to add to third party complaint. |
| 10/29/10 | 0.20 | Edit common interest agreement with Debtors regarding Morgan Stanley claims. |
| 10/29/10 | 0.80 | Edit third party complaint. |
| 10/30/10 | 5.50 | Draft/edit lender complaint. |
| 10/31/10 | 0.30 | E-mail correspondence with G. Bush, A. Goldfarb and T. Macauley on issues relating to lender and third party complaints. |
| 10/31/10 | 0.40 | Review and edit revisions to Morgan Stanley allegations in third party complaint. |
| 10/31/10 | 4.10 | Continued work draft and editing lender complaint. |

Laura E. Neish

| 10/12/10 | 0.20 | Discuss deposition with Andrew Goldfarb. |
|---|---|---|
| 10/13/10 | 5.40 | Attend Shapiro deposition. |
| 10/15/10 | 0.60 | Review deposition summaries; confer with creditors' committee counsel regarding same. |

P. Andrew Torrez

| 10/12/10 | 0.50 | Conversation with Graeme Bush regarding status of litigation. |
|---|---|---|
| 10/13/10 | 0.20 | Review e-mails regarding scheduling. |
| 10/13/10 | 4.40 | Fact review of materials including third party complaint and LBO complaint. |
| 10/13/10 | 0.70 | Review correspondence regarding privilege log entries and supporting documentation. |
| 10/14/10 | 0.40 | Review comments on Trustee reply. |
| 10/20/10 | 3.40 | Draft memorandum regarding right to jury trial in bankruptcy proceedings. |
| 10/20/10 | 6.10 | Research regarding right to jury trial in bankruptcy proceedings and review cases. |
| 10/21/10 | 1.80 | Review cases regarding jury trial right in bankruptcy matters against third-parties to enlarge bankruptcy estate. |
| 10/25/10 | 0.60 | Review status memoranda drafted by Graeme Bush regarding team meeting. |
| 10/25/10 | 1.20 | Review e-mail comments from Chadbourne & Park and proposed redline suggesting changes to third-party complaint. |
| 10/25/10 | 1.90 | Review latest version of the third-party complaint. |
| 10/25/10 | 2.20 | Prepare for and attend meeting with Graeme Bush, James Sottile, Thomas Macauley and Andrew Goldfarb regarding status of litigation and amendments to complaints to file in light of standing order. |
| 10/25/10 | 0.30 | Review status memoranda drafted by James Sottile regarding team meeting. |
| 10/25/10 | 0.50 | Review proposed standing order and redline drafted by James Sottile. |
| 10/25/10 | 0.50 | Review proposed standing order and redlines drafted by Graeme W. Bush. |
| 10/26/10 | 0.70 | Review memorandum concerning certification of multiple classes or subclasses. |

| 10/26/10 | 0.40 | Review memorandum concerning FRCP 15(c) and the "relation back" doctrine. |
| 10/26/10 | 0.80 | Review memorandum concerning tolling of the statute of limitations in defendant class actions. |
| 10/26/10 | 0.40 | Review memorandum concerning whether a recipient of a transfer is a "transferee" or a "mere conduit. |
| 10/26/10 | 1.20 | Review memorandum concerning certification of defendant classes, with attached Exhibit A. |
| 10/26/10 | 0.40 | Review memorandum concerning proper venue for small claims in fraudulent transfer actions brought under the Bankruptcy Code. |
| 10/26/10 | 0.50 | Review memorandum setting forth some of the decisions that informed the class action allegations in the most recently circulated draft of the third party complaint. |
| 10/27/10 | 6.30 | Research and review cases regarding tolling of statute of limitations in defendant class actions. |
| 10/28/10 | 1.10 | Review revised draft lender complaint and redline. |
| 10/28/10 | 2.60 | Review Wagoner rule cases and legal outline regarding in pari delicto defense. |
| 10/28/10 | 0.10 | Review e-mail correspondence regarding in pari delicto defense. |
| 10/28/10 | 1.50 | Prepare for and attend team meeting with Graeme Bush, James Sottile, Andrew Goldfarb and Thomas Macauley regarding filing of complaints. |
| 10/28/10 | 0.50 | Review e-mail correspondence and to-do list draft by James Sottile. |
| 10/28/10 | 1.30 | Review revised draft third party complaint and redline. |
| 10/29/10 | 2.80 | Research and review cases regarding in pari delicto defense to aiding and abetting claims. |
| 10/29/10 | 1.10 | Draft e-mail memorandum to team regarding choice of law and in pari delicto defense. |
| 10/29/10 | 3.30 | Research and review cases regarding choice of law in Delaware, Illinois and in pari delicto defense. |

Andrew N. Goldfarb

| 10/02/10 | 1.00 | Attention to LBO repayment discovery issues. |
| 10/04/10 | 0.30 | Communications with MLCC counsel regarding discovery. |

| 10/04/10 | 0.20 | Attention to conflicts check for shareholder discovery. |
|---|---|---|
| 10/04/10 | 0.20 | E-mails with M. Ashley (Chadbourne & Parke) regarding shareholder discovery. |
| 10/04/10 | 0.10 | E-mail JPM counsel regarding shareholder discovery. |
| 10/05/10 | 0.10 | Call with Elliot Moscowitz (JPM counsel) regarding UCC investigation discovery. |
| 10/08/10 | 3.50 | Prepare and send letters and document requests related to shareholder discovery. |
| 10/08/10 | 0.20 | Confer with J. Sottile regarding negotiations status. |
| 10/08/10 | 0.10 | Email/contact with JPM and MLPFS counsel regarding discovery issues. |
| 10/08/10 | 0.20 | Review LRC discovery requests. |
| 10/11/10 | 0.30 | Review research on defendant class actions. |
| 10/11/10 | 0.50 | Confer with J. Sottile and G. Bush regarding case strategy and developments. |
| 10/11/10 | 0.20 | E-mails with G. Bush and J. Sottile regarding case issues. |
| 10/11/10 | 0.60 | Review filings in response to UCC standing motions. |
| 10/11/10 | 0.80 | Begin drafting reply in support of UCC standing motions. |
| 10/11/10 | 0.20 | Email with Chadbourne & Parke regarding UCC standing motions. |
| 10/11/10 | 0.30 | Review document in connection with negotiations. |
| 10/11/10 | 0.30 | Locate and send G. Bush and J. Sottile document for negotiations, review same. |
| 10/11/10 | 0.10 | Contact Merrill and JPM counsel regarding shareholder discovery. |
| 10/12/10 | 2.80 | Draft reply on standing motions. |
| 10/12/10 | 0.50 | Call with Chadbourne & Parke and Zuckerman Spaeder regarding complaint and legal research issues. |
| 10/12/10 | 0.30 | Email J. Drayton regarding MLCC payments at Step Two. |
| 10/12/10 | 0.20 | Email Chadbourne & Parke regarding shareholder discovery. |
| 10/12/10 | 0.50 | Arrange for coverage of Tribune special committee deposition. |
| 10/12/10 | 0.10 | Email materials to A. Torrez. |

| | | |
|---|---|---|
| 10/12/10 | 0.40 | Review Chadbourne & Parke memo regarding standing motion, review cases regarding same. |
| 10/12/10 | 0.20 | Review draft of standing motion reply. |
| 10/13/10 | 2.50 | Draft opposition to application to retain firm for Morgan Stanley claims. |
| 10/13/10 | 3.20 | Attend M. Wilderotter deposition telephonically. |
| 10/13/10 | 1.00 | Continue drafting and revising reply on Standing Motions. |
| 10/13/10 | 0.10 | Confer with L. Neish regarding coverage of Tribune Shapiro deposition. |
| 10/13/10 | 0.40 | Call with Ashley and Nellos regarding Tribune Special Committee depositions. |
| 10/13/10 | 0.10 | Confer with J. Sottile regarding Wilderotter deposition, pending briefs, and other case matters. |
| 10/14/10 | 4.50 | Revise Draft of reply brief on standing motions. |
| 10/14/10 | 0.50 | Revise draft memorandum regarding Wilderotter deposition. |
| 10/14/10 | 0.50 | Attention to shareholder discovery. |
| 10/15/10 | 1.10 | Draft consent order. |
| 10/15/10 | 0.60 | Attention to shareholder discovery. |
| 10/17/10 | 4.20 | Revise reply brief on Standing Motions. |
| 10/17/10 | 0.40 | Review Merrill and JPM repayments information. |
| 10/18/10 | 2.00 | Revise and edit reply brief, including e-mails with Chadbourne & Parke and Zuckerman Spaeder team regarding same. |
| 10/18/10 | 0.80 | Call with Landis and Chadbourne & Parke regarding shareholder discovery. |
| 10/18/10 | 0.40 | Email to G. Bush and J. Sottile regarding shareholder discovery call. |
| 10/18/10 | 0.20 | Email Merrill and JPM counsel regarding shareholder discovery requests. |
| 10/18/10 | 0.20 | Review materials received from US Bank. |
| 10/18/10 | 0.20 | Call with T. Johnson regarding request for shareholder information from U.S. Bank. |
| 10/18/10 | 0.20 | Call with RBS counsel regarding shareholder discovery. |

| 10/18/10 | 0.30 | E-mails with RBS counsel regarding shareholder discovery, including prepare and send documents regarding same. |
| 10/18/10 | 0.10 | Email and call NFS counsel regarding shareholder discovery. |
| 10/18/10 | 0.10 | Prepare and send materials to NFS counsel. |
| 10/18/10 | 0.80 | Review information on Tribune shareholders. |
| 10/18/10 | 0.10 | Email Debtors' counsel regarding shareholder information. |
| 10/19/10 | 1.50 | Participate in weekly professionals' call. |
| 10/19/10 | 1.30 | Revise and finalize UCC reply in support of Standing Motions. |
| 10/19/10 | 0.40 | Attention to filing of reply, including issues regarding ML. |
| 10/19/10 | 0.20 | Email JPM and Merrill counsel regarding shareholder discovery. |
| 10/19/10 | 0.40 | Prepare and circulate litigation hold memo to firm. |
| 10/20/10 | 1.50 | Call with Chadbourne & Parke and Zuckerman Spaeder team to discuss legal issues. |
| 10/20/10 | 0.30 | Draft communication regarding confidentiality. |
| 10/20/10 | 0.40 | Help gather materials for 10/22 hearing for G. Bush. |
| 10/20/10 | 0.20 | Attention to shareholder discovery, including e-mails with Landis Rath firm. |
| 10/20/10 | 0.30 | Email US Bank regarding shareholder discovery. |
| 10/20/10 | 0.40 | Review and respond to miscellaneous e-mails. |
| 10/21/10 | 0.20 | Review and redline proposed order on standing. |
| 10/21/10 | 0.20 | Conference call with Aurelius counsel and G. Bush regarding complaint. |
| 10/21/10 | 4.00 | Attention to communications with counsel to EGI, Debtors, Citi, JPM and Rustic Canyon on confidentiality designations over draft complaint allegations. |
| 10/24/10 | 0.30 | Review material on LBO repayments. |
| 10/24/10 | 2.00 | Research and draft brief on expedited discovery. |
| 10/24/10 | 0.20 | Review and respond to G. Bush's memorandum on complaint-related tasks. |
| 10/24/10 | 0.20 | Review miscellaneous Tribune e-mails regarding meeting and call scheduling. |
| 10/25/10 | 0.20 | Call with D. Rath regarding expedited discovery. |

| 10/25/10 | 1.00 | Continue legal research and drafting of motion for expedited discovery. |
| 10/25/10 | 1.30 | Zuckerman Spaeder team meeting to discuss complaint logistics and legal issues. |
| 10/25/10 | 0.20 | E-mails to EGI counsel. |
| 10/25/10 | 0.20 | Review EGI document subject to confidentiality protection, D&O complaint including same. |
| 10/25/10 | 0.30 | Review article cited by WT regarding aiding and abetting fraudulent conveyance. |
| 10/25/10 | 0.10 | Review decision on theory. |
| 10/25/10 | 0.30 | E-mails to G. Bush and J. Sottile regarding various matters. |
| 10/25/10 | 0.20 | Review drafts of standing order, including comments of WT, Aurelius, and JPM regarding same. |
| 10/25/10 | 0.20 | Email to Chadbourne & Parke regarding class representative issue. |
| 10/25/10 | 0.30 | Review draft LBO complaint regarding Morgan Stanley, including email G. Bush, Landis, J. Sottile regarding same. |
| 10/26/10 | 0.50 | Review credit agreements, email to J. Sottile regarding same. |
| 10/26/10 | 0.10 | Email regarding litigation hold. |
| 10/26/10 | 0.30 | Confer with G. Bush and J. Sottile regarding case developments, complaint, court hearing, and standing. |
| 10/26/10 | 0.10 | Call NFS counsel regarding shareholder discovery. |
| 10/26/10 | 0.20 | E-mails regarding shareholder and lender discovery. |
| 10/26/10 | 0.40 | Review information on potential class representatives. |
| 10/26/10 | 0.20 | Review Step 2 lender information from Merrill Lynch. |
| 10/26/10 | 0.10 | Review standing order. |
| 10/26/10 | 0.20 | Review J. Sottile communications with Aurelius counsel on revisions to LBO complaint. |
| 10/27/10 | 0.20 | Confer with G. Bush and J. Sottile regarding complaint drafting and case developments. |
| 10/27/10 | 0.10 | Call with Merrill Lynch counsel regarding shareholder discovery. |
| 10/27/10 | 0.20 | Confer with J. Sottile regarding complaint issues and negotiations. |

| 10/27/10 | 0.20 | Call with M. Ashley regarding shareholder and complaint issues. |
| 10/28/10 | 1.00 | Prepare, revise, and send draft subpoena to Merrill Lynch on shareholder discovery. |
| 10/28/10 | 0.20 | Call with D. Rath regarding shell subpoena. |
| 10/28/10 | 0.90 | Call with D. Rath, M. Ashley and A. Gale regarding shareholder discovery. |
| 10/28/10 | 0.40 | Attention to logistics regarding shareholder discovery. |
| 10/28/10 | 0.80 | Zuckerman Spaeder team meeting regarding complaint preparation and legal issues. |
| 10/28/10 | 0.20 | Call with D. Rath regarding additional shareholder discovery project matters. |
| 10/28/10 | 1.50 | Fact research and checking for draft complaints. |
| 10/29/10 | 5.70 | Review and Revise draft complaint, including fact research on LBO payments and fees. |
| 10/29/10 | 0.30 | Confer with L. Medoro regarding complaint attachments. |
| 10/29/10 | 0.20 | Review materials received from JPM. |
| 10/29/10 | 0.20 | Calls with Chadbourne & Parke regarding litigation hold issues. |
| 10/29/10 | 1.00 | Meeting with Zuckerman Spaeder's IT personnel regarding litigation hold issues. |
| 10/29/10 | 0.30 | Confer with G. Bush and J. Sottile regarding various legal and case issues. |
| 10/29/10 | 0.30 | E-mails with Landis Rath regarding subpoena project. |
| 10/29/10 | 0.20 | Confer with Afton Hodge regarding subpoena project. |
| 10/29/10 | 0.30 | Research and review proofs of claim. |
| 10/30/10 | 1.50 | Review and edit third party/D&O complaint. |
| 10/30/10 | 0.20 | Review revisions to lender complaint. |
| 10/31/10 | 8.00 | Review and revise draft UCC complaints. |
| 10/31/10 | 1.80 | Review and revise exhibits to draft UCC complaints. |
| 10/31/10 | 1.00 | Review and revise draft shell subpoenas. |

Thomas G. Macauley

| Date | Hours | Description |
|---|---|---|
| 10/01/10 | 0.10 | Review committee member's comments regarding recent fee summary. |
| 10/01/10 | 0.10 | Review note from mediator regarding continuation of mediation. |
| 10/01/10 | 0.20 | Respond to counsel confirming extensions to 10/7 regarding standing motions. |
| 10/04/10 | 0.20 | Review updates on today's hearing. |
| 10/06/10 | 0.10 | Review NY Times article regarding Tribune. |
| 10/07/10 | 0.20 | Review committee discussion materials. |
| 10/12/10 | 0.30 | Review letter from Weil regarding Morgan Stanley claims and analyze issues regarding same. |
| 10/12/10 | 0.40 | Review responses to standing motions. |
| 10/12/10 | 0.10 | Review Aurelius notice withdrawing disqualification motion. |
| 10/12/10 | 0.10 | Review application to retain Levine firm as special counsel. |
| 10/12/10 | 0.50 | Review and analyze issues regarding proposed term sheet. |
| 10/12/10 | 0.10 | Review Tribune press release regarding settlement. |
| 10/12/10 | 0.30 | Review and blackline comments to draft notice of withdrawal by Chadbourne. |
| 10/14/10 | 0.20 | Speak with J. Sottile regarding Morgan Stanley claims. |
| 10/14/10 | 0.10 | Review Wilmington Trust limited objection to standing motion. |
| 10/14/10 | 0.20 | Review portions of examiner report. |
| 10/15/10 | 0.40 | Review Morgan Stanley materials. |
| 10/15/10 | 1.40 | Review portions of examiner report. |
| 10/15/10 | 0.50 | Review JPM objection to trustee motion and authority cited therein. |
| 10/15/10 | 0.50 | Review complaint and analyze issues regarding Morgan Stanley claims. |
| 10/15/10 | 0.20 | Review litigation hold letters from Aurelius. |
| 10/18/10 | 0.30 | Review objections to trustee motion |
| 10/19/10 | 0.50 | Exchange notes with co-counsel and analyze issues regarding CNOs for under seal motions. |
| 10/19/10 | 0.40 | Review and analyze issues regarding draft reply on standing motions. |

| 10/19/10 | 0.20 | Speak with J. Sottile regarding complaint revisions. |
| 10/19/10 | 0.20 | Speak with R. Butcher regarding under seal motions. |
| 10/20/10 | 0.20 | Review Merrill Lynch objection to standing motion. |
| 10/20/10 | 2.10 | Review LBO complaint, examiner report and transcripts. |
| 10/20/10 | 0.10 | Review 10/22 hearing agenda. |
| 10/20/10 | 0.20 | Review recent committee meeting minutes. |
| 10/21/10 | 0.40 | Review and comment on proposed standing order. |
| 10/21/10 | 0.30 | Review and analyze issues regarding Morgan Stanley letter. |
| 10/21/10 | 0.10 | Review note to counsel regarding under seal motions. |
| 10/21/10 | 0.10 | Review amended hearing agenda. |
| 10/22/10 | 0.30 | Review and comment on Torrez research memo. |
| 10/22/10 | 1.90 | Review examiner report transcripts and exhibits and analyze Morgan Stanley claims. |
| 10/22/10 | 0.30 | Final review September time detail. |
| 10/24/10 | 0.30 | Review and analyze list of issues from G. Bush regarding filing complaint. |
| 10/25/10 | 0.50 | Review 10/22 hearing transcript. |
| 10/25/10 | 1.30 | Participate on call with internal team regarding issues to finalize complaints. |
| 10/25/10 | 0.80 | Review examiner report, transcript and exhibit regarding Morgan Stanley claims. |
| 10/26/10 | 0.30 | Review letters from Morgan Stanley regarding meeting and hearing. |
| 10/26/10 | 0.10 | Draft note to J. Bendernagel regarding Novack. |
| 10/26/10 | 0.90 | Outline notes regarding Morgan Stanley claims. |
| 10/26/10 | 0.10 | Review 10/26 hearing agenda. |
| 10/26/10 | 0.20 | Speak with D. Tarkington (Novack) regarding Morgan Stanley issues. |
| 10/26/10 | 0.20 | Draft note to J. Sottile regarding same. |
| 10/27/10 | 0.20 | Review 10/26 hearing transcript. |
| 10/28/10 | 0.90 | Review and edit allegations regarding Morgan Stanley. |
| 10/28/10 | 0.70 | Participate on internal call regarding complaint status. |

| 10/28/10 | 0.20 | Analyze issues regarding common interest agreement. |
| 10/28/10 | 0.20 | Exchange notes with D. Tarkington regarding third-party complaint. |
| 10/28/10 | 3.40 | Draft memo regarding Morgan Stanley claims. |
| 10/28/10 | 0.60 | Work on draft of common interest agreement. |
| 10/28/10 | 0.30 | Respond to J. Bendernagel regarding scope of same. |
| 10/28/10 | 0.20 | Speak with D. Tarkington regarding same. |
| 10/28/10 | 0.10 | Review standing order. |
| 10/29/10 | 0.60 | Review and comment internally regarding draft common interest agreement. |
| 10/29/10 | 0.10 | Speak with D. Tarkington regarding same. |
| 10/29/10 | 0.30 | Exchange notes with G. Bush regarding Morgan Stanley correspondence. |
| 10/29/10 | 0.70 | Review and comment on latest version of lender complaint. |
| 10/29/10 | 0.50 | Respond to D. Tarkington with comments on draft agreement. |
| 10/29/10 | 0.60 | Speak with D. Tarkington (2s) regarding Morgan Stanley claims. |
| 10/29/10 | 0.70 | Review factual and legal bases for claims relating to swap agreement. |
| 10/29/10 | 0.70 | Speak and exchange notes with J. Sottile regarding complaint issues and Morgan Stanley claims. |
| 10/29/10 | 1.90 | Work on revisions to 3d party complaint. |
| 10/30/10 | 1.30 | Work on 3d party complaint. |
| 10/30/10 | 0.60 | Research and analyze issues regarding setoff. |
| 10/31/10 | 0.30 | Exchange notes with J. Sottile regarding Morgan Stanley claims. |
| 10/31/10 | 0.40 | Review potential preference exhibit and exchange notes with A. Goldfarb regarding same. |
| 10/31/10 | 0.30 | Review lender complaint and comment to J. Sottile regarding same. |
| 10/31/10 | 0.20 | Exchange notes with J. Sottile regarding agents issue. |
| 10/31/10 | 0.20 | Analyze confidentiality and redaction issues for 3d party complaint. |

November 30, 2010                                                                                           Page 25
Graeme W. Bush

| 10/01/10 | 1.00 | UCC meeting (telephone conference). |
| 10/01/10 | 0.30 | Telephone call with Daniel Golden regarding mediation. |
| 10/01/10 | 0.20 | Telephone call with Zul Jamal regarding financial analysis. |
| 10/01/10 | 0.30 | Telephone call with James Sottile regarding UCC meeting. |
| 10/01/10 | 0.50 | Telephone calls with UCC members regarding UCC meeting and mediation. |
| 10/01/10 | 0.30 | Telephone call with James Sottile regarding probability analysis, UCC meeting and mediation. |
| 10/01/10 | 0.40 | Telephone call with James Sottile regarding plan proposed by Aurelius and negotiations with lenders. |
| 10/01/10 | 0.30 | E-mails with Chadbourne & Parke, Adam Landis and ZS regarding selling shareholder discovery. |
| 10/01/10 | 1.20 | E-mails with Aurelius, Messrs. Sottile and Jamal regarding probability model. |
| 10/01/10 | 0.40 | Review Moelis revisions to probability model. |
| 10/02/10 | 0.50 | Telephone conference with Chadbourne & Parke, Messrs. Sottile, Schaible and Bernstein regarding mediation. |
| 10/02/10 | 0.50 | Telephone call with James Sottile regarding mediation, and settlement analysis. |
| 10/02/10 | 0.30 | Review Aurelius deposition notices. |
| 10/03/10 | 0.30 | Telephone call with Daniel Golden regarding mediation and status conference. |
| 10/04/10 | 1.00 | Hearing and status conference. |
| 10/04/10 | 10.00 | Mediation. |
| 10/04/10 | 1.30 | Analyze settlement proposals and plans. |
| 10/05/10 | 0.30 | Review proposed order on status conference and disclosure statements. |
| 10/05/10 | 0.30 | E-mails with James Sottile regarding status of mediation. |
| 10/05/10 | 0.40 | Telephone call with James Sottile regarding mediation report and next steps. |
| 10/05/10 | 0.60 | E-mails all parties regarding language of agreed order regarding plan and disclosure statements. |
| 10/05/10 | 0.50 | E-mail exchange with Messrs. Ashley, Landis and Goldfarb regarding shareholder discovery. |

| 10/05/10 | 0.50 | E-mail exchange with Messrs. Ashley, Landis and Goldfarb regarding class defendants. |
| 10/06/10 | 0.60 | Telephone conference with Messrs. Seife, LeMay and Sottile regarding DQ motion, plan issues and UCC meeting. |
| 10/06/10 | 0.30 | E-mails with James Sottile and various parties regarding extension of time to respond to standing motions. |
| 10/06/10 | 0.40 | Telephone call with James Sottile regarding mediation developments. |
| 10/06/10 | 0.30 | Review e-mail exchange and attachments with Edward Friedman regarding DQ protocol. |
| 10/06/10 | 0.60 | Review presentation draft from Moelis regarding Aurelius model. |
| 10/06/10 | 0.10 | E-mail Edward Friedman and others regarding depositions of Special Committee members. |
| 10/07/10 | 2.50 | UCC meeting. |
| 10/07/10 | 0.70 | Telephone call with James Sottile regarding and review e-mails and drafts regarding resolution of DQ motion by Aurelius. |
| 10/07/10 | 0.40 | E-mails with Messrs Seife, Sottile and others regarding Mediator's request for meeting Friday. |
| 10/07/10 | 0.20 | E-mail Messrs. LeMay and Novod regarding research. |
| 10/07/10 | 0.60 | Telephone call with James Sottile regarding mediation report and strategy. |
| 10/08/10 | 0.60 | Telephone calls with James Sottile regarding mediation developments. |
| 10/08/10 | 0.40 | E-mails with Chadbourne & Parke, Messrs. Landis and Goldfarb regarding shareholder discovery. |
| 10/08/10 | 0.40 | E-mails with Messrs. Ashley, Goldfarb, Sottile, and McCormack regarding strategy for October 22 hearing. |
| 10/08/10 | 0.60 | E-mails Sidley and other parties regarding negotiations over scheduling order. |
| 10/09/10 | 0.60 | Telephone call with James Sottile regarding planning for UCC call. |
| 10/09/10 | 0.30 | Telephone conference with Messrs. Sottile and Jamal regarding models and UCC call. |
| 10/09/10 | 0.40 | E-mails with Messrs. Sottile and Jamal regarding settlement analysis. |

| | | |
|---|---|---|
| 10/09/10 | 0.50 | Telephone conference with Messrs. Sottile and Jamal regarding preparation of materials for the UCC. |
| 10/09/10 | 0.20 | Telephone call with James Sottile regarding draft materials for UCC. |
| 10/09/10 | 0.90 | Review draft and provide comments. |
| 10/09/10 | 1.50 | Review debtors' draft common disclosure statement. |
| 10/09/10 | 1.90 | UCC telephone conference. |
| 10/10/10 | 1.00 | UCC telephone conference. |
| 10/10/10 | 0.60 | Review e-mails and analytical memorandum in preparation for UCC telephone conference. |
| 10/10/10 | 0.40 | Telephone call with James Sottile regarding results of UCC call. |
| 10/10/10 | 0.30 | Telephone call with James Sottile regarding term sheet and plan. |
| 10/10/10 | 0.40 | E-mail exchanges with negotiating parties regarding draft plan and term sheet. |
| 10/10/10 | 0.90 | Telephone call with Chadbourne & Parke, Messrs. Sottile, and Jamal regarding term sheet draft and settlement negotiations. |
| 10/10/10 | 0.40 | Review draft language from James Sottile for term sheet. |
| 10/10/10 | 0.70 | Telephone conference with Chadbourne & Parke, James Sottile regarding draft term sheet. |
| 10/10/10 | 1.00 | Telephone conference with Chadbourne & Parke, James Sottile regarding revisions to term sheet. |
| 10/10/10 | 0.70 | Review, revise and edit draft term sheet and plan language. |
| 10/11/10 | 0.40 | Telephone conference with Messrs. Sottile, Bernstein, Conlan, et al. regarding term sheet. |
| 10/11/10 | 0.40 | Telephone conference with James Sottile regarding negotiations. |
| 10/11/10 | 0.50 | Review and edit draft UCC message and telephone call with James Sottile regarding same. |
| 10/11/10 | 0.60 | Review and edit UCC comments on term sheet and e-mails Messrs. LeMay and Sottile regarding same. |
| 10/11/10 | 0.70 | E-mail exchange Donald Bernstein and other negotiating parties regarding arrangers participation in term sheet. |

| 10/11/10 | 0.60 | E-mail exchange and telephone call with Edward Friedman regarding standing motion and amendment of complaint. |
| 10/11/10 | 0.50 | Telephone conference with Messrs. Sottile and Goldfarb regarding strategy and planning regarding standing motion and litigation. |
| 10/11/10 | 0.90 | Telephone conference with Davis Polk, HBD, Chadbourne & Parke and James Sottile regarding UCC's revised term sheet. |
| 10/11/10 | 1.60 | Review and analyze examiner report and other research regarding certain claims. |
| 10/11/10 | 0.30 | Telephone conference with James Sottile, Davis Polk, HBD, Chadbourne & Parke, et al. regarding final draft term sheet. |
| 10/11/10 | 0.30 | E-mails with Messrs. Gross, Seife and Sottile. |
| 10/12/10 | 0.40 | E-mail exchange with settlement parties regarding term sheet and press release. |
| 10/12/10 | 0.30 | E-mail exchange with Chadbourne & Parke regarding October 22 hearing and strategy and conduct thereof. |
| 10/12/10 | 0.20 | E-mail exchange with Messrs. Seife and Sottile regarding Aurelius request for meeting. |
| 10/12/10 | 0.80 | Work on assignments, including telephone call with Andrew Torrez and meetings Messrs. Sottile and Goldfarb. |
| 10/12/10 | 0.50 | Telephone conference with Messrs. McCormack, Ashley, Goldfarb and Sottile regarding standing motion and transition. |
| 10/12/10 | 0.30 | E-mails and conferences James Sottile regarding Rule 11 motion and Thomas Macauley assignment. |
| 10/12/10 | 0.60 | E-mail exchange HBD, Davis Polk, Chadbourne & Parke and other plan proponents regarding plan drafting. |
| 10/13/10 | 0.60 | Prepare for and telephone conference Messrs. McCormack, Seife and Sottile regarding objections to settlement. |
| 10/13/10 | 0.60 | Review Tribune settlement analysis. |
| 10/13/10 | 0.30 | Quick review draft objection to Novack & Macey retention. |
| 10/13/10 | 0.30 | E-mails regarding telephone conference to discuss settlement. |
| 10/13/10 | 0.40 | Review drafts and e-mails regarding scheduling order. |
| 10/13/10 | 0.80 | Review drafts and e-mails James Sottile and other drafting parties regarding plan provisions relating to LBO claims. |

| | | |
|---|---|---|
| 10/13/10 | 0.30 | Review e-mails regarding Messrs. Sottile and Bendernagel regarding resolution of Novack & Macey objection. |
| 10/14/10 | 0.50 | Telephone call with Messrs. Seife, LeMay, McCormack and Sottile regarding Aurelius and Debtor proposal regarding trustee's motion. |
| 10/14/10 | 0.60 | E-mails with James Sottile and other parties regarding proposal regarding trustee motion, standing motion. |
| 10/14/10 | 0.40 | Telephone conference with debtor, Aurelius, Chadbourne & Parke regarding October 22 hearing and resolution of issues. |
| 10/14/10 | 0.60 | Conference with James Sottile and then with him and Chadbourne & Parke regarding standing motion and prosecution of actions. |
| 10/14/10 | 0.20 | Telephone conference with Messrs. Sottile and Bendernagel regarding standing motion and prosecution of complaints. |
| 10/14/10 | 0.30 | Review e-mail from Theodore Zink and authority regarding creditors trust. |
| 10/14/10 | 0.20 | E-mail James Sottile regarding telephone calls with James Bendernagel and Daniel Golden regarding trustee motion. |
| 10/14/10 | 0.40 | E-mails with Daniel Rath and Chadbourne & Parke regarding shareholder discovery. |
| 10/14/10 | 0.20 | Confer with Andrew Goldfarb regarding reply to opposition to standing motions. |
| 10/14/10 | 0.60 | Review draft reply to trustee motion and comment on same. |
| 10/15/10 | 0.40 | Confer with James Sottile regarding developments during the day. |
| 10/15/10 | 0.90 | Review draft plan provisions regarding releases and bar order and comment on same. |
| 10/15/10 | 0.20 | E-mail exchange with Daniel Rath regarding motions to be heard October 22. |
| 10/15/10 | 1.20 | Review and comment on draft proposal to resolve trustee and standing motions and e-mails regarding same. |
| 10/17/10 | 0.70 | Review Merrill Lynch engagement letter and e-mail exchange with James Sottile regarding same and plan terms. |
| 10/17/10 | 0.90 | Review Merrill Lynch standing objection and e-mail exchanges with Messrs. Landis and Sottile regarding same. |
| 10/18/10 | 0.70 | Review draft plan and comments from Debtors. |

| 10/18/10 | 0.50 | Telephone conference with Messrs. LeMay, Rosenfeld and Sottile regarding open plan items. |
| 10/18/10 | 0.20 | Telephone call with James Sottile regarding open plan items. |
| 10/18/10 | 0.50 | Telephone conference with Messrs. Golden, Bendernagel, Seife, Sottile regarding resolution of standing and trustees motions. |
| 10/18/10 | 0.20 | Telephone call with James Sottile regarding JP Morgan negotiations. |
| 10/18/10 | 0.20 | Review Novack & Macey stipulation and telephone call with Bendernagel regarding same. |
| 10/18/10 | 0.10 | Telephone call with Bendernagel regarding stipulation on trustees motion. |
| 10/18/10 | 0.60 | Review draft plan changes and telephone conference with James Sottile regarding same. |
| 10/18/10 | 0.40 | Review draft stipulation regarding standing and trustee motions and telephone conference with James Sottile regarding same. |
| 10/18/10 | 0.30 | Review draft reply brief regarding standing. |
| 10/18/10 | 1.50 | Plan negotiation telephone conference with HDH, Chadbourne & Parke, Debtors, Lenders. |
| 10/19/10 | 0.70 | Review and edit draft reply brief regarding standing. |
| 10/19/10 | 1.50 | UCC professionals telephone conference. |
| 10/19/10 | 0.20 | Telephone conference with Messrs. Bendernagel, Seife, Golden, et al. regarding stipulation. |
| 10/19/10 | 0.70 | Telephone conference with Messrs. Bendernagel and Golden regarding stipulation regarding standing and resolution of trustees and standing motions. |
| 10/19/10 | 0.90 | Evaluate legal issues regarding creditors trust and shareholder 544 claims. |
| 10/19/10 | 0.30 | Review Aurelius suggestions regarding complaint. |
| 10/19/10 | 0.60 | Confer with Messrs. Sottile and Goldfarb regarding pending work projects. |
| 10/19/10 | 0.20 | Telephone calls and e-mails Davis Polk regarding creditors trust issues. |
| 10/20/10 | 1.70 | Telephone conference with Messrs. McCormack, Ashley, Sottile and Goldfarb regarding complaints and filing issues. |

| 10/20/10 | 0.40 | Review Macey stipulation and order and telephone call with James Bendernagel regarding same. |
| 10/20/10 | 1.20 | Work on proposed form of order regarding standing and e-mail exchanges with Daniel Golden and other interested parties regarding resolution of issues. |
| 10/20/10 | 0.90 | Review, revise and edit draft disclosure statement provisions regarding settlement. |
| 10/20/10 | 0.80 | Confer and e-mail exchange with Andrew Goldfarb regarding confidentiality restrictions in complaint. |
| 10/20/10 | 0.90 | Conferences and e-mails with Messrs. Sottile and Landis regarding plan language regarding Advisor claims. |
| 10/20/10 | 0.30 | E-mail exchange Messrs. Bendernagel and Sottile regarding stipulation on settlement authority. |
| 10/20/10 | 0.40 | Aurelius notice of withdrawal of trustee motion and e-mail exchange with Messrs. Sottile, Seife and other interested parties regarding same. |
| 10/20/10 | 0.30 | E-mails with Thomas McCormack regarding complaint issue. |
| 10/20/10 | 0.20 | E-mail with Messrs. Sottile and Lack regarding Aurelius proposals for complaints. |
| 10/20/10 | 0.70 | Review opposition filed to UCC standing and e-mail exchange with Messrs. Sottile and Landis regarding same. |
| 10/20/10 | 0.40 | Review draft liquidation analysis from Debtors. |
| 10/21/10 | 0.30 | Telephone call and e-mail with James Bendernagel regarding proposed order and stipulation on standing motions. |
| 10/21/10 | 1.50 | Telephone call with Messrs. Seife, LeMay, Rosenblatt and Sottile regarding open plan term issues. |
| 10/21/10 | 2.30 | UCC telephone conference. |
| 10/21/10 | 0.50 | Telephone conference with Akin and Friedman Kaplan lawyers regarding Aurelius complaint suggestions. |
| 10/21/10 | 0.30 | Telephone call and e-mail Jane Parver regarding proposed order. |
| 10/21/10 | 0.60 | Review and edit disclosure statement provisions regarding settlement. |
| 10/21/10 | 1.70 | Work on draft of proposed order on standing motions. |
| 10/21/10 | 0.40 | Draft e-mail to parties seeking consent to proposed standing order. |

| 10/21/10 | 0.20 | Review e-mail from James Bendernagel and attachment regarding comments on Proposed order. |
| 10/21/10 | 0.30 | Telephone call with Adam Landis regarding hearing on standing and sealing motions. |
| 10/21/10 | 0.10 | Telephone call with James Bendernagel regarding resolution of Aurelius concerns. |
| 10/21/10 | 0.20 | Telephone call and e-mails James Sottile regarding plan term issue with JP Morgan. |
| 10/21/10 | 0.20 | Telephone call with Daniel Golden regarding proposed order and October 22 hearing. |
| 10/21/10 | 0.20 | E-mail exchange with William Weintraub regarding complaint. |
| 10/21/10 | 0.50 | Conferences and e-mails regarding confidentiality restrictions on complaints. |
| 10/21/10 | 0.60 | Review legal research memorandum from Andrew Torrez and e-mail exchange with Messrs. Goldfarb, Sottile, and Macauley regarding same. |
| 10/21/10 | 1.20 | Review pleadings and preparation for October 22 hearing argument. |
| 10/22/10 | 1.50 | Confer with James Sottile regarding hearing and negotiations of plan terms. |
| 10/22/10 | 2.00 | Meetings with Chadbourne & Parke and Adam Landis regarding hearing, standing order and plan terms. |
| 10/22/10 | 1.00 | UCC meeting. |
| 10/22/10 | 0.70 | Discussions with Messrs. Conlan, Golden, Bennett and counsel for other interested parties regarding plan term negotiations and standing order. |
| 10/22/10 | 2.50 | Court hearing. |
| 10/22/10 | 2.00 | Conferences with James Sottile regarding plan negotiations and strategy regarding standing and complaints. |
| 10/22/10 | 0.40 | UCC meeting regarding plan terms. |
| 10/24/10 | 0.80 | Review, revise and edit proposed standing order. |
| 10/24/10 | 1.20 | Plan work to be done to file and pursue complaints and draft e-mail and memorandum regarding same. |
| 10/24/10 | 0.40 | E-mail exchanges with Messrs. Goldfarb, Landis and Sottile regarding standing order. |

| 10/25/10 | 0.30 | Telephone call with Messrs. Ashley and Kirby regarding draft complaint. |
| 10/25/10 | 1.00 | Meeting with Zuckerman Spaeder team regarding issues regarding filing complaint by end of week. |
| 10/25/10 | 1.40 | Work on getting consent standing order. |
| 10/25/10 | 1.90 | Review, revise and edit third party complaint. |
| 10/25/10 | 0.20 | E-mail Marc Ashley regarding attached draft litigation hold letter. |
| 10/26/10 | 1.90 | Telephone calls and e-mails with Messrs. Sottile, Landis and other interested parties regarding standing order and Court conference. |
| 10/26/10 | 1.10 | Work on and review e-mails from Aurelius and James Sottile regarding LBO Lender complaint and modifications and amendments thereto. |
| 10/27/10 | 1.80 | Review and revise third party complaint and e-mails regarding same with James Sottile. |
| 10/27/10 | 0.30 | Telephone call and confer with James Sottile regarding revisions to complaints. |
| 10/27/10 | 0.20 | E-mail Messrs. Ashley and Sottile regarding telephone conference. |
| 10/27/10 | 0.30 | Review suggestions for complaint and e-mail David Neier regarding same. |
| 10/27/10 | 1.20 | Further revisions to third party complaint and consider e-mails Friedman Kaplan regarding same. |
| 10/27/10 | 0.40 | Conferences with James Sottile regarding modifications to LBO Lender Complaint. |
| 10/27/10 | 0.60 | Review revise and edit LBO Lender Complaint. |
| 10/27/10 | 0.20 | E-mail Douglas Deutsch regarding UCC developments. |
| 10/28/10 | 0.70 | Status meeting with Messrs. Goldfarb, Macauley, Torrez and Sottile. |
| 10/28/10 | 0.40 | Telephone calls with James Sottile regarding comments on complaint and information requests. |
| 10/28/10 | 0.30 | E-mails to all plan proponents regarding telephone conference and regarding request for plan. |
| 10/28/10 | 0.10 | E-mail exchange with Howard Seife and Debtors regarding article on examiner's report. |

| | | |
|---|---|---|
| 10/28/10 | 0.20 | E-mail exchange with Daniel Golden, Sidley and others regarding Novak Macey. |
| 10/28/10 | 1.70 | Review and revise regarding defenses to third party claims. |
| 10/29/10 | 0.10 | Telephone message from and telephone call to Jonathan Polkes. |
| 10/29/10 | 0.40 | Review correspondence and e-mails from Weil regarding Morgan Stanley. |
| 10/29/10 | 0.70 | Review further research regarding defenses to third party claims and allegations regarding same. |
| 10/29/10 | 0.30 | Telephone call with Jonathan Polkes and draft e-mail regarding same. |
| 10/29/10 | 0.90 | Telephone conference with James Sottile, Davis Polk, Chadbourne & Parke regarding confirmation issues and procedures. |
| 10/29/10 | 0.10 | E-mail James Bendernagel regarding modified complaints. |
| 10/29/10 | 2.40 | Review, revise and edit current version of DO complaint. |
| 10/30/10 | 2.30 | Review plan and disclosure statement of pre-LBO Lenders. |
| 10/30/10 | 0.90 | Review revisions to LBO Lender Complaint. |
| 10/30/10 | 0.40 | Review revisions to third party complaint. |
| 10/31/10 | 1.40 | Work on revisions to third party complaint, including review of e-mails from Messrs. Sottile, Macauley, Goldfarb and counsel for Aurelius regarding same. |
| 10/31/10 | 1.80 | Work on revisions to lender complaint, including review of e-mails from Messrs. Sottile, Macauley, Goldfarb and counsel for Aurelius regarding same. |

Lisa Medoro

| | | |
|---|---|---|
| 10/26/10 | 0.30 | Meet and confer with J. Sottile regarding preparation of lender lists as exhibits to complaints. |
| 10/26/10 | 3.30 | Review J.P. Morgan Chase and Merrill Lynch documents relating to lender payments and prepare schedules of the same. |
| 10/28/10 | 4.80 | Continue to prepare schedules detailing lender and contact information and date of payments. |
| 10/28/10 | 0.10 | E-mail correspondence with A. Goldfarb and J. Sottile regarding the same. |

| 10/29/10 | 2.30 | Continue to prepare schedules of lenders and payments received. |
| 10/29/10 | 0.10 | Confer with A. Goldfarb regarding the same. |
| 10/30/10 | 2.40 | Create list of preference defendants. |
| 10/30/10 | 0.10 | E-mail correspondence with A. Goldfarb regarding the same. |
| 10/31/10 | 3.30 | Continue to prepare list of preference defendants. |
| 10/31/10 | 0.20 | Confer with A. Goldfarb regarding the same. |

Afton B. Hodge

| 10/29/10 | 0.10 | Confer with Andrew Goldfarb regarding subpoena project. |
| 10/29/10 | 1.00 | Confer with Frank Panchak regarding same. |
| 10/29/10 | 3.20 | Research company registered agent information through various states Secretary of State web sites. |
| 10/29/10 | 0.40 | Review and search Tribune Bankruptcy docket for claims. |
| 10/29/10 | 0.20 | Teleconference with Jim Green and Fran Panchak regarding same. |

Monica Daly Welham

| 10/25/10 | 0.40 | Pull cases and KeyCites. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

November 30, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:275505
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2010.

By Thomas G. Macauley
   2.60 hours at $580.00 per hour            $     1,508.00

By Diana Gillig
   4.60 hours at $160.00 per hour            $      736.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 2,244.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 2,244.00 |

DESCRIPTION OF SERVICES                                            CLIENT: 12464
                                                                   MATTER: 0002


Thomas G. Macauley

| 10/05/10 | 0.10 | Review CNO for 12th monthly fee application. |
| 10/05/10 | 0.20 | Draft note to V. Garlati regarding 12th monthly fee application. |
| 10/13/10 | 0.50 | Work on 4th interim fee application. |
| 10/14/10 | 0.50 | Work on narrative for 4th interim fee application. |
| 10/15/10 | 0.20 | Review and finalize 4th interim fee application. |
| 10/18/10 | 0.80 | Review September time detail for confidentiality and local rule compliance. |
| 10/21/10 | 0.10 | Review CNO for 13th monthly fee application. |
| 10/26/10 | 0.20 | Review and edit 14th monthly fee application. |

Diana Gillig

| 10/05/10 | 0.10 | Draft CNO for 12th monthly fee application. |
| 10/05/10 | 0.10 | Electronically file same. |
| 10/05/10 | 0.10 | Forward same to team. |
| 10/06/10 | 1.20 | Draft 4th interim fee application. |
| 10/06/10 | 0.10 | Draft notice and certificate of service for same. |
| 10/06/10 | 0.20 | Draft notice of filing and certificate of service for same. |
| 10/13/10 | 0.10 | Review time detail regarding 14th monthly fee application. |
| 10/19/10 | 0.40 | Revise time detail for 14th monthly fee application. |
| 10/21/10 | 0.10 | Draft CNO for 13th monthly fee application. |
| 10/21/10 | 0.10 | Electronically file same. |
| 10/21/10 | 0.10 | Forward same to team. |
| 10/25/10 | 0.40 | Draft 14th monthly fee application. |
| 10/26/10 | 0.70 | Prepare cost itemization chart exhibit for 14th monthly fee application. |
| 10/26/10 | 0.50 | Draft 14th monthly fee application. |
| 10/26/10 | 0.10 | Draft notice and certificate of service for same. |

November 30, 2010                                                                                   Page 3

| 10/26/10 | 0.10 | Electronically file 14th monthly fee application. |
| 10/26/10 | 0.20 | Prepare service of same. |



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax     www.zuckerman.com

November 30, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:275506
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush<br>   3.00  hours at  $765.00  per hour | $ | 2,295.00 |
| By James Sottile<br>   18.50  hours at  $675.00  per hour | $ | 12,487.50 |
| TOTAL FEES | $ | 14,782.50 |
|    Less Professional Courtesy | $ | -7,391.25 |
| TOTAL FEES | $ | 7,391.25 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 7,391.25 |

November 30, 2010                                                               Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0003


James Sottile

| 10/04/10 | 2.10 | Travel to Wilmington for status hearing and mediation. |
| 10/05/10 | 2.20 | Travel to DC following mediation. |
| 10/07/10 | 6.80 | Travel to/from New York for Creditors Committee meeting. |
| 10/08/10 | 4.50 | Travel to/from Wilmington for mediation with Judge Gross. |
| 10/22/10 | 1.60 | Travel to Wilmington for hearing on standing motions. |
| 10/22/10 | 1.30 | Return from Wilmington following hearing on motions for standing. |

Graeme W. Bush

| 10/04/10 | 3.00 | Travel to and from Wilmington, DE. |