**EXHIBIT B**

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| EXPERT - NAVIGANT | $ 383,852.13 | 10/20/2010 | | |
| NERA | $ 4,065.28 | 10/28/2010 | | |
| | | | | |
| Total | $ 387,917.41 | | | $ 387,917.41 |
| | | | | |
| TRAIN / AIR TRAVEL    train | $ 197.00 | 10/12/2010 | GB | |
| air | $ 1,378.30 | 10/12/2010 | JS | |
| train | $ 154.00 | 10/18/2010 | GB | |
| | $ 112.50 | 10/31/2010 | GB | |
| | $ 1,351.40 | 10/31/2010 | JS | |
| | | | | |
| Total | $ 3,193.20 | | | $ 3,193.20 |
| | | | | |
| TAXI / PARKING | $ 19.00 | 10/12/2010 | JS | |
| | $ 20.00 | 10/13/2010 | GB | |
| | $ 20.00 | 10/31/2010 | GB | |
| | $ 80.50 | 10/31/2010 | JS | |
| | | | | |
| Total | $ 139.50 | | | $ 139.50 |
| | | | | |
| MISC - TIPS | $ 2.25 | 10/12/2010 | | |
| | | | | |
| | $ 2.25 | | | $ 2.25 |
| FEDEX | $ 65.02 | 10/18/2010 | | |
| | $ 67.72 | 10/27/2010 | | |
| Total | $ 69.88 | 10/31/2010 | | |
| | $ 202.62 | | | $ 202.62 |
| | | | | |
| OUTSOURCED COPY - IKON | $ 267.20 | 10/20/2010 | | |
| | | | | |
| | $ 267.20 | | | $ 267.20 |
| Total | | | | |
| | | | | |
| OUTSOURCED COPY SERVICE PARCELS | $ 175.00 | 10/5/2010 | | |
| Total | $ 175.00 | | | $ 175.00 |
| | | | | |
| LEXIS RESEARCH | $ 8.33 | 9/30/2010 | | |
| | | | | |
| | $ 8.33 | | | $ 8.33 |
| | | | | |
| WESTLAW RESEARCH | $ 2,681.42 | 9/30/2010 | | |
| | | | | |
| Total | $ 2,681.42 | | | $ 2,681.42 |
| | | | | |
| DOCKET RESEARCH - PACER | $ 59.20 | 10/26/2010 | | |
| | | | | |
| | $ 59.20 | | | $ 59.20 |
| | | | | |
| TELEPHONE CONF - SOUNDPATH | $ 137.71 | 10/25/2010 | | |
| | $ 119.94 | 10/31/2010 | | |
| | | | | |
| | $ 257.65 | | | $ 257.65 |
| | | | | |
| INHOUSE COPY | $ 121.90 | 10/15/2010 | | |
| | $ 45.60 | 10/26/2010 | | |
| Total | | | | |
| | $ 167.50 | | | $ 167.50 |

| | | | | |
|---|---|---|---|---|
| LONG DISTANCE CALLS | $ | 0.60 | 10/1/2010 | |
| | $ | 2.16 | 10/3/2010 | |
| | $ | 0.12 | 10/6/2010 | |
| | $ | 2.28 | 10/8/2010 | |
| | $ | 9.72 | 10/11/2010 | |
| | $ | 3.96 | 10/12/2010 | |
| | $ | 18.12 | 10/13/2010 | |
| | $ | 6.24 | 10/14/2010 | |
| | $ | 5.16 | 10/15/2010 | |
| | $ | 2.64 | 10/18/2010 | |
| | $ | 1.68 | 10/19/2010 | |
| | $ | 0.84 | 10/20/2010 | |
| | $ | 18.36 | 10/21/2010 | |
| | $ | 3.00 | 10/25/2010 | |
| | $ | 4.08 | 10/26/2010 | |
| | $ | 2.52 | 10/27/2010 | |
| | $ | 0.84 | 10/28/2010 | |
| | $ | 15.12 | 10/29/2010 | |
| | | | | |
| | $ | 97.44 | | $ 97.44 |
| | | | | |
| POSTAGE | $ | 48.70 | 10/31/2010 | |
| | | | | |
| | $ | 48.70 | | $ 48.70 |
| | | | | |
| Total | | | | |
| GRAND TOTAL | | | | $ 395,217.42 |