**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. #08-13141 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance and Request For Service of Notices And Papers along with this Certificate Of Service to be made upon the parties set forth on the attached Service List by first class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 1, 2010

/s/ Lawrence J. Kotler
Lawrence J. Kotler, Esquire (DE – 4181)
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:    215.979.1514
Facsimile:    215.689.2746
Email:  LJKotler@duanemorris.com
         and
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    302.657.4900
Facsimile:    302.657.4901

*Counsel for Pennsylvania Public School Employees' Retirement System*

**SERVICE LIST**

Counsel for Debtors:

Bryan Krakauer, Esquire
James F. Conlan, Esquire
SIDLEY, AUSTIN, BROWN & WOOD LLP
One S. Dearborn Street
Chicago, IL  60603

Carl D. Neff, Esquire
CIARDI CIARDI & ASTIN
919 N. Market Street, Ste. 700
Wilmington, DE  19801

J. Kate Stickles, Esquire
Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
500 Delaware Avenue, Ste. 1410
Wilmington, DE  19801

Jared D. Zajac, Esquire
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY  10173-0002

John H. Strock, III, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Ste. 1300
PO Box 2323
Wilmington, DE  19899-2323

Michael A. Henry, Esquire
GROSS, McGINLEY, LaBARRE & EATON, LLP
33 South 7th Street
Allentown, PA  18105-4060

Patrick Theodore Garvey, Esquire
JOHNSON & BELL, LTD.
33 W. Monroe, Ste. 2700
Chicago, IL  60603

Robert S. Brady, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391

Stephen Novack, Esquire
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL  31249-6900

United States Trustee:
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Counsel for Official Committee of Unsecured Creditors:
Adam G. Landis, Esquire
Landon Ellis, Esquire
Matthew B. McGuire, Esquire
Rebecca L. Butcher, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

Cynthia Moh Baldwin, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, Ste. 1500
Wilmington, DE  19801

Mona A. Parikh, Esquire
LANDIS RATH & COBB LLP
900 N. Market, Ste. 600
Wilmington, DE  19801

Thomas G. Macauley, Esquire
ZUCKERMAN AND SPAEDER LLP
919 Market Street, Ste. 990
PO Box 1028
Wilmington, DE  19899