## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Re: D.I. 6022, 6185, 6292, 6596 |

### NOTICE OF FILING OF RESPONSIVE STATEMENT BY
### CERTAIN HOLDERS OF STEP ONE SENIOR LOAN CLAIMS

The proponents of the First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims, by and through their undersigned counsel, attach hereto (a) their revised Responsive Statement that they propose to include in the Master Disclosure Document (or, if applicable, in any solicitation package approved by the Court) and (b) a blackline version of the Responsive Statement comparing the current version to the version of the Responsive Statement filed on November 23, 2010 [D.I. 6596].

Dated: December 1, 2010     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan
Deana Davidian
590 Madison Avenue, 35th Floor
New York, NY  10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

OLSHAN GRUNDMAN FROME ROSENZWEIG
& WOLOSKY LLP
Adam Friedman
Steve Wolosky
Fredrick Levy
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

BRACEWELL & GIULIANI LLP
Evan Flaschen
Daniel Connolly
Andrew Schoulder
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516
Telephone:  860-256-8537
Facsimile:  860-760-6310

*Counsel to the Step One Credit Agreement Lenders*