IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 6625 & 6633 |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordiantor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 24, 2010, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Agenda & Amd Agenda_DI_6625 & 6633_Aff_11-24-10.doc

a. "Notice of Agenda of Matters Scheduled for Hearing on November 29, 210 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated November 23, 2010 [Docket No. 6625], and

b. "Notice of Amended Agenda of Matters Scheduled for Hearing on November 29, 2010 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated November 24, 2010 [Docket No. 6633],

by causing true and correct copies to be:

  i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

  ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

  iii. delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
29th day of November, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

MR. WILLIAM R. FLOOD
1404 HENRY AVE.
DES PLAINS, IL  60016

MR. KEVIN MILLEN
1704 LANIER LANE
MEMPHIS, TN  38117

**EXHIBIT B**

| Name | Fax |
|---|---|
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley  VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr   DG Sloan | 302-498-7531 |
| Ellen W Slights | 302-573-6431 |
| Stuart M Brown | 302-777-7263 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon   Tara M DiRocco | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   LA Raport   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Rachel B Mersky | 302-656-2769 |
| Adam Hiller   Donna Harris | 302-442-7046 |
| Sherry Ruggiero Fallon | 302-658-4018 |
| Ian Connor Bifferato   Kevin Collins | 302-254-5383 |
| MR Lastowski   SL Ross   RW Riley | 302-657-4901 |
| William P Bowden   Amanda Winfree | 302-654-2067 |
| LD Jones    TP Cairns   MM Billion | 302-652-4400 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Jamie L Edmonson | 302-658-6395 |
| Dennis A Meloro | 302-661-7360 |
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James F Conlan    Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   DM LeMay   DE Deutsche | 212-541-5369 |
| Graeme W Bush   James Sottile | 202-822-8106 |
| D Bernstein  D Glazer  E Moskowitz | 212-607-7999 |
| MB Schonholtz   MG Primoff | 212-836-6525 |
| F Hyman  J Tougas  B Trust   A Trehan   B Yan | 212-262-1910 |
| Joseph L Christensen | 302-655-4420 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |
| William Hazeltine | 302-428-8195 |
| WD Sullivan   EE Allinson III | 302-428-4195 |

| Name | Phone |
|---|---|
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow   David T May | 302-252-4466 |
| James E Huggett | 302-888-1119 |
| James S Yoder | 302-467-4554 |
| MS Senter Jr   SA Buckman | 202-429-4618 |
| David G Hille   Scott Greissman | 212-354-8113 |
| Thomas E Lauria | 305-358-5744 |
| Thomas E Lauria | 305-358-5766 |
| Howard J Kaplan   Deanna Davidian | 212-333-0246 |
| AH Friedman   S Wolosky   OG Frome | 212-451-2222 |
| E Flaschen   D Connolly   A Schoulder | 860-760-6310 |
| Daniel H Golden   Philip C Dublin | 212-872-1002 |
| DS Rosner   AK Glenn   S Korpus | 212-506-1800 |
| David Adler   G Amanda Mallan | 212-609-6921 |
| RJ Stark   MS Siegel   GZ Novod | 212-209-4801 |
| P Silverstein   R Russell   JB Reckmeyer | 212-850-2929 |
| B Bennett   JO Johnston   JM Mester | 213-694-1234 |
| Andrew Goldman | 212-230-8888 |
| Martha E Romero | 562-907-6820 |
| M Patricia Smith   Michael A Schloss | 202-693-5610 |
| DJ Bradford   CL Steege   AW Vail | 312-527-0484 |
| Margaret M Reed   Wendy M Simkulak | 215-979-1020 |

**EXHIBIT C**

***Email Address***
bsullivan@sha-llc.com
ksm_1973@yahoo.com
zallinson@sha-llc.com