## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 1st day of December 2010, I caused a copy of the **Notice of Filing of Additional Proposed Revisions to Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. and the Related Specific Disclosure Statement and Responsive Statement** be served upon the parties listed on the attached service list *via* the manner indicated.

Eric M. Sutty (No. 4007)

SIDLEY AUSTIN LLP
BRYAN KRAKAUER, ESQ.
KEVIN T. LANTRY, ESQ.
JONATHAN D. LOTSOFF, ESQ.
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Via First Class Mail**

CHADBOURNE & PARKE, LLP
DOUGLAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Via First Class Mail**

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
NORMAN L. PERNICK, ESQ.
J. KATE STICKLES, ESQ.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**Via Hand Delivery**

LANDIS, RATH & COBB, LLP
ADAM G. LANDIS, ESQ.
919 MARKET STREET
SUITE 1800
WILMINGTON, DE 19801

**Via Hand Delivery**

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE
JOSEPH MCMAHON, ESQ.
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DELAWARE 19899-0035

**Via Hand Delivery**

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE AND PENSION FUNDS)
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

**Via First Class Mail**

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

**Via First Class Mail**

SULLIVAN HAZELTINE ALLISON LLC
WILLIAM D. SULLIVAN
ELIHU E. ALLISON, III
(COUNSEL TO WILMINGTON TRUST COMPANY)
4 EAST 8TH STREET
SUITE 400
WILMINGTON, DE 19801

**Via First Class Mail**

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
(COUNSEL TO IAM LODGE NO. 126)
CHICAGO, IL 60606

**Via First Class Mail**

ANDREW S. CONWAY, ESQUIRE
(COUSEL TO TAUBMAN LANDLORDS)
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

**Via First Class Mail**

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR
LEASING CO.)
WILMINGTON, DE 19801

**Via Hand Delivery**

DUANE MORRIS LLP
RICHARD W. RILEY
SOMMER L. ROSS
(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &
CANTIGNY FOUNDATION)
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

**Via Hand Delivery**

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC)
CHICAGO, IL 60611

**Via First Class Mail**

BANC OF AMERICA BRIDGE LLC
LYNN D. SIMMONS, SR. VICE PRESIDENT
BANK OF AMERICA STRATEGIC SOLUTIONS
MAIL CODE: IL1-231-11-19
231 SOUTH LASALLE STREET
CHICAGO, IL 60604

**Via First Class Mail**

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
ATTN. GEORGE R. MESIRES, ESQ.
(COUNSEL TO KTR SOUTH FLORIDA LLC)
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

**Via First Class Mail**

BARCLAYS CAPITAL INC.
ATTN: US CLIENT VALUATIONS GROUP
200 PARK AVENUE
ATTN: US CLIENT VALUATIONS GROUP
NEW YORK, NY 10166

**Via First Class Mail**

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
(COUNSEL TO MORGAN STANLEY & CO., INC.)
WILMINGTON, DE 19801

**Via Hand Delivery**

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.)
BOSTON, MA 02110

**Via First Class Mail**

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
(COUNSEL TO: ENTERPRISE GARAGE CORP.)
270 MADISON AVENUE
NEW YORK, NY 10016

**Via First Class Mail**

BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN. DAVID M. NEUMANN, ESQUIRE
(COUNSEL TO WILMINGTON TRUST COMPANY)
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH 44114-2378

**Via First Class Mail**

WILLIAM HAZELTINE, ESQ.
LAW OFFICES OF WILLIAM A. HAZELTINE LLC
THE BRANDYWINE OFFICE BUILDING
1000 NORTH WEST STREET, STE. 1200
WILMINGTON, DE 19801

**Via Hand Delivery**

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
(COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN)
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

**Via Hand Delivery**

BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE
FELDMAN & GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

**Via First Class Mail**

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

**Via First Class Mail**

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
(COUNSEL TO WILMINGTON TRUST COMPANY)
SEVEN TIMES SQUARE
NEW YORK, NY 10036

**Via First Class Mail**

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP)
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

**Via Hand Delivery**

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

**Via First Class Mail**

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
(COUNSEL TO SONY PICTURES TELEVISION)
LOS ANGELES, CA 90017-2457

**Via First Class Mail**

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
(COUNSEL TO ORACLE USA, INC.)
SAN FRANCISCO, CA 94105-2126

**Via First Class Mail**

SILVERMAN MCDONALD & FRIEDMAN
BRIAN E. LUTNESS, ESQ.
1010 N. BANKCROFT PARKWAY
SUITE 22
WILMINGTON, DE 19805

**Via First Class Mail**

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
NEW HYDE PARK, NY 11042

**Via First Class Mail**

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

**Via First Class Mail**

CHADBOURNE & PARKE LLP
COUNSEL TO THE UNSECURED CREDITORS' CO
ATTN HOWARD SEIFE, DAVID M LEMAY,
DOUGLAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Via First Class Mail**

CHARLES E. DAVIDOW
2001 K. STREET, N.W.
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
WASHINGTON, DC 20006-1047

**Via First Class Mail**

CHRISTINE Z. HERI
(COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

**Via First Class Mail**

CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ., MARY
E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, STE 700
(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION)
WILMINGTON, DE 19801

**Via Hand Delivery**

CITICORP NORTH AMERICA, INC
750 WASHINGTON BLVD.
STAMFORD, CT 06901-3722

**Via First Class Mail**

COHEN WEISS & SIMON LLP
COUNSEL TO AMERICAN FEDERATION OF TELEVISION &
RADIO ARTISTS
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY 10036

**Via First Class Mail**

COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
(LOCAL COUNSEL FOR THE DEBTORS)
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**Via Hand Delivery**

CONNOLLY BOVE LODGE & HUTZ LLP
ATTN: MARC J. PHILLIPS, ESQ.
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET; PO BOX 2207
WILMINGTON, DE 19899

**Via Hand Delivery**

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &
RADIO ARTISTS)
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

**Via Hand Delivery**

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE,
LEVIN, & MAKINEN)
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

**Via First Class Mail**

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
(COUNSEL TO TWENTIETH TELEVISION, INC.)
WILMINGTON, DE 19801

**Via Hand Delivery**

CROSS & SIMON LLC
COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,
LOCAL 32035, TNG-CWA
ATTN CHRISTOPHER P SIMON
919 NORTH MARKET STREET 11TH FLOOR
WILMINGTON, DE 19801

**Via Hand Delivery**

CROUDACE & DIETRICH LLP
ATTN: MARK A NITIKMAN, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA
LIMITED LIABILITY COMPANY)
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA 92660

**Via First Class Mail**

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP)
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022

**Via First Class Mail**

OFFICE OF ATTORNEY GENERAL OF PENNSYLVANIA
CAROL E . MOMJIAN, SENIOR DEPUTY ATTORNEY
GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

**Via First Class Mail**

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
NEW YORK, NY 10017

**Via First Class Mail**

DEUTSCHE BANK AG
60 WALL STREET
NEW YORK, NY 10005

**Via First Class Mail**

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST &SEC. SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

**Via First Class Mail**

DUANE MORRIS LLP
MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
(COUNSEL TO SONY PICTURES TELEVISION, INC.)
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

**Via Hand Delivery**

ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
(COUNSEL TO THE NIELSEN COMPANY)
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

**Via Hand Delivery**

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

**Via Hand Delivery**

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

**Via Hand Delivery**

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC)
BEVERLY HILLS, CA 90212

**Via First Class Mail**

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK, SUITE 2800
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC)
CHICAGO, IL 60610-4500

**Via First Class Mail**

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC)
MILWAUKEE, WI 53202-5306

**Via First Class Mail**

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
(COUNSEL TO JONES LANG LASALLE AMERICAS ILLINOIS
L.P.)
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

**Via First Class Mail**

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC.,
NUCOMM, INC., AND RF CENTRAL, LLC)
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

**Via First Class Mail**

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT, ESQS.
(COUNSEL TO MERCER (US) INC.)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

**Via First Class Mail**

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
(COUNSEL TO ISAKSEN INVESTMENTS, LLC)
LOS ANGELES, CA 90067-4409

**Via First Class Mail**

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)
BOSTON, MA 02110

**Via First Class Mail**

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

**Via First Class Mail**

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
(SAM'S CLUB BRC)
MIAMI, FL 33131-1605

**Via First Class Mail**

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD 21201

**Via First Class Mail**

GOLDSTINE SKRODZKI RUSSIAN NEMEC & HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD
MOTOR SERVICE, INC.)
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

**Via First Class Mail**

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARCADERO CENTER, STE 4000
(COUNSEL TO CATELLUS DEVELOPMENT CORP.)
SAN FRANCISCO, CA 94111

**Via First Class Mail**

HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

**Via First Class Mail**

HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA
D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
(COUNSEL TO VARIOUS PARTIES LISTED IN NOA)
LOS ANGELES, CA 90017

**Via First Class Mail**

HERRICK FEINSTEIN LLP
COUNSEL TO CANON USA INC, INTELSAT CORPORATION
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

**Via First Class Mail**

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

**Via First Class Mail**

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
2125 E. KATELLA AVE., SUITE 400
ANAHEIM, CA 92806

**Via First Class Mail**

HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
(COUNSEL TO ABITIBI BOWATER, INC., ABITBI
CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;
DOW JONES & COMPANY)
NEW YORK, NY 10022

**Via First Class Mail**

HOWARD COUNTY OFFICE OF LAW
ATTN: MARGARET ANN NOLAN, COUNTY SOLICITOR &
CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

**Via First Class Mail**

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
VILLA PARK, IL 60181

**Via First Class Mail**

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

**Via First Class Mail**

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

**Via First Class Mail**

J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

**Via First Class Mail**

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
(COUNSEL TO SODEXO, INC.)
CHARLOTTE, NC 28233

**Via First Class Mail**

JEFFER, MANGELS, BUTLER & MARMARO LLP
ATTN: KEITH D. ELKINS, ESQ.
1900 AVENUE OF THE STARS, 7TH FLOOR
(COUNSEL TO LIT FINANCE, LP)
LOS ANGELES, CA 90067

**Via First Class Mail**

JP MORGAN CHASE BANK, NA AS AGENT
1111 FANNIN, 10TH FLOOR
HOUSTON, TX 77002


**Via First Class Mail**

JPMORGAN CHASE BANK, NA
ATTN: MIRIAM KULNIS
ONE CHASE PLAZA
NEW YORK, NY 10005

**Via First Class Mail**


K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
(COUNSEL TO GREAT BANC TRUST COMPANY)
NEW YORK, NY 10022-6030

**Via First Class Mail**

K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
(COUNSEL TO GREATBANC TRUST COMPANY)
PITTSBURGH, PA 15222-2312

**Via First Class Mail**


KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA 91362

**Via First Class Mail**

KAYE SCHOLER LLP
ATTN: MARGO B SCHONHOLTZ, ESQ
MADLYN GLEICH PRIMOFF, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN
AGENT)
425 PARK AVE
NEW YORK, NY 10022

**Via First Class Mail**


KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
(COUNSEL TO TELEREP, LLC)
NEW YORK, NY 10178

**Via First Class Mail**

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**Via Hand Delivery**


LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

**Via First Class Mail**

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA
WASOW, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, &
MAKINEN)
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

**Via First Class Mail**

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

**Via First Class Mail**

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

**Via First Class Mail**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
(COUNSEL TO DALLAS COUNTY)
DALLAS, TX 75201

**Via First Class Mail**

LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.
ATTN: ZACHARY J. BANCROFT, EST.
450 S. ORANGE AVE, SUITE 800
(COUNSEL TO ORLANDO MAGIC, LTD.)
ORLANDO, FL 32801

**Via First Class Mail**

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA 19087

**Via First Class Mail**

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.
(COUNSEL TO BARCLAYS)
1675 BROADWAY
NEW YORK, NY 10019

**Via First Class Mail**

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
G. AMANDA MALLAN, ESQ.
245 PARK AVE, 27TH FL
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
NEW YORK, NY 10167

**Via First Class Mail**

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY
AMERICAS)
WILMINGTON, DE 19801

**Via Hand Delivery**

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
(COUNSEL TO THE NIELSEN COMPANY (US) LLC
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**Via First Class Mail**

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
(COUNSEL TO DIABLO INVESTMENT CO.)
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

**Via First Class Mail**

MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, &
MAKINEN)
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

**Via First Class Mail**

MERRILL LYNCH CAPITAL CORPORATION
ATTN: SHARON HAWKINS
LOAN OPERATIONS
600 E. LAS COLINAS BLVD., SUITE 1300
IRVING, TX 75039

**Via First Class Mail**

MERRILL LYNCH CAPITAL CORPORATION
ATTN: MICAHEL O'BRIEN
4 WORLD FINANCIAL CENTER
250 VESEY STREET
NEW YORK, NY 10080

**Via First Class Mail**

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
(COUNSEL TO INTELSAT CORPORATION)
WILMINGTON, DE 19801

**Via Hand Delivery**

MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B.
WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF
MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

**Via First Class Mail**

MICHAEL SCHLOSS
(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR)
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

**Via First Class Mail**

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

**Via First Class Mail**

MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA
LIMITED LIABILITY COMPANY)
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

**Via Hand Delivery**

MORGAN STANLEY FIXED INCOME
ATTN: CAROLYN ADLER
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY 10036

**Via First Class Mail**

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
(COUNSEL TO CF 4242 BRYN MAWR LLC)
CHICAGO, IL 60606

**Via First Class Mail**

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

**Via First Class Mail**

NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

**Via First Class Mail**

NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
(COUNSEL TO ST. JOHN PROPERTIES, INC.)
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

**Via First Class Mail**

O'MELVENY & MYERS LLP
ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR,
STEVEN A. ROSENSTEIN, & DANIEL SHAMAH, ESQS.
TIMES SQUARE TOWER
7 TIMES SQUARE
(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF
NEW YORK, NY 10036

**Via First Class Mail**

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF
AMERICA SECURITIES LLC)
LOS ANGELES, CA 90071

**Via First Class Mail**

OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY
GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

**Via First Class Mail**

OFFICE OF THE UNITED STATES TRUSTEE
JOSEPH J. MCMAHON, JR., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035

**Via Hand Delivery**

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND
MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
(COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.)
WILMINGTON, DE 19899

**Via Hand Delivery**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: JOSEPH I. CHRISTENSEN & JOHN P. DITOMO
1000 N. WEST STREET, SUITE 1200
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
WILMINGTON, DE 19801

**Via Hand Delivery**

PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL
1285 AVENUE OF THE AMERICAS
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
NEW YORK, NY 10019-6064

**Via First Class Mail**

PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &
KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

**Via First Class Mail**

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

**Via Hand Delivery**

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
(COUNSEL TO BANK OF AMERICA, N.A. & BANC OF
AMERICA SECURITIES LLC)
WILMINGTON, DE 19899-1709

**Via Hand Delivery**

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
WILMINGTON, DE 19806

**Via First Class Mail**

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST
AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN
LLP)
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

**Via Hand Delivery**

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN
AGENT)
HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE 19899-0951

**Via Hand Delivery**

POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
(COUNSEL TO SODEXO, INC.)
CHARLOTTE, NC 28202

**Via First Class Mail**

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
(COUNSEL TO TWENTIETH TELEVISION, INC.)
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

**Via First Class Mail**

KATTEN MUCHIN ROSENMAN LLP
JOHN P. SIEGER.; ALEXANDER S. VESSELINOVITCH;
DANIEL J. POLATSEK; JOSHUA A. GADHARF
525 W. MONROE STREET
(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &
CANTIGNY FOUNDATION)
CHICAGO, IL 60661-3693

**Via First Class Mail**

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
WILMINGTON, DE 19801

**Via Hand Delivery**

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT
LICENSING, GP)
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

**Via First Class Mail**

ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

**Via First Class Mail**

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO ESTHER RHEIN)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

**Via First Class Mail**

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
(COUNSEL TO BARRY AND MARIE GOLDENBERG)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

**Via First Class Mail**

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

**Via First Class Mail**

SECURITIES AND EXCHANGE COMMISSION (SEC)
100 F STREET, NE
WASHINGTON, DC 20549

**Via First Class Mail**

SEITZ, VAN OGTROP & GREEN, P.A.
(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI
CONSOLIDATED SALES CORPORATION, BOWATER, INC.)
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
PO BOX 68
WILMINGTON, DE 19899

**Via Hand Delivery**

SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
(COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

**Via First Class Mail**

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
(COUNSEL TO THE DEBTORS)
ONE SOUTH DEARBORN
CHICAGO, IL 60603

**Via First Class Mail**

SIRLIN GALLOGLY & LESSER, P.C.
ATTN. DANA S. PLON, ESQUIRE
(COUNSEL TO UNISYS CORPORATION)
1529 WALNUT STREET, SUITE 600
PHILADELPHIA, PA 19102

**Via First Class Mail**

SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
(COUNSEL TO PERSONAL PLUS, INC.)
PHOENIX, AZ 85004-4498

**Via First Class Mail**

STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

**Via First Class Mail**

STUART MAUE
ATTN: JOHN L. DECKER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

**Via First Class Mail**

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN
W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON;
M.WILLES; E.ZIMBALIST, III)
WHITE PLAINS, NY 10601

**Via First Class Mail**

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

**Via First Class Mail**

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
(ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,
LLC, AND YORBA PARK SUB, LLC)
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

**Via First Class Mail**

TOWER DC, LLC
ATTN: JON WASSERMAN, GENERAL COUNSEL
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

**Via First Class Mail**

TOOD M. HOEPKER, ESQ.
(COUNSEL TO : COP-HANGING MOSS, LLC)
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

**Via First Class Mail**

TOWER JK, LLC
ATTN: JON WASSERMAN, GENERAL COUNSEL
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

**Via First Class Mail**

TOWER EH, LLC
ATTN: JON WASSERMAN, GENERAL COUNSEL
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

**Via First Class Mail**

TOWER PT, LLC
ATTN: JON WASSERMAN, GENERAL COUNSEL
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

**Via First Class Mail**

TOWER MS, LLC
ATTN: JON WASSERMAN, GENERAL COUNSEL
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

**Via First Class Mail**


TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN. JACQUELINE A. CRISWELL
(COUNSEL TO FISHER PRINTING, INC.)
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

**Via First Class Mail**

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

**Via First Class Mail**


TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD
MOTOR SERVICE, INC.)
750 SHIPYARD DRIVE, SUITE 400
WILMINGTON, DE 19899-2092

**Via First Class Mail**

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

**Via First Class Mail**


UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

**Via First Class Mail**

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

**Via First Class Mail**


UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED
STATES DEPARTMENT OF LABOR)
PLAN BENEFITS SECURITY DIVISION
WASHINGTON, DC 20013

**Via First Class Mail**

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
1100 L STREET, N.W.
ROOM 10006
WASHINGTON, DC 20530

**Via First Class Mail**

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
PO BOX 2046
WILMINGTON, DE 19899-2046

**Via Hand Delivery**

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

**Via First Class Mail**

WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

**Via First Class Mail**

VORYS SATER SEYMOUR & PEASE LLP
AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES
ATTN TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

**Via First Class Mail**

WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA
COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY
ASSOCIATION INC
ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D
HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

**Via First Class Mail**

WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

**Via First Class Mail**

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

**Via Hand Delivery**

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)
787 SEVENTH AVENUE
NEW YORK, NY 10019

**Via First Class Mail**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
(COUNSEL TO VARIOUS PARTIES LISTED ON NOA)
WILMINGTON, DE 19899-0391

**Via Hand Delivery**

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
NEW YORK, NY 10166

**Via First Class Mail**

KLEE, TUCHIN, BOGDANOFF & STERN LLP
ATTN;  LEE R. BOGDANOFF, MARTIN R. BARASH, AND
KENNETH KLEE ESQS.
(COUNSEL TO THE EXAMINER-DESIGNATE)
1999 AVENUE OF THE STARS
39TH FLOOR
LOS ANGELES, CA 90067-6049

**Via First Class Mail**


ZWERDLKING PAUL KAHN & WOLLY PC
COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,
LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

**Via First Class Mail**


LEONARD H. GERSON, ESQ.
TRIAL ATTORNEY U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, D.C.  20013

**Via First Class Mail**


SAUL EWING LLP
ATTN:  MARK MINUTI, ESQ.
DELAWARE COUNSEL TO THE EXAMINER- DESIGNATE
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

**Via Hand Delivery**


BAYARD P.A.
JAMIE L. EDMONSON, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE  19801

**Via Hand Delivery**


GREENBERG TRAURIG, LLP
DENNIS A. MELORO
THE NEMOURS BLDG.
1007 NORTH ORANGE STREET, STE. 1200
WILMINGTON, DE 19801

**Via Hand Delivery**


GREENBERG TRAURIG, LLP
KEVIN P. GARLAND, ESQ.
2450 COLORADO AVENUE, SUITE 400E
SANTA MONICA, CA 90404

**Via First Class Mail**


FRIEDMAN KAPLAN SIELER & ADELMAN LLP
EDWARD A. FRIEDMAN
WILLIAM P. WEINTRAUB
1633 BROADWAY
NEW YORK, NY 10019-6708

**Via First Class Mail**


JOHNNY WHITE, ESQ.
BLAKELEY & BLAKELEY LLP
2 PARK PLAZA, SUITE 400
IRVINE, CA 92614

**Via First Class Mail**


HOWARD J. KAPLAN, ESQ.
DEANNA DAVIDIAN, ESQ.
ARKIN KAPLAN RICE LLP
590 MADISON AVENUE
NEW YORK, NY 10022

**Via First Class Mail**

ADAM H. FRIEDMAN, ESQ.
STEVE WOLOSKY, ESQ.
FREDRICK J. LEVY, ESQ.
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY 10022

**Via First Class Mail**

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

**Via First Class Mail**

CHRISTOPHER S. CHOW, ESQUIRE
DAVID T. MAY, ESQUIRE
BALLARD SPAHR LLP
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

**Via First Class Mail**