## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 6255 and 6622<br>Hearing Date: December 6, 2010 at 2:00 p.m. (ET) |

## NOTICE OF FILING OF REVISED PROPOSED ORDER AND EXHIBITS WITH RESPECT TO MOTION OF THE DEBTORS FOR AN ORDER (I) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES; (II) ESTABLISHING DEADLINE FOR RETURN OF MEDIA OWNERSHIP CERTIFICATIONS; (III) SCHEDULING CONFIRMATION HEARING; (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION; AND (V) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that, on November 8, 2010, the Motion Of The Debtors For

An Order (I) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-6761741v1

Reject Plans Of Reorganization; (II) Approving Forms Of Ballots, Master Ballots And Related Instructions; (III) Approving Solicitation Package Contents And Authorizing Distribution Of Solicitation And Notice Materials; (IV) Fixing Voting Record Date; (V) Establishing Notice And Objection Procedures In Respect Of Confirmation; (VI) Setting Confirmation Schedule And Establishing Parameters Of Confirmation-Related Discovery; (VII) Establishing New Deadline For Return Of Media Ownership Certifications; (VIII) Authorizing Expansion Of Balloting And Tabulation Agent's Retention And Allocation Of Costs Of Same; And (IX) Granting Related Relief (the "Solicitation Motion") (Docket No. 6255) was filed with the Court.  Attached to the Solicitation Motion was (i) the proposed Order (I) Approving General Disclosure Statement And Specific Disclosure Statements; (II) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Plans Of Reorganization; (III) Approving Forms Of Ballots, Master Ballots And Related Instructions; (IV) Approving Solicitation Package Contents And Authorizing Distribution Of Solicitation And Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice And Objection Procedures In Respect Of Confirmation; (VII) Setting Confirmation Schedule And Establishing Parameters On Confirmation-Related Discovery; (VIII) Establishing New Deadline For Return Of Media Ownership Certifications; (IX) Authorizing Expansion Of Balloting And Tabulation Agent's Retention And Allocation Of Costs Of Same; And (X) Granting Related Relief (the "Proposed Order") and (ii) Exhibits A through D (the "Exhibits").

**PLEASE TAKE FURTHER NOTICE** that, on November 24, 2010, the Debtors filed an Omnibus Reply Of Debtors To Objections To Solicitation Motion And In Support Of Entry Of An Order Imposing Reasonable Limitations On Confirmation-Related Discovery And The

Confirmation Hearing (the "Reply") (Docket No. 6622) with the Court.  Attached to the Reply

was a revised Proposed Order and revised Exhibits.

      **PLEASE TAKE FURTHER NOTICE** that, attached hereto as <u>Exhibit 1</u> is a black line

and clean copy of a further revised Proposed Order to the Solicitation Motion.

      **PLEASE TAKE FURTHER NOTICE** that, attached hereto as <u>Exhibit 2</u> are black line

and clean copies of the following revised Exhibits to the Solicitation Motion:

| | |
|---|---|
| Exhibit 2-A | Clean Version of Ballots and Instructions |
| Exhibit 2-B | Black Line Version of Ballots and Instructions |

Dated: Wilmington, Delaware        Respectfully submitted,
      December 1, 2010

                                        SIDLEY AUSTIN LLP
                                        James F. Conlan
                                        Bryan Krakauer
                                        Janet E. Henderson
                                        Kenneth P. Kansa
                                        D'Lisia E. Bergeron
                                        One South Dearborn Street
                                        Chicago, IL  60603
                                        Telephone:  (312) 853-0199
                                        Facsimile:  (312) 853-7036

                                              -and-

                                        COLE, SCHOTZ, MEISEL,
                                        FORMAN & LEONARD, P.A.

                                        By: _____
                                        Norman L. Pernick (No. 2290)
                                        J. Kate Stickles (No. 2917)
                                        Patrick J. Reilley (No. 4451)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, DE  19801
                                        Telephone:  (302) 652-3131
                                        Facsimile:  (302) 652-3117

                                        ATTORNEYS FOR THE DEBTORS
                                        AND DEBTORS IN POSSESSION

46429/0001-6761741v1