# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 12/2/2010
Case: 08−13141−KJC  Form ID: ntcBK  Total: 16

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  USTPREGION03.WL.ECF@USDOJ.GOV
aty  Bryan Krakauer  bkrakauer@sidley.com
aty  Michael A. Henry  mhenry@grossmcginley.com

 TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Tribune Company  435 N. Michigan Avenue  Chicago, IL 60611
aty  Carl D. Neff  Ciardi Ciardi &Astin  919 N. Market Street  Suite 700  Wilmington, DE 19801  U.S.A.
aty  Carl D. Neff  Ciardi Ciardi &Astin  919 N. Market Street  Suite 700  Wilmington, DE 19801  U.S.A.
aty  J. Kate Stickles  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue, Suite 1410  Wilmington, DE 19801
aty  J. Kate Stickles  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue, Suite 1410  Wilmington, DE 19801
aty  James F. Conlan  Sidley Austin LLP  One South Dearborn Street  Chicago, IL 60603
aty  Jared D. Zajac  McDermott Will &Emery LLP  340 Madison Avenue  New York, NY 10173−0002
aty  John H. Strock, III  Fox Rothschild LLP  919 N. Market St., Suite 1300  P.O Box 2323  Wilmington, DE 19899−2323
aty  Norman L. Pernick  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue,Suite 1410  Wilmington, DE 19801
aty  Patrick J. Reilley  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue, Suite 1410  Wilmington, DE 19801
aty  Patrick Theodore Garvey  Johnson &Bell, Ltd  33 W. Monroe, Suite 2700  Chicago, IL 60603
aty  Robert S. Brady  Young, Conaway, Stargatt &Taylor  The Brandywine Bldg.  1000 West Street, 17th Floor  PO Box 391  Wilmington, DE 19899−0391
aty  Stephen Novack  Novack and Macey LLP  100 North Riverside Plaza  Chicago, IL 312−419−6900 312−419−6928

 TOTAL: 13