# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: December 22, 2010 at 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND THE NOTICE PARTIES

The Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 Through October 31, 2010 (the "**Application**") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $83,692.50 and interim expenses in the amount of $1,011.13.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before December 22, 2010, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn: J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent: Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn: Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn: Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    December 2, 2010
          Saint Louis, Missouri

**STUART MAUE**

By:    _____
       W. Andrew Dalton
       3840 McKelvey Road
       St. Louis, Missouri  63044
       Telephone:  (314) 291-3030
       Facsimile:   (314) 291-6546
       tribunebkr@smmj.com

       *Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
|  | Objection Deadline: December 22, 2010 at 4:00 pm (ET) <br> Hearing Date: Only If Objection Filed |

## NINETEENTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010</u>

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *nunc pro tunc* to February 20, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2010 through October 31, 2010 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of compensation sought
as actual, reasonable, and necessary:                $83,692.50

Amount of expense reimbursement sought
as actual, reasonable, and necessary:                $  1,011.13

This is a monthly application.

This monthly application includes 2.00 hours incurred in connection with the preparation of fee applications.

Prior applications:  This is the Nineteenth Monthly Application filed by Stuart Maue.  The following is disclosed regarding the prior applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | $0.00 |
| 07/14/2009 | 05/01/2009 – 05/31/2009 | $69,957.50 | $0.00 | $55,960.00 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.20 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $76,880.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $64,308.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $28,928.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $52,016.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $68,424.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2010 | $75,320.00 | $313.31 | $60,256.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $50,532.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $46,564.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $37,260.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $32,822.00 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $58,014.00 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $50,744.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $51,900.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $70,870.00 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: December 22, 2010 at 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## NINETEENTH MONTHLY APPLICATION OF STUART MAUE
## AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## OCTOBER 1, 2010 THROUGH OCTOBER 31, 2010

Stuart Maue, Fee Examiner to the Court, hereby submits this Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 Through October 31, 2010 (the "**Application**"). In support thereof, Stuart Maue respectfully states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH, Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network. Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BACKGROUND

1.      On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.      The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.      The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.      Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from October 1, 2010 through October 31, 2010 (the "**Application Period**").  The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**.  A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**.  A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**.  All time entries and requested expense are in compliance with Local Rule 2016-2.

10.     On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses.  After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.     In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During the Application Period, Stuart Maue incurred fees of $83,692.50 and expenses in the amount of $1,011.13.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

<u>**SUMMARY OF SERVICES RENDERED**</u>

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     In October 2010 Stuart Maue performed the analysis of quarterly fee applications filed by various case professionals, issued reports of our preliminary findings and questions, interacted with case professionals, and filed final reports with the Court.  An explanation of the fee application examination process is set forth below in paragraphs 18 through 22.  In addition, Stuart Maue interacted with counsel regarding and verified the figures in the fee orders presented to the Court at the hearing on October 22, 2010.

17.     Stuart Maue also continued the analysis of the fee applications filed by the Court-appointed Examiner Kenneth N. Klee and the firms assisting the Examiner in his investigation: Klee Tuchin Bogdanoff & Stern LLP, Saul Ewing LLP, and LECG, LLC (collectively the "**Examiner's Professionals**").  Stuart Maue was asked to examine the fee applications on an expedited basis in order that (i) the fee applications could be considered by the Court at the October 22, 2010 hearing, and (ii) that the Fee Examiner's Final Reports would be filed sufficiently in advance of the hearing in order that interested parties could file an objection to the fee applications after consideration of the Fee Examiner's findings and recommendations.  Stuart Maue and the Examiner's Professionals discussed and resolved the billing issues contained in the fee applications, and at the October 22, 2010 hearing the adjusted fee applications were consented to by certification of counsel and approved by the Court.  Interaction with the Examiner's Professionals resulted in the two instances where two Stuart Maue attorneys invoiced fees to participate in the same conference; on October 1, 2010, both Andrew Dalton and David Brown held a

telephone conference with Wayne Elggren of LECG and a telephone conference with members of Saul Ewing regarding each firm's fee application.

18.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis. Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses. The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

19.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application. This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation. In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

20.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries. The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional. With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards. While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

21.     The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

22.     Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question. The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

23.     Stuart Maue expended 295.70 hours during the Application Period in furtherance of work performed on behalf of the Court. Stuart Maue requests allowance of compensation in the amount of $83,692.50 for services performed as Fee Examiner at a blended hourly rate of $283.03. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $66,954.00. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

24.    During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C.  Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

25.    Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $1,011.13.

## NOTICE

26.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    December 2, 2010
          Saint Louis, Missouri

STUART MAUE

By:    _____
       W. Andrew Dalton
       3840 McKelvey Road
       St. Louis, Missouri  63044
       Telephone:  (314) 291-3030
       Facsimile:   (314) 291-6546
       tribunebkr@smmj.com

       *Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| W. Andrew Dalton | Manager | $325.00 | 47.50 | $15,437.50 |
| Dave Brown | Senior Legal Auditor | $275.00 | 28.00 | $7,700.00 |
| Kathryn Hough | Legal Auditor | $275.00 | 19.30 | $5,307.50 |
| Tami Z. Morrissey | Legal Auditor | $275.00 | 49.30 | $13,557.50 |
| Phyllis Schauffler | Legal Auditor | $275.00 | 46.40 | $12,760.00 |
| Kathy C. Tahan | Legal Auditor | $275.00 | 34.50 | $9,487.50 |
| Pamela S. Snyder | Legal Auditor | $275.00 | 70.70 | $19,442.50 |
| | | Total: | 295.70 | $83,692.50 |
| | | Blended Hourly Rate: | $283.03 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 293.70 | $83,042.50 |
| Stuart Maue Retention/Compensation | 2.00 | $650.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (7,496 copies @ $0.10 per page) | $749.60 |
| Postage | $261.53 |
| Total | $1,011.13 |

# Exhibit B

Exhibit: B

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028096**
**Matter Number: 1028096**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/18/2010 | DB | 1.80 | Drafted Preliminary Report. | 495.00 |
| | | 1.50 | Anaylsis of fee entries for purposes of drafting report. | 412.50 |
| | | **3.30** | | **$907.50** |

## STUART/MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028096**
**Matter Number: 1028096**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2010**

**Senior Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 3.30 = | $907.50 |
| **Total for Senior Legal Auditors:** | | | 3.30 | $907.50 |
| **Total Hours Worked:** | | | 3.30 | |
| **Total Hours Billed:** | | | 3.30 | $907.50 |


LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028880**
**Matter Number: 1028880**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/14/2010 | PSS | 0.40 | Review application for August received damaged and recreate from Epiq website. | 110.00 |
| 10/20/2010 | KCT | 0.20 | Review and analyze firm's seventh interim fee application. | 55.00 |
| 10/20/2010 | PSS | 1.20 | Reconcile fees in database to fees requested in interim application. | 330.00 |
| 10/22/2010 | PSS | 4.20 | Continue to reconcile fees in database to fees requested in interim application. | 1,155.00 |
| 10/25/2010 | KCT | 1.70 | Review and analyze fee entries describing conferences. | 467.50 |
| | | 0.10 | Review and analyze travel and nonworking travel. | 27.50 |
| | | 0.10 | Review and analyze fee entries for potential extended days. | 27.50 |
| | | 0.60 | Analyze time increments used by Chadbourne. | 165.00 |
| | | 2.10 | Review and analyze fee entries to determine timekeepers' roles. | 577.50 |
| 10/25/2010 | PSS | 1.70 | Continue to reconcile fees in database to fees requested in interim application. | 467.50 |
| 10/26/2010 | KCT | 1.40 | Review and analyze conferences. | 385.00 |
| 10/26/2010 | PSS | 3.80 | Continue to reconcile fees in database to fees requested in interim application. | 1,045.00 |
| 10/27/2010 | KCT | 1.50 | Review and analyze nonfirm conferences and events. | 412.50 |
| | | 0.90 | Continue to review conferences. | 247.50 |
| | | 1.60 | Review and analyze fee entries describing intraoffice conferences. | 440.00 |
| | | 1.70 | Review and analyze intraoffice multiple attendance. | 467.50 |
| 10/27/2010 | PSS | 2.10 | Review expenses requested in application and draft expense section of the report. | 577.50 |
| 10/28/2010 | KCT | 2.30 | Review and analyze nonfirm multiple attendance. | 632.50 |
| | | 2.20 | Review and analyze fee entries describing intraoffice multiple attendance. | 605.00 |
| | | **29.80** | | **$8,195.00** |

# STUART MAUE
### LEGAL COST MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1028880
Matter Number: 1028880
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 13.40 = | $3,685.00 |
| Kathy C. Tahan | KCT | 275.00 x | 16.40 = | $4,510.00 |
| **Total for Legal Auditors:** | | | 29.80 | $8,195.00 |
| **Total Hours Worked:** | | | 29.80 | |
| **Total Hours Billed:** | | | 29.80 | $8,195.00 |

Exhibit: B

## STUART/MAUE
LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025500**
**Matter Number: 1025500**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/04/2010 | PSS | 0.90 | Prepare final exhibits and Appendix A to accompany final report. | 247.50 |
| 10/04/2010 | WD | 0.40 | Revisions and verification of fee entry classification in light of the additional information provided by Cole Schotz. | 130.00 |
| | | 0.90 | Draft Fee Examiner's Final Report. | 292.50 |
| | | 0.30 | Review the firm's response to the Preliminary Report and related fee entries. | 97.50 |
| | | **2.50** | | **$767.50** |

# STUART MAUE
## LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025500**
**Matter Number: 1025500**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2010**

**Legal Audit Managers**

| | | | | |
|---|---|---|---|---|
| W. Andrew Dalton | WD | 325.00 x | 1.60 = | $520.00 |
| **Total for Legal Audit Managers:** | | | **1.60** | **$520.00** |

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
| **Total for Legal Auditors:** | | | **0.90** | **$247.50** |

| | | |
|---|---|---|
| **Total Hours Worked:** | **2.50** | |
| **Total Hours Billed:** | **2.50** | **$767.50** |

**Exhibit: B**

## STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029135**
**Matter Number: 1029135**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/18/2010 | PSS | 1.80 | Reconcile fees in database to fees requested in interim application. | 495.00 |
| 10/19/2010 | KCT | 0.30 | Review and analyze conferences. | 82.50 |
| | | 0.10 | Review and analyze fee entries describing nonfirm conferences. | 27.50 |
| | | 0.10 | Review and analyze intraoffice multiple attendance. | 27.50 |
| | | 0.30 | Review and analyze firm's six quarterly fee application. | 82.50 |
| | | 0.20 | Review block billed time entries. | 55.00 |
| | | 0.20 | Review and analyze fee entries describing clerical activity. | 55.00 |
| | | 0.10 | Review and analyze fee entries describing travel and nonworking travel. | 27.50 |
| | | 0.20 | Review and analyze fee entries describing intraoffice conferences. | 55.00 |
| | | 0.10 | Review and analyze fee entries for potential double billing and potential extended days. | 27.50 |
| | | 0.20 | Review and anlayze vague conferences. | 55.00 |
| | | 0.20 | Analyze fee entries time increments. | 55.00 |
| | | 0.10 | Review and analyze nonfirm multiple attendance. | 27.50 |
| 10/20/2010 | KCT | 0.50 | Review and analyze all uncategorized fee entries. | 137.50 |
| | | 1.40 | Draft fee examiner's preliminary report regarding firm's sixth quarterly fee application. | 385.00 |
| | | 0.40 | Review and verify all categorized fee entries. | 110.00 |
| | | **6.20** | | **$1,705.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST \/ MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1029135
Matter Number: 1029135
Firm: Daniel J. Edelman, Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.80 = | $495.00 |
| Kathy C. Tahan | KCT | 275.00 x | 4.40 = | $1,210.00 |
| **Total for Legal Auditors:** | | | **6.20** | **$1,705.00** |
| **Total Hours Worked:** | | | **6.20** | |
| **Total Hours Billed:** | | | **6.20** | **$1,705.00** |

# STUART MAUE
### LEGAL COST ⋁ MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1028655
Matter Number: 1028655
Firm: Dow Lohnes PLLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | PSS | 0.40 | Reconcile fees in database to fees requested on monthly applications. | 110.00 |
| 10/04/2010 | PSS | 4.50 | Continue to reconcile fees in database to fees requested on monthly applications. | 1,237.50 |
| 10/05/2010 | PSS | 2.10 | Continue to reconcile fees in database to fees requested on monthly applications. | 577.50 |
| 10/19/2010 | PSS | 1.20 | Review expenses requested in application and draft expense section of the report. | 330.00 |
| | | 2.20 | Reconcile fees in database to fees requested in interim application. | 605.00 |
| 10/20/2010 | PS | 0.20 | Review fees invoiced by M. Weber. | 55.00 |
| | | 0.20 | Review fees invoiced by A. Mejia. | 55.00 |
| | | 0.30 | Review fees invoiced by S. Anderson. | 82.50 |
| | | 0.30 | Review fees invoiced by G. Lutzker. | 82.50 |
| | | 0.30 | Review fees invoiced by D. Teslik. | 82.50 |
| | | 0.20 | Review fees invoiced by C. Meazell. | 55.00 |
| | | 0.20 | Analysis of time entries invoiced by M. Hays. | 55.00 |
| | | 0.30 | Analysis of time entries invoiced by L. McCarthy. | 82.50 |
| | | 0.40 | Analysis of time entries invoiced by J. Rademacher. | 110.00 |
| | | 0.40 | Review activities invoiced by C. Burrows. | 110.00 |
| | | 0.90 | Review activities invoiced by J. Logan. | 247.50 |
| | | 0.40 | Analysis of legal research. | 110.00 |
| | | 0.30 | Review potentially clerical activities. | 82.50 |
| | | 0.60 | Identify potentially duplicative activities. | 165.00 |
| | | 0.20 | Analysis of fees for R. Folliard. | 55.00 |
| | | 0.20 | Analysis of fees for K. Latek. | 55.00 |
| | | 0.20 | Analysis of fees for D. Wittenstein. | 55.00 |
| | | 0.20 | Analysis of fees for S. Patrick. | 55.00 |
| | | 0.70 | Initial review of fee entries. | 192.50 |
| | | 0.60 | Review activities invoiced by J. Feore. | 165.00 |
| | | 0.20 | Review application to employ Dow Lohnes. | 55.00 |
| 10/21/2010 | PS | 0.40 | Analysis of block billed time entries. | 110.00 |
| | | 0.20 | Review intraoffice conferences. | 55.00 |
| | | 0.30 | Review retention / compensation tasks. | 82.50 |
| | | 0.70 | Analysis of vague communications. | 192.50 |
| | | 0.50 | Review vaguely described activities. | 137.50 |
| | | 0.40 | Analysis of potentially transient timekeepers. | 110.00 |
| | | 0.40 | Identify clerical and administrative tasks. | 110.00 |
| | | 0.60 | Prepare introductive narrative of preliminary report. | 165.00 |
| | | 0.80 | Prepare preliminary report re vague communications and vague tasks. | 220.00 |
| | | 0.50 | Prepare preliminary report re clerical tasks and filing. | 137.50 |
| | | 0.70 | Prepare preliminary report re blocked billing. | 192.50 |
| | | 0.60 | Prepare preliminary report re: cumulative fees. | 165.00 |
| | | 0.70 | Prepare preliminary report re conferences and communications. | 192.50 |
| 10/22/2010 | PS | 1.10 | Revise draft of preliminary report. | 302.50 |

Exhibit: B

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028655**
**Matter Number: 1028655**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2010 | | | | |
| | | 25.60 | | $7,040.00 |

Exhibit: B

# *STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028655**
**Matter Number: 1028655**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Phyllis Schauffler | PS | 275.00 x | 15.20 = | $4,180.00 |
| Pamela S. Snyder | PSS | 275.00 x | 10.40 = | $2,860.00 |
| **Total for Legal Auditors:** | | | 25.60 | $7,040.00 |
| **Total Hours Worked:** | | | 25.60 | |
| **Total Hours Billed:** | | | 25.60 | $7,040.00 |

## STUART MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | WD | 0.60 | Review spreadsheets provided by E&Y's counsel in response to the preliminary report. | 195.00 |
| | | 0.10 | Draft e-mail to E&Y's counsel regarding remaining billing issues. | 32.50 |
| 10/04/2010 | PSS | 0.40 | Prepare final exhibits and Appendix A to accompany final report. | 110.00 |
| 10/04/2010 | WD | 0.40 | Continue to draft Fee Examiner's Final Report. | 130.00 |
| | | 0.10 | Telephone conference with John Spears to clarify remaining billing issues cited in Preliminary Report. | 32.50 |
| | | 0.30 | Revise and complete Fee Examiner's Final Report. | 97.50 |
| | | 0.20 | Further e-mail exchanges with John Spears regarding E&Y expenses. | 65.00 |
| | | 0.10 | Draft e-mail to John Spears requesting additional information from E&Y. | 32.50 |
| 10/05/2010 | PSS | 0.60 | Final review of final report and exhibits and verification of amounts. | 165.00 |
| | | **2.80** | | **$860.00** |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.80 = | $585.00 |
| Total for Legal Audit Managers: | | | 1.80 | $585.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.00 = | $275.00 |
| Total for Legal Auditors: | | | 1.00 | $275.00 |
| Total Hours Worked: | | | 2.80 | |
| Total Hours Billed: | | | 2.80 | $860.00 |

# STUART\/MAUE
### LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029615**
**Matter Number: 1029615**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/27/2010 | PSS | 0.60 | Reconcile fees in database to fees requested in interim application. | 165.00 |
| 10/29/2010 | KH | 1.30 | Analyze fee entries of various timekeepers for purpose of identifying potentially improper billing practices. | 357.50 |
| | | **1.90** | | **$522.50** |

Exhibit: B

# STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029615**
**Matter Number: 1029615**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 275.00 | x | 1.30 | = | $357.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.60 | = | $165.00 |
| **Total for Legal Auditors:** | | | | **1.90** | | **$522.50** |
| **Total Hours Worked:** | | | | **1.90** | | |
| **Total Hours Billed:** | | | | **1.90** | | **$522.50** |

**Exhibit: B**

### STUART/MAUE
LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029616**
**Matter Number: 1029616**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/27/2010 | PSS | 0.50 | Reconcile fees in database to fees requested in interim application. | 137.50 |
| 10/28/2010 | PSS | 0.30 | Continue to reconcile fees in database to fees requested in interim application. | 82.50 |
| | | **0.80** | | **$220.00** |

Exhibit: B

# STUART/MAUE
LEGAL COST ✓ MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1029616
Matter Number: 1029616
Firm: Ernst & Young

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| **Total for Legal Auditors:** | | | 0.80 | $220.00 |
| **Total Hours Worked:** | | | 0.80 | |
| **Total Hours Billed:** | | | 0.80 | $220.00 |

# STUART MAUE
LEGAL COST ✓ MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1028835
Matter Number: 1028835
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | PSS | 1.10 | Continue to reconcile fees in database to fees requested in interim application. | 302.50 |
| | | 0.60 | Review expenses and draft expense section of report. | 165.00 |
| | | 2.10 | Continue to revise database to indicate redactions noted on hard copy of invoices. | 577.50 |
| 10/06/2010 | KCT | 0.70 | Analyze fee entries containing clerical activity. | 192.50 |
| | | 0.70 | Review nonfirm multiple attendance by comparing electronic data to unredacted version. | 192.50 |
| | | 0.70 | Review and analyze fee entries describing conferences including comparison of electronic data to unredacted version. | 192.50 |
| | | 0.10 | Review firm's supplemental application expanding the scope of their retention. | 27.50 |
| | | 0.60 | Review and analyze firm's sixth interim fee application. | 165.00 |
| | | 0.30 | Analyze intraoffice multiple attendance including comparison of electronic data to nonredaced version. | 82.50 |
| | | 0.60 | Review and analyze fee entries describing nonfirm conferences by comparing electronic redacted data to nonredacted version. | 165.00 |
| | | 0.30 | Review and analyze nonfirm conferences. | 82.50 |
| | | 0.30 | Review and analyze intraoffice conferences. | 82.50 |
| 10/07/2010 | KCT | 1.50 | Review and analyze fee entries invoiced by potentially transient timekeepers including a comparison of the redacted, electronic data with unredacted data. | 412.50 |
| | | 0.90 | Analyze uncategorized fee entries including a comparison of the redacted, electronic data with unredacted data. | 247.50 |
| | | 0.10 | Identify potential extended days. | 27.50 |
| | | 0.20 | Review and analyze time increments. | 55.00 |
| | | 0.10 | Review and analyze fee entries describing legal research. | 27.50 |
| | | 0.60 | Identify block billing including a comparison of the redacted, electronic data with unredacted fee entries. | 165.00 |
| | | 1.10 | Analyze vaguely described conferences including comparing the redacted, electronic data with the unredacted data. | 302.50 |
| | | 0.10 | Review and analyze travel, non-working travel and travel billed at more than half rate. | 27.50 |
| | | 0.10 | Review fee entries related to firm's retention, fee applications and response to fee examiner's report. | 27.50 |
| | | 0.20 | Identify potential double billing by comparing the redacted, electronic data with an unredacted version. | 55.00 |
| 10/08/2010 | KCT | 0.10 | Verification of fee entries categorized as vaguely described tasks. | 27.50 |
| | | 0.10 | Verification of fee entries categorized block billing. | 27.50 |
| | | 0.10 | Verification of fee entries categorized as vague communications. | 27.50 |
| | | 1.10 | Verification of fee entries categorized as clerical. | 302.50 |
| | | 0.10 | Verification of fee entries categorized intraoffice conferences. | 27.50 |
| | | 0.10 | Verification of fee entries categorized intraoffice multiple attendance. | 27.50 |
| | | 2.90 | Draft fee examiner's preliminary report regarding firm's sixth interim fee application. | 797.50 |
| 10/08/2010 | PSS | 0.10 | Proportionalize entries blocked billed by the firm. | 27.50 |

### STUART/MAUE
LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028835**
**Matter Number: 1028835**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| | | 17.60 | | $4,840.00 |

# STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028835**
**Matter Number: 1028835**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 3.90 | = | $1,072.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 13.70 | = | $3,767.50 |
| | **Total for Legal Auditors:** | | | **17.60** | | **$4,840.00** |
| | **Total Hours Worked:** | | | **17.60** | | |
| | **Total Hours Billed:** | | | **17.60** | | **$4,840.00** |

**STUART/MAUE**
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028937**
**Matter Number: 1028937**
**Firm: Kenneth N. Klee, The Examiner**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | WD | 0.10 | Draft e-mail to Marty Barash regarding additional information in support of the fee application. | 32.50 |
| 10/04/2010 | DB | 2.20 | Drafted Final Report of the Fee Examiner. | 605.00 |
| | | 0.30 | Reviewed Preliminary Report in preparation for drafting Final Report. | 82.50 |
| | | 0.30 | Conference with A. Dalton re all Klee related final reports.  . | 82.50 |
| 10/05/2010 | DB | 0.70 | Revised draft Final Report. | 192.50 |
| | | 0.60 | Revised draft exhibits to Final Report. | 165.00 |
| 10/05/2010 | PSS | 1.80 | Revise calculations of questioned expenses based on response by the firm. | 495.00 |
| 10/05/2010 | WD | 0.40 | Revise and edit Final Report. | 130.00 |
| 10/06/2010 | PSS | 0.70 | Prepare final exhibits and Appendix A to accompany final report. | 192.50 |
| 10/06/2010 | WD | 0.60 | Revise and complete Final Report section addressing budgets. | 195.00 |
| | | **7.70** | | **$2,172.50** |

# STUART MAUE
### LEGAL COST ⅤMANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028937**
**Matter Number: 1028937**
**Firm: Kenneth N. Klee, The Examiner**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.10 = | $357.50 |
| **Total for Legal Audit Managers:** | | | 1.10 | $357.50 |
| **Senior Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 4.10 = | $1,127.50 |
| **Total for Senior Legal Auditors:** | | | 4.10 | $1,127.50 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 2.50 = | $687.50 |
| **Total for Legal Auditors:** | | | 2.50 | $687.50 |
| **Total Hours Worked:** | | | 7.70 | |
| **Total Hours Billed:** | | | 7.70 | $2,172.50 |

Exhibit: B

## STUART⁄MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028938**
**Matter Number: 1028938**
**Firm: Klee, Tuchin, Bogdanoff & Stern LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/04/2010 | DB | 0.30 | Reviewed responsive material received from Martin Barash. | 82.50 |
| 10/05/2010 | DB | 3.20 | Drafted Final Report in light of responsive materials received, including verification of calculations. | 880.00 |
| 10/05/2010 | PSS | 0.60 | Revise calculations of questioned expenses based on response by the firm. | 165.00 |
| 10/05/2010 | WD | 0.90 | Draft and revise Fee Examiner's Final Report. | 292.50 |
| 10/06/2010 | PSS | 0.70 | Prepare final exhibits and Appendix A to accompany final report. | 192.50 |
| 10/06/2010 | WD | 1.80 | Draft and revise Final Report. | 585.00 |
| | | **7.50** | | **$2,197.50** |

Exhibit: B

## STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028938**
**Matter Number: 1028938**
**Firm: Klee, Tuchin, Bogdanoff & Stern LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 2.70 = | $877.50 |
| Total for Legal Audit Managers: | | | 2.70 | $877.50 |
| **Senior Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 3.50 = | $962.50 |
| Total for Senior Legal Auditors: | | | 3.50 | $962.50 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.30 = | $357.50 |
| Total for Legal Auditors: | | | 1.30 | $357.50 |
| Total Hours Worked: | | | 7.50 | |
| Total Hours Billed: | | | 7.50 | $2,197.50 |



**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1029296
Matter Number: 1029296
Firm: LECG, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | DB | 0.30 | Prepared for conference call with LECG. | 82.50 |
| | | 1.30 | Conference call with LECG re preliminary report. | 357.50 |
| 10/01/2010 | WD | 1.30 | Telephone conference with Wayne Elggren and DDB regarding the fee and expense issues raised in the Preliminary Report. | 422.50 |
| | | 0.70 | Prepare for call with Wayne Elggren by reviewing LECG's fee application and exhibits of billing issues. | 227.50 |
| 10/04/2010 | DB | 0.50 | Reviewed responsive material received from firm in preparation for drafting Final Report. | 137.50 |
| | | 0.30 | Revised draft Final Report. | 82.50 |
| | | 3.40 | Drafted Final Report in light of responsive materials received including contemporaneous confirmation calculations regarding the amount of agreed fee and expense reductions. | 935.00 |
| | | 0.20 | Reviewed Prelminary Report in preparation for drafting Final Report. | 55.00 |
| 10/04/2010 | WD | 0.20 | Discussion with DDB regarding supplemental information received from LECG regarding billing issues raised in our Preliminary Report. | 65.00 |
| 10/05/2010 | WD | 1.30 | Revise and edit Final Report to incorporate my notes and comments from the discussion with LECG. | 422.50 |
| | | 1.10 | Revision and verification of fee entry classification based on discussion with LECG. | 357.50 |
| 10/06/2010 | PSS | 0.90 | Prepare final exhibits and Appendix A to accompany final report. | 247.50 |
| 10/06/2010 | WD | 0.70 | Verification of fee and expense classification in light of additional information and exhibits from LECG. | 227.50 |
| | | 0.90 | Revise and complete the Final Report. | 292.50 |
| | | **13.10** | | **$3,912.50** |

# STUART/MAUE
### LEGAL COST /MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1029296
Matter Number: 1029296
Firm: LECG, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 6.20 = | $2,015.00 |
| Total for Legal Audit Managers: | | | 6.20 | $2,015.00 |
| **Senior Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 6.00 = | $1,650.00 |
| Total for Senior Legal Auditors: | | | 6.00 | $1,650.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
| Total for Legal Auditors: | | | 0.90 | $247.50 |
| Total Hours Worked: | | | 13.10 | |
| Total Hours Billed: | | | 13.10 | $3,912.50 |

# STUART/MAUE
### LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025505**
**Matter Number: 1025505**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/05/2010 | WD | 0.10 | E-mail exchnage with Matt McGuire regarding open billing issue for Third Interim Application. | 32.50 |
| | | 0.40 | Analysis, review, and verification of fee entry classification in light of past discussions with Landis Rath. | 130.00 |
| 10/07/2010 | PSS | 0.10 | Prepare a revised exhibit of clerical activities. | 27.50 |
| 10/07/2010 | WD | 0.30 | Exchange e-mail with Matt McGuire regarding remaining billing issue and final fee and expense figures. | 97.50 |
| | | **0.90** | | **$287.50** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025505**
**Matter Number: 1025505**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 0.80 = | $260.00 |
| Total for Legal Audit Managers: | | | 0.80 | $260.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.10 = | $27.50 |
| Total for Legal Auditors: | | | 0.10 | $27.50 |
| Total Hours Worked | | | 0.90 | |
| Total Hours Billed: | | | 0.90 | $287.50 |

Exhibit: B

**STUART/MAUE**
LEGAL COST /MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1028855
Matter Number: 1028855
Firm: Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/06/2010 | PSS | 0.60 | Reconcile fees in database to fees requested in monthly applications. | 165.00 |
| 10/07/2010 | PSS | 1.20 | Continue to reconcile fees in database to fees requested in monthly applications. | 330.00 |
| 10/08/2010 | PSS | 2.60 | Continue to reconcile fees in database to fees requested in monthly applications. | 715.00 |
| 10/18/2010 | PSS | 2.20 | Reconcile fees in database to fees requested in interim application. | 605.00 |
| 10/19/2010 | PSS | 0.90 | Review expenses requested in application and draft expense section of the report. | 247.50 |
| 10/19/2010 | TZM | 2.70 | Analysis of fee entries and classify conferences. | 742.50 |
| | | 3.40 | Review and evaluate fee entries describing clerical activities. | 935.00 |
| | | 0.30 | Review and analysis of travel. | 82.50 |
| | | 1.20 | Review of fee entries and classify legal research. | 330.00 |
| | | 0.20 | Draft summary of timekeeper hours and fees. | 55.00 |
| | | 0.80 | Analysis of fee entries and classify attendance at events. | 220.00 |
| 10/20/2010 | TZM | 2.30 | Review and evaluate fee entries and classify into other firm retention tasks. | 632.50 |
| | | 0.30 | Evaluate and review fee entries and classify vaguely described tasks. | 82.50 |
| | | 2.80 | Analysis and review of fee entries and identification of vague communication. | 770.00 |
| | | 2.10 | Analysis of fee entries and classify Landis retention activities. | 577.50 |
| | | 0.30 | Review of fee entries and classify tasks into preparation for conference or event category. | 82.50 |
| 10/21/2010 | TZM | 0.70 | Evaluate fee entries and classify vague communications. | 192.50 |
| | | 0.30 | Review and evaluate fee entries for potential double billing. | 82.50 |
| | | 0.90 | Analysis of fee entries for multiple attendance at intra-office conferences. | 247.50 |
| | | 1.10 | Evaluate fee entries and classify intra-office conferences. | 302.50 |
| | | 0.50 | Review and evaluate fee entries and classify non-firm conferences. | 137.50 |
| | | 1.70 | Analysis of block billed time entries. | 467.50 |
| | | 0.40 | Review of fee entries for improper time increments. | 110.00 |
| | | 0.30 | Analysis of fee entries for long billing days. | 82.50 |
| 10/22/2010 | TZM | 1.80 | Review and evaluate fee entries and classify clerical and potentially clerical tasks. | 495.00 |
| | | 0.30 | Review of fee entries for legal research presumed familiar to experienced counsel. | 82.50 |
| | | 1.80 | Analysis and review of fee entries and identify vague communication. | 495.00 |
| | | 0.30 | Identify potential double billing. | 82.50 |
| | | 1.40 | Review and evaluate fee entries and classify multiple attendance at non-firm conferences. | 385.00 |
| | | 0.40 | Evaluate potentially transient timekeepers. | 110.00 |
| | | 0.40 | Analysis of fee entries and classify other firm retention tasks. | 110.00 |
| 10/24/2010 | TZM | 0.20 | Verification of block billing exhibit. | 55.00 |
| | | 0.20 | Verification of potential double billing exhibit. | 55.00 |
| | | 0.20 | Verification of questioned timekeepers exhibit. | 55.00 |



**STUART** **MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028855**
**Matter Number: 1028855**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/25/2010 | TZM | 0.30 | Draft bankruptcy categories for review. | 82.50 |
| | | 1.40 | Draft preliminary report. | 385.00 |
| | | 0.50 | Review and verify clerical exhibit. | 137.50 |
| | | 0.50 | Verification of multiple attendance at intraoffice conference exhibit. | 137.50 |
| | | 0.60 | Verification of attendance at non-firm conference exhibit. | 165.00 |
| | | 0.20 | Verification of vague task exhibit. | 55.00 |
| | | 0.20 | Verification of vague communication exhibit. | 55.00 |
| 10/26/2010 | TZM | 1.70 | Draft preliminary report. | 467.50 |
| | | **42.20** | | **$11,605.00** |

Exhibit: B

# STUART/MAUE
### LEGAL COST  MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1028855
Matter Number: 1028855
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Tami Z. Morrissey | TZM | 275.00 x | 34.70 = | $9,542.50 |
| Pamela S. Snyder | PSS | 275.00 x | 7.50 = | $2,062.50 |
| **Total for Legal Auditors:** | | | 42.20 | $11,605.00 |
| **Total Hours Worked:** | | | 42.20 | |
| **Total Hours Billed:** | | | 42.20 | $11,605.00 |

# STUART MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028196**
**Matter Number: 1028196**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/18/2010 | DB | 0.70 | Drafted Preliminary Report. | 192.50 |
| | | 1.10 | Revised draft fee coding re multiple attendence. | 302.50 |
| | | **1.80** | | **$495.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028196**
**Matter Number: 1028196**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2010** | | | | | | |
| **Senior Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 1.80 | = | $495.00 |
| **Total for Senior Legal Auditors:** | | | | 1.80 | | $495.00 |
| **Total Hours Worked:** | | | | 1.80 | | |
| **Total Hours Billed:** | | | | 1.80 | | $495.00 |

Exhibit: B

# STUART/MAUE
### LEGAL COST \/ MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1029536
Matter Number: 1029536
Firm: Lazard Freres & Co. LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/28/2010 | PSS | 1.20 | Reconcile fees in database to fees requested in interim application. | 330.00 |
| | | 1.40 | Review expenses requested in application and draft expense section of the report. | 385.00 |
| 10/29/2010 | PSS | 1.10 | Continue to review expenses requested in application and draft expense section of the report. | 302.50 |
| | | **3.70** | | **$1,017.50** |

Exhibit: B

## STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029536**
**Matter Number: 1029536**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 3.70 = | $1,017.50 |
| | **Total for Legal Auditors:** | | 3.70 | $1,017.50 |
| | **Total Hours Worked:** | | 3.70 | |
| | **Total Hours Billed:** | | 3.70 | $1,017.50 |



**STUART√MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 12/02/2010
Invoice Number: R983 - 1029015
Matter Number: 1029015
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | PS | 1.60 | Identify time spent in fee application and retention activities. | 440.00 |
| 10/05/2010 | PS | 1.10 | Review multiple attendance at conferences and events. | 302.50 |
| | | 1.20 | Review intraoffice conferences and communications. | 330.00 |
| | | 1.40 | Prepare preliminary report. | 385.00 |
| | | 1.90 | Identify clerical and administrative activities. | 522.50 |
| 10/06/2010 | PS | 2.20 | Review and analyze time entries for W. Merten, G. Chan. | 605.00 |
| | | 1.30 | Review and compare activities performed by W. Merten, P. Compernolle, G. Chang, M. Graham. | 357.50 |
| 10/07/2010 | PS | 1.80 | Review fees for legal research. | 495.00 |
| 10/11/2010 | PS | 3.10 | Analysis of fees for duplicative activities. | 852.50 |
| 10/12/2010 | PS | 2.20 | Analysis of time entries of R. Fernando and W. Merten. | 605.00 |
| | | 0.90 | Analysis of time entries for G. Chan. | 247.50 |
| | | 1.50 | Analysis of time entries for B. Rubin. | 412.50 |
| | | 1.80 | Analysis of time entries for A. Whiteway. | 495.00 |
| 10/13/2010 | PS | 1.10 | Analysis of time entries for P. Compernolle. | 302.50 |
| | | 0.20 | Review activities performed by J. Tamisiea. | 55.00 |
| | | 0.20 | Review activities performed by J. Eig. | 55.00 |
| | | 0.40 | Review activities performed by M. Graham. | 110.00 |
| | | 0.40 | Review activities performed by K. Edwards. | 110.00 |
| | | 0.20 | Analysis of time entries for A. Nesberg. | 55.00 |
| | | 0.90 | Analysis of time entries for W. Merten. | 247.50 |
| | | 1.30 | Review activities performed by R. Fernando. | 357.50 |
| | | 0.30 | Review activities performed by D. Zucker. | 82.50 |
| | | 0.30 | Review activities performed by B. Tiemann. | 82.50 |
| | | 0.40 | Review activities performed by S. Nash. | 110.00 |
| | | 0.30 | Review activities performed by J. Zajac. | 82.50 |
| | | 0.20 | Review activities performed by B. Delany. | 55.00 |
| 10/15/2010 | PS | 0.20 | Prepare preliminary report re: administrative activities. | 55.00 |
| | | 1.20 | Complete draft of preliminary report. | 330.00 |
| | | 1.30 | Prepare preliminary report re incompletely described activities. | 357.50 |
| | | 0.30 | Prepare preliminary report re: clerical activities. | 82.50 |
| | | **31.20** | | **$8,580.00** |

# STUART MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029015**
**Matter Number: 1029015**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2010**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Phyllis Schauffler | PS | 275.00 x | 31.20 = | $8,580.00 |
| **Total for Legal Auditors:** | | | **31.20** | **$8,580.00** |
| | | | | |
| **Total Hours Worked:** | | | **31.20** | |
| **Total Hours Billed:** | | | **31.20** | **$8,580.00** |

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025509**
**Matter Number: 1025509**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | PSS | 0.90 | Prepare final exhibits and Appendix A to accompany final report. | 247.50 |
| | | **0.90** | | **$247.50** |

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025509**
**Matter Number: 1025509**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 X | 0.90 = | $247.50 |
| Total for Legal Auditors: | | | 0.90 | $247.50 |
| Total Hours Worked: | | | 0.90 | |
| Total Hours Billed: | | | 0.90 | $247.50 |

Exhibit: B

## STUART/MAUE
### LEGAL COST / MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028355**
**Matter Number: 1028355**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/18/2010 | DB | 0.30 | Drafted Preliminary Report. | 82.50 |
| | | 0.30 | | $82.50 |

# STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028355**
**Matter Number: 1028355**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Senior Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 0.30 = | $82.50 |
| Total for Senior Legal Auditors: | | | 0.30 | $82.50 |
| Total Hours Worked: | | | 0.30 | |
| Total Hours Billed: | | | 0.30 | $82.50 |

Exhibit: B

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029555**
**Matter Number: 1029555**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/19/2010 | PSS | 0.50 | Reconcile fees in database to fees requested in interim application. | 137.50 |
| | | **0.50** | | **$137.50** |

## STUART/MAUE
### LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029555**
**Matter Number: 1029555**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.50 = | $137.50 |
| **Total for Legal Auditors:** | | | 0.50 | $137.50 |
| **Total Hours Worked:** | | | 0.50 | |
| **Total Hours Billed:** | | | 0.50 | $137.50 |

# STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028155**
**Matter Number: 1028155**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/28/2010 | DB | 0.30 | Drafted preliminary report. | 82.50 |
| | | **0.30** | | **$82.50** |

## STUART MAUE
### LEGAL COST / MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028155**
**Matter Number: 1028155**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2010**

**Senior Legal Auditors**

| | Initials | Rate | | Hours | | Amount |
|--|----------|------|--|-------|--|--------|
| Dave Brown | DB | 275.00 x | | 0.30 = | | $82.50 |
| Total for Senior Legal Auditors: | | | | 0.30 | | $82.50 |
| Total Hours Worked: | | | | 0.30 | | |
| Total Hours Billed: | | | | 0.30 | | $82.50 |



STUART*MAUE*
LEGAL COST V MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028697**
**Matter Number: 1028697**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/06/2010 | PSS | 1.80 | Reconcile fees in database to fees requested in interim application. | 495.00 |
| 10/13/2010 | TZM | 0.30 | Identify block billed time entries. | 82.50 |
| | | 0.90 | Review and evaluate fee entries describing clerical activities. | 247.50 |
| | | 0.40 | Review of fee enties and classify legal research. | 110.00 |
| | | 0.20 | Classify attendance at events. | 55.00 |
| | | 1.10 | Review and evaluate fee entries and classify conferences. | 302.50 |
| | | 0.20 | Review calendar of daily hours billed by timekeeper. | 55.00 |
| | | 0.20 | Review summary of hours and fees by timekeeper. | 55.00 |
| 10/14/2010 | TZM | 0.30 | Review of fee entries and classify Reed retention tasks. | 82.50 |
| | | 0.20 | Review and evaluate fee entries and classify tasks for other firm retention. | 55.00 |
| | | 0.30 | Analysis of fee entries and identify transient timekeepers. | 82.50 |
| | | 0.30 | Review and analysis of fee entries and classify multiple attendance. | 82.50 |
| | | 0.30 | Review of fee entries and classify non-firm conferences. | 82.50 |
| | | 0.40 | Analysis of fee entries and classify intraoffice conferences. | 110.00 |
| | | 0.30 | Review and evaluate fee entries for potential double billing. | 82.50 |
| | | 0.30 | Review fee entries for extended billing days. | 82.50 |
| | | 0.30 | Analysis and review of fee entries for improper time increments. | 82.50 |
| | | 1.10 | Review fee entries and classify vague communications. | 302.50 |
| | | 0.90 | Review and evaluate fee entries and classify vaguely described tasks. | 247.50 |
| | | 0.70 | Continue to identify and analyze block billed time entries. | 192.50 |
| 10/15/2010 | TZM | 0.20 | Review and verify multiple attendance exhibit. | 55.00 |
| | | 0.20 | Review and evaluate fee entries and classify conflict checks. | 55.00 |
| | | 0.20 | Review and verify block billed exhibit. | 55.00 |
| | | 0.30 | Review and verify clerical exhibit. | 82.50 |
| | | 0.20 | Review and verify intraoffice conference exhibit. | 55.00 |
| | | 0.20 | Review and verify vague task exhibit. | 55.00 |
| | | 0.20 | Review and verify time increment exhibit. | 55.00 |
| | | 0.30 | Review and verify vague communication exhibit. | 82.50 |
| | | 3.10 | Draft preliminary report. | 852.50 |
| | | 0.40 | Draft bankruptcy categories for review. | 110.00 |
| | | 0.20 | Review and verify questioned timekeepers exhibit. | 55.00 |
| 10/18/2010 | TZM | 0.40 | Draft table of exhibits. | 110.00 |
| | | **16.40** | | **$4,510.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST✓MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028697**
**Matter Number: 1028697**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Tami Z. Morrissey | TZM | 275.00 | x | 14.60 | = | $4,015.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.80 | = | $495.00 |
| | **Total for Legal Auditors:** | | | **16.40** | | **$4,510.00** |
| | **Total Hours Worked:** | | | **16.40** | | |
| | **Total Hours Billed:** | | | **16.40** | | **$4,510.00** |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028996**
**Matter Number: 1028996**
**Firm: Saul Ewing LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | DB | 1.30 | Conference call with Saul Ewing re preliminary reports. | 357.50 |
| | | 0.30 | Prepared for conference call with Saul Ewing. | 82.50 |
| 10/01/2010 | WD | 0.90 | Prepare for conference call with Saul Ewing by reviewing fee application and exhibits to the Preliminary Report. | 292.50 |
| | | 0.10 | E-mail exchange with Mark Minuti regarding expense issue raised in the Preliminary Report. | 32.50 |
| | | 1.30 | Telephone conference with Mark Minuti, Nicholas Nastasi, and DDB regarding issues raised in the preliminary report. | 422.50 |
| 10/04/2010 | DB | 0.50 | Analysis of responsive material received from Saul Ewing. | 137.50 |
| 10/05/2010 | DB | 3.50 | Drafted Final Report. | 962.50 |
| 10/06/2010 | DB | 2.60 | Revised draft final report. | 715.00 |
| | | 0.50 | Revised clerical exhibit in light of discussions with firm. | 137.50 |
| 10/06/2010 | PSS | 1.60 | Prepare final exhibits and Appendix A to accompany final report. | 440.00 |
| 10/06/2010 | WD | 0.20 | Telephone conference with Mark Minuti regarding billing issues and the Final Report. | 65.00 |
| | | 0.40 | Discussions with DDB regarding supplemental information provided by Saul Ewing. | 130.00 |
| | | 2.30 | Revise and edit Fee Examiner's Final Report. | 747.50 |
| | | 1.20 | Verification of fee entry classification in light of exhibits and statements from Saul Ewing. | 390.00 |
| | | 0.20 | Exchange e-mail with Mark Minuti regarding remaining billing issues. | 65.00 |
| 10/07/2010 | PSS | 0.10 | Revision to Appendix A of final report. | 27.50 |
| | | **17.00** | | **$5,005.00** |

Exhibit: B

## STUART*MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028996**
**Matter Number: 1028996**
**Firm: Saul Ewing LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2010** | | | | | | |
| **Legal Audit Managers** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 6.60 | = | $2,145.00 |
| Total for Legal Audit Managers: | | | | 6.60 | | $2,145.00 |
| **Senior Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 8.70 | = | $2,392.50 |
| Total for Senior Legal Auditors: | | | | 8.70 | | $2,392.50 |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 1.70 | = | $467.50 |
| Total for Legal Auditors: | | | | 1.70 | | $467.50 |
| Total Hours Worked: | | | | 17.00 | | |
| Total Hours Billed: | | | | 17.00 | | $5,005.00 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029537**
**Matter Number: 1029537**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/20/2010 | PSS | 3.20 | Reconcile fees in database to fees requested in interim application. | 880.00 |
| 10/27/2010 | PSS | 0.10 | Continue to reconcile fees in database to fees requested in interim application. | 27.50 |
| 10/28/2010 | PSS | 0.30 | Continue to reconcile fees in database to fees requested in interim application. | 82.50 |
| 10/29/2010 | PSS | 2.90 | Continue to reconcile fees in database to fees requested in interim application. | 797.50 |
| | | **6.50** | | **$1,787.50** |

# STUART⁄MAUE
## LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1029537**
**Matter Number: 1029537**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 6.50 = | $1,787.50 |
| | **Total for Legal Auditors:** | | 6.50 | $1,787.50 |
| | **Total Hours Worked:** | | 6.50 | |
| | **Total Hours Billed:** | | 6.50 | $1,787.50 |

# STUART*MAUE*
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/07/2010 | PSS | 0.60 | Prepare final exhibits and Appendix A to accompany final report. | 165.00 |
| | | 0.20 | Prepare exhibit for clerical activities. | 55.00 |
| 10/07/2010 | WD | 3.30 | Review Sidley's response to the preliminary report and the underlying fee and expense entries. | 1,072.50 |
| | | 0.40 | Complete and verify the Final Report. | 130.00 |
| | | 0.30 | Exchange e-mail with Jill Ludwig regarding remaining billing issues. | 97.50 |
| | | 1.80 | Draft and revise Fee Examiner's Final Report. | 585.00 |
| 10/08/2010 | PSS | 0.60 | Final review of report and exhibits and verification of amounts. | 165.00 |
| | | 0.30 | Continue to prepare final exhibits and Appendix A to accompany final report. | 82.50 |
| 10/08/2010 | WD | 0.10 | Verification and completion of Final Report. | 32.50 |
| | | **7.60** | | **$2,385.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 × | 5.90 = | $1,917.50 |
| Total for Legal Audit Managers: | | | 5.90 | $1,917.50 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 × | 1.70 = | $467.50 |
| Total for Legal Auditors: | | | 1.70 | $467.50 |
| Total Hours Worked: | | | 7.60 | |
| Total Hours Billed: | | | 7.60 | $2,385.00 |



**STUART/MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/01/2010 | PSS | 0.20 | Review applications received yesterday. | 55.00 |
| 10/01/2010 | WD | 0.40 | Telephone conference with DDB after two conferences with Examiner professionals regarding strategy for completing our Final Reports. | 130.00 |
| 10/04/2010 | PSS | 0.10 | Review applications recently received. | 27.50 |
| 10/05/2010 | WD | 0.20 | E-mail exchange with Cole Schotz regarding figures in exhibit to fee order. | 65.00 |
| | | 1.90 | Verification of fee and expense figures in exhibit to fee order for upcoming fee hearing, including review of recommended vs. agreed upon reductions. | 617.50 |
| 10/06/2010 | WD | 0.10 | Draft e-mail to the Examiner's professionals regarding the Fee Examiner's Final Reports. | 32.50 |
| 10/07/2010 | PSS | 3.10 | Final review of reports and exhibits for KLEE-TB1, KTBS-TB1, LECG-TB1, and SAUL-TB1 and verification of amounts. | 852.50 |
| | | 0.10 | Review applications received yesterday. | 27.50 |
| 10/07/2010 | WD | 1.20 | Final review and verification of the four Examiner reports prior to filing with the Court. | 390.00 |
| | | 0.10 | Exchange e-mail with Cole Schotz regarding exhibit to Omnibus Fee Order. | 32.50 |
| | | 0.20 | Exchange e-mail with Jill Ludwig at Sidley regarding redactions and invoices for OCPs. | 65.00 |
| 10/08/2010 | PSS | 0.40 | Review docket and recently filed applications. | 110.00 |
| 10/08/2010 | WD | 0.10 | Review correspondence from Jones Day regarding interim fee amount in fee order. | 32.50 |
| | | 0.10 | E-mail to Cole Schotz regarding exhibits to court orders. | 32.50 |
| | | 0.40 | Verification of fee and expense figures in exhibits to two orders for 10/22 hearing. | 130.00 |
| 10/12/2010 | WD | 0.20 | Draft and verify Certificate of No Objection for fifth quarterly fee application. | 65.00 |
| 10/13/2010 | WD | 0.20 | Telephone call with June Kim regarding Edelman's fee application for the upcoming hearing and the time increment issue in future fee applications. | 65.00 |
| 10/14/2010 | WD | 1.20 | Draft and complete Stuart Maue's Sixth Interim Quarterly Fee Application. | 390.00 |
| | | 1.80 | Review final reports in preparation for next week's fees hearing. | 585.00 |
| | | 0.50 | E-mail exchange with Cole Schotz regarding exhibits to court orders and verification of figures in same. | 162.50 |
| | | 0.30 | E-mail exchange with Marty Barash regarding suggested reduction in Klee and KTBS supplemental fee applications. | 97.50 |
| | | 0.90 | Review and analyze supplemental fee applications filed by the Examiner and his professionals. | 292.50 |
| 10/15/2010 | PSS | 0.10 | Review docket and recently filed applications. | 27.50 |
| 10/18/2010 | PSS | 0.40 | Review docket and applications recently filed. | 110.00 |
| 10/18/2010 | WD | 1.90 | Review quarterly interim fee applications filed 10/15 by various case professionals. | 617.50 |



**STUART/MAUE**
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/19/2010 | PSS | 0.40 | Review applications recently received. | 110.00 |
| 10/20/2010 | PSS | 0.60 | Review applications received recently. | 165.00 |
| 10/20/2010 | WD | 0.10 | Revise Stuart Maue Certificate of No Objection (17th monthly fee application). | 32.50 |
| | | 0.20 | Review certificates of counsel regarding fee application of case professionals and of the Examiner and his professionals. | 65.00 |
| | | 0.20 | Review notice of agenda of matters for 10/22 hearing. | 65.00 |
| | | 2.30 | Review fee applications and Fee Examiner reports in preparation for the fee hearing on 10/22. | 747.50 |
| 10/21/2010 | WD | 0.20 | Review amended agenda for 10/22 hearing. | 65.00 |
| | | 0.10 | Exchange messages with Seth Berlin regarding Tribune's retention of Levine Sullivan Koch & Schultz. | 32.50 |
| 10/22/2010 | PSS | 0.10 | Review applications recently received. | 27.50 |
| 10/22/2010 | WD | 0.80 | Telephonically attend hearing regarding third interim fee applications and fee applications of the Examiner and his professionals. | 260.00 |
| | | 2.40 | Prepare for fee hearing through review of fee applicaitons, Fee Examiner reports, and my correspondence with case professionals. | 780.00 |
| 10/25/2010 | WD | 0.70 | Telephone conference with Seth Berlin at Levine Sullivan Koch & Schulz regarding the firm's appointment as special counsel and the bankruptcy/Fee Examiner billing procedures. | 227.50 |
| | | 0.20 | Draft lenghty e-mail to Seth Berlin regarding the Fee Examiner process and general billing rules. | 65.00 |
| 10/26/2010 | PSS | 0.20 | Review applications recently received. | 55.00 |
| 10/28/2010 | WD | 1.90 | Draft and verify all documents that comprise Stuart Maue's 18th monthly fee application. | 617.50 |
| 10/29/2010 | PSS | 0.10 | Review applications recently received. | 27.50 |
| | | **26.60** | | **$8,355.00** |

Exhibit: B

# STUART⁄MAUE
LEGAL COST⁄MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2010**

**Legal Audit Managers**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 20.80 | = | $6,760.00 |
| **Total for Legal Audit Managers:** | | | | **20.80** | | **$6,760.00** |

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 5.80 | = | $1,595.00 |
| **Total for Legal Auditors:** | | | | **5.80** | | **$1,595.00** |

| | Hours | Amount |
|---|-------|--------|
| **Total Hours Worked:** | **26.60** | |
| **Total Hours Billed:** | **26.60** | **$8,355.00** |



**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028936**
**Matter Number: 1028936**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2010** | | | | |
| 10/06/2010 | PSS | 1.00 | Reconcile fees in database to fees requested in monthly applications. | 275.00 |
| 10/26/2010 | PSS | 0.60 | Reconcile fees in database to fees requested in interim application. | 165.00 |
| 10/27/2010 | KH | 1.10 | Analyze time entries of James to identify potentially in appropriate billing practices. | 302.50 |
| | | 1.40 | Analyze time entries of Graeme Bush for purpose of identifying potentially in appropriate billing practices. | 385.00 |
| | | 5.50 | Analyze time entries of several timekeepers for purpose of identifying non-compliance with local rules and UST guidelines. | 1,512.50 |
| 10/27/2010 | PSS | 0.80 | Review expenses requested in application and draft expense section of the report. | 220.00 |
| 10/28/2010 | KH | 2.10 | Review time entries to identify block billing. | 577.50 |
| | | 3.70 | Review time entries for purpose of identifying billing for multiple attendance at non-firm conferences. | 1,017.50 |
| 10/29/2010 | KH | 3.10 | Draft Preliminary Report for Fourth Interim Application. | 852.50 |
| | | 0.70 | Perform analysis of time entries for purpose of determining billing increments of individual timekeepers. | 192.50 |
| | | 0.40 | Perform analysis of time entries for purpose of identifying duplicative effort by timekeepers. | 110.00 |
| 10/29/2010 | PSS | 0.60 | Review truncated entries. | 165.00 |
| | | **21.00** | | **$5,775.00** |

# STUART/MAUE
LEGAL COST V MANAGEMENT

**Invoice Date: 12/02/2010**
**Invoice Number: R983 - 1028936**
**Matter Number: 1028936**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 18.00 = | $4,950.00 |
| Pamela S. Snyder | PSS | 275.00 x | 3.00 = | $825.00 |
| **Total for Legal Auditors:** | | | 21.00 | $5,775.00 |
| **Total Hours Worked:** | | | 21.00 | |
| **Total Hours Billed:** | | | 21.00 | $5,775.00 |

*STUART MAUE*
LEGAL COST MANAGEMENT

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **Summary For Professional Services through 10/31/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 X | 47.50 = | $15,437.50 |
| | **Total for Legal Audit Managers:** | | **47.50** | **$15,437.50** |
| **Senior Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 X | 28.00 = | $7,700.00 |
| | **Total for Senior Legal Auditors:** | | **28.00** | **$7,700.00** |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 X | 19.30 = | $5,307.50 |
| Tami Z. Morrissey | TZM | 275.00 X | 49.30 = | $13,557.50 |
| Phyllis Schauffler | PS | 275.00 X | 46.40 = | $12,760.00 |
| Pamela S. Snyder | PSS | 275.00 X | 70.70 = | $19,442.50 |
| Kathy C. Tahan | KCT | 275.00 X | 34.50 = | $9,487.50 |
| | **Total for Legal Auditors:** | | **220.20** | **$60,555.00** |
| | **Total Hours Worked:** | | **295.70** | |
| | **Total Hours Billed:** | | **295.70** | **$83,692.50** |

# Exhibit C

EXHIBIT C

Tribune Company et al. - October 2010 Expenses

PHOTOCOPIES:

|  | 7,496 at $0.10/Page | $ | 749.60 |
|---|---|---|---|

POSTAGE:

|  | Postage Paid | $ | 261.53 |
|---|---|---|---|
|  | **TOTAL EXPENSES:** | **$** | **1,011.13** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: December 22, 2010 at 4:00 pm (ET)<br>Hearing Date:  Only If Objection Filed |

## <u>CERTIFICATION OF W. ANDREW DALTON</u>

I, W. Andrew Dalton, hereby certify that:

1.      I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner in the above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Tribune National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      This Certification is made in support of the Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 Through October 31, 2010 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.      I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:    December 2, 2010
          Saint Louis, Missouri

**STUART MAUE**

By: _____
    W. Andrew Dalton
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:   (314) 291-3030
    Facsimile:    (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the **Notice of Application** and the **Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 Through October 31, 2010** have been served via First Class Mail to the Notice Parties on the attached service list on this 2nd day of December, 2010.

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**TRIBUNE COMPANY, et al.**

## SERVICE LIST RE 19TH MONTHLY FEE APPLICATION

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)