

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

November 17, 2010

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,
Suite 1800,
Wilmington, DE  19899

Re: In Re: Tribune Company, et al., Debtors, The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al., Pltf. vs. Dennis J. Fitzsimons, et al., Dfts. // To: ML Stern & Co. LLC & Southwest Securities Group

Case No. 08-13141

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by The Corporation Trust Company upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which The Corporation Trust Company furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o The Corporation Trust Company at the address shown on this letter.

Very truly yours,


Scott LaScala
Section Head Process

Log# 517619311

FedEx Tracking# 796463208990

cc: United States Bankruptcy Court
~~DE~~ 824 Market St. 5th FL
Wilmington, DE 19801-4937