IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 :  |
| TRIBUNE COMPANY, *et al.*, | : Case No. 08-13141 (KJC) : |
| Debtors. | : Jointly Administered : Objection Date: December 23, 2010 at 4:00 p.m. ET : Hearing Date: January 13, 2011 at 1:00 p.m. ET |

## NOTICE OF FEE APPLICATION

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan Chase
Bank, N.A.)

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan
Chase Bank, N.A.)

John L. Decker, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044
(Fee Auditor)

PLEASE TAKE NOTICE that on December 2, 2010, the **Application of Hunton & Williams LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to the Debtors for Certain Employment Litigation Matters During the Period from May 1, 2010 through July 31, 2010** (the "Application"), which seeks approval of a fee application for professional services rendered in the amount of $52,427.50, together with reimbursement of disbursements in the amount of $1,281.24, was filed with the Court.

You are required to file a response, if any, to the Application on or before **December 23, 2010 at 4:00 p.m.** (Eastern Time).

46429/0001-7208534v1

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on December 23, 2010**:

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, | HUNTON & WILLIAMS LLP |
| Kenneth Kansa, Esquire | FORMAN & LEONARD, P.A. | Juan C. Enjamio, Esquire |
| Jillian K. Ludwig, Esquire | Norman L. Pernick | Sabadell Financial Center |
| One South Dearborn Street | J. Kate Stickles | 1111 Brickell Avenue, Suite 2500 |
| Chicago, IL 60603 | 500 Delaware Avenue, Suite 1410 | Miami, FL 33131 |
| Telephone: (312) 853-7000 | Wilmington, DE 19801 | Telephone: (305) 810-2500 |
| Facsimile: (312) 853-7036 | Telephone: (302) 652-3131 | Facsimile: (305) 810-2460 |
| | Facsimile: (302) 652-3117 | |

A HEARING ON THE APPLICATION WILL BE HELD ON **JANUARY 13, 2011 AT 1:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 2, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7208534v1