# EXHIBIT A

# FEE AND EXPENSE DETAIL



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL  305 • 810 • 2500
FAX  305 • 810 • 2460
EIN  54-0572269

## INVOICE SUMMARY

THE TRIBUNE COMPANY
ATTN: JUSTO REY
1701 GREEN RD., SUITE B, FORUM PUBLISHING GROUP
POMPANO BEACH, FL  33064

**INVOICE NUMBER:** G933377
**DATE:** 6/7/2010

| | |
|---|---|
| **CLIENT NAME** | TRIBUNE COMPANY, THE |
| **CLIENT NUMBER** | 58215 |
| **BILLING ATTORNEY** | JAMES JAY THORNTON |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending May 31, 2010, per the attached itemization:

**RE:  (H&W #: 58215.000010) TRIBUNE ADV. SCHWARTZ**
Current Fees:                                                      $ 16,872.50
Current Charges:                                                        12.87

**CURRENT MATTER AMOUNT DUE:**                        **$ 16,885.37**

OUTSTANDING INVOICE SUMMARY (FOR MATTERS ON THIS INVOICE):

| INVOICE | MATTER # | DATE | BALANCE |
|---|---|---|---|
| GR921786 | 000010 | 5/12/2010 | 3,636.00 |

Outstanding Balance Total (for matter(s) on this invoice)              3,636.00
Total Amount Due                                                  $ 20,521.37

SEE ATTACHED DETAIL.

FOR BILLING INQUIRIES, PLEASE CALL 305-810-2534.

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay By Wire Transfer:
Bank: SUNTRUST BANK, RICHMOND, VA
Account Name:  HUNTON & WILLIAMS OPERATING
Account Number:  001458094
ABA Transit:  061000104
Swift Code (International):  SNTRUS3A
Information with Wire:  ATTORNEY REFERENCE, CLIENT NAME/NUMBER, INVOICE NUMBER AND DATE
Instructions to Bank:  GIVE AN IMMEDIATE TELEPHONE ADVICE TO MICHELLE BAUGHAN, 804-787-8037



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL 305•810•2500
FAX 305•810•2460
EIN 54-0572269

**INVOICE SUMMARY- REMITTANCE COPY**

THE TRIBUNE COMPANY
ATTN: JUSTO REY
1701 GREEN RD., SUITE B, FORUM PUBLISHING GROUP
POMPANO BEACH, FL 33064

| INVOICE NUMBER: | G933377 |
|---|---|
| DATE: | 6/7/2010 |

| CLIENT NAME | TRIBUNE COMPANY, THE |
|---|---|
| CLIENT NUMBER | 58215 |
| BILLING ATTORNEY | JAMES JAY THORNTON |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending May 31, 2010, per the attached itemization:

**RE: (H&W #: 58215.000010) TRIBUNE ADV. SCHWARTZ**

| | |
|---|---|
| Current Fees: | $ 16,872.50 |
| Current Charges: | 12.87 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 16,885.37** |

**OUTSTANDING INVOICE SUMMARY (FOR MATTERS ON THIS INVOICE):**

| INVOICE | MATTER # | DATE | BALANCE |
|---|---|---|---|
| GR921786 | 000010 | 5/12/2010 | 3,636.00 |

| | |
|---|---|
| Outstanding Balance Total (for matter(s) on this invoice) | 3,636.00 |
| Total Amount Due | $ 20,521.37 |

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.
FOR BILLING INQUIRIES, PLEASE CALL 305-810-2534.

| To Pay By Mail: | To Pay By Wire Transfer: |
|---|---|
| HUNTON & WILLIAMS LLP | Bank: SUNTRUST BANK, RICHMOND, VA |
| PO BOX 405759 | Account Name: HUNTON & WILLIAMS OPERATING |
| ATLANTA, GA 30384-5759 | Account Number: 001458094 |
| | ABA Transit: 061000104 |
| | Swift Code (International): SNTRUS3A |
| | Information with Wire: ATTORNEY REFERENCE, CLIENT NAME/NUMBER, INVOICE NUMBER AND DATE |
| | Instructions to Bank: GIVE AN IMMEDIATE TELEPHONE ADVICE TO MICHELLE BAUGHAN, 804-787-8037 |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX   305 • 810 • 2460
EIN   54-0572269

**INVOICE DETAIL**

THE TRIBUNE COMPANY
ATTN: JUSTO REY
1701 GREEN RD., SUITE B, FORUM PUBLISHING GROUP
POMPANO BEACH, FL  33064

INVOICE NUMBER:    G933377
DATE:                        6/7/2010
PAGE:                        1

CLIENT NAME           TRIBUNE COMPANY, THE
CLIENT NUMBER      58215
BILLING ATTORNEY   JAMES JAY THORNTON

RE:  (H&W #: 58215.000010) TRIBUNE ADV. SCHWARTZ

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| 5/5/10 | JD ELLIS | Prepare/discuss strategy ▓▓▓▓▓▓ (.1); prepare email correspondence to opposing counsel ▓▓▓▓▓▓▓▓▓ (.1). | 0.20 | 75.00 |
| 5/6/10 | JD ELLIS | Email correspondence with opposing counsel's office ▓▓▓▓▓ | 0.10 | 37.50 |
| 5/7/10 | JD ELLIS | Work on joint scheduling report and proposed scheduling order. | 0.80 | 300.00 |
| 5/10/10 | JJ THORNTON | Review/work on parties' joint scheduling report and proposed scheduling order (.4); review same and proposed deadlines with J. Ellis (.2). | 0.60 | 255.00 |
| 5/10/10 | AR GOULD | Prepare correspondence and EEOC forms ▓▓▓▓▓▓▓ | 0.40 | 78.00 |
| 5/10/10 | JD ELLIS | Email correspondence with opposing counsel's office ▓▓▓▓ (.1); prepare/discuss case strategy and defenses (.3). | 0.40 | 150.00 |


**HUNTON&**
**WILLIAMS**

HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX  305 • 810 • 2460
EIN 54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G933377 |
|---|---|---|---|
| | | DATE: | 6/7/2010 |
| CLIENT NUMBER: | 58215 | PAGE: | 2 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 5/11/10 | JJ THORNTON | Finalize joint scheduling report and proposed scheduling order and send to client (.2); confer with client regarding facts/strategy (.2); additional review/analysis of complaint ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2); legal research ▮▮▮▮▮▮▮▮▮ (.6). | 1.20 | 510.00 |
| 5/11/10 | AR GOULD | Prepare correspondence and public records request form ▮▮▮▮▮▮▮▮▮ | 0.30 | 58.50 |
| 5/11/10 | JD ELLIS | Conduct Rule 26 conference (.4); email correspondence from opposing counsel's office ▮▮▮▮▮▮▮▮▮▮ (.1). | 0.50 | 187.50 |
| 5/12/10 | JJ THORNTON | Work on FPG's answer and affirmative and other defenses (1.1); legal research ▮▮▮ ▮▮▮▮▮▮ (1.3). | 2.40 | 1,020.00 |
| 5/12/10 | AR GOULD | Perform PACER docket research ▮▮▮▮▮▮ ▮▮▮▮▮▮▮; perform Palm Beach County court on-line case research ▮▮▮▮▮▮ | 0.30 | 58.50 |
| 5/12/10 | JD ELLIS | Email correspondence ▮▮▮▮▮▮▮▮▮▮ (.2); email correspondence with in-house legal ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (.1); | 0.30 | 112.50 |
| 5/13/10 | JJ THORNTON | Communications with client ▮▮▮▮▮▮▮▮ (.3); review/analysis of prior ADEA lawsuit ▮▮▮▮▮▮ (.8); additional communications with counsel ▮▮▮▮▮▮ (.4); review communications with opposing counsel ▮▮▮▮▮▮▮▮ (.3). | 1.80 | 765.00 |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX   305 • 810 • 2460
EIN  54-0572269

| | | | | |
|---|---|---|---|---|
| CLIENT NAME: | TRIBUNE COMPANY, THE | | INVOICE:<br>DATE: | G933377<br>6/7/2010 |
| CLIENT NUMBER: | 58215 | | PAGE: | 3 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 5/13/10 | JD ELLIS | Continued email correspondence ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.1); email correspondence from in-house legal ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (.1); email correspondence from opposing counsel's office ▮▮▮▮▮▮▮▮▮▮▮ (.1). | 0.30 | 112.50 |
| 5/14/10 | JJ THORNTON | Additional review/analysis of Schwartz' personnel file (1.4); conference call with attorney who defended Schwartz' prior employer ▮▮▮▮ (.4). | 1.80 | 765.00 |
| 5/14/10 | JD ELLIS | Online research for information to Include with corporate disclosures (.3); email correspondence with client regarding same (.1); prepare disclosure statement (.3). | 0.70 | 262.50 |
| 5/14/10 | JD ELLIS | Prepare corporate disclosure statement (.2); confirm with J.Rey that information on statement is correct (.1); finalize joint scheduling report and proposed order and corporate disclosure statement and prepare all for filing (.3). | 0.60 | 225.00 |
| 5/17/10 | JJ THORNTON | Confer with FPG reps ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (.3); review letter from EEOC regarding FOIA request (.1); continued work on Tribune's answer and affirmative defenses to Schwartz' complaint (2.1). | 2.40 | 1,020.00 |
| 5/17/10 | JD ELLIS | Continue communications regarding facts of plaintiff's termination (.1); coordinate scheduling in-person witness interviews (.1); prepare/discuss strategy ▮▮▮▮▮▮▮▮▮▮▮ (.1); review/revise FPG's answer and defenses (.5). | 0.80 | 300.00 |
| 5/18/10 | JJ THORNTON | Continued work on answer and affirmative defenses to Plaintiff's complaint (1.3); review/work on FPG's first request for production of documents to Plaintiff (1.1); review/work on FPG's first set of interrogatories to Plaintiff (.9); review same and pleading and written discovery strategies with J. Ellis (.5). | 3.80 | 1,615.00 |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL    305 • 810 • 2500
FAX    305 • 810 • 2460
EIN    54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G933377 |
| | | DATE: | 6/7/2010 |
| CLIENT NUMBER: | 58215 | PAGE: | 4 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| 5/18/10 | JD ELLIS | Work on first set of interrogatories and first request for production to plaintiff (1.2); review and revise same (.7); continued work on FPG's answer and defenses (.3); email correspondence with in-house counsel and president ▌▌▌▌▌ ▌▌▌ (.2). | 2.40 | 900.00 |
| 5/19/10 | JJ THORNTON | Review email from client ▌▌▌▌▌ ▌▌▌▌▌ (.1); confer with J. Ellis regarding results of witness interviews and analyze additional needed tasks and information (.4); review/work on final draft answer and defenses (.4); additional review/analysis of Schwartz/ personnel file and emails ▌▌▌▌▌▌▌▌▌ (1.2). | 2.10 | 892.50 |
| 5/19/10 | JD ELLIS | Conduct in-person witness interviews at FPG offices (3.9); follow-up emails regarding and enclosing additional information and documentation (.3); continued work on FPG's answer and defenses following witness interviews (.6). | 4.80 | 1,800.00 |
| 5/20/10 | JJ THORNTON | Additional review/analysis of Plaintiff's first request for production of documents to FPG (.9); additional review/analysis of Plaintiff's first set of interrogatories to FPG (.8); finalize, file and serve FPG's answer and affirmative defenses, first request for production to Plaintiff, and first set of interrogatories to Plaintiff (.4). | 2.10 | 892.50 |
| 5/20/10 | JD ELLIS | Review/analyze first set of interrogatories and first request for production to defendant (.4); email correspondence from in-house counsel ▌▌▌▌ ▌▌▌▌▌ (.1); email correspondence regarding ▌▌▌▌▌▌▌▌▌ (.1); email correspondence from G.Nell ▌▌▌▌▌ (.1); email correspondence from opposing counsel's ▌▌▌▌▌▌▌ (.1). | 0.80 | 300.00 |
| 5/21/10 | JD ELLIS | Email correspondence with opposing counsel's office ▌▌▌▌▌▌▌▌▌▌; prepare/discuss strategy regarding same. | 0.30 | 112.50 |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX   305 • 810 • 2460
EIN 54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G933377 |
|---|---|---|---|
| | | DATE: | 6/7/2010 |
| CLIENT NUMBER: | 58215 | PAGE: | 5 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 5/24/10 | JJ THORNTON | Review/work on FPG's initial disclosures (.3); review strategy for same and proposed deposition schedule with J. Ellis (.3) | 0.60 | 255.00 |
| 5/24/10 | JD ELLIS | Prepare initial disclosures (.9); email correspondence regarding same and potential revisions (.3); email correspondence with opposing counsel ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.1); email correspondence with opposing counsel's office ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.2); prepare/discuss strategy regarding same (.2). | 1.70 | 637.50 |
| 5/25/10 | JJ THORNTON | Review initial disclosure and discovery strategies with J. Ellis (.2); initial review/analysis of Schwartz' request for production (.6) and first set of interrogatories (.6). | 1.40 | 595.00 |
| 5/25/10 | JD ELLIS | Additional review of case file and documentation as general case assessment and to obtain information for initial disclosures (1.8); email correspondence with in-house counsel and the client ▇▇▇▇▇▇▇▇▇▇▇▇▇ (.3); review/analyze plaintiff's first set of interrogatories and request for production to defendant (.6). | 2.70 | 1,012.50 |
| 5/26/10 | JD ELLIS | Telephone call with E.Owens regarding ▇▇▇▇▇ (.3); review and revise initial disclosures (.2); email correspondence regarding additional information for disclosures (.2); review court's scheduling and mediation order (.1). | 0.80 | 300.00 |
| 5/28/10 | JJ THORNTON | Conference call with client regarding strategy ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.3); finalize and serve initial disclosures (.3). | 0.60 | 255.00 |
| 5/28/10 | JD ELLIS | Prepare summaries of in-person witness interviews (1.6); prepare/discuss strategy ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.1). | 1.70 | 637.50 |
| | | **TOTAL HOURS** | **41.70** | |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX   305 • 810 • 2460
EIN   54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G933377 |
|---|---|---|---|
| | | DATE: | 6/7/2010 |
| CLIENT NUMBER: | 58215 | PAGE: | 6 |

## TURNSTONE INVESTIGATIVE GROUP, LLC:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 5/13/10 | TURNSTONE11779 | Conduct background investigation ▇▇ ▇▇▇▇▇▇ | 1.50 | 375.00 |
| | | **TOTAL HOURS** | **1.50** | |

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| JENNIFER DEANNE ELLIS | Associate | 19.90 | 375.00 | 7,462.50 |
| JAMES JAY THORNTON | Associate | 20.80 | 425.00 | 8,840.00 |
| AMELIA R. GOULD | Paralegal | 1.00 | 195.00 | 195.00 |
| TURNSTONE INVESTIGATIVE GROUP | Investigator | 1.50 | 250.00 | 375.00 |
| | **TOTAL FEES ( $ )** | | | **16,872.50** |

PLEASE NOTE: TurnStone Investigative Group is a wholly owned subsidiary of Hunton & Williams. TurnStone utilizes its own employees as well as seasoned professionals world wide. TurnStone charges highly competitive rates for quality services, but, nevertheless, profits from the rendering of those services. As our client, Hunton & Williams feels that it is important to disclose this information to you as well as your right to select any investigative entity you desire.

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E101 | Copying | 4.50 |
| E107 | Delivery services/messengers | 8.37 |
| TOTAL | EXPENSES ( $ ) | 12.87 |

Current Fees:                                    $ 16,872.50
Current Charges:                                      12.87

**CURRENT INVOICE AMOUNT DUE:**          **$ 16,885.37**



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX   305 • 810 • 2460
EIN  54-0572269

## INVOICE SUMMARY

THE TRIBUNE COMPANY
ATTN: JUSTO REY
1701 GREEN RD., SUITE B, FORUM PUBLISHING GROUP
POMPANO BEACH, FL  33064

| | |
|---|---|
| INVOICE NUMBER: | G952977 |
| DATE: | 7/20/2010 |

| | |
|---|---|
| CLIENT NAME | TRIBUNE COMPANY, THE |
| CLIENT NUMBER | 58215 |
| BILLING ATTORNEY | JAMES JAY THORNTON |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2010, per the attached itemization:

**RE:  (H&W #: 58215.000010) TRIBUNE ADV. SCHWARTZ**

| | |
|---|---:|
| Current Fees: | $ 9,745.50 |
| ****Less Prior Credits: | -288.00 |
| Net Fees: | 9,457.50 |
| Current Charges: | 46.85 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 9,504.35** |

**OUTSTANDING INVOICE SUMMARY (FOR MATTERS ON THIS INVOICE):**

| INVOICE | MATTER # | DATE | BALANCE |
|---|---|---|---|
| G933377 | 000010 | 6/7/2010 | 16,885.37 |

| | |
|---|---:|
| Outstanding Balance Total (for matter(s) on this invoice) | 16,885.37 |
| Total Amount Due | $ 26,389.72 |

SEE ATTACHED DETAIL.

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

FOR BILLING INQUIRIES, PLEASE CALL 305-810-2534.

To Pay By Wire Transfer:
Bank: SUNTRUST BANK, RICHMOND, VA
Account Name: HUNTON & WILLIAMS OPERATING
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Information with Wire: ATTORNEY REFERENCE, CLIENT NAME/NUMBER, INVOICE NUMBER AND DATE
Instructions to Bank: GIVE AN IMMEDIATE TELEPHONE ADVICE TO MICHELLE BAUGHAN, 804-787-8037



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX   305 • 810 • 2460
EIN  54-0572269

**INVOICE SUMMARY- REMITTANCE COPY**

THE TRIBUNE COMPANY
ATTN: JUSTO REY
1701 GREEN RD., SUITE B, FORUM PUBLISHING GROUP
POMPANO BEACH, FL 33064

INVOICE NUMBER:   G952977
DATE:             7/20/2010

| | |
|---|---|
| CLIENT NAME | TRIBUNE COMPANY, THE |
| CLIENT NUMBER | 58215 |
| BILLING ATTORNEY | JAMES JAY THORNTON |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2010, per the attached itemization:

**RE:  (H&W #: 58215.000010) TRIBUNE ADV. SCHWARTZ**

| | |
|---|---:|
| Current Fees: | $ 9,745.50 |
| ****Less Prior Credits: | -288.00 |
| Net Fees: | 9,457.50 |
| Current Charges: | 46.85 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 9,504.35** |

**OUTSTANDING INVOICE SUMMARY (FOR MATTERS ON THIS INVOICE):**

| INVOICE | MATTER # | DATE | BALANCE |
|---|---|---|---|
| G933377 | 000010 | 6/7/2010 | 16,885.37 |

| | |
|---|---:|
| Outstanding Balance Total (for matter(s) on this invoice) | 16,885.37 |
| Total Amount Due | $ 26,389.72 |

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.
FOR BILLING INQUIRIES, PLEASE CALL 305-810-2534.

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay By Wire Transfer:
Bank: SUNTRUST BANK, RICHMOND, VA
Account Name:  HUNTON & WILLIAMS OPERATING
Account Number:  001458094
ABA Transit:  061000104
Swift Code (International):  SNTRUS3A
Information with Wire:  ATTORNEY REFERENCE, CLIENT NAME/NUMBER,
INVOICE NUMBER AND DATE
Instructions to Bank:  GIVE AN IMMEDIATE TELEPHONE ADVICE TO
MICHELLE BAUGHAN, 804-787-8037



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL  305 • 810 • 2500
FAX  305 • 810 • 2460
EIN  54-0572269

## INVOICE DETAIL

THE TRIBUNE COMPANY
ATTN: JUSTO REY
1701 GREEN RD., SUITE B, FORUM PUBLISHING GROUP
POMPANO BEACH, FL  33064

| INVOICE NUMBER: | G952977 |
|---|---|
| DATE: | 7/20/2010 |
| PAGE: | 1 |

CLIENT NAME          TRIBUNE COMPANY, THE
CLIENT NUMBER        58215
BILLING ATTORNEY     JAMES JAY  THORNTON

### RE: (H&W #: 58215.000010) TRIBUNE ADV. SCHWARTZ

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 6/1/10 | JJ THORNTON | Initial review of Plaintiff's R26 initial disclosures; communications with client ▮▮▮. | 0.40 | 170.00 |
| 6/1/10 | JD ELLIS | Email correspondence with client and in-house counsel regarding and enclosing plaintiff's written discovery requests; prepare/discuss strategy ▮▮▮. | 0.80 | 300.00 |
| 6/2/10 | JJ THORNTON | Communications with client representatives ▮▮▮▮▮▮. | 0.30 | 127.50 |
| 6/2/10 | JD ELLIS | Email correspondence with client regarding ▮▮▮; review/analyze plaintiff's initial disclosures. | 0.40 | 150.00 |
| 6/3/10 | JD ELLIS | Prepare/discuss responding to plaintiff's discovery requests. | 0.20 | 75.00 |
| 6/4/10 | JJ THORNTON | Review summary of FPG witness interviews; confer with J. Ellis regarding same and additional interviews needed. | 0.30 | 127.50 |
| 6/4/10 | JJ THORNTON | Initial review/analysis of ▮▮▮ documents. | 1.40 | 595.00 |
| 6/4/10 | JD ELLIS | Review/analyze documents ▮▮▮▮. | 0.70 | 262.50 |
| 6/7/10 | JD ELLIS | Email correspondence and telephone call with opposing counsel's office regarding scheduling and location of depositions. | 0.40 | 150.00 |


HUNTON&
WILLIAMS

HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX  305 • 810 • 2460
EIN  54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G952977 |
|---|---|---|---|
| | | DATE: | 7/20/2010 |
| CLIENT NUMBER: 58215 | | PAGE: | 2 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 6/8/10 | JJ THORNTON | Communications regarding deadline for parties to file notice of consent or non-consent to Magistrate jurisdiction. | 0.30 | 127.50 |
| 6/8/10 | JD ELLIS | Review/analyze court's scheduling order ▉▉▉▉▉▉▉▉▉▉; email correspondence with opposing counsel ▉▉▉▉▉▉▉▉▉; email correspondence with opposing counsel regarding location of depositions. | 0.50 | 187.50 |
| 6/10/10 | JD ELLIS | Prepare/discuss location of plaintiff's deposition. | 0.10 | 37.50 |
| 6/11/10 | JD ELLIS | Prepare discovery responses and objections (request for production and interrogatories). | 1.20 | 450.00 |
| 6/14/10 | JD ELLIS | Continue working discovery responses and objections (request for production and interrogatories). | 1.40 | 525.00 |
| 6/15/10 | JJ THORNTON | Review/work on final drafts of FPG's responses to Plaintiff's first set of interrogatories; objections to Plaintiff's first set of interrogatories; and responses/objections to Plaintiff's first request for production of documents; review all responses/objections ▉▉▉▉▉▉▉▉▉ | 1.90 | 807.50 |
| 6/15/10 | JD ELLIS | Complete first draft of discovery responses and objections; discuss suggested revisions with J.Thornton; review/revise accordingly. | 1.90 | 712.50 |
| 6/16/10 | JJ THORNTON | Continued work on FPG's responses to Plaintiff's first set of interrogatories; FPG's responses to Plaintiff's first requests for production of documents (.6); and FPG's objections to Plaintiff's first set of interrogatories. | 1.40 | 595.00 |
| 6/16/10 | JD ELLIS | Review/revise discovery responses and objections; email correspondence with client and in-house counsel regarding and enclosing same for review and comment. | 0.70 | 262.50 |
| 6/17/10 | JD ELLIS | Email correspondence with client and in-house counsel regarding comments/revisions to discovery responses and objections. | 0.20 | 75.00 |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX  305 • 810 • 2460
EIN  54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G952977 |
|---|---|---|---|
| | | DATE: | 7/20/2010 |
| CLIENT NUMBER: | 58215 | PAGE: | 3 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 6/18/10 | JJ THORNTON | Review emails to and from client representatives regarding deposition schedule and FPG's responses to Plaintiff's written discovery requests; | 0.10 | 42.50 |
| 6/18/10 | JD ELLIS | Email correspondence with client and in-house counsel ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; review/revise same accordingly and finalize same; email correspondence▉▉▉▉▉▉▉▉▉▉▉; email correspondence to K.Goldberg ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; email correspondence regarding deposition dates and strategy▉▉▉▉ | 0.80 | 300.00 |
| 6/21/10 | JJ THORNTON | Review final responses and objections to Plaintiff's first set of interrogatories; communications with J. Ellis regarding same, proposed date for parties to exchange documents, and discovery strategy. | 0.40 | 170.00 |
| 6/21/10 | JD ELLIS | Finalize discovery responses and objections, and prepare same for service; prepare/discuss strategy ▉▉▉▉▉▉▉▉▉▉. | 0.70 | 262.50 |
| 6/22/10 | JJ THORNTON | Review correspondence from EEOC regarding FOIA request. | 0.10 | 42.50 |
| 6/22/10 | JD ELLIS | Email correspondence with opposing counsel regarding production of documents; email correspondence with opposing counsel's office regarding mail exchange of document productions. | 0.30 | 112.50 |
| 6/23/10 | JJ THORNTON | Communications with opposing counsel regarding exchange of documents and deposition schedule; confer with J. Ellis regarding same. | 0.30 | 127.50 |
| 6/23/10 | JD ELLIS | Continued email correspondence with opposing counsel's office regarding mail exchange of document productions. | 0.10 | 37.50 |
| 6/23/10 | JD ELLIS | Email correspondence regarding K.Goldberg's deposition and scheduling of same. | 0.10 | 37.50 |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX  305 • 810 • 2460
EIN  54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G952977 |
| | | DATE: | 7/20/2010 |
| CLIENT NUMBER: | 58215 | PAGE: | 4 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| 6/25/10 | JD ELLIS | Review letter to EEOC regarding status of FOIA request. | 0.10 | 37.50 |
| 6/28/10 | JJ THORNTON | Review/analysis of Plaintiff Schwartz' responses and objections to FPG's first request for production of documents; review/analysis of Plaintiff Schwartz' responses and objections to FPG's first set of interrogatories. | 0.60 | 255.00 |
| 6/28/10 | JD ELLIS | Review/analyze FPG's responses to plaintiff's request for production, in order to compile documents for production; review/analyze email correspondence from client and working binder of documents for same. | 1.80 | 675.00 |
| 6/29/10 | JJ THORNTON | Additional review/analysis of documents slated for production by FPG in response to Plaintiff's request for production of documents; initial legal research cases analyzing sufficiency of request ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.20 | 510.00 |
| 6/29/10 | AR GOULD | Review and analyze plaintiff's notice of serving answer's to defendant's first set of interrogatories and request for production; electronically bates-number plaintiff's 6/28/10 document production; review and analyze plaintiff's document production; perform on-line research for current address and phone number of healthcare provider identified in plaintiff's interrogatory response; prepare authorizations for release of medical records and release of psychotherapy notes; compile selected documents for review in preparation for production. | 1.40 | 273.00 |
| 6/29/10 | JD ELLIS | Review/analyze plaintiff's discovery responses and determine whether there is any need to file a motion to compel; coordinate confirmation of plaintiff's medical providers and preparation of HIPAA authorizations; review/revise authorizations; email correspondence with opposing counsel regarding and enclosing authorizations for execution by the plaintiff. | 1.20 | 450.00 |



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FLORIDA 33131
TEL   305 • 810 • 2500
FAX  305 • 810 • 2460
EIN 54-0572269

| CLIENT NAME: | TRIBUNE COMPANY, THE | INVOICE: | G952977 |
|---|---|---|---|
| | | DATE: | 7/20/2010 |
| CLIENT NUMBER: | 58215 | PAGE: | 5 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 6/30/10 | JD ELLIS | Review/analyze.compiled documents to confirm responsiveness and to withhold privileged documents; prepare for Bates numbering and service. | 1.80 | 675.00 |
| | | **TOTAL HOURS** | **25.50** | |

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| JENNIFER DEANNE ELLIS | Associate | 15.40 | 375.00 | 5,775.00 |
| JAMES JAY THORNTON | Associate | 8.70 | 425.00 | 3,697.50 |
| AMELIA R. GOULD | Paralegal | 1.40 | 195.00 | 273.00 |
| | **TOTAL FEES ( $ )** | | | **9,745.50** |

| | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | E101 | Copying | 38.10 |
| | E106 | Online research | 8.75 |
| | **TOTAL** | **EXPENSES ( $ )** | **46.85** |

| | | |
|---|---|---|
| Current Fees: | | $ 9,745.50 |
| ****Less Prior Credits: | | -288.00 |
| Net Fees: | | 9,457.50 |
| Current Charges: | | 46.85 |
| **CURRENT INVOICE AMOUNT DUE:** | | **$ 9,504.35** |

# HUNTON& WILLIAMS

HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131-3126
TEL 305-810-2500
FAX 305-810-2460

EIN: 54-0572269

## INVOICE SUMMARY

| | | |
|---|---|---|
| THE TRIBUNE COMPANY | FILE NUMBER: | 58215.000010 |
| ATTN: JUSTO REY | INVOICE NUMBER: | 114000526 |
| FORUM PUBLISHING GROUP | DATE: | 10/13/2010 |
| 1701 GREEN ROAD, SUITE B | | |
| POMPANO BEACH, FL 33064-1074 | | |

| | |
|---|---|
| CLIENT NAME: | TRIBUNE COMPANY, THE |
| BILLING ATTORNEY: | JAMES JAY THORNTON |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 31, 2010 per the attached itemization:

## RE: (H&W # 58215.000010) TRIBUNE ADV. SCHWARTZ

| | |
|---|---|
| Current Fees: | $ 25,819.50 |
| Current Charges: | 1,221.52 |
| **CURRENT INVOICE AMOUNT DUE:** | **$ 27,041.02** |

| INVOICE | MATTER # | DATE | BALANCE |
|---|---|---|---|
| G933377 | 000010 | 06/07/2010 | 16,885.37 |
| G952977 | 000010 | 07/20/2010 | 9,504.35 |

| | |
|---|---|
| Outstanding Balance (for matter(s) on this invoice): | 26,389.72 |
| **TOTAL AMOUNT DUE (including Current Invoice Amount Due):** | 53,430.74 |

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 305-810-2534          TO SET UP PAYMENT BY ACH (EFT), CALL 804-787-8037.

| To Pay By Mail: | To Pay by Wire Transfer: |
|---|---|
| HUNTON & WILLIAMS LLP | Bank: SunTrust Bank, Richmond, VA |
| PO BOX 405759 | Account Name: Hunton & Williams Operating |
| ATLANTA, GA 30384-5759 | Account Number: 001458094 |
| | ABA Transit: 061000104 |
| | Swift Code (International): SNTRUS3A |
| | Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037. |
| | Information with Wire: File: 58215.000010, Inv: 114000526, Date: 10/13/2010 |


# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131-3126
TEL 305-810-2500
FAX 305-810-2460

EIN: 54-0572269

### INVOICE SUMMARY-REMITTANCE PAGE

THE TRIBUNE COMPANY
ATTN: JUSTO REY
FORUM PUBLISHING GROUP
1701 GREEN ROAD, SUITE B
POMPANO BEACH, FL 33064-1074

| | |
|---|---|
| FILE NUMBER: | 58215.000010 |
| INVOICE NUMBER: | 114000526 |
| DATE: | 10/13/2010 |

| CLIENT NAME: | TRIBUNE COMPANY, THE |
|---|---|
| BILLING ATTORNEY: | JAMES JAY THORNTON |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 31, 2010 per the attached itemization:

RE: (H&W # 58215.000010) TRIBUNE ADV. SCHWARTZ

| | |
|---|---:|
| Current Fees: | $ 25,819.50 |
| Current Charges: | 1,221.52 |
| **CURRENT INVOICE AMOUNT DUE:** | **$ 27,041.02** |

| INVOICE | MATTER # | DATE | BALANCE |
|---|---|---|---|
| G933377 | 000010 | 06/07/2010 | 16,885.37 |
| G952977 | 000010 | 07/20/2010 | 9,504.35 |

Outstanding Balance (for matter(s) on this invoice): 26,389.72

**TOTAL AMOUNT DUE (including Current Invoice Amount Due):** 53,430.74

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 305-810-2534       TO SET UP PAYMENT BY ACH (EFT), CALL 804-787-8037.

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 58215.000010, Inv: 114000526, Date: 10/13/2010



HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131-3126
TEL 305-810-2500
FAX 305-810-2460

EIN: 54-0572269

## INVOICE DETAIL

THE TRIBUNE COMPANY
ATTN: JUSTO REY
FORUM PUBLISHING GROUP
1701 GREEN ROAD, SUITE B
POMPANO BEACH, FL 33064-1074

FILE NUMBER: 58215.000010
INVOICE NUMBER: 114000526
DATE: 10/13/2010

CLIENT NAME:        TRIBUNE COMPANY, THE

BILLING ATTORNEY:   JAMES JAY THORNTON

## RE: (H&W # 58215.000010) TRIBUNE ADV. SCHWARTZ

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| 07/01/2010 | A R GOULD | Prepare documents for production to plaintiff. | 0.50 | 97.50 |
| 07/01/2010 | J D ELLIS | Prepare/discuss strategy ▮▮▮▮ (.2); review/analyze plaintiff's document production (.6). | 2.20 | 825.00 |
| 07/02/2010 | J J THORNTON | Review final documents for production to opposing counsel in response to Plaintiff's request (.6); confer with J. Ellis ▮▮▮▮ (.1); begin outlining general topics/exhibits for Schwartz deposition, and identify needed subpoenas prior to depositions (2.1). | 2.70 | 1,147.50 |
| 07/02/2010 | J D ELLIS | Prepare privilege log (1.2); email correspondence regarding rescheduling depositions (.3). | 1.50 | 562.50 |
| 07/06/2010 | J J THORNTON | Review status/strategy ▮▮▮▮ (.2); summary review additional documents provided by client ▮▮▮▮ (.6). | 0.80 | 340.00 |
| 07/06/2010 | J D ELLIS | Email correspondence with in-house counsel regarding rescheduling depositions (.1); email correspondence with opposing counsel regarding same and in-house counsel's appearance via telephone (.1); prepare/discuss serving subpoenas ▮▮▮▮ (.2). | 0.80 | 300.00 |

| | | | | |
|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | 114000526 | |
| CLIENT NAME: | TRIBUNE COMPANY, THE | DATE: | 10/13/2010 | |
| FILE NUMBER: | 58215.000010 | PAGE: | 2 | |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/07/2010 | A R GOULD | Telephone conference with Temple University's counsel office ███████ ███████████████████. | 0.30 | 58.50 |
| 07/07/2010 | J D ELLIS | Online research regarding████████ █████████ (.4); prepare subpoenas to plaintiff's prior employers and Temple University (.3). | 1.60 | 600.00 |
| 07/07/2010 | J J THORNTON | Review subpoena strategies█████ ████ (.4); review work on subpoenas duces tecum██████████████ ████████████████ (1.3). | 1.70 | 722.50 |
| 07/07/2010 | A R GOULD | Telephone conference with Laurie Henegar of Dr. Kenneth Jaffe office ████████ | 0.20 | 39.00 |
| 07/08/2010 | A R GOULD | Research pertaining to Stanley Schwartz' previous employers███ ██████████████████ | 2.10 | 409.50 |
| 07/08/2010 | J D ELLIS | Review/revise subpoenas to prior employers (.2); research regarding serving subpoena in Canada (.2); email correspondence with opposing counsel's office regarding HIPAA authorizations (.1); review/analyze executed authorizations (.1); prepare subpoenas to plaintiff's medical providers (.1.) | 1.50 | 562.50 |
| 07/09/2010 | J D ELLIS | Finalize subpoenas to Temple University and plaintiff's medical providers and prepare same for service (.4); prepare letter to Temple University regarding production of documents via mail to us (.2); prepare notice of issuing subpoenas (.2). | 1.40 | 525.00 |
| 07/12/2010 | A R GOULD | Telephone conference with Angeline Courrier ████████████████████ ████████████████████████ ████████████████████ | 0.30 | 58.50 |

| HUNTON & WILLIAMS LLP | | INVOICE: | 114000526 |
| CLIENT NAME: | TRIBUNE COMPANY, THE | DATE: | 10/13/2010 |
| FILE NUMBER: | 58215.000010 | PAGE: | 3 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| 07/12/2010 | A R GOULD | Telephone conference with Donna McNamara ███████ | 0.20 | 39.00 |
| 07/12/2010 | J D ELLIS | Telephone call from opposing counsel regarding settlement (.3); email correspondence with in-house counsel regarding deposition logistics (.2); email correspondence with opposing counsel regarding selection of mediator (.2). | 1.70 | 637.50 |
| 07/12/2010 | J J THORNTON | Review notice of serving subpoenas duces tecum (.1); review additional needed subpoenas █████████ ██████ (.3); communications with opposing counsel regarding parties' deadline to select mediator (.1); communications with client regarding mediator selection (.1); communications with prospective mediator Spechler regarding same (.1). | 0.70 | 297.50 |
| 07/13/2010 | A R GOULD | Telephone conference with Laurie Heneger ███████████ | 0.20 | 39.00 |
| 07/13/2010 | A R GOULD | Prepare correspondence to Laurie Heneger ██████ | 0.20 | 39.00 |
| 07/13/2010 | J F PAGET | Draft supplemental disclosure affidavit in connection with ordinary course retention and prepare same for filing | 0.90 | 234.00 |

| | | | | |
|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | 114000526 | |
| CLIENT NAME: | TRIBUNE COMPANY, THE | DATE: | 10/13/2010 | |
| FILE NUMBER: | 58215.000010 | PAGE: | 4 | |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/13/2010 | J D ELLIS | Review letter from medical provider regarding pre-payment for copies of medical records (.1); review letter to medical provider enclosing payment (.1): email correspondence with R. R. Connelly ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.3); review/revise subpoena to Cenveo (.2); email correspondence to in-house counsel regarding and enclosing subpoena to Cenveo (.1). | 1.30 | 487.50 |
| 07/14/2010 | J D ELLIS | Email correspondence with R. R. Connelly and Rogers Communications ▮▮▮▮▮▮▮▮ (.2); prepare summary of status of subpoenas ▮▮▮▮▮▮▮▮▮ (.3); finalize subpoena to Cenveo and prepare same for service (.2); telephone call with client and in-house counsel ▮▮▮▮▮▮▮▮▮▮▮▮ (.4). | 1.70 | 637.50 |
| 07/14/2010 | J J THORNTON | Conference call with opposing counsel regarding facts developing through discovery and settlement prospects (.4); conference call with client regarding case status ▮▮▮▮ (.4). | 0.80 | 340.00 |
| 07/15/2010 | A R GOULD | Telephone conference with Cheryl Paul ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 39.00 |
| 07/15/2010 | J D ELLIS | Email correspondence with client and in-house counsel ▮▮▮▮▮▮▮▮▮ | 0.60 | 225.00 |
| 07/15/2010 | J J THORNTON | Review communications from Schwartz' prior employers regarding subpoenas served for Schwartz' employment records (.1); review CV provided by prospective mediator Spechler, in advance of mediator selection deadline set by court (.3); confer with opposing counsel to confirm mediator selection (.2). | 0.60 | 255.00 |

| | | | | |
|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | 114000526 | |
| CLIENT NAME: | TRIBUNE COMPANY, THE | DATE: | 10/13/2010 | |
| FILE NUMBER: | 58215.000010 | PAGE: | 5 | |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/16/2010 | J J THORNTON | Initial review/analysis of Schwartz medical received pursuant to subpoena duces tecum; prepare and file parties' joint notice of selection of mediator. | 1.30 | 552.50 |
| 07/16/2010 | J D ELLIS | Review notice of selection of mediator. | 0.10 | 37.50 |
| 07/16/2010 | A R GOULD | Review and bates-number billing and medical records ███████████ ██████████████████████ ████████████████████████ responsive to subpoena. | 0.80 | 156.00 |
| 07/19/2010 | J J THORNTON | Communications with clients and opposing counsel (extensive) ███████████████████ ████████████(.7); work on deposition exhibit organization/preparation for Plaintiff's 7/27 depo and FPG witness depos on 7/28 (1.1); legal research regarding ADEA███████████████████ ████████████████████ ████████████████████ ████████████(.8). | 2.60 | 1,105.00 |
| 07/19/2010 | J D ELLIS | Email correspondence ██████ █████████with opposing counsel. | 0.20 | 75.00 |
| 07/20/2010 | J J THORNTON | Additional communications with clients and opposing counsel (extensive)███████████(.7); continued deposition exhibit organization/preparation for Plaintiff's 7/27 depo and FPG witness depos on 7/28 (1.1). | 1.80 | 765.00 |
| 07/20/2010 | J D ELLIS | Continued email correspondence ███████████████████with opposing counsel (.3); prepare/discuss strategy████████ ██(.2). | 0.50 | 187.50 |
| 07/20/2010 | A R GOULD | Compile discovery pleadings, parties production documents, and third-party document for attorney review in preparation for 7/27/10 videotaped deposition of plaintiff | 1.20 | 234.00 |

| | | | | |
|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | 114000526 | |
| CLIENT NAME: | TRIBUNE COMPANY, THE | DATE: | 10/13/2010 | |
| FILE NUMBER: | 58215.000010 | PAGE: | 6 | |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/21/2010 | J J THORNTON | Meeting at client offices ███████ ████████ (2.2); continued settlement negotiation and deposition scheduling communications with opposing counsel (.3); additional communications with client representatives regarding same (.1); review notice of deposition from Plaintiff for 7/28 (.1); review academic records ██████ received by subpoena (.3); review status of remaining (outstanding) subpoenas duces tecum with J. Ellis (.3). | 3.30 | 1,402.50 |
| 07/21/2010 | J D ELLIS | Prepare email correspondence regarding status of subpoenas and documents produced in response to subpoenas (.3); review/analyze information/notes ███████ (.3). | 2.10 | 787.50 |
| 07/21/2010 | A R GOULD | Bates-number supplemental documents for production. | 0.20 | 39.00 |
| 07/21/2010 | A R GOULD | Telephone conference with Cheryl Paul ████████████ | 0.20 | 39.00 |
| 07/21/2010 | A R GOULD | Review and bates-number academic documents received 7/21/10 █████████ responsive to subpoena. | 0.20 | 39.00 |
| 07/21/2010 | A R GOULD | Compile documents to be electronically transmitted for attorney review. | 0.40 | 78.00 |

| HUNTON & WILLIAMS LLP | | INVOICE: | 114000526 |
| CLIENT NAME: | TRIBUNE COMPANY, THE | DATE: | 10/13/2010 |
| FILE NUMBER: | 58215.000010 | PAGE: | 7 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| 07/22/2010 | J J THORNTON | Review/analysis of Schwartz' academic records █████████ and confer with client regarding same; and verify pleading of after acquired evidence defense; prepare correspondence to opposing counsel attaching supplemental production from FPG; review/analyze additional Schwartz medical records received pursuant to subpoena duces tecum; review letter from Cenveo regarding response to FPG's subpoena for Schwartz' employment records; review amended notice of depositions of FPG employees Nell, Adams, and Lane. | 2.10 | 892.50 |
| 07/22/2010 | J D ELLIS | Email correspondence ████████ ██████████████████████████ ██████████████████████████ regarding subpoena (.2); preparations for upcoming deposition, including email correspondence regarding particular documents and anticipated testimony (.3). | 0.50 | 187.50 |
| 07/23/2010 | J J THORNTON | Drafting of outline of topics, questions and exhibits for videotaped deposition of Plaintiff's Stanley Schwartz. | 7.10 | 3,017.50 |
| 07/23/2010 | J D ELLIS | Review/analyze documents received ███████████ (.5); email correspondence regarding additional production ████████ (.1); review/analyze letter from Cenveo regarding no records of Plaintiff (.1). | 0.70 | 262.50 |
| 07/26/2010 | J J THORNTON | Interview FPG witnesses T. Lane and S. Hurley at FPG offices ██████████ ██████████; continued preparation for 2/27 deposition of S. Schwartz, and work on deposition outline and exhibits; conference call with FPG manager T. Adams ███████ ██████████████; work on declaration of T. Lane and communications with client regarding same. | 7.70 | 3,272.50 |

| | | | | |
|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | 114000526 | |
| CLIENT NAME: | TRIBUNE COMPANY, THE | DATE: | 10/13/2010 | |
| FILE NUMBER: | 58215.000010 | PAGE: | 8 | |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/26/2010 | J D ELLIS | Telephone call from court reporter to confirm logistics for tomorrow's deposition (.1); compile pertinent documents for deposition (.3); email correspondence regarding communications to court reporter's office in Philadelphia (.1). | 0.50 | 187.50 |
| 07/27/2010 | A R GOULD | Review and bates-numbered medical records received 7/23/10 ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮responsive to subpoena. | 0.30 | 58.50 |
| 07/27/2010 | A R GOULD | Print additional documents for attorney for the 7/27/10 videotaped deposition of Stanley Schwartz. | 0.10 | 19.50 |
| 07/27/2010 | J J THORNTON | Final preparation for videotaped deposition of Schwartz; attend deposition and engage in pre-deposition settlement negotiations; confer with clients ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮; confirm general settlement terms with opposing counsel on record, and advise clients of same. | 2.80 | 1,190.00 |
| 07/30/2010 | M MASSIATTE | Legal research and analysis ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮; advice regarding same. | 2.00 | 780.00 |
| 07/31/2010 | M MASSIATTE | Prepare Settlement Agreement for Stanley Schwartz. | 2.40 | 936.00 |
| | | **TOTALS** | **67.80** | **25,819.50** |

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| J D ELLIS | Associate | 18.90 | 375.00 | 7,087.50 |
| M MASSIATTE | Associate | 4.40 | 390.00 | 1,716.00 |
| J F PAGET | Associate | 0.90 | 260.00 | 234.00 |
| J J THORNTON | Associate | 36.00 | 425.00 | 15,300.00 |
| A R GOULD | Paralegal | 7.60 | 195.00 | 1,482.00 |
| | **TOTAL FEES ($)** | | | **25,819.50** |

| | | | | |
|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | | INVOICE: | 114000526 |
| CLIENT NAME: | TRIBUNE COMPANY, THE | | DATE: | 10/13/2010 |
| FILE NUMBER: | 58215.000010 | | PAGE: | 9 |

| CODE | DESCRIPTION | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| E101 | Copying | | | 43.70 |
| | | TOTAL E101 COPYING | | 43.70 |
| E102 | Outside Printing | 07/13/2010 | Kenneth S Jaffe M.D. P.A. 07/13/10 Prepayment for copies of Schwartz medical records re: responsive to subpoena | 20.00 |
| E102 | Outside Printing | 07/15/2010 | Temple University 07/15/10 Processing for copy of academic records from Temple University | 25.00 |
| E102 | Outside Printing | 07/16/2010 | Medical Specialists of the Palm Beaches 07/16/10 Copies of medical and billing records responsive to subpoena re: Stanley Schwartz | 24.00 |
| | | TOTAL E102 OUTSIDE PRINTING | | 69.00 |
| E107 | Delivery/Messenger Services | | | 13.82 |
| | | TOTAL E107 DELIVERY/MESSENGER SERVICES | | 13.82 |
| E113 | Subpoena Fees | 07/15/2010 | Service of Process Inc 07/15/10 Service of subpoena on Cenveo Corporation | 80.00 |
| E113 | Subpoena Fees | 07/15/2010 | Service of Process Inc 07/15/10 Service of subpoena on Temple University, Office of University Counsel | 250.00 |
| E113 | Subpoena Fees | 07/20/2010 | Service of Process Inc 07/12/10 Service of subpoena on Dr. Ebrahim Hoosien, MD | 60.00 |
| E113 | Subpoena Fees | 07/20/2010 | Service of Process Inc 07/13/10 Service of subpoena on Dr. Kenneth S. Jaffe, MD | 60.00 |
| E113 | Subpoena Fees | 07/20/2010 | Service of Process Inc 07/13/10 Service of subpoena on Dr. Stuart M. Popowitz, MD Urology Center of South Florida | 60.00 |
| E113 | Subpoena Fees | 07/20/2010 | Service of Process Inc 07/13/10 Service of subpoena on Dr. Stephen E. Krasner Medical Specialists of The Palm Beaches, Inc. | 60.00 |
| | | TOTAL E113 SUBPOENA FEES | | 570.00 |
| E116 | Trial Transcripts | 07/31/2010 | Esquire Deposition Solutions 07/27/10 Video depositon and appearance fee re: Stanley Schwartz | 525.00 |
| | | TOTAL E116 TRIAL TRANSCRIPTS | | 525.00 |
| | | **TOTAL CURRENT EXPENSES** | | **1,221.52** |

# EXHIBIT B

# FEE SUMMARY

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## MAY 1, 2010 THROUGH MAY 31, 2010

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James J. Thornton | Associate/Labor & Employment | $425.00 | 36.00 | $15,300.00 |
| Michael W. Massiatte | Associate/Labor & Employment | $390.00 | 4.40 | $1,716.00 |
| Jennifer D. Ellis | Associate/Labor & Employment | $375.00 | 18.90 | $7,087.50 |
| Amelia R. Gould | Paralegal/Labor & Employment | $195.00 | 7.60 | $1,482.00 |
| Turnstone Investigative Group | Investigator | $250.00 | 1.50 | $375.00 |
| **Total** | | | **43.20** | **$16,872.50** |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune Adv. Schwartz | 43.20 | $16,872.50 |
| **Total** | **43.20** | **$16,872.50** |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James J. Thornton | Associate/Labor & Employment | $425.00 | 8.70 | $5,775.00 |
| Jennifer D. Ellis | Associate/Labor & Employment | $375.00 | 15.40 | $3,697.50 |
| Amelia R. Gould | Paralegal/Labor & Employment | $195.00 | 1.40 | $273.00 |
| Total | | | 25.50 | $9,745.50 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune Adv. Schwartz | 25.50 | $9,745.50 |
| Total | 25.50 | $9,745.50 |

3

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## JULY 1, 2010 THROUGH JULY 31, 2010

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James J. Thornton | Associate/Labor & Employment | $425.00 | 36.00 | $15,300.00 |
| Michael W. Massiatte | Associate/Labor & Employment | $390.00 | 4.40 | $1,716.00 |
| Jennifer D. Ellis | Associate/Labor & Employment | $375.00 | 18.90 | $7,087.50 |
| Justin F. Paget | Associate/Bankruptcy | $260.00 | 0.90 | $234.00 |
| Amelia R. Gould | Paralegal/Labor & Employment | $195.00 | 7.60 | $1,482.00 |
| **Total** | | | **67.80** | **$25,809.50** |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune Adv. Schwartz | 67.80 | $25,819.50 |
| **Total** | **67.80** | **$25,809.50** |

4

# EXHIBIT C

# EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Expense Category | Total Expenses |
|---|---|
| Copying | $4.50 |
| Delivery Services/Messengers | $8.37 |
| Total | $12.87 |

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Expense Category | Total Expenses |
|---|---|
| Copying | $38.10 |
| Online Research | $8.75 |
| **Total** | **$46.85** |

3

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Expense Category | Total Expenses |
|---|---|
| Copying | $43.70 |
| Outside Printing | $69.00 |
| Delivery Service/Messengers | $13.82 |
| Subpoena Fees | $570.00 |
| Trial Transcripts | $525.00 |
| **Total** | **$1,221.52** |

4

99900.12745 EMF_US 32762294v1