# EXHIBIT A

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774614
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through September 30, 2010

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/02/10 | N. Riesco | L120 | 0 | Compose email to client regarding strategy on newly filed complaint and service of process. | 0.20 | 78.00 |
| 09/08/10 | N. Riesco | L120 | 0 | Review and analyze plaintiff's proposed protective order, first set of document request and first set of interrogatories (.60); compose email to G. Pauling regarding same (.20); compose correspondence to A. Jubelirer and G. Silva regarding same and strategy regarding deposition scheduling (.40). | 1.20 | 468.00 |
| 09/14/10 | N. Riesco | C300 | 0 | Communications with A. Jubelirer and G. Silva regarding service of new Parker complaint and strategy responding to same. | 0.30 | 117.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/16/10 | N. Riesco | L310 | 0 | Review plaintiff's discovery requests and draft protective order (.30); communications with P. Bender regarding plaintiff's medical authorizations (.30); draft objections and responses to plaintiff's interrogatories and document requests (2.0); draft list of items needed from CTC document production (.20). | 2.80 | 1,092.00 |
| 09/17/10 | N. Riesco | L310 | 0 | Prepare and issue subpoenas for plaintiff's medical providers. | 0.70 | 273.00 |
| 09/17/10 | K. Goodwin | C200 | 0 | Legal research regarding sexual harassment or gender discrimination suits filed against the New York Times since 2007. | 1.80 | 549.00 |
| 09/28/10 | N. Riesco | L190 | 0 | Compose email to G. Silva regarding items needed for discovery. | 0.40 | 156.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 7.40 | |
| **Total Fees** | | | $2,733.00 |
| **Less Discount** | | | ($273.30) |
| **Total Fees After Discount** | | | $2,459.70 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 5.60 | hours at | $390.00 | per hour |
| K. Goodwin | Associate | - | 1.80 | hours at | $305.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 4.50 |
| Facsimile | 10.00 |



Chicago Tribune Company

| Disbursements | Value | |
|---|---|---|
| Online Research | 46.97 | |
| **Total Disbursements** | | 61.47 |
| **Total Amount Due** | | $2,521.17 |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1774614
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,733.00 |
| Less Discount | ($273.30) |
| Total Fees after Discount | $2,459.70 |
| Total Disbursements | 61.47 |
| Total Fees and Disbursements This Statement | $2,521.17 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH SHAW LLP
## ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774368
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through September 30, 2010

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/13/10 | K. Michaels | C300 | 0 | Review of draft sales assistant settlement agreement. | 0.40 | 228.00 |
| 09/14/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding review of sales assistant settlement. | 0.20 | 114.00 |
| 09/23/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes regarding settlement of layoff cases. | 0.10 | 57.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $399.00 |
| **Less Discount** | | ($39.90) |
| **Total Fees After Discount** | | $359.10 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

**Timekeeper Summary**

| K. Michaels | Partner | – | 0.70 | hours at | $570.00 | per hour |

**Total Disbursements**                  0.00

**Total Amount Due**                  $359.10

# SEYFARTH
### ATTORNEYS    SHAW LLP

31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1774368
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $399.00 |
| Less Discount | ($39.90) |
| Total Fees after Discount | $359.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $359.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774369
0276 12575 / 12575-000298
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through September 30, 2010

### Parking Rate Increase Grievance; Case No. 16 300 00214 10

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Out-of-Town Travel** | |
| 08/23/10 | Out-of-Town Travel - AMERICAN EXPRESS MICHAELS/KRISTIN CHICAGO/MDWAY-BALTIMORE - CHICAGO/MDWAY 08/03/2010 | 293.40 |
| 08/23/10 | Out-of-Town Travel - AMERICAN EXPRESS MICHAELS/KRISTIN CHICAGO/MDWAY-BALTIMORE - CHICAGO/MDWAY 07/26/2010 | 314.40 |

**Total Disbursements** 607.80

**Total Fees And Disbursements This Statement** $607.80

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1774369
0276 12575 / 12575-000298
Parking Rate Increase Grievance; Case No. 16 300
00214 10

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Disbursements | 607.80 |
| Total Fees and Disbursements This Statement | $607.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774615
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through September 30, 2010

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/02/10 | N. Riesco | L120 | 0 | Review and consider correspondence from opposing counsel regarding supplemental discovery requests (.20); communication with G. Pauling regarding same (.10); compose email to client regarding outstanding issues (.20). | 0.50 | 195.00 |
| 09/07/10 | N. Riesco | P230 | 0 | Communications with A. Jubelirer and G. Silva regarding A. Fremderman police report and request for personnel files of various employees. | 0.40 | 156.00 |
| 09/08/10 | N. Riesco | C300 | 0 | Communications with G. Silva regarding requested documentation. | 0.20 | 78.00 |
| 09/13/10 | N. Riesco | L120 | 0 | Conference with G. Pauling to discuss pending items, potential supplemental production and response to request for employee personnel files. | 0.20 | 78.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/15/10 | N. Riesco | L230 | 0 | Attend status hearing before Judge Kennelly (.50); review and redact personnel files of A. Fremderman, J. Llamas, L. Moreno and M. Luna for production (1.10); draft correspondence to A. Jubelirer regarding status hearing and discovery issues (.40); call from G. Silva regarding same (.50). | 2.50 | 975.00 |
| 09/16/10 | N. Riesco | L320 | 0 | Draft correspondence to opposing counsel detailing objections to supplemental discovery requests (.90); prepare documents for production (.80); draft revised protective order (.30). | 2.00 | 780.00 |
| 09/21/10 | N. Riesco | L120 | 0 | Review plaintiff's deposition transcript (.60); review materials in connection with witness preparation of R. Hoshell and L. Gresham (1.9). | 1.90 | 741.00 |
| 09/22/10 | N. Riesco | L330 | 0 | Conduct witness deposition preparation of R. Hoshell and L. Gresham at Northlake facility. | 5.00 | 1,950.00 |
| 09/23/10 | N. Riesco | L330 | 0 | Defend depositions of R. Hoshell and L. Gresham (8.50); compose email to G. Pauling regarding update (.20). | 8.70 | 3,393.00 |
| 09/26/10 | N. Riesco | L430 | 0 | Revise motion for entry of protective order. | 0.30 | 117.00 |

**Total Hours**      21.70

**Total Fees**      $8,463.00

**Less Discount**      ($846.30)

**Total Fees After Discount**      $7,616.70

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 21.70 | hours at | $390.00 | per hour |



Tribune Company

| **Disbursements** | **Value** |
|---|---|
| Copying | 65.70 |
| Meals | 40.00 |
| **Total Disbursements** | 105.70 |
| **Total Amount Due** | $7,722.40 |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1774615
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $8,463.00 |
| Less Discount | ($846.30) |
| Total Fees after Discount | $7,616.70 |
| Total Disbursements | 105.70 |
| Total Fees and Disbursements This Statement | $7,722.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774612
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through September 30, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/01/10 | J. Meer | L160 | 0 | Exchange emails with D. Rotman regarding settlement agreement. | 0.30 | 171.00 |
| 09/01/10 | J. Meer | L160 | 0 | Telephone conference with M. Fischer and A. Foran regarding settlement agreement. | 0.50 | 285.00 |
| 09/03/10 | J. Meer | L160 | 0 | Telephone conference with O. Nosrati regarding status of settlement agreement. | 0.40 | 228.00 |
| 09/03/10 | J. Meer | L190 | 0 | Telephone conference with M. Fischer regarding "comfort order" to be filed with bankruptcy court and timing for filing same. | 0.40 | 228.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
## SHAW LLP
### ATTORNEYS

Invoice No. 1774612

Page 2

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/08/10 | J. Meer | L110 | 0 | Telephone conference with M. Fischer and A. Froman regarding revisions from plaintiff's counsel to settlement agreement. | 0.80 | 456.00 |
| 09/08/10 | J. Meer | L110 | 0 | Preparation of revised settlement agreements to incorporate revisions from plaintiff's counsel. | 1.90 | 1,083.00 |
| 09/08/10 | J. Meer | L110 | 0 | Review e-mail from plaintiff's counsel regarding revisions. | 0.40 | 228.00 |
| 09/09/10 | J. Meer | L110 | 0 | Exchange voicemails with mediator regarding settlement terms that are still in dispute. | 0.20 | 114.00 |
| 09/09/10 | J. Meer | L110 | 0 | Review settlement agreements based on most recent changes suggested by plaintiff's counsel. | 1.20 | 684.00 |
| 09/09/10 | J. Meer | L110 | 0 | Preparation of e-mail to co-counsel regarding settlement terms in dispute. | 0.40 | 228.00 |
| 09/10/10 | J. Meer | L160 | 0 | Review emails regarding revisions to various versions of settlement agreements; respond to emails regarding same. | 0.60 | 342.00 |
| 09/13/10 | J. Meer | L160 | 0 | Exchange emails with M. Fischer regarding settlement agreement. | 0.40 | 228.00 |
| 09/13/10 | J. Meer | L160 | 0 | Telephone conference with D. Rotman regarding revisions to settlement agreement. | 0.90 | 513.00 |
| 09/13/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding settlement status. | 0.60 | 342.00 |
| 09/13/10 | J. Meer | L190 | 0 | Exchange emails with O. Nosrati regarding settlement issues. | 0.30 | 171.00 |
| 09/13/10 | J. Meer | L190 | 0 | Revise separate settlement agreement between Defendants. | 0.80 | 456.00 |
| 09/13/10 | M. Afar | L110 | 0 | Prepare summary from MOU regarding bankruptcy comfort order language. | 0.50 | 40.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/14/10 | J. Meer | L160 | 0 | Lengthy telephone conference with I. Goldstone regarding status of settlement negotiations and settlement agreement. | 0.80 | 456.00 |
| 09/14/10 | J. Meer | L160 | 0 | Telephone conference with D. Rotman regarding same. | 0.60 | 342.00 |
| 09/14/10 | J. Meer | L190 | 0 | Prepare email to D. Rotman regarding same. | 0.60 | 342.00 |
| 09/14/10 | J. Meer | L190 | 0 | Review plaintiffs's latest version of proposed settlement agreement. | 0.60 | 342.00 |
| 09/14/10 | M. Afar | L110 | 0 | Telephone conference with I. Goldstone regarding status of settlement agreement (.3); review and discuss with J. Meer regarding provisions of final draft of proposed settlement agreement from K. Moskowitz (2.0). | 2.30 | 184.00 |
| 09/14/10 | M. Afar | L110 | 0 | Review emails for all drafts of settlement agreements and general releases (.5); organize files in preparation for final mediation conference for J. Meer in San Francisco (.5). | 1.00 | 80.00 |
| 09/15/10 | J. Meer | L190 | 0 | Exchange emails with O. Nosroti regarding latest revisions to settlement agreement. | 0.20 | 114.00 |
| 09/15/10 | J. Meer | L190 | 0 | Prepare email to I. Goldstone regarding resuming mediation. | 0.40 | 228.00 |
| 09/15/10 | J. Meer | L190 | 0 | Telephone conference with D. Rotman regarding resuming mediation. | 0.50 | 285.00 |
| 09/15/10 | J. Meer | L190 | 0 | Telephone conference with M. Fischer regarding same. | 0.30 | 171.00 |
| 09/16/10 | J. Meer | L160 | 0 | Exchange emails with O. Nosrati regarding settlement agreement and latest revisions. | 0.30 | 171.00 |
| 09/21/10 | J. Meer | L160 | 0 | Prepare for mediation, including redlines of most current versions of all three settlement agreements. | 0.60 | 342.00 |

# SEYFARTH
### ATTORNEYS  SHAW LLP

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/21/10 | S. Kwan | L120 | 0 | Commence review of case background in preparation of mediation. | 0.50 | 147.50 |
| 09/22/10 | J. Meer | L190 | 0 | Exchange emails with D. Rotman regarding redline and track changes for various versions of the settlement agreement. | 0.40 | 228.00 |
| 09/22/10 | M. Afar | L110 | 0 | Prepare settle agreements and CDs for mediation. | 0.70 | 56.00 |
| 09/23/10 | J. Meer | L190 | 0 | Exchange emails with D. Rotman regarding issues to be addressed at mediation. | 0.40 | 228.00 |
| 09/23/10 | S. Kwan | L160 | 0 | Review various versions of draft settlement agreement and further background information in preparation of mediation (1.4); e-mail correspondence to D. Rotman regarding settlement agreements (.1). | 1.50 | 442.50 |
| 09/24/10 | J. Meer | L160 | 0 | Appear at mediation. | 11.50 | 6,555.00 |
| 09/24/10 | J. Meer | L190 | 0 | Confidential conference with I. Goldstone regarding post-mediation issues. | 0.80 | 456.00 |
| 09/24/10 | J. Meer | L190 | 0 | Roundtrip travel between Los Angeles and San Francisco for mediation ($570.00 x 3.50 hrs = 1995.00). | 3.50 | 997.50 |
| 09/24/10 | S. Kwan | L160 | 0 | Attend mediation. | 9.30 | 2,743.50 |
| 09/24/10 | S. Kwan | L160 | 0 | Travel to/from San Francisco for mediation (4.2); ($295.00 x 4.20 hrs = $1,239.00) | 4.20 | 619.50 |
| 09/26/10 | J. Meer | L160 | 0 | Prepare email to M. Fischer and O. Nosroti regarding additional settlement documents to be signed in order to finalize settlement and dismissal of lawsuit. | 0.40 | 228.00 |
| 09/27/10 | J. Meer | L120 | 0 | Exchange emails with A. Foran regarding indemnification issues involving Tribune. | 0.10 | 57.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1774612

Page 5

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/27/10 | J. Meer | L160 | 0 | Telephone conference with M. Fischer regarding revisions to settlement agreement. | 0.40 | 228.00 |
| 09/27/10 | J. Meer | L160 | 0 | Exchange emails with D. Rocklin regarding revisions to settlement agreement with Chubb. | 0.30 | 171.00 |
| 09/27/10 | J. Meer | L160 | 0 | Telephone conference with D. Rocklin regarding revisions to settlement agreement with Chubb. | 0.40 | 228.00 |
| 09/27/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer regarding revisions to settlement agreement. | 0.30 | 171.00 |
| 09/27/10 | J. Meer | L190 | 0 | Prepare chronology of redlines for the outstanding settlement agreement that still need to be revised. | 0.80 | 456.00 |
| 09/27/10 | J. Meer | L190 | 0 | Research involving tax issues involving assignment of compromised indemnification claim. | 0.80 | 456.00 |
| 09/27/10 | M. Afar | L110 | 0 | Review settlement agreements in preparation for meeting with M. Fischer (.8); telephone conference with J. Meer and M. Fischer (.2). | 1.00 | 80.00 |
| 09/27/10 | J. Whong | L190 | 0 | Research regarding tax implications associated with indemnification payments. | 0.30 | 169.50 |
| 09/28/10 | J. Meer | L160 | 0 | Exchange emails with K. Moskowitz regarding settlement agreement status. | 0.40 | 228.00 |
| 09/28/10 | J. Meer | L160 | 0 | Exchange emails with D. Rocklin regarding same. | 0.40 | 228.00 |
| 09/28/10 | J. Meer | L160 | 0 | Telephone conference with I. Goldstone regarding status update on settlement agreement language. | 0.60 | 342.00 |
| 09/28/10 | J. Meer | L160 | 0 | Revise settlement agreement language. | 0.60 | 342.00 |
| 09/28/10 | J. Meer | L160 | 0 | Meeting with M. Fischer to revise settlement agreement language. | 1.60 | 912.00 |

# SEYFARTH
### ATTORNEYS  SHAW LLP

Invoice No. 1774612

Page. 6

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/28/10 | M. Afar | L110 | 0 | Meeting with J. Meer and M. Fischer regarding settlement agreements and language. | 2.60 | 208.00 |
| 09/28/10 | P. Drizner | C300 | 0 | Research concerning tax treatment of indemnification payment by company to executive in connection with lawsuit against executive (2.0); prepare e-mail to J. Whong regarding same (.5). | 2.50 | 1,262.50 |
| 09/29/10 | J. Meer | L190 | 0 | Review and respond to various emails regarding execution of final settlement agreement documents, preparation of comfort order, and related issues. | 1.20 | 684.00 |
| 09/29/10 | M. Afar | L110 | 0 | Prepare settlement agreements and exhibits for circulation to all parties (1.3); organize and manage distribution and coordinate signatures and responses (.5); call with I. Goldstone regarding new language and additions to agreements (.3); emails with J. Meer regarding status of signatures and answers to questions from I. Goldstone (.2). | 2.30 | 184.00 |
| 09/29/10 | J. Whong | L190 | 0 | Review tax research findings regarding indemnification and draft correspondence re: "gross-up" analysis. | 0.50 | 282.50 |
| 09/30/10 | J. Meer | L190 | 0 | Exchange multiple emails with co-counsel and opposing counsel regarding finalizing settlement agreements, comfort orders and related issues. | 1.50 | 855.00 |
| 09/30/10 | M. Afar | L110 | 0 | Coordinate changes to agreements and signatures; finalize settlement agreements between all parties. | 2.00 | 160.00 |

| | | |
|---|---|---|
| **Total Hours** | 72.60 | |
| **Total Fees** | | $29,260.00 |
| **Less Discount** | | ($2,926.00) |
| **Total Fees After Discount** | | $26,334.00 |

# SEYFARTH
**ATTORNEYS**   SHAW LLP

Invoice No. 1774612

Page 7

Ira H. Goldstone

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 3.50 | hours at | $285.00 | per hour |
| J. Meer | Partner | - | 37.90 | hours at | $570.00 | per hour |
| S. Kwan | Associate | - | 4.20 | hours at | $147.50 | per hour |
| S. Kwan | Associate | - | 11.30 | hours at | $295.00 | per hour |
| M. Afar | Law Clerk | - | 12.40 | hours at | $80.00 | per hour |
| P. Drizner | Partner | - | 2.50 | hours at | $505.00 | per hour |
| J. Whong | Partner | - | 0.80 | hours at | $565.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Copying** | |
| 09/02/10 | Copying | 0.50 |
| | **Travel** | |
| 09/09/10 | Travel - JON D. MEER Baggage Fee Expense - Attend Case Management Conference at LA Superior Court 04/111/10 | 25.00 |
| 09/09/10 | Travel - JON D. MEER Baggage Fee 05/13/10 | 25.00 |
| 09/09/10 | Travel - JON D. MEER Dinner with D. Hyun, I Goldstone and M. Fischer while at mediation in San Francisco 05/11/10 @ AME Rest. | 317.62 |
| 09/09/10 | Travel - JON D. MEER Hotel while at mediation in SF @ St Regis 05/12-13/10 | 329.41 |
| 09/09/10 | Travel - JON D. MEER Hotel Expense for Jon Meer and Ira Goldstone while at mediation in SF @ St Regis 05/11-12/10 (second day of mediation) | 988.23 |
| | **Meals** | |
| 09/09/10 | Meals - JON D. MEER Breakfast Expense while at mediation in SF 05/13/10 @ Just Desserts | 6.30 |
| 09/09/10 | Meals - JON D. MEER Dinner while at mediation in SF 05/12/10 | 10.00 |
| 09/09/10 | Meals - JON D. MEER Lunch Expense for Jon Meer and Ira Goldstone while at mediation in SF 05/12/10 | 35.66 |
| 09/09/10 | Meals - JON D. MEER Breakfast Expense for Jon Meer and Ira Goldstone while at mediation in SF 05/12/10 | 58.50 |
| 09/09/10 | Meals - JON D. MEER Dinner with I. Goldstone while at mediation in SF 05/12/10 @ Salt House | 115.09 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Ira H. Goldstone

| | |
|---|---|
| **Total Disbursements** | 1,911.31 |
| **Total Amount Due** | $28,245.31 |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1774612
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $29,260.00 |
| Less Discount | ($2,926.00) |
| Total Fees after Discount | $26,334.00 |
| Total Disbursements | 1,911.31 |
| Total Fees and Disbursements This Statement | $28,245.31 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774376
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through September 30, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/03/10 | J. McManus | B110 | 0 | Revise response to fee auditor's report. | 0.40 | 108.00 |
| 09/07/10 | J. McManus | B110 | 0 | Prepare Tenth Monthly Fee Application charts. | 0.80 | 216.00 |
| 09/08/10 | J. McManus | B110 | 0 | Revise response to fee examiner (.40); e-mail communications to timekeepers regarding edits to response (.20). | 0.60 | 162.00 |
| 09/09/10 | J. McManus | B110 | 0 | Revise charts for Ninth Monthly Fee Application. | 0.60 | 162.00 |
| 09/10/10 | J. Sherman | C300 | 0 | Redact invoices for privilege in connection with Tenth Monthly Fee Application (.60); review of invoices and prepare details to respond to questions raised in fee examiner's report and direction to J. McManus related to same (.50). | 1.10 | 753.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/10/10 | J. McManus | B110 | 0 | Conference with J. Sherman regarding response to fee examiner's report (.10); revise same (.30); revise Ninth Monthly Fee Application (.80). | 1.10 | 297.00 |
| 09/14/10 | J. McManus | B110 | 0 | Investigate items flagged in fee examiner's report regarding Seyfarth's Second Quarterly Fee Application. | 0.30 | 81.00 |
| 09/15/10 | J. McManus | F999 | 0 | Finalize first response to fee examiner's report and forward same (.70); review fee examiner's report regarding Seyfarth's Second Quarterly Fee Application (.10); begin response to same (.40); conference with J. Sherman regarding same (.10); prepare Tenth Monthly Fee Application (1.0). | 2.40 | 648.00 |
| 09/16/10 | J. McManus | B110 | 0 | Prepare Tenth Monthly Fee Application. | 0.80 | 216.00 |
| 09/20/10 | J. McManus | B110 | 0 | Revise Ninth Monthly Fee Application pleading charts (.60); investigate responses to fee examiner's report regarding Second Quarterly Fee Application (.40). | 1.00 | 270.00 |
| 09/20/10 | A. Shepro | B160 | 0 | Edit monthly fee application for June submission with employee names, issues, and expenses (2.9); discuss with J. McManus (.30). | 3.20 | 320.00 |
| 09/21/10 | J. McManus | B110 | 0 | Prepare response to fee examiner's report regarding Second Quarterly Fee Application. | 0.60 | 162.00 |
| 09/22/10 | J. McManus | B110 | 0 | Review and revise Tenth Monthly Fee Application (1.10); conference with J. Sherman regarding same (.10). | 1.20 | 324.00 |
| 09/23/10 | J. McManus | B110 | 0 | Investigate responses to fee examiner's report regarding Second Quarterly Fee Application. | 0.40 | 108.00 |
| 09/23/10 | A. Shepro | B160 | 0 | Edit fee application with June amounts (.60); discuss same with J. McManus (.30). | 0.90 | 90.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 09/24/10 | J. Sherman | L120 | 0 | Review of Ninth Monthly Fee Application for period of June 1, 2010 through June 30, 2010. | 0.40 | 274.00 |
| 09/24/10 | J. McManus | B110 | 0 | Finalize charts for Ninth Monthly Fee Application (.60); revise pleading portion of Ninth Fee Application (.70); conference with J. Sherman regarding same (.10); revise Tenth Monthly Fee Application (.60); conference with A. Shepro regarding same (.20). | 2.20 | 594.00 |
| 09/24/10 | A. Shepro | B160 | 0 | Edit fee application and review amounts entered (1.9); discuss with J. McManus (.60). | 2.50 | 250.00 |
| 09/27/10 | J. Sherman | L120 | 0 | Review of Tenth Monthly Fee Application. | 0.30 | 205.50 |
| 09/27/10 | J. McManus | B110 | 0 | Finalize Ninth Monthly Fee Application (.80); finalize Tenth Monthly Fee Application (.90). | 1.70 | 459.00 |
| 09/28/10 | J. McManus | B110 | 0 | Finalize, compile and forward Ninth and Tenth Monthly Fee Applications to be filed with the court. | 0.40 | 108.00 |
| 09/29/10 | J. McManus | B110 | 0 | Revise response to fee examiner. | 0.20 | 54.00 |
| 09/30/10 | J. McManus | B110 | 0 | Prepare Eleventh Monthly Fee Application (.90); draft Fourth Quarterly Fee Application (1.30). | 2.20 | 594.00 |

**Total Hours**                                                                                         25.30

**Total Fees**                                                                                          $6,456.00

**Less Discount**                                                                                       ($645.60)

**Total Fees After Discount**                                                                           $5,810.40

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.80 | hours at | $685.00 | per hour |
| J. McManus | Paralegal | - | 16.90 | hours at | $270.00 | per hour |
| A. Shepro | Legal Asst. | - | 6.60 | hours at | $100.00 | per hour |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company/Sherman

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $5,810.40 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1774376
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,456.00 |
| Less Discount | ($645.60) |
| Total Fees after Discount | $5,810.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $5,810.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774386
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2010

### Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/14/10 | E. Cerasia II | L160 | 0 | Email correspondence with plaintiffs' and Mitchell's counsel regarding status of response to plaintiffs' settlement proposal. | 0.10 | 72.00 |
| 09/20/10 | E. Cerasia II | L160 | 0 | Review/analyze plaintiffs' settlement demand to prepare for call with Mitchell's counsel. | 0.20 | 144.00 |
| 09/20/10 | E. Cerasia II | L160 | 0 | Telephone conference with D. Warner (counsel for Mitchell's defendants) regarding plaintiffs' settlement proposal. | 0.30 | 216.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/29/10 | E. Cerasia II | L160 | 0 | Telephone conference with K. Lantry regarding status of settlement, proposed bankruptcy plan, and next steps in communicating with plaintiffs' counsel (.10); prepare follow-up email correspondence to K. Lantry (cc: J. Osick) regarding my voice mail to M. Palmer regarding next steps (.10). | 0.20 | 144.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.80 | |
| **Total Fees** | | $576.00 |
| **Less Discount** | | ($57.60) |
| **Total Fees After Discount** | | $518.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.80 | hours at | $720.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $518.40 |

# SEYFARTH
## SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1774386
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $576.00 |
| Less Discount | ($57.60) |
| Total Fees after Discount | $518.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $518.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774389
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2010

## Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 09/01/10 | E. Cerasia II | L310 | 0 | Revise WPIX's Rule 26(a) disclosures, and discuss same with J. Chylinski. | 0.20 | 144.00 |
| 09/01/10 | J. Chylinski | L310 | 0 | Revise and edit initial disclosures. | 0.20 | 71.00 |
| 09/08/10 | E. Cerasia II | L310 | 0 | Revise summary of potential witness' testimony for Rule 26 disclosure. | 0.30 | 216.00 |
| 09/08/10 | E. Cerasia II | L310 | 0 | Revise WPIX's Rule 26 disclosure (.10); email correspondence with A. Jubelirer and with J. Chylinski regarding same and basis for naming certain individuals (.20). | 0.30 | 216.00 |
| 09/10/10 | E. Cerasia II | L110 | 0 | Email correspondence with WPIX witnesses and A. Jubelirer to arrange times to discuss background facts. | 0.20 | 144.00 |
| 09/10/10 | E. Cerasia II | L310 | 0 | Telephone conference with A. Jubelirer regarding revisions to WPIX's Rule 26 disclosures as to potential witnesses to support defenses. | 0.20 | 144.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/10/10 | E. Cerasia II | L310 | 0 | Revise latest draft of WPIX's Rule 26 disclosures as to witnesses and email with J. Chylinski regarding same. | 0.10 | 72.00 |
| 09/17/10 | E. Cerasia II | L110 | 0 | Telephone conference with J. Houseman and A. Jubelirer regarding factual background. | 0.50 | 360.00 |
| 09/21/10 | E. Cerasia II | L190 | 0 | Review K. Rubenstein's draft of case management plan (.10); email correspondence with WPIX witnesses regarding scheduling times to speak (.40). | 0.50 | 360.00 |
| 09/21/10 | J. Chylinski | L120 | 0 | Review and analysis of client materials for information, documents and emails regarding J. Seminieor and W. Surrat. | 1.70 | 603.50 |
| 09/22/10 | E. Cerasia II | L110 | 0 | Prepare for and conduct telephone interview with J. Bellucci regarding background facts. | 1.10 | 792.00 |
| 09/22/10 | E. Cerasia II | L310 | 0 | Email correspondence with K. Rubenstein regarding case management plan. | 0.10 | 72.00 |
| 09/23/10 | E. Cerasia II | L110 | 0 | Prepare for conduct telephone interview of A. Waldman with A. Jubelirer. | 0.90 | 648.00 |
| 09/24/10 | E. Cerasia II | L110 | 0 | Telephone conference with J. Seminario and A. Jubelirer regarding background facts. | 0.40 | 288.00 |

**Total Hours**                                                                                    6.70

**Total Fees**                                                                                    $4,130.50

**Less Discount**                                                                               ($413.05)

**Total Fees After Discount**                                                          $3,717.45

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 4.80 | hours at | $720.00 | per hour |
| J. Chylinski | Associate | - | 1.90 | hours at | $355.00 | per hour |



Tribune Company

| Disbursements | Value |
|---|---|
| Long Distance Telephone | 3.85 |
| Long Distance Telephone | 11.06 |
| Online Research -  PACER SERVICE CENTER | 0.16 |
| **Total Disbursements** | 15.07 |
| **Total Amount Due** | $3,732.52 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN.
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1774389
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,130.50 |
| Less Discount | ($413.05) |
| Total Fees after Discount | $3,717.45 |
| Total Disbursements | 15.07 |
| Total Fees and Disbursements This Statement | $3,732.52 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774390
0835 68308 / 68308-000006
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2010

### WPIX - General Labor and Employment Advice

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/08/10 | E. Cerasia II | C300 | 0 | Review demand letter from V. Tyler's attorney (.10 hrs); prepare email to A. Jubelirer regarding same (.10 hrs). | 0.20 | 144.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $144.00 |
| **Less Discount** | | ($14.40) |
| **Total Fees After Discount** | | $129.60 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.20 | hours at | $720.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company

**Total Disbursements**      0.00

**Total Amount Due**      $129.60

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1774390
0835 68308 / 68308-000006
WPIX - General Labor and Employment Advice

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $144.00 |
| Less Discount | ($14.40) |
| Total Fees after Discount | $129.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $129.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774406
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through September 30, 2010

## East Coast Properties

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/27/10 | C. Olson | C300 | 0 | Discussion with D. Bralow and T. Haley regarding work on best practices (.20); pull examples (.10). | 0.30 | 204.00 |
| 09/28/10 | T. Haley | C300 | | Locate and review home delivery agreements (.20); correspondence to D. Bralow regarding same (.30). | 0.50 | 332.50 |
| 09/29/10 | T. Haley | C300 | 0 | Search for and provide sample single copy contract to D. Bralow. | 0.70 | 465.50 |

| | | |
|---|---|---|
| **Total Hours** | 1.50 | |
| **Total Fees** | | $1,002.00 |
| **Less Discount** | | ($100.20) |
| **Total Fees After Discount** | | $901.80 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


ATTORNEYS LLP

Tribune Company/Olson

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Haley | Partner | - | 1.20 | hours at | $665.00 | per hour |
| C. Olson | Partner | - | 0.30 | hours at | $680.00 | per hour |

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                    $901.80

# SEYFARTH
### ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

Invoice No. 1774406
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,002.00 |
| Less Discount | ($100.20) |
| Total Fees after Discount | $901.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $901.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774404
0276 17832 / 17832-000034
WIST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through September 30, 2010

**Country Club Matter 0000001901**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/20/10 | S. Carlson | L120 | | Preparation for and telephone conference with client regarding records retention issues in light of conversion of data systems. | 1.20 | 666.00 |
| 09/27/10 | S. Carlson | L120 | | Communications with C. Olson regarding status of issues (.3); review of IT materials related to conversion of systems and documentation of same (.7). | 1.00 | 555.00 |

| | | |
|---|---|---|
| **Total Hours** | | 2.20 |
| **Total Fees** | | $1,221.00 |
| **Less Discount** | | ($122.10) |
| **Total Fees After Discount** | | $1,098.90 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**  **SHAW** LLP

Los Angeles Times

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S. Carlson | Partner | - | 2.20 | hours at | $555.00 | per hour | |

**Total Disbursements**                                                0.00

**Total Amount Due**                                                $1,098.90

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

Invoice No. 1774404
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,221.00 |
| Less Discount | ($122.10) |
| Total Fees after Discount | $1,098.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,098.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

1 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774374
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through September 30, 2010

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/13/10 | M. Sank | L450 | 0 | Prepare for status conference. | 0.80 | 304.00 |
| 09/15/10 | M. Sank | L120 | 0 | Prepare for status conference and argument by plaintiff that the case be restored to the active civil list and set for trial. | 1.50 | 570.00 |
| 09/16/10 | M. Sank | L450 | 0 | Attend court status conference. | 2.60 | 988.00 |
| 09/16/10 | T. Hix | L120 | 0 | Email exchange with client outcome of status conference. | 0.20 | 95.00 |

| | | |
|---|---|---|
| **Total Hours** | 5.10 | |
| **Total Fees** | | $1,957.00 |
| **Less Discount** | | ($195.70) |
| **Total Fees After Discount** | | $1,761.30 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Los Angeles Times (Sherman)

### Timekeeper Summary

| M. Sank | Associate | - | 4.90 | hours at | $380.00 | per hour |
|---------|-----------|---|------|----------|---------|----------|
| T. Hix | Partner | - | 0.20 | hours at | $475.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 09/15/10 | Copying | 1.20 |
| | **Long Distance Telephone** | |
| 09/16/10 | Long Distance Telephone | 0.70 |
| | **Online Research** | |
| 09/15/10 | Inv#: 821486144 Office: LOS ANGELES User: SANK, MAX S TRANSACTIONAL ONLINE FINDS | 14.38 |
| 09/15/10 | Inv#: 821486144 Office: LOS ANGELES User: SANK, MAX S WESTLAW DOCUMENTS | 16.93 |

**Total Disbursements**                                                              33.21

**Total Amount Due**                                                              $1,794.51

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1774374
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,957.00 |
| Less Discount | ($195.70) |
| Total Fees after Discount | $1,761.30 |
| Total Disbursements | 33.21 |
| Total Fees and Disbursements This Statement | $1,794.51 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

Invoice No. 1774603
0276 17225 / 17225-000001
W1ST

WPIX-TV
435 North Michigan
Chicago, IL 60611
Attn: Jim Osick

For legal services rendered through September 30, 2010

### Labor- General

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 09/17/10 | N. Finkel | C300 | 0 | Exchange correspondence with A. Jubelirer regarding conversion of employees to exempt status. | 0.20 | 106.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $106.00 |
| **Less Discount** | | ($10.60) |
| **Total Fees After Discount** | | $95.40 |

### Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 0.20 | hours at | $530.00 | per hour | |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



WPIX-TV

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                 $95.40

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 8, 2010

WPIX-TV
435 North Michigan
Chicago, IL  60611
Attn:  Jim Osick

Invoice No. 1774603
0276 17225 / 17225-000001
Labor- General

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $106.00 |
| Less Discount | ($10.60) |
| Total Fees after Discount | $95.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $95.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |