# EXHIBIT A

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1788131
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through October 31, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/06/10 | N. Riesco | L190 | 0 | Communications with P. Bender regarding extension to discovery responses and potential consolidation of cases. | 0.40 | 156.00 |
| 10/19/10 | N. Riesco | L120 | 0 | Communications with P. Bender regarding disability case filed by J. Parker and potential motion for consolidation (.30); compose email to A. Jubelirer regarding same (.20); review and analyze correspondence from G. Silva regarding information necessary for discovery (.30). | 0.80 | 312.00 |
| 10/25/10 | N. Riesco | L120 | 0 | Review plaintiff's motion for case reassignment and consolidation. | 0.20 | 78.00 |
| 10/26/10 | N. Riesco | L120 | 0 | Review court order continuing motion for reassignment/consolidation. | 0.20 | 78.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/27/10 | N. Riesco | L120 | 0 | Review case materials in preparation for status conference. | 0.50 | 195.00 |
| 10/28/10 | N. Riesco | L230 | 0 | Prepare for and attend status/motion hearing before Judge Bucklo on motion for consolidation (1.0); communications with opposing counsel regarding discovery (.2); review and analyze draft protective order (.1). | 1.30 | 507.00 |
| 10/29/10 | N. Riesco | L230 | 0 | Compose email to A. Jubelier and G. Silva concerning status/motion hearing and next steps. | 0.50 | 195.00 |

| | | |
|---|---|---|
| **Total Hours** | 3.90 | |
| **Total Fees** | | $1,521.00 |
| **Less Discount** | | ($152.10) |
| **Total Fees After Discount** | | $1,368.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 3.90 | hours at | $390.00 | per hour |

**Disbursements** | **Value**
---|---

| | |
|---|---|
| Medical-Legal Expenses | 69.88 |
| Copying | 0.70 |
| Online Research | 31.41 |
| **Total Disbursements** | 101.99 |
| **Total Amount Due** | $1,470.89 |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1788131
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,521.00 |
| Less Discount | ($152.10) |
| Total Fees after Discount | $1,368.90 |
| Total Disbursements | 101.99 |
| Total Fees and Disbursements This Statement | $1,470.89 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787230
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2010

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/06/10 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes regarding Mailers pension proposal. | 0.40 | 274.00 |
| 10/07/10 | J. Sherman | C300 | 0 | Draft template document for Mailers package proposal (1.00); conference with A. Barnes regarding negotiation proposals and related strategy ( .40). | 1.40 | 959.00 |
| 10/13/10 | J. Sherman | C300 | 0 | Review documents relating to Mailer pension proposal, including summary plan description, plan document and trust document (.8); study draft proposal (.4); e-mail correspondence with A. Barnes regarding recommendations to same (.3). | 1.50 | 1,027.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/29/10 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding legal issues relating to making certain payments to members of the Mailers bargaining unit (.1); review of contract language in connection with same (.2). | 0.30 | 205.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 3.60 | |
| **Total Fees** | | | $2,466.00 |
| **Less Discount** | | | ($246.60) |
| **Total Fees After Discount** | | | $2,219.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 3.60 | hours at | $685.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Long Distance Telephone | 3.22 |
| **Total Disbursements** | 3.22 |
| **Total Amount Due** | $2,222.62 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1787230
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,466.00 |
| Less Discount | ($246.60) |
| Total Fees after Discount | $2,219.40 |
| Total Disbursements | 3.22 |
| Total Fees and Disbursements This Statement | $2,222.62 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787233
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2010

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/25/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached Guild bulletin for purposes of negotiations planning strategy. | 0.30 | 171.00 |
| 10/25/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes regarding Guild request to have meetings on Company premises. | 0.30 | 171.00 |
| 10/27/10 | K. Michaels | C300 | 0 | Analysis of Guild request for meetings on Company premises. | 0.20 | 114.00 |
| 10/28/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding Guild demand to hold meetings on Company premises, various Guild job actions. | 0.50 | 285.00 |

**Total Hours**                                                                                       1.30

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Baltimore Sun

| | |
|---|---|
| **Total Fees** | $741.00 |
| **Less Discount** | ($74.10) |
| **Total Fees After Discount** | $666.90 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 1.30 | hours at | $570.00 | per hour | |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $666.90 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1787233
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $741.00 |
| Less Discount | ($74.10) |
| Total Fees after Discount | $666.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $666.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1788134
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2010

**Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/05/10 | K. Goodwin | L450 | 0 | Prepare for and attend hearing on motion for entry of agreed protective order (1.0); telephone and email correspondence with N. Riesco regarding same (.4). | 1.40 | 427.00 |
| 10/07/10 | N. Riesco | L230 | 0 | Attend status hearing before J. Kennelly (.7); communications with opposing counsel and client concerning additional discovery requested (.2); summary judgment schedule and court orders regarding same (.1). | 1.00 | 390.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.40 | |
| **Total Fees** | | $817.00 |
| **Less Discount** | | ($81.70) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

**Total Fees After Discount**                                                    $735.30

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.00 | hours at | $390.00 | per hour |
| K. Goodwin | Associate | - | 1.40 | hours at | $305.00 | per hour |

**Disbursements**                                                    **Value**

| | |
|---|---|
| Document Production | 26.25 |
| Copying | 2.60 |
| Local Travel | 19.95 |
| Travel | 99.40 |
| Meals | 9.86 |

**Total Disbursements**                                                    158.06

**Total Amount Due**                                                    $893.36

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1788134
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $817.00 |
| Less Discount | ($81.70) |
| Total Fees after Discount | $735.30 |
| Total Disbursements | 158.06 |
| Total Fees and Disbursements This Statement | $893.36 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787323
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/01/10 | J. Meer | L160 | 0 | Exchange emails with co-counsel regarding final issues to be resolved regarding settlement agreement. | 0.50 | 285.00 |
| 10/04/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding settlement status. | 0.40 | 228.00 |
| 10/04/10 | J. Meer | L190 | 0 | Exchange emails with D. Rotman regarding same. | 0.20 | 114.00 |
| 10/05/10 | J. Meer | L190 | 0 | Telephone conference with plaintiff's counsel regarding cancellation of mandatory settlement conference. | 0.40 | 228.00 |
| 10/07/10 | J. Meer | L190 | 0 | Exchange emails with plaintiff's counsel regarding cancellation of MSC. | 0.30 | 171.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/25/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding same. | 0.30 | 171.00 |
| 10/25/10 | J. Meer | L190 | 0 | Exchange emails with co-counsel regarding information showing that bankruptcy court granted comfort order. | 0.30 | 171.00 |
| 10/25/10 | M. Afar | L110 | 0 | Review correspondence regarding comfort order and settlement agreement status. | 0.60 | 48.00 |
| 10/28/10 | J. Meer | L190 | 0 | Exchange emails with co-counsel regarding administrative issue for making settlement payments. | 0.40 | 228.00 |

| | | |
|---|---|---|
| **Total Hours** | | 3.40 |
| **Total Fees** | | $1,644.00 |
| **Less Discount** | | ($164.40) |
| **Total Fees After Discount** | | $1,479.60 |

**Timekeeper Summary**

| J. Meer | Partner | - | 2.80 | hours at | $570.00 | per hour |
|---------|---------|---|------|----------|---------|----------|
| M. Afar | Law Clerk | - | 0.60 | hours at | $80.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Parking Validations** | |
| 10/19/10 | Parking Validations | 34.00 |
| | **Copying** | |
| 10/07/10 | Copying | 0.80 |
| | **Online Research** | |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1787323

Page 3

Ira H. Goldstone

| Date | Description | Amount |
|---|---|---|
| 09/27/10 | Inv#: 821486144 Office: LOS ANGELES User: MEER, JONATHAN D STANDARD | 183.69 |
| | **Local Travel** | |
| 10/12/10 | Local Travel -  SOPHIA KWAN MILEAGE- MEDIATION 09/24/10 | 84.50 |
| | **Travel** | |
| 10/28/10 | Travel -  AMERICAN EXPRESS MEER/JONATHAN DOUGLASAN FRANCISCO-LOS ANGELES09/24/2010 | 171.70 |
| 10/28/10 | Travel -  AMERICAN EXPRESS MEER/JONATHAN DOUGLASBURBANK -SAN FRANCISCO-BURBANK09/24/2010 | 455.40 |

**Total Disbursements**                                           930.09

**Total Amount Due**                                           $2,409.69

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1787323
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,644.00 |
| Less Discount | ($164.40) |
| Total Fees after Discount | $1,479.60 |
| Total Disbursements | 930.09 |
| Total Fees and Disbursements This Statement | $2,409.69 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787330
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/04/10 | J. Sherman | L120 | 0 | Review and redact September invoices for purposes of attorney client privilege. | 0.50 | 342.50 |
| 10/04/10 | J. McManus | B110 | 0 | Revise Eleventh Monthly Fee Application (.70); revise response to fee auditor report (.30). | 1.00 | 270.00 |
| 10/04/10 | A. Shepro | B160 | 0 | Confer with J. McManus regarding the August Fee Application and edits to be made (.20); edit and review August Fee Application (1.8). | 1.90 | 190.00 |
| 10/05/10 | J. McManus | B110 | 0 | Review and revise Eleventh Monthly Fee Application. | 1.20 | 324.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/06/10 | J. McManus | B110 | 0 | Finalize Ninth Monthly Fee Application (.60); conference with J. Sherman regarding same (.10); prepare Third Quarterly Fee Application (1.10). | 1.80 | 486.00 |
| 10/07/10 | J. Sherman | L120 | 0 | Review Eleventh Monthly Fee Application. | 0.50 | 342.50 |
| 10/08/10 | J. McManus | B110 | 0 | Prepare Fourth Quarterly Fee Application (1.00); conference with A. Shepro regarding same (.20). | 1.20 | 324.00 |
| 10/11/10 | J. McManus | B110 | 0 | Prepare pleading portion of Fourth Quarterly Fee Application (.90); conference with A. Shepro regarding same (.10). | 1.00 | 270.00 |
| 10/12/10 | A. Shepro | B160 | 0 | Discuss edits with J. McManus (.20); edit fee application (3.90). | 4.10 | 410.00 |
| 10/13/10 | J. McManus | B110 | 0 | Review and revise Fourth Quarterly Fee Application (.40); conference with A. Shepro regarding further revisions to fee application charts (.10). | 0.50 | 135.00 |
| 10/13/10 | A. Shepro | B160 | 0 | Edit Fourth Quarterly Fee Application. | 1.10 | 110.00 |
| 10/14/10 | J. McManus | B110 | 0 | Review and finalize Third Quarterly Fee Application in preparation for filing. | 1.00 | 270.00 |
| 10/15/10 | J. McManus | B110 | 0 | Compile application and forward same to local counsel for filing (.10); conference with P. Ratkowiak regarding filing (.10). | 0.20 | 54.00 |
| 10/22/10 | J. McManus | B110 | 0 | Draft Twelfth Monthly Fee Application. | 1.00 | 270.00 |

| | | |
|---|---|---|
| **Total Hours** | 17.00 | |
| **Total Fees** | | $3,798.00 |
| **Less Discount** | | ($379.80) |
| **Total Fees After Discount** | | $3,418.20 |



Tribune Company/Sherman

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.00 | hours at | $685.00 | per hour |
| J. McManus | Paralegal | - | 8.90 | hours at | $270.00 | per hour |
| A. Shepro | Legal Asst. | - | 7.10 | hours at | $100.00 | per hour |

**Total Disbursements**                                                                0.00

**Total Amount Due**                                                        $3,418.20

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1787330
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $3,798.00 |
| Less Discount | ($379.80) |
| Total Fees after Discount | $3,418.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,418.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787337
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2010

## Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/01/10 | C. Del Rey-Cone | L160 | 0 | Review/analyze records in order to make settlement assessment (.6); communications with E. Cerasia and N. Puzio regarding same (.2). | 0.80 | 368.00 |
| 10/01/10 | N. Puzio | L190 | 0 | Conference with C. Del Rey-Cone regarding new assignment on review of document production (.2); review documents (.3) | 0.50 | 112.50 |
| 10/04/10 | E. Cerasia II | L160 | 0 | Review records. | 0.30 | 216.00 |
| 10/04/10 | E. Cerasia II | L250 | 0 | Telephone conference with K. Lantry regarding strategy for responding to plaintiffs' motion for class certification. | 0.20 | 144.00 |
| 10/04/10 | N. Puzio | L190 | 0 | Review documents for relevant information regarding the seven plaintiffs. | 5.50 | 1,237.50 |
| 10/05/10 | N. Puzio | L190 | 0 | Continue review of document production. | 3.10 | 697.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/06/10 | E. Cerasia II | L160 | 0 | Work on analysis for settlement. | 0.10 | 72.00 |
| 10/12/10 | E. Cerasia II | L250 | 0 | Outline arguments and issues for opposing plaintiffs' motion for class certification. | 1.80 | 1,296.00 |
| 10/12/10 | A. Warshaw | C200 | 0 | Research specific case law regarding Third Circuit ERISA decision (.1); check for subsequent citation history at direction of E. Cerasia (.1). | 0.20 | 71.00 |
| 10/13/10 | E. Cerasia II | L250 | 0 | Prepare outline of arguments in opposition to plaintiffs' motion for class certification, and review Rule 23 cases regarding same (1.3); email correspondence with K. Lantry regarding choice of law issues and date for opposition papers (.3). | 1.60 | 1,152.00 |
| 10/14/10 | E. Cerasia II | L160 | 0 | Email correspondence with K. Lantry regarding settlement negotiations with plaintiffs. | 0.10 | 72.00 |
| 10/14/10 | E. Cerasia II | L250 | 0 | Telephone conference with B. Praz at amNY regarding contacting witnesses. | 0.10 | 72.00 |
| 10/14/10 | E. Cerasia II | L250 | 0 | Telephone conference and email correspondence with J. Osick regarding settlement and opposition to motion, including following up with witnesses. | 0.40 | 288.00 |
| 10/14/10 | E. Cerasia II | L250 | 0 | Prepare opposition to plaintiffs' motion for class certification (.5); review case law regarding same (.3). | 0.80 | 576.00 |
| 10/14/10 | E. Cerasia II | L250 | 0 | Work on opposition to plaintiffs' motion for class certification. | 0.40 | 288.00 |
| 10/15/10 | E. Cerasia II | L250 | 0 | Discussions with/direction to A. Warshaw regarding outline of arguments for opposition to plaintiffs' motion for class certification. | 0.30 | 216.00 |
| 10/18/10 | E. Cerasia II | L250 | 0 | Prepare opposition to plaintiffs' motion for class certification. | 1.10 | 792.00 |
| 10/18/10 | A. Warshaw | L260 | 0 | Research case law relating to opposition to class certification motion. | 1.70 | 603.50 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/19/10 | E. Cerasia II | L160 | 0 | Prepare email to J. Osick regarding status of settlement discussion with M. Palmer and regarding opposition to motion for class certification. | 0.20 | 144.00 |
| 10/19/10 | E. Cerasia II | L160 | 0 | Telephone conference with M. Palmer regarding settlement and opposition to plaintiffs' motion for class certification. | 0.40 | 288.00 |
| 10/19/10 | E. Cerasia II | L250 | 0 | Work on arguments for opposition to plaintiffs' motion for class certification. | 0.50 | 360.00 |
| 10/19/10 | A. Warshaw | C200 | 0 | Research case law regarding plaintiffs' class certification motion, including choice-of-law, Rule 23 factors and independent contractor analysis under Third Circuit law. | 3.50 | 1,242.50 |
| 10/19/10 | A. Warshaw | L260 | 0 | Draft opposition to movants' class certification, including procedural background and preliminary statement. | 1.80 | 639.00 |
| 10/20/10 | D. Ross | L120 | 0 | Conference with E. Cerasia regarding strategy for opposing bankruptcy court class certification. | 0.20 | 152.00 |
| 10/20/10 | E. Cerasia II | L250 | 0 | Work on opposition to motion for class certification. | 0.50 | 360.00 |
| 10/20/10 | A. Warshaw | C200 | 0 | Legal research regarding opposition to class certification motion. | 1.20 | 426.00 |
| 10/20/10 | A. Warshaw | L250 | 0 | Draft opposition brief to movant's class certification brought in Delaware bankruptcy court. | 5.20 | 1,846.00 |
| 10/21/10 | E. Cerasia II | L250 | 0 | Telephone conference with witness regarding facts for his Declaration in opposition to plaintiffs' motion for class certification. | 0.50 | 360.00 |
| 10/21/10 | E. Cerasia II | L250 | 0 | Telephone conference with J. Osick regarding grounds for opposing class certification (.1); telephone conference with witness and settlement issues (.1). | 0.20 | 144.00 |
| 10/21/10 | E. Cerasia II | L250 | 0 | Prepare opposition to plaintiffs' motion for class certification, including witness declaration. | 2.30 | 1,656.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/21/10 | A. Warshaw | L260 | 0 | Draft memorandum of law in opposition to class certification motion as part of Delaware bankruptcy action. | 8.40 | 2,982.00 |
| 10/22/10 | D. Ross | L120 | 0 | Review and analyze arbitration provision. | 0.30 | 228.00 |
| 10/22/10 | E. Cerasia II | L250 | 0 | Draft witness declaration (1.9); email correspondence regarding arguments on class certification regarding same (.2). | 2.10 | 1,512.00 |
| 10/22/10 | E. Cerasia II | L250 | 0 | Telephone conference with counsel regarding amNY's opposition to plaintiffs' motion for class certification. | 0.30 | 216.00 |
| 10/22/10 | A. Warshaw | L260 | 0 | Draft and revise brief in response to plaintiffs' motion for class certification brought in Delaware bankruptcy court. | 8.60 | 3,053.00 |
| 10/23/10 | E. Cerasia II | L250 | 0 | Draft witness declaration and brief in opposition to plaintiffs' motion for class certification (6.6); review/analyze case law regarding independent contractors and Rule 23 (2.0). | 8.60 | 6,192.00 |
| 10/23/10 | A. Warshaw | C200 | 0 | Research case law relating to independent contractors relating to response brief to class certification motion. | 0.30 | 106.50 |
| 10/23/10 | A. Warshaw | L260 | 0 | Revise affidavit of witness in opposition to class certification. | 1.00 | 355.00 |
| 10/24/10 | E. Cerasia II | L250 | 0 | Continue to draft/revise brief in opposition to plaintiffs' motion for class certification and witness declaration. | 5.70 | 4,104.00 |
| 10/25/10 | E. Cerasia II | L250 | 0 | Draft/revise brief in opposition to plaintiffs' motion for class certification (6.1); telephone conference with C. Klein regarding grounds for opposition to plaintiffs' motion for class certification and class proof of claims (.5). | 6.60 | 4,752.00 |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/25/10 | A. Warshaw | L260 | 0 | Conference with E. Cerasia regarding revisions to response brief to motion for class certification. | 0.20 | 71.00 |
| 10/25/10 | A. Warshaw | L260 | 0 | Revise response brief to motion for class certification. | 2.40 | 852.00 |
| 10/26/10 | E. Cerasia II | L250 | 0 | Continue to draft/revise brief in opposition to plaintiffs' motion for class certification (5.7); email correspondence with J. Osick regarding brief and status of witness declaration (.1); email correspondence with C. Kline and K. Lantry regarding draft of brief and amNY records (.2). | 6.00 | 4,320.00 |
| 10/26/10 | A. Warshaw | L260 | 0 | Revise and draft memorandum of law in opposition to movants' class certification brought in Delaware bankruptcy court. | 5.60 | 1,988.00 |
| 10/27/10 | E. Cerasia II | L250 | 0 | Continue to revise brief and witness declaration in opposition to plaintiffs' motion for class certification (1.3); email correspondence with Sidley attorneys regarding motion and background facts as to amNY database regarding hawkers compensation and contract information (.3). | 1.60 | 1,152.00 |
| 10/27/10 | A. Warshaw | L260 | 0 | Review and revise declaration of witness. | 0.40 | 142.00 |
| 10/27/10 | A. Warshaw | L260 | 0 | Telephone conference with witness regarding facts relevant to response to class certification filed in Delaware bankruptcy court. | 0.40 | 142.00 |
| 10/27/10 | A. Warshaw | L260 | 0 | Draft and send communication to E. Cerasia and co-counsel at Sidley to report factual investigation with witness. | 0.30 | 106.50 |
| 10/28/10 | A. Warshaw | L260 | 0 | Draft communications to witness regarding his declaration in support of opposition to class certification motion. | 0.40 | 142.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 10/29/10 | E. Cerasia II | L250 | 0 | Review and revise draft of Sidley-Seyfarth brief in opposition to plaintiffs' motion for class certification and witness declaration (2.1); telephone conference with J. Osick, K. Landry, C. Kline and A. Warshaw regarding open issues for brief, arguments and overall strategy (.5). | 2.60 | 1,872.00 |
| 10/29/10 | A. Warshaw | L260 | 0 | Telephone conference and electronic communication with witness regarding declaration in opposition to class certification. | 0.50 | 177.50 |
| 10/29/10 | A. Warshaw | L260 | 0 | Telephone conference with C. Kline at Sidley to discuss factual investigation relating to opposition to class certification. | 0.30 | 106.50 |
| 10/29/10 | A. Warshaw | L260 | 0 | Revise memorandum of law in opposition to class certification based upon additional facts and key legal arguments. | 2.10 | 745.50 |
| 10/29/10 | A. Warshaw | L260 | 0 | Telephone conference with E. Cerasia, K. Landry, J. Osick, and C. Kline regarding memorandum of law in opposition to class certification. | 0.50 | 177.50 |
| 10/29/10 | A. Warshaw | L260 | 0 | Draft declaration of E. Cerasia in opposition to class certification. | 1.30 | 461.50 |
| 10/29/10 | A. Warshaw | L260 | 0 | Conference with E. Cerasia to discuss revisions to opposition memorandum of law. | 0.10 | 35.50 |
| 10/29/10 | A. Warshaw | L260 | 0 | Revise declaration of witness based upon additional factual investigation and final proofread. | 1.40 | 497.00 |
| 10/29/10 | A. Warshaw | L260 | 0 | Legal research regarding certification in bankruptcy court. | 0.50 | 177.50 |

# SEYFARTH
## ATTORNEYS SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/30/10 | E. Cerasia II | L250 | 0 | Communications with A. Warshaw regarding revisions to Debtors' brief in opposition to plaintiffs' class certification and class proofs of claim, my Declaration and witness declaration. | 0.40 | 288.00 |
| 10/30/10 | A. Warshaw | L260 | 0 | Review and revise opposition to class certification, including additional facts gleaned from fact investigation. | 2.50 | 887.50 |
| 10/30/10 | A. Warshaw | L260 | 0 | Review of court documents regarding stay of bankruptcy proceedings in New York State court. | 0.30 | 106.50 |
| 10/30/10 | A. Warshaw | L260 | 0 | Revise declaration of E. Cerasia in opposition to class certification brought in Delaware bankruptcy court. | 0.40 | 142.00 |
| 10/31/10 | E. Cerasia II | L250 | 0 | Revise latest drafts of Debtors' brief in opposition to plaintiffs' class certification and class proofs of claim, my Declaration and witness declaration (1.9); email correspondence with C. Kline and with witness regarding same (.3). | 2.20 | 1,584.00 |
| 10/31/10 | A. Warshaw | L260 | 0 | Telephone conference with E. Cerasia to discuss declaration of witness. | 0.30 | 106.50 |
| 10/31/10 | A. Warshaw | L260 | 0 | Review and proofread declaration of E. Cerasia in opposition to class certification. | 0.30 | 106.50 |
| 10/31/10 | A. Warshaw | L260 | 0 | Revise declaration of witness in opposition to class certification pursuant to factual clarifications. | 0.40 | 142.00 |
| 10/31/10 | A. Warshaw | L260 | 0 | Telephone conference with witness to discuss his declaration in opposition to class certification. | 0.30 | 106.50 |

**Total Hours**                                                               111.10

**Total Fees**                                                                $56,027.50

**Less Discount**                                                             ($5,602.75)


**SEYFARTH SHAW** LLP
ATTORNEYS

Tribune Company

**Total Fees After Discount**                                                    $50,424.75

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| D. Ross | Partner | - | 0.50 | hours at | $760.00 | per hour |
| E. Cerasia II | Partner | - | 47.90 | hours at | $720.00 | per hour |
| C. Del Rey-Cone | Associate | - | 0.80 | hours at | $460.00 | per hour |
| A. Warshaw | Associate | - | 52.80 | hours at | $355.00 | per hour |
| N. Puzio | Paralegal | - | 9.10 | hours at | $225.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Courier/Messenger** | |
| 10/29/10 | Courier/Messenger Inv#: 728367571 Date Sent: 10/29/2010 Sender: Deborah A. Hodgson Airbill: 982648738204 Steve Petersheim Steve Petersheim 2558 Old Berwick Road BLOOMSBURG, PA 17815 | 32.63 |
| | **Copying** | |
| 10/05/10 | Copying | 77.20 |
| | **Long Distance Telephone** | |
| 10/15/10 | Long Distance Telephone | 0.13 |
| 10/21/10 | Long Distance Telephone | 3.40 |
| 10/31/10 | Long Distance Telephone | 6.79 |
| | **Online Research** | |
| 10/12/10 | Inv#: 1010001950 User: WARSHAW, AARON SHEPARD'S SERVICE LEGAL CITATION | 1.89 |
| 10/12/10 | Inv#: 1010001950 User: WARSHAW, AARON LEXIS LEGAL SERVICES DOCUMENT | 6.48 |
| 10/12/10 | Inv#: 1010001950 User: WARSHAW, AARON LEXIS LEGAL SERVICES SINGLE | 6.48 |
| 10/18/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON KEYCITE | 1.23 |
| 10/18/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 8.25 |
| 10/18/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 138.22 |



Tribune Company

| 10/19/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 8.25 |
| 10/19/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 203.41 |
| 10/20/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON KEYCITE | 3.68 |
| 10/20/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 16.49 |
| 10/20/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 130.96 |
| 10/21/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON KEYCITE | 2.45 |
| 10/21/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 21.99 |
| 10/21/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 373.04 |
| 10/22/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 27.49 |
| 10/22/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON MULTI-SEARCH | 171.75 |
| 10/22/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 375.40 |
| 10/23/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 10.99 |
| 10/23/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 18.65 |
| 10/25/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 8.25 |
| 10/25/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 253.87 |
| 10/26/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 24.74 |
| 10/26/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 311.58 |
| 10/29/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 49.87 |
| 10/30/10 | Inv#: 821669207 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL | 145.30 |

**Total Disbursements**                                                    2,440.86

**Total Amount Due**                                                    $52,865.61

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1787337
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $56,027.50 |
| Less Discount | ($5,602.75) |
| Total Fees after Discount | $50,424.75 |
| Total Disbursements | 2,440.86 |
| Total Fees and Disbursements This Statement | $52,865.61 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787353
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2010

### Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/04/10 | E. Cerasia II | L310 | 0 | Revise/comment on K. Rubenstein's proposed case management plan (.2); email correspondence with A. Jubelirer regarding same and plan for serving discovery and taking Scott's deposition (.1). | 0.30 | 216.00 |
| 10/05/10 | E. Cerasia II | L310 | 0 | Email correspondence with K. Rubinstein regarding revisions to case management plan and dates for K. Scott's deposition. | 0.20 | 144.00 |
| 10/06/10 | E. Cerasia II | L310 | 0 | Revise document request to K. Scott and Rule 26 disclosures. | 0.20 | 144.00 |
| 10/06/10 | E. Cerasia II | L390 | 0 | Telephone conference with K. Rubeinstein regarding case management plan. | 0.20 | 144.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS
**SHAW** LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/07/10 | E. Cerasia II | L310 | 0 | Finalize Rule 26 disclosure and document request to K. Scott (.4); email correspondence with A. Jubelirer regarding Rule 26 disclosure (.1); office conference with J. Chylinski regarding his telephone interviews with J. Ziegler and W. Surrat (.1). | 0.60 | 432.00 |
| 10/07/10 | J. Chylinski | | | Prepare for and interview witness. | 0.70 | 248.50 |
| 10/07/10 | J. Chylinski | L120 | 0 | Prepare for and interview witness. | 0.50 | 177.50 |
| 10/07/10 | J. Chylinski | L120 | 0 | Review and analysis of file for documents regarding and emails to and from witness in preparation for interview. | 1.20 | 426.00 |
| 10/11/10 | E. Cerasia II | L390 | 0 | Review K. Scott's Rule 26 disclosures, and emails correspondence with A. Jubelirer regarding same. | 0.20 | 144.00 |
| 10/15/10 | E. Cerasia II | L230 | 0 | Represent WPIX at Rule 16 conference before Judge Pauley. | 1.80 | 1,296.00 |
| 10/15/10 | E. Cerasia II | L230 | 0 | Prepare for Rule 16 conference before Judge Pauley. | 0.80 | 576.00 |
| 10/15/10 | E. Cerasia II | L230 | 0 | Email correspondence with A. Jubelirer regarding outcome of Rule 16 conference, my discussions with K. Rubinstein regarding settlement, and his apparent disregard of emails and memos to K. Scott regarding performance deficiencies. | 0.30 | 216.00 |
| 10/18/10 | E. Cerasia II | L390 | 0 | Review court scheduling order (.1); email correspondence with A. Jubelirer regarding same and Judge's rules on pre-motion letters and conferences (.1). | 0.20 | 144.00 |
| 10/26/10 | E. Cerasia II | L310 | 0 | Review K. Scott's interrogatories and deposition notice (.1); email correspondence with A. Jubelirer regarding same (.1). | 0.20 | 144.00 |
| 10/27/10 | E. Cerasia II | L110 | 0 | Meeting with witness regarding background facts. | 1.00 | 720.00 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/27/10 | J. Chylinski | L120 | 0 | Review and analysis of client materials for mention of or reference to witness. | 1.10 | 390.50 |
| 10/27/10 | A. Ianni | L120 | 0 | Conference with witness and E. Cerasia regarding K. Scott complaint. | 1.00 | 355.00 |
| 10/28/10 | E. Cerasia II | L110 | 0 | Review blogs received from A. Jubelirer regarding K. Scott's departure and alleged age discrimination in local television. | 0.40 | 288.00 |

| | | |
|---|---|---|
| **Total Hours** | 10.90 | |
| **Total Fees** | | $6,205.50 |
| **Less Discount** | | ($620.55) |
| **Total Fees After Discount** | | $5,584.95 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 6.40 | hours at | $720.00 | per hour |
| J. Chylinski | Associate | - | 3.50 | hours at | $355.00 | per hour |
| A. Ianni | Associate | - | 1.00 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 3.50 |
| Travel - EDWARD CERASIA II Trainfare - Travel to/from SDNY for Court Conference 10/15/10 | 4.50 |
| **Total Disbursements** | 8.00 |
| **Total Amount Due** | $5,592.95 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1787353
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,205.50 |
| Less Discount | ($620.55) |
| Total Fees after Discount | $5,584.95 |
| Total Disbursements | 8.00 |
| Total Fees and Disbursements This Statement | $5,592.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787376
0276 68308 / 68308-000004
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2010

## IATSE - WPIX Layoff Grievance

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/11/10 | E. Cerasia II | L440 | 0 | Review grievance documents in preparation for arbitration. | 0.20 | 144.00 |
| 10/13/10 | E. Cerasia II | L440 | 0 | Review/analyze CBA and statement of operating procedures to develop strategy/arguments for arbitration (.4.); telephone conference with A. Foran and J. Seminerio regarding background facts and arguments/strategy for arbitration (.9). | 1.30 | 936.00 |
| 10/15/10 | E. Cerasia II | L440 | 0 | Prepare for arbitration - review of schedules, time records and CBA/SOPP. | 0.70 | 504.00 |
| 10/18/10 | E. Cerasia II | L440 | 0 | Prepare for arbitration. | 0.30 | 216.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/19/10 | E. Cerasia II | L440 | 0 | Prepare for arbitration including prepare opening statement/arguments, review grievants' files and prior staffing disputes with union, prepare exhibit of paragraph 4 of SOPP, and review exhibit of scheduling (3.6); meeting with A. Forman and J. Seminerio to prepare for arbitration (3.0). | 6.60 | 4,752.00 |
| 10/20/10 | E. Cerasia II | L450 | 0 | Continue to prepare for arbitration (1.8); represent WPIX at arbitration before Arbitrator Shriftman (7.1). | 8.90 | 6,408.00 |

| | | |
|---|---|---|
| **Total Hours** | 18.00 | |
| **Total Fees** | | $12,960.00 |
| **Less Discount** | | ($1,296.00) |
| **Total Fees After Discount** | | $11,664.00 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 18.00 | hours at | $720.00 | per hour | |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Long Distance Telephone | 10.66 |
| **Total Disbursements** | 10.66 |
| **Total Amount Due** | $11,674.66 |

# SEYFARTH
### ATTORNEYS  SHAW LLP

31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1787376
0276 68308 / 68308-000004
IATSE - WPIX Layoff Grievance

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $12,960.00 |
| Less Discount | ($1,296.00) |
| Total Fees after Discount | $11,664.00 |
| Total Disbursements | 10.66 |
| Total Fees and Disbursements This Statement | $11,674.66 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787391
0276 68308 / 68308-000005
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2010

### NY Newspaper Guild - WPIX Arbitration - News Editor Classification

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/13/10 | E. Cerasia II | L440 | 0 | Review CBA and grievance documents to prepare for arbitration (.2); telephone conference with A. Foran and B. Carey regarding background facts and arguments/strategy for arbitration and communicating new scheduling/staffing to Guild's counsel (.8). | 1.00 | 720.00 |
| 10/14/10 | E. Cerasia II | L440 | 0 | Telephone conference with R. Corenthal (Guild's counsel) regarding facts as to scheduling and upgrade pay since last step of grievance and requesting that Guild reassess validity of grievance (.2); follow-up email with A. Foran regarding same (.1). | 0.30 | 216.00 |
| 10/15/10 | E. Cerasia II | L440 | 0 | Email correspondence with A. Foran and B. Carey regarding discussion with Guild and information requested by Guild regarding upgrade pay. | 0.10 | 72.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1787391

Page 2

Tribune Company

| | | |
|---|---|---|
| **Total Hours** | | 1.40 |
| **Total Fees** | | $1,008.00 |
| **Less Discount** | | ($100.80) |
| **Total Fees After Discount** | | $907.20 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.40 | hours at | $720.00 | per hour | |

| **Disbursements** | **Value** |
|---|---|
| Long Distance Telephone | 13.18 |
| **Total Disbursements** | 13.18 |
| **Total Amount Due** | $920.38 |

# SEYFARTH
**ATTORNEYS** ## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1787391
0276 68308 / 68308-000005
NY Newspaper Guild - WPIX Arbitration - News
Editor Classification

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,008.00 |
| Less Discount | ($100.80) |
| Total Fees after Discount | $907.20 |
| Total Disbursements | 13.18 |
| Total Fees and Disbursements This Statement | $920.38 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787451
0835 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through October 31, 2010

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/19/10 | E. Cerasia II | L110 | | Telephone conference with B. E. Berlamino regarding EEOC's request to interview her (.2); email correspondence with A. Jubelirer and J. Osick regarding same (.2). | 0.40 | 288.00 |
| 10/20/10 | E. Cerasia II | L110 | | Email correspondence with A. Jubelirer and B.E. Berlamino regarding EEOC interview. | 0.20 | 144.00 |
| 10/21/10 | E. Cerasia II | L110 | | Review/analyze J. Watkins' EEOC charge, WPIX's position statement and emails with A. Jubelirer regarding factual background. | 1.00 | 720.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/22/10 | E. Cerasia II | L110 | 0 | Email with A. Jubelirer regarding EEOC interview of B.E. Berlamino and preparation/timing for same. (.1); telephone conference with A. Jubelirer regarding background facts (.3); telephone conference with A. Jubelirer and B. Berlamino regarding background facts (1.0); follow-up call with A. Jubelirer regarding same (.1); follow-up emails with B.E. Berlamino regarding meeting next week (.3). | 1.80 | 1,296.00 |
| 10/26/10 | E. Cerasia II | L110 | 0 | Review documents relating to S. Marchiano. | 0.20 | 144.00 |
| 10/26/10 | A. Ianni | L120 | 0 | Review documents relating to S. Marchiano (.7); draft memorandum to E. Cerasia regarding S. Marchiano documents (.3). | 1.00 | 355.00 |
| 10/27/10 | E. Cerasia II | L110 | 0 | Meeting with B.E. Berlamino regarding background facts and review of complaint to determine responses for answer (3.3); follow-up emails with A. Jubelirer and with B.E. Berlamino regarding same (.2). | 3.50 | 2,520.00 |
| 10/27/10 | A. Ianni | L120 | 0 | Conference with B.E. Berlamino and E. Cerasia regarding Marchiano complaint. | 2.50 | 887.50 |
| 10/28/10 | E. Cerasia II | L110 | 0 | Email correspondence with B. E. Berlamino regarding factual background and potential witness/contact information (.1); e-mail to A. Jubelirer regarding same (.1). | 0.20 | 144.00 |
| 10/28/10 | A. Ianni | L210 | 0 | Draft Answer to complaint. | 1.20 | 426.00 |
| 10/29/10 | E. Cerasia II | L110 | 0 | Review copy of B.E. Berlamino's June 4, 2010 email. | 0.20 | 144.00 |

**Total Hours**                                                                                        12.20

**Total Fees**                                                                                          $7,068.50

**Less Discount**                                                                                       ($706.85)

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Tribune Company

**Total Fees After Discount** $6,361.65

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 7.50 | hours at | $720.00 | per hour |
| A. Ianni | Associate | - | 4.70 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 66.50 |
| Facsimile | 5.00 |
| Long Distance Telephone | 18.23 |
| **Total Disbursements** | 89.73 |
| **Total Amount Due** | $6,451.38 |

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1787451
0835 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,068.50 |
| Less Discount | ($706.85) |
| Total Fees after Discount | $6,361.65 |
| Total Disbursements | 89.73 |
| Total Fees and Disbursements This Statement | $6,451.38 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

Invoice No. 1787325
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

---

For legal services rendered through October 31, 2010

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/19/10 | T. Hix | L190 | 0 | Email exchange with client regarding bankruptcy status and upcoming status conference. | 0.20 | 95.00 |
| 10/27/10 | T. Hix | L120 | 0 | Email exchange with client regarding status conference (.1); telephone conference with M. Sank regarding appearance at status conference (.1). | 0.20 | 95.00 |
| 10/28/10 | M. Sank | L190 | 0 | Prepare for status conference. | 0.10 | 38.00 |
| 10/29/10 | M. Sank | L190 | 0 | Prepare for status conference. | 0.10 | 38.00 |
| 10/29/10 | M. Sank | L190 | 0 | Telephone conference with plaintiff's counsel regarding court's request that the parties proceed under local rule 7.8. | 0.10 | 38.00 |
| 10/29/10 | M. Sank | L190 | 0 | Telephone conference with court clerk regarding moving case to inactive list. | 0.20 | 76.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/29/10 | M. Sank | L190 | 0 | Attend status conference. | 0.70 | 266.00 |
| 10/29/10 | M. Sank | L190 | 0 | Prepare memorandum regarding status conference proceedings. | 0.40 | 152.00 |
| 10/29/10 | T. Hix | L120 | 0 | Review and analyze local rule cited by court regarding case handling (.2); email exchange with client regarding same (.1). | 0.30 | 142.50 |

| | | |
|---|---|---|
| **Total Hours** | 2.30 | |
| **Total Fees** | | $940.50 |
| **Less Discount** | | ($94.05) |
| **Total Fees After Discount** | | $846.45 |

**Timekeeper Summary**

| M. Sank | Associate | - | 1.60 | hours at | $380.00 | per hour |
|---------|-----------|---|------|----------|---------|----------|
| T. Hix | Partner | - | 0.70 | hours at | $475.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Filing Fees** | |
| 10/05/10 | Filing Fees - NATIONWIDE LEGAL, INC 9/3/10 | 20.00 |
| | **Facsimile** | |
| 10/26/10 | Facsimile | 2.00 |
| | **Local Travel** | |
| 10/27/10 | Local Travel - MAX SANK R/T MILEAGE FROM OFFICE TO LASC COURT TO ATTEND STATUS CONFERENCE | 12.50 |
| | **Travel** | |
| 10/27/10 | Travel - MAX SANK PARKING FEE | 18.00 |

# SEYFARTH
**ATTORNEYS**   SHAW LLP

Los Angeles Times (Sherman)

**Total Disbursements**                                                    52.50

**Total Amount Due**                                                    $898.95

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1787325
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $940.50 |
| Less Discount | ($94.05) |
| Total Fees after Discount | $846.45 |
| Total Disbursements | 52.50 |
| Total Fees and Disbursements This Statement | $898.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |