# **EXHIBIT A**

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

September 01, 2010                                          Invoice # 25536 DAS/CC
In Reference To:       00499.008 - General

Professional Services

| Date / Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/17/2010 LML | Discuss subpoena with D. Bralow and D. Schulz (.4); begin research regarding Pennsylvania shield law (2.1). | 2.50 320.00/hr | 800.00 |
| 8/18/2010 GCS | Review and analyze response to subpoena from Pennsylvania Liquor Control Board and prepare strategy for hearing | 0.50 425.00/hr | 212.50 |
| LML | Telephone calls with D. Bralow, the PLCB, and the Williams' attorney regarding subpoena (.6); legal research regarding reporters' privilege in Pennsylvania (2.2); begin drafting reporter affidavit (1.2); draft letter to PLCB (.5). | 4.50 320.00/hr | 1,440.00 |
| 8/19/2010 DAS | Telephone conference with D. Bralow regarding Pennsylvania subpoena. | 0.20 425.00/hr | 85.00 |
| GCS | Follow up regarding PACB hearing. | 0.70 425.00/hr | 297.50 |
| LML | Prepare for hearing at PLCB, including telephone conference with D. Bralow, and A. Martinez (1.4); conduct legal research regarding reporter's privilege and draft remarks (2.8); draft letter to PLCB (.3). | 4.50 320.00/hr | 1,440.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.008
September 01, 2010

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/20/2010 LML | Prepare witness for PLCB hearing (.8); attend hearing (3.5). | 4.30<br>320.00/hr | 1,376.00 |
|  | For professional services rendered | 17.20 | $5,651.00 |
|  | Total amount of this bill |  | $5,651.00 |

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.008
September 01, 2010

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David A. Schulz | 0.20 | 425.00 | $85.00 |
| Gayle C. Sproul | 1.20 | 425.00 | $510.00 |
| Laura M. Leitner | 15.80 | 320.00 | $5,056.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

September 01, 2010                                    Invoice # 25528    NES/CC
In Reference To:    00499.074 - Baltimore Sun/Bates

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/2010 CRB | Review court order regarding scheduling and formulate litigation strategy for initial discovery and witness interviews. | 0.60<br>340.00/hr | 204.00 |
| 8/5/2010 NES | Exchange email with D. Bralow to discuss denial of motion to extend (.1); begin planning discovery (.8) | 0.90<br>425.00/hr | 382.50 |
| 8/6/2010 JMB | Review complaint, articles in issue and motion to dismiss. | 1.10<br>400.00/hr | 440.00 |
| CRB | Continue to plan litigation strategy. | 0.30<br>340.00/hr | 102.00 |
| NES | Telephone conference with D. Bralow to discuss strategy. | 0.60<br>425.00/hr | 255.00 |
| 8/9/2010 CRB | Review plaintiffs written discovery responses (1.2); Conduct preliminary research for potential retention of expert witness on legal ethics (2.1); witnesses, outline questions for informal fact interviews, and begin attempting to contact witnesses (3.8); conduct legal research regarding options for subpoenas for medical records (1.1). | 8.20<br>340.00/hr | 2788.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
September 01, 2010

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | NES | Begin planning discovery and exchange email with plaintiffs counsel to schedule Bates' deposition. | 4.90<br>340.00/hr | 1,666.00 |
| 8/10/2010 | CRB | Conduct legal research regarding confidentiality of records of Attorney Grievance Commission of Maryland and case law regarding discovery (2.9); continue research regarding identified witnesses and attempts to secure informal interviews (2.1); conduct telephone interviews with fact witnesses and prepare file notes regarding same (2.2). | 7.20<br>340.00/hr | 2,448.00 |
| | NES | Exchange email with D. Bralow regarding case progress and with plaintiffs counsel regarding proposed deposition dates. | 0.70<br>425.00/hr | 297.50 |
| 8/11/2010 | CRB | Review rules and prepare and send records authorizations to opposing counsel (2.4); telephone conference with key witness, prepare memorandum to file, and prepare follow-up correspondence (1.8); continue to conduct witness research (1.6). | 5.80<br>340.00/hr | 1,972.00 |
| | NES | Review medical authorizations (.2) and continue planning discovery tasks (.5). | 0.70<br>425.00/hr | 297.50 |
| 8/12/2010 | CRB | Conduct research regarding potential expert witnesses on legal ethics (3.9); Conduct witness interviews (.2). | 4.10<br>340.00/hr | 1,394.00 |
| 8/13/2010 | CRB | Prepare witness interview scripts and continue witness research. | 3.90<br>340.00/hr | 1,326.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
September 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/16/2010 | CRB | Continue to research witnesses and conduct interviews (0.6); preliminary review of plaintiffs document production (3.1); conduct preliminary interviews with potential legal ethics experts and prepare memorandum regarding same (1.1). | 4.80<br>340.00/hr | 1,632.00 |
|  | NES | Review documents produced by plaintiff (0.9), conduct follow up research on ethics expert (0.2), meet with Bates team to plan discovery and evaluate initial witness interviews (1.3). | 2.40<br>425.00/hr | 1,020.00 |
| 8/17/2010 | JMB | Plan discovery tasks for remainder of discovery period. | 1.60<br>400.00/hr | 640.00 |
|  | CRB | Continue to review plaintiffs document production (3.9); continue to research and contact witnesses (2.4). | 6.30<br>340.00/hr | 2,142.00 |
|  | NES | Exchange email with D. Bralow regarding discovery and case strategy (0.3); review discovery to date (1.5). | 1.80<br>425.00/hr | 765.00 |
| 8/18/2010 | CRB | Plan discovery (1.1); telephone conference with opposing counsel B. Telfair regarding discovery issues (0.5); complete review of plaintiffs document production (3.1); continue to conduct witness research and interviews (0.8). | 5.50<br>340.00/hr | 1,870.00 |
|  | NES | Exchange email with Baltimore attorneys to solicit recommendations for ethics expert (0.3); exchange email with M. Harris regarding engagement letter (0.3); supervise discovery tasks (1.0). | 1.60<br>425.00/hr | 680.00 |
| 8/19/2010 | JMB | Review expert file (0.4); telephone conference with A. Graham (0.3); exchange email with A. Graham (0.1); analyze matters relating to admission of expert testimony (0.5); research A. Graham background (1.0); assign task of researching articles in Sun concerning witness tampering (0.2); plan discovery relating to fact witnesses (1.0); research regarding | 5.70<br>400.00/hr | 2,280.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
September 01, 2010

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | I. Bates background (0.8); review plaintiffs discovery responses and draft chart of discovery deficiencies (0.4); review documents produced by plaintiff (1.0). | | |
| 8/19/2010 | CRB | Prepare selected transcripts and case materials for potential legal ethics expert and for meetings with M. Harris and D. Bralow (2.1); review document discovery issues (0.7). | 2.80 340.00/hr | 952.00 |
| | NES | Review research regarding potential experts, damages witnesses. | 0.60 425.00/hr | 255.00 |
| | JPB | Research Baltimore Sun news articles regarding witness intimidation, witness tampering. | 5.40 190.00/hr | 1,026.00 |
| 8/20/2010 | JMB | Continue to review plaintiffs discovery responses and continue to draft chart documenting discovery deficiencies (2.3); telephone conference with potential expert A. Graham (0.3); review articles regarding Baltimore witness intimidation for trial themes (1.0). | 3.60 400.00/hr | 1,440.00 |
| | NES | Telephone conference with D. Bralow regarding Harris deposition preparation (0.2); begin planning deposition preparation planning (0.3). | 0.50 425.00/hr | 212.50 |
| 8/21/2010 | JMB | Continue to review plaintiffs discovery responses and continue to draft chart regarding same. | 1.20 400.00/hr | 480.00 |
| 8/22/2010 | JMB | Continue to review documents produced by plaintiff (1.0); continue to draft chart summarizing documents (2.1). | 3.10 400.00/hr | 1,240.00 |
| | NES | Review discovery to date and continue to develop discovery plan (1.2); prepare for Harris deposition preparation (2.1). | 3.10 425.00/hr | 1,317.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
September 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2010 | JMB | Telephone conference with J. Walker regarding A. Graham expert testimony (0.3); conduct search for potential experts on legal ethics (0.4); Plan strategy regarding written discovery and deposition scheduling (1.3); research M. Thomas location (0.2); draft meet and confer letter regarding plaintiff's discovery deficiencies (3.1); revise chart regarding plaintiffs discovery deficiencies (1.3); review transcript of examination of plaintiff in U.S. v. Dinkins (0.5). | 7.100<br>400.00/hr | 2840.00 |
|  | CRB | Prepare for meeting with M. Harris in advance of deposition (2.6); continue witness research (3.2); review transcript of I. Bates testimony in separate proceeding (1.2); exchange email with opposing counsel regarding records authorization (0.3); continue to plan discovery (0.5). | 7.80<br>340.00/hr | 2,652.00 |
|  | JBO | Complete research regarding admissibility of expert testimony on legal ethics/professional responsibility in Maryland state courts. | 3.20<br>320.00/hr | 1,024.00 |
|  | JPB | Research background information regarding A. Graham as potential expert witness. | 1.90<br>190.00/hr | 361.00 |
|  | NES | Telephone conference with B. Telfair regarding discovery matters (0.7); supervise discovery tasks (0.4) | 1.10<br>425.00/hr | 467.50 |
| 8/24/2010 | JMB | Continue to revise chart of plaintiff's discovery deficiencies and continue to draft meet and confer letter regarding same (4.1); review research regarding admissibility of expert testimony concerning violations of ethical rules (.5); telephone conference with A. Graham regarding potential expert testimony (.5); telephone conference with S. Brennan regarding A. Graham expert retention (.3); telephone conference with J. May regarding | 6.60<br>400.00/hr | 2,640.00 |

**LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.**

File No. 00499.074
September 01, 2010

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | A. Graham expert retention (.2); plan written discovery and depositions of fact witnesses (1.0). | | |
| 8/24/2010 | CRB | Prepare for meeting with M. Harris and for litigation planning meeting with D. Bralow. | 7.10<br>340.00/hr | 2,414.00 |
| | NES | Review and revise charts for document and witness discovery (0.7); continue preparing for M. Harris meeting (1.5). | 2.20<br>425.00/hr | 935.00 |
| 8/25/2010 | JMB | Telephone conference with civil assignment clerk regarding substantive motions judges (0.1); research regarding judges' backgrounds (0.2); revise meet and confer letter; search for potential private investigators (0.5); meet with D. Bralow regarding case strategy (3.0). | 3.80<br>400.00/hr | 1,520.00 |
| | CRB | Prepare for and participate in meeting with M. Harris (3.2); prepare for and participate in litigation planning meeting with D. Bralow (3.6). | 6.80<br>340.00/hr | 2,312.00 |
| | JPB | Research case histories and review and revise citations and quotations in letter to B. Telfair regarding plaintiffs responses to written discovery. | 1.40<br>190.00/hr | 266.00 |
| | NES | Prepare for and conduct deposition preparation of M. Harris (8.1); meet with D. Bralow to prepare case strategy (3.6). | 11.70<br>425.00/hr | 4,972.50 |
| 8/26/2010 | JMB | Telephone conference with A. Graham regarding expert retention (0.3); exchange email with A. Graham regarding documents for his review (0.2); draft engagement letter for A. Graham (0.6); plan discovery schedule and proposed agreement with plaintiffs counsel (0.3); analyze | 4.30<br>400.00/hr | 1,720.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
September 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | additional document requests to be directed to plaintiff (0.6); revise meet and confer letter (0.8); draft timeline of events (1.5). |  |  |
| 8/26/2010 | CRB | Review transcripts and prepare for witness interviews. | 4.60<br>340.00/hr | 1,564.00 |
|  | NES | Review and revise proposed discovery schedule (3.0); attend to identifying investigator (0.3); revise discovery letter (0.9). | 4.20<br>425.00/hr | 1,785.00 |
| 8/27/2010 | CRB | Conduct legal research regarding medical subpoenas and other discovery issues (5.1); prepare notice of deposition for I. Bates (0.3); plan discovery (1.2). | 6.60<br>340.00/hr | 2,244.00 |
|  | NES | Attend to supervising investigator retention (0.3); ethics expert Retention (0.4); finalize discovery meet and confer letter and exchange email with B. Telfair (1.5). | 2.10<br>425.00/hr | 892.50 |
| 8/28/2010 | JMB | Plan schedule for deposing fact witnesses (0.7); compile information regarding potential private investigators (1.6); telephone conference with F. Napfel of Castle Security regarding case background (0.4); telephone conference with clerk of court regarding blank subpoena forms (0.2); finalize retention agreement for D. Graham (0.3); draft second set of interrogatories to plaintiff (1.3); draft second request for production of documents (1.4); continue to draft timeline of case events (2.0). | 7.90<br>400.00/hr | 3,160.00 |
| 8/29/2010 | JMB | Revise second set of interrogatories to plaintiff (0.2); revise second request for production of documents (0.1). | 0.30<br>400.00/hr | 120.00 |
| 8/30/2010 | JMB | Identify tasks for investigator (0.4); telephone conference with P. Bressler regarding same (0.3); plan schedule of depositions of fact witnesses (0.3); review research regarding access to medical records of plaintiff (0.3). | 1.30<br>400.00/hr | 520.00 |

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
September 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2010 | JPB | Assist with preparation of subpoenas and notices of deposition. | 2.50<br>190.00/hr | 475.00 |
|  | CRB | Prepare and serve first-wave deposition subpoenas, document subpoenas and deposition notices for third parties (6.4); revise and file pro hac vice motion (0.3). | 6.70<br>340.00/hr | 2,278.00 |
|  | NES | Review deposition and records subpoenas (0.3); attend to planning discovery and legal issues to research. (0.8) | 1.10<br>425.00/hr | 467.50 |
| 8/31/2010 | JMB | Review plaintiffs counsel's correspondence regarding Discovery (0.1); review research regarding deposition testimony of incarcerated witnesses (0.1). | 0.20<br>400.00/hr | 80.00 |
|  | CRB | Conduct preliminary legal and factual research regarding procedures for deposing federal and state inmates in various jurisdictions (2.8); conduct witness research and interviews (1.8); prepare for meeting with M. Harris (0.7). | 5.30<br>340.00/hr | 1,802.00 |
|  | NES | Draft email to B. Telfair regarding discovery issues (0.7); attend to planning deposition and document discovery (0.5). | 1.20<br>425.00/hr | 510.00 |
|  |  | For professional services rendered |  193.90 | $70,220.50 |

Disbursements

| COURT FEES | 25.00 |
| HEARING TRANSCRIPT | 104.40 |
| OUT OF TOWN TRAVEL EXPENSES | 60.50 |
| Total disbursements | $189.90 |

| Total amount of this bill | $70,410.40 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
September 01, 2010

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeanette Melendez Bead | 47.80 | 400.00 | $19,120.00 |
| Nathan E. Siegel | 37.30 | 425.00 | $15,852.50 |
| Chad R. Bowman | 94.40 | 340.00 | $32,096.00 |
| John B. O'Keefe | 3.20 | 320.00 | $1,024.00 |
| Jennifer Pinkerton-Burke | 11.20 | 190.00 | $2,128.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

September 01, 2010 | Invoice # 25455 | NES/CC
In Reference To: 00499.076 - Baltimore Sun - Police Records

Disbursements

| | Amount |
|---|---|
| OUT-OF-TOWN TRAVEL | 267.00 |
| Total disbursements | $267.00 |
| | |
| Total amount of this bill | $267.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

September 01, 2010                                    Invoice # 25491    RP/CC
In Reference To:    00499.077 - Journal Publ. v. Hartford Courant

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/2010 RP | Review issue regarding third party use of Hartford Courant Articles (.2); draft memorandum to D. Bralow (.2). | 0.40 425.00/hr | 170.00 |
| 8/10/2010 RP | Review aggregation issues. | 0.40 425.00/hr | 170.00 |
| 8/16/2010 RP | Review memorandum regarding copyright issues. | 0.40 425.00/hr | 170.00 |
|  | For professional services rendered | 1.20 | $510.00 |

Disbursements

| LITIGATION SUPPORT SERVICES | 38.11 |
|---|---|
| Total disbursements | $38.11 |

|  | $548.11 |
|---|---|
| Total amount of this bill |  |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.077
September 01, 2010

|  | Timekeeper Summary | | | |
|---|---|---|---|---|
| Name | | Hours | Rate | Amount |
| Robert Penchina | | 1.20 | 425.00 | $510.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

September 01, 2010                                                                                    Invoice #25456    NES/CC
In Reference To:        00499.078 - Worsham v. Homestead Publishing Company

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/20/2010 NES | Exchange email with J. Moser regarding case status. | 0.10<br>425.00/hr | 42.50 |
| | For professional services rendered | 0.10 | $42.50 |
| | Total amount of this bill | | $42.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.078
September 01, 2010

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nathan E. Siegel | 0.10 | 425.00 | $42.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Chicago Tribune
435 N. Michigan Avenue
10th Floor/WPIX, 220 E. 42nd Street
Chicago, IL 60611

September 01, 2010                                                    Invoice # 25463    GCS/CC
In Reference To:     00499.079 - Tribune Bankruptcy - Examiner's Report

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 8/2/2010 GCS Prepare for hearing on motion for access to examiner's report. | 2.10<br>425.00/hr | 892.50 |
| 8/3/2010 GCS Travel to and from Wilmington to participate in hearing on examiner's motion (5.0); participate in hearing (2.0). | 7.00<br>425.00/hr | 2,975.00 |
| 8/5/2010 GCS Telephone conference with D. Bralow regarding local counsel (.3); exchange email with A. Brown regarding local counsel fees (.2). | 0.50<br>425.00/hr | 212.50 |

| For professional services rendered | $4,080.00 |
|---|---|
| Courtesy Discount for Capped Fee of $7500.00 | ($2,200.00) |
| Total amount of this bill | $1,880.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.079
September 01, 2010

|  | Timekeeper Summary | | | |
| --- | --- | --- | --- | --- |
| Name | | Hours | Rate | Amount |
| Gayle C. Sproul | | 9.60 | 425.00 | $1,880.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605