# Exhibit A

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: **Chandler Bigelow**
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Debtor Entity/Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903517 | $400,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903517 | $880,645.35 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3903517 | $364,800.00 | 12/27/2007 | Excise Tax Gross Up |
| Total | | $1,645,445.35 | | |

{698.001-W0011437.}