IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 6697 & 6698 |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                                        ) ss.:
COUNTY OF NEW YORK   )

DAVID MALO, being duly sworn, deposes and says:

1. I am employed as Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Rev Solicitation Proc Ord_Response to Mtn_DI 6697-6698_Aff_12-1-10.doc

2. On December 1, 2010, I caused to be served the:

   a. "Notice of Filing of Revised Proposed Order and Exhibits with Respect to Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief," dated December 1, 2010 [Docket No. 6697],

   b. "Notice of Filing Responses to Objections to Solicitation Procedures Motion," dated December 1, 2010 [Docket No. 6698],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ David R. Malo*
David Malo

Sworn to before me this
3rd day of December, 2010

*/s/ Diane M. Streany*
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

**EXHIBIT A**

**TRB Email Service List**

| | |
|---|---|
| a.dalton@smmj.com | bmd@gsrnh.com |
| aconway@taubman.com | btrust@mayerbrown.com |
| adeglomi@harris.com | carickhoff@blankrome.com |
| afriedman@olshanlaw.com | carolyn.adler@morganstanley.com |
| aglenn@kasowitz.com | cbblac@acxiom.com |
| agordon@paulweiss.com | cbifferato@bifferato.com |
| ahammer@freebornpeters.com | cdavidow@paulweiss.com |
| ahiller@phw-law.com | charles.smith@klgates.com |
| ajongco@lewisfeinberg.com | claims@recoverycorp.com |
| alipkin@willkie.com | cmcmanus@muchshelist.com |
| amuscovitz@dsfadvisors.com | cmomjian@attorneygeneral.gov |
| anderson.frank@pbgc.gov | collins@rlf.com |
| andrew.goldman@wilmerhale.com | cowan@ask-attorneys.com |
| andrew.schoulder@bgllp.com | csbott@abato.com |
| atrehan@mayerbrown.com | csimon@crosslaw.com |
| avail@jenner.com | csteege@jenner.com |
| avesselinovitch@kattenlaw.com | dadler@mccarter.com |
| awinfree@ashby-geddes.com | dallas.bankruptcy@publicans.com |
| bankruptcy@goodwin.com | daniel.connolly@bgllp.com |
| bbutwin@omm.com | daniel.polatsek@kattenlaw.com |
| bceccotti@cwsny.com | dave@bhdrl.com |
| bennettb@hbdlawyers.com | david.klauder@usdoj.gov |
| besders@abato.com | david.powlen@btlaw.com |
| bhshide@us.ibm.com | dbradford@jenner.com |
| bkrakauer@sidley.com | dbrown@paulweiss.com |

**TRB Email Service List**

dcantor@omm.com
ddavidian@arkin-law.com
ddeutsch@chadbourne.com
deecf@dor.mo.gov
deggert@freebornpeters.com
dfeinberg@lewisfeinberg.com
dgonzales@wsh-law.com
dlemay@chadbourne.com
dneier@winston.com
don@furmangregory.com
dplon@sirlinlaw.com
dreimann@reimannlawgroup.com
drosner@kasowitz.com
dsaval@brownrudnick.com
dshamah@omm.com
dwbankruptcydepartment@kelleydrye.com
efile@pbgc.gov
efriedman@fklaw.com
ejones@omm.com
elaine_cole@tax.state.ny.us
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com
etredinnick@greeneradovsky.com
evan.flaschen@bgllp.com

ffm@bostonbuisnesslaw.com
fhyman@mayerbrown.com
flevy@olshanlaw.com
fortune@rlf.com
fred.fellmeth@vitecgroup.com
frosner@mrs-law.com
garlandk@gtlaw.com
gbush@zuckerman.com
gerson.leonard@dol.gov
gmcdaniel@bglawde.com
goldberg.elizabeth@dol.gov
grmesires@uhlaw.com
guzzi@whitecase.com
heri.christine@dol.gov
hkaplan@arkin-law.com
houston_bankruptcy@publicans.com
hseife@chadbourne.com
isgreene@hhlaw.com
jatamian@mayerbrown.com
jberlage@ghsllp.com
jconlan@sidley.com
jcp@pgslaw.com
jcriswell@tsmp.com
jcrystal@willkie.com
jdt@jdthompsonlaw.com

**TRB Email Service List**

| | |
|---|---|
| jedmonson@bayardlaw.com | kklee@ktbslaw.com |
| jfiorella@archerlaw.com | klantry@sidley.com |
| jfrank@fgllp.com | kmayer@mccarter.com |
| jfriedman@jbflawfirm.com | kmiller@ecjlaw.com |
| jfungaroli@capitalsource.com | kskomorucha@ashby-geddes.com |
| jhuggett@margolisedelstein.com | kstickles@coleschotz.com |
| jlosardo@bbwg.com | landis@lrclaw.com |
| jnimeroff@bsnlawyers.com | lbogdanoff@ktbslaw.com |
| jodie.rea@fox.com | leslie@lesliecohenlaw.com |
| john.sieger@kattenlaw.com | linda.boyle@twtelecom.com |
| johnstonj@hbdlawyers.com | ljones@pszjlaw.com |
| joshua.gadharf@kattenlaw.com | lshumejda@paulweiss.com |
| jschlerf@foxrothschild.com | mamato@rmfpc.com |
| jsdlaw@msn.com | mark.nitikman@c2d2law.com |
| jshickich@riddellwilliams.com | matthew.troy@usdoj.gov |
| jsorenson@wggdlaw.com | maureen.mcgreevey@sungard.com |
| jstrock@foxrothschild.com | mbarash@ktbslaw.com |
| jteitelbaum@tblawllp.com | mbcleary@ycst.com |
| jtougas@mayerbrown.com | mbillion@pszjlaw.com |
| jwhite@blakeleyllp.com | mblumenthal@crowell.com |
| kcollins@bifferato.com | mbraza@foley.com |
| kdinhrt@ssd.com | mcguire@lrclaw.com |
| kelkins@elkinskalt.com | melorod@gtlaw.com |
| ken.higman@hp.com | mengland@eckertseamans.com |
| khill@svglaw.com | mfelger@cozen.com |

**TRB Email Service List**

| | |
|---|---|
| michelle.mcmahon@bryancave.com | rstark@brownrudnick.com |
| mlastowski@duanemorris.com | rtucker@simon.com |
| mmilano@riddellwilliams.com | rweinstein@cusa.canon.com |
| mminuti@saul.com | rwriley@duanemorris.com |
| mmmulder@mmmglaw.com | sagolden@hhlaw.com |
| morsej@hbdlawyers.com | sbrown@eapdlaw.com |
| mprimoff@kayescholer.com | schannej@pepperlaw.com |
| msmall@foley.com | schloss.michael@dol.gov |
| mzohn@proskauer.com | schristianson@buchalter.com |
| npernick@coleschotz.com | sfallon@trplaw.com |
| nwasow@lewisfeinberg.com | sfriedberg@theseaportgroup.com |
| pcatanese@mcguirewoods.com | sgreissman@whitecase.com |
| pgregory@cpmlegal.com | skaufman@coochtaylor.com |
| prubin@herrick.com | slross@duanemorris.com |
| psmoots@mcguirewoods.com | slross@duanemorris.com |
| pwebster@buchalter.com | sselbst@herrick.com |
| ramona.neal@hp.com | sshimshak@paulweiss.com |
| raportl@pepperlaw.com | strattond@pepperlaw.com |
| rbrady@ycst.com | swolosky@olshanlaw.com |
| rhanley@nolanplumhoff.com | taskounis@askounisdarcy.com |
| rkbgwhw@aol.com | tcairns@pszjlaw.com |
| rmersky@monlaw.com | tlauria@whitecase.com |
| robert_cook@tax.state.ny.us | tmacauley@zuckerman.com |
| romero@mromerolawfirm.com | tmhoepker@yahoo.com |
| rpaul@zwerdling.com | tribuneco.routing@dpw.com |

**TRB Email Service List**

trmeites@mmmglaw.com

tscobb@vorys.com

tscobb@vssp.com

waldmeird@michigan.gov

wayne.smith@warnerbros.com

wbowden@ashby-geddes.com

whazeltine@sha-llc.com

wmk@elliottgreenleaf.com

wweintraub@fklaw.com

yonatan.gelblum@usdoj.gov

**Mediation Email List**

| Name | Email Address | Firm |
|---|---|---|
| James F. Conlan, Esquire | jconlan@sidley.com | Sidley Austin LLP |
| Bryan Krakauer, Esquire | bkrakauer@sidley.com | Sidley Austin LLP |
| K. Landtry, Esquire | klantry@sidley.com | Sidley Austin LLP |
| James Bendernagel, Esquire | jbendernagel@sidley.com | Sidley Austin LLP |
| Janet Henderson, Esquire | jhenderson@sidley.com | Sidley Austin LLP |
| Jessica Boelter, Esquire | jboelter@sidley.com | Sidley Austin LLP |
| Kenneth Kansa | kkansa@sidley.com | Sidley Austin LLP |
| Kerriann Mills, Esquire | kmills@sidley.com | Sidley Austin LLP |
| D'Lisia Bergeron | dbergeron@sidley.com | Sidley Austin LLP |
| Allison Ross, Esquire | aross@sidley.com | Sidley Austin LLP |
| Gregory Demo, Esquire | gdemo@sidley.com | Sidley Austin LLP |
| Norman Pernick, Esquire | npernick@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Kate Stickles, Esquire | kstickles@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| David G. Heiman, Esquire | dgheiman@jonesday.com | Jones Day |
| Brad Erens, Esquire | bberens@jonesday.com | Jones Day |
| David Shafer, Esquire | dshafer@jonesday.com | Jones Day |
| David Hall, Esquire | dahall@jonesday.com | Jones Day |
| Don Liebentritt, Executive VP/GC | dliebentritt@tribune.com | Tribune Company |
| D. Eldersveld | deldersveld@tribune.com | Tribune Company |
| Andrew Goldman, Esquire | andrew.goldman@wilmerhale.com | WilmerHale |
| Mark D. Collins, Esquire | collins@rlf.com | Richards, Layton & Finger, P.A. |
| Drew Sloan, Esquire | dsloan@rlf.com | Richards, Layton & Finger, P.A. |
| Edward Friedman, Esquire | efriedman@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |
| William P. Weintraub, Esquire | wweintraub@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |
| William Bowden, Esquire | wbowden@ashby-geddes.com | Ashby & Geddes |
| Amanda Winfree, Esquire | awinfree@ashby-geddes.com | Ashby & Geddes |
| Daniel H. Golden, Esquire | dgolden@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Philip C. Dublin, Esquire | pdublin@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Kristina Wesch, Esquire | kwesch@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Laurie E. Hutchins, Esquire | lhutchins@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Bruce Bennett, Esquire | bennettb@hbdlawyers.com | Hennigan Bennett & Dorman |
| James O. Johnston, Esquire | johnstonj@hbdlawyers.com | Hennigan Bennett & Dorman |
| J. Mester, Esquire | mesterj@hbdlawyers.com | Hennigan Bennett & Dorman |
| Robert S. Brady, Esquire | rbrady@ycst.com | Young Conaway Stargatt & Taylor LL |
| M. Blake Cleary, Esquire | mbcleary@ycst.com | Young Conaway Stargatt & Taylor LL |
| David Adler, Esquire | dadler@mccarter.com | McCarter & English LLP |
| Katherine L. Mayer, Esquire | kmayer@mccarter.com | McCarter & English LLP |
| David J. Bradford, Esquire | dbradford@jenner.com | Jenner & Block LLP |
| David W. Carickhoff, Esquire | carickhoff@blankrome.com | Blank Rome LLP |
| Donald S. Bernstein, Esquire | donald.bernstein@davispolk.com | Davis Polk & Wardwell LLP |
| Elliott Moskowitz, Esquire | elliott.moskowitz@davispolk.com | Davis Polk & Wardwell LLP |
| Dennis E. Glazer, Esquire | dennis.glazer@davispolk.com | Davis Polk & Wardwell LLP |
| Damian S. Schaible, Esquire | damian.schaible@davispolk.com | Davis Polk & Wardwell LLP |
| Michael Russano, Esquire | michael.russano@davispolk.com | Davis Polk & Wardwell LLP |
| Eli Vonnegut, Esquire | eli.vonnegut@davispolk.com | Davis Polk & Wardwell LLP |
| Mark Collins, Esquire, Esquire | collins@rlf.com | Richards, Layton & Finger, P.A. |
| Robert Stearn, Esquire, Esquire | stearn@rlf.com | Richards, Layton & Finger, P.A. |
| David S. Rosner, Esquire | drosner@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Andrew K. Glenn, Esquire | aglenn@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Sheron Korpus, Esquire | skorpus@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Matthew B. Stein, Esquire | mstein@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Daniel A. Fliman, Esquire | dfliman@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Garvan McDaniel, Esquire | gmcdaniel@bglawde.com | Bifferato Gentilotti |
| Howard Seife, Esquire | hseife@chadbourne.com | Chadbourne & Parke LLP |
| David M. LeMay, Esquire | dlemay@chadbourne.com | Chadbourne & Parke LLP |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com | Chadbourne & Parke LLP |
| Adam Landis, Esquire | landis@lrclaw.com | Landis, Rath & Cobb |
| Graeme Bush, Esquire | gbush@zuckerman.com | Zuckerman Spaeder LLP |
| Thomas MacCauley, Esquire | tmacauley@zuckerman.com | Zuckerman Spaeder LLP |
| James Sottile, Esquire | jsottile@zuckerman.com | Zuckerman Spaeder LLP |
| Adam H. Friedman, Esquire | afriedman@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Steve Wolosky, Esquire | swolosky@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Fredrick J. Levy, Esquire | flevy@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Derek Abbott, Esquire | dabbott@mnat.com | Morris Nichols Arsht & Tunnell LLP |
| Howard J. Kaplan, Esquire | hkaplan@arkin-law.com | Arkin Kaplan Rice LLP |
| Deanna Davidian, Esquire | ddavidian@arkin-law.com | Arkin Kaplan Rice LLP |
| Robert J. Stark, Esquire | rstark@brownrudnick.com | Brown Rudnick LLP |
| Martin S. Siegel, Esquire | msiegel@brownrudnick.com | Brown Rudnick LLP |
| Katherine S. Bromberg, Esquire | kbromberg@brownrudnick.com | Brown Rudnick LLP |
| G. Novod. Esquire | gnovod@brownrudnick.com | Brown Rudnick LLP |
| Raymond H. Lemisch, Esquire | rlemisch@beneschlaw.com | Benesch, Friedlander Coplan & Aronoff |
| Jennifer R. Hoover, Esquire | jhoover@beneschlaw.com | Benesch, Friedlander Coplan & Aronoff |
| Thomas E. Lauria, Esquire | tlauria@whitecase.com | White & Case |
| David G. Hille, Esquire | dhille@whitecase.com | White & Case |
| Scott Greissman, Esquire | sgreissman@whitecase.com | White & Case |
| Andrew W. Hammond, Esquire | ahammond@whitecase.com | White & Case |
| Jeffrey Schlerf, Esquire | jschlerf@foxrothschild.com | Fox Rothschild LLP |
| Eric M. Sutty, Esquire | esutty@foxrothschild.com | Fox Rothschild LLP |
| David M. Klauder, Trial Attorney | david.klauder@usdoj.gov | Office of the United States Trustee |