## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on December 3, 2010, I caused one copy of the foregoing to be served upon the parties listed below in the manner so indicated.

| **VIA HAND DELIVERY**<br>Robert S. Brady, Esq.<br>M. Blake Cleary, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **VIA U.S. MAIL**<br>Bruce Bennett, Esq.<br>James O. Johnson, Esq.<br>Joshua D. Morse, Esq.<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
|---|---|
| **VIA HAND DELIVERY**<br>Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | **VIA U.S. MAIL**<br>James F. Conlan, Esq.<br>Bryan Krakauer, Esq.<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| **VIA HAND DELIVERY**<br>David Klauder, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>UNITED STATES DEPARTMENT OF JUSTICE<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | **VIA HAND DELIVERY**<br>Adam G. Landis, Esq.<br>LANDIS RATH & COBB LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 |

_/s/ Amanda M. Winfree_
Amanda M. Winfree (#4615)

{00313576;v1}