IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) |
| | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

**DECLARATION OF ASHLEY F. WATERS
IN SUPPORT OF OPPOSITION TO MOTION OF OAKTREE CAPITAL
MANAGEMENT, L.P., AND ANGELO, GORDON & CO. L.P.,
TO DISQUALIFY AKIN GUMP STRAUSS HAUER & FELD LLP
FROM REPRESENTING AURELIUS CAPITAL MANAGEMENT, LP**

I, Ashley F. Waters, do hereby declare that:

1. I am an associate in the New York office of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump" or the "Firm"). Akin Gump has more than 900 lawyers with offices in Abu Dhabi, Austin, Beijing, Dallas, Geneva, Houston, London, Los Angeles, Moscow, New York, Philadelphia, San Antonio, San Francisco, and Washington, D.C. My office is located at One Bryant Park, New York, NY 10036.

2. I make this Declaration in support of Akin Gump's Opposition to the Motion filed by Oaktree Capital Management, L.P. ("Oaktree") and Angelo, Gordon & Co. L.P. ("Angelo Gordon" and, together with Oaktree, the "Movants") to disqualify Akin Gump from continuing to represent Aurelius Capital Management, LP, on behalf of its managed entities (collectively, "Aurelius"), in these chapter 11 cases. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

3. The emails included as Exhibits 1, 2, 3, 5, 6, 8, 10, 11, 13, 14, 15 and 16 to the Appendix are true and correct copies of emails sent and received by Akin Gump attorneys.

4. I have reviewed the billing records compiled by the Firm. No Akin Gump bankruptcy lawyer has ever billed any time to the Angelo Gordon or Oaktree client matter numbers established for representations related to Tribune

Company and its affiliated debtors (collectively, the "Debtors"). In addition, no Akin Gump FCC/communications lawyer has ever billed any time to the Centerbridge Credit Advisors or Aurelius client matter numbers established for representations related to the Debtors.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 3, 2010
New York, NY

_____
Ashley F. Waters