| | |
|---|---|
| ASM Capital<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, New York  11797<br>(516) 224-6040 | Longacre Opportunity Fund, L.P., and Longacre Opportunity Offshore Fund, Ltd.<br>c/o Longacre Management, LLC<br>810 Seventh Avenue, 33rd Floor<br>New York, New York  10019<br>(212) 259-4350 |

| | |
|---|---|
| **In re:**<br><br>**TRIBUNE COMPANY, et. al,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

TO:   HOLDERS OF GENERAL UNSECURED CLAIMS AGAINST SUBSIDIARY DEBTORS (CLASSES 2E-111E UNDER THE DEBTORS' PLAN)

      1.   The above entities, who are the members of and are referred to as the *Ad Hoc* OpCo Trade Committee, collectively hold approximately $9 million of claims against various Subsidiary (or operating company) Debtors in the above-captioned cases (referred to as "Trade Claims").  The members of the *Ad Hoc* OpCo Trade Committee do not hold any other claims or "economic interests" in the Debtors' cases - - they only hold Trade Claims.

      2.   The Debtors' proposed Plan is premised upon trade creditors of the Subsidiary Debtors being paid in full, in cash.  The Plan, however, provides for a "cap" or maximum payment to the trade creditors of all Subsidiary Debtors of $150 million.  The Plan and accompanying Disclosure Statements do not make clear how much, or what amount, trade creditors will receive on account of their allowed claims - - on the initial Distribution Date or ultimately.  There are no assurances that Trade Claims will be paid in full.

      3.   The *Ad Hoc* OpCo Trade Committee believes that trade creditors of each of the Subsidiary Debtors are legally entitled to be paid in full, in cash.  The *Ad Hoc* OpCo Trade Committee believes that absent such payment in full, the Debtors' Plan cannot be confirmed over the REJECTION of any class of trade creditors.

      **4.   Accordingly, the *Ad Hoc* OpCo Trade Committee urges all holders of Trade Claims in classes 2E-111E to vote to REJECT the Debtors' Plan.**

Dated: December __, 2010

| | |
|---|---|
| ASM Capital | Longacre Opportunity Fund, L.P., and Longacre Opportunity Offshore Fund, Ltd.<br>c/o Longacre Management, LLC |
| By: /s/_____<br>    Adam Moskowitz<br>    Authorized Signatory | By: /s/_____<br>    Bradley Max<br>    Authorized Signatory |

NYC:221367.4

NYC:221367.4