## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on December 3, 2010, I caused one copy of the foregoing to be served upon the parties on the attached service list via first class U.S. Mail, or in the manner so indicated.

*[signature]*
Amanda M. Winfree (#4615)

{00313576;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 | **VIA HAND DELIVERY**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>LANDIS RATH & COBB LLP<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>CHADBOURNE & PARKE LLP<br>ATTN HOWARD SEIFE, ESQ., DAVID M. LEMAY, ESQ.,<br>DOGULAS E. DEUTSCH, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| **VIA HAND DELIVERY**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID KLAUDER., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ZUCKERMAN SPAEDER LLP<br>GRAEME W. BUSH, ESQ.<br>JAMES SOTTILE, ESQ.<br>1800 M STREET, NW, STE 1000<br>WASHINGTON, DC 20036 |

{00459626;v1}