**CORRECTED SIGNATURE PAGE**

7. WHEREFORE, *Ad Hoc* OpCo Trade Committee respectfully request that the Court direct the Debtors to include the one page letter annexed as Exhibit "A" hereto in its Plan solicitation materials to trade creditors of all Subsidiary Debtors (Classes 2E-111E).

Dated: December 3, 2010

ANDREWS KURTH LLP

By: /s/ Paul N. Silverstein
Paul N. Silverstein (PS 5098)
450 Lexington Avenue, 15th Floor
New York, New York 10017

*Counsel to Ad Hoc OpCo Trade Creditors Committee*

THE ROSNER LAW GROUP LLC

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE # 3995)
Scott J. Leonhardt (DE # 4885)
Brian L. Arban (DE # 4511)
1000 N. West Street, Suite 1200
Wilmington, DE 19801

December 6, 2010