## **EXHIBIT B**

(PROPOSED ORDER)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**ORDER REQUIRING DEBTORS TO INSERT AD HOC OPCO TRADE COMMITTEE SOLICITATION LETTER TO CLASSES 2E-111E AND TO SHORTEN AND LIMIT NOTICE OF MOTION**

Upon consideration of *Ad Hoc* OpCo Trade Creditors Committee's Motion to Reconsider Insertion of *Ad Hoc* OpCo Trade Committee Solicitation Letter to Classes 2E-111E And To Shorten and Limit Notice of Motion ("Motion");[1] and the Court finding that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157 and 1334 and (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing thereof,

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED.

The solicitation letter, attached to the Motion as Exhibit "A", shall be included in the Debtors' solicitation package.

This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: December ___, 2010
      Wilmington, Delaware

                                      Honorable Kevin J. Carey
                                      Chief United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.