**JPMorganChase**

JPMorgan Chase Bank, N.A.
Illinois Market
P O Box 260180
Baton Rouge, LA 70826-0180

October 01, 2009 through October 30, 2009
Account Number: **000000806002077**

---
**CUSTOMER SERVICE INFORMATION**

If you have any questions about your statement, please contact your Customer Service Professional.

00001719 DDA 111 141 30409 - NNNNN T 1 000000000 62 0000
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO IL 60611-4024



The Bank strictly prohibits the use of any account to conduct transactions (including, without limitation, the acceptance or receipt of credit or other receipt of funds through an electronic funds transfer, or by check, draft or similar instrument, or the proceeds of any of the foregoing) that are related, directly or indirectly, to unlawful Internet gambling. The term "unlawful Internet gambling," as used in this notice, shall have its meaning set forth in 12 C.F.R. Section Part 233, Section 132.2(bb). The Customer shall not conduct any transactions through the account that directly or indirectly involve or are related to unlawful Internet gambling, including, without limitation, the acceptance or receipt of any funds or deposits in connection therewith.

## SAVINGS SUMMARY
Premium Commercial Money Market

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2,007,228.21 |
| Deposits and Additions | 1 | 659.37 |
| Ending Balance | 1 | $2,007,887.58 |
| | | |
| Interest Paid This Period | | $659.37 |
| Interest Paid Year-to-Date | | $6,649.66 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $2,007,228.21 |
| 10/30 | Interest Payment | 659.37 | 2,007,887.58 |
| | Ending Balance | | $2,007,887.58 |

Your service charges, fees and earnings credit have been calculated through account analysis.

## INTEREST RATE ON COLLECTED BALANCE

INTEREST RATE(S)

    10/01    TO    10/30    AT    0.40%



EXHIBIT A