# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Dkt. Nos. 6733 & 6987 |

### MOTION TO SHORTEN AND LIMIT NOTICE REGARDING MOTION TO RECONSIDER INSERTION OF AD HOC OPCO TRADE COMMITTEE SOLICITATION LETTER TO CLASSES 2E-111E AND TO SHORTEN AND LIMIT NOTICE OF MOTION

The *Ad Hoc* Operating Company Trade Creditors Group (the "Ad Hoc OpCo Trade Committee") hereby move this Court (the "Motion to Shorten") for entry of an order pursuant to section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the notice period to allow the Motion to Reconsider Insertion of Ad Hoc Opco Trade Committee Solicitation Letter to Classes 2E-111E and to Shorten and Limit Notice of Motion (the "Motion to Reconsider"), to be considered by the Court at hearing scheduled for December 6, 2010 at 2:00 p.m. (ET) (the "Disclosure Statement Hearing"), and (ii) allowing objections, if any, to the Motion to Add to be raised at the Disclosure Statement Hearing and  respectfully represents:

    1.    Pursuant to Local Rule 9006-1(e), "[n]o motion will be scheduled on less notice than required by these rules or the Federal Rules of Bankruptcy Procedure except by Order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice.  The Court will rule on such motion promptly without need for hearing." Del.Bankr.L.R. 9006-1(e).

2. The statutory predicates for the relief requested herein require "notice and a hearing" in order for such relief to be granted. Section 102(1) of the Bankruptcy Code, however, provides that "notice and a hearing" is an elastic phrase meant to take into account the "Particular circumstances" of a motion. See 11 U.S.C. § 102(1) ("In this title ... 'after notice and a hearing,' or similar phrase ... means after such notice as is appropriate in the particular circumstances…").

3. The *Ad Hoc* OpCo Trade Committee respectfully submit that the exigencies of the OpCo Committee's Motion justify expedited consideration.

4. The Motion to Shorten should be granted because the Motion to Reconsider is seeking to have a solicitation letter added to the Disclosure Statement and needs to be ruled on prior to the conclusion of the Disclosure Statement Hearing, which, among other things will determine the adequacy of the proposed Disclosure Statement.

5. *Ad Hoc* OpCo Trade Committee have provided notice of the OpCo Committee's Motion to counsel to Defendant. In light of the relief requested herein, *Ad Hoc* OpCo Trade Committee respectfully submits that no further notice of the OpCo Committee's Motion is required.

6. No prior request for the relief sought herein has been made to this Court or any other court.

7. WHEREFORE, *Ad Hoc* OpCo Trade Committee respectfully request that the Court enter the proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, (i) providing that the Court will shortening the applicable notice period accordingly, and (ii) providing such other relief as may be just and proper.

Dated: December 6, 2010
      Wilmington, Delaware

ANDREWS KURTH LLP

By: <u>/s/ Paul N. Silverstein</u>
Paul N. Silverstein (PS 5098)
450 Lexington Avenue, 15th Floor
New York, New York 10017


THE ROSNER LAW GROUP LLC

<u>/s/ Scott J. Leonhardt</u>
Frederick B. Rosner (No. 3995)
Scott J. Leonhardt (No. 4885)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 295-4877

*Counsel to Ad Hoc OpCo Trade Creditors Committee*