# EXHIBIT A

**PROPOSED FORM OF ORDER**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **TRIBUNE COMPANY, et al,** | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## ORDER ON MOTION TO SHORTEN AND LIMIT NOTICE

Upon consideration of the Motion (the "Motion to Shorten") of *Ad Hoc* OpCo Trade Creditors Group (the "*Ad Hoc* OpCo Trade Committee"), to Shorten And Limit Notice Regarding the Motion to Reconsider Insertion of Ad Hoc Opco Trade Committee Solicitation Letter to Classes 2E-111E and to Shorten and Limit Notice of Motion (the "Motion to Reconsider");[1] and the Court finding that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157 and 1334 and (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing thereof,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The Motion to Reconsider will be considered at the hearing scheduled for **December 6, 2010 at 2:00 p.m.** (Eastern Time).

3. Any objections to the relief requested in the Motion to Reconsider shall be raised at the hearing scheduled for December 6, 2010 at 2:00 p.m.

4. This Order shall be effective and enforceable immediately upon entry.

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

{00005529. }NYC:221663.1

5.      This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: December ___ , 2010
       Wilmington, Delaware            _____
                                       Honorable Kevin J. Carey
                                       United States Bankruptcy Judge