UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13141 (KJC)**<br><br>**Jointly Administered**<br>Re: Dkt. No. 6995 |

## ORDER ON MOTION TO SHORTEN AND LIMIT NOTICE

Upon consideration of the Motion (the "Motion to Shorten") of *Ad Hoc* OpCo Trade Creditors Group (the "*Ad Hoc* OpCo Trade Committee"), to Shorten And Limit Notice Regarding the Motion to Reconsider Insertion of Ad Hoc Opco Trade Committee Solicitation Letter to Classes 2E-111E and to Shorten and Limit Notice of Motion (the "Motion to Reconsider");[1] and the Court finding that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157 and 1334 and (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing thereof,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The Motion to Reconsider will be considered at the hearing scheduled for **December 6, 2010 at 2:00 p.m.** (Eastern Time).

3. Any objections to the relief requested in the Motion to Reconsider shall be raised at the hearing scheduled for December 6, 2010 at 2:00 p.m.

4. This Order shall be effective and enforceable immediately upon entry.

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

5.    This Court retains jurisdiction to interpret, implement, and enforce the provisions

of this Order.

Dated: December ___, 2010
       Wilmington, Delaware

                Honorable Kevin J. Carey
                United States Bankruptcy Judge