## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY., *et al.*, | Jointly Administered |
| Debtors. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 6, 2010, copies of the **Objection By The Step One Lenders To The Lead Bank's Joint Motion For An Order (I) Finding The Step One Credit Agreement Lenders In Contempt Of The Court's Mediation Order And The Automatic Stay; And (II) Enjoining The Step One Lenders From Further Violations Of The Mediation Order And The Automatic Stay** (D.I. 6986, Filed 12/6/10) were served in the manner indicated upon the entities on the attached list.

Dated:  December 6, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*

Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan, Esq.
590 Madison Avenue, 35th Floor
New York, NY  10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Adam Friedman, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

BRACEWELL & GIULIANI LLP
Evan D. Flaschen, Esq.
225 Asylum Street, 26th Floor
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

Daniel S. Connolly, Esq.
1251 Avenue of the Americas
49th Floor
New York, NY 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Counsel to the Step One Credit Agreement
Lenders*