**SERVICE LIST**

**VIA HAND DELIVERY**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, Ste. 1410
Wilmington, DE 19801

Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Drew G. Sloan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Stephen P. Lamb, Esq.
Paul Weiss Rifkind Wharton &
Garrison LLP
Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Laura Selber Silverstein, Esq.
R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Donald S. Bernstein, Esq.
Dennis E. Glazer, Esq.
Elliot Moskowitz, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Steven M. Bierman, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Daniel L. Cantor, Esq.
Daniel S. Shamah, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Evan M. Jones, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth R. McColm, Esq.
Paul Weiss Rifkind Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022