# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** December 6, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cleary | Young Conaway | Credit Agreement Lenders |
| James O. Johnston | Hennigan Bennett | " " |
| Joshua Mester | " " | " " |
| David Adler | McCarter & English | Deutsche Bank |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| R. Stephen McNeill | Potter Anderson & Corroon | Merrill Lynch |
| Louise Selber Silverstein | " | " |
| R. Craig Martin | Edwards Angell Palmer & Dodge | Buckeye Bank |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** December 6, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ben Golden | Akin Gump | Aurelius |
| Phil Dublin | " " | " " |
| David Zensh | " " | " " |
| Abel Queresh | " " | " " |
| Annette Wirfer | Ashby Geddes | " " |
| Bill Bowden | " " | " " |
| Gordon Z. Novod | Brown Rudnick LLP | WTC |
| Martin Siegel | " " | " " |
| William Sullivan | Sullivan Hazeltine Allinson LLP | " " |
| Kristina Welsh | Akin Gump | Aurelius |
| Benjamin Kaminetzky | Davis Polk | JPM JP Morgan Chase Agt |
| Donald Bernstein | Davis Polk | JP Morgan Chase Agt |
| Dennis Glazer | " " | " " |
| Thomas Horan | Womble Carlyle | Great Banc |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** December 6, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtors |
| James Conlan | Sidley Austin | " |
| James Bendernagel | " | " |
| Kevin Lantry | " | " |
| Ken Kansa | " | " |
| Derek Abbott | Morris Nichols | Step One Lenders |
| Don Butz | " | " |
| Evan Flaschen | Bracewell | " |
| Howard Kaplan | Arcn Kaplan | " |
| Daniel Rath | Landis Rath + Cobb | The Committee |
| David LeMay | Chadbourne + Parke | The Committee |
| Andy Rosenblatt | Chadbourne + Parke | The Committee |
| Christy Rivera | Chadbourne + Parke | The Committee |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** December 6, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Ashley | Chadbourne & Parke | The Committee |
| Thomas McCormack | Chadbourne & Parke | The Committee |
| Marc Roitman | Chadbourne & Parke | The Committee |
| Jim Gottlieb | Zuckerman Spaeder | The Committee |
| Sioh Gressman | White & Case | Bridge Lenders |
| David Miller | " | " |
| Jeffrey Schlerf | Fox Rothschild | " |
| David Klauder | U.S. Trustee | U.S. Trustee |
| David Zensky | Akin Gump | Aurelius |
| Abid Qureshi | " " | " |
| Bob Stearn | RLF | SPRoup chase |
| Sheron Korpus | Kasowitz Benson | Law Debenture |

# Court Conference

**Calendar Date:** 12/06/2010
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Amended Calendar 12/06/2010 08:56 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894085 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895498 | Jeffrey Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3891844 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3887142 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3887229 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895311 | Jon Berke | (212) 686-2741 | DebtWire | Interested Party, Jon Berke / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895425 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894114 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893274 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3898160 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895492 | Ted Burdick | (212) 320-5417 | Soros Fund Management | Interested Party, Soros Fund Management / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893878 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893938 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |

Peggy Drasal                                                                                                    CourtConfCal2009                                         Page 2 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893367 | Brian C. Carlson | (203) 399-3018 | Silvermine Capital Management | Interested Party, Silvermine Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895611 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3889334 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894903 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893676 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895319 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3890093 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3892819 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3898027 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895430 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895475 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895537 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Services UK | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895624 | Rodney Geoghan | (973) 639-7908 | McCarter & English | Creditor, Deutsche Bank Trust Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895504 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3890023 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3887144 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893279 | Jason Goldsmith | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3888693 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893238 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895671 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894107 | Andrew Gu | (203) 413-7246 | Arrowhawk Capital Partners | Client, Arrowhawk Capital Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895617 | David Hall | 312-269-4207 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3896891 | Adam Harris | 212-756-2253 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3896486 | Mark Holliday | (503) 243-5000 | Camden Asset Management | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3890016 | Laurie E. Hutchins | (212) 872-1000 | Akin Gump Strauss Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895482 | Nealesh Jhaveri | (212) 651-7636 | Citadel Investment Group | Interested Party, Nealesh Jhaveri / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3887136 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893983 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3886957 | Anna Kalenchits | 212-723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3890021 | David A. Kazlow | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893524 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895408 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895417 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3888698 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3898019 | Lawrence Lawler | (212) 821-5422 | UBS | Interested Party, UBS / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3886984 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Credit Agreement Lenders / LIVE |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3887139 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894908 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3888708 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895426 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894691 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | In Propria Persona, Neil S Losquadro / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895411 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895414 | Suneel Mandava | (312) 407-6673 | Lazard Freres & Co., LLC | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3897205 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Creditor, Trade Claim Holders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3891576 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3891496 | Scott T. McCabe | (212) 754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3888701 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895418 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893766 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3896479 | Saquib R. Mirza | (212) 270-6000 | JP Morgan Proprietary (New York) | Interested Party, JP Morgan Principal Investments / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894054 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895675 | Soham Naik | (212) 508-6171 | Bracewell & Giuliani - New York | Creditor, Socal / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3898310 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3886988 | Jonathan Polkes | 212-310-8000 ext. 999 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893023 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3897215 | Jeremy Reckmeyer | (212) 850-2851 | Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3898183 | Jeffrey N. Rich | 212-536-4097 | K & L Gates | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3890015 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895764 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894915 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3892063 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895523 | Andrew J. Schoulder | 212-508-6132 | Bracewell & Giuliani - New York | Creditor, Step One Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894898 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894176 | Meredith S Senter | 202-416-6740 | The Law Office of Lerman Senter | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894648 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3897193 | Paul Silverstein | (212) 850-2819 | Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3891872 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3898379 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895613 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895320 | David B. Thompson | (212) 688-7526 | Gruss & Management, LLC | Creditor, David Thompson / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3891861 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893277 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893200 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3886986 | Shai Waisman | 212-310-8274 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3895432 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3891042 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3894662 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3893373 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management | Interested Party, Aurelius Capital Management / LISTEN ONLY |