# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref Nos. 6302-6322, 6324-6326, 6328-6331, 6333, 6335-6354, 6356-6363, 6365-6366, 6368-6403, 6406-6411, 6423, 6425, 6438-6444, 6455, 6457, 6489-6490, 6517-6544, 6571-6579, 6581-6584 & 6592** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                             ) ss.:
COUNTY OF NEW YORK   )

DAVID MALO, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 6, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers (e)(2) or (4)"), a sample of which is annexed hereto as Exhibit A by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

David Malo

Sworn to before me this

7th day of December, 2010

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 14

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    | Chapter 11

TRIBUNE COMPANY, et al.,                   | Case No. 08-13141 (KJC)

                    Debtors.               | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    213EJ LLC
           109 E JARRETTSVILLE RD
           FOREST HILL, MD 21050

Please note that your schedule in the above referenced case and in the amount of $741.52 has been transferred **(unless previously expunged by court order)** to:

           DACA 2010L, LP
           TRANSFEROR: 213EJ LLC
           1565 HOTEL CIRCLE SOUTH, SUITE 310
           SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6302    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/06/2010                           David D. Bird, Clerk of Court

                                           /s/ David Malo
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 6, 2010.

**EXHIBIT B**

TIME: 13:37:34
DATE: 12/07/10

The Tribune Company
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| 213EJ LLC | 109 S JARRETTSVILLE RD FOREST HILL MD 21050 |
| A1 ENGINE SERVICE CO INC | 3921 WESLEY TERRACE SCHILLER PARK IL 60176-2131 |
| AAA FLAG & BANNER MFG CO INC | 8955 NATIONAL BLVD LOS ANGELES CA 90034 |
| ALL AMERICAN SEWER & DRAIN SERVICES INC | PO BOX 2356 STAMFORD CT 06906-0356 |
| ALPINE CREATIVE | PO BOX 1462 NEDERLAND CO 80466 |
| ANSON STONER INC | ATTN: ACCTS PAYABLE 111 E FAIRBANKS AVE WINTER PARK FL 32789-7004 |
| ARAMARK CORPORATION | 1851 HOWARD ST  STE F ELK GROVE IL 60007 |
| ARAMARK REFRESHMENT SERVICES | 1851 HOWARD STREET  STE F ELK GROVE VILLAGE IL 60007 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: ACCESSWEATHER.COM INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: AVAILABLE LIGHTING, INC. ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: BAIR, EDWARD ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: BISCALLUZ, JUAN T. ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: BRONNSON, JEAN MARIE K P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: CITIES UNLIMITED INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: CITY OF ELGIN ATTN: CLAIMS PROCESSING DEPT. P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: CONTROLS BY SANTUCCI INC ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: CORPORATE TELECOM SOLUTIONS ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: G & H VENDING ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: GREATER HARTFORD AUTOMOBILE DEALERS ASSOC. - ATTN: CLAIMS PROC. DEPT PO BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: H DIETZ, WESLEY P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: HARITOS, GUS ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: HENDRICKS, P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: HODGES BROTHERS 3.0 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: HUTCHENS, TERRY M P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: KAFKA, ALEXANDER C P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: LOWRY, WILLIAM ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: MIDDLETON, GARY ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: OWEN, DANA A P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: QUINTON, RICHARD A. 'RICK' P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: RO ENTERPRISE ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: SAN DIEGO STAGE & LIGHTING SUPPLY INC. - ATTN: CLAIMS PROCESS DEPT. PO BOX 1461 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: VELLA TOWING ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: WEATHERUNDERGROUND INC ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: IMPERIAL LIGHTING MAINTENANCE ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: WEXLER PACKAGING PRODUCTS INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ASSOCIATED INSURANCE PLAN | 28085 N ASHLEY CIR LIBERTYVILLE IL 60048-9758 |
| AT THE HOP | ATTN LEN KORNBLAU 17 BURGUNDY DR MARLTON NJ 08053 |
| AVENUE TC FUND, L.P. | TRANSFEROR: ARCHON BAY CAPITAL, LLC ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: BLUE HERON MICRO OPPOR. FUND ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: BLUE OPPORTUNITIES FUND, LP ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| BAGEL TREE | 6580 W ATLANTIC AVE DELRAY BEACH FL 33446 |
| BERMAN NEWS SERVICE LP | P O BOX 645 WILTON CT 06897 |
| BLUE CITY TRAVEL | 609 E LAS OLAS BLVD FT LAUDERDALE FL 33301-2224 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: ANGELIKA STONER ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: BAIN, KATHERINE ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: BARR ENGINEERING INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: BRIDGE FAMILY CENTER ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: CLASSIFIEDS PLUS INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: CLAWSON, MURRAY ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: COLLETT MECHANICAL INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: CORPORATE TELECOM SOLUTIONS ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: DARGIS, BARBARA ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: EACH, MOLLY ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: ENTERPRISES ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: FLO-TECH ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |

TIME: 13:37:34
DATE: 12/07/10

The Tribune Company
CREDITOR LISTING

| Name | Address |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: GARCIA & CASTIELLO MEDIA SVC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: GLASS, RANDY ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: GRAYSTONE GROUP ADV ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: HAWKERS, KATIE ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: HARMON, INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: HOFFMANS GUN ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: HOGANS AGENCY, INC, THE ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: HORIZON TAXI CAB DISPATCH IN ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: KAHRS, KRISTIE ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: LOXEY, RANDALL ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: MAH ELECTRIC INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: MARKOUTSAS, ELAINE ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: MONICK, DAN ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: MONKEY BUNCH ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: MR INDUSTRIES ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: PARTIPILO, FRANK P ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: PRIME ELECTRIC INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: PROMENADE PROMOTIONS ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: PUGET SOUND DISPATCH ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: R.S. SURSTHOUSE & ASSOC. ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: RAX SYSTEMS INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: SEABRITE INDUSTRIES ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: STAGLIANO, JOHN ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: TAPE COMPANY ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: THOMPSON INDUSTRIAL SUPPLY I ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: TORREGROSSA, RICHARD ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: UTILITY MANAGEMENT SERVICES ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: WEIMER, RICCITELLI, ROSEANN ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: WHITMIRE, ALISON ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: WISCONSIN CABLE COMMUNICATIO ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: BLUE DOT SERVICES OF MARYLAND ATTN: CLAIMS PROCESSING DEPARTMENT PO BOX 14610 SURFSIDE BEACH SC |
| BLUE HERON MICRO OPPORTUNITIES FUND, LP | TRANSFEROR: ENCOR SERVICES MIDWEST C/O BLUE HERON MICRO OPPORTUNITIES FUND PO BOX 14610 ATTN CLAIMS PROCESSING DEPT SURFSIDE BEACH SC |
| BOA OPPORTUNITIES FUND, LP | 1421 CLARKVIEW RD STE 208 BALTIMORE MD 21209-2106 |
| BRAINARD CAFE | 20 LINDBERGH DR HARTFORD CT 06114 |
| BRIDGESTREET CORPORATE HOUSING WORLDWIDE | 1421 FRANKLIN STREET BROOKLYN NY 11222 |
| CAPITOL ELEVATOR CO INC | 217 FRANKLIN STREET BROOKLYN NY 11222 |
| CARVEL | 203 CHURCH AVENUE BROOKLYN NY 11218 |
| CITIES UNLIMITED INC | PO BOX 2474 MISSION KS 66201 |
| CLANTON ADVERTISER | ATTN: JASON CLANTON PO DRAWER 2590 SELMA AL 36702-2590 |
| COMP-AIR SERVICE COMPANY | 2549 PEMBERTON DRIVE APOPKA FL 32703 |
| COURTHOUSE NEWS SERVICE | 30 NORTH RAYMOND AVE STE 310 PASADENA CA 91103 |
| DABBAH, MARIELA C | 208 KENEYS COVE BRIARCLIFF MANOR NY 10510 |
| DACA 2010L, LP | TRANSFEROR: 213U LLC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: A1 ENGINE SERVICES INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: AAA FLAG & BANNER MFG CO INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ALL AMERICAN SEWER & DRAIN SERVICES INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ALPINE CREATIVE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ANSON STONER INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK CORPORATION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK REFRESHMENT SERVICES 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ASSOCIATED INSURANCE PLAN 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: AT THE HOP 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: BAGEL TREE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: BAYSHORE NEWS SERVICE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: BIG CITY TAVERN 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: BON SECOURS EMPLOYEE ASSISTANCE PROGRAM 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 13:37:34
DATE: 12/07/10

PAGE: 3

The Tribune Company
CREDITOR LISTING

| Name | Address |
|------|---------|
| DACA 2010L, LP | TRANSFEROR: BRAINARD CAFE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: BRIDGESTREET CORPORATE HOUSING WORLDWIDE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: CAPITOL ELEVATOR CO INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: CARVEL 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: CLANTON ADVERTISER 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: COMP-AIR SERVICE COMPANY 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: COURTHOUSE NEWS SERVICE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: DABBAH, MARIELA C 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ENR SERVICES INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: FINOCCHIO BROTHERS CARTING CORP 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: FIVE CONTINENTS MUSIC INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: FRS ENVIRONMENTAL INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: GERSTELL ACADEMY 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: GOOD MORNING NEWS LLC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: HAINES INSURANCE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: HAITIAN HEALTH FOUNDATION IN 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: HEADWAY CORPORATE ST 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: HOLIDAY INN CALDER PRO PLAYE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: IMAGINE SCHOOLS 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: JANI/HUNTINGTON STATION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: JASONS DELI 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: LEDERS JEWELERS 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: LOST AND SOUND INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: M BURKE DELANEY DMD 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: M H S ALUMNI ASSOCIATION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: MARYLAND AUTO DEALERS SVC IN 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: MATHEWS BOOK STORE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: MEL TAYLOR AND ASSOCIATES 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: MERCURY MESSENGER SERVICE IN 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: MERRIT PRESS INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: MICHIGAN CABLE TELECOMMUNICATIONS 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: MILLENIUM JOURNEYS LLC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: NEWPORT-MESA SCHOOLS FOUNDATION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: OUTBACK STEAKHOUSE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: PERMONT DEVELOPMENT 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: PHILADELPHIA ADVERTING CLUB 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: PRAIRIE DISTRICT LOFTS 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: PRESCIENT APPLIED INTELLIGENCE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: SCALE FX INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: SKILLCRAFT MACHINE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: WATERFORD LAKES TOWN CENTER 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| ENR SERVICES INC | TRANSFEROR: GOOD BROS AIR CONDITIONING LLC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| | 20 GLOVER AVE |
| FINOCCHIO BROTHERS CARTING CORP | 977 SHERMAN STREET NORWICH CT 06360 |
| FINOCCHIO BROTHERS CARTING CORP | 49 LIBERTY PL, STAMFORD CT 06902-7610 |
| FIVE CONTINENTS MUSIC INC | 65 DAVENPORT ST STAMFORD CT 06901 |
| FRS ENVIRONMENTAL INC | PO BOX 50417 LOS ANGELES CA 90050 |
| GERSTELL ACADEMY | 1414 E SIXTH STREET CORONA CA 92879 |
| GOOD MORNING NEWS LLC | 2500 OLD WESTMINSTER PIKE FINKSBURG MD 21048 |
| GOOD MORNING NEWS LLC | 115 BROOKRIDGE LN GUILFORD CT 06437-2375 |
| HAINES INSURANCE | 115 BROOKRIDGE LN GUILFORD CT 06437-2375 |
| HAITIAN HEALTH FOUNDATION INC | 200 W MAIN ST RISING SUN MD 21911 |
| HEADWAY CORPORATE ST | ACCOUNTS RECEIVABLE PO BOX 785381 PHILADELPHIA PA 19178-5381 |
| HOLIDAY INN CALDER PRO PLAYER | 21485 NORTHWEST 27TH AVE MIAMI FL 33056 |
| HUTCHENS, TERRY M | 9139 LEEWARD CIR INDIANAPOLIS IN 46256 |
| IMAGINE SCHOOLS | 1005 N GLEBE RD STE 610 ARLINGTON VA 22201 |

TIME: 13:37:34
DATE: 12/07/10

The Tribune Company
CREDITOR LISTING

PAGE:    4

| Name | Address |
|---|---|
| JANI/HUNTINGTON STATION | 350 RTE 110 HUNTINGTON STATION NY 11746 |
| JASONS DELI | PO BOX 4869 DEPT NO.271 HOUSTON TX 77210-4869 |
| LEDERS JEWELERS | 17 N VILLAGE AVE ROCKVILLE CENTRE NY 11570 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: MANAGEMENT SCIENCE ASSOCIATE 810 SEVENTH AVENUE. 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: MSA 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LOST AND SOUND INC | 3864 RALPH ST S SEAFORD NY 117831740 |
| M BURKE DELANEY DMD | 6700 PARK HEIGHTS AVENUE BALTIMORE MD 21215 |
| M H ALUMNI ASSOCIATION | RICK BARRETT 28 HARVARD RD MANCHESTER CT 06040 |
| MANAGEMENT SCIENCE ASSOCIATES | P O BOX 95129 CLEVELAND OH 44193 |
| MARYLAND AUTO DEALERS SVC INC | 7 STATE CIR #3 301 ANNAPOLIS MD 21401-1904 |
| MATHEWS BOOK STORE | LEVEL 2    RM 310 SUNY STONY BROOK NY 11794 |
| MEL TAYLOR AND ASSOCIATES | 16 BERYL ROAD CHELTENHAM PA 19012 |
| MERCURY MESSENGER SERVICE INC | 16735 SATICOY ST  NO.104 VAN NUYS CA 91406 |
| MERRIT PRESS INC | 700 TIDEWATER DRIVE NORFOLK VA 23504 |
| MICHIGAN CABLE TELECOMMUNICATIONS | 412 W IONIA ST LANSING MI 48933 |
| MILLENIUM PARK LIVING | 324 N TOUHY AVE PARK RIDGE IL 60068-4205 |
| MSA | 6565 PENN AVENUE PITTSBURGH PA 15206 |
| NEWPORT-MESA SCHOOLS FOUNDATION | C/O SCOTT PAULSEN 1922 PORT PROVENCE NEWPORT BEACH CA 92660 |
| OUTBACK STEAKHOUSE | ATTN: SARA REDFELLE 1700 W MERCURY BLVD HAMPTON VA 23666-3333 |
| PERMONT DEVELOPMENT | 13794 NW 4TH ST SUNRISE FL 33325 |
| PHILADELPHIA ADVERTING CLUB | 4520 CITY LINE AVENUE PHILADELPHIA PA 19131 |
| PRAIRIE DISTRICT LOFTS | MGMT OFFICE ZORICA ZEKAVICA 1727 S INDIANA AVE STE G01 CHICAGO IL 60616-1345 |
| PRESCIENT APPLIED INTELLIGENCE | PO BOX 953371 ST LOUIS MO 63195 |
| SCALE FX INC | PO BOX 3669 ANAHEIM CA 92805 |
| SKILLCRAFT MACHINE | 201 DEXTER AVE WEST HARTFORD CT 06110 |
| WATERFORD LAKES TOWN CENTER | 413 N ALAFAYA TRAIL ORLANDO FL 32828 |
| WOOD BROS AIR COMPRESSORS, LLC | 160 EXPRESS DR S BRENTWOOD NY 117171280 |

Total Number of Records Printed        195

EPIQ BANKRUPTCY SOLUTIONS, LLC

**TRB TRF NTC**

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801