## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that on December 7, 2010, I caused one copy of the

foregoing document to be served upon the parties on the attached service list via eletronic mail.

Amanda M. Winfree (#4615)

**TRIBUNE COMPANY, ET AL.**

(Electronic Service List for Mediation Parties)

| Email Addresses | Firm | Party Represents |
|---|---|---|
| jconlan@sidley.com<br>bkrakauer@sidley.com<br>klantry@sidley.com<br>jbendernagel@sidley.com<br>jhenderson@sidley.com<br>jboelter@sidley.com<br>kkansa@sidley.com\<br>kmills@sidley.com | James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>James Bendernagel, Esquire<br>Janet Henderson, Esquire<br>Jessica Boelter, Esquire<br>Kenneth Kansa, Esquire<br>Kerriann Mills, Esquire<br>**Sidley Austin LLP**<br>One South Dearborn Street<br>Chicago, IL 60603<br>Tel: 312.853.7000<br>Fax: 312.853.7036<br><br>Kevin T. Lantry, Esquire<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA 90013 | **Tribune Company** |
| npernick@coleschotz.com<br>kstickles@coleschotz.com | Norman Pernick, Esquire<br>Kate Stickles, Esquire<br>**Cole, Schotz, Meisel,**<br>**Forman & Leonard, P.A.**<br>500 Delaware Ave., Ste 1410<br>Wilmington, DE 19801<br>Tel. 302.651.3131<br>Fax: 302.652.3117 | **Tribune Company** |
| dgheiman@jonesday.com<br>bberens@jonesday.com<br>dshafer@jonesday.com<br>dahall@jonesday.com | David G. Heiman, Esquire<br>Brad Erens, Esquire<br>David Shafer, Esquire<br>**Jones Day**<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Tel: 216.586.7175<br>Fax: 216.579.0212 | **Special Counsel for the Special Committee of Tribune Company's Board of Directors** |
| dliebentritt@tribune.com<br>deldersveld@tribune.com | Don Liebentritt, Executive Vice President/General Counsel<br>**Tribune Company**<br>435 N. Michigan Avenue<br>Chicago, IL 60611 | **Tribune Company** |

| | | |
|---|---|---|
| andrew.goldman@wilmerhale.com | Andrew Goldman, Esquire<br>**WilmerHale**<br>399 Park Avenue<br>New York, NY 10022<br>Tel: 212.230.8836<br>Fax: 212.230.8888 | **Angelo Gordon & Co LP** |
| collins@rlf.com<br>sdsloan@rlf.com | Mark D. Collins, Esquire<br>Drew Sloan, Esquire<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801<br>Tel: 302.651.7700<br>Fax: 302.651.7701 | **Angelo Gordon & Co LP** |
| efriedman@fklaw.com<br>wweintraub@fklaw.com | Edward Friedman, Esquire<br>William P. Weintraub, Esquire<br>**Friedman Kaplan Seiler**<br>**& Adelman LLP**<br>1633 Broadway<br>New York, NY 10019<br>Tel: 212.833.1109<br>Fax: 212.373.7909 | **Aurelius Capital Management LP** |
| wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com | William Bowden, Esquire<br>Amanda Winfree, Esquire<br>**Ashby & Geddes**<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Tel: 302.654.1888<br>Fax: 302.654.2067 | **Aurelius Capital Management LP** |
| dgolden@akingump.com<br>pdublin@akingump.com<br>kwesch@akingump.com<br>lhutchins@akingump.com | Daniel H. Golden, Esquire<br>Philip C. Dublin, Esquire<br>Kristina Wesch, Esquire<br>Laurie E. Hutchins, Esquire<br>**Akin Gump Strauss**<br>**Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | **Aurelius Capital Management LP** |
| bennettb@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com | Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>**Hennigan Bennett & Dorman**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Tel: 213.694.1200<br>Fax: 213.694.1234 | **Credit Agreement Lenders** |

| | | |
|---|---|---|
| rbrady@ycst.com<br>mbcleary@ycst.com | Robert S. Brady, Esquire<br>M. Blake Cleary, Esquire<br>**Young Conaway**<br>**Stargatt & Taylor LLP**<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, DE 19899 0391<br>Tel:  302.571.6600<br>Fax: 302.571.1253 | **Credit Agreement Lenders** |
| dadler@mccarter.com | David Adler, Esquire<br>**McCarter & English LLP**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>Tel:  212.609.6847<br>Fax: 212.645.1025 | **Deutsche Bank Trust Company**<br>**Americas** |
| kmayer@mccarter.com | Katherine L. Mayer, Esquire<br>**McCarter & English LLP**<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE  19801<br>Tel:  302.984.6300<br>Fax: 302.984.6399 | **Deutsche Bank Trust Company**<br>**Americas** |
| dbradford@jenner.com | David J. Bradford, Esquire<br>**Jenner & Block LLP**<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Tel: 312.923.2975<br>Fax: 312.840.7375 | **EGI-TRB LLC** |
| carickhoff@blankrome.com | David W. Carickhoff, Esquire<br>**Blank Rome LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Tel:  302.425.6434<br>Fax: 302.428.5127 | **EGI-TRB LLC** |
| donald.bernstein@davispolk.com<br>elliott.moskowitz@davispolk.com<br>dennis.glazer@davispolk.com<br>damian.schaible@davispolk.com<br>michael.russano@davispolk.com<br>eli.vonnegut@davispolk.com | Donald S. Bernstein, Esquire<br>Elliott Moskowitz, Esquire<br>Dennis E. Glazer, Esquire<br>Damian S. Schaible, Esquire<br>Michael Russano, Esquire<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel.  212.450.4580<br>Fax: 212.701.5580 | **JPMorgan Chase Bank, N.A.** |

| | | |
|---|---|---|
| collins@rlf.com<br>stearn@rlf.com | Mark Collins, Esquire, Esquire<br>Robert Stearn, Esquire, Esquire<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel.  302.651.7700<br>Fax: 302.651.7701 | **JPMorgan Chase Bank, N.A.** |
| drosner@kasowitz.com<br>aglenn@kasowitz.com<br>skorpus@kasowitz.com<br>mstein@kasowitz.com<br>dfliman@kasowitz.com | David S. Rosner, Esquire<br>Andrew K. Glenn, Esquire<br>Sheron Korpus, Esquire<br>Matthew B. Stein, Esquire<br>Daniel A. Fliman, Esquire<br>**Kasowitz, Benson, Torres &<br>Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>Tel:  212.506.1747<br>Fax: 212.835.5047 | **Law Debenture Trust Company<br>of New York** |
| gmcdaniel@bglawde.com | Garvan McDaniel, Esquire<br>**Bifferato Gentilotti**<br>800 North King Street, Plaza Level<br>Wilmington, DE 19801<br>Tel:  302.429.1900<br>Fax: 302.429.8600 | **Law Debenture Trust Company<br>of New York** |
| hseife@chadbourne.com<br>dlemay@chadbourne.com<br>ddeutsch@chadbourne.com | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel:  212.408.5100<br>Fax: 212.541.5369 | **Official Committee of<br>Unsecured Creditors** |
| landis@lrclaw.com | Adam Landis, Esquire<br>**Landis, Rath & Cobb**<br>919 Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899<br>Tel:  302.467.4400<br>Fax: 302.467.4450 | **Official Committee of<br>Unsecured Creditors** |

| gbush@zuckerman.com<br>tmacaulcy@zuckerman.com<br>jsottile@zuckerman.com | Graeme Bush, Esquire<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036-5807<br>Tel: 202.778.1801<br>Fax: 202.822.810<br><br>Thomas MacCauley, Esquire<br>**Zuckerman Spaeder LLP**<br>919 Market Street, Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19801<br>Tel: 302.427.0400<br>Fax: 302.427.8242 | **Official Committee of Unsecured Creditors** |
| afriedman@olshanlaw.com<br>swolosky@olshanlaw.com<br>flevy@olshanlaw.com | Adam H. Friedman, Esquire<br>Steve Wolosky, Esquire<br>Fredrick J. Levy, Esquire<br>**Olshan Grundman Frome<br> Rosenzweig & Wolosky LLP**<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022<br>Tel: 212.451.2216<br>Fax: 212.451.2222 | **Step One Senior Lenders** |
| dabbott@mnat.com | Derek Abbott, Esquire<br>**Morris Nichols Arhst & Tunnell LLP**<br>1201 North Market Street<br>Wilmington, DE 19899<br>Tel: 302.351.9357<br>Fax: 302.425.4664 | **Step One Senior Lenders** |
| hkaplan@arkin-law.com<br>ddavidian@arkin-law.com | Howard J. Kaplan, Esquire<br>Deanna Davidian, Esquire<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue<br>New York, NY 10022<br>Tel: 212.333.0200<br>Fax: 212.333.0246 | **Step One Senior Lenders** |

| | | |
|---|---|---|
| Evan.Flaschen@bgllp.com<br>Andrew.Schoulder@bgllp.com | Evan Flaschen, Esquire<br>**Bracewell & Giuliani**<br>225 Asylum Street<br>Suite 2600<br>Hartford, CT 06103-1516<br>Tel: 860.947.9000<br><br>Andrew Schoulder, Esquire<br>**Bracewell & Giuliani**<br>1251 Avenue of the Americas<br>49th Floor<br>New York, NY 10020-1104<br>Tel: 212.508.6100 | **Step One Senior Lenders** |
| rstark@brownrudnick.com<br>msiegel@brownrudnick.com<br>kbromberg@brownrudnick.com<br>gnovod@ brownrudnick.com | Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>Katherine S. Bromberg, Esquire<br>G. Novod, Esquire<br>**Brown Rudnick LLP**<br>Seven Times Square<br>New York, NY  10036<br>Tel:  212.209.4800<br>Fax: 212.209.4801 | **Wilmington Trust Company** |
| rlemisch@beneschlaw.com<br>jhoover@beneschlaw.com | Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>**Benesch, Friedlander,**<br>**Coplan & Aronoff**<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE  19801<br>Tel:  302.442.7006<br>Fax: 302.442.7012 | **Wilmington Trust Company** |
| tlauria@whitecase.com | Thomas E. Lauria, Esquire<br>**White & Case**<br>200 S. Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>Tel:  305.995.5282<br>Fax: 305.358.5744 | **Wells Fargo Bank, N.A.** |
| dhille@whitecase.com<br>sgreissman@whitecase.com<br>ahammond@whitecase.com | David G. Hille, Esquire<br>Scott Greissman, Esquire<br>Andrew W. Hammond, Esquire<br>**White & Case**<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel:  212.819.8567<br>Fax: 212.354.8113 | **Wells Fargo Bank, N.A.** |

| | | |
|---|---|---|
| jschlerf@foxrothschild.com<br>esutty@foxrothschild.com | Jeffrey Schlerf, Esquire<br>Eric M. Sutty, Esquire<br>**Fox Rothschild LLP**<br>Citizens Bank Center<br>919 N Market Street, Suite 1600<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>Tel:  302.654.7444<br>Fax: 302.656.8920 | **Wells Fargo Bank, N.A.** |
| david.klauder@usdoj.gov | David M. Klauder, Trial Attorney<br>**Office of the United States Trustee**<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Tel:  302.573.6539<br>Fax: 302.573.6497 | **United States Trustee** |

| Name | Email |
|---|---|
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA | EMAIL: kstickles@coleschotz.com;pernick@coleschotz.com |
| SIDLEY AUSTIN LLP | EMAIL: jconlan@sidley.com; bkrakauer@sidley.com |
| SIDLEY AUSTIN LLP | EMAIL: klantry@sidley.com |
| ABATO, RUBENSTEIN AND ABATO, P.A. | EMAIL: csbott@abato.com; besders@abato.com |
| ACKMON CORPORATION | EMAIL: cbblac@acklom.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | EMAIL: dgolden@akingump.com,pdublin@akingump.com |
| ALLISON, SLUTSKY & KENNEDY, PC | EMAIL: cowan@ask-attorneys.com |
| ANDREW S. CONWAY, ESQUIRE | EMAIL: aconway@taubman.com |
| ARCHER & GREINER, PC | EMAIL: jflorella@archerlaw.com |
| ARKIN KAPLAN RICE LLP | EMAIL: hkaplan@arkin-law.com; ddavidian@arkin-law.com |
| ASHBY & GEDDES, P.A. | EMAIL: WBOWDEN@ASHBY-GEDDES.COM; kskomorucha@ashby-geddes.com |
| ASHBY & GEDDES, PA | EMAIL: wbowden@ashby-geddes.com; awinfree@ashby-geddes.com |
| ASKOUNIS & DARCY, PC | EMAIL: taskounis@askounisdarcy.comtaskounis@askounisdarcy.com |
| BARNES & THORNBURG LLP | EMAIL: DAVID.POWLEN@BTLAW.COM |
| BARTLETT HACKETT FEINBERG PC | EMAIL: ffm@bostonbusinesslaw.com |
| BAYARD, P.A. | EMAIL: JEDMONSON@BAYARDLAW.COM |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | EMAIL: jlosardo@bbwg.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | EMAIL: dneumann@beneschlaw.com |
| BIFFERATO GENTILOTTI LLC | EMAIL: gmcdaniel@bglawde.com |
| BIFFERATO LLC | EMAIL: cbifferato@bifferato.com; kcollins@bifferato.com |
| BLAKELEY & BLAKELEY LLP | EMAIL: JWHITE@BLAKELEYLLP.COM |
| BLANK ROME LLP | EMAIL: caridchff@blankrome.com |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | EMAIL: DAVE@BHDRL.COM |
| BROWN RUDNICK LLP | EMAIL: rstark@brownrudnick.com; dsaval@brownrudnick.com |
| BROWN STONE NIMEROFF LLC | EMAIL: jhlmeroff@bsnlawyers.com |
| BRYAN CAVE LLP | EMAIL: michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER | EMAIL: pwebster@buchalter.compwebster@buchalter.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | EMAIL: schristanson@buchalter.com |

| | |
|---|---|
| CANON USA, INC | EMAIL: rweinstein@cusa.canon.com;rweinstein@cusa.canon.com |
| CAPITALSOURCE FINANCE LLC | EMAIL: jfungaroli@capitalsource.com |
| CHADBOURNE & PARKE LLP | EMAIL: hseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.com;hseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.com |
| CHRISTINE Z. HERI | EMAIL: heri.christine@dol.gov |
| COHEN WEISS & SIMON LLP | EMAIL: breccotti@cwsny.com |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | EMAIL: cmomjian@attorneygeneral.gov |
| COOCH & TAYLOR PA | EMAIL: skaufman@coochtaylor.com;skaufman@coochtaylor.com |
| COTCHETT, PITRE & McCARTHY | EMAIL: pgregory@cpmlegal.com |
| COZEN O'CONNOR | EMAIL: mfelger@cozen.com |
| CROSS & SIMON LLC | EMAIL: csimon@crosslaw.com |
| CROLIDACE & DIETRICH LLP | EMAIL: MARK.NITKMAN@C2D2LAW.COM |
| CROWELL & MORING LLP | EMAIL: mblumenthal@crowell.com |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | EMAIL: ELAINE_COLE@TAX.STATE.NY.US |
| DAVIS POLK & WARDELL LLP | EMAIL: tribuneco.routing@dpw.com;tribuneco.routing@dpw.com |
| DUANE MORRIS LLP | EMAIL: mlastowski@duanemorris.com; siross@duanemorris.com |
| DUANE MORRIS LLP | EMAIL: rwriley@duanemorris.com;siross@duanemorris.com |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC | EMAIL: mengland@eckertseamans.com |
| EDWARDS ANGELL PALMER & DODGE LLP | EMAIL: sbrown@eapdlaw.com |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | EMAIL: kelkins@elkinskalt.com |
| ELLIOTT GREENLEAF | EMAIL: wmk@elliottgreenleaf.com |
| ERVIN COHEN & JESSUP LLP | EMAIL: kmiller@ecjlaw.com |
| FOLEY & LARDNER LLP | EMAIL: MSMALL@FOLEY.COM |
| FOLEY & LARDNER LLP | EMAIL: MSMALL@FOLEY.COM |
| FOX ROTHSCHILD LLP | EMAIL: jschlerf@foxrothschild.com; jstrock@foxrothschild.com |
| FRANK/GECKER LLP | EMAIL: JFRANK@FGLLP.COM |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | EMAIL: fred.fellmeth@vitegroup.com |
| FREEBORN & PETERS LLP | EMAIL: ahammer@freebornpeters.com;deggert@freebornpeters.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | EMAIL: efriedman@fklaw.com; vweintraube@fklaw.com |

| | |
|---|---|
| FRIEDMAN LAW GROUP | EMAIL: jfriedman@jbflawfirm.com |
| FURMAN GREGORY LLC | EMAIL: don@furmangregory.com |
| GATEWAY PACIFIC PROPERTIES, INC. | EMAIL: rkbgwhw@aol.com |
| GE MONEY BANK | EMAIL: claims@recoverycorp.com |
| GOHN HANKEY & STICHEL LLP | EMAIL: jberlage@ghsllp.com;jberlage@ghsllp.com |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | EMAIL: bmd@gsrnh.com |
| GREENBERG TRAURIG, LLP | EMAIL: MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP | EMAIL: GARLANDK@GTLAW.COM |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EMAIL: etredinnick@greeneradovsky.com |
| HARRIS CORPORATION | EMAIL: adegicmil@harris.comadegicmil@harris.com |
| HENNIGAN, BENNETT & DORMAN, LLP | EMAIL: BENNETTB@HBDLAWYERS.COM,JOHNSTONJ@HBDLAWYERS.COM,MORSE J@HBDLAWYERS.COM |
| HERRICK FEINSTEIN LLP | EMAIL: prubin@herrick.com; SSELBST@HERRICK.COMprubin@herrick.com;SSELBST@HERRICK.COM |
| HEWLETT-PACKARD COMPANY | EMAIL: ken.higman@hp.comken.higman@hp.com |
| HEWLETT-PACKARD COMPANY | EMAIL: ramona.neal@hp.comramona.neal@hp.com |
| HOGAN & HARTSON LLP | EMAIL: sagolden@hhlaw.comsagolden@hhlaw.com; lsgreene@hhlaw.com |
| IBM CORPORATION | EMAIL: bhshlde@us.ibm.com |
| J. SCOTT DOUGLASS | EMAIL: jsdlaw@msn.comjsdlaw@msn.com |
| JD THOMPSON LAW | EMAIL: JDT@JDTHOMPSONLAW.COM |
| JENNER & BLOCK LLP | EMAIL: dbradford@jenner.com; csteege@jenner.com;avail@jenner.com |
| K&L GATES LLP | EMAIL: Charles.smith@klgates.com |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | EMAIL: drosner@kasowitz.com; aglenn@kasowitz.com |
| KATTEN MUCHIN ROSENMAN LLP | EMAIL: john.sieger@kattenlaw.comavesselinovitch@kattenlaw.comdaniel.polatse k@kattenlaw.comjoshua.gadharf@kattenlaw.com |
| KAYE SCHOLER LLP | EMAIL: mprimoff@kayescholer.com |

| | |
|---|---|
| KELLEY DRYE & WARREN LLP | EMAIL: KDWBankruptcyDepartment@kelleydrye.comKDWBankruptcyDepartment @kelleydrye.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | EMAIL: kklee@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | EMAIL: lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com |
| LANDIS RATH & COBB LLP | EMAIL: landis@lrclaw.com; mcguire@lrclaw.comlandis@lrclaw.com; mcguire@lrclaw.com |
| LESLIE A. COHEN, ESQUIRE | EMAIL: LESLIE@LESLIECOHENLAW.COM |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | EMAIL: dfeinberg@lewisfeinberg.com; ajongco@lewisfeinberg.com; nwasow@lewisfeinberg.com |
| LINDA BOYLE | EMAIL: linda.boyle@twtelecom.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | EMAIL: houston_bankruptcy@publicans.comhouston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COMDALLAS.BANKRUPTCY@PUBLICAN S.COM |
| MARGOLIS EDELSTEIN | EMAIL: jhuggett@margolisedelstein.com |
| MAUREEN A. MCGREEVEY, ESQUIRE | EMAIL: maureen.mcgreevey@sungard.com |
| MAYER BROWN LLP | EMAIL: brust@mayerbrown.com; rhyman@mayerbrown.com; jtougas@mayerbrown.com; atrehan@mayerbrown.com; jatamian@mayerbrown.com; |
| MCCARTER & ENGLISH, LLP | EMAIL: dadler@mccarter.com |
| MCCARTER & ENGLISH, LLP | EMAIL: kmayer@mccarter.comkmayer@mccarter.com |
| MCGUIRE WOODS LLP | EMAIL: psmoots@mcguirewoods.com; pcatanese@mcguirewoods.com |
| MCPHARLIN SPRINKLES & THOMAS, LLP | EMAIL: emseidl@mstpartners.com |
| MEITES, MULDER, MOLICA & GLINK | EMAIL: trmeites@mmmglaw.com; mnmulder@mmmglaw.com |
| MESSANA ROSNER & STERN, LLP | EMAIL: frosner@mrs-law.com |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | EMAIL: WALDMEIRD@MICHIGAN.GOV |
| MICHAEL SCHLOSS | EMAIL: SCHLOSS.MICHAEL@DOL.GOV |

| | |
|---|---|
| MISSOURI DEPARTMENT OF REVENUE | EMAIL: deecf@dor.mo.gov |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | EMAIL: RMERSKY@MONLAW.COM |
| MORGAN STANLEY FIXED INCOME | EMAIL: carolyn.adler@morganstanley.com;carolyn.adler@morganstanley.com |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | EMAIL: cmcmanus@muchshelist.com;cmcmanus@muchshelist.com |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | EMAIL: robert_cook@tax.state.ny.us |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | EMAIL: RHANLEY@NOLANPLUMHOFF.COM |
| O'MELVENY & MYERS LLP | EMAIL: BBUTWIN@OMM.COM,DCANTOR@OMM.COM, |
| O'MELVENY & MYERS LLP | EMAIL: EJONES@OMM.COM |
| OFFICE OF ATTORNEY GENERAL | EMAIL: cnomjlan@attorneygeneral.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | EMAIL: joseph.mcmahon@usdoj.gov |
| OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP | EMAIL: awolosky@olshanlaw.com; afriedman@olshanlaw.com; flevy@olshanlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | EMAIL: ljones@pszjlaw.com, tcairns@pszjlaw.com, mbillion@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | EMAIL: CDAVIDOW@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | EMAIL: SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; DBROWN@PAULWEISS.COM; LSHUMEIDA@PAULWEISS.COM |
| PENSION BENEFIT GUARANTY CORPORATION | EMAIL: anderson.frank@pbgc.gov;efile@pbgc.gov;anderson.frank@pbgc.gov;efile@pbgc.gov |
| PEPPER HAMILTON LLP | EMAIL: strattond@pepperlaw.com |
| PEPPER HAMILTON LLP | EMAIL: STRATTOND@PEPPERLAW.COM;SCHANNEJ@PEPPERLAW.COM |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | EMAIL: jcp@pgslaw.com |
| PINCKNEY, HARRIS & WEIDINGER, LLC | EMAIL: ahiller@phw-law.com |
| PROSKAUER ROSE LLP | EMAIL: mzohn@proskauer.com;mzohn@proskauer.com |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, PA | EMAIL: collins@rlf.com; fortune@rlf.com;collins@rlf.com; fortune@rlf.com |
| RIDDELL WILLIAMS, P.S. | EMAIL: jshickich@riddellwilliams.com; nmilano@riddellwilliams.com |
| ROMERO LAW FIRM | EMAIL: romero@mromerolawfirm.com |
| RUSKIN MASCOU FALTISCHEK, P.C. | EMAIL: MAMATO@RMFPC.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | EMAIL: MAMATO@RMFPC.COM |
| SAUL EWING LLP | EMAIL: mmhuft@saul.com |
| SEITZ, VAN OGTROP & GREEN, P.A. | EMAIL: khill@svglaw.com;khill@svglaw.com |
| SHIPMAN & GOODWIN LLP | EMAIL: bankruptcy@goodwin.com |
| SIMON PROPERTY GROUP, INC. | EMAIL: RTUCKER@SIMON.COM |
| SIRLIN GALLOGLY & LESSER, P.C. | EMAIL: DPLON@SIRLINLAW.COM |
| SQUIRE, SANDERS & DEMPSEY LLP | EMAIL: kdinhr@ssd.com;kdinhr@ssd.com |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | EMAIL: eobrien@sbchlaw.com |
| STUART MAUE | EMAIL: a.dalton@smmj.com |
| TEITELBAUM & BASKIN, LLP | EMAIL: jteitelbaum@tblawllp.com |
| THE DSF GROUP | EMAIL: amuscovitz@dsfadvisors.com |
| THE REIMANN LAW GROUP | EMAIL: dreimann@reimannlawgroup.com |
| THE SEAPORT GROUP LLC | EMAIL: sfriedberg@Theseaportgroup.com |
| TODD M. HOEPKER, ESQ. | EMAIL: tmhoepker@yahoo.com |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | EMAIL: JCRISWELL@TSMP.COM |
| TWENTIETH TELEVISION, INC | EMAIL: jodie.rea@fox.com;jodie.rea@fox.com |
| TYBOUT REDFEARN AND PELL | EMAIL: sfallon@trplaw.com |
| U.S. DEPARTMENT OF JUSTICE | EMAIL: YONATAN.GELBLUM@USDOJ.GOV |
| UNGARETTI & HARRIS | EMAIL: grmesires@uhlaw.com |
| UNITED STATES DEPARTMENT OF JUSTICE | EMAIL: matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF LABOR | EMAIL: goldberg.elizabeth@dol.gov; gerson.leonard@dol.gov |
| US ATTORNEY'S OFFICE | EMAIL: ellen.slights@usdoj.gov;ellen.slights.@usdoj.gov |
| VORYS SATER SEYMOUR & PEASE LLP | EMAIL: Tscobb@vssp.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | EMAIL: tscobb@vorys.com |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | EMAIL: wayne.smith@warnerbros.com |

| | |
|---|---|
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L. | EMAIL: dgonzalez@wsh-law.com |
| WHITE & CASE LLP | EMAIL: tleuria@whitecase.com; guzi@whitecase.com; sgreissman@whitecase.com |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | EMAIL: jsorenson@wggdlaw.com |
| WILLKIE FARR & GALLAGHER LLP | EMAIL: slipkin@willkie.com;jcrystal@willkie.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | EMAIL: andrew.goldman@wilmerhale.com |
| WINSTON & STRAWN LLP | EMAIL: dneier@winston.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | EMAIL: RBRADY@YCST.COM,MBCLEARY@YCST.COM |
| ZUCKERMAN SPAEDER LLP | EMAIL: gbush@zuckerman.com |
| ZUCKERMAN SPAEDER LLP | EMAIL: tmacauley@zuckerman.com |
| ZWERDLING PAUL KAHN & WOLLY PC | EMAIL: rpaul@zwerdling.com |