## Exhibit A
**Transfers Made During the 90 Day Preference Period By or on Behalf of:**
**Tribune Company**
**To or For the Benefit of:**
**Nixon Peabody LLP**

| Invoice # | Invoice Date | Pmt Amount | Pmt Date | Type | Check/ACH # | Basis for Payment * |
|---|---|---|---|---|---|---|
| 9028610 | 11/11/2008 | 53,780.26 | 12/3/2008 | Wire | | Legal services |
| N/A | 12/4/2008 | 41,815.65 | 12/5/2008 | Wire | | Legal services |
| **Total Preference Period Transfers** | | **95,595.91** | | | | |

* The goods and/or services provided by the Defendant to the Plaintiffs during the Preference Period include but may not be limited to those described in this Exhibit A.