ROMERO DENNIS ("Seller"), with a principal address of 232 S MAPLE DR. BEVERLY HILLS, CA 90212 for good valuable (the "Purchase Price"), does hereby absolutely and unconditionally sell, convey and transfer to Archon Bay Capital LLC title, benefit and interest in and to any and all of Seller's claim or claims for any right to payment (the "Claim") against Tribune bankruptcy proceeding ... Bankruptcy Court for the District of Delaware (the "Court"), Case No. 08-13141 (the Proof of Claim, along with voting ... any other rights and benefits which may ... come into existence in regards to the instruments and other property, to be paid or issued by Debtor or any other party, directly or indirectly, in connection with or satisfaction without limitation "cure" amounts related ... the assumption of an executory contract ... any rights to receive all payments in resp... receive interest, penalties, fees and ... y damages from any cause of action, litigation ... rights of any nature against Debtor, its affi... third party, which may be paid or issued with respect to and/or in satisfaction ... the Claim (the "Recovery"). This Claim... "Agreement") shall be deemed an unconditional purchase of the Claim for purpose of collection and shall not be deemed to creat... represents the Claim is in an amount of not less than $250.00 (the "Claim Amount ... this agreement the... Proof of Claim... Amount, the Purchase Price shall ... Seller shall be paid the pro... of the Purchase Price based on the le... The signature of the Seller on this agreement is evidence of the transfer of the Claim ... all rights associated with the Claim. S... described by Bankruptcy Rule 3001(e).

Seller represents that it hereby assign and transfer any and all claims and all right... to Buyer upon terms as set fort... Seller represents, warrants and covenants that (a) Seller owns and has sole title to the ... and clear of any and all liens, secu... of any kind or nature whatsoever, including without limitation pursuant to any factoring agreement, and upon the sale of the Claim good title to the Claim (b) the Claim has not been previously sold, assigned, transferred or pledged the Claim in whole or in part, to ... of the Claim is amount validly due and owing by the Debtor (d) the Claim ... valid undisputed liquidated, enforceab... against the Debtor for which the Debtor has no defenses and is free from any objection filed or threatened (e) Seller has not eng... omissions that might result in the Buyer receiving, in respect of the Claim, proportionately less payments or distributions or any... other similarly situated creditors (f) Debtor, or any other third party, has no bas... against the Claim is subject to any defe... impairment, disallowance, reduction, subordination or avoidance, including preference ... whether on notice, legal or equi... not "insolvent" within the meaning of the applicable versions of the Uniform Com... or within the meaning of the Bankr... an "insider" of the Debtor as set forth in the Bankruptcy Code, or a member of any ... which has been ... connection w... deliver to Buyer any payments received subsequent to the date of this Agreement.

If all or any part of the Claim or Claim Amount is (a) avoided, disallowed, subordinated, reduced, or otherwise impaired, for any r... without limitation a breach of any of the terms or conditions of this Agreement, or (b) the Claim is not listed on the Debtor's amended schedule of liabilities as liquidated, undisputed or disputed or all or any portion of the ... Claim Amount (as in (a) ... obligation"), then Seller shall make immediate ... restitution and repayment of the proportiona... ratio of the amount of the Claim as ... multiplied by the Purchase Price ("Restitution"), no later... notice of such Disallowance. Such restitution shall be made together with interest ... rate of five percent (5%) per ann... execution of this Agreement until the date such Restitution is received by Buyer ... to indemnify Buyer from all lo... (including, but not limited to, attorney's fees and expenses), which result from ... any representation, warranty or cov... herein. For clarity purposes this paragraph pertains only to the validity of the Claim ... the Recovery.

The parties agree that ... shall be governed by and construed in accor... the laws of the state of New York, i... choice of law that would otherwise apply under the choice of law principles g... action aris... Agreement must be brought in the State or Federal court located in either New York County in the State of New York or in Horry... Carolina at the election of and for the sole discretion of Buyer. Seller consents to and confers personal jurisdiction over Seller by an... Buyer may validly effect service of process upon Seller by mailing a copy of said ... Seller's address set forth herein. In... waives the right to demand ...

This Agreement ... may ... changed or modified, in ... in writing... constitutes the entire agreement ... ing between the parties hereto with ... and (iii) sup... understandings and representations pertaining to the subject matter hereof, whether ... acknowledges that... the Claim, or any portion ... all rights title and interest received ... the ... this agreemen... prospective successor of ... in connection with any such transfer of purchase ... of Seller ... bound by the t... agreement. All representations and warranties made herein shall survive the execut... ... any transf... signed in counterparts and ... form of electronic transmission ... an original and all... constitute the agreement.

ROMERO DENNIS

_____ ("Seller")

Signature: _____

Print Name/Title: _____

Date: 12/__/__

Telephone: _____

Fax: _____

Email: _____

Archon Bay Capital LLC

_____

12/1/2010

803. 810. 0455

803. 810. 0455