## Exhibit A

### Transfers Made During the 90 Day Preference Period By or on Behalf of:
### Tribune Company
### To or For the Benefit of:
### Navigant Consulting Inc.

| Invoice # | Invoice Date | Pmt Amount | Pmt Date | Type | Check/ACH # | Basis for Payment ** |
|---|---|---|---|---|---|---|
| 259241 | 11/14/2008 | $ 76,126.00 | 12/1/2008 | Wire | | Consulting services |
| 261098 | 12/1/2008 | $ 25,578.21 | 12/1/2008 | Wire | | Consulting services |
| 252507 | 8/26/2008 | $ 22,572.00 | 10/2/2008 | EFT | 7700807623 | Consulting services |
| 254267 | 9/15/2008 | $ 15,798.00 | 10/22/2008 | EFT | 7700818154 | Consulting services |
| 257468 | 10/21/2008 | $ 55,144.00 | 11/25/2008 | EFT | 7700838019 | Consulting services |
| 259241 | 11/14/2008 | $ 76,126.00 | 12/4/2008 | EFT | 7700842406 | Consulting services |
| **Total Preference Period Transfers** | | **$ 271,344.21** | | | | |

** The goods and/or services provided by the Defendant to the Plaintiffs during the Preference Period include but may not be limited to those described in this Exhibit A.