**Exhibit A**

**Transfers Made During the 90 Day Preference Period By or on Behalf of: ***

**Tribune Company and Los Angeles Times Communications LLC**

**To or For the Benefit of:**

**Epsilon Data Management, LLC**

| Invoice # | Invoice Date | Pmt Amount | Pmt Date | Type | Check/ACH # | Basis for Payment ** |
|---|---|---|---|---|---|---|
| EAB000005993 | 9/26/2008 | $ 18,050.00 | 10/31/2008 | EFT | 7700823944 | Technology outsource services |
| EAB000007622 | 10/30/2008 | $ 21,986.83 | 12/4/2008 | EFT | 7700842299 | Technology outsource services |
| **Total Preference Period Transfers** | | **$ 40,036.83** | | | | |

* The Transfers encompassed a transfer by Plaintiff Tribune to the Defendant(s) on behalf of the subsidiary Plaintiff and a corresponding intercompany transfer by the subsidiary Plaintiff for the benefit of the Defendant(s).

** The goods and/or services provided by the Defendant to the Plaintiffs during the Preference Period include but may not be limited to those described in this Exhibit A.