IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X
In re:                                              :    Chapter 11 Cases
                                                    :
                                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :
                                                    :    (Jointly Administered)
                        Debtors.                    :
----------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 3, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the parties listed below in the manner so indicated:

- **First Request for Production of Documents of Aurelius Capital Management, LP, to Debtors**
- **Second Request for Production of Documents of Aurelius Capital Management, LP, to Debtors**

**VIA EMAIL & OVERNIGHT DELIVERY**
SIDLEY AUSTIN LLP
Attn: Bryan Krakauer, Esq.
One South Dearborn
Chicago, Illinois 60603
E-mail: bkrakauer@sidley.com

**VIA EMAIL & OVERNIGHT DELIVERY**
JONES DAY
Attn: Brad B. Erens, Esq.
77 West Wacker
Chicago, Illinois 60601-1692
E-mail: bberens@jonesday.com

[Signature Page to Follow]

{00464131;v1}

Dated: December 7, 2010
Wilmington, Delaware

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00464131;v1}