IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08- 13141 (KJC) |
| TRIBUNE COMPANY., *et al.*, | Jointly Administered |
| Debtors. | **Re: D.I. 5493 and 5545** |

NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned previously filed its Amended Notice of Appearance as counsel for The Step One Credit Agreement Lenders (D.I. 5545) pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et. seq.* (the "Bankruptcy Code") and now hereby withdraws its appearance in the case and requests that it be removed from all service and distribution lists.

Dated: Wilmington, Delaware
December 7, 2010

OLSHAN GRUNDMAN FROME ROSENZWEIG
& WOLOSKY, LLP

 */s/ Fredrick Levy*
Adam H. Friedman
Steve Wolosky
Fredrick J. Levy
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: (212) 451-2222

*Counsel to the Step One Lenders*

1145468-1