## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 7091** |

### ORDER GRANTING MOTION TO SHORTEN NOTICE

Upon consideration of the motion to shorten notice for entry of an order shortening the time for notice to consider the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Confirming That the Court's October 27, 2010 Order Granted the Committee Standing with Respect to All Claims Asserted in the Amended Complaints in Adversary Proceeding Nos. 10-53963 and 10-54010 (the "Confirmatory Motion"); and upon the record at the December 6, 2010 hearing; it is hereby:

ORDERED, that the motion to shorten notice is granted; and it is further

ORDERED, that the Confirmatory Motion shall be heard on December 15, 2010 at 10:00 a.m.; and it is further

ORDERED, that objections to the relief requested in the Confirmatory Motion shall be received prior to and at that hearing; and it is further

Dated: December ___, 2010

_____
The Honorable Kevin J. Carey
Chief Judge