# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) Jointly Administered |
| Debtors. | ) |

**AMENDED SPECIFIC DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY KING STREET ACQUISITION COMPANY, L.L.C., KING STREET CAPITAL, L.P. AND MARATHON ASSET MANAGEMENT, L.P.**

Dated: December [~1~]7, 2010

WHITE & CASE LLP
Thomas E Lauria, Esq.
David Hille, Esq.
Andrew Hammond, Esq.
Scott Greissman, Esq.
1155 Avenue of the Americas
Suite 1600
New York, NY 10036
Telephone: (212) 819-8200

FOX ROTHSCHILD LLP
Jeffrey M. Schlerf, Esq. (No. 3047)
Eric M. Sutty, Esq. (No. 4007)
Jay Strock, Esq. (No. 4965)
Citizens Bank Center
919 North Market Street,
Wilmington, DE 19801
Telephone: (302) 654-7444

Attorneys for the Proponents

**THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF THE BRIDGE LENDER PLAN. THIS BRIDGE LENDER SPECIFIC DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT YET BEEN APPROVED BY THE BANKRUPTCY COURT. SOLICITATION OF ACCEPTANCE OR REJECTION OF THE BRIDGE LENDER PLAN MAY OCCUR ONLY AFTER THE BANKRUPTCY COURT APPROVES THIS BRIDGE LENDER SPECIFIC DISCLOSURE STATEMENT.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are listed on the following page.

## TABLE OF CONTENTS

Page

I. INTRODUCTION ... 1
   A. Parties Entitled to Vote on the Bridge Lender Plan ... 4
   B. General Overview ... 4̶5
II. OVERVIEW OF THE ALTERNATIVE PLAN SETTLEMENT AND TRUST STRUCTURES ... 5̶6
   A. Proposed Bridge Lender Plan Treatment and Estimated Recoveries ... 7̶8
      1. Proposed Plan Settlements ... 7̶8
      2. Description of Trust Structure ... 17
   B. Certain Other Key Bridge Lender Plan Provisions ... 22
      1. Treatment of Executory Contracts and Unexpired Leases ... 22
      2. Restructuring Transactions ... 23
      3. Compensation and Benefit Programs ... 23
      4. Injunctions, Releases and Discharge ... 23
   C. Issuance and Distribution of New Securities and Related Matters ... 25
III. DESCRIPTION OF DEBT AND NEW CAPITAL STRUCTURE OF THE DEBTORS ... 28
   A. New Senior Secured Term Loan Agreement ... 28
   B. Description of Exit Facility ... 28
   C. Description of Capital Stock ... 28
IV. BEST INTERESTS TEST AND THE DEBTORS' LIQUIDATION ANALYSIS ... 28
V. RISK FACTORS ... 29
   A. Certain Risk Factors Specific to the Bridge Lender Plan ... 30
      1. Length of Litigation ... 30
      2. Outcome of Litigation Trust Causes of Action and State Law Avoidance Claims ... 30
      3. Determination of Senior Loan Claim Sharing Resolution ... 30
      4. Determination of PHONES Notes Claims Resolution ... 30
      5. Assumptions Regarding DEV and Allocation of DEV ... 30
      6. Claims Purchase Price Caps ... 31
      7. FCC Related Considerations and Risks Respecting the Debtors' Businesses ... 31
      8. Other Risks Related to Trust Structure ... 31

## I. INTRODUCTION

On October 29, 2010, King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P., on behalf of certain funds and managed accounts, in their capacity as Bridge Loan Lenders (collectively, the "Proponents") filed a joint plan of reorganization for the resolution of all outstanding Claims[2] against and Interests in all of the Debtors in their reorganization cases under chapter 11 of the Bankruptcy Code (as the same may be amended from time to time, the "Bridge Lender Plan") with the Bankruptcy Court. A copy of the Bridge Lender Plan is attached hereto as Exhibit A. The Bridge Lender Plan constitutes a separate chapter 11 plan of reorganization for each Debtor. The Bridge Lender Plan also constitutes a Prepackaged Plan for any Guarantor Non-Debtors for which the commencement of a chapter 11 case becomes necessary or appropriate to conclude the restructuring provided under the Bridge Lender Plan.

The Proponents submit this Bridge Lender Specific Disclosure Statement pursuant to section 1125 of the Bankruptcy Code to Holders of Claims against and Interests in each of the Debtors in connection with (i) the solicitation of acceptances of the Bridge Lender Plan and (ii) the hearing to consider confirmation of the Bridge Lender Plan, currently scheduled for [•]March 7, 2011 at [•]10:00 a.m. (prevailing Eastern Time) but subject to continuance from time to time. The purpose of this Bridge Lender Specific Disclosure Statement is to describe the Bridge Lender Plan and its provisions and to provide certain information, as required under section 1125 of the Bankruptcy Code, to creditors who will have the right to vote on the Bridge Lender Plan so that they can make an informed decision in doing so. Creditors who have the right to vote on the Bridge Lender Plan are advised and encouraged to read in their entirety (i) the Bridge Lender Plan, (ii) this Bridge Lender Specific Disclosure Statement, and (iii) the General Disclosure Statement (which contains, among other things, information concerning the Debtors' prepetition business operations and financial history and the events leading to the filing of the Chapter 11 Cases).

**THE PROPONENTS URGE ALL HOLDERS OF CLAIMS ENTITLED TO VOTE ON THE BRIDGE LENDER PLAN TO VOTE TO ACCEPT THE BRIDGE LENDER PLAN.**

THIS BRIDGE LENDER SPECIFIC DISCLOSURE STATEMENT SUMMARIZES CERTAIN KEY INFORMATION CONTAINED IN THE BRIDGE LENDER PLAN AND DOES NOT CONTAIN A DISCUSSION OF OR INCORPORATE ALL TERMS OF THE BRIDGE LENDER PLAN. STATEMENTS IN THIS BRIDGE LENDER SPECIFIC DISCLOSURE STATEMENT ARE QUALIFIED IN THEIR ENTIRETY BY REFERENCE TO THE ENTIRE BRIDGE LENDER PLAN AND SCHEDULES ATTACHED TO THE BRIDGE LENDER PLAN, WHICH CONTROL IN THE EVENT OF ANY INCONSISTENCY OR INCOMPLETENESS. THE BANKRUPTCY COURT HAS NOT YET CONFIRMED THE BRIDGE LENDER PLAN DESCRIBED IN THIS BRIDGE LENDER SPECIFIC DISCLOSURE STATEMENT. IN OTHER WORDS, THE TERMS OF THE BRIDGE LENDER PLAN DO NOT YET BIND ANY PERSON OR ENTITY. IF THE BANKRUPTCY

---

[2] Capitalized terms used, but not defined, herein shall have the meanings ascribed to such terms in Article I of the Bridge Lender Plan.

## VII. CONCLUSION AND RECOMMENDATION

The Proponents believe that confirmation of the Bridge Lender Plan is preferable to the alternatives because the Proponents believe it is fairest, most confirmable and provides the greatest opportunity for Holders of Claims against and Interests in any of the Debtors to resolve all issues and avoid extensive delays and increased administrative expenses.

**Accordingly, the Proponents urge all Holders of Claims entitled to vote on the Bridge Lender Plan to vote to accept the Bridge Lender Plan and to evidence such acceptance by returning their Ballots so that they are received no later than ———— 4:00 p.m. (prevailing Eastern Time) on ————,January 28, 2011.**

Dated: December [-1-],7, 2010

        KING STREET ACQUISITION COMPANY, L.L.C.

        By: _____
           Name: _____
           Title: _____

        KING STREET CAPITAL, L.P.

        By: _____
           Name: _____
           Title: _____

        MARATHON ASSET MANAGEMENT, L.P.

        By: _____
           Name: _____
           Title: _____