UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## VERIFICATION

STATE OF ILLINOIS ) 
) ss
COUNTY OF COOK )

I, David J. Bradford, after being duly sworn according to law, deposes and says:

(a) I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

(b) I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

(c) I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

_____
David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 7th DAY OF DECEMBER, 2010.

_____
Notary Public

> OFFICIAL SEAL
> FRANCINE M. SATTELMAYER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7-9-2014

1778046.1