# EXHIBIT A

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                              OCTOBER 29, 2010
435 NORTH MICHIGAN AVENUE                    INVOICE #  9180870
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2010 | $9,965.50 |
| DISBURSEMENTS | 2,394.34 |
| TOTAL INVOICE | $12,359.84 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9180870

OCTOBER 29, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

MORGAN STANLEY SWAP

MATTER NUMBER -    10180

| Date | | | | Amount |
|------|------|------|------|------|
| 9/01/10 | MXP | .70 | { L210 } {A110} Reviewed docket for ██████ ██████ | 119.00 |
| 9/07/10 | DJB | .60 | { L190 } {A107} Telephone conference with ██ ████ re ████ (.3); telephone conference with ██ ████ re ██████ issues (.3). | 555.00 |
| 9/13/10 | KW | .50 | { L140 } {A110} Arranged for ████████ ████ binders to be ██████████ responsive to request from S. McGee. | 85.00 |
| 9/13/10 | DCL | .50 | { L110 } {A107} Telephone conference with ██ ████ re ██████. | 300.00 |
| 9/13/10 | DQH | .50 | { L140 } {A110} Communicated with case team re ████ about exporting copy of ██████████ (.20); and communicated with Data Management Team re same (.30). | 137.50 |
| 9/14/10 | KW | 2.00 | { L140 } {A110} Worked on preparing ██████ binder with ████████████ per S. McGee's instructions. | 340.00 |
| 9/16/10 | DCL | 1.50 | { L110 } {A104} Identified work product ████████ (1.3); drafted letter ██████ (.2). | 900.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 9/16/10 | DQH | 2.00 | { L140 } {A110} Communicated with S. McGee and Data Management Team re request to ████████ (.50); prepared export re same (1.50). | 550.00 |
| 9/16/10 | DBB | .20 | { L140 } {A110} Exported produced document review tag information from CaseLogistix for new counsel. | 55.00 |
| 9/17/10 | MXP | .40 | { L210 } {A110} Reviewed case docket to ████████ to same for A. Vail. | 68.00 |
| 9/17/10 | DQH | 1.20 | { L140 } {A110} Conducted quality control checks to ████████ (1.00); provided hard drive to S. McGee (.20). | 330.00 |
| 9/20/10 | SKM | 2.00 | { L140 } {A110} Gathered and organized document productions. | 550.00 |
| 9/21/10 | DCL | .20 | { L110 } {A103} Drafted letter ████████ re ████████ | 120.00 |
| 9/24/10 | DCL | .20 | { L110 } {A105} Telephone conference with ████ ████████ re document productions and tags. | 120.00 |
| 9/26/10 | DFM | 1.50 | { L190 } {A102} Compiled research and ████████ | 555.00 |
| 9/27/10 | DCL | 2.00 | { L110 } {A107} Telephone conference with ████ ████████ (.5); identified ████████ (.5); telephone conference and email correspondence with W. Thomson re same (.5); telephone conference with D. Weiss re same (.5). | 1,200.00 |
| 9/27/10 | WAT | 1.50 | { L190 } {A107} Assisted with ████████ and reviewing documents. | 765.00 |
| 9/27/10 | DFM | .50 | { L190 } {A102} Compiled research for W. Thomson. | 185.00 |
| 9/28/10 | DJB | .50 | { L190 } {A107} Telephone conference with ████████ and ████████ re issues. | 462.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| 9/28/10 | DCL | 1.00 | { L110 } {A107} Emailed additional legal ███████ (.3); telephone conference with D. Weiss re same (.5); email correspondence with D. McMeyer re same (.2). | 600.00 |
| 9/28/10 | WAT | .90 | { L190 } {A107} Assisted with ████████████ ██████████ and reviewing documents. | 459.00 |
| 9/28/10 | DFM | .80 | { L190 } {A104} Reviewed previous analysis in anticipation of call with new counsel (.3); conferred with new counsel re ██████ and ████████ (.5). | 296.00 |
| 9/28/10 | DBB | .30 | { L140 } {A110} Exported image load files and attorney tag data ██████████████. | 82.50 |
| 9/29/10 | WAT | .60 | { L190 } {A107} Assisted with ██████████ ██████████ and reviewing documents. | 306.00 |
| 9/29/10 | SKM | 3.00 | { L140 } {A110} Gathered and organized document productions and client documents. | 825.00 |
| | | 25.10 | PROFESSIONAL SERVICES | 9,965.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 8/15/10 | Out of Town Travel, D. Bradford, 08/15/10, New York (Meetings re Morgan Stanley) (Hotel, Etc.) | 548.13 |
| 8/31/10 | Out of Town Travel, D. Bradford, 8/15-16/10, New York (Meeting re Morgan Stanley) (Air) | 1,234.47 |
| 9/16/10 | Special Messenger Service | 19.22 |
| 9/17/10 | Photocopy Expense | 193.50 |
| 9/20/10 | Photocopy Expense | 9.40 |
| 9/21/10 | Photocopy and Related Expenses | 131.80 |
| 9/27/10 | Photocopy Expense | 21.50 |
| 9/29/10 | Photocopy and Related Expenses | 19.14 |
| 9/30/10 | Westlaw Research | 97.30 |
| 9/30/10 | Automation Equipment Charges | 119.88 |
| | TOTAL DISBURSEMENTS | 2,394.34 |

**INVOICE TOTAL**          **$ 12,359.84**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 1.10 | 925.00 | 1,017.50 |
| DAVID C. LAYDEN | 5.40 | 600.00 | 3,240.00 |
| WADE A. THOMSON | 3.00 | 510.00 | 1,530.00 |
| DOUGLAS F. MCMEYER | 2.80 | 370.00 | 1,036.00 |
| DANIEL BIEMER | 0.50 | 275.00 | 137.50 |
| DANNY A. HUERTA | 3.70 | 275.00 | 1,017.50 |
| SHAWN K. MCGEE | 5.00 | 275.00 | 1,375.00 |
| KENNETH S. WALDMANN | 2.50 | 170.00 | 425.00 |
| MARC A. PATTERSON | 1.10 | 170.00 | 187.00 |
| TOTAL | 25.10 | | 9,965.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.

OCTOBER 29, 2010
INVOICE # 9180869

### FEE APPLICATION

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2010 | $1,057.00 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $1,057.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE #  9180869

OCTOBER 29, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

FEE APPLICATION

MATTER NUMBER -    10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/16/10 | LSR | 1.30 | { L210 } {A103} Drafted July fee application. | 481.00 |
| 9/20/10 | MXP | 2.30 | { L210 } {A103} Prepared exhibits to Jenner's monthly fee statement. | 391.00 |
| 9/22/10 | DJB | .20 | { L190 } {A106} Telephone conference ▮▮▮ ▮▮▮ issues. | 185.00 |
| | | 3.80 | PROFESSIONAL SERVICES | 1,057.00 |

**INVOICE TOTAL**          **$ 1,057.00**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.20 | 925.00 | 185.00 |
| LANDON S. RAIFORD | 1.30 | 370.00 | 481.00 |
| MARC A. PATTERSON | 2.30 | 170.00 | 391.00 |
| TOTAL | 3.80 | | 1,057.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

THE TRIBUNE COMPANY                                    OCTOBER 29, 2010
435 NORTH MICHIGAN AVENUE                        INVOICE #  9180867
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.

### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010                                           $ 461.50

DISBURSEMENTS                                                                      0.43

                                        TOTAL INVOICE            $ 461.93

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9180867

OCTOBER 29, 2010

CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

ESOP/STAY ISSUES                                 MATTER NUMBER -    10130

| 9/02/10 | DKM | .80 | { L140 } {A110} Compiled ██████ briefing and declarations. | 184.00 |
| 9/09/10 | DJB | .30 | { L190 } {A106} Telephone conference with ██ ██████ re Neil issues. | 277.50 |
| | | 1.10 | PROFESSIONAL SERVICES | 461.50 |

## DISBURSEMENTS

| 9/20/10 | Photocopy and Related Expenses | .43 |
| | TOTAL DISBURSEMENTS | 0.43 |

**INVOICE TOTAL**                     **$ 461.93**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                     Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 0.30 | 925.00 | 277.50 |
| DANIEL K. MORGAN | 0.80 | 230.00 | 184.00 |
| TOTAL | 1.10 | | 461.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10113

THE TRIBUNE COMPANY                                          OCTOBER 29, 2010
435 NORTH MICHIGAN AVENUE                              INVOICE # 9180866
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.

### GENERAL MATTERS

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010                                     $12,852.50

DISBURSEMENTS                                                        112.39
                                                           _____

                           TOTAL INVOICE              $12,964.89

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9180866

OCTOBER 29, 2010

CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

GENERAL MATTERS                                    MATTER NUMBER -    10113

| | | | | |
|---|---|---|---|---|
| 9/17/10 | DJB | .30 | { L190 } {A106} Telephone conference with ▮▮▮▮▮▮▮▮▮▮▮. | 277.50 |
| 9/17/10 | CJR | 1.00 | { L110 } {A104} Reviewed and prepared e-mails to and from D. Bradford re ▮▮▮▮▮▮▮▮ (.5); reviewed ▮▮▮▮▮▮▮▮ and miscellaneous e-mails (.5). | 550.00 |
| 9/20/10 | CJR | .70 | { L110 } {A104} Reviewed file re ▮▮▮▮▮▮ (.5); prepared e-mail to D. Bradford re same (.2). | 385.00 |
| 9/23/10 | DJB | 1.20 | { L190 } {A106} Telephone conference with ▮▮▮▮▮▮ re ▮▮▮▮▮▮ (.5); telephone conference with C. Rozycki re same (.5); analyzed legal research re same and memorandum to ▮▮▮▮▮▮ re same (.2). | 1,110.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/23/10 | CJR | 4.50 | { L110 } {A105} Telephone conferences with D. Bradford and ███████ re ████████ (1.0); reviewed report, interview notes and ████ ███████████████████████ (1.0); reviewed summary of ██████████████████ (.5); prepared draft substance of letter to █████████ ██████████████ (.5); prepared e-mail to D. Bradford re same (.2); telephone conference with D. Bradford (.5); reviewed and prepared e-mails to and from ███████ and D. Bradford re same (.3); met with A. Borich re ████ (.5). | 2,475.00 |
| 9/23/10 | ABB | 4.80 | { L190 } {A102} Conferred with D. Bradford re █████ ████████████████████ (.5); reviewed treatise (1.5); conferred with C. Rozycki re prior research (.5); searched for and analyzed case law (1.0); drafted email report to D. Bradford and C. Rozycki summarizing case law and analysis (1.0); proofread and sent report (.3). | 1,560.00 |
| 9/24/10 | CJR | 7.00 | { L110 } {A104} Reviewed research re ████████ (1.0); reviewed and prepared e-mails and correspondence to ███████████████ (2.0); telephone conference with ████████ (1.0); worked on letters ████ and others re (.5); met with ████████ (1.5); telephone conferences and e-mails to and from ████████ re same (1.0). | 3,850.00 |
| 9/27/10 | CJR | .10 | { L110 } {A104} Reviewed and prepared e-mails re ████████████████████. | 55.00 |
| 9/28/10 | DJB | .30 | { L190 } {A106} Various telephone conferences with ██ ████████████████. | 277.50 |
| 9/28/10 | CJR | .20 | { L110 } {A104} Reviewed e-mails from ████████. | 110.00 |
| 9/29/10 | DJB | .30 | { L190 } {A103} ███████████████ (.1); telephone conference with C. Rozycki re ████ (.1); e-mails to client re same (.1). | 277.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 9/29/10 | CJR | 2.50 | { L110 } {A104} Reviewed and prepared e-mails to and ████ (.5); revised draft letter and prepared draft e-mail (.5); telephone conference with D. Bradford re same (.5); reviewed and prepared e-mails re message from ████ (.5); telephone conference with D. Bradford and reviewed and prepared e-mails re same (.5). | 1,375.00 |
|---|---|---|---|---|
| 9/30/10 | CJR | 1.00 | { L110 } {A107} Telephone conference with ██ ████ (.7); reviewed and prepared e-mails to ████ (.3). | 550.00 |
| | | 23.90 | PROFESSIONAL SERVICES | 12,852.50 |

## DISBURSEMENTS

| 9/30/10 | Westlaw Research | 112.39 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 112.39 |

## INVOICE TOTAL

$ 12,964.89

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 2.10 | 925.00 | 1,942.50 |
| CARLA J. ROZYCKI | 17.00 | 550.00 | 9,350.00 |
| ANTHONY B. BORICH | 4.80 | 325.00 | 1,560.00 |
| TOTAL | 23.90 | | 12,852.50 |

# EXHIBIT B

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Automation Equipment Charges | 119.88 |
| Out of Town Travel | 1,782.60 |
| Photocopy and Related Expense | 151.37 |
| Photocopy Expense | 224.40 |
| Special Messenger Service | 19.22 |
| Westlaw Research | 209.69 |
| **Total** | **2,507.16** |

1916622.1