IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 6983-6985 |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2010, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Plan-DS Documents_Revised (6983-6985)_Aff_12-6-10.doc

a. "Notice of Filing Revised Proposed Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.," dated December 5, 2010 [Docket No. 6983],

b. "Notice of Filing Further Revised Proposed First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.," dated December 5, 2010 [Docket No. 6984],

c. "Notice of Submission of Debtors' Revised Responsive Statement," dated December 5, 2010 [Docket No. 6985],

by causing true and correct copies to be delivered via first email to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany

Sworn to before me this
8th day of December, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\TRIBUNE\Affidavits\Plan-DS Documents_Revised (6983-6985)_Aff_12-6-10.doc

**EXHIBIT A**

EMAIL SERVICE LIST

a.dalton@smmj.com
aconway@taubman.com
adeglomi@harris.com
ahammer@freebornpeters.com
ahiller@phw-law.com
alipkin@willkie.com
amuscovitz@dsfadvisors.com
anderson.frank@pbgc.gov
andrew.goldman@wilmerhale.com
bankruptcy@goodwin.com
BBUTWIN@OMM.COM
bceccotti@cwsny.com
BENNETTB@HBDLAWYERS.COM
bhshide@us.ibm.com
bmd@gsrnh.com
btrust@mayerbrown.com
carickhoff@blankrome.com
carolyn.adler@morganstanley.com
cbblac@acxiom.com
cbifferato@bifferato.com
CDAVIDOW@PAULWEISS.COM
Charles.smith@klgates.com
claims@recoverycorp.com
cmcmanus@muchshelist.com
cmomjian@attorneygeneral.gov
collins@rlf.com
cowan@ask-attorneys.com
csbott@abato.com
csimon@crosslaw.com
dadler@mccarter.com
DALLAS.BANKRUPTCY@PUBLICANS.COM
DAVE@BHDRL.COM
david.klauder@usdoj.gov
DAVID.POWLEN@BTLAW.COM
dbradford@jenner.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
dgonzales@wsh-law.com
dneier@winston.com
don@furmangregory.com
DPLON@SIRLINLAW.COM
dreimann@reimannlawgroup.com
drosner@kasowitz.com
efriedman@fklaw.com
EJONES@OMM.COM
ELAINE_COLE@TAX.STATE.NY.US
ellen.slights@usdoj.gov

emseid@mstpartners.com
eobrien@sbchlaw.com
etredinnick@greeneradovsky.com
ffm@bostonbusinesslaw.com
fred.fellmeth@vitecgroup.com
frosner@mrs-law.com
GARLANDK@GTLAW.COM
gbush@zuckerman.com
gmcdaniel@bglawde.com
goldberg.elizabeth@dol.gov
grmesires@uhlaw.com
heri.christine@dol.gov
hkaplan@arkin-law.com
houston_bankruptcy@publicans.com
hseife@chadbourne.com
jberlage@ghsllp.com
jconlan@sidley.com
jcp@pgslaw.com
JCRISWELL@TSMP.COM
JDT@JDTHOMPSONLAW.COM
JEDMONSON@BAYARDLAW.COM
jfiorella@archerlaw.com
JFRANK@FGLLP.COM
jfriedman@jbflawfirm.com
jfungaroli@capitalsource.com
jhuggett@margolisedelstein.com
jlosardo@bbwg.com
jnimeroff@bsnlawyers.com
jodie.rea@fox.com
john.sieger@kattenlaw.com
jschlerf@foxrothschild.com
jsdlaw@msn.com
jshickich@riddellwilliams.com
jsorenson@wggdlaw.com
jteitelbaum@tblawllp.com
JWHITE@BLAKELEYLLP.COM
KDWBankruptcyDepartment@kelleydrye.com
kelkins@elkinskalt.com
ken.higman@hp.com
khill@svglaw.com
kklee@ktbslaw.com
klantry@sidley.com
kmayer@mccarter.com
kmiller@ecjlaw.com
kstickles@coleschotz.com
landis@lrclaw.com
lbogdanoff@ktbslaw.com

EMAIL SERVICE LIST

| | |
|---|---|
| LESLIE@LESLIECOHENLAW.COM | tmhoepker@yahoo.com |
| linda.boyle@twtelecom.com | tribuneco.routing@dpw.com |
| ljones@pszjlaw.com | trmeites@mmmglaw.com |
| MAMATO@RMFPC.COM | tscobb@vorys.com |
| MARK.NITIKMAN@C2D2LAW.COM | Tscobb@vssp.com |
| matthew.troy@usdoj.gov | WALDMEIRD@MICHIGAN.GOV |
| maureen.mcgreevey@sungard.com | wayne.smith@warnerbros.com |
| mblumenthal@crowell.com | wbowden@ashby-geddes.com |
| MBRAZA@FOLEY.COM | wmk@elliottgreenleaf.com |
| MELOROD@GTLAW.COM | YONATAN.GELBLUM@USDOJ.GOV |
| mengland@eckertseamans.com | afriedman@olshanlaw.com |
| mfelger@cozen.com | aglenn@kasowitz.com |
| michelle.mcmahon@bryancave.com | AGORDON@PAULWEISS.COM |
| mlastowski@duanemorris.com | ajongco@lewisfeinberg.com |
| mminuti@saul.com | andrew.schoulder@bgllp.com |
| mprimoff@kayescholer.com | atrehan@mayerbrown.com |
| MSMALL@FOLEY.COM | avail@jenner.com |
| mzohn@proskauer.com | avesselinovitch@kattenlaw.com |
| pgregory@cpmlegal.com | awinfree@ashby-geddes.com |
| prubin@herrick.com | besders@abato.com |
| psmoots@mcguirewoods.com | bkrakauer@sidley.com |
| pwebster@buchalter.com | csteege@jenner.com |
| ramona.neal@hp.com | daniel.connolly@bgllp.com |
| RBRADY@YCST.COM | daniel.polatsek@kattenlaw.com |
| RHANLEY@NOLANPLUMHOFF.COM | DBROWN@PAULWEISS.COM |
| rkbgwhw@aol.com | DCANTOR@OMM.COM |
| RMERSKY@MONLAW.COM | ddavidian@arkin-law.com |
| robert_cook@tax.state.ny.us | ddeutsch@chadbourne.com |
| romero@mromerolawfirm.com | deggert@freebornpeters.com |
| rpaul@zwerdling.com | dlemay@chadbourne.com |
| rstark@brownrudnick.com | dsaval@brownrudnick.com |
| RTUCKER@SIMON.COM | DSHAMAH@OMM.COM |
| rweinstein@cusa.canon.com | efile@pbgc.gov |
| rwriley@duanemorris.com | evan.flaschen@bgllp.com |
| sagolden@hhlaw.com | fhyman@mayerbrown.com |
| sbrown@eapdlaw.com | flevy@olshanlaw.com |
| SCHLOSS.MICHAEL@DOL.GOV | gerson.leonard@dol.gov |
| schristianson@buchalter.com | guzzi@whitecase.com |
| sfallon@trplaw.com | isgreene@hhlaw.com |
| Sfriedberg@Theseaportgroup.com | jatamian@mayerbrown.com |
| skaufman@coochtaylor.com | jcrystal@willkie.com |
| SSHIMSHAK@PAULWEISS.COM | JOHNSTONJ@HBDLAWYERS.COM |
| strattond@pepperlaw.com | joshua.gadharf@kattenlaw.com |
| swolosky@olshanlaw.com | jstrock@foxrothschild.com |
| taskounis@askounisdarcy.com | jtougas@mayerbrown.com |
| tlauria@whitecase.com | kcollins@bifferato.com |
| tmacauley@zuckerman.com | kdinhrt@ssd.com |

EMAIL SERVICE LIST

kskomorucha@ashby-geddes.com
ljkotler@duanemorris.com
LSHUMEJDA@PAULWEISS.COM
mbarash@ktbslaw.com
MBCLEARY@YCST.COM
mbillion@pszjlaw.com
mcguire@lrclaw.com
mmilano@riddellwilliams.com
mmmulder@mmmglaw.com
MORSEJ@HBDLAWYERS.COM
npernick@coleschotz.com
nwasow@lewisfeinberg.com
pcatanese@mcguirewoods.com
raportl@pepperlaw.com
SCHANNEJ@PEPPERLAW.COM
sgreissman@whitecase.com
slross@duanemorris.com
slross@duanemorris.com
SSELBST@HERRICK.COM
tcairns@pszjlaw.com
whazeltine@sha-llc.com
wweintraub@fklaw.com

MEDIATION PARTIES EMAIL LIST

afriedman@olshanlaw.com
aglenn@kasowitz.com
ahammond@whitecase.com
andrew.goldman@wilmerhale.com
aross@sidley.com
awinfree@ashby-geddes.com
bberens@jonesday.com
bennettb@hbdlawyers.com
bkrakauer@sidley.com
carickhoff@blankrome.com
collins@rlf.com
collins@rlf.com
dabbott@mnat.com
dadler@mccarter.com
dahall@jonesday.com
damian.schaible@davispolk.com
david.klauder@usdoj.gov
dbergeron@sidley.com
dbradford@jenner.com
ddavidian@arkin-law.com
ddeutsch@chadbourne.com
deldersveld@tribune.com
dennis.glazer@davispolk.com
dfliman@kasowitz.com
dgheiman@jonesday.com
dgolden@akingump.com
dhille@whitecase.com
dlemay@chadbourne.com
dliebentritt@tribune.com
donald.bernstein@davispolk.com
drosner@kasowitz.com
dshafer@jonesday.com
dsloan@rlf.com
efriedman@fklaw.com
eli.vonnegut@davispolk.com
elliott.moskowitz@davispolk.com
esutty@foxrothschild.com
flevy@olshanlaw.com
gbush@zuckerman.com
gdemo@sidley.com
gmcdaniel@bglawde.com
gnovod@brownrudnick.com
hkaplan@arkin-law.com
hseife@chadbourne.com
jbendernagel@sidley.com
jboelter@sidley.com
jconlan@sidley.com
jhenderson@sidley.com

jhoover@beneschlaw.com
johnstonj@hbdlawyers.com
jschlerf@foxrothschild.com
jsottile@zuckerman.com
kbromberg@brownrudnick.com
kkansa@sidley.com
klantry@sidley.com
kmayer@mccarter.com
kmills@sidley.com
kstickles@coleschotz.com
kwesch@akingump.com
landis@lrclaw.com
lhutchins@akingump.com
mbcleary@ycst.com
mesterj@hbdlawyers.com
michael.russano@davispolk.com
msiegel@brownrudnick.com
mstein@kasowitz.com
npernick@coleschotz.com
pdublin@akingump.com
rbrady@ycst.com
rlemisch@beneschlaw.com
rstark@brownrudnick.com
sgreissman@whitecase.com
skorpus@kasowitz.com
stearn@rlf.com
swolosky@olshanlaw.com
tlauria@whitecase.com
tmacauley@zuckerman.com
wbowden@ashby-geddes.com
wweintraub@fklaw.com

**Email Address**

andrew.schoulder@bgllp.com
daniel.connolly@bgllp.com
evan.flaschen@bgllp.com
guzzi@whitecase.com
ksm_1973@yahoo.com
MReed@duanemorris.com
msenter@lermansenter.com
sbuckman@lermansenter.com
sgreissman@whitecase.com
WMSimkulak@duanemorris.com
yoderj@whiteandwilliams.com