# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 7, 2010, copies of the following were served in the manner indicated upon the entities on the attached list:

1. Specific Disclosure Statement For First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (D.I. 7085, Filed 12/7/10);

2. Specific Disclosure Statement For First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (BLACKLINE) (D.I. 7086, Filed 12/7/10);

3. First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (D.I. 7087, Filed 12/7/10); and

4. First Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims (BLACKLINE) (D.I. 7088, Filed 12/7/10).

| | |
|---|---|
| Dated:  December 8, 2010 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Daniel B. Butz* |
| | Derek C. Abbott (No. 3376) |
| | Daniel B. Butz (No. 4227) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |
| | Telephone: 302.658.9200 |
| | Facsimile: 302.658.3989 |
| | |
| | ARKIN KAPLAN RICE LLP |
| | Howard Kaplan, Esq. |
| | 590 Madison Avenue, 35th Floor |
| | New York, NY  10022 |
| | Telephone: 212.333.0200 |
| | Facsimile: 212.333.2350 |
| | |
| | OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP |
| | Adam Friedman, Esq. |
| | Park Avenue Tower |
| | 65 East 55th Street |
| | New York, New York 10022 |
| | Telephone: 212.451.2300 |
| | Facsimile: 212.451.2222 |
| | |
| | BRACEWELL & GIULIANI LLP |
| | Evan D. Flaschen, Esq. |
| | 225 Asylum Street, 26th Floor |
| | Hartford, CT 06103 |
| | Telephone: (860) 947-9000 |
| | Facsimile: (860) 246-3201 |
| | |
| | Daniel S. Connolly, Esq. |
| | 1251 Avenue of the Americas |
| | 49th Floor |
| | New York, NY 10020 |
| | Telephone: (212) 508-6100 |
| | Facsimile: (212) 508-6101 |
| | |
| | *Counsel to the Step One Credit Agreement Lenders* |