# SERVICE LIST

**VIA EMAIL**

G. NOVOD, ESQ.
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036
EMAIL: gnovod@brownrudnick.com


HOWARD SEIFE
DAVID M LEMAY
DOUGLAS E DEUTSCH
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
EMAIL: hseife@chadbourne.com;
dlemay@chadbourne.com;
ddeutsch@chadbourne.com
mashley@chadbourne.com
crivera@chadbourne.com
mroitman@chadbourne.com
arosenblatt@chadbourne.com
RGayda@chadbourne.com
gbush@zuckerman.com
jsottile@zuckerman.com


DAVID ADLER, ESQ.
MCCARTER & ENGLISH, LLP
245 PARK AVENUE
27TH FLOOR
NEW YORK, NY 10167
EMAIL: dadler@mccarter.com


KENNETH P. KANSA, ESQ.
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
EMAIL: KKansa@Sidley.com

JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
JEFFREY C. STEEN, ESQ.
JANET E. HENDERSON, ESQ.
ALLISON ROSS STROMBERG, ESQ.
J. BOELTER, ESQ.
D'LISIA E. BERGERON, ESQ.
GREGORY DEMO, ESQ.
KERRIANN MILLS, ESQ.
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
EMAIL: jconlan@sidley.com;
bkrakauer@sidley.com
jsteen@Sidley.com
jhenderson@sidley.com
aross@Sidley.com
jboelter@sidley.com
dbergeron@sidley.com
gdemo@Sidley.com
kmills@Sidley.com


KEVIN T. LANTRY, ESQ.
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
EMAIL: klantry@sidley.com


SCOTT GREISSMAN
KEVIN MCGILL
WHITE & CASE LLP
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
EMAIL: sgreissman@ny.whitecase.com
kmcgill@miami.whitecase.com


ANDREW GOLDMAN, ESQ.
WILMER CUTLER PICKERING
  HALE & DORR LLP
399 PARK AVENUE
NEW YORK, NY 10022
EMAIL: andrew.goldman@wilmerhale.com

J KATE STICKLES, ESQ
COLE SCHOTZ MEISEL FORMAN
  & LEONARD, PA
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE 19801
EMAIL: kstickles@coleschotz.com


DANIEL H. GOLDEN, ESQ.
PHILIP C. DUBLIN, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036
EMAIL: dgolden@akingump.com>,
pdublin@akingump.com>,
srochester@akingump.com


M. STEIN, ESQ.
KASOWITZ BENSON TORRES
 & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019
EMAIL: mstein@kasowitz.com


GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
ZUCKERMAN SPAEDER LLP
1800 M STREET, NW
SUITE 1000
WASHINGTON, DC 20036-5807
EMAIL: gbush@zuckerman.com
jsottile@zuckerman.com


SOHAM D. NAIK, ESQ.
BRACEWELL & GIULIANI LLP
1251 AVENUE OF THE AMERICAS
49TH FLOOR
NEW YORK, NY 10020-1104
EMAIL: soham.naik@bgllp.com

BRUCE BENNETT, ESQ.
JAMES O. JOHNSTON, ESQ.
JOSHUA M. MESTER, ESQ.
R. GERGER, ESQ.
HBD LAWYERS
865 S. FIGUEROA ST., SUITE 2900
LOS ANGELES, CA 90017
EMAIL: bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
gergerr@hbdlawyers.com


DONALD S. BERNSTEIN, ESQ.
DAMIAN S SCHAIBLE, ESQ.
ELI JAMES VONNEGUT, ESQ.
PETER S. KIM, ESQ.
DAVIS POLK
450 LEXINGTON AVENUE
NEW YORK, NY 10017
EMAIL: donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
peter.kim@davispolk.com


DAVID A. KAZLOW, ESQ.
LAURIE E. HUTCHINS, ESQ.
KRISTINA M. WESCH, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036-6745
EMAIL: dkazlow@akingump.com
lhutchins@AKINGUMP.com
kwesch@akingump.com


EVAN D. FLASCHEN, ESQ.
BRACEWELL & GIULIANI LLP
225 ASYLUM STREET
SUITE 2600
HARTFORD, CT 06103-1516
EMAIL: evan.flaschen@bgllp.com


3926820.1