IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In re:                             : Chapter 11
:
:  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,           :
:  (Jointly Administered)
            Debtors.               :
:  Re: Docket Nos. 6472 & 6986
:
---------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on November 16, 2010, JPMorgan Chase Bank, N.A., Merrill Lynch Capital Corporation, Citicorp North America, Inc., and Bank of America, N.A. (collectively, the "Arrangers") filed the **Joint Motion of JPMorgan Chase Bank, N.A., Merrill Lynch Capital Corporation, Citicorp North America, Inc., and Bank of America, N.A., for an Order (I) Finding the Step One Credit Agreement Lenders in Contempt of the Court's Mediation Order and the Automatic Stay Pursuant to 11 U.S.C. § 362; and (II) Enjoining the Step One Credit Agreement Lenders From Further Violations of the Mediation Order and the Automatic Stay** [Docket No. 6472] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, on December 6, 2010, the Step One Credit Agreement Lenders filed the **Objection by the Step One Lenders to the Lead Banks' Joint Motion for an Order (I) Finding the Step One Credit Agreement Lenders in Contempt of the Court's Mediation Order and the Automatic Stay; and (II) Enjoining the Step One Lenders from Further Violations of the Mediation Order and the Automatic Stay** [Docket No. 6986] (the "Objection") with the Bankruptcy Court.

RLF1 3688073v. 1

PLEASE TAKE FURTHER NOTICE that, in light of the Step One Credit Agreement Lenders' voluntary dismissal without prejudice of the New York Action,[1] the Arrangers hereby withdraw the Motion without prejudice. The Step One Credit Agreement Lenders consent to the withdrawal of the Motion without prejudice.

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to such terms in the Motion.

2

RLF1 3688073v. 1

Dated: December 8, 2010
       Wilmington, Delaware

Respectfully submitted,

/s/

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700

-and-

Dennis E. Glazer
Benjamin Kaminetzky
Elliot Moskowitz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*

/s/ *Laurie Selber Silverstein*
Laurie Selber Silverstein (No. 2396)
R. Stephen McNeill (No. 5210)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation*

4

       /s/ *Stephen P. Lamb*
Stephen P. Lamb (No. 2053)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 655-4410
Facsimile: (302) 655-4420

Andrew Gordon
David W. Brown
Stephen J. Shimshak
Elizabeth R. McColm
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Citicorp North America, Inc.*

      /s/ *David B. Stratton*
David B. Stratton, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500

-and-

O'MELVENY & MYERS LLP
Daniel L. Cantor, Esq.
Daniel S. Shamah, Esq.
Times Square Tower, Esq.
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

-and-

Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6236

*Attorneys for Bank of America, N.A.*