## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Re: D.I. 6022, 6185, 6292, 6596, 6678, 6735, 7407 |

## NOTICE OF FILING OF FURTHER REVISED RESPONSIVE STATEMENT BY CERTAIN HOLDERS OF STEP ONE SENIOR LOAN CLAIMS

The proponents of the First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims, by and through their undersigned counsel, attach hereto (a) their further revised Responsive Statement that they propose to include in the solicitation package approved by the Court and (b) a blackline version of the Responsive Statement comparing this version to the version of the Responsive Statement filed on December 6, 2010 [D.I. 7407].

Dated: December 9, 2010                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                           /s/ Daniel Butz
                                           Derek C. Abbott (No. 3376)
                                           Daniel B. Butz (No. 4227)
                                           1201 N. Market Street
                                           P.O. Box 1347
                                           Wilmington, DE 19899-1347
                                           Telephone: 302.658.9200
                                           Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan
Deana Davidian
590 Madison Avenue, 35th Floor
New York, NY  10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

BRACEWELL & GIULIANI LLP
Evan Flaschen
Daniel Connolly
Andrew Schoulder
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516
Telephone:  860-256-8537
Facsimile:  860-760-6310

*Counsel to the Step One Credit Agreement Lenders*