IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al. | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Re: Docket No. 7111** |
| | ) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    :  SS.
NEW CASTLE COUNTY    :

       Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 8th day of December, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Notice of Withdrawal of Joint Motion of JPMorgan Chase Bank, N.A., Merrill Lynch Capital Corporation, Citicorp North America, Inc., and Bank of America, N.A., for an Order (I) Finding the Step One Credit Agreement Lenders in Contempt of the Court's Mediation Order and the Automatic Stay Pursuant to 11 U.S.C. § 362; and (II) Enjoining the Step One Credit Agreement Lenders from Further Violations of the Mediation Order and the Automatic Stay [Docket No. 7111]**

       *Robyn K Sinclair*
Robyn K. Sinclair, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 9th day of December, 2010.

       *Janel R Gates*
Notary Public     JANEL R. GATES
Notary Public - State of Delaware
My Comm. Expires Feb. 2, 2011

## SERVICE LIST

### (Via Hand Delivery on Local Parties and First Class Mail on Non-Local Parties)

Landis Rath & Cobb LLP
Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, DE 19801

United States Trustee
Joseph McMahon Jr.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Chadbourne & Parke LLP
Howard Seife
David M. Lemay
Douglas E. Deutsch
30 Rockefeller Plaza
New York, NY 10112

Arkin Kaplan Rice LLP
Howard J. Kaplan
Johnny J. Yeh
Deana Davidian
590 Madison Ave.
35th Floor
New York, NY 10022

ABATO, RUBENSTEIN AND ABATO, P.A.
COREY SMITH BOTT
BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE MD 21286

ACXIOM CORPORATION
C.B. BLACKARD, III,
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY AR 72033-2000

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
CHICAGO IL 60606

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 30(
BLOOMFIELD HILLS MI 48304

RLF1 3688140v. 1

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON DE 19801

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN
SKOMORUCHA, ESQS.
500 DELAWARE AVENUE
WILMINGTON DE 19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO IL 60611

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON DE 19801

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN
155 FEDERAL ST, 9TH FL
BOSTON MA 02110

BAYARD, P.A.
ATTN: JAMIE L. EDMONSON, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON DE 19801

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK NY 10016

BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET
WILMINGTON DE 19801

BLAKELEY & BLAKELEY LLP
ATTN: JOHNN WHITE, ESQ.
2 PARK PLAZA, SUITE 400
IRVINE CA 92614

BLANK ROME LLP
ATTN: DAVID W. CARIKHOFF
1201 MARKET ST; STE 800
WILMINGTON DE 19801

BLOOM HERGOTT DIEMER ROSENTHAL
LAVIOLETTE FELDMAN & GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS CA 90212

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE FL 33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK NY 10036

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
4 EAST 8TH STREET, SUITE 400
WILMINGTON DE 19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 15
LOS ANGELES CA 90017-2457

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
LAKE SUCCESS NY 11042

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE MD 20815

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM MD 21093

CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE, DAVID M LEMA
DOGULAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

CHRISTINE Z. HERI
230 SOUTH DEARBORN, ROOM 844
CHICAGO IL 60604

COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK NY 10036

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE
ATTORNEY GENERAL CAROL E. MOMJIAN, SR.
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA P 19107-3603

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON DE 19801

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME CA 94010

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON DE 19801

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON DE 19801

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
4750 VON KARMAN AVENUE
NEWPORT BEACH CA 92660

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
590 MADISON AVENUE, 19TH FLOOR
NEW YORK NY 10022

DANIEL SMIRLOCK,
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER NY 14604

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER
L. ROSS
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON DE 19801

ECKERT,SEAMANS, CHERIN & MELLO
LLC
ATTN. MARGARET F. ENGLAND, ESQ.
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON DE 19801

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
WILMINGTON DE 19801

ELKINS KALT WEINTRAUB REUBEN
GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
1800 CENTURY PARK EAST
7TH FLOOR
LOS ANGELES CA 90067

ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET St, SUITE 1700
WILMINGTON DE 19801

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS CA 90212

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE WI 53202-5306

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK SUITE 2800
CHICAGO IL 60610-4500

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK,
ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
Wilmington, DE 19801

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 6:
CHICAGO IL 60654

FRED FELLMETH, ESQ.
101 BILBY ROAD
HACKETTSTOWN NJ 07840

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. &
DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 300
CHICAGO IL 60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN; WILLIAM WEINTRAUB
1633 BROADWAY
NEW YORK NY 10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS
SUITE 1700
LOS ANGELES CA 90067-4409

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON MA 02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN,
901 DOVE STREET,
SUITE 120
NEWPORT BEACH CA 92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE,
SUITE 1120
MIAMI FL 33131-1605

GOHN HANKEY & STICHEL LLP
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
SUITE 201
BALTIMORE MD 21201

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND
HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK IL 60527

GREENBERG TRAURIG, LLP
ATTN: DENNIA A. MELORO
1007 NORTH ORANGE STREET
SUITE 1200
WILMINGTON DE 19801

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
2450 COLORADO AVENUE, SUITE 400
E SANTA MONICA CA 90404

GREENE RADOVSKY MALONEY
SHARE & HENNIGH
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARDERO CENTER
STE 4000
SAN FRANCISCO CA 94111

HARRIS CORPORATION A
NTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE FL 32919

HENNIGAN, BENNETT & DORMAN, LLI
ATTN: BRUCE BENNETT
JAMES O. JOHNSON AND JOSHUA MOF
865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES CA 90017

HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL,
CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR.
DEFAULT & RECOVERY ANALY
2125 E. KATELLA AVE.
ANAHEIM CA 92806

HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN
IRA S. GREENE, ESQS.
875 THIRD AVENUE
NEW YORK NY 10022

HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN
3430 COURTHOUSE DRIVE
ELLICOTT CITY MD 21043

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE IL 60181

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA PA 19114

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE MD 21201

J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON TX 77010

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE NC 28233

JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD, CATHERINE L.
STEEGE, ANDREW W. VAIL
330 N. WABASH AVENUE
CHICAGO IL 60611-7603

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
NEW YORK NY 10022-6030

K&L GATES LLP
CHARLES R. SMITH, ESQ.
535 SMITHFIELD ST
PITTSBURGH PA 15222-2312

KAMAKAZEE KIWI COPORATION
3835-R EAST THOUSDAN OAKS BLVD.
#343
THOUSAND OAKS CA 91362

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN;
SHERON KORPUS
1633 BROADWAY
NEW YORK NY 10019

KATTEN MUCHIN ROSENMAN LLP
JOHN P. SIEGER; ALEXANDER S.
VESSELINOVITCH; DANIEL J. POLATSI
525 W. MONROE STREET
CHICAGO IL 60661-3693

KAYE SCHOLER LLP
425 PARK AVE
MADLYN GLEICH PRIMOFF, ESQ
NEW YORK NY 10022

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S. STEEL, ESQ.
101 PARK AVENUE
NEW YORK NY 10178

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH,
ESQS.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES CA 90067-6049

LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS
MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON DE 19801

LAW OFFICES OF WILLIAM A. HAZELTINE LLC
WILLIAM HAZELTINE, ESQ.
1000 NORTH WEST STREET,
STE. 1200
WILMINGTON DE 19801

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA CA 90401

LEWIS, FEINBERG, LEE, RENAKER & JACKSON,
P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO,
NINA WASOW, ESQS.
1330 BROADWAY, SUITE 1800
OAKLAND CA 94612

LINDA BOYLE TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON CO 80124

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET STE 1600
DALLAS TX 75201

LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON TX 77253-3064

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON DE 19801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE PA 19087

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS,
ESQ., AMIT K. TREHAN, ESQ.,
1675 BROADWAY
NEW YORK NY 10019

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
245 PARK AVE, 27TH FL
NEW YORK NY 10167

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON DE 19801

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE
PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO IL 60601

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID  10 ALMADEN BLVD.
SAN JOSE CA 95113

MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES
MICHAEL MULDER, ESQS.
20 S. CLARK STREET, SUITE 1500
CHICAGO IL 60603

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON DE 19801

MICHAEL A. COX
STATE OF MICHIGAN
DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT MI 48202

MICHAEL SCHLOSS
STATES DEPARTMENT OF LABOR PLAN BENEFITS
SECURITY DIVISION P.O. BOX 1914
WASHINGTON DC 20013

MISSOURI DEPARTMENT OF REVENUE
ATTN: SUSAN L. LISSANT
SPECIAL ASSISTANT ATTORNEY
GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY MO 65105-0475

MONZACK MERSKY MCLAUGHLIN AND
BROWDER
ATTN. RACHEL B. MERSKY, ESQUIRE
1201 N. ORANGE STREET, SUITE 400
WILMINGTON DE 19801

MORGAN STANLEY FIXED INCOME
ATTN: CAROLYN ADLER
1585 BROADWAY, 2ND FLOOR
NEW YORK NY 10036

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
CHICAGO IL 60606

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOO
SCHAUMBURG IL 60173

NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX
ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE NY 13202

NOLAN, PLUMHOFF & WILLIAMS,
CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON MD 21204

O'MELVENY & MYERS LLP
ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR,
7 TIMES SQUARE
NEW YORK NY 10036

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES CA 90071

OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY
ATTORNEY GENERAL
21 S. 12TH STREET
PHILADELPHIA PA 19107-3603

OFFICE OF THE UNITED STATES
TRUSTEE
DAVID M. KLAUDER, ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET
LOCKBOX #35
WILMINGTON DE 19899-0035

OLSHAN GRUNDMAN FROME ROSENZWEIG &
WOLOSKY LLP
ADAM H. FRIEDMAN, ESQ.; STEVE WOLOSKY,
ESQ.; FREDRICK J. LEVY, ESQ.
65 EAST 55TH STREET
NEW YORK NY 10022

PACHULSKI STANG ZIEHL & JONES LL
ATTN: LAURA DAVIS JONES,
TIMOTHY P. CAIRNS AND
MARK M. BILLION, ESQS.
919 N.
MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON DE 19899

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTN: JOSEPH L. CHRISTENSEN
500 DELAWARE AVENUE, SUITE 200;
WILMINGTON DE 19899-0032

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON DC 20006-1047

PAUL, WEISS, RIFKIND, WHARTON & GARRISSON
LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON,
DAVID W. BROWN, LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PENSION BENEFIT GUARANTY
CORPORATION
ATTN FRANK A ANDERSON,
CASSANDRA R BURTON
1200 K STREET, NW
WASHINGTON DC 20005-4026

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M.
RAPORT,ESQ.
1313 MARKET STREET
WILMINGTON DE 19899-1709

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON DE 19806

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
1313 N MARKET ST, PO BOX 951
WILMINGTON DE 19899-0951

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES CA 90067

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. &
MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE WA 98154-1192

ROBINSON BROG LEINWAND GREEN GENOVESE
& GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK NY 10022

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER CA 90601

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
1425 RXR PLAZA
UNIONDALE NY 11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON DE 19899

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON DC 20020

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
WILMINGTON DE 19899

SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
1010 N. BANKCROFT PARKWAY
SUITE 22
WILMINGTON DE 19805

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQ.
1529 WALNUT STREET, SUITE 600
PHILADELPHIA PA 19102

SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX AZ 85004-4498

STEMPEL BENNETT CLAMAN &
HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER L
LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK NY 10017

STUART MAUE
ATTN: W. ANDREW DALTON
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS MO 63044

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN; ELIHU I
ALLINSON, III C
4 EAST 8TH STREET, SUITE 400
WILMINGTON DE 19801

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS NY 10601

THE DSF GROUP
ALLAN I. MUSCOVITZ, SR.
ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM MA 02451-1486

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO CA 90245

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK NY 10017

TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO FL 32802-3311

TRAVELERS NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD CT 06183-4044

TRESSLER SODERSTORM MALONEY & PRESS,
ATTN. JACQUELINE A. CRISWELL
233 SOUTH WACKER DRIVE
CHICAGO IL 60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
2121 AVENUE OF THE STARS, SUITE 17
LOS ANGELES CA 90067

TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON DE 19899-2092

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL
ATTY.,
TAX DIVISION
555 4TH ST. NW ROOM 6110,
P.O. BOX 227
WASHINGTON DC 20044

UNGARETTI & HARRIS
ATTN. GEORGE R. MESIRES, ESQ.
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO IL 60602

UNISYS CORPORATION
ATTN. JANET FITZPATRICK
UNISYS WAY P.O. BOX 500, M/S E8-108
BLUE BELL PA 19424

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
PO BOX 875
WASHINGTON DC 20004-0875

UNITED STATES DEPARTMENT OF
LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG
P.O. BOX 1914
WASHINGTON DC 20013

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100 PO BOX 2046
WILMINGTON DE 19899-2046

VORYS SATER SEYMOUR & PEASE LLI
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS OH 43215

WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD. BLDG. 156, ROOM 5158
BURBANK CA 91522

WEISS SEROTA HELFMAN PASTORIZA
COLE &
BONISKE, P.L
ATTN: DOUGLAS R. GONZALES,
ESQUIRE
200 EAST BROWARD BOULEVARD
ST. 1900
FORT LAUDERDALE FL 33301

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI,
SCOTT GREISSMAN, ESQS.
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036-2787

WILLIAMS GAUTIER GWYNN DELOAC
& SORENSON PA
ATTN JAMES E SORENSON, D TYLER
LEUVEN, CHAD D HECKMAN, JARED S
GARDNER, MARY LINZEE VAN LEUVE
POST OFFICE BOX 4128
TALLAHASSEE FL 32315-4128

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL,
ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019

WILMER CUTLER PICKERING HALE
AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK NY 10022

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK NY 10166

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY,
ESQS.
THE BRADYWINE BUILDING
1000 WEST STREET, POST OFFICE BOX 391
WILMINGTON DE 19899-0391

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET
WILMINGTON DE 19801

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ. JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON DC 20036

ZWERDLKING PAUL KAHN & WOLLY I
ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW
SUITE 712
WASHINGTON DC 20036-5420