# EXHIBIT F

# ELECTION FORMS

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## ELECTION FORM FOR HOLDERS OF SENIOR NOTEHOLDER CLAIMS TO ELECT NOT TO TRANSFER STATE LAW AVOIDANCE CLAIMS TO CREDITORS' TRUSTS UNDER EACH OF THE PLANS PROPOSED FOR TRIBUNE COMPANY

Four (4) plans of reorganization (the "Plans") have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-captioned chapter 11 cases. Each Plan provides, as a default, that Holders of certain Claims will transfer certain State Law Avoidance Claims (as defined in each Plan) to a Creditors' Trust. You are receiving this election form (the "Election Form") because you hold a Senior Noteholder Claim and are entitled under each Plan to elect not to transfer your State Law Avoidance Claims to the Creditors' Trusts (as defined under each Plan, and also referred to as a "State Law Avoidance Claims Election" for the purpose of this form). Details concerning the transfer of your State Law Avoidance Claims to the Creditors' Trusts, and the resulting effect that such transfer may have on your potential recoveries under a particular Plan, are described in each of the Plans. Capitalized terms used but not otherwise defined herein have the meanings given to them in the Solicitation Order or in the applicable Plan(s).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Pursuant to the Solicitation Order, your election not to transfer your State Law Avoidance Claims will be valid only if you have electronically delivered your Senior Notes, as of the Voting Deadline (January 28, 2011), into the Automated Tender Offer Program at The Depository Trust Company (the "ATOP System"). Only your Voting Nominee can submit this election on your behalf.

Holders of Senior Noteholder Claims that elect not to transfer their State Law Avoidance Claims to the Creditors' Trusts and electronically deliver their Senior Notes into the ATOP System can withdraw their Senior Notes from the ATOP System up to and until the Voting Deadline. However, following the Voting Deadline, such Senior Notes will not be freely tradable.

If you have any questions on how to properly complete this Election Form, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC at (888) 287-7568 or tribunevote@epiqsystems.com.

IF YOU DO NOT COMPLETE AND SUBMIT THIS ELECTION FORM, OR IF YOU OTHERWISE FAIL TO COMPLY WITH THE PROCEDURES FOR MAKING SUCH ELECTION, YOU WILL HAVE CONSENTED TO THE TRANSFER OF YOUR STATE LAW AVOIDANCE CLAIMS THAT YOU MAY HAVE TO THE CREDITORS' TRUSTS ESTABLISHED UNDER EACH OF THE PLANS.

IF YOU HOLD SENIOR NOTEHOLDER CLAIMS THROUGH MORE THAN ONE VOTING NOMINEE, YOU MAY RECEIVE MORE THAN ONE ELECTION FORM. TO THE EXTENT YOU WISH NOT TO TRANSFER YOUR STATE LAW AVOIDANCE CLAIMS TO THE CREDITORS' TRUSTS UNDER EACH PLAN, YOU SHOULD EXECUTE A SEPARATE ELECTION FORM FOR EACH BLOCK OF SENIOR NOTEHOLDER CLAIMS THAT YOU HOLD THROUGH ANY VOTING NOMINEE AND RETURN THE ELECTION FORM TO THE RESPECTIVE VOTING NOMINEE THAT HOLDS THE SENIOR NOTEHOLDER CLAIMS IN STREET NAME.

This Election Form provides you the opportunity to make separate elections with respect to each of the Plans. Accordingly, you may elect under none, some, or all of the Plans not to contribute your State Law Avoidance Claims to the Creditors' Trusts under the relevant Plans.

### ITEM 1A. ELECTION NOT TO TRANSFER DISCLAIMED STATE LAW AVOIDANCE CLAIMS UNDER THE DEBTOR/COMMITTEE/LENDER PLAN.

Section 14.3.1 of the Debtor/Committee/Lender Plan provides as a default that Holders of Senior Noteholder Claims will transfer Disclaimed State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Debtor/Committee/Lender Plan. You have the right to opt out of this transfer under Section 14.3.1 of the Debtor/Committee/Lender Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby elect not to transfer your Disclaimed State Law Avoidance Claims, you will be "opting out" of contributing all Disclaimed State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Debtor/Committee/Lender Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Debtor/Committee/Lender Plan and, accordingly, will receive Creditors' Trust Interests and may be entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Debtor/Committee/Lender Plan, please see Section 14.3.1 of the Debtor/Committee/Lender Plan.

2

☐     I wish to opt out of the transfer of my Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Debtor/Committee/Lender Plan.

**ITEM 1B. NON-CONTRIBUTION OF STATE LAW AVOIDANCE CLAIMS UNDER THE NOTEHOLDER PLAN.**

Section 5.18.2 of the Noteholder Plan provides as a default that Holders of Senior Noteholder Claims will transfer State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Noteholder Plan. You have the right to opt out of this transfer under Section 5.18.2 of the Noteholder Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby elect not to transfer your State Law Avoidance Claims, you will be "opting out" of contributing all State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your State Law Avoidance Claims to the Creditors' Trust under the Noteholder Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your State Law Avoidance Claims to the Creditors' Trust under the Noteholder Plan and, accordingly, will receive Creditors' Trust Interests and may be entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Noteholder Plan, please see Section 5.18 of the Noteholder Plan.

☐     I wish to opt out of the transfer of my State Law Avoidance Claims to the Creditors' Trust under the Noteholder Plan.

**ITEM 1C. ELECTION NOT TO TRANSFER DISCLAIMED STATE LAW AVOIDANCE CLAIMS UNDER THE STEP ONE LENDER PLAN.**

Section 14.3.1 of the Step One Lender Plan provides as a default that Holders of Senior Noteholder Claims will transfer Disclaimed State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Step One Lender Plan. You have the right to opt out of this transfer under Section 14.3.1 of the Step One Lender Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby elect not to transfer your Disclaimed State Law Avoidance Claims, you will be "opting out" of contributing all Disclaimed State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Step One Lender Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Step One Lender Plan and, accordingly, will receive Creditors' Trust Interests and may be entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Step One Lender Plan, please see Section 14.3.1 of the Step One Lender Plan.

☐     I wish to opt out of the transfer of my Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Step One Lender Plan.

**ITEM 1D. NON-CONTRIBUTION OF STATE LAW AVOIDANCE CLAIMS UNDER THE BRIDGE LENDER PLAN.**

Section 5.19.2 of the Bridge Lender Plan provides as a default that Holders of Senior Noteholder Claims will transfer State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Bridge Lender Plan. You have the right to opt out of this transfer under Section 5.19.2 of the Bridge Lender Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby elect not to transfer your State Law Avoidance Claims, you will be "opting out" of contributing all State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your State Law Avoidance Claims to the Creditors' Trust under the Bridge Lender Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your State Law Avoidance Claims to the Creditors' Trust under the Bridge Lender Plan and, accordingly, will receive Creditors' Trust Interests and may be entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Bridge Lender Plan, please see Section 5.19 of the Bridge Lender Plan.

☐     I wish to opt out of the transfer of my State Law Avoidance Claims to the Creditors' Trust under the Bridge Lender Plan.

**ELECTION SUMMARY:**

If you have made a State Law Avoidance Claims Election with respect to each of the Plans in Items 1A through 1D by checking ALL 4 BOXES above, your Nominee will tender your Senior Notes into the corresponding event on DTC's ATOP system for the purpose of making **ALL** of the State Law Avoidance Claims Elections on all four Plans.

If you have elected to make a State Law Avoidance Claims Election on only one, two, or three Plans in Items 1A through 1D above, your Nominee will tender your Senior Notes into the corresponding event on DTC's ATOP system for the purpose of making **LESS THAN ALL** of the State Law Avoidance Claims Elections.

If you do not wish to make any State Law Avoidance Claims Election, your broker will not need to tender your bonds.

4

**ITEM 2.    CERTIFICATION.**
By signing this Election Form, the undersigned acknowledges and/or certifies that it:

  a. has full power and authority to complete this Election Form with respect to its Senior Noteholder Claim;

  b. instructs its Voting Nominee to effect this Election Form through the ATOP System; and

  c. has received a copy of the General Disclosure Statement, the Plans and the Specific Disclosure Statements related thereto, the Responsive Statements, and the Solicitation Order and understands that this Election Form is subject to all the terms and conditions set forth in the General Disclosure Statement, the Plans and the Specific Disclosure Statements related thereto, and the Solicitation Order.

Name: _____
       (Print or Type)

Signature: _____

By: _____
       (If Applicable)

Title: _____
       (If Applicable)

Street Address: _____

_____

City, State, Zip Code: _____

Telephone Number: _____

Email: _____

Date Completed: _____

5

> THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON JANUARY 28, 2011. PLEASE RETURN YOUR ELECTION FORM TO YOUR VOTING NOMINEE IN SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR ELECTION FORM AND SUBMIT YOUR ELECTION THROUGH DTC'S ATOP SYSTEM, SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE, OR YOUR ELECTION WILL NOT BE VALID.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ELECTION FORM OR THE PROCEDURES FOR MAKING THIS ELECTION, OR IF YOU NEED ADDITIONAL COPIES OF THE JOINT DISCLOSURE STATEMENT, THE PLANS, OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT 888-287-7568 OR <u>TRIBUNEVOTE@EPIQSYSTEMS.COM</u>.

DO NOT SEND THIS FORM TO EPIQ SYSTEMS.

YOU MUST PROVIDE YOUR ELECTION INSTRUCTIONS TO YOUR NOMINEE IN ACCORDANCE WITH THEIR DIRECTIONS.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## ELECTION FORM FOR HOLDERS OF PHONES NOTES CLAIMS TO ELECT NOT TO TRANSFER STATE LAW AVOIDANCE CLAIMS TO CREDITORS' TRUSTS UNDER EACH OF THE PLANS PROPOSED FOR TRIBUNE COMPANY

Four (4) plans of reorganization (the "Plans") have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-captioned chapter 11 cases. Each Plan provides, as a default, that Holders of certain Claims will transfer certain State Law Avoidance Claims (as defined in each Plan) to a Creditors' Trust. You are receiving this election form (the "Election Form") because you hold a PHONES Notes Claim and are entitled under each Plan to elect not to transfer your State Law Avoidance Claims to the Creditors' Trusts (as defined under each Plan and also referred to as a "State Law Avoidance Claims Election" for the purpose of this form). Details concerning the transfer of your State Law Avoidance Claims to the Creditors' Trusts, and the resulting effect that such transfer may have on your potential recoveries under a particular Plan, are described in each of the Plans. Capitalized terms used but not otherwise defined herein have the meanings given to them in the Solicitation Order or the applicable Plan(s).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Pursuant to the Solicitation Order, if you are a Holder of a PHONES Notes Claim (other than PHONES Notes Exchange Claims), your election not to transfer your State Law Avoidance Claims will be valid only if you have electronically delivered your PHONES Notes, as of the Voting Deadline (January 28, 2011), into the Automated Tender Offer Program at The Depository Trust Company (the "ATOP System"). Only your Voting Nominee can submit this election on your behalf.

Holders of PHONES Notes Claims that elect not to transfer their State Law Avoidance Claims to the Creditors' Trusts and electronically deliver their PHONES Notes into the ATOP System can withdraw their PHONES Notes from the ATOP System up to and until the Voting Deadline. However, following the Voting Deadline, such PHONES Notes will not be freely tradable.

If you are a Holder of a PHONES Notes Exchange Claim, in order for your election to be valid, you must complete the Election Form and return it to the Voting Agent prior to the Voting Deadline.

If you have any questions on how to properly complete this Election Form, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC at (888) 287-7568 or tribunevote@epiqsystems.com.

IF YOU DO NOT COMPLETE AND SUBMIT THIS ELECTION FORM, OR IF YOU OTHERWISE FAIL TO COMPLY WITH THE PROCEDURES FOR MAKING SUCH ELECTION, YOU WILL HAVE CONSENTED TO THE TRANSFER OF ANY STATE LAW AVOIDANCE CLAIMS THAT YOU MAY HAVE TO THE CREDITORS' TRUSTS ESTABLISHED UNDER EACH OF THE PLANS.

IF YOU HOLD PHONES NOTES CLAIMS THROUGH MORE THAN ONE VOTING NOMINEE, YOU MAY RECEIVE MORE THAN ONE ELECTION FORM. TO THE EXTENT YOU WISH NOT TO TRANSFER YOUR STATE LAW AVOIDANCE CLAIMS TO THE CREDITORS' TRUSTS UNDER THE PLANS, YOU SHOULD EXECUTE A SEPARATE ELECTION FORM FOR EACH BLOCK OF PHONES NOTES CLAIMS THAT YOU HOLD THROUGH ANY VOTING NOMINEE AND RETURN THE ELECTION FORM TO THE RESPECTIVE VOTING NOMINEE THAT HOLDS THE PHONES NOTES CLAIMS IN STREET NAME.

This Election Form provides you the opportunity to make separate elections with respect to each of the Plans. Accordingly, you may elect under none, some, or all of the Plans not to contribute your State Law Avoidance Claims to the Creditors' Trusts under the relevant Plans.

**ITEM 1A. ELECTION NOT TO TRANSFER DISCLAIMED STATE LAW AVOIDANCE CLAIMS UNDER THE DEBTOR/COMMITTEE/LENDER PLAN.**

Section 14.3.1 of the Debtor/Committee/Lender Plan provides as a default that Holders of PHONES Notes Claims will transfer Disclaimed State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Debtor/Committee/Lender Plan. You have the right to opt out of this transfer under Section 14.3.1 of the Debtor/Committee/Lender Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby elect not to transfer your Disclaimed State Law Avoidance Claim, you will be "opting out" of contributing all Disclaimed State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Debtor/Committee/Lender Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Debtor/Committee/Lender Plan and, accordingly, will receive Creditors' Trust Interests**

**and may be entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Debtor/Committee/Lender Plan, please see Section 14.3.1 of the Debtor/Committee/Lender Plan.

☐ I wish to opt out of the transfer of my Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Debtor/Committee/Lender Plan.

**ITEM 1B. NON-CONTRIBUTION OF STATE LAW AVOIDANCE CLAIMS UNDER THE NOTEHOLDER PLAN.**

Section 5.18.2 of the Noteholder Plan provides as a default that Holders of PHONES Notes Claims will transfer State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Noteholder Plan. You have the right to opt out of this transfer under Section 5.18.2 of the Noteholder Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby not to transfer your State Law Avoidance Claims, you will be "opting out" of contributing all State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your State Law Avoidance Claims to the Creditors' Trust under the Noteholder Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your State Law Avoidance Claims to the Creditors' Trust under the Noteholder Plan and, accordingly, will receive Creditors' Trust Interests and may be entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Noteholder Plan, please see Section 5.18 of the Noteholder Plan.

☐ I wish to opt out of the transfer of my State Law Avoidance Claims to the Creditors' Trust under the Noteholder Plan.

**ITEM 1C. ELECTION NOT TO TRANSFER DISCLAIMED STATE LAW AVOIDANCE CLAIMS UNDER THE STEP ONE LENDER PLAN.**

Section 14.3.1 of the Step One Lender Plan provides as a default that Holders of PHONES Notes Claims will transfer Disclaimed State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Step One Lender Plan. You have the right to opt out of this transfer under Section 14.3.1 of the Step One Lender Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby not to transfer your Disclaimed State Law Avoidance Claims, you will be "opting out" of contributing all Disclaimed State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Step One Lender Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Step One Lender Plan and, accordingly, will receive Creditors' Trust Interests and may be**

3

**entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Step One Lender Plan, please see Section 14.3.1 of the Step One Lender Plan.

- ☐ I wish to opt out of the transfer of my Disclaimed State Law Avoidance Claims to the Creditors' Trust under the Step One Lender Plan.

## ITEM 1D. NON-CONTRIBUTION OF STATE LAW AVOIDANCE CLAIMS UNDER THE BRIDGE LENDER PLAN.

Section 5.19.2 of the Bridge Lender Plan provides as a default that Holders of PHONES Notes Claims will transfer State Law Avoidance Claims to the Creditors' Trust, which is to be established under the Bridge Lender Plan. You have the right to opt out of this transfer under Section 5.19.2 of the Bridge Lender Plan. If you wish to opt out of this transfer, you must check the box below. If you check the box and thereby not to transfer your State Law Avoidance Claims, you will be "opting out" of contributing all State Law Avoidance Claims you now hold or may hold in the future, and you will not be entitled to (i) receive Creditors' Trust Interests or (ii) share in the proceeds of any recoveries ultimately obtained by the Creditors' Trust.

If you do not check the box below, you are consenting to the transfer of your State Law Avoidance Claims to the Creditors' Trust under the Bridge Lender Plan in exchange for Creditors' Trust Interests. The Creditors' Trust Interests may entitle you to share in the proceeds of any recovery ultimately obtained by the Creditors' Trust. **If you do not submit this Election Form, you will be deemed to have transferred all of your State Law Avoidance Claims to the Creditors' Trust under the Bridge Lender Plan and, accordingly, will receive Creditors' Trust Interests and may be entitled to share in the proceeds of recoveries obtained by the Creditors' Trust, if any.** For additional information regarding the Creditors' Trust under the Bridge Lender Plan, please see Section 5.19 of the Bridge Lender Plan.

- ☐ I wish to opt out of the transfer of my State Law Avoidance Claims to the Creditors' Trust under the Bridge Lender Plan.

**ELECTION SUMMARY:**

**A. PHONES Notes Claims**

If you have made a State Law Avoidance Claims Election with respect to each of the Plans in Items 1A through 1D by checking ALL 4 BOXES above, your Nominee will tender your PHONES Notes into the corresponding event on DTC's ATOP system for the purpose of making <u>ALL</u> of the State Law Avoidance Claims Elections on all four Plans.

If you have elected to make a State Law Avoidance Claims Election on only one, two, or three Plans in Items 1A through 1D above, your Nominee will tender your PHONES Notes into the corresponding event on DTC's ATOP system for the purpose of making <u>LESS THAN ALL</u> of the State Law Avoidance Claims Elections.

If you do not wish to make any State Law Avoidance Claims Election, your Nominee will not need to tender your PHONES Notes Claims.

**B. PHONES Notes Exchange Claims**

If you have made a State Law Avoidance Claims Election with respect to each of the Plans in Items 1A through 1D, no further steps need to be taken other than returning your Election Form to the Voting Agent prior to the Voting Deadline.

4

**ITEM 2.   CERTIFICATION.**

By signing this Election Form, the undersigned acknowledges and/or certifies that it:

    a. has full power and authority to complete this Election Form with respect to its PHONES Notes Claim or PHONES Notes Exchange Claims, as applicable;

    b. is a Holder of a PHONES Notes Claim or PHONES Notes Exchange Claims, and if applicable, instructs its Voting Nominee to effect this Election Form through the ATOP System; and

    c. has received a copy of the General Disclosure Statement, the Plans and the Specific Disclosure Statements related thereto, the Responsive Statements, and the Solicitation Order and understands that this Election Form is subject to all the terms and conditions set forth in the General Disclosure Statement, the Plans and the Specific Disclosure Statements related thereto, and the Solicitation Order.

Name: _____
        (Print or Type)

Signature:_____

By:_____
      (If Applicable)

Title:____
      (If Applicable)

Street Address:_____

_____

City, State, Zip Code:_____

Telephone Number:_____

Email: _____

Date Completed:_____

5

> **THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON JANUARY 28, 2011.**
> - IF YOU ARE A HOLDER OF PHONES NOTES CLAIMS, PLEASE RETURN YOUR ELECTION FORM TO YOUR VOTING NOMINEE IN SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR ELECTION FORM THROUGH DTC'S ATOP SYSTEM SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE, OR YOUR ELECTION WILL NOT BE VALID. YOU MUST PROVIDE YOUR ELECTION INSTRUCTIONS TO YOUR NOMINEE IN ACCORDANCE WITH THEIR DIRECTIONS.
> - IF YOU ARE A HOLDER OF PHONES NOTES EXCHANGE CLAIMS, PLEASE RETURN YOUR ELECTION FORM DIRECTLY TO THE VOTING AGENT SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE, OR YOUR ELECTION WILL NOT BE VALID.
> - IF YOU HOLD BOTH PHONES NOTES CLAIMS AND PHONES NOTES EXCHANGE CLAIMS, YOU HAVE RECEIVED SEPARATE ELECTION FORMS ON WHICH TO ELECT NOT TO TRANSFER YOUR STATE LAW AVOIDANCE CLAIMS TO THE CREDITORS' TRUSTS. YOU MUST RETURN THE ELECTION FORM FOR YOUR PHONES NOTES CLAIM TO YOUR VOTING NOMINEE, AND YOU MUST RETURN THE ELECTION FORM FOR YOUR PHONES NOTES EXCHANGE CLAIM DIRECTLY TO THE VOTING AGENT.

IF YOU HAVE ANY QUESTIONS REGARDING THIS ELECTION FORM OR THE PROCEDURES FOR MAKING THIS ELECTION, OR IF YOU NEED ADDITIONAL COPIES OF THE JOINT DISCLOSURE STATEMENT, THE PLANS, OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT 888-287-7568 OR <u>TRIBUNEVOTE@EPIQSYSTEMS.COM</u>.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DEBTOR/COMMITTEE/LENDER PLAN ELECTION FORM FOR HOLDERS OF CONVENIENCE CLAIMS TO ELECT NOT TO GRANT RELEASES PROVIDED IN DEBTOR/COMMITTEE/LENDER PLAN (AS DEFINED IN THE JOINT DISCLOSURE STATEMENT FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES)

This Debtor/Committee/Lender Plan Election Form is for electing **not** to grant the releases provided in Section 11.2.2 of the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Debtor/Committee/Lender Plan"). Capitalized terms used but not defined in this Debtor/Committee/Lender Plan Election Form have the meanings given to them in (i) the Instructions for Completing the Debtor/Committee/Lender Plan Ballot to Accept or Reject the Debtor/Committee/Lender Plan or (ii) the Debtor/Committee/Lender Plan, as applicable.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Pursuant to the Debtor/Committee/Lender Plan, Allowed Convenience Class Claims are Unimpaired and Holders of Convenience Class Claims (Class 1G Claims against Tribune Company) are conclusively deemed to have accepted the Debtor/Committee/Lender Plan. As a result, unless Holders of Convenience Claims submit this Election Form and elect <u>not</u> to grant the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan, the Holders of Convenience Claims will be deemed to have granted such releases. This Debtor/Committee/Lender Plan Election Form is only to be used by Holders of Convenience Claims to elect <u>not</u> to grant the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan.

**To elect <u>not</u> to grant the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan, please check the following box:**

ITEM 1.    RELEASES

☐ The undersigned elects <u>not</u> to grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan.

Section 11.2.2 of the Debtor/Committee/Lender Plan provides that each Person who votes to accept the Debtor/Committee/Lender Plan and does not affirmatively elect to opt out of such releases, or who otherwise agrees to provide the releases set forth in Section 11.2.2, shall be deemed to have unconditionally released each and all of the Released Parties (as such term is defined in the Debtor/Committee/Lender Plan) of and from any and all claims, obligations, suits, judgments, damages, debts, rights, remedies, causes of action and liabilities of any nature whatsoever (including, without limitation, the LBO-Related Causes of Action (as such term is defined in the Debtor/Committee/Lender Plan) and those arising under the Bankruptcy Code, including any avoidance claim), whether known or unknown, foreseen or unforeseen, liquidated or unliquidated, matured or unmatured, existing or hereafter arising, in law, equity, or otherwise, that are or may be based in whole or in part upon any act, omission, transaction, event or other occurrence taking place or existing on or before the Effective Date that are in connection with the Debtors or any of them, or their respective assets, property and Estates, the Chapter 11 Cases or the Plan, Disclosure Statement or the Restructuring Transactions (as such term is defined in the Debtor/Committee/Lender Plan); except as otherwise set forth in the Debtor/Committee/Lender Plan.

If you do not return this Debtor/Committee/Lender Plan Election Form, you will be deemed have granted such releases. Election to grant such releases is at your option. **If you submit this Election Form and do not grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan, however, you shall not receive the benefit of the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan.**

ITEM 2.    CERTIFICATION. By signing this Debtor/Committee/Lender Plan Election Form, undersigned certifies and acknowledges that it:

   a. is the Holder of the Convenience Claims against Tribune Company to which this Debtor/Committee/Lender Plan Election Form pertains or is an authorized signatory and has full power and authority to make the election called for on this Debtor/Committee/Lender Plan Election Form; and

   b. has been provided with a copy of the Debtor/Committee/Lender Plan, the General Disclosure Statement, the Specific Disclosure Statement for the Debtor/Committee/Lender Plan, the Responsive Statements, and the Solicitation Order and acknowledges that the election set forth on this Debtor/Committee/Lender Plan Election Form is subject to all of the terms and conditions set forth in the Debtor/Committee/Lender Plan, the General Disclosure Statement, the Specific Disclosure Statement for the Debtor/Committee/Lender Plan, and the Solicitation Order.

Name: _____
        (Print or Type)

Signature:_____

By:_____
     (If Applicable)

Title:_____
     (If Applicable)

Street Address:_____

_____

City, State, Zip Code:_____

Telephone Number:_____

Email: _____

Date Completed:_____

> **YOUR DEBTOR/COMMITTEE/LENDER PLAN ELECTION FORM MUST BE ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (JANUARY 28, 2011) OR YOUR ELECTION NOT TO GRANT THE RELEASES SET FORTH IN THE DEBTOR/COMMITTEE/LENDER PLAN WILL NOT BE VALID. DEBTOR/COMMITTEE/LENDER PLAN ELECTION FORMS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED, AND YOUR ELECTION WILL NOT BE VALID.**

IF YOU HAVE ANY QUESTIONS REGARDING THIS DEBTOR/COMMITTEE/LENDER PLAN ELECTION FORM, PLEASE CONTACT THE VOTING AGENT AT 888-287-7568 OR AT TRIBUNEVOTE@EPIQSYSTEMS.COM.

PLEASE RETURN YOUR DEBTOR/COMMITTEE/LENDER PLAN ELECTION FORM BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:

**If By Mail:**
Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014

**If By Personal Delivery or Overnight Courier:**
Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions
757 Third Avenue, Third Floor
New York, NY 10017

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### STEP ONE LENDER PLAN ELECTION FORM FOR HOLDERS OF CONVENIENCE CLAIMS TO ELECT NOT TO GRANT RELEASES PROVIDED IN STEP ONE LENDER PLAN (AS DEFINED IN THE JOINT DISCLOSURE STATEMENT FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES)

This Step One Lender Plan Election Form is for electing <u>not</u> to grant the releases provided in Section 11.3.2 of the First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (the "<u>Step One Lender Plan</u>"). Capitalized terms used but not defined in this Step One Lender Plan Election Form have the meanings given to them in (i) the Instructions for Completing the Step One Lender Plan Ballot to Accept or Reject the Step One Lender Plan or (ii) the Step One Lender Plan, as applicable.

Pursuant to the Step One Lender Plan, Allowed Convenience Class Claims are Unimpaired and Holders of Convenience Class Claims (Class 1G Claims against Tribune Company) are conclusively

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

deemed to have accepted the Step One Lender Plan. As a result, unless Holders of Convenience Claims submit this Election Form and elect <u>not</u> to grant the releases set forth in Section 11.3.2 of the Step One Lender Plan, the Holders of Convenience Claims will be deemed to have granted such releases. This Step One Lender Plan Election Form is only to be used by Holders of Convenience Claims to elect <u>not</u> to grant the releases set forth in Section 11.3.2 of the Step One Lender Plan.

**To elect <u>not</u> to grant the releases set forth in Section 11.3.2 of the Step One Lender Plan, please check the following box:**

ITEM 1.     RELEASES

☐ The undersigned elects not to grant the releases contained in Section 11.3.2 of the Step One Lender Plan.

Section 11.3.2 of the Step One Lender Plan provides that each Person who votes to accept the Step One Lender Plan and does not affirmatively elect to opt out of such releases, or who otherwise agrees to provide the releases set forth in Section 11.3.2, shall be deemed to have unconditionally released each and all of the current and former Holders of Step One Senior Loan Claims and Step One Senior Loan Guaranty Claims of and from any and all claims, obligations, suits, judgments, damages, debts, rights, remedies, causes of action and liabilities of any nature whatsoever (including, without limitation, the Step One LBO-Related Causes of Action (as such term is defined in the Step One Lender Plan) and those arising under the Bankruptcy Code, including any avoidance claim), whether known or unknown, foreseen or unforeseen, liquidated or unliquidated, matured or unmatured, existing or hereafter arising, in law, equity, or otherwise, that are or may be based in whole or in part upon any act, omission, transaction, event or other occurrence taking place or existing on or before the Effective Date that are in connection with the Debtors or any of them, or their respective assets, property and Estates, the Chapter 11 Cases or the Plan, Disclosure Statement or the Restructuring Transactions (as such terms are defined in the Step One Lender Plan); except as otherwise set forth in the Step One Lender Plan.

If you do not return this Step One Lender Plan Election Form, you will be deemed have granted such releases. Election to grant such releases is at your option. **If you submit this Election Form and do not grant the releases contained in Section 11.3.2 of the Step One Lender Plan, however, you shall not receive the benefit of the releases set forth in Section 11.3.2 of the Step One Lender Plan.**

ITEM 2.     CERTIFICATION. By signing this Step One Lender Plan Election Form, undersigned certifies and acknowledges that it:

a. is the Holder of the Convenience Claims against Tribune Company to which this Step One Lender Plan Election Form pertains or is an authorized signatory and has full power and authority to make the election called for on this Step One Lender Plan Election Form; and

b. has been provided with a copy of the Step One Lender Plan, the General Disclosure Statement, the Specific Disclosure Statement for the Step One Lender Plan, the Responsive Statements, and the Solicitation Order and acknowledges that the election set forth on this Step One Lender Plan Election Form is subject to all of the terms and conditions set forth in the Step One Lender Plan, the General Disclosure Statement, the Specific Disclosure Statement for the Step One Lender Plan, and the Solicitation Order.

Name: _____
         (Print or Type)

Signature: _____

2

By:_____
      (If Applicable)

Title:_____
      (If Applicable)

Street Address:_____

_____

City, State, Zip Code:_____

Telephone Number:_____

Email: _____

Date Completed:_____

> **YOUR STEP ONE LENDER PLAN ELECTION FORM MUST BE <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE (JANUARY 28, 2011) OR YOUR ELECTION NOT TO GRANT THE RELEASES SET FORTH IN THE STEP ONE LENDER PLAN WILL NOT BE VALID. STEP ONE LENDER PLAN ELECTION FORMS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED, AND YOUR ELECTION WILL NOT BE VALID.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS STEP ONE LENDER PLAN ELECTION FORM PLEASE CONTACT THE VOTING AGENT AT 888-287-7568 OR AT TRIBUNEVOTE@EPIQSYSTEMS.COM.**

PLEASE RETURN YOUR STEP ONE LENDER PLAN ELECTION FORM BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:

**If By Mail:**
Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014

**If By Personal Delivery or Overnight Courier:**
Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions
757 Third Avenue, Third Floor
New York, NY 10017