IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                                    :    Chapter 11 Cases
                                                          :
                                                          :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                  :
                                                          :    (Jointly Administered)
                             Debtors.                     :
------------------------------------------------------X    **Related Docket No. 7126**

## NOTICE OF FILING OF FURTHER REVISED RESPONSIVE STATEMENT BY AURELIUS CAPITAL MANAGEMENT, LP, DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW DEBENTURE TRUST COMPANY OF NEW YORK, AND WILMINGTON TRUST COMPANY

In accordance with this Court's instructions at the hearing held on December 6, 2010, the proponents of the *Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes*, dated December 9, 2010 [Docket No. 7127], by and through undersigned counsel for Aurelius Capital Management, LP, attach hereto their further revised Responsive Statement that they propose to include in the Master Disclosure Document (or, if applicable, in any solicitation package approved by the Court).

Dated: December 9, 2010
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*