# EXHIBIT A

WM1A 962581v1 11/17/10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) Jointly Administered |
| Debtors. | ) |

**AMENDED SPECIFIC DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY KING STREET ACQUISITION COMPANY, L.L.C., KING STREET CAPITAL, L.P. AND MARATHON ASSET MANAGEMENT, L.P.**

Dated: December 7, 2010

| | |
|---|---|
| WHITE & CASE LLP | FOX ROTHSCHILD LLP |
| Thomas E Lauria, Esq. | Jeffrey M. Schlerf, Esq. (No. 3047) |
| David Hille, Esq. | Eric M. Sutty, Esq. (No. 4007) |
| Andrew Hammond, Esq. | Jay Strock, Esq. (No. 4965) |
| Scott Greissman, Esq. | Citizens Bank Center |
| 1155 Avenue of the Americas | 919 North Market Street, |
| Suite 1600 | |
| New York, NY 10036 | Wilmington, DE 19801 |
| Telephone: (212) 819-8200 | Telephone: (302) 654-7444 |
| | Attorneys for the Proponents |

~~THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF THE BRIDGE LENDER PLAN. THIS BRIDGE LENDER SPECIFIC DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT YET BEEN APPROVED BY THE BANKRUPTCY COURT. SOLICITATION OF ACCEPTANCE OR REJECTION OF THE BRIDGE LENDER PLAN MAY OCCUR ONLY AFTER THE BANKRUPTCY COURT APPROVES THIS BRIDGE LENDER SPECIFIC DISCLOSURE STATEMENT.~~

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are listed on the following page.

NEWYORK 7844837 (2K)