# EXHIBIT A

*Corporate Organizational Chart*

