**EXHIBIT F**

*Reorganized Value Analysis*

## B.    Reorganization Value.

The Debtors' investment banker and financial adviser, Lazard, has undertaken a valuation analysis to (i) determine the value available for distribution to holders of Allowed Claims pursuant to a plan of reorganization for the Debtors and any of Tribune's subsidiaries for which commencement of chapter 11 cases becomes necessary or appropriate (the "Plan") and (ii) analyze the relative recoveries to such holders thereunder.[1]  The valuation analysis set forth herein supersedes Lazard's valuation analysis included in the Tribune Disclosure Statement.

1.    Overview.

Lazard has estimated the value of the Reorganized Debtors as of December 27, 2010. Lazard has undertaken this valuation analysis to determine the value available for distribution to holders of Allowed Claims pursuant to a Plan and to analyze the relative recoveries to such holders thereunder.[2]  The estimated total value available for distribution to holders of Allowed Claims, exclusive of Allowed Claims held by Tribune and by direct or indirect subsidiaries of Tribune (the "Distributable Value") was derived based on (i) a sum-of-the-parts approach of the estimated value of the Reorganized Debtors' publishing, broadcasting and corporate operations on a going concern basis (the "Enterprise Value"), plus (ii) the estimated cash balance at the Assumed Effective Date, and (iii) the value of minority equity investments (the "Other Assets").  The valuation analysis assumes that the Effective Date is December 27, 2010 (the "Assumed Effective Date") and is based on projections developed and provided by the Debtors' management ("Projections") for 2010-2015 (the "Projection Period").

Based on these Projections and solely for purposes of analyzing the value available for distribution pursuant to a Plan, Lazard estimates that the Enterprise Value of the Reorganized Debtors falls within a range from approximately $2.9 to $3.5 billion, with an approximate mid-point estimate of $3.2 billion as of the Assumed Effective Date.  Adding the value of the Other Assets of approximately $1.7 to $2.0 billion (with an approximate mid-point value of $1.9 billion) and the estimated cash balance at the Assumed Effective Date of approximately $1.7 billion to the Enterprise Value range yields a range of Distributable Value for the Reorganized Debtors from $6.3 billion to $7.1 billion with an approximate mid-point of $6.75 billion.  Approximately $564 million of the $6.75 billion estimate of Distributable Value is attributable to the value of Tribune, representing the Distributable Value to be allocated to Holders of Allowed Claims against Tribune.[3]  The $6.75 billion estimate of Distributable Value also includes approximately $1.7 billion attributable to the value of the following subsidiaries of Tribune: Tribune (FN) Cable Ventures, Inc.; Tribune Interactive, Inc.; Tribune ND, Inc.; and Tribune National Marketing Company.

Based on total estimated gross debt of $1.1 billion projected as of the Assumed Effective Date, Lazard's mid-point estimate of Distributable Value reduced by approximately $1.4 billion of cash, assumed to be distributed pursuant to a Plan implies a value for the new equity of the Reorganized Debtors (the "Equity Value") of approximately $4.3 billion.

---

[1] In the case of each Competing Plan, the term "Allowed" shall have the meaning ascribed to such term in the Competing Plan.

[2] The estimated value of the Reorganized Debtors includes the value of the Debtors' wholly-owned subsidiaries as well as the value of minority equity interests held by the Debtors and their subsidiaries.  The Debtors' minority equity interests are generally described in Section [●] of this General Disclosure Statement.

[3] The estimate of Distributable Value attributable to Tribune includes the recovery by Tribune of approximately $369 million transferred to certain of Tribune's subsidiaries just prior to the Petition Date and gives effect to the Debtors' proposed settlement of intercompany claims.

THE ENTERPRISE VALUE RANGE, AS OF THE ASSUMED EFFECTIVE DATE,
REFLECTS WORK PERFORMED BY LAZARD ON THE BASIS OF INFORMATION AVAILABLE
TO LAZARD AS OF THE DATE OF THIS GENERAL DISCLOSURE STATEMENT.
ALTHOUGH SUBSEQUENT DEVELOPMENTS MAY AFFECT LAZARD'S CONCLUSIONS,
NEITHER LAZARD NOR ANY OF THE DEBTORS HAS ANY OBLIGATION TO UPDATE,
REVISE OR REAFFIRM ITS ESTIMATES.

Lazard assumed that the Projections were reasonably prepared in good faith and on a basis
reflecting the Debtors' most accurate currently available estimates and judgments as to the future operating
and financial performance of the Reorganized Debtors.  Lazard's estimated Enterprise Value range
assumes the Reorganized Debtors will achieve their Projections in all material respects, including revenue,
EBITDA margins, earnings and cash flow as projected.  If the business performs at levels below those
set forth in the Projections, such performance may have a materially negative impact on the Enterprise
Value. Conversely, if the business performs at levels above those set forth in the Projections, such
performance may have a materially positive impact on the Enterprise Value.

In estimating the range of Enterprise Value and the Equity Value of the Reorganized Debtors,
Lazard: (i) reviewed certain historical financial information of the Debtors for recent years and interim
periods; (ii) reviewed certain internal financial and operating data of the Debtors, which data were
prepared and provided to Lazard by the Debtors' management and which relate to the Reorganized
Debtors' business and its prospects; (iii) met with and discussed the Debtors' operations and future
prospects with the Debtors' senior management team; (iv) reviewed certain publicly available financial
data for, and considered the market value of, public companies that Lazard deemed generally comparable to
the operating business of the Reorganized Debtors; (v) considered certain economic and industry information
relevant to the operating business; and (vi) conducted such other studies, analyses, inquiries and
investigations as it deemed appropriate.  Although Lazard conducted a review and analysis of the
Reorganized Debtors' business, operating assets and liabilities and the Reorganized Debtors' business plan, it
assumed and relied on the accuracy and completeness of all financial and other information furnished to it
by the Debtors' management as well as publicly available information.

In addition, Lazard did not independently verify the Projections in connection with preparing the
estimated Enterprise Value range, and no independent valuations or appraisals of the Debtors were
sought or obtained in connection herewith.  The estimated Enterprise Value range was developed solely
for purposes of the formulation and negotiation of a Plan and the analysis of implied relative recoveries
to Holders of Allowed Claims thereunder.

Lazard has not been asked to and does not express any view as to what the trading value of the
Reorganized Debtors' securities would be when issued pursuant to a Plan or the prices at which they may
trade in the future.  The estimated Enterprise Value range of the Reorganized Debtors set forth herein does
not constitute an opinion as to fairness from a financial point of view to any person of the consideration to
be received by such person under a Plan or of the terms and provisions of a Plan.

Lazard's estimate of Enterprise Value reflects the application of standard valuation techniques and
does not purport to reflect or constitute appraisals, liquidation values or estimates of the actual market
value that may be realized through the sale of any securities to be issued pursuant to a Plan, which may
be significantly different than the amounts set forth herein.  The value of an operating business is subject
to numerous uncertainties and contingencies which are difficult to predict and will fluctuate with
changes in factors affecting the financial condition and prospects of such a business.  As a result, the
estimated Enterprise Value range of the Reorganized Debtors set forth herein is not necessarily
indicative of actual outcomes, which may be significantly more or less favorable than those set forth

herein. None of the Debtors, Reorganized Debtors, Lazard, nor any other person assumes responsibility for any differences between the estimated Enterprise Value range and such actual outcomes. Actual market prices of such securities at issuance will depend upon, among other things, the operating performance of the Reorganized Debtors, prevailing interest rates, conditions in the financial markets, the anticipated holding period of securities received by Holders of Claims (some of whom may prefer to liquidate their investment rather than hold it on a long-term basis), developments in the Reorganized Debtors' industry and economic conditions generally, and other factors which generally influence the prices of securities.

     2.      Valuation Methodology.

The following is a brief summary of certain financial analyses performed by Lazard to arrive at its range of estimated Distributable Value for the Reorganized Debtors. In performing the financial analyses described below and certain other relevant procedures, Lazard reviewed all significant assumptions with the Debtors' management. Lazard's valuation analysis must be considered as a whole. Reliance on only one of the methodologies used or portions of the analysis performed could create a misleading or incomplete conclusion as to Enterprise Value.

Under the sum-of-the-parts approach and the valuation methodologies summarized below, Lazard derived a range of estimated Distributable Value based on valuation estimates for each of the Reorganized Debtors' publishing operations (principally newspaper businesses plus Tribune Media Services), broadcasting operations (television, cable and radio businesses), corporate operations and Other Assets (principally minority equity investments in TV Food Network, CareerBuilder and Classified Ventures). Lazard has assumed that the Reorganized Debtors will be subject to federal and state corporate income taxation.

     a.      Comparable Company Analysis.

The comparable company valuation analysis estimates the value of a company based on a relative comparison with other publicly traded companies with similar operating and financial characteristics. Under this methodology, the enterprise value for each selected public company was determined by examining the trading prices for the equity securities of such company in the public markets and adding the aggregate amount of outstanding net debt for such company (Lazard considered debt at book value and at current market values but relied primarily on book value given current trading levels), and subsequently adding minority interests, and subtracting unconsolidated investments. Those enterprise values are commonly expressed as multiples of various measures of operating statistics, most commonly sales and earnings before interest, taxes, depreciation and amortization ("EBITDA"). In addition, each of the selected public company's operating performance, operating margins, profitability, leverage and business trends were examined. Based on these analyses, financial multiples and ratios were calculated to apply to the Reorganized Debtors' actual and projected operating performance. Lazard focused primarily on EBITDA multiples of the selected comparable companies to value the Reorganized Debtors but also gave consideration to multiples derived by measuring enterprise value against revenue.

A key factor to this approach is the selection of companies with relatively similar business and operational characteristics to the Reorganized Debtors. Common criteria for selecting comparable companies for the analysis include, among other relevant characteristics, similar lines of business, business risks, growth prospects, maturity of business, location, market presence and size and scale of operations. Lazard selected comparable companies in both the publishing and broadcasting sectors. The selection of appropriate comparable companies is often difficult, a matter of judgment, and subject to limitations due to sample size and the availability of meaningful market-based information.

Lazard selected the following publicly traded publishing companies (the "Publishing Peer Group") on the basis of general comparability to the Reorganized Debtors in one or more of the factors described above: The New York Times Company, The McClatchy Company, Lee Enterprises Inc., A.H. Belo Corporation, Washington Post Co., Gannett Co., Inc., Media General, Inc., Journal Communications Inc., and The E.W. Scripps Company.

Lazard selected the following publicly traded broadcasting companies (the "Broadcasting Peer Group," and together with the Publishing Peer Group, the "Peer Group") on the basis of general comparability to the Reorganized Debtors in one or more of the factors described above: Nexstar Broadcasting Group Inc., Sinclair Broadcast Group Inc., Gray Television Inc., Belo Corp., LIN TV Corp., Media General, Inc., The E.W. Scripps Company, Entravision Communications Corp., Discovery Communications, Inc., Scripps Networks Interactive, Inc., and Viacom, Inc.

Lazard calculated market multiples for the Peer Group by dividing the enterprise value of each comparable company by the mean projected 2010 EBITDA and 2011 EBITDA as estimated by equity research analysts. For purposes of valuing the majority of the Debtors' television stations, Lazard calculated a blended 2010 / 2011 EBITDA multiple based on relevant television comparables. In determining the applicable EBITDA multiple ranges, Lazard considered a variety of factors, including both qualitative attributes and quantitative measures such as historical and projected revenue, EBITDA and capital expenditure amounts, historical enterprise value/EBITDA trading multiples, EBITDA margins, financial distress impacting trading values, size, growth and similarity in business lines. Based on this analysis, Lazard's implied EBITDA multiple ranges are set forth in the table below.

|  | Enterprise Value / 2010E EBITDA | |
| --- | --- | --- |
| Segment | Low | High |
| Publishing[4] | 4.2x | 4.7x |
| Broadcasting[5] | 7.2x | 8.2x |

    b.      Discounted Cash Flow Analysis.

The discounted cash flow ("DCF") analysis is a forward-looking enterprise valuation methodology that estimates the value of an asset or business by calculating the present value of expected future cash flows to be generated by that asset or business. Under this methodology, projected future cash flows are discounted by the business' weighted average cost of capital (the "Discount Rate"). The Discount Rate reflects the estimated blended rate of return that would be required by debt and equity investors to invest in the business based on its capital structure. The enterprise value of the Reorganized Debtors' business is determined by calculating the present value of the Reorganized Debtors' unlevered after-tax free cash flows included in the Projections plus an estimate for the value of the business beyond the Projection Period known as the terminal value. The terminal value is derived by applying a multiple to the Reorganized Debtors' projected EBITDA in the final year of the Projection Period or capitalizing projected unlevered after-tax free cash flow in the same period using the Discount Rate and an assumed perpetual growth rate, discounted back to the assumed Effective Date using the Discount Rate.

---

[4] Does not include Tribune Media Services or Forsalebyowner.com.
[5] Implied blended 2010E EBITDA multiple for the station group, cable, and group allocations within the broadcasting segment. The majority of the television stations were, however, valued using a blended 2010E/2011E EBITDA multiple.

To estimate the Discount Rate for the Publishing and Broadcasting segments, Lazard used the cost of equity and the after-tax cost of debt for the Reorganized Debtors, based on a range of targeted debt-to-total capitalization ratios.  Lazard calculated the cost of equity utilizing estimates derived from the Peer Group and the "Capital Asset Pricing Model," which assumes that the required equity return is a function of the risk-free cost of capital and the correlation of a publicly traded stock's performance to the return on the broader market.  To estimate the cost of debt, Lazard evaluated current capital market conditions and the spreads of companies with similar capital structures and operations and relied upon estimates for the Reorganized Debtors' debt financing cost as obtained by the Debtors from institutional lenders.  In determining an EBITDA exit multiple, Lazard utilized a range reflecting current EBITDA multiples.  Although formulaic methods are used to derive the key estimates for the DCF methodology, their application and interpretation still involve complex considerations and judgments concerning potential variances in the projected financial and operating characteristics of the Reorganized Debtors, which in turn affect its cost of capital and terminal multiples.  Lazard calculated its DCF valuation using the following assumptions:

| Publishing Segment | | Broadcasting Segment | |
| --- | --- | --- | --- |
| Discount Rate | Perpetual Growth Rate | Discount Rate | Terminal Multiple |
| 11.0% - 13.0% | (3.0)% - 3.0% | 9.0% - 11.0% | 7.0x – 8.0x |

In applying the above methodology, Lazard utilized management's Projections for the period beginning January 1, 2011, and ending December 31, 2015, to derive unlevered after-tax free cash flows.  Free cash flow includes sources and uses of cash not reflected in the income statement, such as changes in working capital and capital expenditures.  For purposes of the DCF, the Reorganized Debtors are assumed to be full taxpayers (the effective tax rate is assumed to be 41%).  These cash flows, along with the terminal value, are discounted back to the Assumed Effective Date using the range of Discount Rates described above to arrive at a range of Enterprise Value.

        c.      Precedent Transactions Analysis.

The precedent transactions valuation analysis is based on the enterprise values of companies involved in public merger and acquisition transactions that have operating and financial characteristics similar to the Reorganized Debtors.  Under this methodology, the enterprise value of such companies is determined by an analysis of the consideration paid and the debt assumed in the merger or acquisition transaction.  As in a comparable company valuation analysis, those enterprise values are commonly expressed as multiples of various measures of operating statistics, such as revenue, EBITDA, and earnings before interest and taxes ("EBIT").  Lazard reviewed industry-wide valuation multiples, considering prices paid as a multiple of the last 12 months ("LTM") EBITDA, for companies in similar lines of business to the Broadcasting segment of the Reorganized Debtors.  The derived multiples were then applied to the Reorganized Debtors' operating statistics to determine the Enterprise Value or value to a potential strategic buyer. Similar to the comparable company analysis, Lazard focused mainly on EBITDA multiples in comparing the valuations of the Reorganized Debtors and the selected broadcasting companies involved in relevant precedent transactions.

Unlike the comparable company analysis, the enterprise valuation derived using this methodology reflects a "control" premium (i.e., a premium paid to purchase a majority or controlling position in the assets of a company).  Thus, this methodology generally produces higher valuations than the comparable public company analysis.  In addition, other factors not directly related to a company's business operations can affect a valuation based on precedent transactions, including: (i) the market environment is not identical for transactions occurring at different periods of time, and (ii) circumstances

5

pertaining to the financial position of the company may have an impact on the resulting purchase price (e.g., a company in financial distress may receive a lower price due to perceived weakness in its bargaining leverage).

As with the comparable company analysis, because no precedent merger or acquisition used in any analysis will be identical to the target transaction, valuation conclusions cannot be based solely on quantitative results. The reasons for and circumstances surrounding each acquisition transaction are specific to such transaction, and there are inherent differences between the businesses, operations, and prospects of each target. Therefore, qualitative judgments must be made concerning the differences between the characteristics of these transactions and other factors and issues that could affect the price an acquirer is willing to pay in an acquisition. The number of completed transactions for which public data is available also limits this analysis. Furthermore, the data available for all the precedent transactions may have discrepancies due to varying sources of information.

Lazard evaluated various merger and acquisition transactions that have occurred in the publishing and broadcasting industries over the last five years. Many of the publishing industry transactions in this sample were executed under drastically different fundamental, credit and other market conditions from those prevailing in the current marketplace, which factored into the determination of the relevance of this methodology and appropriate multiple range. As a result, Lazard did not give weight to the precedent transactions valuation methodology with respect to the Publishing Segment. With respect to the Broadcasting Segment, Lazard reviewed the implied premiums paid in comparable transactions relative to the then trading multiples and applied such premiums to the current trading multiples. The resulting enterprise value range implies a blended 2010E EBITDA multiple range of 9.1x to 10.1x. However the comparability and availability of this data is limited which was taken into consideration in Lazard's derivation of its overall selected valuation range for the Broadcasting Segment.

      d.     Other Assets and Corporate Operations Valuation.

Lazard estimated the value of Other Assets to be approximately $1.7 to $2.0 billion (with an approximate mid-point value of $1.9 billion). The material investments included in this category are minority interests in TV Food Network, CareerBuilder, LLC and Classified Ventures, LLC. Lazard utilized standard valuation methodologies to value the minority equity investments. In addition to these assets, Lazard included an estimated cash balance of $1.7 billion at the Assumed Effective Date to derive the estimated range for Distributable Value. This cash balance includes the proceeds from the completed transaction involving the Chicago Cubs and certain related assets and includes the cash held by wholly-owned non-debtors.

Corporate activities (which represent a cost center) were valued by capitalizing an assumed run rate expense base by an assumed 10.7% blended Discount Rate. Additional calculations were performed to incorporate the present value of other cash outflows that are not reflected in corporate EBITDA. The estimated value of corporate activities was added to the cumulative segment enterprise value range to arrive at the estimated range for Enterprise Value.

THE SUMMARY SET FORTH ABOVE DOES NOT PURPORT TO BE A COMPLETE DESCRIPTION OF THE ANALYSES PERFORMED BY LAZARD. THE PREPARATION OF A VALUATION ESTIMATE INVOLVES VARIOUS DETERMINATIONS AS TO THE MOST APPROPRIATE AND RELEVANT METHODS OF FINANCIAL ANALYSIS AND THE APPLICATION OF THESE METHODS IN PARTICULAR CIRCUMSTANCES AND, THEREFORE, SUCH AN ESTIMATE IS NOT READILY SUITABLE TO SUMMARY DESCRIPTION. IN PERFORMING THESE ANALYSES, LAZARD AND THE DEBTORS MADE NUMEROUS ASSUMPTIONS

WITH RESPECT TO INDUSTRY PERFORMANCE, BUSINESS AND ECONOMIC CONDITIONS AND OTHER MATTERS.  THE ANALYSES PERFORMED BY LAZARD ARE NOT NECESSARILY INDICATIVE OF ACTUAL VALUES OR FUTURE RESULTS, WHICH MAY BE SIGNIFICANTLY MORE OR LESS FAVORABLE THAN SUGGESTED BY SUCH ANALYSES.