## **CERTIFICATE OF SERVICE**

I, Amanda M. Winfree, hereby certify that, on December 10, 2010, I caused one copy of the

foregoing to be served upon the parties on the attached service list via first class U.S. Mail, or in the

manner so indicated.

Amanda M. Winfree (#4615)

**VIA FIRST CLASS U.S. MAIL**
SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

**VIA HAND DELIVERY**
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE,ESQ., DAVID M. LEMAY, ESQ.,
DOGULAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA HAND DELIVERY**
OFFICE OF THE UNITED STATES TRUSTEE
DAVID KLAUDER., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036

**VIA HAND DELIVERY**
ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
SONNENSCHEIN NATH & ROSENTHAL LLP
THOMAS A. LABUDA, JR.
233 SOUTH WACKER DRIVE, SUITE 7800
CHICAGO, ILLINOIS 60606

{0465884;v1}