## **CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that, on this 13th day of December, 2010, and in addition to the service provided by the Court's CM/ECF system, I cause true and correct copies of the foregoing Objection to be served by e-mail addressed to the following persons:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

_____
Joseph Grey (ID 2358)