IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 7150** |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 7150

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that on December 13, 2010, the Debtors and Debtors in Possession of the above-captioned cases filed the Certificate of No Objection Regarding Docket No. 6753 [Docket No. 7150].

PLEASE TAKE FURTHER NOTICE that Docket Number 7150 is hereby withdrawn.

Dated: December 13, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7235254v1