## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2010, I caused a copy of the foregoing to be served upon the following persons in the manner indicated:

**Via Hand Delivery and Electronic Mail**

Mark D. Collins, Esq.
Robert J. Stearn, Jr.
Drew G. Sloan
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail:  collins@rlf.com

**Via Priority Mail and Electronic Mail**

Dennis E. Glazer
Benjamin Kaminetzky
Elliot Moskowitz
Davis Polk
450 Lexington Avenue
New York, NY  10017
E-mail:  donald.bernstein@davispolk.com
sharon.katz@davispolk.com
karen.wagner@davispolk.com
dennis.glazer@davispolk.com
damian.schaible@davispolk.com
michael.russano@davispolk.com

    /s/ Brian A. Sullivan
    Brian A. Sullivan (No. 2098)