## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2010 I caused a copy of the foregoing to be served to the following parties in the manner indicated:

### **VIA HAND DELIVERY & ELECTRONIC MAIL**

David B. Stratton, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
strattond@pepperlaw.com

### **VIA PRIORITY MAIL & ELECTRONIC MAIL**

Daniel L. Cantor, Esq.
Daniel S. Shamah, Esq.
O'MELVENY & MYERS LLP
Time Square Tower
7 Times Square
New York, NY 10036
dcantor@omm.com
dshamah@omm.com

Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, CA 90071
ejones@omm.com

                                                  /s/ Brian A. Sullivan
                                                  Brian A. Sullivan  (2098)