**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2010 I caused a copy of the foregoing to be served to the following parties in the manner indicated:

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
lsilverstein@potteranderson.com
rmcneill@potteranderson.com

**VIA PRIORITY MAIL & ELECTRONIC MAIL**

Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
mprimoff@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com

    /s/ Brian A. Sullivan
    Brian A. Sullivan (2098)