IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. No 7151** |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 7151

PLEASE TAKE NOTICE that D.I. No. 7151, "Limited Objection of Constellation NewEnergy, Inc. to the Debtors' Motion for an Order Staying the Prosecution of Avoidance Actions" is hereby withdrawn without prejudice.

Dated: December 14, 2010
    Wilmington, DE

CROSS & SIMON, LLC

By: /s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
mjoyce@crosslaw.com

*Counsel for Constellation NewEnergy, Inc.*