## EXHIBIT C

**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related Docket No. ____** |

## ORDER

The Court having considered the *Motion of Akin Gump Strauss Hauer & Feld LLP for Leave to File Sur-Reply to the Motion of Oaktree Capital Managment, L.P., and Angelo, Gordon & Co., L.P. for an Order Disqualifying Akin Gump Strauss Hauer & Feld LLP from Representing Aurelius Capital Management, LP* (the "Motion for Leave");[1] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED; and

2. Akin Gump is GRANTED permission to file its Sur-reply in the form attached to its Motion for Leave as Exhibit A, and the Supplemental Golden Declaration in the form attached as Exhibit B.

Dated: December ____, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE KEVIN J. CAREY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion for Leave.