```
             IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE


                                  )
IN RE:                            ) Chapter 11
                                  )
TRIBUNE COMPANY, et al.,          ) Case No. 08-13141 (KJC)
                                  )
                                  ) Courtroom 5
                                  ) 824 Market Street
          Debtors.                ) Wilmington, Delaware

                                    October 22, 2010
                                    2:05 p.m.


                   TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For Debtors:                  Sidley Austin LLP
                              BY: JAMES CONLAN, ESQ.
                              BY: KEVIN LANTRY, ESQ.
                              BY: JAMES BENDERNAGEL, JR., ESQ.
                              One South Dearborn
                              Chicago, IL 60603
                              (213) 896-6022

                              Cole, Schotz, Meisel, Forman &
                              Leonard, PA
                              BY: NORMAN PERNICK, ESQ.
                              1000 North West Street
                              Suite 1200
                              Wilmington, DE 19801
                              (302) 652-3131

ECRO:                         AL LUGANO

Transcription Service:        DIAZ DATA SERVICES
                              331 Schuylkill Street
                              Harrisburg, Pennsylvania 17110
                              (717) 233-6664
                              www.diazdata.com


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

1              Are there any other objections that haven't been
2    articulated?  Oh --
3              MR. VAIL:  Yes, this is Andrew Vail.  May I address
4    the Court, Your Honor, by telephone?
5              THE COURT:  Go ahead.
6              MR. VAIL:  Good afternoon, Your Honor.  I represent
7    EGI-TRB, EGI and Mr. Zell, and I don't object to the UCC's
8    motion for standing.  However, to the extent that the UCC seeks
9    to immediately commence litigation and to take discovery, I do
10   object.  It was my understanding that there would be no
11   litigation during the mediation and here, with pending
12   mediation, there's no valid purpose served by the UCC running
13   to file its complaints.
14             The complaints allegations against my client are
15   unfounded and contrary to the conclusions and findings of the
16   examiner.  I'd ask that they do not go forward with filing the
17   complaints until the mediation has been concluded.  That is my
18   objection, Your Honor.
19             THE COURT:  All right.  Thank you.  Anyone else?
20             MR. GOLDEN:  Your Honor, until -- it was a very
21   difficult session, in the sense that we didn't have enough
22   drafts, they weren't blacklined, so until Mr. Bush tells --
23   answers the Court's question about what was agreed to, I won't
24   know in fact whether there are any other objections.
25             THE COURT:  All right.  Let's do that now then.

1   With respect to that issue, looking at the carryover paragraph
2   on page 3, I'm going to end that paragraph in what is now the
3   next to the last line, after the words "are preserved". I'm
4   not interested in creating a situation -- I used to use the
5   word mischief, but Mr. Stark doesn't like that -- in which
6   we're arguing about the quality of somebody's judgment.
7           With respect to the scope, I think I'd like to
8   address that two ways. One, I'm authorizing the committee to
9   pursue claims which fall within the parameters of the
10  examiner's reports and the complaints and draft complaints
11  submitted with the motion and the supplement, and no more. To
12  the extent -- you know, and then I guess it would be -- have
13  to be in fairly short order, somebody wishes more authority or
14  some other party wishes different authority, they will have to
15  come to the Court to ask for further relief.
16          Now in order to aid in speeding the process along,
17  let me ask the committee. I would like to set a hard deadline
18  for the filing of the complaint. Now you've indicated you can
19  have it in by the end of next week. I'd be willing to give
20  you a couple days more if you think you need it. But I'd like
21  that to be done, so people can make their assessments in time
22  to decide what, if anything, should be done next.
23          MR. BUSH: We're shooting for Friday. But if you'd
24  give us until Monday, we'd be happy.
25          THE COURT: Okay. You'll have until Monday, which

1  is November -- October 25th.

2           MR. GOLDEN:  No.

3           THE COURT:  I'm sorry.  October.

4           MR. GOLDEN:  Not that Monday.

5           THE COURT:  November 1st.  I'm glad it's Friday.

6  That's all I can say.  November 1st.

7           And I -- look, hopefully, life will allow that, to

8  the extent there are further disputes about what this order

9  means once it's entered, I'll be around to interpret it for

10 you, at least as it has to do with the commencement of

11 litigation.  So I'm not inclined to alter further this -- the

12 proposals about paragraphs concerning settlement or the

13 additional paragraph that's been added at the end.

14          With respect to holding up on the filing of the

15 complaint until mediation is completed, let me put it this

16 way.  I've known Judge Gross long enough that no matter what

17 the outcome of any session, unless there's a complete

18 resolution, he never thinks it's completed.  And you may have

19 begun to discover that already.  So I don't think that's a

20 useful trigger.  So to the extent that objection is

21 outstanding, I will overrule it.

22          Is there an issue that I've failed to address?  Oh.

23 Is there an issue I've failed to address?

24          MR. GOLDEN:  Your Honor, I think there's a concern

25 among the committee and the other pre-LBO holders that the