**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related Docket No. _7161_ |

## ORDER

The Court having considered the *Motion of Akin Gump Strauss Hauer & Feld LLP for Leave to File Sur-Reply to the Motion of Oaktree Capital Managment, L.P., and Angelo, Gordon & Co., L.P. for an Order Disqualifying Akin Gump Strauss Hauer & Feld LLP from Representing Aurelius Capital Management, LP* (the "<u>Motion for Leave</u>");[1] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.   The Motion for Leave is GRANTED; and

2.   Akin Gump is GRANTED permission to file its Sur-reply in the form attached to its Motion for Leave as <u>Exhibit A</u>, and the Supplemental Golden Declaration in the form attached as <u>Exhibit B</u>.

Dated: December 14, 2010

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion for Leave.