IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X
In re:                                           :     Chapter 11 Cases
                                                 :
                                                 :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :
                                                 :     (Jointly Administered)
                          Debtors.               :
----------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 8, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the parties listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Jones Day**

| | |
|---|---|
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| JONES DAY | JONES DAY |
| Attn: Phillip A. Progger | Attn: Brad B. Erens, Esq. |
| 51 Loisiana Avenue, N.W. | 77 West Wacker |
| Washington, D.C. 20001 | Chicago, Illinois 60601-1692 |
| E-mail: paproger@jonesday.com | E-mail: bberens@jonesday.com |

[Signature Page to Follow]

{00466863;v1}

Dated: December 14, 2010
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00466863;v1}