IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                              :      Chapter 11 Cases
                                                    :
                                                    :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :
                                                    :      (Jointly Administered)
                    Debtors.                        :
---------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 9, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the parties listed below in the manner so indicated:

- **First Request for Production of Documents of Aurelius Capital Management, LP to JPMorgan**
- **Subpoena to Produce and Permit Inspection and Copying of Documents to Davis Polk & Wardwell LLP**

### VIA ELECTRONIC MAIL
DAVIS POLK & WARDWELL
Elliot Moskowitz
450 Lexington Avenue
New York, NY 10017
elliot.moskowitz@davispolk.com

[Signature Page to Follow]

{00466868;v1}

| | |
|---|---|
| Dated: December 14, 2010<br>Wilmington, Delaware | ASHBY & GEDDES, P.A.<br><br>*/s/ Amanda M. Winfree*<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel Golden (admitted pro hac vice)<br>Philip Dublin (admitted pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Counsel to Aurelius Capital Management, LP* |

{00466868;v1}