IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
In re:                                        :    Chapter 11 Cases
                                              :
                                              :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                      :
                                              :    (Jointly Administered)
                        Debtors.              :
-------------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 9, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the parties listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Bank of America**
- **Subpoena to Produce and Permit Inspection and Copying of Documents to O'Melveny & Myers LLP**

<u>**VIA ELECTRONIC MAIL**</u>
O'MELVENY & MYERS LLP
Daniel L. Cantor
Times Square Tower
7 Times Square
New York, NY 10036
dcantor@omm.com

[Signature Page to Follow]

{00466885;v1}

Dated: December 14, 2010
Wilmington, Delaware

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00466885;v1}