IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                            :   Chapter 11 Cases
                                                  :
                                                  :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                          :
                                                  :   (Jointly Administered)
                    Debtors.                      :
---------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 10, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the parties listed below in the manner so indicated:

- **First Request for Production of Documents of Aurelius Capital Management, LP, to Official Committee of Unsecured Creditors**

| **VIA E-MAIL & OVERNIGHT DELIVERY** | **VIA E-MAIL & OVERNIGHT DELIVERY** |
|---|---|
| CHADBOURNE & PARKE LLP<br>Howard Seife<br>30 Rockefeller Plaza<br>New York, NY 10112<br>hseife@chadbourne.com | ZUCKERMAN SPAEDER LLP<br>Graeme Bush<br>1800 M. Street, NW<br>Suite 1000<br>Washington, DC 20036-5807<br>gbush@zuckerman.com |

[Signature Page to Follow]

{00466906;v1}

Dated:  December 14, 2010
        Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00466906;v1}