# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 14, 2010

**VIA HAND DELIVERY**

The Honorable Kevin J. Carey, Chief Judge
United States Bankruptcy Court for the District of Delaware
5th Floor, Courtroom # 5
824 Market Street
Wilmington, DE 19801

      Re:    *In re Tribune Co., Case No. 08-13141 (KJC)*

Dear Chief Judge Carey:

    I write in connection with the pending *Motion of Angelo, Gordon & Co., and Oaktree Capital Management, L.P. for an Order Disqualifying Akin Gump Strauss Hauer & Feld LLP from Representing Aurelius Capital Management, LP* [Docket No. 6433], which is currently scheduled for hearing tomorrow, December 15, 2010, at 10:00 a.m.

    I write to advise the Court that the parties have mutually agreed to stipulate to the admissibility of the declarations submitted in connection with this matter, without the need for direct and/or cross-examination of the declarants. The declarations include those of of Gavin Baiera [Docket No. 6435], Kenneth Liang [Docket No. 6434], and Thomas Fuller [Docket Nos. 7144] (previously submitted by movants Oaktree and Angelo Gordon), both the original and supplemental declarations of Daniel Golden [Docket Nos. 6728 and 7161] (submitted by Akin Gump), and the Declarations of Daniel Gropper [Docket No. 6732] and Ashley F. Waters [Docket No. 6730] (submitted by Akin Gump) .

    As a result, the parties do not intend to call any live witnesses at tomorrow's hearing, and instead propose to present argument by counsel.

Needless to say, I am available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully submitted,

William P. Bowden (#2553)

cc: Norman L. Pernick, Esq. (via electronic mail)
cc: J. Kate Stickles, Esq. (via electronic mail)
cc: James F. Conlan, Esq. (via electronic mail)
cc: David Klauder, Esq (via electronic mail)
cc: Robert S. Brady, Esq (via electronic mail)
cc: M. Blake Cleary, Esq. (via electronic mail)
cc: Bruce Bennett, Esq. (via electronic mail)
cc: David LeMay, Esq. (via electronic mail)
cc: Adam Landis, Esq. (via electronic mail)