## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on December 14, 2010, I caused one copy of the foregoing to be served upon the parties on the attached service list via first class U.S. Mail, or in the manner so indicated.

_____
Amanda M. Winfree (#4615)

{00313576;v1}

**VIA HAND DELIVERY**
LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
OFFICE OF THE UNITED STATES TRUSTEE
DAVID KLAUDER., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
ROBERT S. BRADY
M. BLAKE CLEARY
YOUNG CONAWAY STARGATT & TAYLOR LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

**VIA U.S. MAIL**
BRUCE BENNETT
JAMES O. JOHNSON
JOSHUA D. MORSE
HENNIGAN, BENNET & DORMAN LLP
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

**VIA U.S. MAIL**
JAMES F. CONLAN
BRYAN KRAKAUER
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

{00463875;v1}