## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on December 14, 2010, I caused one copy of the foregoing to be served upon the parties on the attached service list via first class U.S. Mail, or in the manner so indicated.

_____
Amanda M. Winfree (#4615)

{00313576;v1}

| | |
|---|---|
| **VIA HAND DELIVERY**<br>LANDIS RATH & COBB LLP<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID KLAUDER., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>ROBERT S. BRADY<br>M. BLAKE CLEARY<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 |
| **VIA U.S. MAIL**<br>BRUCE BENNETT<br>JAMES O. JOHNSON<br>JOSHUA D. MORSE<br>HENNIGAN, BENNET & DORMAN LLP<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>LOS ANGELES, CA 90017 | **VIA U.S. MAIL**<br>JAMES F. CONLAN<br>BRYAN KRAKAUER<br>SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 |

{00463875;v1}