## IN THE UNITED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | |
| | **Case No. 08-13141 (KJC)** |
| | |
| **TRIBUNE COMPANY, et al.,** | **(Jointly Administered)** |
| | |
| **Debtors.** | |

### NOTICE OF SERVICE

John H. Strock hereby certifies that on December 10, 2010, true and correct copies of

**The Bridge Agent's Third Request for Production of Documents Directed to Tribune**

**Company and Its Subsidiaries** were served upon the parties listed below *via* first-class mail and

electronic mail delivery:

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Janet T. Henderson, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
Kerriann Mills, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jconlan@sidley.com
bkrakauer@sidley.com
jhenderson@sidley.com
klantry@sidley.com
jboelter@sidley.com
kmills@sidley.com

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com

Dated: December 14, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement

2