IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on December 10, 2010, true and correct copies of **The Bridge Agent's First Request for Production of Documents Directed to the Official Committee of Unsecured Creditors** were served upon the parties listed below *via* first-class mail and electronic mail delivery:

| | | |
|---|---|---|
| Graeme W. Bush, Esq.<br>James Sottile, Esq.<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>gbush@zuckerman.com<br>jsottile@zuckerman.com | Adam G. Landis, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com | Howard Seife, Esq.<br>David M. LeMay, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>hseife@chadbourne.com<br>dlemay@chadbourne.com |

Dated: December 14, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

/s/ John H. Strock

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700


Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement