IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on December 10, 2010, true and correct copies of **The Bridge Agent's Second Request for Production of Documents Directed to Angelo, Gordon & Co., L.P.** were served upon the party listed below *via* first-class mail and electronic mail delivery:

> Andrew Goldman, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 390 Park Avenue
> New York, NY 10022
> andrew.goldman@wilmerhale.com

Dated: December 14, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

/s/ Jeffrey M. Schlerf

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700


Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement