IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on December 10, 2010, true and correct copies of **The Bridge Agent's First Request for Production of Documents Directed to Oaktree Capital Management, L.P.** were served upon the parties listed below *via* first-class mail and electronic mail delivery:

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor, LLP
The Bradywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
rbrady@ycst.com
mbcleary@ycst.com

Dated: December 14, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200


Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700


Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement