IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on December 10, 2010, true and correct copies of (1) **The Bridge Agent's Second Request for Production of Documents Directed to Citicorp North America, Inc.** and (2) **The Bridge Agent's Second Request for Production of Documents Directed to Citigroup Global Markets Inc.** were served upon the parties listed below *via* first-class mail delivery:

Stephen J. Shimshak, Esq.
Andrew Gordon, Esq.
David W. Brown, Esq.
Lauren Shumejda, Esq.
Stuart Mcphail, Esq.
Paul, Weiss, Rifkind, Wharton
& Garrisson LLP
1285 Avenue Of The Americas
New York, NY 10019-6064

Joseph L. Christensen, Esq.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032

Dated: December 14, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

/s/ Jeffrey M. Schlerf
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200


Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700


Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement