IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br>**Hearing Date: 12/15/2010 at 10:00 a.m.**<br><br>**Re: D.I. 6255** |

**JOINT STATEMENT OF BANK OF AMERICA AND MERRILL LYNCH REGARDING MOTION OF THE DEBTORS FOR AN ORDER SETTING CONFIRMATION SCHEDULE AND ESTABLISHING PARAMETERS OF <u>CONFIRMATION-RELATED DISCOVERY</u>**

Bank of America, N.A., ("<u>Bank of America</u>") by its attorneys O'Melveny & Myers LLP and Pepper Hamilton LLP, and Merrill Lynch Capital Corporation ("<u>MLCC</u>") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("<u>MLPF&S</u>", and together with MLCC, "<u>Merrill Lynch</u>"), by their attorneys Kaye Scholer LLP and Potter Anderson and Corroon LLP, submit this statement ("<u>Statement</u>") regarding the Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (II) Approving Forms of Ballots, Master Ballots and Related Instructions; (III) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (IV) Fixing Voting Record Date; (V) Establishing Notice and Objection Procedures in Respect of Confirmation; (VI) Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery; (VII) Establishing New Deadline for Return of Media Ownership Certifications; (VIII) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (IX) Granting Related Relief [D.I. 6255] (the "<u>Motion</u>"), and respectfully state as follows:

**STATEMENT**

1. Bank of America and Merrill Lynch are not proponents of any of the four plans of reorganization filed with the Court. Bank of America and Merrill Lynch are also not Mediation Parties, as that term is defined in the Court's Mediation Order [D.I. 5591]. Although Bank of America and Merrill Lynch support the plan of reorganization proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., and are signatories to the Step Two / Disgorgement Settlement Undertaking in connection with that plan of reorganization [D.I. 7136], Bank of America and Merrill Lynch have not been provided copies of discovery requests and other notices recently served by various plan proponents and mediation parties in these cases.

2. The draft of the case management order currently on file is unclear as to whether and to what extent parties in interest that are not part of a plan proponent group, such as Bank of America and Merrill Lynch, will be permitted to participate in confirmation related discovery. Hence, Bank of America and Merrill Lynch seek clarification from the Court. As parties in interest, Bank of America and Merrill Lynch hereby request notice and copies of all discovery requests, including but not limited to document requests, interrogatories and requests for admissions. Bank of America and Merrill Lynch also request notice and copies of any responses made to such requests.

3. Bank of America and Merrill Lynch also request notice of all deposition requests and depositions that are scheduled by any proponent of any of the filed plans of reorganization or any other party in interest in these cases. Moreover, Bank of America

and Merrill Lynch request the right to attend and participate in any and all depositions that are held relating to the confirmation hearing in these cases.

4. Copies of all material requested herein should be given and served on the following persons at the address, telephone numbers, and e-mail addresses as indicated below:

| | |
|---|---|
| O'MELVENY & MYERS LLP<br>Bradley J. Butwin<br>(bbutwin@omm.com)<br>Daniel L. Cantor<br>(dcantor@omm.com)<br>Daniel S. Shamah<br>(dshamah@omm.com)<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br><br>-and-<br><br>Evan M. Jones<br>(ejones@omm.com)<br>400 South Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br><br>*Attorneys for Bank of America, N.A.* | PEPPER HAMILTON LLP<br>David B. Stratton<br>(strattond@pepperlaw.com)<br>John H. Schanne II<br>(schannej@pepperlaw.com)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>*Attorneys for Bank of America, N.A.* |
| KAYE SCHOLER LLP<br>Attn: Madlyn Gleich Primoff<br>(mprimoff@kayescholer.com)<br>Jane W. Parver<br>(jparver@kayescholer.com)<br>Jonathan M. Agudelo<br>(jonathan.agudelo@kayescholer.com)<br>425 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 836-8000<br>*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | POTTER ANDERSON & CORROON LLP<br>Laurie Selber Silverstein<br>(lsilverstein@potteranderson.com)<br>R. Stephen McNeill<br>(rmcneill@potteranderson.com)<br>P.O. Box 951<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19899<br>Telephone: (302) 984-6000<br>*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated* |

**WHEREFORE,** Bank of America and Merrill Lynch respectfully requests that this Court grant it such relief as is just and proper.

Dated:   December 14, 2010
         Wilmington, Delaware

*(signature)*
David B. Stratton (DE No. 960)
John H. Schanne II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

-and-

Evan M. Jones
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Bank of America, N.A.*

POTTER ANDERSON & CORROON LLP

*/s/ R. Stephen McNeill*

Laurie Selber Silverstein (DE Bar No. 2396)
R. Stephen McNeill (DE Bar No. 5210)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

-and-

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Jane W. Parver
Joseph M. Drayton
425 Park Avenue
New York, New York 10022

*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

PAC #993444 / 33740