# **Attachment A**

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## MARCH 1, 2010 THROUGH MAY 31, 2010

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 16.10 | $12,640.00 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 222.50 | $183,562.50 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 456.90 | $354,097.50 |
| Jeffrey E. Bjork | Partner/ Bankruptcy/ 12 years. Admitted 1998. | $725 | 0.20 | $145.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 24 years. Admitted 1986. | $735 | 2.10 | $1,543.50 |
| John R. Box | Partner/ Corporate/ 29 years. Admitted 1981. | $685 | 2.20 | $1,507.00 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2010.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen C. Carlson | Partner/ Litigation 33 years. Admitted 1977. | $735 | 8.00 | $5,880.00 |
| Paul S. Caruso | Partner/ Bankruptcy/ 14 years. Admitted 1996. | $725 | 187.80 | $136,155.00 |
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 505.30 | $476,045.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | 4.20 | $3,045.00 |
| Michael P. Doss | Partner/ Litigation/ 21 years. Admitted 1989. | $685 | 1.10 | $753.50 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 366.00 | $250,710.00 |
| Steven A. Ellis | Partner/ Litigation/ 16 years. Admitted 1994. | $700 | 0.20 | $140.00 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 71.70 | $44,812.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ronald S. Flagg | Partner/ Litigation/ 29 years. Admitted 1981. | $650 | 6.00 | $3,900.00 |
| Cliff Fonstein | Partner/ Litigation/ 16 years. Admitted 1994. | $775 | 5.90 | $4,572.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 10.50 | $8,400.00 |
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 8.70 | $6,307.50 |
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 478.80 | $402,517.50 |
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 95.10 | $68,947.50 |
| Robert W. Hirth | Partner/ Litigation/ 31 years. Admitted 1979. | $875 | 1.60 | $1,400.00 |
| Michael Hyatte | Partner/ Regulatory/ 31 years. Admitted 1979. | $875 | 2.90 | $2,537.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 6.30 | $4,315.50 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 471.20 | $325,710.00 |
| Mark L. Kaufman | Partner/ Corporate/ 20 years. Admitted 1989. | $660 | 0.80 | $528.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 540.90 | $475,681.25 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 19 years. Admitted 1991. | $850 | 442.50 | $364,650.00 |
| Scott R. Lassar | Partner/ Litigation/ 35 years. Admitted 1975. | $850 | 0.30 | $255.00 |
| Robert J. Lewis | Partner/ Banking/ 15 years. Admitted 1995. | $650 | 17.50 | $11,375.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 195.20 | $123,630.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lorrie M. Marcil | Partner/ Litigation/ 25 years. Admitted 1985. | $600 | 4.00 | $2,400.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 6.30 | $5,985.00 |
| Dennis V. Osimitz | Partner/ Corporate/ 33 years. Admitted 1976. | $775 | 0.40 | $310.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 62.20 | $45,717.00 |
| Scott E. Saef | Partner/ Real Estate/ 18 years. Admitted 1992. | $630 | 0.60 | $378.00 |
| John T. Schaff | Partner/ Tax/ 10 years. Admitted 2000. | $600 | 1.50 | $900.00 |
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 98.90 | $69,230.00 |
| Gary B. Stern | Partner/ Banking/ 28 years. Admitted 1982. | $825 | 3.60 | $2,970.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan M. Unger | Partner/ Litigation/ 31 years. Admitted 1979. | $850 | 4.70 | $3,995.00 |
| Thomas P. Van Wazer | Partner/ Communications/ 20 years. Admitted 1990. | $600 | 10.30 | $6,180.00 |
| Melanie E. Walker | Partner/ Litigation/ 10 years. Admitted 2000. | $575 | 25.10 | $14,432.50 |
| James P. Young | Partner/ Litigation/ 17 years. Admitted 1993. | $605 | 68.00 | $41,140.00 |
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | 1.20 | $1,020.00 |
| | | | | |
| Sally S. Neely | Senior Counsel/ Bankruptcy/ 33 years. Admitted 1977. | $825 | 0.30 | $247.50 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 38 years. Admitted 1972. | $825 | 17.20 | $14,190.00 |
| | | | | |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dean Kloner | Counsel/ Securitization/ 31 years. Admitted 1988. | $900 | 0.80 | $720.00 |
| William R.M. Long | Counsel/ Financial Services Regulatory/ 17 years. Admitted 1993. | $808.30 - $783.60 £500 | 15.00 | $12,062.75 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 482.30 | $325,552.50 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 9.40 | $3,995.00 |
| Nicholas J. Alexiou | Associate/ Litigation/ 1 year. Admission pending. | $250 | 334.30 | $83,575.00 |
| Sheila Amburst (formerly Sheila Gogate) | Associate/ Litigation/ 1 year. Admitted 2009. | $380 | 5.10 | $1,938.00 |
| Megan Nogasky Beer | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 6.10 | $2,165.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 353.40 | $185,535.00 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 608.30 | $388,082.50 |
| Heather Bruce Boran | Associate/ Employment and Labor Law/ 4 years. Admitted 2006. | $430 | 0.30 | $129.00 |
| Les Carter | Associate/ Tax/ 1 year. Admitted 2009. | $315 | 7.10 | $2,236.50 |
| Brenna M. Clark | Associate/ Employment/ 2 years. Admitted 2008. | $355 | 5.60 | $1,988.00 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 5.90 | $2,507.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 352.30 | $147,963.75 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 100.60 | $31,689.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonathan Dorfman | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 20.50 | $6,457.50 |
| Matthew R. Dornauer | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 10.20 | $3,621.00 |
| Katie M. Durick | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 55.30 | $17,972.50 |
| Jason J. Englund | Associate/ Litigation/ 1 year. Admitted 2009. | $355 | 2.10 | $745.50 |
| Kyle J. Fiet | Associate/ Litigation/ 3 years. Admitted 2007. | $405 | 8.30 | $3,361.50 |
| James A. Fortosis | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 36.70 | $13,028.50 |
| Rachel D. Gray | Associate/ Environmental Law/ 5 years. Admitted 2005. | $475 | 1.60 | $760.00 |
| Bojan Guzina | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 3.50 | $2,275.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher R. Hale | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 20.30 | $7,206.50 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $475 | 25.70 | $12,207.50 |
| Michael P. Heinz | Associate/ Corporate/ 6 years. Admitted 2004. | $495 | 1.80 | $891.00 |
| Lior Z. Heller (formerly Lior Ziv) | Associate/ Employment and Labor Law/ 5 years. Admitted 2005. | $510 | 0.60 | $306.00 |
| Eric G. Hoffman | Associate/ Litigation/ 6 years. Admitted 2004. | $650 | 36.90 | $23,985.00 |
| Sara A. Horvath | Associate/ Corporate/ 5 years. Admitted 2005. | $465 | 1.00 | $465.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 4.00 | $2,120.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 4.50 | $1,687.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Candice L. Kline | Associate/ Bankruptcy/ 2 year. Admitted 2008. | $425 | 451.80 | $189,890.00 |
| Scott P. Kramer | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 67.10 | $26,504.50 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 20.80 | $7,384.00 |
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 173.10 | $56,257.50 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 191.10 | $82,173.00 |
| Meredith Jenkins Laval | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 7.60 | $3,002.00 |
| Thomas Lindup | Associate/ Corporate/ 7 years. Admitted 2003. | $678.97 £420 | 0.80 | $543.18 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 384.90 | $182,827.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 34.60 | $12,975.00 |
| Adam McClay | Associate/ Litigation/ < 1 year. Admitted 2010. | $375 | 25.30 | $9,487.50 |
| Gabriel R. MacConaill | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 4.80 | $2,688.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 574.50 | $316,036.00 |
| Ryan C. Morris | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 45.50 | $21,612.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 29.70 | $11,137.50 |
| Sandra F. Palmer | Associate/ Litigation/ 7 years. Admitted 2003. | $525 | 158.30 | $83,107.50 |
| Joseph M. Paral | Associate/ Tax/ 2 years. Admitted 2008. | $395 | 31.90 | $12,600.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 121.10 | $62,366.50 |
| Michael A. Peluso | Associate/ Banking/ 1 year. Admitted 2009. | $315 | 1.50 | $472.50 |
| Scott R. Rauscher | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 0.30 | $139.50 |
| Christopher A. Ripple | Associate/ Litigation/ 1 year. Admitted 2008. | $355 | 11.30 | $4,011.50 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 6 years. Admitted 2004. | $495 | 24.50 | $12,127.50 |
| Allison E. Ross | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 109.20 | $46,410.00 |
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 176.40 | $57,330.00 |
| Naomi Schoenbaum | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 7.10 | $3,372.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 100.30 | $39,618.50 |
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 121.30 | $47,913.50 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 40.40 | $17,170.00 |
| John M. Skakun III | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 3.70 | $1,313.50 |
| Allison Leff Triggs | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 218.20 | $92,735.00 |
| Nilofer Umar | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 12.50 | $4,437.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 179.50 | $70,902.50 |
| Megan M. Walsh | Associate/ Litigation/ 4 years. Admitted 2006. | $395 | 3.30 | $1,303.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hsin Hsin Yang | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $425 | 92.10 | $39,142.50 |
| Matthew Holohan | Staff Attorney Litigation/ 9 years. Admitted 2001. | $245 | 38.40 | $9,408.00 |
| Heather Irwin | Staff Attorney Litigation/ 10 years. Admitted 2000. | $245 | 33.60 | $8,232.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ < 1 year. | $190 | 15.50 | $2,945.00 |
| Richard Bryan | Legal Assistant/ Litigation 2 years. | $190 | 126.30 | $23,997.00 |
| Beryl E. Dennis | Legal Assistant/ Litigation/ 25 years. | $290 | 80.80 | $23,432.00 |
| Kevin Garvey | Legal Assistant/ Litigation/ 3 years. | $215 | 6.80 | $1,462.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 0.30 | $69.00 |
| Shirley Higashi | Legal Assistant/ Litigation/ 5 years. | $195 | 33.70 | $6,571.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zeno Lantos | Legal Assistant/ Litigation/ 9 years. | $240 | 27.30 | $6,552.00 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 6.40 | $1,216.00 |
| Randall C. Luce | Legal Assistant/ Litigation/ 11 years. | $265 | 10.10 | $2,676.50 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 4.90 | $1,127.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 106.90 | $30,466.50 |
| Eileen A. McDonnell-O'Driscoll | Senior Legal Assistant/ Bankruptcy/ 24 years. | $290 | 0.60 | $174.00 |
| John Meehan | Legal Assistant/ Litigation/ 10 years. | $240 | 10.10 | $2,424.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 8 years. | $225 | 27.10 | $6,097.50 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 14 years. | $245 | 2.40 | $588.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 37.10 | $7,420.00 |
| David R. Porter | Legal Assistant/ Litigation/ 1 years. | $205 | 4.40 | $902.00 |
| Nebojsa Rebic | Senior Legal Assistant/ Litigation/ 14 years. | $225 | 2.50 | $562.50 |
| Rebecca Richardson | Legal Assistant/ Litigation/ 2 years. | $190 | 9.00 | $1,710.00 |
| Katherine Riley | Legal Assistant/ Litigation/ 10 years. | $275 | 11.50 | $3,162.50 |
| Arturo J. Rodriguez | Senior Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 3.60 | $684.00 |
| D'Esprit Smith | Legal Assistant/ Food and Drug Law/ < 1 year. | $190 | 6.30 | $1,197.00 |
| Maud Such | Legal Assistant/ Litigation/ 21 years. | $220 | 3.80 | $836.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 238.50 | $45,315.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 205.40 | $54,431.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 32.50 | $3,575.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 4.80 | $696.00 |
| Jennifer O. Butler | Librarian/ 3 years. | $100 | 1.30 | $130.00 |
| Ellen J. Kreis | Librarian/ 12 years. | $100 | 0.50 | $50.00 |
| Michael Bawden | Litigation Support Manager/ 12 years. | $315 | 5.00 | $1,575.00 |
| Khalib J. Bell | Litigation Support/ 1 year. | $185 | 4.50 | $832.50 |
| Marc A. Beltran | Litigation Support/ 2 years. | $265 | 2.70 | $715.50 |
| Monica M. Blouin | Litigation Support/ 14 years. | $265 | 1.80 | $477.00 |
| Steven P. Cosgrove | Litigation Support/ 3 years. | $235 | 1.00 | $235.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cheryl Gabriel | Litigation Support/ 12 years. | $130 | 0.30 | $39.00 |
| Madeline E. Glidden | Litigation Support/ 1 year. | $210 | 0.50 | $105.00 |
| Alex Godofsky | Litigation Support/ < 1 year. | $185 | 1.30 | $240.50 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 4.50 | $945.00 |
| Daniel H. Lang | Litigation Support/ 6 years. | $185 | 2.00 | $370.00 |
| Rene Laurens | Litigation Support/ 4 years. | $265 | 16.70 | $4,425.50 |
| Kimberly Littlejohn | Litigation Support/ 8 years. | $265 | 4.00 | $1,060.00 |
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 15.90 | $4,213.50 |
| John Pan | Litigation Support/ 2 years. | $210 | 0.80 | $168.00 |
| Daniel Rioja | Litigation Support/ 1 year. | $185 | 0.50 | $92.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| JoAnne San Mateo | Litigation Support/ 8 years. | $265 | 2.90 | $768.50 |
| Olivia Savell | Litigation Support/ 6 years. | $265 | 1.10 | $291.50 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 107.20 | $22,512.00 |
| Christopher Stavropoulos | Litigation Support/ 1 year. | $185 | 8.50 | $1,572.50 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 2.80 | $742.00 |
| Steve Young | Litigation Support/ 12 years. | $265 | 1.50 | $397.50 |
| Robert Singh | Docket/ 20 years. | $105 | 2.00 | $210.00 |
| **Grand Total** | | | **11,656.70** | **$6,581,178.43** |
| **Blended Rate** | | **$564.58** | | |

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
FROM MARCH 1, 2010 THROUGH MAY 31, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 447.60 | $188,974.00 |
| Fee Applications (30390) | 263.50 | $85,194.50 |
| Intellectual Property Issues (30400) | 15.80 | $12,605.93 |
| Executory Contracts and Leases (30410) | 121.10 | $59,916.00 |
| Vendor Issues (30420) | 1.90 | $1,064.00 |
| Use/Sale/Lease of Assets (30430) | 90.30 | $64,132.50 |
| DIP Financing/Cash Collateral (30440) | 28.50 | $13,810.00 |
| Insurance Matters (30450) | 4.30 | $3,520.00 |
| Committee-Related Matters (30460) | 14.90 | $12,400.00 |
| Litigated Matters (30470) | 4099.50 | $2,054,633.50 |
| Travel Time (30480) (with 50% discount) | 182.30 | $68,894.00 |
| Labor Issues (30490) | 62.50 | $44,277.00 |
| Plan and Disclosure Statement (30500) | 4482.80 | $3,010,552.50 |
| Professional Retention (30510) | 63.30 | $33,217.50 |
| Tax Issues (30520) | 267.90 | $145,510.00 |
| Claims Processing (30530) | 422.30 | $230,435.00 |
| Business Operations (30550) | 375.50 | $180,896.00 |
| Case Administration (30560) | 396.70 | $167,976.00 |
| Creditor Communications (30570) | 7.30 | $4,657.50 |
| Bankruptcy Schedules (30580) | 24.40 | $12,457.50 |
| Employee Issues (30590) | 281.60 | $184,300.00 |
| 2010 Exit Credit Facility (13700) | 2.70 | 1,755.00 |
| **TOTAL** | **11,656.70** | **$6,581,178.43** |

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM**
**MARCH 1, 2009 THROUGH MAY 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $28,802.67 |
| Document Production | | $725.00 |
| Duplicating Charges[2] | | $27,579.71 |
| Court Costs | | $364.00 |
| Court Reporter | | $7,072.59 |
| Document Delivery Services | | $2,153.11 |
| Document Services | | $1,059.74 |
| Filing Fees | | $4,690.00 |
| Ground Transportation | | $7,483.08 |
| Lexis Research Service[3] | Lexis | $12,285.24 |
| Meals Out-of-Town | | $2,301.15 |
| Meals | | $609.09 |
| Messenger Services | | $293.80 |
| Other | | $36.00 |
| Overtime | | $6,128.35 |
| Professional Services/Specialists | | $241,765.57 |
| Publications | | $26.50 |
| Search Services | | $4,090.27 |
| Telephone Tolls | | $4,424.34 |
| Travel/Lodging | | $20,154.44 |
| Westlaw Research Service[3] | Westlaw | $53,688.64 |
| | | |
| **Total** | | **$425,733.29** |

---

[1]  Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[2]  Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3]  Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.