IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Re: D.I. 7115, 7117, 7119 |

## NOTICE OF WITHDRAWAL OF (A) FIRST AMENDED PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY CERTAIN HOLDERS OF STEP ONE SENIOR LOAN CLAIMS, (B) SPECIFIC DISCLOSURE STATEMENT FOR FIRST AMENDED PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY CERTAIN HOLDERS OF STEP ONE SENIOR LOAN CLAIMS, AND (C) RESPONSIVE STATEMENT BY CERTAIN HOLDERS OF STEP ONE SENIOR LOAN CLAIMS

PLEASE TAKE NOTICE THAT those certain holders of Step One Senior Loan Claims (the "Step One Proponents") who were proponents of the First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims, by and through their undersigned counsel, hereby withdraw (a) their First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (D.I. 6185, 6607, 6682, 7087, 7119) (as previously amended, the "Plan"), (b) their Specific Disclosure Statement for First Amended Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (D.I. 6183, 6617, 6680, 7085, 7117) (as previously amended, the "Specific Disclosure Statement"), and (c) their Responsive Statement by Certain Holders of Step One Senior Loan Claims (D.I. 6292, 6596, 6678, 6735, 7115).

PLEASE TAKE FURTHER NOTICE THAT the Step One Proponents will not solicit acceptances of the Plan as described in the Specific Disclosure Statement and will not seek confirmation of the Plan as described in the Specific Disclosure Statement.

Dated: December 14, 2010　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

ARKIN KAPLAN RICE LLP
Howard Kaplan
Deana Davidian
590 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

BRACEWELL & GIULIANI LLP
Evan Flaschen
Daniel Connolly
Andrew Schoulder
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516
Telephone: 860-256-8537
Facsimile: 860-760-6310

*Counsel to the Step One Proponents*