**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) (Jointly Administered) |
| Debtors. | **Hearing Date 12/15/2010 at 10:00am** |

**JOINDER OF CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS, INC. TO JOINT STATEMENT OF BANK OF AMERICA AND MERRILL LYNCH REGARDING MOTION OF THE DEBTORS FOR AN ORDER SETTING CONFIRMATION SCHEDULE AND ESTABLISHING PARAMETERS OF CONFIRMATION-RELATED DISCOVERY**

Citicorp North America, Inc. and Citigroup Global Markets, Inc., (collectively, "Citigroup"), by and through their undersigned counsel, hereby submit this joinder ("Joinder") to the Joint Statement of Bank of America and Merrill Lynch Regarding Motion of the Debtors for an Order Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery (the "Joint Statement"), dated December 14, 2010, relating to the Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (II) Approving Forms of Ballots, Master Ballots and Related Instructions; (III) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (IV) Fixing Voter Record Date; (V) Establishing Notice and Objection Procedures in Respect of Confirmation; (VI) Setting Confirmation Schedule and Establishing Parameters of Confirmation-Related Discovery; (VII)

Establishing New Deadline for Return of Media Ownership Certifications; (VIII) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs and Same; and (IX) Granting Related Relief (the "Motion"), and respectfully states as follows:

1.  Citigroup is not a proponent of any of the four plans of reorganization filed with the Court. Citigroup also is not a Mediation Party, as that term is defined in the Court's Mediation Order [D.I. 5591]. Although Citigroup supports the plan of reorganization proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., and is a signatory to the Step Two / Disgorgement Settlement Undertaking in connection with that plan of reorganization [D.I. 7136], Citigroup has not been provided copies of discovery requests and other notices recently served by various plan proponents and mediation parties in these cases.

2.  Citigroup hereby joins with, and incorporates by reference herein, all of the assertions set forth in the Joint Statement. Citigroup reserves all rights to be heard before the Court with regard to the issues raised in the Joint Statement and this Joinder.

3.  Copies of all material requested in the Joint Statement should be given and served on the following persons at the address, telephone number and email address indicated below:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew Gordon
(agordon@paulweiss.com)
David W. Brown
(dbrown@paulweiss.com)
Steve J. Shimshak
(sshimshak@paulweiss.com)
Elizabeth McColm
(emccolm@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000

-and-

Andrew J.P. Levy
(alevy@paulweiss.com)
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300

WHEREFORE, Citigroup respectfully requests that this Court grant the relief requested in the Joint Statement with respect to Citigroup and grant such other and further relief as is just and proper.

Dated: December 14, 2010
      Wilmington, Delaware

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Joseph Christensen*

    Stephen P. Lamb (#2053)
    Joseph Christensen (#5146)
    Brandywine Building
    1000 N. West Street, Suite 1200
    Wilmington, Delaware 19801
    Telephone:  (302) 655-4410
    Facsimile:   (302) 655-4420

-and-

Andrew Gordon
David W. Brown
Stephen J. Shimshak
Elizabeth McColm
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Citicorp North America, Inc. and Citigroup Global Markets, Inc.*