IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

DEC 1 5 2010

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Court Rule 9010-1(b) and the attached certification, counsel moves the court for pro hac vice admission of Laura Lindgren of Hennigan Bennett & Dorman LLP, to represent the creditors and parties in interest identified on *Exhibit A* hereto in this action.

/s/ M. Blake Cleary
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION

Pursuant to Local Bankruptcy Court Rule 9010-1(b), I certify that I am eligible for admission to this Court. I further certify I am admitted, practicing, and a member in good standing of the Bar of California. Pursuant to Local Bankruptcy Court Rule 9010-1(b), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Laura Lindgren
Laura Lindgren
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 694-1200

YCST01:9478154.3

068968.1001

12/14/10

7183

## ORDER GRANTING MOTION

   IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Dated: December _15_, 2010

_____
Kevin J. Carey
United States Bankruptcy Judge