# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** December 15, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Hammond | White & Case | Bridge Lenders |
| Scott Greissman | " | " |
| Bos Stearn | ref | JPMorgan Chase |
| Michael Russano | Davis Polk | |
| Norman Pernick | Cole Schotz | Debtors |
| James Bendernagel | Sidley Austin | " |
| Ken Kansa | " | " |
| Laura Schair Silverstein | Riker Andersky Cormalip | MerrillLynch |
| David Carrickhoff | Blank Rome | EGI-TRB & Mr. Zell |
| David Bradford | Jenner Block | |
| Michelle Marino | Edwards Angell Palmer Dodge | Barclays |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Damian Schaible | DPW | JPM |
| William Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |

# SIGN-IN-SHEET

CASE NAME:
CASE NO.        -KJC

COURTROOM LOCATION: 5
DATE:

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Rust | Akin Gump Strauss | Aurelius Capital Mgmt |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: December 15, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Zensky | Akin Gump | Aurelius |
| Bill Bowden | Ashby Geddes | Aurelius; Akin Gump |
| Lawrence Robbins | Robbins Russell | Akin Gump |
| Michael Waldman | Robbins Russell | Akin Gump |
| Daniel Lerma | Robbins Russell | Akin Gump |
| Bruce Bennett | Hennigan Bennett | CA Teachers |
| Laura Lindgren | " | " |
| Robert Brady | YCST | |
| Tom Horan | Womble Carlyle | Great Banc |
| Gordon Z. Novod | Brown Rudnick | WTC |
| Martin Siegel | " | " |
| William Sullivan | Sullivan Hazeltine Allinson | " |
| Tethys Schlel | Fox Rothschild | Bridge Lenders |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: December 15, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath + Cobb | The Committee |
| Daniel Rath | Landis Rath + Cobb | The Committee |
| Howard Seife | Chadbourne + Parke | The Committee |
| David LeMay | Chadbourne + Parke | The Committee |
| Thomas McCormack | Chadbourne + Parke | The Committee |
| Marc Ashley | Chadbourne + Parke | The Committee |
| Jim Sottile | Zuckerman Spaeder | The Committee |
| Graeme Bush | Zuckerman Spaeder | The Committee |
| Katherine Mayer | McCarter & English | DBTCA |
| David Adler | McCarter & English | DBTCA |
| Daniel Golden | Akin Gump | Aurelius |
| Philip Dublin | Akin Gump | Aurelius |
| Abid Qureshi | Akin Gump | Aurelius |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey #5

Calendar Date: 12/15/2010
Calendar Time: 10:00 AM ET

Amended Calendar 12/15/2010 06:14 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3891704 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3916768 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3904182 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3901804 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3915116 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3915865 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3915876 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3915889 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3914523 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3913003 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3913085 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3908548 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3914630 | Michael Dagostino | (415) 393-2053 | Bingham McCutchen, LLP | Defendant(s), T Rowe Price / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3917666 | Deana Davidian | (212) 333-0200 | Arkin Kaplan Rice LLP (New York) | Interested Party, SoCals / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3915090 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3914073 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3916982 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3901785 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3918325 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915168 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3914654 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3913949 | Evan Flaschen | 860-249-7252 | Bracewell & Giuliani - Connecticut | Creditor, Socal / LIVE |
| Tribune Company | 08-13141 | Hearing | 3915894 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915899 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | 3904180 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3915859 | Jason Goldsmith | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3901308 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3913611 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915912 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3913815 | David Hall | 312-269-4207 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3904219 | Laurie E. Hutchins | (212) 872-1000 | Akin Gump Strauss Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3904174 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3913060 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3913503 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3904223 | David A. Kazlow | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3914784 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3914971 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3913603 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3915081 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3901318 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915977 | Lawrence Lawler | (212) 821-5422 | UBS | Interested Party, UBS / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3909587 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3904178 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3914088 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3901317 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915880 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915141 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3911693 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3914990 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3917257 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3913836 | Lynn Marvin | (212) 326-3978 | Jones Day | Creditor, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3911392 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3901309 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3914853 | Vivek Melwani | (212) 672-4622 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3904176 | Joshua M. Mester | 213-694-1103 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3915109 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915102 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3917559 | Hal Neier | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3916681 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3911938 | Karen S. Park | (212) 756-2036 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3901344 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3914086 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corp / LIVE |
| Tribune Company | 08-13141 | Hearing | 3904220 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3914848 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3914096 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3885866 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3914054 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3916625 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3900638 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3913066 | Scott E. Silver | (212) 843-1240 | Stone Lion Capital | Interested Party, Stone Lion Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915945 | Paul Silverstein | (212) 850-2819 | Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3916779 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3918334 | David B. Thompson | (212) 688-7526 | Gruss & Management, LLC | Creditor, David Thompson / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3916790 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3663121 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3917201 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Creditor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915186 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3917028 | Kirstina Wesch | (212) 872-1000 | Akin Gump Strauss Hauer & Feld, | Creditor, Aurelius / LIVE |
| Tribune Company | 08-13141 | Hearing | 3915855 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915079 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3900618 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3915670 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management | Interested Party, Matthew A Zloto / LISTEN ONLY |