IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 7049-7051 |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                          ) ss.:
COUNTY OF HARTFORD )

JANICE E. LIVINGSTONE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2010, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Plan-DS Documents_Revised (7049-7051)_Aff_12-7-10.doc

a. "Notice of Filing Revised Proposed Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.," dated December 6, 2010 [Docket No. 7049],

b. "Notice of Filing Further Revised Proposed First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.," dated December 6, 2010 [Docket No. 7050],

c. "Notice of Filing Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agents Retention and Allocation of Costs of Same; and (X) Granting Related Relief," dated December 6, 2010 [Docket No. 7051],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*Janice E. Livingstone*

Janice E. Livingstone

Sworn to before me this
15th day of December, 2010

Notary Public

KAREN K. DINSMORE
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 30, 2012

# EXHIBIT A

EMAIL SERVICE LIST

| | |
|---|---|
| a.dalton@smmj.com | emseid@mstpartners.com |
| aconway@taubman.com | eobrien@sbchlaw.com |
| adeglomi@harris.com | etredinnick@greeneradovsky.com |
| ahammer@freebornpeters.com | ffm@bostonbusinesslaw.com |
| ahiller@phw-law.com | fred.fellmeth@vitecgroup.com |
| alipkin@willkie.com | frosner@mrs-law.com |
| amuscovitz@dsfadvisors.com | GARLANDK@GTLAW.COM |
| anderson.frank@pbgc.gov | gbush@zuckerman.com |
| andrew.goldman@wilmerhale.com | gmcdaniel@bglawde.com |
| bankruptcy@goodwin.com | goldberg.elizabeth@dol.gov |
| BBUTWIN@OMM.COM | grmesires@uhlaw.com |
| bceccotti@cwsny.com | heri.christine@dol.gov |
| BENNETTB@HBDLAWYERS.COM | hkaplan@arkin-law.com |
| bhshide@us.ibm.com | houston_bankruptcy@publicans.com |
| bmd@gsrnh.com | hseife@chadbourne.com |
| btrust@mayerbrown.com | jberlage@ghsllp.com |
| carickhoff@blankrome.com | jconlan@sidley.com |
| carolyn.adler@morganstanley.com | jcp@pgslaw.com |
| cbblac@acxiom.com | JCRISWELL@TSMP.COM |
| cbifferato@bifferato.com | JDT@JDTHOMPSONLAW.COM |
| CDAVIDOW@PAULWEISS.COM | JEDMONSON@BAYARDLAW.COM |
| Charles.smith@klgates.com | jfiorella@archerlaw.com |
| claims@recoverycorp.com | JFRANK@FGLLP.COM |
| cmcmanus@muchshelist.com | jfriedman@jbflawfirm.com |
| cmomjian@attorneygeneral.gov | jfungaroli@capitalsource.com |
| collins@rlf.com | jhuggett@margolisedelstein.com |
| cowan@ask-attorneys.com | jlosardo@bbwg.com |
| csbott@abato.com | jnimeroff@bsnlawyers.com |
| csimon@crosslaw.com | jodie.rea@fox.com |
| dadler@mccarter.com | john.sieger@kattenlaw.com |
| DALLAS.BANKRUPTCY@PUBLICANS.COM | jschlerf@foxrothschild.com |
| DAVE@BHDRL.COM | jsdlaw@msn.com |
| david.klauder@usdoj.gov | jshickich@riddellwilliams.com |
| DAVID.POWLEN@BTLAW.COM | jsorenson@wggdlaw.com |
| dbradford@jenner.com | jteitelbaum@tblawllp.com |
| deecf@dor.mo.gov | JWHITE@BLAKELEYLLP.COM |
| dfeinberg@lewisfeinberg.com | KDWBankruptcyDepartment@kelleydrye.com |
| dgonzales@wsh-law.com | kelkins@elkinskalt.com |
| dneier@winston.com | ken.higman@hp.com |
| don@furmangregory.com | khill@svglaw.com |
| DPLON@SIRLINLAW.COM | kklee@ktbslaw.com |
| dreimann@reimannlawgroup.com | klantry@sidley.com |
| drosner@kasowitz.com | kmayer@mccarter.com |
| efriedman@fklaw.com | kmiller@ecjlaw.com |
| EJONES@OMM.COM | kstickles@coleschotz.com |
| ELAINE_COLE@TAX.STATE.NY.US | landis@lrclaw.com |
| ellen.slights@usdoj.gov | lbogdanoff@ktbslaw.com |

EMAIL SERVICE LIST

| | |
|---|---|
| LESLIE@LESLIECOHENLAW.COM | tmhoepker@yahoo.com |
| linda.boyle@twtelecom.com | tribuneco.routing@dpw.com |
| ljones@pszjlaw.com | trmeites@mmmglaw.com |
| MAMATO@RMFPC.COM | tscobb@vorys.com |
| MARK.NITIKMAN@C2D2LAW.COM | Tscobb@vssp.com |
| matthew.troy@usdoj.gov | WALDMEIRD@MICHIGAN.GOV |
| maureen.mcgreevey@sungard.com | wayne.smith@warnerbros.com |
| mblumenthal@crowell.com | wbowden@ashby-geddes.com |
| MBRAZA@FOLEY.COM | wmk@elliottgreenleaf.com |
| MELOROD@GTLAW.COM | YONATAN.GELBLUM@USDOJ.GOV |
| mengland@eckertseamans.com | afriedman@olshanlaw.com |
| mfelger@cozen.com | aglenn@kasowitz.com |
| michelle.mcmahon@bryancave.com | AGORDON@PAULWEISS.COM |
| mlastowski@duanemorris.com | ajongco@lewisfeinberg.com |
| mminuti@saul.com | andrew.schoulder@bgllp.com |
| mprimoff@kayescholer.com | atrehan@mayerbrown.com |
| MSMALL@FOLEY.COM | avail@jenner.com |
| mzohn@proskauer.com | avesselinovitch@kattenlaw.com |
| pgregory@cpmlegal.com | awinfree@ashby-geddes.com |
| prubin@herrick.com | besders@abato.com |
| psmoots@mcguirewoods.com | bkrakauer@sidley.com |
| pwebster@buchalter.com | csteege@jenner.com |
| ramona.neal@hp.com | daniel.connolly@bgllp.com |
| RBRADY@YCST.COM | daniel.polatsek@kattenlaw.com |
| RHANLEY@NOLANPLUMHOFF.COM | DBROWN@PAULWEISS.COM |
| rkbgwhw@aol.com | DCANTOR@OMM.COM |
| RMERSKY@MONLAW.COM | ddavidian@arkin-law.com |
| robert_cook@tax.state.ny.us | ddeutsch@chadbourne.com |
| romero@mromerolawfirm.com | deggert@freebornpeters.com |
| rpaul@zwerdling.com | dlemay@chadbourne.com |
| rstark@brownrudnick.com | dsaval@brownrudnick.com |
| RTUCKER@SIMON.COM | DSHAMAH@OMM.COM |
| rweinstein@cusa.canon.com | efile@pbgc.gov |
| rwriley@duanemorris.com | evan.flaschen@bgllp.com |
| sagolden@hhlaw.com | fhyman@mayerbrown.com |
| sbrown@eapdlaw.com | flevy@olshanlaw.com |
| SCHLOSS.MICHAEL@DOL.GOV | gerson.leonard@dol.gov |
| schristianson@buchalter.com | guzzi@whitecase.com |
| sfallon@trplaw.com | isgreene@hhlaw.com |
| Sfriedberg@Theseaportgroup.com | jatamian@mayerbrown.com |
| skaufman@coochtaylor.com | jcrystal@willkie.com |
| SSHIMSHAK@PAULWEISS.COM | JOHNSTONJ@HBDLAWYERS.COM |
| strattond@pepperlaw.com | joshua.gadharf@kattenlaw.com |
| swolosky@olshanlaw.com | jstrock@foxrothschild.com |
| taskounis@askounisdarcy.com | jtougas@mayerbrown.com |
| tlauria@whitecase.com | kcollins@bifferato.com |
| tmacauley@zuckerman.com | kdinhrt@ssd.com |

EMAIL SERVICE LIST

kskomorucha@ashby-geddes.com
ljkotler@duanemorris.com
LSHUMEJDA@PAULWEISS.COM
mbarash@ktbslaw.com
MBCLEARY@YCST.COM
mbillion@pszjlaw.com
mcguire@lrclaw.com
mmilano@riddellwilliams.com
mmmulder@mmmglaw.com
MORSEJ@HBDLAWYERS.COM
npernick@coleschotz.com
nwasow@lewisfeinberg.com
pcatanese@mcguirewoods.com
raportl@pepperlaw.com
SCHANNEJ@PEPPERLAW.COM
sgreissman@whitecase.com
slross@duanemorris.com
slross@duanemorris.com
SSELBST@HERRICK.COM
tcairns@pszjlaw.com
whazeltine@sha-llc.com
wweintraub@fklaw.com

MEDIATION PARTIES EMAIL LIST

afriedman@olshanlaw.com
aglenn@kasowitz.com
ahammond@whitecase.com
andrew.goldman@wilmerhale.com
aross@sidley.com
awinfree@ashby-geddes.com
bberens@jonesday.com
bennettb@hbdlawyers.com
bkrakauer@sidley.com
carickhoff@blankrome.com
collins@rlf.com
collins@rlf.com
dabbott@mnat.com
dadler@mccarter.com
dahall@jonesday.com
damian.schaible@davispolk.com
david.klauder@usdoj.gov
dbergeron@sidley.com
dbradford@jenner.com
ddavidian@arkin-law.com
ddeutsch@chadbourne.com
deldersveld@tribune.com
dennis.glazer@davispolk.com
dfliman@kasowitz.com
dgheiman@jonesday.com
dgolden@akingump.com
dhille@whitecase.com
dlemay@chadbourne.com
dliebentritt@tribune.com
donald.bernstein@davispolk.com
drosner@kasowitz.com
dshafer@jonesday.com
dsloan@rlf.com
efriedman@fklaw.com
eli.vonnegut@davispolk.com
elliott.moskowitz@davispolk.com
esutty@foxrothschild.com
flevy@olshanlaw.com
gbush@zuckerman.com
gdemo@sidley.com
gmcdaniel@bglawde.com
gnovod@brownrudnick.com
hkaplan@arkin-law.com
hseife@chadbourne.com
jbendernagel@sidley.com
jboelter@sidley.com
jconlan@sidley.com
jhenderson@sidley.com

jhoover@beneschlaw.com
johnstonj@hbdlawyers.com
jschlerf@foxrothschild.com
jsottile@zuckerman.com
kbromberg@brownrudnick.com
kkansa@sidley.com
klantry@sidley.com
kmayer@mccarter.com
kmills@sidley.com
kstickles@coleschotz.com
kwesch@akingump.com
landis@lrclaw.com
lhutchins@akingump.com
mbcleary@ycst.com
mesterj@hbdlawyers.com
michael.russano@davispolk.com
msiegel@brownrudnick.com
mstein@kasowitz.com
npernick@coleschotz.com
pdublin@akingump.com
rbrady@ycst.com
rlemisch@beneschlaw.com
rstark@brownrudnick.com
sgreissman@whitecase.com
skorpus@kasowitz.com
stearn@rlf.com
swolosky@olshanlaw.com
tlauria@whitecase.com
tmacauley@zuckerman.com
wbowden@ashby-geddes.com
wweintraub@fklaw.com