# EXHIBIT E

## BLACK LINE PUBLICATION NOTICE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

| | | |
|---|---|---|
| Tribune Company | KPLR, Inc. | Towering T Music Publishing Company |
| 435 Production Company | KSWB Inc. | Tribune Broadcast Holdings, Inc. |
| 5800 Sunset Productions Inc. | KTLA Inc. | Tribune Broadcasting Company |
| Baltimore Newspaper Networks, Inc. | KWGN Inc. | Tribune Broadcasting Holdco, LLC |
| California Community News Corporation | Los Angeles Times Communications LLC | Tribune Broadcasting News Network, Inc., n/k/a |
| Candle Holdings Corporation | Los Angeles Times International, Ltd. | Tribune Washington Bureau Inc. |
| Channel 20, Inc. | Los Angeles Times Newspapers, Inc. | Tribune California Properties, Inc. |
| Channel 39, Inc. | Magic T Music Publishing Company | Tribune CNLBC, LLC f/k/a Chicago National |
| Channel 40, Inc. | NBBF, LLC | League Ball Club, LLC |
| Chicago Avenue Construction Company | Neocomm, Inc. | Tribune Direct Marketing, Inc. |
| Chicago River Production Company | New Mass. Media, Inc. | Tribune Entertainment Company |
| Chicago Tribune Company | Newscom Services, Inc. | Tribune Entertainment Production Company |
| Chicago Tribune Newspapers, Inc. | Newspaper Readers Agency, Inc. | Tribune Finance, LLC |
| Chicago Tribune Press Service, Inc. | North Michigan Production Company | Tribune Finance Service Center, Inc. |
| ChicagoLand Microwave Licensee, Inc. | North Orange Avenue Properties, Inc. | Tribune License, Inc. |
| Chicagoland Publishing Company | Oak Brook Productions, Inc. | Tribune Los Angeles, Inc. |
| Chicagoland Television News, Inc. | Orlando Sentinel Communications Company | Tribune Manhattan Newspaper Holdings, Inc. |
| Courant Specialty Products, Inc. | Patuxent Publishing Company | Tribune Media Net, Inc. |
| Direct Mail Associates, Inc. | Publishers Forest Products Co. of Washington | Tribune Media Services, Inc. |
| Distribution Systems of America, Inc. | Sentinel Communications News Ventures, Inc. | Tribune Network Holdings Company |
| Eagle New Media Investments, LLC | Shepard's Inc. | Tribune New York Newspaper Holdings, LLC |
| Eagle Publishing Investments, LLC | Signs of Distinction, Inc. | Tribune NM, Inc. |
| forsalebyowner.com corp. | Southern Connecticut Newspapers, Inc. | Tribune Publishing Company |
| ForSaleByOwner.com Referral Services, LLC | Star Community Publishing Group, LLC | Tribune Television Company |
| Fortify Holdings Corporation | Stemweb, Inc. | Tribune Television Holdings, Inc. |
| Forum Publishing Group, Inc. | Sun-Sentinel Company | Tribune Television New Orleans, Inc. |
| Gold Coast Publications, Inc. | The Baltimore Sun Company | Tribune Television Northwest, Inc. |
| GreenCo, Inc. | The Daily Press, Inc. | ValuMail, Inc. |
| Heart & Crown Advertising, Inc. | The Hartford Courant Company | Virginia Community Shoppers, LLC |
| Homeowners Realty, Inc. | The Morning Call, Inc. | Virginia Gazette Companies, LLC |
| Homestead Publishing Co. | The Other Company LLC | WATL, LLC |
| Hoy, LLC | Times Mirror Land and Timber Company | WCWN LLC |
| Hoy Publications, LLC | Times Mirror Payroll Processing Company, Inc. | WDCW Broadcasting, Inc. |
| InsertCo, Inc. | Times Mirror Services Company, Inc. | WGN Continental Broadcasting Company |
| Internet Foreclosure Service, Inc. | TMLH 2, Inc. | WLVI Inc. |
| JuliusAir Company, LLC | TMLS I, Inc. | WPIX, Inc. |
| JuliusAir Company II, LLC; | TMS Entertainment Guides, Inc. | WCCT, Inc., f/k/a WTXX Inc. |
| KIAH Inc. | Tower Distribution Company | |

### NOTICE OF HEARING TO CONSIDER CONFIRMATION OF PLANS OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLANS

**PLEASE TAKE NOTICE THAT** fourthree (43) plans of reorganization (the "Plans") have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-referenced chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Plans, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has approved (i) a General Disclosure Statement providing background information about the Debtors' businesses, history, operations, and chapter 11 cases, and (ii) Specific Disclosure Statements relating to each of the Plans, which provide information concerning those plans and their proposals to reorganize the Debtors' business and treat claims against the Debtors under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code"). The General Disclosure Statement and the Specific Disclosure Statements were approved by the Bankruptcy Court as part of the order governing the solicitation of votes on the Plans dated December 9, 2010 (the "Solicitation Order"). Capitalized terms not otherwise defined in this Notice have the meanings given to them in the Solicitation Order.

**PLEASE TAKE FURTHER NOTICE THAT:**

1. Votes to accept or reject the Plans must be received by the Voting Agent by **January 28, 2010 at 4:00 p.m. Eastern Time.** Objections to the Plans must comply with the Solicitation Order and be filed by **4:00 p.m. Eastern Time on February 15, 2011.** A hearing to consider confirmation of the Plans will be held on **March 7, 2011 at 10:00 a.m. Eastern Time**, at the United States Bankruptcy Court for the District of Delaware, 824 North Market

Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

2. Each of the Plans also constitutes a Prepackaged Plan of Reorganization (the "Prepackaged Plans") for any affiliates of Tribune Company that may commence a chapter 11 case prior to the date of the Confirmation Hearing. Those affiliates include, without limitation, the following entities that have executed guarantees of certain indebtedness of Tribune Company but have not yet commenced chapter 11 cases: (i) Tribune National Marketing Company, (ii) Tribune ND, Inc., (iii) Tribune Interactive, Inc., and (iv) Tribune (FN) Cable Ventures, Inc. In the event any of such affiliates commences a chapter 11 case, additional notice and information will be provided to any parties holding claims against the relevant affiliates.

3. Any party in interest wishing to obtain copies of the General Disclosure Statement, the Plans or the Specific Disclosure Statements related thereto, the Solicitation Order or other information about the solicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; (iii) by email at tribunevote@epiqsystems.com; or (iv) by telephone at (888) 287-7568. Copies of the General Disclosure Statement, the Specific Disclosure Statements, the Plans and the Solicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

Dated: December _, 2010