# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------X
In re:                                     :     Chapter 11 Cases
                                           :
                                           :     Case No. 08-13141 (KJC)
                                           :
TRIBUNE COMPANY, et al.,                   :
                                           :     (Jointly Administered)
                        Debtors.           :
----------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 13, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to William A. Niese**
- **Subpoena to Produce and Permit Inspection and Copying of Documents to Teitelbaum & Baskin, LLP**

### VIA ELECTRONIC MAIL
TEITELBAUM & BASKIN LLP
Jay Teitelbaum
3 Barker Avenue, Third Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com

[Signature Page to Follow]

{00467803;v1}

Dated:    December 16, 2010
          Wilmington, Delaware

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*