IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                           :   Chapter 11 Cases
                                                 :
                                                 :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :
                                                 :   (Jointly Administered)
                            Debtors.             :
-------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 13, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Washington-Baltimore Guild, Local 32035**
- **Subpoena to Produce and Permit Inspection and Copying of Documents to Zwerdling, Paul, Khan & Wolly, P.C.**

**VIA ELECTRONIC MAIL**
ZWERDLING, PAUL, KAHN & WOLLY, P.C.
Robert E. Paul
1025 Connecticut Avenue, N.W.
Washington, DC 20036
rpaul@zwerdling.com

[Signature Page to Follow]

{00467804;v1}

| | |
|---|---|
| Dated: December 16, 2010<br>Wilmington, Delaware | ASHBY & GEDDES, P.A.<br><br>/s/ Amanda Winfree<br>_____<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel Golden (admitted pro hac vice)<br>Philip Dublin (admitted pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Counsel to Aurelius Capital Management, LP* |