IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                  :    Chapter 11 Cases
                                        :
                                        :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                :
                                        :    (Jointly Administered)
                        Debtors.        :
---------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 13, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Zuckerman Spaeder LLP**

**VIA ELECTRONIC MAIL**
ZUCKERMAN SPAEDER LLP
Graeme Bush
1800 M. Street, NW
Suite 1000
Washington, DC 20036-5807
gbush@zuckerman.com

[Signature Page to Follow]

{00467797;v1}

Dated: December 16, 2010
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00467797;v1}