IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                           :   Chapter 11 Cases
                                                 :
                                                 :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :
                                                 :   (Jointly Administered)
                    Debtors.                     :
------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 13, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Chadbourne & Parke LLP**


### VIA ELECTRONIC MAIL
CHADBOURNE & PARKE LLP
Howard Seife
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com


[Signature Page to Follow]

{00467801;v1}

Dated: December 16, 2010
Wilmington, Delaware

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

{00467801;v1}