```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE

IN RE:                         )    Chapter 11
                               )
                               )
TRIBUNE COMPANY, et al.,       )    Case No. 08-13141 (KJC)
                               )
                               )    Courtroom 5
                               )    824 Market Street
          Debtors.            )    Wilmington, Delaware
                               )
                               )    December 15, 2010
                               )    10:04 a.m.


                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE KEVIN J. CAREY
               UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtor:               Sidley Austin, LLP
                          BY:  JAMES BENDERNAGEL, ESQ.
                          BY:  KEN KANSA, ESQ.
                          One South Dearborn
                          Chicago, IL  60603
                          (213) 896-6022

                          Cole, Schotz, Meisel, Forman &
                          Leonard, PA
                          BY:  NORMAN PERNICK, ESQ.
                          1000 North West Street
                          Suite 1200
                          Wilmington, DE  19801
                          (302) 652-3131

ECRO:                     AL LUGANO

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1   APPEARANCES:
     (Continued)
 2
     For The Creditors Committee:   Landis Rath & Cobb
 3                                  BY:   ADAM G. LANDIS, ESQ.
                                    BY:   DANIEL B. RATH, ESQ.
 4                                  919 Market Street Suite 1800
                                    P.O. Box 2087
 5                                  Wilmington, DE 19899
                                    (302) 467-4400
 6
                                    Chadbourne & Parke LLP
 7                                  BY:   THOMAS MCCORMACK, ESQ.
                                    BY:   DAVID LEMAY, ESQ.
 8                                  BY:   MARC ASHLEY, ESQ.
                                    BY:   HOWARD SEIFE, ESQ.
 9                                  30 Rockefeller Plaza
                                    New York, NY 10112
10                                  (212) 408-5169

11                                  Zuckerman Spaeder LLP
                                    BY:   JAMES SOTTILE, ESQ.
12                                  BY:   GRAEME W. BUSH, ESQ.
                                    1800 M Street
13                                  Suite 1000
                                    Washington, DC 20036-5807
14                                  (202) 778-1800

15   For JP Morgan Chase:           Davis Polk & Wardwell
                                    BY:   DAMIAN SCHAIBLE, ESQ.
16                                  BY:   MICHAEL RUSSANO, ESQ.
                                    450 Lexington Avenue
17                                  New York, NY 10017
                                    (212) 450-4000
18
                                    Richards Layton & Finger
19                                  BY:   ROBERT STEARN, JR., ESQ.
                                    One Rodney King Square
20                                  920 North King Street
                                    Wilmington, DE 19801
21                                  (302) 651-7612

22   For Great Banc:                Womble Carlyle
                                    BY:   THOMAS M. HORAN, ESQ.
23                                  222 Delaware Avenue
                                    Wilmington, DE 19801
24                                  (302) 252-4320

25
```

APPEARANCES:
(Continued)

For Merrill Lynch:                    Potter Anderson & Corroon LLP
                                      BY: LAURIE SELBER SILVERSTEIN
                                      Hercules Plaza
                                      1313 North Market Street
                                      6th Floor
                                      Wilmington, DE 19801
                                      (302) 984-6000

For Wilmington Trust:                 Brown Rudnick
                                      BY:  GORDON NOVOD, ESQ.
                                      BY:  MARTIN SIEGEL, ESQ.
                                      Seven Times Square
                                      New York, NY  10036
                                      (212) 209-4800

                                      Sullivan, Hazeltine, Allinson
                                      BY:  WILLIAM SULLIVAN, ESQ.
                                      400 East 8th Street, Suite 400
                                      Wilmington, DE  19801
                                      (302) 428-8191

For Aurelius Capital                  Ashby & Geddes, P.A.
Management LP:                        BY:  WILLIAM P. BOWDEN, ESQ.
                                      500 Delaware Avenue
                                      P.O. Box 1150
                                      Wilmington, DE 19899-1150
                                      (302) 654-1888

                                      Akin Gump Strauss Hauer & Feld
                                      BY:  DANIEL H. GOLDEN, ESQ.
                                      BY:  DAVID M. ZENSKY, ESQ.
                                      BY:  PHILIP DUBLIN, ESQ.
                                      BY:  ABID QURESHI, ESQ.
                                      One Bryant Park
                                      New York, NY 10036
                                      (212) 872-1000

For U.S. Trustee:                     Office of the U.S. Trustee
                                      BY:  DAVID KLAUDER, ESQ.
                                      844 King Street, Suite 2207
                                      Lockbox 35
                                      Wilmington, DE 19801
                                      (302) 573-6491

```
 1   APPEARANCES:
     (Continued)
 2
     For Credit Agreement          Young Conaway Stargatt &
 3   Lenders:                      Taylor
                                   BY:  ROBERT BRADY, ESQ.
 4                                 The Brandywine Building
                                   1000 West Street 17th Floor
 5                                 P.O. Box 391
                                   Wilmington, DE 19801
 6                                 (302) 571-6600

 7                                 Hennigan Bennett & Dorman LLP
                                   BY:  BRUCE BENNETT, ESQ.
 8                                 BY:  LAURA LINDGREN, ESQ.
                                   865 South Figueroa
 9                                 Suite 2900
                                   Los Angeles, CA 90017
10                                 (213) 694-1200

11   For DBTCA:                    McCarter & English LLP
                                   BY:  DAVID ADLER, ESQ.
12                                 BY:  KATHARINE MAYER, ESQ.
                                   245 Park Avenue
13                                 27th Floor
                                   New York, NY 10167
14                                 (212) 609-6800

15   For Wells Fargo               White & Case LLP
     as Bridge Agent:              BY:  SCOTT GREISSMAN, ESQ.
16                                 BY:  ANDREW W. HAMMOND, ESQ.
                                   1155 Avenue of the Americas
17                                 New York, NY 10036-2787
                                   (212) 819-8200
18
                                   Fox Rothschild
19                                 BY:  JEFFREY M. SCHLERF, ESQ.
                                   Citizens Bank Center
20                                 919 North Market Street
                                   Suite 1300
21                                 P.O. Box 2323
                                   Wilmington, DE 19899-2323
22                                 (302) 654-7444

23

24

25
```

```
1    TELEPHONIC APPEARANCES:
     (Continued)
2
     For Barclays:              Edwards, Angell, Palmer &
3                               Dodge, LLP
                                BY:  MICHELLE MARINO, ESQ.
4                               919 North Market Street
                                15th Floor
5                               Wilmington, DE  19801
                                (302) 425-7116
6
     For EGI, TRB & Mr. Zell:   Blank Rome
7                               BY:  DAVID CARICKHOFF, ESQ.
                                1201 Market Street, Suite 800
8                               Wilmington, DE  19801
                                (302) 425-6400
9
                                Jenner & Block
10                              BY:  DAVID BRADFORD, ESQ.
                                353 North Clark Street
11                              Chicago, IL  60654
                                (312) 222-9350
12
     For Morgan Stanley:        Barnes & Thornburg
13                              BY:  DAVID PROWLEN, ESQ.
                                1 North Wacker Drive
14                              Chicago, IL  60606
                                (312) 357-1313
15
     For Law Debenture:         Bifferado Gentilotti
16                              BY:  GARNAN MCDANIEL, ESQ.
                                800 North King Street
17                              Wilmington, DE  19899
                                (302) 225-7600
18
     For Akin Gump:             Robbins Russell
19                              BY:  LAWRENCE ROBBINS, ESQ.
                                BY:  MICHAEL WALDMAN, ESQ.
20                              BY:  DANIEL LERMAN, ESQ.
                                1801 K Street N.W.
21                              Suite 411
                                Washington, D.C.  20006
22                              (202) 775-4500

23

24

25
```

```
 1  TELEPHONIC APPEARANCES:
    (Continued)
 2
    For Deutsche Bank:            McCarter & English
 3                                BY:  DAVID J. ADLER, ESQ.
                                  (212) 609-6800
 4
    For Barclays:                 Mayer Brown, LLP
 5                                BY:  JEAN-MARIE ATAMIAN, ESQ.
                                  (212) 506-2678
 6
    For Credit Agreement Lenders: Angelo, Gordon & Co, LP
 7                                BY:  GAVIN BALERS, ESQ.
                                  (212) 692-0217
 8
    For SuttonBrook Capital       SuttonBrook Capital
 9  Management:                   Management, LP
                                  BY:  CAROL L. BALE
10                                (212) 588-6640

11  For Debtor:                   Tribune Company
                                  BY:  CHANDLER BIGELOW
12                                BY:  DAVE ELDERSVELD
                                  BY:  DON LIEBENTRITT
13                                BY:  MICHAEL O'NEAL
                                  BY:  GARY WEITMAN, ESQ.
14                                (212) 853-7778

15                                Sidley Austin
                                  BY:  GREG DEMO, ESQ.
16                                BY:  CANDACE KLINE, ESQ.
                                  BY:  BRYAN KRAKAUER, ESQ.
17                                BY:  JILLIAN LUDWIG, ESQ.
                                  BY:  DAVID MILES, ESQ.
18                                BY:  KERRIANN MILLS, ESQ.
                                  (312) 853-7758
19
                                  Macquarue Capital
20                                BY:  RUSHABH VORA
                                  (212) 231-6311
21
    For Kramer Levin:             Kramer, Levin, Neftalis &
22                                Frankel, LLP
                                  BY:  DAVID BLABEY, JR., ESQ.
23                                (212) 715-9100

24  For Dow Jones News Wires:     Dow Jones & Company
                                  BY:  PEG BRICKLEY
25                                (215) 462-0953
```

```
1   TELEPHONIC APPEARANCES:
    (Continued)
2
    For Wilmington Trust:           Brown Rudnick, LLP
3                                   BY:  KATHERINE BROMBERG, ESQ.
                                    BY:  JARED ELLIAS, ESQ.
4                                   (212) 209-4929

5   For Goldman Sachs:              Goldman Sachs & Co.
                                    BY:  SCOTT BYNUM
6                                   (212) 902-8060

7   For Bank of America:            O'Melveny & Myers
                                    BY:  DANIEL CANTOR, ESQ.
8                                   BY:  EVAN JONES, ESQ.
                                    BY:  DANIEL S. SHARNAH, ESQ.
9                                   (212) 326-2000

10                                  Bank of America
                                    BY:  ESTHER CHUNG
11                                  (646) 855-6705

12  For T Rowe Price:               Bingham McCutchen, LLP
                                    BY:  MICHAEL DAGOSTINO, ESQ.
13                                  (415) 393-2053

14  For SoCal:                      Arkin, Kaplan, Rice, LLP
                                    BY:  DEANS DAVIDIAN, ESQ.
15                                  (212) 333-0200

16                                  Blackwell & Giuliani
                                    BY:  EVAN FLASCHEN, ESQ.
17                                  (850) 249-7252

18  For Creditors' Committee:       Chadbourne & Park, LLP
                                    BY:  DOUGLAS DEUTSCH, ESQ.
19                                  BY:  DAVID LEMAY, ESQ.
                                    BY:  HOWARD SEIFE, ESQ.
20                                  BY:  MARC ROLTMAN, ESQ.
                                    (212) 408-5169
21
    For Davidson Kemper:            DK Partners
22                                  BY:  EPHRAIM DIAMOND
                                    (646) 282-5841
23
    For George Daugherty:           Grippo & Elden, LLC
24                                  BY:  GEORGE DAUGHERTY
                                    (312) 704-7700
25
```

```
 1  TELEPHONIC APPEARANCES:
    (Continued)
 2
    For Silver Point Capital:      Silver Point Capital
 3                                  BY:  MATTHEW EHMER
                                    (203) 542-4219
 4
    For Bennett Management:        Bennett Management
 5                                  BY:  LUCY GALBRAITH
                                    (203) 353-3101
 6  For U.S. Department of
    Labor:                         U.S. Department of Labor
 7                                  BY:  LEONARD GERSON
                                    (202) 693-5615
 8
    For Credit Agreement           Wilmer, Cutler, Pickering,
 9  Lenders:                       Hale & Dorr
                                    BY:  ANDREW N. GOLDMAN
10                                  (212)-230-8836
11                                  Oak Tree Capital Management
                                    BY:  Edgar Lee
12                                  (213) 830-6415
13                                  Hennigan, Bennett & Dorman
                                    BY:  JOSHUA M. MESTER
14                                  (213) 694-1103
15  For Aurelius Capital           Akin, Gump, Strauss, Hauer
    Management:                    & Feld
16                                  BY:  JASON GOLDSMITH, ESQ.
                                    BY:  LAURIE HUTCHINS, ESQ.
17                                  BY:  DAVID A. KAZLOW, ESQ.
                                    BY:  SHAYA ROCHESTER, ESQ.
18                                  BY:  KRISTINA WESCH, ESQ.
                                    (212) 872-1000
19
                                    Friedman, Kaplan, Seiler &
20                                  Adelman
                                    BY:  HAL NEIER, ESQ.
21                                  (212) 833-1115
22  For Citigroup:                 Paul Weiss Rifkind Wharton &
                                    Garrison LLP
23                                  BY:  ANDREW GORDON, ESQ.
                                    BY:  OKSANA LASHKO, ESQ.
24                                  BY:  ELIZABETH MCCOLM, ESQ.
                                    (212) 373-3543
25
```

```
 1   TELEPHONIC APPEARANCES:
     (Continued)
 2
     For Oaktree Capital Mgmt:       Oak Tree Capital Management
 3                                   BY:  KENNETH C. LANG
                                     (213) 830-6422
 4
     For Morgan Stanley & Co.        Weil, Gotshal & Manges, LLP
 5                                   BY:  EVAN LADERMAN, ESQ.
                                     (212) 310-8948
 6
     For Crain's Chicago             Crain's Chicago
 7   Business:                       BY:  LYNNE MAREK
                                     (312) 649-5328
 8
     For Special Committee of        Jones Day
 9   the Board of Directors:         BY:  LYNN MARVIN
                                     (212) 326-3978
10
     For Citigroup:                  Paul, Weiss, Rifkind Wharton
11                                   BY:  ANDREW LEVY, ESQ.
                                     BY:  SHANNON PENNOCK, ESQ.
12                                   (202) 223-7328

13   For Brigada Capital             Brigada Capital Management
     Management:                     BY:  NEIL S. LOSQUADRO
14                                   (212) 746-9758

15   For Great Bank Trust:           Morgan Lewis & Brocklus, LLP
                                     BY:  RACHEL MAUCERI
16                                   (215) 963-5000

17   For Centerbridge:               Centerbridge
                                     BY:  VIVEK MELWANI
18                                   (212) 672-4622

19   For Schulte, Roth & Zabel:      Schulte, Roth & Zabel
                                     BY:  KAREN S. PARK
20                                   (212) 756-2036

21   For Merrill Lynch:              Kaye Scholer, LLP
                                     BY:  MADLYN PRIMOFF, ESQ.
22                                   (212) 836-7042

23
     For Royal Bank of Scotland:     Royal Bank of Scotland
24                                   BY:  COURTNEY ROGERS
                                     (203) 897-4815
25
```

```
1   TELEPHONIC APPEARANCES:
    (Continued)
2
    For Eos Partners              Eos Partners
3                                 BY:  MIKE J. SCHOTT
                                  (212) 593-4046
4
    For Katten, Muchin            Katten, Muchin, Rosenman LLP
5   Rosenman, LLP:                BY:  JOHN SINGER
                                  BY:  ANDREW L. WOOL
6                                 (312) 902-5294

7   For Stone Lion Capital:       Stone Lion Capital
                                  BY:  SCOTT E. SILVER
8                                 (212) 843-1240

9   For Trade Claim Holders:      Andrews Kurth
                                  BY:  PAUL SILVERSTEIN, ESQ.
10                                (212) 850-2819

11  For Barclays Bank:            Mayer Brown, LLP
                                  BY:  MICHAEL SIMES
12                                BY:  AMIT TREHAN
                                  (212) 688-7528
13
    For David Thompson:           Gruss & Management, LLC
14                                BY:  DAVID B. THOMPSON
                                  (212) 688-7526
15
    For EGI-TRB, LLC:             Jenner & Block, LLP
16                                BY:  ANDREW VAIL, ESQ.
                                  (312) 840-8688
17
    For Alvarez & Marsal, Inc.:   Alvarez & Marsal, Inc.
18                                BY:  BRIAN WHITMAN
                                  (312) 601-4227
19
    For Carval Investors:         Carval Investors
20                                BY:  TECK WONG
                                  (952) 984-3292
21
    For Matthew A Zioto:          Aurelius Capital Management
22                                BY:  MATTHEW A. ZIOTO
                                  (546) 445-6518
23

24

25
```

1    WILMINGTON, DELAWARE, WED., DECEMBER 15, 2010, 10:04 A.M.

2              THE COURT:  Good morning, everyone.

3              ALL:  Good morning, Your Honor.

4              MR. PERNICK:  Your Honor, Norman Pernick for the

5    debtors, Tribune Company.

6              I thought I would just run through the agenda

7    very quickly just to make sure that we're in sync.

8              I have as withdrawn Item No. 1.  That's J.P.

9    Morgan Chase, Merrill Lynch, Citicorp, and Bank of America's

10   motion for contempt versus the step one lenders.

11

12             Adjourned to the January 13 hearing date, No. 3,

13   the Francisco motion for relief from stay.

14             No. 4, the twenty-seventh omnibus objection with

15   respect to Marcia Willette.

16             No. 5, the thirty-third omnibus objection with

17   respect to Albert Togut as the Chapter 7 trustee and the

18   City of Chicago.

19             No. 6, the thirty-fourth omnibus objection with

20   respect to EMC Corp.

21             No. 7, the thirty-sixth omnibus objection with

22   respect to Emerson Tucker.

23             And No. 10, the tenth omnibus objection with

24   respect to G.E. Capital Fleet Services and Robby Wells.

25

1          And then, Your Honor, was kind enough to enter

2     orders on No. 8 which is the Sitrick retention and No. 13,

3     the motion for an order staying the prosecution of avoidance

4     actions.

5          We are going to be submitting a CNO on Item No.

6     2.  That was the debtors 2004 motion with respect to Randy

7     Michaels.  I don't have that yet, but I suspect -- I mean, I

8     expect that to be done today after the hearing.

9          THE COURT:  Very well.

10          MR. PERNICK:  And that just leaves five matters

11     going forward, Your Honor.  But just to advise the Court,

12     although I think the Court's probably aware from what was

13     filed, that there was a relatively major development in the

14     case which is that the step one lenders filed a motion to

15     withdraw their plan.

16          THE COURT:  I was not aware of that.

17          MR. PERNICK:  That was filed, I believe at the

18     end of the day yesterday.  And so Mr. Bendernagel will deal

19     with that in connection with the contours motion, but I

20     wanted to just put that up front and let the Court know

21     about that.

22          THE COURT:  All right, thank you.

23          MR. PERNICK:  That leaves us with five matters

24     going forward.  Item No. 9, I'm sorry, it would be Mr. Kansa
25

1    dealing with that with respect to the disclosure statement.

2         Item No. 9 is the ninth omnibus objection.

3    That's going forward with respect to the objection to the

4    Claudia Sanzeri claim.

5         Item No. 10, the tenth omnibus objection with

6    respect to the Karolyn Walker claim.

7         Item No. 11 is the confirmation contours motion

8    which is going forward.

9         Item No. 12, Oak Tree and Angelo Gordon's motion

10   to disqualify Akin Gump.

11        And Item No. 14 which is the committees' motion

12   to confirm standing regarding the amended complaint.  I

13   leave it up to the Court, obviously, and the parties.  I'm

14   not sure what Your Honor would like on Item No. 12 or 14,

15   whether you want to flip that order since I think 12 is

16   likely to be the most lengthy item on the agenda, but that's

17   one suggestion.

18        THE COURT:  Well, let me ask.  Does anyone know

19   are any of the claimants on the line with respect to either

20   of the two claims objections that are on?

21                  (No audible response heard.)

22        THE COURT:  Now let me ask it this way for the

23   record.  Is Claudia Sanzeri or anyone on her behalf present

24   in the courtroom or on the phone?

1                    (No audible response heard.)

2            THE COURT:  I hear no response.  Is Karolyn

3  Walker or anyone on her behalf present in the courtroom or

4  on the phone?

5                    (No audible response heard.)

6            THE COURT:  I hear no response.  Well, why don't

7  we take those two matters first.

8            MR. PERNICK:  Okay, Your Honor.  Mr. Kansa is

9  going to handle those.

10           THE COURT:  All right.

11           MR. PERNICK:  Thank you.

12           MR. KANSA:  Good morning, Your Honor.  Ken Kansa

13  of Sidley Austin on behalf of the debtor.

14           Your Honor, the first of those two matters is the

15  debtors' ninth omnibus objection which is an unsupported

16  claims objection to the claim of Claudia Sanzeri.  It's

17  Claim Number 21111 in the amount of $7,680.82.  The

18  objection was originally filed in December of 2009.  We have

19  reached out to Ms. Sanzeri on several occasions in an

20  attempt to obtain more information about her claim.  She did

21  file a response with the Court in December of 2009 that

22  provided no new information about the basis for her claim.

23           THE COURT:  Yeah, it's a handwritten response.

24  But do you have no idea who this individual is?

25

1          MR. KANSA:  We do not, Your Honor.  We know

2   nothing about this claim.  We are unaware of the basis for

3   the claim.  We have attempted in the past month to reach out

4   to Ms. Walker by phone, by email, and by finally, an old

5   fashioned letter mailed to her advising her that we intended

6   to proceed with the objection today.  We have had no

7   response to that and we would ask that objection be

8   sustained --

9          THE COURT:  Okay.

10          MR. KANSA:  -- as a no -- as unsupported claim.

11          THE COURT:  Yeah, I've reviewed the objection and

12  the response and there's just nothing that reveals who she

13  is, what the claim's about, or any backup or any indication

14  of any merit to it.  And in light of her absence of any

15  response and her appearance either by phone or in person

16  today, I will sustain the objection.

17          MR. KANSA:  Thank you, Your Honor.

18          That brings us to the tenth omnibus objection to

19  the claim of Karolyn Walker.  This is a $300 claim, Claim

20  Number 1332.  We have similarly reached out to Ms. Walker.

21  She did file a somewhat more substantive response with the

22  Court back in December of 2009.

23          THE COURT:  Yeah, is she a paper delivery person?

24  Is that --

25

1      MR. KANSA:  Our understanding as best we can

2  glean is that she had been a carrier at one time.  Our

3  records don't show that we owed her any money from her

4  services as a carrier.  And materials that she submitted in

5  support of her claim likewise to our eyes don't demonstrate

6  that she is owed anything on account of her services as a

7  carrier.  It was for the South Florida Sun Sentinel.

8      THE COURT:  Well let me ask this.  I did leaf

9  through the backup, but I can't say that I performed my own

10  analysis of it.  Are you able to explain to me why she

11  thinks she is still owed something and the company thinks

12  she is not?

13

14      MR. KANSA:  Your Honor, we are not.  We have done

15  a search of the company's records to ascertain whether we

16  believe she is still owed anything.  There is no record

17  showing that she is still owed anything according to the

18  company.  We have reviewed the material she submitted and

19  there is no basis not just for a $300 claim in there, but no

20  basis for any claim that we can see.

21      THE COURT:  Let me ask it another way.  Did the

22  company's review and of course the declaration is not

23  specific about this necessarily, although there is one and

24  it speaks in general terms in support of the objection.  Is

25

1  it the company's position that, you know, whatever she

2  billed she's been paid for?

3         MR. KANSA:  The company's position is that

4  whatever Ms. Sanzeri was owed she has been paid, yes, Your

5  Honor.

6         THE COURT:  All right.  Well, I've read the

7  objection and I've read the response.  And especially in

8  light of her failure to appear either in person or by phone,

9  I can certainly understand why she might not be here in

10  person.  I don't have a choice but to sustain the objection.

11

12         MR. KANSA:  Thank you, Your Honor.

13         THE COURT:  All right.  Do you have orders for me

14  on these two or will you submit them under certification?

15         MR. KANSA:  We will submit them under

16  certification of counsel, Your Honor.

17         THE COURT:  All right.

18         MR. KANSA:  Your Honor, to take the agenda a bit

19  out of order, I am happy to advise the Court either now or

20  later in the hearing at the Court's preference as to the

21  developments from yesterday relating to the withdraw of the

22  SoCal plan and to some modest knock on effects that that

23  would have on our solicitation process, if the Court would

24  care to hear that now or later?

25

1              THE COURT:  I would care to hear that now

2    actually.

3              MR. KANSA:  Okay.  Thank you, Your Honor.  The --

4    as Mr. Pernick stated, last night, yesterday, the debtors

5    were advised that the step one lenders intended to withdraw

6    their plan, their specific disclosure statement, and their

7    responsive statement.  And, in fact, they filed with the

8    Court last evening a notice of withdraw accomplishing that.

9    This was communicated first by the counsel to the debtors

10   and then by counsel to the step one lenders, to the

11   proponents of the note holder plan and the bridge lender

12   plan also last evening.  This -- we communicated that

13   because there are some knock on effects on solicitation.

14   And we communicated to the proponents of those two plans

15   last night what we wanted to put forth to the Court as means

16   of addressing.  However, this may affect our solicitation.

17

18             As the Court's aware, you entered the

19   solicitation order last Thursday.  That provided for a four

20   plan solicitation.  We're now down to a three plan

21   solicitation.

22

23             In reviewing materials and after discussing

24   things with the voting agent, we believe there are two

25   options to effect a proper three plan solicitation that can

     be accomplished on very roughly the timetable we discussed

1   with the Court last week and have put into the solicitation

2   order.

3          The first is simply to put a one page notice into

4   the solicitation packages noting that the materials therein

5   refer to the step one lender plan and that the step one

6   lender plan should not be considered by the creditors,

7   should not be voted on, and should not be ranked on their

8   ballots as a plan which they prefer in any way.  In short,

9   that notice would say very briefly that all of the materials

10  relating to the step one lender plan and the solicitation

11  package should be ignored.

12          The second option, Your Honor is to revise the

13  general disclosure statement, the parties responsive

14  statements, the ballots, the instructions, the confirmation

15  notice, and the publication notice to reflect the

16  elimination of the SoCal plan.  This is not a particularly

17  difficult task in our view because this is a matter of

18  deleting language rather than adding language.  We would be

19  making slight mechanical changes to some of the ballots and

20  some of the notices to for example use the word three in

21  place of the word four.  But what we would be doing in

22  essence, Your Honor is deleting language out of the

23  solicitation packages rather than adding anything new in

24  that would require an extensive review.

25

1      The party -- the debtors when they announced last

2  night to the proponents of the other two plans the withdraw

3  of the SoCal plan, also circulated a revised black lined

4  responsive statement to the proponents of the other plans

5  showing what changes we would make to accomplish the

6  deletion of the SoCal plan.

7      The other proponents of the debtor committee

8  lender plan also circulated revised responsive statements

9  last night reflecting those deletions as well and those went

10  to the proponents of the other two plans with our

11  encouragement that they have revised versions of their own

12  responsive statements to reflect those deletions available

13  here today or prepared as soon as possible.

14  

15      The debtors are prepared to file revised ballots,

16  notices, and all other materials for the solicitation

17  package to reflect the deletion of the SoCal plan

18  immediately if the Court were to determine that this is the

19  preferred course for the solicitation.  The only effect on

20  the solicitation process, Your Honor, would be that we would

21  ask for an additional two days to get the solicitation

22  packages into the mail which would extend the deadline

23  currently in the solicitation order from December 22 to

24  December 24.

25

1    THE COURT:  And when will -- assuming I chose

2  option two which I think I prefer, I'm eliminating -- I

3  mean, it's inevitable somebody's going to vote on that plan.

4  I'd rather eliminate that and deal with the three despite

5  the round of revisions that the second option will involve.

6  When will I have everything?

7    MR. KANSA:  We will have everything on file with

8  the Court probably during the remainder of the hearing

9  today.  It will be immediate.  The materials have already

10  been prepared by the debtors with respect to the debtor

11  committee lender plan and the responsive statements prepared

12  by the co-proponents of that plan.  The things we cannot

13  commit on are the materials relating to the other two plans.

14  We did give notice to the proponents of the other two plans

15  as soon as we knew of this last night.  And I would presume

16  again, given this is just a deletion exercise, they could

17  prepare and file those materials very quickly, but I can't

18  speak for them on that.

19    THE COURT:  Okay.  Does anyone wish to be heard

20  with respect to that issue only?  But before someone comes

21  up, let me just ask you this.  Without divulging

22  confidential discussions between or among parties or in

23  connection with the mediation, and I understand from Judge

24  Gross that he continues to talk to parties off and on, is it

25

1    anticipated that there will be other withdraws or is this

2    it?

3            MR. KANSA:  Your Honor, none that the debtors are

4    aware of.  We're not aware of anything imminent or even

5    medium term in terms of withdraw of the other two plans.

6            THE COURT:  And I don't mean to suggest that --

7            MR. FLASCHEN:  Your Honor, on the phone.

8            THE COURT:  Yes.

9            MR. FLASCHEN:  This is Evan Flaschen of Bracewell

10   & Giuliani for the step one lenders.

11           I want to emphasize that our decision on the plan

12   to withdraw was unilateral.  It was not the result of

13   mediation.  Not the result of any agreement expressed or

14   implied with the debtor, Oak Tree Plan or with anyone else,

15   just part of our own internal deliberations.  And I say all

16   that because before parties sent us all this discovery, what

17   was the secret deal?  There was none.  This was a unilateral

18   decision.  Thank you, Your Honor.

19           THE COURT:  Yeah.  And the point to my question

20   was not to determine the motivation for the withdraw of the

21   step one lenders plan, it was to figure out whether we would

22   yet again be in this situation where we'd have to revise

23   procedures as the result of another withdraw, if one were

24   imminent.  That was the point of the question.

25

1          MR. KANSA:  And we've thought about that a great

2    deal ourselves, Your Honor, but we're aware of no imminent

3    withdraw of any of the other three plans.

4          THE COURT:  Okay.  I'll hear from others.

5          MR. LEMAY:  Your Honor, very briefly.  David

6    LeMay from Chadbourne & Parke for the official committee of

7    unsecured creditors.

8          Just from the creditor perspective and it sounds

9    like Your Honor is already quite leaning in the direction

10   that I was going to advocate.  I am advocating in favor of

11   option number two just because as we've discussed before,

12   the solicitation materials are somewhat complex.  And

13   layering a sticker on top of those that says, you know, pay

14   no attention to one of these four, inevitably, I think is

15   just going to cause a bit more confusion.  And since it

16   shouldn't be difficult at all and, in fact, at least on the

17   side of the co-proponents that the committee is involved

18   with has already been done, we think option two is by far

19   the better bet.

20         THE COURT:  And of course there would be forgive

21   me I can't resist, one other way to describe this

22   development.

23

24

25

1          MR. LEMAY:   Your Honor, I was made aware before I

2     got up that somebody might say it, but I don't know what

3     you're talking about.

4                         (Laughter)

5          THE COURT:   We'll leave it at that then.

6          MR. LEMAY:   Thank you, Your Honor.

7          THE COURT:   Anyone else wish to be heard?

8          MR. GOLDEN:   Good morning, Your Honor.   Daniel

9     Golden, Akin, Gump, Strauss, Hauer & Feld, counsel for

10    Aurelius Capital Management and on behalf of the other note

11    holder plan proponents.

12         Your Honor as explained, we did learn at some

13    point last evening about the withdraw of the step one plan.

14    Given that development, we concur that we think the better

15    course of action and one calculated to have less confusion

16    is to amend the documents so that there's only going to be a

17    reference to the three, the now three plans rather than the

18    four plans or just a simple notice deleting one of the

19    plans.

20         And so we are hard at work in trying to get our

21    document which really is the responsive statement changed.

22    We've already drafted the change.   We're circulating it both

23    to the client and to the other, our other plan proponents

1  and we believe we'll be in a position to file that revised

2  responsive statement at some point today.

3          We have not seen though the ballots and other

4  solicitation materials that will have to be changed as a

5  result of this development.  I'm assuming at some point the

6  debtors will share those materials with us.  We will try to

7  review them quickly.  And hopefully, by the close of

8  business today, we will be in agreement on a complete set of

9  solicitation materials.

10

          Your Honor, just one other point.  You did

11
   indicate, I'm not sure it's necessarily in reference to this

12
   development, that you were under the understanding that the

13
   mediation is ongoing.

14

15          THE COURT:  Well, what I said was specifically

16  Judge Gross had told me without offering detail, that he

17  continues to speak to some parties.  He hasn't told me who

18  or --

19          MR. GOLDEN:  Okay.

20          THE COURT:  -- or what it's about, but that's

21  consistent with how he handles his mediations.

22          MR. GOLDEN:  Okay.  I --

23          THE COURT:  In his mind, they're never over until

24  there's a resolution.

25

1    MR. GOLDEN:  Well, I will say and I just didn't -

2    - I rise only because I don't want to leave a misimpression

3    with the Court.  We have not heard from the mediator since

4    November 23, which was our last mediation sessions.  And

5    what he had said to us and we construed was that he believed

6    the mediation would be over now.  If he doesn't actually

7    mean that it's over, that may be.  I will just say from

8    Aurelius' position, we were told the mediation was over when

9    we last were there on November 23.

10    THE COURT:  Understood.

11    MR. GOLDEN:  Thank you, Your Honor.

12    MR. GREISSMAN:  Good morning, Your Honor.  Scott

13    Greissman, White & Case for the bridge agent.

14    We concur that option two is the better option.

15    And we have already revised our responsive statement and

16    we'll be prepared to file it today.

17    THE COURT:  All right, thank you.

18    MR. GREISSMAN:  Thank you.

19    THE COURT:  Anyone else wish to be heard?

20    (No audible response heard.)

21    THE COURT:  I hear no further response.  All

22    right, let's go back to the debtor.

23    MR. KANSA:  Your Honor, mechanically in response

24    to Mr. Golden's point, we will have clean black line

25

versions of the ballots to them.  I have clean versions now

in Court, as well as, the black line versions of the three

debtor committee lender responsive statements that were

filed yesterday or were circulated yesterday, I should say.

We have those available for review now.  And what we would

propose if everyone is in agreement on option two is to

circulate those ballots to the other two proponents yet

today, almost certainly during this hearing.  File those

with the Court and circulate to them along with those a form

of proposed order amending the original solicitation order

to implement this option, Your Honor.

          THE COURT:  All right, thank you.  We'll --

before we leave here today, we'll definitively determine

what's to happen after the filings are in and within what

timeframe and how things get to the Court and in what form.

          MR. KANSA:  Thank you, Your Honor.  We will --

the one other point we would address is Your Honor had

ordered in the original solicitation order that solicitation

costs be allocated among the plan proponents at 50 percent

for the debtors and 50 percent for the proponents of the

other plans.  With the reduction of one plan proponent, the

debtors would submit it should continue as 50 percent for

the debtors and 50 percent for others.  Obviously, we don't

speak for the proponents of the other two plans on that, but

1    that is an issue that may need to be addressed here, Your

2    Honor.

3            THE COURT:  I'll decide it now.  That's how it

4    should be subject to the same conditions or without

5    prejudice as I had ordered the first time.

6            MR. KANSA:  Thank you, Your Honor.

7            THE COURT:  All right.  Okay.  Let me ask this.

8    I did see a response to the committees' motion for

9    confirmation of its standing.  Have the parties had a chance

10   to talk about that and to see whether something can be

11   worked out?

12           MR. SETTILE:  Your Honor, James Settile of

13   Zuckerman Spaeder, special counsel to the committee.

14

15           We have had some opportunities to discuss the

16   issues raised by Zell and EGI with Mr. Bradford, their

17   counsel, but have not been able to reach a resolution.  And,

18   therefore, I think we would need to go forward, Your Honor,

19   with respect to argument.  I do not anticipate that it would

20   be lengthy.

21           THE COURT:  All right.

22           MR. BRADFORD:  We agree, Your Honor.

23           THE COURT:  Okay.

24           MR. BRADFORD:  David Bradford for EGI and Mr.

25   Zell.

1          THE COURT:  All right.  Why don't we address that

2    now then?

3          MR. SETTILE:  Certainly, Your Honor.  Your Honor,

4    this is the committees' motion to confirm that the Court's

5    October 27, 2010 order granting the committee standing to

6    pursue certain claims covers all of the claims that the

7    committee has asserted in amended complaints filed prior to

8    December 8.

9          Your Honor, as the Court will recall, the

10   committee sought standing to pursue claims against a variety

11   of parties relating to the leverage buyout transaction.  And

12   those motions for standing were heard by the Court on

13   October 22.  The Court entered an order on October 27

14   following the hearing that granted the committee standing to

15   commence and prosecute claims subject to the terms of the

16   order which included among other things, a general stay of

17   prosecution with some limited exceptions.

18          And in its order granting standing, the Court

19   permitted the committee to amend the existing draft

20   complaints that had been submitted with the standing motions

21   in certain well defined categories.  And that was intended

22   to address the point raised by various parties that there

23   might be additional claims that should be asserted by the

24   committee in order to ensure that they were preserved.  And

25

1  the Court directed the committee to consult with various

2  interested parties on those issues.  The committee did so

3  both prior to filing its original complaints on November 1

4  and prior to filing the amended complaints about a month

5  later.  And the result of those consultations is that the

6  committee added some additional claims to the complaints.

7          The motion to confirm standing is simply intended

8  to ask the Court to confirm the committees' view that every

9  claim that was added as a result of consulting with other

10  parties, falls within the parameters of the Court's October

11  27, 2010 order.

12          The Court on our motion filed last week, agreed

13  to expedite the hearing of the matter so that it could be

14  heard today and to shorten notice.  And permitted parties to

15  present objections, if any, either before this hearing or at

16  the hearing today.

17          The only objection we are aware of, Your Honor,

18  is that filed last night on behalf of Mr. Zell and EGI.

19  Although, I suppose a party might rise to announce some

20  other objection, we're not aware of anything else.

21          Let me speak briefly to the nature of the

22  objection raised by Mr. Zell and EGI.  The objection does

23  not contest that the committee had standing to commence all

24  of the claims asserted in the amended complaints.  So there

25

1    is no issue here with respect to limitations or other time

2    related bars.  Instead, the tenor of the objection is that

3    the committee does not, should not have standing to actually

4    prosecute those claims without some further opportunity for

5    Mr. Zell and EGI to argue that the claims are not colorable,

6    that the claims, prosecution of the claims is not in the

7    best interests of the estate.

8              So that's the issue that's presented by the

9    objection.  Does the committee, should the committee have

10   standing to prosecute these claims or should Mr. Zell and

11   EGI be permitted to argue later that the committee shouldn't

12   have, doesn't have standing to prosecute the claims because

13   they're not colorable or aren't in the best interest of the

14   estate.

15

16             Your Honor, I think that what we have here is

17   what my teenage son calls and effort for a do over.  This

18   issue has been resolved by the Court in its October 27, 2010

19   standing order.

20             THE COURT:  Then why must I address it again?

21             MR. SETTILE:  Your Honor, I don't believe that

22   you do need to address the objection that's been raised.

23   The objection does not suggest that any of the claims fall

24   outside of the scope of the Court's order at least as I

25   understand it.  And Mr. Bradford, counsel for Zell and EGI

1  will correct me if I'm wrong.  I don't think the argument is

2  that the Court's order doesn't encompass the claim.

3          THE COURT:  I know, I tend to agree with that.

4          MR. SETTILE:  And that was the tenor of the

5  motion to confirm standing simply to confirm that we feel

6  within the four corners of the Court's order granting

7  standing.  Instead, what the argument is is we get to argue

8  later on that you shouldn't be allowed to prosecute.

9          THE COURT:  Well, in fairness to the objector

10 here, there were claims which were specifically discussed at

11 the hearing.  And those which the parties thought or knew

12 were out there, but weren't specifically the subject of

13 discussion at the hearing and that's why the language that

14 we ended up with ended up in the order.  This was not

15 specifically something that I recall was discussed at that

16 hearing.  So I don't know if it's really a do over, but I

17 guess the question is if -- well, let's deal with a couple

18 different things.

19         MR. SETTILE:  Certainly, Your Honor.

20         THE COURT:  If the issue's really been decided,

21 why are you here?  And then secondly, does it really need to

22 be decided today?

23         MR. SETTILE:  Your Honor, I think the issue has

24 been decided.  I think the Court needs to address it to

25

1  eliminate any doubt that it's been decided and doubt has

2  been raised now by Mr. Zell and EGI in the form of their

3  opposition as to whether standing was properly granted to

4  the committee to prosecute as opposed to just file lawsuits.

5          The reason I think it is a do over, Your Honor,

6  is that there was a specific reference at the hearing on

7  October 22 to these claims.  In fact, counsel for Mr. Zell

8  and EGI spoke to the issue.  And what they said, Your Honor,

9  on Page 43 of the transcript, Mr. Vale of Jenner and Block

10 rose -- I should say, spoke telephonically, rose

11 metaphorically and said the following.  I represent EGI,

12 TRB, EGI, and Mr. Zell, and I don't object to the UCC's

13 motion for standing.  It is, Your Honor, not surprising that

14 there was no extended discussion of those claims given that

15 counsel for EGI and Zell advised the Court and the parties

16 that they did not object to the committees' motion for

17 standing.

18          Now in fairness, Mr. Vale went on to make another

19 couple of comments that I should bring to the Court's

20 attention.  He said to the extent that the UCC seeks to

21 immediately commence litigation and to take discovery, I do

22 object.  It was my understanding that there would be no

23 litigation during the mediation.  And here with pending

24 mediation, there's no valid purpose served by the UCC

25

1   running to file its complaints.  As to that issue, the Court

2   specifically instructed in its order that the complaints

3   should be filed notwithstanding Judge Gross' view that the

4   mediation continued and notwithstanding the provision of the

5   mediation order.

6          So to the extent there was an objection there

7   about filing, this Court specifically overruled it.  The

8   last comment Mr. Vale made was that the complaint's

9   allegations against my client are unfounded and contrary to

10  the conclusions and findings of the examiner.  I'd ask that

11  they not go forward with filing the complaints until the

12  mediation has been concluded.

13          Again, Your Honor, I think what was happening is

14  that EGI and Zell were advising the Court and the parties

15  they didn't object to standing.  Their only objection is

16  that while the mediation is going on, the committee

17  shouldn't file.  This Court specifically overruled that

18  objection as reflected in its order and this matter has been

19  resolved.

20          Now there are opportunities in litigation to seek

21  a do over and they are called things like motions to

22  reconsider, motions to vacate, maybe a motion to dismiss the

23  underlying complaint as and when it's prosecuted and none of

24  those have been presented to the Court by Zell and EGI.  We

25

1  don't believe that there are any grounds for any of those,

2  but if there are, there are appropriate opportunities to

3  seek such a do over.  It is not on this motion which simply

4  seeks to confirm that this Court after being advised by

5  counsel for Zell and EGI that there was no objection to

6  standing for the committee, correctly granted standing to

7  the committee to commence and prosecute the claims.

8              THE COURT:  So what would be the effect of a

9  denial of your motion?

10             MR. SETTILE:  A denial of the motion, Your Honor,

11 I think would call into question depending on how the Court

12 ruled, whether or not claims asserted against Zell and EGI

13 were ones as to which the committee was granted standing to

14 prosecute the claims.  Counsel for Zell and EGI have agreed

15 that the committee had standing to commence the actions and,

16 therefore, toll any limitations rather time related

17 defenses.  So I think that would be the effect, Your Honor.

18             THE COURT:  Well, what about the offer to enter

19 into tolling agreements?

20             MR. SETTILE:  Your Honor, there was an offer that

21 was expressed in the opposition and that has been the

22 subject of discussion between committee counsel and counsel

23 for Mr. Zell and EGI to enter into an tolling agreement.

24 And, Your Honor, that would address the limitations issues,

25

1    but the limitations issues, I think are already muted out by

2    virtue of the opposition as its been filed and because I

3    think it's clear that the Court did grant standing to both

4    commence and prosecute the claims.

5              Our concern, Your Honor, is that entering into

6    tolling agreements with parties that as to whom complaints

7    have already been filed, simply imposes another barrier

8    between the claims and their prosecution that whoever brings

9    these claims and prosecutes them would have to go through.

10   Instead of simply proceeding on the existing complaints if

11   tolling agreements were entered into with Mr. Zell and EGI

12   and perhaps other parties who would presumably seek the same

13   relief, then instead of going forward on existing

14   complaints, you'd have to be filing new complaints.  And you

15   might very well face arguments that for whatever reason,

16   tolling agreements aren't effective.  Now we would attempt

17   to draft tolling agreements that foreclosed any such

18   arguments.  I think it's likely we would be able to do that,

19   but you might well open up additional arguments based on

20   time and limitations that aren't available to anyone at

21   present.

22             THE COURT:  Thank you.

23             MR. SETTLE:  Thank you, Your Honor.

24

25

1          MR. BRADFORD:  Thank you, Your Honor.  David

2    Bradford on behalf of EGI, TRB, and Mr. Zell.

3          Your Honor, when this matter came before the

4    Court, it was presented in a context where it was

5    specifically represented to the Court that the purpose of

6    filing the complaint was to toll the limitation period.  We

7    wanted to be cooperative with that.  We had offered a

8    tolling agreement even before the complaint was filed and we

9    felt the debtor and committee had properly sought to

10   preserve causes of action and we sought to cooperate with

11   that and did not object and were expressed that we were not

12   objecting insofar as they south to commence litigation to

13   preserve these claims.

14

15          We did make clear our views which we reiterate

16   today that these claims are unfounded.  The examiner

17   specifically found as to certain of these claims that there

18   was no plausible basis for the claim.  And that's an issue

19   on which we deserve to be heard.

20          With respect to Your Honor's question as to when,

21   we don't think it's necessary to reach those issues right

22   now because the practical purpose of these motions was to

23   preserve the claim for a later determination.  We've tried

24   to be careful in doing that and I am back today to

25   essentially assure the record reflects our continuing

1    objection as to the issue of whether these claims are really

2    colorable and whether it could be in the best interest of

3    this estate or its creditors to spend millions of dollars

4    pursuing claims that the examiner after careful examination

5    determined were unlikely to succeed.  Those are issues that

6    at least deserve fuller consideration at the appropriate

7    time.

8             I would note that the issue of standing is an

9    issue that cannot be waived by failure to object or by even

10   consent to the motion because it is a jurisdictional issue.

11   And I would cite to the Court together *Development*

12   *Corporation vs. Papis* [ph] *at 262, BR586* is a consequence of

13   that.  The fact that we came before the Court and did not

14   object and the Court appropriately entered an order in that

15   circumstance does not definitively resolve these issues.

16   Because if at any time there is an absence of standing that

17   is jurisdictional, it can be considered by the Court sua

18   sponte.  Or at any time, the circumstances in the case I

19   identified were precisely these where there was no objection

20   to standing.

21            And again, we're not seeking to have these issues

22   resolved today.  We were not seeking to have them resolved

23   back when.  We do think the real sensible course is to enter

24   into a tolling agreement.  And if there's concerns about

25

1  that tolling agreement, we'll stipulate to whatever Court

2  order is necessarily to fully preserve and protect the

3  option to bring these claims.  What we think is unfair is to

4  use a public pleading that is widely misconstrued as a means

5  of preserving causes of action that in all fairness, should

6  never be brought in the best interest of the estate.

7          And so we would ask this Court at minimum to make

8  clear that the ultimate resolution of the issue of whether

9  claims that the examiner found to be unlikely to succeed,

10  whether those claims are colorable and in the best interest

11  of this estate is yet to be resolved upon adversarial

12  presentation.

13

14          And in that context, again, we're willing to

15  stipulate that that should not implicate the limitation

16  issue.  We did not want to come before the Court in a

17  context where that ruling would have limitation consequences

18  because that puts everybody in an unfair position.  We do

19  think one appropriate time to consider that would be at

20  whatever point this Court entertains lifting the stay on

21  litigation.  And it might be set for resolution at that time

22  or we'd be happy to go forward and make adversarial

23  presentations at this time.

24

25

1      We do think it's an issue that doesn't need to

2 occupy the Court's immediate attention, but we think it's an

3 issue that should properly be preserved and reserved.

4      And we note that in Your Honor's order, Your

5 Honor expressly stated that you were expressly preserving

6 all rights of defendants.  That was an unequivocal statement

7 made in the order.  And we understand that portion of the

8 order expressly reserves the rights of the defendants to

9 raise these issues as to whether or not these claims again

10 that the examiner found unlikely to succeed are colorable or

11 in the best interest of the estate to pursue.

12

13      THE COURT:  Well if the claims fall within the

14 scope of the order that I signed, arguments to the contrary

15 in my view are foreclosed.  All other rights would be

16 preserved it seems to me, but why would I make a standing

17 decision that could be questioned later on?  I mean, that

18 makes no sense to me in the conduct of litigation.

19      Now here's what I'm going to do.  I'm going to

20 defer ruling on this.  I'm going to go back and look at the

21 transcript and then decide how if it all I wish to move

22 forward and whether there should be another opportunity for

23 your clients to be heard on this.  I want to get further

24 down into the weeds before I decide how to proceed.

25      MR. BRADFORD:  Thank you very much, Your Honor.

1              THE COURT:  All right.

2              MR. SETTILE:  Thank you.

3              THE COURT:  Mr. Bendernagel?

4              MR. BENDERNAGEL:  Your Honor, Jim Bendernagel,

5    Sidley & Austin for the debtor.

6              I stand to address the contours motion, the

7    procedures motion.  And I have good news.  I think we have

8    an agreement on all of the open issues that were before you

9    a little more than a week ago.

10             THE COURT:  Well, I hate to rain on your parade.

11                       (Laughter)

12             THE COURT:  But it seems to me that I ought not

13   to be fixing a schedule in the contours motion before I

14   dispose of the disqualification motion.  So let me ask you

15   to stand aside for the moment and ask the movants in the

16   disqualification motion to step forward.

17

18             MR. BENDERNAGEL:  No problem, Your Honor.

19             THE COURT:  Thank you.

20             MR. BOWDEN:  Your Honor, good morning.  May it

21   please the Court, Bill Bowden of Ashby & Geddes rising on

22   behalf of Akin, Gump, Strauss, Hauer & Feld.

23             Your Honor, I would like to take a moment to

24   introduce you to my co-counsel in connection with this

25   matter, Lawrence Robbins of the Robbins Russell firm.  Your

1    Honor has previously granted his admission pro hac vice and

2    he will be handling this matter on behalf of Akin Gump.

3                    THE COURT:    Thank you.

4                    MR. ROBBINS:    Good morning, Your Honor.

5                    MR. BOWDEN:    Thank you.

6                    MR. BENNETT:    Good morning, Your Honor.    Bruce

7    Bennett, Hennigan, Bennett & Garman on behalf of Oak Tree

8    and Angelo Gordon.

9                    This morning I think I'm going to take a little

10   more time than I usually do, mainly because we received this

11   sur-reply that Your Honor accepted yesterday.

12                   THE COURT:    Actually, before you do, there's

13   something that I'd to address as a threshold matter.    And it

14   starts with a question.    And that is I think most of the

15   parties and certainly the Court does consider this to be a

16   complex Chapter 11 proceeding for a variety of reasons.    But

17   let me ask you on a scale of one to ten, one being the least

18   complex, ten being the most complex, how would you rate this

19   Chapter 11?

20                   MR. BENNETT:    Pretty high, Your Honor in terms of

21   complexity.

22                   THE COURT:    And so would I.    So what I wanted to

23   advise you is that if I grant your motion, it's my intention

24   to postpone confirmation for at least 60 days.    And to be

25

1   open to an argument, it should be further postponed to

2   permit substitute counsel to be brought up to speed on all

3   the things that need to be attended to on behalf of

4   Aurelius.  If you would like the opportunity to discuss that

5   view of the Court with your clients or with your co-planned

6   proponents before we proceed, I will give you that

7   opportunity now.

8           MR. BENNETT:  I would like that opportunity, Your

9   Honor, but I would first like to ask you to reconsider that

10  inclination.

11          THE COURT:  I am not going to.

12          MR. BENNETT:  All right, then --

13          THE COURT:  We would just be talking about dates,

14  not about whether postponement will occur.

15          MR. BENNETT:  Well, maybe we should talk about

16  dates.  I think as Your Honor will remember, it was not very

17  long ago in this complex case --

18          THE COURT:  And by the way, I'm not saying I'm

19  going to grant the motion.

20          MR. BENNETT:  Right.

21          THE COURT:  All I'm saying is if I do --

22          MR. BENNETT:  Yeah.

23          THE COURT:  -- that will come with it.

24

25

1          MR. BENNETT:  I would like to remind Your Honor

2    that not very recently there was other counsel representing

3    Aurelius in this case.  And we don't know whether they're

4    gone.  We did point out that their other counsel was here,

5    was frankly -- they actually participated in the November --

6    in the mediation sessions that happened, I guess earlier on

7    behalf of Aurelius even after they bought the Centerbridge

8    position.

9          So the -- it not clear on the record that is

10   before you or frankly on the facts known to me that there is

11   any meaningful prejudice at all as a result of a need to

12   switch counsel.  It would -- because I think they'd be

13   switching back.  They don't have to start a fresh.

14

15         And I would also point out to Your Honor that

16   we're at an important juncture right now because no

17   discovery has started, no papers are due.  The plan -- the

18   confirmation or complexion of the confirmation process is

19   just changed.  There are fewer plans that we're dealing with

20   that were --

21         THE COURT:  I know.  How long did the examiner

22   have to submit his report?

23         MR. BENNETT:  The examiner took about 60 days.

24         THE COURT:  Um-hum.  So it seems to me that's the

25   --

1          MR. BENNETT:  But he started from zero.  Aurelius

2    isn't starting from zero.  They had four lawyers before they

3    decided to --

4          THE COURT:  Look, I've read the papers and --

5          MR. BENNETT:  I'd like to consult.

6          THE COURT:  -- I understand.  Now another thing

7    you might consider at the same time is whether you can reach

8    agreement on the competing conditions to a waiver which the

9    papers and emails reflect, but I leave that to you to

10   decide.  And again, I don't decide anything now and I

11   haven't decided how to decide now.  But I thought in

12   fairness to you, I should give that opportunity to the

13   movants before we proceeded.  How much time would you like?

14

15         MR. BENNETT:  Given I need to make some phone

16   calls, I'd like to have 20 minutes to a half hour.

17         THE COURT:  All right.  We'll reconvene at 11:20.

18   Court will stand in recess.

19             (Recess from 10:50 a.m. to 11:22 a.m.)

20         THE CLERK:  All rise.  Be seated, please.

21         THE COURT:  Mr. Bennett?

22         MR. BENNETT:  Your Honor, based upon your

23   remarks, my clients are prepared to withdraw their request

24   for a disqualification provided that the effect of that is

25   the same as occurs in the cases cited by Akin Gump in

1  circumstances where the disqualification is denied on

2  equitable grounds which is that all other rights and

3  remedies that the clients might have are preserved.  And

4  this is not a determination of the merits of the underlying

5  problems.  And that's what Courts do when they don't

6  disqualify when there's some form of a hardship.  And I just

7  want to make sure that that's what Your Honor meant.  And if

8  that's what Your Honor meant, we're prepared to withdraw it

9  on that basis.

10         THE COURT:  All right.  Let me ask Mr. Robbins

11 whether he has any problem with that.

12         MR. ROBBINS:  Good morning, Your Honor.  We

13 certainly have no problem with the withdraw of the motion.

14 Having read the cases, what I understand them to do when a

15 motion is withdrawn or otherwise denied is that it is

16 withdrawn or denied with prejudice.

17         So I first understand the implication of Mr.

18 Bennett's remarks to be that the order that results from

19 today's proceedings will be in order, that the motion is

20 withdrawn with prejudice.  So for example, we don't find

21 ourselves two weeks into the litigation that's forthcoming,

22 only to find a renewed motion.  So the first order of

23 business, I think is that the order should be clear that

24 this motion is withdrawn with prejudice.

25

1          In terms of what else is being reserved,

2    obviously, you know, lawyers reserve whatever rights the

3    wish to reserve.  It has not been my impression that Court's

4    write opinions about what they can and can't do in the wake

5    of a withdrawn disqualification motion.  Obviously, they

6    have the right to reserve whatever they think they can

7    reserve.  We have the right to reserve whatever we think we

8    can reserve.  I don't really think this Court needs to

9    venture into the question as to what's reserved.  The only

10   question before the Court is is there a motion for the

11   disqualification of this law firm.  That motion has now been

12   withdrawn.  It should be so awarded with prejudice and the

13   parties are free to proceed with whatever claims they think

14   they have or don't have, whatever defenses they think they

15   have or don't have, and that's, I think not the problem -- I

16   don't think this Court needs to address those questions.

17

18          THE COURT:  Was there any discussion about the

19   conditions or restrictions that Akin had offered in terms of

20   continuing its ethical wall offering not to take discovery

21   from Oak Tree or Angelo Gordon?

22          MR. ROBBINS:  There was not a discussion because

23   in the wake of the decision to withdraw, we didn't go to

24   those.  But let me say, those conditions are on the table

25   notwithstanding the withdraw.  And we have never backed away

1  from them.  And the ethical wall is in place and will

2  remain.  The offer to have separate counsel conduct

3  discovery and conduct hearings remains.

4          THE COURT:  And the separate FCC counsel?

5          MR. ROBBINS:  Separate FCC counsel remains.  And

6  we will adhere to those conditions without regard to the

7  disposition.  Well, obviously, we had hoped that those

8  conditions would alleviate this motion in the first

9  instance.  But notwithstanding the withdraw, I think I have

10  the assurance of my client that we will continue to

11  implement those conditions even after assuming the Court has

12  prepared to so order the withdraw with prejudice, we will

13  implement and continue to implement all of those conditions.

14

15          THE COURT:  Mr. Bennett?  Mr. Robbins, stay up at

16  the podium, if you wouldn't mind.

17          MR. ROBBINS:  I'm sorry, Your Honor.

18          THE COURT:  That's all right.

19          MR. BENNETT:  Your Honor, first of all as to the

20  conditions.  The most important condition is the one noted

21  second in my email which is Exhibit 15 of the

22  disqualification papers which is that Akin Gump not take

23  positions in this Court inconsistent with the positions that

24  Akin Gump is taking before the FCC.  The position that puts

25  us in just horrifying.  There will be other parties to that

1  FCC action, not necessarily parties before this Court.  And

2  if they are unable to undermine an Akin Gump pleading or

3  statement or whatever happens at the administrative level or

4  at the appellant level with something being said here, we

5  are in a very difficult and uncomfortable situation that I

6  would think no Court would want to put us in.

7           And that is of course the reason why we have this

8  dispute.  It's not about other stuff or other things not in

9  this courtroom, it is centrally that awkwardness at a

10  minimum and prejudice in reality.  And they've never agreed

11  to that and never been willing to agree to that, not ever.

12  So there's something really substantive here, I think you

13  should know that.

14

15           THE COURT:  Have --

16           MR. BENNETT:  Secondly --

17           THE COURT:  -- conflicting positions yet been

18  taken?

19           MR. BENNETT:  No, Your Honor, they have not yet

20  been taken.

21           THE COURT:  All right.

22           MR. BENNETT:  And they have not been -- and we've

23  -- they have pointed that out.  And we've said please agree

24  that it won't change and they said no, we won't agree to

25  that.

1    As to the with prejudice.  Your Honor, it is -- I

2  am sensitive to the fact that if we don't say more, it is

3  subject to further litigation about exactly what happened

4  here.  If Your Honor ultimately heard everything and said,

5  look, there may or may not have been a waiver, but I'm not

6  going to do this anyway because I'm -- because there's too

7  much prejudice to the other party, if you read all of the

8  cases where the Court takes that approach to a

9  disqualification motion, they say I'm denying this

10  qualification, but there may be other consequences and

11  remedies and we're not dealing with that.  I need an order

12  that specifically gets to the same place because I think

13  that's where Your Honor wants to get to.  I don't think,

14  Your Honor, is saying I'm going to enter an order with

15  prejudice and let another Court figure out what I did hear.

16  I don't think that's appropriate.

17

18    We will say that we will not seek

19  disqualification again.  And in that sense, it's with

20  prejudice, but it's not with prejudice for any other

21  purposes that those terms are usually used.  And in

22  dispositions where the reason is harm that would be suffered

23  by the other party, that's exactly what the Court does.  And

24  so we need a few more words than Mr. Robbins is suggesting.

25  You know, it will not be renewed, but just to say generally

1    with prejudice left to further termination, I'm sure there

2    are lots of other cases out there that say with prejudice

3    means that every single issue that was raised or could have

4    been raised has been ruled against you.  We would not agree

5    to that and I don't think Your Honor asked me to.

6             THE COURT:  All right.  I would like to see you

7    two at sidebar.  Off the record now.

8             MR. BENNETT:  Yes, Your Honor.

9             (Off the record from 11:29 a.m. to 11:31 a.m.)

10            THE COURT:  All right.  I've asked counsel given

11   the expression of their views, to see if they could have

12   further discussions.  I do think there's an appropriate

13   arrangement to be made there so I've asked them to step out

14   and have those discussions and hopefully report back before

15   we're gone here today.  I think you're on again, Mr.

16   Bendernagel and maybe there's no rain.

17            MR. BENDERNAGEL:  Jim Bendernagel, Sidley &

18   Austin for the debtors, Your Honor.  It's always dangerous

19   to delay because a rainstorm could come up, but it seems to

20   have come up.

21            By in large, we have agreement.  We have been

22   discussing with Merrill Lynch the specific language of the

23   order and they have sent us some changes in the order, a

24   copy of a draft that you don't have and I'm not even sure

25

1  they're reacting to the most recent draft.  My sense is we

2  can work most of those issues out and it might be helpful at

3  a point to make a phone call and check with them, but let me

4  explain to you what's happened since last week so that you

5  have some context and the like.

6          As you recall, as week ago, I got up and said

7  that there were seven open issues that related to the case

8  management order.  And we went through those and you gave

9  your preliminary views on those which was quite helpful.

10 And you also indicated that you wanted the schedule to be

11 arranged so that we weren't debating these issues on March

12 7, the start date and we took that into consideration.  And

13 you also expressed some views as to encouraging the parties

14 to find a way to deal with the examiner report.

15

16          The parties took all that seriously.  They've

17 gone back and through a bunch of -- some telephone

18 conferences and exchanges of drafts, I think we've gotten to

19 a position where we've resolved the seven issues.  We've

20 come up with a mechanism that provides for a hearing subject

21 to your availability before the 7th to try and get rid of

22 all the evidentiary questions and the like motions in

23 limine.

24          And also, we're working on a protocol that I

25 think will allow the maximum use that I think is -- the

1    parties are going to be able to stomach with respect to the

2    examiner report.  And I don't say that in any kind of

3    demeaning way.  I think we've got a procedure, we're still

4    working on the protocol, but we're not in a position to

5    present that today.

6              With respect to the case management order itself,

7    the first issue I had identified for you was there was a

8    debate about the close of discovery.  And you said could it

9    be coterminous.  And the parties went back and discussed

10   that and we've gotten a lot closer to coterminous, but not

11   there.  But the good news is we have an agreement.  The

12   expert discovery would close on March 3 as it was already

13   agreed to.  The fact discovery would close on February 25, a

14   week before and the parties are agreeable to that.

15

16             With respect to the responses to document

17   production, there were two issues.  One had to do with

18   whether we have hard deadlines or best efforts.  You said

19   you would prefer hard deadlines.  We've agreed to that.

20   There was a debate as to how much time the parties should

21   have with respect to resolution of a disputed issue.  They

22   said once the issue is resolved, you have ten days to

23   produce.  We said twenty.  The obvious solution to that was

24   fifteen and that's what we've agreed to, so that's been

25   taken care of.

1          There was a debate about the use of

2 interrogatories and RFA's.  And it all centered about

3 whether you could use RFA's and interrogatories in

4 connection with the examiner report.  It's been agreed that

5 we're not going to do that consistent with your suggestion

6 that we had better things to do with our time and the fact

7 that we've been able to work out or at least we have the

8 ground works for a protocol on the examiner report.  So even

9 a more efficient process for that.

10          The privilege log was the most tricky issue and

11 it took the longest to resolve.  But I think we've just

12 followed what you suggested which is we start with category

13 logs and nobody waives their rights to insist on the more

14 specific logs.  And there's been good dialogue between the

15 parties in terms of identifying where potentially log by log

16 is going to be insisted upon and where category logs will be

17 agreed to.  We're not going to ask you to decide any of that

18 now.  That can all work itself out in response to the

19 specific document request, but the understanding is we start

20 with category logs.

21          THE COURT:  I just remind you that Bankruptcy

22 Judges are prohibited by rule from appointing discovery

23 masters.

1          MR. BENDERNAGEL:  No, I understand that.  And

2    hopefully, it will not come to that, Your Honor.

3          THE COURT:  All right.

4          MR. BENDERNAGEL:  The next issue is fact

5    depositions.  And you'll recall we said ten per proponent

6    group, they said 40 per proponent group and the solution has

7    been we've decided to go in a different direction than

8    proponent group and simply say people are opposing the

9    debtor committee lender plan and we'll get 40 depositions

10   among them.  And the proponents of our plan will get 20

11   depositions and that's been agreed to so we've modified the

12   language to accommodate that.

13

14         The letter briefing issue I think we've come up

15   with a solution.  It's going to be essentially two rounds,

16   not three.  They'll be a four page limit on the submission

17   and they'll be two business days to get your reply.  And the

18   idea here is to cue issues up.  The one issue that came up

19   with Merrill Lynch is and I'm not positive what Merrill

20   Lynch's position is, it's not clear to me whether they want

21   to be part of that process or not part of that process.

22         My sense listening to you last week is that you

23   want to use these letters as a gating mechanism and you were

24   thinking about doing it more generally anyway.  So my guess

25   is that you'd want it to apply to all the parties to the

1    discovery.  And I'm not suggesting Merrill Lynch has said

2    no, but I just couldn't figure out from their email what

3    their position was in that regard.

4           THE COURT:  Well, that was my intention.

5           MR. BENDERNAGEL:  All right.  Well, that's

6    helpful.

7           And then the final issue had to do with pre-trial

8    briefs.  And you said two would be enough, but there should

9    be post trial briefs and we've accommodated that.

10          With respect to the schedule, we've made

11   adjustments to the schedule so that the joint pre-trial

12   statement would be filed on February 28.  The motions in

13   limine would be briefed by that point in time.  And what we

14   were going to ask you and in the draft right now there is a

15   blank that says can we have March 2 or 3 as the date for a

16   pre-trial conference in advance of the 7th.  Those dates

17   aren't -- you know, February 28 all the briefing is going to

18   be done so this is more your call, Your Honor.  We tried to

19   stay away from Friday, the 4th, simply because, you know,

20   the -- a lot is going to be going on in that weekend and

21   getting ready for the start on the 7th so if we could get

22   this resolved on Wednesday or Thursday, that would be

23   better, but obviously that's going to depend on your

24   schedule.

25

1              THE COURT:  How much time do you think you'll

2    need?

3              MR. BENDERNAGEL:  Well, that's a little hard to

4    judge at this time, but probably two or three hours, you

5    know, hopefully, no more than that.  But, you know, at this

6    juncture and how litigious this case has been, there may be

7    a lot of disputes and maybe not.  We went through some today

8    pretty quickly, but --

9              THE COURT:  How about 1:30 on March 2?

10             MR. BENDERNAGEL:  That would be fine, Your Honor.

11             And that, you know, brings me down to I think the

12   last issue which we had talked about which is this protocol

13   for the examiner's report.  And we're working on that and

14   hope to get you something either by the end of this week or

15   sometime next week that would essentially have two aspects

16   to it in my mind, although given the fact that I haven't

17   shown this to anybody, this is truly in my mind.

18             One would be an explanation of what the various

19   parts of the examiner report could be used for, what the

20   parties agree.  And then a way, a mechanism by which the

21   parties over the next couple of weeks come to a bottom line

22   as to what parts of the examiner report are statements by

23   the examiner of historical fact.  There's an agreement on

24

25

1   that.  And whether, in fact, people are willing to accept

2   that for purposes of putting it into the record.

3         And I think everybody agrees that it would be

4   good to get as much as that essentially agreed could come in

5   for purposes of confirmation as possible and there needs to

6   be a mechanism to do that and we have a proposal as to how

7   to do that that would get that resolved hopefully by early

8   January.  You know, the first week or two of January so that

9   people would have that information as they go into the

10  deposition process.

11

12        THE COURT:  So in terms of -- I'll hear from

13  others in a moment, but in terms of case management order

14  are you suggesting that you'll hold that until you wrap up

15  the examiner protocol or is that something that would be

16  submitted afterwards?

17        MR. BENDERNAGEL:  My intention would be to get

18  you this afternoon if we could, the case management order

19  and deal with the examiner protocol separate and apart from

20  the case management order.

21        THE COURT:  Okay.

22        MR. BENDERNAGEL:  The case management order isn't

23  drafted at this juncture to incorporate the examiner

24  protocol.  And I don't want to hold that up simply because

25  it's important to moving forward to have set dates.

1            THE COURT:  Okay.  Then aside from the examiner

2  protocol, what is not resolved or what is still the subject

3  of dispute?

4            MR. BENDERNAGEL:  The only real question is I

5  think in terms of language is making sure that the Merrill

6  Lynch, Bank of America folks are content with the language

7  as we presented it to them.  They were concerned that as --

8  that there wasn't a clear enough demarcation between what is

9  a party and what is a plan proponent party and they've made

10  some suggestions as to how to do that.  My sense is that we

11  can accommodate all of them.  The only question I had is

12  one, when we execute it is that going to be acceptable

13  because we had tried to do this already and apparently came

14  up short.  And then the issue of what their position is with

15  respect to the letter briefing procedures and whether they

16  want to be in or out on that.  But what I'm hearing you

17  saying is that as a mechanism for gating all the discovery

18  disputes, it should apply to all parties not just plan

19  proponent parties.

20            THE COURT:  Yes.

21            MR. BENDERNAGEL:  I'll step aside, Your Honor.

22            THE COURT:  All right.  All right.  Anyone else

23  like to be heard?

24

25

1          MS. PRIMOFF:  Your Honor, it's Madlyn Primoff of

2  Kaye Scholar for Merrill Lynch.

3          Merrill Lunch together with Bank of America and

4  Citi, filed statements last evening because we're concerned

5  that in certain places in the case management order as

6  proposed, the definitions don't adequately address our

7  issues because none of us are plan proponents or co-

8  proponents, but we are parties.  So we have provided Mr.

9  Bendernagel with language and we're happy to talk offline

10  with Mr. Bendernagel and we're hopeful that we can resolve

11  the issues.

12          THE COURT:  All right.  Anyone else wish to be

13  heard?

14

15          MR. ZENSKY:  Good morning, Your Honor, David

16  Zensky of Akin, Gump, Strauss, Hauer & Feld for Aurelius

17  Capital Management.

18          Needless to say, Your Honor, I am pleased that we

19  were able to close the gap with Mr. Bendernagel and the

20  other proponents of the debtors' plan and taken it as far as

21  we have.  I do need to just comment on a few of the items,

22  not all of the items he touched on.

23          First, with respect to the -- where we came in on

24  depositions, in the wake of the last hearing, Your Honor, we

25  actually put pen to paper and sent a preliminary list name

1  by name of the depositions and showed the debtors how we got

2  to the numbers that we were talking about.  And that was a

3  list of depositions that all of the parties opposed to the

4  debtors' plan sought to take.  And you can see that we came

5  to agreement on that.

6            I just want to stress that as we talking a little

7  bit about last week, that that was a preliminary list and no

8  one is saying that that is the definitive list of deponents.

9  It comes before we received answers to interrogatories or

10 other documents that would be produced in the course of

11 discovery.  And it comes before we've seen the debtors and

12 their co-proponents list of trial witnesses.  That's due

13 under the case management order that's been agreed and was

14 agreed last time we were here a week from today.  As part of

15 the dialogue, we asked if they would accelerate that and on

16 a preliminary basis at least tell us how many people they

17 intend to call at the hearing and they did not share that

18 information with us.

19

20           So as I sit here, I don't know if they intend to

21 call two people or 22 people at the hearing in support of

22 their plan, nor would I know the degree to which it overlaps

23 with the list of people we asked to depose.  Obviously, if

24 there is an abundance of people that were not on our list

25 that they intend to call, we may need to come back to you on

1  that issue, but for now there is an agreement and the number

2  is what it is and I'm hopeful that it will be adequate to

3  cover all of the depositions that are necessary.

4         A second issue that we discussed during the meet

5  and confer process but have in effect punted on for now is

6  the issue of the default time limit for depositions.  We had

7  proposed that that be extended for all depositions or for

8  debtor depositions and other parties getting the release so

9  that we don't have to come back to Your Honor every time as

10  a result of a number of lawyers seeking to question a

11  witness there is a legitimate need to go over the seven

12  hours.  And the debtor and their co-proponents were opposed

13  to that, so I think we're going to have no choice, but to

14  take that up on a deposition by deposition basis.  And we

15  have language in the agreed form of order that instructs the

16  parties to work cooperatively on that issue and, of course,

17  only come to you if we're unable to work out the problem.

18         The one area where I just take issue with Mr.

19  Bendernagel's description of the agreement so to speak is

20  with respect to privilege logs.  The question of privilege

21  is going to be very important as we move forward in the

22  litigation, Your Honor.  And the bit and I -- that I asked

23  on that so to speak if you remember from last time was that

24  we felt that we were able to conceptually work with them on

25

category logs in many areas, but there were certain specific

areas where we felt that a traditional document by document

log was essential.  And we struggled and it took some time

on our part to try to formulate who those custodians are or

what areas of information we would want a document by

document log.  And we submitted to the debtors, but we were

unable to get it to them until last night.

So the resolution for the case management order

is really to just punt on that issue as well and simply say

the privilege logs will be due within 30 days of the

document request and we will talk further in the wake of

today's hearing about whether we can come to terms on the

form of category logs and where a document by document log

would be necessary.  If we can't reach agreement on that,

we'll come back to you, but there is no agreement that in

all instances in all categories in the first instance that

we have accepted the use of category logs.  And I think it's

appropriate for us to continue the discussion on that point.

The last point I wanted to make, Your Honor is as

Mr. Bendernagel said, in concept, all the parties who have

participated when we conferred, seem to have an agreement on

the examiner report issue.  And Mr. Bendernagel has

undertaken to try to write a protocol to reflect the parties

agreement.  One piece of that that was important to Aurelius

1    as you remember from last week, Your Honor, is the ability

2    to find out which pieces of it are going to be really put at

3    issue at the hearing.  And that is going to be part of this

4    document.

5              The only point I want to make now is that we were

6    able to come to terms on the use or limited use of

7    interrogatories and limited use of requests to admit in

8    contemplation of coming to an agreement on that issue as

9    part of the examiner protocol.  I have no reason to believe

10   we won't be able to get the details out and work that out.

11   But in the event we can't, we may still have that issue

12   lurking in the background.  But again, I think we'll be able

13   to.

14

15             THE COURT:  All right, thank you.  Does anyone

16   else wish to be heard?

17                   (No audible response heard.)

18             THE COURT:   I hear no further response.  Okay.

19             MR. BENDERNAGEL:  Your Honor, we'll submit --

20   we'll try to work out the language with the various parties

21   and try to get something to you today.  I expect that we'll

22   be able to bridge any gaps with language.

23             THE COURT:  Okay.  Now let's go back to

24   solicitation procedures.

25

1          MR. NOVOD:  Your Honor, I'm sorry.  If I may beg

2    your indulgence for just a moment.  Gordon Novod of Brown

3    Rudnick on behalf of the phone indenture trustee, Wilmington

4    Trust Company.

5          Just a matter related indirectly to the contours

6    which we had just been discussing on the record and

7    something which was not part of the case management order

8    that's been proposed.  And I'm actually rising to actually

9    seek your guidance, Your Honor.

10         There's an open issue with respect to the allowed

11   amount of the phones claim and whether the claim should be

12   in the order of magnitude of about $760 million or $1.2

13   billion, depending on certain legal rights.  Now we had

14   contemplated teeing up this issue in advance of the

15   confirmation hearing as that hearing in March will encompass

16   a great number of issues which will largely focus on the

17   transactions arising out of the 2007 transactions.

18         And I'm mindful of your comments, Your Honor, at

19   the last hearing with respect to the intercompany claim

20   issue.  And I wanted to just ask for a little bit of

21   guidance, if you will, with respect to whether Your Honor

22   would be appreciative of this hearing this narrow and

23   discrete issue prior to the hearing around the time of the

1  3018(a) hearing date or perhaps if you'd like to hear that

2  confirmation itself.

3          THE COURT:  Well, I'd rather not hear it at all.

4  I didn't hear that on the menu, but --

5                     (Laughter)

6          THE COURT:  -- as to the two items that you

7  offered, if you want to tee it up for the 3018 hearing date,

8  you're welcome to.  That doesn't mean I'll dispose of it

9  then, but at least I'll have my arms around what the issues

10  are.

11         MR. NOVOD:  Okay, thank you, Your Honor.

12         THE COURT:  Okay.

13         MR. NOVOD:  And I would just note for the record

14  that we do not anticipate that this requires very much

15  evidence and it will be largely in the way of legal

16  argument.

17         THE COURT:  All right.

18         MR. NOVOD:  But we're happy to tee it up, Your

19  Honor, and thank you for your time.

20         THE COURT:  Thank you.  Okay.  Can we move to

21  procedures again?

22         MR. KANSA:  Good morning, Your Honor.  Ken Kansa

23  of Sidley Austin on behalf of the debtors.

24

25

1        We have been since I last spoke with you earlier

2   in the hearing, diligently working through getting changed

3   versions of all of the ballots and materials over here.  We

4   have provided or we have clean versions of all of the

5   ballots completed and here in Court.  We have provided black

6   line versions of the ballots for the note holder plan, the

7   proponents of that plan, and black line versions of the

8   ballots for the bridge lender plan to the proponents of that

9   plan.  We have not gotten comments back yet, but the changes

10  are fairly minor.

11       We have also provided at least to counsel for

12  Aurelius copies of the changed pages to the general

13  disclosure statement.  We have more copies of those that

14  have just come in, Your Honor, and are able to make those

15  available to folks as well.  We anticipate being to provide

16  black lines of everything to everyone, I would imagine

17  within the next 20 or 25 minutes in hard copy and we could

18  do so now by email if there were folks back at the shops

19  that wanted to see them.  All of that could be on file with

20  the Court presumably later today.

21       In terms of the responsive statements, our

22  changed responsive statements were circulated yesterday as I

23  mentioned so that is already covered.  We have not seen the

24  revised responsive statements from the proponents of the

25

1   other two plans, but I suspect based on the representations

2   each of them has made to the Court, that that can be

3   accomplished very quickly.

4        THE COURT:  Okay.  Here's what I suggest and if

5   anyone wants to react to that, I'm okay with it.  I would

6   like to have delivered to the Court whether it's later today

7   or first thing tomorrow, just black lines.  The only thing I

8   need a clean copy of is the order that you'd like me to sign

9   with respect to solicitation.  I guess it would be an

10  amended order.  So either by the end of the day to day or

11  first thing tomorrow.

12       Why don't we schedule a conference call for say

13  11:00 eastern so that in the extremely remote chance that

14  someone has yet something further to discuss with respect to

15  the revisions we'll talk about it and resolve it then.  I

16  don't need any written responses to come in, but with a

17  black line, I'll be able to address whatever remaining

18  issues, if any, hopefully not, that any of the parties may

19  have.  How does that strike the group as a means of

20  proceeding?

21       MR. KANSA:  Your Honor, that's acceptable to the

22  debtors.

23       MR. GOLDEN:  That's fine, Your Honor.

24       THE COURT:  All right.  Welcome back, Mr. Golden.

25

1          MR. GOLDEN:  Thank you.

2          THE COURT:  Well, you never really left, I know.

3                    (Laughter)

4          THE COURT:  Mr. LeMay?

5          MR. LEMAY:  Your Honor, David LeMay for the

6  committee.  Would a tiny bit earlier be convenient for the

7  Court?  There's a creditors' committee meeting tomorrow at

8  11:30 and I think I would be the one handling both of those.

9  So 10:45 that extra 15 minutes would actually be enormously

10  helpful for me.  But if the Court obviously needs to do it

11  at 11:00, we'll make due.

12

13          THE COURT:  10:45 is okay with me.  Is it okay

14  with others?

15          MR. KANSA:  Yes, Your Honor.

16          THE COURT:  All right.  10:45 tomorrow morning

17  conference telephone hearing only.  All right.  Is there

18  anything left for today?

19          MR. KANSA:  I believe that concludes everything

20  on our agenda, Your Honor.

21          THE COURT:  Oh, yes, there is.

22                    (Laughter)

23          MR. SOTTILE:   There is one final matter, Your

24  Honor.  The Court heard argument earlier on the motion to

25  confirm standing.  And stimulated as counsel often are by

1  the Court's reactions to arguments, we've had some further

2  discussions about the issues and would like to make a

3  proposal to the Court about how we might resolve the

4  outstanding issues.

5          THE COURT:  All right.

6          MR. SOTTILE:  And it is as follows, Your Honor.

7  Since the only --

8          THE COURT:  Is this a joint proposal?

9          MR. SOTTILE:  It is a joint proposal, Your Honor.

10         THE COURT:  Okay.

11         MR. SOTTILE:  Since the only objection to the

12 motion to confirm standing is the one that was presented on

13 behalf of Mr. Zell and EGI and the Court I think wished to

14 take some opportunity to review the transcript and to

15 consider the matter further.  We have discussed with counsel

16 for Zell and EGI the following.

17

18         That we would propose that the Court if it is so

19 minded, enter the order to confirm standing, but carve out

20 of that order the issues raised by Mr. Zell and EGI in their

21 opposition.  And that those issues would be set for a

22 further hearing that would permit the parties an opportunity

23 to have further discussions about whether they can resolve

24 those issues and an opportunity for the Court to further

25 consider the arguments that have been made and for the

1    parties to be heard in response to any concerns the Court

2    may have after it has had an opportunity to consider the

3    transcript.

4              THE COURT:  Do you have a date to suggest?

5              MR. SOTTILE:  Your Honor, I actually do not have

6    present in my mind when the January omnibus hearing is.

7    There was a scheduling issue for Mr. Bradford that may make

8    that not possible depending on when it is.

9              THE COURT:  So January -- well, there's one on

10   the 13th and one on the 20th.  That's the 3018 day and

11   February 9.

12             MR. SOTTILE:  Your Honor, the January the 20th

13   would be convenient for both counsel for the committee and

14   for Mr. Bradford, counsel for Mr. Zell and EGI, if that's

15   acceptable to the Court.

16

17             THE COURT:  Okay.  I don't want to load that day

18   up too much given the 3018 day, but that's fine, you may

19   build that into the order.

20             MR. SOTTILE:  Thank you, Your Honor.  We'll

21   submit by the end of the day, a form of order that carves

22   out those issues, but otherwise grants the motion.

23             THE COURT:  All right, thank you.

24             MR. SOTTILE:  Thank you.

25             MR. BRADFORD:  Thank you very much, Your Honor.

1          THE COURT:  Okay.  Mr. Bennett, Mr. Robbins?

2          MR. BENNETT:  Your Honor, I think we have reached

3  an agreement concerning the disposition of the motion.  The

4  motion will be withdrawn subject to four conditions.  The

5  first three conditions are the paragraphs labeled first,

6  second, and third in Exhibit 16 to the Akin Gump appendix.

7  And the fourth is the paragraph labeled second in Exhibit 15

8  of the Akin appendix.

9          By way of an effort to be helpful, the parties

10 understand that positions may be taken by other counsel for

11 Aurelius that may not be taken by Akin and that's

12 understood.  And the parties also understand that if the

13 conditions are not complied with, further relief may be

14 sought.

15

16         We did not contemplate anything further.  If Your

17 Honor wanted a written order to this effect, we would

18 generate one.

19         THE COURT:  I think that would be --

20         MR. BENNETT:  We await your directions.

21         THE COURT:  -- a good thing.

22         MR. BENNETT:  Okay.  We'll compose something and

23 get it to you as rapidly as we can.

24         THE COURT:  All right.  Mr. Robbins?

25

1          MR. ROBBINS:  I think Mr. Bennett has stated

2   correctly the four conditions.  Those are the Paragraphs 1

3   through 3 in Mr. Golden's original email of 11/3 and

4   paragraph denominated second in Mr. Bennett's email of

5   October 27.

6          I just want to reiterate, however, one point that

7   Mr. Bennett made which I agree with which is that the fourth

8   condition that we've just now agreed to is that while Akin

9   obviously will not in representing Aurelius take a position

10  inconsistent with anything Akin has taken on in connection

11  with its representation of Oak Tree and Angelo, it obviously

12  is free to engage separate counsel whether before the FCC as

13  it already has.  And this Court in the event, in the event

14  such inconsistent positions need to be taken.  And the order

15  that I assume we'll submit to the Court will make all these

16  things clear.

17         THE COURT:  Yeah, it shouldn't just make

18  reference to the exhibits, but should put in the language --

19         MR. ROBBINS:  Yes.

20         THE COURT:  -- directly into the order.

21         MR. ROBBINS:  Indeed.

22         THE COURT:  All right.  Counsel, I understand how

23  difficult these issues can be.  The submissions certainly

24  made that clear at least to me anyway.  I appreciate your

25

1  efforts to finalize this arrangement.  I think it's

2  appropriate under the circumstances.

3          MR. BENNETT:  Thank you, Your Honor.

4          THE COURT:  Thank you.  Okay.  Anything further

5  for today?

6          MR. PERNICK:  I don't believe so, Your Honor.

7          THE COURT:  Thank you all very much.  That

8  concludes this hearing.  Court will stand in recess shortly

9  to permit the International Garden Products parties to set

10  up.

11     (Whereupon at 12:00 p.m., the hearing was adjourned.)

12

13

14                      CERTIFICATION

15          I certify that the foregoing is a correct

16  transcript from the electronic sound recording of the

17  proceedings in the above-entitled matter.

18

19

20  _____        15 December 2010

21  Traci L. Calaman                                Date

22  Transcriber

23

24

25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(6) 1:14  11:1  45:18  45:18  51:9  51:9 | | **agreement**(24) 4:4  6:12  8:16  22:13  25:8  27:6  35:23  37:8  38:24  39:1  41:8  45:8  51:21  53:11  57:23  61:5  62:1  62:19  63:14  63:15  63:21  63:24  64:8  72:3 | | **and**(301) 11:9  11:16  11:22  11:23  12:1  12:12  12:10  12:18  12:20  13:9  13:11  13:13  15:4  15:7  15:11  15:12  15:14  15:15  16:4  16:11  16:17  16:21  16:22  17:7  17:7  17:21  18:6  18:7  18:10  18:11  18:14  18:21  19:1  19:5  19:7  19:10  19:15  19:19  20:9  20:15  21:1  21:4  21:11  21:15  21:17  21:23  21:24  22:6  22:15  22:19  23:1  23:8  23:12  23:15  23:16  23:20  24:10  24:15  24:20  24:23  25:3  25:5  25:7  26:1  26:4  26:5  26:15  26:15  27:5  27:9  27:14  27:15  27:15  27:20  27:23  28:10  28:15  28:16  28:23  29:11  29:15  29:18  29:21  29:24  30:4  30:5  30:14  30:14  30:18  30:22  31:5  31:10  31:16  31:24  31:24  32:4  32:11  32:13  32:21  33:1  33:2  33:8  33:8  33:9  33:11  33:12  33:12  33:15  33:15  33:21  33:23  34:4  34:9  34:10  34:14  34:14  34:18  34:21  34:23  34:24  34:25  35:5  35:7  35:12  35:14  35:15  35:21  35:22  35:23  35:24  36:2  36:4  36:8  36:9  36:11  36:12  36:14  36:20  37:2  37:8  37:9  37:10  37:11  37:11  37:17  37:23  38:2  38:11  38:13  38:14  38:21  38:24  39:2  39:7  39:10  39:13  39:20  39:21  40:3  40:4  40:7  40:19  40:20  40:21  41:7  41:15  42:1  42:8  42:13  42:14  42:15  42:22  42:24  43:18  44:3  44:14  45:4  45:9  45:10  45:10  46:2  46:3  46:5  46:6  46:7  47:4  47:12  47:15  47:24  48:1  48:1  48:3  48:4  48:5  48:13  49:1  49:5  49:7  49:10  49:10  49:11  49:21  49:21  49:22  49:23  50:4  50:10  50:11  50:15  50:18  50:20  50:22  51:5  51:14  51:14  51:16  51:23  51:24  52:2  52:3  52:5  52:6  52:8  52:8  52:10  52:12  52:12  52:16  52:17  52:20  52:21  52:23  53:2  53:8  53:9  53:9  53:10  53:14  53:23  54:2  54:2  54:3  54:6  54:10  54:13  54:14  54:16  55:1  55:5  55:6  55:8  55:9  55:10  55:11  55:16  55:16  55:18  55:22  56:1  56:7  56:8  56:9  56:13  56:14  56:20  57:6  57:7  57:11  57:13  57:13  57:20  58:1  58:3  58:5  58:8  58:18  58:23  59:9  59:9  59:13  59:14  59:15  60:3  60:9  60:10  60:18  60:19  60:24  61:1  61:2  61:4  61:7  61:11  61:11  61:13  61:15  61:17  62:1  62:2  62:5 | | **anything**(11) 16:6  16:15  16:16  19:23  22:4  30:20  45:10  69:17  72:15  73:10  74:4 |
| **abid**(1) 3:36 | | | | | | | |
| **ability**(1) 64:1 | | | | | | **anyway**(3) 50:6  55:23  73:24 | |
| **able**(13) 16:10  28:16  36:18  53:1  54:7  60:18  62:24  64:6  64:10  64:12  64:21  67:14  68:17 | | | | | | **apart**(1) 58:18 | |
| | | | | | | **apparently**(1) 59:13 | |
| **about**(37) 12:21  14:20  14:22  15:2  15:13  16:22  23:1  24:3  24:13  25:19  28:10  30:4  34:7  35:18  38:24  43:13  43:14  43:15  44:22  47:4  47:17  49:8  50:3  53:8  54:1  54:2  55:23  57:9  57:12  61:2  61:7  63:12  65:12  68:15  70:2  70:3  70:22 | | **agreements**(5) 35:19  36:6  36:11  36:16  36:17 | | | | **appear**(1) 17:8 | |
| | | | | | | **appearance**(1) 15:15 | |
| | | **agrees**(1) 58:3 | | | | **appearances**(7) 1:20  5:1  6:1  7:1  8:1  9:1  10:1 | |
| | | **akin**(18) 3:32  5:36  8:29  13:10  24:9  41:21  42:2  45:24  47:18  48:21  48:23  49:2  60:15  72:6  72:8  72:11  73:8  73:10 | | | | | |
| | | | | | | **appellant**(1) 49:4 | |
| **aboveentitled**  (1) 74:16 | | | | | | **appendix**(2) 72:6  72:8 | |
| **absence**(2) 15:14  38:16 | | **albert**(1) 11:16 | | | | **apply**(2) 55:24  59:18 | |
| **abundance**(1) 61:23 | | **all**(76) 11:3  12:22  14:10  17:6  17:12  17:16  19:9  20:15  22:15  22:16  23:16  26:17  26:23  27:12  28:7  28:20  29:1  29:6  30:23  39:5  40:6  40:14  40:20  41:1  41:8  43:2  43:12  43:21  44:11  45:16  45:19  46:2  46:10  48:13  48:17  48:18  49:20  50:7  51:6  51:10  52:15  52:21  54:2  54:18  55:3  55:24  56:5  56:17  59:11  59:17  59:18  59:22  59:22  60:12  60:21  61:3  62:3  62:7  63:6  63:16  63:20  64:14  66:3  66:17  67:3  67:4  67:19  68:24  69:15  69:16  70:5  71:22  72:23  73:15  73:22  74:7 | | | | **appointing**(1) 54:22 | |
| **accelerate**(1) 61:15 | | | | | | **appreciate**(1) 73:24 | |
| **accept**(1) 58:1 | | | | | | **appreciative**(1) 65:22 | |
| **acceptable**(3) 59:12  68:21  71:15 | | | | | | **approach**(1) 50:8 | |
| **accepted**(2) 42:11  63:17 | | | | | | **appropriate**(7) 35:2  38:6  39:18  50:16  51:12  63:18  74:2 | |
| **accommodate**(2) 55:12  59:11 | | | | | | | |
| **accommodated**(1) 56:9 | | | | | | | |
| **accomplish**(1) 20:5 | | | | | | **appropriately**(1) 38:14 | |
| **accomplished**(2) 18:24  68:3 | | | | | | **are**(60) 12:5  13:19  13:20  15:2  16:10  16:13  18:13  18:22  20:14  21:13  22:3  23:12  24:20  27:14  30:17  31:5  32:21  34:9  34:20  34:21  35:1  35:2  35:2  36:1  37:15  38:1  38:5  39:10  40:10  40:14  44:16  44:18  45:22  46:3  47:13  47:23  49:17  49:19  50:20  51:2  53:1  53:14  54:22  55:8  57:22  58:1  58:13  59:6  60:7  60:8  62:3  63:4  64:2  66:10  67:10  67:14  69:24  72:5  72:13  73:2 | |
| **accomplishing**(1) 18:8 | | | | | | | |
| **according**(1) 16:16 | | | | | | | |
| **account**(1) 16:6 | | | | | | | |
| **action**(4) 24:15  37:10  39:5  49:1 | | **allegations**(1) 34:9 | | | | | |
| **actions**(2) 12:4  35:15 | | **alleviate**(1) 48:8 | | | | | |
| **actually**(10) 18:2  26:6  31:3  42:12  44:5  60:24  65:8  65:8  69:9  71:5 | | **allinson**(1) 3:19 | | | | **area**(1) 62:18 | |
| | | **allocated**(1) 27:19 | | | | **areas**(3) 63:1  63:2  63:5 | |
| | | **allow**(1) 52:24 | | | | **aren't**(4) 31:13  36:16  36:20  56:17 | |
| **adam**(1) 2:5 | | **allowed**(2) 32:8  65:10 | | | | **argue**(3) 31:5  31:11  32:7 | |
| **added**(2) 30:6  30:9 | | **almost**(1) 27:8 | | | | **argument**(6) 28:18  32:1  32:7  43:1  66:16  69:23 | |
| **adding**(2) 19:18  19:23 | | **along**(1) 27:9 | | | | | |
| **additional**(4) 20:20  29:23  30:6  36:19 | | **already**(11) 21:9  23:9  23:18  24:22  26:15  36:1  36:7  53:12  59:13  67:23  73:13 | | | | **arguments**(6) 36:15  36:18  36:19  40:13  70:1  70:24 | |
| **address**(12) 27:17  29:1  29:22  31:19  31:21  32:24  35:24  41:6  42:13  47:16  60:6  68:17 | | | | | | | |
| | | | | | | **arising**(1) 65:17 | |
| **addressed**(1) 28:1 | | **also**(9) 18:12  20:3  20:8  44:14  52:10  52:13  52:23  67:11  72:12 | | | | **arkin**(1) 7:27 | |
| **addressing**(1) 18:16 | | | | | | **arms**(1) 66:9 | |
| **adelman**(1) 8:39 | | | | | | **around**(2) 65:23  66:9 | |
| **adequate**(1) 62:2 | | **although**(4) 12:12  16:22  30:19  57:16 | | | | **arranged**(1) 52:11 | |
| **adequately**(1) 60:6 | | **alvarez**(2) 10:34  10:34 | | | | **arrangement**(2) 51:13  74:1 | |
| **adhere**(1) 48:6 | | **always**(1) 51:18 | | | | **ascertain**(1) 16:14 | |
| **adjourned**(2) 11:11  74:11 | | **amend**(2) 24:16  29:19 | | | | **ashby**(2) 3:25  41:20 | |
| **adjustments**(1) 56:11 | | **amended**(5) 13:12  29:7  30:4  30:24  68:10 | | **anderson**(1) 3:4 | | **ashley**(1) 2:15 | |
| **adler**(2) 4:22  6:5 | | **amending**(1) 27:10 | | **andrew**(6) 4:31  8:18  8:45  9:21  10:10 | | **aside**(3) 41:15  59:1  59:21 | |
| **administrativ**(1) 49:3 | | **america**(4) 7:13  7:19  59:6  60:3 | | **andrews**(1) 10:17 | | **ask**(19) 13:18  13:22  15:7  16:8  16:20  20:20  21:21  28:7  30:8  34:10  39:7  41:14  41:15  42:17  43:9  46:10  54:17  56:14  65:20 | |
| **admission**(1) 42:1 | | **america's**(1) 11:9 | | **angeles**(1) 4:18 | | | |
| **admit**(1) 64:7 | | **americas**(1) 4:32 | | **angell**(1) 5:3 | | | |
| **advance**(2) 56:16  65:14 | | **amit**(1) 10:23 | | **angelo**(5) 6:12  13:9  42:8  47:20  73:11 | | | |
| **adversarial**(2) 39:11  39:21 | | **among**(4) 21:22  27:19  29:16  55:10 | | **announce**(1) 30:19 | | | |
| **advise**(3) 12:11  17:18  42:23 | | **amount**(2) 14:17  65:11 | | **announced**(1) 20:1 | | **asked**(6) 51:5  51:10  51:13  61:15  61:22  62:22 | |
| **advised**(3) 18:5  33:15  35:4 | | **analysis**(1) 16:10 | | **another**(7) 16:20  22:23  33:18  36:7  40:21  45:6  50:15 | | | |
| **advising**(2) 15:5  34:14 | | | | | | | |
| **advocate**(1) 23:10 | | | | | | **aspects**(1) 57:15 | |
| **advocating**(1) 23:10 | | | | **answers**(1) 61:9 | | **asserted**(4) 29:7  29:23  30:24  35:12 | |
| **affect**(1) 18:16 | | | | **anticipate**(3) 28:18  66:14  67:15 | | **assume**(1) 73:15 | |
| **after**(8) 12:8  18:21  27:14  35:4  38:4  44:7  48:11  71:2 | | | | **anticipated**(1) 22:1 | | **assuming**(3) 21:1  25:5  48:11 | |
| | | | | **any**(30) 13:19  15:13  15:13  15:14  15:14  16:3  16:19  19:8  22:13  23:3  30:15  31:22  33:1  35:1  35:1  35:16  36:17  38:16  38:18  44:11  46:11  47:17  50:19  53:2  54:17  64:2  68:16  68:18  68:18  71:1 | | **assurance**(1) 48:10 | |
| | | | | | | **assure**(1) 37:24 | |
| **afternoon**(1) 58:17 | | | | | | **atamian**(1) 6:9 | |
| **afterwards**(1) 58:15 | | | | | | **attempt**(2) 14:20  36:16 | |
| **again**(12) 21:16  22:22  31:19  34:13  38:21  39:13  40:9  45:10  50:18  51:15  64:12  66:21 | | | | | | **attempted**(1) 15:3 | |
| | | | | | | **attended**(1) 43:3 | |
| | | | | **anybody**(1) 57:17 | | **attention**(3) 23:14  33:20  40:2 | |
| **against**(4) 29:10  34:9  35:12  51:4 | | | | **anyone**(12) 13:18  13:23  14:3  21:19  22:14  24:7  26:16  36:20  59:22  60:12  64:14  68:5 | | **audible**(5) 13:21  14:1  14:5  26:20  64:16 | |
| **agenda**(4) 11:6  13:16  17:17  69:19 | | | | | | **aurelius**(14) 3:25  8:29  10:42  24:10  26:8  43:4  44:3  44:7  45:1  60:15  63:24  67:12  72:11  73:9 | |
| **agent**(3) 4:30  18:22  26:13 | | | | | | | |
| **ago**(3) 41:9  43:17  52:6 | | | | | | | |
| **agree**(8) 22:21  32:3  49:11  49:22  49:23  51:4  57:20  73:7 | | | | | | **austin**(6) 1:22  6:29  14:13  41:5  51:18  66:23 | |
| | | | | | | **availability**(1) 52:20 | |
| **agreeable**(1) 53:14 | | | | | | **available**(4) 20:12  27:5  36:20  67:15 | |
| **agreed**(14) 30:12  35:14  49:10  53:13  53:18  53:23  54:4  54:17  55:11  58:4  61:13  61:14  62:15  73:8 | | | | | | **avenue**(5) 2:32  2:45  3:27  4:24  4:32 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

avoidance(1) 12:3
await(1) 72:19
awarded(1) 47:12
aware(9) 12:12 12:16 18:17 22:4 22:4 23:2 24:1 30:17 30:20

away(2) 47:24 56:19
awkwardness(1) 49:9

back(16) 15:22 26:22 37:23 38:23 40:19 44:13 51:14 52:16 53:9 61:24 62:9 63:15 64:22 67:9 67:18 68:24

backed(1) 47:24
background(1) 64:12
backup(2) 15:13 16:9
bale(1) 6:18
balers(1) 6:13
ballots(11) 19:8 19:14 19:19 20:14 25:3 27:1 27:7 67:3 67:5 67:6 67:8

banc(1) 2:43
bank(11) 4:38 6:4 7:13 7:19 9:29 9:46 9:46 10:21 11:9 59:6 60:3

bankruptcy(3) 1:1 1:18 54:21
barclays(3) 5:4 6:8 10:21
barnes(1) 5:24
barrier(1) 36:7
bars(1) 31:2
based(3) 36:19 45:21 68:1
basis(8) 14:22 15:2 16:18 16:19 37:17 46:9 61:16 62:14

because(24) 18:13 19:17 22:16 23:11 26:2 31:12 36:2 37:21 38:10 38:16 39:17 42:10 44:12 44:15 47:21 50:6 50:6 50:12 51:19 56:19 58:23 59:13 60:4 60:7

been(41) 16:2 17:2 17:4 21:10 23:18 28:16 29:20 31:17 31:21 32:20 32:24 33: 33:2 34:12 34:18 34:24 35:21 36:2 36:7 47:3 47:11 49:11 49:16 49:19 49:21 50:5 51:4 51:4 51:21 53:23 54:4 54:7 54:14 55:7 55:11 57:6 61:13 65:6 65:8 67:1 70:24

before(28) 1:17 21:20 22:16 23:11 24:1 27:13 30:15 37:3 37:8 38:13 39:15 40:23 41:8 41:13 42:12 43:6 44:10 45:2 45:13 47:10 48:23 49:1 51:14 52:20 53:14 61:9 61:11 73:12

beg(1) 65:1
behalf(14) 13:23 14:3 14:13 24:10 30:18 37:2 42:21 42:2 42:7 43:3 44:7 65:3 66:23 70:13

being(6) 35:4 42:17 42:18 47:1 49:4 67:15
believe(9) 12:17 16:15 18:22 25:1 31:20 35:1 64:9 69:18 74:6

believed(1) 26:5
bendernagel(24) 1:23 12:18 41:3 41:4 41:4 41:17 51:14 51:16 51:17 55:1 55:4 56:5 57:3 57:10 58:16 58:21 59:4 59:21 60:9 60:10 60:18 63:20 63:22 64:18

bendernagel's(1) 62:19
bennett(34) 4:13 4:14 8:8 8:8 8:25 42:6 42:7 42:7 42:20 43:8 43:12 43:15 43:20 43:22 44:1 44:22 45:1 45:5 45:14 45:20 45:21 48:14 48:18 49:15 49:18 49:21 51:8 72:1 72:2 72:19 72:21 73:1 73:7 74:3

bennett's(2) 46:18 73:4
best(8) 16:1 31:7 31:13 38:2 39:6 39:10 40:11 53:17

bet(1) 23:19
better(5) 23:19 24:14 26:14 54:6 56:23
between(5) 41:22 35:22 36:8 54:14 59:8

bifferado(1) 5:30
bigelow(1) 6:22
bill(1) 41:20
billed(1) 17:2
billion(1) 65:13
bingham(1) 7:23
bit(6) 17:17 23:15 61:7 62:22 65:20 69:6
blabey(1) 6:44
black(8) 20:3 26:24 27:2 67:5 67:7 67:16 68:7 68:17

blackwell(1) 7:31
blank(1) 5:12 56:15
block(3) 5:18 10:30 33:9
board(1) 9:7
both(5) 24:22 30:3 36:3 69:8 71:13
bottom(1) 57:21
bought(1) 44:7
bowden(1) 3:26 41:19 41:20 42:5
box(1) 2:8 3:28 4:9 4:41
br586(1) 38:12
bracewell(1) 22:9
bradford(12) 5:19 28:15 28:21 28:23 28:23 31:24 37:1 37:2 40:24 71:7 71:14 71:24

brady(1) 4:6
brandywine(1) 4:7
brian(1) 10:35
brickley(1) 4:8
bridge(5) 4:30 18:11 26:13 64:21 67:8
briefed(1) 56:13
briefing(3) 55:13 56:17 59:15
briefly(3) 19:9 23:5 30:21
briefs(2) 56:8 56:9
brigada(2) 9:25 9:25
bring(2) 33:19 39:3
brings(3) 15:18 36:8 57:11
brocklus(1) 9:29
bromberg(1) 7:5
brought(2) 39:6 43:2
brown(5) 3:12 6:8 7:4 10:21 65:2
bruce(2) 4:14 42:6
bryan(1) 6:32
bryant(1) 3:37
build(1) 71:18
building(1) 4:7
bunch(1) 52:16
bush(1) 2:23
business(4) 9:13 25:8 46:23 55:16
but(70) 12:7 12:11 12:19 13:16 14:24 16:9 16:18 17:10 19:21 21:17 21:20 23:2 24:2 25:19 27:24 28:16 32:12 34:6 35:2 36:1 36:19 40:2 40:15 41:12 42:16 43:9 45:1 45:9 45:11 47:23 48:9 50:5 50:10 50:19 50:24 51:19 52:3 53:4 53:10 53:11 54:11 54:19 56:2 56:8 56:23 57:4 57:5 57:8 58:12 59:16 60:8 62:1 62:5 62:13 63:1 63:6 63:15 64:11 64:12 66:4 66:9 66:18 67:9 68:1 68:16 69:10 70:18 71:17 71:21 73:18

buyout(1) 29:11
bynum(1) 7:10
calaman(1) 74:20
calculated(1) 24:15
call(7) 35:11 52:3 56:18 61:17 61:20 61:24 68:12

called(1) 34:21
calls(2) 31:16 45:15
came(6) 37:3 38:13 55:17 59:13 60:22 can(22) 16:1 16:19 17:9 18:23 28:10 38:17 45:7 47:4 47:6 47:8 52:2 54:18 56:15 59:11 60:10 61:4 63:12 66:20 68:2 70:22 72:22 73:23

can't(6) 16:9 21:17 23:21 47:4 63:14 64:1
candace(1) 6:31
cannot(2) 21:12 38:9
cantor(1) 7:14

capital(18) 3:25 6:16 6:16 6:38 8:4 8:4 8:21 8:29 9:4 9:4 9:25 9:25 10:13 10:13 10:42 11:23 24:10 60:16

care(3) 17:23 18:1 53:24
careful(2) 37:23 38:4
carey(1) 1:17
carickhofl(1) 5:13
carlyle(1) 2:43
carol(1) 6:18
carrier(3) 16:2 16:4 16:7
carval(2) 10:38 10:38
carve(1) 70:18
carves(1) 71:20
case(18) 1:7 4:29 12:14 26:13 38:18 43:17 44:3 52:7 53:6 57:6 58:12 58:17 58:19 58:21 60:5 61:13 63:8 65:7

cases(4) 45:24 46:14 50:8 51:2
categories(2) 29:21 63:16
category(6) 54:12 54:16 54:20 63:1 63:13 63:17

cause(1) 23:15
causes(2) 37:10 39:5
center(1) 4:38
centerbridge(3) 9:33 9:33 44:7
centered(1) 54:2
centrally(1) 49:9
certain(6) 29:6 29:21 37:16 60:5 63:1
certainly(7) 17:9 27:8 29:3 32:19 42:15 46:13 73:23

certification(3) 17:13 17:15 74:13
certify(1) 74:14
chadbourne(3) 2:12 7:35 23:6
chance(2) 28:9 68:13
chandler(1) 6:22
change(2) 24:22 49:23
changed(4) 24:21 25:4 44:18 67:2 67:12 67:22

changes(4) 19:19 20:5 51:23 67:9
chapter(4) 1:4 11:16 42:16 42:19
chase(2) 2:29 11:9
check(1) 52:3
chicago(6) 1:26 5:21 5:27 9:12 9:12 11:17
choice(2) 17:10 62:13
chose(1) 21:1
chung(1) 7:20
circulate(2) 27:7 27:9
circulated(4) 20:3 20:8 27:4 67:22
circulating(1) 24:22
circumstance(1) 38:15
circumstances(3) 38:18 46:1 74:2
cite(1) 38:11
cited(1) 45:24
citi(1) 60:4
citicorp(1) 11:9
citigroup(2) 8:43 9:20
citizens(1) 4:38
city(1) 11:17
claim(23) 10:17 13:4 13:6 14:16 14:17 14:20 14:22 15:2 15:3 15:10 15:19 15:19 15:19 16:5 16:18 16:19 30:9 32:2 37:17 37:22 65:11 65:11 65:19

claim's(1) 15:13
claimants(1) 13:19
claims(36) 13:20 14:16 29:6 29:6 29:10 29:15 29:23 30:6 30:24 31:4 31:5 31:6 31:6 31:10 31:12 31:22 32:10 33:7 33:14 35:7 35:12 35:14 36:4 36:8 36:9 37:13 37:15 37:16 38:1 38:4 39:3 39:9 39:10 40:9 40:12 47:13

clark(1) 5:20
claudia(3) 13:4 13:23 14:16
clean(4) 26:24 27:1 67:4 68:8

clear(9) 36:3 37:14 39:8 44:9 46:23 55:19 59:8 73:16 73:24

clerk(1) 45:19
client(3) 24:23 34:9 48:10
clients(4) 40:22 43:5 45:22 46:3
close(5) 25:7 53:8 53:12 53:13 60:18
closer(1) 53:10
cno(1) 12:5
co-counsel(1) 41:23
co-planned(1) 43:5
co-proponents(4) 21:12 23:17 61:12 62:12
cobb(1) 2:4
cole(1) 1:29
colorable(5) 31:5 31:13 38:2 39:10 40:10
come(17) 39:15 43:23 51:19 51:20 52:19 55:2 55:13 57:21 58:4 61:24 62:9 62:17 63:12 63:15 64:6 67:14 68:16

comes(3) 21:20 61:9 61:11
coming(1) 64:8
commence(7) 29:15 30:23 33:21 35:7 35:15 36:4 37:12

comment(2) 34:8 60:20
comments(3) 33:19 65:18 67:9
commit(1) 21:13
committee(35) 2:4 7:35 9:16 20:7 21:11 23:6 23:17 27:3 28:13 29:5 29:7 29:10 29:14 29:19 29:24 30:1 30:2 30:6 30:23 31:3 31:9 31:9 31:11 33:4 34:16 35:6 35:7 35:13 35:15 35:22 37:9 55:9 69:6 69:7 71:13

committees(5) 13:11 28:8 29:4 30:8 33:16
communicate(3) 18:9 18:12 18:14
company(7) 1:7 6:21 6:47 11:5 16:11 16:17 65:4

company's(4) 16:14 16:21 17:1 17:3
competing(1) 45:8
complaint(4) 13:12 34:23 37:6 37:8
complaint's(1) 34:8
complaints(13) 29:7 29:20 30:3 30:4 30:6 30:24 34:1 34:2 34:11 36:6 36:10 36:14 36:14

complete(1) 25:8
completed(1) 67:5
complex(5) 23:12 42:16 42:18 42:18 43:17
complexion(1) 44:17
complexity(1) 42:21
complied(1) 72:13
compose(1) 72:21
conaway(1) 4:4
concept(1) 63:20
conceptually(1) 62:24
concern(1) 36:5
concerned(2) 59:7 60:4
concerning(1) 72:3
concerns(2) 38:24 71:1
concluded(1) 34:12
concludes(2) 69:18 74:8
conclusions(1) 34:10
concur(2) 24:14 26:14
condition(2) 48:19 73:8
conditions(13) 28:4 45:8 47:18 47:23 48:6 48:8 48:11 48:13 48:19 72:4 72:5 72:13 73:2

conduct(3) 40:17 48:2 48:3
confer(1) 62:5
conference(3) 56:16 68:12 69:16
conferences(1) 52:17
conferred(1) 63:21
confidential(1) 21:22
confirm(10) 13:12 29:4 30:7 30:8 32:5 32:5 35:4 69:24 70:12 70:18

| Word | Page:Line |
|---|---|
| confirmation(9) | 13:7 19:14 28:9 42:24 44:17 44:17 58:5 65:15 66:2 |
| conflicting(1) | 49:16 |
| confusion(2) | 23:15 24:15 |
| connection(5) | 12:19 21:23 41:23 54:4 |
| consent(1) | 38:10 |
| consequence(1) | 38:12 |
| consequences(2) | 39:16 50:10 |
| consider(6) | 39:18 42:15 45:7 70:15 70:24 71:2 |
| consideration(2) | 38:6 52:12 |
| considered(2) | 19:6 38:17 |
| consistent(2) | 25:20 54:5 |
| construed(1) | 26:5 |
| consult(2) | 30:1 45:5 |
| consultations(1) | 30:5 |
| consulting(1) | 30:9 |
| contemplate(1) | 72:15 |
| contemplated(1) | 65:14 |
| contemplation(1) | 64:8 |
| contempt(1) | 11:10 |
| content(1) | 59:6 |
| contest(1) | 30:23 |
| context(4) | 37:4 39:13 39:16 52:5 |
| continue(4) | 27:22 48:10 48:13 63:18 |
| continued(10) | 2:2 3:2 4:2 5:2 6:2 7:2 8:2 9:2 10:2 34:4 |
| continues(2) | 21:24 25:16 |
| continuing(1) | 37:24 47:19 |
| contours(5) | 12:19 13:7 41:6 41:13 65:5 |
| contrary(1) | 34:9 40:13 |
| convenient(2) | 69:6 71:13 |
| cooperate(1) | 37:10 |
| cooperative(1) | 37:7 |
| cooperatively(1) | 62:16 |
| copies(2) | 67:12 67:13 |
| copy(3) | 51:24 67:17 68:8 |
| corners(1) | 32:6 |
| corp(1) | 11:19 |
| corporation(1) | 38:12 |
| correct(2) | 32:1 74:14 |
| correctly(2) | 35:6 73:2 |
| corroon(1) | 3:4 |
| costs(1) | 27:19 |
| coterminous(2) | 53:9 53:10 |
| could(15) | 21:16 30:13 38:2 40:16 51:3 51:11 51:19 53:8 54:3 56:21 57:19 58:4 58:17 67:17 67:19 |
| couldn't(1) | 56:2 |
| counsel(29) | 17:15 18:9 18:10 24:9 28:13 28:16 31:24 33:7 33:15 35:5 35:14 35:22 35:22 43:2 44:2 44:4 44:12 48:2 48:4 48:5 51:10 67:11 69:24 70:15 71:13 71:14 72:10 73:12 73:22 |
| couple(1) | 32:17 33:19 57:21 |
| course(8) | 16:21 20:18 23:20 24:15 38:23 49:7 61:10 62:16 |

| Word | Page:Line |
|---|---|
| court(195) | 1:1 11:2 12:9 12:11 12:16 12:20 12:22 13:13 13:18 13:22 14:2 14:6 14:10 14:21 14:23 15:9 15:11 15:22 15:23 16:8 16:20 17:6 17:12 17:16 17:18 17:22 18:1 18:8 18:15 19:1 20:17 21:1 21:8 21:19 22:6 22:8 22:19 23:4 23:20 24:5 24:7 25:14 25:19 25:22 26:3 26:10 26:17 26:19 26:21 27:2 27:9 27:12 27:15 28:3 28:7 28:20 28:22 29:1 29:9 29:12 29:13 29:18 30:1 30:8 30:12 31:17 31:19 32:3 32:9 32:20 32:24 33:15 34:1 34:7 34:14 34:17 34:24 35:4 35:8 35:11 35:18 36:3 36:22 37:4 37:5 38:11 38:13 38:16 38:17 39:1 39:7 39:15 39:19 40:12 41:1 41:3 41:10 41:12 41:18 41:20 42:3 42:12 42:15 42:22 43:5 43:11 43:13 43:18 43:21 43:23 44:20 44:23 45:4 45:6 45:16 45:17 45:20 46:10 47:8 47:10 47:16 47:17 48:18 48:14 48:17 48:22 49:1 49:6 49:14 49:16 49:20 50:8 50:15 50:22 51:6 51:10 54:21 55:3 56:4 57:1 57:9 58:11 58:20 59:1 59:20 59:22 60:12 64:14 64:17 64:22 66:6 66:12 66:17 66:20 67:5 67:20 68:2 68:4 68:6 68:24 69:2 69:4 69:7 69:10 69:12 69:15 69:20 69:23 70:3 70:5 70:8 70:10 70:13 70:17 70:23 71:1 71:4 71:9 71:15 71:16 71:22 72:1 72:18 72:20 72:22 73:13 73:15 73:17 73:20 73:22 74:4 74:7 74:8 |
| court's(12) | 12:12 17:19 18:17 29:4 30:10 31:23 32:2 32:6 33:19 40:22 47:3 70:1 |
| courtney(1) | 9:47 |
| courtroom(4) | 1:9 13:24 14:3 49:9 |
| courts(1) | 46:5 |
| cover(1) | 62:3 |
| covered(1) | 67:23 |
| covers(1) | 29:6 |
| crain's(2) | 9:12 9:12 |
| credit(3) | 4:4 6:12 8:16 |
| creditor(1) | 23:8 |
| creditors(6) | 2:4 7:35 19:6 23:7 38:3 69:7 |
| cue(1) | 55:17 |
| currently(1) | 10:22 |
| custodians(1) | 63:4 |
| cutler(1) | 8:16 |
| d.c(1) | 5:42 |
| dagostino(1) | 7:24 |
| damian(1) | 2:30 |
| dangerous(1) | 51:18 |
| daniel(6) | 2:6 3:33 5:39 7:14 7:16 24:8 |
| data(1) | 1:39 |
| date(7) | 11:11 52:12 56:15 66:1 66:7 71:4 74:20 |
| dates(4) | 43:13 43:16 56:16 58:24 |
| daugherty(2) | 7:46 7:47 |
| dave(1) | 6:23 |
| david(19) | 2:14 3:34 3:42 4:22 5:13 5:19 5:25 6:5 6:34 6:44 7:37 8:33 10:26 10:27 23:5 28:23 37:1 60:14 69:5 |
| davidian(1) | 7:28 |
| davidson(1) | 7:42 |
| davis(1) | 2:29 |
| day(8) | 9:16 12:18 68:10 68:10 71:10 71:16 71:17 71:20 |
| days(6) | 20:20 42:24 44:22 53:21 55:16 63:10 |
| dbtca(1) | 4:21 |
| deadline(1) | 20:21 |
| deadlines(2) | 53:17 53:18 |
| deal(7) | 12:18 21:4 22:17 23:2 32:17 52:14 58:18 |
| dealing(3) | 13:1 44:18 50:11 |
| deans(1) | 7:28 |
| dearborn(1) | 1:25 |

| Word | Page:Line |
|---|---|
| debate(3) | 53:8 53:19 54:1 |
| debating(1) | 52:11 |
| debenture(1) | 5:30 |
| debtor(13) | 1:22 6:21 14:13 20:7 21:10 22:14 26:22 27:3 37:9 41:5 55:9 62:8 62:12 |
| debtors(22) | 1:11 11:5 12:6 14:15 18:4 18:9 20:1 20:14 21:10 22:3 25:6 27:20 27:22 27:23 51:18 60:19 61:1 61:4 61:11 63:6 66:23 68:22 |
| december(9) | 1:13 11:1 14:18 14:21 15:22 20:22 20:23 29:8 74:19 |
| decide(7) | 28:3 40:20 40:23 45:10 45:10 45:11 54:17 |
| decided(7) | 32:20 32:22 32:24 33:1 45:3 45:11 55:7 |
| decision(4) | 22:11 22:18 40:16 47:22 |
| declaration(1) | 16:21 |
| default(1) | 62:6 |
| defendants(2) | 40:6 40:8 |
| defenses(2) | 35:17 47:14 |
| defer(1) | 40:19 |
| defined(1) | 29:21 |
| definitions(1) | 60:6 |
| definitive(1) | 61:8 |
| definitively(2) | 27:13 38:15 |
| degree(1) | 61:1 |
| delaware(5) | 1:2 1:11 2:45 3:27 11:1 |
| delay(1) | 51:19 |
| deleting(3) | 19:18 19:22 24:18 |
| deletion(3) | 20:6 20:16 21:16 |
| deletions(2) | 20:9 20:12 |
| deliberations(1) | 22:15 |
| delivered(1) | 68:6 |
| delivery(1) | 15:23 |
| demarcation(1) | 59:8 |
| demeaning(1) | 53:3 |
| demo(1) | 6:30 |
| demonstrate(1) | 16:5 |
| denial(2) | 35:9 35:10 |
| denied(3) | 46:1 46:15 46:16 |
| denominated(1) | 73:4 |
| denying(1) | 50:9 |
| department(2) | 8:11 8:12 |
| depend(1) | 56:23 |
| depending(3) | 35:11 65:13 71:8 |
| deponents(1) | 61:8 |
| depose(1) | 61:22 |
| deposition(3) | 58:10 62:14 62:14 |
| depositions(10) | 55:5 55:9 55:11 60:23 61:1 61:3 62:3 62:6 62:7 62:7 |
| describe(1) | 23:21 |
| description(1) | 62:19 |
| deserve(2) | 37:18 38:6 |
| despite(1) | 21:4 |
| detail(1) | 25:15 |
| details(1) | 64:10 |
| determination(2) | 37:22 46:4 |
| determine(3) | 20:17 22:20 27:13 |
| determined(1) | 38:5 |
| deutsch(1) | 7:36 |
| deutsche(1) | 6:4 |
| development(6) | 12:13 23:22 24:14 25:5 25:12 38:11 |
| developments(1) | 17:20 |
| dialogue(2) | 54:14 61:15 |
| diamond(1) | 7:43 |
| diaz(1) | 1:39 |
| did(20) | 14:20 15:21 16:8 16:20 21:14 24:12 25:10 28:8 30:2 33:16 36:3 37:11 37:14 38:13 39:15 44:4 44:20 50:15 61:17 72:15 |
| didn't(4) | 26:1 34:15 47:22 66:4 |

| Word | Page:Line |
|---|---|
| different(2) | 32:18 55:7 |
| difficult(4) | 19:17 23:16 49:5 73:23 |
| diligently(1) | 67:2 |
| directed(1) | 30:1 |
| direction(2) | 23:9 55:7 |
| directions(1) | 72:19 |
| directly(1) | 73:20 |
| directors(1) | 9:17 |
| disclosure(4) | 13:1 18:6 19:13 67:13 |
| discovery(12) | 22:16 33:21 44:16 47:19 48:3 53:8 53:13 54:22 56:1 59:17 61:11 |
| discrete(1) | 65:23 |
| discuss(3) | 28:14 43:4 68:14 |
| discussed(7) | 18:24 23:11 32:10 32:15 53:9 62:4 70:15 |
| discussing(3) | 18:21 51:22 65:6 |
| discussion(6) | 32:13 33:14 35:22 47:17 47:21 63:18 |
| discussions(5) | 21:22 51:12 51:14 70:2 |
| dismiss(1) | 34:22 |
| dispose(2) | 41:14 66:8 |
| disposition(2) | 48:7 72:3 |
| dispositions(1) | 50:21 |
| dispute(2) | 49:8 59:3 |
| disputed(1) | 53:20 |
| disputes(2) | 57:7 59:18 |
| disqualification(9) | 41:14 41:16 45:23 46:1 47:5 47:11 48:21 50:9 50:18 |
| disqualify(2) | 13:10 46:6 |
| district(1) | 1:2 |
| divulging(1) | 21:21 |
| document(11) | 24:21 53:15 54:19 63:2 63:2 63:5 63:6 63:11 63:13 63:13 64:4 |
| documents(2) | 24:16 61:10 |
| dodge(1) | 5:5 |
| does(12) | 13:18 21:19 30:22 31:3 31:9 31:22 32:21 38:15 42:15 50:22 64:14 68:19 |
| doesn't(5) | 26:6 31:12 32:2 40:1 66:8 |
| doing(3) | 19:21 37:23 55:23 |
| dollars(1) | 38:3 |
| don(1) | 6:24 |
| don't(39) | 12:7 14:6 16:3 16:5 17:10 22:6 24:2 26:2 27:23 29:1 31:20 32:1 32:16 33:12 35:1 37:20 44:3 44:13 45:10 46:5 46:20 47:8 47:14 47:15 47:16 50:2 50:13 50:16 51:5 51:24 53:2 58:23 60:6 61:19 62:9 68:12 68:16 71:16 74:6 |
| done(4) | 12:8 16:13 23:18 56:18 |
| dorman(2) | 4:13 8:25 |
| dorr(1) | 8:17 |
| doubt(2) | 33:1 33:1 |
| douglas(1) | 7:36 |
| dow(2) | 6:47 6:47 |
| down(3) | 18:19 40:23 57:11 |
| draft(5) | 29:19 36:17 51:24 52:1 56:14 |
| drafted(2) | 24:22 58:22 |
| drafts(1) | 52:17 |
| drive(1) | 5:26 |
| dublin(1) | 3:35 |
| due(4) | 44:16 61:12 63:10 69:11 |
| during(4) | 21:8 27:8 33:23 62:4 |
| each(1) | 68:2 |
| earlier(4) | 44:6 67:1 69:6 69:23 |
| early(1) | 58:7 |
| east(1) | 3:21 |
| eastern(1) | 68:13 |
| ecro(1) | 1:37 |
| edgar(1) | 8:22 |
| edwards(1) | 5:4 |
| effect(7) | 18:23 20:18 35:8 35:17 45:23 62:5 72:16 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| effective(1) 36:16 | | evidence(1) 66:15 | | five(2) 12:10  12:23 | | garman(1) 42:7 | |

effective(1) 36:16
effects(2) 17:21  18:13
efficient(1) 54:9
effort(2) 31:16  72:9
efforts(2) 53:17  74:1
egi(25) 5:12  28:15  28:23  30:18  30:22  31:5  31:11  31:24  33:2  33:8  33:11  33:12  33:15  34:14  34:24  35:5  35:12  35:14  35:23  36:1  37:2  70:13  70:16  70:19  71:14

egi-trb(1) 10:30
ehmer(1) 8:5
either(7) 13:19  15:15  17:8  17:18  30:15  57:14  68:10

elden(1) 7:46
eldersveld(1) 6:23
electronic(2) 1:45  74:15
eliminate(2) 21:4  33:1
eliminating(1) 21:2
elimination(1) 19:16
elizabeth(1) 8:47
ellias(1) 7:6
else(8) 22:14  24:7  26:19  30:20  47:1  59:22  60:12  64:15

email(6) 15:4  48:20  56:2  67:18  73:3  73:4
emails(1) 45:9
emc(1) 11:19
emerson(1) 11:21
emphasize(1) 22:11
encompass(2) 32:2  65:15
encouragement(1) 20:11
encouraging(1) 52:13
end(4) 12:18  57:14  68:10  71:20
ended(2) 32:14  32:14
engage(1) 73:12
english(2) 4:21  6:4
enormously(1) 69:9
enough(3) 12:1  56:8  59:8
ensure(1) 29:24
enter(6) 12:1  35:18  35:23  38:23  50:14  70:18

entered(4) 18:17  29:13  36:11  38:14
entering(1) 36:5
entertains(1) 39:19
eos(2) 10:4  10:4
ephraim(1) 7:43
equitable(1) 46:2
especially(1) 17:7
esq(78) 1:23  1:24  1:31  2:5  2:6  2:13  2:14  2:15  2:16  2:22  2:23  2:30  2:31  2:37  2:44  3:13  3:14  3:20  3:26  3:33  3:34  3:35  3:36  3:42  4:6  4:14  4:15  4:22  4:23  4:30  4:31  4:37  5:6  5:13  5:19  5:25  5:31  5:37  5:38  5:39  6:5  6:9  6:13  6:26  6:30  6:31  6:32  6:33  6:34  6:35  6:44  7:5  7:6  7:14  7:15  7:16  7:24  7:28  7:32  7:36  7:37  7:38  7:39  8:31  8:32  8:33  8:34  8:35  8:40  8:45  8:46  8:47  9:9  9:21  9:22  9:42  10:18  10:31

essence(1) 19:22
essential(1) 63:3
essentially(4) 37:24  55:14  57:15  58:4
estate(6) 31:7  31:14  38:3  39:6  39:11  40:1
esther(1) 7:20
ethical(2) 47:19  48:1
evan(4) 7:15  7:32  9:9  22:9
even(7) 22:4  37:8  38:9  44:7  48:11  51:24  54:8

evening(4) 18:8  18:12  24:13  60:4
event(3) 64:11  73:13  73:13
ever(1) 49:11
every(3) 30:8  51:3  62:9
everybody(2) 39:17  58:3
everyone(3) 11:2  27:6  67:16
everything(5) 21:6  21:7  50:4  67:15  69:18

evidence(1) 66:15
evidentiary(1) 52:11
exactly(2) 50:3  50:22
examination(1) 38:4
examiner(20) 34:10  37:15  38:4  39:9  40:10  54:20  44:22  52:14  53:2  54:4  54:8  57:19  57:22  57:23  58:14  58:18  58:22  59:1  63:22  64:9

examiner's(1) 57:13
example(2) 19:20  46:20
exceptions(1) 29:17
exchanges(1) 52:17
execute(1) 59:12
exercise(1) 21:16
exhibit(3) 48:20  72:6  72:7
exhibits(1) 73:18
existing(3) 29:19  36:10  36:13
expect(2) 12:8  63:22
expedite(1) 30:13
expert(1) 53:12
explain(2) 6:10  52:4
explained(1) 24:12
explanation(1) 57:18
expressed(4) 22:13  35:21  37:11  52:13
expression(1) 51:11
expressly(3) 40:5  40:5  40:8
extend(1) 20:21
extended(2) 33:14  62:7
extensive(1) 19:24
extent(2) 33:20  34:6
extra(1) 69:9
extremely(1) 68:13
eyes(1) 16:5
face(1) 36:15
fact(11) 18:7  23:16  33:7  38:13  50:2  53:13  54:6  55:4  57:16  57:23  58:1

facts(1) 44:10
failure(2) 17:8  38:9
fairly(1) 67:10
fairness(4) 32:9  33:18  39:5  45:12
fall(2) 31:22  40:12
falls(1) 30:10
far(2) 23:18  60:19
fargo(1) 4:29
fashioned(1) 15:5
favor(1) 23:10
fcc(5) 48:4  48:5  48:23  49:1  73:12
february(4) 53:13  56:12  56:17  71:11
feel(1) 32:5
felt(5) 3:32  8:30  24:9  41:21  60:15
few(2) 50:23  60:20
fewer(1) 44:18
fifteen(1) 53:23
figueroa(1) 4:16
figure(3) 22:21  50:15  56:2
file(12) 14:21  15:21  20:14  21:7  21:17  25:  26:16  27:8  33:4  34:1  34:17  67:19
filed(15) 12:13  12:14  12:17  14:18  18:7  27:4  29:7  30:12  30:18  34:3  36:2  36:7  37:8  56:12  60:4
filings(1) 27:14
filing(6) 30:3  30:4  34:7  34:11  36:14  37:6
final(2) 56:7  69:22
finalize(1) 74:1
finally(1) 15:4
find(4) 46:20  46:22  52:14  64:2
findings(1) 34:10
fine(3) 57:10  68:23  71:17
finger(1) 2:36
firm(2) 41:24  47:11
first(18) 14:7  14:14  18:9  19:3  28:5  43:9  46:17  46:22  48:8  48:18  53:7  58:8  60:22  63:16  68:7  68:11  72:5  72:5

five(2) 12:10  12:23
fixing(1) 54:15
flaschen(4) 7:32  22:7  22:9  22:9
fleet(1) 11:23
flip(1) 13:15
floor(4) 3:8  4:8  4:25  5:8
florida(1) 16:7
focus(1) 61:15
folks(3) 59:6  67:15  67:18
followed(1) 54:12
following(3) 29:14  33:11  70:16
follows(1) 70:6
for(161) 1:2  1:22  2:4  2:29  2:43  3:4  3:12  3:25  3:41  4:4  4:21  4:29  5:4  5:12  5:24  5:30  5:36  6:4  6:8  6:12  6:16  6:21  6:42  6:47  7:4  7:9  7:13  7:23  7:27  7:35  7:42  7:46  8:4  8:8  8:11  8:16  8:29  8:43  9:4  9:8  9:12  9:16  9:20  9:25  9:29  9:33  9:37  9:41  9:46  10:4  10:8  10:12  10:17  10:21  10:26  10:30  10:34  10:38  10:42  11:4  11:10  11:11  12:3  13:22  14:22  15:2  16:7  16:18  16:19  17:2  17:12  18:18  19:20  20:15  20:18  20:20  21:18  22:10  22:20  23:4  24:9  26:13  27:5  27:20  27:20  27:22  27:23  27:24  28:8  28:22  29:12  31:4  31:16  31:24  33:7  33:13  33:15  33:16  35:1  35:5  35:6  35:14  35:23  36:15  37:17  37:22  39:20  40:21  41:5  41:15  42:16  42:24  45:23  46:20  47:10  50:19  51:18  52:19  53:7  54:8  54:9  56:7  56:17  57:19  58:2  58:5  59:17  60:2  60:15  62:1  62:5  62:6  62:7  62:7  63:8  63:18  65:2  65:20  66:7  66:13  66:19  66:17  67:8  67:11  68:12  69:5  69:6  69:10  69:17  70:16  70:20  70:23  70:24  71:7  71:13  71:13  71:14  71:14  72:10  74:5

foreclosed(2) 36:17  40:14
foregoing(1) 74:14
forgive(1) 23:20
form(7) 27:9  27:15  33:2  46:6  62:15  63:13  71:20

forman(1) 1:29
formulate(1) 63:4
forth(1) 18:15
forthcoming(1) 46:21
forward(12) 12:11  12:24  13:3  13:8  28:17  34:11  36:13  39:21  40:21  41:16  58:24  62:21

fourth(2) 72:7  73:7
fox(1) 4:36
francisco(1) 11:12
frankel(1) 6:43
frankly(2) 44:5  44:10
free(2) 47:13  73:12
fresh(1) 44:13
friday(1) 56:19
friedman(1) 8:38
from(29) 11:12  12:12  16:3  17:20  20:2  21:23  23:4  23:6  23:8  26:3  26:7  45:1  45:2  45:18  46:18  47:20  48:1  51:9  54:22  56:2  56:19  58:11  58:18  59:1  61:14  62:23  64:1  67:24  74:15

front(1) 12:20
fuller(1) 38:6
fully(1) 39:2
further(18) 26:21  31:4  40:22  43:1  50:3  51:1  51:12  63:11  64:17  68:14  70:1  70:15  70:21  70:22  70:23  72:13  72:15  74:4

g.e(1) 11:23
galbraith(1) 8:9
gap(1) 60:18
gaps(1) 64:21
garden(1) 74:9

garman(1) 42:7
garnan(1) 5:31
garrison(1) 8:44
gary(1) 6:26
gating(5) 55:22  59:17
gave(1) 5:2
gavin(1) 6:13
geddes(3) 3:25  41:20
general(4) 16:23  19:13  29:16  67:12
generally(2) 50:24  55:23
generate(1) 72:17
gentilotti(1) 5:30
george(2) 7:46  7:47
gerson(1) 8:13
get(19) 20:20  24:20  27:15  32:7  40:22  50:13  52:20  55:9  55:10  55:16  56:21  57:14  58:4  58:7  58:16  63:7  64:10  64:20  72:22

gets(1) 50:12
getting(3) 56:21  62:8  67:2
giuliani(2) 7:31  22:10
give(3) 21:14  43:6  45:12
given(7) 21:16  24:14  33:14  45:14  51:10  57:16  71:17

glean(1) 16:2
going(35) 12:5  12:11  12:24  13:3  13:8  14:9  21:3  23:10  23:15  24:16  34:16  36:13  40:18  40:18  40:19  42:9  43:11  43:19  50:6  50:14  53:1  54:5  54:16  54:17  55:14  56:14  56:17  56:20  56:20  56:23  59:12  62:13  62:21  64:2  64:3

golden(10) 3:33  24:8  24:9  25:18  25:21  26:1  26:11  68:23  68:24  69:1

golden's(2) 26:24  73:3
goldman(3) 7:9  7:9  8:18
goldsmith(1) 8:31
gone(3) 44:4  51:15  52:16
good(16) 11:2  11:3  14:12  24:8  26:12  41:7  42:3  42:4  42:6  46:12  53:11  54:14  58:4  60:14  66:22  72:20

gordon(6) 3:13  6:12  8:45  42:8  47:20  65:2
gordon's(1) 13:9
got(4) 24:2  52:6  53:3  61:1
gotshal(1) 9:8
gotten(3) 52:17  53:10  67:9
graeme(1) 2:23
grant(3) 36:3  42:23  43:19
granted(5) 29:14  33:3  35:6  35:13  42:1
granting(3) 29:5  29:18  32:6
grants(1) 71:21
great(4) 2:43  9:29  23:1  65:16
greg(1) 6:30
greissman(4) 4:30  26:12  26:13  26:18
grippo(1) 7:46
gross(3) 21:24  25:15  34:3
ground(1) 54:8
grounds(2) 35:1  46:2
group(4) 55:6  55:6  55:8  68:19
gruss(1) 10:26
guess(4) 32:17  44:6  55:23  68:9
guidance(2) 65:9  65:21
gump(13) 3:32  5:36  8:29  13:10  24:9  41:21  42:2  45:24  48:21  48:23  49:2  60:15  72:6

hac(1) 42:1
had(28) 15:6  16:2  25:15  26:5  27:17  28:5  28:9  28:14  29:20  30:23  35:15  37:7  37:9  45:2  47:18  48:7  53:7  53:16  54:6  56:7  57:12  59:11  59:13  62:6  65:6  65:13  70:1  71:2

hal(1) 8:40
hale(1) 8:17
half(1) 45:15
hammond(1) 4:31
handle(1) 14:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**handles**(1) 25:20
**handling**(2) 4:22 69:8
**handwritten**(1) 14:23
**happen**(1) 27:14
**happened**(3) 44:6 50:3 52:4
**happening**(1) 34:13
**happens**(1) 49:3
**happy**(4) 17:18 39:21 60:9 66:18
**hard**(5) 24:20 53:17 53:18 57:3 67:17
**hardship**(1) 46:6
**harm**(1) 50:21
**harrisburg**(1) 1:41
**has**(26) 17:4 23:18 29:7 31:17 32:23 33:1 47:11 48:11 51:4 55:6 56:1 57:6 63:22 68:2 68:14 71:2 73:1 73:10 73:13

**hasn't**(1) 25:16
**hate**(1) 41:10
**hauer**(5) 3:32 8:29 24:9 41:21 60:15
**have**(113) 11:8 12:7 14:18 14:24 15:3 15:6 15:20 16:13 16:17 17:10 17:12 17:22 19:1 20:11 21:6 21:7 21:9 22:22 24:15 25:3 25:4 26:3 26:15 26:24 27:1 27:5 28:9 28:14 28:16 31:3 31:9 31:12 31:15 34:24 35:14 36:7 36:9 36:14 38:21 38:22 39:16 41:4 41:23 44:11 45:15 46:3 46:13 47:6 47:7 47:14 47:14 47:15 47:15 47:24 48:2 48:9 49:7 49:14 49:18 49:21 49:22 50:5 51:3 51:11 51:14 51:20 51:21 51:21 51:23 51:24 52:5 53:1 53:17 53:20 53:21 54:7 56:15 57:15 58:6 58:9 58:24 60:8 60:20 62:5 62:9 62:13 62:15 63:17 63:20 63:21 64:9 64:11 66:9 67:1 67:4 67:4 67:5 67:9 67:11 67:13 67:14 67:23 68:6 68:19 70:10 70:22 70:24 71:2 71:4 71:5 72:2

**haven't**(2) 45:11 57:16
**having**(1) 46:14
**hazeltine**(1) 3:19
**hear**(12) 14:2 14:6 17:23 18:1 23:4 26:7 50:15 58:11 61:4 61:16
**heard**(19) 13:21 14:1 14:5 21:19 24:7 26:3 26:19 26:20 29:12 30:14 37:18 40:22 50:4 59:23 60:13 64:15 64:16 69:23 71:13
**hearing**(33) 11:11 12:8 17:19 21:8 27:8 29:14 30:13 30:15 30:16 32:11 32:13 32:16 33:6 52:19 59:16 60:23 61:17 61:20 63:12 64:3 65:15 65:15 65:19 65:22 65:23 66:1 66:7 67:2 69:16 70:21 71:6 74:8 74:11
**hearings**(1) 48:3
**helpful**(5) 52:2 52:9 56:6 69:10 72:9
**hennigan**(3) 4:13 8:25 42:7
**her**(13) 13:23 14:3 14:20 14:22 15:5 15:5 15:14 15:15 16:3 16:3 16:5 16:6 17:8
**hercules**(1) 3:6
**here**(19) 17:9 20:13 27:13 28:1 31:1 31:15 32:10 32:11 33:23 44:4 49:4 49:12 50:4 51:15 55:17 61:14 61:19 67:3 67:5
**here's**(2) 40:18 68:4
**high**(1) 42:20
**his**(4) 25:20 25:22 42:1 44:21
**historical**(1) 57:23
**hold**(2) 58:13 58:23
**holder**(3) 18:11 24:11 67:6
**holders**(1) 10:17

**honor**(127) 11:3 11:4 12:1 12:11 13:14 14:8 14:12 14:14 15:1 15:17 16:13 17:5 17:11 17:15 17:17 18:3 19:12 19:22 20:15 22:3 22:7 22:18 23:2 23:5 23:9 24:1 24:6 24:8 24:12 25:10 26:11 26:12 26:23 27:1 27:16 27:17 28:2 28:6 28:12 28:17 28:21 29:3 29:3 29:9 30:17 31:15 31:20 32:19 32:23 33:5 33:8 33:13 34:13 35:10 35:17 35:20 35:24 36:5 36:23 37:1 37:3 40:5 40:24 41:4 41:17 41:19 41:22 42:1 42:4 42:6 42:11 42:20 43:9 43:16 44:1 44:14 45:21 46:7 46:8 46:12 48:16 48:18 49:8 50:1 50:4 50:13 50:14 51:5 51:8 51:18 52:16 58:10 57:10 59:21 60:1 60:14 60:17 60:23 62:9 62:22 63:19 64:1 64:18 65:1 65:9 65:18 65:21 66:11 66:19 66:22 67:1 68:21 68:23 69:5 69:14 69:19 69:23 70:6 70:9 71:5 71:12 71:19 71:24 72:2 72:16 74:3 74:6

**honor's**(2) 37:19 40:4
**honorable**(1) 1:17
**hope**(1) 57:14
**hoped**(1) 48:7
**hopeful**(2) 60:10 62:2
**hopefully**(6) 25:7 51:14 55:2 57:5 58:7 68:18
**horan**(1) 2:44
**horrifying**(1) 48:24
**hour**(1) 45:15
**hours**(2) 57:4 62:12
**how**(21) 25:20 27:15 28:3 35:11 40:20 40:23 42:18 44:20 45:11 45:13 53:19 57:6 57:9 58:6 59:10 61:1 61:16 68:19 70:3 73:22
**howard**(2) 2:16 7:38
**however**(2) 18:16 73:6
**hutchins**(1) 8:32
**i'd**(6) 21:4 34:10 42:13 45:5 45:15 66:3
**i'll**(7) 23:4 28:3 58:11 59:21 66:8 66:9 68:17
**i'm**(28) 12:24 13:13 21:2 25:5 25:11 32:1 32:18 40:18 40:19 42:9 43:18 43:18 43:2 48:16 50:5 50:6 50:9 50:14 51:1 51:24 55:18 56:1 59:16 62:2 65:1 65:8 65:18 68:5
**i've**(6) 15:11 17:6 17:7 45:4 51:10 51:13
**idea**(2) 14:24 55:17
**identified**(2) 38:19 53:7
**identifying**(1) 54:15
**ignored**(1) 19:11
**imagine**(1) 67:16
**immediate**(2) 21:9 40:2
**immediately**(2) 20:17 33:21
**imminent**(3) 22:4 22:24 23:2
**implement**(4) 27:11 48:11 48:13 48:13
**implicate**(1) 39:14
**implication**(1) 46:17
**implied**(1) 22:14
**important**(5) 44:15 48:19 58:24 62:21
**imposes**(1) 36:7
**impression**(1) 47:3
**inc**(2) 10:34 10:34
**inclination**(1) 43:10
**included**(1) 29:16
**inconsistent**(3) 48:22 73:10 73:14
**incorporate**(1) 58:22
**indeed**(1) 73:21
**indenture**(1) 65:3
**indicate**(1) 25:11
**indicated**(1) 52:10
**indication**(1) 15:13
**indirectly**(1) 65:5
**individual**(1) 14:24
**indulgence**(1) 65:2
**inevitable**(1) 21:3
**inevitably**(1) 23:14

**information**(5) 14:20 14:22 58:9 61:18
**insist**(1) 54:13
**insisted**(1) 54:16
**insofar**(1) 37:12
**instance**(2) 48:9 63:16
**instances**(1) 63:16
**instead**(4) 31:2 32:7 36:10 36:13
**instructed**(1) 34:2
**instructions**(1) 19:14
**instructs**(1) 62:15
**intend**(3) 61:17 61:19 61:24
**intended**(4) 15:5 18:5 29:21 30:7
**intention**(3) 42:23 56:4 58:16
**intercompany**(1) 65:19
**interest**(5) 31:13 38:2 39:6 39:10 40:11
**interested**(1) 30:2
**interests**(1) 31:7
**internal**(1) 22:15
**international**(1) 74:9
**interrogatories**(4) 54:2 54:3 61:9 64:7
**into**(17) 19:1 19:3 20:21 35:11 35:19 35:23 36:5 36:11 38:24 40:23 46:21 47:9 52:12 58:2 58:9 71:18 73:20
**introduce**(1) 41:23
**investors**(2) 10:38 10:38
**involve**(1) 21:5
**involved**(1) 23:17
**isn't**(2) 45:2 58:21
**issue**(43) 21:20 28:1 31:1 31:8 31:17 32:23 33:8 34:1 37:17 38:1 38:8 38:9 38:10 39:8 39:15 40:1 40:3 51:3 53:7 53:20 53:21 54:10 55:4 55:13 55:17 56:7 57:12 59:14 62:1 62:4 62:6 62:16 62:18 63:9 63:22 64:3 64:8 64:11 65:10 65:14 65:20 65:23 71:7
**issue's**(1) 32:20
**issues**(28) 28:15 30:2 35:24 36:1 37:20 38:5 38:15 38:21 40:9 41:8 52:2 52:7 52:11 52:18 53:16 55:17 60:7 60:11 65:15 66:9 68:18 70:2 70:4 70:19 70:20 70:23 71:21 73:23
**it's**(27) 14:16 14:23 21:3 25:11 25:19 26:7 32:16 33:1 34:23 36:3 36:18 37:20 40:1 40:2 42:23 49:8 50:18 50:19 51:18 54:4 55:14 55:19 58:24 60:1 63:17 68:6 74:1
**item**(10) 11:8 12:5 12:24 13:2 13:5 13:7 13:11 13:14 13:16
**items**(3) 60:20 60:21 66:6
**its**(11) 28:9 29:18 30:3 31:17 34:1 34:2 34:18 36:2 38:3 47:19 73:11
**itself**(3) 53:6 54:18 66:2
**j.p**(1) 11:8
**james**(1) 1:23 2:22 28:12
**january**(6) 11:11 58:8 58:8 71:6 71:9
**jared**(1) 7:6
**jason**(1) 8:31
**jean-marie**(1) 6:9
**jeffrey**(1) 4:37
**jenner**(3) 5:18 10:30 33:9
**jillian**(1) 6:33
**jim**(2) 41:4 51:17
**john**(1) 10:9
**joint**(3) 56:11 70:8 70:9
**jones**(4) 6:47 6:47 7:15 9:16
**joshua**(1) 8:26
**judge**(5) 1:18 21:23 25:15 34:3 57:4
**judges**(1) 54:22
**juncture**(4) 44:15 57:6 58:22
**jurisdictional**(2) 38:10 38:17

**just**(41) 11:6 11:7 12:10 12:11 12:20 15:12 16:18 21:16 21:21 22:15 23:8 23:11 23:15 24:18 25:10 26:1 26:7 33:4 43:13 44:18 46:6 48:24 50:24 54:11 54:21 56:2 59:18 60:20 61:6 62:18 63:9 65:2 65:5 65:6 65:20 66:13 67:14 68:7 73:6 73:8 73:17
**kansa**(26) 1:24 12:24 14:8 14:12 14:12 15:1 15:10 15:17 16:1 16:13 17:3 17:11 17:14 17:17 18:3 21:7 22:3 23:1 26:23 27:16 28:6 66:22 66:22 68:21 69:14 69:18
**kaplan**(2) 7:27 8:38
**karen**(1) 9:38
**karolyn**(3) 13:6 14:2 15:19
**katharine**(1) 4:23
**katherine**(1) 7:5
**katten**(2) 10:8 10:8
**kaye**(2) 9:41 60:2
**kazlow**(1) 8:33
**kemper**(1) 7:42
**ken**(3) 1:24 14:12 66:22
**kenneth**(1) 9:5
**kerriann**(1) 6:35
**kevin**(1) 1:17
**kind**(2) 12:1 53:2
**king**(4) 2:38 2:39 3:43 5:32
**kjc**(1) 1:7
**klauder**(1) 3:42
**kline**(1) 6:31
**knew**(2) 21:15 32:11
**knock**(2) 17:21 18:13
**know**(22) 12:20 13:18 15:1 17:1 23:13 24:2 32:3 32:16 44:3 44:20 47:2 49:13 50:24 56:17 56:19 57:5 57:5 57:11 58:8 61:19 61:21 69:2
**known**(1) 44:10
**krakauer**(1) 6:32
**kramer**(2) 6:42 6:42
**kristina**(1) 8:15
**kurth**(1) 10:17
**labeled**(2) 72:5 72:7
**labor**(2) 8:12 8:12
**laderman**(1) 9:9
**landis**(2) 2:4 2:5
**lang**(1) 9:5
**language**(13) 19:18 19:18 19:22 32:13 51:22 55:12 59:5 59:6 60:9 62:15 64:19 64:21 73:18
**large**(1) 51:21
**largely**(2) 65:16 66:15
**lashko**(1) 8:46
**last**(28) 18:4 18:8 18:12 18:15 18:18 19:1 20:1 20:9 21:15 24:13 26:4 26:9 30:12 30:18 34:8 52:4 55:21 57:12 60:4 60:23 61:7 61:14 62:23 63:7 63:19 64:1 65:19 67:1
**later**(9) 17:19 17:23 30:5 31:11 32:8 37:22 40:16 67:20 68:6
**laughter**(5) 24:4 41:11 66:5 69:3 69:21
**laura**(1) 4:15
**laurie**(2) 3:5 8:32
**law**(2) 5:30 47:11
**lawrence**(2) 5:37 41:24
**lawsuits**(1) 33:4
**lawyers**(3) 45:2 47:2 62:10
**layering**(1) 23:13
**layton**(1) 2:36
**leaf**(1) 16:8
**leaning**(1) 23:9
**learn**(1) 24:12
**least**(10) 23:16 31:23 38:6 42:17 42:24 54:7 61:16 66:9 67:11 73:24
**leave**(5) 13:13 24:5 26:2 27:13 45:9
**leaves**(2) 12:10 12:23
**lee**(1) 8:22

TRIBUNE COMPANY-Final 12.15.10/TLC.Doc

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| left(3) 51:1 69:2 69:17 | | lugano(1) 1:37 | | meisel(1) 1:29 | | needs(5) 32:24 47:8 47:16 58:5 69:10 | |
| legal(2) 65:13 66:15 | | lunch(1) 60:3 | | melwani(1) 9:34 | | neftalis(1) 6:42 | |
| legitimate(1) 62:11 | | lurking(1) 64:12 | | mentioned(1) 67:23 | | neier(1) 8:40 | |
| lemay(2) 2:14 7:37 23:5 23:6 24:1 24:6 | | lynch(8) 3:4 9:41 11:9 51:22 55:18 56:1 | | menu(1) 66:1 | | neil(1) 9:26 | |
| 69:4 69:5 69:5 | | 59:6 60:2 | | merit(1) 15:14 | | never(6) 25:22 39:6 47:24 49:10 49:11 | |
| | | | | merits(1) 46:4 | | new(9) 2:18 2:33 3:16 3:38 4:26 4:33 | |
| lender(9) 18:11 19:5 19:6 19:10 20:8 | | lynch's(1) 55:19 | | merrill(10) 3:4 9:41 11:9 51:22 55:18 | | 14:22 19:23 36:14 | |
| 21:11 27:3 55:9 67:8 | | lynn(1) 9:17 | | 55:18 56:1 59:5 60:2 60:3 | | | |
| | | lynne(1) 9:13 | | | | news(3) 6:47 41:7 53:11 | |
| lenders(9) 4:5 6:12 8:17 11:10 12:14 18:5 | | | | mester(1) 8:26 | | next(4) 55:4 57:15 57:21 67:17 | |
| 18:10 22:10 22:21 | | macquaru(1) 6:38 | | metaphorically(1) 33:11 | | night(7) 18:4 18:15 20:2 20:9 21:15 30:18 | |
| | | made(10) 24:1 34:8 40:7 51:13 56:10 59:9 | | mgmt(1) 9:4 | | 63:7 | |
| lengthy(2) 13:16 28:19 | | 68:2 70:24 73:7 73:24 | | michael(5) 2:31 5:38 6:25 7:24 10:22 | | | |
| leonard(2) 1:30 8:13 | | | | michaels(1) 12:7 | | ninth(2) 13:2 14:15 | |
| lerman(1) 5:39 | | madlyn(2) 9:42 60:1 | | michelle(1) 5:6 | | nobody(1) 54:13 | |
| less(1) 24:15 | | magnitude(1) 65:12 | | might(11) 17:9 24:2 29:23 30:19 36:15 | | none(4) 22:3 22:17 34:23 60:7 | |
| let(14) 12:20 13:18 13:22 16:8 16:20 | | mail(1) 20:21 | | 36:19 39:20 45:7 46:3 52:2 70:3 | | nor(1) 61:21 | |
| 21:21 28:7 30:21 41:14 42:17 46:10 47:23 | | mailed(1) 15:5 | | | | norman(1) 1:31 11:4 | |
| 50:15 52:3 | | mainly(1) 42:10 | | mike(1) 10:5 | | north(8) 1:32 2:39 3:7 4:39 5:7 5:20 5:26 | |
| let's(3) 26:22 32:17 64:22 | | major(1) 12:13 | | miles(1) 6:34 | | 5:32 | |
| letter(3) 15:5 55:13 59:15 | | make(18) 11:7 20:5 33:18 37:14 39:7 | | million(1) 65:12 | | | |
| letters(1) 55:22 | | 39:21 40:15 45:14 46:7 52:3 63:19 64:5 | | millions(1) 38:3 | | not(99) 12:16 13:14 15:1 16:12 16:13 | |
| level(2) 49:3 49:4 | | 67:14 69:11 70:2 71:7 71:7 73:15 73:17 | | mills(1) 6:35 | | 16:18 16:21 17:9 19:6 19:7 19:7 19:16 | |
| leverage(1) 29:11 | | makes(1) 40:17 | | mind(5) 25:22 48:15 57:16 57:17 71:6 | | 22:4 22:12 22:13 22:20 25:3 25:11 26:3 | |
| levin(2) 6:42 6:42 | | making(2) 19:19 59:5 | | minded(1) 70:18 | | 28:16 28:18 30:20 30:23 31:3 31:3 31:3 | |
| levy(1) 9:21 | | management(24) 3:26 6:17 6:17 8:8 8:8 | | mindful(1) 65:18 | | 31:6 31:13 31:22 32:14 33:13 33:16 34:11 | |
| lewis(1) 9:29 | | 8:21 8:30 9:4 9:25 9:26 10:26 10:42 | | minimum(2) 39:7 49:10 | | 35:3 35:12 37:11 38:13 38:15 38:21 | |
| lexington(1) 2:32 | | 24:10 52:8 53:6 58:12 58:17 58:19 58:21 | | minor(1) 67:10 | | 38:22 39:14 39:15 40:9 41:12 43:11 43:14 | |
| liebentritt(1) 6:24 | | 60:5 60:16 61:13 63:8 65:7 | | minutes(3) 45:15 67:17 69:9 | | 43:16 43:18 44:2 46:4 47:3 47:15 | |
| lifting(1) 39:19 | | | | misconstrued(1) 39:4 | | 47:19 47:21 48:21 49:1 49:8 49:8 49:11 | |
| light(2) 15:14 17:8 | | manges(1) 9:8 | | misimpression(1) 26:2 | | 49:18 49:21 50:5 50:5 50:11 50:17 50:19 | |
| like(19) 13:14 23:9 34:21 41:22 43:4 43:8 | | many(2) 61:16 63:1 | | modest(1) 17:21 | | 50:24 51:4 51:24 53:4 53:10 54:5 54:17 | |
| 43:9 44:1 45:5 45:13 45:15 51:6 52:5 | | marc(2) 2:15 7:39 | | modified(1) 55:11 | | 55:2 55:15 55:18 55:19 55:20 56:1 57:7 | |
| 52:21 59:23 66:1 68:6 68:8 70:2 | | march(5) 52:11 53:12 56:15 57:9 65:15 | | moment(4) 41:15 41:22 58:12 65:2 | | 59:2 59:18 60:21 61:17 61:23 65:7 66:3 | |
| | | marcia(1) 11:14 | | money(1) 16:3 | | 66:14 67:9 67:23 68:18 71:5 71:8 72:11 | |
| likely(2) 13:16 36:18 | | marek(1) 9:13 | | month(2) 15:3 30:4 | | 72:13 72:15 73:9 | |
| likewise(1) 16:5 | | marino(1) 5:6 | | more(13) 14:20 15:21 23:15 41:9 42:10 | | | |
| limine(2) 52:22 56:13 | | market(6) 1:10 2:7 3:7 4:39 5:7 5:14 | | 50:2 50:23 54:9 54:13 55:23 56:18 57:5 | | note(6) 18:11 24:10 38:8 40:4 66:13 67:6 | |
| limit(2) 55:15 62:6 | | marsal(2) 10:34 10:34 | | 67:13 | | noted(1) 48:19 | |
| limitation(3) 37:6 39:14 39:16 | | martin(1) 3:14 | | | | nothing(2) 15:2 15:12 | |
| limitations(5) 31:1 35:16 35:24 36:1 36:20 | | marvin(1) 9:17 | | morgan(5) 2:29 5:24 9:8 9:29 11:9 | | notice(8) 18:8 19:3 19:9 19:15 19:15 | |
| limited(3) 29:17 64:6 64:7 | | masters(1) 54:23 | | morning(13) 11:2 11:3 14:12 24:8 26:12 | | 21:14 24:18 30:14 | |
| lindgren(1) 4:15 | | material(1) 16:17 | | 41:19 42:4 42:6 42:9 46:12 60:14 66:22 | | | |
| line(7) 13:19 26:24 27:2 57:21 67:6 67:7 | | materials(13) 16:4 18:21 19:4 19:9 20:15 | | 69:15 | | notices(2) 19:20 20:15 | |
| 68:17 | | 21:9 21:13 21:17 23:12 25:4 25:6 25:9 | | most(7) 13:16 42:14 42:18 48:19 52:1 | | noting(1) 19:4 | |
| | | 67:3 | | 52:2 54:10 | | notwithstanding(4) 34:3 34:4 47:24 48:9 | |
| lined(1) 20:3 | | matter(11) 19:17 30:13 34:18 37:3 41:24 | | | | november(2) 26:4 26:9 30:3 44:5 | |
| lines(2) 67:16 68:7 | | 42:2 42:13 65:5 65:22 70:15 74:16 | | motion(43) 11:10 11:12 12:3 12:6 12:14 | | now(33) 13:22 17:18 17:23 18:1 18:19 | |
| list(7) 60:24 61:3 61:7 61:8 61:12 61:22 | | | | 12:19 13:7 13:9 13:11 28:8 29:4 30:7 | | 24:17 26:6 27:1 27:5 28:3 29:2 33:2 | |
| 61:23 | | matters(4) 12:10 12:23 14:7 14:14 | | 30:12 32:5 33:13 33:16 34:22 35:3 35:9 | | 33:18 34:20 36:16 37:21 40:18 43:7 44:15 | |
| | | matthew(3) 8:5 10:42 10:43 | | 35:10 38:10 41:6 41:7 41:13 41:14 41:16 | | 45:6 45:10 45:11 51:7 54:18 56:14 | |
| listening(1) 55:21 | | mauceri(1) 9:30 | | 42:23 43:19 46:13 46:15 46:19 46:22 | | 62:1 62:5 64:5 64:22 65:13 67:18 73:8 | |
| litigation(9) 33:21 33:23 34:20 37:12 | | maximum(1) 52:24 | | 46:24 47:5 47:10 47:11 48:8 50:9 69:23 | | | |
| 39:20 40:17 46:21 50:3 62:22 | | may(18) 18:16 26:7 28:1 41:19 50:5 50:5 | | 70:12 71:21 72:3 72:4 | | number(6) 14:17 15:20 23:11 62:1 62:10 | |
| | | 50:10 57:6 61:24 64:11 65:1 68:18 71:2 | | | | 65:16 | |
| litigious(1) 57:6 | | 71:7 71:17 72:10 72:11 72:13 | | motions(7) 29:12 29:20 34:21 34:22 37:21 | | | |
| little(5) 41:9 42:9 57:3 61:6 65:20 | | | | 52:21 56:12 | | numbers(1) 61:2 | |
| llc(3) 7:46 10:26 10:30 | | maybe(4) 34:22 43:15 51:16 57:7 | | | | o'melveny(1) 7:13 | |
| llp(22) 1:22 2:12 2:21 3:4 4:13 4:21 4:29 | | mayer(3) 4:23 6:8 10:21 | | motivation(1) 22:20 | | o'neal(1) 6:25 | |
| 5:5 6:8 6:43 7:4 7:23 7:27 7:35 8:44 9:8 | | mccarter(2) 4:21 6:4 | | movants(2) 41:15 43:13 | | oak(7) 8:21 9:4 13:9 22:14 42:7 47:20 | |
| 9:29 9:41 10:8 10:9 10:21 10:30 | | mccolm(1) 8:47 | | move(3) 40:20 62:21 66:20 | | 73:11 | |
| | | mccormack(1) 2:13 | | moving(1) 58:24 | | | |
| load(1) 71:16 | | mccutchen(1) 7:23 | | much(6) 40:24 45:13 50:7 53:19 57:1 | | oaktree(1) 9:4 | |
| lockbox(1) 3:44 | | mcdaniel(1) 5:31 | | 58:4 66:14 71:17 71:24 74:7 | | object(7) 33:12 33:16 33:22 34:15 37:11 | |
| log(6) 54:10 54:15 54:15 63:3 63:6 63:13 | | mean(6) 12:7 21:3 22:6 26:7 40:16 66:8 | | | | 38:9 38:14 | |
| logs(9) 54:13 54:14 54:16 54:20 62:20 | | meaningful(1) 44:11 | | muchin(2) 10:8 10:8 | | | |
| 63:1 63:10 63:13 63:17 | | means(4) 18:15 39:4 51:3 68:19 | | must(1) 31:19 | | objecting(1) 37:12 | |
| | | meant(2) 46:7 46:8 | | muted(1) 36:1 | | objection(34) 11:13 11:15 11:18 11:20 | |
| long(2) 43:17 44:20 | | mechanical(1) 19:19 | | myers(1) 7:13 | | 11:22 13:2 13:3 13:5 14:15 14:16 14:18 | |
| longest(1) 54:11 | | mechanically(1) 26:23 | | n.w(1) 5:40 | | 15:6 15:7 15:11 15:16 15:18 16:23 17:7 | |
| look(3) 40:19 45:4 50:5 | | mechanism(5) 52:19 55:22 57:20 58:6 | | name(2) 60:24 61:1 | | 17:10 30:17 30:20 30:22 30:22 31:2 31:3 | |
| los(1) 4:18 | | mediation(11) 21:23 22:13 25:13 26:4 | | narrow(1) 65:22 | | 31:21 31:22 34:6 34:15 34:18 35:5 38:1 | |
| losquadro(1) 9:26 | | 26:6 26:8 33:23 33:24 34:4 34:5 34:12 | | nature(1) 30:21 | | 38:19 70:11 | |
| lot(3) 53:10 56:20 57:7 | | 34:16 44:6 | | necessarily(4) 16:22 25:11 39:2 49:1 | | | |
| lots(1) 51:2 | | mediations(1) 25:20 | | necessary(3) 37:22 62:3 63:14 | | objections(2) 13:20 30:15 | |
| lucy(1) 8:9 | | mediator(1) 26:3 | | need(17) 28:1 28:17 31:21 32:21 40:1 | | objector(1) 32:9 | |
| ludwig(1) 6:33 | | medium(1) 22:5 | | 43:3 44:11 45:14 50:11 50:23 57:2 60:20 | | obtain(1) 14:20 | |
| | | meet(1) 62:4 | | 61:24 62:11 68:8 68:16 73:14 | | obvious(1) 53:22 | |
| | | meeting(1) 69:7 | | | | | |
| | | | | needless(1) 60:17 | | | |

| Word | Page:Line |
|------|-----------|
| **obviously**(10) 13:13  27:23  47:2  47:5  48:7  56:23  61:22  69:10  73:9  73:11 | |
| **occasions**(1) 14:19 | |
| **occupy**(1) 40:2 | |
| **occur**(1) 43:14 | |
| **occurs**(1) 45:24 | |
| **october**(7) 29:5  29:13  29:13  30:10  31:17  33:7  73:5 | |
| **off**(3) 21:24  51:7  51:9 | |
| **offer**(3) 35:18  35:20  48:2 | |
| **offered**(3) 37:7  47:18  66:7 | |
| **offering**(2) 25:15  47:19 | |
| **office**(1) 3:41 | |
| **official**(1) 23:6 | |
| **offline**(1) 60:9 | |
| **often**(1) 69:24 | |
| **okay**(25) 14:8  15:9  18:3  21:19  23:4  25:5  25:21  28:7  58:22  58:20  59:1  64:17  64:22  66:11  66:12  66:20  68:4  68:5  69:12  69:12  70:10  71:16  72:1  72:21  74:4 | |
| **oksana**(1) 8:46 | |
| **old**(1) 15:4 | |
| **omnibus**(10) 11:13  11:15  11:18  11:20  11:22  13:2  13:5  14:15  15:18  71:6 | |
| **once**(1) 53:21 | |
| **one**(43) 1:25  2:38  3:37  11:10  12:14  13:17  16:2  16:22  18:5  18:10  19:3  19:5  19:10  19:10  22:10  22:21  22:23  23:14  23:21  24:13  24:15  24:18  25:10  27:17  27:21  39:18  42:17  42:17  48:19  53:16  55:17  57:18  59:12  61:8  62:18  63:24  69:8  69:22  70:12  71:9  71:10  72:17  73:6 | |
| **ones**(1) 35:13 | |
| **ongoing**(1) 25:13 | |
| **only**(16) 20:18  21:20  24:16  26:2  30:17  34:15  46:22  47:9  59:4  59:11  62:17  64:5  68:7  69:16  70:7  70:11 | |
| **open**(5) 36:19  41:8  43:1  52:7  65:10 | |
| **opinions**(1) 47:4 | |
| **opportunities**(3) 28:14  34:20  35:2 | |
| **opportunity**(10) 31:4  40:21  43:4  43:7  43:8  45:12  70:14  70:21  70:23  71:2 | |
| **opposed**(3) 33:4  61:3  62:12 | |
| **opposing**(1) 55:8 | |
| **opposition**(4) 33:3  35:21  36:2  70:20 | |
| **option**(10) 19:12  21:2  21:5  23:11  23:18  26:14  26:14  27:6  27:11  39:3 | |
| **options**(1) 18:23 | |
| **order**(59) 12:3  13:15  17:18  18:18  19:2  20:22  27:10  27:10  27:18  29:5  29:13  29:16  29:18  29:24  30:11  31:18  31:23  32:2  32:6  32:14  34:2  34:5  34:18  38:14  39:2  40:4  40:7  40:8  40:13  46:18  46:19  46:22  48:12  50:11  50:14  51:23  51:23  52:8  53:6  58:12  58:17  58:19  58:21  60:5  61:13  62:15  63:8  65:7  65:12  68:8  68:10  70:18  70:19  71:18  71:20  72:16  73:14  73:20 | |
| **ordered**(2) 27:18  28:5 | |
| **orders**(2) 12:2  17:12 | |
| **original**(4) 27:10  27:18  30:3  73:3 | |
| **originally**(1) 14:18 | |
| **other**(42) 20:2  20:4  20:7  20:10  20:15  21:13  21:14  22:12  22:15  22:23  23:21  24:10  24:23  24:23  25:3  25:10  27:7  27:17  27:21  27:24  29:16  30:9  30:20  31:3  31:12  40:9  44:2  44:4  46:2  48:24  49:8  49:8  50:7  50:10  50:19  50:22  51:2  60:19  61:10  62:8  68:1  72:10 | |
| **others**(4) 23:4  27:23  58:12  69:13 | |
| **otherwise**(2) 46:15  71:21 | |
| **ought**(1) 41:12 | |

| Word | Page:Line |
|------|-----------|
| **our**(24) 16:1  16:2  16:5  17:22  18:16  19:17  20:10  22:11  22:15  24:20  24:23  26:4  26:15  30:12  36:5  37:14  37:24  54:6  55:10  60:6  61:23  63:4  67:21  69:19 | |
| **ourselves**(1) 23:2  46:21 | |
| **out**(28) 14:19  15:3  15:20  17:18  19:22  22:21  28:11  32:12  36:1  44:4  44:14  49:22  50:15  51:2  51:13  52:2  54:7  54:18  56:2  59:16  62:17  64:2  64:10  64:10  64:19  65:1  70:18  71:21 | |
| **outside**(1) 31:23 | |
| **outstanding**(1) 70:4 | |
| **over**(12) 25:22  26:6  26:7  26:8  31:16  32:16  33:5  34:21  35:3  57:21  62:11  67:3 | |
| **overlaps**(1) 61:21 | |
| **overruled**(2) 34:7  34:17 | |
| **owed**(6) 16:3  16:6  16:11  16:15  16:16  17:4 | |
| **own**(3) 16:9  20:11  22:15 | |
| **p.a**(1) 3:25 | |
| **p.m**(1) 74:11 | |
| **p.o**.(4) 2:8  3:28  4:9  4:41 | |
| **package**(2) 19:11  20:16 | |
| **packages**(3) 19:4  19:23  20:21 | |
| **page**(3) 19:3  33:9  55:15 | |
| **pages**(1) 67:12 | |
| **paid**(2) 17:2  17:4 | |
| **palmer**(1) 5:4 | |
| **paper**(2) 15:23  60:24 | |
| **papers**(4) 44:16  45:4  45:9  48:21 | |
| **papis**(1) 38:12 | |
| **parade**(1) 41:10 | |
| **paragraph**(2) 72:7  73:4 | |
| **paragraphs**(2) 72:5  73:2 | |
| **parameters**(1) 30:10 | |
| **park**(4) 3:37  4:24  7:35  9:38 | |
| **parke**(2) 2:12  23:6 | |
| **part**(8) 22:15  25:20  55:20  61:14  63:4  64:5  64:9  65:7 | |
| **participated**(2) 44:5  63:21 | |
| **particularly**(1) 19:16 | |
| **parties**(46) 13:13  19:13  21:22  21:24  22:16  25:16  28:9  29:11  29:22  30:2  30:10  30:14  32:11  33:15  34:14  36:6  36:12  42:15  47:13  48:24  49:1  52:13  52:15  53:1  53:9  53:14  53:19  54:15  55:24  57:20  57:21  59:18  59:19  60:8  61:3  62:8  63:20  63:23  64:19  68:18  70:21  71:1  72:9  72:12  74:9 | |
| **partners**(3) 7:42  10:14  10:4 | |
| **parts**(2) 57:19  57:22 | |
| **party**(6) 20:1  30:19  50:7  50:22  59:9  59:9 | |
| **past**(1) 15:3 | |
| **paul**(3) 8:43  9:20  10:18 | |
| **pay**(1) 23:13 | |
| **peg**(1) 6:48 | |
| **pen**(1) 60:24 | |
| **pending**(1) 33:23 | |
| **pennock**(1) 9:22 | |
| **pennsylvania**(1) 1:41 | |
| **people**(8) 55:8  58:1  58:9  61:16  61:20  61:20  61:22  61:23 | |
| **per**(2) 55:5  55:6 | |
| **percent**(4) 27:19  27:20  27:22  27:23 | |
| **performed**(1) 16:9 | |
| **perhaps**(2) 36:12  66:1 | |
| **period**(1) 37:6 | |
| **permit**(1) 43:2  70:21  74:9 | |
| **permitted**(3) 29:19  30:14  31:11 | |
| **pernick**(10) 1:31  11:4  11:4  12:10  12:17  12:23  14:8  14:11  18:4  74:6 | |
| **person**(4) 15:15  15:23  17:8  17:10 | |
| **perspective**(1) 23:8 | |
| **philip**(1) 3:35 | |

| Word | Page:Line |
|------|-----------|
| **phone**(9) 13:24  14:4  15:4  15:15  17:8  22:7  54:15  52:3  65:3 | |
| **phones**(1) 65:11 | |
| **pickering**(1) 8:16 | |
| **piece**(1) 63:24 | |
| **pieces**(1) 64:2 | |
| **place**(3) 19:21  48:1  50:12 | |
| **places**(1) 60:5 | |
| **plan**(41) 12:15  17:21  18:6  18:11  18:12  18:19  18:23  19:5  19:6  19:8  19:10  19:16  20:3  20:6  20:8  20:16  21:3  21:11  21:12  22:11  22:14  22:21  24:11  24:13  24:23  27:19  27:21  44:16  55:9  55:10  59:9  59:18  60:7  60:19  61:4  61:21  67:6  67:7  67:8  67:9 | |
| **plans**(15) 18:14  20:2  20:4  20:10  21:13  21:14  22:5  23:3  24:17  24:18  24:19  27:21  24:24  44:18  68:1 | |
| **plausible**(1) 37:17 | |
| **plaza**(2) 2:17  3:6 | |
| **pleading**(2) 39:4  49:2 | |
| **please**(3) 41:20  45:19  49:22 | |
| **pleased**(1) 60:17 | |
| **podium**(1) 48:15 | |
| **point**(20) 8:4  8:4  22:19  22:24  24:13  25:2  25:5  25:10  26:24  27:17  29:22  39:19  44:4  44:14  52:3  56:13  63:19  64:5  73:6 | |
| **pointed**(1) 49:22 | |
| **polk**(1) 2:29 | |
| **portion**(1) 40:7 | |
| **position**(13) 17:1  17:3  25:1  26:8  39:17  44:8  48:23  52:18  53:4  55:19  56:3  59:14  73:9 | |
| **positions**(5) 48:22  48:22  49:16  72:10  73:1 | |
| **positive**(1) 55:18 | |
| **possible**(3) 20:13  58:5  71:8 | |
| **post**(1) 56:9 | |
| **postpone**(1) 42:24 | |
| **postponed**(1) 43:1 | |
| **postponement**(1) 43:14 | |
| **potentially**(1) 54:15 | |
| **potter**(1) 3:4 | |
| **practical**(1) 37:21 | |
| **pre-trial**(3) 56:7  56:11  56:16 | |
| **precisely**(1) 38:19 | |
| **prefer**(3) 19:8  21:2  53:18 | |
| **preference**(1) 17:19 | |
| **preferred**(1) 20:18 | |
| **prejudice**(15) 28:5  44:11  46:16  46:20  46:24  47:12  48:12  49:10  50:1  50:7  50:15  50:19  50:19  51:1 | |
| **preliminary**(4) 52:9  60:24  61:7  61:16 | |
| **prepare**(1) 21:17 | |
| **prepared**(8) 20:13  20:14  21:10  21:11  26:16  45:22  46:8  48:12 | |
| **present**(6) 13:23  14:3  30:15  36:21  53:5  71:6 | |
| **presentation**(1) 39:12 | |
| **presentations**(1) 39:22 | |
| **presented**(5) 31:8  34:24  37:4  59:7  70:12 | |
| **preserve**(4) 37:10  37:13  37:22  39:2 | |
| **preserved**(4) 29:24  40:3  40:15  46:3 | |
| **preserving**(3) 39:5  40:5 | |
| **presumably**(2) 36:12  67:20 | |
| **presume**(1) 21:15 | |
| **pretty**(2) 42:20  57:8 | |
| **previously**(1) 42:1 | |
| **price**(1) 7:23 | |
| **primoff**(3) 9:42  60:1  60:1 | |
| **prior**(4) 29:7  30:3  30:4  65:23 | |
| **privilege**(4) 54:10  62:20  62:20  63:10 | |

| Word | Page:Line |
|------|-----------|
| **pro**(1) 42:1 | |
| **probably**(3) 12:12  21:8  57:4 | |
| **problem**(5) 41:17  46:11  46:13  47:15  62:17 | |
| **problems**(1) 46:5 | |
| **procedure**(1) 53:3 | |
| **procedures**(5) 22:23  41:7  59:15  64:23 | |
| **proceed**(4) 15:6  40:23  43:6  47:13 | |
| **proceeded**(1) 45:13 | |
| **proceeding**(3) 36:10  42:16  68:20 | |
| **proceedings**(4) 1:16  1:45  46:19  74:16 | |
| **process**(8) 17:22  20:19  44:17  54:9  55:20  55:20  58:10  62:5 | |
| **produce**(1) 53:22 | |
| **produced**(2) 1:46  61:10 | |
| **production**(1) 53:16 | |
| **products**(1) 74:9 | |
| **prohibited**(1) 54:22 | |
| **proper**(1) 18:23 | |
| **properly**(3) 33:3  37:9  40:3 | |
| **proponent**(6) 27:21  55:5  55:6  55:8  59:9  59:19 | |
| **proponents**(21) 18:11  18:14  20:2  20:4  20:7  20:10  21:14  24:11  24:23  27:7  27:19  27:20  27:24  43:6  55:10  60:7  60:8  60:19  67:7  67:8  67:24 | |
| **proposal**(4) 58:6  70:3  70:8  70:9 | |
| **propose**(2) 27:6  70:17 | |
| **proposed**(4) 27:10  60:6  62:7  65:8 | |
| **prosecute**(9) 29:15  31:4  31:10  31:12  32:8  33:4  35:7  35:14  36:4 | |
| **prosecuted**(1) 34:23 | |
| **prosecutes**(1) 36:9 | |
| **prosecution**(4) 12:3  29:17  31:6  36:8 | |
| **protect**(1) 39:2 | |
| **protocol**(10) 52:23  53:4  54:8  57:12  58:14  58:18  58:23  59:2  63:23  64:9 | |
| **provide**(1) 67:15 | |
| **provided**(7) 14:22  18:18  45:23  60:8  67:4  67:5  67:11 | |
| **provides**(1) 52:19 | |
| **provision**(1) 34:4 | |
| **prowlen**(1) 5:25 | |
| **public**(1) 39:4 | |
| **publication**(1) 19:15 | |
| **punt**(1) 63:9 | |
| **punted**(1) 62:5 | |
| **purpose**(3) 33:24  37:5  37:21 | |
| **purposes**(3) 28:8  58:5 | |
| **pursue**(3) 29:6  29:10  40:11 | |
| **pursuing**(1) 38:4 | |
| **put**(8) 12:20  18:15  19:1  19:3  49:6  60:24  64:2  73:18 | |
| **puts**(2) 39:17  48:23 | |
| **putting**(1) 58:2 | |
| **qualification**(1) 50:10 | |
| **question**(12) 22:19  22:24  32:17  35:11  37:19  42:14  47:9  47:10  59:4  59:11  62:10  62:20 | |
| **questioned**(1) 40:16 | |
| **questions**(2) 47:16  52:21 | |
| **quickly**(5) 11:7  21:17  25:7  57:8  68:3 | |
| **quite**(2) 23:9  52:9 | |
| **qureshi**(1) 3:36 | |
| **rachel**(1) 9:30 | |
| **rain**(2) 41:10  51:16 | |
| **rainstorm**(1) 51:19 | |
| **raise**(1) 40:9 | |
| **raised**(8) 28:15  29:22  30:22  31:21  33:2  51:3  51:4  70:19 | |
| **randy**(1) 12:6 | |
| **ranked**(1) 19:7 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **rapidly**(1) 72:22 | | **resolve**(6) 38:15 54:11 60:10 68:15 70:3 70:22 | | **running**(1) 34:1 | | **short**(2) 19:8 59:14 | |
| **rate**(1) 42:18 | | | | **rushabh**(1) 6:39 | | **shorten**(1) 30:14 | |
| **rath**(2) 2:4 2:6 | | | | **russano**(1) 2:31 | | **shortly**(1) 74:8 | |

- rapidly(1) 72:22
- rate(1) 42:18
- rath(2) 2:4 2:6
- rather(6) 19:18 19:23 21:4 24:17 35:16 66:3
- reach(5) 15:3 28:16 37:20 45:7 63:14
- reached(3) 14:19 15:20 72:2
- react(1) 68:5
- reacting(1) 52:1
- reactions(1) 70:1
- read(5) 17:6 17:7 45:4 46:14 50:7
- ready(1) 56:21
- real(2) 38:23 59:4
- reality(1) 49:10
- really(10) 24:21 32:16 32:20 32:21 38:1 47:8 49:12 63:9 64:2 69:2
- reason(5) 33:5 36:15 49:7 50:21 64:9
- reasons(1) 42:16
- recall(4) 29:9 32:15 52:6 55:5
- received(2) 42:10 61:9
- recent(1) 52:1
- recently(1) 44:2
- recess(5) 45:17 45:18 74:8
- reconsider(2) 34:22 43:9
- reconvene(1) 45:16
- record(9) 13:23 16:15 37:24 44:9 51:7 51:9 58:2 65:6 66:13
- recorded(1) 1:45
- recording(2) 1:45 74:15
- records(2) 16:3 16:14
- reduction(1) 27:21
- refer(1) 19:5
- reference(4) 24:17 25:11 33:6 73:18
- reflect(5) 19:15 20:12 20:16 45:9 63:23
- reflected(1) 34:18
- reflecting(1) 20:9
- reflects(1) 37:24
- regard(2) 48:6 56:3
- regarding(1) 13:12
- reiterate(2) 37:14 73:6
- related(4) 31:2 35:16 52:7 65:5
- relating(4) 17:20 19:10 21:13 29:11
- relatively(1) 12:13
- release(1) 62:8
- relief(3) 11:12 36:13 72:13
- remain(1) 48:2
- remainder(1) 21:8
- remaining(1) 68:17
- remains(2) 48:3 48:5
- remarks(2) 45:22 46:18
- remedies(2) 46:3 50:11
- remember(3) 43:16 62:23 64:1
- remind(2) 44:1 54:21
- remote(1) 68:13
- renewed(2) 46:22 50:24
- reply(1) 55:16
- report(10) 44:21 51:14 52:14 53:2 54:4 54:8 57:13 57:19 57:22 63:22
- represent(1) 33:11
- representation(1) 73:11
- representations(1) 68:1
- represented(1) 37:5
- representing(2) 44:2 73:9
- request(3) 45:22 54:19 63:11
- requests(1) 64:7
- require(1) 19:24
- requires(1) 66:14
- reserve(6) 47:2 47:3 47:6 47:7 47:7 47:8
- reserved(3) 40:3 47:1 47:9
- reserves(1) 40:8
- resist(1) 23:21
- resolution(6) 25:23 28:16 39:8 39:20 53:20 63:8

- resolve(6) 38:15 54:11 60:10 68:15 70:3 70:22
- resolved(10) 31:17 34:19 38:22 38:22 39:11 52:18 53:21 56:22 58:7 59:2
- respect(28) 11:14 11:16 11:19 11:21 11:23 12:6 13:1 13:3 13:6 13:19 21:10 22:20 28:18 31:1 37:19 53:1 53:6 53:15 53:20 56:10 59:15 60:22 62:20 65:10 65:19 65:21 68:9 68:14
- response(20) 13:21 14:1 14:2 14:5 14:6 14:21 14:23 15:7 15:12 15:15 15:21 17:7 16:20 26:21 26:23 28:8 54:18 64:16 64:17 71:1
- responses(2) 53:15 68:16
- responsive(13) 18:7 19:13 20:4 20:8 20:12 21:11 24:21 25:2 26:15 27:3 67:21 67:22 67:24
- restrictions(1) 47:18
- result(8) 22:12 22:13 22:23 25:5 30:5 30:9 44:11 62:10
- results(1) 46:18
- retention(1) 12:2
- reveals(1) 15:12
- review(5) 16:21 19:24 25:7 27:5 70:14
- reviewed(2) 15:11 16:17
- reviewing(1) 18:21
- revise(2) 19:12 22:22
- revised(7) 20:3 20:8 20:11 20:14 25:1 26:15 67:24
- revisions(2) 21:5 68:15
- rfa's(2) 54:2 54:3
- rice(1) 7:27
- richards(1) 2:36
- rid(1) 52:20
- rifkind(2) 8:43 9:20
- right(39) 12:22 14:10 17:6 17:12 17:16 26:17 26:22 27:12 28:7 28:20 29:1 37:20 41:1 43:12 43:20 44:15 45:16 46:10 47:6 47:7 48:17 49:20 51:6 51:10 55:3 56:5 56:14 59:22 59:22 60:12 64:14 66:17 68:24 69:15 69:16 70:5 71:22 72:23 73:2
- rights(7) 40:6 40:8 40:14 46:2 47:2 54:13 65:13
- rise(3) 26:2 30:19 45:19
- rising(2) 41:20 65:8
- robbins(17) 5:36 5:37 41:24 41:24 42:4 46:10 46:12 47:21 48:5 48:14 48:16 50:2 72:1 72:23 73:1 73:19 73:21
- robby(1) 11:23
- robert(2) 2:37 4:6
- rochester(1) 8:34
- rockefeller(1) 2:17
- rodney(1) 2:38
- rogers(1) 9:47
- roltman(1) 7:39
- rome(1) 5:12
- rose(2) 33:10 33:10
- rosenman(2) 10:8 10:9
- roth(2) 9:37 9:37
- rothschild(1) 4:36
- roughly(1) 18:24
- round(1) 21:5
- rounds(1) 55:14
- rowe(1) 7:23
- royal(2) 9:46 9:46
- rudnick(3) 3:12 7:4 65:3
- rule(1) 54:22
- ruled(2) 35:12 51:4
- ruling(2) 39:16 40:19
- run(1) 11:6

- running(1) 34:1
- rushabh(1) 6:39
- russano(1) 2:31
- russell(2) 5:36 41:24
- sachs(1) 7:7 7:9
- said(19) 25:14 26:5 33:8 33:11 33:20 49:4 49:22 49:23 50:4 52:6 53:8 53:17 53:21 53:22 55:5 55:6 56:1 56:8 63:20
- same(5) 28:4 36:12 45:7 45:24 50:12
- sanzeri(5) 13:4 13:23 14:16 14:19 17:4
- say(19) 16:9 19:9 22:15 24:2 26:1 26:7 27:4 33:10 47:23 50:2 50:9 50:17 50:24 51:2 53:2 53:2 55:8 60:17 63:9 68:12
- saying(5) 43:18 43:21 50:14 59:17 61:8
- says(2) 23:13 56:15
- scale(1) 42:17
- schaible(1) 2:30
- schedule(6) 41:13 52:10 56:10 56:11 56:24 68:12
- scheduling(1) 71:7
- schlerf(1) 4:37
- scholar(1) 60:2
- scholer(1) 9:41
- schott(1) 10:5
- schotz(1) 1:29
- schulte(2) 9:37 9:37
- schuylkill(1) 1:40
- scope(1) 31:23 40:13
- scotland(2) 9:46 9:46
- scott(4) 4:30 7:10 10:14 26:12
- search(1) 16:14
- seated(1) 45:19
- second(7) 19:12 21:5 48:20 62:4 72:6 72:73:4
- secondly(2) 32:21 49:15
- secret(1) 22:17
- see(7) 16:19 28:8 28:10 51:6 51:11 61:4 67:19
- seek(5) 34:20 35:3 36:12 50:17 65:9
- seeking(3) 38:21 38:22 62:10
- seeks(2) 33:20 35:4
- seem(1) 63:21
- seems(4) 40:15 41:12 44:23 51:19
- seen(3) 25:3 61:11 67:23
- seife(2) 2:16 7:38
- seiler(1) 8:38
- selber(1) 3:5
- sense(5) 40:17 50:18 52:1 55:21 59:10
- sensible(1) 38:23
- sensitive(1) 50:2
- sent(3) 22:16 51:23 60:24
- sentinel(1) 16:7
- separate(5) 48:2 48:4 48:5 58:18 73:12
- seriously(1) 52:15
- served(1) 33:24
- service(2) 1:39 1:46
- services(4) 1:39 11:23 16:4 16:6
- sessions(2) 26:4 44:6
- set(5) 25:8 39:20 58:24 70:20 74:9
- settle(11) 28:12 28:12 29:3 31:20 32:4 32:19 32:23 35:10 35:20 36:23 41:2
- seven(4) 3:15 52:7 52:18 62:11
- several(1) 14:19
- shannon(1) 9:22
- share(2) 25:6 61:17
- sharnah(1) 7:16
- shaya(1) 8:34
- she(16) 14:20 15:12 15:21 15:23 16:2 16:4 16:6 16:10 16:11 16:12 16:15 16:16 16:17 17:1 17:4 17:9
- she's(1) 17:2
- shops(1) 67:18

- short(2) 19:8 59:14
- shorten(1) 30:14
- shortly(1) 74:8
- should(29) 19:6 19:7 19:7 19:11 27:4 27:22 28:4 29:23 31:3 31:9 31:10 33:10 33:19 34:3 39:5 39:14 40:3 40:21 43:1 43:15 45:12 46:23 47:12 49:13 53:19 56:8 59:18 65:11 73:18
- shouldn't(5) 23:16 31:11 32:8 34:17 73:17
- show(1) 16:3
- showed(1) 61:1
- showing(2) 16:16 20:5
- shown(1) 57:17
- side(1) 23:17
- sidebar(1) 51:7
- sidley(6) 1:22 6:29 14:13 41:5 51:17 66:23
- siegel(1) 3:14
- sign(1) 68:8
- signed(1) 40:13
- silver(3) 8:4 8:4 10:14
- silverstein(2) 3:5 10:18
- simes(1) 10:22
- similarly(1) 15:20
- simple(1) 24:18
- simply(10) 19:3 30:7 32:5 35:3 36:7 36:10 55:8 56:19 58:23 63:9
- since(7) 13:15 23:15 26:3 52:4 67:1 70:7 70:11
- singer(1) 10:9
- single(1) 51:3
- sit(1) 61:19
- sitrick(1) 12:2
- situation(2) 22:22 49:5
- slight(1) 19:19
- socal(6) 7:27 17:21 19:16 20:3 20:6 20:16
- solicitation(24) 17:22 18:13 18:16 18:18 18:19 18:20 18:23 19:1 19:4 19:10 19:23 20:15 20:18 20:19 20:20 20:22 23:12 25:4 25:9 27:10 27:18 27:18 64:23 68:9
- solution(3) 53:22 55:6 55:14
- some(24) 17:21 18:13 19:19 24:12 25:2 25:5 25:16 28:14 29:17 30:6 30:19 31:4 45:14 46:6 51:23 52:5 52:13 52:16 57:7 59:10 63:3 70:1 70:14
- somebody(1) 24:2
- somebody's(1) 21:3
- someone(2) 21:20 68:14
- something(12) 16:11 28:10 32:15 42:13 49:4 49:12 57:14 58:14 64:20 65:7 68:14 72:21
- sometime(1) 57:15
- somewhat(2) 15:21 23:12
- son(1) 31:16
- soon(2) 20:13 21:15
- sorry(3) 12:24 48:16 65:1
- sottile(9) 2:22 69:22 70:6 70:9 70:11 71:5 71:12 71:19 71:23
- sought(5) 29:10 37:9 37:10 61:4 72:14
- sound(2) 1:45 74:15
- sounds(1) 23:8
- south(4) 1:25 4:16 16:7 37:12
- spaeder(2) 2:21 28:13
- speak(6) 21:18 25:16 27:24 30:21 62:19 62:23
- speaks(1) 16:23
- special(2) 9:16 28:13
- specific(7) 16:22 18:6 33:6 51:22 54:14 54:19 63:1
- specifically(10) 25:14 32:10 32:12 32:15 34:2 34:7 34:17 37:5 37:16 50:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

speed(1) 43:2
spend(1) 38:3
spoke(3) 33:8  33:10  67:1
sponte(1) 38:18
square(2) 2:38  3:15
stand(4) 41:6  41:15  45:17  74:8
standing(32) 13:12  28:9  29:5  29:10  29:12
29:14  29:18  29:20  30:7  30:23  31:3  31:10
31:12  31:18  32:5  32:7  33:3  33:13  33:17
34:15  35:6  35:6  35:13  35:15  36:3  38:8
38:16  38:20  40:15  69:24  70:12  70:18

stanley(2) 5:24  9:8
stargatt(1) 4:4
start(5) 44:13  52:12  54:12  54:19  56:21
started(2) 44:16  45:1
starting(1) 45:2
starts(1) 42:14
stated(3) 18:4  40:5  73:1
statement(12) 13:1  18:6  18:7  19:13  20:4
24:21  25:2  26:15  40:6  49:3  56:12  67:13

statements(10) 19:14  20:8  20:12  21:11
27:3  57:22  60:4  67:21  67:22  67:24

states(2) 1:1  1:18
stay(5) 11:12  29:16  39:19  48:14  56:19
staying(1) 12:3
stearn(1) 2:37
step(13) 11:10  12:14  18:5  18:10  19:5  19:5
19:10  22:10  22:21  24:13  41:16  51:13
59:21
sticker(1) 23:13
still(6) 16:11  16:15  16:16  53:3  59:2  64:11
stimulated(1) 69:24
stipulate(2) 39:1  39:14
stomach(1) 53:1
stone(2) 10:13  10:13
strauss(3) 3:32  8:29  24:9  41:21  60:15
street(16) 1:10  1:32  1:40  2:7  2:24  2:39
3:7  3:21  3:43  4:8  4:39  5:7  5:14  5:20  5:31
5:40
stress(1) 61:6
strike(1) 68:19
struggled(1) 63:3
stuff(1) 49:8
sua(1) 38:17
subject(8) 28:4  29:15  32:12  35:22  50:3
52:19  59:2  72:4

submission(1) 55:15
submission(1) 73:23
submit(7) 17:13  17:14  27:22  44:21  64:18
71:20  73:15

submitted(5) 16:4  16:17  29:20  58:15  63:6
submitting(1) 12:5
substantive(2) 15:21  49:12
substitute(1) 43:2
succeed(3) 38:5  39:9  40:10
such(3) 35:3  36:17  73:14
suffered(1) 50:21
suggest(4) 22:6  31:22  68:4  71:4
suggested(1) 54:12
suggesting(3) 50:23  56:1  58:13
suggestion(2) 13:17  54:5
suggestions(1) 59:10
suite(9) 1:33  2:7  2:25  3:21  3:43  4:17  4:40
5:14  5:41

sullivan(2) 3:19  3:20
sun(1) 16:7
support(3) 16:5  16:23  61:20
suppose(1) 30:19
sur-reply(1) 42:11
sure(7) 11:7  13:14  25:11  46:7  51:1  51:24
59:5

surprising(1) 33:13

suspect(2) 12:7  68:1
sustain(2) 15:16  17:10
sustained(1) 15:8
suttonbrook(2) 6:16  6:16
switch(1) 44:12
switching(1) 44:13
sync(1) 11:7
table(1) 47:23
take(12) 14:7  17:17  33:21  41:22  42:9
47:19  48:21  61:4  62:14  62:18  70:14  73:9

taken(8) 49:17  49:19  53:24  60:19  72:10
72:11  73:10  73:14

takes(1) 50:8
taking(1) 48:23
talk(6) 21:24  28:10  43:15  60:9  63:11
talked(1) 57:12
talking(4) 24:3  43:13  61:2  61:6
task(1) 19:17
taylor(1) 4:5
teck(1) 10:39
tee(2) 66:7  66:18
teeing(1) 65:14
teenage(1) 31:16
telephone(2) 52:16  69:16
telephonic(1) 12:10  5:1  6:1  7:1  8:1  9:1
telephonically(1) 33:10
tell(1) 61:16
ten(4) 42:17  42:18  53:21  55:5
tend(1) 32:3
tenor(2) 31:2  32:4
tenth(3) 11:22  13:5  15:18
term(1) 22:5
termination(1) 51:1
terms(14) 16:23  22:5  29:15  42:20  47:1
47:18  50:20  54:15  58:11  58:12  59:5  63:12
64:6  67:21

than(8) 19:18  19:23  24:17  41:9  42:10
50:23  55:7  57:5

thank(33) 12:22  14:11  15:17  17:11  18:3
22:18  24:6  26:11  26:17  26:18  27:12  27:16
28:6  36:22  36:23  37:1  40:24  41:2  41:18
42:3  42:5  64:14  66:11  66:19  66:20  69:1
71:19  71:22  71:23  71:24  74:3  74:4  74:7

that(301) 11:7  12:6  12:7  12:8  12:10  12:13
12:14  12:16  12:17  12:19  12:20  12:21
12:23  13:1  13:15  13:20  14:21  15:5  15:7
15:7  15:12  15:18  15:24  16:2  16:3  16:4
16:6  16:9  16:16  16:19  17:1  17:3  17:21
17:21  17:23  18:1  18:5  18:8  18:12  18:18
18:23  19:4  19:5  19:9  19:9  19:24  20:11
20:17  20:19  21:3  21:4  21:5  21:12  21:18
21:20  21:24  22:1  22:3  22:6  22:11  22:16
22:24  23:1  23:10  23:13  23:17  24:2  24:5
24:14  24:14  24:16  25:1  25:4  25:12  25:12
25:15  26:5  26:7  26:7  26:14  27:3  27:18
27:24  28:1  28:1  28:10  28:18  29:1  29:4
29:6  29:14  29:20  29:21  29:22  29:23  29:24
30:5  30:8  30:9  30:13  30:18  30:23  31:2
31:5  31:6  31:11  31:15  31:20  31:22  32:2
32:3  32:4  32:5  32:8  32:13  32:15  32:15
33:1  33:6  33:13  33:14  33:16  33:19  33:20
33:22  34:1  34:2  34:3  34:8  34:10  34:14
34:16  34:17  35:1  35:4  35:5  35:15  35:17
35:20  35:21  35:24  36:3  36:5  36:6  36:8
36:15  36:17  36:18  36:20  37:5  37:7  37:11
37:11  37:15  37:16  37:23  38:4  38:5  38:8
38:9  38:13  38:13  38:14  38:16  39:1  39:4
39:5  39:8  39:9  39:13  39:14  39:14  39:16
39:17  39:18  39:20  40:1  40:3  40:4  40:5
40:6  40:7  40:10  40:13  40:16  40:16  41:8
41:12  42:11  42:13  42:14  42:23  43:3  43:4
43:6  43:8  43:9  43:23  44:2  44:4  44:6  44:9
44:10  44:14  44:18  44:19  45:9  45:12  45:22
45:23  46:2  46:3  46:7  46:14  46:16  46:15
46:18  46:18  46:19  46:23  46:23  47:3  47:1
47:18  48:7  48:10  48:21  48:22  48:23  48:24
49:5  49:7  49:9  49:11  49:11  49:13  49:22
49:23  49:24  50:2  50:8  50:11  50:12  50:17
50:18  50:20  50:21  51:2  51:3  51:3  51:5
51:24  52:4  52:7  52:7  52:10  52:11  52:12
52:15  52:19  52:23  52:24  53:2  53:5  53:10
53:14  53:18  53:22  54:4  54:5  54:6  54:7
54:9  54:17  54:18  54:21  55:1  55:2  55:12
55:17  55:20  55:20  55:21  55:24  56:3  56:4
56:9  56:11  56:13  56:16  56:20  56:22  57:5
57:10  57:11  57:13  57:15  57:16  58:1  58:2
58:3

that(114) 58:4  58:6  58:7  58:7  58:7  58:8
58:9  58:13  58:13  58:14  58:14  58:23  59:5
59:7  59:8  59:10  59:10  59:12  59:16  59:17
60:5  60:10  60:17  61:2  61:2  61:3  61:4
61:5  61:6  61:7  61:7  61:8  61:8  61:10
61:15  61:17  61:21  61:24  62:1  62:2  62:3
62:4  62:7  62:7  62:9  62:13  62:14  62:15
62:16  62:22  62:23  62:23  62:24  63:2  63:9
63:14  63:15  63:16  63:18  63:23  63:24  64:3
64:5  64:8  64:10  64:11  64:20  65:15  66:1
66:4  66:6  66:8  66:14  66:14  67:7  67:8
67:13  67:19  67:19  67:23  68:2  68:2  68:5
68:8  68:13  68:13  68:18  68:19  69:9  69:18
70:12  70:17  70:17  70:19  70:20  70:21
70:24  71:7  71:8  71:16  71:18  71:20  72:10
72:11  72:12  72:18  73:6  73:7  73:8  73:8
73:15  73:24  74:7  74:14

that's(35) 11:8  13:3  13:16  25:19  28:3  31:8
31:8  31:22  32:13  37:17  44:23  46:5  46:7
46:8  46:21  47:15  48:17  50:13  50:16  50:22
53:23  53:23  55:11  56:5  56:23  57:3  61:17
61:13  65:8  68:21  68:23  71:10  71:14  71:17
72:11

the(301) 1:1  1:2  1:17  2:4  3:41  4:7  4:32
9:17  11:12  11:14  11:6  11:10  11:11  11:12
11:13  11:15  11:16  11:16  11:18  11:20
11:22  12:2  12:3  12:3  12:6  12:8  12:9
12:11  12:12  12:13  12:14  12:16  12:17
12:18  12:19  12:20  12:22  13:1  13:2  13:3
13:3  13:5  13:6  13:7  13:11  13:12  13:13
13:13  13:16  13:16  13:18  13:19  13:19
13:20  13:22  13:22  13:24  13:24  14:2  14:3
14:4  14:6  14:10  14:13  14:14  14:14  14:16
14:17  14:17  14:21  14:22  14:23  15:2  15:3
15:3  15:6  15:9  15:11  15:11  15:12  15:13
15:16  15:18  15:19  15:21  15:23  16:7  16:8
16:9  16:11  16:14  16:16  16:17  16:20  16:20
16:21  16:23  17:1  17:3  17:6  17:6  17:7
17:10  17:12  17:16  17:17  17:18  17:19
17:19  17:19  17:20  17:20  17:22  18:1  18:3
18:4  18:5  18:7  18:9  18:9  18:10  18:10
18:11  18:11  18:14  18:15  18:17  18:17
18:22  18:24  19:1  19:1  19:3  19:4  19:4
19:5  19:5  19:6  19:10  19:10  19:10  19:12
19:12  19:13  19:14  19:14  19:14  19:15
19:15  19:16  19:19  19:20  19:20  19:21
19:22  20:1  20:1  20:2  20:2  20:3  20:3  20:4
20:4  20:5  20:6  20:7  20:7  20:10  20:10
20:14  20:15  20:16  20:16  20:17  20:17
20:18  20:18  20:19  20:20  20:21  20:21
20:22  21:1  21:4  21:5  21:5  21:8  21:8  21:8
21:9  21:10  21:10  21:11  21:12  21:12  21:13
21:13  21:14  21:14  21:19  21:23  22:3  22:5
22:6  22:7  22:8  22:10  22:11  22:12  22:13
22:14  22:17  22:19  22:19  22:20  22:20
22:20  22:23  22:24  22:24  23:3  23:4  23:6
23:8  23:9  23:12  23:16  23:17  23:17  23:19
23:20  24:5  24:7  24:10  24:13  24:13  24:14
24:16  24:17  24:17  24:18  24:21
24:22  24:23  24:23  25:3  25:5  25:7  25:12
25:12  25:14  25:19  25:22  26:3  26:3  26:6
26:8  26:10  26:13  26:14  26:17  26:19  26:21
26:22  27:1  27:2  27:2  27:7  27:9  27:10
27:12  27:14  27:15  27:17  27:18  27:19
27:20  27:20  27:20  27:21  27:21  27:23
27:24  27:24  28:3  28:4  28:5  28:7  28:8
28:9  28:13  28:14  28:20  28:22  29:1  29:4
29:4  29:5  29:6  29:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) 29:9 29:9 29:11 29:12 29:13 29:14 29:14 29:15 29:15 29:18 29:19 29:19 29:20 29:22 29:23 30:1 30:1 30:2 30:4 30:5 30:5 30:6 30:7 30:8 30:8 30:10 30:10 30:12 30:13 30:13 30:16 30:17 30:21 30:21 30:22 30:23 30:24 30:24 31:2 31:2 31:3 31:5 31:6 31:6 31:6 31:7 31:8 31:8 31:9 31:9 31:11 31:12 31:13 31:13 31:17 31:19 31:21 31:22 31:22 31:23 31:23 32:1 32:2 32:2 32:3 32:4 32:4 32:6 32:7 32:9 32:9 32:11 32:11 32:12 32:13 32:13 32:14 32:17 32:20 32:20 32:23 32:24 33:2 33:4 33:5 33:6 33:8 33:9 33:11 33:12 33:15 33:15 33:19 33:20 33:20 33:23 33:24 34:1 34:2 34:3 34:4 34:4 34:6 34:7 34:8 34:10 34:10 34:11 34:11 34:14 34:14 34:16 34:16 34:22 34:24 35:6 35:7 35:7 35:8 35:8 35:10 35:11 35:13 35:14 35:15 35:15 35:17 35:18 35:18 35:21 35:22 35:24 36: 36:2 36:3 36:4 36:8 36:10 36:12 36:22 37:3 37:5 37:5 37:6 37:6 37:8 37:9 37:15 37:17 37:21 37:22 37:24 38:1 38:2 38:4 38:6 38:8 38:10 38:11 38:13 38:13 38:14 38:17 38:18 38:18 38:23 39:2 39:6 39:6 39:8 39:8 39:9 39:10 39:14 39:15 39:19 40:2 40:7 40:7 40:8 40:8 40:10 40:11 40:11 40:12 40:12 40:13 40:13 40:17 40:19 40:23 41:1 41:3 41:5 41:6 41:6 41:8 41:10 41:12 41:13 41:14 41:15 41:15 41:18 41:20 41:24 42:3 42:12 42:14 42:15 42:17 42:18 42:22 43:3 43:5 43:11 43:13 43:18 43:18 43:19 43:21 43:23 44:5 44:6 44:7 44:9 44:9 44:10 44:16 44:16 44:17 44:20 44:20 44:22 44:23 44:23 45:4 45:4 45:6 45:7 45:8 45:8 45:12 45:16 45:19 45:20 45:23 45:24 45:24 46:1 46:3 46:4 46:4 46:10 46:13 46:14 46:17 46:18 46:19 46:21 46:22 46:23 47:2 47:4 47:6 47:7 47:9 47:9 47:10 47:10 47:12 47:15 47:17 47:17 47:22 47:22 47:23 47:24 48:1 48:2 48:4 48:4 48:6 48:8 48:9 48:10 48:11 48:12 48:14 48:15 48:17 48:18 48:19 48:19 48:20 | | the(301) 48:22 48:23 48:23 49:3 49:4 49: 49:14 49:16 49:20 50:1 50:2 50:7 50:7 50:8 50:12 50:21 50:22 50:22 51:6 51:7 51:9 51:10 51:11 51:18 51:22 51:22 51:23 52:1 52:5 52:7 52:10 52:12 52:13 52:14 52:15 52:18 52:20 52:21 52:21 52:24 52:24 53:1 53:4 53:6 53:7 53:8 53:9 53:11 53:11 53:13 53:14 53:15 53:19 53:21 53:22 54:1 54:4 54:6 54:7 54:8 54:19 54:20 54:11 54:13 54:14 54:18 55:11 55:13 55:15 55:16 55:17 55:24 55:24 56:4 56:7 56:10 56:11 56:11 56:12 56:14 56:15 56:16 56:17 56:19 56:20 56:21 56:21 57:1 57:9 57:11 57:13 57:14 57:16 57:18 57:19 57:19 57:20 57:21 57:22 57:23 58:2 58:8 58:9 58:11 58:14 58:17 58:18 58:19 58:20 58:21 58:22 59: 59:1 59:2 59:4 59:5 59:6 59:11 59:14 59:15 59:17 59:20 59:22 60:5 60:6 60:11 60:12 60:18 60:18 60:19 60:20 60:21 60:22 60:23 60:23 61:1 61:1 61:3 61:3 61:8 61:10 61:11 61:13 61:15 61:17 61:20 61:21 61:22 62:1 62:3 62:4 62:6 62:6 62:8 62:11 62:12 62:15 62:17 62:18 62:19 62:20 62:21 62:22 63:6 63:8 63:8 63:10 63:10 63:11 63:12 63:16 63:17 63:18 63:19 63:20 63:22 63:23 64:1 64:3 64:5 64:6 64:9 64:10 64:11 64:12 64:14 64:17 64:19 64:19 64:22 65:3 65:5 65:6 65:7 65:10 65:11 65:11 65:12 65:14 65:16 65:17 65:19 65:19 65:23 65:23 66:3 66:4 66:6 66:6 66:7 66:9 66:12 66:13 66:15 66:17 66:20 66:23 67:2 67:3 67:4 67:6 67:6 67:7 67:8 67:8 67:9 67:12 67:17 67:18 67:20 67:21 67:23 67:24 68:1 68:2 68:4 68:6 68:7 68:8 68:10 68:10 68:13 68:15 68:18 68:19 68:21 68:24 69:2 69:4 69:5 69:6 69:8 69:10 69:12 69:15 69:20 69:23 69:23 70: 70:2 70:3 70:3 70:5 70:7 70:10 70:15 70:11 70:11 70:12 70:13 70:14 70:15 70:16 70:17 70:18 70:19 70:21 70:23 70:24 70:24 71:1 71:2 71:4 71:6 71:9 71:10 71:10 71:10

the(51) 71:12 71:12 71:13 71:15 71:16 71:17 71:18 71:20 71:21 71:22 71:22 72: 72:3 72:3 72:3 72:4 72:5 72:6 72:7 72:7 72:8 72:9 72:12 72:12 72:18 72:20 72:23 73:2 73:2 73:7 73:12 73:13 73:13 73:14 73:15 73:17 73:18 73:18 73:22 73:23 73:22 73:23 74:2 74:4 74:7 74:9 74:11 74:14 74:15 74:15 74:16

their(21) 12:15 18:6 18:6 18:6 19:7 20:11 28:15 33:2 34:15 36:8 44:4 45:22 51:11 54:13 56:2 56:3 59:14 61:12 61:21 62:12 70:19

them(19) 17:13 17:14 21:18 25:7 27:1 27:9 36:9 38:22 46:14 48:1 51:13 52:3 55:10 59:7 59:11 62:24 63:7 67:19 68:2

then(15) 12:1 18:10 24:5 29:2 31:19 32:2 36:13 40:20 43:12 56:7 57:20 59:1 59:14 66:9 68:15

there(63) 12:13 16:15 16:18 16:18 16:22 18:13 18:22 22:1 22:17 23:20 26:9 29:22 30:24 32:10 32:12 33:6 33:13 33:22 34:6 34:6 34:20 35:1 35:2 35:2 35:5 35:20 37:16 38:16 38:19 40:21 44:2 44:10 44:18 47:10 47:17 47:21 48:24 50:5 50:10 51:1 51:2 51:13 52:7 53:11 53:16 53:19 54:1 56:8 56:14 57:6 58:5 59:8 61:23 62:1 62:11 63:1 63:15 67:18 69:16 69:20 69:22 71:7 | | there's(16) 15:12 24:16 25:23 33:24 38:24 42:12 46:6 49:12 50:6 51:12 51:16 54:14 57:23 65:10 69:7 71:9

therefore(2) 28:17 35:16
therein(1) 19:4
these(20) 17:13 23:14 31:10 33:7 36:9 37:13 37:15 37:16 37:21 38:1 38:15 38:19 38:21 39:3 40:9 40:9 52:11 55:22 73:15 73:23
they(46) 18:7 19:8 20:1 20:11 21:16 29:24 33:8 33:16 34:11 34:15 34:21 37:12 44:5 44:7 44:13 45:2 45:2 46:5 47:4 47:5 47:6 47:6 47:13 47:14 47:14 47:14 49:2 49:18 49:21 49:22 49:23 50:9 51:11 51:23 53:20 55:6 55:19 58:9 59:7 59:15 61:15 61:16 61:17 61:19 61:24 70:22

they'd(1) 44:12
they'll(2) 55:15 55:16
they're(4) 25:22 31:13 44:3 52:1
they've(3) 49:10 52:15 59:9
thing(5) 45:6 68:7 68:7 68:11 72:20
things(10) 18:22 21:12 27:15 29:16 32:18 34:21 43:3 49:8 54:6 73:16

think(65) 12:12 13:15 21:2 23:14 23:18 24:14 28:17 31:15 32:1 32:23 32:24 33:5 34:13 35:11 35:17 36:1 36:3 36:18 37:20 38:23 39:3 39:18 40:1 40:2 41:7 42:9 42:14 43:16 44:12 46:23 47:6 47:7 47:8 47:13 47:14 47:15 47:16 48:9 49:6 49:12 50:12 50:13 50:16 51:5 51:12 51:15 52:17 52:24 52:24 53:3 54:11 55:13 57:1 57:11 58:3 59:5 62:13 63:17 64:12 69:8 70:13 72:2 72:18 73:1 74:1

thinking(1) 55:23
thinks(2) 16:11 16:11
third(1) 72:6
thirty-fourth(1) 11:18
thirty-sixth(1) 11:20
thirty-third(1) 11:15
this(85) 13:22 14:24 15:2 15:19 16:8 16:22 18:9 18:12 18:16 19:16 19:17 20:17 21:15 21:16 21:21 22:1 22:9 22:16 22:17 23:22 23:21 25:5 25:11 27:8 27:11 28:7 29:4 30:15 31:16 32:14 34:7 34:17 34:18 35:3 35:4 37:3 38:3 39:7 39:11 39:19 39:22 40:19 40:22 41:23 42:2 42:9 42:10 42:15 42:18 43:17 44:3 46:4 46:24 47:8 47:11 47:16 48:8 48:22 49:1 49:7 49:9 50:6 50:9 56:18 56:22 57:4 57:5 57:6 57:12 57:14 57:17 57:17 58:17 58:22 59:13 64:3 65:14 65:22 65:22 66:14 70:8 72:16 73:13 74:1 74:8

thomas(2) 2:13 2:44
thompson(2) 10:26 10:27
thornburg(1) 5:24
those(46) 14:7 14:9 14:14 14:18 18:14 20:9 20:9 20:12 21:17 23:13 25:6 27:5 27:7 27:8 27:9 29:12 30:2 30:5 31:4 32:11 33:4 34:24 35:1 37:20 38:5 39:10 47:16 47:23 48:4 48:7 48:11 48:13 50:20 51:14 52:2 52:8 52:9 56:16 63:4 67:13 67:14 69:8 70:20 70:23 71:21 73:2

though(1) 25:3
thought(4) 11:6 23:1 32:11 45:11
three(11) 18:19 18:23 19:20 21:4 23:3 24:17 24:17 27:2 55:15 57:4 72:5

threshold(1) 42:13
through(8) 11:6 16:9 36:9 52:8 52:16 57:7 67:2 73:3

thursday(1) 18:18 56:22 | | time(26) 16:2 28:5 31:1 35:16 36:20 38:7 38:16 38:18 39:18 39:20 39:22 42:10 45:7 45:13 53:19 54:6 56:13 57:1 57:4 61:14 62:6 62:9 62:23 63:3 65:23 66:19

timeframe(1) 27:15
times(1) 3:15
timetable(1) 18:24
tiny(1) 69:6
today(25) 12:8 15:6 15:16 20:13 21:9 25:2 25:8 26:16 27:8 27:13 30:14 30:16 32:22 37:15 37:23 38:22 51:15 53:5 57:7 61:14 64:20 67:20 68:6 69:17 74:5

today's(2) 46:19 63:12
together(2) 38:11 60:3
togut(1) 11:16
told(3) 25:15 25:16 26:8
toll(2) 35:16 37:6
tolling(9) 35:19 35:23 36:6 36:11 36:16 36:17 37:8 38:24 39:1

tomorrow(4) 68:7 68:11 69:7 69:15
too(2) 50:6 71:17
took(5) 44:22 52:12 52:15 54:11 63:3
top(1) 23:13
touched(1) 60:21
traci(1) 74:20
trade(1) 10:17
traditional(1) 63:2
transaction(1) 29:11
transactions(2) 65:17 65:17
transcriber(1) 74:21
transcript(7) 1:16 1:46 33:9 40:20 70:14 71:3 74:15

transcription(2) 1:39 1:46
trb(3) 5:12 33:12 37:2
tree(7) 8:21 9:4 13:9 22:14 42:7 47:20 73:11

trehan(1) 10:23
trial(2) 56:9 61:12
tribune(3) 1:7 6:21 11:5
tricky(1) 54:10
tried(3) 37:22 56:18 59:13
truly(1) 57:17
trust(4) 3:12 7:4 9:29 65:4
trustee(4) 3:41 3:41 11:16 65:3
try(6) 25:6 52:20 63:4 63:23 64:19 64:20
trying(1) 24:20
tucker(1) 11:21
twenty(1) 53:22
twenty-seventh(1) 11:13
two(31) 13:20 14:7 14:14 17:13 18:14 18:22 20:2 20:10 20:20 21:2 21:13 21:14 22:5 23:11 23:18 26:14 27:6 27:7 27:24 46:21 51:7 53:16 55:16 56:8 57:4 57:15 58:8 61:20 66:6 68:1

u.s(4) 3:41 3:41 8:11 8:12
ucc(2) 33:20 33:24
ucc's(1) 33:12
ultimate(1) 39:8
ultimately(1) 50:4
um-hum(1) 44:23
unable(3) 49:2 62:17 63:7
unaware(1) 15:2
uncomfortable(1) 49:5
under(5) 17:13 17:14 25:12 61:13 74:2
underlying(2) 34:23 46:4
undermine(1) 49:2
understand(11) 17:9 21:23 31:24 40:7 45:6 46:14 46:17 55:1 72:10 72:12 73:22

understanding(4) 16:1 25:12 33:22 54:19
understood(2) 26:10 72:12
undertaken(1) 63:23
unequivocal(1) 40:6 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **unfair**(2) 39:3 39:17 | | **we're**(25) 11:7 18:19 22:4 23:2 24:22 30:20 38:21 39:13 44:15 44:18 46:8 50:1 51:15 52:23 53:3 53:4 54:5 54:17 57:13 60:4 60:9 60:10 62:13 62:17 66:18 | | **why**(10) 14:6 16:10 17:9 29:1 31:19 32:13 32:21 40:15 49:7 68:12 | | **would**(92) 11:6 12:24 13:14 15:7 17:22 17:22 18:1 19:9 19:18 19:21 19:24 20:5 20:19 20:19 20:21 21:15 22:21 23:20 26:6 27:5 27:17 27:22 28:17 28:18 33:22 35:8 35:11 35:17 35:24 36:9 36:12 36:16 36:18 38:8 38:11 39:7 39:16 39:18 40:14 40:15 41:22 42:18 42:22 43:4 43:8 43:9 43:13 44:1 44:12 44:14 45:13 48:8 49:6 49:6 50:21 51:4 51:6 53:12 53:13 53:18 56:8 56:12 56:13 56:22 57:10 57:15 57:18 58:3 58:7 58:9 58:14 58:16 61:10 61:15 61:21 63:3 63:14 65:22 66:13 67:16 68:5 68:9 69:6 69:8 69:9 70:2 70:17 70:20 70:21 71:13 72:16 72:18 |
| **unfounded**(2) 34:9 37:15 | | | | | | | |
| **unilateral**(2) 22:12 22:17 | | | | | | | |
| **united**(2) 1:1 1:18 | | | | **widely**(1) 39:4 | | | |
| **unlikely**(3) 38:5 39:9 40:10 | | **we've**(23) 23:1 23:11 24:22 37:22 49:21 49:22 52:17 52:18 53:3 53:10 53:11 53:23 54:7 54:11 55:7 55:11 55:13 56:9 56:10 61:11 70:1 73:8 | | **will**(50) 12:18 15:16 17:13 17:14 21:1 21:5 21:6 21:7 21:9 22:1 25:4 25:6 25:6 25:8 26:1 26:7 26:24 27:16 29:9 32:1 42:2 43:6 43:14 43:16 43:23 46:17 46:19 48:1 48:6 48:10 48:12 48:24 50:17 50:17 50:24 52:24 54:16 55:2 55:10 62:2 63:10 63:11 65:15 65:16 65:21 66:15 72:4 73:9 73:15 74:8 | | | |
| **unsecured**(1) 23:7 | | | | | | | |
| **unsupported**(2) 14:15 15:10 | | | | | | | |
| **until**(4) 25:22 34:11 58:13 63:7 | | | | | | | |
| **upon**(3) 39:11 45:21 54:16 | | | | | | | |
| **use**(10) 19:20 39:4 52:24 54:1 54:3 55:22 63:17 64:6 64:6 64:7 | | **wed**(1) 11:1 | | | | | |
| | | **wednesday**(1) 56:22 | | **willette**(1) 11:14 | | | |
| | | **weeds**(1) 40:23 | | **william**(2) 3:20 3:26 | | | |
| **used**(2) 50:20 57:19 | | **week**(13) 19:1 30:12 41:9 52:4 52:6 53:14 55:21 57:14 57:15 58:8 61:7 61:14 64:1 | | **willing**(3) 39:13 49:11 58:1 | | | |
| **usually**(2) 42:10 50:20 | | | | **wilmer**(1) 8:16 | | | |
| **vacate**(1) 34:22 | | | | **wilmington**(18) 1:11 1:34 2:9 2:40 2:46 3:9 3:12 3:22 3:29 3:45 4:10 4:42 5:9 5:15 5:33 7:4 11:1 65:3 | | | |
| **vail**(1) 10:31 | | | | | | | |
| **vale**(3) 33:9 33:18 34:8 | | **weekend**(1) 56:20 | | | | | |
| **valid**(1) 33:24 | | **weeks**(2) 46:21 57:21 | | | | | |
| **variety**(2) 29:10 42:16 | | **weil**(1) 9:8 | | **wires**(1) 6:47 | | | |
| **various**(4) 29:22 30:1 57:18 64:19 | | **weiss**(2) 8:43 9:20 | | **wish**(7) 21:19 24:7 26:19 40:20 47:3 60:12 64:15 | | | |
| **venture**(1) 47:9 | | **weitman**(1) 6:26 | | | | | |
| **versions**(8) 20:11 27:1 27:1 27:2 67:3 67:4 67:6 67:7 | | **welcome**(2) 66:8 68:24 | | | | | |
| | | **well**(27) 12:9 13:18 14:6 16:8 17:6 20:9 25:14 26:1 27:2 29:21 32:9 32:17 35:18 36:15 36:19 40:12 41:10 43:15 48:7 56:4 56:5 57:3 63:9 66:3 67:15 69:2 71:9 | | **wished**(1) 70:13 | | | |
| **versus**(1) 11:10 | | | | **with**(124) 11:13 11:15 11:18 11:20 11:22 12:6 12:19 12:19 12:23 13:1 13:1 13:3 13:5 13:19 14:21 15:6 15:21 18:7 18:22 19:1 20:10 21:4 21:7 21:10 21:20 21:23 22:14 22:14 23:18 25:6 25:20 26:3 27:9 27:9 27:21 28:15 28:18 29:17 29:20 30:1 30:9 31:1 32:3 32:14 32:17 33:23 34:11 36:6 36:11 37:7 37:10 37:19 41:23 42:14 43:5 43:23 44:18 46:11 46:13 46:16 46:20 46:24 47:12 47:13 48:12 48:22 49:4 50:1 50:11 50:14 50:18 50:19 51:1 51:2 51:22 52:3 52:14 52:19 53:1 53:6 53:15 53:16 53:20 54:4 54:5 54:6 54:12 54:20 55:14 55:18 56:7 56:10 58:18 59:6 59:14 60:3 60:9 60:10 60:18 60:22 61:6 61:22 62:18 62:20 62:24 64:19 64:21 65:10 65:19 65:21 67:1 67:19 68:5 68:9 68:14 68:16 69:12 69:13 70:15 72:13 73:7 73:11 | | | |
| **very**(16) 11:7 12:9 18:24 19:9 21:17 23:5 36:15 40:24 43:16 44:2 49:5 62:21 66:14 68:3 71:24 74:7 | | | | | | | |
| | | **wells**(2) 4:29 11:23 | | | | | |
| | | **went**(5) 20:9 33:18 52:8 53:9 57:7 | | | | | |
| | | **were**(40) 18:5 20:17 22:23 25:12 26:8 26:9 27:3 27:4 29:12 29:24 32:9 32:10 32:12 34:14 35:13 36:11 37:11 37:11 38:5 38:19 38:22 40:5 41:8 44:19 52:7 53:16 55:22 56:14 59:7 60:18 61:2 61:14 61:23 62:12 62:21 63:6 64:5 67:18 67:22 | | | | | |
| **vice**(1) 42:1 | | | | | | | |
| **view**(5) 19:17 30:8 34:3 40:14 43:5 | | | | | | | |
| **views**(4) 37:14 51:11 52:9 52:13 | | | | | | | |
| **virtue**(1) 36:2 | | | | | | | |
| **vivek**(1) 9:34 | | | | | | | |
| **vora**(1) 6:39 | | | | | | **york**(6) 2:18 2:33 3:16 3:38 4:26 4:33 | |
| **vote**(1) 21:3 | | **weren't**(2) 32:12 52:11 | | | | **you**(122) 12:22 13:15 14:11 14:24 15:17 16:10 17:11 17:11 17:12 17:13 18:3 18:17 21:21 22:18 23:13 24:6 25:10 25:12 26:11 26:17 26:18 27:12 27:16 28:6 31:21 32:8 32:21 36:14 36:19 36:22 36:23 37:1 40:5 40:24 41:2 41:8 41:14 41:18 41:23 42:3 42:5 42:12 42:17 42:18 42:23 43:4 43:6 43:9 44:10 45:7 45:7 45:9 45:12 45:13 47:2 48:15 49:12 50:7 50:24 51:4 51:6 51:24 52:4 52:8 52:10 52:10 52:13 53:7 53:8 53:17 53:18 53:21 54:3 54:12 54:17 54:21 55:21 55:21 55:22 56:8 56:14 56:17 56:19 57:1 57:4 57:5 57:11 57:14 58:8 58:13 58:13 58:17 59:16 61:4 61:24 62:17 62:23 63:15 64:1 64:14 64:20 65:21 66:6 66:7 66:11 66:19 66:20 67:1 69:1 69:2 71:4 71:17 71:19 71:22 71:23 71:24 72:22 74:3 74:4 74:7 | |
| **voted**(1) 19:7 | | **wesch**(1) 8:35 | | | | | |
| **voting**(1) 18:22 | | **west**(2) 1:32 4:8 | | | | | |
| **wacker**(1) 5:26 | | **wharton**(2) 8:43 9:20 | | | | | |
| **waived**(1) 38:9 | | **what**(51) 11:22 13:14 15:13 18:15 19:21 20:5 22:16 24:2 25:14 25:19 26:5 27:5 27:14 27:15 31:15 31:16 32:7 33:8 34:13 35:8 35:18 39:3 40:18 42:22 46:5 46:7 46:8 46:14 47:1 47:4 50:3 50:15 50:22 52:23 54:12 55:18 56:2 56:13 57:18 57:18 57:22 59:2 59:2 59:8 59:9 59:14 59:16 62:2 63:5 66:9 68:4 | | | | | |
| **waiver**(2) 45:8 50:5 | | | | | | | |
| **waives**(1) 54:13 | | | | | | | |
| **wake**(4) 47:4 47:22 60:23 63:11 | | | | | | | |
| **waldman**(1) 5:38 | | | | | | | |
| **walker**(5) 13:6 14:3 15:4 15:19 15:20 | | | | **withdraw**(18) 12:15 17:20 18:5 18:8 20:2 22:5 22:12 22:20 22:23 23:3 24:13 45:22 46:8 46:13 47:22 47:24 48:9 48:12 | | | |
| **wall**(2) 47:19 48:1 | | | | | | | |
| **want**(18) 13:15 22:11 26:2 39:15 40:22 46:7 49:6 55:19 55:22 55:24 58:23 59:16 61:6 63:5 66:7 71:16 73:6 | | | | | | | |
| | | **what's**(3) 27:14 47:9 52:4 | | **withdrawn**(8) 11:8 46:15 46:16 46:20 46:24 47:5 47:12 72:4 | | | |
| | | **whatever**(12) 11:7 17:4 36:15 39:1 39:19 47:2 47:6 47:7 47:13 47:14 49:3 68:17 | | | | | |
| **wanted**(9) 12:20 18:15 37:7 42:22 52:10 63:19 65:20 67:19 72:16 | | | | **withdraws**(1) 22:1 | | | |
| | | | | **within**(6) 27:14 30:10 32:6 40:12 63:10 67:17 | | | |
| **wants**(2) 50:13 68:5 | | **when**(15) 20:1 21:1 21:6 26:8 34:23 37:3 37:19 38:23 46:5 46:6 46:14 59:12 63:21 71:6 71:8 | | | | | |
| **wardwell**(1) 8:29 | | | | **without**(5) 21:21 25:15 28:4 31:4 48:6 | | | |
| **was**(75) 12:1 12:6 12:12 12:12 12:13 12:16 12:17 12:17 12:17 22:20 22:21 22:24 23:10 24:1 25:14 26:4 26:5 26:8 29:21 30:9 32:4 32:14 32:15 33:3 33:6 33:14 33:22 34:6 34:8 34:13 35:5 35:13 35:20 35:21 37:4 37:4 37:6 37:8 37:13 37:17 38:19 40:6 43:16 44:2 44:4 44:5 47:17 47:21 51:3 52:9 53:7 53:7 53:12 53:19 53:22 54:1 54:10 56:3 56:4 61:2 61:7 61:13 62:23 63:3 63:24 65:7 70:12 71:7 74:11 | | | | **witness**(1) 62:11 | | | |
| | | **where**(15) 22:22 37:4 38:19 39:16 46:1 50:8 50:13 50:21 52:18 54:15 54:16 60:2 62:18 63:2 63:13 | | **witnesses**(1) 61:12 | | | |
| | | | | **womble**(1) 2:43 | | | |
| | | | | **won't**(3) 49:23 49:23 64:10 | | | |
| | | | | **wong**(1) 10:39 | | **you'd**(4) 36:14 55:24 66:1 68:8 | |
| | | | | **wool**(1) 10:10 | | **you'll**(3) 55:5 57:1 58:13 | |
| **washington**(2) 2:26 5:42 | | **whereupon**(1) 74:11 | | **word**(2) 19:20 19:21 | | **you're**(3) 24:3 51:15 66:8 | |
| **wasn't**(1) 59:8 | | **whether**(27) 13:15 16:14 22:21 28:10 33:3 35:12 38:1 38:2 39:8 39:10 40:9 40:21 43:14 44:3 45:7 46:11 53:17 54:3 55:19 58:1 59:15 63:12 65:11 65:21 68:6 70:22 73:12 | | **words**(1) 50:23 | | **young**(1) 4:4 | |
| **way**(10) 13:22 16:20 19:8 23:21 43:18 52:14 53:3 57:20 66:15 72:9 | | | | **work**(9) 24:20 52:2 54:7 54:18 62:16 62:17 62:24 64:10 64:19 | | **your**(148) 11:3 11:4 12:1 12:11 13:14 14:8 14:12 14:14 15:1 15:17 16:13 17:4 17:11 17:15 17:17 18:3 19:12 19:22 20:19 22:3 22:7 22:18 23:2 23:5 23:9 24:1 24:6 24:8 24:12 25:10 26:11 26:12 26:23 27:11 27:16 27:17 28:1 28:6 28:12 28:17 28:21 29:3 29:3 29:9 30:17 31:15 31:20 32:19 32:23 33:5 33:8 33:13 34:9 35:9 35:10 35:17 35:20 35:24 36:5 36:23 37:1 37:3 37:19 40:4 40:4 40:22 40:24 41:4 41:10 41:17 41:19 41:22 41:24 42:4 42:6 42:11 42:20 42:23 43:5 43:5 43:8 43:16 44:1 44:14 45:21 45:21 46:7 46:8 46:12 48:8 48:18 49:18 50:1 50:4 50:13 50:14 51:8 51:18 52:9 52:20 54:5 55:2 55:16 56:18 56:16 57:3 57:10 59:21 60:1 60:14 60:17 60:23 62:9 62:22 63:19 64:1 64:18 65:1 65:2 65:9 65:9 65:18 65:18 65:21 66:11 66:18 66:19 66:22 67:14 68:21 68:23 69:5 69:8 69:14 69:19 69:22 70:6 70:9 71:5 71:12 71:19 71:24 72:2 72:15 72:19 73:24 74:3 74:6 |
| | | | | **worked**(1) 28:11 | | | |
| | | | | **working**(4) 52:23 53:4 57:13 67:2 | | | |
| | | **which**(33) 12:2 12:14 13:8 13:11 14:15 19:8 20:21 21:2 24:21 26:4 29:16 32:10 32:11 35:3 35:13 37:14 37:18 45:8 46:2 48:20 48:21 52:9 54:12 57:12 57:12 57:20 61:21 64:2 65:6 65:7 65:16 73:7 73:7 | | **works**(1) 54:8 | | | |
| **we'd**(2) 22:22 39:21 | | | | | | | |
| **we'll**(18) 24:5 25:1 26:16 27:12 27:13 39:1 45:16 55:9 63:15 64:12 64:18 64:19 64:20 68:15 69:11 71:19 72:21 73:15 | | **while**(2) 34:16 73:8 | | | | | |
| | | **white**(2) 4:29 26:13 | | | | | |
| | | **whitman**(1) 10:35 | | | | | |
| | | **who**(6) 14:24 15:12 25:16 36:12 63:4 | | | | **zabel**(2) 9:37 9:37 | |
| | | **whoever**(1) 36:8 | | | | | |
| | | **whom**(1) 36:6 | | | | | |

| Word | Page:Line |
|---|---|
| **zell**(24) | 5:12  28:15  28:24  30:18  30:22 |
| | 31:5  31:10  31:24  33:2  33:7  33:12  33:15 |
| | 34:14  34:24  35:5  35:12  35:14  35:23  36:11 |
| | 37:2  70:13  70:16  70:19  71:14 |
| | |
| **zensky**(3) | 3:34  60:14  60:15 |
| **zero**(2) | 45:1  45:2 |
| **zioto**(2) | 10:42  10:43 |
| **zuckerman**(2) | 2:21  28:13 |