# Notice Recipients

District/Off: 0311−1          User: Brandon          Date Created: 12/16/2010
Case: 08−13141−KJC          Form ID: ntcBK          Total: 16


**Recipients of Notice of Electronic Filing:**
ust      United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty      Bryan Krakauer        bkrakauer@sidley.com
aty      Michael A. Henry        mhenry@grossmcginley.com

TOTAL: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Tribune Company        435 N. Michigan Avenue        Chicago, IL 60611
aty      Carl D. Neff        Ciardi Ciardi &Astin        919 N. Market Street        Suite 700        Wilmington, DE 19801
         U.S.A.
aty      Carl D. Neff        Ciardi Ciardi &Astin        919 N. Market Street        Suite 700        Wilmington, DE 19801
         U.S.A.
aty      J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite
         1410        Wilmington, DE 19801
aty      J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite
         1410        Wilmington, DE 19801
aty      James F. Conlan        Sidley Austin LLP        One South Dearborn Street        Chicago, IL 60603
aty      Jared D. Zajac        McDermott Will &Emery LLP        340 Madison Avenue        New York, NY 10173−0002
aty      John H. Strock, III        Fox Rothschild LLP        919 N. Market St., Suite 1300        P.O Box
         2323        Wilmington, DE 19899−2323
aty      Norman L. Pernick        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue,Suite
         1410        Wilmington, DE 19801
aty      Patrick J. Reilley        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite
         1410        Wilmington, DE 19801
aty      Patrick Theodore Garvey        Johnson &Bell, Ltd        33 W. Monroe, Suite 2700        Chicago, IL 60603
aty      Robert S. Brady        Young, Conaway, Stargatt &Taylor        The Brandywine Bldg.        1000 West Street, 17th
         Floor        PO Box 391        Wilmington, DE 19899−0391
aty      Stephen Novack        Novack and Macey LLP        100 North Riverside Plaza        Chicago, IL 312−419−6900
         312−419−6928

TOTAL: 13