IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: D.I. 7091, 7164 |

## CERTIFICATION OF COUNSEL

I, Thomas G. Macauley, a partner at Zuckerman Spaeder LLP and special counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certify as follows:

1. On December 7, 2010, the Committee filed its Motion for Entry of an Order Confirming That the Court's October 27, 2010 Order Granted the Committee Standing with Respect to All Claims Asserted in the Amended Complaints in Adversary Proceeding Nos. 10-53963 and 10-54010 (the "Motion").

2. On December 14, 2010, Sam Zell and EGI-TRB, L.L.C. ("Zell/EGI"), filed a limited objection to the Motion.

3. At the hearing yesterday, the parties agreed to address the limited objection at a subsequent hearing.

4. The attached revised form of order granting the Motion has been reviewed by and is acceptable to counsel for Zell/EGI.

WHEREFORE, the Committee respectfully requests that the Court enter the attached form of order.

2846568.1

Dated: Wilmington, Delaware
December 16, 2010

ZUCKERMAN SPAEDER LLP

*[signature]*

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Special Counsel to the Official Committee
of Unsecured Creditors

2846568.1