## CERTIFICATE OF SERVICE

I certify that on this 16th day of December 2010, a copy of the foregoing was served by facsimile on:

David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington  DE 19801
Facsimile:  (302) 425-6464

Andrew W. Vale, Esquire
Jenner & Block
353 N. Clark Street
Chicago, IL 60654
Facsimile:  (312) 840-8788

Thomas G. Macauley (I.D. No. 3411)

2847216.1