# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Docket Ref. Nos. 7091, 7164** |

## ORDER CONFIRMING THAT OCTOBER 27, 2010 ORDER CONFERRED STANDING ON THE COMMITTEE TO ASSERT ALL CLAIMS IN THE AMENDED COMPLAINTS IN ADVERSARY PROCEEDING NOS. 10-53963 AND 10-54010

Upon consideration of the motion dated December 7, 2010 (the "Motion"), of the Official Committee of Unsecured Creditors (the "Committee"), for entry of an order confirming that the Order dated October 27, 2010 (the "Standing Order"), conferred standing on the Committee to assert all claims in the Amended Complaints, dated December 7, 2010 (the "Amended Complaints"), filed in Adversary Proceeding Nos. 10-53963 and 10-54010 (the "Adversary Proceedings"); and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; as provided herein, and it is further

ORDERED that the Standing Order conferred standing to the Committee to assert all the claims in the Amended Complaints in the Adversary Proceedings, and it is further

ORDERED that notwithstanding anything contained herein, the Court reserves ruling on Samuel Zell and EGI-TRB, L.L.C.'s Limited Objection to the Committee's Motion to Confirm Standing with Respect to Certain Claims [Docket No. 7164] and schedules it for hearing on January 20, 2011 at 10:00 a.m.

2846554.1

Dated: December 17, 2010

_____
Kevin J. Carey
Chief United States Bankruptcy Judge

2846554 1