**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------X
In re:                                          :
                                                :   Chapter 11 Cases
                                                :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                         :   (Jointly Administered)
                                                :   (Bankr. D. Del.)
                                                :
                                                :
                  Debtors.                      :
-------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 15, 2010, Law Debenture Trust Company of New York, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Warner Bros. Television**

<u>**VIA ELECTRONIC MAIL**</u>
Lauren Casazza, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
lauren.casazza@kirkland.com

[Signature Page to Follow]

Dated: Wilmington, Delaware
       December 17, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800