**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
**In re:**                                           :
                                                     :     Chapter 11 Cases
                                                     :     Case No. 08-13141 (KJC)
**TRIBUNE COMPANY, et al,**                          :     (Jointly Administered)
                                                     :     (Bankr. D. Del.)
                                                     :
                                                     :
               **Debtors.**                          :
-------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 17, 2010, Law Debenture Trust Company of New York, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Amended Subpoena to Produce and Permit Inspection and Copying of Documents to Hennigan, Bennett & Dorman LLP**

**VIA ELECTRONIC MAIL**
James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

[Signature Page to Follow]

Dated: Wilmington, Delaware
December 17, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800