**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
| | |
|---|---|
| In re: | : |
| | :     **Chapter 11 Cases** |
| | :     **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al,** | :     **(Jointly Administered)** |
| | :     **(Bankr. D. Del.)** |
| | : |
| | : |
| **Debtors.** | : |

-------------------------------------------------------X

<u>**NOTICE OF SERVICE**</u>

     **PLEASE TAKE NOTICE** that, on December 15, 2010, Law Debenture Trust Company

of New York, by and through its counsel, served the following documents on the party listed

below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Merrill Lynch, Pierce, Fenner & Smith Inc.**

<u>**VIA ELECTRONIC MAIL**</u>
Madlyn Gleich Primoff, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
mprimoff@kayescholer.com

[Signature Page to Follow]

Dated: Wilmington, Delaware
December 17, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800