**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------X
In re:                                        :
                                              :      Chapter 11 Cases
                                              :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                       :      (Jointly Administered)
                                              :      (Bankr. D. Del.)
                                              :
                                              :
                    Debtors.                  :
-------------------------------------------------X
```

<u>NOTICE OF SERVICE</u>

    **PLEASE TAKE NOTICE** that, on December 15, 2010, Law Debenture Trust Company

of New York, by and through its counsel, served the following documents on the party listed

below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Wells Fargo Bank, N.A.**

<u>**VIA ELECTRONIC MAIL**</u>
David G. Hille, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
dhille@whitecase.com

[Signature Page to Follow]

Dated: Wilmington, Delaware
   December 17, 2010

       By: /s/ Garvan F. McDaniel
       **BIFFERATO GENTILOTTI LLC**
       Garvan F. McDaniel (No. 4167)
       800 N. King Street, Plaza Level
       Wilmington, Delaware 19801
       Tel: (302) 429-1900
       Fax: (302) 429-8600

          – and –

       David S. Rosner
       Andrew K. Glenn
       Sheron Korpus
       **KASOWITZ BENSON TORRES & FRIEDMAN LLP**
       1633 Broadway
       New York, NY 10019
       Tel: (212) 506-1700
       Fax: (212) 506-1800