## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                    :
                                          :    Chapter 11 Cases
                                          :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                   :    (Jointly Administered)
                                          :    (Bankr. D. Del.)
                                          :
                                          :
              Debtors.                    :
-------------------------------------------------X
```

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 17, 2010, Law Debenture Trust Company of New York, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Subpoena to Produce and Permit Inspection and Copying of Documents to Houlihan Lokey Howard & Zukin**

### VIA PERSONAL SERVICE
Houlihan Lokey Howard & Zukin
245 Park Avenue
New York, NY 10167-0001

[Signature Page to Follow]

Dated: Wilmington, Delaware
December 17, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800