# EXHIBIT A

*Corporate Organizational Chart*



Organization Chart — Tribune Company