## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on December 17, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via electronic and First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

Dated: December 17, 2010
  Wilmington, Delaware

  /s/ Garvan F. McDaniel
  Garvan F. McDaniel (No. 4167)