IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
 In re:                                       :
                                              :    Chapter 11
                                              :    Case No. 08-13141 (KJC)
 TRIBUNE COMPANY, et al,                      :    (Jointly Administered)
                                              :
                  Debtors.                    :
-------------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 17, 2010, Law Debenture Trust Company of New York, by and through its counsel, served its **First Request for Production of Documents of Law Debenture Trust Company of New York to Oaktree Capital Management, L.P.** on the party listed below in the manner so indicated:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

Dated: Wilmington, Delaware
       December 17, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*