# EXHIBIT 1

## Tribune Eighteenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Phelps Dunbar LLP[3]<br>365 Canal Street; Suite 2000<br>New Orleans, LA 70130<br>Contact: Dan Pancamo<br>Email: pancamod@phelps.com | Louisiana Counsel for Tribune Television New Orleans, Inc. | $35,000 |
| Thomas M. Tully Ltd.[4]<br>33 North Dearborn Street, Suite 2450<br>Chicago, IL 60602<br>Contact: Thomas M. Tully<br>Email: thomas@tullyassoc.com | Counsel for Property Tax Appeals (ad valorem taxes) | $35,000 and up to 33.3% contingency fee (plus costs) on any refunds obtained |

---

[3] Phelps Dunbar was previously identified as an Ordinary Course Professional to be retained with a monthly cap of $1,000. (Docket No. 544.)

[4] Thomas M. Tully Ltd. was previously retained as an Ordinary Course Professional on a 30% contingency fee basis. (Docket No. 1826.)

46429/0001-7249426v1