```
            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE

IN RE:                          )    Chapter 11
                                )
                                )
TRIBUNE COMPANY, et al.,        )    Case No. 08-13141 (KJC)
                                )
                                )    Courtroom 5
                                )    824 Market Street
         Debtors.               )    Wilmington, Delaware
                                )
                                )    December 16, 2010
                                )    10:45 a.m.

              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE KEVIN J. CAREY
           UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtor:              Sidley Austin, LLP
                         BY:  KEN KANSA, ESQ.
                         BY:  JAMES BENDERNAGEL, ESQ.
                         BY:  GREG DEMO, ESQ.
                         BY:  CANDACE KLINE, ESQ.
                         BY:  BRYAN KRAKAUER, ESQ.
                         BY:  JILLIAN LUDWIG, ESQ.
                         BY:  DAVID MILES, ESQ.
                         BY:  KERRIANN MILLS, ESQ.
                         One South Dearborn
                         Chicago, IL  60603
                         (213) 896-6022

                         Cole, Schotz, Meisel, Forman &
                         Leonard, PA
                         BY:  J. KATE STICKELS, ESQ.
                         1000 North West Street
                         Suite 1200
                         Wilmington, DE  19801
                         (302) 652-3131

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
 1  TELEPHONIC APPEARANCES:
    (Continued)
 2
    For The Creditors Committee:  Landis Rath & Cobb
 3                                BY:  ADAM G. LANDIS, ESQ.
                                  BY:  DANIEL B. RATH, ESQ.
 4                                (302) 467-4400

 5                                Chadbourne & Parke LLP
                                  BY:  DOUGLAS DEUTSCH, ESQ.
 6                                BY:  THOMAS MCCORMACK, ESQ.
                                  BY:  DAVID LEMAY, ESQ.
 7                                BY:  MARC ROITMAN, ESQ.
                                  BY:  HOWARD SEIFE, ESQ.
 8                                (212) 408-5169

 9  For JP Morgan Chase:          Davis Polk & Wardwell
                                  BY:  DONALD S. BERNSTEIN, ESQ.
10                                (212) 450-4000

11                                Richards Layton & Finger
                                  BY:  ROBERT STEARN, JR., ESQ.
12                                One Rodney King Square
                                  (302) 651-7612
13
    For Great Banc:               Womble Carlyle
14                                BY:  FRANCIS MONACO, ESQ.
                                  (302) 252-4320
15
    For Merrill Lynch:            Potter Anderson & Corroon LLP
16                                BY: LAURIE SELBER SILVERSTEIN
                                  (302) 984-6000
17
    For Wilmington Trust:         Brown Rudnick
18                                BY:  GORDON NOVOD, ESQ.
                                  BY:  JARED ELLIAS, ESQ.
19                                (212) 209-4800

20  For Aurelius Capital          Ashby & Geddes, P.A.
    Management LP:                BY:  WILLIAM P. BOWDEN, ESQ.
21                                (302) 654-1888

22                                Akin Gump Strauss Hauer & Feld
                                  BY:  DANIEL H. GOLDEN, ESQ.
23                                BY:  DAVID M. ZENSKY, ESQ.
                                  BY:  PHILIP DUBLIN, ESQ.
24                                BY:  ABID QURESHI, ESQ.
                                  BY:  DEBORAH NEWMAN, ESQ.
25                                BY:  KRISTINA WESCH, ESQ.
                                  BY:  SHAYA ROCHESTER, ESQ.
                                  (212) 872-1000
```

```
 1  TELEPHONIC APPEARANCES:
    (Continued)
 2
    For Credit Agreement            Young Conaway Stargatt &
 3  Lenders:                        Taylor
                                    BY:  ROBERT BRADY, ESQ.
 4                                  (302) 571-6600

 5                                  Hennigan Bennett & Dorman LLP
                                    BY:  JAMES O. JOHNSTON, ESQ.
 6                                  BY:  JOSHUA M. MESTER, ESQ.
                                    (213) 694-1200
 7
    For DBTCA:                      McCarter & English LLP
 8                                  BY:  DAVID ADLER, ESQ.
                                    BY:  KATHARINE MAYER, ESQ.
 9                                  (212) 609-6800

10  For Wells Fargo                 White & Case LLP
    as Bridge Agent:                BY:  SCOTT GREISSMAN, ESQ.
11                                  (212) 819-8200

12                                  Fox Rothschild
                                    BY:  JOHN H. STROCK, ESQ.
13                                  (302) 654-7444

14  For Barclays:                   Edwards, Angell, Palmer &
                                    Dodge, LLP
15                                  BY:  MICHELLE MARINO, ESQ.
                                    (302) 425-7116
16
    For EGI, TRB & Mr. Zell:        Jenner & Block
17                                  BY:  ANDREW VAIL, ESQ.
                                    (312) 222-9350
18
    For Morgan Stanley:             Barnes & Thornburg
19                                  BY:  DAVID PROWLEN, ESQ.
                                    (312) 357-1313
20
    For Bank of America:            O'Melveny & Myers
21                                  BY:  DANIEL S. SHARNAH, ESQ.
                                    (212) 326-2000
22
    For Davidson Kemper:            DK Partners
23                                  BY:  EPHRAIM DIAMOND
                                    (646) 282-5841
24
    For George Daugherty:           Grippo & Elden, LLC
25                                  BY:  GEORGE DAUGHERTY
                                    (312) 704-7700
```

```
 1  TELEPHONIC APPEARANCES:
     (Continued)
 2
     For U.S. Department of
 3   Labor:                       U.S. Department of Labor
                                  BY:  LEONARD GERSON
 4                                (202) 693-5615

 5   For Citigroup:               Paul Weiss Rifkind Wharton &
                                  Garrison LLP
 6                                BY:  SHANNON PENNOCK, ESQ.
                                  (212) 373-3543
 7
     For Morgan Stanley & Co.     Weil, Gotshal & Manges, LLP
 8                                BY:  EVAN LEDERMAN, ESQ.
                                  (212) 310-8948
 9
     For Great Bank Trust:        Morgan Lewis & Brocklus, LLP
10                                BY:  RACHEL MAUCERI
                                  (215) 963-5000
11
     For Schulte, Roth & Zabel:   Schulte, Roth & Zabel
12                                BY:  KAREN S. PARK
                                  (212) 756-2036
13
     For Merrill Lynch:           Kaye Scholer, LLP
14                                BY:  MADLYN PRIMOFF, ESQ.
                                  BY:  JANE PARVER, ESQ.
15                                BY:  JONATHAN AGUDELO, ESQ.
                                  (212) 836-7042
16
     For Matthew A Zioto:         Aurelius Capital Management
17                                BY:  MATTHEW A. ZIOTO
                                  (546) 445-6518
18
     For Bank of America:         Bank of America
19                                BY:  ESTHER CHUNG
                                  (646) 855-6705
20
     For Debtor:                  Tribune Company
21                                BY:  CHANDLER BIGELOW
                                  BY:  DAVE ELDERSVELD
22                                BY:  DON LIEBENTRITT
                                  BY:  GARY WEITMAN
23                                (212) 853-7778

24   For Law Debenture:           Kasowitz, Benson, Torres &
                                  Friedman
25                                BY:  SHERON KORPUS, ESQ.
                                  BY:  MATTHEW STEIN, ESQ.
```

```
 1  TELEPHONIC APPEARANCES:
    (Continued)
 2
    For Anna Kalenchits:         BY:  ANNA KALENCHITS
 3                                    (212) 723-1808

 4  For Associated Press:        Associated Press
                                 BY:  RANDALL CHASE
 5                                    (302) 674-3037

 6  For CCI:                     Ballard Spahr, LLP
                                 BY:  CHRISTOPHER S. CHOW, ESQ.
 7                                    (302) 252-4431

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   WILMINGTON, DELAWARE, THURS., DECEMBER 16, 2010, 10:04 A.M.

2   THE CLERK: The Court is now in session.

3   THE COURT: Good morning. This is Judge Carey.
4   We're on the record in the Tribune Company, Chapter 11
5   proceeding. This hearing was set as a follow up to consider
6   a revision of the solicitation materials and order. I would
7   also be curious to know about how parties stand with the so
8   called contours order, but I'll turn the matter over to
9   counsel.
10  MR. KANSA: Good morning, Your Honor. Ken Kansa
11  of Sidley Austin on behalf of the debtors. With respect to
12  the revision of the materials for the solicitation order,
13  the debtors filed last night copies of all black line
14  notices, ballots, and other materials at Docket No. 7199 and
15  I believe those were delivered to chambers this morning.
16  
17  THE COURT: I have that binder with those
18  materials. I received separately, but have also reviewed
19  the senior lenders responsive statement.
20  MR. KANSA: Thank you, Your Honor. It is our
21  understanding that others of the responsive statements, I
22  believe all of them, but I can't swear to it and perhaps the
23  proponents of the other plans can speak to that. I do know
24  that the debtors' revised responsive statement was filed
25  yesterday as was the committees'. I believe I've seen

1   filings from Aurelius and the senior lenders this morning.
2   The debtors also filed a form of proposed order under
3   certification of counsel yesterday at Docket No. 7201.
4               The -- to my understanding, the versions of the
5   materials that were filed yesterday as regard the ballots
6   and notices and proposed order were all acceptable to all of
7   the parties and reflected to the extent we received any
8   comments yesterday, the comments of those parties.
9               I likewise believe that the responsive statements
10  that have been filed, have been reviewed by everyone and
11  were acceptable to everyone, although I will turn it over to
12  other counsel if that representation is inaccurate.
13              THE COURT:  Well let me start with responsive
14  statement.  I don't have -- I haven't seen the releases.
15              MR. KANSA:  Your Honor, I show this morning that
16  it was filed at Docket No. 7205.
17              MR. GOLDEN:  Your Honor, it's Dan Golden from
18  Akin Gump.
19              We did, in fact, file the black line version.  I
20  was under the impression it had been delivered to your
21  chambers this morning.  And if that's not correct, I will
22  immediately make sure it is correct.  But the other parties
23  have seen the proposed changes as black line.  And I believe
24  similarly, nobody has indicated any objection to that.
25

1  THE COURT: All right. No, it has not yet been
2 delivered to chambers at least as of the moment I took the
3 bench. But at this point, we'll just have it printed out
4 here.
5  MR. GOLDEN: Okay. Thank you, Your Honor, and I
6 apologize to that.
7  THE COURT: Okay. In connection with the plan of
8 the debtor and others, I've seen the debtors' responsive
9 statement and the committees' responsive statement. What
10 else am I to see in connection with that plan? I see this -
11 - I'm sorry, I've seen the senior lenders responsive
12 statements. So I don't have the note holders which I'll
13 take a look at. And then the bridge lender plan.
14  MR. GREISSMAN: Your Honor, this is Scott
15 Greissman from White & Case for the bridge proponents.
16  
17  The bridge lender, bridge plan and disclosure
18 statement are unchanged from the last filed versions. Our
19 responsive statement as revised is in the process of being
20 filed this morning if it hasn't been filed, it will be, you
21 know, momentarily.
22  THE COURT: Well, okay, with respect to the
23 bridge lender responsive statement, have other parties
24 reviewed it and are there any issues with respect to the
25 revisions?

1            MR. GREISSMAN:  We had circulated it to the
2  debtors and no concerns were communicated to us.  We didn't
3  circulate it to the wider group, but all we really did was
4  strip out reference to this, the step one lender plan and we
5  don't really anticipate any issues or concerns.
6            MR. KANSA:  Your Honor, Ken Kansa of Sidley for
7  the debtors.  I would agree with that.  We did review the
8  revised bridge understatement in Court yesterday and had no
9  concerns with the revisions.
10           MR. LEMAY:  Your Honor, David LeMay for the
11 committee.  We also took a look at it and thought it was
12 fine.
13
14           THE COURT:  Have any -- what was not in the
15 binder were any revisions to the specific disclosure
16 statements?  Are any required as a result of the elimination
17 of the one plan?
18           MR. KANSA:  Your Honor, Ken Kansa of Sidley for
19 the debtors.  There were no revisions required to either the
20 debtor committee lender plan or specific disclosure
21 statements.
22           THE COURT:  Okay.  How about for others?
23           MR. GOLDEN:  And, Your Honor, for Aurelius the
24 same is true.  There was no -- as a result of the step one
25 lenders withdrawing their plan, we've reviewed and

1  determined there were no further changes or adds needed to
2  be made to the Aurelius/note holders specific disclosure
3  statement or plan.
4        THE COURT:  Okay.  And with respect to the bridge
5  lender plan?
6        MR. GREISSMAN:  This is Scott Greissman.
7  Likewise with respect to the bridge proponent plan and the
8  specific disclosures.
9        THE COURT:  Okay.  Bear with me for one moment.
10 I've just been handed the note holders' responsive
11 statement, but it's not -- oh, there it is.  I'm looking at
12 the black line now.  Okay.  I don't have any questions about
13 that submission.
14       Now let me ask this, given the time constraints,
15 I scanned a ballot or two, but did not have the opportunity
16 to review all of the balloting materials which are as you
17 know quite extensive.  Anything that the debtor or others
18 would like to point out to me with respect to any revisions
19 made to the ballots or related materials there?
20       MR. KANSA:  Your Honor, Ken Kansa for the
21 debtors.  Nothing that we would point out.  The balloting
22 materials have been circulated to the parties and the few
23 very limited comments we did receive were reflected in the

1  black lines we filed last night, but I would class them all
2  as of a clerical and non-material nature.
3          THE COURT:  Okay.  Well let me then throw the
4  floor open and ask whether -- well, let's put it this way.
5  It's my intention to await the filing of the bridge lender
6  responsive statement.  When I review it and if I do not have
7  any questions, it would be my intention to enter the form of
8  order that was submitted as Mr. Kansa indicated earlier at
9  Docket No. 7201.  Is there any reason and I'll throw the
10 floor open, that I should not do that?
11         MR. GOLDEN:  Your Honor, I just -- since we're on
12 a telephone call, I just would like to ask -- it's Dan
13 Golden.  I'd like to ask Mr. Kansa a question.  The debtors
14 made one additional change to the consolidated ballot.  They
15 -- at our request, they circulated a black line version this
16 morning.  I just want to confirm from -- or have Mr. Kansa
17 confirm that that change will be made in the consolidated
18 ballot because I don't believe it could have been filed.  It
19 wouldn't have been in the filed version last night.  And if
20 that change is confirmed to be made, we have no objection to
21 the order being entered.
22         MR. KANSA:  Your Honor, I confirm.  I have seen
23 that be circulated this morning and Mr. Golden is right,
24 that change would be reflected.

1          MR. GOLDEN:  Okay, thank you.

2          THE COURT:  All right.  Anyone else wish to be
3  heard?

4          (No audible response heard.)

5          THE COURT:  All right.  Well, when can I expect
6  to receive the bridge lender responsive statement?

7          MR. GREISSMAN:  Judge, it's Scott Greissman.
8  We're really very sorry.  It should have been filed already
9  and we are furiously emailing all counsel to make sure that
10 if it hasn't already been filed it will be as we speak.

11         THE COURT:  Well have someone, you know, once we
12
13 conclude the conference telephone call, please inform my
14 courtroom deputy where that stands.  And, you know, if --
15 rather than wait for hand delivery to chambers, I'd rather
16 you just mail the black line to our chambers email address.
17 That will get the quickest response at this point.

18         MR. GREISSMAN:  Certainly, Your Honor, thank you.

19         THE COURT:  Okay.  Is there any other open issue
20 with respect to entry of the amended solicitation order?

21         (No audible response heard.)

22         THE COURT:  Okay.  Then it's my intention to
23 await review of the bridge lender responsive statement.  And
24 unless I have any questions, I intend to enter the proposed
25 amended order.

1            Mr. Kansa, can I have a brief report from you or
2    Mr. Bendernagel whomever wants to hazard a statement on the
3    status of the contours order?
4            MR. KANSA:  Your Honor, Ken Kansa of Sidley.  I
5    could probably not do justice to it and unfortunately, Mr.
6    Bendernagel is, I believe on a plane on his way to Chicago
7    as we speak.
8            There have been discussions overnight in an
9    effort to settle, I think one outstanding issue on the
10   contours order.  There has been emails going back and forth
11   I've seen this morning.  And I would ask others perhaps more
12   directly involved to speak to the issue.  I think it may
13   have been resolved, but at the moment have not seen whether
14   it's come to a definitive resolution.
15
16           MR. ZENSKY:  Your Honor, it's David Zensky at
17   Akin, Gump, Strauss, Hauer & Feld on behalf of Aurelius
18   Capital Management.  I can add some color on that if the
19   Court wishes.
20           THE COURT:  Certainly.
21           MR. ZENSKY:  After the discussion in Court that
22   reflected essentially an agreement between the parties on
23   all aspects of the case management order, we received a
24   draft from the debtors, I think late yesterday afternoon
25   which reflected potentially one miscommunication between Mr.

1  Bendernagel and I earlier in the morning as to one item.
2  And we responded with a revised version last night at around
3  10:00 or so.  And I understand that the debtors and their
4  plan co-proponents were reviewing that.
5              As I said in Court, I don't suspect that there
6  will be any issue for the Court to decide regarding the case
7  management order.  The one holdup has been how the parties
8  can come to terms on the appropriate form of privilege logs.
9  And I thought as I said in Court that where we had left that
10 was we would continue to discuss it this week and not
11 present it as ripe for the Court's intervention until we had
12 given it one last try to resolve.  And the draft that we
13 circulated last night reflects that holding pattern so to
14 speak.
15
16             So we're awaiting comments on the draft that we
17 circulated last night and hopefully that can be submitted
18 for signature today.  As I understand the Court may be
19 unavailable tomorrow.
20             MR. MCCORMACK:  Your Honor, this is Tom McCormack
21 from Chadbourne on behalf of the committee and I think what
22 David Zensky says is correct.  There's a couple of other
23 issues I've seen in the email traffic that have come up from
24 Wilmington Trust.  I think minor edits here and there, I
25 think we've resolved the issue that had come up yesterday in

1  Court with Merrill Lynch.  And I think we anticipate that we
2  will be able to resolve this before the end of the day.
3              THE COURT:  Okay.  Well, I will be here tomorrow.
4              MR. SEGAL:  Your Honor, this is Martin Segal from
5  Brown Rudnick.
6              We sent around something today, this morning
7  which we apologize for the late nature. We don't think it
8  will be very controversial.  I just wanted to mention it in
9  case we do have a problem.  And that is the way the CMO is
10 currently constructed, there was a deadline for planned
11 proponent groups to file an objection.  So this morning, we
12 realized that that might now allow a plan proponent that had
13 the unique objection to file their own objection on that
14 date.
15             So we circulated something this morning.  We
16 don't think it will be controversial, but I just wanted to
17 mention that that's still an open issue and hopefully -- I'm
18 confident we will be able to resolve that.
19             THE COURT:  Okay.  Does anyone else wish to be
20 heard on the contours motion?
21                  (No audible response heard.)
22             THE COURT:  All right.  Well, I will be around
23 tomorrow.  That's not an invitation for mischief mind you.
24                         (Laughter)

1          THE COURT: But if I do receive a form with
2  certification early enough in the day, I will act upon it.
3  Is there anything further for today?
4          MR. BOWDEN: Your Honor, it's Bill Bowden at
5  Ashby & Geddes on behalf of Aurelius.
6          Just for my and my co-counsel and my client's
7  peace of mind, I understood Your Honor to say you had the
8  note holder's responsive statement. I just want to make
9  sure you don't need me to send another copy over to
10 chambers.
11         THE COURT: Nope, I have it, thank you.
12         MR. BOWDEN: Thank you, Your Honor.
13         MR. KANSA: Your Honor, Ken Kansa of Sidley. I
14 believe that's all we have for today. I would just advise
15 the parties that based on the understanding we have here
16 with the exception of Your Honor's forthcoming review of the
17 bridge responsive statement, we will be transmitting
18 materials to the voting agent to start the printing and
19 imaging process rolling immediately.
20         THE COURT: All right. Anything further?
21              (No audible response heard.)
22         THE COURT: Thank you all very much. That
23 concludes this hearing. Court will stand in recess.
24         ALL: Thank you, Your Honor.

1    (Whereupon at 11:02 a.m., the hearing was adjourned.)

2

3                         CERTIFICATION

4     I certify that the foregoing is a correct

5 transcript from the electronic sound recording of the

6 proceedings in the above-entitled matter.

7

8

9
                                              16 December 2010
10  _____
   Traci L. Calaman                              Date
11
   Transcriber
12

13

14

15

16

17

18

19

20

21

22

23

24

25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:14 6:1 17:1 | **because**(1) | 11:18 | **comments**(4) | 7:8 7:8 10:23 14:15 | **disclosures**(1) | 10:8 |
| **abid**(1) | 2:47 | **been**(15) | 7:10 7:10 7:20 8:1 8:19 10:10 10:22 11:18 11:19 12:8 12:10 13:8 13:10 13:13 14:7 | **committee**(4) | 2:4 9:11 9:19 14:20 | **discuss**(1) | 14:10 |
| **able**(2) | 15:2 15:18 | | | **committees**(2) | 6:24 8:9 | **discussion**(1) | 13:20 |
| **about**(3) | 6:7 9:21 10:12 | | | **communicated**(1) | 9:2 | **discussions**(1) | 13:8 |
| **aboveentitled**(1) | 17:6 | **before**(2) | 1:17 15:2 | **company**(3) | 1:7 4:40 6:4 | **district**(1) | 1:2 |
| **acceptable**(2) | 7:6 7:11 | **behalf**(4) | 6:11 13:16 14:20 16:5 | **conaway**(1) | 3:4 | **docket**(4) | 6:14 7:3 7:16 11:9 |
| **act**(1) | 16:2 | **being**(2) | 8:18 11:21 | **concerns**(3) | 9:2 9:5 9:9 | **dodge**(1) | 3:28 |
| **adam**(1) | 2:5 | **believe**(8) | 6:15 6:21 6:24 7:9 7:23 11:18 13:6 16:14 | **conclude**(1) | 12:12 | **does**(1) | 15:19 |
| **add**(1) | 13:17 | | | **concludes**(1) | 16:23 | **don**(1) | 4:43 |
| **additional**(1) | 11:14 | | | **conference**(1) | 12:12 | **don't**(9) | 7:14 8:12 9:5 10:12 11:18 14:5 15:7 15:16 16:9 |
| **address**(1) | 12:15 | **bench**(1) | 8:3 | **confident**(1) | 15:18 | | |
| **adds**(1) | 10:1 | **bendernagel**(4) | 1:24 13:2 13:6 14:1 | **confirm**(3) | 11:16 11:17 11:22 | **donald**(1) | 2:18 |
| **adjourned**(1) | 17:1 | **bennett**(1) | 3:9 | **confirmed**(1) | 11:20 | **dorman**(1) | 3:9 |
| **adler**(1) | 3:15 | **benson**(1) | 4:47 | **connection**(2) | 8:7 8:10 | **douglas**(1) | 2:10 |
| **advise**(1) | 16:14 | **bernstein**(1) | 2:18 | **consider**(1) | 6:5 | **draft**(3) | 13:23 14:12 14:15 |
| **after**(1) | 13:20 | **between**(2) | 13:21 13:24 | **consolidated**(2) | 11:14 11:17 | **dublin**(1) | 2:46 |
| **afternoon**(1) | 13:23 | **bigelow**(1) | 4:41 | **constraints**(1) | 10:14 | **earlier**(2) | 11:8 14:1 |
| **agent**(2) | 3:20 16:18 | **bill**(1) | 16:4 | **constructed**(1) | 15:10 | **early**(1) | 16:2 |
| **agree**(1) | 9:7 | **binder**(2) | 6:16 9:14 | **continue**(1) | 14:10 | **ecro**(1) | 1:43 |
| **agreement**(2) | 3:4 13:21 | **black**(7) | 6:13 7:19 7:23 10:12 11:1 11:15 12:15 | **continued**(4) | 2:2 3:2 4:2 5:2 | **edits**(1) | 14:23 |
| **agudelo**(1) | 4:29 | | | **contours**(4) | 6:8 13:3 13:10 15:20 | **edwards**(1) | 3:27 |
| **akin**(3) | 2:43 7:18 13:16 | | | **controversial**(2) | 15:8 15:16 | **effort**(1) | 13:9 |
| **all**(17) | 6:13 6:21 7:6 7:6 8:1 9:3 10:16 11:1 12:2 12:5 12:9 13:22 15:22 16:14 16:20 16:22 16:24 | **block**(1) | 3:32 | **copies**(1) | 6:13 | **egi**(1) | 3:32 |
| | | **bowden**(4) | 2:40 16:4 16:4 16:12 | **copy**(1) | 16:9 | **either**(1) | 9:18 |
| | | **brady**(1) | 3:6 | **correct**(4) | 7:21 7:22 14:21 17:4 | **elden**(1) | 3:48 |
| | | **bridge**(13) | 3:20 8:13 8:15 8:16 8:22 9:8 10:4 10:7 11:5 12:6 12:22 16:17 | **corroon**(1) | 2:30 | **eldersveld**(1) | 4:42 |
| **allow**(1) | 15:12 | | | **could**(2) | 11:18 13:5 | **electronic**(2) | 1:51 17:5 |
| **already**(2) | 12:8 12:10 | | | **counsel**(4) | 6:9 7:3 7:12 12:9 | **elimination**(1) | 9:15 |
| **also**(4) | 6:7 6:17 7:2 9:11 | **brief**(1) | 13:1 | **couple**(1) | 14:21 | **ellias**(1) | 2:36 |
| **although**(1) | 7:11 | **brocklus**(1) | 4:18 | **court**(35) | 1:1 6:2 6:3 6:16 7:13 8:1 8:7 8:21 9:8 9:13 9:21 10:4 10:9 11:3 12:2 12:5 12:11 12:18 12:21 13:18 13:19 13:20 14:5 14:6 14:9 14:17 15:1 15:3 15:19 15:22 16:1 16:11 16:20 16:22 16:23 | **else**(3) | 8:10 12:2 15:19 |
| **amended**(2) | 12:19 12:24 | **brown**(2) | 2:34 15:5 | | | **email**(2) | 12:15 14:22 |
| **america**(3) | 3:40 4:36 4:36 | **bryan**(1) | 1:27 | | | **emailing**(1) | 12:9 |
| **and**(54) | 6:6 6:14 6:14 6:21 7:1 7:6 7:6 7:7 7:6 7:21 7:23 8:5 8:8 8:9 8:13 8:16 8:23 9:2 9:4 9:8 9:11 9:22 9:24 10:4 10: 10:22 11:2 11:4 11:6 11:9 11:19 11:23 12:9 12:13 12:22 13:5 13:10 13:11 14:1 14:2 14:3 14:3 14:9 14:10 14:12 14:16 14:20 14:23 15:1 15:9 15:17 16:6 16:6 16:18 | **but**(12) | 6:8 6:17 6:21 7:22 8:3 9:3 10:11 10:15 11:1 13:13 15:16 16:1 | | | **emails**(1) | 13:10 |
| | | | | | | **end**(1) | 15:2 |
| | | **calaman**(1) | 17:10 | **court's**(1) | 14:11 | **english**(1) | 3:14 |
| | | **call**(2) | 11:12 12:12 | **courtroom**(2) | 1:9 12:13 | **enough**(1) | 16:2 |
| | | **called**(1) | 6:8 | **credit**(1) | 3:4 | **enter**(2) | 11:7 12:23 |
| | | **can**(6) | 6:22 12:5 13:1 13:17 14:8 14:16 | **creditors**(1) | 2:4 | **entered**(1) | 11:21 |
| | | **can't**(1) | 6:21 | **curious**(1) | 6:7 | **entry**(1) | 12:19 |
| **anderson**(1) | 2:30 | **candace**(1) | 1:26 | **currently**(1) | 15:10 | **ephraim**(1) | 3:45 |
| **andrew**(1) | 3:33 | **capital**(3) | 2:39 4:32 13:17 | **dan**(2) | 7:17 11:12 | **esq**(48) | 1:23 1:24 1:25 1:26 1:27 1:28 1:29 1:30 1:37 2:5 2:6 2:10 2:11 2:12 2:13 2:14 2:18 2:22 2:27 2:35 2:36 2:40 2:44 2:45 2:46 2:47 2:48 2:49 2:50 3:6 3:10 3:11 3:15 3:16 3:20 3:24 3:29 3:33 3:37 3:41 4:11 4:15 4:27 4:28 4:29 4:49 4:50 5:12 |
| **angell**(1) | 3:27 | **carey**(2) | 1:17 6:3 | **daniel**(3) | 2:6 2:44 3:41 | | |
| **anna**(2) | 5:4 5:4 | **carlyle**(1) | 2:26 | **data**(1) | 1:45 | | |
| **another**(1) | 16:9 | **case**(6) | 1:7 3:19 8:15 13:22 14:6 15:9 | **date**(2) | 15:14 17:10 | | |
| **anticipate**(2) | 9:5 15:1 | **cci**(1) | 5:11 | **daugherty**(2) | 3:48 3:49 | | |
| **any**(14) | 7:7 7:24 8:23 9:5 9:13 9:14 9:15 10:12 10:18 11:7 11:9 12:18 12:23 14:6 | **certainly**(2) | 12:17 13:19 | **dave**(1) | 4:42 | | |
| | | **certification**(3) | 7:3 16:2 17:3 | **david**(8) | 1:29 2:12 2:45 3:15 3:37 9:10 13:15 14:21 | | |
| | | **certify**(1) | 17:4 | | | **essentially**(1) | 13:21 |
| **anyone**(2) | 12:2 15:19 | **chadbourne**(2) | 2:9 14:20 | | | **esther**(1) | 4:37 |
| **anything**(3) | 10:17 16:3 16:20 | **chambers**(6) | 6:15 7:21 8:2 12:14 12:15 16:10 | **davidson**(1) | 3:44 | **evan**(1) | 4:15 |
| **apologize**(2) | 8:6 15:7 | | | **davis**(1) | 2:17 | **everyone**(2) | 7:10 7:11 |
| **appearances**(5) | 1:20 2:1 3:1 4:1 5:1 | | | **day**(2) | 15:2 16:2 | **exception**(1) | 16:16 |
| **appropriate**(1) | 14:8 | **chandler**(1) | 4:41 | **dbtca**(1) | 3:14 | **expect**(1) | 12:5 |
| **are**(5) | 8:17 8:23 9:15 10:16 12:9 | **change**(4) | 11:14 11:17 11:20 11:24 | **deadline**(1) | 15:10 | **extensive**(1) | 10:17 |
| **around**(3) | 14:2 15:6 15:22 | **changes**(2) | 7:23 10:1 | **dearborn**(1) | 1:31 | **extent**(1) | 7:7 |
| **ashby**(2) | 2:39 16:5 | **chapter**(2) | 1:4 6:4 | **debenture**(1) | 4:47 | **fact**(1) | 7:19 |
| **ask**(5) | 10:14 11:4 11:12 11:13 13:11 | **chase**(2) | 2:17 5:8 | **deborah**(1) | 2:48 | **fargo**(1) | 3:19 |
| **aspects**(1) | 13:22 | **chicago**(2) | 1:32 13:6 | **debtor**(5) | 1:22 4:40 8:8 9:19 10:17 | **feld**(2) | 2:43 13:16 |
| **associated**(2) | 5:7 5:7 | **chow**(1) | 5:12 | **debtors**(13) | 1:11 6:11 6:13 6:23 7:2 8:8 9:2 9:7 9:18 10:21 11:13 13:23 14:3 | **few**(1) | 10:22 |
| **audible**(4) | 12:4 12:20 15:21 16:21 | **christopher**(1) | 5:12 | | | **file**(3) | 7:19 15:11 15:13 |
| **aurelius**(6) | 2:39 4:32 7:1 9:22 13:16 16:5 | **chung**(1) | 4:37 | | | **filed**(14) | 6:13 6:23 7:2 7:5 7:10 7:16 8:17 8:19 8:19 11:1 11:18 11:19 12:8 12:10 |
| **aurelius/note**(1) | 10:2 | **circulate**(1) | 9:3 | **december**(3) | 1:13 6:1 17:9 | | |
| **austin**(2) | 1:22 6:11 | **circulated**(7) | 9:1 10:22 11:15 11:23 14:13 14:16 15:15 | **decide**(1) | 14:6 | | |
| **await**(2) | 11:5 12:22 | | | **definitive**(1) | 13:14 | **filing**(1) | 11:5 |
| **awaiting**(1) | 14:15 | | | **delaware**(3) | 1:2 1:11 6:1 | **filings**(1) | 7:1 |
| **back**(1) | 13:10 | **citigroup**(1) | 4:9 | **delivered**(3) | 6:15 7:20 8:2 | **fine**(1) | 9:12 |
| **ballard**(1) | 5:11 | **class**(1) | 11:1 | **delivery**(1) | 12:14 | **finger**(1) | 2:21 |
| **ballot**(3) | 10:15 11:14 11:18 | **clerical**(1) | 11:2 | **demo**(1) | 1:25 | **floor**(2) | 11:4 11:10 |
| **balloting**(2) | 10:16 10:21 | **clerk**(1) | 6:2 | **department**(2) | 4:4 4:5 | **follow**(1) | 6:5 |
| **ballots**(3) | 6:14 7:5 10:19 | **client's**(1) | 16:6 | **deputy**(1) | 12:13 | **for**(49) | 1:2 1:22 2:4 2:17 2:26 2:30 2:34 2:39 3:4 3:14 3:19 3:27 3:32 3:36 3:40 3:44 3:48 4:4 4:9 4:14 4:18 4:22 4:26 4:32 4:36 4:40 4:47 5:4 5:7 5:11 6:12 8:15 9:6 9:10 9:17 9:21 9:22 10:9 10:20 12:14 14:6 14:11 14:17 15:7 15:10 15:23 16:3 16:6 16:14 |
| **banc**(1) | 2:26 | **cmo**(1) | 15:9 | **determined**(1) | 10:1 | | |
| **bank**(4) | 3:40 4:18 4:36 4:36 | **co-counsel**(1) | 16:6 | **deutsch**(1) | 2:10 | | |
| **bankruptcy**(2) | 1:1 1:18 | **co-proponents**(1) | 14:4 | **diamond**(1) | 3:45 | | |
| **barclays**(1) | 3:27 | **cobb**(1) | 2:4 | **diaz**(1) | 1:45 | | |
| **barnes**(1) | 3:36 | **cole**(1) | 1:35 | **did**(5) | 7:19 9:3 9:7 10:15 10:23 | | |
| **based**(1) | 16:15 | **color**(1) | 13:17 | **didn't**(1) | 9:2 | | |
| **bear**(1) | 10:9 | **come**(4) | 13:14 14:8 14:22 14:24 | **directly**(1) | 13:12 | | |
| | | | | **disclosure**(4) | 8:16 9:14 9:19 10:2 | **foregoing**(1) | 17:4 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **form**(4) | 7:2 11:7 14:8 16:1 | **indicated**(2) | 7:24 11:8 | **llp**(12) | 1:22 2:9 2:30 3:9 3:14 3:19 3:28 4:10 4:14 4:18 4:26 5:11 | **opportunity**(1) | 10:15 |
| **forman**(1) | 1:35 | **inform**(1) | 12:12 | | | **order**(13) | 6:6 6:8 6:12 7:2 7:6 11:8 11:21 12:19 12:24 13:3 13:10 13:22 14:7 |
| **forth**(1) | 13:10 | **intend**(1) | 12:23 | | | | |
| **forthcoming**(1) | 16:16 | **intention**(3) | 11:5 11:7 12:21 | **logs**(1) | 14:8 | | |
| **fox**(1) | 3:23 | **intervention**(1) | 14:11 | **look**(2) | 8:13 9:11 | **other**(7) | 6:14 6:22 7:12 7:22 8:22 12:18 14:21 |
| **francis**(1) | 2:27 | **invitation**(1) | 15:23 | **looking**(1) | 10:11 | | |
| **friedman**(1) | 4:48 | **involved**(1) | 13:12 | **ludwig**(1) | 1:28 | | |
| **from**(11) | 7:1 7:17 8:15 8:17 11:16 13:1 13:23 14:20 14:22 15:4 17:5 | **issue**(6) | 12:18 13:9 13:12 14:6 14:24 15:1 | **lugano**(1) | 1:43 | **others**(5) | 6:20 8:8 9:21 10:17 13:11 |
| | | **issues**(3) | 8:23 9:5 14:22 | **lynch**(3) | 2:30 4:26 15:1 | **our**(4) | 6:19 8:17 11:15 12:15 |
| | | **it's**(9) | 7:17 10:11 11:5 11:12 12:7 12:21 13:14 13:15 16:4 | **made**(5) | 10:2 10:19 11:14 11:17 11:20 | **out**(4) | 8:3 9:4 10:18 10:21 |
| **furiously**(1) | 12:9 | | | **madlyn**(1) | 4:27 | **outstanding**(1) | 13:9 |
| **further**(3) | 10:1 16:3 16:20 | | | **mail**(1) | 12:15 | **over**(3) | 6:8 7:11 16:9 |
| **garrison**(1) | 4:10 | **item**(1) | 14:1 | **make**(3) | 7:22 12:9 16:8 | **overnight**(1) | 13:8 |
| **gary**(1) | 4:44 | **james**(2) | 1:24 3:10 | **management**(5) | 2:40 4:32 13:17 13:22 | **own**(1) | 15:13 |
| **geddes**(2) | 2:39 16:5 | **jane**(1) | 4:28 | **manges**(1) | 4:14 | **p.a**(1) | 2:39 |
| **george**(2) | 3:48 3:49 | **jared**(1) | 2:36 | **marc**(1) | 2:13 | **palmer**(1) | 3:27 |
| **gerson**(1) | 4:6 | **jenner**(1) | 3:32 | **marino**(1) | 3:29 | **park**(1) | 4:23 |
| **get**(1) | 12:16 | **jillian**(1) | 1:28 | **market**(1) | 1:10 | **parke**(1) | 2:9 |
| **given**(2) | 10:14 14:12 | **john**(1) | 3:24 | **martin**(1) | 15:4 | **parties**(9) | 6:7 7:7 7:8 7:22 8:22 10:22 13:21 14:7 16:15 |
| **going**(1) | 13:10 | **johnston**(1) | 3:10 | **materials**(9) | 6:6 6:12 6:14 6:17 7:5 10:16 10:19 10:22 16:18 | | |
| **golden**(9) | 2:44 7:17 7:17 8:5 9:22 11:11 11:13 11:23 12:1 | **jonathan**(1) | 4:29 | | | **partners**(1) | 3:44 |
| | | **joshua**(1) | 3:11 | **matter**(2) | 6:8 17:6 | **parver**(1) | 4:28 |
| **good**(2) | 6:3 6:10 | **judge**(3) | 1:18 6:3 12:7 | **matthew**(3) | 4:32 4:33 4:50 | **pattern**(1) | 14:13 |
| **gordon**(1) | 2:35 | **just**(11) | 8:3 10:10 11:11 11:12 11:16 12:15 15:8 15:16 16:6 16:8 16:14 | **mauceri**(1) | 4:19 | **paul**(1) | 4:9 |
| **gotshal**(1) | 4:14 | | | **may**(2) | 13:12 14:17 | **peace**(1) | 16:7 |
| **great**(2) | 2:26 4:18 | | | **mayer**(1) | 3:16 | **pennock**(1) | 4:11 |
| **greg**(1) | 1:25 | **justice**(1) | 13:5 | **mccarter**(1) | 3:14 | **pennsylvania**(1) | 1:47 |
| **greissman**(9) | 3:20 8:14 8:15 9:1 10:6 10:6 12:7 12:7 12:17 | **kalenchits**(2) | 5:4 5:4 | **mccormack**(3) | 2:11 14:19 14:19 | **perhaps**(2) | 6:21 13:11 |
| | | **kansa**(20) | 1:23 6:10 6:10 6:19 7:15 9:6 9:6 9:17 9:17 10:20 10:20 11:8 11:13 11:16 11:22 13:1 13:4 13:4 16:13 16:13 | **meisel**(1) | 1:35 | **philip**(1) | 2:46 |
| | | | | **mention**(2) | 15:8 15:17 | **plan**(13) | 8:7 8:10 8:13 8:16 9:4 9:16 9:19 9:24 10:3 10:5 10:7 14:4 15:12 |
| **grippo**(1) | 3:48 | | | **merrill**(3) | 2:30 4:26 15:1 | | |
| **group**(1) | 9:3 | **karen**(1) | 4:23 | **mester**(1) | 3:11 | | |
| **groups**(1) | 15:11 | **kasowitz**(1) | 4:47 | **michelle**(1) | 3:29 | **plane**(1) | 13:6 |
| **gump**(3) | 2:43 7:18 13:16 | **kate**(1) | 1:37 | **might**(1) | 15:12 | **planned**(1) | 15:10 |
| **had**(8) | 7:20 9:1 9:8 14:9 14:11 14:24 15:12 16:7 | **katharine**(1) | 3:16 | **miles**(1) | 1:29 | **plans**(1) | 6:22 |
| | | **kaye**(1) | 4:26 | **mills**(1) | 1:30 | **please**(1) | 12:12 |
| **hand**(1) | 12:14 | **kemper**(1) | 3:44 | **mind**(2) | 15:23 16:7 | **point**(4) | 8:3 10:18 10:21 12:16 |
| **handed**(1) | 10:10 | **ken**(7) | 1:23 6:10 9:6 9:17 10:20 13:4 | **minor**(1) | 14:23 | **polk**(1) | 2:17 |
| **harrisburg**(1) | 1:47 | **kerriann**(1) | 1:30 | **mischief**(1) | 15:23 | **potentially**(1) | 13:24 |
| **has**(4) | 7:24 8:1 13:10 14:7 | **kevin**(1) | 1:17 | **miscommunicatior**(1) | 13:24 | **potter**(1) | 2:30 |
| **hasn't**(2) | 8:19 12:10 | **king**(1) | 2:23 | **moment**(3) | 8:2 10:9 13:13 | **present**(1) | 14:11 |
| **hauer**(2) | 2:43 13:16 | **kjc**(1) | 1:7 | **momentarily**(1) | 8:20 | **press**(2) | 5:7 5:7 |
| **have**(31) | 6:16 6:17 7:10 7:10 7:14 7:23 8:3 8:12 8:22 9:13 10:12 10:15 10:22 11:6 11:16 11:18 11:19 11:20 11:22 12:8 12:11 12:23 13:1 13:8 13:13 13:13 14:22 15:9 16:11 16:14 16:15 | **kline**(1) | 1:26 | **monaco**(1) | 2:27 | **primoff**(1) | 4:27 |
| | | **know**(6) | 6:7 6:22 8:20 10:17 12:11 12:13 | **more**(1) | 13:11 | **printed**(1) | 8:3 |
| | | **korpus**(1) | 4:49 | **morgan**(4) | 2:17 3:36 4:14 4:18 | **printing**(1) | 16:18 |
| | | **krakauer**(1) | 1:27 | **morning**(14) | 6:3 6:10 6:15 7:1 7:15 7:21 8:19 11:16 11:23 13:11 14:1 15:6 15:11 15:15 | **privilege**(1) | 14:8 |
| | | **kristina**(1) | 2:49 | | | **probably**(1) | 13:5 |
| | | **labor**(2) | 4:5 4:5 | **motion**(1) | 15:20 | **problem**(1) | 15:9 |
| **haven't**(1) | 7:14 | **landis**(2) | 2:4 2:5 | **much**(1) | 16:22 | **proceeding**(1) | 6:5 |
| **hazard**(1) | 13:2 | **last**(8) | 6:13 8:17 11:1 11:19 14:2 14:12 14:13 14:16 | **myers**(1) | 3:40 | **proceedings**(3) | 1:16 1:51 17:6 |
| **heard**(6) | 12:3 12:4 12:20 15:20 15:21 | | | **nature**(2) | 11:2 15:7 | **process**(2) | 8:18 16:19 |
| **hearing**(3) | 6:5 16:23 17:1 | | | **need**(1) | 16:9 | **produced**(1) | 1:52 |
| **hennigan**(1) | 3:9 | **late**(2) | 13:23 15:7 | **needed**(1) | 10:1 | **proponent**(3) | 10:7 15:11 15:12 |
| **here**(4) | 8:4 14:23 15:3 16:15 | **laughter**(1) | 15:24 | **newman**(1) | 2:48 | **proponents**(2) | 6:22 8:15 |
| **his**(1) | 13:6 | **laurie**(1) | 2:31 | **night**(6) | 6:13 11:1 11:19 14:2 14:13 14:16 | **proposed**(4) | 7:2 7:6 7:23 12:23 |
| **holder's**(1) | 16:8 | **law**(1) | 4:47 | **nobody**(1) | 7:24 | **prowlen**(1) | 3:37 |
| **holders**(3) | 8:12 10:2 10:10 | **layton**(1) | 2:21 | **non-material**(1) | 11:2 | **put**(1) | 11:4 |
| **holding**(1) | 14:13 | **least**(1) | 8:2 | **nope**(1) | 16:11 | **question**(1) | 11:13 |
| **holdup**(1) | 14:7 | **lederman**(1) | 4:15 | **north**(1) | 1:38 | **questions**(3) | 10:12 11:7 12:23 |
| **honor**(23) | 6:10 6:19 7:15 7:17 8:5 8:14 9:6 9:10 9:17 9:22 10:20 11:11 11:22 12:17 13:4 13:15 14:19 15:4 16:4 16:7 16:12 16:13 16:24 | **left**(1) | 14:9 | **not**(11) | 7:21 8:1 9:13 10:11 10:15 11:6 11:10 13:5 13:13 14:10 15:23 | **quickest**(1) | 12:16 |
| | | **lemay**(3) | 2:12 9:10 9:10 | | | **quite**(1) | 10:17 |
| | | **lender**(9) | 8:13 8:16 8:22 9:4 9:19 10:5 11:5 12:6 12:22 | | | **qureshi**(1) | 2:47 |
| | | | | **note**(3) | 8:12 10:10 16:8 | **rachel**(1) | 4:19 |
| **honor's**(1) | 16:16 | | | **nothing**(1) | 10:21 | **randall**(1) | 5:8 |
| **honorable**(1) | 1:17 | **lenders**(5) | 3:5 6:18 7:1 8:11 9:24 | **notices**(2) | 6:14 7:6 | **rath**(2) | 2:4 2:6 |
| **hopefully**(2) | 14:16 15:17 | **leonard**(2) | 1:36 4:6 | **novod**(1) | 2:35 | **rather**(2) | 12:14 12:14 |
| **how**(3) | 6:7 9:21 14:7 | **let**(3) | 7:13 10:14 11:3 | **now**(4) | 6:2 10:12 10:14 15:12 | **realized**(1) | 15:12 |
| **howard**(1) | 2:14 | **let's**(1) | 11:4 | **o'melveny**(1) | 3:40 | **really**(3) | 9:3 9:5 12:8 |
| **i'd**(2) | 11:13 12:14 | **lewis**(1) | 4:18 | **objection**(5) | 7:24 11:20 15:11 15:13 15:13 | **reason**(1) | 11:9 |
| **i'll**(3) | 6:8 8:12 11:9 | **liebentritt**(1) | 4:43 | **okay**(13) | 8:5 8:7 8:21 9:21 10:4 10:9 10:12 11:3 12:1 12:18 12:21 15:3 15:19 | **receive**(3) | 10:23 12:6 16:1 |
| **i'm**(3) | 8:11 10:11 15:17 | **like**(3) | 10:18 11:12 11:13 | | | **received**(3) | 6:17 7:7 13:22 |
| **i've**(6) | 6:24 8:8 8:11 10:10 13:11 14:22 | **likewise**(2) | 7:9 10:7 | | | **recess**(1) | 16:23 |
| **imaging**(1) | 16:19 | **limited**(1) | 10:23 | **once**(1) | 12:11 | **record**(1) | 6:4 |
| **immediately**(2) | 7:22 16:19 | **line**(6) | 6:13 7:19 7:23 10:12 11:15 12:15 | **one**(12) | 1:31 2:23 9:4 9:16 9:23 10:9 11:14 13:9 13:24 14:1 14:7 14:12 | **recorded**(1) | 1:51 |
| **impression**(1) | 7:20 | **lines**(1) | 11:1 | | | **recording**(2) | 1:51 17:5 |
| **inaccurate**(1) | 7:12 | **llc**(1) | 3:48 | | | **reference**(1) | 9:4 |
| | | | | **open**(4) | 11:4 11:10 12:18 15:17 | **reflected**(5) | 7:7 10:23 11:24 13:21 13:24 |
| | | | | | | **reflects**(1) | 14:13 |

**TRIBUNE COMPANY 12.16.10.TLC.DOC**

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **regard**(1) 7:5 | | **something**(2) 15:6  15:15 | | **there**(14) 8:23  9:18  9:23  10:1  10:11  10:19  11:9  12:18  13:8  13:10  14:5  14:23  15:10  16:3 | | **were**(10) 6:15  7:5  7:6  7:11  9:2  9:14  9:18  10:1  10:23  14:4 | |
| **regarding**(1) 14:6 | | **sorry**(2) 8:11  12:8 | | | | | |
| **related**(1) 10:19 | | **sound**(2) 1:51  17:5 | | | | | |
| **releases**(1) 7:14 | | **south**(1) 1:31 | | | | **wesch**(1) 2:49 | |
| **report**(1) 13:1 | | **spahr**(1) 5:11 | | **there's**(1) 14:21 | | **west**(1) 1:38 | |
| **representation**(1) 7:12 | | **speak**(5) 6:22  12:10  13:7  13:12  14:14 | | **they**(2) 11:14  11:15 | | **wharton**(1) 4:9 | |
| **request**(1) 11:15 | | **specific**(4) 9:14  9:19  10:2  10:8 | | **think**(9) 13:9  13:12  13:23  14:20  14:23  14:24  15:1  15:7  15:16 | | **what**(3) 8:9  9:13  14:20 | |
| **required**(2) 9:15  9:18 | | **square**(1) 2:23 | | | | **when**(2) 11:6  12:5 | |
| **resolution**(1) 13:14 | | **stand**(2) 6:7  16:23 | | | | **where**(2) 12:13  14:9 | |
| **resolve**(3) 14:12  15:2  15:18 | | **stands**(1) 12:13 | | **this**(26) 6:3  6:5  6:15  7:1  7:15  7:21  8:3  8:10  8:14  8:19  9:4  10:6  10:14  11:4  11:15  11:23  12:16  13:11  14:10  14:19  15:2  15:4  15:6  15:11  15:15  16:23 | | **whereupon**(1) 17:1 | |
| **resolved**(2) 13:13  14:24 | | **stanley**(2) 3:36  4:14 | | | | **whether**(2) 11:4  13:13 | |
| **respect**(7) 6:11  8:21  8:23  10:4  10:7  10:18  12:19 | | **stargatt**(1) 3:4 | | | | **which**(4) 8:12  10:16  13:24  15:7 | |
| | | **start**(2) 7:13  16:18 | | | | **white**(2) 3:19  8:15 | |
| | | **statement**(16) 6:18  6:23  7:14  8:9  8:9  8:17  8:18  8:22  10:3  10:11  11:6  12:6  12:22  13:2  16:8  16:17 | | | | **whomever**(1) 13:2 | |
| **responded**(1) 14:2 | | | | **thomas**(1) 2:11 | | **wider**(1) 9:3 | |
| **response**(5) 12:4  12:16  12:20  15:21  16:21 | | | | **thornburg**(1) 3:36 | | **will**(16) 7:1  7:21  8:19  11:17  12:10  12:16  14:6  15:2  15:3  15:8  15:16  15:18  15:22  16:2  16:17  16:23 | |
| **responsive**(16) 6:18  6:20  6:23  7:9  7:13  8:8  8:9  8:11  8:18  8:22  10:10  11:6  12:6  12:22  16:8  16:17 | | | | **those**(3) 6:15  6:16  7:8 | | | |
| | | **statements**(5) 6:20  7:9  8:12  9:15  9:20 | | **thought**(2) 9:11  14:9 | | | |
| | | **states**(2) 1:1  1:18 | | **throw**(2) 11:3  11:9 | | | |
| | | **status**(1) 13:3 | | **thurs**(1) 6:1 | | | |
| | | **stearn**(1) 2:22 | | **time**(1) 10:14 | | **william**(1) 2:40 | |
| **result**(2) 9:15  9:23 | | **stein**(1) 4:50 | | **today**(4) 14:17  15:6  16:3  16:14 | | **wilmington**(5) 1:11  1:40  2:34  6:1  14:23 | |
| **review**(5) 9:7  10:16  11:6  12:22  16:16 | | **step**(2) 9:4  9:23 | | **tom**(1) 14:19 | | **wish**(2) 12:2  15:19 | |
| **reviewed**(4) 6:17  7:10  8:23  9:24 | | **stickels**(1) 1:37 | | **tomorrow**(3) 14:18  15:3  15:23 | | **wishes**(1) 13:18 | |
| **reviewing**(1) 14:4 | | **still**(1) 15:17 | | **took**(2) 8:2  9:11 | | **with**(19) 6:7  6:11  6:16  7:13  8:7  8:10  8:21  8:23  9:7  9:9  10:4  10:7  10:9  10:18  12:19  14:2  15:1  16:1  16:16 | |
| **revised**(4) 6:23  8:18  9:8  14:2 | | **strauss**(2) 2:43  13:16 | | **torres**(1) 4:47 | | | |
| **revision**(2) 6:6  6:12 | | **street**(3) 1:10  1:38  1:46 | | **traci**(1) 17:10 | | | |
| **revisions**(5) 8:24  9:9  9:14  9:18  10:18 | | **strip**(1) 9:4 | | **traffic**(1) 14:22 | | | |
| **richards**(1) 2:21 | | **strock**(1) 3:24 | | **transcriber**(1) 17:11 | | | |
| **rifkind**(1) 4:9 | | **submission**(1) 10:13 | | **transcript**(3) 1:16  1:52  17:5 | | **withdrawing**(1) 9:24 | |
| **right**(6) 8:1  11:23  12:2  12:5  15:22  16:20 | | **submitted**(2) 11:8  14:16 | | **transcription**(2) 1:45  1:52 | | **womble**(1) 2:26 | |
| **ripe**(1) 14:11 | | **suite**(1) 1:39 | | **transmitting**(1) 16:17 | | **would**(11) 6:6  9:7  10:18  10:21  11:1  11:7  11:12  11:24  13:11  14:10  16:14 | |
| **robert**(2) 2:22  3:6 | | **sure**(3) 7:22  12:9  16:9 | | **trb**(1) 3:32 | | | |
| **rochester**(1) 2:50 | | **suspect**(1) 14:5 | | **tribune**(3) 1:7  4:40  6:4 | | | |
| **rodney**(1) 2:23 | | **swear**(1) 6:21 | | **true**(1) 9:23 | | **wouldn't**(1) 11:19 | |
| **roitman**(1) 2:13 | | **take**(1) 8:13 | | **trust**(3) 2:34  4:18  14:23 | | **www.diazdata.com**(1) 1:49 | |
| **rolling**(1) 16:19 | | **taylor**(1) 3:5 | | **try**(1) 14:12 | | **yesterday**(7) 6:24  7:3  7:5  7:8  9:8  13:23  14:24 | |
| **roth**(2) 4:22  4:22 | | **telephone**(2) 11:12  12:12 | | **turn**(2) 6:8  7:11 | | | |
| **rothschild**(1) 3:23 | | **telephonic**(5) 1:20  2:1  3:1  4:1  5:1 | | **two**(1) 10:15 | | | |
| **rudnick**(2) 2:34  15:5 | | **terms**(1) 14:8 | | **u.s**(2) 4:4  4:5 | | **yet**(1) 8:1 | |
| **said**(2) 14:5  14:9 | | **than**(1) 12:14 | | **unavailable**(1) 14:18 | | **you**(17) 6:19  8:5  8:19  10:16  12:1  12:11  12:13  12:15  12:17  13:1  15:23  16:7  16:9  16:11  16:12  16:22  16:24 | |
| **same**(1) 9:23 | | **thank**(8) 6:19  8:5  12:1  12:17  16:11  16:12  16:22  16:24 | | **unchanged**(1) 8:17 | | | |
| **say**(1) 16:7 | | | | **under**(2) 7:2  7:20 | | | |
| **says**(1) 14:21 | | | | **understand**(2) 14:3  14:17 | | | |
| **scanned**(1) 10:15 | | | | **understanding**(3) 6:20  7:4  16:15 | | | |
| **scholer**(1) 4:26 | | **that**(51) 6:16  6:20  6:22  6:23  7:5  7:9  7:10  7:12  7:15  7:24  8:6  8:10  9:7  10:13  10:17  10:21  11:8  11:10  11:10  11:17  11:17  11:20  11:23  11:24  12:9  12:13  12:16  13:17  13:20  14:3  14:4  14:5  14:9  14:9  14:12  14:13  14:15  14:16  14:22  14:24  15:1  15:9  15:12  15:12  15:12  15:13  15:17  15:18  16:15  16:22  17:4 | | **understatemen**(1) 9:8 | | **young**(1) 3:4 | |
| **schotz**(1) 1:35 | | | | **understood**(1) 16:7 | | **your**(25) 6:10  6:19  7:15  7:17  7:20  8:5  8:14  9:6  9:10  9:17  9:22  10:20  11:11  11:22  12:17  13:4  13:15  14:19  15:4  16:4  16:7  16:12  16:13  16:16  16:24 | |
| **schulte**(2) 4:22  4:22 | | | | **unfortunately**(1) 13:5 | | | |
| **schuylkill**(1) 1:46 | | | | **unique**(1) 15:13 | | | |
| **scott**(4) 3:20  8:14  10:6  12:7 | | | | **united**(2) 1:1  1:18 | | | |
| **see**(2) 8:10  8:10 | | | | **unless**(1) 12:23 | | | |
| **seen**(9) 6:24  7:14  7:23  8:8  8:11  11:22  13:11  13:13  14:22 | | | | **until**(1) 14:11 | | **zabel**(2) 4:22  4:22 | |
| | | | | **upon**(1) 16:2 | | **zell**(1) 3:32 | |
| | | | | **vail**(1) 3:33 | | **zensky**(5) 2:45  13:15  13:15  13:20  14:21 | |
| | | | | **version**(4) 7:19  11:15  11:19  14:2 | | **zioto**(2) 4:32  4:33 | |
| **segal**(2) 15:4  15:4 | | **that's**(4) 7:21  15:17  15:23  16:14 | | **versions**(2) 7:4  8:17 | | | |
| **seife**(1) 2:14 | | **the**(168) 1:1  1:2  1:17  2:4  6:2  6:2  6:3  6:4  6:4  6:6  6:7  6:8  6:11  6:12  6:12  6:12  6:13  6:16  6:18  6:20  6:21  6:22  6:23  6:24  7:1  7:2  7:4  7:4  7:4  7:5  7:7  7:7  7:8  7:9  7:13  7:14  7:19  7:20  7:22  7:23  8:1  8:2  8:2  8:7  8:7  8:8  8:8  8:9  8:11  8:12  8:13  8:15  8:16  8:17  8:18  8:21  8:21  8:23  9:1  9:3  9:4  9:7  9:7  9:9  9:10  9:13  9:13  9:14  9:15  9:16  9:18  9:18  9:21  9:22  9:23  10:2  10:4  10:4  10:7  10:7  10:9  10:10  10:12  10:14  10:15  10:16  10:17  10:19  10:20  10:21  10:22  10:22  10:23  11:3  11:3  11:5  11:5  11:7  11:9  11:13  11:14  11:17  11:19  11:21  12:2  12:5  12:6  12:11  12:12  12:15  12:16  12:18  12:19  12:21  12:22  12:23  13:2  13:3  13:9  13:12  13:13  13:17  13:19  13:20  13:21  13:22  13:23  14:1  14:3  14:6  14:6  14:7  14:7  14:8  14:11  14:12  14:15  14:17  14:20  14:22  14:24  15:2  15:2  15:3  15:7  15:9  15:9  15:13  15:19  15:20  15:22  16:1  16:2  16:7  16:11  16:15  16:15  16:16  16:16  16:18  16:18  16:20  16:22  17:1  17:4  17:5  17:5  17:6 | | **very**(4) 10:23  12:8  15:8  16:22 | | | |
| **selber**(1) 2:31 | | | | **voting**(1) 16:18 | | | |
| **send**(1) 16:9 | | | | **wait**(1) 12:14 | | | |
| **senior**(3) 6:18  7:1  8:11 | | | | **want**(2) 11:16  16:8 | | | |
| **sent**(1) 15:6 | | | | **wanted**(2) 15:8  15:16 | | | |
| **separately**(1) 6:17 | | | | **wants**(1) 13:2 | | | |
| **service**(2) 1:45  1:52 | | | | **wardwell**(1) 2:17 | | | |
| **services**(1) 1:45 | | | | **was**(13) 6:5  6:23  6:24  7:16  7:20  9:3  9:11  9:13  9:23  11:8  14:10  15:10  17:1 | | | |
| **session**(1) 6:2 | | | | | | | |
| **set**(1) 6:5 | | | | | | | |
| **settle**(1) 13:9 | | | | **way**(3) 11:4  13:6  15:9 | | | |
| **shannon**(1) 4:11 | | | | **we'll**(1) 8:3 | | | |
| **sharnah**(1) 3:41 | | | | **we're**(4) 6:4  11:11  12:8  14:15 | | | |
| **shaya**(1) 2:50 | | | | **we've**(2) 9:24  14:24 | | | |
| **sheron**(1) 4:49 | | | | **week**(1) 14:10 | | | |
| **should**(2) 11:10  12:8 | | | | **weil**(1) 4:14 | | | |
| **show**(1) 7:15 | | | | **weiss**(1) 4:9 | | | |
| **sidley**(6) 1:22  6:11  9:6  9:17  13:4  16:13 | | **their**(3) 9:24  14:3  15:13 | | **weitman**(1) 4:44 | | | |
| **signature**(1) 14:17 | | **them**(2) 6:21  11:1 | | **well**(8) 7:13  8:21  11:3  11:4  12:5  12:11  15:3  15:22 | | | |
| **silverstein**(2) 2:31 | | **then**(3) 8:13  11:3  12:21 | | | | | |
| **similarly**(1) 7:24 | | | | | | | |
| **since**(1) 11:11 | | | | **wells**(1) 3:19 | | | |
| **solicitation**(3) 6:6  6:12  12:19 | | | | | | | |
| **some**(1) 13:17 | | | | | | | |
| **someone**(1) 12:11 | | | | | | | |