IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re:                                          :    Chapter 11 Cases
                                                :
                                                :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :
                                                :    (Jointly Administered)
                           Debtors.             :
-----------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 16, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **First Set of Interrogatories of Aurelius Capital Management, LP, to the Official Committee of Unsecured Creditors**

**VIA ELECTRONIC MAIL**
CHADBOURNE & PARKE LLP
Howard Seife
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com

[Signature Page to Follow]

{00469093;v1}

| | |
|---|---|
| Dated:  December 20, 2010<br>Wilmington, Delaware | ASHBY & GEDDES, P.A.<br><br>*/s/ Amanda Winfree*<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel Golden (admitted pro hac vice)<br>Philip Dublin (admitted pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Counsel to Aurelius Capital Management, LP* |