IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                           :    Chapter 11 Cases
                                                 :
                                                 :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :
                                                 :    (Jointly Administered)
                              Debtors.           :
-------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 17, 2010, Aurelius Capital Management, LP, by and through its counsel, served the following documents on the party listed below in the manner so indicated:

- **Second Request for Production of Documents of Aurelius Capital Management, LP, to JPMorgan**

**VIA ELECTRONIC MAIL**
DAVIS POLK & WARDWELL LLP
Elliot Moskowitz
450 Lexington Avenue
New York, NY 10017
elliot.moskowitz@davispolk.com

[Signature Page to Follow]

{00469101;v1}


| | |
|---|---|
| Dated: December 20, 2010<br>Wilmington, Delaware | ASHBY & GEDDES, P.A.<br><br>*/s/ Amanda Winfree*<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>LERMAN SENTER PLLC<br>Meredith S. Senter, Jr.<br>Sally A. Buckman<br>2000 K. Street, N.W.<br>Suite 600<br>Washington, DC 20006<br>(202) 429-8970<br><br>*Counsel to Aurelius Capital Management, LP* |

{00469101;v1}