IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on December 20, 2010, I caused a copy of the foregoing **Notice of Service** to be served via U.S. first-class mail, postage prepaid, on the following counsel:

David Adler, Esquire
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

_____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Sworn to and subscribed before me this 20th day of December, 2010

_____
Notary Public

J. KATE STICKLES, Esquire (I.D. No. 2917)
   Attorney at Law - State of Delaware
      Notarial Officer Pursuant to
   29 Del. C. §4323(a)(3) Notarial Act

46429/0001-7253528v1