IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 5896** |

## NOTICE OF WITHDRAWAL OF AMENDED JOINT VERIFIED STATEMENT OF REPRESENTATION OF MORE THAN ONE CREDITOR BY ARKIN KAPLAN RICE LLP, OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP MORRIS, NICHOLS, ARSHT & TUNNELL LLP AND BRACEWELL & GIULIANI LLP

Arkin Kaplan Rice LLP, Olshan Grundman Frome Rosenzweig & Wolosky LLP, Morris, Nichols, Arsht & Tunnell LLP, and Bracewell & Giuliani LLP hereby withdraw their *Joint Verified Statement Of Representation Of More Than One Creditor By Arkin Kaplan Rice LLP, Olshan Grundman Frome Rosenzweig & Wolosky LLP And Morris, Nichols, Arsht & Tunnell LLP* in its entirety (D.I. 5896; filed 10/5/2010).

Dated: December 20, 2010

*Former Counsel to the Step One Credit Agreement Lenders*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989

-and-

ARKIN KAPLAN RICE LLP
Howard Kaplan

590 Madison Avenue, 35th Floor
New York, NY  10022
Telephone: 212.333.0200
Facsimile: 212.333.2350

-and-

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Adam Friedman
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: 212.451.2300
Facsimile: 212.451.2222

-and-

BRACEWELL & GIULIANI LLP
Evan Flaschen
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516
Telephone:  860-256-8537
Facsimile:  860-760-6310