## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Hearing Date: 1/13/11 @ 1:00 p.m.<br>Objections Due: 1/6/11@ 4:00 p.m. |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>Defendants. | Adversary No. 10-55969 (KJC) |

### NOTICE OF MOTION

To:  Counsel for the Debtors
     Office of the United States Trustee
     Parties on the Rule 2002 Service List

On December 20, 2010, the Official Committee of Unsecured Creditors ("Movant") filed a Motion "for Order Staying Prosecution of Preference Action (the "Motion").

You are required to file a response to the Motion on or before January 6, 2011 at 4:00 p.m. (Eastern Time) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at www.deb.uscourts.gov. You also are required to serve a copy of the response on undersigned counsel for Movant so that it is actually received by that time.

HEARING ON THE MOTION will be on January 13, 2011 at 1:00 p.m. Eastern Time at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware, before the Honorable Kevin J. Carey, Chief Judge.

2850364.1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 21, 2010

ZUCKERMAN SPAEDER LLP

/s/ Thomas G. Macauley

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

Graeme W. Bush, Esquire
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee of Unsecured Creditors