UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Re: D.I.** _____ |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY et al.,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | Adversary No. 10-55969 (KJC) |

## ORDER STAYING PREFERENCE ACTION

Upon the Motion, dated December 21, 2010 (the "Motion"), of the Official Committee of Unsecured Creditors (the "Committee"), for an order staying the above-captioned preference action (the "Preference Action"); and notice of the Motion having been due and proper under the circumstances; and after due deliberation, and upon the record of the chapter 11 cases; and good and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that except as provided in the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and

JPMorgan Chase Bank, N.A. filed on October 22, 2010 (the "Settlement Plan"), neither the Debtors nor the Committee shall settle, subject to the Court's approval, the Preference Action without the other's consent unless and until the earliest to occur of the following: (i) the Committee and/or the Debtors withdraw their support for the Settlement Plan; (ii) the Court declines to confirm the Settlement Plan, or (iii) April 1, 2011 (each a "Termination Event"). If a Termination Event occurs, either the Debtors or the Committee shall have the right, subject to the Court's approval, after notice and an opportunity to be heard, to settle claims that the Committee has been authorized to pursue, and the Committee shall have the right to file a motion seeking entry of a court order granting it the exclusive right to settle such claims. The rights of any party to object to any such settlement or motion are expressly preserved; and it is further

ORDERED, the Preference Action shall be deemed stayed, except as otherwise set forth in this Order (the "Stay"), until a Termination Event occurs, provided that if the Termination Event is the withdrawal of support for the Settlement Plan by the Debtors or the Committee, the Committee shall have the right to extend the Stay by, within ten days of such withdrawal of support, filing and serving a notice that the Stay shall continue. All applicable deadlines, other than those applicable to the discovery permitted by this Order, are suspended during the period of the Stay. All motion practice (other than motions respecting confidentiality, motions to lift, extend or otherwise respecting the Stay, motions with respect to the discovery permitted by this Order, motions to intervene and motions regarding settlements consistent with the terms of this Order) and contested hearings or trials are prohibited. Notwithstanding the foregoing, during the period this Stay is in effect, the Committee may (a) consistent with governing rules, amend the complaint in the Preference Action, (b) complete service of the

complaints in the Preference Action, and (c) take such steps, including immediately pursuing discovery, as are necessary for the purpose of preventing applicable statutes of limitations or other time related defenses from barring any of the claims asserted in the Preference Action; and it is further

ORDERED, that a copy of this Order shall be entered on the docket of the Preference Action; and it is further

ORDERED, that during the pendency of the Stay, no defendant to the Preference Action shall answer or otherwise respond to the Preference Action. All the rights of such defendants, including their right to move to dismiss the Preference Action following expiration of the Stay, shall be fully preserved; and it is further

ORDERED, that the Stay may be lifted or extended by the Court for any cause deemed sufficient by the Court after notice and a hearing with an opportunity for all interested parties to be heard.

Dated: January ___, 2011

_____
The Honorable Kevin J. Carey
Chief Judge