IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Credit Agreement Lenders in the above-referenced cases, and on 10 of December 2010, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

Reply to Opposition to Motion of Oaktree Capital Management, L.P., and Angelo, Gordon & Co., L.P. for an Order Disqualifying Akin Gump Strauss Hauer & Feld LLP from Representing Aurelius Capital Management LP [D.I. 7143]

Declaration of Thomas Fuller [D.I. 7144]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21 day of December 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

YCST01:8972410.1                                                                                          000000.0

## SERVICE LIST

Daniel Golden, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
(Centerbridge)
*First Class Mail*

Douglas Deutche
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*

Norman L. Pernick, Esq
Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801
(Debtors - Tribune Co.)
*Hand Delivery*

Kerriann Mills
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Howard Seife, Esq.
David LeMay, Esq.
Christy Rivera, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
Committee Counsel
*First Class Mail*

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, 6th Floor
Wilmington, DE 19801
(Committee Counsel)
*Hand Delivery*

Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*