# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                           :    Chapter 11 Cases
                                                 :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                          :    (Jointly Administered)
                                                 :
       Debtors.                                  :
-------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 21, 2010, Law Debenture Trust Company of New York, by and through its counsel, served its **(1) First Set of Interrogatories of Law Debenture Trust Company of New York to Angelo, Gordon & Co., L.P.; and (2) First Set of Interrogatories of Law Debenture Trust Company of New York to Oaktree Capital Management, L.P.** on the party listed below in the manner so indicated:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com


Dated: Wilmington, Delaware
       December 21, 2010

                                            By: /s/ Garvan F. McDaniel
                                            **BIFFERATO GENTILOTTI LLC**
                                            Garvan F. McDaniel (No. 4167)
                                            800 N. King Street, Plaza Level
                                            Wilmington, Delaware 19801
                                            Tel: (302) 429-1900
                                            Fax: (302) 429-8600

                                            – and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*