## **CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on December 21, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via Electronic and First Class U.S. Mail:

James O. Johnston, Esq.
Joshua M. Mester, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com

Dated: December 21, 2010
       Wilmington, Delaware

                                        /s/ Garvan F. McDaniel
                                      Garvan F. McDaniel (No. 4167)