# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 7198-7201 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordiantor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Notice of Filings_DI 7198-7201_AFF_12-15-10.doc

2. On December 15, 2010, I caused to be served the:

   a. "Notice of Filing Black Line Joint Disclosure Statement," dated December 15, 2010 [Docket No. 7198],

   b. "Notice of Filing Debtors' Responsive Statement," dated December 15, 2010 [Docket No. 7199],

   c. "Notice of Filing Black Line Versions of Revised Exhibits to Solicitation Order," dated December 15, 2010 [Docket No. 7200], and

   d. "Notice of Filing Proposed Order Amending Solicitation Order," dated December 15, 2010 [Docket No. 7201],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
16th day of December, 2010

_____
Notary Public

> JULIA S. BEALLER
> Notary Public, State of New York
> No. 01BE6222280
> Qualified in Kings County
> Commission Expires May 24, 20 14

**EXHIBIT A**

| Name | Email Address | Firm |
|---|---|---|
| Adam H. Friedman, Esquire | afriedman@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Andrew K. Glenn, Esquire | aglenn@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Andrew W. Hammond, Esquire | ahammond@whitecase.com | White & Case |
| Andrew Goldman, Esquire | andrew.goldman@wilmerhale.com | WilmerHale |
| Allison Ross, Esquire | aross@sidley.com | Sidley Austin LLP |
| Amanda Winfree, Esquire | awinfree@ashby-geddes.com | Ashby & Geddes |
| Brad Erens, Esquire | bberens@jonesday.com | Jones Day |
| Bruce Bennett, Esquire | bennettb@hbdlawyers.com | Hennigan Bennett & Dorman |
| Bryan Krakauer, Esquire | bkrakauer@sidley.com | Sidley Austin LLP |
| David W. Carickhoff, Esquire | carickhoff@blankrome.com | Blank Rome LLP |
| Mark D. Collins, Esquire | collins@rlf.com | Richards, Layton & Finger, P.A. |
| Mark Collins, Esquire, Esquire | collins@rlf.com | Richards, Layton & Finger, P.A. |
| Derek Abbott, Esquire | dabbott@mnat.com | Morris Nichols Arsht & Tunnell LLP |
| David Adler, Esquire | dadler@mccarter.com | McCarter & English LLP |
| David Hall, Esquire | dahall@jonesday.com | Jones Day |
| Damian S. Schaible, Esquire | damian.schaible@davispolk.com | Davis Polk & Wardwell LLP |
| David M. Klauder, Trial Attorney | david.klauder@usdoj.gov | Office of the United States Trustee |
| D'Lisia Bergeron | dbergeron@sidley.com | Sidley Austin LLP |
| David J. Bradford, Esquire | dbradford@jenner.com | Jenner & Block LLP |
| Deanna Davidian, Esquire | ddavidian@arkin-law.com | Arkin Kaplan Rice LLP |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com | Chadbourne & Parke LLP |
| D. Eldersveld | deldersveld@tribune.com | Tribune Company |
| Dennis E. Glazer, Esquire | dennis.glazer@davispolk.com | Davis Polk & Wardwell LLP |
| Daniel A. Fliman, Esquire | dfliman@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| David G. Heiman, Esquire | dgheiman@jonesday.com | Jones Day |
| Daniel H. Golden, Esquire | dgolden@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| David G. Hille, Esquire | dhille@whitecase.com | White & Case |
| David M. LeMay, Esquire | dlemay@chadbourne.com | Chadbourne & Parke LLP |
| Don Liebentritt, Executive VP/GC | dliebentritt@tribune.com | Tribune Company |
| Donald S. Bernstein, Esquire | donald.bernstein@davispolk.com | Davis Polk & Wardwell LLP |
| David S. Rosner, Esquire | drosner@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| David Shafer, Esquire | dshafer@jonesday.com | Jones Day |
| Drew Sloan, Esquire | dsloan@rlf.com | Richards, Layton & Finger, P.A. |
| Edward Friedman, Esquire | efriedman@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |
| Eli Vonnegut, Esquire | eli.vonnegut@davispolk.com | Davis Polk & Wardwell LLP |
| Elliott Moskowitz, Esquire | elliott.moskowitz@davispolk.com | Davis Polk & Wardwell LLP |
| Eric M. Sutty, Esquire | esutty@foxrothschild.com | Fox Rothschild LLP |
| Fredrick J. Levy, Esquire | flevy@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Graeme Bush, Esquire | gbush@zuckerman.com | Zuckerman Spaeder LLP |
| Gregory Demo, Esquire | gdemo@sidley.com | Sidley Austin LLP |

| Name | Email Address | Firm |
|---|---|---|
| Garvan McDaniel, Esquire | gmcdaniel@bglawde.com | Bifferato Gentilotti |
| G. Novod. Esquire | gnovod@brownrudnick.com | Brown Rudnick LLP |
| Howard J. Kaplan, Esquire | hkaplan@arkin-law.com | Arkin Kaplan Rice LLP |
| Howard Seife, Esquire | hseife@chadbourne.com | Chadbourne & Parke LLP |
| James Bendernagel, Esquire | jbendernagel@sidley.com | Sidley Austin LLP |
| Jessica Boelter, Esquire | jboelter@sidley.com | Sidley Austin LLP |
| James F. Conlan, Esquire | jconlan@sidley.com | Sidley Austin LLP |
| Janet Henderson, Esquire | jhenderson@sidley.com | Sidley Austin LLP |
| Jennifer R. Hoover, Esquire | jhoover@beneschlaw.com | Benesch, Friedlander Coplan & Aronoff |
| James O. Johnston, Esquire | johnstonj@hbdlawyers.com | Hennigan Bennett & Dorman |
| Jeffrey Schlerf, Esquire | jschlerf@foxrothschild.com | Fox Rothschild LLP |
| James Sottile, Esquire | jsottile@zuckerman.com | Zuckerman Spaeder LLP |
| Katherine S. Bromberg, Esquire | kbromberg@brownrudnick.com | Brown Rudnick LLP |
| Kenneth Kansa | kkansa@sidley.com | Sidley Austin LLP |
| K. Landtry, Esquire | klantry@sidley.com | Sidley Austin LLP |
| Katherine L. Mayer, Esquire | kmayer@mccarter.com | McCarter & English LLP |
| Kerriann Mills, Esquire | kmills@sidley.com | Sidley Austin LLP |
| Kate Stickles, Esquire | kstickles@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Kristina Wesch, Esquire | kwesch@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Adam Landis, Esquire | landis@lrclaw.com | Landis, Rath & Cobb |
| Laurie E. Hutchins, Esquire | lhutchins@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| M. Blake Cleary, Esquire | mbcleary@ycst.com | Young Conaway Stargatt & Taylor LL |
| J. Mester, Esquire | mesterj@hbdlawyers.com | Hennigan Bennett & Dorman |
| Michael Russano, Esquire | michael.russano@davispolk.com | Davis Polk & Wardwell LLP |
| Martin S. Siegel, Esquire | msiegel@brownrudnick.com | Brown Rudnick LLP |
| Matthew B. Stein, Esquire | mstein@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Norman Pernick, Esquire | npernick@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Philip C. Dublin, Esquire | pdublin@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Robert S. Brady, Esquire | rbrady@ycst.com | Young Conaway Stargatt & Taylor LL |
| Raymond H. Lemisch, Esquire | rlemisch@beneschlaw.com | Benesch, Friedlander Coplan & Aronoff |
| Robert J. Stark, Esquire | rstark@brownrudnick.com | Brown Rudnick LLP |
| Scott Greissman, Esquire | sgreissman@whitecase.com | White & Case |
| Sheron Korpus, Esquire | skorpus@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Robert Stearn, Esquire, Esquire | stearn@rlf.com | Richards, Layton & Finger, P.A. |
| Steve Wolosky, Esquire | swolosky@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Thomas E. Lauria, Esquire | tlauria@whitecase.com | White & Case |
| Thomas MacCauley, Esquire | tmacauley@zuckerman.com | Zuckerman Spaeder LLP |
| William Bowden, Esquire | wbowden@ashby-geddes.com | Ashby & Geddes |
| William P. Weintraub, Esquire | wweintraub@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |

**Email Addresses**

| | |
|---|---|
| a.dalton@smmj.com | dreimann@reimannlawgroup.com |
| aconway@taubman.com | drosner@kasowitz.com |
| adeglomi@harris.com | efriedman@fklaw.com |
| ahammer@freebornpeters.com | ejones@omm.com |
| ahiller@phw-law.com | elaine_cole@tax.state.ny.us |
| alipkin@willkie.com | ellen.slights@usdoj.gov |
| amuscovitz@dsfadvisors.com | emseid@mstpartners.com |
| anderson.frank@pbgc.gov | eobrien@sbchlaw.com |
| andrew.goldman@wilmerhale.com | etredinnick@greeneradovsky.com |
| bankruptcy@goodwin.com | ffm@bostonbusinesslaw.com |
| bbutwin@omm.com | fred.fellmeth@vitecgroup.com |
| bceccotti@cwsny.com | frosner@mrs-law.com |
| bennettb@hbdlawyers.com | garlandk@gtlaw.com |
| bhshide@us.ibm.com | gbush@zuckerman.com |
| bmd@gsrnh.com | gmcdaniel@bglawde.com |
| btrust@mayerbrown.com | goldberg.elizabeth@dol.gov |
| carickhoff@blankrome.com | grmesires@uhlaw.com |
| carolyn.adler@morganstanley.com | heri.christine@dol.gov |
| cbblac@acxiom.com | hkaplan@arkin-law.com |
| cbifferato@bifferato.com | houston_bankruptcy@publicans.com |
| cdavidow@paulweiss.com | hseife@chadbourne.com |
| charles.smith@klgates.com | jberlage@ghsllp.com |
| claims@recoverycorp.com | jconlan@sidley.com |
| cmcmanus@muchshelist.com | jcp@pgslaw.com |
| cmomjian@attorneygeneral.gov | jcriswell@tsmp.com |
| collins@rlf.com | jdt@jdthompsonlaw.com |
| cowan@ask-attorneys.com | jedmonson@bayardlaw.com |
| csbott@abato.com | jfiorella@archerlaw.com |
| csimon@crosslaw.com | jfrank@fgllp.com |
| dadler@mccarter.com | jfriedman@jbflawfirm.com |
| dallas.bankruptcy@publicans.com | jfungaroli@capitalsource.com |
| dave@bhdrl.com | jhuggett@margolisedelstein.com |
| david.klauder@usdoj.gov | jlosardo@bbwg.com |
| david.powlen@btlaw.com | jnimeroff@bsnlawyers.com |
| dbradford@jenner.com | jodie.rea@fox.com |
| deecf@dor.mo.gov | john.sieger@kattenlaw.com |
| dfeinberg@lewisfeinberg.com | jschlerf@foxrothschild.com |
| dgonzales@wsh-law.com | jsdlaw@msn.com |
| dneier@winston.com | jshickich@riddellwilliams.com |
| don@furmangregory.com | jsorenson@wggdlaw.com |
| dplon@sirlinlaw.com | jteitelbaum@tblawllp.com |

**Email Addresses**

| | |
|---|---|
| jwhite@blakeleyllp.com | rpaul@zwerdling.com |
| kdwbankruptcydepartment@kelleydrye.com | rstark@brownrudnick.com |
| kelkins@elkinskalt.com | rtucker@simon.com |
| ken.higman@hp.com | rweinstein@cusa.canon.com |
| khill@svglaw.com | rwriley@duanemorris.com |
| kklee@ktbslaw.com | sagolden@hhlaw.com |
| klantry@sidley.com | sbrown@eapdlaw.com |
| kmayer@mccarter.com | schloss.michael@dol.gov |
| kmiller@ecjlaw.com | schristianson@buchalter.com |
| kstickles@coleschotz.com | sfallon@trplaw.com |
| landis@lrclaw.com | sfriedberg@theseaportgroup.com |
| lbogdanoff@ktbslaw.com | skaufman@coochtaylor.com |
| leslie@lesliecohenlaw.com | sshimshak@paulweiss.com |
| linda.boyle@twtelecom.com | strattond@pepperlaw.com |
| ljones@pszjlaw.com | swolosky@olshanlaw.com |
| mamato@rmfpc.com | taskounis@askounisdarcy.com |
| mark.nitikman@c2d2law.com | tlauria@whitecase.com |
| matthew.troy@usdoj.gov | tmacauley@zuckerman.com |
| maureen.mcgreevey@sungard.com | tmhoepker@yahoo.com |
| mblumenthal@crowell.com | tribuneco.routing@dpw.com |
| mbraza@foley.com | trmeites@mmmglaw.com |
| melorod@gtlaw.com | tscobb@vorys.com |
| mengland@eckertseamans.com | tscobb@vssp.com |
| mfelger@cozen.com | waldmeird@michigan.gov |
| michelle.mcmahon@bryancave.com | wayne.smith@warnerbros.com |
| mlastowski@duanemorris.com | wbowden@ashby-geddes.com |
| mminuti@saul.com | wmk@elliottgreenleaf.com |
| mprimoff@kayescholer.com | yonatan.gelblum@usdoj.gov |
| msmall@foley.com | afriedman@olshanlaw.com |
| mzohn@proskauer.com | aglenn@kasowitz.com |
| pgregory@cpmlegal.com | agordon@paulweiss.com |
| prubin@herrick.com | ajongco@lewisfeinberg.com |
| psmoots@mcguirewoods.com | andrew.schoulder@bgllp.com |
| pwebster@buchalter.com | atrehan@mayerbrown.com |
| ramona.neal@hp.com | avail@jenner.com |
| rbrady@ycst.com | avesselinovitch@kattenlaw.com |
| rhanley@nolanplumhoff.com | awinfree@ashby-geddes.com |
| rkbgwhw@aol.com | besders@abato.com |
| rmersky@monlaw.com | bkrakauer@sidley.com |
| robert_cook@tax.state.ny.us | csteege@jenner.com |
| romero@mromerolawfirm.com | daniel.connolly@bgllp.com |

**Email Addresses**

- daniel.polatsek@kattenlaw.com
- dbrown@paulweiss.com
- dcantor@omm.com
- ddavidian@arkin-law.com
- ddeutsch@chadbourne.com
- deggert@freebornpeters.com
- dlemay@chadbourne.com
- dsaval@brownrudnick.com
- dshamah@omm.com
- efile@pbgc.gov
- evan.flaschen@bgllp.com
- fhyman@mayerbrown.com
- flevy@olshanlaw.com
- gerson.leonard@dol.gov
- guzzi@whitecase.com
- isgreene@hhlaw.com
- jatamian@mayerbrown.com
- jcrystal@willkie.com
- johnstonj@hbdlawyers.com
- joshua.gadharf@kattenlaw.com
- jstrock@foxrothschild.com
- jtougas@mayerbrown.com
- kcollins@bifferato.com
- kdinhrt@ssd.com
- kskomorucha@ashby-geddes.com
- ljkotler@duanemorris.com
- lshumejda@paulweiss.com
- mbarash@ktbslaw.com
- mbcleary@ycst.com
- mbillion@pszjlaw.com
- mcguire@lrclaw.com
- mmilano@riddellwilliams.com
- mmmulder@mmmglaw.com
- morsej@hbdlawyers.com
- npernick@coleschotz.com
- nwasow@lewisfeinberg.com
- pcatanese@mcguirewoods.com
- raportl@pepperlaw.com
- schannej@pepperlaw.com
- sgreissman@whitecase.com
- slross@duanemorris.com
- slross@duanemorris.com
- sselbst@herrick.com
- tcairns@pszjlaw.com
- whazeltine@sha-llc.com
- wweintraub@fklaw.com