# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
| | |
|---|---|
| **In re:** | : Chapter 11 Cases |
| | : Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al,** | : (Jointly Administered) |
| | : |
| **Debtors.** | : |

---------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 22, 2010, Law Debenture Trust Company of New York, by and through its counsel, served the **Subpoena to Produce and Permit Inspection and Copying of Documents to Morgan Stanley & Co.** on the party listed below in the manner so indicated:

### VIA PERSONAL SERVICE
Morgan Stanley & Co.
485 Lexington Ave.
New York, NY 10017

Dated: Wilmington, Delaware
December 23, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*