**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following party via First Class U.S. Mail:

> Morgan Stanley & Co.
> 485 Lexington Ave.
> New York, NY 10017

Dated: December 23, 2010
       Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)