# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref Nos. 7078, 7148, 7174, 7184-7185, 7187 & 7224** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

DAVID MALO, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On December 23, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers (e)(2) or (4)"), a sample of which is annexed hereto as <u>Exhibit A</u> by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_David P. Malo_
David Malo

Sworn to before me this

23RD day of December, 2010

_Cassandra Murray_
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ROMERO, DENNIS
             232 S MAPLE DR
             BEVERLY HILLS, CA 90212

Please note that your claim # 3364 in the above referenced case and in the amount of
        $250.00 has been transferred **(unless previously expunged by court order)** to:

             ARCHON BAY CAPITAL, LLC
             TRANSFEROR: ROMERO, DENNIS
             P.O. BOX 14610
             ATTN: CLAIMS PROCESSING DEPT
             SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7078      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                        David D. Bird, Clerk of Court


                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:

TRIBUNE COMPANY, et al.,

          Debtors.

---

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BLUE HERON MICRO OPPORTUNITIES FUND LLP
        TRANSFEROR: BOB KELLY FLORIST INC
        ATTN: CLAIMS PROCESSING DEPARTMENT
        P.O. BOX 14610
        SURFSIDE BEACH, SC 29587

Please note that your claim # 1339 in the above referenced case and in the amount of $172.60 has been transferred **(unless previously expunged by court order)** to:

        AVENUE TC FUND, L.P.
        TRANSFEROR: BLUE HERON MICRO OPP FUND
        ATTN: DAVID S. LEINWAND, ESQ.
        399 PARK AVENUE, 6TH FLOOR
        NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5320      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010               David D. Bird, Clerk of Court

                   /s/ David Malo

                   By: Epiq Bankruptcy Solutions, LLC
                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLUE HERON MICRO OPPORTUNITIES FUND LLP
     TRANSFEROR: CLAWSON, MURRAY
     ATTN: CLAIMS PROCESSING DEPARTMENT
     P.O. BOX 14610
     SURFSIDE BEACH, SC 29587

Please note that your claim # 1185 in the above referenced case and in the amount of
     $800.00 has been transferred **(unless previously expunged by court order)** to:

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6338     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   DIALCAR INC
              2104 AVENUE X
              BROOKLYN, NY 11235

Please note that your claim # 1207 in the above referenced case and in the amount of
        $6,012.55 has been transferred **(unless previously expunged by court order)** to:

              CLAIMS RECOVERY GROUP LLC
              TRANSFEROR: DIALCAR INC
              92 UNION AVENUE
              CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5835     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                              David D. Bird, Clerk of Court


                                              /s/ David Malo
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   SOFTWARE AG INC
             11700 PLAZA AMERICA DR STE 700
             RESTON, VA 20190

Please note that your claim # 5283 in the above referenced case and in the amount of
       $284,327.89 has been transferred **(unless previously expunged by court order)** to:

             CONTRARIAN FUNDS, LLC
             TRANSFEROR: SOFTWARE AG INC
             ATTN: ALISA MUMOLA
             411 WEST PUTNAM AVENUE, SUITE 425
             GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6700      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                    David D. Bird, Clerk of Court


                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

               Debtors.      | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  BARTEK, RITA ALEXANDRA
           152 NASHVILLE RD
           BETHEL, CT 06801

Please note that your schedule in the above referenced case and in the amount of
        $215.23 has been transferred **(unless previously expunged by court order)** to:

      DACA 2010L, LP
      TRANSFEROR: BARTEK, RITA ALEXANDRA
      1565 HOTEL CIRCLE SOUTH, SUITE 310
      SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6703      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                                David D. Bird, Clerk of Court


               /s/ David Malo
               _____
               By: Epiq Bankruptcy Solutions, LLC
                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)

                        Debtors.                | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   HILLEL DAY SCH OF BOCA
              21011 95TH AVE S
              BOCA RATON, FL 33428-1525

Please note that your schedule in the above referenced case and in the amount of
        $610.46 has been transferred **(unless previously expunged by court order)** to:

              DACA 2010L, LP
              TRANSFEROR: HILLEL DAY SCH OF BOCA
              1565 HOTEL CIRCLE SOUTH, SUITE 310
              SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6704     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                     David D. Bird, Clerk of Court


                                     /s/ David Malo
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   PALISADES MEDIA GROUP
              1620 26TH STREET
              NO.2050 N
              SANTA MONICA, CA 90404

Please note that your schedule in the above referenced case and in the amount of $1,190.00 has been transferred **(unless previously expunged by court order)** to:

              DACA 2010L, LP
              TRANSFEROR: PALISADES MEDIA GROUP
              1565 HOTEL CIRCLE SOUTH, SUITE 310
              SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6705    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                         David D. Bird, Clerk of Court


                                         /s/ David Malo
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                    Debtors.                     | Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  PPQUE & ASSOCIATES
             PO BOX 1621
             EVERETT, WA 98206

Please note that your schedule in the above referenced case and in the amount of
        $150.00 has been transferred **(unless previously expunged by court order)** to:

        DACA 2010L, LP
        TRANSFEROR: PPQUE & ASSOCIATES
        1565 HOTEL CIRCLE SOUTH, SUITE 310
        SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6706      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                         David D. Bird, Clerk of Court

                                         /s/ David Malo
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   WEST END PIZZA
              909 W BEECH STREET
              LONG BEACH, NY 11561

Please note that your schedule in the above referenced case and in the amount of $639.00 has been transferred **(unless previously expunged by court order)** to:

              DACA 2010L, LP
              TRANSFEROR: WEST END PIZZA
              1565 HOTEL CIRCLE SOUTH, SUITE 310
              SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6707   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              |        Chapter 11

TRIBUNE COMPANY, et al.,                             |        Case No. 08-13141 (KJC)

                    Debtors.                         |        Jointly Administered

                                                     |

                                                     |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   ORLAND TOWNSHIP
               14807 S RAVINIA AVE
               ORLAND PARK, IL 60462-3168

Please note that your schedule in the above referenced case and in the amount of
         $250.00 has been transferred **(unless previously expunged by court order)** to:

               DACA 2010L, LP
               TRANSFEROR: ORLAND TOWNSHIP
               1565 HOTEL CIRCLE SOUTH, SUITE 310
               SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6719      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re:                          | Chapter 11                      |
|---------------------------------|---------------------------------|
| TRIBUNE COMPANY, et al.,        | Case No. 08-13141 (KJC)         |
|                  Debtors.       | Jointly Administered            |

**NOTICE:  FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SHORE LEAVE CONVENTION
      STAR TREK ASSOC OF TOWSON
      PO BOX 6809
      TOWSON, MD 21285
```

Please note that your schedule in the above referenced case and in the amount of $430.44 has been transferred **(unless previously expunged by court order)** to:

```
DACA 2010L, LP
TRANSFEROR: SHORE LEAVE CONVENTION
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6720      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                         David D. Bird, Clerk of Court


                                         /s/ David Malo
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
In re:                                    |    Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |    Case No. 08-13141 (KJC)
                                          |
                 Debtors.                 |    Jointly Administered
                                          |
                                          |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LIMOUSINE CONNECTION INC
             5118 VINELAND AVENUE
             NORTH HOLLYWOOD, CA 91601

Please note that your schedule in the above referenced case and in the amount of
        $174.88 has been transferred **(unless previously expunged by court order)** to:

        DACA 2010L, LP
        TRANSFEROR: LIMOUSINE CONNECTION INC
        1565 HOTEL CIRCLE SOUTH, SUITE 310
        SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6721     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          Chapter 11

TRIBUNE COMPANY, et al.,                        Case No. 08-13141 (KJC)

                        Debtors.                Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ASSN FOR WOMEN IN COMMUNICATIONS
             PO BOX 472
             MOUNTLAKE TERRACE, WA 98043-0472

Please note that your schedule in the above referenced case and in the amount of
        $250.00 has been transferred **(unless previously expunged by court order)** to:

        DACA 2010L, LP
        TRANSFEROR: ASSN FOR WOMEN IN
        COMMUNICATIONS
        1565 HOTEL CIRCLE SOUTH, SUITE 310
        SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7184     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                        David D. Bird, Clerk of Court


                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BOBS AUTOMATIC TRANSMISSIONS
       ROBERT SAKAMOTO
       2461 W WASHINGTON BLVD
       LOS ANGELES, CA 90018

Please note that your schedule in the above referenced case and in the amount of $1,549.00 has been transferred **(unless previously expunged by court order)** to:

       DACA 2010L, LP
       TRANSFEROR: BOBS AUTOMATIC TRANSMISSIONS
       1565 HOTEL CIRCLE SOUTH, SUITE 310
       SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7185      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                    David D. Bird, Clerk of Court


                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)

                        Debtors.                | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   UNITED CEREBAL PALSY WESTSIDE
              6110 WEST WASHINGTON BLVD.
              CULVER CITY, CA 90232

Please note that your schedule in the above referenced case and in the amount of $435.00 has been transferred **(unless previously expunged by court order)** to:

              DACA 2010L, LP
              TRANSFEROR: UNITED CEREBAL PALSY WESTSID
              1565 HOTEL CIRCLE SOUTH, SUITE 310
              SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7187      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                      David D. Bird, Clerk of Court

                                      /s/ David Malo
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)

                    Debtors.                     | Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ONE SL LLC
              320 7TH AE STE A
              BROOKLYN, NY 11215-4113

Please note that your schedule in the above referenced case and in the amount of $2,004.10 has been transferred **(unless previously expunged by court order)** to:

        DACA 2010L, LP
        TRANSFEROR: ONE SL LLC
        1565 HOTEL CIRCLE SOUTH, SUITE 310
        SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7224     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                          David D. Bird, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BEREAN BAPTIST CHURCH
             3523 HAYWARD AVE
             BALTIMORE, MD 21215

Please note that your schedule in the above referenced case and in the amount of
        $250.00 has been transferred **(unless previously expunged by court order)** to:

             DEBT ACQUISITION COMPANY OF AMERICA V
             TRANSFEROR: BEREAN BAPTIST CHURCH
             ATTN: ANDREW WHATNALL
             1565 HOTEL CIRCLE SOUTH, SUITE 310
             SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5628    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                      David D. Bird, Clerk of Court


                                      /s/ David Malo
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          Chapter 11

TRIBUNE COMPANY, et al.,                        Case No. 08-13141 (KJC)

                        Debtors.                Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  OUTBACK STEAKHOUSE
             ATTN: SARA REOPELLE
             1700 W MERCURY BLVD
             HAMPTON, VA 23666-3333

Please note that your schedule in the above referenced case and in the amount of
        $1,419.00 has been transferred **(unless previously expunged by court order)** to:

        DEBT ACQUISITION COMPANY OF AMERICA V
        TRANSFEROR: OUTBACK STEAKHOUSE
        ATTN: ANDREW WHATNALL
        1565 HOTEL CIRCLE SOUTH, SUITE 310
        SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6308    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                        David D. Bird, Clerk of Court


                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              |        Chapter 11

TRIBUNE COMPANY, et al.,                             |        Case No. 08-13141 (KJC)

                        Debtors.                     |        Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:  NEW ENGLAND CREATIVE
                 21 BYRON DRIVE
                 GRANBY, CT 06035

Please note that your claim # 3588 in the above referenced case and in the amount of
    $2,451.64 has been transferred **(unless previously expunged by court order)** to:

            FAIR HARBOR CAPITAL, LLC
            TRANSFEROR: NEW ENGLAND CREATIVE
            ANSONIA FINANCE STATION
            PO BOX 237037
            NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 District of Delaware
                 824 Market Street, Fifth Floor
                 Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6724      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                          David D. Bird, Clerk of Court

                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)

                        Debtors.                    | Jointly Administered


### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   MANROLAND INC.
              ATTN: MARK HERMAN
              800 EAST OAK HILL DR
              WESTMONT, IL 60559


Please note that your claim # 4388 in the above referenced case and in the amount of $40,180.51 has been transferred **(unless previously expunged by court order)** to:


              FAIR HARBOR CAPITAL, LLC
              TRANSFEROR: MANROLAND INC.
              ANSONIA FINANCE STATION
              PO BOX 237037
              NEW YORK, NY 10023


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7174    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                    David D. Bird, Clerk of Court


                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   GARCIA, MAT
              1500 NW 175TH CT
              OKLAHOMA CITY, OK 73012

Please note that your claim # 502 in the above referenced case and in the amount of
        $161,932.00 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY IIA, LLC
              TRANSFEROR: GARCIA, MAT
              940 SOUTHWOOD BL, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7148      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                    David D. Bird, Clerk of Court


                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2010.

**EXHIBIT B**

TIME: 11:07:52
DATE: 12/23/10

The Tribune Company
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: ROMERO, DENNIS P.O. BOX 14610 N ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| ASSN FOR WOMEN IN COMUNICATIONS | PO BOX 472 MOUNTLAKE TERRACE WA 98043-0472 |
| AVENUE TC FUND, L.P. | TRANSFEROR: BLUE HERON MICRO OPP FUND ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: BLUE HERON MICRO OPPOR. FUND ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| BARTEK, RITA ALEXANDRA | 152 NASHVILLE RD BETHEL CT 06801 |
| BEREAN BAPTIST CHURCH | 3523 HAYWARD AVE BALTIMORE MD 21215 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: BOB KELLY FLORIST INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: CLAWSON, MURRAY ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| BOBS AUTOMATIC TRANSMISSIONS | ROBERT SAKAMOTO 2241 W WASHINGTON BLVD LOS ANGELES CA 90018 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: DIALCAR INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SOFTWARE AG INC ATTN: ALISA MUWOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| DACA 2010L, LP | TRANSFEROR: ASSN FOR WOMEN IN COMMUNICATIONS 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: BARTEK, RITA ALEXANDRA 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: BOBS AUTOMATIC TRANSMISSIONS 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: HILLEL DAY SCH OF BOCA 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: LIMOUSINE CONNECTION INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ONE SL LLC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ORLAND TOWNSHIP 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: PALISADES MEDIA GROUP 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: PPQUS & ASSOCIATES 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: SHORE LEAVE CONVENTION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: UNITED CREBRAL PALSY WESTSID 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: WEST END PIZZA 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | ATTN: ANDREW WHATNALL 1565 HOTEL CIRCLE SOUTH ATTN: ANDREW WHATNALL 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: BEREAN BAPTIST CHURCH ATTN: ANDREW WHATNALL 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DIALCAR INC | TRANSFEROR: OUTBACK STEAKHOUSE ATTN: ANDREW WHATNALL 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DIALCAR INC | 2104 AVENUE X BROOKLYN NY 11235 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: MANROLAND INC. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: NEW ENGLAND CREATIVE ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GARCIA, MAT | 1500 NW 175TH CT OKLAHOMA CITY OK 73012 |
| HILLEL DAY SCH OF BOCA | 21001 95TH AVE S BOCA RATON FL 33428-1525 |
| LIMOUSINE CONNECTION INC | 5118 VINELAND AVENUE NORTH HOLLYWOOD CA 91601 |
| MATIN, MARK HERMAN | ATTN: MARK HERMAN 800 EAST OAK HILL DR WESTMONT IL 60559 |
| NEW ENGLAND CREATIVE | 21 BYRON DRIVE GRANBY CT 06035 |
| ONE SL LLC | 320 7TH AE STE A BROOKLYN NY 11215-4113 |
| ORLAND TOWNSHIP | 14807 S RAVINIA AVE ORLAND PARK IL 60462-3168 |
| OUTBACK STEAKHOUSE | ATTN: SARA REOPELLE 1700 W MERCURY BLVD HAMPTON VA 23666-3333 |
| PALISADES MEDIA GROUP | 1620 26TH STREET NO.2050 N SANTA MONICA CA 90404 |
| PPQUS & ASSOCIATES | PO BOX 1621 EVERETT WA 98206 |
| ROMERO, DENNIS | 232 S MAPLE DR BEVERLY HILLS CA 90212 |
| SHORE LEAVE CONVENTION | STAR TREK ASSOC OF TOWSON PO BOX 6809 TOWSON MD 21285 |
| SOFTWARE AG INC | 11700 PLAZA AMERICA DR STE 700 RESTON VA 20190 |
| UNITED CREBRAL PALSY WESTSIDE | 6110 WEST WASHINGTON BLVD CULVER CITY CA 90232 |
| USBFEDERAL TRUST DEBT RECOVERY IIA, LLC | TRANSFEROR: GARCIA, MAT 940 INCLINE WAY, BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| WEST END PIZZA | 909 W BEECH STREET LONG BEACH NY 11561 |

Total Number of Records Printed          44

EPIQ BANKRUPTCY SOLUTIONS, LLC

**TRB TRF NTC**

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801