UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
Tribune Company, et al.                             :    Case No. 08-13141 (KJC)
                                                    :
                        Debtors.                    :    (Jointly Administered)
                                                    :
                                                    :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears on behalf of GreatBanc Trust Company ("GreatBanc"), each a party in interest, and, pursuant to Rules 2002 and 3017(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), hereby requests that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

> Colm F. Connolly, Esq.
> Morgan, Lewis & Bockius LLP
> The Nemours Building
> 1007 North Orange Street, Suite 501
> Wilmington, DE 19801
> Phone: (302) 574-3000
> Facsimile: (302) 574-3001
> E-mail: cconnolly@morganlewis.com

> and

> Menachem O. Zelmanovitz, Esq.
> Rachel Jaffe Mauceri
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, NY 10178-0060
> Telephone: (212) 309-6000
> Facsimile: (212) 309-6001
> E-mail: mzelmanovitz@morganlewis.com
>         rmauceri@morganlewis.com\

> and

Charles C. Jackson
Theodore M. Becker
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
E-mail: charles.jackson@morganlewis.com
tbecker@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which GreatBanc, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 23, 2010

**MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for GreatBanc Trust Company

By: /s/ Colm F. Connolly
Colm F. Connolly, Esq.
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-3000

DB1/66221037.1