**CERTIFICATE OF SERVICE**

    Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

Anchorage Advisors, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012

Dated: December 23, 2010
       Wilmington, Delaware

                                       /s/ Garvan F. McDaniel
                                       Garvan F. McDaniel (No. 4167)