**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
In re:                                          :
                                                :    Chapter 11 Cases
                                                :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                         :    (Jointly Administered)
                                                :
                        Debtors.                :
-------------------------------------------------------X
```

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that, Law Debenture Trust Company of New York, by and through its counsel, served the **Subpoena to Produce and Permit Inspection and Copying of Documents to Avenue Investments, LP, Avenue Special Situations Fund IV, L.P., Avenue – CDP Global Opportunities Fund L.P. (US), Avenue International Master, LP (Master), and Avenue Special Situations Fund V, L.P.** on the parties listed below in the manner and on the date so indicated:

**VIA EMAIL: December 22, 2010**
James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

**VIA PERSONAL SERVICE: December 23, 2010**
Avenue Investments, LP
Avenue Special Situations Fund IV, L.P.
Avenue – CDP Global Opportunities Fund L.P. (US)
Avenue International Master, LP (Master)
Avenue Special Situations Fund V, L.P.
399 Park Avenue, 6th Floor
New York, NY 10022

[Signature Page to Follow]

Dated: Wilmington, Delaware
December 23, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*