**CERTIFICATE OF SERVICE**

     Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

CVI GVF (Lux) Master S.a.r.l.
c/o CarVal Investors, LLC
12700 Whitewater Dr.
Minnetonka, MN 55343-9439

Dated: December 23, 2010
       Wilmington, Delaware

     /s/ Garvan F. McDaniel
     Garvan F. McDaniel (No. 4167)