**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
In re:                                         :
                                               :        Chapter 11 Cases
                                               :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                        :        (Jointly Administered)
                                               :
                        Debtors.               :
-------------------------------------------------------X
```

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, Law Debenture Trust Company of New York, by and through its counsel, served the **Subpoena to Produce and Permit Inspection and Copying of Documents to GoldenTree Asset Management, LP, GoldenTree Credit Opportunities Financing I, Limited, GoldenTree 2004 Trust, GoldenTree Leverage Loan Master Fund, Ltd., GoldenTree Credit Opportunities Second Financing, Limited, GoldenTree MultiStrategy Subsidiary, LLC, GoldenTree MultiStrategy Financing, Limited, and GN3 SIP Limited** on the parties listed below in the manner and on the date so indicated:

**VIA EMAIL: December 22, 2010**
James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

**VIA PERSONAL SERVICE: December 23, 2010**
GoldenTree Asset Management, LP
GoldenTree Credit Opportunities Financing I, Limited
GoldenTree 2004 Trust
GoldenTree Leverage Loan Master Fund, Ltd.
GoldenTree Credit Opportunities Second Financing, Limited
GoldenTree MultiStrategy Subsidiary, LLC
GoldenTree MultiStrategy Financing, Limited
GN3 SIP Limited
300 Park Avenue, 21st Floor
New York, NY 10022

Dated: Wilmington, Delaware
December 23, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*