## **CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

GoldenTree Asset Management, LP
GoldenTree Credit Opportunities Financing I, Limited
GoldenTree 2004 Trust
GoldenTree Leverage Loan Master Fund, Ltd.
GoldenTree Credit Opportunities Second Financing, Limited
GoldenTree MultiStrategy Subsidiary, LLC
GoldenTree MultiStrategy Financing, Limited
GN3 SIP Limited
300 Park Avenue, 21st Floor
New York, NY 10022


Dated: December 23, 2010
      Wilmington, Delaware

      /s/ Garvan F. McDaniel
      Garvan F. McDaniel (No. 4167)