**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

Goldman Sachs Loan Partners
1 New York Plaza, 49th Floor
New York, New York 10004

Dated: December 23, 2010
Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)