## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

Knighthead Master Fund, L.P.
LMA SPC for and on behalf of MAP84 Segregated Portfolio
623 Fifth Avenue, 29th Floor
New York, New York 10022


Dated: December 23, 2010
Wilmington, Delaware

    /s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)