# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

In re:                                              :

                                                   :    **Chapter 11 Cases**

                                                   :    **Case No. 08-13141 (KJC)**

**TRIBUNE COMPANY, et al,**                         :    (Jointly Administered)

                                                   :

                               Debtors.    :

-------------------------------------------------------X

## NOTICE OF SERVICE

     **PLEASE TAKE NOTICE** that, Law Debenture Trust Company of New York, by and through its counsel, served the **Subpoena to Produce and Permit Inspection and Copying of Documents to Mason Capital Management, LLC, on behalf of itself and as investment manager** on the parties listed below in the manner and on the date so indicated:

### VIA EMAIL: December 22, 2010
James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

### VIA PERSONAL SERVICE: December 22, 2010
Mason Capital Management, LLC,
on behalf of itself and as investment manager
110 East 59th Street, 30th Floor
New York, New York 10022

Dated: Wilmington, Delaware
       December 23, 2010

                                By: /s/ Garvan F. McDaniel
                                **BIFFERATO GENTILOTTI LLC**
                                Garvan F. McDaniel (No. 4167)
                                800 N. King Street, Plaza Level
                                Wilmington, Delaware 19801
                                Tel: (302) 429-1900
                                Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*