**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

Mason Capital Management, LLC,
on behalf of itself and as investment manager
110 East 59th Street, 30th Floor
New York, New York 10022

Dated: December 23, 2010
Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)