## **CERTIFICATE OF SERVICE**

  Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

Special Situations Investing Group, Inc.
200 West Street, 26th Floor
New York, New York 10282

Dated: December 23, 2010
   Wilmington, Delaware

                 /s/ Garvan F. McDaniel
                 Garvan F. McDaniel (No. 4167)