## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on December 23, 2010, he caused copies of the

foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System

for the United States Bankruptcy Court for the District of Delaware on all parties registered in

the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

Thracia LLC
1350 Avenue of the Americas, 21st Floor
New York, New York 10019

Dated:  December 23, 2010
       Wilmington, Delaware

                        /s/ Garvan F. McDaniel
                        Garvan F. McDaniel (No. 4167)