**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
In re:                                   :
                                         :   Chapter 11 Cases
                                         :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                  :   (Jointly Administered)
                                         :
                    Debtors.             :
-------------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, Law Debenture Trust Company of New York, by and through its counsel, served the **Subpoena to Produce and Permit Inspection and Copying of Documents to Viking Global Equities LP, Viking Global Equities II LP, and VGE III Portfolio Ltd.** on the parties listed below in the manner and on the date so indicated:

**VIA EMAIL: December 22, 2010**
James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

**VIA PERSONAL SERVICE: December 22, 2010**
Viking Global Equities LP
Viking Global Equities II LP
VGE III Portfolio Ltd.
280 Park Avenue, 33rd Floor
New York, New York 10017

[Signature Page to Follow]

Dated: Wilmington, Delaware
December 23, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*