UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                    :    Chapter 11
                                          :
Tribune Company, et al.                   :    Case No. 08-13141 (KJC)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears on behalf of New York State Common Retirement Fund ("NYSCRF"), each a party in interest, and, pursuant to Rules 2002 and 3017(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), hereby requests that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

>    Colm F. Connolly, Esq.
>    Morgan, Lewis & Bockius LLP
>    The Nemours Building
>    1007 North Orange Street, Suite 501
>    Wilmington, DE  19801
>    Phone: (302) 574-3000
>    Facsimile: (302) 574-3001
>    E-mail: cconnolly@morganlewis.com

>                and

>    Menachem O. Zelmanovitz, Esq.
>    Morgan, Lewis & Bockius LLP
>    101 Park Avenue
>    New York, NY  10178-0060
>    Telephone: (212) 309-6000
>    Facsimile: (212) 309-6001
>    E-mail: mzelmanovitz@morganlewis.com

>                and

>Rachel Jaffe Mauceri, Esq.
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA 19103-2921
>Telephone: (215) 963-5000
>Facsimile: (215) 963-5001
>E-mail: rmauceri@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which NYSCRF, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

>MORGAN, LEWIS & BOCKIUS LLP
>
>/s/ *Colm F. Connolly*
>Colm F. Connolly, Esq. (#3151)
>cconnolly@morganlewis.com
>The Nemours Building
>1007 North Orange Street, Suite 501
>Wilmington, DE 19801
>(302) 574-3000
>
>Attorneys for New York State Common
>Retirement Fund

Dated: December 27, 2010

DB2/22100294.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Tribune Company, et al. | : | Case No. 08-13141 (KJC) |
| Debtors. | : | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Colm F. Connolly, hereby certify that on December 27, 2010, I caused copies of each *Notice of Appearance and Demand for Service of Papers* of Morgan Lewis & Bockius LLP dated December 27, 2010 to be served upon the parties receiving CM/ECF notice in the above-captioned cases, and upon the parties below by first-class mail:

Bryan Krakauer, Esq.
James F. Conlan, Esq.
Janet E. Henderson, Esq.
James W. Ducayet, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Office of the United States Trustee
844 King Street
Room 2207
Lockbox 35
Wilmington, DE 19801

Dated: December 27, 2010

/s/ *Colm F. Connolly*
Colm F. Connolly (#3151)