UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                               :    Chapter 11
                                                     :
Tribune Company, et al.                              :    Case No. 08-13141 (KJC)
                                                     :
                     Debtors.                        :    (Jointly Administered)
                                                     :
                                                     :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Darlene J. Renken, hereby certify that on December 23, 2010, I caused copies of the *Notice of Appearance and Demand for Service of Papers of Morgan, Lewis and Bockius LLP* to be served upon the parties receiving CM/ECF notice in the above-captioned cases, and upon the parties below:

**By E-MAIL:**

Counsel to the Debtors:
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Janet E. Henderson, Esq.
James W. Ducayet, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
bkrakauer@sidley.com
jconlan@sidley.com
jhenderson@sidley.com
jducayet@sidley.com

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Chicago, IL 60603
npernick@coleshotz.com
kstickles@coleshotz.com

**BY FIRST-CLASS MAIL:**

Office of the United States Trustee
844 King Street
Room 2207
Lockbox 35
Wilmington, DE 19801

Dated: December 27, 2010                    /s/ Darlene J. Renken
                                            Darlene J. Renken