# EXHIBIT A

## (Fee Statements)

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

October 12, 2010

Please refer to
Invoice Number: 1855148

PHJ&W Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2010 | $2,287.50 |
| **Current Fees and Costs Due** | **$2,287.50** |
| **Total Balance Due** | **$2,287.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

October 12, 2010

Please refer to
Invoice Number: 1855148

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2010 | $2,287.50 |
| **Current Fees and Costs Due** | **$2,287.50** |
| **Total Balance Due** | **$2,287.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

October 12, 2010

Please refer to
Invoice Number: 1855148

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2010

**Post-Petition General Matter**                                    $2,287.50

**B160   Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/13/10 | JPB7 | Revise response to fee auditor's fifth interim fee application report (0.5) | 0.50 | 605.00 | 302.50 |
| 09/13/10 | KDN | Reviewing response to fee auditor's report regarding fifth interim fee application (0.3); draft email to R. Chesley regarding response to fee auditor regarding fifth interim fee application and draft responsive email to J. Bender regarding response to fee auditor (0.1) | 0.40 | 690.00 | 276.00 |
| 09/15/10 | KDN | Telephone call with T. Goffredo regarding additional rate information requested by fee auditor (0.1); draft email to T. Goffredo regarding rate information needed for fee auditor (0.1) | 0.20 | 690.00 | 138.00 |
| 09/16/10 | RPR | Revise sixteenth combined  monthly fee application (June, July and August) and forward same to H. Snow for review (1.0) | 1.00 | 320.00 | 320.00 |
| 09/20/10 | HS5 | Review and revise sixteenth monthly fee application (0.4) | 0.40 | 395.00 | 158.00 |
| 09/20/10 | KDN | Reviewing fee auditor final report for third interim fee application (0.2) | 0.20 | 690.00 | 138.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/21/10 | HS5 | Review and revise sixteenth monthly fee application (combined June, July and August) (1.4); conference with R. Rosen regarding same (0.1); draft responsive email to K. Newmarch regarding application filing date (0.1) | 1.60 | 395.00 | 632.00 |
| 09/21/10 | KDN | Reviewing sixteenth monthly fee application (0.1) | 0.10 | 690.00 | 69.00 |
| 09/21/10 | RPR | Revise sixteenth monthly fee application (combined June, July and August) and forward to K. Newmarch (0.3) | 0.30 | 320.00 | 96.00 |
| 09/27/10 | HS5 | Review and revise sixteenth fee application (0.3); draft email to local counsel regarding same (0.1) | 0.40 | 395.00 | 158.00 |
| **Subtotal: B160   Fee/ Employment Applications** | | | **5.10** | | **2,287.50** |

## Post-Petition General Matter                                          $2,287.50

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KDN | Kimberly D. Newmarch | OF COUNSEL | 0.90 | 690.00 | 621.00 |
| HS5 | Holly Snow | ASSOCIATE | 2.40 | 395.00 | 948.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 0.50 | 605.00 | 302.50 |
| RPR | Ruth P. Rosen | PARALEGAL | 1.30 | 320.00 | 416.00 |

## Current Fees and Costs                                          $2,287.50

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858985

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2010 | $473.50 |
| **Current Fees and Costs Due** | **$473.50** |
| **Total Balance Due** | **$473.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858985

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2010 | $473.50 |
| **Current Fees and Costs Due** | **$473.50** |
| **Total Balance Due** | **$473.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858985

PHJ&W Tax ID No. 95-2209675

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending October 31, 2010

<u>**Post-Petition General Matter**</u>      **$473.50**

**B160   Fee/Employment Applications**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/04/10 | RPR | Update seventh interim fee application and forward to H. Snow for review (0.1) | 0.10 | 320.00 | 32.00 |
| 10/07/10 | HS5 | Review seventh interim fee application (0.3) | 0.30 | 395.00 | 118.50 |
| 10/07/10 | KDN | Reviewing Paul Hastings' seventh interim fee application (0.1) | 0.10 | 690.00 | 69.00 |
| 10/07/10 | RPR | Forward seventh interim fee application to K. Newmarch for review (0.1) | 0.10 | 320.00 | 32.00 |
| 10/08/10 | HS5 | Review revised interim fee order (0.1) | 0.10 | 395.00 | 39.50 |
| 10/08/10 | RPR | Forward proposed Tribune omnibus fee order for third interim fee period (June 1, 2009 to August 31, 2009) to T. Goffredo in accounting for review (0.1) | 0.10 | 320.00 | 32.00 |
| 10/10/10 | HS5 | Draft email to R. Rosen regarding interim fee application (0.1) | 0.10 | 395.00 | 39.50 |
| 10/12/10 | RPR | Prepare and forward seventh interim fee application to Cole Schotz for October 15, 2010 court filing (0.1) | 0.10 | 320.00 | 32.00 |
| 10/18/10 | HS5 | Review September bill (0.2) | 0.20 | 395.00 | 79.00 |
| **Subtotal:  B160   Fee/ Employment Applications** | | | **1.20** | | **473.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KDN | Kimberly D. Newmarch | OF COUNSEL | 0.10 | 690.00 | 69.00 |
| HS5 | Holly Snow | ASSOCIATE | 0.70 | 395.00 | 276.50 |
| RPR | Ruth P. Rosen | PARALEGAL | 0.40 | 320.00 | 128.00 |

**Current Fees and Costs**                                              **$473.50**

PAUL HASTINGS JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858984

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### 11202 Franklin Avenue, Franklin Park, IL
PHJ&W LLP File# 75245-00018
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2010 | $96.00 |
| Costs incurred and advanced | 895.00 |
| **Current Fees and Costs** | **$991.00** |
| **Total Balance Due** | **$991.00** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858984

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**11202 Franklin Avenue, Franklin Park, IL**
PHJ&W LLP File# 75245-00018
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2010 | $96.00 |
| Costs incurred and advanced | 895.00 |
| **Current Fees and Costs Due** | **$991.00** |
| **Total Balance Due** | **$991.00** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858984

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2010

## 11202 Franklin Avenue, Franklin Park, IL                $96.00

### B110   Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/10 | RPR | Investigation, research regarding payment status of Chicago Title invoices ordered by S. Tybor in 2009 (0.1); secure payment authorization regarding same since payment outstanding (0.1); forward invoices to accounting for immediate processing (0.1) | 0.30 | 320.00 | 96.00 |
| **Subtotal: B110   Case Administration** | | | **0.30** | | **96.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| RPR | Ruth P. Rosen | PARALEGAL | 0.30 | 320.00 | 96.00 |

      **Current Fees and Costs**                     **$991.00**

191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858983

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### 3722 Ventura Dr., Arlington Heights, IL
PHJ&W LLP File# 75245-00019
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2010 | $96.00 |
| Costs incurred and advanced | 895.00 |
| **Current Fees and Costs** | **$991.00** |
| **Total Balance Due** | **$991.00** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
  Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858983

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**3722 Ventura Dr., Arlington Heights, IL**
PHJ&W LLP File# 75245-00019
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2010 | $96.00 |
| Costs incurred and advanced | 895.00 |
| **Current Fees and Costs Due** | **$991.00** |
| **Total Balance Due** | **$991.00** |

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address: CITIUS33
 787 W. 5th Street
 Los Angeles, CA 90071
 Account Number: 203214267
 Account Name: Paul, Hastings, Janofsky & Walker LLP
 Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858983

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2010

### 3722 Ventura Dr., Arlington Heights, IL      $96.00

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/10 | RPR | Investigation, research regarding payment status of Chicago Title invoices ordered by S. Tybor in 2009 (0.1); secure payment authorization regarding same since payment outstanding (0.1); forward invoices to accounting for immediate processing (0.1) | 0.30 | 320.00 | 96.00 |
| | | **Subtotal:  B110   Case Administration** | **0.30** | | **96.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| RPR | Ruth P. Rosen | PARALEGAL | 0.30 | 320.00 | 96.00 |

**Current Fees and Costs**      **$991.00**

191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 30, 2010

Please refer to
Invoice Number: 1862922

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2010 | $182.50 |
| **Current Fees and Costs Due** | **$182.50** |
| **Total Balance Due** | **$182.50** |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address:  CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 30, 2010

Please refer to
Invoice Number: 1862922

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2010 | $182.50 |
| **Current Fees and Costs Due** | **$182.50** |
| **Total Balance Due** | **$182.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
.  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

November 30, 2010

Please refer to
Invoice Number: 1862922

PHJ&W Tax ID No. 95-2209675

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2010

**Post-Petition General Matter**                                      $182.50

**B160  Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/09/10 | RPR | Review and revise October bills (0.2) | 0.20 | 320.00 | 64.00 |
| 11/24/10 | HS5 | Review October bills (0.3) | 0.30 | 395.00 | 118.50 |
| | Subtotal: **B160  Fee/ Employment Applications** | | **0.50** | | **182.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| HS5 | Holly Snow | ASSOCIATE | 0.30 | 395.00 | 118.50 |
| RPR | Ruth P. Rosen | PARALEGAL | 0.20 | 320.00 | 64.00 |

**Current Fees and Costs**                                           $182.50

191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company - Debtor-In-Possession
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

November 30, 2010

Please refer to
Invoice Number: 1862921

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Freedom Center Zoning**
PHJ&W LLP File# 75245-00028
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2010 | $4,046.50 |
| **Current Fees and Costs Due** | $4,046.50 |
| **Total Balance Due** | $4,046.50 |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 91080845.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company - Debtor-In-Possession
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

November 30, 2010

Please refer to
Invoice Number: 1862921

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Freedom Center Zoning**
PHJ&W LLP File# 75245-00028
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2010 | $4,046.50 |
| **Current Fees and Costs Due** | **$4,046.50** |
| **Total Balance Due** | **$4,046.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Tribune Company - Debtor-In-Possession
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

November 30, 2010

Please refer to
Invoice Number: 1862921

Attn:  David Eldersveld, Esq.
    Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2010

**Freedom Center Zoning**           **$4,046.50**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/10/10 | DJP2 | Review Freedom Center information and issues regarding zoning (0.9); telephone conference with client regarding same (0.8) | 1.70 | 850.00 | 1,445.00 |
| 11/16/10 | JPB7 | Draft memorandum regarding zoning of Freedom Center (1.7) | 1.70 | 605.00 | 1,028.50 |
| 11/17/10 | JPB7 | Continue to draft memorandum regarding zoning of Freedom Center (2.1) | 2.10 | 605.00 | 1,270.50 |
| 11/18/10 | JPB7 | Telephone conference with R. DeBoer and J. Devedjian of Tribune regarding zoning of Freedom Center (0.5) | 0.50 | 605.00 | 302.50 |
| | **Subtotal:  B250   Real Estate** | | **6.00** | | **4,046.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.70 | 850.00 | 1,445.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 4.30 | 605.00 | 2,601.50 |

**Current Fees and Costs**           **$4,046.50**

# EXHIBIT B

## (Expenses)

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Expense Category | September Expenses | October Expenses | November Expenses | Total Expenses |
|---|---|---|---|---|
| Airfare | $0.00 | $0.00 | $0.00 | $0.00 |
| Certified Copies/Corporate Documents/ Title Insurance Documents | $0.00 | $1,790.00 | $0.00 | $1,790.00 |
| Meals | $0.00 | $0.00 | $0.00 | $0.00 |
| Lodging | $0.00 | $0.00 | $0.00 | $0.00 |
| Courier Service/Overnight Delivery | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxi/Ground Transportation | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage/US Express Mail | $0.00 | $0.00 | $0.00 | $0.00 |
| Long Distance/Telephone Charges | $0.00 | $0.00 | $0.00 | $0.00 |
| Photocopy Charges ($0.10 per page) | $0.00 | $0.00 | $0.00 | $0.00 |
| Outside Photocopying | $0.00 | $0.00 | $0.00 | $0.00 |
| Facsimile | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$1,790.00** | **$0.00** | **$1,790.00** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858984

PHJ&W Tax ID No. 95-2209675

---

**OCTOBER 2010**

## SUMMARY

**11202 Franklin Avenue, Franklin Park, IL**
PHJ&W LLP File# 75245-00018
Daniel J. Perlman

**Costs incurred and advanced**

| | |
|---|---:|
| Chicago Title Insurance Co., Inv.# 008470148, dated 04/01/2009 Customary seller/owner charges, Policies applied for: ALTA OWNERS 2006 | 895.00 |
| **Total Costs incurred and advanced** | **$895.00** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

November 10, 2010

Please refer to
Invoice Number: 1858983

PHJ&W Tax ID No. 95-2209675

---

**OCTOBER 2010**

## SUMMARY

### 3722 Ventura Dr., Arlington Heights, IL
PHJ&W LLP File# 75245-00019
Daniel J. Perlman

**Costs incurred and advanced**

| | |
|---|---:|
| Chicago Title Insurance Co., Inv.# 008470149, dated 04/01/2009 Customary seller/owner charges, Policies applied for: ALTA OWNERS 2006 | 895.00 |
| **Total Costs incurred and advanced** | **$895.00** |