# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

November 1, 2010 through and including November 30, 2010

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| R Bruce Den Uyl | Managing Director | 5.20 | 860.00 | 4,472.00 |
| Alan Holtz | Managing Director | 42.40 | 820.00 | 34,768.00 |
| Mike Haftl | Director | 0.50 | 620.00 | 310.00 |
| Sean Renshaw | Director | 4.40 | 620.00 | 2,728.00 |
| Brad Hall | Director | 136.00 | 620.00 | 84,320.00 |
| Albert Leung | Director | 260.60 | 530.00 | 138,118.00 |
| Mark F Rule | Director | 14.90 | 530.00 | 7,897.00 |
| Young Kim | Vice President | 30.20 | 470.00 | 14,194.00 |
| Christopher Rubel | Associate | 16.70 | 320.00 | 5,344.00 |
| Total Hours & Fees | | 510.90 | | 292,151.00 |
| Less 50% Travel | | | | (15,304.00) |
| Subtotal | | | | 276,847.00 |
| Expenses | | | | 7,594.91 |
| **Total Amount Due** | | | | USD 284,441.91 |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.

14