# EXHIBIT "B"

### EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

November 1, 2010 through and including November 30, 2010

| Project Code | Description | Hours | Amount |
|---|---|---:|---:|
| 005735.00001 | Business Analysis | 3.0 | 1,500.00 |
| 005735.00004 | Current Financials | 45.4 | 24,500.00 |
| 005735.00007 | Employee Issues | 2.8 | 1,634.00 |
| 005735.00014 | Avoidance Actions | 349.8 | 199,078.00 |
| 005735.00015 | UCC Meetings | 24.4 | 15,421.00 |
| 005735.00016 | Litigation Hold | 6.7 | 4,262.00 |
| 005735.00017 | Billing and Retention | 29.4 | 15,148.00 |
| 005735.00018 | Travel Time (billed at 50%) | 49.4 | 15,304.00 |
| **Total Fees Incurred** | | **510.9** | **276,847.00** |

16

Re:                  Business Analysis
Client/Matter #      005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/04/10 | YK | Reviewed and analyzed recent industry and competitor trends. | 0.80 |
| 11/19/10 | BH | Review and analyze results from Moelis Media Update | 0.60 |
| 11/23/10 | YK | Reviewed and analyzed Moelis' media update. | 0.50 |
| 11/29/10 | YK | Reviewed industry trends and developments. | 0.50 |
| 11/30/10 | YK | Prepared summaries of recent developments in media and broadcasting industries. | 0.60 |
| | | **Total Hours** | **3.00** |

Re:                          Business Analysis
Client/Matter #              005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 0.60 | 620.00 | 372.00 |
| Young Kim | 2.40 | 470.00 | 1,128.00 |
| **Total Hours & Fees** | **3.00** | | **1,500.00** |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/01/10 | BH | Review and analyze weekly financial results and revise report to UCC on same. | 1.60 |
| 11/01/10 | YK | Reviewed and revised weekly status report to the UCC. | 1.50 |
| 11/02/10 | AH | Review weekly report to UCC | 0.40 |
| 11/03/10 | YK | Reviewed, revised and posted weekly status report to the UCC. | 0.50 |
| 11/04/10 | YK | Prepared cash flow analysis for the UCC weekly status report. | 1.20 |
| 11/04/10 | ANL | Analyzed and reviewed weekly revenue reports and cash reports. | 1.50 |
| 11/04/10 | ANL | Prepared weekly status report to UCC. | 1.20 |
| 11/05/10 | ANL | Analyzed and reviewed weekly revenue reports and cash reports. | 1.20 |
| 11/05/10 | ANL | Prepared weekly status report to UCC. | 1.30 |
| 11/08/10 | ANL | Analyzed and reviewed weekly revenue reports and cash reports. | 1.60 |
| 11/08/10 | ANL | Prepared weekly status report to UCC. | 1.80 |
| 11/08/10 | YK | Reviewed and revised weekly status report to the UCC. | 1.20 |
| 11/08/10 | BH | Review and analyze current weekly financial results and revise report to UCC on same. | 1.90 |
| 11/09/10 | ANL | Prepared weekly status report to UCC. | 1.10 |
| 11/15/10 | ANL | Prepared weekly status update for UCC. | 2.10 |
| 11/16/10 | ANL | Analyzed and reviewed October 2010 preliminary results and prepared UCC summary. | 2.10 |
| 11/16/10 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 11/16/10 | ANL | Prepared for and participated in monthly call with Tribune and A&M on financial results. | 0.40 |
| 11/16/10 | YK | Prepared for, attended and followed up on conference call with Debtor and its counsel re: recent operating performance. | 1.50 |
| 11/17/10 | BH | Review and analyze weekly financial results and revise report to UCC on same | 1.60 |
| 11/17/10 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 11/17/10 | AH | Review weekly report to UCC | 0.40 |
| 11/19/10 | ANL | Prepared weekly status update. | 1.80 |
| 11/22/10 | ANL | Prepared weekly status update for UCC. | 2.30 |
| 11/22/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow reports. | 1.10 |
| 11/22/10 | YK | Reviewed and revised weekly status report. | 1.30 |
| 11/23/10 | BH | Review and analyze weekly financial results and revise | 2.10 |

Re:             Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | report to UCC on same. | |
| 11/23/10 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 11/23/10 | AH | Review weekly report to UCC | 0.40 |
| 11/29/10 | ANL | Prepared weekly status report to UCC. | 2.50 |
| 11/29/10 | ANL | Analyzed and reviewed October 2010 preliminary results and prepared UCC summary. | 1.20 |
| 11/29/10 | YK | Reviewed and analyzed weekly cash flows. | 0.90 |
| 11/30/10 | YK | Reviewed and analyzed weekly cash flow report. | 1.20 |
| | | **Total Hours** | **45.40** |

Re:                          Current Financials
Client/Matter #              005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.20 | 820.00 | 984.00 |
| Albert Leung | 27.70 | 530.00 | 14,681.00 |
| Brad Hall | 7.20 | 620.00 | 4,464.00 |
| Young Kim | 9.30 | 470.00 | 4,371.00 |
| **Total Hours & Fees** | **45.40** | | **24,500.00** |

Re:                          Employee Issues
Client/Matter #              005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/01/10 | BH | Discuss the economic arrangements made with Randy Michaels by the Tribune upon resignation of Mr. Michaels with Debtors' advisors. | 0.30 |
| 11/01/10 | BH | Discuss management decision to terminate several individuals in Tribune Interactive and the Human Resources department with Debtors' advisors and prepare a memo to UCC counsel regarding same. | 0.40 |
| 11/09/10 | ANL | Reviewed 2010 MIP documents and Mercer reports. | 1.80 |
| 11/09/10 | AH | Research MIP provisions and correspond w/ UCC Chair and counsel re: same | 0.30 |
| | | **Total Hours** | **2.80** |

Re:                          Employee Issues
Client/Matter #              005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.30 | 820.00 | 246.00 |
| Albert Leung | 1.80 | 530.00 | 954.00 |
| Brad Hall | 0.70 | 620.00 | 434.00 |
| **Total Hours & Fees** | **2.80** | | **1,634.00** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/01/10 | AH | Update calls w/ B. Hall, A. Leung and D. Deutsch (Chadbourne) re: preference work in process | 1.00 |
| 11/01/10 | ANL | Analyzed and reviewed A&M preference analysis overview and exhibits. | 2.20 |
| 11/01/10 | ANL | Prepared for and participated in meeting with A&M regarding preference analysis for parent and subsidiaries including vendor by vendor analysis. | 1.70 |
| 11/01/10 | ANL | Reviewed details for potential insider preference payments. | 1.70 |
| 11/01/10 | ANL | Reviewed sample detail preference analysis including new value defense and ordinary course defense for top 20. | 2.80 |
| 11/01/10 | CR | Reviewed Merrill Lynch documents from Relativity data site for valuation analysis relevant to LBO solvency. | 2.60 |
| 11/01/10 | BH | Participate in full day review and analysis of preference data presented by debtor during a site visit to Chicago. | 9.50 |
| 11/01/10 | ANL | Participated in call with AlixPartners team and C&P re preference. | 1.00 |
| 11/01/10 | BH | Call with AlixPartners team members and C&P re preference work status. | 1.00 |
| 11/02/10 | MFR | Review and analysis of UCC lender complaint filed with the Bankruptcy Court. | 5.20 |
| 11/02/10 | BH | Participate in full day review and analysis of preference data presented by debtor during a site visit to Chicago. | 9.00 |
| 11/02/10 | BH | Draft report to UCC on results of meetings with Debtors advisors to review and analyze potential preference actions. | 6.50 |
| 11/02/10 | CR | Reviewed Merrill Lynch documents from Relativity data site for valuation analysis relevant to LBO solvency. | 7.20 |
| 11/02/10 | AH | Review of AlixPartners preference work and report to UCC re: same | 2.40 |
| 11/02/10 | RBD | Review Complaint. Objection to Claim and competing plans. | 2.70 |
| 11/02/10 | ANL | Reviewed A&M scope and assumptions for preference analysis including Tribune parent and subsidiary payments. | 1.60 |
| 11/02/10 | ANL | Analyzed and reviewed detail Peoplesoft information for subsidiary level payments by vendor. | 1.50 |
| 11/02/10 | ANL | Reviewed legal assumptions for preference defenses. | 1.20 |
| 11/02/10 | ANL | Prepared for and participated in meeting with A&M for detail review of parent & subsidiary level wires, checks and newsprint payments. | 3.60 |
| 11/02/10 | ANL | Prepared summary of all wire and check payments in the 90 day preference periods. | 1.30 |
| 11/02/10 | ANL | Prepared preference analysis presentation. | 2.60 |
| 11/02/10 | ANL | Prepared summary of insider payments for former and | 2.10 |

Re:                         Avoidance Actions
Client/Matter #             005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | current officers. | |
| 11/02/10 | ANL | Prepared UCC presentation on insider payments. | 2.80 |
| 11/02/10 | ANL | Reviewed UCC complaint exhibits. | 1.50 |
| 11/03/10 | ANL | Prepared for and participated in conference call with A&M, Sidley, Chadbourne to review potential preference actions. | 1.80 |
| 11/03/10 | ANL | Prepared preference analysis presentation on insiders and non-insiders payments for the UCC. | 3.80 |
| 11/03/10 | ANL | Prepared preference analysis exhibits on insiders payments for the UCC. | 2.30 |
| 11/03/10 | ANL | Prepared preference analysis exhibits on non-insiders payments for the UCC. | 2.80 |
| 11/03/10 | ANL | Reviewed payment details for 3rd party vendors. | 2.50 |
| 11/03/10 | RBD | Review Summary of Settlement Plan | 0.50 |
| 11/03/10 | CR | Reviewed Merrill Lynch documents from Relativity data site for valuation analysis relevant to LBO solvency. | 3.60 |
| 11/03/10 | BH | Participate in full day review and analysis of preference data presented by debtor during a site visit to Chicago and revise draft report to UCC on same. | 9.50 |
| 11/03/10 | YK | Reviewed and provided supplemental commentaries re: preference analysis. | 1.20 |
| 11/04/10 | BH | Call with A. Holtz (AlixPartners) re preference and related presentation. | 0.50 |
| 11/04/10 | BH | Reviewed and analyzed Preference Analysis presentation to the UCC in preparation of UCC meeting presentation. | 2.30 |
| 11/04/10 | BH | Review and analyze Debtors schedule of vendors to be excluded from preference actions based upon Debtors business judgment, including a call with Debtors advisors on same. | 3.50 |
| 11/04/10 | RBD | Review AlixPartners Potential Preference analysis | 0.80 |
| 11/04/10 | AH | Discuss preference work with B. Hall (AlixPartners) in preparation for presentation at UCC meeting | 0.50 |
| 11/04/10 | ANL | Prepared for and participated in conference call with A&M, Sidley, and Chadbourne regarding preference actions. | 0.70 |
| 11/04/10 | ANL | Prepared preference analysis report to UCC. | 3.20 |
| 11/05/10 | ANL | Analyzed and reviewed Sidley supporting documentation for US Trustee related to preference payments. | 1.60 |
| 11/05/10 | AH | Call with Company, UCC, Auerelius, Wilmington Trust advisors to review Company's plan re: pursuit of preferences | 1.00 |
| 11/05/10 | AH | Follow-ups on preference review, including various emails and calls w/ B. Hall (AlixPartners) and D. Deutsch (Chadbourne) | 0.50 |

Re:                              Avoidance Actions
Client/Matter #                  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/05/10 | BH | Review and analyze Debtors use of Business judgment on potential preference claims. | 0.40 |
| 11/05/10 | BH | Review and analyze payments made by Subsidiary Debtors to vendors other than USPS and held calls and corresponded with AlixPartners team re preference review | 0.50 |
| 11/05/10 | RBD | Draft responsive statement | 0.50 |
| 11/05/10 | MFR | Review and analysis of UCC's 3rd party complaint filed with Bankruptcy Court. | 4.90 |
| 11/07/10 | BH | Review and analyze data on potential Insider preferences. | 0.60 |
| 11/07/10 | ANL | Reviewed MIP information to cross reference complaint information re preference related issues. | 1.60 |
| 11/07/10 | ANL | Prepared preference analysis calculation for Sidley historical invoices. | 2.50 |
| 11/08/10 | ANL | Reviewed subsidiary payments during the preference period. | 1.80 |
| 11/08/10 | ANL | Prepared information request list for preference analysis for A&M. | 1.30 |
| 11/08/10 | ANL | Analyzed and reviewed insider payments during the preference period. | 2.30 |
| 11/08/10 | ANL | Prepared summary of insider payments subject to preference actions for UCC counsel. | 1.60 |
| 11/08/10 | ANL | Reviewed MIP information for individuals named in UCC complaint and prepared information for US Trustee. | 1.30 |
| 11/08/10 | AH | Call w/ A. Leung and B. Hall re: preference work. | 0.50 |
| 11/08/10 | BH | Participate in conference call including UCC and Debtor counsel and Debtors advisors to discuss status of preference analysis and held call with AlixPartners team. | 0.50 |
| 11/08/10 | BH | Review and analyze preference information on third party vendors. | 0.50 |
| 11/08/10 | ANL | Held call with AlixPartners team re preference. | 0.50 |
| 11/09/10 | BH | Participate in call with Debtors advisors to review status of preference analysis. | 0.70 |
| 11/09/10 | BH | Review and analyze information on potential Insider preferences | 0.80 |
| 11/09/10 | ANL | Reviewed revised summary of preference actions. | 1.80 |
| 11/09/10 | ANL | Reviewed and analyzed payments made to directors & officers during the preference period. | 2.10 |
| 11/09/10 | ANL | Prepared summary of directors & officers payments subject to preference action for UCC counsel. | 2.80 |
| 11/09/10 | AH | Call with D. Deutsch re: preference review status | 0.40 |
| 11/09/10 | AH | Correspond w/ B. Hall and A. Leung re: preference review work | 0.30 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/10/10 | AH | Call w/ B. Whitman (A&M) re: preference analysis | 0.50 |
| 11/10/10 | BH | Participate in conference call with Debtors advisors regarding preference analysis. | 0.70 |
| 11/10/10 | BH | Review and analyze additional information provided by Debtors advisors regarding potential preferences. | 1.50 |
| 11/10/10 | ANL | Reviewed and analyzed preference analysis of wires and checks for professionals. | 2.80 |
| 11/10/10 | ANL | Prepared for and participated in conference call with A&M, Sidley and Chadbourne regarding preference analysis for professionals and insiders. | 0.70 |
| 11/10/10 | ANL | Analyzed and reviewed UCC preference standing motion exhibit. | 1.20 |
| 11/10/10 | ANL | Reviewed and analyzed third party vendor preference analysis. | 1.60 |
| 11/11/10 | ANL | Prepared for and participated in meeting with Sidley, Chadbourne, A&M, Akin Gump, and Brown Rudnick regarding preference analysis and update on preference actions. | 5.00 |
| 11/11/10 | ANL | Analyzed and reviewed insider payments during the preference period. | 2.20 |
| 11/11/10 | ANL | Prepared summary of preference analysis on professional fees for UCC. | 3.10 |
| 11/11/10 | ANL | Reviewed and analyzed third party vendor preference analysis. | 1.80 |
| 11/11/10 | BH | Review a summary of meeting results held in Chicago including UCC, Debtor and Aurelis participants. | 0.40 |
| 11/11/10 | BH | Review and analyze a listing of potential preferences relating to professional firms paid by the Debtors. | 0.70 |
| 11/11/10 | AH | Pre-meetings with Chadbourne & Parke and Sidley Austin and A&M re: preference review | 1.00 |
| 11/11/10 | AH | Meetings with Chadbourne & Parke, Sidley Austin, A&M and creditor counsel re: preference review | 3.50 |
| 11/11/10 | MFR | Review court documents in Tribune ESOP lawsuit against Great Banc regarding partial summary judgment. | 0.50 |
| 11/12/10 | MFR | Review of weekly document postings to Intralinks for potential relevance to LBO issues. | 1.00 |
| 11/12/10 | AH | Call with D. Deutsch (Chadbourne & Parke) re: preference review | 0.30 |
| 11/12/10 | AH | Review summary of potential professional firm preferences and make modifications and send to counsel | 0.90 |
| 11/12/10 | ANL | Analyzed and reviewed Sidley supporting documentation for US Trustee related to preference payments. | 2.10 |

Re:                     Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/12/10 | ANL | Analyzed and reviewed Sidley preference analysis. | 1.80 |
| 11/12/10 | ANL | Reviewed and analyzed third party vendor preference analysis. | 2.20 |
| 11/13/10 | ANL | Analyzed and reviewed Sidley supporting documentation for US Trustee related to preference payments. | 1.80 |
| 11/13/10 | ANL | Prepared variance analysis of Sidley's documentation to A&M's preference analysis on Sidley to reconcile the differences. | 3.50 |
| 11/14/10 | ANL | Reviewed updated Sidley preference analysis by A&M. | 2.10 |
| 11/14/10 | ANL | Prepared for and participated in conference call with Sidley, Chadbourne, and Landis regarding Sidley retention and potential preferences. | 1.80 |
| 11/14/10 | AH | Conference call w/ counsel re: potential preferences of professionals | 0.80 |
| 11/14/10 | BH | Review and analyze potential preference pertaining to payments made to the Sidley law firm. | 0.90 |
| 11/15/10 | ANL | Prepared data file for Conlan supplemental affidavit exhibit. | 2.80 |
| 11/15/10 | ANL | Reviewed updated Sidley payment data from A&M. | 1.80 |
| 11/15/10 | ANL | Analyzed and reviewed revised Sidley payment analysis by A&M. | 3.60 |
| 11/15/10 | ANL | Reviewed and analyzed retiree list and reconciled to insider payment list. | 1.80 |
| 11/16/10 | ANL | Analyzed and reviewed A&M preference analysis overview and exhibits. | 1.70 |
| 11/16/10 | ANL | Reviewed and analyzed preference payments related to critical vendors and 503(b)(9). | 2.10 |
| 11/16/10 | ANL | Analyzed and reviewed revised Sidley payment analysis by A&M and prepared reconciliation. | 1.20 |
| 11/16/10 | ANL | Reviewed and analyzed retiree list and reconciled to insider payment list. | 0.80 |
| 11/16/10 | ANL | Prepared reconciliation of Sidley payment history provided to US Trustee versus data provided by A&M. | 1.10 |
| 11/16/10 | BH | Review and analyze updated exhibits regarding preference information. | 1.30 |
| 11/16/10 | AH | Review reconciliation of professional fees in preference period and discuss w/ A. Leung | 1.10 |
| 11/16/10 | ANL | Held discussions with A. Holtz (AlixPartners) re professional fees | 1.10 |
| 11/17/10 | AH | Various correspondence w/ A. Leung re: use of standard deviation in evaluating ordinary course defense to preferences | 0.50 |

Re:            Avoidance Actions
Client/Matter #    005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/17/10 | AH | Discuss potential preferences of professionals w/ D. Deutsch (Chadbourne) | 0.30 |
| 11/17/10 | BH | Review and analyze preference information pertaining to Sidley law firm based upon data received directly from Sidley as well as data based upon Tribune records and reconcile results | 2.10 |
| 11/17/10 | ANL | Prepared UCC presentation on Sidley preference analysis. | 4.50 |
| 11/17/10 | ANL | Prepared sensitivity analysis on Sidley preference analysis provided by A&M. | 2.80 |
| 11/17/10 | ANL | Analyzed and reviewed A&M preference analysis overview and exhibits. | 2.10 |
| 11/17/10 | ANL | Analyzed and reviewed vendors with potential preference exposure not pursued by Debtors due to business judgment. | 1.50 |
| 11/18/10 | ANL | Analyzed and reviewed A&M preference analysis overview and exhibits. | 2.50 |
| 11/18/10 | ANL | Analyzed and reviewed insider payments during the preference period and prepared revised schedule for UCC counsel. | 2.20 |
| 11/18/10 | ANL | Prepared UCC presentation on Sidley preference analysis. | 2.80 |
| 11/18/10 | ANL | Analyzed and reviewed JPM related preference analysis. | 1.80 |
| 11/18/10 | ANL | Prepared for and participated in conference call with Chadbourne and Landis to discuss Sidley preference analysis. | 1.10 |
| 11/18/10 | BH | Review and analysis of Debtors use of Business Judgment to suggest deferring preference pursuits against specific vendors | 1.70 |
| 11/18/10 | AH | Review and revise presentation re: potential preferences of professionals and send to counsel | 0.80 |
| 11/18/10 | AH | Call with counsel re: potential preferences of professionals | 0.70 |
| 11/19/10 | AH | Various emails re: potential preference actions | 0.50 |
| 11/19/10 | BH | Develop list of follow-up questions and draft memo to Tribune advisors on outstanding data requests needs pertaining to ongoing preference analysis. | 2.30 |
| 11/19/10 | BH | Review and analyze updated listing of Insider payments and individuals classified as Officers and Directors | 0.80 |
| 11/19/10 | ANL | Analyzed and reviewed A&M preference analysis overview and exhibits. | 2.80 |
| 11/19/10 | ANL | Reviewed and analyzed revised Sidley data from A&M regarding discrepancies between historical invoice data. | 1.80 |
| 11/19/10 | ANL | Call with A&M re preferences | 1.00 |
| 11/19/10 | MFR | Review of weekly document postings to Intralinks for potential relevance to LBO issues. | 1.00 |

Re:                              Avoidance Actions
Client/Matter #                  005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/20/10 | ANL | Prepared detail explanations for all 503(b)(9) and business judgment preference claims not to be pursued by the Debtors. | 2.50 |
| 11/20/10 | BH | Review of vendors not being pursued on preferences due to classification as 503b9. | 0.80 |
| 11/21/10 | BH | Participate in conference call with legal counsel for UCC and Debtor and Debtors advisors to discuss outstanding issues on preference analysis. | 2.10 |
| 11/21/10 | BH | Review and analyze information on payments made to Sidley and compare to the information contained in affidavit of Mr. Conlan. | 1.60 |
| 11/21/10 | BH | Review and analyze the data provided about the extent to which Contemporaneous Exchange is used as a potential defense in calculating Net Preference Estimates. | 0.50 |
| 11/21/10 | ANL | Analyzed and reviewed A&M preference analysis overview and exhibits. | 1.50 |
| 11/21/10 | ANL | Analyzed and reviewed preference analysis on Sidley. | 2.30 |
| 11/21/10 | ANL | Prepared for and participated in conference call with A&M to discuss preference payments to professionals and other outstanding items for preference analysis. | 2.20 |
| 11/22/10 | ANL | Analyzed and reviewed preference payments for professionals. | 2.20 |
| 11/22/10 | ANL | Analyzed and reviewed Sidley related documentation. | 1.80 |
| 11/22/10 | ANL | Analyzed and reviewed preference payments for JP Morgan and P-Card program documents. | 2.80 |
| 11/22/10 | BH | Participate in conference call with Zuckerman firm pertaining to potential preference payments to JP Morgan related to use of P-Cards. | 0.20 |
| 11/22/10 | BH | Participate in conference call with Chadbourne to discuss outstanding preference analysis issues. | 0.60 |
| 11/22/10 | BH | Review and analyze P-card payment data and underlying documentation and develop list of questions for Tribune advisors and send memo on same. | 1.90 |
| 11/22/10 | BH | Review and revise draft Tolling agreement and provide input to Chadbourne. | 1.50 |
| 11/22/10 | BH | Review and analyze list of potential preference actions against retained professionals of Debtor. | 1.10 |
| 11/22/10 | BH | Review and analyze the amounts and method of settlement payments made pertaining to the PHONES and draft memo to Chadbourne on same. | 1.60 |
| 11/22/10 | AH | Call w/ D. Deutsch and Y. Yoo (C&P) re: potential preference claims against professionals | 0.50 |

Re:                                    Avoidance Actions
Client/Matter #                        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/22/10 | AH | Call w/ Chadbourne, Landis and Zuckerman re: potential preference claims against professionals | 0.70 |
| 11/23/10 | AH | Review objections to preference standing motion | 0.70 |
| 11/23/10 | AH | Work on affidavit in support of preference standing motion | 0.60 |
| 11/23/10 | AH | Various emails w/ A&M and counsel re: backup support for professionals avoidance actions | 0.20 |
| 11/23/10 | BH | Provide detailed listing of activities and meetings held in preference analysis to assist counsel in the preparation for an appropriate Affidavit to accompany Standing Motions. | 3.90 |
| 11/23/10 | BH | Draft and revise Affidavit to be filed with Court in support of Standing Motions to be heard next week. | 3.00 |
| 11/23/10 | BH | Review and analyze the amount and circumstances around payments to Citibank to determine potential preference impact. | 0.80 |
| 11/23/10 | ANL | Prepared summary of insiders with preference action exposure. | 2.50 |
| 11/23/10 | ANL | Analyzed and reviewed draft complaint against third parties and insiders. | 2.20 |
| 11/23/10 | ANL | Analyzed and reviewed documentation on JPM and Citibank preference payments. | 2.80 |
| 11/24/10 | BH | Revise and sign and deliver Affidavit in support of Standing Motion. | 2.00 |
| 11/24/10 | BH | Review and analyze Insider payments made to individuals who are identified as receiving some payments on behalf of non-debtors. | 1.90 |
| 11/24/10 | AH | Provide comments to affidavit in support of preference motion | 0.40 |
| 11/24/10 | AH | Various calls and emails w/ Alix team and counsel re: potential preferences | 0.60 |
| 11/24/10 | AH | Call w/ Alix, C&P and Landis teams re: insider preferences and possible fraudulent conveyances (11/26) | 0.50 |
| 11/24/10 | AH | Call w/ Alix, C&P, Landis teams and Debtors advisors (A&M, Sidley) re: insider preferences and possible fraudulent conveyances (11/26) | 0.40 |
| 11/24/10 | ANL | Prepared draft B. Hall affidavit for preference analysis. | 2.20 |
| 11/24/10 | ANL | Reviewed and analyzed insider complaint and reviewed exhibit. | 1.80 |
| 11/24/10 | ANL | Reviewed Non-Debtor insider information and discussed issues with UCC counsel. | 1.70 |
| 11/24/10 | ANL | Reviewed and analyzed revised insiders detail information from Debtors. Responded to various calls and correspondence from AlixPartners team. | 2.70 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/26/10 | ANL | Reviewed revised list of insider preference summary from A&M. | 1.80 |
| 11/26/10 | ANL | Prepared for and participated in conference call with Sidley, A&M, Chadbourne and Landis regarding insider preference actions and issues. | 1.20 |
| 11/26/10 | ANL | Prepared for and participated in conference call with Chadbourne and Landis regarding insider preference actions. | 0.80 |
| 11/26/10 | BH | Conference call with Chadbourne on status of preference analysis. | 0.60 |
| 11/26/10 | BH | Participate in conference call with Sidley, Chadbourne and Debtors advisors to discuss Insider preference analysis. | 0.50 |
| 11/26/10 | BH | Review and analyze updated list of Insiders subject to preference payments. | 1.20 |
| 11/28/10 | BH | Call with Chadbourne and Zuckerman attorneys in preparation for testimony in Court on Standing Motion pertaining to preferences. | 1.00 |
| 11/28/10 | BH | Preparation for testimony on preference actions and Standing Motions including review of relevant documentation and history of preference analysis. | 2.90 |
| 11/28/10 | ANL | Reviewed and analyzed Morgan Stanley related preference payments & support. | 2.20 |
| 11/28/10 | ANL | Prepared supporting materials for B. Hall's affidavit. | 3.10 |
| 11/28/10 | ANL | Reviewed and analyzed contact information and payment information for professionals. | 2.10 |
| 11/28/10 | ANL | Analyzed and reviewed non-insider preference analysis provided by the Debtors. | 1.60 |
| 11/29/10 | ANL | Prepared supporting materials for B. Hall's affidavit. | 2.20 |
| 11/29/10 | BH | Review of Standing Motion and Objections in preparation for testimony in Court in furtherance to filed Affidavit. | 2.00 |
| 11/29/10 | BH | Attend Court Hearings including Standing Motions in support of UCC preference actions in anticipation of providing Testimony if required. | 6.50 |
| 11/29/10 | MFR | Review of weekly document postings to Intralinks for potential relevance to LBO issues. | 1.00 |
| 11/30/10 | ANL | Analyzed and reviewed issues related to preference actions for Debtors' professionals. | 3.10 |
| 11/30/10 | ANL | Analyzed and reviewed issues related to preference actions for Insiders. | 2.20 |
| 11/30/10 | ANL | Reviewed invoice detail for JPM professionals and Merrill professionals for potential preferences. | 2.60 |
| | | **Total Hours** | **349.80** |

Re:                         Avoidance Actions
Client/Matter #            005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 4.50 | 860.00 | 3,870.00 |
| Alan Holtz | 22.10 | 820.00 | 18,122.00 |
| Mark F Rule | 13.60 | 530.00 | 7,208.00 |
| Albert Leung | 198.60 | 530.00 | 105,258.00 |
| Brad Hall | 96.40 | 620.00 | 59,768.00 |
| Young Kim | 1.20 | 470.00 | 564.00 |
| Christopher Rubel | 13.40 | 320.00 | 4,288.00 |
| **Total Hours & Fees** | **349.80** | | **199,078.00** |

Re:             UCC Meetings
Client/Matter #    005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/10 | AH | Weekly conference call for UCC advisors | 0.80 |
| 11/02/10 | MFR | Participation in UCC professional conference call. | 0.80 |
| 11/04/10 | AH | Attend UCC meeting at Chadbourne including prep with professionals | 4.20 |
| 11/04/10 | CR | Prepared for, attended, and prepared notes for the UCC meeting. | 3.30 |
| 11/04/10 | ANL | Prepared for and participated in UCC meeting regarding preference actions and plan of reorganization issues. | 2.20 |
| 11/04/10 | BH | Participate in UCC meeting and present current financial results and a report on preference analysis. | 4.20 |
| 11/09/10 | AH | Weekly update call for UCC professionals | 0.60 |
| 11/09/10 | MFR | Participation in UCC professional conference call. | 0.50 |
| 11/12/10 | ANL | Prepared for and participated in UCC telephonic meeting regarding preference analysis, plan issues, weekly results and 2010 MIP issues. | 1.80 |
| 11/12/10 | AH | Participate in weekly UCC meeting (telephonic) | 1.30 |
| 11/12/10 | BH | Participate in UCC meeting and report on current financial results. | 1.40 |
| 11/16/10 | AH | Weekly update call w/ UCC professionals | 0.50 |
| 11/19/10 | AH | Participate in weekly UCC meeting (telephonic) | 1.40 |
| 11/19/10 | BH | Participate in UCC meeting and provide report on financial results. | 1.40 |

|  |  | **Total Hours** | **24.40** |

Re:                             UCC Meetings
Client/Matter #          005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 8.80 | 820.00 | 7,216.00 |
| Mark F Rule | 1.30 | 530.00 | 689.00 |
| Albert Leung | 4.00 | 530.00 | 2,120.00 |
| Brad Hall | 7.00 | 620.00 | 4,340.00 |
| Christopher Rubel | 3.30 | 320.00 | 1,056.00 |
| **Total Hours & Fees** | **24.40** | | **15,421.00** |

Re:                            Litigation Hold
Client/Matter #                005735.00016

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/01/10 | SR | Prepared for and participated in discussions with AlixPartners personnel concerning preservation of ESI. | 1.20 |
| 11/01/10 | BH | Complete questionnaire and have conference call with in-house counsel to discuss maintenance of Tribune documentation pursuant to required court order. | 0.70 |
| 11/04/10 | SR | Prepared for and participated in discussions with AlixPartners personnel concerning preservation of ESI. | 0.60 |
| 11/05/10 | SR | Prepared for and participated in discussions with AlixPartners personnel concerning preservation of ESI. | 0.60 |
| 11/07/10 | SR | Prepared for and participated in discussions with AlixPartners personnel concerning preservation of ESI. | 0.40 |
| 11/08/10 | SR | Prepared for and participated in discussions with AlixPartners personnel concerning preservation of ESI. | 0.40 |
| 11/08/10 | MJH | Respond to litigation hold request and discuss with AlixPartners personnel. | 0.50 |
| 11/09/10 | SR | Prepared for and participated in discussions with AlixPartners personnel concerning preservation of ESI. | 0.40 |
| 11/10/10 | SR | Prepared for and participated in discussions with AlixPartners personnel concerning preservation of ESI. | 0.40 |
| 11/17/10 | RBD | Reviewed litigation hold related documents | 0.70 |
| 11/23/10 | YK | Prepared for and attended call re: litigation hold. | 0.40 |
| 11/23/10 | SR | Prepared for and participated in call with AlixPartners team concerning ESI preservation. | 0.40 |
| | | **Total Hours** | **6.70** |

Re:                    Litigation Hold
Client/Matter #        005735.00016

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 0.70 | 860.00 | 602.00 |
| Brad Hall | 0.70 | 620.00 | 434.00 |
| Sean Renshaw | 4.40 | 620.00 | 2,728.00 |
| Mike Haftl | 0.50 | 620.00 | 310.00 |
| Young Kim | 0.40 | 470.00 | 188.00 |
| **Total Hours & Fees** | **6.70** | | **4,262.00** |

Re:                     Billing and Retention
Client/Matter #         005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/09/10 | ANL | Prepared October fee application. | 2.10 |
| 11/11/10 | YK | Prepared October 2010 fee application. | 3.00 |
| 11/12/10 | YK | Prepared October 2010 fee application. | 2.50 |
| 11/13/10 | YK | Prepared 6th interim fee period data file. | 2.50 |
| 11/13/10 | YK | Prepared 7th interim fee period data file. | 2.80 |
| 11/14/10 | YK | Prepared October 2010 fee application. | 1.80 |
| 11/14/10 | YK | Prepared 6th and 7th interim period data file. | 0.80 |
| 11/15/10 | YK | Prepared October 2010 fee application. | 1.80 |
| 11/15/10 | ANL | Prepared October fee application. | 1.10 |
| 11/17/10 | YK | Prepared October 2010 fee application. | 1.70 |
| 11/19/10 | ANL | Prepared October fee application motion and exhibits. | 2.20 |
| 11/22/10 | ANL | Prepared October fee application and exhibits. | 1.60 |
| 11/23/10 | ANL | Prepared October fee application and exhibits. | 1.20 |
| 11/23/10 | AH | Detailed review of October fee application | 1.70 |
| 11/24/10 | AH | Final review of October fee ap and send to counsel | 0.30 |
| 11/24/10 | ANL | Prepared October fee application and exhibits. | 2.30 |
| | | **Total Hours** | **29.40** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.00 | 820.00 | 1,640.00 |
| Albert Leung | 10.50 | 530.00 | 5,565.00 |
| Young Kim | 16.90 | 470.00 | 7,943.00 |
| **Total Hours & Fees** | **29.40** | | **15,148.00** |

Re:              Travel Time (billed at 50%)
Client/Matter #     005735.00018

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/03/10 | ANL | Travel from ORD to SFO | 6.00 |
| 11/03/10 | BH | Travel from Chicago meetings with Debtor to New York for in person UCC meeting. | 6.50 |
| 11/05/10 | BH | Travel from New York to Reno, NV following UCC meetings. | 9.00 |
| 11/10/10 | ANL | Travel from SF to Chicago | 6.00 |
| 11/11/10 | ANL | Travel from Chicago to SF | 6.00 |
| 11/11/10 | AH | Travel from NJ to Chicago and Chicago back to NY for preference meetings at Sidley Austin | 8.00 |
| 11/28/10 | BH | Travel from San Francisco to Philadelphia for Tribune court hearings and testimony in Deleware. | 6.90 |
| 11/29/10 | BH | Travel to and from Philadelphia to Wilmington DE for Hearings. | 1.00 |
| | | **Total Hours** | **49.40** |

Re:              Travel Time (billed at 50%)
Client/Matter #     005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 8.00 | 820.00 | 6,560.00 |
| Albert Leung | 18.00 | 530.00 | 9,540.00 |
| Brad Hall | 23.40 | 620.00 | 14,508.00 |
| **Total Hours & Fees** | **49.40** | | **30,608.00** |