# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

November 1, 2010 through and including November 30, 2010

| Expenses | Amount |
|---|---|
| Airfare- Coach | 2,519.51 |
| Airfare Service Charge | 148.00 |
| Cab Fare/Ground Transportation | 527.06 |
| Conference Calls | 21.43 |
| Phone - Internet Access | 69.80 |
| Lodging | 3,579.28 |
| Meals & Tips | 445.67 |
| Mileage | 35.00 |
| Other | 50.00 |
| Parking & Tolls | 122.00 |
| Meals - Engagement Team | 77.16 |
| **Total Disbursements** | **7,594.91** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 08/17/10 | Conference Calls - - VENDOR: InterCall Mark Rule | 19.22 |
| 10/25/10 | Conference Calls - - VENDOR: InterCall Sean Renshaw | 2.21 |
| 10/25/10 | Phone - Internet Access Albert Leung | 39.95 |
| 10/26/10 | Meals & Tips Brad Hall - Dinner (Out of town) | 28.82 |
| 10/27/10 | Parking & Tolls Brad Hall (Out of town) | 25.00 |
| 10/28/10 | Meals & Tips Brad Hall - Breakfast (Out of town) | 10.83 |
| 10/28/10 | Meals & Tips Brad Hall - Dinner (Out of town) | 68.92 |
| 10/28/10 | Parking & Tolls Brad Hall (Out of town) | 25.00 |
| 10/29/10 | Airfare Brad Hall 2010-10-31 RNO - LAS (Coach) | 980.80 |
| 10/29/10 | Airfare Service Charge Brad Hall | 30.00 |
| 10/30/10 | Airfare Albert Leung 2010-10-31 SFO - ORD (Coach) | 760.59 |
| 10/30/10 | Airfare Service Charge Albert Leung | 10.00 |
| 10/31/10 | Cab Fare/Ground Transportation Albert Leung Cab From Ord To Hotel (Out of town) | 50.00 |
| 10/31/10 | Cab Fare/Ground Transportation Albert Leung Sfo From Home (Out of town) | 53.00 |
| 10/31/10 | Cab Fare/Ground Transportation - - Car Service- A. Leung ORD to Chicago (Out of town) | 75.86 |
| 10/31/10 | Phone - Internet Access Albert Leung | 9.95 |
| 10/31/10 | Lodging Albert Leung Embassy Suites - Chicago 10/31/2010 - 11/03/2010 (4 nights) | 1,312.11 |
| 10/31/10 | Lodging Brad Hall Embassy Suites - Chicago 10/31/2010 - 11/03/2010 (4 nights) | 1,312.11 |
| 10/31/10 | Meals & Tips Brad Hall - Dinner (Out of town) | 14.33 |
| 10/31/10 | Meals & Tips Albert Leung - Dinner (Out of town) | 14.97 |
| 10/31/10 | Meals & Tips Albert Leung - Dinner (Out of town) | 2.46 |
| 10/31/10 | Meals & Tips Albert Leung - Dinner (Out of town) | 19.28 |
| 10/31/10 | Mileage Brad Hall 35 Miles | 17.50 |
| 11/01/10 | Cab Fare/Ground Transportation Brad Hall Taxi To Hotel (Out of town) | 35.00 |
| 11/01/10 | Phone - Internet Access Albert Leung | 9.95 |
| 11/01/10 | Meals & Tips Albert Leung - Breakfast (Out of town) | 12.00 |
| 11/01/10 | Meals & Tips Brad Hall - Breakfast (Out of town) | 21.04 |
| 11/01/10 | Other Brad Hall Tip For Valet | 10.00 |
| 11/02/10 | Airfare Brad Hall 2010-11-03 ORD - LGA (Coach) | 778.12 |
| 11/02/10 | Phone - Internet Access Albert Leung | 9.95 |
| 11/02/10 | Meals & Tips Albert Leung - Dinner (Out of town) | 120.52 |
| 11/02/10 | Meals & Tips Albert Leung - Dinner (Out of town) | 9.10 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 11/02/10 | Other Brad Hall Tip For Valet | 10.00 |
| 11/02/10 | Meals - Engagement Team Brad Hall - Dinner - Brad Hall; Albert Leung (Out of town) | 77.16 |
| 11/03/10 | Airfare Service Charge Brad Hall | 30.00 |
| 11/03/10 | Airfare Service Charge Albert Leung | 39.00 |
| 11/03/10 | Airfare Service Charge Albert Leung | 39.00 |
| 11/03/10 | Cab Fare/Ground Transportation Albert Leung (Out of town) | 63.00 |
| 11/03/10 | Cab Fare/Ground Transportation Brad Hall Taxi To Hotel (Out of town) | 30.00 |
| 11/03/10 | Cab Fare/Ground Transportation - -Car Service- Brad Hall (Out of town) | 73.20 |
| 11/03/10 | Lodging Brad Hall 70 Park Avenue Hotel - New York 11/03/2010 - 11/05/2010 (2 nights) | 955.06 |
| 11/03/10 | Meals & Tips Brad Hall - Dinner (Out of town) | 19.28 |
| 11/03/10 | Other Brad Hall Tip For Valet | 10.00 |
| 11/04/10 | Cab Fare/Ground Transportation Brad Hall Taxi To Meeting (Out of town) | 20.00 |
| 11/04/10 | Cab Fare/Ground Transportation Brad Hall Taxi Back To Hotel (Out of town) | 20.00 |
| 11/04/10 | Meals & Tips Brad Hall - Dinner (Out of town) | 42.75 |
| 11/04/10 | Other Brad Hall Tip For Valet | 10.00 |
| 11/05/10 | Meals & Tips Brad Hall - Dinner (Out of town) | 61.37 |
| 11/05/10 | Mileage Brad Hall 35 Miles | 17.50 |
| 11/05/10 | Other Brad Hall Tip For Valet | 10.00 |
| 11/06/10 | Parking & Tolls Brad Hall - RNO Airport | 72.00 |
| 11/11/10 | Cab Fare/Ground Transportation - Car Service- Alan Holtz (Out of town) | 107.00 |
| | **Total Disbursements** | **7,594.91** |