# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Warner Brothers | $2,010.98 |
| Washington-Baltimore Newspaper Guild | $300.45 |
| Washington-Baltimore Newspaper Guild (Counsel) | $319.15 |
| **TOTAL** | **$2,630.58** |

## SCHEDULE OF EXPENSES

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

| Type of Expense | November 4, 1010 Creditors Committee Meeting (New York) |
|---|---|
| Airfare | $1,351.59 |
| Hotel | 440.11 |
| Parking | 27.64 |
| Transporation | 191.64 |
| | |
| Total: | $2,010.98 |

**TOTAL ALLOWED AMOUNT:   $2,010.98**

CPAM: 1811717.14

**Aguilar, Yolanda**

| | |
|---|---|
| **From:** | wbeinvoices@bcdtravel.com |
| **Sent:** | Monday, November 01, 2010 2:28 PM |
| **To:** | Smith, Wayne |
| **Cc:** | Aguilar, Yolanda |
| **Subject:** | TRAVEL INVOICE FOR SMITH/WAYNE M TRAVEL DATE 03Nov |



PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO-GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on November 01, 2010/9:27 PM UTC

Invoice

Total Invoice Amount: $0.00 USD
Electronic Ticket Number: 0167932500824
Invoice Number: 0299942
Ticket Amount: $2,644.40 USD
Prior Ticket: 0167931818187
Old Ticket Value: $2,644.40 USD
New Fare: $2,644.40 USD
Penalty/Exchange Fee: $0.00 USD
Add/Collect: $0.00 USD
Form of Payment: AX***********1001

This ticket information applies to the following trip(s):

United Airlines Flight 890 from Los Angeles to New York on November 03
United Airlines Flight 25 from New York to Los Angeles on November 04

Email generated on November 01, 2010/9:27 PM UTC

11/8/2010

**Lamb, Helen**

| | |
|---|---|
| **From:** | Aguilar, Yolanda [Yolanda.Aguilar@warnerbros.com] |
| **Sent:** | Wednesday, December 08, 2010 6:44 PM |
| **To:** | Lamb, Helen |
| **Subject:** | RE: Tribune Expenses for November 2010 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Helen, I forgot to let you know that the coach fare from LAX to JFK for this trip is $1,351.59.  Thanks Yolanda

**From:** Lamb, Helen [mailto:HLamb@chadbourne.com]
**Sent:** Wednesday, December 08, 2010 1:01 PM
**To:** Aguilar, Yolanda
**Subject:** RE: Tribune Expenses for November 2010

Thank you.

**From:** Aguilar, Yolanda [mailto:Yolanda.Aguilar@warnerbros.com]
**Sent:** Wednesday, December 08, 2010 2:49 PM
**To:** Lamb, Helen
**Subject:** Tribune Expenses for November 2010

Hi Helen, attached please find Wayne's expense receipts for the Tribune November 2010 meeting totaling $3,336.27.
 Thank you Yolanda

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

## UNITED FIRST

SMITH/WAYNEM
PREMIER EXECUTIVE                     BOARDING PASS
                                      UA 00203924305

UA 890      NOV 3
FRM  LOS ANGELES
TO   NYC/KENNEDY

GATE   70B
BOARDS AT  1:20 PM

SEAT  1B

CONFIRMATION NBR S62981
016 7932500814 CPN 1
ISSUED BY RLADLG1 AT 000000 LAXCS



ETKT

---

SMITH/WAYNEM
PREMIER EXECUTIVE
UA 00203924305

UA 890      NOV 3
FRM  LOS ANGELES
TO   NYC/KENNEDY

GATE   70B
DEPARTS AT 1:50 PM

GIVE FEEDBACK - WWW.UALSURVEY.COM

SEAT  1B

F-CABIN
016  7932500814 CPN 1

---

## UNITED FIRST

SMITH/WAYNEM
PREMIER EXECUTIVE                     BOARDING PASS
                                      UA 00203924305

UA 25       NOV 4
FRM  NYC/KENNEDY
TO   LOS ANGELES

GATE   8
BOARDS AT  5:41 PM

SEAT  2C

CONFIRMATION NBR S6298Y
016 7932500824 CPN 2
ISSUED BY RJFKLF4 AT 000000 JFKCS



ETKT

---

SMITH/WAYNEM
PREMIER EXECUTIVE
UA 00203924305

UA 25       NOV 4
FRM  NYC/KENNEDY
TO   LOS ANGELES

GATE   8
DEPARTS AT  6:11 PM

GIVE FEEDBACK - WWW.UALSURVEY.COM

SEAT  2C

F-CABIN
016  7932500824 CPN-2

---

Reserve your next spot at
www.theparkingspot.com

The Parking Spot
Thank you for parking at
Reserve your next spot on
www.theparkingspot.com

Payment Received
E0492 62202704923027311195
AMEX                    $27.64
XXXXXXXXX1001

Total                   $27.64

Sub Total               $25.13
Tax 10%                  $2.51

(Tax)                   $35.90
E0492                  $(10.77)

11/04/10 21:01 -
Period 1d0h18'
11/03/10 12:44 -
Standard Ticket
CVD - No. 038515
Cashier 29
Receipt 059538

Booth 2 Fe 11/04/10 21:01
Los Angeles, CA 90045
310-642-0947
5701 West Century Blvd.
Phone: (800) 745-2276
LAX/Century - Look for
BLUE Century signs

Welcome!



N 25.13T  2.51
$ 27.64 B2FC AMEX
11/04/10 21:01

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD                                  Ride Receipt
BLDG 156 ROOM 5158
BURBANK, CA 91522

Account#    : 194014
Invoice#    :
Inv Date    :

| Date | Description | Charges | Credits |
|---|---|---|---|
| | **Res#: 884557**    PU: 30 ROCKERFELLER PLAZA NEW YORK NY 10112 | | |
| 11/4/2010 | Drop: JFK 25 UA | | |
| | **Pickup: 15:45**         **Passenger:** SMITH WAYNE M | | |
| | Flat:                                                    TC | $88.00 | |
| | Req By: MARY SMITH,                          Gratuity: | $0.00 | |
| Extra | 8184241658: | $0.00 | |
| Services | Brian:5182163038: | $0.00 | |
| | Tax: | $7.82 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $95.82 | |
| | **Paid By Credit Card xxxxxxxxxxx1001**       **Trip Amount Due:** | $0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158                           Ride Receipt
BURBANK, CA 91522

Account#   : 194014
Invoice#   : CCB110410
Inv Date   : 11/4/2010

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 11/3/2010 | **Res#:** 884548-2    **PU:** JFK 890 UA | | |
| | **Drop:** 160 CENTRAL PARK SOUTH NEW YORK NY 10019-2 | | |
| | **Pickup:** 21:37                    **Passenger:** SMITH WAYNE M | | |
| | Flat:                                                      TC | $88.00 | |
| | Req By: YOLANDA                              Gratulty: | $0.00 | |
| **Extra Services** | 8184241658: | $0.00 | |
| | Tax: | $7.82 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $95.82 | |
| | **Paid By Credit Card** xxxxxxxxxxx1001    **Trip Amount Due:** | $0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

## INFORMATION INVOICE

Mr. Wayne M Smith
No Address
La Canada Flintridge CA 91011
United States

| | |
|---|---|
| **Room Number:** | 2808 |
| **Arrival Date:** | 11-03-10 |
| **Departure Date:** | 11-04-10 |
| **Voucher/PO No.:** | |
| **Page No:** | 1 of 1 |
| **Confirmation No.:** | 18954427 |
| **Folio No:** | 174091 |
| | **11-09-10** |

**Travel Agent :** BCD TRAVEL USA L.L.C.
**Company:**       Time Warner

| Date | Description | Reference | | Charges/Adj | Payments |
|---|---|---|---|---|---|
| ~~11-03-10~~ | ~~Room Service Breakfast~~ | ~~Room# 2808 ; CHECK# 2355  1.86~~ | | ~~2.58~~ | |
| | | auto routing split into 0.19 and 1.67. | | | |
| | | Routed From Pepper Guy D Of Room | | | |
| | | #2808 POSTED TO LOST INTERFACE | | | |
| | | FROM RESV_NAME_ID = 18153681 | | | |
| | | STATUS = CHECKED OUT Interface | | | |
| | | Down Late Posting 9500 | | | |
| | | #9500=>Smith Wayne M #2808 | | | |
| 11-03-10 | Room Chg - Package | | | 379.00 | |
| 11-03-10 | Sales Tax 8.875% | | | 33.46 | |
| 11-03-10 | City Occ Tax 5.875% | | | 22.15 | |
| 11-03-10 | City Occ Tax per Rm/Night | | | 4.00 | |
| 11-03-10 | Conv Ctr Tax $1.50 Rm/Nght | | | 1.50 | |
| 11-04-10 | American Express | XXXXXXXXXXX1001 | XX/XX | | 442.69 |

| | **Total** | 442.69 | 442.69 |
|---|---|---|---|
| | **Balance** | 0.00 | |

#440.11

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | November 4, 1010 Creditors Committee Meeting (New York) |
|---|---|
| Train Fare | $272.45 |
| Parking | 9.00 |
| Mileage * | 19.00 |
| Total: | $300.45 |

* 38 miles round trip from home to BWI Airport @ $.50/per mile.

**TOTAL ALLOWED AMOUNT:   $300.45**

CPAM: 1811717.14

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

10414    153
11/04/10 18:25  1818 AB  1  Lane  12
11/04/10 07:02 In   11/04/10 18:25 Out
lkt# 286029
Visa Card        $ 9.00
XXXXXXXXXXXX4604 04/12
Approval No.: 088080
Reference No.: 00008071

---

**AMTRAK**  Riders / Baggage

1
Name of Passenger
SALGANIK/MARC MR
           7016729670

From
BWI AIRPORT STA,MD
To
NEW YORK PENN,NY
2V      Carrier/No.      Date
  2154    04NOV10
KB    Accom    Space/Car
EXPRSS BSNESS
Form of Payment
V1173.00 4604
Rail Fare        Accom Charge
$173.00         $.00
Fare Plans       Total
                $173.00

00AE
6051048113856    01  01
01NOV10          No. of
           74A20    Ticket/Model #
PASSENGER RECEIPT

---

**AMTRAK**  Riders / Baggage

Name of Passenger
SALGANIK/MARC

From
NEW YORK PENN,NY
To
BWI AIRPORT STA,MD
2V     Carrier/No.      Date
  173    04NOV10
YA    Accom    Space/Car
RESERVD COACH
199.45 4604
Rail Fare        Accom Charge
$99.45          $.00
Fare Plans       Total
                $99.45

F1
87860067521      01  01
N0V10            No. of
           C3485    Reservation #
PASSENGER RECEIPT

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | November 4, 2010 Creditors' Committee Meeting (New York) |
|---|---|
| Train Fare | $291.35 |
| Parking | 18.00 |
| Cab Fare | 9.80 |
| Total: | $319.15 |

**TOTAL ALLOWED AMOUNT:   $319.15**





```
Termina #:18 Cashter#:4
11/4/2010 7:28 AM
11/4/2010 7:02 PM - 11:35
664085913 / #275561
DAILY    : $    18.00
TOTAL    : $    18.00
   CRDT CRD : $    18.00
xxxxxxxxxx3003 Swiped
AMERICAN EXPRESS
Purchase 10/11/04 19:01:59
Seq# 376168
Auth# 526389
APPROVED
-----------------------------
     "HANK YOU FOR
     PARKING WITH US
   DRIVE CAREFULLY


        USPG
UNION STATION GARAGE
   202-898-1950
-----------------------------
```

```
11/04/10 03:04PM
MEDALLION    7B92
DRIVER    347093
JOB 103082425228
TRIP#        17
START    02:47PM
END      03:04PM
DIST      1.1 MI
---------------
STAND. CITY RATE
RATE 1    1.1 MI
FARE      9.30
STATE     0.50
TOTAL     9.80

CONTACT TLC 311
```