David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200


Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700


*Attorneys for Bridge Lenders,
Huron Consulting Services LLC, and
White & Case LLP*

IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on December 27, 2010, true and correct copies of (1) **The Bridge Lenders' Responses and Objections to the Debtors' First Request for Production of Documents**, (2) **Huron Consulting Services LLC's Responses and Objections to the Subpoena of the Debtors**, and (3) **White & Case LLP's Responses and Objections to the Subpoena of the Debtors** were served upon the parties listed below *via* first-class mail and electronic mail delivery:

James F. Conlan, Esq.
David M. Miles, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jconlan@sidley.com
dmiles@sidley.com

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com

Dated: December 27, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444

-and-

WM1A 977257v1 12/27/10