# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: January 17, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
AND THE NOTICE PARTIES

The Twentieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 Through November 30, 2010 (the **"Application"**) has been filed with the Bankruptcy Court.   The Application seeks allowance of interim fees in the amount of $57,522.50 and interim expenses in the amount of $34.43.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865): 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (9479); KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416): Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides. Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc.. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before January 17, 2011, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn: J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent: Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn: Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn: Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    December 28, 2010
          Saint Louis, Missouri

**STUART MAUE**

By: _____
    W. Andrew Dalton
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: January 17, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

## TWENTIETH MONTHLY APPLICATION OF STUART MAUE
## AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide<br>professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *nunc pro tunc* to<br>February 20, 2009 |
| Period for which compensation<br>and reimbursement is sought: | November 1, 2010 through November 30, 2010 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Holdings, Inc. (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of compensation sought
as actual, reasonable, and necessary:                    $57,522.50

Amount of expense reimbursement sought
as actual, reasonable, and necessary:                    $      31.43

This is a monthly application.

This monthly application includes 0.20 hour incurred in connection with the preparation of fee applications.

Prior applications: This is the Twentieth Monthly Application filed by Stuart Maue. The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | $0.00 |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | $55,960.00 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.20 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $76,880.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $64,308.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $28,928.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $52,016.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $68,424.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2010 | $75,320.00 | $313.31 | $60,256.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $50,532.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $46,564.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $37,260.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $32,822.00 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $58,014.00 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $50,744.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $51,900.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $70,870.00 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |
| 12/02/2010 | 10/01/2010 – 10/31/2010 | $83,692.50 | $1,011.13 | $66,954.00 | $1,011.13 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: January 17, 2011 at 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## TWENTIETH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

Stuart Maue, Fee Examiner to the Court, hereby submits this Twentieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 Through November 30, 2010 (the "**Application**"). In support thereof, Stuart Maue respectfully states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BACKGROUND

1.     On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.     The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.     On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.     The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.     Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.     The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.     Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from November 1, 2010 through November 30, 2010 (the "**Application Period**"). The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.     A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**. A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**. A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**. All time entries and requested expense are in compliance with Local Rule 2016-2.

10.     On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.     In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period. During the Application Period, Stuart Maue incurred fees of $57,522.50 and expenses in the amount of $31.43.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.    Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.    All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

**SUMMARY OF SERVICES RENDERED**

15.    The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.    In November 2010 Stuart Maue performed the analysis of quarterly fee applications filed by various case professionals, issued reports of our preliminary findings and questions, interacted with case professionals, and filed final reports with the Court.  In addition, Stuart Maue communicated with case professionals new to these cases regarding the fee application process and reviewed invoice data to assist the firms in complying with the applicable rules and guidelines.

17.    When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis.  Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses.  The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.    After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application.  This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense

-4-

documentation. In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries. The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional. With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards. While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.     The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.     Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question. The preliminary report is provided to the case professional, and the firm is

invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.     Stuart Maue expended 208.50 hours during the Application Period in furtherance of work performed on behalf of the Court. Stuart Maue requests allowance of compensation in the amount of $57,522.50 for services performed as Fee Examiner at a blended hourly rate of $275.89. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $46,018.00. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.     During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C. Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.     Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $31.43.

## NOTICE

25.     Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order. In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    December 28, 2010
          Saint Louis, Missouri

                         **STUART MAUE**


                         By:  _____
                              W. Andrew Dalton
                              3840 McKelvey Road
                              St. Louis, Missouri  63044
                              Telephone:  (314) 291-3030
                              Facsimile:  (314) 291-6546
                              tribunebkr@smmj.com

                              *Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| W. Andrew Dalton | Manager | $325.00 | 3.70 | $1,202.50 |
| Dave Brown | Senior Legal Auditor | $275.00 | 16.50 | $4,537.50 |
| Kathryn Hough | Legal Auditor | $275.00 | 70.10 | $19,277.50 |
| Phyllis Schauffler | Legal Auditor | $275.00 | 23.50 | $6,462.50 |
| Kathy C. Tahan | Legal Auditor | $275.00 | 46.00 | $12,650.00 |
| Pamela S. Snyder | Legal Auditor | $275.00 | 48.70 | $13,392.50 |
| | | Total: | 208.50 | $57,522.50 |
| | | Blended Hourly Rate: | $275.89 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 208.30 | $57,447.50 |
| Stuart Maue Retention/Compensation | 0.20 | $75.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (148 copies @ $0.10 per page) | $14.80 |
| Postage | $16.63 |
| Total | $31.43 |

**Exhibit B**

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029897**
**Matter Number: 1029897**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/23/2010 | PSS | 0.50 | Reconcile fees in database to hard copy of interim application. | 137.50 |
| 11/29/2010 | PSS | 1.40 | Continue to reconcile fees in database to hard copy of interim application. | 385.00 |
| | | 1.20 | Review expenses and draft expense section of report. | 330.00 |
| | | **3.10** | | **$852.50** |

**Exhibit: B**

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029897**
**Matter Number: 1029897**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 3.10 = | $852.50 |
| Total for Legal Auditors: | | | 3.10 | $852.50 |
| Total Hours Worked: | | | 3.10 | |
| Total Hours Billed: | | | 3.10 | $852.50 |

*STUART/MAUE*
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029898**
**Matter Number: 1029898**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/29/2010 | PSS | 1.30 | Reconcile fees in database to hard copy of interim application. | 357.50 |
| | | 0.40 | Review expenses and draft expense section of report. | 110.00 |
| 11/30/2010 | PSS | 0.30 | Continue to review expenses and draft expense section of report. | 82.50 |
| | | **2.00** | | **$550.00** |

Exhibit: B

### STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029898**
**Matter Number: 1029898**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 2.00 | = | $550.00 |
| **Total for Legal Auditors:** | | | | 2.00 | | $550.00 |
| **Total Hours Worked:** | | | | 2.00 | | |
| **Total Hours Billed:** | | | | 2.00 | | $550.00 |

**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1028880
Matter Number: 1028880
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/01/2010 | KCT | 0.90 | Analyze legal research. | 247.50 |
| | | 0.20 | Review potential double billing. | 55.00 |
| | | 0.20 | Review and analyze fee entries related to travel and nonfirm multiple attendance. | 55.00 |
| | | 1.50 | Review and analyze fee entries related to nonfirm multiple attendance. | 412.50 |
| | | 0.80 | Review and analyze paraprofessionals' fee entries containing administrative/clerical activity. | 220.00 |
| | | 1.20 | Review and analyze fee entries describing administrative/clerical activity. | 330.00 |
| 11/02/2010 | KCT | 3.10 | Review and analyze block billed fee entries greater than 0.50 hour. | 852.50 |
| | | 1.30 | Review and analyze vague conferences. | 357.50 |
| 11/03/2010 | KCT | 0.10 | Review and analyze fee entries related to other professionals retention and fee and expenses. | 27.50 |
| | | 0.40 | Review and analyze fee entries related to firm's retention and fee applications. | 110.00 |
| | | 1.20 | Review and analyze fee entries containing vague activity. | 330.00 |
| | | 1.40 | Review and analyze vague e-mails and correspondence. | 385.00 |
| | | 0.20 | Review and anlayze fee entries related to preparation of a supplemental affidavit with regard to conflicts with potential third party claimants. | 55.00 |
| | | 0.20 | Review and analyze fee entries describing additional administrative/clerical activity. | 55.00 |
| 11/04/2010 | KCT | 0.10 | Review and analyze fee entries related to meals. | 27.50 |
| | | 0.10 | Review and analyze timekeepers' roles. | 27.50 |
| | | 0.30 | Verification of fee entries categorized administrative activity. | 82.50 |
| | | 0.40 | Verification of fee entries categorized clerical. | 110.00 |
| | | 0.50 | Verification of fee entries categorized as nonfirm conferences. | 137.50 |
| | | 0.10 | Review and analyze fee entries containing cite checking. | 27.50 |
| | | 0.50 | Verification of fee entries categorized as nonfirm multiple attendance. | 137.50 |
| | | 0.40 | Review and analyze fee entries related to review of document production. | 110.00 |
| | | 2.30 | Continue to review and analyze uncategorized fee entries with emphasis on vague activity. | 632.50 |
| 11/08/2010 | KCT | 2.50 | Review and analyze intraoffice multiple attendance. | 687.50 |
| | | 0.90 | Verification of fee entries categorized intraoffice conferences. | 247.50 |
| 11/10/2010 | KCT | 2.00 | Continue to draft fee examiner's preliminary report. | 550.00 |
| | | 0.40 | Verification of fee entries categorized block billing. | 110.00 |
| | | 1.10 | Begin drafting fee examiner's preliminary report regarding firm's seventh interim application. | 302.50 |
| | | 0.20 | Verification of fee entries categorized travel, nonworking travel and travel multiple attendance. | 55.00 |
| 11/10/2010 | PSS | 0.40 | Revise discrepancy schedule to reflect additional discrepancy discovered. | 110.00 |
| 11/11/2010 | KCT | 2.10 | Review and revise fee examiner's preliminary report regarding firm's seventh interim application. | 577.50 |

**Exhibit: B**

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028880**
**Matter Number: 1028880**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|

**For Professional Services through 11/30/2010**

|  |  | 27.00 |  | $7,425.00 |

# STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028880**
**Matter Number: 1028880**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 0.40 | = | $110.00 |
| Kathy C. Tahan | KCT | 275.00 | x | 26.60 | = | $7,315.00 |
| | **Total for Legal Auditors:** | | | **27.00** | | **$7,425.00** |
| | **Total Hours Worked:** | | | **27.00** | | |
| | **Total Hours Billed:** | | | **27.00** | | **$7,425.00** |

Exhibit: B

**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1029535
Matter Number: 1029535
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/11/2010 | PSS | 2.00 | Reconcile fees in database to fees requested in monthly applications. | 550.00 |
| 11/12/2010 | PSS | 0.30 | Continue to reconcile fees in database to fees requested in monthly applications. | 82.50 |
| | | 1.70 | Review expenses requested in application and draft expense section of the report. | 467.50 |
| 11/15/2010 | PSS | 0.30 | Continue to review expenses requested in application and draft expense section of the report. | 82.50 |
| | | 0.70 | Reconcile fees in database to fees requested in interim application. | 192.50 |
| 11/17/2010 | KH | 4.70 | Analyze fee entries of Pauline Z. Ratkowiak for potentially inappropriate billing practices. | 1,292.50 |
| | | 0.80 | Analyze fee entries of Norman L. Pernick to identify potentially inappropriate billing practices. | 220.00 |
| | | 0.70 | Analyze fee entries of firm timekeepers for purpose of identifying potentially inappropriate billing practices. | 192.50 |
| 11/18/2010 | KH | 5.80 | Analyze fee entries of timekeeper Kate Stickles for potentially improper billing practices. | 1,595.00 |
| 11/19/2010 | KH | 0.50 | Analyze fee entries to identify multiple attendance at intraoffice conferences. | 137.50 |
| | | 0.70 | Analyze fee entries to identify potentially double billed entries. | 192.50 |
| | | 0.70 | Analyze fee entries to identify block billed entries. | 192.50 |
| | | 5.60 | Analyze fee entries and classify multiple attendance at non-firm conferences. | 1,540.00 |
| 11/19/2010 | PSS | 0.30 | Revise fee entries to proportionalize entries blocked billed by the firm. | 82.50 |
| 11/22/2010 | KH | 2.60 | Draft Preliminary Report. | 715.00 |
| | | 0.20 | Analyze individual timekeepers for purpose of identifying unnecessary long billing days. | 55.00 |
| | | 0.30 | Analyze fee entries for purpose of determining whether fees were billed in one-tenth hour increments. | 82.50 |
| | | 2.40 | Classify multiple billers for intraoffice conferences. | 660.00 |
| | | **30.30** | | **$8,332.50** |

# STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029535**
**Matter Number: 1029535**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 25.00 = | $6,875.00 |
| Pamela S. Snyder | PSS | 275.00 x | 5.30 = | $1,457.50 |
| **Total for Legal Auditors:** | | | 30.30 | **$8,332.50** |
| **Total Hours Worked:** | | | 30.30 | |
| **Total Hours Billed:** | | | 30.30 | **$8,332.50** |

Exhibit: B

# STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028195**
**Matter Number: 1028195**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/17/2010 | DB | 1.00 | Drafted preliminary report. | 275.00 |
| | | **1.00** | | **$275.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028195**
**Matter Number: 1028195**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Senior Legal Auditors**

| Dave Brown | DB | 275.00 x | 1.00 = | $275.00 |
|---|---|---|---|---|
| Total for Senior Legal Auditors: | | | 1.00 | $275.00 |
| Total Hours Worked: | | | 1.00 | |
| Total Hours Billed: | | | 1.00 | $275.00 |

Exhibit: B

## STUART*MAUE*
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029135**
**Matter Number: 1029135**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/17/2010 | DB | 0.30 | Drafted preliminary report. | 82.50 |
| | | **0.30** | | **$82.50** |

**Exhibit: B**

## STUART MAUE
LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029135**
**Matter Number: 1029135**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Senior Legal Auditors**

| Dave Brown | DB | 275.00 x | 0.30 = | $82.50 |
|------|----------|------|-------|--------|
| | **Total for Senior Legal Auditors:** | | 0.30 | $82.50 |
| | **Total Hours Worked:** | | 0.30 | |
| | **Total Hours Billed:** | | 0.30 | $82.50 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028055**
**Matter Number: 1028055**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/16/2010 | DB | 1.00 | Drafted preliminary report. | 275.00 |
| | | 2.20 | Reviewed fee entries for purposes of drafting preliminary report. | 605.00 |
| | | **3.20** | | **$880.00** |

# STUART MAUE
### LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028055**
**Matter Number: 1028055**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Senior Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 3.20 = | $880.00 |
| Total for Senior Legal Auditors: | | | 3.20 | $880.00 |
| Total Hours Worked: | | | 3.20 | |
| Total Hours Billed: | | | 3.20 | $880.00 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029615**
**Matter Number: 1029615**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/01/2010 | KH | 2.10 | Draft Preliminary Report. | 577.50 |
| | | 0.30 | Analyze time entries to determine if timekeepers billed in one-tenth of an hour increments. | 82.50 |
| 11/17/2010 | DB | 1.50 | Revised preliminary report. | 412.50 |
| | | **3.90** | | **$1,072.50** |

Exhibit: B

## STUART MAUE
LEGAL COST MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1029615
Matter Number: 1029615
Firm: Ernst & Young

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Senior Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 1.50 = | $412.50 |
| Total for Senior Legal Auditors: | | | 1.50 | $412.50 |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 2.40 = | $660.00 |
| Total for Legal Auditors: | | | 2.40 | $660.00 |
| Total Hours Worked: | | | 3.90 | |
| Total Hours Billed: | | | 3.90 | $1,072.50 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029616**
**Matter Number: 1029616**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/01/2010 | KH | 2.00 | Analyze time entries for purpose of identifying potentially improper billing practices. | 550.00 |
| | | 0.30 | Analyze time entries to determine if timekeepers billed in one-tenth of an hour increments. | 82.50 |
| 11/02/2010 | KH | 1.40 | Drafting Preliminary Report. | 385.00 |
| 11/17/2010 | DB | 1.30 | Drafted preliminary report. | 357.50 |
| | | **5.00** | | **$1,375.00** |

# STUART MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029616**
**Matter Number: 1029616**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Senior Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 1.30 = | $357.50 |
| **Total for Senior Legal Auditors:** | | | **1.30** | **$357.50** |

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Kathryn Hough | KH | 275.00 x | 3.70 = | $1,017.50 |
| **Total for Legal Auditors:** | | | **3.70** | **$1,017.50** |
| **Total Hours Worked:** | | | **5.00** | |
| **Total Hours Billed:** | | | **5.00** | **$1,375.00** |

*STUART MAUE*
LEGAL COST / MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1029739
Matter Number: 1029739
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/05/2010 | PSS | 1.50 | Reconcile fees in database to fees requested in interim application. | 412.50 |
| 11/09/2010 | PSS | 0.30 | Continue to reconcile fees in database to fees requested in interim application. | 82.50 |
| | | 0.80 | Revise database to indicate redactions noted on hard copy of invoices. | 220.00 |
| 11/10/2010 | PSS | 5.20 | Continue to revise database to indicate redactions noted on hard copy of invoices. | 1,430.00 |
| 11/11/2010 | KCT | 0.40 | Review and analyze intraoffice conferences. | 110.00 |
| | | 1.00 | Review and analyze fee entries describing conferences. | 275.00 |
| | | 0.50 | Review and analyze firm's seventh interim fee application. | 137.50 |
| | | 0.20 | Review and analyze retention application and order for Novack and Macey LLP as it relates to Novack's replacement of Jenner with regard to the Morgan Stanley swap. | 55.00 |
| 11/11/2010 | PSS | 0.90 | Review expenses requested in application and draft expense section of the report. | 247.50 |
| | | 0.60 | Continue to revise database to indicate redactions noted on hard copy of invoices. | 165.00 |
| | | 0.90 | Continue to reconcile fees in database to fees requested in interim application. | 247.50 |
| 11/15/2010 | KCT | 1.10 | Analyze nonfirm multiple attendance. | 302.50 |
| | | 0.80 | Review and analyze fee entires describing clerical activity. | 220.00 |
| | | 1.70 | Review intraoffice multiple attendance. | 467.50 |
| | | 1.00 | Review and analyze nonfirm conferences. | 275.00 |
| | | 0.10 | Review and analyze potential long billing days. | 27.50 |
| 11/17/2010 | KCT | 1.20 | Continue to review and analyze clerical activity. | 330.00 |
| | | 0.40 | Analyze legal research. | 110.00 |
| | | 0.20 | Review and analyze inappropriate time increments. | 55.00 |
| | | 0.60 | Review and analyze fee entries containing other vague communications. | 165.00 |
| | | 0.30 | Review and analyze potential travel. | 82.50 |
| | | 1.00 | Analyze block billed fee entries. | 275.00 |
| | | 0.40 | Review and analyze fee entries containing vague conferences. | 110.00 |
| | | 0.50 | Analyze timekeepers' roles. | 137.50 |
| 11/18/2010 | KCT | 0.10 | Review and analyze fee entries related to firm's retention and fee applications. | 27.50 |
| | | 0.70 | Verification of fee entries categorized clerical. | 192.50 |
| | | 0.20 | Review and analyze fee entries regarding timekeeper orientation and roles. | 55.00 |
| | | 2.40 | Review and analyze uncategorized fee entries. | 660.00 |
| | | 0.40 | Review potential double billing. | 110.00 |
| | | 0.10 | Review and analyze potential pre-retention billing and billing outside the application period. | 27.50 |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029739**
**Matter Number: 1029739**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/19/2010 | KCT | 1.20 | Draft fee examiner's preliminary report regarding firm's seventh interim fee application. | 330.00 |
| | | 0.10 | Verification of fee entries categorized as blocked. | 27.50 |
| | | 0.30 | Continue to verify clerical activities. | 82.50 |
| | | 0.80 | Verification of fee entries categorized intraoffice multiple attendance. | 220.00 |
| | | 0.40 | Verification of fee entries categorized intraoffice conference. | 110.00 |
| 11/22/2010 | KCT | 1.30 | Review and revise fee examiner's preliminary report regarding firm's seventh interim application. | 357.50 |
| | | **29.60** | | **$8,140.00** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029739**
**Matter Number: 1029739**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 10.20 | = | $2,805.00 |
| Kathy C. Tahan | KCT | 275.00 | x | 19.40 | = | $5,335.00 |
| | **Total for Legal Auditors:** | | | **29.60** | | **$8,140.00** |
| | **Total Hours Worked:** | | | **29.60** | | |
| | **Total Hours Billed:** | | | **29.60** | | **$8,140.00** |

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028097**
**Matter Number: 1028097**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/17/2010 | DB | 1.40 | Reviewed fee entries for purposes of drafting preliminary report. | 385.00 |
| 11/18/2010 | DB | 1.60 | Drafted preliminary report. | 440.00 |
| | | 1.20 | Continuing reviewing fees in connection with preliminary report. | 330.00 |
| | | **4.20** | | **$1,155.00** |

Exhibit: B

## STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028097**
**Matter Number: 1028097**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Senior Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 4.20 = | $1,155.00 |
| Total for Senior Legal Auditors: | | | 4.20 | $1,155.00 |
| Total Hours Worked: | | | 4.20 | |
| Total Hours Billed: | | | 4.20 | $1,155.00 |



**STUART/MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028196**
**Matter Number: 1028196**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/08/2010 | WD | 0.80 | Revise and complete Preliminary Report, including contemporaneous review of expense item categorization. | 260.00 |
| 11/09/2010 | PSS | 1.70 | Review preliminary report and exhibits to verify amounts and calculations. | 467.50 |
| | | **2.50** | | **$727.50** |

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1028196
Matter Number: 1028196
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 0.80 = | $260.00 |
| Total for Legal Audit Managers: | | | 0.80 | $260.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.70 = | $467.50 |
| Total for Legal Auditors: | | | 1.70 | $467.50 |
| Total Hours Worked | | | 2.50 | |
| Total Hours Billed: | | | 2.50 | $727.50 |

Exhibit: B

# STUART/MAUE
### LEGAL COST / MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029536**
**Matter Number: 1029536**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/03/2010 | KH | 2.90 | Analyze fee entries for potentially improper billing practices. | 797.50 |
| 11/04/2010 | KH | 2.60 | Draft Preliminary Report. | 715.00 |
| | | **5.50** | | **$1,512.50** |

Exhibit: B

# STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029536**
**Matter Number: 1029536**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 5.50 = | $1,512.50 |
| | | **Total for Legal Auditors:** | 5.50 | $1,512.50 |
| | | **Total Hours Worked:** | 5.50 | |
| | | **Total Hours Billed:** | 5.50 | $1,512.50 |

**Exhibit: B**

STUART/MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1029855
Matter Number: 1029855
Firm: Levine Sullivan Koch & Schulz

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/01/2010 | WD | 0.10 | Draft e-mail to Seth Berlin regarding inclusion of L codes in fee application data. | 32.50 |
| 11/11/2010 | PSS | 0.30 | Review first application filed by LSKS to provide feedback regarding format of electronic data. | 82.50 |
| 11/12/2010 | WD | 0.50 | Review data provided by Levine Sullivan and e-mail Seth Berlin with comments and observations. | 162.50 |
| 11/19/2010 | WD | 0.10 | E-mail exchange with Seth Berlin at Levine Sullivan regarding LEDES files and invoice data. | 32.50 |
| 11/30/2010 | WD | 0.30 | Review fee entries in LEDES files recevied from Seth Berlin. | 97.50 |
| | | 0.10 | Draft e-mail to Seth Berlin providing initial observations regarding the substance of the fee and expense entries. | 32.50 |
| | | **1.40** | | **$440.00** |

# STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029855**
**Matter Number: 1029855**
**Firm: Levine Sullivan Koch & Schulz**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.10 = | $357.50 |
| Total for Legal Audit Managers: | | | 1.10 | $357.50 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.30 = | $82.50 |
| Total for Legal Auditors: | | | 0.30 | $82.50 |
| Total Hours Worked: | | | 1.40 | |
| Total Hours Billed: | | | 1.40 | $440.00 |

Exhibit: B



Invoice Date: 12/22/2010
Invoice Number: R1021 - 1029016
Matter Number: 1029016
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/09/2010 | PSS | 1.10 | Review expenses and draft expense section of report. | 302.50 |
| | | 3.40 | Reconcile fees in database to amount requested in interim application. | 935.00 |
| 11/29/2010 | KH | 0.40 | Continue analysis of potentially improper billing practices. | 110.00 |
| | | 3.80 | Conduct analysis of fee entries to identify potentially improper billing practices. | 1,045.00 |
| 11/30/2010 | KH | 2.00 | Identification of multiple billers at non-firm conferences. | 550.00 |
| | | 0.30 | Analyze time entries for purpose of determining whether time billed for non-working travel was billed in accordance with local rule. | 82.50 |
| | | 1.50 | Analyze time entries for purpose of identifying lumped entries that potentially violate local rule. | 412.50 |
| | | 0.40 | Analyze fee entries for purpose of identifying potentially inaccurate billing practices. | 110.00 |
| | | 0.70 | Analyze daily billing totals for purpose of identifying potentially duplicative or non-productive timekeepers. | 192.50 |
| | | 1.20 | Analyze fee entries for purpose of identifying amount billed in preparation of fee application. | 330.00 |
| | | 1.10 | Classification of multiple billers at intraoffice conferences. | 302.50 |
| | | 0.40 | Determine whether billing was submitted on one tenth hour increments. | 110.00 |
| 11/30/2010 | PSS | 0.50 | Revise fee entries to proportionalize entries blocked billed by the firm. | 137.50 |
| | | **16.80** | | **$4,620.00** |

# STUART MAUE
### LEGAL COST ⋁ MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1029016
Matter Number: 1029016
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 11.80 = | $3,245.00 |
| Pamela S. Snyder | PSS | 275.00 x | 5.00 = | $1,375.00 |
| **Total for Legal Auditors:** | | | 16.80 | $4,620.00 |
| **Total Hours Worked:** | | | 16.80 | |
| **Total Hours Billed:** | | | 16.80 | $4,620.00 |

**Exhibit: B**

### STUART MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028355**
**Matter Number: 1028355**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/08/2010 | WD | 0.20 | Edit and revise the Fee Examiner's Preliminary Report. | 65.00 |
| 11/09/2010 | WD | 0.40 | Revise and complete Preliminary Report. | 130.00 |
| 11/16/2010 | PSS | 0.50 | Review preliminary report and exhibits to verify amounts and calculations. | 137.50 |
| | | **1.10** | | **$332.50** |

# STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028355**
**Matter Number: 1028355**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2010** | | | | | | |
| **Legal Audit Managers** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.60 | = | $195.00 |
| Total for Legal Audit Managers: | | | | 0.60 | | $195.00 |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| Total for Legal Auditors: | | | | 0.50 | | $137.50 |
| Total Hours Worked: | | | | 1.10 | | |
| Total Hours Billed: | | | | 1.10 | | $332.50 |



Exhibit: B

**Invoice Date:** 12/22/2010
**Invoice Number:** R1021 - 1029555
**Matter Number:** 1029555
**Firm:** Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/22/2010 | PSS | 0.30 | Reconcile fees in database to hard copy of interim application. | 82.50 |
| 11/23/2010 | PSS | 1.60 | Review expenses and draft expense section of report. | 440.00 |
| | | 1.40 | Continue to reconcile fees in database to hard copy of interim application. | 385.00 |
| 11/29/2010 | PS | 0.40 | Analysis of work performed by Amanda Stencel. | 110.00 |
| | | 0.30 | Analysis of work performed by Valerie Smolter. | 82.50 |
| | | 0.40 | Analysis of work performed by Matt Sandler. | 110.00 |
| | | 0.30 | Analysis of work performed by Safiya Karsan. | 82.50 |
| | | 0.40 | Analysis of work performed by Brian Dluhy. | 110.00 |
| | | 0.40 | Analysis of work performed by Marcia Long. | 110.00 |
| | | 0.50 | Analysis of work performed by John Dempsey. | 137.50 |
| | | 0.40 | Analysis of work performed by Cooper Greene. | 110.00 |
| | | 0.70 | Analysis of work performed by Dan Kaufman. | 192.50 |
| | | 0.70 | Analysis of work performed by Julie Donnell. | 192.50 |
| | | 0.40 | Review 7th Quarterly Fee Application. | 110.00 |
| | | 0.10 | Analysis of work performed by Nicole Cook. | 27.50 |
| | | 0.10 | Analysis of work performed by Rene King. | 27.50 |
| | | 0.20 | Analysis of work performed by Kimberly Moriarty. | 55.00 |
| | | 0.20 | Analysis of work performed by Julie Mayer. | 55.00 |
| | | 0.30 | Analysis of work performed by Brian Wing. | 82.50 |
| | | 0.30 | Analysis of work performed by Mallory Warner. | 82.50 |
| | | 0.30 | Analysis of work performed by Joseph Malandruccolo. | 82.50 |
| 11/30/2010 | PS | 0.30 | Prepare preliminary report re: transient timekeepers. | 82.50 |
| | | 0.50 | Prepare introductory section of preliminary report. | 137.50 |
| | | 0.60 | Review intraoffice conferences. | 165.00 |
| | | 0.80 | Review conferences with multiple parties. | 220.00 |
| | | 1.40 | Prepare preliminary report re conferencing fees. | 385.00 |
| | | 0.70 | Prepare preliminary report re: block billing. | 192.50 |
| | | 1.10 | Prepare preliminary report re failure to comply with rules and guidelines. | 302.50 |
| | | 0.30 | Review fee entries billed on the whole hour. | 82.50 |
| | | **15.40** | | **$4,235.00** |

# STUART MAUE
### LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029555**
**Matter Number: 1029555**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Phyllis Schauffler | PS | 275.00 | x | 12.10 | = | $3,327.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.30 | = | $907.50 |
| **Total for Legal Auditors:** | | | | **15.40** | | **$4,235.00** |
| **Total Hours Worked:** | | | | **15.40** | | |
| **Total Hours Billed:** | | | | **15.40** | | **$4,235.00** |


STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029875**
**Matter Number: 1029875**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/15/2010 | PSS | 1.10 | Reconcile fees in database to fees requested in interim application. | 302.50 |
| 11/22/2010 | PSS | 3.10 | Continue to reconcile fees in database to fees requested in interim application. | 852.50 |
| | | 0.40 | Review expenses and draft expense section of report. | 110.00 |
| 11/23/2010 | PS | 0.20 | Analysis of fee entries of Justin Nieting. | 55.00 |
| | | 0.10 | Review fees for Kanak Soundarajan. | 27.50 |
| | | 0.20 | Review fees for Justin Wu. | 55.00 |
| | | 0.20 | Analysis of fee entries of Matt Sandler | 55.00 |
| | | 0.20 | Analysis of fee entries of Julie Mayer. | 55.00 |
| | | 0.30 | Analysis of fee entries of John Dempsey. | 82.50 |
| | | 0.50 | Analysis of fee entries of Joseph Malandruccolo. | 137.50 |
| | | 0.60 | Analysis of fee entries of Amanda Stencel. | 165.00 |
| | | 0.70 | Analysis of fee entries of Julie Donnell. | 192.50 |
| | | 0.80 | Analysis of fee entries of Marcia Long. | 220.00 |
| | | 0.20 | Review administrative activities. | 55.00 |
| | | 0.30 | Prepare introductory narrative of preliminary report. | 82.50 |
| | | 0.20 | Prepare section of preliminary report on administrative tasks. | 55.00 |
| | | 0.30 | Review fee entries for transient timekeepers. | 82.50 |
| | | 0.20 | Prepare section of preliminary report on transient timekeepers. | 55.00 |
| | | 0.20 | Review block billing. | 55.00 |
| | | 0.20 | Prepare section of preliminary report on block billing. | 55.00 |
| | | 0.30 | Review fee entries with whole hour time increments. | 82.50 |
| | | 0.20 | Prepare section of preliminary report on time increments. | 55.00 |
| | | 0.20 | Review vaguely described conferences. | 55.00 |
| | | 0.20 | Prepare section of preliminary report on vaguely described conferences. | 55.00 |
| | | 0.10 | Review UST Guidelines re project billing. | 27.50 |
| | | 0.20 | Prepare section of preliminary report on compliance with UST Guidelines re: project billing. | 55.00 |
| | | 0.20 | Analysis of fee entries of Rene King. | 55.00 |
| | | 0.20 | Analysis of fee entries of Nate Shaw. | 55.00 |
| | | 0.20 | Review fees for Shruti Wadgaonkar. | 55.00 |
| | | 0.80 | Review retention application, supporting documents and order. | 220.00 |
| 11/24/2010 | PS | 1.40 | Finalize preliminary report. | 385.00 |
| | | 1.10 | Review fees describing conferences. | 302.50 |
| | | 0.90 | Prepare preliminary report re conferences. | 247.50 |
| | | **16.00** | | **$4,400.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029875**
**Matter Number: 1029875**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Phyllis Schauffler | PS | 275.00 x | 11.40 = | $3,135.00 |
| Pamela S. Snyder | PSS | 275.00 x | 4.60 = | $1,265.00 |
| **Total for Legal Auditors:** | | | **16.00** | **$4,400.00** |
| **Total Hours Worked:** | | | **16.00** | |
| **Total Hours Billed:** | | | **16.00** | **$4,400.00** |

## STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028336**
**Matter Number: 1028336**
**Firm: Official Committee of Unsecured**
**Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/15/2010 | WD | 0.20 | Revise and complete Preliminary Report. | 65.00 |
| 11/16/2010 | PSS | 0.20 | Review preliminary report to verify amounts. | 55.00 |
| | | **0.40** | | **$120.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028336**
**Matter Number: 1028336**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Legal Audit Managers**

| | | | | |
|------|----------|----------|-------|--------|
| W. Andrew Dalton | WD | 325.00 × | 0.20 = | $65.00 |
| **Total for Legal Audit Managers:** | | | **0.20** | **$65.00** |

**Legal Auditors**

| | | | | |
|------|----------|----------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 × | 0.20 = | $55.00 |
| **Total for Legal Auditors:** | | | **0.20** | **$55.00** |

| | | | | |
|------|----------|----------|-------|--------|
| **Total Hours Worked:** | | | **0.40** | |
| **Total Hours Billed:** | | | **0.40** | **$120.00** |

## *STUART/MAUE*
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029715**
**Matter Number: 1029715**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/01/2010 | PSS | 0.40 | Review expenses requested in application, including supporting documentation provided. | 110.00 |
| 11/02/2010 | PSS | 0.20 | Continue to review expenses requested in application, including supporting documentation provided. | 55.00 |
| 11/15/2010 | WD | 0.20 | Draft Fee Examiner's Final Report. | 65.00 |
| 11/16/2010 | PSS | 0.20 | Review final report to verify amounts. | 55.00 |
| | | **1.00** | | **$285.00** |

**Exhibit: B**

## STUART MAUE
### LEGAL COST MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1029715
Matter Number: 1029715
Firm: Official Committee of Unsecured Creditors

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 0.20 = | $65.00 |
| Total for Legal Audit Managers: | | | 0.20 | $65.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| Total for Legal Auditors: | | | 0.80 | $220.00 |
| Total Hours Worked: | | | 1.00 | |
| Total Hours Billed: | | | 1.00 | $285.00 |

# STUART/MAUE
### LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029915**
**Matter Number: 1029915**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/19/2010 | PSS | 2.30 | Reconcile fees in database to hard copy of interim application. | 632.50 |
| 11/22/2010 | PSS | 1.10 | Continue to reconcile fees in database to hard copy of interim application. | 302.50 |
| | | 0.20 | Review expenses and draft expense section of report. | 55.00 |
| 11/23/2010 | KH | 2.70 | Analyze fee entries and identify potentially improper billing practices. | 742.50 |
| | | 0.90 | Analyze fee entries for purpose of determining whether multiple timekeepers billed for attendance at non-firm or intraoffice conferences. | 247.50 |
| | | 1.80 | Draft Preliminary Report. | 495.00 |
| | | **9.00** | | **$2,475.00** |

Exhibit: B

# STUART/MAUE
LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029915**
**Matter Number: 1029915**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 5.40 = | $1,485.00 |
| Pamela S. Snyder | PSS | 275.00 x | 3.60 = | $990.00 |
| **Total for Legal Auditors:** | | | 9.00 | $2,475.00 |
| **Total Hours Worked:** | | | 9.00 | |
| **Total Hours Billed:** | | | 9.00 | $2,475.00 |

**Exhibit: B**

# STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029916**
**Matter Number: 1029916**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/22/2010 | PSS | 0.20 | Review expenses and draft expense section of report. | 55.00 |
| | | 2.30 | Reconcile fees in database to hard copy of interim application. | 632.50 |
| 11/23/2010 | KH | 0.70 | Draft Preliminary Report. | 192.50 |
| | | 1.20 | Analyze fee entries for potentially improper billing practices. | 330.00 |
| | | 0.50 | Analyze fee entries and determine whether multiple timekeepers billed for attendance at non-firm or intraoffice conferences. | 137.50 |
| 11/24/2010 | KH | 1.90 | Draft Preliminary Report. | 522.50 |
| | | **6.80** | | **$1,870.00** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029916**
**Matter Number: 1029916**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 4.30 = | $1,182.50 |
| Pamela S. Snyder | PSS | 275.00 x | 2.50 = | $687.50 |
| Total for Legal Auditors: | | | 6.80 | $1,870.00 |
| Total Hours Worked: | | | 6.80 | |
| Total Hours Billed: | | | 6.80 | $1,870.00 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1027935**
**Matter Number: 1027935**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/16/2010 | WD | 0.10 | Telephone call with PwC regarding response to preliminary report and revised invoice data. | 32.50 |
| | | **0.10** | | **$32.50** |

## STUART MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1027935**
**Matter Number: 1027935**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Legal Audit Managers**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.10 | = | $32.50 |
| Total for Legal Audit Managers: | | | | 0.10 | | $32.50 |
| Total Hours Worked: | | | | 0.10 | | |
| Total Hours Billed: | | | | 0.10 | | $32.50 |

**Exhibit: B**

## STUART⁄MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029537**
**Matter Number: 1029537**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/01/2010 | PSS | 2.20 | Review expenses requested in application and draft expense section of the report. | 605.00 |
| 11/04/2010 | KH | 0.90 | Analyze fee entries and determine whether billing was entered in one-tenth hour time increments. | 247.50 |
| | | 4.10 | Analyze fee entries for purpose of identifying improper billing practices. | 1,127.50 |
| 11/05/2010 | KH | 3.90 | Draft Preliminary Report | 1,072.50 |
| | | 0.80 | Analyze fee entries to identify multiple billers at non-firm conferences | 220.00 |
| 11/05/2010 | PSS | 0.40 | Revise fee entries to proportionalize entries blocked billed by the firm. | 110.00 |
| | | **12.30** | | **$3,382.50** |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1029537**
**Matter Number: 1029537**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 275.00 | x | 9.70 | = | $2,667.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.60 | = | $715.00 |
| **Total for Legal Auditors:** | | | | **12.30** | | **$3,382.50** |
| **Total Hours Worked:** | | | | **12.30** | | |
| **Total Hours Billed:** | | | | **12.30** | | **$3,382.50** |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/02/2010 | PSS | 0.30 | Review applications received recently. | 82.50 |
| 11/05/2010 | PSS | 0.30 | Review recently received applications. | 82.50 |
| 11/05/2010 | WD | 0.10 | Draft and verify Certificate of No Objection for 6th quarterly fee application. | 32.50 |
| 11/09/2010 | PSS | 0.10 | Review applications received today. | 27.50 |
| 11/11/2010 | PSS | 0.40 | Review status of interim applications recently received. | 110.00 |
| 11/12/2010 | WD | 0.50 | Send e-mails to AlixParterns, Mercer, Moelis, Paul Hastings, and PwC regarding electronic invoice data. | 162.50 |
| 11/16/2010 | PSS | 0.10 | Review applications received yesterday. | 27.50 |
| 11/19/2010 | WD | 0.10 | Draft Certificate of No Objection for Stuart Maue's 18th monthly fee application. | 32.50 |
| 11/23/2010 | PSS | 0.10 | Review recently received applications. | 27.50 |
| 11/30/2010 | PSS | 0.40 | Review applications recently received. | 110.00 |
| | | **2.40** | | **$695.00** |

Exhibit: B

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 11/30/2010**

**Legal Audit Managers**

| | | | | | | |
|---|---|---|---|---|---|---|
| W. Andrew Dalton | WD | 325.00 | x | 0.70 | = | $227.50 |
| | **Total for Legal Audit Managers:** | | | **0.70** | | **$227.50** |

**Legal Auditors**

| | | | | | | |
|---|---|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 | x | 1.70 | = | $467.50 |
| | **Total for Legal Auditors:** | | | **1.70** | | **$467.50** |

| | | | | |
|---|---|---|---|---|
| | **Total Hours Worked:** | | **2.40** | |
| | **Total Hours Billed:** | | **2.40** | **$695.00** |

### STUART MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028119**
**Matter Number: 1028119**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/19/2010 | DB | 1.50 | Reviewed fee entries for purposes of drafting preliminary report. | 412.50 |
| | | 1.30 | Drafted preliminary report. | 357.50 |
| | | **2.80** | | **$770.00** |

Exhibit: B

# STUART/MAUE
LEGAL COST ✓ MANAGEMENT

Invoice Date: 12/22/2010
Invoice Number: R1021 - 1028119
Matter Number: 1028119
Firm: Zuckerman Spaeder

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2010**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| Dave Brown | DB | 275.00 | x | 2.80 | = | $770.00 |
| Total for Senior Legal Auditors: | | | | 2.80 | | $770.00 |
| | | | | | | |
| Total Hours Worked: | | | | 2.80 | | |
| Total Hours Billed: | | | | 2.80 | | $770.00 |

**Exhibit: B**

**STUART/MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028936**
**Matter Number: 1028936**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2010** | | | | |
| 11/01/2010 | KH | 0.60 | Revise Preliminary Report to include time increment analysis. | 165.00 |
| | | 1.70 | Analyze billed entries to determine if timekeepers billed in one-tenth of an hour increments. | 467.50 |
| 11/01/2010 | PSS | 0.90 | Review and correct truncated entries. | 247.50 |
| 11/19/2010 | DB | 1.00 | Drafted preliminary report. | 275.00 |
| | | 1.20 | Reviewed fee entries for purposes of drafting preliminary report. | 330.00 |
| | | **5.40** | | **$1,485.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/22/2010**
**Invoice Number: R1021 - 1028936**
**Matter Number: 1028936**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 11/30/2010**

**Senior Legal Auditors**

| Dave Brown | | DB | 275.00 x | | 2.20 = | | $605.00 |
|------------|--|----|----------|--|--------|--|---------|
| | Total for Senior Legal Auditors: | | | | 2.20 | | $605.00 |

**Legal Auditors**

| Kathryn Hough | | KH | 275.00 x | | 2.30 = | | $632.50 |
|---------------|--|----|----------|--|--------|--|---------|
| Pamela S. Snyder | | PSS | 275.00 x | | 0.90 = | | $247.50 |
| | Total for Legal Auditors: | | | | 3.20 | | $880.00 |

| | Total Hours Worked: | | | 5.40 | |
|--|---------------------|--|--|------|--|

| | Total Hours Billed: | | 5.40 | | $1,485.00 |
|--|---------------------|--|------|--|-----------|

*STUART MAUE*
LEGAL COST MANAGEMENT

| Name | Initials | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| **Summary For Professional Services through 11/30/2010** | | | | | |
| **Legal Audit Managers** | | | | | |
| W. Andrew Dalton | WD | 325.00 X | 3.70 | = | $1,202.50 |
| | **Total for Legal Audit Managers:** | | **3.70** | | **$1,202.50** |
| **Senior Legal Auditors** | | | | | |
| Dave Brown | DB | 275.00 X | 16.50 | = | $4,537.50 |
| | **Total for Senior Legal Auditors:** | | **16.50** | | **$4,537.50** |
| **Legal Auditors** | | | | | |
| Kathryn Hough | KH | 275.00 X | 70.10 | = | $19,277.50 |
| Phyllis Schauffler | PS | 275.00 X | 23.50 | = | $6,462.50 |
| Pamela S. Snyder | PSS | 275.00 X | 48.70 | = | $13,392.50 |
| Kathy C. Tahan | KCT | 275.00 X | 46.00 | = | $12,650.00 |
| | **Total for Legal Auditors:** | | **188.30** | | **$51,782.50** |
| | **Total Hours Worked:** | | **208.50** | | |
| | **Total Hours Billed:** | | **208.50** | | **$57,522.50** |

# Exhibit C

EXHIBIT C

## Tribune Company et al. - November 2010 Expenses

PHOTOCOPIES:

|  | 148 at $0.10/Page | $ | 14.80 |
|---|---|---|---|

POSTAGE:

|  | Postage Paid | $ | 16.63 |
|---|---|---|---|
|  | **TOTAL EXPENSES:** | **$** | **31.43** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                              Chapter 11

TRIBUNE COMPANY, et al.,[1]                         Case No. 08-13141 (KJC)

　　　　　　　　　　Debtors.                        Jointly Administered

                                                    **Objection Deadline: January 17, 2011 at 4:00 pm (ET)**
                                                    **Hearing Date: Only If Objection Filed**

## CERTIFICATION OF W. ANDREW DALTON

I, W. Andrew Dalton, hereby certify that:

1.　　　　I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner in the above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      This Certification is made in support of the Twentieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 Through November 30, 2010 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.      I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:    December 28, 2010
              Saint Louis, Missouri

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the **Notice of Application** and the **Twentieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 Through November 30, 2010** have been served via First Class Mail to the Notice Parties on the attached service list on this 28th day of December, 2010.

STUART MAUE

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**TRIBUNE COMPANY, et al.**

<u>SERVICE LIST RE 20TH MONTHLY FEE APPLICATION</u>

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)