UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                              :     Chapter 11
                                                    :
Tribune Company, et al.                             :     Case No. 08-13141 (KJC)
                                                    :
            Debtors.                                :     (Jointly Administered)
                                                    :
                                                    :
------------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Theodore M. Becker, Esquire, of the law firm Morgan, Lewis & Bockius LLP, 77 West Wacker Drive, Chicago, Illinois 60601-5094, to represent GreatBanc Trust Company in these cases.

Dated: December 28, 2010

                                               */s/ Colm F. Connolly*
                                               Colm F. Connolly, Esq.
                                               Morgan, Lewis & Bockius LLP
                                               The Nemours Building
                                               1007 North Orange Street, Suite 501
                                               Wilmington, DE  19801
                                               Phone: (302) 574-3000
                                               Facsimile (302) 574-3001
                                               E-mail: cconnolly@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5., I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: December 27, 2010

/s/ *Theodore M. Becker*
Theodore M. Becker
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
E-mail: tbecker@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Dated: _____, 2010

_____
Kevin J. Carey
United States Bankruptcy Judge

DB1/66218984.1