IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, et al. ) | Case No. 08-13141 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Re: Docket No. 6433 |
| ) | |

## CERTIFICATION OF COUNSEL RE: MOTION OF OAKTREE CAPITAL MANAGEMENT, L.P., AND ANGELO, GORDON & CO. L.P., FOR AN ORDER DISQUALIFYING AKIN GUMP STRAUSS HAUER & FELD LLP FROM REPRESENTING AURELIUS CAPITAL MANAGEMENT LP

On November 12, 2010, certain funds and accounts managed by Oaktree Capital Management, L.P. or their respective subsidiaries (collectively, "Oaktree"), and certain funds and accounts managed by Angelo, Gordon & Co. L.P. or its affiliates (collectively, "Angelo Gordon" and, collectively with Oaktree, the "Credit Agreement Lenders"), filed the Motion of Oaktree Capital Management, L.P., and Angelo, Gordon & Co. L.P. for an Order Disqualifying Akin Gump Straus Hauer & Feld LLP from Representing Aurelius Capital Management LP (the "Motion"). A response to the Motion (the "Response") was filed by Akin Gump Strauss Hauer & Feld LLP ("Akin Gump").

At a hearing conducted on December 15, 2010, counsel to the Credit Agreement Lenders and Akin Gump informed the Court that an agreement had been reached on a consensual form of order withdrawing the Motion and governing the transition of Akin Gump's involvement on behalf of Aurelius Capital Management in these cases. Attached hereto as Exhibit A is a form of order that has been agreed to by the relevant parties.

-1-

WHEREFORE, the parties respectfully request that the Court enter the order annexed hereto as <u>Exhibit A</u> at the Court's earliest convenience.

| | |
|---|---|
| Dated: December 29, 2010 | HENNIGAN, BENNETT & DORMAN LLP |

Bruce Bennett
James O. Johnston
Joshua D. Morse
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Edmon L. Morton
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Edmon L. Morton (No. 3856)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Credit Agreement Lenders*