**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

-------------------------------------------------------X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, Law Debenture Trust Company of New York, by and through its counsel, served the **Subpoena to Produce and Permit Inspection and Copying of Documents to Franklin Floating Rate Master Series, Franklin Floating Rate Daily Access Fund, Franklin Templeton Series II Funds – Franklin Rate II Fund, Blue Shield of California, FT Opportunistic Distressed Funds Ltd., Franklin Strategic Series – Franklin Strategic Income Fund, Templeton Global Investment Trust – Templeton Income Fund, Franklin Strategic Income Fund (Canada), Franklin Templeton Variable Insurance Products Trust – Franklin Strategic Income Securities Fund, and Franklin Total Return Fund** on the parties listed below in the manner and on the date so indicated:

**VIA EMAIL: December 22, 2010**
James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
johnstonj@hbdlawyers.com

**VIA PERSONAL SERVICE: December 23, 2010**
Franklin Floating Rate Master Series
Franklin Floating Rate Daily Access Fund
Franklin Templeton Series II Funds – Franklin Rate II Fund
Blue Shield of California
FT Opportunistic Distressed Funds Ltd.
Franklin Strategic Series – Franklin Strategic Income Fund
Templeton Global Investment Trust – Templeton Income Fund
Franklin Strategic Income Fund (Canada)
Franklin Templeton Variable Insurance Products Trust – Franklin Strategic Income Securities Fund
Franklin Total Return Fund
One Franklin Parkway
San Mateo, CA 94403

Dated: Wilmington, Delaware
December 29, 2010

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*