## <u>CERTIFICATE OF SERVICE</u>

Garvan F. McDaniel hereby certifies that on December 29, 2010, he caused copies of the

foregoing **_Notice of Service_** to be served by electronic notification through the CM/ECF System

for the United States Bankruptcy Court for the District of Delaware on all parties registered in

the case and on the following parties via First Class U.S. Mail:

James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017

Franklin Floating Rate Master Series, et al.
One Franklin Parkway
San Mateo, CA 94403

Dated: December 29, 2010
Wilmington, Delaware

 /s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)