# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES FROM
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $425.00 | 1.20 | $510.00 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $425.00 | 37.40 | $15,895.00 |
| David A. Schulz | Partner<br>First Amendment Litigation<br>Admitted 1979 | $425.00 | .20 | $85.00 |
| Gayle C. Sproul | Partner<br>First Amendment Litigation<br>Admitted 1983 | $425.00 | 10.8 | $2,390.00 |
| Jeanette Melendez Bead | Partner<br>First Amendment Litigation<br>Admitted 1998 | $400.00 | 47.80 | $19,120.00 |
| Chad R. Bowman | Associate<br>First Amendment Litigation<br>Admitted 2003 | $340.00 | 94.40 | $32,096.00 |
| Laura M. Leitner | Associate<br>First Amendment Litigation<br>Admitted 2005 | $320.00 | 15.80 | $5,056.00 |
| John B. O'Keefe | Associate<br>First Amendment Litigation<br>Admitted 2006 | $320.00 | 3.20 | $1,024.00 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jennifer Pinkerton-Burke | Paralegal First Amendment Litigation N/A | $190.00 | 11.20 | $2,128.00 |
| **TOTALS** | | | **222.00** | **$78,304.00** |
| **BLENDED RATE** | | | **$352.72** | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune- General | 17.20 | $5,651.00 |
| Baltimore Sun-Ivan J. Bates v. | 193.90 | $70,220.50 |
| Baltimore Sun- Police Records | Expenses only | See below expenses |
| Hartford Courant- Journal Publ. v. | 1.20 | $510.00 |
| Homestead Publ. Co.- Worsham v. | .10 | $42.50 |
| Tribune Bankruptcy-Examiner's Report | 9.60 | $1,880.00 |
| **TOTALS** | | **$78,304.00** |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Litigation Support Services | Darcel Group, copying services | $38.11 |
| Court Fees | | $25.00 |
| Hearing Transcript | | $104.40 |
| Travel | Nathan Siegel to Baltimore, MD | $267.00 |
| | Nathan Siegel to Baltimore, MD | $60.50 |
| **TOTALS** | | **$495.01** |