

**BON SECOURS**
**EMPLOYEE ASSISTANCE PROGRAM**
Bon Secours Hampton Roads Health System

December 14, 2010

United States Bankruptcy Court
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

To Whom It May Concern:

     Please be advised that this is written objection for the transfer of claim for Case No. 08-13141 (KJC). The amount of $152.42 is not supposed to go to 1565 Hotel Circle South, Suite 310, San Diego, CA 92108. It is supposed to be mailed to the below address:

Bon Secours EAP
110 Kingsley Lane, Suite 206
Norfolk, VA 23505

Kindest Regards,

Lita Staskey, MBA
Program Director

*Celebrating Twenty Five Years of Exceptional Service*

110 Kingsley Lane, Suite 206, Norfolk, Virginia 23505 • 757/398-2374 • Fax 757/587-3439

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BON SECOURS EMPLOYEE ASSISTANCE PROGRAM
      110 KINGSLEY LANE STE 206
      NORFOLK, VA 23505
```

Please note that your schedule in the above referenced case and in the amount of
　　　　$152.42 has been transferred **(unless previously expunged by court order)** to:

```
      DACA 2010L, LP
      TRANSFEROR: BON SECOURS EMPLOYEE
      ASSISTANCE PROGRAM
      1565 HOTEL CIRCLE SOUTH, SUITE 310
      SAN DIEGO, CA 92108
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6530     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/06/2010　　　　　　　　　　　　　　David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　/s/ David Malo
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 6, 2010.