

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

December 22, 2010

Patrick J. Reilley
Cole, Shotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue,
Suite 1410,
Wilmington, DE 19801

Re: Tribune Company, et al., Debtors, Tribune Company and Los Angeles times Communications LLC, Pltfs. vs. IBM Daksh Business Process Services, etc., et al., Dfts. // To: Unidentified Entity

Case No. 08-13141 KJC

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Summons and Notice of Conference, Certificate of Service, Notice(s), Complaint, Exhibit, Order.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Anita Montez
Process Specialist

Log# 517782078

FedEx Tracking# 796589093365

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801