**CT Corporation**          1209 Orange Street          302 777 0220 tel
                                     Wilmington, DE 19801         800 677 3394 toll free
                                                                  www.ctlegalsolutions.com

December 23, 2010

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Tribune Company and Los Angeles Times Communications LLC, Pltfs. vs. TBWA Chiat/Day, Inc., Dft.

Case No. 08-13141 - KJC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of TBWA Chiat/Day Inc. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517780504

FedEx Tracking# 794259796110

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801