IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

Eric M. Sutty hereby certifies that on December 30, 2010, true and correct copies of **The Bridge Agent's Responses and Objections to the Subpoena of Law Debenture Trust Company** were served upon the parties listed below *via* first-class mail and electronic mail delivery:

| | |
|---|---|
| David S. Rosner, Esq.<br>Andrew K. Glenn, Esq.<br>Sheron Korpus, Esq.<br>Kasowitz, Benson, Torres &<br>Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>aglenn@kasowitz.com<br>skorpus@kasowitz.com | Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti<br>800 North King Street, Plaza Level<br>Wilmington, DE 19801<br>gmcdaniel@bglawde.com |

Dated: December 30, 2010
       Wilmington, Delaware

FOX ROTHSCHILD LLP

*/s/ Eric M. Sutty*
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444

-and-

WM1A 977996v1 12/30/10

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200


Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700


*Attorneys for the Bridge Agent*