# EXHIBIT D

**Deutsche Bank** ☐

Mr David P. Eldersveld
VP, Deputy General Counsel and Corporate Secretary
Tribune Company
435 North Michigan Ave -
6th Floor
Chicago, Illinois 60611

Re:    **Indenture dated as of April 1, 1999 between the Tribune Company and
       Deutsche Bank Trust Company Americas (as successor to Citibank, N.A.)
       (CUSIP No. 896047305)**

Dear Sir or Madam:

Reference is made to that certain Indenture dated as of April 1, 1999 (the "Indenture")
between the Tribune Company ("Company") and Deutsche Bank Trust Company Americas (as
successor to Citibank, N.A.)(the "Trustee") pursuant to which the Company issued Exchangeable
Subordinated Debentures due 2029 (the "PHONES"). Effective as of December 26, 2008, the
Trustee, the Company and Wilmington Trust Company ("WTC") entered into an instrument of
resignation, appointment and acceptance pursuant to which the Trustee resigned as trustee under
the Indenture and was succeeded by WTC.

The debenture provides that holders of the PHONES may exchange a PHONES for an
amount of cash equal to 95% (or 100% under certain circumstances) of the market value of two
shares of Time Warner common stock (the "Exchange Option"). In order to exercise this
Exchange Option, a holder is required to send an Exchange Notice to the Trustee. Following
notification of the Exchange Notice, the Company is required to deliver an Officer's Certificate
and thereafter "deposit such amount with the Trustee on the Exchange Payment Date, and upon
receipt of such payment from the Company the Trustee shall pay DTC as soon as practicable or
in the case of PHONES that are held in certificated form, as directed by the tendering Holder."

As you are no doubt aware, there are a number of PHONES holders who have elected to
exercise the Exchange Option. Certain of these Exchanges were not fully consummated prior to
December 8, 2008, the date that the Company filed for bankruptcy.

Prior to and after the Trustee's resignation, the Trustee received a number of requests
from PHONES holders seeking to withdraw their election to exercise the Exchange Option (the
"Withdrawal Request"). Those parties are identified on Schedule "A".

The Trustee requests that the Company advise the Trustee and WTC as to whether it will
honor the Withdrawal Requests.

Dated:  December 30, 2008

                              DEUTSCHE BANK TRUST COMPANY AMERICAS
                              As Trustee

MBI 8007880v.1

WTC0000078

[Schedule A Omitted]