# EXHIBIT E

David P. Eldersveld
Vice President/Deputy General Counsel
& Secretary
312/222-4707

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611-4066
fax: 312/222-4206
email: deldersveld@tribune.com

January 14, 2009

Deutsche Bank Trust Company Americas
60 Wall Street, 27th Floor, Mailstop: NYC 60-2710
New York, New York 10005
Attention: Trust and Securities Services

Re: Tribune Company's Exchangeable Subordinated Debentures due 2029

Ladies and Gentlemen:

Reference is made to the Exchangeable Subordinated Debentures due 2029 (the "PHONES") issued by Tribune Company (the "Company") under the Indenture, dated as of April 1, 1999, between the Company and Wilmington Trust Company ("WTC") (as successor to Deutsche Bank Trust Company Americas ("DBTCA")). All capitalized terms used herein and not defined herein shall have the meanings ascribed to them in the PHONES.

This letter is in response to the letter, dated December 30, 2008, from DBTCA requesting that the Company advise DBTCA and WTC as to whether the Company will honor requests from PHONES holders seeking to withdraw an election to exercise the Exchange Right (each a "Withdrawal Request").

Please be advised that the Company considers each election to exercise the Exchange Right pursuant to an Exchange Notice submitted by a holder of PHONES to be irrevocable. Accordingly, the Company is not prepared to honor any Withdrawal Request.

For further information regarding the PHONES please refer to the Company's current and future filings with the United States Bankruptcy Court for the District of Delaware made in connection with the voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code filed by the Company on December 8, 2008, being administered under the caption "In re Tribune Company, et. al." Case No. 08-13141.

You can reach me at the number set forth above should you have any questions.

David P. Eldersveld

CHI 4531289v.1

WTC0000086