IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                           :      Chapter 11 Cases
                                                 :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :      (Jointly Administered)
                                                 :
      Debtors.                                   :
                                                 :
                                                 :
-------------------------------------------------X      Related Docket No. ____
```

### ORDER FOR ESTIMATION AND CLASSIFICATION OF THE PHONES CLAIMS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3013

This matter coming before the Court on the Motion (the "Motion") of Wilmington Trust Company for (I) estimation of the PHONES claims and (II) classification of the PHONES claims pursuant to Bankruptcy Rule 3013, the Court having considered the Motion and any responses thereto, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; it is hereby

**ORDERED** that the Motion is **GRANTED** on its entirety;

**ORDERED** that the pre-petition PHONES claim, including the PHONES tendered for exchange but not paid (collectively, the "PHONES Claim"), is allowed in the amount of $[_____]; and it is further

**ORDERED** that the PHONES Claim is classified under the Bridge Plan[1] in the PHONES Notes Claims Class (Class 1I); and it is further

**ORDERED** that the PHONES Claim is classified under the Debtor/Committee/Lender Plan in the PHONES Notes Claims Class (Class 1J); and it is further

---

[1] Capitalized terms shall have the same meaning as ascribed to them in the Motion.

**ORDERED** that the PHONES Claim is classified under the Noteholder Plan in the PHONES Notes Claims Class (Class 1I).

Dated: Wilmington, Delaware

_____, 2011       _____

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge