## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on

this 30th day of December, 2010, I caused copies of the within *Wilmington Trust Company's*

*Motion for (I) Estimation of the PHONES Claims and (II) Classification of PHONES Claims*

*Pursuant to Bankruptcy Rule 3013* to be served upon the parties listed on the attached service list

via U.S Mail, First Class, postage pre-paid.


December 30, 2010                              */s/ William D. Sullivan*
Date                                                    William D. Sullivan

CITIGROUP GLOBAL MARKET HOLDINGS INC.
388 GREENWICH STREET
NEW YORK, NY 10013

GOLDMAN SACHS & CO.
200 WEST STREET
NEW YORK, NY 10282

DEUTSCHE BANK SECURITIES INC.
60 WALL STREET
NEW YORK, NY10005
ATTN: JOHN BINDER, VP – HEAD OF ASSET
SERVICES AMERICA

CITADEL TRADING GROUP LLC
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603
ATTEN: ERICA L. TARPEY
ATTN: JOHN NAGEL

CREDIT SUISSE (USA) LLC
11 MADISON AVENUE
NEW YORK, NY 10010
ATTN: JUSTIN PANNULLO

CREDIT SUISSE (USA) LLC
6951 LOUIS STEPHENS DR.
MORRISVILLE, NORTH CAROLINA 27560
ATTN: JUSTIN PANNULLO

UBS SECUTITIES LLC
677 WASHINGTON BLVD.
STAMFORD, CT 06901
ATTN: MICHAEL MARCIANO

BANC OF AMERICA SECURITIES LLC
100 WEST 33RD STREET, 3RD FLOOR
MAIL CODE NY1-509-03-05
NEW YORK, NY 10001
ATTN: REORGANIZATION

CAMDEN ASSET MANAGEMENT
2049 CENTURY PARK EAST, SUITE 330
LOS ANGELES, CA 90067
ATTN: JOHN WAGNER

SUTTONBROOK CAPITAL MANAGEMENT
598 MADISON AVE 6TH FLOOR
NEW YORK, NY 10022
ATTN: JOHN GIORDANO

AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036-6745
ATTN: DANIEL GOLDEN
ATTN: SHAYA ROCHESTER

MCCARTER & ENGLISH, LLP
245 PARK AVENUE
27TH FLOOR
NEW YORK, NY 10167
ATTN: DAVID ADLER

AURELIUS CAPITAL MANAGEMENT LP
535 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10022
ATTN: DAN GROPPER

LATHAM & WATKINS LLP
885 THIRD AVENUE
NEW YORK, NY 10022
ATTN: ROBERT J. ROSENBERG
ATTN: JASON SANJANA

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
MS NYC60-2720
NEW YORK, NY 10005-2858
ATTN: RODNEY GAUGHAN

NORMAN L. PERNICK, ESQUIRE
J. KATE STICKLES, ESQUIRE
COLE, SCHOTZ, MEISEL, FORMAN
AND LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

JOSEPH J. MCMAHON, JR., ESQUIRE
OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DE 19801

ADAM G. LANDIS, ESQUIRE
MATTHEW B. MCGUIRE, ESQUIRE
LANDIS RATH & COBB LLP
919 MARKET STREET, STE. 1800
WILMINGTON, DE 19801

ELLEN W. SLIGHTS, ESQUIRE
U. S. ATTORNEY'S OFFICE
1201 MARKET STREET, SUITE 1100
P.O. BOX 2046
WILMINGTON, DE 19899-2046

STUART M. BROWN, ESQUIRE
WILLIAM E. CHIPMAN, JR., ESQUIRE
EDWARDS ANGELL PALMER & DODGE
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

LAURIE SILVERSTEIN, ESQUIRE
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA
1313 N. MARKET STREET, PO BOX 951
WILMINGTON, DE 19899-0951

MARK D. COLLINS, ESQUIRE
KATISHA D. FORTUNE, ESQUIRE
RICHARDS, LAYTON & FINGER, P.A.
920 N. KING STREET
P.O. BOX 551
WILMINGTON, DE 19899-0511

R. KARL HILL, ESQUIRE
SEITZ, VAN OGTROP & GREEN, P.A.
222 DELAWARE AVENUE, SUITE 1500
PO BOX 68
WILMINGTON, DE 19899

KATHERINE L. MAYER, ESQUIRE
MCCARTER & ENGLISH, LLP
RENAISSANCE CENTRE
405 N. MARKET ST., 8' FLOOR
WILMINGTON, DE 19801

JOSEPH H. HUSTON, JR., ESQUIRE
STEVENS & LEE, P.C.
1105 NORTH MARKET STREET, 7TH FL.
WILMINGTON, DE 19801

WILLIAM M. KELLEHER, ESQUIRE
ELLIOTT GREENLEAF
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

FREDERICK B. ROSNER, ESQUIRE
MESSANA ROSNER & STERN, LLP
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

SUSAN E. KAUFMAN, ESQUIRE
COOCH AND TAYLOR, P.A.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

JEFFREY C. WISLER, ESQUIRE
MARC J. PHILLIPS, ESQUIRE
CONNOLLY BOVE LODGE & HUTZ LLP
THE NEMOURS BUILDING
1007 N. ORANGE ST., PO BOX 2207
WILMINGTON, DE 19899

CHRISTOPHER P. SIMON, ESQUIRE
TARA M. DIROCCO, ESQUIRE
CROSS & SIMON, LLC
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

ERIC LOPEZ SCHNABEL, ESQUIRE
ROBERT W. MALLARD, ESQUIRE
DORSEY & WHITNEY (DELAWARE) LLP
1105 NORTH MARKET ST., 16TH FLOOR
WILMINGTON, DE 19801

MARK E. FELGER, ESQUIRE
COZEN O'CONNOR
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

JOHN V. FIORELLA, ESQUIRE
ARCHER & GREINER, P.C.
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

JAMI B. NIMEROFF, ESQUIRE
BROWN STONE NIMEROFF LLC
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

DAVID B. STRATTON, ESQUIRE
LEIGH-ANNE M. RAPORT, ESQUIRE
PEPPER HAMILTON LLP
HERCULES PLAZA, SUITE 5100
1313 MARKET ST., PO BOX 1709
WILMINGTON, DE 19899-1709

MARGARET F. ENGLAND, ESQUIRE
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN
& BROWDER, P.A.
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

WILMINGTON TRUST COMPANY
ATTN: PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

BRADFORD J. SANDLER, ESQUIRE
JENNIFER R. HOOVER, ESQUIRE
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

ADAM HILLER, ESQUIRE
MICHELLE BERKELEY-AYRES, ESQUIRE
DRAPER & GOLDBERG, P.L.L.C.
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE 19801

SHERRY RUGGIERO FALLON, ESQUIRE
TYBOUT REDFEARN AND PELL
750 SHIPYARD DRIVE, SUITE 400
PO BOX 2092
WILMINGTON, DE 19899-2092

INTERNAL REVENUE SERVICE
844 KING STREET
WILMINGTON, DE 19801

JAMES F. CONLAN, ESQUIRE
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

BRYAN KRAKAUER, ESQUIRE
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

KEVIN T. LANTRY, ESQUIRE
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

DONALD S. BERNSTEIN, ESQUIRE
JAMES A. FLORACK, ESQUIRE
DAMIAN S. SCHAIBLE, ESQUIRE
DAVIS POLK & WARDWELL
450 LEXINGTON AVENUE
NEW YORK, NY 10017

INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA
ATTN: ROOM 1150
BALTIMORE, MD 21201

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20020

MARGOT B. SCHONHOLTZ, ESQUIRE
MADLYN GLEICLI PRIMOFF, ESQUIRE
KAYE SCHOLER LLP
425 PARK AVENUE
NEW YORK, NY 10022

ELIZABETH WELLER, ESQUIRE
LINEBARGER GOGGAN BLAIR & SAMPSON,
LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

FREDERICK D. HYMAN, ESQUIRE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019-5820

JEFFREY G. TOUGAS, ESQUIRE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019-5820

BRIAN TRUST, ESQUIRE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019-5820

BARBARA YAN, ESQUIRE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019-5820

AMIT K. TREHAN, ESQUIRE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019-5820

JEFFREY N. RICH, ESQUIRE
CHARLES R. SMITH, ESQUIRE
K & L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030

CHARLES R. SMITH, ESQUIRE
K & L GATES LLP
HENRY W. OLIVER BUILDING
535 SMITHFIELD STREET
PITTSBURGH, PA 15222-2312

MATTHEW J. TROY, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044-0875

WAYNE M. SMITH, ESQUIRE
WARNER BROS. TELEVISION DISTRIBUTION, INC.
4000 WARNER BOULEVARD
BUILDING 156, ROOM 5158
BURBANK, CA 91522

PAMELA KOHLMAN WEBSTER, ESQUIRE
BUCHALTER NEMER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90017-2457

MS. CAROLYN ADLER
MORGAN STANLEY, FIXED INCOME
1585 BROADWAY, 2" FLOOR
NEW YORK, NY 10036

SCOTT A. GOLDEN, ESQUIRE
HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY 10022

THOMAS V. ASKOUNIS, ESQUIRE
ASKOUNIS & DARCY, PC
401 NORTH MICHIGAN AVENUE, SUITE 550
CHICAGO, IL 60611

DAVID ADLER, ESQUIRE
G. AMANDA MALIAN, ESQUIRE
MCCARTER & ENGLISH, LLP
245 PARK AVENUE, 27" FLOOR
NEW YORK, NY 10167

COLLEEN E. MCMANUS, ESQUIRE
MUCH SHELIST DENENBERG AMENT
AND RUBENSTEIN, P.C.
191 NORTH WACKER DRIVE, STE. 1800
CHICAGO, IL 60606

KELLY SINGER, ESQUIRE
SQUIRE, SANDERS & DEMPSEY L.L.P.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVENUE, SUITE 2700
PHOENIX, AZ 85004-4498

JAN I. BERLAGE, ESQUIRE
GOHN, HANKEY & STICHEL, LLP
201 NORTH CHARLES STREET
BALTIMORE, MD 21201

PAUL RUBIN, ESQUIRE
HERRICK, FEINSTEIN LLP
TWO PARK AVENUE
NEW YORK, NY 10016

RUTH WEINSTEIN
CANON U.S.A., INC.
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

STEPHEN B. SELBST, ESQUIRE
HERRICK, FEINSTEIN LLP
TWO PARK AVENUE
NEW YORK, NY 10016

BABETTE A. CECCOTTI, ESQUIRE
COHEN, WEISS AND SIMON LLP
330 WEST 42" STREET
NEW YORK, NY 10036

EDMOND P. O'BRIEN, ESQUIRE
STEMPEL BENNETT CLAMAN &
HOCHBERG, P.C.
675 THIRD AVENUE, [31T] FLOOR
NEW YORK, NY 10017

TIFFANY STRELOW COBB, ESQUIRE
VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY STREET
COLUMBUS, OH 43215

ROBERT E. PAUL, ESQUIRE
ZWERDLING, PAUL, KAHN & WOLLY, P.C.
1025 CONNECTICUT AVENUE NW, SUITE 712
WASHINGTON, D.C. 20036-5420

BEVERLY H. SHIDELER
IBM CORPORATION
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

JAMES E. SORENSON, ESQUIRE
D. TYLER VAN LEUVEN, ESQUIRE
WILLIAMS, GAUTIER, GWYNN,
DELOACH & SORENSON, P.A.
PO BOX 4128
TALLAHASSEE, FL 32315-4128

SCOTT FRIEDBERG
THE SEAPORT GROUP, LLC
360 MADISON AVENUE, 22" FL.
NEW YORK, NY 10017

HOWARD SEIFE, ESQUIRE
DAVID M. LEMAY, ESQUIRE
DOUGLAS E. DEUTSCH, ESQUIRE
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

ANTHONY DEGLOMINE, III, VICE PRESIDENT
HARRIS CORPORATION
1025 W. NASA BOULEVARD
MAIL STOP A-11A
MELBOURNE, FL 32919

ERIC R. WILSON, ESQUIRE
HOWARD S. STEEL, ESQUIRE
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

FRANK A. ANDERSON, ESQUIRE
CASSANDRA R. BURTON, ESQUIRE
KARTAR S. KHALSA, ESQUIRE
PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, D.C. 20005-4026

JOHN P. DILLMAN, ESQUIRE
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

JAY TEITELBAUM, ESQUIRE
TEITELBAUM & BASKIN, LLP
THREE BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

JOANNE FUNGAROLI, ESQUIRE
CAPITALSOURCE FINANCE LLC
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

CHRISTOPHER M. SANTOMASSIMO
AGFA CORPORATION
100 CHALLENGER ROAD
RIDGEFIELD PARK, NJ 07660

ANTHONY J. DAVIS, ESQUIRE
DORSEY & WHITNEY LLP
97 ROUTE 17 SOUTH
PARAMUS, NJ 07652

KATHLEEN N. REED
NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

J. SCOTT DOUGLASS, ESQUIRE
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

RAMONA NEAL, ESQUIRE
HEWLETT-PACKARD COMPANY
11311 CHINDEN BOULEVARD
MAILSTOP 314
BOISE, ID 83714-0021

MR. KEN HIGMAN
SR. DEFAULT & RECOVERY ANALYST
HEWLETT-PACKARD COMPANY
2125 E. KATEILA AVE., SUITE 400
ANAHEIM, CA 92806

MS. JODIE REA
TWENTIETH TELEVISION, INC.
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

MARTIN S. ZOHN, ESQUIRE
PROSKAUER ROSE LLP
2049 CENTURY PARK EAST, 32" FL.
LOS ANGELES, CA 90067

IRA S. GREENE, ESQUIRE
SCOTT A. GOLDEN, ESQUIRE
HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY 10022

MISSOURI DEPARTMENT OF REVENUE
SHERYL L. MOREAU, ESQUIRE
PO BOX 475
JEFFERSON CITY, MO 65105-0475

SUSANNE M. MITCHELL, ESQUIRE
INTERNATIONAL UNION UAW
8000 E. JEFFERSON AVENUE
DETROIT, MI 48214

TODD M. HOEPKER, ESQUIRE
TODD M. HOEPKER, P.A.
P.O. BOX 3311
ORLANDO, FL 32802-3311

JEFFREY J. NEWTON, COUNTY ATTORNEY
HOLLIE N. HAWN, ASSISTANT COUNTY
ATTORNEY
BROWARD COUNTY
GOVERNMENT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

MIKE LYNCH, ACCOUNT RESOLUTION
TRAVELERS
NATIONAL ACCOUNTS
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183-4044

FRANK F. MCGINN, ESQUIRE
BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

SHAWN M. CHRISTIANSON, ESQUIRE
BUCHALTER NEMER
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

DONALD R. FURMAN, JR., ESQUIRE
FURMAN GREGORY LLC
75 FEDERAL STREET, NINTH FLOOR
BOSTON, MA 02110

EDWARD J. TREDINNICK, ESQUIRE
GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP
FOUR EMBARCADERO CENTER, SUITE 4000
SAN FRANCISCO, CA 94111

ANGIE M. COWAN, ESQUIRE
ALLISON, SLUTSKY & KENNEDY, P.C.
230 W. MONROE STREET, SUITE 2600
CHICAGO, IL 60606

FRED FELMETH, ESQUIRE
GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

C. B. BLACKARD, III, ESQUIRE
CORPORATE COUNSEL
ACXIOM CORPORATION
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

MARK A. NITIKMAN, ESQUIRE
VIRGINIA P. CROUDACE, ESQUIRE
CROUDACE & DIETRICH LLP
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA 92660

MICHAEL V. BLUMENTHAL, ESQUIRE
CROWELL & MORING LLP
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022

ALAN J. LIPKIN, ESQUIRE
JEREMY E. CRYSTAL, ESQUIRE
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

ELAINE M. SEID, ESQUIRE
MCPHARLIN SPRINKLES & THOMAS, LLP
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE #400
LITTLETON, CO 80124

BRUCE J. RUZINSKY, ESQUIRE
D. ELAINE CONWAY, ESQUIRE
JACKSON WALKER L.L.P.
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010

HEATHER NI. FORREST, ESQUIRE
JACKSON WALKER L.L.P.
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

ROBERT J. STARK, ESQUIRE
DANIEL J. SAVAL, ESQUIRE
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

DAVID M. NEUMANN, ESQUIRE
BENESCH, FRIEDLANDER, COPIAN
& ARONOFF LLP
200 PUBLIC SQUARE, SUITE 2300
CLEVELAND, OH 44114-2378

ROBERT L. HANLEY, JR., ESQUIRE
NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

CAROL E. MOMJIAN
SENIOR DEPUTY ATTORNEY GENERAL
OFFICE OF ATTORNEY GENERAL
21 S. 12TH STREET, 3" FLOOR
PHILADELPHIA, PA 19107-3603

DANA S. PLON, ESQUIRE
SIRLIN GALLOGLY & LESSER, P.C.
1529 WALNUT STREET, SUITE 600
PHILADELPHIA, PA 19102

JULIE A. MANNING, ESQUIRE
SHIPMAN & GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

JOSEPH D. FRANK, ESQUIRE
FRANK/GECKER LLP
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS CORPORATION
UNISYS WAY
PO BOX 500, MIS E8-108
BLUE BELL, PA 19424

JOSEPH E. SHICKICH, JR., ESQUIRE
MARIA ANN MILANO, ESQUIRE
RIDDELL WILLIAMS P.S.
1001 — 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

JACQUELINE A. CRISWELL, ESQUIRE
TRESSLER SODERSTROM MALONEY
& PRIESS, LLP
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

MARGARET ANN NOLAN, COUNTY SOLICITOR
CAMELA J. SANDMANN, ASST. CO. SOLICITOR
HOWARD COUNTY OFFICE OF LAW
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

BRIAN M. DOUGHERTY, ESQUIRE
GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC
AND HOFF, LTD.
835 MCCLINTOCK DRIVE, SECOND FLOOR
BURR RIDGE, IL 60527

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

AMERICAN EXPRESS TRAVEL RELATED SERVICES
CO, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
COUNSEL FOR THE AD HOC TRADE COMMITTEE
450 LEXINGTON AVENUE
NEW YORK, NY 10017

ARKIN KAPLAN RICE LLP
HOWARD J. KAPLAN, ESQ.; DEANNA
DAVIDIAN, ESQ.
590 MADISON AVENUE
NEW YORK, NY 10022

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN
SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T.
MAY, ESQ
COUNSEL TO CCI EUROPE A/S
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE 19801

BAYARD, P.A.
ATTN: JAMIE L. EDMONSON, ESQ.
COUNSEL TO GBH INVESTMENTS, LLC
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS,
ESQS.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BLAKELEY & BLAKELEY LLP
ATTN: JOHNN WHITE, ESQ.
COUNSEL TO GOOGLE INC.
2 PARK PLAZA, SUITE 400
IRVINE, CA 92614

BLANK ROME LLP
ATTN: DAVID W. CARIKHOFF
1201 MARKET ST; STE 800
WILMINGTON, DE 19801

BLOOM HERGOTT DIEMER ROSENTHAL
LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD 21093

CHRISTINE Z. HERI
(COUNSEL TO HILDA L. SOLISI, SECRETARY OF
LABOR
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF
REVENUE, BUREAU OF ACCOUNTS
SETTLEMENT
THOMAS W. CORBETT, JR., ATTORNEY
GENERAL
CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY
GENERAL
PA I.D. NO. 049219
OFFICE OF ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

DANIEL SMIRLOCK, DEPUTY COMMISSIONER
AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY 14604

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L.
ROSS
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

DUANE MORRIS LLP
RICHARD W.RILEY; SOMMER L. ROSS
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
1800 CENTURY PARK EAST, 7TH FLOOR
LOS ANGELES, CA 90067

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL 60610-4500

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK,
ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J.
EGGERT,
ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN; WILLIAM P.WEINTRAUB
1633 BROADWAY
NEW YORK, NY 10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA 90067-4409

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS
CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

GREENBERG TRAURIG, LLP
ATTN: DENNIA A. MELORO
COUNSEL TO HAMDON ENTERTAINMENT
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
COUNSEL TO HAMDON ENTERTAINMENT
2450 COLORADO AVENUE, SUITE 400 E
SANTA MONICA, CA 90404

HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA
D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC 28233

JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,
ANDREW W. VAIL
330 N. WABASH AVENUE
CHICAGO, IL 60611-7603

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA 91362

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN; SHERON KORPUS
1633 BROADWAY
NEW YORK, NY 10019

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN:  KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA
WASOW, ESQS.
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B.
WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

MICHAEL SCHLOSS
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER,
ESQ.
COUNSEL TO STEP ONE SENIOR LENDERS
1201 NORTH MARKET STREET, 18TH FLOOR
PO BOX 1347
WILMINGTON, DE 19899-1347

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
ATTN: ROBERT L. COOK, DISTRICT TAX
ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

OLSHAN GRUNDMAN FROME ROSENZWEIG &
WOLOSKY LLP
ADAM H. FRIEDMAN, ESQ.;
STEVE WOLOSKY, ESQ.;
FREDRICK J. LEVY, ESQ.
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY 10022

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES,
TIMOTHY P. CAIRNS AND
MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTN: JOSEPH L. CHRISTENSEN
500 DELAWARE AVENUE, SUITE 200; PO BOX 32
WILMINGTON, DE 19899-0032

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON, DC 20006-1047

PAUL, WEISS, RIFKIND, WHARTON & GARRISSON
LLP
ATTN: STEPHEN J. SHIMSHAK,
ANDREW GORDON,
DAVID W.BROWN,
LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

ROBINSON BROG LEINWAND GREEN
GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA 90601

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

STUART MAUE
ATTN: W. ANDREW DALTON
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

SULLIVAN HAZELTINE ALLISON LLC
WILLIAM HAZELTINE, ESQ.
4 EAST 8TH STREET
STE. 400
WILMINGTON, DE 19801

THE DSF GROUP
ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA 02451-1486

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX
DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

UNGARETTI & HARRIS
ATTN. GEORGE R. MESIRES, ESQ.
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL 60602

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

WEISS SEROTA HELFMAN PASTORIZA COLE &
BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI,
SCOTT
GREISSMAN, ESQS.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY,
ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
WILMINGTON, DE 19899-0391

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE 19801