**EXHIBIT A**

CHI-1783928v3

11/01/10      B B ERENS                              4.60            3,565.00
Office conference with Hall regarding plan summary (1.50); telephone calls with Heiman regarding same
(.80); telephone call with Heiman regarding party-in-interest mediation (.20); telephone call with party-in-
interest regarding same (.20); creditor calls regarding plans and plan projects (1.50); telephone call with
Boelter regarding disclosure statement revisions (.20); prepare for Hall meeting regarding same (.20).

11/01/10      D A HALL                              12.50            6,562.50
Meeting with Erens regarding competing plans and summaries (1.50); call with plan proponents regarding
response to plans (1.50); prepare summary for Special Committee regarding competing plans (9.50).

11/01/10      D G HEIMAN                             4.00            3,600.00
Attend plan of reorganization proponent lawyers call regarding plan confirmation, competing plan issues,
process, discovery (1.50); follow-up conference with Erens (.80); telephone conference with Erens
regarding party-in-interest calls (.20); telephone conference with Shapiro regarding Special Committee
report on competing plans (.20); telephone conferences with Kurtz and Bennett regarding competing plan
of reorganization confirmation process (1.10); e-mail communications with mediator (.20).

11/01/10      D B SHAFER                             1.20              450.00
Review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and
the Bridge Lenders for Hall.

11/02/10      B B ERENS                              5.60            4,340.00
Telephone calls with Hoffmann regarding plan analysis (.20); review and revise plan summary (4.00); office
conferences with Hall regarding same (.80); telephone call with Heiman regarding same and mediation (.20);
review adversary proceeding filings regarding plan causes of action (.20); finalize organization of plan tasks
(.20).

11/02/10      D A HALL                               5.00            2,625.00
Revise plan comparison summary (4.20); office conference with Erens regarding same (.80).

11/02/10      D G HEIMAN                             3.00            2,700.00
Conference with Liebentritt regarding organization changes and plan of reorganization confirmation
process (.50); review state court complaint filed by Step One Lenders (.60); conference with Erens
regarding plan summary and mediation (.20); e-mail communications with Shapiro, Kurtz and Liebentritt
regarding supplemental mediation memorandum from Judge Gross (.40); conferences with Shapiro, Conlan
and Kurtz regarding same (.80); draft memorandum to Special Committee regarding same (.50).

11/02/10      T HOFFMANN                             5.90            3,097.50
Review and analyze state law complaint involving prepetition lenders and documents relating thereto,
including the sharing provisions contained in the credit agreement (1.90); draft and revise summary of state
law complaint and analysis of causes of action included therein (2.30); review and analyze other matters
relating to confirmability of the various plans filed in the cases (1.50); telephone calls with Erens regarding
plan analysis (.20).

11/02/10      D B SHAFER                             4.10            1,537.50
Review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and
the Bridge Lenders for Hall.

11/03/10      B B ERENS                              1.00              775.00
Finalize plan summary (.50); review filings regarding plan issues (.30); and review status on party-in-interest
mediation (.20).

11/03/10      D A HALL                               2.50            1,312.50
Revisions to plan comparison summary (2.20); conference with Heiman regarding same (.30).

11/03/10      D G HEIMAN                             4.50            4,050.00
Review completing plans of reorganization summary and comment on same (1.30); conference with Hall
regarding same (.30); prepare memorandum to Special Committee regarding competing plans of
reorganization (1.50); conferences with Cullen (.50) and Sherman (.40) regarding role and duty of Special
Committee; conference with Shapiro regarding Liebentritt call and attendance at mediation (.50).

11/03/10      T HOFFMANN                             4.10            2,152.50
Review and analyze examiner's report and related recovery scenarios (2.10) and debtors' current plan of
reorganization and disclosure statement (.90); draft and revise memorandum relating to state law complaint
filed by first lien lenders (1.10).

# JONES DAY

| 11/03/10 | D B SHAFER | 4.00 | 1,500.00 |
|---|---|---|---|

Review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and the Bridge Lenders for Hall.

| 11/03/10 | F E SHERMAN | 0.80 | 640.00 |
|---|---|---|---|

Telephone calls with Heiman regarding status of plan matters (.40); edit memorandum to Special Committee (.40).

| 11/04/10 | B B ERENS | 2.50 | 1,937.50 |
|---|---|---|---|

Review draft responsive statements (.50); review first lien lenders step 1 only plan (.20); review New York lawsuit regarding memorandum regarding same (.30); call with party-in-interest regarding mediation (.30); telephone conference with Heiman regarding same (.50); e-mails and voicemails regarding same (.20); review team pleading drafts regarding contours and solicitation (.50).

| 11/04/10 | D A HALL | 1.50 | 787.50 |
|---|---|---|---|

Call with the debtor and other plan proponents regarding contours order (1.00); review proposed contours insert and order (.50).

| 11/04/10 | D G HEIMAN | 2.00 | 1,800.00 |
|---|---|---|---|

E-mail communications with Bendernagel regarding status of plan of reorganization process (.50); conference with Erens regarding telephone conference with lawyers for party-in-interest (.50); conference with Conlan and Kurtz regarding supplemental mediation (.50); e-mail communications with Wilderotter regarding competing plans of reorganization (.50).

| 11/04/10 | T HOFFMANN | 3.60 | 1,890.00 |
|---|---|---|---|

Review and analyze examiner's report and various recovery scenarios and corresponding assumptions set forth therein (2.20); prepare analysis of recovery scenarios under examiner's report in comparison to proposed recoveries under plans (1.40).

| 11/04/10 | D B SHAFER | 7.40 | 2,775.00 |
|---|---|---|---|

Review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and the Bridge Lenders for Hall.

| 11/04/10 | F E SHERMAN | 1.00 | 800.00 |
|---|---|---|---|

Review details of proposed plans.

| 11/05/10 | B B ERENS | 5.30 | 4,107.50 |
|---|---|---|---|

Telephone call with Hall regarding all tasks on plan process (.80); e-mails to and from working team regarding disclosure statement issues (.50); review responsive statements (1.20); review other plan materials (2.50); and prepare for Heiman call regarding status of all review items (.30).

| 11/05/10 | D A HALL | 1.00 | 525.00 |
|---|---|---|---|

Review statements in support of plan (.20); telephone call with Erens regarding tasks on plan process (.80).

| 11/05/10 | T HOFFMANN | 2.20 | 1,155.00 |
|---|---|---|---|

Compare and analyze recovery scenarios set forth in the examiner's report regarding competing plans.

| 11/05/10 | D B SHAFER | 5.20 | 1,950.00 |
|---|---|---|---|

Review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and the Bridge Lenders for Hall.

| 11/06/10 | D B SHAFER | 3.40 | 1,275.00 |
|---|---|---|---|

Review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and the Bridge Lenders for Halll.

| 11/07/10 | D B SHAFER | 1.50 | 562.50 |
|---|---|---|---|

Review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and the Bridge Lenders for Hall.

| 11/08/10 | B B ERENS | 3.50 | 2,712.50 |
|---|---|---|---|

Telephone calls with Heiman regarding plan status (.50); office conferences with Hall regarding same (1.00); telephone call with Conlan regarding same (.50); review e-mails from working team regarding solicitation order, responsive statements and related matters (1.00); office conference with Hoffmann regarding analysis of plan scenarios (.50).

**JONES DAY**

| | | | |
|---|---|---|---|
| 11/08/10 | D A HALL | 2.50 | 1,312.50 |

Call with plan proponents regarding solicitation motion and logistics (1.50); meeting with Erens regarding plan status (1.00).

| | | | |
|---|---|---|---|
| 11/08/10 | D G HEIMAN | 3.00 | 2,700.00 |

Review Zensky letter regarding counsel's availability to meet and confer with respect to the debtors' "contours" motion for the confirmation hearing (.20); review UCC outline of disclosure statement issues (.50); e-mail communications with mediator regarding scheduling and attendance at 11/17 mediation (.30); telephone conference with Bernstein regarding plan of reorganization confirmation issues and process for competing plans (.30); conference with Erens regarding same (.50); review draft responsive statement of the creditors' committee to competing plans (.70); e-mail communications regarding solicitation and ballots for plan of reorganization (.50).

| | | | |
|---|---|---|---|
| 11/08/10 | T HOFFMANN | 1.10 | 577.50 |

Review and analyze disclosure statement and recovery projections contained therein (.60); conference with Erens regarding recovery projections (.50).

| | | | |
|---|---|---|---|
| 11/08/10 | D B SHAFER | 7.10 | 2,662.50 |

Finalize, review and analyze chapter 11 plans of reorganization of the debtors, Aurelius, the Step One Lenders and the Bridge Lenders for Hall.

| | | | |
|---|---|---|---|
| 11/09/10 | B B ERENS | 3.10 | 2,402.50 |

Review responsive statements, solicitation motions and related matters (2.40); e-mails to and from team regarding same (.50); conference with with Hoffmann regarding Aurelius statement (.20).

| | | | |
|---|---|---|---|
| 11/09/10 | D G HEIMAN | 3.00 | 2,700.00 |

Review multiple e-mails regarding discovery and Zensky letter regarding counsel's availability to meet and confer with respect to the debtors' "contours" motion for the confirmation hearing (.50); review responsive statements of debtor, creditors' committee and senior lenders to competing plans (1.50); e-mail communications with Judge Gross regarding 11/17 mediation (.50); review plan of reorganization solicitation motion (.50).

| | | | |
|---|---|---|---|
| 11/09/10 | T HOFFMANN | 1.00 | 525.00 |

Review and analyze Aurelius statement (.80); conference with Erens regarding statement (.20).

| | | | |
|---|---|---|---|
| 11/10/10 | B B ERENS | 0.30 | 232.50 |

Organize plan tasks.

| | | | |
|---|---|---|---|
| 11/10/10 | D G HEIMAN | 2.50 | 2,250.00 |

Review responsive statements of Aurelius regarding Step One only and Bridge (2.00); e-mail communications with Judge Gross and others regarding mediation (.50).

| | | | |
|---|---|---|---|
| 11/11/10 | B B ERENS | 1.00 | 775.00 |

Telephone call with Heiman regarding mediation and current plan status (.30); review group e-mails regarding objections and plan issues (.30); review proposed disclosure statement objection (.40).

| | | | |
|---|---|---|---|
| 11/11/10 | D G HEIMAN | 1.50 | 1,350.00 |

Telephone conferences with Johnston and Shapiro regarding plan of reorganization issues (.70); conference with Erens regarding same (.30); review draft objection to disclosure statement (.50).

| | | | |
|---|---|---|---|
| 11/12/10 | B B ERENS | 1.80 | 1,395.00 |

Creditor call regarding case management issues for confirmation (1.00); prepare regarding the same (.30); finalize review of Hoffmann analysis regarding plan scenarios for settlement purposes (.50).

| | | | |
|---|---|---|---|
| 11/12/10 | D G HEIMAN | 1.50 | 1,350.00 |

Telephone conferences with Shapiro and Johnston regarding plan of reorganization issues (.40); conference call with Oaktree regarding plan of reorganization issues (.60); e-mail communications with Judge Gross regarding mediation (.20); review e-mail communications from Bendernagel regarding Zensky letter (.30).

| | | | |
|---|---|---|---|
| 11/15/10 | B B ERENS | 2.00 | 1,550.00 |

Telephone call with Heiman regarding status of plan matters (.20); review disqualification motion and related pleadings regarding Akin Gump (.50); creditor call regarding disclosure statement objections (.30); review objections regarding same (1.00).

| | | | |
|---|---|---|---|
| 11/15/10 | D G HEIMAN | 1.00 | 900.00 |

Review draft objection to disclosure statement (.30); telephone call with Erens regarding plan status (.20); review motion to disqualify Akin Gump (.50).

JONES DAY

Plan of Reorganization Matters                                                                     Page 4

| 11/16/10 | B B ERENS | 1.70 | 1,317.50 |
|---|---|---|---|

Review revised disclosure statement objections (1.20); office conferences with Hall regarding same and status of diligence products (.50).

| 11/16/10 | D A HALL | 3.00 | 1,575.00 |
|---|---|---|---|

Call regarding meet and confer (2.50); meeting with Erens regarding case status (.50).

| 11/16/10 | D G HEIMAN | 2.00 | 1,800.00 |
|---|---|---|---|

Telephone conference with Kurtz regarding status (.30); telephone conference with Sherman regarding same (.20); review omnibus objection to disclosure statement (1.00); review e-mail communications regarding same (.50).

| 11/17/10 | B B ERENS | 0.90 | 697.50 |
|---|---|---|---|

Finalize review of disclosure statement objections and related pleadings (.50); telephone call with Sherman regarding status of plan process (.20); review other filings regarding plan process (.20).

| 11/17/10 | D G HEIMAN | 1.00 | 900.00 |
|---|---|---|---|

Telephone conference with Kurtz regarding status (.50); review released case management order (.50).

| 11/18/10 | B B ERENS | 0.30 | 232.50 |
|---|---|---|---|

Prepare for creditor meeting in New York.

| 11/18/10 | D G HEIMAN | 1.50 | 1,350.00 |
|---|---|---|---|

Review e-mail communications regarding examiner's report (.50); conference with Kurtz regarding supplemental mediation (.40); telephone conference with Bennett and Bernstein regarding same (.60).

| 11/18/10 | T HOFFMANN | 2.10 | 1,102.50 |
|---|---|---|---|

Review and analyze revised order governing discovery procedures for plan confirmation and related items (1.20); participate in conference call with debtors' counsel and other parties, including Aurelius's counsel, regarding discovery order (.90).

| 11/18/10 | F E SHERMAN | 1.00 | 800.00 |
|---|---|---|---|

Review draft case management order (.70); draft e-mail to team regarding status (.30).

| 11/19/10 | B B ERENS | 5.50 | 4,262.50 |
|---|---|---|---|

Participate in creditor meeting regarding disclosure statement objections (5.00); review filings regarding same (.50).

| 11/21/10 | B B ERENS | 2.00 | 1,550.00 |
|---|---|---|---|

Review e-mails from group regarding disclosure statement revisions (1.00); review draft filings regarding same (1.00).

| 11/22/10 | B B ERENS | 1.00 | 775.00 |
|---|---|---|---|

Review new draft disclosure statement and related filings (.30); telephone call with Heiman regarding upcoming hearing and plan status (.40); review creditor e-mails regarding same (.30).

| 11/23/10 | B B ERENS | 1.00 | 775.00 |
|---|---|---|---|

Review new plan related filings (.70); telephone calls with Heiman regarding same (.30).

| 11/23/10 | D G HEIMAN | 1.50 | 1,350.00 |
|---|---|---|---|

Review Aurelius objection to debtors' motion for entry of an order setting confirmation schedule and establishing parameters of confirmation-related discovery (.50); telephone conference with Erens regarding same (.30); e-mail communications with Erens, Cullen and Sherman regarding response to Aurelius objection (.70).

| 11/23/10 | T HOFFMANN | 1.10 | 577.50 |
|---|---|---|---|

Review and analyze Aurelius objection to the countours motion and related documents.

| 11/24/10 | B B ERENS | 4.00 | 3,100.00 |
|---|---|---|---|

Telephone calls with Heiman regarding potential Special Committee filing in response to Aurelius objection (.50); telephone calls with Hoffmann regarding same (.50); telephone calls with Shafer regarding preparation of committee response and need for 11/29 hearing binder (.50); e-mails to special committee regarding same (.50); outline response regarding same (1.00); telephone call with Berg regarding same (.20); e-mails to and from company regarding same (.30); review new filings for disclosure statement hearing (.50).

| 11/24/10 | D G HEIMAN | 1.50 | 1,350.00 |
|---|---|---|---|

E-mail communications and telephone conferences with Erens regarding response to Aurelius objection (.50); conference with Bendernagel, Liebentritt regarding delay in responding to Aurelius objection and disclosure statement hearing (1.00).

| 11/24/10 | T HOFFMANN | 7.80 | 4,095.00 |
|---|---|---|---|

Review and analyze Aurelius objection to contours motion and deposition transcripts cited therein (4.00); draft and revise potential response to Aurelius objection (3.30); telephone calls with Erens regarding objection (.50).

| 11/24/10 | F E SHERMAN | 1.30 | 1,040.00 |
|---|---|---|---|

Review Aurelius objection (1.00); review e-mails regarding proposed response on behalf of special committee (.30).

| 11/26/10 | D G HEIMAN | 0.50 | 450.00 |
|---|---|---|---|

Review special committee meeting timeline and decision-making activities.

| 11/27/10 | B B ERENS | 1.00 | 775.00 |
|---|---|---|---|

Revise outline from Hoffmann regarding Special Committee response on Aurelius objection (.30); review new plan filings (.20); memorandum for Heiman regarding dates for special committee process (.50).

| 11/30/10 | B B ERENS | 3.50 | 2,712.50 |
|---|---|---|---|

Telephone calls with Heiman regarding committee response on Aurelius plan related objection (.80); telephone call with Bendernagel regarding same (.30); office conferences with Hoffmann and Hall regarding same (.50); review draft regarding same (.30); e-mail to Henderson regarding preference matters (.30); telephone call with Marvin regarding facts on response to Aurelius objection regarding Shapiro (.30); review transcript and related materials regarding same (.70); review new docket filings regarding disclosure statement matters (.30).

| 11/30/10 | D A HALL | 4.50 | 2,362.50 |
|---|---|---|---|

Meeting with Erens and Hoffmann regarding Aurelius response (.50); draft response (4.00).

| 11/30/10 | D G HEIMAN | 5.30 | 4,770.00 |
|---|---|---|---|

E-mail communications with Liebentritt and Erens regarding disclosure statement hearing and contours motion (.50); separate telephone conferences with Wilderotter, Shapiro, Wood and Berg to discuss status of case (2.00); various telephone conferences with Erens (.80) and Sherman (.80) regarding response to Aurelius objection; review Shapiro deposition transcript regarding same (1.20).

| 11/30/10 | T HOFFMANN | 11.40 | 5,985.00 |
|---|---|---|---|

Conference with Erens and Hall regarding response to Aurelius objection to the debtors' contours motion (.50); draft and revise response (9.20); analyze Shapiro deposition transcript and other materials relating to the response (1.70).

| 11/30/10 | L M MARVIN | 0.30 | 142.50 |
|---|---|---|---|

Conference with Erens regarding Aurelius objection facts.

| 11/30/10 | F E SHERMAN | 0.80 | 640.00 |
|---|---|---|---|

Telephone calls with Heiman regarding status and response to Aurelius objection.

| **TOTAL** | | 202.80 | USD | 130,355.00 |
|---|---|---|---|---|

**JONES DAY**

| | | | | |
|---|---|---|---|---|
| 11/09/10 | B B ERENS | 0.90 | | 697.50 |

E-mails to and from Heiman regarding preparation for management incentive plan hearing (.40); review company e-mail regarding the same (.30); telephone call with Hall regarding same (.20).

| | | | | |
|---|---|---|---|---|
| 11/10/10 | B B ERENS | 2.50 | | 1,937.50 |

Attend telephonic hearing regarding management incentive plan and related matters (2.10); office conference with Hall regarding same (.20); telephone call with Heiman regarding same (.20).

| | | | | |
|---|---|---|---|---|
| 11/10/10 | D G HEIMAN | 1.50 | | 1,350.00 |

Attend management incentive plan hearing telephonically (1.30); telephone call with Erens regarding same (.20).

| | | | | |
|---|---|---|---|---|
| 11/23/10 | B B ERENS | 1.00 | | 775.00 |

Participate in telephonic omnibus hearing.

| | | | | |
|---|---|---|---|---|
| 11/24/10 | B B ERENS | 0.50 | | 387.50 |

Prepare for disclosure statement hearing.

| | | | | |
|---|---|---|---|---|
| 11/24/10 | D B SHAFER | 2.10 | | 787.50 |

Communicate with Erens and Sobczak regarding agenda for Nov. 29, 2010 disclosure statement hearing and preparation of committee response (.50); review document in preparation for Erens's attendance at hearing (1.60).

| | | | | |
|---|---|---|---|---|
| 11/24/10 | A K SOBCZAK | 5.60 | | 1,400.00 |

Numerous office conferences with Shafer regarding hearing binders for Nov 29 plan hearing (.30); e-mails with Shafer regarding same (.10); e-mails with Erens regarding same (.10); print pleadings required for hearing binder (3.90); draft, review and revise hearing binder index (.60); arrange for overnight delivery of hearing binders to Heiman and Erens (.20); arrange for telephone appearance of Hall for Nov 29 plan hearing (.40).

| | | | | |
|---|---|---|---|---|
| 11/26/10 | D G HEIMAN | 1.50 | | 1,350.00 |

Conference with Erens regarding disclosure statement hearing (.40); review pleadings regarding same (1.10).

| | | | | |
|---|---|---|---|---|
| 11/28/10 | B B ERENS | 1.50 | | 1,162.50 |

Review disclosure statement materials for hearing.

| | | | | |
|---|---|---|---|---|
| 11/28/10 | D G HEIMAN | 6.00 | | 5,400.00 |

Review pleadings for disclosure statement hearing.

| | | | | |
|---|---|---|---|---|
| 11/29/10 | B B ERENS | 9.50 | | 7,362.50 |

Finalize hearing preparation for disclosure statement hearing (1.00); office conferences and e-mails with Heiman regarding same (.50); attend hearing regarding the same (8.00).

| | | | | |
|---|---|---|---|---|
| 11/29/10 | D A HALL | 2.00 | | 1,050.00 |

Attend telephonically at certain portions of disclosure statement hearing.

| | | | | |
|---|---|---|---|---|
| 11/29/10 | D G HEIMAN | 8.00 | | 7,200.00 |

Attend disclosure statement hearing (7.00); meeting with Erens regarding same (1.00).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 42.60 | **USD** | 30,860.00 |

# JONES DAY

| Employee Issues | | | Page 1 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11/09/10 | B B ERENS | 0.20 | | 155.00 |
| | Conference with Heiman regarding incentive plan issues. | | | |
| 11/09/10 | D G HEIMAN | 1.00 | | 900.00 |
| | Review management incentive program objections (.30); e-mail communications with Shapiro regarding same (.10); review debtor's supplemental response to joint pretrial memorandum regarding motion of the debtors for an order authorizing the debtors to implement a management incentive plan for 2010 (.40); conference with Erens regarding same (.20). | | | |
| 11/10/10 | D G HEIMAN | 0.50 | | 450.00 |
| | E-mail to Special Committee regarding management incentive plan. | | | |
| **TOTAL** | | **1.70** | **USD** | **1,505.00** |

# JONES DAY

| 11/01/10 | D N CHI | 0.20 | 80.00 |
|---|---|---|---|
| | Draft and revise first monthly fee application. | | |
| 11/01/10 | B B ERENS | 0.20 | 155.00 |
| | Office conference with Hall regarding projects and current status of bill. | | |
| 11/02/10 | D N CHI | 0.90 | 360.00 |
| | Finalize and coordinate filing and service of first monthly fee application. | | |
| 11/02/10 | B B ERENS | 0.20 | 155.00 |
| | Finalize September fee application with Chi. | | |
| 11/10/10 | M E HEMANN | 3.50 | 700.00 |
| | Review and revise October 2010 draft bill. | | |
| 11/15/10 | M E HEMANN | 5.00 | 1,000.00 |
| | Review and revise October 2010 draft bill. | | |
| 11/16/10 | D N CHI | 2.50 | 1,000.00 |
| | Review and analyze bill and draft second monthly fee application. | | |
| 11/17/10 | D N CHI | 3.60 | 1,440.00 |
| | Draft and revise second monthly fee application. | | |
| 11/18/10 | D N CHI | 1.90 | 760.00 |
| | Review and revise second monthly fee application. | | |
| 11/18/10 | B B ERENS | 0.70 | 542.50 |
| | Review and revise October fee application. | | |
| 11/18/10 | M E HEMANN | 2.50 | 500.00 |
| | Telephone conferences and email communications regarding timekeeper summaries (1.00); prepare same as exhibit to draft fee application (1.50). | | |
| 11/19/10 | B B ERENS | 0.30 | 232.50 |
| | Review and revise October fee application. | | |
| 11/22/10 | B B ERENS | 0.20 | 155.00 |
| | Office conference with Chi regarding finalization of October fee application. | | |
| 11/23/10 | D N CHI | 2.00 | 800.00 |
| | Draft and revise second monthly fee application. | | |
| 11/24/10 | D N CHI | 0.60 | 240.00 |
| | Draft and revise second monthly fee application in accordance with Erens comments. | | |
| 11/24/10 | B B ERENS | 0.50 | 387.50 |
| | Finalize October bill. | | |
| 11/29/10 | D N CHI | 2.30 | 920.00 |
| | Finalize second monthly fee application (1.50) and coordinate filing of same (.80). | | |
| 11/29/10 | D A HALL | 2.00 | 1,050.00 |
| | Review October bill and revise second monthly fee application. | | |
| 11/30/10 | D A HALL | 0.80 | 420.00 |
| | Review and finalize second monthly fee application. | | |
| **TOTAL** | | 29.90   USD | 10,897.50 |

**JONES DAY**

Bankruptcy Travel                                                                                   Page 1

| | | | |
|---|---|---|---|
| 11/18/10 | B B ERENS | 2.00 | 1,550.00 |
| | Travel to New York, New York for creditor meeting. | | |
| 11/19/10 | B B ERENS | 1.70 | 1,317.50 |
| | Travel back to Chicago, Illinois from creditor meeting. | | |
| 11/28/10 | B B ERENS | 2.50 | 1,937.50 |
| | Travel to Wilmington, Delaware for disclosure statement hearing. | | |
| 11/28/10 | D G HEIMAN | 3.00 | 2,700.00 |
| | Travel to Wilmington, Delaware for disclosure statement hearing. | | |
| 11/29/10 | B B ERENS | 3.00 | 2,325.00 |
| | Travel back to Chicago, Illinois from disclosure statement hearing. | | |
| 11/29/10 | D G HEIMAN | 3.00 | 2,700.00 |
| | Return travel to Cleveland, Ohio from Wilmington, Delaware following disclosure statement hearing. | | |
| **TOTAL** | | 15.20 | USD | 12,530.00* |

* The amount charged for Bankruptcy Travel has been reduced by 50%
such that only $6,265.00 is being requested in the fee application.

# JONES DAY

Corporate Matters                                                              Page 1

| | | | | |
|---|---|---|---|---|
| 11/01/10 | B B ERENS | 0.20 | | 155.00 |
| | Telephone call with Schaeffer regarding minutes. | | | |
| 11/22/10 | B B ERENS | 0.80 | | 620.00 |
| | Telephone call with Schaeffer regarding correspondence to committee regarding minutes and related matters (.20); draft materials regarding same (.60). | | | |
| 11/22/10 | A R SCHAEFFER | 0.90 | | 427.50 |
| | Revise written consents approving meeting minutes (.20); draft letter to special committee members (.30); call with Erens regarding meeting package (.20); call with Marvin regarding same (.20). | | | |
| 11/23/10 | B B ERENS | 0.50 | | 387.50 |
| | Finalize director and officer package with Schaeffer. | | | |
| 11/23/10 | D G HEIMAN | 0.50 | | 450.00 |
| | Review and comment on Committee minutes. | | | |
| 11/23/10 | A R SCHAEFFER | 0.70 | | 332.50 |
| | Conference with Erens regarding special committee letter (.20); revise special committee letter and prepare attachments (.50). | | | |
| **TOTAL** | | **3.60** | **USD** | **2,372.50** |

## JONES DAY

| 11/11/10 | B B ERENS | 0.50 | 387.50 |
|---|---|---|---|

Finalize review of committee complaints regarding status of litigation.

| 11/11/10 | D G HEIMAN | 1.00 | 900.00 |
|---|---|---|---|

Review draft discovery order (.60); review multiple e-mails regarding same (.40).

| 11/16/10 | B B ERENS | 1.00 | 775.00 |
|---|---|---|---|

Conference call with creditors regarding litigation procedures for plan.

| 11/21/10 | B B ERENS | 0.30 | 232.50 |
|---|---|---|---|

Review litigation hold letter and e-mail to group regarding same.

| 11/22/10 | L M MARVIN | 3.30 | 1,567.50 |
|---|---|---|---|

Review letter to Special Committee (1.00); prepare e-mail correspondence regarding document retention (2.30).

| 11/22/10 | F E SHERMAN | 0.50 | 400.00 |
|---|---|---|---|

Review document retention and presentation issues.

| 11/23/10 | D G HEIMAN | 0.50 | 450.00 |
|---|---|---|---|

Review e-mail communications regarding litigation hold.

| 11/23/10 | L M MARVIN | 5.80 | 2,755.00 |
|---|---|---|---|

Review letter to Special Committee (1.00); revise e-mail correspondence regarding document retention and collection of documents to plaintiffs (2.00); conference regarding forensic collection options (.50); review and respond to correspondence from clients (1.00); conference with Wood's office regarding collection (.80).

| 11/23/10 | F E SHERMAN | 1.00 | 800.00 |
|---|---|---|---|

E-mail to team regarding preservation of documents and next events.

| 11/24/10 | D G HEIMAN | 0.50 | 450.00 |
|---|---|---|---|

E-mail communications with Wood regarding litigation hold.

| 11/24/10 | L M MARVIN | 1.00 | 475.00 |
|---|---|---|---|

Review and respond to correspondence regarding document preservation (.50); review response to Aurelius objection and prepare correspondence regarding same (.50).

| 11/30/10 | D G HEIMAN | 0.70 | 630.00 |
|---|---|---|---|

Conferences with Marvin and Wilderotter regarding computer document preservation (.20); review Bendernagel and Zensky e-mails regarding case management order relating to privilege logs (.50).

| 11/30/10 | L M MARVIN | 2.00 | 950.00 |
|---|---|---|---|

Conference with Special Committee members and Heiman regarding collection (1.00); review and respond to correspondence (1.00).

| 11/30/10 | F E SHERMAN | 0.20 | 160.00 |
|---|---|---|---|

Review and respond to e-mail regarding discovery issues and draft case management order.

| **TOTAL** | | **18.30** | **USD** | **10,932.50** |
|---|---|---|---|---|

**EXHIBIT B**

# JONES DAY

Special Committee of the Board of Directors of                                     Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - November 30, 2010

| Date | Timekeeper Name | Location | Amount |
|------|-----------------|----------|--------|
| **AIR FARE** | | | |
| 11/04/10 | B B ERENS | CHI | 412.64 |
| | Airfare Travel to Delaware for mediation 04-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 117.67 |
| | Airfare Travel to Delaware for mediation 05-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 81.14 |
| | Airfare Travel to Delaware for mediation 05-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 150.00 |
| | Airfare Travel to Delaware for mediation 04-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 1,446.56 |
| | Airfare Trip to New York for deposition. 13-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 805.70 |
| | Airfare Travel to Philadelphia for mediation session in Wilmington, Delaware 04-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 418.70 |
| | Airfare Return travel from Philadelphia to Atlanta followig mediation session in Wilmington, Delaware 08-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 548.50 |
| | Airfare Travel to Philadelphia for mediation session in Wilmington, Delaware 08-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 973.40 |
| | Airfare Travel to New York for Shapiro deposition 13-Oct-2010 | | |
| 11/11/10 | B B ERENS | CHI | 550.40 |
| | Airfare Travel to Delaware for court hearing. 22-Oct-2010 | | |
| 11/18/10 | B B ERENS | CHI | 490.64 |
| | Airfare 10/9/10 to Wilmington regarding mediation | | |
| | **Air Fare Subtotal** | | **5,995.35** |
| **CALLING CARD CHARGES** | | | |
| 11/11/10 | B B ERENS | CHI | 0.06 |
| | Calling card charges 12-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 0.23 |
| | Calling card charges 14-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 0.21 |
| | Calling card charges 22-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 1.32 |
| | Calling card charges 14-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 5.31 |
| | Calling card charges 21-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 0.07 |
| | Calling card charges 17-Sep-2010 | | |
| 11/30/10 | B B ERENS | CHI | 0.05 |
| | Calling card charges 10-Oct-2010 | | |
| | **Calling card charges Subtotal** | | **7.25** |
| **COMPUTERIZED RESEARCH SERVICES** | | | |
| 11/05/10 | D M HIRTZEL | NYC | 20.88 |
| | Computerized research services - PACER SERVICE CENTER 3rd quarter 2010 | | |
| 11/11/10 | CHI ACCOUNTING | CHI | 19.36 |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 7/1/10 - 9/30/10 | | |

# JONES DAY

| | | | |
|---|---|---|---|
| 11/11/10 | CHI ACCOUNTING | CHI | 0.08 |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 7/1/10 - 9/30/10 | | |
| 11/11/10 | B B ERENS | CHI | 0.56 |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 7/1/10 - 9/30/10 | | |
| 11/11/10 | CHI ACCOUNTING | CHI | 16.72 |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 7/1/10 - 9/30/10 | | |
| | **Computerized research services Subtotal** | | **57.60** |

**CONFERENCE CHARGES**

| | | | |
|---|---|---|---|
| 11/11/10 | D G HEIMAN | CLE | 6.68 |
| | Conference charges Call with Kurtz, Liebentritt and Conlan regarding plan of reorganization negotiation developments 16-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 8.94 |
| | Conference charges 22-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 0.14 |
| | Conference charges 28-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 15.30 |
| | Conference charges Special Committee call regarding plan of reorganization 01-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 10.41 |
| | Conference charges call with Liebentritt, Conlan and Kurtz regarding mediation statement and strategy 17-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 19.18 |
| | Conference charges Special Committee call regarding proposals for September 15, 2010 Step One meeting 13-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 12.63 |
| | Conference charges call with Special Committee regarding mediation strategy 17-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 0.64 |
| | Conference charges 28-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 19.33 |
| | Conference charges Call with Special Committee regarding mediation strategy 28-Sep-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 3.65 |
| | Conference charges 17-Sep-2010 | | |
| 11/11/10 | D A HALL | CHI | 0.09 |
| | Conference charges 13-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 0.36 |
| | Conference charges 17-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 10.53 |
| | Conference charges 10-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 1.12 |
| | Conference charges 29-Sep-2010 | | |
| 11/11/10 | B B ERENS | CHI | 0.99 |
| | Conference charges 24-Sep-2010 | | |
| 11/24/10 | E C KITSLAAR | CHI | 3.70 |
| | Conference charges 10-Sep-2010 | | |
| 11/30/10 | D A HALL | CHI | 1.68 |
| | Conference charges 11-Oct-2010 | | |
| 11/30/10 | D A HALL | CHI | 4.34 |
| | Conference charges 19-Oct-2010 | | |
| 11/30/10 | B B ERENS | CHI | 16.30 |
| | Conference charges 10-Oct-2010 | | |
| 11/30/10 | B B ERENS | CHI | 59.68 |
| | Conference charges 11-Oct-2010 | | |
| 11/30/10 | B B ERENS | CHI | 0.10 |
| | Conference charges 10-Oct-2010 | | |
| | **Conference Charges Subtotal** | | **195.79** |

# JONES DAY

Special Committee of the Board of Directors of _____    Page 3

## COURT COSTS

| | | | |
|---|---|---|---:|
| 11/30/10 | D G HEIMAN | CLE | 30.00 |
| | Court costs - COURT CONFERENCE INV/CCID#3799777 DATED10/12/2010 | | |
| 11/30/10 | D G HEIMAN | CLE | 21.00 |
| | Court costs - COURT CONFERENCE INV/CCID#3799777 DATED | | |
| | **Court costs Subtotal** | | **51.00** |

## COURT REPORTER FEES

| | | | |
|---|---|---|---:|
| 11/16/10 | L M MARVIN | NYC | 1,045.75 |
| | Court reporter fees - HUDSON REPORTING & VIDEO, INC. 10/21/2010 | | |
| 11/16/10 | L M MARVIN | NYC | 1,284.95 |
| | Court reporter fees - HUDSON REPORTING & VIDEO, INC. 10/22/2010 | | |
| | **Court reporter fees Subtotal** | | **2,330.70** |

## DUPLICATION CHARGES

| | | | |
|---|---|---|---:|
| 11/11/10 | CHI ACCOUNTING | CHI | 30.00 |
| | Duplication charges through 11/11/2010 @ .10/page | | |
| | **Duplication charges Subtotal** | | **30.00** |

## FEDERAL EXPRESS CHARGES

| | | | |
|---|---|---|---:|
| 11/04/10 | B B ERENS | CHI | 19.50 |
| | Federal Express Charges | | |
| 11/17/10 | B B ERENS | CHI | 28.57 |
| | Federal Express Charges | | |
| 11/19/10 | B B ERENS | CHI | 28.65 |
| | Federal Express Charges | | |
| 11/23/10 | B B ERENS | CHI | 11.35 |
| | Federal Express Charges | | |
| 11/23/10 | B B ERENS | CHI | 8.26 |
| | Federal Express Charges | | |
| 11/23/10 | B B ERENS | CHI | 10.60 |
| | Federal Express Charges | | |
| 11/23/10 | B B ERENS | CHI | 10.60 |
| | Federal Express Charges | | |
| 11/24/10 | B B ERENS | CHI | 16.16 |
| | Federal Express Charges | | |
| 11/24/10 | B B ERENS | CHI | 11.85 |
| | Federal Express Charges | | |
| 11/29/10 | B B ERENS | CHI | 8.76 |
| | Federal Express Charges | | |
| 11/29/10 | B B ERENS | CHI | 11.10 |
| | Federal Express Charges | | |
| | **Federal Express charges Subtotal** | | **165.40** |

## FOOD AND BEVERAGE EXPENSES

| | | | |
|---|---|---|---:|
| 11/04/10 | B B ERENS | CHI | 7.00 |
| | Food and beverage expenses other travel to Delaware for mediation. 03-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 28.20 |
| | Food and beverage expenses breakfast travel to Delaware for mediation. 03-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 6.75 |
| | Food and beverage expenses lunch trip to New York for deposition. 13-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 8.00 |
| | Food and beverage expenses dinner trip to New York for deposition. 13-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 6.71 |
| | Food and beverage expenses other trip to New York for deposition. 13-Oct-2010 | | |
| 11/04/10 | B B ERENS | CHI | 3.87 |
| | Food and beverage expenses other trip to New York for deposition. 13-Oct-2010 | | |

# JONES DAY

Special Committee of the Board of Directors of                                                Page 4

| | | | |
|---|---|---|---|
| 11/11/10 | D G HEIMAN | CLE | 23.11 |
| | Food and beverage expenses lunch travel to Philadelphia for mediation session 04-Oct-2010 | | |
| | THOMAS F CULLEN JR | | |
| 11/11/10 | B B ERENS | CHI | 11.06 |
| | Food and beverage expenses dinner travel to Delaware for court hearing. 22-Oct-2010 | | |
| | **Food and beverage expenses Subtotal** | | **94.70** |

**HOTEL CHARGES**

| | | | |
|---|---|---|---|
| 11/04/10 | B B ERENS | CHI | 657.80 |
| | Hotel charges Travel to Delaware for mediation. 03-Oct-2010 to 05-Oct-2010 2 nights | | |
| | **Hotel charges Subtotal** | | **657.80** |

**LATE WORK MEAL**

| | | | |
|---|---|---|---|
| 11/11/10 | D A HALL | CHI | 10.97 |
| | Late work meal 01-Nov-2010 | | |
| 11/18/10 | B B ERENS | CHI | 17.07 |
| | Late work meal Dinner 14-Oct-2010 | | |
| 11/18/10 | B B ERENS | CHI | 35.95 |
| | Late work meal Dinner 12-Oct-2010 | | |
| | **Late Work Meal Subtotal** | | **63.99** |

**LATE WORK PARKING**

| | | | |
|---|---|---|---|
| 11/18/10 | B B ERENS | CHI | 30.00 |
| | Late Work Parking | | |
| 11/18/10 | B B ERENS | CHI | 30.00 |
| | Late Work Parking | | |
| 11/18/10 | B B ERENS | CHI | 27.00 |
| | Late Work Parking | | |
| | **Late Work Parking Subtotal** | | **87.00** |

**LOCAL FOOD AND BEVERAGE EXPENSE**

| | | | |
|---|---|---|---|
| 11/05/10 | NYC ACCOUNTING | NYC | 167.99 |
| | Local food and beverage expense Flik Catering 10/13/10 luncheon meeting for Brad Erens and 3 attendees | | |
| 11/05/10 | NYC ACCOUNTING | NYC | 103.61 |
| | Local food and beverage expense Flik Catering 10/14/10 luncheon meeting for David Heiman, Tim Cullen, Mark Shapiro and Fred Sharman (F. Sherman) | | |
| 11/12/10 | A M RABINOWITZ | NYC | 5.06 |
| | Local food and beverage expense - FLIK INTERNATIONAL CORP. 10/21/2010 (D) | | |
| | **Local food and beverage expense Subtotal** | | **276.66** |

**LOCAL PARKING CHARGES**

| | | | |
|---|---|---|---|
| 11/04/10 | B B ERENS | CHI | 31.00 |
| | Local parking charges trip to New York for deposition. 13-Oct-2010 | | |
| 11/11/10 | B B ERENS | CHI | 31.00 |
| | Local parking charges travel to Delaware for court hearing. 22-Oct-2010 | | |
| | **Local parking charges Subtotal** | | **62.00** |

**LOCAL TAXI CHARGES**

| | | | |
|---|---|---|---|
| 11/22/10 | D G HEIMAN | CLE | 324.62 |
| | Local taxi charges- Dialcar- 10/13/10 Transportation services required for a creditor's deposition of a member of the Special Committee. | | |
| 11/23/10 | NYC ACCOUNTING | NYC | 4.47 |
| | Local taxi charges- Towncar- 09/26/10 D.Shafer-Ryan | | |
| | **Local taxi charges Subtotal** | | **329.09** |

**LONG DISTANCE CHARGES**

| | | | |
|---|---|---|---|
| 11/11/10 | D G HEIMAN | CLE | 2.25 |
| | Long distance charges 14-Oct-2010 | | |
| 11/11/10 | B B ERENS | CHI | 3.15 |
| | Long distance charges 20-Oct-2010 | | |

**JONES DAY**

Special Committee of the Board of Directors of                                                   Page 5

| Date | Name | Location | Amount |
|---|---|---|---|
| 11/24/10 | NYC ACCOUNTING | NYC | 1.35 |
| | Long distance charges through 11/24/2010 | | |
| 11/30/10 | B B ERENS | CHI | 2.10 |
| | Long distance charges 15-Nov-2010 | | |
| 11/30/10 | B B ERENS | CHI | 2.70 |
| | Long distance charges 10-Nov-2010 | | |
| 11/30/10 | B B ERENS | CHI | 4.95 |
| | Long distance charges 16-Nov-2010 | | |
| 11/30/10 | B B ERENS | CHI | 1.20 |
| | Long distance charges 01-Nov-2010 | | |
| 11/30/10 | B B ERENS | CHI | 3.15 |
| | Long distance charges 04-Nov-2010 | | |
| 11/30/10 | B B ERENS | CHI | 13.50 |
| | Long distance charges 01-Nov-2010 | | |
| | **Long distance charges Subtotal** | | **34.35** |

**MILEAGE EXPENSES**

| 11/11/10 | D G HEIMAN | CLE | 13.00 |
|---|---|---|---|
| | Mileage expenses travel to Philadelphia for mediation session in Wilmington, Delaware (from home to Cleveland airport) 08-Oct-2010 26 Miles @ Rate .50 | | |
| 11/11/10 | D G HEIMAN | CLE | 26.00 |
| | Mileage expenses travel to New York for Shapiro deposition (to/from home and Cleveland aiport) 13-Oct-2010 52 Miles @ Rate .50 | | |
| | **Mileage expenses Subtotal** | | **39.00** |

**MISCELLANEOUS EXPENSES**

| 11/11/10 | D G HEIMAN | CLE | 79.28 |
|---|---|---|---|
| | Local taxi charge travel to New York for Tribune meetings (Dialcar- 08/30/10 from LaGuardia aiport to Office) 19-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 70.41 |
| | Local taxi charge travel to New York for Tribune meetings (Dialcar- 08/30/10 from Office to LaGuardia airport) 20-Oct-2010 | | |
| | **Miscellaneous expenses Subtotal** | | **149.69** |

**PARKING EXPENSES**

| 11/11/10 | D G HEIMAN | CLE | 21.00 |
|---|---|---|---|
| | Parking expenses travel to Philadelphia for mediation session (Cleveland airport) 06-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 14.00 |
| | Parking expenses travel to New York for Shapiro deposition (at Cleveland aiport) 13-Oct-2010 | | |
| | **Parking expenses Subtotal** | | **35.00** |

**SUPPLIES**

| 11/04/10 | B B ERENS | CHI | 2.22 |
|---|---|---|---|
| | Supplies - Williams Lea - Tabs/Binder 9/16 | | |
| 11/04/10 | B B ERENS | CHI | 2.16 |
| | Supplies - Williams Lea - Tabs/Binder 9/20 | | |
| 11/04/10 | AK SOBCZAK | CHI | 10.00 |
| | Supplies - Williams Lea - Tabs/Binder 9/22 | | |
| | **Supplies Subtotal** | | **14.38** |

**TAXI FARE**

| 11/11/10 | D G HEIMAN | CLE | 99.60 |
|---|---|---|---|
| | Taxi fare travel to Philadelphia for mediation session in Wilmington, Delaware (car service from Wilmington to Philadelphia airport following mediation) 04-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 104.60 |
| | Taxi fare travel to Philadelphia for mediation session in Wilmington, Delaware (car service from Philadelphia airport to Wilmington) 04-Oct-2010 | | |
| 11/11/10 | D G HEIMAN | CLE | 42.00 |
| | Taxi fare travel to Philadelphia for mediation session in Wilmington, Delaware (from Atlanta airport to home) 08-Oct-2010 | | |

# JONES DAY

| 11/11/10 | D G HEIMAN | CLE | 104.60 |
|---|---|---|---|

Taxi fare travel to Philadelphia for mediation session in Wilmington, Delaware (car service from Philadelphia airport to Wilimington) 08-Oct-2010

| 11/11/10 | D G HEIMAN | CLE | 90.00 |
|---|---|---|---|

Taxi fare travel to Philadelphia for mediation session in Wilmington, Delaware (from Wilmington to Philadelphia airport) 08-Oct-2010

| 11/11/10 | B B ERENS | CHI | 62.58 |
|---|---|---|---|

Taxi fare travel to Delaware for court hearing. 22-Oct-2010

| 11/11/10 | B B ERENS | CHI | 85.00 |
|---|---|---|---|

Taxi fare travel to Delaware for court hearing. 22-Oct-2010

**Taxi Fare Subtotal** **588.38**

## UNITED PARCEL SERVICE CHARGES

| 11/24/10 | AK SOBCZAK | CHI | 11.39 |
|---|---|---|---|

United Parcel Services Charges, David Heiman ( Guest), c/o Hotel DuPont, 1ZV3F462T092632973

**United Parcel Service charges Subtotal** **11.39**

## VIDEO AND ELECTRONIC EXPENSES

| 11/16/10 | L M MARVIN | NYC | 237.00 |
|---|---|---|---|

Video and electronic expenses - HUDSON REPORTING & VIDEO, INC. 10/21/2010

| 11/16/10 | L M MARVIN | NYC | 229.50 |
|---|---|---|---|

Video and electronic expenses - HUDSON REPORTING & VIDEO, INC. 10/22/2010

**Video and electronic expenses Subtotal** **466.50**

**Total** **USD** **11,743.02 \*\***

** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 435.35

**Grand Total** **USD** **11,743.02 \*\***

** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 435.35

**EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.     I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.    I have read the Third Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from November 1, 2010 Through November 30, 2010 (the "Application").

3.    A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated:  January 3, 2011

_____
Brad B. Erens

CHI-1783928v3