# Exhibit B

## Appeal Documents

2:08-cv-02156-DMC -MF TUCKER v. NEW YORK POLICE DEPARTMENT et al **CASE CLOSED on 02/23/2010**
ADMCLOSED

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 11/9/2010 at 10:40 AM EST and filed on 11/5/2010
**Case Name:** TUCKER v. NEW YORK POLICE DEPARTMENT et al
**Case Number:** 2:08-cv-02156-DMC -MF
**Filer:**
**WARNING: CASE CLOSED on 02/23/2010**
**Document Number:** No document attached

**Docket Text:**
**Pursuant to Local Rule 79.4, notice is hereby given of the Appellate ruling filed on 11/5/10. In the event that the mandate or judgment provides for costs or directs a disposition other than an affirmance, the prevailing party shall prepare and submit an order implementing the mandate or judgment. (tjg,)**

**2:08-cv-02156-DMC -MF Notice has been electronically mailed to:**

ALAN R. RUDDY     aruddy@counsel.essexcountynj.org, csweat@counsel.essexcountynj.org

BRUCE S. ROSEN     brosen@marc-law.com

ELIZABETH WIZEMAN DOLLIN     edollin@law.nyc.gov

JAMES MARTIN BENNETT     james.bennett@dol.lps.state.nj.us

JOHN BOATNER NANCE     johnbnance@gmail.com, benjamina@ci.newark.nj.us

KEITH J. MILLER     kmiller@rwmlegal.com

MICHAEL LOUIS BERRY     mberry@lskslaw.com

ROBERT D BALIN     robbalin@dwt.com

RUTH V. SIMON     rsimon@clausen.com, mmolina@clausen.com

THEODORE J. MLYNAR     tjmlynar@hhlaw.com, mferrara@hhlaw.com, ttnguyen@hhlaw.com

**2:08-cv-02156-DMC -MF Notice will not be electronically mailed to::**

BART G. VAN DE WEGHE
HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY 10022

EMERSON TUCKER
#20080003014
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608