# Exhibit C



**Illinois
Department of
Corrections**

Pat Quinn
Governor

Gladyse Taylor
Acting Director

1301 Concordia Court • P.O. Box 19277
Springfield IL 62794-9277

Telephone: (217) 558-2200
TDD: (800) 526-0844

December 3, 2010

Detainee Emerson Tucker #2008-0003014
Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

Dear Detainee Tucker:

The Office of Jail and Detention Standards received your correspondence dated November 10, 2010 regarding allegations that Cook County Jail library staff Carmella K. Richardson was unprofessional and did not honor court orders.

You further allege Ms. Richardson did not provide you proper postage for court document(s) you wanted sent out and did not photocopy your court orders. Criminal Justice Specialist Steven Godlock reviewed your complaints as related to *Illinois County Jail Standards*.

In regard to outgoing privileged mail; law requires detainees send letters marked "privileged" which may be sealed prior to submission for mailing. Privileged mail may be sent to:

- Federal or Illinois legislators; Judges of any court of the Illinois Court of Claims, chief of courts; the Attorney General of the United States, and the Governor of the State of Illinois.
- The Director, Deputy Director, or Assistant Deputy Director of the Illinois Department of Corrections, the Chief of the Jail and Detention Standards Unit of the Illinois Department of Corrections, a member of the Illinois Prisoner Review Board, and county sheriff.
- Chief Executive Officers of the Federal Bureau of Investigation, the Drug Enforcement Administration, the Criminal Division of the Department of Justice, and the United States Custom Service.
- The John Howard Association
- Registered attorneys
- Or any organizations which provide legal representation to detainees.

There is nothing in the *Illinois County Jail Standards* that requires county jail library staff to provide detainees with copies, charging for copies, or detainee's postage,

Illinois County Jail Standards, Section 701.230 requires:

a) Library services shall be made available to all detainees. Library materials shall include up-to-date informational, recreational, legal, and educational resources.

      1) Detainee access to current *Illinois Compiled Statues* shall be provided.
      2) Detainee access to current jail and regulations shall be provided.
  b) There shall be a written policy covering the library's day-to-day activities and schedule.
  c) Where the level of need does not require full-time library personnel, there shall be a jail staff person whose job assignment shall include responsibility for outgoing development and maintenance of the library and liaison with a public library.

The jail should have a policy regarding certified or registered mail. You may want to review the library's day-to-day policies regarding activities, schedules, and assistance with postage and photocopies.

                          Sincerely,

                          Brad Besson
                          Acting Manager
                          Office of Jail and Detention Standards

cc: Executive Director Salvador A. Godinez
    Director Daniel Brown
    Specialist Steven Godlock