Certification of filing And Service
Fed. R. Civ. P. 5

FILED
2011 JAN -3 AM 9:54
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: In re: Tribune Company, et al.,
Chapter 11, Case no. 08-13141 (KJC)

    I, Emerson Tucker, hereby certify that on December 23, 2010, I caused the attached 5-page Supplemental letter of the Claimant-respondent to the Debtors' objections dated September 22, 2010, wherein they had moved to have the Claim agent to disallow, expunge, and for which to have my claims striken from the claims register so that the Claim register reflects more accurately the claims asserted, and that I served upon the United States Bankruptcy Court and all counsel of record as the service list are below.

    I further certify that on the same date that respondent's

-1-

exhibit A through C are also submitted in support of this Supplemental letter.

*Emerson Tucker*
Emerson Tucker-Respondent
Pro Se

Service list are as follows:

Honorable Kevin J. Carey,
Chief United States Bankruptcy Judge
824 Market Street, 5th Floor
Wilmington, Delaware 19801

Cole, Schotz, Meisel, Forman, And Leonard, P.A
Norman L. Pernick, Esquire
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, N.Y. 10017