# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT attached hereto as Exhibit A is the Certificate of Service to Bank of America's Responses and Objections to various Request for Production of Documents that were served in the above-captioned matter.

Dated: January 5, 2011
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ John H. Schanne, II
David B. Stratton (No. 960)
John H. Schanne, II (No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Bradley J. Butwin, Esq.
Daniel L. Cantor, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

-and-

#13661226 v1

Evan M. Jones, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Bank of America*

#13661226 v1