IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on January 5, 2011, I caused a copy of the foregoing **Notice of Service** to be served via U.S. first-class mail, postage prepaid, on the following parties:

Daniel H. Golden, Esquire
David M. Zensky, Esquire
Abid Qureshi, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

_____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

Sworn to and subscribed before me this 5th day of January, 2011

_____
Notary Public

SANDRA L. VAN DYK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 21, 2012

46429/0001-7282660v1