# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

November 1, 2010 through and including November 30, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 91.70 | $59,605.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 160.60 | $92,345.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $575.00 | 78.10 | $44,907.50 |
| William E. Chipman, Jr. | Partner; Admitted DE 1999 | May, 1999 | $550.00 | 1.00 | $550.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $415.00 | 125.80 | $52,207.00 |
| Kerri K. Mumford | Partner; admitted DE 2002 | May, 2001 | $415.00 | .10 | 41.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 40.70 | $16,076.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $345.00 | 200.10 | $69,034.50 |
| Mark D. Olivere | Associate; admitted DE 2002 | May, 2002 | $365.00 | 1.20 | $438.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $295.00 | 100.30 | $29,588.50 |

{698.001-W0012130.}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 121.20 | $32,118.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $255.00 | 9.40 | $2,397.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 213.10 | $44,751.00 |
| Michelle M. Dero | Paralegal | N/A | $210.00 | 29.20 | $6,132.00 |
| Cathy A. Adams | Paralegal | N/A | $190.00 | 30.80 | $5,852.00 |
| Anthony C. Dellose | Paralegal | N/A | $180.00 | 20.70 | $3,726.00 |
| Linda M. Rogers | Paralegal | N/A | $190.00 | 93.70 | $17,803.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 5.50 | $687.50 |
|  |  |  | Total | 1,323.20 | $478,260.00 |

**Blended Rate: $361.44**

{698.001-W0012130.}