# EXHIBIT "C"

{698.001-W0012130.}

```
Official Committee of Unsecured Creditors                    January 04, 2011
                                                         Account No:  698-001
                                                         Statement No:   12965

Tribune Company, et al. bankruptcy
```

**Expenses**

| | |
|---|---:|
| Overtime Wages | 1,248.23 |
| Telephone | 786.09 |
| Postage | 7.30 |
| Travel expense | 476.00 |
| Copying | 898.00 |
| Overnight Delivery | 9,561.46 |
| Service fee | 135,709.64 |
| Courier Fees | 14,472.49 |
| Outside Duplication Services | 11,011.88 |
| Electronic Filing - PACER | 965.36 |
| US Postage | 1,896.58 |
| Court Reporter fees | 986.70 |
| Client meals | 653.50 |
| Conference Call Service | 102.00 |
| **Total Expenses Thru 11/30/2010** | **$178,775.23** |

{698.001-W0012270.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | | |
| 698.001 | 08/20/2010 | AGL | U | B100 | E217 | | 344.85 | Court Reporter fee Elaine M. Ryan | 985 |
| Subtotal for Transaction Date 08/20/2010 | | | | | | Billable | 344.85 | | |
| 698.001 | 09/08/2010 | AGL | U | B100 | E226 | | 30.00 | Conference Call Service - Court Call | 979 |
| Subtotal for Transaction Date 09/08/2010 | | | | | | Billable | 30.00 | | |
| 698.001 | 09/22/2010 | AGL | U | B100 | E105 | | 144.00 | Telephonic Appearance - Court Call - Chadbourne & Parke (Howard Seife and Douglas Deutsch) #374188 and 3741875 | 980 |
| Subtotal for Transaction Date 09/22/2010 | | | | | | Billable | 144.00 | | |
| 698.001 | 09/29/2010 | AGL | U | B100 | E105 | | 51.00 | Telephonic Appearance - Court Call - Chadbourne & Parke (Marc Roitman) #3755482 | 981 |
| Subtotal for Transaction Date 09/29/2010 | | | | | | Billable | 51.00 | | |
| 698.001 | 09/30/2010 | AGL | U | B100 | E208 | | 689.52 | Electronic Filing PACER-Advance | 1030 |
| 698.001 | 09/30/2010 | AGL | U | B100 | E208 | | 7.92 | Electronic Filing PACER-Advance | 1031 |
| Subtotal for Transaction Date 09/30/2010 | | | | | | Billable | 697.44 | | |
| 698.001 | 10/07/2010 | AGL | U | B100 | E105 | | 74.00 | Telephonic Appearance - Court Call - Chadbourne & Parke (Howard Seife and Douglas Deutsch) #3777612 and #3777608 | 994 |
| 698.001 | 10/07/2010 | AGL | U | B100 | E110 | | 152.00 | Out-of-town travel - AGL to NYC in-person committee meeting | 1000 |
| Subtotal for Transaction Date 10/07/2010 | | | | | | Billable | 226.00 | | |
| 698.001 | 10/08/2010 | AGL | U | B100 | E110 | | 10.00 | Out-of-town travel - WPA - Parking - AGL | 1002 |
| Subtotal for Transaction Date 10/08/2010 | | | | | | Billable | 10.00 | | |
| 698.001 | 10/14/2010 | AGL | U | B100 | E105 | | 204.00 | Telephonic Appearance - Court Call - Chadborne & Park (David LeMay and Howard Seife) #3799416 and 3799395 and Landis Rath & Cobb (Matthew B. McGuire and Adam G. Landis) #3799445 and #3799384 | 995 |
| Subtotal for Transaction Date 10/14/2010 | | | | | | Billable | 204.00 | | |
| 698.001 | 10/27/2010 | AGL | U | B100 | E105 | | 186.00 | Telephonic Appearance - Court Call - Chadbourne & Parke (Douglas Deutsch and Marc Roitman) #3815323 and #3815319 | 996 |
| Subtotal for Transaction Date 10/27/2010 | | | | | | Billable | 186.00 | | |
| 698.001 | 10/31/2010 | AGL | U | B100 | E208 | | 66.00 | Electronic Filing PACER-Advance | 1032 |
| Subtotal for Transaction Date 10/31/2010 | | | | | | Billable | 66.00 | | |
| 698.001 | 11/01/2010 | AGL | U | B100 | E111 | | 97.00 | Meals Mikimotos - LRC Overtime Meals for 8 | 935 |
| 698.001 | 11/01/2010 | AGL | U | B100 | E211 | | 278.45 | Outside printing - Advance Digital Legal Services, LLC - 55461 | 947 |
| 698.001 | 11/01/2010 | AGL | U | B100 | E211 | | 285.67 | Outside printing - Advance Digital Legal Services, LLC - 55462 | 948 |
| 698.001 | 11/01/2010 | AGL | U | B100 | E210 | | 185.44 | US Postage # Digital Legal Services, LLC - 55462 | 949 |
| 698.001 | 11/01/2010 | AGL | U | B100 | E108 | | 7.30 | Postage | 964 |
| 698.001 | 11/01/2010 | AGL | U | B100 | E101 | 0.100 | 22.50 | Copying | 965 |
| Subtotal for Transaction Date 11/01/2010 | | | | | | Billable | 876.36 | | |
| 698.001 | 11/02/2010 | AGL | U | B100 | E211 | | 306.04 | Outside printing - Advance Digital Legal Services, LLC - 55498 | 950 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 11/02/2010 | AGL | U | B100 E101 | 0.100 | 18.20 | Copying | 966 |
| 698.001 | 11/02/2010 | AGL | U | B100 E105 | | 30.00 | Telephonic Appearance - Court Call - Chadbourne & Park (Howard Seife) #3821851 | 997 |
| 698.001 | 11/02/2010 | AGL | U | B100 E105 | | 30.00 | Telephonic Appearance- Court Call - Landis Rath & Cobb (Adam G. Landis) #3821845 | 998 |
| 698.001 | 11/02/2010 | AGL | U | B100 E105 | | 60.00 | Telephonic Appearance - Court Call - Landis Rath & Cobb (Daniel Rath) #3821846 and Zuckerman Spaeder LLP (James Sottile) #3821866 | 999 |
| Subtotal for Transaction Date 11/02/2010 | | | | | Billable | 444.24 | | |
| 698.001 | 11/03/2010 | AGL | U | B100 E202 | | 4,275.00 | Service Fee Brandywine Process Servers, Ltd. - #95055 | 920 |
| 698.001 | 11/03/2010 | AGL | U | B100 E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - 55504 | 951 |
| 698.001 | 11/03/2010 | AGL | U | B100 E210 | | 2.20 | US Postage # Digital Legal Services, LLC - 55504 | 952 |
| 698.001 | 11/03/2010 | AGL | U | B100 E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 960 |
| 698.001 | 11/03/2010 | AGL | U | B100 E110 | | 304.00 | Out-of-town travel - DBR Amtrak to/from NYC | 1003 |
| Subtotal for Transaction Date 11/03/2010 | | | | | Billable | 4,621.05 | | |
| 698.001 | 11/04/2010 | AGL | U | B100 E202 | | 1,360.00 | Service Fee Brandywine Process Servers, Ltd. - #95154 | 917 |
| 698.001 | 11/04/2010 | AGL | U | B100 E202 | | 2,830.00 | Service Fee Brandywine Process Servers, Ltd. - #95022 | 919 |
| 698.001 | 11/04/2010 | AGL | U | B100 E202 | | 900.00 | Service Fee Brandywine Process Servers, Ltd. - 95371 | 984 |
| 698.001 | 11/04/2010 | AGL | U | B100 E110 | | 10.00 | Out-of-town travel - DBR - WPA - Parking | 1004 |
| Subtotal for Transaction Date 11/04/2010 | | | | | Billable | 5,100.00 | | |
| 698.001 | 11/05/2010 | AGL | U | B100 E216 | | 460.10 | Courier Fee - Advance TriState Courier & Carriage | 959 |
| Subtotal for Transaction Date 11/05/2010 | | | | | Billable | 460.10 | | |
| 698.001 | 11/08/2010 | AGL | U | B100 E105 | | 7.09 | Telephone American Teleconferencing Services Ltd. - AGL | 1008 |
| Subtotal for Transaction Date 11/08/2010 | | | | | Billable | 7.09 | | |
| 698.001 | 11/10/2010 | AGL | U | B100 E202 | | 6,105.00 | Service Fee Brandywine Process Servers, Ltd. - #95113 | 918 |
| 698.001 | 11/10/2010 | AGL | U | B100 E221 | | 40.18 | Overnight Delivery FedEx | 936 |
| 698.001 | 11/10/2010 | AGL | U | B100 E101 | 0.100 | 63.50 | Copying | 967 |
| 698.001 | 11/10/2010 | AGL | U | B100 E101 | 0.100 | 2.40 | Copying | 968 |
| 698.001 | 11/10/2010 | AGL | U | B100 E211 | | 111.72 | Outside printing - Advance Digital Legal Services, LLC - 55600 | 988 |
| 698.001 | 11/10/2010 | AGL | U | B100 E210 | | 159.60 | US Postage # Digital Legal Services, LLC - 55600 | 989 |
| 698.001 | 11/10/2010 | AGL | U | B100 E111 | | 126.00 | Meals Sugarfoot Fine Food - LRC (4) and Chadbourne (3) and Zuckerman (2) Breakfast | 1006 |
| 698.001 | 11/10/2010 | AGL | U | B100 E111 | | 357.50 | Meals Sugarfoot Fine Food - Lunch for 15 = LRC (4), Chadbourne (3) Zuckerman (2) and counsel for Plan Proponents (6) | 1007 |
| 698.001 | 11/10/2010 | AGL | U | B100 E226 | | 72.00 | Conference Call Service - Telephonic Court Appearances - Court Call - Chadbourne & Park (Mark Roitman) #3848517 | 1088 |
| Subtotal for Transaction Date 11/10/2010 | | | | | Billable | 7,037.90 | | |
| 698.001 | 11/11/2010 | AGL | U | B100 E101 | 0.100 | 20.50 | Copying | 969 |
| 698.001 | 11/11/2010 | AGL | U | B100 E211 | | 475.81 | Outside printing - Advance Digital Legal Services, LLC - 55603 | 990 |
| 698.001 | 11/11/2010 | AGL | U | B100 E210 | | 205.72 | US Postage # Digital Legal Services, LLC - 55603 | 991 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 11/11/2010 | | | | | Billable | 702.03 | | |
| 698.001 | 11/12/2010 | AGL | U | B100 | E107 | | 681.50 Delivery services/messengers TriState Courier & Carriage - 36021 | 987 |
| 698.001 | 11/12/2010 | AGL | U | B100 | E211 | | 5,040.00 Outside printing - Advance Digital Legal Services, LLC - 55665 | 1009 |
| Subtotal for Transaction Date 11/12/2010 | | | | | Billable | 5,721.50 | | |
| 698.001 | 11/13/2010 | AGL | U | B100 | E202 | | 3,735.00 Service Fee Brandywine Process Servers, Ltd. - 95162 | 956 |
| 698.001 | 11/13/2010 | AGL | U | B100 | E101 | 0.100 | 150.00 Copying | 970 |
| Subtotal for Transaction Date 11/13/2010 | | | | | Billable | 3,885.00 | | |
| 698.001 | 11/15/2010 | AGL | U | B100 | E217 | | 602.25 Court Reporter fee Diaz Data Services - #7002 | 916 |
| 698.001 | 11/15/2010 | AGL | U | B100 | E107 | | 255.00 FedEx services preparation for subpoenas Parcels, Inc. - 281173 | 944 |
| 698.001 | 11/15/2010 | AGL | U | B100 | E107 | | 255.00 FedEx services/preparation Parcels, Inc. - 281119 | 945 |
| 698.001 | 11/15/2010 | AGL | U | B100 | E209 | | 140.56 Overtime wages - K. Becker (Create FedEx labels for subpoena packages) | 961 |
| 698.001 | 11/15/2010 | AGL | U | B100 | E101 | 0.100 | 68.90 Copying | 971 |
| Subtotal for Transaction Date 11/15/2010 | | | | | Billable | 1,321.71 | | |
| 698.001 | 11/16/2010 | AGL | U | B100 | E221 | | 173.40 Overnight Delivery FedEx (notice & 3rd party complaint) | 937 |
| 698.001 | 11/16/2010 | AGL | U | B100 | E202 | | 3,005.00 Service Fee Brandywine Process Servers, Ltd. - 95194 | 957 |
| 698.001 | 11/16/2010 | AGL | U | B100 | E209 | | 452.53 Overtime wages - M. Ifill work on subpoenas | 962 |
| 698.001 | 11/16/2010 | AGL | U | B100 | E101 | 0.100 | 488.60 Copying | 972 |
| 698.001 | 11/16/2010 | AGL | U | B100 | E107 | | 74.20 Delivery services/messengers TriState Courier & Carriage | 992 |
| 698.001 | 11/16/2010 | AGL | U | B100 | E221 | | 8,547.45 Overnight Delivery FedEx - 7-317-91721 (notice and 3rd party compaint to banks/brokers) | 1026 |
| Subtotal for Transaction Date 11/16/2010 | | | | | Billable | 12,741.18 | | |
| 698.001 | 11/17/2010 | AGL | U | B100 | E107 | | 2,289.28 Delivery services/messengers Parcels, Inc. - 281717 (scan/copy 13F investor subpoenas) | 942 |
| 698.001 | 11/17/2010 | AGL | U | B100 | E101 | 0.100 | 14.50 Copying | 973 |
| 698.001 | 11/17/2010 | AGL | U | B100 | E211 | | 7.70 Outside printing - Advance Digital Legal Services, LLC - 55687 | 1010 |
| 698.001 | 11/17/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 55687 | 1011 |
| 698.001 | 11/17/2010 | AGL | U | B100 | E211 | | 884.94 Outside printing - Advance Digital Legal Services, LLC - 55691 | 1012 |
| 698.001 | 11/17/2010 | AGL | U | B100 | E210 | | 317.49 US Postage # Digital Legal Services, LLC - 55691 | 1013 |
| 698.001 | 11/17/2010 | AGL | U | B100 | E210 | | 54.90 US Postage # Digital Legal Services, LLC - 55701 | 1014 |
| Subtotal for Transaction Date 11/17/2010 | | | | | Billable | 3,574.06 | | |
| 698.001 | 11/18/2010 | AGL | U | B100 | E107 | | 90.00 Delivery services/messengers Parcels, Inc. - 282429 | 939 |
| 698.001 | 11/18/2010 | AGL | U | B100 | E107 | | 3,150.41 Delivery services prepare FedEx packages for foreign companies and FedEx charges/messengers Parcels, Inc. - 282328 | 940 |
| 698.001 | 11/18/2010 | AGL | U | B100 | E107 | | 2,657.51 Digital Scanning and organize and copy subpoenas Parcels, Inc. - 282378 | 943 |
| 698.001 | 11/18/2010 | AGL | U | B100 | E107 | | 2,646.34 Delivery services/messengers Parcels, Inc. - 282380 | 946 |
| 698.001 | 11/18/2010 | AGL | U | B100 | E202 | | 1,600.00 Service Fee Brandywine Process Servers, Ltd. - 95228 | 958 |
| 698.001 | 11/18/2010 | AGL | U | B100 | E107 | | 434.20 Delivery services/messengers TriState Courier & Carriage - 36022 | 993 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

Subtotal for Transaction Date 11/18/2010
                                            Billable    10,578.46

| 698.001 | 11/19/2010 | AGL | U | B100 | E107 |   | 330.00 | Assistance with issuance of mutual fund subpoenas Parcels, Inc. - 282347 | 941 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E202 |   | 265.00 | Service Fee Brandywine Process Servers, Ltd. - 95241 | 954 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E202 |   | 2,040.00 | Service Fee Brandywine Process Servers, Ltd. - 95242 | 955 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E101 | 0.100 | 1.30 | Copying | 974 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E101 | 0.100 | 20.80 | Copying | 975 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E221 |   | 800.43 | Overnight Delivery FedEx | 986 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E211 |   | 2.57 | Outside printing - Advance Digital Legal Services, LLC - 55705 | 1015 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E210 |   | 2.20 | US Postage # Digital Legal Services, LLC - 55705 | 1016 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E107 |   | 36.00 | Delivery services/messengers TriState Courier & Carriage | 1027 |
| 698.001 | 11/19/2010 | AGL | U | B100 | E211 |   | 742.42 | Outside printing and service of Subpoenas and Notices - Advance Mesirow Financial/Pitney Bowes | 1090 |

Subtotal for Transaction Date 11/19/2010
                                            Billable    4,240.72

| 698.001 | 11/20/2010 | AGL | U | B100 | E209 |   | 655.14 | Overtime wages - C. Lewicki (Assist with edits to subpoena list) | 963 |

Subtotal for Transaction Date 11/20/2010
                                            Billable    655.14

| 698.001 | 11/22/2010 | AGL | U | B100 | E107 |   | 340.00 | Return FedEx charges - Parcels, Inc. - 282668 | 938 |

Subtotal for Transaction Date 11/22/2010
                                            Billable    340.00

| 698.001 | 11/23/2010 | AGL | U | B100 | E202 |   | 1,275.00 | Service Fee Brandywine Process Servers, Ltd. - 95307 | 953 |
| 698.001 | 11/23/2010 | AGL | U | B100 | E111 |   | 45.50 | Meals Sugarfoot Fine Food - Breakfast for LRC (4), Chadbourne (2) and Zuckerman (1) | 1021 |
| 698.001 | 11/23/2010 | AGL | U | B100 | E211 |   | 925.90 | Outside printing - Advance Digital Legal Services, LLC - 55763 | 1056 |
| 698.001 | 11/23/2010 | AGL | U | B100 | E210 |   | 316.71 | US Postage # Digital Legal Services, LLC - 55763 | 1057 |
| 698.001 | 11/23/2010 | AGL | U | B100 | E107 |   | 3.25 | Delivery services/messengers TriState Courier & Carriage | 1083 |

Subtotal for Transaction Date 11/23/2010
                                            Billable    2,566.36

| 698.001 | 11/24/2010 | AGL | U | B100 | E217 |   | 39.60 | Court Reporter fee Diaz Data Services - USBC | 934 |
| 698.001 | 11/24/2010 | AGL | U | B100 | E202 |   | 390.00 | Service Fee Brandywine Process Servers, Ltd. - 95394 | 982 |
| 698.001 | 11/24/2010 | AGL | U | B100 | E211 |   | 549.78 | Outside printing - Advance Digital Legal Services, LLC - 55741 | 1052 |
| 698.001 | 11/24/2010 | AGL | U | B100 | E210 |   | 242.31 | US Postage # Digital Legal Services, LLC - 55741 | 1053 |
| 698.001 | 11/24/2010 | AGL | U | B100 | E107 |   | 713.70 | Delivery services/messengers TriState Courier & Carriage | 1084 |

Subtotal for Transaction Date 11/24/2010
                                            Billable    1,935.39

| 698.001 | 11/26/2010 | AGL | U | B100 | E101 | 0.100 | 26.80 | Copying | 976 |
| 698.001 | 11/26/2010 | AGL | U | B100 | E211 |   | 19.08 | Outside printing - Advance Digital Legal Services, LLC - 55736 | 1048 |
| 698.001 | 11/26/2010 | AGL | U | B100 | E210 |   | 6.95 | US Postage # Digital Legal Services, LLC - #55736 | 1049 |
| 698.001 | 11/26/2010 | AGL | U | B100 | E211 |   | 122.85 | Outside printing - Advance Digital Legal Services, LLC - 55740 | 1050 |
| 698.001 | 11/26/2010 | AGL | U | B100 | E210 |   | 24.50 | US Postage # Digital Legal Services, LLC - 55740 | 1051 |
| 698.001 | 11/26/2010 | AGL | U | B100 | E211 |   | 513.00 | Outside printing - Advance Digital Legal Services, LLC - 55752 | 1054 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 11/26/2010 | | | | | Billable | 713.18 | | |
| 698.001 | 11/27/2010 | AGL | U | B100 E211 | | 44.41 | Outside printing - Advance Digital Legal Services, LLC - 55753 | 1055 |
| Subtotal for Transaction Date 11/27/2010 | | | | | Billable | 44.41 | | |
| 698.001 | 11/29/2010 | AGL | U | B100 E107 | | 20.00 | Delivery services/messengers Parcels, Inc. - 283662 | 1018 |
| 698.001 | 11/29/2010 | AGL | U | B100 E111 | | 27.50 | Meals Purebread IV - Bagel Platter for Breakfast for LRC (2), Chadbourne (3) and Zuckerman (1) | 1020 |
| 698.001 | 11/29/2010 | AGL | U | B100 E202 | | 405.00 | Service Fee Brandywine Process Servers, Ltd. - 95487 | 1029 |
| 698.001 | 11/29/2010 | AGL | U | B100 E211 | | 139.65 | Outside printing - Advance Digital Legal Services, LLC - 55776 | 1058 |
| 698.001 | 11/29/2010 | AGL | U | B100 E210 | | 159.60 | US Postage # Digital Legal Services, LLC - 55776 | 1059 |
| 698.001 | 11/29/2010 | AGL | U | B100 E211 | | 43.88 | Outside printing - Advance Digital Legal Services, LLC - 55778 | 1060 |
| 698.001 | 11/29/2010 | AGL | U | B100 E210 | | 11.20 | US Postage # Digital Legal Services, LLC - 55778 | 1061 |
| Subtotal for Transaction Date 11/29/2010 | | | | | Billable | 806.83 | | |
| 698.001 | 11/30/2010 | AGL | U | B100 E208 | | 201.92 | Electronic Filing PACER-Advance | 1035 |
| 698.001 | 11/30/2010 | AGL | U | B100 E202 | | 107,524.64 | Service Fee FIRST LEGAL NETWORK, LLC - Process re: Subpoenas, Notices and Letters (Inv. #140318) | 1041 |
| 698.001 | 11/30/2010 | AGL | U | B100 E211 | | 289.58 | Outside printing - Advance Digital Legal Services, LLC - 55798 | 1062 |
| 698.001 | 11/30/2010 | AGL | U | B100 E210 | | 41.86 | US Postage # Digital Legal Services, LLC - 55798 | 1063 |
| 698.001 | 11/30/2010 | AGL | U | B100 E211 | | 224.58 | Outside printing - Advance Digital Legal Services, LLC - 55800 | 1064 |
| 698.001 | 11/30/2010 | AGL | U | B100 E210 | | 160.65 | US Postage # Digital Legal Services, LLC - 55800 | 1065 |
| Subtotal for Transaction Date 11/30/2010 | | | | | Billable | 108,443.23 | | |
| Total for Client ID 698.001 | | | | | Billable | 178,775.23 | Official Committee of Unsecured Creditors Tribune Company, et al, bankruptcy | |

**GRAND TOTALS**

Billable 178,775.23