# EXHIBIT A

**(The Hurford Declaration)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF MARK T. HURFORD IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY CAMPBELL & LEVINE, LLC AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327(a), *NUNC PRO TUNC* TO DECEMBER 6, 2010

Mark T. Hurford declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of the law firm of Campbell & Levine, LLC ("Campbell & Levine" or the "Firm"), and I am duly authorized to make this declaration (the "Declaration") on behalf of the Firm. I make this Declaration, pursuant to Rules 2014(a) and 2016(b) of the Federal Rules

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the Application for an Order Authorizing the Debtors to Retain and Employ Campbell & Levine, LLC as Special Litigation Counsel Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to December 6, 2010 (the "Application").

## Services to Be Rendered By Campbell & Levine

2. The Debtors have requested that Campbell & Levine advise and assist as special Delaware litigation counsel in connection with the filing, prosecution, and/or settlement of three (3) avoidance actions already filed by the Debtors in this Court (the "Avoidance Actions"). The Debtors filed or preserved by tolling agreements approximately 220 avoidance actions on or before the December 8, 2010 deadline for commencing such actions. Out of the approximately 94 complaints actually filed by the Debtors in this Court, Campbell & Levine filed three (3) complaints against third parties for which the Debtors' existing Delaware counsel, Cole, Schotz, Meisel, Forman & Leonard P.C. ("Cole Schotz") would not represent the Debtors out of an abundance of caution due to potential conflicts of interest. Campbell & Levine assisted the Debtors with the preparation and filing of the three Avoidance Actions, which consist of complaints filed against Epsilon Data Management LLC, Nixon Peabody LLP, and Navigant Consulting Inc.

3. In its capacity as special counsel to the Debtors, Campbell & Levine will make every effort to minimize duplication of its work with the Debtors' other professionals, including Sidley Austin LLP as general reorganization and bankruptcy counsel, Cole Schotz as their bankruptcy co-counsel, and the several other law firms retained by the Debtors as section 327(e) counsel and/or Ordinary Course Professionals.

## Payment of Campbell &Levine's Fees and Expenses

4.  In connection with Campbell & Levine's retention as special Delaware litigation counsel, the Debtors have advised Campbell &Levine that it will be required to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Interim Compensation Order"), as amended, and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Application (the "Fee Examiner Order"). Campbell & Levine will comply in all respects with the applicable requirements for seeking compensation and reimbursement of expenses for all fees and costs incurred on or after December 6, 2010.

5.  The Debtors and Campbell & Levine have agreed that, subject to the Court's approval, Campbell & Levine will charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered, and for reimbursement of all costs and expenses incurred in connection with these cases. Campbell & Levine's billing rates currently range from $375 to $500 per hour for partners, $225 to $335 per hour for associates, and $100 to $150 per hour for para-professionals.[2] The aforementioned rates are subject to adjustment on a periodic basis. In addition to its hourly rates, Campbell & Levine customarily charges its clients for out-of-pocket

---

[2] These billing rates are effective January 1, 2011 and reflect, in most instances, rates that are in excess of those in effect during December 2010.

{D0193690.1}

3

expenses and internal charges incurred in the rendition of services, including, without limitation, outside photocopying charges, travel expenses, transcription costs, charges and fees of outside vendors, consultants and service providers, as well as non-ordinary overhead expenses.

### Campbell & Levine Does Not Represent or Hold any Adverse Interest with Respect to the Matters on Which it is to be Employed and is a "Disinterested Person"

6. In connection with the Debtors' retention of Campbell & Levine in these cases, Campbell & Levine has searched its records to determine any connection(s) that Campbell & Levine may have with the individuals, entities and creditors listed on Schedule 1 to the Hurford Declaration.

7. Campbell & Levine performed this conflicts search to determine whether Campbell & Levine or any of its attorneys has any connections with, or is currently representing in individuals, entities and creditors listed on Schedule 1. To the best of my knowledge, Campbell & Levine has no connection to the Debtors, the individuals, entities and creditors listed on Schedule 1 to the Hurford Declaration, the Office of the United States Trustee for Region 3, the three named defendants in the Adversary Actions, other than its representation of the Debtors in connection with these cases. Campbell & Levine is not employed by, and has not been employed by, any entity other than the Debtors in matters related to these chapter 11 cases.

8. To the best of my knowledge, information and belief, Campbell & Levine does not hold or represent an interest adverse to the Debtors or their respective estates in the matters for which Campbell & Levine is proposed to be retained and is a "disinterested person" as defined by section 101(14) of the Bankruptcy Code. Accordingly, I believe that Campbell & Levine satisfies the requirements for employment pursuant to section 327(a) of the Bankruptcy Code.

9. Neither Campbell & Levine, nor any partner, counsel or associate thereof, has shared, or agreed to share (a) any compensation it may receive in these cases with another party or person, other than with the partners, counsel and associates of Campbell & Levine, or (b) any compensation another person or party has received or may receive in these cases. No promises have been made or received by Campbell & Levine, or by any partner, counselor associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

10. To the extent that I become aware of any material information or relationships that may be relevant to Campbell & Levine's representation of the Debtors and that require further disclosure, I will file an additional supplemental declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 5, 2011

_____
Mark T. Hurford, Esq.

{D0193690.1}

5

## SCHEDULE 1 – Hurford Declaration

### Individuals and Entities Included in Conflict Check – Tribune Company, et al.

| DEBTORS AND NON-DEBTOR AFFILIATES | |
|---|---|
| Tribune Company | Los Angeles Times Communications LLC |
| 435 Production Company | Los Angeles Times International, Ltd. |
| 5800 Sunset Productions Inc. | Los Angeles Times Newspapers, Inc. |
| Baltimore Newspaper Network, Inc. | Magic T Music Publishing Company |
| California Community News Corporation | NBBF, LLC |
| Candle Holdings Corporation | Neocomm, Inc. |
| Channel 20, Inc. | New Mass. Media, Inc. |
| Channel 39, Inc. | New River Center Maintenance Association, Inc. |
| Channel 40, Inc. | Newscom Services, Inc. |
| Chicago Avenue Construction Company | Newspaper Readers Agency, Inc. |
| Chicago River Production Company | North Michigan Production Company |
| Chicago Tribune Company | North Orange Avenue Properties, Inc. |
| Chicago Tribune Newspapers, Inc. | Oak Brook Productions, Inc. |
| Chicago Tribune Press Service, Inc. | Orlando Sentinel Communications Company |
| ChicagoLand Microwave Licensee, Inc. | Patuxent Publishing Company |
| Chicagoland Publishing Company | Publishers Forest Products Co. of Washington |
| Chicagoland Television News, Inc. | Sentinel Communications News Ventures, Inc. |
| Courant Specialty Products, Inc. | Shepard's, Inc. |
| Direct Mail Associates, Inc. | Signs of Distinction, Inc. |
| Distribution Systems of America, Inc. | Southern Connecticut Newspapers, Inc. |
| Eagle New Media Investments, LLC | Star Community Publishing Group, LLC |
| Eagle Publishing Investments, LLC | Stemweb, Inc. |
| forsalebyowner.com Corp. | Sun-Sentinel Company |
| Forsalebyowner.com Referral Services, LLC | The Baltimore Sun Company |
| Fortify Holdings Corporation | The Daily Press, Inc. |
| Forum Publishing Group, Inc. | The Hartford Courant Company |
| Gold Coast Publications, Inc. | The Morning Call, Inc. |
| GreenCo, Inc. | The Other Company LLC |
| Heart & Crown Advertising, Inc. | Times Mirror Land and Timber Company |
| Homeowners Realty, Inc. | Times Mirror Payroll Processing Company, Inc. |
| Homestead Publishing Co. | Times Mirror Services Company, Inc. |
| Hoy, LLC | TMLH2, Inc. |
| Hoy Publications, LLC | TMLS I, Inc. |
| InsertCo, Inc. | TMS Entertainment Guides, Inc. |
| Internet Foreclosure Service, Inc. | Tower Distribution Company |
| Juliusair Company, LLC | Towering T Music Publishing Company |
| Juliusair Company II, LLC | Tribune Broadcast Holdings, Inc. |
| KIAH, Inc. | Tribune Broadcasting Company |
| KPLR, Inc. | Tribune Broadcasting Holdco, LLC |
| KSWB Inc. | Tribune Broadcasting News Network, Inc. |
| KTLA Inc. | Tribune California Properties, Inc. |
| KWGN Inc. | Tribune Direct Marketing, Inc. |
| Tribune Entertainment Company | |
| Tribune Entertainment Production Company | |
| Tribune Finance, LLC | |
| Tribune Finance Service Center, Inc. | |
| Tribune License, Inc. | |

| | |
|---|---|
| Tribune Los Angeles, Inc. | Chandler Bigelow III |
| Tribune Manhattan Newspaper Holdings, Inc. | Michael G. Bourgon |
| Tribune Media Net, Inc. | Kevin C. Boyd |
| Tribune Media Services, Inc. | Thomas F. Brown |
| Tribune Network Holdings Company | Becky Brubaker |
| Tribune New York Newspaper Holdings, LLC | David A. Bucknor |
| Tribune NM, Inc. | Stephen M. Budihas |
| Tribune Publishing Company | Thomas G. Caputo |
| Tribune Television Company | Denise Carlisle |
| Tribune Television Holdings, Inc. | Patricia M. Carroll |
| Tribune Television New Orleans, Inc. | Stephen D. Carver |
| Tribune Television Northwest, Inc. | Vincent Casanova |
| ValuMail, Inc. | Patti Cazeaux |
| Virginia Community Shoppers, LLC | Jeffrey Chandler |
| Virginia Gazette Companies, LLC | Steve Charlier |
| WATL, LLC | Marc Chase |
| WCWN LLC | Robert Christie |
| WDCW Broadcasting, Inc. | Sean D. Compton |
| WGN Continental Broadcasting Company | Kevin J. Connor |
| WLVI Inc. | Ray Daley |
| WPIX, Inc. | Tom Davidson |
| WTXX Inc. | Catherine A. Davis |
| | Sam DeFroscia |
| **CURRENT AND FORMER DIRECTORS** | Jennifer DeKarz |
| **AND OFFICERS OF TRIBUNE COMPANY** | Larry Delia |
| **AND OTHER DEBTORS** | Robert Delo |
| | Phil Doherty |
| Lee Abrams | Jolm D'Orlando |
| Lynne Adamson | Jeff Dorsey |
| Harry A. Amsden | Tim Dukes |
| Julie D. Anderson | David P. Eldersveld |
| Thomas J. Anischik | Steve Farber |
| Michael D. Asher | Richard S. Feeney |
| Chris Avetisian | James Feher |
| Cynthia Baker | Jay Fehnel |
| Roger A. Bare | Peter D. Filice |
| Robertson Barrett | Thomas S. Finke |
| Alexa A. Bazanos | Karen H. Flax |
| Robert E. Bellack | Micahel C. Foux |
| David A. Bennett | Timothy Franklin |
| Kelly F. Benson | Chris L. Fricke |
| Steve Bentz | Andy Friedman |
| Betty Ellen Berlamino | Travis B. Fuller |
| Judith Berman | Steve Gable |
| Theodore J. Biedron | Rich Gamble |
| Karlene W. Goller | Michael Gart |
| Bradley Good | Ernie C. Gates |
| Roger Goodan | Vince Giannini |
| Richard J. Graziano | Russell Gilbert |
| Howard Greenberg | Dawn M. Girocco |
| Robert Gremillion | David R. Mayersky |
| Charlotte H. Hall | Richard McGerald |
| Eddy W. Hartenstein | Patrick Scott McKibben |

{D0193674.1 }

| | |
|---|---|
| Linda Hastings | Don W. Meek |
| Dana C. Hayes, Jr. | Nancy A. Meyer |
| Greg Healy | Eric Meyrowitz |
| Jane E. Healy | Randy Michaels |
| John R. Hendricks | Susan M. Mitchell |
| Ardith Hilliard | Paul Mitnick |
| Chris Hochschild | Dan Mitrovich |
| Carolyn S. Hudspeth | Jolm S. Moczulski |
| Hank J. Hundemer | Richard D. Molchany |
| Bonnie B. Hunter | Roaldo W. Moran |
| Tony Hunter | Christopher C. Morrill |
| Richard E. Inouye | Robyn L. Motley |
| Alice T. Iskra | Robin Mulvaney |
| Kamran Izadapanah | Gwen P. Murkami |
| Janice Jacobs | Russ Newton |
| Juliana Jaoudi | Tom Nork |
| Kim Jolmson | Dennis G. O'Brien |
| Lee Jones | Mike O'Connor |
| Judy Juds | William C. O'Donovan |
| Jeff Kapugi | John T. O'Loughlin |
| Daniel G. Kazan | Daniel O'Sullivan |
| Gerould W. Kern | Bert Ortiz |
| Anne S. Kelly | Rob T. Patton |
| Timothy R. Kennedy | Pamela S. Pearson |
| Jerry L. Kersting | John F. Poelking |
| Avido Khahaifa | Scott G. Pompe |
| Jack D. Klunder | Andrea M. Pudliner |
| Patricia A. Kolb | Myrna Ramirez |
| Timothy Koller | Robert S. Ramsey |
| Glenn G. Kranzley | Charles Ray |
| Kim A. McCleary LaFrance | Justo Rey |
| Eric Laimins | Jack Rodden |
| Thomas E. Langmyer | Robert R. Rounce |
| Jeffrey S. Levine | Sheau-Ming Ross |
| Donald J. Liebentritt | Timothy Ryan |
| Brian F. Litman | Naomi B. Sachs |
| Walter Mahoney | Linda Schaible |
| Christopher Manis | Raymond 1. Schonbak |
| John Manzi | Stephen G. Seidl |
| Jerome P. Martin | Henry M. Segal |
| Earl R. Maucker | Lynne A. Segall |
| Gina Mazzaferri | Charles J. Sennet |
| Laurence J. Sotsky | Dinesh Shah |
| Gerald A. Spector | Patrick M. Shanahan |
| Russ Stanton | Shaun M. Sheehan |
| William Stinehart, Jr. | Sharon A. Silvennan |
| Scott Sullivan | Digby A. Solomon |
| Laura L. Tarvainen | |
| Lou Tazioli | |
| Clifford L. Teutsch | |
| Doug Thomas | |
| Timothy J. Thomas | |
| Kathy K. Thomson | |

| | |
|---|---|
| Steve Tippie<br>John P. Trainor<br>William C. Trimarco<br>Cam Trinh<br>Phil Waterman<br>Michael E. Weiner<br>Gary Weitman<br>Jack Whisler<br>Marty Wilke<br>David D. Williams<br>Roger Williams<br>Ann B. Wilson<br>Ed Wilson<br>Timothy F. Windsor<br>Ed Wolf<br>Feli M. Wong<br>John D. Worthington, IV<br>Julie K. Xanders<br>Joseph A. Young<br>Owen Youngman<br>John S. Zabetakis<br>John E. Zelenka<br>Chandler Bigelow III<br>David P. Eldersveld<br>Daniel G. Kazan<br>Donald J. Liebentritt<br>Randy Michaels<br>Jeffrey S. Berg<br>Brian L. Greenspun<br>Betsy D. Holden<br>William A. Osborn<br>William C. Pate<br>Mark Shapiro<br>Maggie Wilderotter<br>Frank Wood<br>Samuel Zell<br><br>**DEFENDANTS IN ADVERSARY DEFENDANTS FILED BY CAMPBELL & LEVINE, LLC**<br><br>Epsilon Data Management, LLC<br>Navigant Consulting, Inc.<br>Nixon Peabody, LLC | **THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)**<br><br>Abitibi Consolidated<br>Barclays Capital<br>Bowater Inc<br>Deutsche Bank National Trust Company<br>Horst Bergman<br>J.P. Morgan Chase Bank, N.A.<br>Mark Willes<br>Merrill Lynch Capital Corporation<br>NBC Universal Domestic Television<br>Nielsen Media Research<br>Paramount Pictures Corporation<br>Raymond Jansen Jr.<br>Robert Erburu<br>Sony Pictures Television<br>SP Newsprint Company<br>Tower DC, LLC<br>Tower EI-I, LLC<br>Tower JK, LLC<br>Tower MS, LLC<br>Tower PT, LLC<br>Twentieth Television<br>Warner Brothers Television<br><br>**JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**<br><br>Kevin J. Carey<br>Judith K. Fitzgerald<br>Kevin Gross<br>Brendan L. Shannon<br>Peter J. Walsh<br>Mary F. Walrath<br>Christopher S. Sontchi<br><br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>David Buchbinder<br>Jane Leamy<br>David Klauder<br>Mark Kenney<br>Richard Schepacarter<br>Roberta A. DeAngelis<br>William K. Harrington |