**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                          : Chapter 11
                                                :
TRIBUNE COMPANY, *et al.*                       : Case No. 08-13141 (KJC)
                                                :
                    Debtors.                    : Jointly Administered
                                                :
------------------------------------------------------------ x

## NOTICE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 5th day of January, 2011, a true and correct copy of the **Responses and Objections to Debtors' First Request for the Production of Documents to Deutsche Bank Trust Company Americas, in its Capacity as Indenture Trustee** were served on the parties on the list attached hereto via electronic mail.

Dated: January 6, 2011        **MCCARTER & ENGLISH, LLP**
Wilmington, DE

By:  /s/ Katharine L. Mayer
     Katharine L. Mayer (DE # 3758)
     McCarter & English, LLP
     405 N. King Street, 8th Floor
     P.O. Box 111
     Wilmington, DE 19899
     Telephone: (302) 984-6300
     Facsimile: (302) 984-6399

     -and-

     David Adler
     245 Park Avenue, 27th Floor
     New York, NY  10167
     Telephone: (212) 609-6800
     Fax: (212) 609-6921
     dadler@mccarter.com

     *Counsel for Deutsche Bank Trust Company Americas*

ME1 11042623v.1

| **E-mail Address** | **Attorneys** |
|---|---|
| Evan.Flaschen@bgllp.com | Evan D. Flaschen<br>Bracewell & Guiliani LLP<br>225 Asylum Street - Suite 2600<br>Hartford, CT 06103 |
| drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com | David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 |
| hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com | Dana C. Hobart<br>James O. Johnston<br>Joshua M. Mester<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street - Suite 2900<br>Los Angeles, CA 90017 |
| msiegel@brownrudnick.com<br>kbromberg@brownrudnick.com<br>gnovod@brownrudnick.com<br>jellias@brownrudnick.com | Martin S. Siegel<br>Katherine S. Bromberg<br>G. Novod<br>Jared A. Ellias<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 |
| gbush@zuckerman.com<br>agoldfarb@zuckerman.com<br>jsottile@zuckerman.com | Graeme Bush<br>Andrew N. Goldfarb<br>James Sottile<br>Zuckerman Spaeder LLP<br>1800 M Street, NW - Suite 1000<br>Washington, DC 20036-5807 |
| dbrown@paulweiss.com<br>agordon@paulweiss.com<br>emccolm@paulweiss.com<br>alevy@paulweiss.com | David W. Brown<br>Andrew G. Gordon<br>Elizabeth McColm<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>Andrew J. Puglia Levy<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047 |
| dhille@whitecase.com | David G. Hille |

| | |
|---|---|
| ahammond@whitecase.com<br>bfritz@whitecase.com | Andrew W. Hammond<br>Brian E. Fritz<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| andrew.goldman@wilmerhale.com<br>charles.platt@wilmerhale.com<br>dawn.wilson@wilmerhale.com | Andrew Goldman<br>Charles Platt<br>Dawn Wilson<br>WilmerHale<br>399 Park Avenue<br>New York, NY 10022 |
| dgolden@akingump.com<br>jgoldsmith@akingump.com<br>bcamey@akingump.com<br>cdoniak@akingump.com<br>nchung@akingump.com<br>aqureshi@akingump.com<br>mhurley@akingump.com<br>djnewman@akingump.com<br>sgulati@akingump.com<br>dzensky@akingump.com | Daniel H. Golden<br>Jason Goldsmith<br>Brian Carney<br>Christine Doniak<br>Nancy Chung<br>Abid Qureshi<br>Mitchell P. Hurley<br>Deborah Newman<br>Sunny Gulati<br>David M. Zensky<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| bberens@jonesday.com<br>lmarvin@jonesday.com<br>dahall@jonesday.com | Brad Erens<br>David A. Hall<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br><br>Lynne DiPaola Marvin<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 |
| bbutwin@omm.com<br>dcantor@omm.com<br>dshamah@omm.com | Bradley J. Butwin<br>Daniel. Cantor<br>Daniel S. Shamah<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| jconlan@sidley.com<br>bkrakauer@sidley.com<br>jbendemagel@sidley.com | James F. Conlan<br>Bryan Krakauer<br>James Bendemagel |

ME1 11042623v.1

| | |
|---|---|
| jducayet@sidley.com<br>pwackerly@sidley.com<br>jpeltz@sidley.com<br>ckenney@sidley.com<br>dthomas@sidley.com<br>klantrv@sidley.com<br>dmiles@sidley.com<br>rflagg@sidley.com<br>sbierman@sidley.com | James W. Ducayet<br>Patrick J. Wackerly<br>Jen Peltz<br>Colleen M. Kenney<br>Dale E. Thomas<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br><br>Kevin T. Lantry<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>David M. Miles<br>Ronald S. Flagg<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br><br>Steven M. Bierman<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| hseife@chadbourne.com<br>dlemay@chadboume.com<br>mashley@chadbourne.com<br>tmccormack@chadbourne.com | Howard Seife<br>David M. LeMay<br>Marc D. Ashley<br>Thomas J. McCormack<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| donald.bernstein@davispolk.com<br>elliott.moskowitz@davispolk.com<br>michael.russano@davispolk.com<br>sasha.polonsky@davispolk.com | Donald S. Bernstein<br>Elliott Moskowitz<br>Michael Russano<br>Sasha Polonsky<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| hkap1an@arkin-Iaw.com<br>jyeh@arkinlaw.com | Howard 1. Kaplan<br>JohnnyYeh<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue<br>New York, NY 10022 |
| Isilverstein@potteranderson.com | Laurie Seiber Silverstein<br>Potter Anderson & Corroon LLP<br>Hercules Plaza - 6th Floor<br>1313 North Market Street |

ME1 11042623v.1

|  | Wilmington, DE 19801 |
| --- | --- |
| mprirnoff@kayescho1er.com<br>jonathan.agudelo@kayescholer.com<br>jparver@kayescholer.com<br>jdrayton@kayescholer.com | Madlyn Gleich Primoff<br>Jonathan Agudelo<br>Jane W. Parver<br>Joseph M. Drayton<br>Kaye Scholer<br>425 Park Avenue<br>New York, NY 10022-3598 |
| schannej@pepperlaw.com<br>strattond@pepperlaw.com | John Henry Schanne<br>David B. Stratton<br>Pepper Hamilton LLP<br>Hercules Plaza - Suite 5100<br>1313 North Market Street<br>Wilmington, DE 19801 |
| schloss.michael@dol.gov<br>gerson.leonard@dol.gov<br>goldberg.elizabeth@dol.gov | Michael Schloss<br>Leonard H. Gerson<br>Elizabeth S. Goldberg<br>Trial Attorneys<br>Plan Benefits Security Division<br>Office of the Solicitor<br>U.S. Department of Labor<br>P.O. Box 1914<br>Washington, DC 20013 |
| mzelmanovitz@morganlewis.com<br>rmauceri@morganlewis.com | Menachem O. Zelmanovitz<br>Rachel Jaffe Mauceri<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 |