UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## VERIFICATION

STATE OF ILLINOIS   )
                    ) ss
COUNTY OF COOK      )

I, David J. Bradford, after being duly sworn according to law, deposes and says:

(a) I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

(b) I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

(c) I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

_____
David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 6TH DAY OF JANUARY, 2011.

_____
Notary Public

> OFFICIAL SEAL
> FRANCINE M. SATTELMAYER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7-9-2014

1778046.1