# EXHIBIT A

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10180

THE TRIBUNE COMPANY                         NOVEMBER 30, 2010
435 NORTH MICHIGAN AVENUE               INVOICE # 9183380
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.


### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010                     $ 453.00

DISBURSEMENTS                          $ 611.00

               TOTAL INVOICE     $1,064.00

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183380

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

MORGAN STANLEY SWAP

MATTER NUMBER -10180

| | | | | |
|---|---|---|---|---|
| 10/4/2010 | WAT | 0.30 | { L190 } {A107} Assisted with transferring case to new counsel. | 153.00 |
| 10/5/2010 | DCL | 0.50 | { L110 } {A107} Telephone conferences with ▮ ▮ (.3); telephone conference with W. Thomson (.2). | 300.00 |
| | | 0.80 | PROFESSIONAL SERVICES | $ 453.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 9/21/2010 | Special Messenger Service | 6.50 |
| 9/29/2010 | Special Messenger Service | 11.30 |
| 10/5/2010 | Photocopy Expense | 478.01 |
| 10/28/2010 | Photocopy Expense | 40.90 |
| 10/31/2010 | Westlaw Research | 74.29 |
| | TOTAL DISBURSEMENTS | $ 611.00 |

## INVOICE TOTAL

$1,064.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID C. LAYDEN | .50 | 600.00 | 300.00 |
| WADE A. THOMSON | .30 | 510.00 | 153.00 |
| TOTAL | 0.80 | | $ 453.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10164

THE TRIBUNE COMPANY                                          NOVEMBER 30, 2010
435 NORTH MICHIGAN AVENUE                                  INVOICE # 9183379
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010                                             $4,577.50

DISBURSEMENTS                                                         $  5.10

                              TOTAL INVOICE            $4,582.60

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                      Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183379

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

FEE APPLICATION

MATTER NUMBER -10164

| | | | | |
|---|---|---|---|---|
| 10/6/2010 | DAS | 1.30 | { L210 } {A104} Reviewed invoices to prepare same for submission in connection with fee application. | 702.00 |
| 10/7/2010 | DJB | 0.50 | { L190 } {A103} Reviewed and edited July fee application. | 462.50 |
| 10/11/2010 | MXP | 2.30 | { L210 } {A103} Prepared exhibits to Jenner's August 2010 fee invoice and updated chart in fee invoice. | 391.00 |
| 10/11/2010 | LSR | 1.30 | { L150 } {A104} Final review of July fee application (.30); drafted August fee application (1.0). | 481.00 |
| 10/13/2010 | LSR | 1.80 | { L150 } {A103} Drafted Seventh Quarterly fee application. | 666.00 |
| 10/14/2010 | MXP | 3.20 | { L210 } {A103} Prepared exhibits to Jenner's interim fee application and updated chart in fee application. | 544.00 |
| 10/14/2010 | LSR | 0.80 | { L150 } {A103} Continued drafting Seventh Quarterly fee application. | 296.00 |
| 10/28/2010 | DAS | 0.50 | { L210 } {A104} Reviewed recent invoices of Tribune to prepare same for filing with court. | 270.00 |
| 10/28/2010 | MXP | 1.90 | { L210 } {A103} Prepared redacted and non-redacted version of exhibit to Jenner's seventh fee application. | 323.00 |

Page 2

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/29/2010 | MXP | 2.60 | { L210 } {A103} Prepared redacted and non-redacted version of exhibit to Jenner's seventh fee application. | 442.00 |
| | | 16.20 | PROFESSIONAL SERVICES | $4,577.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/29/2010 | Photocopy Expense | 5.10 |
| | TOTAL DISBURSEMENTS | $ 5.10 |

## INVOICE TOTAL

$4,582.60

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .50 | 925.00 | 462.50 |
| DOUGLAS A. SONDGEROTH | 1.80 | 540.00 | 972.00 |
| LANDON S. RAIFORD | 3.90 | 370.00 | 1,443.00 |
| MARC A. PATTERSON | 10.00 | 170.00 | 1,700.00 |
| TOTAL | 16.20 | | $4,577.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10130

THE TRIBUNE COMPANY                                        NOVEMBER 30, 2010
435 NORTH MICHIGAN AVENUE                                  INVOICE # 9183376
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010                                        $ 185.00

DISBURSEMENTS                                                      $0.00

                          TOTAL INVOICE                         $ 185.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 1

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183376

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

ESOP/STAY ISSUES

MATTER NUMBER -10130

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/7/2010 | DJB | 0.20 | { L190 } {A106} E-mails with ▮▮▮▮▮ re ESOP issues. | 185.00 |
| | | 0.20 | PROFESSIONAL SERVICES | $ 185.00 |

**INVOICE TOTAL**                                                              **$ 185.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | .20 | 925.00 | 185.00 |
| | TOTAL | 0.20 | | $ 185.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10113

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

NOVEMBER 30, 2010
INVOICE # 9183375

### GENERAL MATTERS

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2010 | $8,352.50 |
| DISBURSEMENTS | $ 29.30 |
| TOTAL INVOICE | $8,381.80 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183375

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

GENERAL MATTERS

MATTER NUMBER -10113

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/1/2010 | VEL | 0.30 | { L110 } {A105} Telephone conference with A. Vail re ███████. | 225.00 |
| 10/4/2010 | CJR | 1.00 | { L110 } {A104} Reviewed and prepared e-mails to and from D. Bradford and ████████ (.5); telephone conference with D. Bradford re same (.5). | 550.00 |
| 10/4/2010 | DJB | 0.80 | { L190 } {A103} Drafted ████████ (.2); telephone conference with C. Rozycki re same (.4); reviewed reports re same (.2). | 740.00 |
| 10/5/2010 | CJR | 1.50 | { L110 } {A104} Reviewed and prepared e-mails and telephone conferences with ████████ and D. Bradford re ████████. | 825.00 |
| 10/5/2010 | DJB | 1.00 | { L190 } {A106} Various telephone conferences with ████████ and C. Rozycki re ████████ issues. | 925.00 |
| 10/6/2010 | DJB | 0.30 | { L190 } {A106} Various e-mails re ████████. | 277.50 |
| 10/12/2010 | DJB | 5.00 | { L190 } {A105} E-mails to C. Rozycki re developments re ████████ (.2); telephone conference with ████████ (.3). | 4,625.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/14/2010 | DJB | 0.20 | { L190 } {A106} Telephone conference with ████ ████ re issues. | 185.00 |
| | | 10.10 | PROFESSIONAL SERVICES | $8,352.50 |

## DISBURSEMENTS

| 10/31/2010 | Photocopy Expense | 29.30 |
| | TOTAL DISBURSEMENTS | $ 29.30 |

## INVOICE TOTAL

$8,381.80

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 7.30 | 925.00 | 6,752.50 |
| VINCENT E. LAZAR | .30 | 750.00 | 225.00 |
| CARLA J. ROZYCKI | 2.50 | 550.00 | 1,375.00 |
| TOTAL | 10.10 | | $8,352.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# EXHIBIT B

## SUMMARY OF DISBURSEMENTS

| | |
|---|---:|
| Photocopy Expense | 553.31 |
| Special Messenger Service | 17.80 |
| Westlaw Research | 74.29 |
| **Total** | **645.40** |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 9/21/2010 Special | Messenger Service | 6.50 |
| 9/29/2010 Special | Messenger Service | 11.30 |
| 10/5/2010 Photocopy | Expense | 478.01 |
| 10/28/2010 Photocopy | Expense | 40.90 |
| 10/31/2010 Westlaw | Research | 74.29 |
| TOTAL | DISBURSEMENTS | $ 611.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/29/2010 Photocopy    Expense | | 5.10 |
| TOTAL DISBURSEMENTS | | $  5.10 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2010 Photocopy    Expense | | 29.30 |
| TOTAL DISBURSEMENTS | | $ 29.30 |

Federal Identification No. 36-2192554