# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**November 1, 2010 - November 30, 2010**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 28.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 18.0 |
| Zul Jamal | Senior Vice President | 40.0 |
| Ashish Ajmera | Vice President | 45.0 |
| Evan Glucoft | Associate | 52.0 |
| Sandhya Sistla | Analyst | 53.5 |
| | **Total Moelis Team Hours** | **237.0** |

**Tribune Co.**  
**MOELIS & COMPANY**  
Time Log - November 2010

## I. Summary

| Name | Title | Hours |
|---|---|---:|
| Thane Carlston | Managing Director | 28.5 |
| Navid Mahmoodzadegan | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 40.0 |
| Ashish Ajmera | Vice President | 45.0 |
| Evan Glucoft | Associate | 52.0 |
| Sandhya Sistla | Analyst | 53.5 |
| **Total** | | **237.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Ashish Ajmera | 11/01/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 11/01/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 11/01/10 | 3.0 | Weekly Media Update |
| Thane Carlston | 11/01/10 | 3.5 | Review of competing plans |
| Zul Jamal | 11/01/10 | 5.0 | Review of competing plans |
| Ashish Ajmera | 11/01/10 | 6.0 | Review of competing plans |
| Evan Glucoft | 11/01/10 | 7.0 | Review of competing plans |
| Sandhya Sistla | 11/01/10 | 7.0 | Review of competing plans |
| Thane Carlston | 11/01/10 | 1.5 | Calls with Counsel re: Competing Plans |
| Zul Jamal | 11/01/10 | 1.5 | Calls with Counsel re: Competing Plans |
| Ashish Ajmera | 11/01/10 | 1.5 | Calls with Counsel re: Competing Plans |
| Evan Glucoft | 11/01/10 | 1.5 | Calls with Counsel re: Competing Plans |
| Sandhya Sistla | 11/01/10 | 1.5 | Calls with Counsel re: Competing Plans |
| Zul Jamal | 11/02/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/02/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 11/02/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/02/10 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 11/02/10 | 2.5 | Preparation of UCC presentation materials re: competing plans |
| Zul Jamal | 11/02/10 | 4.0 | Preparation of UCC presentation materials re: competing plans |
| Ashish Ajmera | 11/02/10 | 4.0 | Preparation of UCC presentation materials re: competing plans |
| Evan Glucoft | 11/02/10 | 5.0 | Preparation of UCC presentation materials re: competing plans |
| Sandhya Sistla | 11/02/10 | 3.0 | Preparation of UCC presentation materials re: competing plans |
| Thane Carlston | 11/03/10 | 2.0 | Calls with Counsel re: Competing Plans |
| Navid Mahmoodzadegan | 11/03/10 | 2.0 | Calls with Counsel re: Competing Plans |
| Zul Jamal | 11/03/10 | 2.0 | Calls with Counsel re: Competing Plans |
| Ashish Ajmera | 11/03/10 | 2.0 | Calls with Counsel re: Competing Plans |
| Evan Glucoft | 11/03/10 | 2.0 | Calls with Counsel re: Competing Plans |
| Sandhya Sistla | 11/03/10 | 2.0 | Calls with Counsel re: Competing Plans |
| Thane Carlston | 11/04/10 | 1.0 | Call w/Counsel to review UCC presentation materials |
| Navid Mahmoodzadegan | 11/04/10 | 1.0 | Call w/Counsel to review UCC presentation materials |
| Zul Jamal | 11/04/10 | 1.0 | Call w/Counsel to review UCC presentation materials |
| Ashish Ajmera | 11/04/10 | 1.0 | Call w/Counsel to review UCC presentation materials |
| Evan Glucoft | 11/04/10 | 1.0 | Call w/Counsel to review UCC presentation materials |
| Sandhya Sistla | 11/04/10 | 1.0 | Call w/Counsel to review UCC presentation materials |
| Thane Carlston | 11/04/10 | 3.0 | UCC Meeting |
| Navid Mahmoodzadegan | 11/04/10 | 3.0 | UCC Meeting |
| Zul Jamal | 11/04/10 | 3.0 | UCC Meeting |
| Ashish Ajmera | 11/04/10 | 3.0 | UCC Meeting |
| Evan Glucoft | 11/04/10 | 3.0 | UCC Meeting |
| Sandhya Sistla | 11/04/10 | 3.0 | UCC Meeting |
| Thane Carlston | 11/09/10 | 2.0 | Discussions w/Counsel regarding responsive statement |
| Zul Jamal | 11/09/10 | 2.0 | Discussions w/Counsel regarding responsive statement |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - November 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 28.5 |
| Navid Mahmoodzadegan | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 40.0 |
| Ashish Ajmera | Vice President | 45.0 |
| Evan Glucoft | Associate | 52.0 |
| Sandhya Sistla | Analyst | 53.5 |
| **Total** | | **237.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 11/09/10 | 2.0 | Discussions w/Counsel regarding responsive statement |
| Evan Glucoft | 11/09/10 | 2.0 | Discussions w/Counsel regarding responsive statement |
| Sandhya Sistla | 11/09/10 | 2.0 | Discussions w/Counsel regarding responsive statement |
| Ashish Ajmera | 11/08/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 11/08/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 11/08/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 11/09/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/09/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 11/09/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/09/10 | 1.0 | Weekly UCC Advisor Call |
| Navid Mahmoodzadegan | 11/10/10 | 2.5 | Review of revised contribution agreement for TVFN |
| Zul Jamal | 11/10/10 | 2.5 | Review of revised contribution agreement for TVFN |
| Ashish Ajmera | 11/10/10 | 2.5 | Review of revised contribution agreement for TVFN |
| Evan Glucoft | 11/10/10 | 2.5 | Review of revised contribution agreement for TVFN |
| Sandhya Sistla | 11/10/10 | 2.5 | Review of revised contribution agreement for TVFN |
| Thane Carlston | 11/11/10 | 1.5 | Supplemental disclosure call w/external and internal counsel |
| Navid Mahmoodzadegan | 11/11/10 | 1.5 | Supplemental disclosure call w/external and internal counsel |
| Zul Jamal | 11/11/10 | 1.5 | Supplemental disclosure call w/external and internal counsel |
| Ashish Ajmera | 11/11/10 | 1.5 | Supplemental disclosure call w/external and internal counsel |
| Evan Glucoft | 11/11/10 | 1.5 | Supplemental disclosure call w/external and internal counsel |
| Sandhya Sistla | 11/11/10 | 1.5 | Supplemental disclosure call w/external and internal counsel |
| Zul Jamal | 11/12/10 | 1.0 | Discussions with UST regarding previously filed applications |
| Ashish Ajmera | 11/12/10 | 1.0 | Discussions with UST regarding previously filed applications |
| Evan Glucoft | 11/12/10 | 2.0 | Discussions with UST regarding previously filed applications |
| Thane Carlston | 11/12/10 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 11/12/10 | 1.0 | UCC Meeting |
| Zul Jamal | 11/12/10 | 1.0 | UCC Meeting |
| Ashish Ajmera | 11/12/10 | 1.0 | UCC Meeting |
| Evan Glucoft | 11/12/10 | 1.0 | UCC Meeting |
| Sandhya Sistla | 11/12/10 | 1.0 | UCC Meeting |
| Thane Carlston | 11/13/10 | 2.0 | Review of competing disclosure statements issues list |
| Zul Jamal | 11/13/10 | 2.5 | Review of competing disclosure statements issues list |
| Ashish Ajmera | 11/13/10 | 2.5 | Review of competing disclosure statements issues list |
| Evan Glucoft | 11/13/10 | 2.5 | Review of competing disclosure statements issues list |
| Sandhya Sistla | 11/13/10 | 2.5 | Review of competing disclosure statements issues list |
| Ashish Ajmera | 11/15/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 11/15/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 11/15/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 11/16/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 11/16/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 11/16/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 11/16/10 | 1.0 | Weekly UCC Advisor Call |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - November 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 28.5 |
| Navid Mahmoodzadegan | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 40.0 |
| Ashish Ajmera | Vice President | 45.0 |
| Evan Glucoft | Associate | 52.0 |
| Sandhya Sistla | Analyst | 53.5 |
| **Total** | | **237.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Navid Mahmoodzadegan | 11/16/10 | 1.5 | Tribune FA call and subsequent internal analysis |
| Zul Jamal | 11/16/10 | 1.5 | Tribune FA call and subsequent internal analysis |
| Ashish Ajmera | 11/16/10 | 1.5 | Tribune FA call and subsequent internal analysis |
| Evan Glucoft | 11/16/10 | 1.5 | Tribune FA call and subsequent internal analysis |
| Sandhya Sistla | 11/16/10 | 1.5 | Tribune FA call and subsequent internal analysis |
| Thane Carlston | 11/18/10 | 1.0 | Review of Aurelius revised settlement proposal |
| Zul Jamal | 11/18/10 | 1.0 | Review of Aurelius revised settlement proposal |
| Ashish Ajmera | 11/18/10 | 1.0 | Review of Aurelius revised settlement proposal |
| Evan Glucoft | 11/18/10 | 1.0 | Review of Aurelius revised settlement proposal |
| Sandhya Sistla | 11/18/10 | 1.0 | Review of Aurelius revised settlement proposal |
| Thane Carlston | 11/19/10 | 1.5 | UCC Meeting |
| Navid Mahmoodzadegan | 11/19/10 | 1.5 | UCC Meeting |
| Zul Jamal | 11/19/10 | 1.5 | UCC Meeting |
| Ashish Ajmera | 11/19/10 | 1.5 | UCC Meeting |
| Evan Glucoft | 11/19/10 | 1.5 | UCC Meeting |
| Sandhya Sistla | 11/19/10 | 1.5 | UCC Meeting |
| Sandhya Sistla | 11/19/10 | 1.5 | UCC Meeting |
| Thane Carlston | 11/19/10 | 1.0 | Review of motion to hold Step One Lenders in Contempt |
| Navid Mahmoodzadegan | 11/19/10 | 1.0 | Review of motion to hold Step One Lenders in Contempt |
| Zul Jamal | 11/19/10 | 1.0 | Review of motion to hold Step One Lenders in Contempt |
| Ashish Ajmera | 11/19/10 | 1.0 | Review of motion to hold Step One Lenders in Contempt |
| Evan Glucoft | 11/19/10 | 1.0 | Review of motion to hold Step One Lenders in Contempt |
| Sandhya Sistla | 11/19/10 | 1.0 | Review of motion to hold Step One Lenders in Contempt |
| Ashish Ajmera | 11/22/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 11/22/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 11/22/10 | 3.0 | Weekly Media Update |
| Thane Carlston | 11/23/10 | 2.0 | Responsive Statement review |
| Zul Jamal | 11/23/10 | 2.0 | Responsive Statement review |
| Ashish Ajmera | 11/23/10 | 2.0 | Responsive Statement review |
| Evan Glucoft | 11/23/10 | 2.0 | Responsive Statement review |
| Sandhya Sistla | 11/23/10 | 2.0 | Responsive Statement review |
| Thane Carlston | 11/27/10 | 1.5 | Review of competing plans responsive statement |
| Navid Mahmoodzadegan | 11/27/10 | 1.5 | Review of competing plans responsive statement |
| Zul Jamal | 11/27/10 | 1.5 | Review of competing plans responsive statement |
| Ashish Ajmera | 11/27/10 | 1.5 | Review of competing plans responsive statement |
| Evan Glucoft | 11/27/10 | 1.5 | Review of competing plans responsive statement |
| Sandhya Sistla | 11/27/10 | 1.5 | Review of competing plans responsive statement |
| Thane Carlston | 11/29/10 | 1.5 | Internal Responsive Statement Discussion |
| Navid Mahmoodzadegan | 11/29/10 | 1.5 | Internal Responsive Statement Discussion |
| Zul Jamal | 11/29/10 | 1.5 | Internal Responsive Statement Discussion |
| Ashish Ajmera | 11/29/10 | 1.5 | Internal Responsive Statement Discussion |
| Evan Glucoft | 11/29/10 | 1.5 | Internal Responsive Statement Discussion |

**I. Summary**

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 28.5 |
| Navid Mahmoodzadegan | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 40.0 |
| Ashish Ajmera | Vice President | 45.0 |
| Evan Glucoft | Associate | 52.0 |
| Sandhya Sistla | Analyst | 53.5 |
| **Total** | | **237.0** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Sandhya Sistla | 11/29/10 | 1.5 | Internal Responsive Statement Discussion |
| | **Total** | **237.0** | |