# **EXHIBIT B**

# Tribune Co.

Moelis & Company - November 2010 Expense Summary

|  | November 2010 |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Travel / Overtime / Weekend meals | - |
| Taxi / Transportation / Parking | 14.65 |
| Telephone | - |
| Presentations | - |
| Other | 225.20 |
| **Total** | **$ 239.85** |

Moelis & Company     Page 1 of 2

**Tribune Co.**
Moelis & Company - November 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 11/19/2010 | TAXI | client meeting at Sidley's office S&R MEDALLION CORP | Jamal | 14.65 | 14.65 |
| | | | | | **Total Requested** | **$14.65** |
| **OTHER** | | | | | | |
| | 12/2/2010 | COURIER | TDS Document Services, Inc. | | 225.20 | 225.20 |
| | | | | | **Total Requested** | **$225.20** |
| | | | | | **Month Total $** | **239.85** |

Note:
1 Moelis has implemented the following adjustments to certain costs:
 - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip. We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
 - Hotel rooms in New York City subject to $350 per night cap
 - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
 - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location