IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re:                                               :    Chapter 11 Cases
                                                     :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                             :    (Jointly Administered)
                                                     :
         Debtors.                                    :    Hearing Date and Time:
                                                     :    January 20, 2011 at 10:00 AM (EST)
                                                     :
                                                     :
-----------------------------------------------------X    Related to Docket Nos. 4886, 7126, 7215
```

**WILMINGTON TRUST COMPANY'S**
**SUPPLEMENTAL MOTION FOR ESTIMATION AND TEMPORARY**
**ALLOWANCE OF CLAIMS PURSUANT TO BANKRUPTCY RULE 3018**

Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors" or the "Company"), by and through its undersigned counsel, hereby respectfully submits this Supplemental Motion pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") estimating and temporarily allowing the current accrued amount of indenture trustee fees of Wilmington Trust (the "Indenture Trustee Fees") for plan confirmation voting purposes in the competing plan process. In support thereof, Wilmington Trust respectfully states as follows:

1

1. Wilmington Trust hereby reiterates and incorporates by reference the arguments presented in Wilmington Trust's *Motion to Approve Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* (the "Original 3018 Motion") [Docket No. 4886]. The Original 3018 Motion remains correct in all respects, except that, at the time it was filed, the Debtors retained exclusivity and all references to the "Plan" contained therein should now be construed as references to the plan supported by the Debtors, certain lenders and the Official Committee of Creditors (the "Debtor/Committee/Lender Plan"). Taking this clarification into account, Wilmington Trust is resuming prosecution of its Original 3018 Motion. Wilmington Trust's claim for professional fees should be properly classified as a Class 1F claim and accorded identical treatment as other parent unsecured claims.

2. Additionally, the Bridge Lenders are now proponents of their own plan under Rule 3018 (the "Bridge Plan"). Wilmington Trust hereby reiterates and incorporates by reference the arguments presented in the Original 3018 Motion and moves for the right to vote a claim for its fees under the Bridge Plan as a member of Class 1G, the Other Parent Claim class.

## CONCLUSION

**WHEREFORE**, Wilmington Trust respectfully requests that this Court: (1) temporarily allow the Indenture Trustee Fees for voting purposes in Class 1F of the Debtor/Committee/Lender Plan and Class 1G of the Bridge Plan; (2) and, grant Wilmington Trust any such further relief as is just and proper.

Date:   January 6, 2011
        Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*