IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------X
In re:                                        :   Chapter 11 Cases
                                              :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                      :   (Jointly Administered)
                                              :
      Debtors.                                :   Hearing Date: January 20, 2011 at 10:00 a.m.
                                              :   Objections Due: January 13, 2011 at 4:00 p.m.
                                              :
-------------------------------------------------X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 6, 2011, Wilmington Trust Company ("Wilmington Trust"), filed the attached *Supplemental Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel for Wilmington Trust on or before **January 13, 2011 at 4:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 20, 2011 at 10:00 a.m.** prevailing Eastern Time before the Honorable Kevin J. Carey, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: January 6, 2011  
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

　　　/s/ William D. Sullivan  
William D. Sullivan, Esq. (Del. Bar No. 2820)  
Elihu E. Allinson, Esq. (Del. Bar No. 3476)  
4 East 8th Street, Suite 400  
Wilmington, DE 19801  
Telephone: (302) 428-8191  
Facsimile: (302) 428-4195  
Email: bsullivan@sha-llc.com  
Email: zallinson@sha-llc.com

-and-

BROWN RUDNICK LLP  
Robert J. Stark, Esq.  
Martin S. Siegel, Esq.  
Gordon Z. Novod, Esq.  
Katherine S. Bromberg, Esq.  
Seven Times Square  
New York, New York 10036  
Telephone: (212) 209-4800  
Facsimile: (212) 209-4801  
Email: rstark@brownrudnick.com  
Email: msiegel@brownrudnick.com  
Email: gnovod@brownrudnick.com  
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*