IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                            :        Chapter 11 Cases
                                                  :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                          :        (Jointly Administered)
                                                  :
       Debtors.                                   :        **Hearing Date and Time:**
                                                  :        **January 20, 2011 at 10:00 AM (EST)**
                                                  :
---------------------------------------------------X        Related to Docket Nos. 4886, 7126, 7215

### ORDER GRANTING TEMPORARY ALLOWANCE OF CLAIMS OF WILMINGTON TRUST COMPANY PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3018(A)

This matter coming before the Court on the Motion (the "Motion") of Wilmington Trust Company ("Wilmington Trust") for an order temporarily allowing its claims for plan voting purposes only under the Bridge Plan[1] and the Debtor/Committee/Lender Plan, the Court having considered the Motion and any responses thereto, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; it is hereby

**ORDERED** that the Motion is **GRANTED** on its entirety; and it is further

**ORDERED** that, pursuant to Federal Rule of Bankruptcy Procedure 3018(a), Wilmington Trust's claims are temporarily allowed for purposes of voting on the Debtor/Committee/Lender Plan as Class 1F general unsecured claims in the amount of [$_____].

**ORDERED** that, pursuant to Federal Rule of Bankruptcy Procedure 3018(a), Wilmington Trust's claims are temporarily allowed for purposes of voting on the Bridge Plan as Class 1G general unsecured claims in the amount of [$_____].

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Dated: Wilmington, Delaware
       _____, 2011

                                      _____
                                      The Honorable Kevin J. Carey
                                      Chief United States Bankruptcy Judge