## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 6th day of January, 2011, I caused copies of the within *Wilmington Trust Company's Supplemental Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* to be served upon the parties listed on the attached service list in the manner indicated.

January 6, 2011                                                */s/ William D. Sullivan*
Date                                                                  William D. Sullivan

**FIRST CLASS MAIL**
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603

**HAND DELIVERY**
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**FIRST CLASS MAIL**
Bruce Bennett
James O. Johnston
Joshua M. Mester
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017

**HAND DELIVERY**
Robert S. Brady
M. Blake Cleary
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**FIRST CLASS MAIL**
Andrew Goldman
WILMER CUTLER PICKERING HALE &
DORR llp
399 Park Avenue
New York, NY  10022

**HAND DELIVERY**
David M. Klauder
OFFICE OF THE UNITED STATES
TRUSTEE
844 King Street, Suite 2207
Wilmington, DE  19801

**FIRST CLASS MAIL**
Howard Seife
David M. Le May
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112

**HAND DELIVERY**
Adam G. Landis
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**FIRST CLASS MAIL**
Graeme W. Bush
James Sottile
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC  20036

**FIRST CLASS MAIL**
Donald S. Bernstein
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**
Mark Collins
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE  19801

**HAND DELIVERY**
William P. Bowden
Amanda M. Winfree
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
Daniel Golden
Philip Dublin
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
New York, NY  10036

**HAND DELIVERY**
Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

**FIRST CLASS MAIL**
David S. Rosner
Andrew K. Glenn
Sheron Korpus
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY  10019

**HAND DELIVERY**
Jeffrey M. Schlerf
Eric M. Sutty
John H. Strock
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801

**FIRST CLASS MAIL**
David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036

**FIRST CLASS MAIL**
Thomas E. Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131

**HAND DELIVERY**
Katharine L. Mayer
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
David Adler
MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY  10167