## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 6th day of January, 2011, a copy of *JPMorgan Chase Bank, N.A.'s Responses and Objections to Aurelius Capital Management, LP's First Set of Interrogatories* was served on the following counsel via electronic mail:

| |
|---|
| David M. Miles<br>Donald Flagg<br>James F. Bendernagel, Jr.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>dmiles@sidley.com<br>dflagg@sidley.com<br>jbendern@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |

| |
|---|
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>**U.S. Department of Labor**<br>P.O. Box 1914<br>Washington, D.C. 20013<br>Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| C. Dana Hobart<br>James O. Johnston<br>Joshua Mester<br>**Hennigan, Bennett & Dorman LLP**<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br>hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com |
| Jared A. Ellias<br>Gordon Z. Novod<br>Kate Bromberg<br>Martin Siegel<br>Andrew Dash<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036<br>jellias@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com<br>adash@brownrudnick.com |
| Alitia Faccone<br>Joseph T. Boccassini<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>afaccone@mccarter.com<br>jboccassini@mccarter.com |
| Andrew N. Goldfarb<br>Graeme W. Bush<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW |

2

Ste 1000
Washington, DC 20036
agoldfarb@zuckerman.com
gbush@zuckerman.com
jsottile@zuckerman.com

Andrew G. Gordon
David W. Brown
Elizabeth McColm
**Paul, Weiss, Rifkind, Wharton &**
**Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew W. Hammond
Brian E. Fritz
David Hille
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036
ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

Andrew J. Puglia Levy
**Paul, Weiss, Rifkind, Wharton &**
**Garrison LLP**
2001 K Street, NW
Washington, DC 20006
alevy@paulweiss.com

Andrew N. Goldman
Charles C. Platt
Dawn M. Wilson
**Wilmer Hale**
399 Park Avenue
 New York, NY 10022
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com
dawn.wilson@wilmerhale.com

Alexandra K. Nellos
David M. LeMay
Howard Seife
Marc Ashley
Robert A. Schwinger
Thomas McCormack
**Chadbourne & Parke LLP**

30 Rockefeller Plaza
New York, NY 10112
anellos@chadbourne.com
dlemay@chadbourne.com
hseife@chadbourne.com
mashley@chadbourne.com
rschwinger@chadbourne.com
tmccormack@chadbourne.com

Abid Qureshi
Daniel Golden
Deborah Newman
David Zensky
Jason Goldsmith
Mitchell Hurley
Nancy Chung
Sunny Gulati
Christine Doniak
Brian Carney
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com
mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com
bcarney@akingump.com

Brad B. Erens
**Jones Day**
77 West Wacker
Chicago, Illinois  60601
bberens@jonesday.com

Steven M. Bierman
**Sidley Austin LLP**
787 Seventh Avenue
New York, New York 10019
SBierman@Sidley.com

Bryan Krakauer
Colleen M. Kenney
James F. Conlan
James W. Ducayet
Jen Peltz

4

Dale E. Thomas
Patrick Wackerly
**Sidley Austin LLP**
One South Dearborn
Chicago, Illinois 60603
bkrakaue@sidley.com
ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

David Adler
**McCarter English**
245 Park Avenue
27th Floor
New York, NY 10167
dadler@mccarter.com

Daniel L. Cantor
Daniel Shamah
Bradley Butwin
**O'Melveny & Myers LLP**
7 Times Square
New York, NY 10036
dcantor@omm.com
dshamah@omm.com
bbutwin@omm.com

Evan D. Flaschen
**Bracewell & Giuliani LLP**
225 Asylum Street
Suite 2600
Hartford, CT 06103
evan.flaschen@bgllp.com

Howard J. Kaplan
Johnny Yeh
**Arkin Kaplan Rice LLP**
590 Madison Avenue
35th Floor
New York, NY 10022
hkaplan@arkin-law.com
jyeh@arkin-law.com

Joseph M. Drayton
Jonathan Agudelo
Jane Parver
Madlyn Primoff
**Kaye Scholer LLP**

5

| |
|---|
| 425 Park Avenue<br>New York, NY 10022<br>jdrayton@kayescholer.com<br>jonathan.agudelo@kayescholer.com<br>jparver@kayescholer.com<br>mprimoff@kayescholer.com |
| Katharine L. Mayer<br>**McCarter English**<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com |
| J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman &**<br>**Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>kstickles@coleschotz.com |
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013<br>klantry@sidley.com |
| Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York 10017<br>lmarvin@jonesday.com |
| Laurie Silverstein<br>R. Stephen McNeill<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>**Pepper Hamilton LLP**<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Rachel Mauceri<br>**Morgan, Lewis & Bockius**<br>1701 Market St. |

6

> Philadelphia, PA 19103-2921
> rmauceri@morganlewis.com
>
> Menachem Zelmanovitz
> **Morgan, Lewis & Bockius**
> 101 Park Avenue
> New York, NY 10178
> mzelmanovitz@morganlewis.com
>
> Charles Jackson
> Deborah Davidson
> Theodore Becker
> **Morgan, Lewis & Bockius**
> 77 West Wacker Dr.
> Chicago, IL 60601
> Charles.jackson@morganlewis.com
> ddavidson@morganlewis.com
> tbecker@morganlewis.com
>
> Brent Truitt
> **Hennigan, Bennett & Dorman LLP**
> 245 Park Avenue
> 39th Floor
> New York, NY 10167
> truittb@hbdlawyers.com

Dated:  January 6, 2011
　　　　Wilmington, Delaware

Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700

– and –

Benjamin S. Kaminetzky
Elliot Moskowitz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*