**Exhibit 1**

REDACTED

# Invoice

| Date | Invoice # |
|---|---|
| 2/26/2007 | 022607 R |

**Bill To**
AM NEW YORK c/o 3rd Floor Promotions
Attn: Steve Petersheim, Circ. Director
311 West 37th Street, 3rd Floor
New York, NY 10018
PH# 267-784-5000 Fx# 646-277-1109

| Description | Amount |
|---|---|
| INVOICE FOR FULL CHARGE PRODUCTION ACCOUNTING AND BOOKKEEPING SERVICES ON Monday, February 26, 2007 | 210.00 |
| Invoice# 022607 | |
| Invoice Date: 02/26/07 | |
| Hours: 9:00P AM - 12:30 PM (3.50 hrs @ $60.00 per hour) | |
| PS: I WILL SEE YOU ON Wednesdays 03/07/07 and 03/21/07 @ 10:00 AM | |
| Please Confirm our dates ASAP  ** Linda ** | |
| *** TERMS: DUE UPON RECEIPT OF INVOICE *** | |

Thank you and please remit to above address.

**Total** $210.00

CONFIDENTIAL

TD/ALLEN 00229