# Exhibit 2



MITCHELL'S NEWSPAPER DELIVERY SERVICE

P.O. Box 2756
New York, NY 10116-2756

Phone:
Fax:
E-mail:

REDACTED

*Invoice*

Invoice #: A1022320
Date: March 15, 2007
Customer Account #: 1022320

Bill To:
AM New York
145 W 30 ST #9FL
New York, NY 10001
Attn: Donald Nizen

Total Amount Due: $

E-mail:
E-mail:
E-mail:
E-mail:

REDACTED

| Date | Description | Copies | | | Price | Balance |
|---|---|---|---|---|---|---|

REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| * | | | Total with Discount | | | | $14,037.36 |
| * | | Hawking Contractor | 2/26-3/11/07 | | | $ | 61,804.50 |
| * | | | 5% Administrative Fee | | | $ | 3,090.23 |
| * | | | | | | | |
| * | | | | | | | |
| * | | | | | | | |

REDACTED

* Denotes No Discount Items.
Waive Box Storage Fees.
Waive over 325,000 Fee.

Total for period:

REDACTED

# Payroll by Zone for 2/26/2007 to 3/11/2007 - final

| Zone | Zone Leader | AMNY Pay | Leader Pay | Other Pay | Total Pay | Notes |
|---|---|---|---|---|---|---|
| Area: 1 | Downtown / U Square / Upp | $13,505.00 | $3,050.00 | $0.00 | $16,555.00 | |
| Area: 2 | Penn Station / Upper West / | $13,343.00 | $2,535.00 | $0.00 | $15,878.00 | |
| Area: 3 | Midtown | $9,262.50 | $2,255.00 | $0.00 | $11,517.50 | |
| Area: 5 | Outer Boroughs | $6,164.00 | $1,520.00 | $0.00 | $7,684.00 | |
| 60 | OPEN | $0.00 | $0.00 | $35.00 | $35.00 | |
| 65 | OPEN | $0.00 | $0.00 | $1,851.00 | $1,851.00 | |
| Area: 9 | Extra Work | $0.00 | $0.00 | $1,886.00 | $1,886.00 | |
| Area: 11 | Night Shift amNewYork | $2,180.00 | $325.00 | $0.00 | $2,505.00 | |
| Area: 96 | Field Expenses | $0.00 | $511.00 | $0.00 | $511.00 | |
| Area: 97 | Recruiter | $0.00 | $30.00 | $0.00 | $30.00 | |
| Area: 98 | Area Leaders | $0.00 | $4,042.00 | $0.00 | $4,042.00 | |
| Area: 99 | Office & Misc Expense | ($15.00) | $335.00 | $0.00 | $320.00 | |

These totals MUST match the totals of the Current Week Summaries

Subtotals: $44,439.50 $14,603.00 $1,886.00

System Grand Total: $60,928.50 X X [signature] 3/12

Reconciled by Date Circulation Manager Date

This is total amount paid using Mitchells Payroll Document

Document Total: $60,935.50 [signature] 3/12 Copy of Document back page with total must be attached

Reconciled by Date

Variance Doc vs. System. -$7- If variance does not equal 0, explain below

-$7 Missing people are attached.

REDACTED $92 deducted & paid under REDACTED

## CALCULATE CURRENT PERIOD COSTS

to determine what Mitchells will submit for reimbursement

| | | |
|---|---|---|
| Document Total | 60,935.50 | From above |
| Additional File: | 1,004- | From last period |
| Voids: | -135- | submitted this period |
| Misc: | X | |

Total to be Invoiced by Mitchells

Indicates payments/cashflow for current pay period

Grand Total: $61,804.50

## FOR INVOICE RECONCILIATION

to determine how Tribune Payable will account for the expense

| | | |
|---|---|---|
| amNY Total: | $59,918.50 | TTL PAY minus Z 60 and Z 65 GL 623440 |
| amNY Sales Total: | $35- | Z 60 - GL 624920 |
| Outside WorkTotal: | $1851- | Z 65 - GL 623430 |
| Grand Total: | $61,804.50 | Match Grand Total on |

NOTES

Include Details of amNY sales Expense

$35 sales expense 3/6 one person helped 4 NY Lottery.

Reconciled by X Date X

Circulation Manager [signature] Date 3/12

CONFIDENTIAL

TD/ALLEN 00094

# VOIDED CHECKS

| FILE # | ROUTE # | NAME | PER. END | CHECK # | GROSS | INS | NET | VEST |
|---|---|---|---|---|---|---|---|---|
| | | Period Ending 03/11 | | | | | | |
| 99651 | 207066 | REDACTED | 1/14/2007 | 50675 | $ 21.00 | $ 5.00 | $ 16.00 | |
| 98586 | 207066 | | 1/14/2007 | 50694 | $ 31.00 | $ 5.00 | $ 26.00 | |
| 99603 | 207066 | | 1/14/2007 | 50673 | $ 52.50 | $ 10.00 | $ 42.50 | |
| 99644 | 202023 | | 1/14/2007 | 50567 | $ 21.00 | $ 5.00 | $ 16.00 | |
| 99258 | 207066 | | 1/14/2007 | 50690 | $ 10.00 | $ 5.00 | $ 5.00 | |
| | | | | TOTAL | $ 135.50 | $ 30.00 | $ 105.50 | |

2/28

Data Entry Sign - Date

Date Printed :2/28/2007, 3:39 PM



2/28

Circ Manager Sign - Date

Recieved w/ column limit plus copies of checks

## Eric, we need 0 checks by 3/2/2007

### PAYROLL MISTAKES

PERIOD: 03/11/07

| sent | FILE | ROUTE | last name | first name | PAY | INS | Total | notes |
|---|---|---|---|---|---|---|---|---|
| 2/28/07 | 99176 | 203015 | REDACTED | | $189.00 | 10.00 | 179.00 | was not reinstated |
| 2/28/07 | 97274 | 209085 | | | $130.00 | 10.00 | 120.00 | was not reinstated |
| 2/28/07 | | 209797 | | | 60.00 | 5.00 | 55.00 | named was misspelled and contract was late |
| 3/1/07 | | 202020 | | | $203.00 | 10.00 | 193.00 | he did not sign his contract correctly. Gave to Alan. |
| [illegible] | | | | | | | | |
| 3/1/07 | | 202016 | | | $51.00 | 5.00 | 46.00 | id card was expired .... Turned in a new ID. Gave to Alan. |
| 3/2/07 | | 202014 | | | $174.00 | 10.00 | 164.00 | id is invalid |
| 3/2/07 | 98847 | 201010 | | | $197.00 | 5.00 | 192.00 | data entry mistake |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | SUBTOTAL THIS REQUEST: | $0.00 | $0.00 | $0.00 | |
| | | | | GRAND TOTAL FOR PERIOD: | ~~$1,162.00~~ 1,004 | ~~$65.00~~ 55 | ~~$1,097.00~~ 949 | |

CHECKS REQUESTED THIS REQUEST: 0

Data Entry Sign ____ Date ____

lastupdate: 3/12/2007

Circ Manager Sign ____ Date 3/12

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 98931 | many | 101010 | 9/14/2006 | 570.00 | | | |
| | 94762 | many | 102018 | 7/6/2004 | 810.00 | | | |
| | 98333 | many | 102018 | 5/26/2006 | 670.00 | | | |
| | 98277 | many | 102021 | 5/17/2006 | 355.00 | | | |
| | 99025 | many | 102021 | 10/2/2006 | 644.00 | | | |
| | 94607 | many | 102022 | 10/6/2006 | 594.00 | | | |
| | 95293 | many | 102024 | 12/17/2004 | 651.00 | | | |
| | 95442 | many | 103011 | 5/24/2005 | 770.00 | | | |
| | 99280 | many | 103012 | 11/3/2006 | 670.00 | | | |
| | 99728 | many | 103013 | 1/15/2007 | 600.00 | | | |
| | 99152 | many | 103014 | 10/16/2006 | 728.00 | | | |
| | 99144 | many | 103015 | 10/17/2006 | 620.00 | | | |
| | 95481 | many | 103019 | 11/22/2005 | 655.00 | | | |
| | 97575 | many | 103020 | 1/24/2006 | 625.00 | | | |
| | 97273 | many | 105032 | 11/30/2005 | 670.00 | | | |
| | 99815 | many | 109065 | 1/29/2007 | 900.00 | | | |
| | 94995 | many | 109898 | 9/9/2004 | 920.00 | | | |
| | 93440 | many | 109898 | 10/7/2003 | 940.00 | | | |
| | 94294 | many | 109898 | 3/16/2004 | 1397.00 | | | |
| | 93993 | many | 109898 | 5/19/2005 | 994.00 | | | |
| | 94627 | many | 109999 | 6/3/2004 | 672.00 | | | |
| | 99076 | many | 201010 | 10/5/2006 | 87.50 | -5.00 | | |
| | 99118 | many | 201010 | 10/13/2006 | 199.50 | | | |
| | 99874 | many | 201010 | 2/22/2007 | 193.50 | | | |
| | 99930 | many | 201010 | 3/3/2007 | 42.00 | | | |
| | 99233 | many | 201010 | 10/27/2006 | 35.00 | -5.00 | | |
| | 99783 | many | 201010 | 2/6/2007 | 105.00 | -5.00 | should have been termed on 3/2 | |
| | 99023 | many | 201010 | 9/21/2006 | 223.50 | | | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 98976 | many | 201010 | 8/31/2006 | 51.00 | -5.00 | | |
| | 99942 | many | 201011 | 3/7/2007 | 63.00 | -5.00 | | |
| | 99879 | many | 201011 | 2/22/2007 | 147.00 | | | |
| | 96033 | many | 201012 | 5/11/2005 | 87.00 | -5.00 | | |
| | 99922 | many | 201012 | 3/1/2007 | 129.00 | | | |
| | 99880 | many | 201012 | 2/22/2007 | 212.00 | | | |
| | 99943 | many | 201012 | 3/7/2007 | 130.00 | -5.00 | | |
| | 98975 | many | 201013 | 9/15/2006 | 217.00 | | | |
| | 99606 | many | 201014 | 1/5/2007 | 0.00 | | | |
| | 99900 | many | 201014 | 2/26/2007 | 226.50 | | | |
| | 99912 | many | 201129 | 2/27/2007 | 0.00 | | | |
| | 99955 | many | 201129 | 3/8/2007 | 90.00 | -5.00 | | |
| | 93633 | many | 202018 | 1/5/2007 | 203.00 | | | |
| | 99393 | many | 202018 | 11/28/2006 | 400.00 | | | |
| | 99701 | many | 202018 | 1/23/2007 | 400.00 | | | |
| | 98262 | many | 202018 | 5/11/2006 | 267.50 | | | |
| | 99685 | many | 202018 | 1/18/2007 | 400.00 | | | |
| McNair, Bill | 97965 | many | 202018 | 5/4/2006 | 400.00 | | | |
| REDACTED | 99607 | many | 202018 | 1/5/2007 | 259.00 | | | |
| | 99780 | many | 202018 | 2/5/2007 | 227.50 | | | |
| | 99757 | many | 202018 | 2/1/2007 | 400.00 | | | |
| | 99657 | many | 202018 | 1/12/2007 | 400.00 | | | |
| | 98106 | many | 202018 | 4/17/2006 | 259.00 | | | |
| | 99688 | many | 202018 | 1/19/2007 | 490.00 | | | |
| | 97985 | many | 202018 | 3/29/2006 | 253.00 | | | |
| | 95593 | many | 202018 | 4/12/2005 | 400.00 | | | |
| | 96537 | many | 202018 | 8/8/2005 | 700.00 | | | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 99617 | many | 202018 | 1/8/2007 | 0.00 | | | |
| | 99533 | many | 202019 | 12/8/2006 | 210.00 | | | |
| | 99565 | many | 202019 | 12/29/2006 | 298.00 | | | |
| | 99849 | many | 202019 | 2/14/2007 | 49.00 | | | |
| | 99451 | many | 202019 | 12/8/2006 | 210.00 | | | |
| | 99608 | many | 202019 | 1/5/2007 | 210.00 | | | |
| | 99012 | many | 202019 | 9/27/2006 | 189.00 | | | |
| | 99176 | many | 202019 | 10/18/2006 | 21.00 | -5.00 | should have been termed on 2/26 | |
| | 99820 | many | 202019 | 2/12/2007 | 210.00 | | | |
| | 99791 | many | 202019 | 2/7/2007 | 444.00 | | | |
| | 98528 | many | 202019 | 6/27/2006 | 351.00 | | | |
| | 99827 | many | 202020 | 2/12/2007 | 105.00 | -5.00 | should have been termed on 2/26 | |
| | 93971 | many | 202020 | 1/5/2004 | 0.00 | | | |
| | 99595 | many | 202020 | 1/4/2007 | 0.00 | | | |
| | 93272 | many | 202021 | 10/25/2006 | 216.00 | | | |
| | 99079 | many | 202021 | 10/5/2006 | 234.00 | | | |
| | 99779 | many | 202021 | 2/2/2007 | 133.00 | | | |
| | 99653 | many | 202021 | 1/12/2007 | 225.00 | | | |
| | 93986 | many | 202021 | 1/14/2004 | 192.00 | | | |
| | 96190 | many | 202021 | 6/9/2005 | 28.00 | -5.00 | | |
| | 95431 | many | 202021 | 11/17/2006 | 448.00 | | | |
| | 98380 | many | 202021 | 6/8/2006 | 237.00 | | | |
| | 99932 | many | 202022 | 3/5/2007 | 124.00 | - | | |
| | 98977 | many | 202022 | 9/15/2006 | 118.00 | | | |
| | 99647 | many | 202022 | 1/12/2007 | 0.00 | | | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 99956 | many | 202022 | 3/7/2007 | 143.00 | -5.00 | | |
| | 99658 | many | 202022 | 1/12/2007 | 196.00 | | | |
| | 99784 | many | 202022 | 2/6/2007 | 0.00 | | | |
| | 99851 | many | 202022 | 2/14/2007 | 234.00 | | | |
| | 97347 | many | 202022 | 1/4/2006 | 271.00 | | | |
| | 99847 | many | 202022 | 2/16/2007 | 0.00 | | | |
| | 98129 | many | 202022 | 4/21/2006 | 234.00 | | | |
| | 99576 | many | 202022 | 1/2/2007 | 0.00 | | | |
| | 95625 | many | 202022 | 1/26/2005 | 150.00 | | | |
| | 99901 | many | 202022 | 2/27/2007 | 87.00 | -5.00 | | |
| | 99863 | many | 202022 | 2/16/2007 | 234.00 | | | |
| | 98854 | many | 202023 | 8/31/2006 | 238.00 | | | |
| | 99759 | many | 202023 | 2/2/2007 | 220.50 | | | |
| | 99893 | many | 202023 | 2/24/2007 | 87.50 | -5.00 | should have been termed on 2/26 | |
| | 99951 | many | 202023 | 3/8/2007 | 66.50 | -5.00 | | |
| | 97791 | many | 202023 | 2/28/2006 | 213.50 | | | |
| | 98938 | many | 202023 | 9/18/2006 | 154.00 | | | |
| | 95683 | many | 202023 | 1/6/2006 | 262.50 | | | |
| | 99921 | many | 202023 | 3/1/2007 | 189.00 | | | |
| | 99828 | many | 202023 | 2/14/2007 | 203.00 | | | |
| | 99952 | many | 202023 | 3/8/2007 | 61.50 | -5.00 | | |
| | 99805 | many | 202023 | 2/8/2007 | 387.50 | | | |
| | 99121 | many | 202023 | 10/12/2006 | 241.50 | | | |
| | 98209 | many | 202023 | 5/5/2006 | 283.50 | | | |
| | 99872 | many | 202024 | 2/21/2007 | 0.00 | | | |
| | 98714 | many | 202024 | 8/4/2006 | 231.00 | | | |



CONFIDENTIAL

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 99605 | many | 202024 | 1/7/2007 | 297.00 | | | |
| | 99881 | many | 202024 | 2/22/2007 | 231.00 | | | |
| | 99871 | many | 202024 | 2/21/2007 | 196.00 | | | |
| | 99600 | many | 202024 | 1/5/2007 | 210.00 | | | |
| | 96285 | many | 203010 | 6/21/2005 | 413.00 | | | |
| | 96346 | many | 203010 | 5/5/2006 | 252.00 | | | |
| | 99660 | many | 203010 | 1/12/2007 | 280.50 | | | |
| | 99414 | many | 203010 | 11/30/2006 | 249.00 | | | |
| | 97604 | many | 203010 | 1/17/2006 | 336.00 | | | |
| | 99729 | many | 203010 | 1/26/2007 | 190.50 | | | |
| | 99604 | many | 203010 | 1/5/2007 | 210.00 | | | |
| | 99519 | many | 203010 | 12/20/2006 | 0.00 | | | |
| | 96647 | many | 203010 | 8/25/2005 | 434.00 | | | |
| | 94896 | many | 203011 | 3/23/2006 | 217.00 | | | |
| | 99596 | many | 203011 | 1/4/2007 | 224.00 | | | |
| | 99016 | many | 203011 | 9/22/2006 | 210.00 | | | |
| | 99017 | many | 203011 | 9/22/2006 | 189.00 | | | |
| | 97717 | many | 203011 | 2/6/2006 | 210.00 | | | |
| | 99639 | many | 203011 | 1/12/2007 | 286.50 | | | |
| | 99720 | many | 203011 | 1/25/2007 | 273.00 | | | |
| | 96803 | many | 203012 | 2/2/2006 | 248.00 | | | |
| | 94293 | many | 203012 | 3/16/2004 | 354.50 | | | |
| | 97022 | many | 203012 | 11/3/2005 | 210.00 | | | |
| | 99794 | many | 203012 | 2/7/2007 | 249.00 | | | |
| | 99722 | many | 203012 | 1/25/2007 | 398.00 | | | |
| | 96187 | many | 203012 | 12/29/2006 | 203.00 | | | |
| | 98662 | many | 203012 | 7/26/2006 | 346.50 | | | |
| | 99656 | many | 203013 | 1/12/2007 | 210.00 | | | |
| | 99763 | many | 203013 | 2/2/2007 | 220.00 | | | |

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 98206 | many | 203013 | 5/4/2006 | 210.00 | | | |
| | 99462 | many | 203013 | 12/12/2006 | 210.00 | | | |
| | 96858 | many | 203013 | 9/26/2005 | 361.00 | | | |
| | 97337 | many | 203013 | 1/4/2006 | 544.00 | | | |
| | 96477 | many | 203013 | 11/2/2005 | 235.00 | | | |
| | 98724 | many | 203013 | 8/7/2006 | 262.00 | | | |
| | 94435 | many | 203014 | 5/11/2006 | 261.00 | | | |
| | 99573 | many | 203014 | 1/2/2007 | 159.00 | | | |
| | 99781 | many | 203014 | 2/6/2007 | 114.00 | | | |
| | 93320 | many | 203014 | 10/6/2003 | 583.50 | | | |
| | 99019 | many | 203014 | 9/28/2006 | 235.50 | | | |
| | 98941 | many | 203015 | 9/21/2006 | 0.00 | | | |
| | 98822 | many | 203015 | 8/28/2006 | 235.00 | | | |
| Evans, Pearl T. | 99756 | many | 203015 | 2/2/2007 | 427.00 | | | |
| REDACTED | 99882 | many | 203015 | 2/22/2007 | 217.00 | | | |
| | 99913 | many | 203015 | 2/28/2007 | 168.00 | | | |
| | 99758 | many | 203015 | 2/2/2007 | 168.00 | | | |
| | 99884 | many | 203015 | 2/22/2007 | 129.00 | | | |
| | 99798 | many | 203015 | 2/7/2007 | 178.00 | | | |
| | 99673 | many | 203017 | 1/17/2007 | 213.00 | | | |
| | 95269 | many | 203017 | 12/8/2004 | 334.00 | | | |
| | 93696 | many | 203017 | 10/27/2003 | 141.00 | | | |
| | 96568 | many | 203017 | 2/22/2006 | 221.00 | | | |
| | 96710 | many | 203017 | 9/1/2005 | 246.00 | | | |
| | 99885 | many | 203017 | 2/22/2007 | 280.00 | | | |
| | 99441 | many | 203017 | 1/5/2007 | 395.00 | | | |
| | 93816 | many | 203017 | 6/8/2006 | 210.00 | | | |
| | 99953 | many | 203017 | 3/8/2007 | 95.00 | -5.00 | | |
| | 97668 | many | 203017 | 2/7/2006 | 354.00 | | | |
| | 95361 | many | 203017 | 12/29/2004 | 400.00 | | | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 99200 | many | 203017 | 12/29/2006 | 232.00 | | | |
| | 99954 | many | 203019 | 3/8/2007 | 45.00 | -5.00 | | |
| | 99499 | many | 203020 | 12/15/2006 | 226.00 | | | |
| | 97440 | many | 203020 | 1/26/2006 | 512.00 | | | |
| | 99490 | many | 203020 | 12/13/2006 | 246.00 | | | |
| | 99356 | many | 203020 | 11/17/2006 | 210.00 | | | |
| | 99911 | many | 203020 | 2/28/2007 | 196.00 | | | |
| | 99760 | many | 203020 | 2/2/2007 | 170.50 | -5.00 | | |
| | 99587 | many | 203020 | 1/3/2007 | 196.00 | | | |
| | 99523 | many | 203020 | 12/20/2006 | 210.00 | | | |
| | 95343 | many | 203020 | 6/15/2005 | 240.00 | | | |
| | 99959 | many | 205031 | 3/9/2007 | 14.00 | -5.00 | | |
| | 99534 | many | 205031 | 12/21/2006 | 120.00 | | | |
| | 99941 | many | 205031 | 3/7/2007 | 63.00 | -5.00 | | |
| | 95522 | many | 205031 | 7/17/2006 | 210.00 | | | |
| | 99869 | many | 205031 | 2/20/2007 | 210.00 | | | |
| | 94811 | many | 205031 | 11/21/2005 | 270.00 | | | |
| | 96309 | many | 205031 | 6/29/2005 | 210.00 | | | |
| | 99940 | many | 205031 | 3/7/2007 | 84.00 | -5.00 | | |
| | 96339 | many | 205031 | 7/6/2005 | 270.00 | | | |
| | 99246 | many | 205031 | 10/26/2006 | 183.00 | | | |
| | 94674 | many | 205031 | 11/21/2005 | 270.00 | | | |
| | 94644 | many | 205032 | 12/29/2005 | 438.00 | | | |
| | 96211 | many | 205032 | 6/10/2005 | 438.00 | | | |
| | 93718 | many | 205032 | 1/19/2004 | 240.00 | -5.00 | | |
| | 96895 | many | 205032 | 10/7/2005 | 209.00 | | | |
| | 99795 | many | 205032 | 2/7/2007 | 247.00 | | | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 99931 | many | 205032 | 3/5/2007 | 105.00 | -5.00 | | |
| | 94155 | many | 205037 | 11/1/2004 | 548.00 | | | |
| | 95270 | many | 205037 | 11/17/2006 | 330.00 | | | |
| | 99868 | many | 205037 | 2/21/2007 | 210.00 | | | |
| | 96074 | many | 205037 | 6/15/2005 | 570.00 | | | |
| | 95285 | many | 205037 | 12/13/2004 | 330.00 | | | |
| | 97698 | many | 205037 | 2/6/2006 | 699.00 | | | |
| | 96779 | many | 205037 | 9/19/2005 | 224.00 | | | |
| | 99892 | many | 205060 | 2/22/2007 | 210.00 | | | |
| | 99143 | many | 207066 | 10/17/2006 | 0.00 | | | |
| | 99566 | many | 207066 | 12/29/2006 | 0.00 | | | |
| | 99816 | many | 209065 | 2/8/2007 | 160.00 | | | |
| | 99923 | many | 209065 | 3/1/2007 | 30.00 | -5.00 | should have been termed on 2/26 | |
| | 97274 | many | 209065 | 11/23/2005 | 160.00 | | | |
| | 98974 | many | 209066 | 9/15/2006 | 0.00 | | | |
| | 99890 | many | 209797 | 2/24/2007 | 0.00 | | | |
| | 99739 | many | 209797 | 1/29/2007 | 0.00 | | | |
| | 99933 | many | 209797 | 3/5/2007 | 150.00 | -5.00 | | |
| | 99840 | many | 209797 | 2/16/2007 | 289.50 | | | |
| | 99925 | many | 209797 | 3/2/2007 | 25.00 | -5.00 | should have been termed on 2/26 | |
| | 99961 | many | 209797 | 3/5/2007 | 48.00 | -5.00 | | |
| | 99926 | many | 209797 | 3/2/2007 | 66.00 | -5.00 | should have been termed on 2/26 | |
| | 99910 | many | 209797 | 2/28/2007 | 171.00 | | | |
| | 99958 | many | 209797 | 3/9/2007 | 21.00 | -5.00 | | |
| | 99939 | many | 209797 | 3/6/2007 | 120.00 | -5.00 | | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| | 99889 | many | 209797 | 2/24/2007 | 27.00 | | | |
| | 99897 | many | 209797 | 2/24/2007 | 224.00 | | | |
| | 99388 | many | 209797 | 11/24/2006 | 30.00 | -5.00 | | |
| | 99957 | many | 209797 | 3/9/2007 | 61.50 | -5.00 | | |
| | 99792 | many | 209797 | 2/7/2007 | 21.00 | -5.00 | | |
| | 99862 | many | 209797 | 2/19/2007 | 190.00 | | | |
| | 99772 | many | 209797 | 2/5/2007 | 42.00 | -5.00 | should have been termed on 2/26 | |
| REDACTED | 99938 | many | 209797 | 3/6/2007 | 35.00 | -5.00 | | |
| | 99909 | many | 209797 | 2/28/2007 | 21.00 | -5.00 | should have been termed on 2/26 | |
| | 99924 | many | 209797 | 3/2/2007 | 45.00 | | | |
| | 99877 | many | 209797 | 2/22/2007 | 153.00 | | | |
| | 99440 | many | 209797 | 12/6/2006 | 0.00 | | | |
| | 93902 | many | 209797 | 12/18/2003 | 285.00 | | | |
| | 99764 | many | adwwxx | 2/2/2007 | 0.00 | | | per jb 203017 |
| | 98335 | many | szxxx3 | 6/7/2006 | 349.00 | | | 143/28.6 off sat-sun |
| | | | | | 58636.00 | -185.00 | | |
| | | | | | | | | |
| | 95630 | zzzz | mtzzzz | 6/7/2006 | 309.00 | | | |
| | 94083 | zzzz | mtzzzz | 1/21/2004 | 0.00 | | | |
| Allen, James E. | 99260 | zzzz | mtzzzz | 11/3/2006 | 126.00 | | | |
| | 96810 | zzzz | mtzzzz | 9/14/2005 | 259.00 | | | |
| | 99407 | zzzz | mtzzzz | 11/29/2006 | 0.00 | | | |
| | 99891 | zzzz | mtzzzz | 2/23/2007 | 0.00 | | | |
| REDACTED | 99439 | zzzz | mtzzzz | 12/6/2006 | 0.00 | | | |
| | 99861 | zzzz | mtzzzz | 2/19/2007 | 0.00 | | | |
| | 97596 | zzzz | mtzzzz | 7/24/2006 | 0.00 | | | |

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 98324 | zzzz | mtzzzz | 6/1/2006 | 0.00 | | | |
| | 99703 | zzzz | mtzzzz | 1/21/2007 | 63.00 | -5.00 | | |
| | 98852 | zzzz | mtzzzz | 8/31/2006 | 0.00 | | | |
| | 99643 | zzzz | mtzzzz | 1/12/2007 | 21.00 | -5.00 | | |
| | 99846 | zzzz | mtzzzz | 2/16/2007 | 0.00 | | | |
| | 98940 | zzzz | mtzzzz | 9/21/2006 | 0.00 | | | |
| | 99584 | zzzz | mtzzzz | 1/3/2007 | 0.00 | | | |
| | 99841 | zzzz | mtzzzz | 2/16/2007 | 0.00 | | | |
| | 99844 | zzzz | mtzzzz | 2/16/2007 | 0.00 | | | |
| | 99674 | zzzz | mtzzzz | 1/17/2007 | 0.00 | | | |
| | 99512 | zzzz | mtzzzz | 12/19/2006 | 0.00 | | | |
| | 99665 | zzzz | mtzzzz | 1/17/2007 | 126.00 | | | |
| | 99821 | zzzz | mtzzzz | 2/12/2007 | 0.00 | | | |
| | 99822 | zzzz | mtzzzz | 2/12/2007 | 0.00 | | | |
| | 99864 | zzzz | mtzzzz | 2/20/2007 | 160.00 | | | |
| | 99870 | zzzz | mtzzzz | 2/21/2007 | 0.00 | | | |
| | 99876 | zzzz | mtzzzz | 2/23/2007 | 0.00 | | | |
| | 96017 | zzzz | mtzzzz | 5/18/2005 | 0.00 | | | |
| | 98108 | zzzz | mtzzzz | 4/20/2006 | 105.00 | -5.00 | should have been termed on 3/2 | |
| | 99761 | zzzz | mtzzzz | 2/2/2007 | 0.00 | | | |
| | 99806 | zzzz | mtzzzz | 2/8/2007 | 0.00 | | | |
| | 99888 | zzzz | mtzzzz | 2/24/2007 | 63.00 | -5.00 | | |
| | 99875 | zzzz | mtzzzz | 2/22/2007 | 21.00 | -5.00 | | |
| | 99743 | zzzz | mtzzzz | 1/31/2007 | 0.00 | | | |
| | 98556 | zzzz | mtzzzz | 7/5/2006 | 115.50 | -5.00 | should have been termed on 3/2 | |
| | 99415 | zzzz | mtzzzz | 11/30/2006 | 0.00 | | | |
| | 99804 | zzzz | mtzzzz | 2/8/2007 | 0.00 | | | |
| | 99730 | zzzz | mtzzzz | 1/26/2007 | 0.00 | | | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| REDACTED | 95490 | zzzz | mtzzzz | 11/15/2006 | 0.00 | | | |
| | 99843 | zzzz | mtzzzz | 2/16/2007 | 0.00 | | | |
| | 99782 | zzzz | mtzzzz | 2/6/2007 | 0.00 | | | |
| | 99812 | zzzz | mtzzzz | 2/8/2007 | 0.00 | | | |
| | 99807 | zzzz | mtzzzz | 2/8/2007 | 0.00 | | | |
| | 99850 | zzzz | mtzzzz | 2/14/2007 | 73.50 | -5.00 | | |
| | 99689 | zzzz | mtzzzz | 1/19/2007 | 84.00 | -5.00 | should have been termed on 3/1 | |
| | 99883 | zzzz | mtzzzz | 2/22/2007 | 21.00 | -5.00 | should have been termed on 2/26 | |
| | 99842 | zzzz | mtzzzz | 2/16/2007 | 21.00 | -5.00 | | |
| | 99773 | zzzz | mtzzzz | 2/5/2007 | 0.00 | | | |
| | 96217 | zzzz | mtzzzz | 6/14/2005 | 82.00 | -5.00 | should have been termed on 3/2 | |
| | 99848 | zzzz | mtzzzz | 2/14/2007 | 42.00 | -5.00 | | |
| | 93076 | zzzz | mtzzzz | 8/6/2003 | 0.00 | | | |
| | 99878 | zzzz | mtzzzz | 2/22/2007 | 0.00 | | | |
| | 94076 | zzzz | mtzzzz | 6/27/2006 | 0.00 | | | |
| | 99723 | zzzz | mtzzzz | 1/25/2007 | 0.00 | | | |
| | 99793 | zzzz | mtzzzz | 2/7/2007 | 21.00 | -5.00 | | |
| | 99894 | zzzz | mtzzzz | 2/24/2007 | 63.00 | -5.00 | should have been termed on 3/1 | |
| | 99845 | zzzz | mtzzzz | 2/16/2007 | 0,00 | | | |
| | 99748 | zzzz | mtzzzz | 1/31/2007 | 21.00 | -5.00 | should have been termed on 3/2 | |

11 March 2007

| name | file no | br | route | start date | amny | din | | payscale |
|---|---|---|---|---|---|---|---|---|
| | 99078 | zzzz | mtzzzz | 10/5/2006 | 63.00 | -5.00 | | |
| | 97653 | zzzz | mtzzzz | 5/5/2006 | 208.50 | | | |
| | 99774 | zzzz | mtzzzz | 2/5/2007 | 105.00 | -5.00 | | |
| | 99808 | zzzz | mtzzzz | 2/8/2007 | 0.00 | | | |
| | 98745 | zzzz | mtzzzz | 8/11/2006 | 0.00 | | | |
| REDACTED | 99762 | zzzz | mtzzzz | 2/2/2007 | 0.00 | | | |
| | | | | | 2173.50 | -85.00 | | |
| | | | | | | | | |
| | 99886 | | 201010 | | 126.00 | | | |
| | | | | | | | | |
| | | | | Document Total: | 60935.50 | -270.00 | | |
| | | | | System Total: | 60928.50 | | | |
| | | | | Var | 7.00 | | | |
| | | | | Missing People: | -7.00 | | | |
| | | | | Final Variance: | 0.00 | | | |