# EXHIBIT B

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 22.90 | $11,051.50 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 13.80 | $6,141.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL Bar since 2002. | $430.00 | 5.30 | $2,279.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | .70 | $273.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 9.00 | $1,440.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $130.00 | 2.80 | $364.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 3.90 | $487.50 |
| Grand Total: | | | 58.40 | $23,236.00 |
| Blended Rate: | | | | $397.88 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $490.50 |

US_ACTIVE-105183927.1-JCFALGOW

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 17.10 | $6,731.50 |
| Insurance Counseling – 00005 | 28.00 | $12,906.50 |
| Marsh - 00008 | .20 | $107.00 |
| Fee Applications – 00009 | 12.30 | $3,063.00 |
| HR Investigation – 00011 | .80 | $428.00 |
| **TOTAL:** | **58.40** | **$23,236.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2076111
Invoice Date: December 17, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through November 30, 2010

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $6,731.50 | $42.45 | $6,773.95 |
| RE: | Insurance Counseling 503842.00005 | $12,906.50 | $16.40 | $12,922.90 |
| RE: | Marsh 503842.00008 | $107.00 | $0.00 | $107.00 |
| RE: | Fee Applications 503842.00009 | $3,063.00 | $176.91 | $3,239.91 |
| RE: | HR Investigation 503842.00011 | $428.00 | $0.00 | $428.00 |
|  | **Current Invoice Total:** | **$23,236.00** | **$235.76** | **$23,471.76** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2076111)

**RE:  Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/10 | JDS | E-mails with client regarding oral argument on objections to Referee's Report and Recommendations on LPT claims. | 0.20 |
| 11/05/10 | SS | Corresponded with T. Law regarding binder of documents for use in preparation for oral argument. | 0.10 |
| 11/29/10 | TPL | Prepared for oral argument. | 7.80 |
| 11/29/10 | MT | Preparation of binder for of briefs, rulings, case law for T. Law for use in oral argument. | 2.80 |
| 11/30/10 | TPL | Prepared for and presented oral argument (5.7); reported on oral argument to client (.3). | 6.00 |
| 11/30/10 | JDS | Analyzed email from local counsel T. Law regarding results of oral argument on LPT claims on Reliance state. | 0.20 |

TOTAL FEES:                                                    $6,731.50

**CURRENT DISBURSEMENTS**

| 11/30/2010 | Duplicating/Printing/Scanning | 16.20 |
|---|---|---|
| 11/30/2010 | Lexis | 26.25 |
| | Total Disbursements | 42.45 |
| | Fees & Disbursements | $6,773.95 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 535.00 | 214.00 |
| TPL | T.P. Law | 13.80 | 445.00 | 6,141.00 |
| SS | S. Somoza | 0.10 | 125.00 | 12.50 |
| MT | M. Todd | 2.80 | 130.00 | 364.00 |
| | | 17.10 | | 6,731.50 |

**RE:     Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/10 | SS | Reviewed and organized documents received from L. Raines in preparation for integrating into correspondence binders. | 0.30 |
| 11/02/10 | LJR | Reviewed and revised letter to insurance carriers in connection with pending litigation. | 0.30 |
| 11/02/10 | JDS | Revised draft letter to liability insurer regarding change in coverage position concerning third-party suit (.80); prepared e-mail to client regarding issues related to scope of coverage in connection with recently filed third-party suit (.50); telephone conference with client regarding issues related to pending Workers Comp/Employer's Liability claim (.20). | 1.50 |
| 11/03/10 | LJR | Follow-up regarding recently-filed creditors committee litigation (.2); additional follow-up regarding correspondence to insurance carriers (.2). | 0.40 |
| 11/03/10 | SS | Reviewed and compiled correspondence with insurance carriers and integrated same into binders for attorney review. | 1.60 |
| 11/03/10 | JDS | Communications with counsel for individual insured regarding insurance coverage questions and issues (1.00); analyzed issues related to possible purchase of additional excess insurance coverage (.30); analyzed and exchanged e-mails with client regarding draft notices to insurers regarding recently filed third-party suits (.30); analyzed issues related to same (.30); followed up with defense counsel regarding revised draft letter to insurer concerning coverage position regarding third-party suit (.20). | 2.10 |
| 11/04/10 | SS | Revised notebooks of insurance correspondence documents | 0.70 |
| 11/04/10 | JDS | Analyzed recently filed complaints relating to going private transaction (1.00); worked on notice communciations to insurers regarding same (.20); analyzed proposals related to possible purchase of additional insurance coverage (1.00); worked on correspondence to insurer regarding coverage position related to third-party suit (.20); analyzed coverage issues related to pending third-party claims and suits (.30). | 2.70 |
| 11/05/10 | JDS | Analyzed and exchanged e-mails regarding notice to insurers regarding recently filed third-party complaint (.20); finalized and sent letter to liability insurer regarding revised coverage position concerning third-party suit (.30). | 0.50 |
| 11/08/10 | SS | Prepared notebook with filed documents for attorney review and revised claim binders. | 0.80 |
| 11/08/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/10/10 | JDS | Telephone conference with outside counsel for company officer regarding insurance coverage issues (.20); e-mails with client regarding draft notice letters to insurers regarding recently filed complaints (.20). | 0.40 |
| 11/11/10 | LJR | Reviewed ongoing correspondence related to insurance coverage in connection with recently-filed litigation. | 0.50 |
| 11/11/10 | JDS | Analyzed and exchanged e-mails with client team regarding ongoing communications with insurers, individual insured persons with respect to insurance coverage related to recently filed lawsuits (.30); telephone conference with client regarding recent court order in third-party lawsuit, possible impact of same on insurance coverage issues (.10). | 0.40 |
| 11/15/10 | LJR | Reviewed ongoing communications related to recently-filed litigation and communications with individual insureds in connection with same (.4); began review and analysis of complaint recently filed in bankruptcy court (.9). | 1.30 |
| 11/15/10 | JDS | Exchanged e-mails with client regarding insurance issues concerning recently filed lawsuits. | 0.20 |
| 11/16/10 | JDS | Analyzed and provided comment to client, bankruptcy counsel regarding draft correspondence regarding insurance to individual defendants in recently filed suit (.60); analyzed and exchanged e-mails with client, bankruptcy counsel regarding defense coverage provisions of liability insurance in connection with same; (.60); analyzed and exchanged e-mails regarding recent decision in underlying suit and insurance coverage issues related to same (.30). | 1.50 |
| 11/17/10 | LJR | Reviewed ongoing correspondence regarding recently-filed litigation and communications regarding insurance coverage. | 0.60 |
| 11/17/10 | JDS | Prepared for and telephone conference with client regarding insurance coverage issues related to recently filed lawsuits, status and options related to possible purchase of additional insurance coverage. | 1.10 |
| 11/18/10 | JDS | Prepared for and participated in meeting with client, bankruptcy counsel regarding insurance issues related to recently filed complaint in bankruptcy proceeding (1.8); exchanged emails with client related to same (.2); analyzed and revised draft letter to individual defendants in same regarding insurance coverage related to same (.5); analyzed and revised draft letter to primary liability insurer regqarding coverage issues related to same (.4); telephone conference with client, insurance broker regarding issues related to upcoming insurance policy renewals (.7); analyzed recently issued court order in underlying third-party lawsuit (.3). | 3.90 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/19/10 | JDS | Worked on drafting, revising, finalizing correspondence to primary liability insurer, individual defendants regarding insurance issues related to recently filed lawsuits (1.40); prepared for and telephone conference with client and bankruptcy counsel regarding same (1.10); analyzed potential for insurance coverage related to threatened third-party lawsuit (.50). | 3.00 |
| 11/22/10 | LJR | Reviewed ongoing correspondence regarding communications regarding recently-filed litigation and liability insurance coverage as well as communications with insurance carriers regarding same. | 0.50 |
| 11/22/10 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel regarding draft correspondence concerning insurance issues related to recently filed complaint. | 0.30 |
| 11/23/10 | LJR | Reviewed and analyzed recently filed creditors committee complaint and analyzed same in connection with liability insurance(1.5); reviewed bankruptcy website regarding status of proceedings (.2). | 1.70 |
| 11/23/10 | JDS | Analyzed communication from primary liability insurer regarding recently filed complaint and forwarded same to client and bankruptcy counsel. | 0.20 |
| 11/24/10 | JDS | Analyzed and exchanged emails with client, claims handler for primary liability insurer regarding meeting concerning recently filed suit. | 0.50 |
| 11/29/10 | JDS | Analyzed and exchanged emails with client regarding notice to insurers regarding potential claim issues involving pleading filed in bankruptcy court. | 0.20 |
| 11/30/10 | JDS | Analyzed and exchanged emails with primary insurer claims representative regarding meeting on pending matters (.3); analyzed and exchanged emails with client regarding insurance inquiry received from counsel for individual insured person (.2). | 0.50 |

TOTAL FEES:    $12,906.50

### CURRENT DISBURSEMENTS

| 11/30/2010 | Duplicating/Printing/Scanning | 0.40 |
|---|---|---|
| 11/30/2010 | Taxi Expense | 16.00 |
| | Total Disbursements | 16.40 |

December 17, 2010     Case 08-13141-BLS     Doc 7404-3     Filed 01/07/11     Page 9 of 14     Invoice: 2076111
RE:     Insurance Counseling     Page 6
(503842.00005)

Fees & Disbursements     $12,922.90

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 19.00 | 535.00 | 10,165.00 |
| LJR | L.J. Raines | 5.30 | 430.00 | 2,279.00 |
| SS | S. Somoza | 3.70 | 125.00 | 462.50 |
| | | 28.00 | | 12,906.50 |

## RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/10/10 | JDS | E-mails and telephone conference with client regarding issues related to New York WC claims data. | 0.20 |

|  |  | TOTAL FEES: | $107.00 |
|---|---|---|---|
|  |  | Fees & Disbursements | $107.00 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 535.00 | 107.00 |
|  |  | 0.20 |  | 107.00 |

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/10 | LL | E-mail correspondence with J. Shugrue regarding RS's 20th Monthly Fee Application. | 0.20 |
| 11/01/10 | JDS | Worked on adding new matter invoice to 20th Monthly fee application. | 0.30 |
| 11/02/10 | LL | E-mail correspondence with J. Shugrue regarding CNO's (.2); revisions to CNO's regarding RS's 19th Monthly & 7th Interim Fee Applications (.3); e-mail correspondence with J. Shugrue regarding RS's 20th Monthly Fee Application (.2); reviewed revised invoice regarding same (.6); revisions to same (.6). | 1.90 |
| 11/02/10 | JDS | Analyzed CNO's for most recent monthly and quarterly fee applications and approved filing of same. | 0.20 |
| 11/03/10 | LL | Conferred with C. Falgowski regarding filing of documents (.1); prepared service labels regarding same (.2); reviewed and revised 20th Monthly Fee Application (1.2). | 1.50 |
| 11/03/10 | JCF | Conferred with L. Lankford regarding fee application filings. | 0.10 |
| 11/08/10 | SS | Reviewed and catalogued correspondence. | 0.10 |
| 11/09/10 | LL | Conferred with C. Falgowski regarding CNO's for RS's 19th Monthly & 7th Interim & RS's 20th Monthly Fee Applications (.3); revisions to same (.6); e-filed and served same (.6); revisions to RS's 20th Monthly Fee Application (1.4). | 2.90 |
| 11/09/10 | JCF | Reviewed and revised fee applications (.6); conferred with L. Lankford regarding same (.3). | 0.60 |
| 11/12/10 | JDS | Reviewed and edited invoices for submission with 21st Monthly fee application. | 0.50 |
| 11/17/10 | JDS | Exchanged e-mails with client regarding expense information related to fee applications (.20); exchanged e-mails with C. Falgowski and L. Lankford regarding same (.10). | 0.30 |
| 11/19/10 | JDS | Analyzed and revised invoice materials for 21st Monthly fee application. | 0.20 |
| 11/22/10 | LL | Reviewed RS's Invoice to Monthly Fee Application (.5); drafted fee application (1.0). | 1.50 |
| 11/23/10 | LL | Reviewed RS's 21st Monthly Fee Application (.8); e-mail correspondence with J. Shugrue regarding same (.2). | 1.00 |
| 11/23/10 | JDS | Analyzed materials for preparation of 21st Monthly fee application. | 0.20 |
| 11/28/10 | JDS | Prepared narrative work descriptions for 21st Monthly Fee Application. | 0.80 |

December 17, 2010  
RE: Fee Applications  
(503842.00009)

Case 08-13141-BLS    Doc 7404-3    Filed 01/07/11    Page 12 of 14

Invoice: 2076111  
Page 9

|  |  |
|---|---:|
| TOTAL FEES: | $3,063.00 |

**CURRENT DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 11/30/2010 | PACER | 5.36 |
| 11/30/2010 | Courier Service - Outside | 50.00 |
| 11/30/2010 | Outside Duplicating | 121.55 |
|  | Total Disbursements | 176.91 |
|  | Fees & Disbursements | $3,239.91 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 2.50 | 535.00 | 1,337.50 |
| JCF | J.C. Falgowski | 0.70 | 390.00 | 273.00 |
| SS | S. Somoza | 0.10 | 125.00 | 12.50 |
| LL | L. Lankford | 9.00 | 160.00 | 1,440.00 |
|  |  | 12.30 |  | 3,063.00 |

**RE:     HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/12/10 | JDS | Exchanged e-mails with client regarding project status and possible next steps. | 0.20 |
| 11/17/10 | JDS | Telephone conference with client regarding next steps in HR inquiry. | 0.20 |
| 11/24/10 | JDS | Exchanged emails with client regarding results of follow up inquiry. | 0.20 |
| 11/29/10 | JDS | Exchanged emails with client regarding additional research/analysis required with respect to HR inquiry. | 0.20 |

TOTAL FEES:   $428.00

Fees & Disbursements   $428.00

**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.80 | 535.00 | 428.00 |
|    |              | 0.80 |        | 428.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2076111
Invoice Date: December 17, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through November 30, 2010

|     |                                        | Current Fees | Current Costs | Total for Matter |
|-----|----------------------------------------|-------------:|--------------:|-----------------:|
| RE: | Reliance/Times Mirror 503842.00004     | $6,731.50    | $42.45        | $6,773.95        |
| RE: | Insurance Counseling 503842.00005      | $12,906.50   | $16.40        | $12,922.90       |
| RE: | Marsh 503842.00008                     | $107.00      | $0.00         | $107.00          |
| RE: | Fee Applications 503842.00009          | $3,063.00    | $176.91       | $3,239.91        |
| RE: | HR Investigation 503842.00011          | $428.00      | $0.00         | $428.00          |
|     | **Current Invoice Total:**             | **$23,236.00** | **$235.76** | **$23,471.76**   |

**INVOICE IS PAYABLE UPON RECEIPT**