# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category<br>(Examples) | Service Provider<br>(if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $16.60 |
| Courier Service | | $50.00 |
| Outside Databases | PACER | $5.36 |
| Outside-Duplicating | IKON | $121.55 |
| Legal Research | LEXIS | $26.25 |
| Travel Expenses | | $16.00 |
| **TOTAL:** | | **$235.76** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| In-House Duplicating/Printing/Scanning | | $16.20 | $.40 | | | | $16.60 |
| Courier Service | | | | $50.00 | | | $50.00 |
| Outside Databases | PACER | | | $5.36 | | | $5.36 |
| Outside-Duplicating | IKON | | | $121.55 | | | $121.55 |
| Legal Research | LEXIS | $26.25 | | | | | $26.25 |
| Travel Expenses | | | $16.00 | | | | $16.00 |
| TOTAL: | | $42.45 | $16.40 | $176.91 | | | $235.76 |

US_ACTIVE-105183927.1-JCFALGOW

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/10 | JDS | E-mails with client regarding oral argument on objections to Referee's Report and Recommendations on LPT claims. | 0.20 |
| 11/05/10 | SS | Corresponded with T. Law regarding binder of documents for use in preparation for oral argument. | 0.10 |
| 11/29/10 | TPL | Prepared for oral argument. | 7.80 |
| 11/29/10 | MT | Preparation of binder for of briefs, rulings, case law for T. Law for use in oral argument. | 2.80 |
| 11/30/10 | TPL | Prepared for and presented oral argument (5.7); reported on oral argument to client (.3). | 6.00 |
| 11/30/10 | JDS | Analyzed email from local counsel T. Law regarding results of oral argument on LPT claims on Reliance state. | 0.20 |

TOTAL FEES:        $6,731.50

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 11/30/2010 | Duplicating/Printing/Scanning | 16.20 |
| 11/30/2010 | Lexis | 26.25 |
| | Total Disbursements | 42.45 |
| | Fees & Disbursements | $6,773.95 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 535.00 | 214.00 |
| TPL | T.P. Law | 13.80 | 445.00 | 6,141.00 |
| SS | S. Somoza | 0.10 | 125.00 | 12.50 |
| MT | M. Todd | 2.80 | 130.00 | 364.00 |
| | | 17.10 | | 6,731.50 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/19/10 | JDS | Worked on drafting, revising, finalizing correspondence to primary liability insurer, individual defendants regarding insurance issues related to recently filed lawsuits (1.40); prepared for and telephone conference with client and bankruptcy counsel regarding same (1.10); analyzed potential for insurance coverage related to threatened third-party lawsuit (.50). | 3.00 |
| 11/22/10 | LJR | Reviewed ongoing correspondence regarding communications regarding recently-filed litigation and liability insurance coverage as well as communications with insurance carriers regarding same. | 0.50 |
| 11/22/10 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel regarding draft correspondence concerning insurance issues related to recently filed complaint. | 0.30 |
| 11/23/10 | LJR | Reviewed and analyzed recently filed creditors committee complaint and analyzed same in connection with liability insurance(1.5); reviewed bankruptcy website regarding status of proceedings (.2). | 1.70 |
| 11/23/10 | JDS | Analyzed communication from primary liability insurer regarding recently filed complaint and forwarded same to client and bankruptcy counsel. | 0.20 |
| 11/24/10 | JDS | Analyzed and exchanged emails with client, claims handler for primary liability insurer regarding meeting concerning recently filed suit. | 0.50 |
| 11/29/10 | JDS | Analyzed and exchanged emails with client regarding notice to insurers regarding potential claim issues involving pleading filed in bankruptcy court. | 0.20 |
| 11/30/10 | JDS | Analyzed and exchanged emails with primary insurer claims representative regarding meeting on pending matters (.3); analyzed and exchanged emails with client regarding insurance inquiry received from counsel for individual insured person (.2). | 0.50 |

TOTAL FEES:              $12,906.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/2010 | Duplicating/Printing/Scanning | 0.40 |
| 11/30/2010 | Taxi Expense | 16.00 |
| | Total Disbursements | 16.40 |

TOTAL FEES:                    $3,063.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/2010 | PACER | 5.36 |
| 11/30/2010 | Courier Service - Outside | 50.00 |
| 11/30/2010 | Outside Duplicating | 121.55 |
| | Total Disbursements | 176.91 |
| | Fees & Disbursements | $3,239.91 |

### Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.50 | 535.00 | 1,337.50 |
| JCF | J.C. Falgowski | 0.70 | 390.00 | 273.00 |
| SS | S. Somoza | 0.10 | 125.00 | 12.50 |
| LL | L. Lankford | 9.00 | 160.00 | 1,440.00 |
| | | 12.30 | | 3,063.00 |