IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
In re:                                  :    Chapter 11 Cases
                                        :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                 :    (Jointly Administered)
                                        :
               Debtors.                 :
-------------------------------------------------------X
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 6, 2011, Law Debenture Trust Company of New York, by and through its counsel, served its (1) *Responses and Objection to Debtors' Subpoena to Produce Documents, Information or Objects Directed to Kasowitz, Benson, Torres & Friedman LLP*; and (2) *Responses and Objections to Debtors' First Request for Production of Documents to Law Debenture Trust Company of New York* on the parties listed below via electronic mail:

| | |
|---|---|
| David M. Miles | James F. Conlan |
| Ronald S. Flagg | Bryan Krakauer |
| dthomas@sidley.com | James Bendernagel |
| rflagg@sidley.com | James W. Ducayet |
| Sidley Austin LLP | Patrick J. Wackerly |
| 1501 K Street, N.W. | Jen Peitz |
| Washington, D.C. 20005 | Colleen M. Kenney |
| | Dale E. Thomas |
| Kevin T. Lantry | jconlan@sidley.com |
| klantry@sidley.com | blcrakauer@sidley.com |
| Sidley Austin LLP | jbendernagel@sidley.com |
| 555 West Fifth Street | jducayet@sidley.com |
| Los Angeles, CA 90013 | dmiles@sidley.com |
| | pwackerly@sidley.com |
| Steven M. Bierman | jpeltz@sidley.com |
| sbierman@sidley.com | ckenney@sidley.com |
| Sidley Austin LLP | Sidley Austin LLP |
| 787 Seventh Avenue | One South Dearborn Street |
| New York, New York 10019 | Chicago, IL 60603 |

1

Martin S. Siegel
Katherine S. Bromberg
G. Novod
Jared A. Ellias
msiegel@brownrudnick.com
kbromberg@brownrudnick.com
gnovod@ brownrudnick.com
jellias@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Howard Seife
David M. LeMay
Marc D. Ashley
hseife@chadbourne.com
dlemay@chadbourne.com
mashley@chadbourne.com
tmccormack@chadbourne.com
Thomas J. McCormack
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Graeme Bush
Andrew N. Goldfarb
James Sottile
gbush@zuckerman.com
agoldfarb@zuckerman.com
jsottile@zuckerman.com
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807

Dana C. Hobart
James O. Johnston
Joshua M. Mester
hobartd@hbdlavvyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Donald S. Bernstein
Elliott Moskowitz
Michael Russano
Sasha Polonsky
Benjamin S. Kaminetzky
donald.bernstein@davispolk.com
elliott.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonslcy@davispolk.com
ben.kaminetzky@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

David Adler
dadler@mccarter.com
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167

David G. Hille
Andrew W. Hammond
Brian E. Fritz
dhille@whitecase.com
ahammond@whitecase.com
bfritz@whitecase.com
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

Howard J. Kaplan
Johnny Yeh
hkaplan@arkin-law.com
jyeh@arkinlaw.com
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Laurie Selber Silverstein
lsilverstein@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801

Madlyn Gleich Primoff
Jonathan Agudelo
Jane W. Parver
Joseph M. Drayton
mprimoff@kayescholer.com
jagudelo@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
bbutwin@omm.com
dcantor@omm.com
dshamah@omm.com
O'Melveny & Myers LLP
Times Square Tower 7 Times Square
New York, NY 10036

John Henry Schanne
David B. Stratton
schannej@pepperlaw.com
strattond@pepperlaw.com
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington Delaware 19899-1709

Lynn DiPaola Marvin
lmarvin@jonesday.com
Jones Day
222 East 41st Street
New York, New York 10017-6702

David W. Brown
Andrew G. Gordon
Elizabeth McColm
dbrown@paulweiss.com
agordon@paulweiss.com
emccolm@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Andrew J. Puglia Levy
alevy@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K Street, NW
Washington, DC 20006-1047

David G. Heiman
Brad Erens dgheiman@jonesday.com
bberens@jonesday.com
Jones Day North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

David A. Hall
dahall@jonesday.com
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Andrew Goldman
Charles Platt
Dawn Wilson
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com
dawn.wilson@wilmerhale.com
WilmerHale
399 Park Avenue
New York, NY 10022

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
Jason Goldsmith
Brian Carney
Nancy Chung
Abid Qureshi
Mitchell P. Hurley
Deborah Newman
Sunny Gulati
dgolden@akingump.com
dzensky@akingump.com
nchung@akingump.com
aqureshi@akingump.com
djnewman@akingump.com
jgoldsmith@akingump.com
bcarney@akingump.com
cdoniak@akingump.com
mhurley@akingump.com
sgulati@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Dated:  Wilmington, Delaware
        January 7, 2011

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*