## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on January 7, 2011, he caused copies of the foregoing *Notice of Service* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class U.S. Mail:

| | |
|---|---|
| David M. Miles<br>Ronald S. Flagg<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | Graeme Bush<br>Andrew N. Goldfarb<br>James Sottile<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036-5807 |
| Kevin T. Lantry<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | Dana C. Hobart<br>James O. Johnston<br>Joshua M. Mester<br>Hennigan Bennett & Dorman |
| Steven M. Bierman<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019 | 865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br><br>Donald S. Bernstein<br>Elliott Moskowitz |
| James F. Conlan<br>Bryan Krakauer<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Michael Russano<br>Sasha Polonsky<br>Benjamin S. Kaminetzky<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| Martin S. Siegel<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | David Adler<br>McCarter & English LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 |
| Howard Seife<br>David M. LeMay<br>Marc D. Ashley<br>Thomas J. McCormack<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | David G. Hille<br>Andrew W. Hammond<br>Brian E. Fritz<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |

Howard J. Kaplan
Johnny Yeh
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market St.
Wilmington, DE 19801

Madlyn Gleich Primoff
Jonathan Agudelo
Jane W. Parver
Joseph M. Drayton
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

John Henry Schanne
David B. Stratton
Pepper Hamilton LLP
P.O. Box 1709
Wilmington Delaware 19899-1709

Lynn DiPaola Marvin
Jones Day
222 East 41st Street
New York, New York 10017-6702

David W. Brown
Andrew G. Gordon
Elizabeth McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Andrew J. Puglia Levy
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K Street, NW
Washington, DC 20006-1047

David G. Heiman
Jones Day North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

David A. Hall
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Andrew Goldman
WilmerHale
399 Park Avenue
New York, NY 10022

Daniel H. Golden, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Dated: January 7, 2011
       Wilmington, Delaware

 /s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)