UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **TRIBUNE COMPANY,** *et. al*[1] | : | |
| | : | Case No. 08-13141 (KJC) |
| Debtors | : | |

## ORDER

AND NOW, this 7th day of January, 2011, the Court, having reviewed

(i) the January 4, 2011 letter from Mr. Kaminetzky on behalf of JP Morgan Chase Bank, N.A., and the response thereto by the January 6, 2011 letter from Ms. Newman on behalf of Aurelius Capital Management, LP, and

(ii) the January 7, 2011 letter from Mr. Johnston on behalf of certain clients who are not plan proponents,

raising certain discovery issues in connection with matters which are the subject of this Court's Discovery and Scheduling Order dated December 20, 2010 (D.I. 7235), it is hereby **ORDERED** that:

1. The parties to each dispute shall meet and confer in an attempt to resolve those disputes; and

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (Bky. Case No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (main case docket no. 43)(collectively, the "Debtors" or "Tribune").

2.  A telephonic hearing shall be held on Monday, **January 10, 2011 at 2:00 p.m.** (ET), at which time the parties shall report to the Court the results of their "meet and confer."

BY THE COURT:

*/s/ Kevin J. Carey*

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Mark D. Collins, Esquire[2]

---

[2] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.