# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 24, 2010, a copy of *(i) Responses and Objections to the Bridge Agent's First Request for Production of Documents Directed to the Official Committee of Unsecured Creditors and (ii) Responses and Objections to First Request for Production of Documents of Aurelius Capital Management, LP to Official Committee of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

{698.001-W0012299.}

*Unsecured Creditors* were served via electronic mail upon the parties identified on the attached service list.

Dated: January 7, 2011
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*

Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Howard Seife
David M. LeMay
Douglas E. Deutsch
Thomas J. McCormack
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Official Committee of Unsecured Creditors*

- and -

Graeme W. Bush
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Thomas G. Macauley
**ZUCKERMAN SPAEDER LLP**
919 Market Street, Suite 990
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

*Special Counsel to the Official Committee of Unsecured Creditors*

TRIBUNE COMPANY, et al.
08-13141 (KJC)

12/24/2010 DISCOVERY SERVICE LIST

Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.
Michael Schloss, Esq.
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Goldberg.elizabeth@dol.gov
Gerson.leonard@dol.gov
Heri.christine@dol.gov
Schloss.michael@dol.gov

Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.
Kate Bromberg, Esq.
Martin Siegel, Esq.
**Brown Rudnick**
Seven Times Square
New York, NY  10036

jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
**Zuckerman Spaeder  LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

gbush@zuckerman.com
jsottile@zuckerman.com
agoldfarb@zuckerman.com

Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, NY  10036

ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

| | |
|---|---|
| Andrew N. Goldman, Esq.<br>Charles C. Platt, Esq.<br>Dawn M. Wilson, Esq.<br>**Wilmer Hale, Esq.**<br>399 Park Avenue<br>New York, NY 10022 | Andrew.goldman@wilmerhale.com<br>Charles.platt@wilmerhale.com<br>Dawn.wilson@wilmerhale.com |
| Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Jason Goldsmith, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com |
| Mitchell Hurley, Esq.<br>Nancy Chung, Esq.<br>Sunny Gulati, Esq.<br>Christine Doniak, Esq.<br>Brian Carney, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com<br>bcarney@akin.gump.com |
| Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>Jen Peltz, Esq.<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL 60603 | Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| Daniel L. Cantor, Esq.<br>Daniel Shamah, Esq.<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | dcantor@omm.com<br>dshamah@omm.com |

| | |
|---|---|
| Howard J. Kaplan, Esq.<br>Johnny Yeh, Esq.<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Katharine L. Mayer, Esq.<br>**McCarter & English, LLP**<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE 19801 | kmayer@mccarter.com |
| Kevin T. Lantry, Esq.<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA 90013 | klantry@sidley.com |
| Laurie Silverstein, Esq.<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 | lsilverstein@potteranderson.com |
| David Rosner, Esq.<br>Sheron Korpus, Esq.<br>Christine A. Montenegro<br>Matthew B. Stein, Esq.<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |

C. Dana Hobart, Esq.
James O. Johnston, Esq.
Joshua Mester, Esq.
**Hennigan, Bennett & Dorman LLP**
865 S. Figueroa St., Suite 2900
Los Angeles, CA 90017

hobartd@hbdlawyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com

Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

afaccone@mccarter.com
jboccassini@mccarter.com

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

alevy@paulweiss.com

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

bberens@jonesday.com
dahall@jonesday.com

Steven M. Bierman, Esq  
**Sidley Austin LLP**  
787 Seventh Avenue  
New York, NY 10019

sbierman@sidley.com

David Adler, Esq.  
**McCarter & English**  
245 Park Avenue, 27th Floor  
New York, NY 10167

dadler@mccarter.com

Evan D. Flaschen, Esq.  
**Bracewell & Giuliani LLP**  
25 Asylum Street, Suite 2600  
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.  
Jonathan Agudelo, Esq.  
Jane Parver, Esq.  
Madlyn Primoff, Esq.  
**Kaye Scholer LLP**  
425 Park Avenue  
New York, NY 10022

jdrayton@kayescholer.com  
jonathan.agudelo@kayescholer.com  
jparver@kayescholer.com  
mprimoff@kayescholer.com

J. Kate Stickles, Esq.  
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801

kstickles@coleschotz.com

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY  10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE  19899

schannej@pepperlaw.com
strattond@pepperlaw.com

Elliott Moskowitz, Esq.
Michael Russano, Esq.
Donald Bernstein, Esq.
Sasha Polonsky, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Elliott.moskowitz@davispolk.com
Michael.russano@davispolk.com
Donald.bernstein@davispolk.com
Sasha.polonsky@davispolk.com

Ronald Flagg, Esq.
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC  20005

dmiles@sidley.com
rflagg@sidley.com
jbendern@sidley.com