# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 6, 2011, a copy of the *Responses and Objections to First Set of Interrogatories of Aurelius Capital Management, LP Directed to Official Committee of Unsecured Creditors* was served via electronic mail upon the parties identified on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

{698.001-W0012327.}

| | |
|---|---|
| Dated: January 7, 2011<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Adam G. Landis*<br>_____<br>Adam G. Landis (No. 3407)<br>Daniel B. Rath (No. 3022)<br>Rebecca L. Butcher (No. 3816)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>- and -<br><br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>Thomas J. McCormack<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br><br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>- and -<br><br>Graeme W. Bush<br>**ZUCKERMAN SPAEDER LLP**<br>1800 M Street, N.W., Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 778-1800<br>Facsimile: (202) 822-8106<br><br>Thomas G. Macauley<br>**ZUCKERMAN SPAEDER LLP**<br>919 Market Street, Suite 990<br>Telephone: (302) 427-0400<br>Facsimile: (302) 427-8242<br><br>*Special Counsel to the Official Committee of Unsecured Creditors* |

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

**1/6/2011 DISCOVERY SERVICE LIST**

Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.
Michael Schloss, Esq.
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Goldberg.elizabeth@dol.gov
Gerson.leonard@dol.gov
Heri.christine@dol.gov
Schloss.michael@dol.gov

Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.
Kate Bromberg, Esq.
Martin Siegel, Esq.
**Brown Rudnick**
Seven Times Square
New York, NY  10036

jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
**Zuckerman Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

gbush@zuckerman.com
jsottile@zuckerman.com
agoldfarb@zuckerman.com

Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, NY  10036

ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY 10022

Andrew.goldman@wilmerhale.com
Charles.platt@wilmerhale.com
Dawn.wilson@wilmerhale.com

Abid Qureshi, Esq.
Daniel H. Golden, Esq.
Deborah Newman, Esq.
David Zensky, Esq.
Jason Goldsmith, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com

Mitchell Hurley, Esq.
Nancy Chung, Esq.
Sunny Gulati, Esq.
Christine Doniak, Esq.
Brian Carney, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com
bcarney@akin.gump.com

Bryan Krakauer, Esq.
Colleen M. Kenney, Esq.
James F. Conlan, Esq.
James W. Ducayet, Esq.
Jen Peltz, Esq.
Dale E. Thomas, Esq.
Patrick Wackerly, Esq.
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603

Bkrakauer@sidley.com
Ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

Daniel L. Cantor, Esq.
Daniel Shamah, Esq.
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036

dcantor@omm.com
dshamah@omm.com

Howard J. Kaplan, Esq.
Johnny Yeh, Esq.
**Arkin Kaplan Rice LLP**
590 Madison Avenue, 35th Floor
New York, NY 10022

hkaplan@arkin-law.com
jyeh@arkin-law.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

kmayer@mccarter.com

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA 90013

klantry@sidley.com

Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

lsilverstein@potteranderson.com
rmcneill@potteranderson.com

David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

| | |
|---|---|
| C. Dana Hobart, Esq.<br>James O. Johnston, Esq.<br>Joshua Mester, Esq.<br>**Hennigan, Bennett & Dorman LLP**<br>865 S. Figueroa St., Suite 2900<br>Los Angeles, CA 90017 | hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com |
| Alitia Faccone, Esq.<br>Joseph T. Boccassini, Esq.<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102 | afaccone@mccarter.com<br>jboccassini@mccarter.com |
| Andrew Gordon, Esq.<br>David W. Brown, Esq.<br>Elizabeth McColm, Esq.<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com |
| Andrew J. Puglia Levy, Esq.<br>**Paul, Weiss, Rifkind, Wharton & Garrison**<br>2001 K Street, NW<br>Washington, DC 20006 | alevy@paulweiss.com |
| Brad B. Erens, Esq.<br>David A. Hall, Esq.<br>**Jones Day**<br>77 West Wacker<br>Chicago, IL 60601 | bberens@jonesday.com<br>dahall@jonesday.com |

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY  10019

sbierman@sidley.com

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY  10167

dadler@mccarter.com

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

kstickles@coleschotz.com

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE 19899

schannej@pepperlaw.com
strattond@pepperlaw.com

Damian Schaible, Esq.
Elliott Moskowitz, Esq.
Michael Russano, Esq.
Dennis Glazer, Esq.
Donald Bernstein, Esq.
Karen Luftglass, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Damian.schaible@dpw.com
Elliott.moskowitz@davispolk.com
Michael.russano@davispolk.com
dglazer@davispolk.com
Donald.bernstein@davispolk.com
Karen.luftglass@davispolk.com

Charles Jackson, Esq.
Theodore M. Becker, Esq.
**Morgan Lewis**
77 West Wacker Dr.
Chicago, IL 60601-5094

Charles.jackson@morganlewis.com
tbecker@morganlewis.com

Douglas Davidson, Esq.
Menachem Zelmanovitz, Esq.
**Morgan Lewis**
101 Park Avenue
New York, NY 10178

Douglas.davidson@morganlewis.com
mzelmanovitz@morganlewis.com

David M. Miles, Esq.
Ronald Flagg, Esq.
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC 20005

dmiles@sidley.com
rflagg@sidley.com
jbendern@sidley.com


A. Brent Truitt, Esq.
**Hennigan, Bennett & Dorman LLP**
245 Park Ave., 39th Floor
New York, NY

truittb@hbdlawyers.com


Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103

rmauceri@morganlewis.com