IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

        Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 7th day of January, 2011, she caused a copy of the following:

1. **NOTICE OF SERVICE (12/24/10) – D.I. 7416**

2. **NOTICE OF SERVICE (12/31/10) – D.I. 7417**

3. **NOTICE OF SERVICE (1/7/11) – D.I. 7418**

to be served upon the parties identified on the attached list in the manner indicated.

                                                  _/s/ Frances A. Panchak_
                                                  Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 7th day of January, 2011.

                                                  _/s/ Kimberly A. Becker_
                                                  Notary Public
                                                  My Commission Expires: 7/23/12

{698.001-W0012360.}

Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.
Michael Schloss, Esq.
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY 10022

Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.
Kate Bromberg, Esq.
Martin Siegel, Esq.
**Brown Rudnick**
Seven Times Square
New York, NY 10036

Abid Qureshi, Esq.
Daniel H. Golden, Esq.
Deborah Newman, Esq.
David Zensky, Esq.
Jason Goldsmith, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
**Zuckerman Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

Mitchell Hurley, Esq.
Nancy Chung, Esq.
Sunny Gulati, Esq.
Christine Doniak, Esq.
Brian Carney, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036

Bryan Krakauer, Esq.
Colleen M. Kenney, Esq.
James F. Conlan, Esq.
James W. Ducayet, Esq.
Jen Peltz, Esq.
Dale E. Thomas, Esq.
Patrick Wackerly, Esq.
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603

Daniel L. Cantor, Esq.
Daniel Shamah, Esq.
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036

Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Howard J. Kaplan, Esq.
Johnny Yeh, Esq.
**Arkin Kaplan Rice LLP**
590 Madison Avenue, 35th Floor
New York, NY 10022

David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

C. Dana Hobart, Esq.
James O. Johnston, Esq.
Joshua Mester, Esq.
**Hennigan, Bennett & Dorman LLP**
865 S. Figueroa St., Suite 2900
Los Angeles, CA 90017

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA 90013

Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY 10167

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY 10022

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019

J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017

Douglas Davidson, Esq.
Menachem Zelmanovitz, Esq.
**Morgan Lewis**
101 Park Avenue
New York, NY 10178

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE 19899

David M. Miles, Esq.
Ronald Flagg, Esq.
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC 20005

Damian Schaible, Esq.
Elliott Moskowitz, Esq.
Michael Russano, Esq.
Dennis Glazer, Esq.
Donald Bernstein, Esq.
Karen Luftglass, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

A. Brent Truitt, Esq.
**Hennigan, Bennett & Dorman LLP**
245 Park Ave., 39th Floor
New York, NY

Charles Jackson, Esq.
Theodore M. Becker, Esq.
**Morgan Lewis**
77 West Wacker Dr.
Chicago, IL 60601-5094

Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103