# PROPOSED ORDER

46429/0001-7291963v1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ___** |

## ORDER SUSTAINING DEBTORS' THIRTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("AMENDED CLAIMS")

Upon consideration of the Debtors' Thirty-Seventh Omnibus Objection (Non-Substantive) to Claims, by which the Debtors[2] request the entry of an order pursuant to section

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

46429/0001-7291963v1

502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1,

disallowing and expunging the Amended Claims set forth on Exhibit A attached hereto; and

upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the

Objection having been given under the circumstances; and sufficient cause appearing therefor; it

is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are

hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors'

rights to amend, modify, or supplement the Objection, and to file additional objections to claims

asserted in these chapter 11 cases; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with

respect to those claims identified as "Surviving Claims" on the Exhibit attached hereto, and the

parties' rights with respect to the "Surviving Claims" are reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
        February ____, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

2

# EXHIBIT A

## Amended Claims

Tribune Company, et al.

## Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ANNAPOLIS WEST LIMITED PARTNERSHIP RE: ANNAPOLIS 60 WEST ST C/O THE LOUGHLIN MANAGEMENT GROUP 60 WEST ST., SUITE 204 ANNAPOLIS, MD 21401 | 06/23/2009 | 08-13141 | 5933 | $226,037.00 | SIXTY WEST LIMITED PARTNERSHIP C/O THE LOUGHLIN MANAGEMENT GORUP, INC. ATTN: DAVID P. LOUGHLIN 60 WEST STREET, SUITE 204 ANNAPOLIS, MD 21401 | 08/11/2010 | 08-13209 | 6636 | $86,255.00 |
| 2 | BOLTON, PERRY J. 200 S. BEACH RD. HOBE SOUND, FL 33455 | 05/07/2009 | 08-13209 | 2871 | $80,000.00 | BOLTON,PERRY J P.O. BOX 136 BROOKLANDVILL, MD 21022 | 04/06/2010 | 08-13209 | 6458 | $80,000.00 |
| 3 | CHANNON, MARK 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 05/11/2009 | 08-13211 | 2715 | $11,900.65 | CHANNON, MARK 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 07/14/2009 | 08-13211 | 6084 | $11,900.65 |
| 4 | CHANNON, MARK P 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 04/29/2009 | 08-13211 | 2057 | $3,855.85 | CHANNON, MARK P. 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 07/14/2009 | 08-13211 | 6086 | $3,855.85 |
| 5 | CHANNON, MARK P 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 05/04/2009 | 08-13211 | 2423 | $408.35 | CHANNON, MARK P. 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 07/14/2009 | 08-13211 | 6085 | $408.35 |

Tribune Company, et al.

Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6  DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 03/17/2010 | 08-13225 | 6438 | $18,828.89 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 07/06/2010 | 08-13225 | 6554 | $0.00 |
| 7  LOUISIANA DEPARTMENT OF REVENUE P.O. BOX 66658 BATON ROUGE, LA 70896 | 02/10/2009 | 08-13244 | 445 | $16,620.09 | STATE OF LOUISIANA DEPARTMENT OF REVENUE P.O. BOX 66658 BATON ROUGE, LA 70896 | 09/20/2010 | 08-13244 | 6653 | $5,091.4 |
| 8  OHIO DEPARTMENT OF TAXATION CHARLES W. RHILINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13141 | 241 | $26,219.18 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13141 | 6657 | $7,234 |
| 9  OHIO DEPARTMENT OF TAXATION CHARLES W. RHILINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13215 | 242 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13215 | 6658 | $7,234 |

Tribune Company, et al.

Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHILINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13252 | 243 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13252 | 6660 | $7,234.4? |
| 11 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHILINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13236 | 244 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13236 | 6655 | $7,234.4? |
| 12 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHILINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13220 | 245 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13220 | 6659 | $7,234.4? |
| 13 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 03/06/2009 | 08-13212 | 764 | $1,716,151.00 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 07/08/2010 | 08-13212 | 6559 | $1,165,61? |

Tribune Company, et al.

Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 06/05/2009 | 08-13208 | 3610 | $2,020,087.67 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK, CLAIMS ATTORNEY POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 08/16/2010 | 08-13208 | 6640 | $161,743.9 |
| | TOTAL | | | | $4,275,025.96 | | | | | |