# EXHIBIT A

## Satisfied Claims

Tribune Company, et al.

First Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACACIA MEDIA TECHNOLOGIES 500 NEWPORT CENTER DR  STE 700 NEWPORT NEWS, CA 92660 | 08-13141 | Tribune Company | 05/08/2009 | 2591 | $58,951.09 | Paid via check number 0002479286 on 7/31/2009. |
| 2 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 08-13141 | Tribune Company | 06/22/2009 | 5976 | $400.00 | Paid via EFT numbers 7700868498 on 1/30/2009 and 7700872754 on 2/5/2009. |
| 3 | ATLANTIC FEATURE 16 SLAYTON RD MELROSE, MA 02176 | 08-13209 | The Baltimore Sun Company | 03/17/2010 | 6437 | $250.00 | Paid via check number 0002463691 on 6/19/2009. |
| 4 | BLUE INK 603 FACTORY RD, SUITE B ADDISON, IL 60101 | | No Debtor Asserted | 10/30/2009 | 6324 | $12,000.00 | Paid via check number 0002545279 on 2/1/2010. |
| 5 | BRAVO MEDIA 35W991 RIVER GRANGE RD ST CHARLES, IL 60175 | | No Debtor Asserted | 05/18/2009 | 2940 | $175.00 | Paid via EFT number 7701124286 on 3/11/2010. |
| 6 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. BANKRUPTCY GROUP 4 IRVING PLACE, ROOM 1875-S NEW YORK, NY 10003 | 08-13176 | InsertCo, Inc. | 07/26/2010 | 6621 | $30,314.71 | Paid via reference number 0002609404 on 8/19/2010. |
| 7 | GEORGIA DEPARTMENT OF REVENUE P.O. BOX 161108 ATLANTA, GA 30321 | 08-13208 | Sun-Sentinel Company | 02/23/2009 | 592 | $9,940.00 | Claim satisfied in quarterly payroll deposits disbursed through ADP. |
| 8 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13209 | The Baltimore Sun Company | 09/17/2009 | 6227 | $200.00 | Claim satisfied in quarterly payroll deposits disbursed through ADP. |

Tribune Company, et al.

First Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13215 | Times Mirror Payroll Processing Company, Inc. | 09/17/2009 | 6228 | $2,789.50 | Claim satisfied in quarterly payroll deposits disbursed through ADP. |
| 10 | INTERNAP 250 WILLIAMS STREET ATLANTA, GA 30303 | 08-13209 | The Baltimore Sun Company | 10/19/2009 | 6302 | $1,551.05 | Paid via EFT number 7700921617 on 4/17/2009. |
| 11 | LEXIS PUBLISHING SANDRA D. REARDON, CREDIT MANAGER 1275 BROADWAY ALBANY, NY 12204 | | No Debtor Asserted | 06/21/2009 | 6015 | $1,268.80 | Paid via check numbers 0002446758 and 0002602473 on 4/30/2009 and 7/29/2010 |
| 12 | METRO CREATIVE GRAPHICS, INC. ATTN: KAREN SOUTHWOOD 519 EIGHTH AVENUE NEW YORK, NY 10018 | 08-13175 | Hoy Publications, LLC | 08/20/2009 | 6180 | $400.45 | Paid via EFT number 7701015497 on 9/16/2009 and EFT number 7701017434 on 9/17/2009. |
| 13 | NATIONAL HISPANIC MEDIA 55 GRAND AVE PASADENA, CA 91105 | 08-13183 | KTLA Inc. | 06/15/2009 | 5714 | $1,400.00 | Paid via check number 0002604119 on 8/5/2010. |
| 14 | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 08-13141 | Tribune Company | 03/03/2009 | 689 | $211.40 | Paid via EFT number 7701212890 on 7/29/2010. |
| 15 | RITCHIE, CAROLINA C. 1712 SW 12 COURT FORT LAUDERDALE, FL 33312 | 08-13208 | Sun-Sentinel Company | 09/14/2009 | 6223 | $1,200.00 | Paid via check number 0002404945 on 1/14/2009. |
| 16 | SPENSER COMMUNICATIONS, INC. 800 E. ARROW HWY COVINA, CA 91722 | 08-13185 | Los Angeles Times Communications LLC | 01/22/2009 | 299 | $55,480.63 | Paid via EFT numbers 7700890178 and 7700890179 on 3/29/2009. |

Tribune Company, et al.

First Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | STATE OF NEW YORK, DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS - BLDG 12, RM 256 ALBANY, NY 12240 | 08-13236 | Tribune Media Services, Inc. | 05/18/2009 | 3094 | $2,792.24 | Claim satisfied in quarterly payroll deposits disbursed through ADP. |
| 18 | STATE OF NEW YORK, DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS - BLDG 12, RM 256 ALBANY, NY 12240 | 08-13141 | Tribune Company | 05/18/2009 | 3095 | $619.48 | Claim satisfied in quarterly payroll deposits disbursed through ADP. |
| 19 | STATE OF NY DEPT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOV. HARRIMAN STATE OFFICE BLDG CAMPUS BUILDING 12, ROOM 256 ALBANY, NY 12240 | 08-13235 | Tribune Media Net, Inc. | 05/26/2009 | 3307 | $597.72 | Claim satisfied in quarterly payroll deposits disbursed through ADP. |
| 20 | STOCK, CHRISTOPHER 8690 SW 161ST CT MIAMI, FL 33193-5406 | 08-13208 | Sun-Sentinel Company | 10/02/2009 | 6267 | $200.00 | Paid via check number 0002419736 on 2/21/2009. |

Tribune Company, et al.

First Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | UNION BANK OF CALIFORNIA<br>C/O JONES LANG LA SALLE AMERICAS IN<br>ATTN CORPORATE REAL ESTATE SRVCS<br>PO BOX 45799<br>SAN FRANCISCO, CA 94145-0799 | 08-13141 | Tribune Company | 06/08/2009 | 3686 | $1,395.91 | Paid via check number 16158 on 6/30/2009. |
| 22 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSPAPER SUBSCRIPTION SVC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 08-13208 | Sun-Sentinel Company | 03/29/2010 | 6446 | $1,286.00 | Paid via reference number 7700960004 on 6/18/2009. |
| 23 | VARKONY, PAMELA D<br>933 N 26TH ST<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 06/26/2009 | 5961 | $100.00 | Paid via check number 0002461339 on 6/9/2009. |
| 24 | VERTIS, INC.<br>HUSCH BLACKWELL SANDERS LLP<br>JOHN J. CRUCIANI<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY, MO 64112 | 08-13141 | Tribune Company | 12/29/2008 | 52 | Undetermined | Paid via reference numbers 7700911549, 7700911549, 7700911561, 7700911862, 7700912075, 7700912262 all on 4/6/2009. |
| 25 | WRITE STUFF COMMUNICATIONS INC<br>17717 SILCOTT SPRINGS RD<br>PURCELLVILLE, VA 20132-3425 | 08-13152 | Chicago Tribune Company | 07/09/2009 | 6049 | $2,460.00 | Paid via EFT number 7700866431 on 1/29/2009. |