# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves

as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned

Chapter 11 cases.

2.      I have read the forgoing Eighteenth Monthly Fee Application of Dow Lohnes PLLC for

Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors

and Debtors in Possession for the Period November 1, 2010 through November 30, 2010 and

know the contents thereof and that the same are true and correct, to the best of my knowledge,

information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's

Eighteenth Monthly Fee Application complies with this rule to the best of my knowledge,

information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 7th day of January, 2011.

                                        Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1 - NOVEMBER 30, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 77.6 | 41,128.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 40.0 | 29,000.00 |
| Robert J. Folliard* | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 450 | 11.4 | 5,130.00 |
| Benjamin W. Karpf* | Associate (since 2007); Media & I.P.; 2007 (GA) & 2008 (DC) | 450 | 5.4 | 2,430.00 |
| Kevin P. Latek* | Member (since 2005); Communications; 1997 (DC) | 450 | 26.9 | 12,105.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 65.1 | 42,315.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 1.4 | 385.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 6.5 | 2,600.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 16.9 | 10,562.50 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 280 | 7.2 | 2,016.00 |
| David J. Wittenstein* | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 450 | 3.1 | 1,395.00 |

**TOTALS** — 261.5 — 149,066.50
**BLENDED RATE** — 570.0439771

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firmwide rate adjustment will be $725 per hour.

\* Reflects blended billing rate of $450  through 12/31/10 on Broadcast Contract work

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## NOVEMBER 1 - NOVEMBER 30, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 208.2 | 125,406.50 |
| Fee Applications 08656.0101 | 6.5 | 2,600.00 |
| Broadcast Contracts 08656.0104 | 46.8 | 21,060.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **261.5** | **149,066.50** |

# ☼ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

December 21, 2010                                                                            Page 1

Tribune Company                                                                       Invoice 533817
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY  10016

Our File # 08656.0100          For Services Through November 30, 2010
FCC/Broadcast Matters

| | | |
|---|---|---|
| 11/01/10 | Review competing Plans for FCC issues. | |
| | C. Burrow | 3.80 hrs. |
| 11/01/10 | Research re possible timing of FCC application and court appeal timing issues (0.9); work on possible supplement to pending FCC application (0.8); telephone conference with FCC staff re timing (0.3). | |
| | J. Feore | 2.00 hrs. |
| 11/01/10 | Prepare correspondence to T. Davidson and R. Wiley (FCC counsel to proponents of Tribune Plan) re competing Plans (0.3); prepare correspondence to T. Davidson with competing Plan disclosure statements (0.2); review competing Plans and disclosure statements re major change "issues" (1.8); prepare draft memorandum on FCC-related features of competing Plans (1.6). | |
| | J. Logan | 3.90 hrs. |
| 11/01/10 | Review alternative Plan filings and FCC issues. | |
| | M. Swanson | 2.30 hrs. |
| 11/02/10 | Review competing Plans for FCC issues (3.4); telephone conference with Sidley re same (1.8). | |
| | C. Burrow | 5.20 hrs. |
| 11/02/10 | Review possible ownership changes to pending FCC applications (0.5); analyze competing Plans and FCC issues raised (1.0); update re meetings at FCC re application (0.3). | |
| | J. Feore | 1.80 hrs. |
| 11/02/10 | Prepare outline of pertinent FCC issues re competing Reorganization Plans (1.4); prepare for telephone conference with J. Boelter (Sidley) (0.5); telephone conference with J. Boelter (Sidley) re FCC | |

Tribune Company

|  |  |  |
|---|---|---|
| | implications of competing Reorganization Plans (0.5); prepare memorandum re Tribune approach to FCC reporting obligations and future FCC process (0.4); review potential attribution and major change issues in connection with assessment of competing Plans' effect on FCC process (0.9). | |
| | J. Logan | 3.70 hrs. |
| 11/02/10 | Review email from J. Roberts regarding processing of auxiliary license modifications. | |
| | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 11/02/10 | Telephone conference A. Patankar-Stoll (FCC) re pending indecency and sponsorship ID complaints (1.8); telephone conference with E. Washburn re same, "AllVid" and FCC timing (0.3). | |
| | M. Swanson | 2.10 hrs. |
| 11/03/10 | Correspondence with Sidley and Alvarez re determination of initial distributions under competing Plans (0.8); review competing Plan disclosure statements re same (3.3). | |
| | C. Burrow | 4.10 hrs. |
| 11/03/10 | Telephone conferences with D. Wiley re Tribune application (0.3); telephone conference with Wiley team and T. Davidson re FCC reaction to Plan filings (0.9); telephone conference with J. Stenger re FCC processing of FCC applications (0.8); telephone conference with FCC staff re pending FCC applications (0.2); review FCC ownership issues and need to amend FCC applications (0.9). | |
| | J. Feore | 3.10 hrs. |
| 11/03/10 | Prepare for telephone conference with FCC counsel to J.P. Morgan, Angelo Gordon and Oaktree re FCC issues in competing Plans and future steps at FCC (0.9); telephone conference with R. Wiley and J. Bayes (FCC counsel to J.P. Morgan) and T. Davidson (FCC counsel to Oaktree) re competing Plans and future steps at FCC (0.7); review scheduling order from bankruptcy court re implications for FCC process (0.3); review letter to S. Kaufman (Alvarez) re proposed analysis of initial distributions under competing Plans (0.6). | |
| | J. Logan | 2.50 hrs. |
| 11/03/10 | Review re FCC's "corrected" response to due diligence request. | |
| | M. Swanson | 0.20 hrs. |
| 11/04/10 | Telephone conference with Sidley re FCC issues in disclosure statements (0.3); review competing disclosure statements re same (3.9). | |
| | C. Burrow | 4.20 hrs. |
| 11/04/10 | Telephone conference with FCC re update and status of applications and court review (0.4); telephone conference with counsel for committee re FCC application questions (0.2); review trust proposals for company equity and impact on pending applications (1.6). | |
| | J. Feore | 2.20 hrs. |

| | | |
|---|---|---|
| 11/04/10 | Telephone conference with J. Stenger (Chadbourne) re FCC issues in competing Reorganization Plans (0.3); review and analyze issues in alternate Plans re trust arrangements (0.6); telephone conference with J. Stenger (FCC counsel to Unsecured Creditors' Committee) re parallels with trust provisions in Joint Plan of Tribune et al. (0.2); prepare correspondence to J. Boelter (Sidley) re telephone conference with FCC counsel to Tribune Plan proponents (J. Bayes), R. Wiley (counsel to J.P. Morgan) and T. Davidson (FCC counsel to Angelo Gordon and Oaktree) (0.5); prepare draft amendment to FCC exit applications re description of status of bankruptcy proceeding and effect on FCC proceeding (1.9). | |
| | J. Logan | 3.50 hrs. |
| 11/04/10 | Review and revise chart re pending FCC Enforcement Bureau matters (1.9); review re effect of election on FCC timing and email client re same (0.4). | |
| | M. Swanson | 2.30 hrs. |
| 11/05/10 | Review competing disclosure statements for FCC issues. | |
| | C. Burrow | 3.70 hrs. |
| 11/05/10 | Telephone conference with D. Wiley re update and conversation with FCC staff (0.3); work on FCC letter update re Plan filing (0.8); review request for financial information from FCC petitions (0.9). | |
| | J. Feore | 2.00 hrs. |
| 11/05/10 | Telephone conference with FCC Enforcement Bureau staff re complaint specifics (0.1); finalize and send list of pending Enforcement Bureau complaints to E. Washburn (1.0). | |
| | M. Swanson | 1.10 hrs. |
| 11/08/10 | Review materials re initial distributions and competing Plans (0.9); telephone conference with Alvarez re same (0.8); review FCC issues in competing disclosure statements (2.4); correspondence with Sidley re same (0.7). | |
| | C. Burrow | 4.80 hrs. |
| 11/08/10 | Review pending FCC applications, report to FCC staff and issues related to amendments and supplemental FCC filings (1.1); research re analysis of competing Plans and impact on FCC application (0.4). | |
| | J. Feore | 1.50 hrs. |
| 11/08/10 | Prepare for telephone conference with S. Kaufman (Alvarez) re likely equity distribution under competing Plans (0.5); telephone conference with S. Kaufman (Alvarez) re FCC issues in connection with effect of equity distributions under competing Reorganization Plans   (0.5); review competing Plans and disclosure statements in connection with memorandum to K. Mills (Sidley) re FCC-related factors distinguishing competing Reorganization Plans (1.7); review and revise memorandum to K. Mills (Sidley) re FCC factors in competing Plans (1.1); revise proposed FCC supplementary filing to reflect additional information from Alvarez re likely distributions of | |

Tribune Company

|  |  |  |
|---|---|---|
|  | equity (0.8); prepare memorandum re additional information from S. Kaufman (Alvarez) re difference in effective distribution of equity under the four competing Reorganization Plans (0.5). | |
|  | J. Logan | 5.10 hrs. |
| 11/08/10 | Research "red light" status for Tribune Television Holdings, Inc. (0.5); telephone call to J. Roberts re same (0.1). | |
|  | L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 11/08/10 | Review re FCC "red light" issue (0.2); review re alternative Plans (0.2). | |
|  | M. Swanson | 0.40 hrs. |
| 11/09/10 | Revise draft letter to FCC re bankruptcy updates. | |
|  | C. Burrow | 0.80 hrs. |
| 11/09/10 | Review filings re competing Plans and comments re FCC implications (1.1); research issue re voting trusts and changes in control and impact on application and major change rule (1.1). | |
|  | J. Feore | 2.20 hrs. |
| 11/09/10 | Prepare correspondence to FCC counsel to J.P. Morgan, A. Gordon and Oaktree re proposed telephone conference on FCC treatment of competing Plans (0.3); review Examiner's Report section relevant to FCC status filing in Tribune ownership rules review proceeding (0.4). | |
|  | J. Logan | 0.70 hrs. |
| 11/09/10 | Telephone conference with J. Roberts regarding "red light" status (0.2): telephone conference with FCC staff regarding same (0.3); prepare and send email to D. Roberts and FCC regarding same (0.2). | |
|  | L. McCarty (Practice Group Professional) | 0.70 hrs. |
| 11/09/10 | Review re FCC "red light" issue. | |
|  | M. Swanson | 0.30 hrs. |
| 11/10/10 | Review balloting motion documents for FCC issues (2.1); review responsive statements for FCC issues (2.7); telephone conference with senior lender's FCC counsel re FCC filings and responsive statements (0.8); correspondence with Sidley re FCC issues in responsive statements (0.9). | |
|  | C. Burrow | 6.50 hrs. |
| 11/10/10 | Telephone conference with D. Wiley and team and T. Davidson and team re FCC applications, amendments, report on competing Plans and timing (1.0); review analysis of Plans and ownership proposals (1.6); draft letter to FCC re updates and need for supplements (0.9). | |
|  | J. Feore | 3.50 hrs. |
| 11/10/10 | Review balloting motions re possible FCC implications (0.5); prepare for telephone conference with FCC counsel to Tribune lenders' Plan proponents (0.5); telephone conference with R. Wiley, J. Bayes, T. Davidson (FCC counsel to J.P. Morgan, Angelo Gordon and Oaktree) re FCC filings to reflect status of bankruptcy | |

Tribune Company

proceeding (0.8); review statements filed by senior lenders' counsel and alternate Plan proponents re FCC-related issues and equity distribution (1.9); review and revise memorandum to J. Boelter (Sidley) re FCC-related objections in proponents' filed statements and FCC implications of comments on allotment of director positions (0.7); revise draft FCC status report submission to reflect comments from FCC counsel to co-proponents (0.4); review correspondence from J. Boelter re FCC-related points in objections to proponents' Plans (0.6); prepare correspondence to J. Boelter responding to FCC-related points in opposition statements on objections to proponents' Plans (0.8).

J. Logan                                                    6.20 hrs.

| 11/10/10 | Review re alternative plans and effect on FCC issues/timing. |
| | M. Swanson                                     0.40 hrs. |

| 11/11/10 | Revise FCC status letter (0.6); review FCC filing requirements re application updates (0.9); review FCC issues re responsive statements (0.8). |
| | C. Burrow                                     2.30 hrs. |

| 11/11/10 | Review FCC issues and discussions in competing Plans and further revisions (0.9); review ownership issues for FCC applications and need for November 22 filing (0.9); conference with FCC staff and updates re protective order for financial showing (0.3). |
| | J. Feore                                     2.10 hrs. |

| 11/11/10 | Revise draft status report (0.6); review inquiry regarding filing deadlines for updates to exit applications (0.8); prepare correspondence to FCC counsel to Oaktree, J.P. Morgan and Angelo Gordon re Oaktree proposal for conference on FCC issues re statements of objection (0.3). |
| | J. Logan                                     1.70 hrs. |

| 11/12/10 | Telephone conference with senior lender's FCC counsel re FCC language in responsive statements (0.8); review draft objection to competing disclosure statements (1.6); prepare revised language re FCC issues in competing disclosure statements (0.9); correspondence with Sidley re same (0.8). |
| | C. Burrow                                     4.10 hrs. |

| 11/12/10 | Telephone conference with Wiley team and Akin team re filings with court and FCC implications (0.9); review draft response re court issues (1.3); revise draft FCC filings re amended Plan (1.0). |
| | J. Feore                                     3.20 hrs. |

| 11/12/10 | Telephone conference with FCC counsel to senior lenders, R. Wiley, J. Bayes and T. Davidson re statements in objections to Aurelius Plan re distribution Plan and FCC implications (0.7); review draft statements in response to objections to competing Plans (1.1); telephone conference with J. Bayes (FCC counsel to J.P. Morgan) re draft response to statements of objection (0.3); prepare correspondence to J. Boelter (Sidley) re comments on draft |

Tribune Company

|  |  |  |
|---|---|---|
|  | objections to statements on competing applications (0.8); prepare revised section to draft objection re FCC-related matters relevant to distribution (0.9); prepare correspondence to J. Boelter re motion of Oaktree and Angelo Gordon to disqualify Akin Gump from concurrent representation of Aurelius (0.7); review motion of Oaktree and Angelo Gordon to disqualify Akin Gump from Aurelius representation (0.9). |  |
|  | J. Logan | 5.40 hrs. |
| 11/12/10 | Review re recent AllVid ex parte filings (1.0); email to E. Washburn re same (0.2). |  |
|  | M. Swanson | 1.20 hrs. |
| 11/13/10 | Review Oaktree motion and supporting documents to disqualify Akin Gump re dual (and FCC) representation. |  |
|  | C. Burrow | 1.30 hrs. |
| 11/13/10 | Work on draft amendment for pending FCC applications re competing Plans and ownership changes (1.5); review Plan comparisons, statements in court re FCC and possible regulatory issues (0.9). |  |
|  | J. Feore | 2.40 hrs. |
| 11/14/10 | Review revised disclosure language re FCC applications (0.8); work on revisions to plan analysis and FCC ownership issues (0.8); telephone conference with FCC staff re financial documents (0.2). |  |
|  | J. Feore | 1.80 hrs. |
| 11/14/10 | Review re AllVid ex parte reports and stations (0.2); email E. Washburn re same (0.1). |  |
|  | M. Swanson | 0.30 hrs. |
| 11/15/10 | Review draft objection to disclosure and responsive statements (1.7); telephone conference and correspondence with senior lender's FCC counsel re same (1.9); telephone conference and correspondence with Sidley re same (1.2); review motion to disqualify Akin Gump on FCC issues (0.9). |  |
|  | C. Burrow | 5.70 hrs. |
| 11/15/10 | Prepare chart summarizing AllVid comments (2.0); telephone call with S. Karottki and L. Washburn regarding AllVid comments and potential FCC lobbying (0.8); prepare handout for potential ex parte meetings with FCC (1.9). |  |
|  | D. Teslik | 4.70 hrs. |
| 11/15/10 | Review proposed protective order draft and possible changes (0.6); telephone conference with FCC re financial disclosure issue (0.3). |  |
|  | J. Feore | 0.90 hrs. |
| 11/15/10 | Telephone conference with J. Boelter re objections to Aurelius supporting statement (0.4); prepare correspondence to T. Davidson (FCC counsel to Oaktree and Angelo Gordon) re issues in draft response to Aurelius (0.4); review draft response to Aurelius filing |  |

|  |  |  |
|---|---|---|
|  | re FCC-related issues (1.1); telephone conference with T. Davidson re changes in draft response to Aurelius (0.4); telephone conference with J. Boelter (Sidley) re Tribune perspective on FCC representations in Aurelius response (0.4); telephone conference with M. Heller (Wiley) re J.P. Morgan proposed changes in response to Aurelius (0.3); prepare section of Aurelius response for inclusion in Sidley comments (0.7); review consensus changes in Aurelius response from M. Heller (J.P. Morgan counsel) (0.4). |  |
|  | J. Logan | 4.10 hrs. |
| 11/15/10 | Review and revise chart re AllVid comments (0.6); prepare for and telephone conference with E. Washburn and S. Karottki re FCC lobbying (1.0); outline potential handout (0.3). |  |
|  | M. Swanson | 1.90 hrs. |
| 11/16/10 | Review disclosure statement objections (2.6); telephone conference with senior lender's FCC counsel re Tribune disclosure statement objection (0.3); correspondence with Sidley re Tribune disclosure statement objection (0.8). |  |
|  | C. Burrow | 3.70 hrs. |
| 11/16/10 | Revise handout for potential AllVid ex parte meeting with FCC. |  |
|  | D. Teslik | 1.60 hrs. |
| 11/16/10 | Research re Plan proposals on trust holdings and necessity of FCC approval and/or attribution issues for Plan. |  |
|  | J. Feore | 0.90 hrs. |
| 11/16/10 | Review motion to disqualify Akin Gump re impact on FCC process (0.7); telephone conference with T. Davidson, M. Heller and J. Bayes (FCC counsel to co-proponents) re draft objection to Aurelius disclosure (0.6); prepare alternate language re draft description to objection to Aurelius disclosure (0.8); prepare correspondence to J. Boelter re alternate language for objection to Aurelius disclosure (0.3); review objections of Aurelius, Bridge Lenders and Step One Lenders re competing Plans re potential FCC issues (2.9). |  |
|  | J. Logan | 5.30 hrs. |
| 11/16/10 | Research re Plan proposals and related FCC approval issues. |  |
|  | M. Swanson | 0.90 hrs. |
| 11/17/10 | Review disclosure statement objections (0.5); telephone conference with senior lender's FCC counsel re disclosure statement objections (0.6); review FCC update letter (0.5). |  |
|  | C. Burrow | 1.60 hrs. |
| 11/17/10 | Review and analyze Plan objections in preparation for telephone conference with FCC counsel to proponents (1.6); telephone conference with T. Davidson, R. Wiley, J. Bayes, M. Heller and P. Marchiello (FCC counsel to co-proponents) re objection to disclosure statements, proposed FCC status filing and further steps in FCC proceeding (0.7); prepare correspondence to J. Boelter re telephone conference with FCC counsel and draft FCC update letter |  |

Tribune Company

|  |  |  |
|--|--|--|
|  | (0.4). | |
|  | J. Logan | 2.70 hrs. |
| 11/17/10 | Research re AllVid timing. | |
|  | M. Swanson | 0.20 hrs. |
| 11/18/10 | Telephone conference with FCC re report and update on court proceedings re FCC applications (0.3); work on draft letter updates and comments from bankruptcy counsel (0.6). | |
|  | J. Feore | 0.90 hrs. |
| 11/18/10 | Prepare alternate language for FCC report to address concerns of FCC counsel to proponents (0.3); prepare correspondence to J. Boelter re draft filing with FCC on status of bankruptcy proceeding and effect on processing of pending FCC applications (0.4). | |
|  | J. Logan | 0.70 hrs. |
| 11/19/10 | Telephone conference with S. Sheehan re FCC timing, issues and Hill lobbying procedures (0.4); review plan opposition re FCC media certification issues filed with court (1.1); telephone conference with lenders' counsel re report to FCC on November 22 (0.3); review amendments to FCC report (0.5). | |
|  | J. Feore | 2.30 hrs. |
| 11/19/10 | Prepare correspondence to FCC counsel for co-proponents re draft filing to report status (0.3); review comments from FCC counsel to co-proponents re proposed changes to draft FCC filing (0.3); review Aurelius objections to balloting motion and proposal re FCC issues and media ownership certifications (0.6); prepare correspondence to J. Boelter re comments from co-proponents on FCC update report (0.4). | |
|  | J. Logan | 1.60 hrs. |
| 11/20/10 | Review revised disclosure statement responses re FCC ownership and certification issues. | |
|  | J. Feore | 0.50 hrs. |
| 11/22/10 | Review revised general and specific disclosure statements (3.7); forward revisions to specific disclosure statement to Sidley (0.4); review revisions to FCC letter (0.6); review revisions to responsive statements (0.5); review revised Plan (1.2). | |
|  | C. Burrow | 6.40 hrs. |
| 11/22/10 | Telephone conference with S. Sheehan re updates on FCC processes, new issues and timing (0.5); finalize and file letter update with FCC (0.5); review draft protective order and FCC preparation re limited availability of financial information (0.8). | |
|  | J. Feore | 1.80 hrs. |
| 11/22/10 | Complete and file ex parte notice re FCC update on bankruptcy proceeding status (0.8); prepare correspondence to FCC staff and to petitioners re ex parte notice (0.6); telephone conference with T. Davidson (FCC counsel to Angelo Gordon and Oaktree) re Aurelius | |

|  | objections to media ownership certification (0.7); review and analyze Aurelius objection (0.8); prepare correspondence to J. Boelter re Oaktree-Gordon concerns in response to Aurelius filing on ownership certification process (1.3); prepare correspondence to FCC counsel to co-proponents re issues in connection with Aurelius objections (0.4); review draft settlement plan (Tribune) disclosure statement draft (1.6). |  |
|---|---|---|
|  | J. Logan | 6.20 hrs. |
| 11/22/10 | Research re timing of FCC December agenda meeting and possible AllVid consideration. |  |
|  | M. Swanson | 0.10 hrs. |
| 11/23/10 | Review Aurelius objection to media ownership certification process (0.9); telephone conference with senior lender's FCC counsel re same (0.5); review omnibus reply to solicitation motion objections (0.8); correspondence with Sidley re same (0.8). |  |
|  | C. Burrow | 3.00 hrs. |
| 11/23/10 | Review draft pleading re Plan objections and solicitations re FCC issues (1.1); revise draft supplement to update FCC applications (0.5). |  |
|  | J. Feore | 1.60 hrs. |
| 11/23/10 | Review draft reply to solicitation motion from K. Kansa (0.8); prepare for telephone conference requested by FCC counsel to co-proponents re Aurelius filing on procedure for media ownership certificate (0.6); telephone conference with FCC counsel to Angelo Gordon and J.P. Morgan re issues in response to Aurelius objections to media ownership certification process (0.7); prepare correspondence to K. Kansa and J. Boelter re response to Aurelius objections (0.4); telephone conference with W. Johnson (FCC counsel to J.P. Morgan) re additional proposed changes on reply to solicitation motion re FCC matters (0.4); review Aurelius filings re revised Plan, revised disclosure statement and revised response (1.5); review King Street (Bridge) filings re revised plan, revised disclosure statement and revised statement of objections (1.3). |  |
|  | J. Logan | 5.70 hrs. |
| 11/23/10 | Review re recent FCC ex parte filings in AllVid proceeding (0.7); telephone conference with M. Murphy (FCC) re timing re same (0.1); telephone conference with R. Harold (FCC) re same (0.1). |  |
|  | M. Swanson | 0.90 hrs. |
| 11/24/10 | Review revised disclosure statements (2.8); review revised plans (2.1); review revised responsive statements (1.2); telephone conference with senior lender's FCC counsel re Plan revisions (0.5); review draft reply to objections to solicitation motion (0.9); forward edits on draft reply to objections to solicitation motion to Sidley (0.4). |  |
|  | C. Burrow | 7.90 hrs. |
| 11/24/10 | Revise chart regarding filings in AllVid docket. |  |

December 21, 2010                                      Page 10

Tribune Company                                        Invoice 533817

|  |  |  |
|---|---|---|
|  | D. Teslik | 0.90 hrs. |

| 11/24/10 | Review drafts of responses to court filings re FCC certification and media ownership issues (1.1); telephone conference with Wiley team re FCC filings and updates (0.4). | |
|  | J. Feore | 1.50 hrs. |

| 11/24/10 | Review revised Plan filing and disclosure statement of King Street (Bridge) and Aurelius in preparation for conference call (0.7); review responsive statement of Aurelius in preparation for telephone conference with FCC counsel (0.5); telephone conference with FCC counsel to co-proponents re responsive filings and revised Plans and disclosure statements re effect on FCC application proceedings (0.7); review and revise proposed pleading on balloting issues re FCC matters (0.6). | |
|  | J. Logan | 2.50 hrs. |

| 11/24/10 | Review and revise chart re ex parte reports (0.6); telephone conference with R. Harold (FCC) re timing (0.2); email to E. Washburn and S. Karottki re same (0.3). | |
|  | M. Swanson | 1.10 hrs. |

| 11/26/10 | Review revised disclosure statements (1.3); review revised Plans (1.2). | |
|  | C. Burrow | 2.50 hrs. |

| 11/29/10 | Review bankruptcy court materials re timing of media ownership certification forms (0.8); review final reply to objections to solicitation motion and supporting materials for FCC issues (2.6). | |
|  | C. Burrow | 3.40 hrs. |

| 11/29/10 | Telephone conference with Wiley re FCC application processing issues (0.4); review further modifications to ownership certification and rule application issues (1.0); telephone conference with FCC staff re follow-up to letter filing (0.4). | |
|  | J. Feore | 1.80 hrs. |

| 11/29/10 | Review amended agenda for hearing regarding effect of FCC process (0.4); review draft order and balloting motion regarding treatment of media ownership certification process (0.4); review public file disclosure issues (0.4). | |
|  | J. Logan | 1.20 hrs. |

| 11/29/10 | Review bankruptcy court agenda re November 29 hearing (0.2); email to E. Washburn re same (0.1); email client re FCC spectrum proceeding (0.3). | |
|  | M. Swanson | 0.60 hrs. |

| 11/30/10 | Telephone conference with Sidley re bankruptcy court timing (0.9); review FCC timing issues re same (1.7). | |
|  | C. Burrow | 2.60 hrs. |

| 11/30/10 | Correspondence with FCC counsel to co-proponents regarding proposal telephone conference (0.1); telephone conference with J. | |

December 21, 2010                                                           Page 11

Tribune Company                                                    Invoice 533817

Boelter regarding results of hearing and implications for FCC
process and timing of FCC consent and compliance processes (0.6);
analysis of procedural issues from hearing in connection with
scheduled update conference with FCC counsel to co-proponents
(0.7) review form order for scheduling and ballotting process in
connection with call to J. Boelter on effect of hearing on FCC
procedures going forward (0.6); correspondence with J. Boelter
regarding issues for FCC counsel telephone conference call (0.4).
J. Logan                                                    2.40 hrs.

11/30/10        Telephone conferences with R. Harold (FCC) and K. Witanowski
(FCC) re FCC agendas and AllVid consideration (0.2); email
exchange with E. Washburn re same (0.1); review re FCC
consideration of spectrum notice of proposed rulemaking (0.1);
revise and send email to client re same (0.2).
M. Swanson                                                  0.60 hrs.

BILLING SUMMARY

| | Hours |
|---|---|
| BURROW | 77.60 |
| FEORE | 40.00 |
| LOGAN | 65.10 |
| SWANSON | 16.90 |
| TESLIK | 7.20 |
| MCCARTY | 1.40 |
| TOTAL | 208.20 |

Fees for Professional Services ........................................................ $        125,406.50

| CONFERENCE CALL (SOUNDPATH) | $ | 15.50 |
|---|---|---|
| REPRODUCTION | $ | 123.20 |
| TELEPHONE | $ | 24.60 |

Total Reimbursable Costs ............................................................ $         163.30
Total Current Billing for This File................................................ $        125,569.80

Our File # 08656.0101          For Services Through November 30, 2010
Retention and Fee Applications

11/01/10        Correspondence with fee examiner regarding 16th monthly fee
application.
C. Meazell                                                 0.20 hrs.

11/03/10        Preparation of 17th monthly fee application.
C. Meazell                                                 0.70 hrs.

11/04/10        Preparation of 17th monthly fee application.
C. Meazell                                                 1.20 hrs.

11/05/10        Respond to inquiry from E. Washburn regarding invoices.

|            |                                                                                                      |            |
|------------|------------------------------------------------------------------------------------------------------|------------|
|            | C. Meazell                                                                                           | 0.20 hrs.  |
| 11/08/10   | Analysis regarding invoice inquiry for A. Washburn.                                                   |            |
|            | C. Meazell                                                                                           | 0.40 hrs.  |
| 11/11/10   | Preparation of 17th monthly fee application.                                                         |            |
|            | C. Meazell                                                                                           | 0.60 hrs.  |
| 11/12/10   | Preparation of 17th monthly fee application.                                                         |            |
|            | C. Meazell                                                                                           | 0.80 hrs.  |
| 11/15/10   | Analysis regarding invoice inquiry for A. Washburn.                                                   |            |
|            | C. Meazell                                                                                           | 0.40 hrs.  |
| 11/17/10   | Preparation of 17th monthly fee application.                                                         |            |
|            | C. Meazell                                                                                           | 0.40 hrs.  |
| 11/18/10   | Preparation of 17th monthly fee application.                                                         |            |
|            | C. Meazell                                                                                           | 0.50 hrs.  |
| 11/22/10   | Preparation of 17th monthly fee application.                                                         |            |
|            | C. Meazell                                                                                           | 0.40 hrs.  |
| 11/23/10   | Correspondence with Delaware counsel regarding same (0.5); finalize 17th monthly fee application (0.2). |            |
|            | C. Meazell                                                                                           | 0.70 hrs.  |

BILLING SUMMARY

|           | Hours |
|-----------|-------|
| MEAZELL   | 6.50  |
| TOTAL     | 6.50  |

Fees for Professional Services ....................................................................... $    2,600.00
Total Current Billing for This File................................................................ $    2,600.00

Our File # 08656.0104          For Services Through November 30, 2010
Broadcast Contracts

|            |                                                                                                      |            |
|------------|------------------------------------------------------------------------------------------------------|------------|
| 11/01/10   | Telephone conference with M. Ordonez re WGN America channel position on DISH.                          |            |
|            | K. Latek                                                                                             | 0.10 hrs.  |
| 11/02/10   | Telephone conference with K. Connor re status of and strategy for various distribution negotiations. |            |
|            | K. Latek                                                                                             | 0.40 hrs.  |
| 11/02/10   | Prepare redline versions of retransmission agreements for Cable One (0.2); prepare email to K. Connor re same (0.1); prepare email to counsel for CoBridge Cable re executed distribution agreement for WGN America (0.1). |            |
|            | R. Folliard III                                                                                     | 0.40 hrs.  |
| 11/04/10   | Telephone conference with K. Connor to prepare for Time Warner Cable negotiation (0.3); negotiate retransmission consent agreement |            |

|  |  |  |
|---|---|---|
|  | with K. Connor and Time Warner Cable representatives (2.0); review and respond to Windstream requests for contract revisions (0.5). | |
|  | K. Latek | 2.80 hrs. |
| 11/05/10 | Analysis re ability of third parties to uplink WGN pursuant to passive carrier exemption of Copyright Act. | |
|  | D. Wittenstein | 0.20 hrs. |
| 11/05/10 | Telephone conference with K. Connor re open negotiations and satellite transport of WGN America (0.8); review NPG markup of distribution agreement (0.4); create new distribution agreement for NPG (1.1). | |
|  | K. Latek | 2.30 hrs. |
| 11/08/10 | Prepare email memorandum re passive carrier exemption and redistribution of WGN broadcast signal. | |
|  | B. Karpf | 3.80 hrs. |
| 11/08/10 | Research and prepare memo on qualifying for passive carrier exemption to uplink broadcast signal without broadcaster's permission. | |
|  | D. Wittenstein | 1.70 hrs. |
| 11/09/10 | Prepare email memorandum re passive carrier exemption and redistribution of WGN broadcast signal. | |
|  | B. Karpf | 1.30 hrs. |
| 11/09/10 | Prepare memorandum to K. Connor re passive carrier exemption and retransmission of WGN without Tribune's permission. | |
|  | D. Wittenstein | 0.60 hrs. |
| 11/10/10 | Analysis re email memorandum re passive carrier exemption and redistribution of WGN broadcast signal. | |
|  | B. Karpf | 0.30 hrs. |
| 11/10/10 | Work on memorandum to K. Connor re unauthorized retransmission of WGN. | |
|  | D. Wittenstein | 0.60 hrs. |
| 11/10/10 | Revise memorandum re passive carrier exemption for possible Tower competitor (0.6); negotiate distribution agreement with Windstream counsel F. Coulter (0.6); exchange correspondence with client re same (0.2). | |
|  | K. Latek | 1.40 hrs. |
| 11/11/10 | Telephone conference with K. Connor re strategy for next retransmission consent and distribution agreements (0.6); review and comment on proposed term sheet for Frontier (0.4). | |
|  | K. Latek | 1.00 hrs. |
| 11/11/10 | Analyze term sheet for retransmission consent and distribution agreements for Harron Cable (0.6); conference call with K. Connor re Harron agreement (0.5); prepare revise term sheet and WGN | |

December 21, 2010                                                Page 14

Tribune Company                                                Invoice 533817

|            |                                                                                                           |            |
|------------|-----------------------------------------------------------------------------------------------------------|------------|
|            | distribution agreement for Harron (1.3).                                                                  |            |
|            | R. Folliard III                                                                                           | 2.40 hrs.  |
| 11/12/10   | Revise draft offer sheets and distribution agreements for various operators.                              |            |
|            | K. Latek                                                                                                  | 1.20 hrs.  |
| 11/12/10   | Prepare revised distribution agreement for WGN America for use with Harron and Frontier.                  |            |
|            | R. Folliard III                                                                                           | 0.90 hrs.  |
| 11/14/10   | Prepare correspondence to D. Eldersveld re status of various retransmission consent and distribution agreements. |            |
|            | K. Latek                                                                                                  | 0.20 hrs.  |
| 11/15/10   | Analyze Time Warner Cable markup of retransmission consent agreement (0.5); review same with K. Connor (1.2); revise agreement and forward to operator (1.5). |            |
|            | K. Latek                                                                                                  | 3.20 hrs.  |
| 11/16/10   | Negotiate Time Warner retransmission consent agreement with K. Connor and Time Warner Cable representatives (1.5); telephone conference with K. Connor re same (0.4); revise new template WGN distribution agreement (1.3); revise term sheets and draft agreements for Frontier (0.5); negotiate revisions to Time Warner retransmission consent agreement with A. Vermeychuk (0.6). |            |
|            | K. Latek                                                                                                  | 4.30 hrs.  |
| 11/16/10   | Prepare updated form agreement for WGN America (0.9); prepare revised WGN distribution agreement and retransmission consent term sheet for Harron Cable (0.7); prepare revised WGN distribution agreement and retransmission consent term sheet for Frontier Communications (1.8); prepare emails to K. Connor re Harron and Frontier agreements (0.9); analyze proposed changes to Citizens Cable agreement for WGN (0.5); prepare email to K. Connor re Citizens Cable agreement for WGN (0.1). |            |
|            | R. Folliard III                                                                                           | 4.90 hrs.  |
| 11/17/10   | Telephone conference with K. Connor re Time Warner negotiations.                                          |            |
|            | K. Latek                                                                                                  | 0.30 hrs.  |
| 11/19/10   | Analyze response from Charter re October term sheet (0.9); analyze Time Warner Cable markup of retransmission consent agreement (0.3); telephone conference with K. Connor re Charter and Time Warner responses and next steps (1.2); finalize and forward Time Warner retransmission consent agreement to operator (1.0). |            |
|            | K. Latek                                                                                                  | 3.40 hrs.  |
| 11/21/10   | Review executed WGN agreement for Morris Broadband (0.1); prepare email to K. Connor re same (0.1).       |            |
|            | R. Folliard III                                                                                           | 0.20 hrs.  |
| 11/22/10   | Prepare new template retransmission consent agreement for Tribune (3.1); revise template for WGN distribution agreements (0.6); |            |

December 21, 2010                                                      Page 15

Tribune Company                                                       Invoice 533817

|       |                                                                                 |            |
|-------|---------------------------------------------------------------------------------|------------|
|       | analyze Time Warner Cable markup of retransmission consent agreement (0.4); exchange correspondence with K. Connor re same (0.3). | |
|       | K. Latek                                                                        | 4.40 hrs.  |
| 11/22/10 | Telephone call with K. Connor re status of distribution agreements with various small operators (0.2); prepare email to K. Connor re confidentiality provisions in WGN agreement with Lakedale Cable (0.2); analyze and revise new form agreement for retransmission consent for broadcast stations (0.5). | |
|       | R. Folliard III                                                                 | 0.90 hrs.  |
| 11/23/10 | Analyze MFN implications of Citizens request for contract change (0.3); exchange correspondence with K. Connor re DISH and Time Warner negotiations (0.3). | |
|       | K. Latek                                                                        | 0.60 hrs.  |
| 11/23/10 | Prepare amendment to Lakedale distribution agreement for WGN-TV. | |
|       | R. Folliard III                                                                 | 1.50 hrs.  |
| 11/24/10 | Telephone conference with C. Sennett re Time Warner copyright provision. | |
|       | K. Latek                                                                        | 0.30 hrs.  |
| 11/29/10 | Telephone conferences with K. Connor re Citizens, NPG, Time Warner and Charter business terms and strategy. | |
|       | K. Latek                                                                        | 1.00 hrs.  |
| 11/29/10 | Telephone call with K. Connor re Citizens Cable agreement and impact on Charter MFN. | |
|       | R. Folliard III                                                                 | 0.20 hrs.  |

BILLING SUMMARY

|                | Hours  |
|----------------|--------|
| LATEK          | 26.90  |
| WITTENSTEIN    | 3.10   |
| FOLLIARD III   | 11.40  |
| KARPF          | 5.40   |
| TOTAL          | 46.80  |

Fees for Professional Services .................................................................. $         21,060.00

    TELEPHONE                                                   $         22.80

Total Reimbursable Costs ...................................................................... $              22.80
Total Current Billing for This File.......................................................... $         21,082.80

Total Current Billing for This Invoice.................................................... $        149,252.60

# ☒ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

T 202.776.2000  F 202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC 20036-6802**

December 21, 2010

Tribune Company
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY 10016

Invoice 533817

Our File # 08656.0100　　For Services Through November 30, 2010
FCC/Broadcast Matters
　　Total Current Billing for This Invoice ............................................................ $　　　125,569.80

Our File # 08656.0101　　For Services Through November 30, 2010
Retention and Fee Applications
　　Total Current Billing for This Invoice ............................................................ $　　　2,600.00

Our File # 08656.0104　　For Services Through November 30, 2010
Broadcast Contracts
　　Total Current Billing for This Invoice ............................................................ $　　　21,082.80

　　Total Current Billing for This Invoice ............................................................ $　　　149,252.60

# REMITTANCE COPY

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1 - NOVEMBER 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 123.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 15.50 |
| Telephone Tolls | | 47.40 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **186.10** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.