# EXHIBIT A

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

December 01, 2010                                          Invoice #    26036    NES
In Reference To:          00499.074 - Baltimore Sun/Bates

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2010 JMB | Review record evidence and analyze arguments to be made in summary judgment motion (1.0); analyze matters regarding expert testimony and admissibility issues (.4); exchange email with expert regarding deposition (.1); prepare plan for remaining discovery (.5); research regarding plaintiff's expert's background (2.8). | 4.80 400.00/hr | 1,920.00 |
| NES | Continue revising motion for summary judgment (3.1); identify key aspects of record in connection with same (.9); revise supplemental interrogatory responses (.3); exchange email and telephone conference with Plaintiff's counsel regarding depositions (.4); telephone conference with client regarding strategy for proceeding (.2); exchange emails with client to discuss comments on motion and supplemental interrogatories (.3); review financial documents, depositions of doctors and psychologists to prepare for continued deposition of plaintiff (10.2). | 15.40 425.00/hr | 6,545.00 |
| CRB | Continue to conduct legal research on discrete propositions for summary judgment memorandum and revise same (6.9); prepare and serve supplemental document production (.5); revise supplemental interrogatory responses (.5). | 7.90 340.00/hr | 2,686.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
December 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2010 | TBK | Telephone conference with consultant regarding jury consultant services and to brief her on case (.5); select case materials for review by consultant (.3); continue preparation of opening statement (2.5). | 3.30<br>425.00/hr | 1,402.50 |
| | MEK | Complete compilation of news reports about problems with Baltimore court system for summary judgment motion. | 1.80<br>190.00/hr | 342.00 |
| 11/2/2010 | JMB | Research regarding admissibility of expert testimony (6.3); select articles for exhibits to summary judgment motion (.4); telephone conference with witness regarding deposition and follow up regarding same (.2). | 6.90<br>400.00/hr | 2,760.00 |
| | NES | Telephone conference with potential witness (.5); complete preparation for and take continued deposition of plaintiff (6.5); prepare for mock trial (.3). | 7.30<br>425.00/hr | 3,102.50 |
| | CRB | Conduct procedural research for summary judgment filing (.6); review factual record for exhibits and add record citations to summary judgment memorandum (7.1). | 7.70<br>340.00/hr | 2,618.00 |
| | TBK | Telephone conference with potential witness (.7); telephone conference with client regarding strategy going forward (.4). | 1.10<br>425.00/hr | 467.50 |
| | JPB | Research case histories and review and revise citations and quotations in motion for summary judgment for accuracy. | 5.60<br>190.00/hr | 1,064.00 |
| 11/3/2010 | CRB | Prepare summary judgment motion and continue to review and revise legal and factual citations in memorandum (5.5); prepare responses to plaintiff's second discovery requests (.9). | 6.40<br>340.00/hr | 2,176.00 |
| | TBK | Email exchange with expert regarding terms of engagement as expert (.3); email exchange with consultant regarding focus groups/mock trial (.2); email to N. Siegel regarding | 2.90<br>425.00/hr | 1,232.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
December 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | writing of trial witness exams (.2); complete draft of opening statement (2.2). |  |  |
| 11/3/2010 | NES | Continue revising motion for summary judgment (9.9); telephone conference with clients regarding same and incorporate client comments (.3); revise supplemental interrogatories (.2). | 9.50 425.00/hr | 4,037.50 |
|  | JPB | Continue to research case histories and to review and revise citations and quotations in motion for summary judgment for accuracy (2.2). | 2.20 190.00/hr | 418.00 |
| 11/4/2010 | JMB | Telephone conferences with clerk of court and civil assignment desk regarding filing of summary judgment motion (.3); review case file for information to respond to second set of interrogatories (.2); research regarding public figure status (.7); research regarding substantial truth and discrepancies in dollar amounts (1.4). | 2.60 400.00/hr | 1,040.00 |
|  | CRB | Review legal check and record check of summary judgment memorandum and revise same (6.6); revise and finalize summary judgment motion and exhibits for filing (1.1); finalize and serve supplemental written discovery responses (1.2). | 8.90 340.00/hr | 3,026.00 |
|  | TBK | Email exchanges with clients, co-counsel regarding trial preparation tasks, meeting in New York, status of work with jury consultant (.4). | 0.40 425.00/hr | 170.00 |
|  | NES | Complete editing summary judgment motion (4.7); add additional portions of the record (1.4); revise discovery responses and discuss same with clients (1.5). | 7.70 425.00/hr | 3,272.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
December 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2010 | JPB | Continue to review and revise citations and quotations in motion for summary judgment for accuracy. | 8.80 190.00/hr | 1,672.00 |
| 11/5/2010 | CRB | Finalize summary judgment papers for filing (1.1); review pending discovery issues and serve supplemental documents (2.3); formulate strategy for deposition planning and scheduling (.5). | 3.90 340.00/hr | 1,326.00 |
| | JMB | Confer with clerk's office regarding scheduling of summary judgment motion and status of pending motions (.7); review records regarding fact witness at criminal records file room of Circuit Court (.3). | 1.10 400.00/hr | 440.00 |
| | TBK | Email exchange and telephone conference with client concerning further discovery, witnesses, exhibits, trial theme, and other trial preparation issues (.9); revise opening statement per discussion (1.2). | 2.10 425.00/hr | 892.50 |
| | NES | Begin drafting summary of case for trial (1.1); final review of summary judgment motion (2.1). | 3.20 425.00/hr | 1,360.00 |
| | JPB | Review exhibits to summary judgment motion for accuracy and completeness (1.3); review motion for summary judgment for accuracy and completeness (2.6). | 3.90 190.00/hr | 741.00 |
| 11/7/2010 | NES | Continue to draft summary of trial case. | 1.10 425.00/hr | 467.50 |
| 11/8/2010 | TBK | Telephone conference with N. Siegel regarding trial themes (.4); review and analyze trial plan memorandum (1.0); research witness examination practice and Maryland jury instructions (1.8). | 3.20 425.00/hr | 1,360.00 |

# Levine Sullivan Koch & Schulz, l.l.p.

File No. 00499.074
December 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2010 | NES | Telephone conference with S. Burrell to discuss case status (.3); telephone conference and exchange emails with Plaintiff's counsel concerning status and rescheduling of depositions (.9); telephone conference with S. Burrell summarizing status and key issues in case (.2). | 1.40<br>425.00/hr | 595.00 |
|  | CRB | Conduct legal research regarding discovery issues (2.6); formulate strategy for remaining discovery items (.4). | 3.00<br>340.00/hr | 1,020.00 |
| 11/9/2010 | TBK | Plan exhibits, mock trial (.4); email exchange with consultant regarding mock trial proposal (.4); continue to work on and review transcripts and edit opening statement accordingly (2.4). | 3.20<br>425.00/hr | 1,360.00 |
|  | NES | Continue drafting trial summary of facts of case (1.8); review and revise draft opening statement (1.4); draft emails to S. Burrell summarizing status and key issues in case (.4); telephone conference with D. Bralow concerning same (.2). | 3.80<br>425.00/hr | 1,615.00 |
|  | CRB | Prepare, file, and serve pro hac vice papers. | 0.90<br>340.00/hr | 306.00 |
| 11/10/2010 | JMB | Telephone conference with clerk's office and civil assignment regarding scheduling of summary judgment hearing (1.0); plan schedule regarding filing of reply brief (.3). | 1.30<br>400.00/hr | 520.00 |
|  | TBK | Revise opening statement. | 2.80<br>425.00/hr | 1,190.00 |
|  | NES | Continue to draft summary of trial evidence. | 2.30<br>425.00/hr | 977.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
December 01, 2010

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/10/2010 CRB | Review file and continue trial planning (2.1); exchange email with client regarding deposition errata (.2). | 2.30 340.00/hr | 782.00 |
| 11/11/2010 NES | Continue to draft summary of trial evidence. | 3.30 425.00/hr | 1,402.50 |
| 11/12/2010 SDJ | Conduct legal research regarding discrete actual malice and public figure issues for summary judgment motion and prepare memorandum regarding same (2.0); additional research regarding discrete public figure and actual malice issues and revise memorandum regarding same (2.4). | 4.40 285.00/hr | 1,254.00 |
| JMB | Review jury consultant proposal (.3); review agenda of trial strategy meeting (.2); review scheduling order and pretrial conference requirements (.3); attend trial strategy meeting with client (3.3); formulate strategy regarding pretrial preparation (.5). | 4.60 400.00/hr | 1,840.00 |
| TBK | Meet with client for trial planning (3.3); prepare trial budget (1.2). | 4.50 425.00/hr | 1,912.50 |
| NES | Meet with client and trial team to discuss trial preparation (3.3); revise trial budget (.4). | 3.70 425.00/hr | 1,572.50 |
| CRB | Review discovery and evidentiary issues. | 1.30 340.00/hr | 442.00 |
| 11/14/2010 TBK | Revise opening statement to serve as mock trial presentation (2.0); emails to client regarding potential witness (.4). | 2.40 425.00/hr | 1,020.00 |
| 11/15/2010 NES | Travel to Allentown, PA for meeting with clients, billed at 50% time (3.5); meet with clients (2.1); revise jury consultant's juror questionnaire (.2). | 5.80 425.00/hr | 2,465.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
December 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2010 | TBK | Telephone conferences with clients regarding settlement, focus group exercise, and other issues (1.1); telephone conference with consultant regarding planning focus group exercise and follow-up emails regarding same (.9); review jury questionnaire for focus group members, circulate to defense team and report to consultant regarding comments (1.0); review proposed schedule for focus groups (.3). | 3.30 425.00/hr | 1,402.50 |
| | CRB | Conduct legal research and prepare opposition to plaintiff's motion to quash and for protective order regarding subpoena for telephone records. | 6.40 340.00/hr | 2,176.00 |
| 11/16/2010 | CRB | Complete drafting of opposition to plaintiff's motion for protective order regarding telephone records (2.9); review deposition transcripts to select portions for use in jury exercise (4.8). | 7.70 340.00/hr | 2,618.00 |
| | TBK | E-mail exchange with consultant regarding presentation format, structure, and debriefing schedule (.9); e-mail exchange and telephone conferences with team regarding same (1.0); revise defense presentation (1.2); draft plaintiff's presentation to mock juries (3.8); draft jury instructions for mock trial (1.8). | 8.70 425.00/hr | 3,697.50 |
| 11/17/2010 | JMB | Review and revise plaintiff's presentation to focus group. | 0.40 400.00/hr | 160.00 |
| | CRB | Revise opposition to plaintiff's motion for protective order (.5); continue to review deposition transcripts for mock jury exercise and edit video clips for juror presentations (6.9). | 7.40 340.00/hr | 2,516.00 |
| | TBK | Draft verdict form and revise jury instructions (1.6); e-mail exchange with consultant regarding same (.3); revise mock trial presentation statement (2.2); e-mail exchange with J. Bead regarding plaintiff's presentation (.2); telephone | 5.20 425.00/hr | 2,210.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
December 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | conferences and e-mail exchange regarding A/V aspect of presentation (.6); telephone conference with J. Bead regarding plaintiff's presentation (.3). | | |
| 11/17/2010 | NES | Revise plaintiff's opening statement (.5); revise opposition to motion for protective order regarding cell phone data (.4); begin working on focus group trial presentation (3.2); telephone conference and exchange emails with Plaintiff's counsel to discuss mediation (.3); research Judge Caplan as a mediator (.3); telephone conference and exchange email with clients to discuss mediation and obtain their consent (1.0); outline content of witness presentations for focus group (.7). | 6.40 425.00/hr | 2,720.00 |
| | JPB | Research case histories and review and revise citations and quotations in opposition to motion for protective order for accuracy. | 2.60 190.00/hr | 494.00 |
| 11/18/2010 | JMB | Review mock jury instructions and verdict forms and revise same (1.0); review proposed video clips for mock jury presentation (1.1); revise plaintiff's focus group presentation (1.7). | 3.80 400.00/hr | 1,520.00 |
| | CRB | Continue to review deposition transcripts and video depositions and prepare video exhibits for mock jury exercise (8.9); follow-up regarding deposition read-and-sign execution (.2); finalize opposition to plaintiff's motion for protective order for filing (.4). | 9.50 340.00/hr | 3,230.00 |
| | TBK | E-mail exchange with consultant regarding exhibits for use with focus groups (.3); revisions to jury instructions and e-mail to focus group team regarding same (1.6); review and comment on moderator's manual for focus groups (.8); | 5.40 425.00/hr | 2,295.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
December 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | e-mail to jury consultant regarding same (.3); revisions to presentation script (2.4). |  |  |
| 11/18/2010 | NES | Draft second defense presentation for focus groups. | 2.50 425.00/hr | 1,062.50 |
| 11/19/2010 | CRB | Prepare non-video exhibits for mock jury exercise. | 0.50 340.00/hr | 170.00 |
|  | TBK | Review plaintiff's and B version of defendant's focus group statements and revise A version of defense statement as necessary (2.6); prepare slides for A version of defense presentation and e-mail exchange with C. Bowman regarding same (1.7); e-mail exchange with Jury Services, Inc. regarding mock jury exercise (.6); final edits to jury instructions and verdict form and e-mail exchange with JSI regarding same (1.2); e-mail exchange with team regarding viability of certain arguments (.8); review video clips (1.8). | 8.70 425.00/hr | 3,697.50 |
|  | NES | Continue drafting opening statement for mock trial. | 5.70 425.00/hr | 2,422.50 |
| 11/20/2010 | CRB | Continue to review transcripts and video depositions and to prepare testimony excerpts for mock jury exercise. | 5.10 340.00/hr | 1,734.00 |
|  | JMB | Prepare PowerPoint presentation for plaintiff's focus group presentation. | 1.80 400.00/hr | 720.00 |
|  | NES | Revise video clip designations for mock trial (1.1); revise opening statement for mock trial (1.6). | 2.70 425.00/hr | 1,147.50 |
| 11/21/2010 | JMB | Review mock jury presentations for plaintiff and defense and video clips regarding same (6.5); revise script for plaintiff's presentation (2.6). | 9.10 400.00/hr | 3,640.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
December 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/21/2010 | CRB | Continue to prepare and revise video selections for mock jury exercise and coordinate with presenters on preparing plaintiff's and defense presentation. | 9.30 340.00/hr | 3,162.00 |
|  | TBK | Preparation for mock trial (3.6); selection of video clips and run-through of mock trial presentation with presentation team (6.2). | 9.80 425.00/hr | 4,165.00 |
|  | NES | Meet with team to prepare focus group exercise. | 6.20 425.00/hr | 2,635.00 |
| 11/22/2010 | JMB | Revise plaintiff's presentation for mock jury focus group (.8); attend mock jury focus group and present plaintiff's presentation (9.2). | 10.00 400.00/hr | 4,000.00 |
|  | TBK | Presentation and participation in mock trial in Baltimore. | 10.40 425.00/hr | 4,420.00 |
|  | NES | Participate in focus group exercise (10.4); draft mediation damages statement (1.9). | 12.10 425.00/hr | 5,142.50 |
| 11/23/2010 | JMB | Telephone conference with assistant to Hon. J. Howard regarding summary judgment hearing. | 0.30 400.00/hr | 120.00 |
|  | CRB | Telephone conference with mediator and prepare and send materials to mediator (1.2); review plaintiff's supplemental document production and prepare memorandum regarding same (2.7). | 3.90 340.00/hr | 1,326.00 |
|  | TBK | E-mail exchange with N. Siegel regarding trial subpoenas, trial budget (.5); review plaintiff's summary judgment response (.8); e-mail exchange with N. Siegel regarding M. Thomas affidavit (.3). | 1.60 425.00/hr | 680.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
December 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/23/2010 | NES | Review plaintiff's summary judgment opposition brief and begin drafting reply. | 3.30 425.00/hr | 1,402.50 |
| 11/24/2010 | CRB | Review plaintiff's opposition to summary judgment and conduct discrete legal research for reply to same (1.6); review docket and prepare correspondence to chambers regarding various pending motions (.5). | 2.10 340.00/hr | 714.00 |
| | NES | Continue drafting summary judgment reply (2.1); telephone conference with client to discuss possible settlement (.5). | 2.60 425.00/hr | 1,105.00 |
| | TBK | E-mail exchange with client regarding advice to client regarding settlement considerations. | 0.30 425.00/hr | 127.50 |
| | JMB | Telephone conference with N. Siegel and C. Bowman to analyze reply brief in support of summary judgment. | 0.70 400.00/hr | 280.00 |
| 11/25/2010 | NES | Continue drafting summary judgment reply brief. | 1.90 425.00/hr | 807.50 |
| 11/26/2010 | CRB | Conduct discrete legal research for reply memorandum in support of motion for summary judgment. | 0.60 340.00/hr | 204.00 |
| | NES | Continue draft summary judgment reply brief (4.3); review plaintiff's exhibits supporting summary judgment motion (.8). | 5.10 425.00/hr | 2,167.50 |
| 11/27/2010 | CRB | Conduct discrete legal research for reply memorandum in support of motion for summary judgment. | 0.90 340.00/hr | 306.00 |
| | NES | Continue drafting summary judgment reply brief. | 4.20 425.00/hr | 1,785.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
December 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/28/2010 | NES | Complete summary judgment reply. | 3.10<br>425.00/hr | 1,317.50 |
| 11/29/2010 | CRB | Serve reply memorandum (.2); formulate negotiation strategy (.2). | 0.40<br>340.00/hr | 136.00 |
|  | JMB | Draft correspondence to Hon. J. Howard regarding reply brief. | 0.20<br>400.00/hr | 80.00 |
|  | NES | Prepare for summary judgment argument (5.1); prepare for mediation (1.1). | 6.20<br>425.00/hr | 2,635.00 |
| 11/30/2010 | NES | Telephone conferences with client to discuss mediation position (.5); prepare for summary judgment hearing (1.2); attend mediation (4.2). | 5.90<br>425.00/hr | 2,507.50 |
|  |  | For professional services rendered | 384.70 | $147,671.50 |

Disbursements

| | |
|---|---|
| COURT FILING FEES | 25.00 |
| DELIVERY | 117.83 |
| DEPOSITION TRANSCRIPTS | 7,158.55 |
| EXPERT WITNESS FEES | 7,302.60 |
| HEARING TRANSCRIPT | 556.50 |
| OFF-SITE COPYING SERVICE | 868.39 |
| SERVICE OF PROCESS | 433.50 |
| TRAVEL | 316.00 |
| TRIAL CONSULTING FEES | 25,000.00 |
| Total disbursements | $41,778.37 |

|  |  |
|---|---|
| Total amount of this bill | $189,449.87 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
December 01, 2010

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Jeanette Melendez Bead | 47.60 | 400.00 | $19,040.00 |
| Nathan E. Siegel | 132.40 | 425.00 | $56,270.00 |
| Thomas B. Kelley | 79.30 | 425.00 | $33,702.50 |
| Chad R. Bowman | 96.10 | 340.00 | $32,674.00 |
| Shaina D. Jones | 4.40 | 285.00 | $1,254.00 |
| Jennifer Pinkerton-Burke | 23.10 | 190.00 | $4,389.00 |
| Matthew E. Kelley | 1.80 | 190.00 | $342.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

December 01, 2010                                      Invoice #   25969   SDB

In Reference To:       00499.080 Tribune Company - Fee Application-Bankruptcy
Retention Issues

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2010 | SDJ | Prepare first monthly fee application. | 3.00<br>285.00/hr | 855.00 |
| | SDB | Review and revise first monthly fee application (.5); exchange email with A. Dalton regarding same (.1). | 0.60<br>425.00/hr | 255.00 |
| 11/5/2010 | SDB | Review and revise invoice in Bates matter and initial fee application. | 0.40<br>425.00/hr | 170.00 |
| 11/8/2010 | SDJ | Revise and file first monthly fee application. | 1.80<br>285.00/hr | 513.00 |
| | SDB | Review and revise first monthly fee application. | 0.80<br>425.00/hr | 340.00 |
| 11/9/2010 | SDJ | Exchange communication with Delaware bankruptcy counsel regarding initial fee application filing procedures. | 1.30<br>285.00/hr | 370.50 |
| 11/11/2010 | SDB | Exchange email with A. Dalton regarding submissions to fee examiner. | 0.40<br>425.00/hr | 170.00 |
| 11/16/2010 | SDJ | Draft second monthly fee application and prepare attachments to same. | 0.70<br>285.00/hr | 199.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.080
December 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2010 | SDB | Exchange email with D. Bralow regarding fee applications (.2); review and revise second monthly fee application (.4); exchange email with A. Dalton regarding same (.2). | 0.80 425.00/hr | 340.00 |
| 11/19/2010 | SDB | Review and revise second monthly fee application. | 0.30 425.00/hr | 127.50 |
| | JPB | Review and revise second monthly fee application for accuracy. | 1.20 190.00/hr | 228.00 |
| | SDJ | Review and revise second monthly fee application. | 2.50 285.00/hr | 712.50 |
| 11/22/2010 | SDB | Review and revise second monthly fee application and exhibits. | 0.60 425.00/hr | 255.00 |
| | SDJ | Revise expense and billing information for second monthly fee application. | 1.40 285.00/hr | 399.00 |
| 11/23/2010 | SDB | Revise and submit second monthly fee application (.4); telephone conference with Delaware counsel regarding same (.2). | 0.60 425.00/hr | 255.00 |
| | SDJ | Exchange email and telephone call with Delaware bankruptcy counsel regarding fee application (.4); revise second monthly fee application (1.5). | 1.90 285.00/hr | 541.50 |
| 11/29/2010 | SDB | Exchange email with A. Dalton regarding LEDES files for October invoices. | 0.30 425.00/hr | 127.50 |
| 11/30/2010 | SDB | Telephone conference with J. Ludwig regarding August invoices and OCP submission of same (.3); exchange email with J. Ludwig regarding same (.2); telephone conference with D. Bralow regarding same (.3); exchange email with A. | 1.00 425.00/hr | 425.00 |

# Levine Sullivan Koch & Schulz, L.L.P.

File No. 00499.080
December 01, 2010

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Dalton regarding submission of LEDES files for October invoices (.2). | | |
| 11/30/2010 SDJ | Telephone conference with with J. Ludwig regarding third monthly fee application, special counsel and tolling issues. | 0.30 285.00/hr | 85.50 |
| | For professional services rendered | 19.90 | $6,369.50 |

# Levine Sullivan Koch & Schulz, L.L.P.

File No.  00499.080
December 01, 2010

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Seth D. Berlin | 5.80 | 425.00 | $2,465.00 |
| Shaina D. Jones | 12.90 | 285.00 | $3,676.50 |
| Jennifer Pinkerton-Burke | 1.20 | 190.00 | $228.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

December 01, 2010                                      Invoice #   26020    JWB

In Reference To:        00499.081 Tribune - The Jeffersonian

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2010 | JWB | Begin reviewing materials from client (.3) and telephone conference with D. Bralow regarding strategy (.2). | 0.50 425.00/hr | 212.50 |
| 11/10/2010 | JWB | Continue reviewing materials received from client (.6) and outline strategy (.2). | 0.80 425.00/hr | 340.00 |
| 11/11/2010 | SDJ | Legal research regarding qualification as a general circulation newspaper. | 2.00 285.00/hr | 570.00 |
| | JWB | Receive and review additional materials from client (.4) and briefly review report of legal research (.3). | 0.70 425.00/hr | 297.50 |
| 11/12/2010 | SDJ | Conduct legal research in non-Maryland jurisdictions regarding qualification as a general circulation newspaper. | 3.80 285.00/hr | 1,083.00 |
| | JWB | Telephone conference with D. Bralow (.1); review additional materials received from client and respond to same (.2). | 0.30 425.00/hr | 127.50 |
| 11/15/2010 | JWB | Extended telephone conference with counsel for Trustees regarding matter background (.4); telephone conference with D. Bralow regarding same (.2); extended telephone conference with counsel for Exceptor regarding procedural matters, factual background, possible withdrawal of | 2.10 425.00/hr | 892.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.081
December 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | subpoena (.4); follow up regarding acquiring new documents filed with court and legal research (.2); receive and review materials from client (.9). |  |  |
| 11/15/2010 | SDJ | Telephone conference with counsel for contract purchaser regarding procedural issues. | 0.50<br>285.00/hr | 142.50 |
| 11/16/2010 | JWB | Multiple communications and exchange email with counsel for other parties of record regarding scheduling and merits of claim (1.1); multiple communications via email with D. Bralow and client representatives regarding factual background, status and strategy (.8); begin drafting factual narrative and related papers (.9); attention to process of getting hearing date postponed (.1). | 2.90<br>425.00/hr | 1,232.50 |
| 11/17/2010 | JWB | Finalize and forward draft narrative and related papers to D. Bralow (.4); exchange multiple emails with clients and revise narrative accordingly (.6); follow up regarding continuance and brief telephone conference with D. Bralow regarding same (.1). | 1.10<br>425.00/hr | 467.50 |
| 11/18/2010 | JWB | Telephone conference with D. Bralow (.3) and exchange email with clients regarding status, scheduling (.2); exchange email correspondence with J. Aronson regarding mooting of subpoena, possibility of stipulation regarding facts in lieu of testimony (.2). | 0.70<br>425.00/hr | 297.50 |
| 11/22/2010 | SDJ | Begin drafting memorandum regarding status as general circulation newspaper. | 1.50<br>285.00/hr | 427.50 |
| 11/23/2010 | JWB | Extended telephone conference with clients regarding status and strategy (.8); follow up regarding procedural options (.5). | 1.30<br>425.00/hr | 552.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.081
December 01, 2010

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/2010 JWB | Follow up regarding assignment of motions in Baltimore County Circuit Court and consider strategy in light of same (.5); telephone conference with D. Bralow regarding same, next steps (.3). | 0.80<br>425.00/hr | 340.00 |
| | For professional services rendered | 19.00 | $6,983.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.081
December 01, 2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jay Ward Brown | 11.20 | 425.00 | $4,760.00 |
| Shaina D. Jones | 7.80 | 285.00 | $2,223.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605