# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| Debtors. | ) Jointly Administered |
|  | ) Obj. Deadline: January 27, 2011 at 4:00 p.m. |
|  | Related to Docket Nos. 7318 and 7371 |

## FIFTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2010 THROUGH AUGUST 31, 2010

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |
| Period for which Compensation and Reimbursement is sought: | June 1, 2010 through August 31, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $903,385.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $50,372.40[2] |

This is a(n): ___ monthly    __X__ interim    _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); (cont'd...)

[2] This amount reflects a credit of $24.72 in expenses to correct a clerical error made in the Fifteenth Monthly Application as (defined below).

Prior Applications Filed:

| Docket No. Date Field | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318 Filed: 10/9/2009 (Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $444,000.00 | $6,438.77 |

---

forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

LEGAL02/32340390v4

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2359 Filed: 10/15/2009 (First Quarterly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $555,000.00 | $5,910.12 |
| Docket No.: 2459 Filed: 10/29/2009 (Fourth Monthly Application) | 9/1/2009 – 9/30/2009 | $30,260.00 | $100.00 | $24,208.00 | $100.00 |
| Docket No.: 3047 Filed: 1/8/2010 (Fifth Monthly Application) | 10/1/2009 – 10/31/2009 | $17,600.00 | $0.00 | $14,080.00 | $0.00 |
| Docket No.: 3728 Filed: 3/15/2010 (Sixth Monthly Application) | 11/1/2009 – 11/30/2009 | $10,425.00 | $0.00 | $8,340.00 | $0.00 |
| Docket No.: 4912 Filed: 6/30/2010 (Second Quarterly Application) | 9/1/2009 – 11/30/2009 | $58,285.00 | $100.00 | Pending | Pending |
| Docket No. 6045 Filed: 10/20/2010 (Combined Seventh, Eighth and Ninth Monthly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | $19,600.00 | $0.00 |
| Docket No. 6047 Filed: 10/20/2010 (Third Quarterly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | Pending | Pending |
| Docket No. 6046 Filed: 10/20/2010 (Combined Tenth, Eleventh, and Twelfth Application) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | $62,018.00 | $0.00 |

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 6048 Filed: 10/20/2010 (Fourth Quarterly Application) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | Pending | Pending |
| Docket No. 7318 Filed: 12/27/2010 (Combined Thirteenth and Fourteenth Monthly Application) | 6/1/2010 – 7/31/2010 | $684,250.00 | $45,304.59 | Pending | Pending |
| Docket No. 7371 Filed: 1/4/2011 (Fifteenth Monthly Application) | 8/1/2010 – 8/31/2010 | $219,135.00 | $5,092.53 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Abbasi, Rachel | Senior – Grade 3 | $275.00 | 11.00 | $3,025.00 |
| Anderson, Brent S. | Partner/Principal – Grade 1 | $525.00 | 1.50 | $787.50 |
| Baird, Jeff | Senior – Grade 1 | $275.00 | 23.00 | $6,325.00 |
| Balick, Matthew Dreyfus | Intern (CS) – Grade 1 | $175.00 | 13.50 | $2,362.50 |
| Botts, Guy S. | Senior Manager – Grade 4 | $475.00 | 295.10 | $140,172.50 |
| Collins, Jill | Senior Manager – Grade 4 | $475.00 | 4.10 | $1,947.50 |
| Emmanuel, Adewale, M. | Staff/Assistant – Grade 3 | $175.00 | 28.00 | $4,900.00 |
| Finkel, Etan B. | Senior – Grade 1 | $275.00 | 1.00 | $275.00 |
| Foxworth, Taylor A. | Intern (CS) – Grade 1 | $175.00 | 0.50 | $87.50 |
| Hantgan, Eli | Staff/Assistant – Grade 3 | $175.00 | 2.00 | $350.00 |
| Haque, Mohud Tahflz Al | Staff/Assistant – Grade 4 | $175.00 | 7.00 | $1,225.00 |
| Harig, James Michael | Staff/Assistant – Grade 3 | $175.00 | 7.20 | $1,260.00 |
| Howley, Matthew C. | Partner/Principal – Grade 1 | $525.00 | 48.00 | $25,200.00 |
| Hussain, Tariq I | Senior Manager – Grade 4 | $475.00 | 10.00 | $4,750.00 |
| Ingles, Beatrice | Senior Associate | $175.00 | 4.00 | $700.00 |
| Johnson, Brett Matthew | Senior Manager – Grade 1 | $475.00 | 1.80 | $855.00 |

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jones, Matthew | Senior Manager – Grade 1 | $475.00 | 241.30 | $114,617.50 |
| Kearns, Michael Ryan | Senior – Grade 2 | $275.00 | 327.90 | $90,172.50 |
| Knightly, James Charles | Senior – Grade 2 | $275.00 | 432.00 | $118,800.00 |
| Latka, Katarzvna | Staff/Assistant – Grade 4 | $175.00 | 12.00 | $2,100.00 |
| Luc, Piotr | Senior – Grade 1 | $275.00 | 6.00 | $1,650.00 |
| Mason, Jon S. | Executive Director – Grade 2 | $525.00 | 203.60 | $106,890.00 |
| Mulcahy, Sean D. | Senior – Grade 1 | $275.00 | 123.00 | $33,825.00 |
| Orraca, Javier Alerbto | Senior – Grade 2 | $275.00 | 23.50 | $6,462.50 |
| Perez, David | Senior – Grade 2 | $275.00 | 3.50 | $962.50 |
| Petra, Elizabeth | Staff/Assistant – Grade 4 | $175.00 | 3.00 | $525.00 |
| Pluto, William | Staff/Assistant – Grade 4 | $175.00 | 6.00 | $1,050.00 |
| Putnam, Joshua Eric | Senior Manager – Grade 2 | $475.00 | 27.30 | $12,967.50 |
| Rodriquez, Nancy Waltson | Staff/Assistant – Grade 1 | $175.00 | 59.60 | $10,430.00 |
| Tarasenko, Aaron Steward | Senior – Grade 2 | $275.00 | 30.90 | $8,497.50 |
| Thompson, Brett D. | Partner/Principal – Grade 1 | $525.00 | 3.50 | $1,837.50 |
| Tong, Yuet Fung | Senior – Grade 1 | $275.00 | 146.50 | $40,287.50 |
| Venisnik, Bradley J. | Senior Manager – Grade 4 | $475.00 | 310.50 | $147,487.50 |
| Venugopal, Rajesh | Senior – Grade 2 | $275.00 | 6.00 | $1,650.00 |
| Vescovi, Anthony Adam | Senior – Grade 2 | $275.00 | 4.00 | $1,100.00 |
| Viswanathan, Abishek | Staff/Assistant – Grade 3 | $175.00 | 3.00 | $525.00 |
| Wojcickyj, Stefan | Executive Director – Grade 2 | $525.00 | 6.00 | $3,150.00 |
| McGee, Ginny[3] | External Contractor | n/a | 44.00 | $4,175.00 |
| Total | | | 2480.80 | $903,385.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| VAL: Fresh Start | 2,371.10 | $887,502.50 |
| Market Value Surveys | 44.00 | $4,175.00 |
| Fee/Employment Applications | 65.70 | $11,707.50 |
| Total | 2480.80 | $903,385.00 |

---

[3] Amounts for Ginny McGee relate to market survey studies for KTLA and WPIX. Both surveys were conducted on a flat basis, as reflected in the schedules attached hereto.

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Computerized Research | $3,950.00 |
| In-Town Travel: Taxi: Ground Transportation | $421.00 |
| In-Town Travel: Mileage: Ground Transportation | $45.28 |
| In-Town Travel: Tolls: Ground Transportation | $3.00 |
| Out of Town Travel: Airfare | $19,687.02 |
| Out of Town Travel: Breakfast | $1,315.77 |
| Out of Town Travel: Dinner | $4,567.33 |
| Out of Town Travel: Lodging | $12,306.47 |
| Out of Town Travel: Lunch | $2,205.66 |
| Out of Town Travel: Mass Transit: Ground Transportation | $200.00 |
| Out of Town Travel: Mileage: Ground Transportation | $300.00 |
| Out of Town Travel: Parking: Ground Transportation | $1,004.00 |
| Out of Town Travel: Rental Car: Ground Transportation | $924.29 |
| Out of Town Travel: Taxi: Ground Transportation | $3,221.76 |
| Out of Town Travel: Telephone Expense | $202.32 |
| Out of Town Travel: Tolls: Ground Transportation | $18.50 |
| **Total** | **$50,372.40** |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## FIFTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2010 THROUGH AUGUST 31, 2010

E&Y LLP ("E&Y LLP"), as valuation and business modeling and marketing survey service providers to the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this Fifth Quarterly Fee Application of Ernst & Young LLP for Compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

LEGAL02/32340390v4

for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from June 1, 2010 through August 31, 2010 (the "Fifth Quarterly Application"), and in support thereof respectfully represents as follows:

### Introduction

1. E&Y LLP makes this Fifth Quarterly Application for payment of professional services rendered and expenses incurred as tax advisors for the Debtors as provided under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Application (the "Fee Examiner Order," Docket No. 546).

2. E&Y LLP, in its Fifth Quarterly Application, seeks an award of compensation in the amount of $903,385.00 in compensation and $50,372.40[2] in actual and necessary expenses for a total of $953,757.40 for the period from June 1, 2010 through August 31, 2010 (the "Compensation Period").

---

[2] This amount reflects a credit of $24.72 in expenses to correct a clerical error made in the Fifteenth Monthly Application as (defined below).

## Background

3. On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

4. The Debtors retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Original Retention Order," Docket No. 1783). On February 22, 2010, the Debtors filed the Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 *Nunc Pro Tunc* to January 15, 2010 (the "Supplemental Retention," Docket No. 3516). The Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 *Nunc Pro Tunc* to January 15, 2010 (the "Supplemental Retention Order," Docket No. 3804). On May 24, 2010, the Debtors filed the Second Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 *Nunc Pro Tunc* to April 19, 2010 (the "Second Supplemental Retention," Docket No. 4594). The Second Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 *Nunc Pro Tunc* to April 19, 2010 (the Second Supplemental Retention Order," Docket No. 4779, together with the Original Retention Order, and the Supplemental Retention Order, the "Retention Orders").

LEGAL02/32340390v4

The Retention Orders authorized E&Y LLP to be compensated for services rendered, and to be reimbursed for actual and necessary out-of-pocket expenses.

5. On December 27, 2010, E&Y LLP filed its Combined Thirteenth and Fourteenth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors-In-Possession for the Period from June 1, 2010 through July 31, 2010 (the "Combined Thirteenth and Fourteenth Monthly Application," Docket No. 7318) attached hereto as Exhibit A.

6. On January 4, 2011, E&Y LLP filed its Fifteenth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with the Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from August 1, 2010 through August 31, 2010 (the "Fifteenth Monthly Application," Docket No. 7371) attached hereto as Exhibit B.

## Compensation Paid and Its Source

7. All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

8. During the Compensation Period covered by this Fifth Quarterly Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application. There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

## Summary of Services Rendered and Expenses Incurred

9. During the Compensation Period, E&Y LLP provided significant professional services to the Debtors in connection with these chapter 11 cases. Such services included, among other things (as set forth in detail in the billing information annexed in support of the Combined Thirteenth and Fourteenth Monthly Application and Fifteenth Monthly Application):

A. <u>VAL: Fresh Start</u>

Fees: $887,502.50     Hours: 2,371.10

This category includes all matters related to the fair value of all assets and liabilities included on the Debtors' balance sheet as part of the Debtors emerging.

B. <u>Market Value System</u>

Fees: $4,175.00     Hours: 44.00

This category includes all matters related to marketing survey services, including providing broadcasting marketing analysis to certain of the Debtors.

C. <u>Fee/Employment Application</u>

Fees: $11,707.50     Hours: 65.70

This category includes all matters related to work in connection with required billing and Court protocols with respect to E&Y LLP's fee applications.

10. To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

LEGAL02/32340390v4

11. The fees charged in this matter are comparable to the rates that E&Y LLP generally charges similar clients for similar services to those rendered during the Compensation Period. In addition, E&Y LLP believes that such charges are ordinary and customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

## Valuation of Services

12. Partners and staff of E&Y LLP have expended a total of 2,480.80 hours in connection with the work performed during the Compensation Period. E&Y LLP believes that reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $903,385.00.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these Debtors business and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (c) the value of such services and (d) the costs of comparable services other than in a case under this title. Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, E&Y LLP respectfully requests that the Court (i) approve interim compensation in the sum of $903,385.00 plus reimbursement of expenses in the sum of $50,372.40, (ii) authorize the payment of such amounts by the Debtors to E&Y LLP, less any amounts previously paid to E&Y LLP for the period covered by this Application and the procedures set forth in the Administrative Order and the Fee Examiner Order, and (iii) grant such further relief as is just and proper.

Dated: January 7, 2011

Matthew Howley
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 7 day of January, 2011.

Notary Public     My Commission Expires:

April 30, 2014

> Official Seal
> Linda M Darling
> Notary Public State of Illinois
> My Commission Expires 04/30/2014

LEGAL02/32340390v4