**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
TRIBUNE COMPANY, *et al.*                           :   Case No. 08-13141 (KJC)
                                                    :   Jointly Administered
                    Debtors.                        :
                                                    :   **Objection deadline: January 13, 2011 @ 4:00 pm**
                                                    :   **Hearing date: January 20, 2011 @ 10:00 am**
---------------------------------------------------------- x

**NOTICE OF MOTION OF DEUTSCHE BANK TRUST COMPANY AMERICAS, INDENTURE TRUSTEE UNDER THE 1992 INDENTURE, THE 1995 INDENTURE AND THE 1997 INDENTURE FOR ESTIMATION AND TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

**PLEASE TAKE NOTICE** that Deutsche Bank Trust Company Americas ("DBTCA" or the "Indenture Trustee"), in the above-captioned case filed the *Motion for Estimation and Temporary Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually be received by the undersigned counsel on or before **January 13, 2011 at 4:00 p.m**. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **January 20, 2011 at 10:00 a.m.** prevailing Eastern Time.

ME1 11061963v.1

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: January 7, 2011  **McCARTER & ENGLISH, LLP**
Wilmington, DE

By: /s/ Katharine L. Mayer
Katharine L. Mayer (DE # 3758)
McCarter & English, LLP
405 N. King Street, 8th Floor
P.O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

-and-

David Adler
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Fax: (212) 609-6921
dadler@mccarter.com

*Counsel for Deutsche Bank Trust Company Americas*

ME1 11061963v.1