IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.* | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------------- | : | **Hearing date: January 20, 2011 @ 10:00 am** |
| x | | **D.I. _____** |

**DEUTSCHE BANK TRUST COMPANY AMERICAS, INDENTURE TRUSTEE UNDER THE 1992 INDENTURE, THE 1995 INDENTURE AND THE 1997 INDENTURE, MOTION FOR ESTIMATION AND TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

This matter coming before the Court on Deutsche Bank Trust Company Americas ("DBTCA" or the "Indenture Trustee"), successor trustee under the 1992 Indenture the 1995 Indenture and the 1997 Indenture, Motion for Estimation and Temporary Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018. This Court having determined that due notice of the Motion has been given. The Court has considered the Motion, the responses, if any, and arguments of counsel, and has determined that the basis set forth in the Motion establishes just cause for the relief requested in the Motion, and it is therefore

**ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that DBTCA shall have an allowed "Other Parent Claim" in the amount of $2,900,000 for purposes of voting on the Plans.

SO ORDERED this _____ day of _____, 2011.

_____
**HONORABLE KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

ME1 11061965v.1