**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.* | : Case No. 08-13141 (KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : **Objection deadline: January 13, 2011 @ 4:00 p.m.** |
| ------------------------------------------------------- x | **Hearing date:  January 20, 2011 @ 10:00 a.m.** |

**NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK**
**FOR ESTIMATION AND CLASSIFICATION OF CLAIM FOR**
**VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

**PLEASE TAKE NOTICE** that Law Debenture Trust Company of New York ("Law Debenture" or the "Indenture Trustee"), in the above-captioned case filed the *Motion for Estimation and Classification of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually be received by the undersigned counsel on or before **January 13, 2011 at 4:00 p.m**. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **January 20, 2011 at 10:00 a.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: January 8, 2011
       Wilmington, Delaware                **BIFFERATO GENTILOTTI LLC**

                                            */s/ Garvan F. McDaniel*
                                            Garvan F. McDaniel (DE No. 4167)
                                            800 N. King St., Plaza Level
                                            Wilmington, DE 19801
                                            (302) 429-1900

                                                  - and -

                                            David S. Rosner
                                            Andrew K. Glenn
                                            Sheron Korpus
                                            Kasowitz, Benson, Torres & Friedman LLP
                                            1633 Broadway
                                            New York, New York 10019
                                            (212) 506-1700

                                            *Co-Counsel for Law Debenture Trust*
                                            *Company of New York*