IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                         :
TRIBUNE COMPANY, *et al.*            :    Case No. 08-13141 (KJC)
                                                         :    Jointly Administered
                            Debtors.          :
                                                         :    **Re: Docket No. _____**
                                                         :
---------------------------------------------------------- x

**ORDER GRANTING LAW DEBENTURE TRUST COMPANY OF NEW YORK
FOR ESTIMATION AND CLASSIFICATION OF CLAIM FOR
VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

This matter coming before the Court on Law Debenture Trust Company of New York's ("Law Debenture" or the "Indenture Trustee") Motion for Estimation and Classification of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that no other or further notice of the Motion need be provided; and upon consideration of the Motion, the responses, if any, and arguments of counsel at the hearing held on January 20, 2011 in respect of the Motion; and the Court having determined that the Motion and the relief sought therein is warranted; and after due deliberation and sufficient cause appearing therefore, it is

      **ORDERED** that the Motion is GRANTED; and it is further

      **IT IS FURTHER ORDERED** that Law Debenture shall have an allowed "Other Parent Claim" in the amount of $6,300,000 for purposes of voting on the Plans.

      SO ORDERED this \_\_\_\_\_ day of _____, 2011.

                                                                  _____
                                                                  **HONORABLE KEVIN J. CAREY**
                                                                  **UNITED STATES BANKRUPTCY JUDGE**