# EXHIBIT A

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended Nov-10

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Three Month Summary by Firm
### Nov-10

| Firm | Service Provided | Invoiced Fees | | | | Invoiced Expenses | | | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sep-10 | Oct-10 | Nov-10 | Total | Sep-10 | Oct-10 | Nov-10 | | | | | |
| Ajelat Polley Ayoob Matarese | Tax law counsel | 1,781 | 6,500 | - | 8,281 | - | - | - | - | 3 | 25,000 | 75,000 | - |
| Allen Matkins Leck Gamble Mallory LLP | Real estate counsel | 2,067 | 5,415 | - | 7,482 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Arnold & Porter LLP | First Amendment and federal administrative law counsel | 11,624 | - | - | 11,624 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Booth Mitchel & Strange LLP | Casualty claims and insurance matters, counsel for contractual and procedural risk allocation and avoidance | 30 | - | - | 30 | - | - | - | - | 3 | 5,000 | 15,000 | - |
| Bostwick & Jassy LLP | First Amendment and business law litigation counsel | 7,031 | 3,906 | 15,079 | 26,015 | 73 | 14 | - | 86 | 3 | 15,000 | 45,000 | - |
| Brown, Schultz Sheridan & Fritz | Accounting Consultant | - | 200 | - | 200 | - | - | - | - | 3 | 1,000 | 3,000 | - |
| Cadence Law Group LLP | Internet and technology law transactional counsel | 5,031 | - | - | 5,031 | 8,856 | - | - | 8,856 | 3 | 15,000 | 45,000 | - |
| California Credits Group LLC | Tax Consultant | - | 28,085 | - | 28,085 | - | - | - | - | 3 | 20% | 20% | - |
| Donald M Craven PC | First Amendment counsel | 2,000 | 700 | - | 2,700 | - | - | - | - | 3 | 5,000 | 15,000 | - |
| FurstLaw | General practice law | - | 540 | 1,650 | 2,190 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Goldberg Kohn Bell Black Rosenbloom | Intellectual property, real estate, and commercial litigation counsel to Tribune Media Services | 2,279 | - | - | 2,279 | - | - | - | - | 3 | 35,000 | 105,000 | - |
| Grant Thornton | Tax Consulting | - | 3,680 | - | 3,680 | - | 185 | - | 185 | 3 | 40,000 | 120,000 | - |
| Gray Robinson, P.A. | Patent Prosecution | 660 | - | - | 660 | 779 | - | - | 779 | 3 | 15,000 | 45,000 | - |
| Gross Mcginley Labarre And Eaton | Business and employment litigation counsel for the Allentown Morning Call | 1,282 | 70 | 560 | 1,912 | 143 | - | 32 | 175 | 3 | 10,000 | 30,000 | - |
| Hinckley, Allen & Snyder | General litigation, First Amendment, and Media law counsel for Hartford Courant | 4,039 | 14,301 | - | 18,340 | 139 | 26 | - | 164 | 3 | 25,000 | 75,000 | - |
| Holland & Knight LLP | Primary patent prosecution counsel as relates to online and technical processes | 11,042 | 9,505 | 2,896 | 23,443 | 26 | 40 | - | 66 | 3 | 25,000 | 75,000 | - |
| Holmes Weddle & Barcott | Counsel for ForSaleByOwner | 792 | - | - | 792 | 3,216 | - | - | 3,216 | 3 | 30,000 | 90,000 | - |
| Horwood Marcus & Berk | Tax Counsel | 9,941 | 13,858 | 28,594 | 52,393 | 119 | - | 3,534 | 3,653 | 3 | 45,000 | 135,000 | - |
| Hungerford Aldrin Nichols And Carter PC | Accounting Consultant | - | - | 310 | 310 | - | - | - | - | 3 | 1,000 | 3,000 | - |
| Hunton & Williams | Employment litigation counsel for Florida operations | 468 | - | - | 468 | 8 | - | - | 8 | 3 | 5,000 | 15,000 | - |
| Jackson Lewis LLP | Employment Litigation counsel | 4,373 | 4,685 | - | 9,057 | 135 | - | - | 135 | 3 | 15,000 | 45,000 | - |
| Maria L Hampton | Collections counsel | 492 | - | - | 492 | 450 | - | - | 450 | 3 | 25% | 25% | - |
| McCuskter, Anselmi, Rosen & Carvelli, P.C. | Litigation counsel | 2,298 | - | - | 2,298 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Miller Kaplan Arase And Co | Accounting Consultant | 3,000 | 6,340 | 5,380 | 14,720 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Olfin Kurman & Alms Pa | Labor law & litigation counsel for the Baltimore Sun | 13,309 | 9,186 | 17,303 | 39,797 | - | - | - | - | 3 | 35,000 | 105,000 | - |
| Orrick, Herrington & Sutcliffe LLP | Corporate Law | 55 | - | - | 55 | - | - | - | - | 3 | 3,000 | 9,000 | - |
| Payne & Fears, LLP | Employment litigation counsel for the Los Angeles Times | - | 260 | - | 260 | - | 2 | - | 2 | 3 | 12,500 | 37,500 | 3,223 |
| Ram & Olson LLP | First Amendment and contract counsel | 5,951 | 14,496 | 2,184 | 22,631 | 5 | 529 | - | 534 | 3 | 10,000 | 30,000 | - |
| Sedwick, Deter, Moran & Arnold, LLP | Litigation counsel (general, routine litigation, primarily slip and fall and tort cases) | 1,586 | 82 | - | 1,669 | 16 | 1 | - | 17 | 3 | 20,000 | 60,000 | - |

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Three Month Summary by Firm
### Nov-10

| Firm | Service Provided | Invoiced Fees | | | | Invoiced Expenses | | | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sep-10 | Oct-10 | Nov-10 | Total | Sep-10 | Oct-10 | Nov-10 | | | | | |
| Sonnenschein Nath & Rosenthal | First Amendment counsel / general litigation counsel / Outsourcing counsel (drafting and negotiation) | 42,197 | 14,320 | 39,764 | 96,281 | 638 | - | 867 | 1,506 | 2 | 50,000 | 100,000 | - |
| Thomas M. Tully Ltd. | Counsel for Property Tax Appeals | 1,338 | 40,000 | 30,000 | 71,338 | - | - | - | - | 3 | 30% | 30% | - |
| Thomas, LoCicero & Bralow Pl | Primary media law and First Amendment counsel for publishing and broadcasting operations in Florida | 12,097 | 28,949 | 10,000 | 51,046 | 80 | 595 | 87 | 761 | 2 | 50,000 | 100,000 | - |
| Volk, Phyllis | Real estate law | 4,040 | 4,300 | 6,800 | 15,140 | - | - | - | - | 3 | 20,000 | 60,000 | - |
| Walker Benz LLC | Intellectual property counsel (trademark clearance and licensing and IP contract drafting for publishing and broadcasting business segments) | - | 1,875 | 8,438 | 10,313 | - | - | - | - | 3 | 45,000 | 135,000 | - |
| Welborn Sullivan Meck & Tooley | Environmental counsel for Denver operations | 112 | 364 | - | 476 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Wildman, Harrold, Allen & Dixon LLP | Collections counsel | 4,718 | - | - | 4,718 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Young, Sommer, Ward, Ritzenberg, | Environmental counsel for Hartford, Baltimore, and New York operations | 2,033 | 138 | - | 2,170 | - | 68 | - | 68 | 3 | 15,000 | 45,000 | - |
| Zultic Partners LLC | Principal counsel for Tribune Company and business units on immigration law matters and filings | 3,288 | 5,435 | - | 8,723 | 7,103 | 122 | - | 7,225 | 3 | 5,000 | 15,000 | - |
| Total | | 158,652 | 219,486 | 168,957 | 547,095 | 21,786 | 1,580 | 4,520 | 27,887 | | | | 3,223 |

**Notes:**

Tribune Company professional fee payment process adheres to the criteria defined in the Bankruptcy Court's Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. We experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a limit of less than $50,000 and over a two month rolling average for OCPs with a $50,000 monthly fee cap.

On a monthly basis, Tribune has reported its proposed OCP payments to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, as required by the OCP order. Tribune received no objections to the payments reflected herein. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current rolling period or outside of the current monthly period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Rolling Cap column is intended to provide visibility to the rolling cap calculation. Firms with a percentage, instead of a whole number, in the Monthly Cap or Rolling Cap columns have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

Any firm that exceeds its rolling cap amount may apply to the Bankruptcy Court for approval of such fees. OCP payments made pursuant to an order of the Bankruptcy Court for amounts incurred that exceeded such OCP's applicable monthly cap are not reported herein. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application to the Bankruptcy Court.