## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| | ) | |
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 7th day of January, 2011, a copy of ***EGI-TRB, L.L.C.'s Responses and Objections to the Subpoena Issued By Aurelius Capital Management, LP*** was served on the following counsel via electronic and U.S. mail:

>Daniel Golden
>David Zensky
>Mitchell Hurley
>Brian Carney
>**Akin Gump Strauss Hauer & Feld LLP**
>One Bryant Park
>New York, NY 10036
>dgolden@akingump.com
>dzensky@akingump.com
>mhurley@akingump.com
>bcarney@akingump.com

135030.01600/40192946v.1

Dated: January 10, 2011 By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

And

David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice)*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-7375

Co-Counsel for EGI-TRB, L.L.C.

135030.01600/40192946v.1