**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |
| TRIBUNE COMPANY, *et al.*, | | |
| Debtors. | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 7th day of January, 2011, a copy of ***CRA International, Inc.'s Responses and Objections to the Subpoena Issued By Aurelius Capital Management, LP*** was served on the following counsel via electronic and U.S. mail:

> Daniel Golden
> David Zensky
> Mitchell Hurley
> Brian Carney
> **Akin Gump Strauss Hauer & Feld LLP**
> One Bryant Park
> New York, NY 10036
> dgolden@akingump.com
> dzensky@akingump.com
> mhurley@akingump.com
> bcarney@akingump.com

135030.01600/40192947v.1

Dated: January 10, 2011          By:     */s/ Andrew W. Vail*
                                                          David J. Bradford (admitted *pro hac vice*)
                                                          Catherine L. Steege (admitted *pro hac vice*)
                                                          Andrew W. Vail (admitted *pro hac vice*)
                                                          JENNER & BLOCK LLP
                                                          353 North Clark Street
                                                           Chicago, Illinois 60654
                                                           Telephone: (312) 222-9350
                                                           Facsimile: (312) 840-7375

                                                           Counsel for CRA International, Inc.

135030.01600/40192947v.1