UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Hearing Date: 1/13/11 @ 1:00 p.m.<br>Objections Due: 1/6/11@ 4:00 p.m. |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>Defendants. | Adversary No. 10-53963 (KJC) |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that he has received no objection or other response to the **Motion To Amend First Amended Complaint** dated December 8, 2010 (the "Motion"), filed in these cases. The undersigned further certifies that he has reviewed the court's dockets in these cases and no objection or other response to the Motion appears thereon. Pursuant to the notice, objections to the motion were to be served no later than 4:00 p.m. on January 6, 2011.

Dated: Wilmington, Delaware
January 10, 2011

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Special Counsel to Official Committee
of Unsecured Creditors

2862972.1