# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 13, 2011 AT 10:30 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by phone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## ADJOURNED MATTERS

1.     Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy
       Code (Filed February 20, 2009) (Docket No. 438)

       Objection Deadline:  March 5, 2009 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

Responses Received:

(a)     Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

(b)     Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

(c)     Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with a Pretrial Settlement Conference with Respect to a Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered November 25, 2009) (Docket No. 2652)

(d)     Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with Certain Limited Discovery with Respect to Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered January 27, 2010) (Docket No. 3237)

Status:     On consent of the parties, this matter is adjourned to the March 1, 2011 hearing.  This matter will not be going forward.

2.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

Related Document(s):

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

(b)     Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

     (c)     Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

     (d)     Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. Claim No. 1332 of Karolyn Walker Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered December 22, 2010) (Docket No. 7274)

Response Deadline: December 8, 2009 at 4:00 p.m.

Responses Received:

     (a)     Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

     (b)     Informal Response received from GE Capital Fleet Services

Status:     The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver. The hearing on the Objection is adjourned to the February 8, 2011 hearing as to the claims of GE Capital Fleet Services and Robby S. Wells. This matter will not be going forward.

3.     Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Related Document(s):

     (a)     Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

     (b)     Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

(c)     Order Approving (I) Stipulation Between the Debtors and CNN
        Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial
        Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection
        to Claims as It Relates to Claim No. 4863 of CNN Newsource Sales, Inc.
        (Entered October 28, 2010) (Docket No. 6158)

(d)     Order Approving Stipulation Between Certain of the Debtors and Oracle
        Corporation Oracle America, Inc., as Successor-By-Merger to Sun
        Microsystems, Inc., Regarding (I) Resolution of Debtors' Twenty-Fourth
        Omnibus (Substantive) Objection to Claims as it Relates to the Claims of
        Oracle and (II) Allowance of Certain Prepetition Claims of Oracle
        (Entered November 23, 2010) (Docket No. 6593)

Response Deadline:  May 11, 2010 at 4:00 p.m.

Responses Received:

(a)     Response by Maureen Dombeck (Filed April 26, 2010) (Docket No. 4156)

(b)     Response by Terry Godbey (Filed May 10, 2010) (Docket No. 4272)

(c)     Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No.
        4349)

(d)     Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

(e)     Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

(f)     Response by William Virgil Cotton (Filed May 27, 2010) (Docket No.
        4628)[2]

(g)     Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010)
        (Docket No. 5016)

Status:     The Court entered an Order sustaining the Objection with respect to all
            claimants who did not contest or otherwise respond to the Objection, an
            Order resolving claim number 4863 of CNN Newsource Sales, Inc. and an
            Order resolving the claims of Oracle America, Inc.  The Objection was
            withdrawn as to the claims of 9090 Enterprises and Spanlink
            Communications.  An evidentiary hearing will be scheduled for the claim
            of Maureen Dombeck.  This matter is adjourned to the February 8, 2011
            hearing as to the claims of Terry Godbey, Marbury von Briesen and
            Herbert Eye only.  This matter will not be going forward.

---

[2]  The Response of William Virgil Cotton was filed after (i) the Objection Deadline and (ii) the entry of the Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1.

4.      Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

        Related Document(s):

                (a)     Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4774)

                (b)     Order Sustaining in Part Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims as it Relates to Claim No. 5785 of Cawley Chicago Portfolio, LLC (Entered July 19, 2010) (Docket No. 5071)

        Response Deadline:  June 9, 2010 at 4:00 p.m.

        Responses Received:

                (a)     Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

        Status:         The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and with respect to the claim of Cawley Chicago Portfolio, LLC.  The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership.  The Debtors and Marcia Willette are exchanging information with respect to her claim.  This matter will not be going forward.

5.      Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 19, 2010) (Docket No. 5081)

        Related Document(s):

                (a)     Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 5, 2010) (Docket No. 5266)

                (b)     Order Partially Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 19, 2010) (Docket No. 5434)

        Response Deadline:  August 12, 2010 at 4:00 p.m.

Responses Received:

    (a)    Informal response received from Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. (Received August 3, 2010);

    (b)    Informal response received from the City of Chicago Department of Revenue (Received August 10, 2010); and

    (c)    Informal response received from the City of West Hollywood (Received August 12, 2010)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and with respect to the claim of the City of West Hollywood. The hearing on the Objection is adjourned to the February 8, 2011 hearing as to Claim No. 6344 of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. and Claim No. 728 of the City of Chicago. This matter will not be going forward.

6.    Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 19, 2010) (Docket No. 5083)

Related Document(s):

    (a)    Notice of Amendment to Exhibit D to Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 23, 2010) (Docket No. 5110)

    (b)    Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 5, 2010) (Docket No. 5267)

    (c)    Order Partially Sustaining Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered August 19, 2010) (Docket No. 5435)

    (d)    Order Partially Sustaining Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 810 of Google, Inc. (Entered November 1, 2010) (Docket No. 6192)

Response Deadline: August 12, 2010 at 4:00 p.m.

Responses Received:

    (a)    Response by EMC Corporation (Filed August 12, 2010) (Docket No. 5360)

Status:       The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and as to the claim of Google, Inc. The parties are in discussions with EMC Corporation to resolve the Objection. This matter is adjourned to the February 8, 2011 hearing. This matter will not be going forward.

7.     Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 22, 2010) (Docket No. 5786)

Related Document(s):

(a)     Certification of No Objection Regarding Docket No. 5786 (Filed October 18, 2010) (Docket No. 6002)

(b)     Notice of Withdrawal of Certification of No Objection (Filed October 19, 2010) (Docket No. 6032)

Response Deadline: October 15, 2010 at 4:00 p.m.

Responses Received:

(a)     Response of Emerson Tucker to Thirty-Sixth Omnibus (Substantive) Objection to Claims (Filed October 18, 2010) (Docket No. 5999)

(b)     Supplement to Response to Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims (Filed January 3, 2011) (Docket No. 7363)

Status:       This matter is adjourned to the February 8, 2011 hearing. This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

8.     Application of Hunton & Williams LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to the Debtors for Certain Employment Litigation Matters During the Period from May 1, 2010 through July 31, 2010 (Filed December 2, 2010) (Docket No. 6710)

Related Document(s):

(a)     Certification of No Objection Regarding Docket No. 6710 (Filed December 27, 2010) (Docket No. 7320)

Objection Deadline: December 23, 2010 at 4:00 p.m.

Responses Received: None.

Status:       A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

7

9.    Official Committee of Unsecured Creditors' Motion to Amend First Amended Complaint (Filed December 8, 2010) (Docket No. 7113)

Related Document(s):

(a)    Certification of No Objection (Filed January 10, 2011) (Docket No. 7445)

Objection Deadline:  January 6, 2011 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

10.    Motion of the Official Committee of Unsecured Creditors for Extension of Time to Complete Service (Filed December 9, 2010) (Docket No. 7124)

Related Document(s):

(a)    Certification of No Objection (Filed January 10, 2011) (Docket No. 7446)

Objection Deadline:  January 6, 2011 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

11.    Motion of the Official Committee of Unsecured Creditors for Order Staying Prosecution of Preference Action (Filed December 21, 2010) (Docket No. 7258) (Adv. Case No. 10-55969) (Adv. Docket No. 6)

Related Document(s):

(a)    Certification of No Objection (Filed January 10, 2011) (Docket No. 7444)

Objection Deadline:  January 6, 2011 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

46429/0001-7261461v1

12.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P.
       9019(a) Approving Settlement Agreement by and Between Los Angeles Times
       Communications LLC and George Liberman Enterprises, Inc. (Filed December 23, 2010)
       (Docket No. 7300)

       Related Document(s):

              (a)    Certification of No Objection Regarding Docket No. 7300 (Filed
                     January 10, 2011) (Docket No. 7439)

       Objection Deadline:  January 6, 2011 at 4:00 p.m.

       Responses Received:  None.

       Status:    A Certification of No Objection was filed with the Court.  This matter will
                  not be going forward unless otherwise directed by the Court.

## CONTESTED MATTERS GOING FORWARD

13.    Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs
       of Claim (Filed May 20, 2010) (Docket No. 4513)

       Related Document(s):

              (a)    Stipulation Adjourning Hearing on Movants' Motion for Class
                     Certification and Class Treatment of Movants' Class Proofs of Claim
                     (Filed November 15, 2010) (Docket No. 6450)

       Objection Deadline:  June 7, 2010 at 4:00 p.m.
       Pursuant to the Stipulations executed by the parties, the Objection Deadline was extended
       to November 1, 2010 for the Debtors and the Reply Deadline was extended to January 6,
       2011 for the Movants.

       Responses Received:

              (a)    Debtors' Objection to Movants' Motion for Class Certification and Class
                     Treatment of Movants' Class Proof of Claim (Filed November 1, 2010)
                     (Docket No. 6204)

              (b)    Reply Memorandum in Support of Movants' Motion for Class
                     Certification and Class Treatment of Movants' Class Proofs of Claim
                     (Filed January 6, 2011) (Docket No. 7403)

Status:          This matter will be going forward.

Dated: January 11, 2011                    SIDLEY AUSTIN LLP
                                           Bryan Krakauer
                                           James F. Conlan
                                           One South Dearborn Street
                                           Chicago, IL  60603
                                           Telephone:  (312) 853-7000

                                                -and-

                                           COLE, SCHOTZ, MEISEL,
                                           FORMAN & LEONARD, P.A.

                              By:   _____
                                           Norman L. Pernick (No. 2290)
                                           J. Kate Stickles (No. 2917)
                                           500 Delaware Avenue, Suite 1410
                                           Wilmington, DE  19801
                                           Telephone:  (302) 652-3131

                                           ATTORNEYS FOR DEBTORS
                                           AND DEBTORS IN POSSESSION

46429/0001-7261461v1