## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY *et al.*, | : |  |
|  | : | Jointly Administered |
| .              Debtors. | : | **Re: D.I.** ___7113, 7445___ |
|  | : |  |
| ─────────────────────── | : |  |
|  | : |  |
| OFFICIAL COMMITTEE OF UNSECURED | : |  |
| CREDITORS, on behalf of the Debtors' Estates, | : |  |
|  | : |  |
|        Plaintiff, | : |  |
|  |  | Adv. No. 10-53963 (KJC) |
|     v. |  |  |
|  |  |  |
| JPMORGAN CHASE BANK, N.A. *et al.*, |  |  |
|  |  |  |
|        Defendants. |  |  |

### ORDER GRANTING LEAVE TO AMEND FIRST AMENDED COMPLAINT

Upon the motion dated December 8, 2010 (the "Motion"), of the Official Committee of

Unsecured Creditors (the "Committee") for leave to amend the First Amended Complaint (filed

December 7, 2010) by amending two exhibits attached to the First Amended Complaint; and it

appearing that good and sufficient notice of the Motion was given and that no other or further

notice is necessary; and upon the record in these chapter 11 cases and adversary proceeding;

after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Committee may amend the First Amended Complaint by filing

amended versions of Exhibits F and G in the form submitted to the Court with the Motion; and it

is further

ORDERED that the amendments authorized by this order relate back to the date of the original pleading in this adversary proceeding under Fed. R. Civ. P. 15(c).

Dated: January \_\_\_\_, 2011

The Honorable Kevin J. Carey
Chief Judge