IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 7432 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Notice of Telephonic Hrg_DI 7432_AFF_1-7-11.doc

2. On January 7, 2011, I caused to be served the "Notice of Telephonic Hearing on Discovery Issues in Connection with Discovery and Scheduling Order," dated January 7, 2011 [Docket No. 7432], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
10th day of January, 2011

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

TRB NTC 1-7-11
SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
(COUNSEL TO THE DEBTORS)
ONE SOUTH DEARBORN
CHICAGO, IL  60603

TRB NTC 1-7-11
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355HEALTH AND WELFARE FUND AND PENSION FUND)
809 GLENEAGLES COURT, SUITE 320
TOWSON MD  21286

TRB NTC 1-7-11
AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA  19355-0701

TRB NTC 1-7-11
ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
COUNSEL FOR THE AD HOC TRADE COMMITTEE
450 LEXINGTON AVENUE
NEW YORK, NY  10017

TRB NTC 1-7-11
CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD  21093

TRB NTC 1-7-11
HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &
CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

TRB NTC 1-7-11
INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD  21201

TRB NTC 1-7-11
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA  19114

TRB NTC 1-7-11
KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA  91362

TRB NTC 1-7-11
NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL  60173

TRB NTC 1-7-11
POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP
AS ADMIN AGENT)
HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE  19899-0951

TRB NTC 1-7-11
ROBINSON BROG LEINWAND GREEN
GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)
875 THIRD AVENUE, 9TH FL
NEW YORK, NY  10022

TRB NTC 1-7-11
SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE  19805

TRB NTC 1-7-11
WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

**EXHIBIT B**

**Email Addresses**

a.dalton@smmj.com
aconway@taubman.com
adeglomi@harris.com
ahammer@freebornpeters.com
ahiller@phw-law.com
alipkin@willkie.com
amuscovitz@dsfadvisors.com
anderson.frank@pbgc.gov
andrew.goldman@wilmerhale.com
bankruptcy@goodwin.com
bbutwin@omm.com
bceccotti@cwsny.com
bennettb@hbdlawyers.com
bhshide@us.ibm.com
bmd@gsrnh.com
btrust@mayerbrown.com
carickhoff@blankrome.com
carolyn.adler@morganstanley.com
cbblac@acxiom.com
cbifferato@bifferato.com
cconnolly@morganlewis.com
cdavidow@paulweiss.com
charles.jackson@morganlewis.com
charles.smith@klgates.com
claims@recoverycorp.com
cmcmanus@muchshelist.com
cmomjian@attorneygeneral.gov
collins@rlf.com
cowan@ask-attorneys.com
csbott@abato.com
csimon@crosslaw.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
dave@bhdrl.com
david.klauder@usdoj.gov
david.powlen@btlaw.com
dbradford@jenner.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
dgonzales@wsh-law.com
dneier@winston.com
don@furmangregory.com
dplon@sirlinlaw.com
dreimann@reimannlawgroup.com
drosner@kasowitz.com
efriedman@fklaw.com
ejones@omm.com
elaine_cole@tax.state.ny.us
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com

etredinnick@greeneradovsky.com
ffm@bostonbusinesslaw.com
fred.fellmeth@vitecgroup.com
frosner@mrs-law.com
garlandk@gtlaw.com
gbush@zuckerman.com
gmcdaniel@bglawde.com
goldberg.elizabeth@dol.gov
grmesires@uhlaw.com
heri.christine@dol.gov
hkaplan@arkin-law.com
houston_bankruptcy@publicans.com
hseife@chadbourne.com
jberlage@ghsllp.com
jconlan@sidley.com
jcp@pgslaw.com
jcriswell@tsmp.com
jdt@jdthompsonlaw.com
jedmonson@bayardlaw.com
jfiorella@archerlaw.com
jfrank@fgllp.com
jfriedman@jbflawfirm.com
jfungaroli@capitalsource.com
jhuggett@margolisedelstein.com
jlosardo@bbwg.com
jnimeroff@bsnlawyers.com
jodie.rea@fox.com
john.sieger@kattenlaw.com
jschlerf@foxrothschild.com
jsdlaw@msn.com
jshickich@riddellwilliams.com
jsorenson@wggdlaw.com
jteitelbaum@tblawllp.com
jwhite@blakeleyllp.com
kdwbankruptcydepartment@kelleydrye.com
kelkins@elkinskalt.com
ken.higman@hp.com
khill@svglaw.com
kklee@ktbslaw.com
klantry@sidley.com
kmayer@mccarter.com
kmiller@ecjlaw.com
kstickles@coleschotz.com
landis@lrclaw.com
lbogdanoff@ktbslaw.com
leslie@lesliecohenlaw.com
linda.boyle@twtelecom.com
ljones@pszjlaw.com
mamato@rmfpc.com
mark.nitikman@c2d2law.com
matthew.troy@usdoj.gov

**Email Addresses**

maureen.mcgreevey@sungard.com
mblumenthal@crowell.com
mbraza@foley.com
melorod@gtlaw.com
mengland@eckertseamans.com
mfelger@cozen.com
michelle.mcmahon@bryancave.com
mlastowski@duanemorris.com
mminuti@saul.com
mprimoff@kayescholer.com
msmall@foley.com
mzelmanovitz@morganlewis.com
mzohn@proskauer.com
pgregory@cpmlegal.com
prubin@herrick.com
psmoots@mcguirewoods.com
pwebster@buchalter.com
ramona.neal@hp.com
rbrady@ycst.com
rhanley@nolanplumhoff.com
rkbgwhw@aol.com
rmauceri@morganlewis.com
rmersky@monlaw.com
robert_cook@tax.state.ny.us
romero@mromerolawfirm.com
rpaul@zwerdling.com
rstark@brownrudnick.com
rtucker@simon.com
rweinstein@cusa.canon.com
rwriley@duanemorris.com
sagolden@hhlaw.com
sbrown@eapdlaw.com
schloss.michael@dol.gov
schristianson@buchalter.com
sfallon@trplaw.com
sfriedberg@theseaportgroup.com
skaufman@coochtaylor.com
sshimshak@paulweiss.com
strattond@pepperlaw.com
swolosky@olshanlaw.com
taskounis@askounisdarcy.com
tbecker@morganlewis.com
tlauria@whitecase.com
tmacauley@zuckerman.com
tmhoepker@yahoo.com
tribuneco.routing@dpw.com
trmeites@mmmglaw.com
tscobb@vorys.com
tscobb@vssp.com
waldmeird@michigan.gov
wayne.smith@warnerbros.com

wbowden@ashby-geddes.com
wmk@elliottgreenleaf.com
yonatan.gelblum@usdoj.gov
afriedman@olshanlaw.com
aglenn@kasowitz.com
agordon@paulweiss.com
ajongco@lewisfeinberg.com
andrew.schoulder@bgllp.com
atrehan@mayerbrown.com
avail@jenner.com
avesselinovitch@kattenlaw.com
awinfree@ashby-geddes.com
besders@abato.com
bkrakauer@sidley.com
csteege@jenner.com
daniel.connolly@bgllp.com
daniel.polatsek@kattenlaw.com
dbrown@paulweiss.com
dcantor@omm.com
ddavidian@arkin-law.com
ddeutsch@chadbourne.com
deggert@freebornpeters.com
dlemay@chadbourne.com
dsaval@brownrudnick.com
dshamah@omm.com
efile@pbgc.gov
evan.flaschen@bgllp.com
fhyman@mayerbrown.com
flevy@olshanlaw.com
gerson.leonard@dol.gov
guzzi@whitecase.com
isgreene@hhlaw.com
jatamian@mayerbrown.com
jcrystal@willkie.com
johnstonj@hbdlawyers.com
joshua.gadharf@kattenlaw.com
jstrock@foxrothschild.com
jtougas@mayerbrown.com
kcollins@bifferato.com
kskomorucha@ashby-geddes.com
ljkotler@duanemorris.com
lshumejda@paulweiss.com
mbarash@ktbslaw.com
mbcleary@ycst.com
mbillion@pszjlaw.com
mcguire@lrclaw.com
mmilano@riddellwilliams.com
mmmulder@mmmglaw.com
morsej@hbdlawyers.com
npernick@coleschotz.com
nwasow@lewisfeinberg.com

**Email Addresses**

pcatanese@mcguirewoods.com
raportl@pepperlaw.com
schannej@pepperlaw.com
sgreissman@whitecase.com
slross@duanemorris.com
slross@duanemorris.com
sselbst@herrick.com
tcairns@pszjlaw.com
whazeltine@sha-llc.com
wweintraub@fklaw.com

| Name | Email Address | Firm |
| --- | --- | --- |
| Adam H. Friedman, Esquire | afriedman@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Andrew K. Glenn, Esquire | aglenn@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Andrew W. Hammond, Esquire | ahammond@whitecase.com | White & Case |
| Andrew Goldman, Esquire | andrew.goldman@wilmerhale.com | WilmerHale |
| Allison Ross, Esquire | aross@sidley.com | Sidley Austin LLP |
| Amanda Winfree, Esquire | awinfree@ashby-geddes.com | Ashby & Geddes |
| Brad Erens, Esquire | bberens@jonesday.com | Jones Day |
| Bruce Bennett, Esquire | bennettb@hbdlawyers.com | Hennigan Bennett & Dorman |
| Bryan Krakauer, Esquire | bkrakauer@sidley.com | Sidley Austin LLP |
| David W. Carickhoff, Esquire | carickhoff@blankrome.com | Blank Rome LLP |
| Mark D. Collins, Esquire | collins@rlf.com | Richards, Layton & Finger, P.A. |
| Mark Collins, Esquire, Esquire | collins@rlf.com | Richards, Layton & Finger, P.A. |
| Derek Abbott, Esquire | dabbott@mnat.com | Morris Nichols Arsht & Tunnell LLP |
| David Adler, Esquire | dadler@mccarter.com | McCarter & English LLP |
| David Hall, Esquire | dahall@jonesday.com | Jones Day |
| Damian S. Schaible, Esquire | damian.schaible@davispolk.com | Davis Polk & Wardwell LLP |
| David M. Klauder, Trial Attorney | david.klauder@usdoj.gov | Office of the United States Trustee |
| D'Lisia Bergeron | dbergeron@sidley.com | Sidley Austin LLP |
| David J. Bradford, Esquire | dbradford@jenner.com | Jenner & Block LLP |
| Deanna Davidian, Esquire | ddavidian@arkin-law.com | Arkin Kaplan Rice LLP |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com | Chadbourne & Parke LLP |
| D. Eldersveld | deldersveld@tribune.com | Tribune Company |
| Dennis E. Glazer, Esquire | dennis.glazer@davispolk.com | Davis Polk & Wardwell LLP |
| Daniel A. Fliman, Esquire | dfliman@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| David G. Heiman, Esquire | dgheiman@jonesday.com | Jones Day |
| Daniel H. Golden, Esquire | dgolden@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| David G. Hille, Esquire | dhille@whitecase.com | White & Case |
| David M. LeMay, Esquire | dlemay@chadbourne.com | Chadbourne & Parke LLP |
| Don Liebentritt, Executive VP/GC | dliebentritt@tribune.com | Tribune Company |
| Donald S. Bernstein, Esquire | donald.bernstein@davispolk.com | Davis Polk & Wardwell LLP |
| David S. Rosner, Esquire | drosner@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| David Shafer, Esquire | dshafer@jonesday.com | Jones Day |
| Drew Sloan, Esquire | dsloan@rlf.com | Richards, Layton & Finger, P.A. |
| Edward Friedman, Esquire | efriedman@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |
| Eli Vonnegut, Esquire | eli.vonnegut@davispolk.com | Davis Polk & Wardwell LLP |
| Elliott Moskowitz, Esquire | elliott.moskowitz@davispolk.com | Davis Polk & Wardwell LLP |
| Eric M. Sutty, Esquire | esutty@foxrothschild.com | Fox Rothschild LLP |
| Fredrick J. Levy, Esquire | flevy@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Graeme Bush, Esquire | gbush@zuckerman.com | Zuckerman Spaeder LLP |
| Gregory Demo, Esquire | gdemo@sidley.com | Sidley Austin LLP |

| Name | Email Address | Firm |
| --- | --- | --- |
| Garvan McDaniel, Esquire | gmcdaniel@bglawde.com | Bifferato Gentilotti |
| G. Novod. Esquire | gnovod@brownrudnick.com | Brown Rudnick LLP |
| Howard J. Kaplan, Esquire | hkaplan@arkin-law.com | Arkin Kaplan Rice LLP |
| Howard Seife, Esquire | hseife@chadbourne.com | Chadbourne & Parke LLP |
| James Bendernagel, Esquire | jbendernagel@sidley.com | Sidley Austin LLP |
| Jessica Boelter, Esquire | jboelter@sidley.com | Sidley Austin LLP |
| James F. Conlan, Esquire | jconlan@sidley.com | Sidley Austin LLP |
| Janet Henderson, Esquire | jhenderson@sidley.com | Sidley Austin LLP |
| Jennifer R. Hoover, Esquire | jhoover@beneschlaw.com | Benesch, Friedlander Coplan & Aronoff |
| James O. Johnston, Esquire | johnstonj@hbdlawyers.com | Hennigan Bennett & Dorman |
| Jeffrey Schlerf, Esquire | jschlerf@foxrothschild.com | Fox Rothschild LLP |
| James Sottile, Esquire | jsottile@zuckerman.com | Zuckerman Spaeder LLP |
| Katherine S. Bromberg, Esquire | kbromberg@brownrudnick.com | Brown Rudnick LLP |
| Kenneth Kansa | kkansa@sidley.com | Sidley Austin LLP |
| K. Landtry, Esquire | klantry@sidley.com | Sidley Austin LLP |
| Katherine L. Mayer, Esquire | kmayer@mccarter.com | McCarter & English LLP |
| Kerriann Mills, Esquire | kmills@sidley.com | Sidley Austin LLP |
| Kate Stickles, Esquire | kstickles@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Kristina Wesch, Esquire | kwesch@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Adam Landis, Esquire | landis@lrclaw.com | Landis, Rath & Cobb |
| Laurie E. Hutchins, Esquire | lhutchins@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| M. Blake Cleary, Esquire | mbcleary@ycst.com | Young Conaway Stargatt & Taylor LL |
| J. Mester, Esquire | mesterj@hbdlawyers.com | Hennigan Bennett & Dorman |
| Michael Russano, Esquire | michael.russano@davispolk.com | Davis Polk & Wardwell LLP |
| Martin S. Siegel, Esquire | msiegel@brownrudnick.com | Brown Rudnick LLP |
| Matthew B. Stein, Esquire | mstein@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Norman Pernick, Esquire | npernick@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Philip C. Dublin, Esquire | pdublin@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Robert S. Brady, Esquire | rbrady@ycst.com | Young Conaway Stargatt & Taylor LL |
| Raymond H. Lemisch, Esquire | rlemisch@beneschlaw.com | Benesch, Friedlander Coplan & Aronoff |
| Robert J. Stark, Esquire | rstark@brownrudnick.com | Brown Rudnick LLP |
| Scott Greissman, Esquire | sgreissman@whitecase.com | White & Case |
| Sheron Korpus, Esquire | skorpus@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Robert Stearn, Esquire, Esquire | stearn@rlf.com | Richards, Layton & Finger, P.A. |
| Steve Wolosky, Esquire | swolosky@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Thomas E. Lauria, Esquire | tlauria@whitecase.com | White & Case |
| Thomas MacCauley, Esquire | tmacauley@zuckerman.com | Zuckerman Spaeder LLP |
| William Bowden, Esquire | wbowden@ashby-geddes.com | Ashby & Geddes |
| William P. Weintraub, Esquire | wweintraub@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |