**EXHIBIT B**

Amendment 1 to 2008 Consolidated Audit Engagement Letters



PricewaterhouseCoopers LLP
One North Wacker
Chicago IL 60606
Telephone (312) 298 2000
Facsimile (312) 298 2001

**Amendment #1 to Existing Engagement Letters Dated May 1, 2008**

May 14, 2009

Mr. William A. Osborn
Director, Audit Committee Chair
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Dear Mr. Osborn:

This letter reflects our agreement to amend our engagement letters of May 1, 2008, with Tribune Company, Tribune Broadcasting Holdco, LLC; and Tribune Finance, LLC (the "Companies") in the following respects.

Tribune Company
We incurred additional time as a result of the disposition of Newsday Media Group and the interim impairment testing of goodwill and intangible assets in the second quarter of 2008, the Chapter 11 bankruptcy filing in December 2008 and the ongoing Chicago Cubs transaction. As a result, we estimate an additional $500,000 in fees will be incurred related to the Tribune Company integrated audit.

Tribune Broadcasting Holdco, LLC and Tribune Finance, LLC
We ceased work on the audits of the financial statements of Tribune Broadcasting Holdco, LLC and Tribune Finance, LLC in connection with the de-registration of certain debt securities in January 2009 and the elimination of the requirement to file these financial statements with the SEC. The estimated fee for these services outlined in the engagement letter was $225,000. This amendment reduces the fee estimate to $150,000 for services performed prior to the date we stopped our work.

As a result of these changes, we estimate that an additional $425,000 in fees will be incurred in the aggregate. All other provisions of our engagement letters dated May 1, 2008 with the Companies remain unchanged.

If you have any questions, please call William T. England at (312) 298-2808. Please have one copy of this letter signed in the space provided below acknowledging your agreement and return it to us.

Very truly yours,

*PricewaterhouseCoopers LLP*

PricewaterhouseCoopers LLP

# PRICEWATERHOUSECOOPERS

The services and terms as set forth in this letter are agreed to.

Tribune Company by and through its Audit Committee

By: _____
William A. Osborn
Audit Committee Chair

(Date)

2