**EXHIBIT D**

Amendment 2 to 2008 Consolidated Audit Engagement Letters



PricewaterhouseCoopers LLP
One North Wacker
Chicago IL 60606
Telephone (312) 298 2000
Facsimile (312) 298 2001

**Amendment #2 to Existing Engagement Letters Dated May 1, 2008**

November 30, 2009

Mr. William A. Osborn
Director, Audit Committee Chair of Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Dear Mr. Osborn:

This letter reflects our agreement to amend our engagement letters of May 1, 2008, with Tribune Company, Tribune Broadcasting Holdco, LLC; and Tribune Finance, LLC (the "Companies") in the following respects.

<u>Tribune Company</u>
We incurred additional time due to incremental audit procedures performed associated with the fourth quarter impairment assessment, additional procedures for income taxes related to the Newsday disposition and PHONES transaction, subsequent events and fieldwork delays resulting from the bankruptcy filing and the extended financial reporting process.

As a result of these items, we estimate that an additional $375,000 in fees will be incurred in the aggregate. All other provisions of our engagement letters dated May 1, 2008 as amended by Amendment #1 with the Companies remain unchanged.

If you have any questions, please call William T. England at (312) 298-2808. Please have one copy of this letter signed in the space provided below acknowledging your agreement and return it to us.

Very truly yours,

*PricewaterhouseCoopers LLP*

PricewaterhouseCoopers LLP

The services and terms as set forth in this letter are agreed to.

Tribune Company by and through its Audit Committee

By: _____
William A. Osborn
Audit Committee Chair

(Date) 11/30/09