# EXHIBIT G

Amendment 1 to 2010 Consolidated Audit Engagement Letter

# PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
One North Wacker
Chicago, IL 60606
Telephone (312) 298 2000
Facsimile (312) 298 2001
pwc.com

**Amendment # 1 to Existing Engagement Letter**

October 19, 2010

Mr. William A. Osborn
Director, Audit Committee Chair of Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Dear Mr. Osborn:

This letter reflects our agreement to amend our engagement letter of May 5, 2010 with Tribune Company (the "Company") in the following respects. Incremental services performed to assess the conclusions reached in the report filed with the Bankruptcy Court by Kenneth H. Klee, Examiner.

As discussed and as a result of this change, our incremental fee will be based on the time required by our professionals to complete the additional services. Our fees for these services will be based on the following agreed upon hourly rates:

| Personnel | Hourly Billing Rate |
|---|---|
| Partner | $650 |
| Director/Senior Manager | $450 |

All other provisions of our engagement letter of May 5, 2010 with the Company remain unchanged.

If you have any questions regarding this amendment, please discuss them with William T. England at (312) 298-2808. If the services and terms outlined in this amendment to the engagement letter are acceptable, please sign one copy of this amendment in the space provided and return it to me. You may return the signed copy by hand, mail, air courier or by facsimile to my attention at (312) 298-6842, or attached to an email as a pdf, jpeg or similar file type sent to me at william.t.england@us.pwc.com.

Very truly yours,

*PricewaterhouseCoopers LLP*
PricewaterhouseCoopers LLP



The services and terms as set forth in this letter are agreed to.

Tribune Company by and through its Audit Committee

By: _____
William A. Osborn
Audit Committee Chair

10/15/10
(Date)