# EXHIBIT H

## Fixed Fee Compensation Chart

| Total Fixed Fee for 2008 Audit: $2,615,000[1] | Hours Incurred in Connection with Audit: | Portion of Fixed Fee Requested: | Remaining Portion of Fixed Fee: |
|---|---|---|---|
| Prepetition Payments | NA | $1,200,000 | $1,415,000 |
| First Interim Fee Application [Dkt. Entry No. 1805] | 2,563.10 | $605,000 | $810,000 |
| Second Interim Fee Application [Dkt. Entry No. 1806] | 802.30 | $110,000 | $700,000 |
| Third Interim Fee Application [Dkt. Entry No. 2376] | 944.50 | $325,000 | $375,000 |
| Fourth Interim Fee Application [Dkt. Entry No. 3129] | NA | NA | NA |
| Fifth Interim Fee Application [Dkt. Entry No. 4069] | 1,713 | $375,000 | $0.00 |
| Amended Sixth Interim Fee Application [Dkt. Entry No. 5050] | NA | NA | NA |
| Seventh Interim Fee Application [Dkt. Entry No. 5989] | NA | NA | NA |
| Amended Eighth Interim Fee Application [Dkt. Entry No. 7462] | NA | NA | NA |

---

[1] The fixed fees relating to the 2008 Consolidated Audit are set forth in (i) the 2008 Consolidated Audit Engagement Letters, (ii) Amendment 1 to 2008 Consolidated Audit Engagement Letters, and (iii) Amendment 2 to 2008 Consolidated Audit Engagement Letters.

| Total Fixed Fee for 2009 Audit: $1,750,000[2] | Hours Incurred in Connection with Audit: | Portion of Fixed Fee Requested: | Remaining Portion of Fixed Fee: |
|---|---|---|---|
| First Interim Fee Application [Dkt. Entry No. 1805] | NA | NA | NA |
| Second Interim Fee Application [Dkt. Entry No. 1806] | 378.40 | $95,000 | $1,655,000 |
| Third Interim Fee Application [Dkt. Entry No. 2376] | 835.40 | $230,000 | $1,425,000 |
| Fourth Interim Fee Application [Dkt. Entry No. 3129] | 1,437.30 | $343,000 | $1,082,000 |
| Fifth Interim Fee Application [Dkt. Entry No. 4069] | 2,094.40 | $531,000 | $551,000 |
| Amended Sixth Interim Fee Application [Dkt. Entry No. 6666] | 2,378.70 | $569,000 | ($18,000[3]) |
| Seventh Interim Fee Application [Dkt. Entry No. 5989] | 95.90 | $0 | $0 |
| Amended Eighth Interim Fee Application [Dkt. Entry No. 7462] | NA | ($18,000) | $0 |

---

[2]   The fixed fees relating to the 2009 Consolidated Audit are set forth in (i) the 2009 Consolidated Audit Engagement Letter, and (ii) Amendment 1 to 2009 Consolidated Audit Engagement Letter.

[3]   Due to a mathematical error identified within PwC's Twelfth Monthly Fee Application relating to the 2009 Consolidated Audit, PwC is crediting the Debtors in the amount of $18,000.00. Therefore, PwC has reduced the total amount of compensation sought in its Eighth Interim Fee Application to credit the Debtors for this inadvertent error.

DB1/66305763.1

| Total Fixed Fee for 2010 Audit: $1,400,000[4] | Hours Incurred in Connection with Audit: | Portion of Fixed Fee Requested: | Remaining Portion of Fixed Fee: |
|---|---|---|---|
| First Interim Fee Application [Dkt. Entry No. 1805] | NA | NA | NA |
| Second Interim Fee Application [Dkt. Entry No. 1806] | NA | NA | NA |
| Third Interim Fee Application [Dkt. Entry No. 2376] | NA | NA | NA |
| Fourth Interim Fee Application [Dkt. Entry No. 3129] | NA | NA | NA |
| Fifth Interim Fee Application [Dkt. Entry No. 4069] | NA | NA | NA |
| Amended Sixth Interim Fee Application [Dkt. Entry No. 5050] | 299.20 | $74,537 | $1,325,463 |
| Seventh Interim Fee Application [Dkt. Entry No. 5989] | 940 | $405,000 | $920,463 |
| Amended Eighth Interim Fee Application [Dkt. Entry No. 7462] | 2,011 | $500,000 | $420,463 |

---

[4] The fixed fee relating to the 2010 Consolidated Audit are set forth in the 2010 Consolidated Audit Engagement Letter.

DB1/66305763.1