# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES FROM
## SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner<br>First Amendment Litigation<br>Admitted 1992 | $425.00 | 11.50 | $4,887.50 |
| Jay Ward Brown | Partner<br>First Amendment Litigation<br>Admitted 1992 | $425.00 | 11.20 | $4,760.00 |
| Thomas B. Kelley | Partner<br>First Amendment Litigation<br>Admitted 1972 | $425.00 | 154.50 | $65,662.50 |
| Lee Levine | Partner<br>First Amendment Litigation<br>Admitted 1980 | $425.00 | 3.60 | $1,530.00 |
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $425.00 | 1.20 | $510.00 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $425.00 | 435.20 | $184,960.00 |
| Jeanette Melendez Bead | Partner<br>First Amendment Litigation<br>Admitted 1998 | $400.00 | 221.30 | $88,520.00 |
| Chad R. Bowman | Associate<br>First Amendment Litigation<br>Admitted 2003 | $340.00 | 306.50 | $104,210.00 |
| John B. O'Keefe | Associate<br>First Amendment Litigation<br>Admitted 2005 | $320.00 | 3.10 | $992.00 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Shaina D. Jones | Associate<br>First Amendment Litigation<br>Admitted 2009 | $285.00 | 121.10 | $34,513.50 |
| Kathleen Cullinan | Law Clerk<br>First Amendment Litigation<br>N/A | $190.00 | 6.30 | $1,197.00 |
| Lucas J. Tanglen | Law Clerk<br>First Amendment Litigation<br>N/A | $190.00 | 7.50 | $1,425.00 |
| Matthew E. Kelley | Law Clerk<br>First Amendment Litigation<br>N/A | $190.00 | 1.80 | $342.00 |
| Jennifer Pinkerton-Burke | Paralegal<br>First Amendment Litigation<br>N/A | $190.00 | 47.10 | $8,949.00 |
| **TOTALS** | | | 1,331.90 | $502,458.50 |
| **BLENDED RATE** | | | | $377.25 |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune- General | .20 | $85.00 |
| Baltimore Sun- General Newsroom | 5.00 | $2,125.00 |
| Tribune-Phillips | 3.60 | $1,530.00 |
| Baltimore Sun- Robert Henke v. | .40 | $170.00 |
| Baltimore Sun- Ivan J. Bates v. | 1,270.90 | $480,243.00 |
| Hartford Courant- Journal Publ. v. | 1.20 | $510.00 |
| Tribune-Bankruptcy Fee Application | 31.60 | $10,812.50 |
| Tribune- The Jeffersonian | 19.00 | $6,983.00 |
| **TOTALS** | 1,331.90 | $502,458.50 |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD
## SEPTEMBER 1, 2010 THROUGH NOVEMEBER 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Litigation Support Services | Expedited Courier Group, courier services | $4,856.10 |
|  | Investigative services | $77.00 |
| Filing Fees |  | $25.00 |
| Research Materials |  | $24.94 |
| Service of Process |  | $1,251.50 |
| Delivery Fees | Expedited Courier Group | $117.83 |
| Off-Site Copying Service | Sequential, Inc. | $868.39 |
| Expert Witness Retainer Fee |  | $1,000.00 |
| Expert Witness Services | Kramon & Graham, P.A. | $7,262.60 |
|  | Consulting expert | $200.00 |
|  | Richard A. Intner, expert | $2,000.00 |
| Hearing Transcripts |  | $868.50 |
| Deposition Transcripts | Esquire Deposition Solutions | $12,353.61 |
| Videotaped Deposition | Esquire Deposition Solutions | $6,030.93 |
| Trial Consulting Fees | Jury Services, Inc. | $25,000.00 |
| Travel | Nathan Siegel to Baltimore, MD | $606.46 |
|  | Laura Leitner to Allentown, PA | $188.87 |
|  | Chad Bowman and Jeanette Melendez Bead to Baltimore, MD | $415.50 |
| **TOTALS** |  | $63,147.23 |