# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 10/14/2010 | Tribune Company | Newcomb, Eliza Grey Schacherer | 2.7 | $481.25 | Complete daily social media monitoring, develop report for G. Weitman |
| 10/25/2010 | Tribune Company | Denison, Rebecca | 2.5 | $437.50 | 1.8 – Catch up on the weekend social media coverage, write the morning report; 0.7 - afternoon report |
| 10/26/2010 | Tribune Company | Denison, Rebecca | 2 | $350.00 | 1.3 - writing morning report and catching up on coverage from the evening; 0.7 - afternoon report |
| 10/27/2010 | Tribune Company | Denison, Rebecca | 1.5 | $262.50 | 1.0 - writing morning report; 0.5 - writing afternoon report |
| 10/28/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Respond to requests for additional detail from fee examiner for January and February time entries. |
| 11/1/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Briefing call with Gary Weitman re: executive changes, competing plans of reorg .50 |
| 11/2/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Review new coverage of litigation, completing plans of reorg, discuss with Gary Weitman .5 |
| 11/29/2010 | Tribune Company | Zilka, Jeffrey R. | 0.8 | $525.00 | Review October billing notes .3 Call with Gary Weitman re: hearing on four plans of reorg .2 Read coverage .3 |
| | | TOTAL | 11 | 3,106.25 | |

2