# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:** February 1, 2011 at 4:00 p.m.<br>**Hearing Date:** TBD [Pursuant to Interim Compensation<br>Order (Docket No. 225) only if objections are received] |

## NOTICE OF FIRST INTERIM FEE APPLICATION OF JONES DAY FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED ON BEHALF OF THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF TRIBUNE COMPANY FOR THE PERIOD FROM AUGUST 22, 2010 THROUGH NOVEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors in possession |
| Date of Retention: | September 15, 2010 (*nunc pro tunc* to August 22, 2010) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CHI-1787669v2

| | |
|---|---|
| Period for which compensation and reimbursement is sought: | August 22, 2010 Through November 30, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,132,610.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $24,894.82 |

This is an:  _X_ interim  ____ final application

The total time expended for fee application preparation is approximately <u>65.70</u> hours and the corresponding compensation requested is approximately <u>$24,377.50</u>.

**PROFESSIONAL SERVICES RENDERED BY JONES DAY ON BEHALF
OF THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS
OF TRIBUNE COMPANY FOR THE PERIOD FROM
AUGUST 22, 2010 THROUGH NOVEMBER 30, 2010**

| NAME OF PROFESSIONAL | YEAR ADMITTED | DEPT. | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **PARTNERS & COUNSEL:** | | | | | |
| T F Cullen Jr | 1974 | TP | $875.00 | 39.60 | $34,650.00 |
| B B Erens | 1991 | B | $775.00 | 375.80 | $291,245.00 |
| B B Erens | 1991 | B | $387.50 | 38.60 | $14,957.50 |
| D G Heiman | 1971 | B | $900.00 | 342.50 | $308,250.00 |
| D G Heiman | 1971 | B | $450.00 | 46.50 | $20,925.00 |
| E C Kitslaar | 1982 | M&A | $725.00 | 76.00 | $55,100.00 |
| J W Montgomery III | 1972 | IR | $775.00 | 9.70 | $7,517.50 |
| E A Purnell | 1990 | T | $675.00 | 4.80 | $3,240.00 |
| F E Sherman | 1969 | TP | $800.00 | 82.90 | $66,320.00 |
| F E Sherman | 1969 | TP | $400.00 | 2.00 | $800.00 |
| **Total Partners & Counsel** | | | | **1,018.40** | **$803,005.00** |

| NAME OF PROFESSIONAL | YEAR ADMITTED | DEPT. | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **ASSOCIATES:** | | | | | |
| D N Chi | 2007 | B | $400.00 | 27.70 | $11,080.00 |
| D A Hall | 2003 | B | $525.00 | 257.30 | $135,082.50 |
| T Hoffman | 2003 | B | $525.00 | 126.40 | $66,360.00 |
| L M Marvin | 2004 | TP | $475.00 | 51.70 | $24,557.50 |
| A M Rabinowitz | 2009 | TP | $325.00 | 40.30 | $13,097.50 |
| A R Schaeffer | 2003 | M&A | $475.00 | 26.90 | $12,777.50 |
| D B Shafer | 2008 | B | $375.00 | 106.10 | $39,787.50 |
| **Total Associates** | | | | **636.40** | **$302,742.50** |

| NAME OF PROFESSIONAL | YEAR ADMITTED | DEPT. | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **STAFF ATTORNEYS, PARAPROFESSIONALS AND LEGAL SUPPORT** | | | | | |
| L C Fischer | 1996 | SA | $275.00 | 53.90 | $14,822.50 |
| M E Hemann | N/A | LSupp | $200.00 | 44.70 | $8,940.00 |
| A K Sobczak | N/A | LSupp | $250.00 | 12.40 | $3,100.00 |
| **Total Staff Attorneys, Paraprofessionals & Legal Support** | | | | **111.00** | **$26,862.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners & Counsel | $788.50 | 1,018.40 | $803,005.00 |
| Associates | $475.71 | 636.40 | $302,742.50 |
| Staff Attorneys, Paraprofessionals & Legal Support | $242.00 | 111.00 | $26,862.50 |
| **Total** | **$641.41** | **1,765.80** | **$1,132,610.00** |

B = Business Restructuring and Reorganization; IR = Insurance Recovery; LSupp = Legal Support;
M&A  = Mergers & Acquisitions; SA = Staff Attorney; T = Tax; TP = Trial Practice;

**SUMMARY OF SERVICES BY CASE MATTER FOR SERVICES
RENDERED BY JONES DAY ON BEHALF OF THE SPECIAL COMMITTEE
OF THE BOARD OF DIRECTORS OF TRIBUNE FOR THE PERIOD FROM
AUGUST 22, 2010 THROUGH NOVEMBER 30, 2010**

| MATTER NAME | HOURS | AMOUNT |
|---|---|---|
| Plan of Reorganization Matters | 1,031.50 | $714,042.50 |
| Committee Matters/Meetings | 114.00 | $83,565.00 |
| Court Hearings | 47.90 | $35,117.50 |
| Employee Issues | 12.50 | $9,687.50 |
| Fee Applications/Retention Preparation | 200.20 | $74,927.50 |
| Bankruptcy Travel | 87.10 | $36,682.50 |
| Corporate Matters | 35.30 | $22,860.00 |
| Litigation Matters | 237.30 | $155,727.50 |
| **Total** | **1,765.80** | **$1,132,610.00** |

**ACTUAL AND NECESSARY DISBURSEMENTS INCURRED
BY JONES DAY ON BEHALF OF THE SPECIAL COMMITTEE OF
THE BOARD OF DIRECTORS OF TRIBUNE COMPANY FOR THE
PERIOD FROM AUGUST 22, 2010 THROUGH NOVEMBER 30, 2010**

| DISBURSEMENT | AMOUNT |
|---|---|
| Computerized Research Services | $57.60 |
| Conference Charges | $233.76 |
| Court Costs | $51.00 |
| Court Reporter Fees | $2,382.00 |
| Document Reproduction Charges | $374.90 |
| Federal Express Charges | $270.79 |
| Lexis Search Fees | $1,452.77 |
| Local Transportation | $281.00 |
| Long Distance | $113.45 |
| Miscellaneous Expenses | $163.40 |
| Postage Charges | $1.39 |
| Printing Charges | $44.00 |
| Supplies Expenses | $14.38 |
| Travel -Air Fare | $13,023.19 |
| Travel -Food and Beverage Expenses | $1,107.93 |
| Travel -Hotel Charges | $1,914.03 |
| Travel -Other Costs | $426.60 |
| Travel -Parking Expenses | $99.00 |
| Travel -Taxi Charges | $1,985.88 |
| Travel – Train Fare | $118.00 |
| United Parcel Service Charges | $60.17 |
| Video and Electronic Expenses | $466.50 |
| Westlaw Search Fees | $253.08 |
| **Total Disbursements** | **$24,894.82** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[2] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**Objection Deadline: February 1, 2011 at 4:00 p.m.**
**Hearing Date: TBD [Pursuant to Interim Compensation Order (Docket No. 225) only if objections are received]**

## FIRST INTERIM FEE APPLICATION OF JONES DAY FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED ON BEHALF OF THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF TRIBUNE COMPANY FOR THE PERIOD FROM AUGUST 22, 2010 THROUGH NOVEMBER 30, 2010

Jones Day, counsel to the special committee (the "Special Committee") of the

Board of Directors of Debtor Tribune Company, pursuant to sections 327(e) and 1107 of title 11

of the United States Code (the "Bankruptcy Code"), hereby makes its first interim fee application

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

(the "Interim Fee Application") for allowance of compensation of $1,132,610.00 and

reimbursement of expenses of $24,894.82 for the period from August 22, 2010 through

November 30, 2010 (the "Compensation Period") in accordance with the Court's Administrative

Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals [Docket No. 225] (the "Interim Compensation Order") and the Order Appointing

Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of

Expenses for Professionals and Consideration of Fee Applications [Docket No. 546] (the "Fee

Examiner Order").  In support of this Interim Fee Application, Jones Day respectfully represents

as follows:

### Background

1.      On December 8, 2008 (the "Petition Date"), the Debtors each filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code.  An additional Debtor,

Tribune CNLBC, LLC, filed a voluntary petition for relief under chapter 11 of the Bankruptcy

Code on October 12, 2009.  On December 10, 2008 and October 14, 2009, the Bankruptcy Court

entered orders consolidating the Debtors' chapter 11 cases for procedural purposes only.  The

Debtors have continued in possession of their respective properties and have continued to

operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.      On August 30, 2010, the Debtors filed their Application for an Order

Authorizing the Retention of Jones Day as Special Counsel for the Special Committee of Tribune

Company's Board of Directors Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to

August 22, 2010 [Docket No. 5562] (the "Retention Application"), which sought authority for

the Special Committee to retain and employ Jones Day as counsel in these chapter 11 cases.  By

order dated September 15, 2010 [Docket No. 5704] (the "Retention Order"), the Retention

Application was granted *nunc pro tunc* to August 22, 2010.[3]

**Relief Requested**

3.    Pursuant to the Interim Compensation Order and section 331 of the

Bankruptcy Code, Jones Day seeks interim approval and allowance of compensation in the

amount of $1,132,610.00  for professional services rendered, and reimbursement of actual and

necessary expenses incurred in the amount of $24,894.82, during the interim period from August

22, 2010 through November 30, 2010, as detailed in the chart below.

| | | Total Amount Requested for Compensation Period | | Fees & Expenses Paid | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed and Docket No. | Period Covered | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 11/2/10 Docket No. 6224 | 8/22/10 ~ 9/30/10 | $555,956.25 | $3,139.37 | $444,765.00 | $3,139.37 | $111,191.25 |
| 11/30/10 Docket No. 6661 | 10/1/10 ~ 10/31/10 | $383,466.25 | $10,012.43 | $306,773.00 | $10,012.43 | $76,693.25 |
| 1/3/11 Docket No. 7361 | 11/1/10 ~ 11/30/10 | $193,187.50 | $11,743.02 | *Pending* | *Pending* | $38,637.50 |
| **Total:** | | **$1,132,610.00** | **$24,894.82** | **$751,538.00** | **$13,151.80** | **$226,522.00** |

**Notice**

4.    Jones Day has served this Interim Fee Application on (i) the United States

Trustee for the District of Delaware; (ii) counsel to Barclays Bank PLC in its capacity as Lender,

Funding Agent and Administrative Agent; (iii) counsel to the Official Committee of Unsecured

Creditors; (iv) counsel to JPMorgan Chase Bank in its capacity as Administrative Agent for

---

[3]    Pursuant to this Court's order dated March 10, 2009 [Docket No. 501] Jones Day was also retained by the Debtors as special counsel in these chapter 11 cases in connection with certain antitrust regulatory matters. This Interim Fee Application is made solely with respect to Jones Day's retention in connection with matters relating to the Special Committee.  Separate fee applications will be filed with respect to Jones Day's retention by the Debtors in connection with antitrust regulatory matters.

Prepetition Lenders; and (v) the fee examiner appointed by the Fee Examiner Order. Any objections to this Interim Fee Application must be in writing and filed with the Court and served upon (i) Jones Day: 77 W. Wacker, Chicago, IL 60601, attn: Brad B. Erens; (ii) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, attn: Kenneth P. Kansa; and Cole, Schotz, Meisel, Forman, & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, attn: J. Kate Stickles; (iii) co-counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent and Administrative Agent: Mayer Brown LLP, 1675 Broadway, New York, New York 10019 attn: Brian Trust; and Edwards, Angell, Palmer & Dodge, 919 North Market Street, Suite 1500, attn: Stuart M. Brown; (iv) co-counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk, & Wardwell, LLP, 450 Lexington Avenue, New York, NY 10017; and Richards, Layton & Finger, P.A., 920 King Street, P.O. Box 551, attn: Mark Collins; (v) co-counsel to the Official Committee of Unsecured Creditors: Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, attn: Howard Seife; and Landis, Rath & Cobb LLP, 919 Market Street, Ste. 1800, Wilmington, Delaware 19801, attn: Adam G. Landis; and (vi) the Office of the United States Trustee for the District of Delaware: J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Lockbox 35, Wilmington, Delaware 19801, attn: David M. Klauder, so as to be received no later than 20 days after the date of service of the Interim Fee Application.

WHEREFORE, Jones Day respectfully requests that the Court, in accordance with the Interim Compensation Order: (i) allow compensation of $1,132,610.00 for services rendered in connection with these chapter 11 cases during the Compensation Period; (ii) allow reimbursement of expenses incurred during the Compensation Period of $24,894.82; (iii) direct payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Interim Compensation Order; and (iv) grant such other and further relief as the Court may deem proper.

Dated: January 12, 2011

By: _____
    David G. Heiman
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114-1190
    (216) 586-3939 (Telephone)
    (216) 579-0212 (Facsimile)

    – and –

    Brad B. Erens
    David A. Hall
    77 West Wacker
    Chicago IL 60601-1692
    (312) 782-3939 (Telephone)
    (312) 782-8585 (Facsimile)

    ATTORNEYS FOR THE SPECIAL COMMITTEE