IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.,*<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br>**Objection Date: February 1, 2011 at 4:00 p.m.**<br>**Hearing Date: TBD**<br>**Related to Docket Nos. 6224, 6661 and 7361** |

## NOTICE OF FIRST INTERIM FEE APPLICATION

| | | |
|---|---|---|
| David M. Klauder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Stuart M. Brown, Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Barclays Bank PLC) | Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Counsel to Debtors) | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel to Creditors' Committee) | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | John L. Decker, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO 63044<br>(Fee Auditor) |

All Parties on 2002 Service List

　　　　PLEASE TAKE NOTICE that on January 12, 2011, Jones Day filed the **First Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses for Services Preformed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from August 22, 2010 through November 30, 2010** (the "Interim Application"), which seeks approval of an interim fee application for professional services rendered to the Debtors in the amount of $1,132,610.00, together with reimbursement of disbursements in the amount of $24,894.82.

　　　　You are required to file a response, if any, to the Interim Application on or before **February 1, 2011 at 4:00 p.m.** (Eastern Time).

46429/0001-7140645v4

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on February 1, 2011**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com | Kenneth Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL 60603<br>kkansa@sidley.com | Philip A. Proger, Esquire<br>**JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113 |

A HEARING ON THE INTERIM APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE INTERIM APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 12, 2011

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7140645v4