IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered) |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 6, 2011, Movants James Allen, Charles Evans, Pearl Evans, Gary Grant, Loretta Grant, Bill McNair and Sean Serrao served upon the other parties to the contested matter arising from their Motion for Class Certification and Class Treatment of Movants' Class Proof of Claim their *Response to the Debtor's First Request for Production of Documents* by serving copies of same via electronic mail and first class mail upon the following persons:

Edward Cerasia II
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY  10018

J. Kate Stickles
Cole, Schotz, Meisel Forman & Leonard, P.A.
500 Delaware Avene, Suite 1401
Wilmington, DE  19801

Kevin T. Lantry
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Dated: January 12, 2011
         Wilmington, Delaware

Respectfully submitted,

PINCKNEY, HARRIS & WEIDINGER, LLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Donna Harris (DE No. 3740)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile

-and-

Michael D. Palmer*
Charles Joseph*
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
233 Broadway, 5th Floor
New York, New York 10279
Tel: (212) 688-5640
Fax: (212) 688-2548
mpalmer@jhllp.com
*Admitted pro hac vice

*Attorneys for Claimants*