**Exhibit D**

**Form of Exchange Notice**

## EXCHANGE NOTICE

Deutsche Bank Trust Company Americas
60 Wall Street, 27th Floor, Mailstop: NYC 60-2710
New York, New York 10005
Attention: Trust and Securities Services

> Re: Tribune Company – Exchangeable Subordinated Debentures due 2029 (the "PHONES") CUSIP: 896047305

Ladies and Gentleman:

1. By delivering this Exchange Notice the undersigned hereby acknowledges and agrees that the undersigned has read the Exchange Procedures attached hereto which, to the extent such Exchange Procedures modify the procedures contained in the PHONES, shall supersede and replace the procedures set forth in the PHONES.

2. Please accept this letter as authorization to exchange the number of PHONES provided below for an amount of cash equal to the percentage of the exchange market value of the reference shares attributable to the PHONES (the "Exchange"). Complete information related to the PHONES to be exchanged is provided below.

| | |
|---|---|
| Number of PHONES to be Exchanged: | _____ |
| Brokerage Firm: | _____ |
| Broker Name: | _____ |
| DTC Participant Number: | _____ |
| Wire Instructions: | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| Tax ID Number | _____ |

3. A withdrawal has been submitted to The Depository Trust Company Deposit/Withdrawal At Custodian System (the "DWAC System") and Deutsche Bank Trust Company Americas, as trustee under the indenture relating to the PHONES (the "Trustee"), is hereby authorized to withdraw the PHONES listed above as of the date hereof pending exchange of such PHONES and the Trustee is hereby instructed to cancel the PHONES listed above upon consummation of the Exchange.

Regards,

[Name]

WTC0000090

## EXCHANGE PROCEDURES

Duetsche Bank Trust Company Americas, the Company and each holder of PHONES tendering PHONES for exchange pursuant to an Exchange Notice have agreed to the following modifications to the exchange procedures set forth in the PHONES (capitalized terms used and not defined herein shall have the meanings assigned thereto in the PHONES):

- Holder will send Trustee an Exchange Notice and submit the PHONES to be exchanged through the DWAC System for withdrawal by the Trustee; Trustee will accept DWAC and take possession of the PHONES tendered for Exchange (such date, the "Exchange Date")

- Trustee will notify the Company of Exchange by delivering the Exchange Notice and acknowledging that the Trustee has taken possession of the PHONES tendered for Exchange by 12:00 pm on the Business Day following the Exchange Date

- Company will pay amounts owed to tendering Holder(s) on the Exchange Payment Date directly to the Holder(s)

The following exchange procedures are as set forth in the PHONES and are included herein for ease of reference:

- If Exchange Notices relating to more than 500,000 PHONES have been delivered on any Exchange Date, the Trustee shall notify the Company by 6:00 pm New York City time on the Exchange Date and the Company will give notice of such fact by issuing a press release prior to 9:00 am New York City time on the next Trading Day, to be provided to DTC for dissemination and by providing such notice to the Trustee

- Company will deliver an Officers' Certificate to Trustee no later than 1 Business Day after the Trading Day following the Exchange Date; provided, however, if Exchange Notices relating to more than 500,000 PHONES have been delivered on any Exchange Date, the Company will deliver an Officers' Certificate no later than 1 Business Day after the 5th Trading Day following the Exchange Date

- The Officers' Certificate shall set forth the amount to be paid to the tendering Holder(s) and the Exchange Payment Date

- Based on the Officers' Certificate, Trustee will provide the Exchange Payment Date and amount to the Holder(s)

On the Exchange Payment Date (no later than 10 Trading Days following Exchange Date):

- Trustee will cancel the tendered PHONES in the Trustee's possession

WTC0000091