IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | ) ) ) | Case No. 08-13141 (KJC) |
| Debtors. | ) ) | Jointly Administered |

## CERIFICATE OF SERVICE

      I, Michael W. Yurkewicz, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on this 13th day of January 2011, I caused to be served a copy of the **Response of SuttonBrook Capital Management LP to Wilmington Trust Company's Motion for (I) Estimation of the Phones Claims and (II) Classification of Phones Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 7352]** upon the parties listed on the attached service list via First Class Mail.

                                                   */s/ Michael W. Yurkewicz*
                                                   Michael W. Yurkewicz (DE Bar No. 4165)

PHIL1 1344373-1

## SERVICE LIST

**Via First Class Mail**

David M. Klauder, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Norman L. Pernick, Esquire
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

William D. Sullivan, Esquire
Elihu E. Allinson, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
Katherin S. Bromberg, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036