# EXHIBIT A

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

DECEMBER 31, 2010
INVOICE # 9186002

**FEE APPLICATION**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2010 | | $ 290.00 |
| DISBURSEMENTS | | $0.00 |
| | TOTAL INVOICE | $ 290.00 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9186002

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

FEE APPLICATION — MATTER NUMBER -10164

| | | | | |
|---|---|---|---|---|
| 11/2/2010 | LSR | 0.20 | { L210 } {A103} Drafted email to Fee Examiner re Jenner's Seventh Quarterly Fee Application. | 74.00 |
| 11/22/2010 | DAS | 0.40 | { L210 } {A104} Reviewed recent invoices to prepare same for filing with court. | 216.00 |
| | | 0.60 | PROFESSIONAL SERVICES | $ 290.00 |

**INVOICE TOTAL** **$ 290.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DOUGLAS A. SONDGEROTH | | .40 | 540.00 | 216.00 |
| LANDON S. RAIFORD | | .20 | 370.00 | 74.00 |
| | TOTAL | 0.60 | | $ 290.00 |

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10130

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

DECEMBER 31, 2010
INVOICE # 9185999

**ESOP/STAY ISSUES**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2010 | | $6,863.50 |
| DISBURSEMENTS | | $ 21.14 |
| | TOTAL INVOICE | $6,884.64 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9185999

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

ESOP/STAY ISSUES MATTER NUMBER -10130

| | | | | |
|---|---|---|---|---|
| 11/9/2010 | WLS | 0.50 | { L190 } {A103} Worked on tax implications of ruling [REDACTED]. | 425.00 |
| 11/9/2010 | DJB | 1.20 | { L190 } {A107} Telephone conference with [REDACTED] re Neil ruling and issues re bankruptcy (.5); telephone conference with D. Liebentritt re same (.5); e-mail to W. Scogland re issues related to ruling (.2). | 1,110.00 |
| 11/10/2010 | WLS | 2.50 | { L190 } {A104} Studied Judge Pallmeyer's opinion and documents (1.0); performed research and prepared communication to D. Bradford re tax implications of ruling (1.0); conferred with D. Sondgeroth and A. Amert re same (.5). | 2,125.00 |
| 11/12/2010 | WLS | 1.00 | { L190 } {A104} Advised on additional potential tax implications of opinion. | 850.00 |
| 11/12/2010 | DJB | 0.50 | { L190 } {A107} E-mails to [REDACTED] re [REDACTED] re Neil (.2); e-mails with [REDACTED] re consequences to Tribune tax issues from Neil ruling (.3). | 462.50 |
| 11/14/2010 | DJB | 0.50 | { L190 } {A107} E-mail [REDACTED] re Neil (.1); e-mail to D. Liebentritt re same (.1); reviewed [REDACTED] for same (.3). | 462.50 |

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/15/2010 | AAM | 1.00 | { L140 } {A110} Corresponded with S. McGee re Neil v. Zell [redacted] (.2); conducted analysis [redacted] (.7); advised S. McGee re same (.1). | 235.00 |
| 11/16/2010 | AAM | 0.80 | { L140 } {A110} Prepared comparison of production directories in Niel v. Zell hard drive to previously received production (.7); corresponded with S. McGee re preparing hard drive contents for review (.1) | 188.00 |
| 11/17/2010 | AAM | 0.30 | { L140 } {A110} Corresponded with S. McGee re [redacted]. | 70.50 |
| 11/22/2010 | PXR | 3.00 | { L140 } {A110} Gathered, organized and assembled correspondence binder. | 510.00 |
| 11/23/2010 | WLS | 0.50 | { L190 } {A104} Studied and commented on [redacted] memorandum re [redacted] for Tribune. | 425.00 |
| | | 11.80 | PROFESSIONAL SERVICES | 6,863.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/5/2010 | Pacer Charges | 8.64 |
| 10/5/2010 | Pacer Charges | 2.40 |
| 11/22/2010 | Photocopy Expense | 10.10 |
| | TOTAL DISBURSEMENTS | $ 21.14 |

**INVOICE TOTAL** **$6,884.64**

Page 3

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 2.20 | 925.00 | 2,035.00 |
| WILLIAM L. SCOGLAND | | 4.50 | 850.00 | 3,825.00 |
| ANTHONY A. MOELLER | | 2.10 | 235.00 | 493.50 |
| PANAGIOTA RAMOS | | 3.00 | 170.00 | 510.00 |
| | TOTAL | 11.80 | | $6,863.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

DECEMBER 31, 2010
INVOICE # 9186000

**DOL SUBPOENA**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2010 | | $3,139.50 |
| DISBURSEMENTS | | $- 654.40 |
| | TOTAL INVOICE | $2,485.10 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9186000

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

DOL SUBPOENA — MATTER NUMBER -10148

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/15/2010 | DJB | 0.50 | { L190 } {A104} Reviewed Department of Labor request (.2); telephone conference with D. Sondgeroth re same (.2); e-mail re same (.1). | 462.50 |
| 11/15/2010 | DAS | 0.20 | { L210 } {A108} Reviewed communications from [redacted] and discussed same with D. Bradford. | 108.00 |
| 11/16/2010 | DAS | 1.00 | { L210 } {A108} Reviewed previous correspondence with DOL to respond to new inquiry from same (.3); communicated with D. Bradford and [redacted] re same (.5); communicated with DOL to respond to inquiry (.2). | 540.00 |
| 11/16/2010 | WLS | 0.30 | { L190 } {A105} Studied [redacted] (.2); conferred with D. Sondgeroth re same (.1). | 255.00 |
| 11/17/2010 | DJB | 0.20 | { L190 } {A104} [redacted]. | 185.00 |
| 11/17/2010 | DAS | 0.90 | { L210 } {A104} Reviewed [redacted] and drafted suggested edits to [redacted] (.7); discussed same with D. Bradford (.2). | 486.00 |
| 11/18/2010 | DJB | 0.20 | { L190 } {A106} Telephone conference with [redacted] re Department of Labor issues. | 185.00 |
| 11/19/2010 | DAS | 0.60 | { L210 } {A106} Reviewed correspondence from [redacted] and prepared [redacted]. | 324.00 |

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/22/2010 | DAS | 0.60 | { L210 } {A106} Communicated with [redacted] . | 324.00 |
| 11/23/2010 | DAS | 0.50 | { L210 } {A106} Telephone conference with [redacted] re issues related [redacted] and discussed same with D. Bradford. | 270.00 |
| | | 5.00 | PROFESSIONAL SERVICES | $3,139.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 7/31/2010 | Out of Town Travel, D. Bradford, 6/24/10, Washington, D.C. (Refund of Airfare) | (654.40) |
| | TOTAL DISBURSEMENTS | ($ 654.40) |

**INVOICE TOTAL** **$2,485.10**

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | .90 | 925.00 | 832.50 |
| WILLIAM L. SCOGLAND | | .30 | 850.00 | 255.00 |
| DOUGLAS A. SONDGEROTH | | 3.80 | 540.00 | 2,052.00 |
| | TOTAL | 5.00 | | $3,139.50 |

# EXHIBIT B

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Out of Town Travel | -654.40 |
| Pacer Charges | 16.00 |
| Photocopy and Related Expense | 205.50 |
| **Total** | **-432.90** |

Page 1

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9185997

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

GENERAL MATTERS

MATTER NUMBER -10113

**DISBURSEMENTS**

| | | |
|---|---|---|
| 11/29/2010 | Photocopy Expense | 2.70 |
| 11/30/2010 | Photocopy Expense | 153.50 |
| | TOTAL DISBURSEMENTS | $ 156.20 |

**INVOICE TOTAL** **$ 156.20**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

Page 1

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9186003

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

MORGAN STANLEY SWAP

MATTER NUMBER -10180

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 10/5/2010 | Pacer Charges | 4.80 |
| 10/5/2010 | Pacer Charges | .16 |
| 11/1/2010 | Photocopy Expense | 22.40 |
| 11/2/2010 | Photocopy Expense | 16.80 |
| | TOTAL DISBURSEMENTS | $ 44.16 |

**INVOICE TOTAL** **$ 44.16**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

Page 1

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9185999

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

ESOP/STAY ISSUES

MATTER NUMBER -10130

**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/5/2010 | Pacer Charges | 8.64 |
| 10/5/2010 | Pacer Charges | 2.40 |
| 11/22/2010 | Photocopy Expense | 10.10 |
| | TOTAL DISBURSEMENTS | $ 21.14 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

Page 1

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9186000

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

DOL SUBPOENA

MATTER NUMBER -10148

**DISBURSEMENTS**

| | | |
|---|---|---|
| 7/31/2010 | Out of Town Travel, D. Bradford, 6/24/10, Washington, D.C. (Refund of Airfare) | (654.40) |
| | TOTAL DISBURSEMENTS | ($ 654.40) |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554