# EXHIBIT A



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

December 31, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:275946
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2010.

By Graeme W. Bush
   73.40  hours at  $765.00  per hour      $   56,151.00

By James Sottile
   108.40  hours at  $675.00  per hour      $   73,170.00

By Thomas G. Macauley
   16.40  hours at  $580.00  per hour      $   9,512.00

By P. Andrew Torrez
   86.40  hours at  $550.00  per hour      $   47,520.00

By Andrew N. Goldfarb
   93.40  hours at  $550.00  per hour      $   51,370.00

By Laura E. Neish
   0.40  hours at  $500.00  per hour      $   200.00

By Nathan M. Berman
   0.80  hours at  $450.00  per hour      $   360.00

By Scott A. Hanna
   12.40  hours at  $300.00  per hour      $   3,720.00

By Jay Cohen
   11.00  hours at  $275.00  per hour      $   3,025.00

December 31, 2010                                                                                    Page 2

By Janet M. Braunstein
  0.40  hours at  $275.00  per hour                    $           110.00

By Alexander Ross Smith
  23.00  hours at  $245.00  per hour                   $         5,635.00

By Lisa Medoro
  31.50  hours at  $240.00  per hour                   $         7,560.00

By Ashley M. Moring
  1.70  hours at  $210.00  per hour                     $           357.00

By Kimberley Wilson
  14.10  hours at  $165.00  per hour                   $         2,326.50

By Jeanne Trahan Faubell
  14.10  hours at  $165.00  per hour                   $         2,326.50

By Diana Gillig
  3.00  hours at  $160.00  per hour                     $           480.00

|  |  |
| --- | --- |
| TOTAL FEES | $   263,823.00 |
| TOTAL EXPENSES | $          0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $   263,823.00 |

December 31, 2010                                                                                                         Page 3

DESCRIPTION OF SERVICES                                                              CLIENT: 12464
                                                                                    MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 11/01/10 | 5.60 | Draft, edit, final review of lender complaint and third party complaint and exhibits thereto. |
| 11/01/10 | 0.20 | Teleconferences with H. Neier (Friedman Kaplan) regarding issues on third party complaint. |
| 11/01/10 | 0.50 | Extensive e-mail correspondence with Friedman Kaplan and Akin Gump lawyers (counsel to Aurelius) regarding revisisions to and issues on lender complaint and third party complaint. |
| 11/01/10 | 0.40 | Multiple conferences with A. Goldfarb regarding issues on complaint. |
| 11/01/10 | 0.80 | Meeting with G. Bush and A. Goldfarb and T. Macauley (for part by phone) regarding issues on lender and third party complaints. |
| 11/01/10 | 0.30 | Second meeting with G. Bush and A. Goldfarb regarding issues on complaints and service. |
| 11/01/10 | 1.40 | Participate in conference call with counsel for plan proponents regarding responses. |
| 11/01/10 | 0.20 | Teleconferences with E. Moskowitz (Davis Polk) regarding lender complaint. |
| 11/01/10 | 0.10 | Teleconference with J. Johnston (Hennigan Bennett) regarding lender complaint. |
| 11/02/10 | 0.20 | Edit draft October 10 Committee minutes. |
| 11/02/10 | 0.40 | Participate in call with counsel for plan proponents regarding responses to competing plans. |
| 11/02/10 | 0.70 | Participate in weekly professionals call regarding status of bankruptcy, preference claims, adversary proceedings. |
| 11/02/10 | 0.20 | Teleconference with M. Russano (Davis Polk) regarding Step One Credit Agreement Lenders NY lawsuit. |
| 11/02/10 | 0.10 | Teleconference with K. Lantry (Sidley) regarding issue on MIP plan. |
| 11/02/10 | 2.10 | Begin review/analysis of disclosure statements accompanying other proposed plans and key provisions of plans. |

2864919.1

December 31, 2010                                                                                    Page 4

| 11/02/10 | 0.30 | Edit expert report. |
|---|---|---|
| 11/02/10 | 1.50 | Review Examiner Report and third party complaint to analyze appropriateness of individual Company employees' participation in MIP. |
| 11/02/10 | 0.20 | Teleconference with D. Deutsch and M. Ashley (Chadbourne) regarding appropriateness of individual Company employee's participation in MIP. |
| 11/02/10 | 0.80 | Review/analyze material regarding potential preference claims. |
| 11/03/10 | 0.10 | Teleconference with R. Gayda (Chadbourne) regarding issues with Step One Lenders plan. |
| 11/03/10 | 1.00 | Participate in call with J. Henderson and K. Lantry (Sidley) and D. Deutsch (Chadbourne) regarding issues on preference claims. |
| 11/03/10 | 0.50 | Further work identifying current Tribune employees with issues regarding participation in MIP. |
| 11/03/10 | 0.20 | Teleconference with K. Lantry (Sidley) regarding preference and MIP issues. |
| 11/03/10 | 0.20 | Teleconference with J. Bendernagel (Sidley) and G. Bush regarding next mediation session. |
| 11/03/10 | 1.70 | Review/analyze information regarding potential preference claims and evaluate merits of such claims. |
| 11/03/10 | 1.50 | Further review/analysis of competing plans and disclosure statements. |
| 11/03/10 | 0.20 | E-mail to D. Deutsch regarding same. |
| 11/04/10 | 0.20 | Draft e-mail to H. Seife and D. LeMay (Chadbourne) and G. Bush regarding JPM P-card preference claim. |
| 11/04/10 | 0.60 | Review summaries of competing plans and Step One Credit Agreement Lenders NY suit. |
| 11/04/10 | 0.30 | Review draft motion regarding contours of confirmation hearing. |
| 11/04/10 | 0.30 | Meeting with D. Deutsch (Chadbourne) and A. Holtz and B. Hall (Alix) and A. Goldfarb regarding preference claim issues. |
| 11/04/10 | 2.80 | Participate in Creditors Committee meeting regarding competing plans, NY suit by Step One Lenders and other pending matters related to bankruptcy. |

| 11/04/10 | 1.10 | Meeting with H. Seife, D. LeMay, M. Ashley, A. Rosenblatt (Chadbourne), D. Rath (Landis Rath) regarding motion concerning contours of confirmation hearing. |
|---|---|---|
| 11/04/10 | 0.70 | Participate in call with counsel for plan proponents regarding motion on contours for confirmation hearing. |
| 11/04/10 | 0.50 | Participate in conference call with J. Henderson (Sidley), Alvarez & Marsal reps, and D. Deutsch (Chadbourne) regarding issues on preference claims. |
| 11/05/10 | 0.80 | Further analysis of potential preference claims and defenses. |
| 11/05/10 | 1.00 | Participate in call with D. Deutsch (Chadbourne), Alvarez & Marsal and counsel for Debtors, Aurelius, Wilmington Trust regarding issues on preference claims. |
| 11/05/10 | 0.20 | Teleconference with D. Schaible (Davis Polk) regarding preference claim on purchasing card program. |
| 11/05/10 | 0.50 | Review draft responsive statements regarding competing plans. |
| 11/05/10 | 0.30 | Teleconferences with D. Deutsch (Chadbourne) regarding issues on preference claims and standing motion. |
| 11/05/10 | 0.40 | Review/analyze revised draft of solicitation procedures motion. |
| 11/05/10 | 0.80 | Participate in conference call with counsel for Plan proponents regarding responsive statements and solicitation procedures motion. |
| 11/05/10 | 1.70 | Review lender and third party complaints and begin work analyzing potential amendments to same. |
| 11/06/10 | 0.40 | Edit motion for standing regarding preference claims. |
| 11/06/10 | 0.30 | E-mail correspondence with D. Deutsch and M. Roitman (Chadbourne) regarding issues on preference standing motion. |
| 11/07/10 | 0.20 | E-mail correspondence with D. Deutsch and M. Roitman (Chadbourne) regarding issues on preference standing motion. |
| 11/07/10 | 0.10 | E-mail to J. Henderson (Sidley) regarding preference standing motion. |
| 11/08/10 | 0.40 | Participate in conference call with counsel for plan proponents regarding solicitation procedures motion. |
| 11/08/10 | 0.20 | Teleconference with D. Schaible (Davis Polk) regarding preference claim on purchasing card program. |

December 31, 2010                                                                              Page 6

| 11/08/10 | 0.80 | Review final drafts of responsive statements to competing plans and solicitation procedures motion. |
| 11/08/10 | 1.50 | Work to identify and outline potential amendments to lender and third party complaints and legal and factual research regarding same. |
| 11/08/10 | 1.00 | Work on discovery plan for confirmation. |
| 11/09/10 | 0.40 | Participate in Tribune team meeting regarding next steps on complaints, discovery. |
| 11/09/10 | 1.20 | Further analysis of constructive fraud claims against shareholders and related issues; review relevant case law. |
| 11/09/10 | 1.90 | Further review/analysis of competing plans. |
| 11/10/10 | 0.50 | Review responsive statements to plan supported by Committee. |
| 11/10/10 | 0.50 | Review proposals regarding case management order and consider needed revisions. |
| 11/10/10 | 2.10 | Attend hearing on MIP. |
| 11/10/10 | 0.50 | Meeting with D. LeMay and T. McCormack (Chadbourne) and A. Landis (Landis Rath) regarding case management order and issues regarding plans and confirmation process. |
| 11/10/10 | 0.80 | Teleconference with counsel for plan proponents regarding case management order. |
| 11/11/10 | 0.80 | Outline potential offensive confirmation discovery. |
| 11/11/10 | 0.90 | Review current disclosure statement to identify potential modifications. |
| 11/11/10 | 0.30 | Teleconference with H. Seife and D. LeMay (Chadbourne) and G. Bush regarding issues on claims asserted in lender and third party complaints. |
| 11/11/10 | 0.80 | Participate by telephone in conference call with Debtors' counsel and Chadbourne regarding issues on claims asserted in lender and third party complaints. |
| 11/11/10 | 1.50 | Analyze issues raised by Debtors' counsel on claims asserted in complaints and review relevant memoranda and case law. |
| 11/11/10 | 0.20 | E-mail to Sidley Austin regarding Committee standing for preference claims against insiders. |
| 11/11/10 | 0.20 | Teleconference with G. Novod (Brown Rudnick) regarding preference and other claims. |

| 11/11/10 | 0.40 | Multiple teleconferences with K. Lantry (Sidley) regarding standing for Committee to pursue insider preference claims. |
| 11/11/10 | 0.50 | Edit standing motion for insiders. |
| 11/11/10 | 0.40 | Review current draft of case management order and identify key issues that need to be addressed. |
| 11/12/10 | 0.50 | Participate in call with counsel for plan proponents regarding case management order. |
| 11/12/10 | 0.20 | Teleconferences with H. Neier (Friedman Kaplan) regarding issues on claims against former Tribune shareholders. |
| 11/12/10 | 0.20 | E-mail correspondence and teleconference with A. Goldfarb regarding issues raised by Aurelius counsel concerning claims against shareholders. |
| 11/12/10 | 0.50 | Analyze issues raised by Aurelius counsel concerning claims against shareholders, including limitations issues. |
| 11/14/10 | 0.20 | Teleconference with G. Bush regarding issues on draft objection to disclosure statements for competing plans. |
| 11/14/10 | 0.40 | Review draft objection to disclosure statements for competing plans. |
| 11/14/10 | 0.20 | E-mail to D. LeMay and C. Rivera (Chadbourne) with comments on disclosure statements for competing plans. |
| 11/14/10 | 0.20 | E-mail to G. Bush regarding additional open issues on lender and third party complaints raised by others. |
| 11/15/10 | 0.30 | Review Oaktree/Angelo Gordon motion to disqualify Akin Gump from representing Aurelius. |
| 11/15/10 | 0.20 | Draft e-mail to D. Golden (Akin Gump) regarding mediation-related issues. |
| 11/15/10 | 0.20 | Teleconference with H. Neier (Friedman Kaplan) regarding issues on lender and third party complaints. |
| 11/15/10 | 0.20 | Teleconference with A. Goldfarb and H. Neier (Friedman Kaplan) regarding issues on lender and third party complaints. |
| 11/15/10 | 0.80 | Review key sections of Examiner report relevant to Morgan Stanley claims. |
| 11/15/10 | 1.00 | Begin revisions to lender complaint. |
| 11/16/10 | 0.50 | Participate in professionals call regarding status of bankruptcy, competing plans. |

December 31, 2010

| 11/16/10 | 0.30 | Review drafts of case management order to prefer for meet and confer session with counsel representing proponents of all plans. |
| 11/16/10 | 1.00 | Participate in meet and confer session regarding case management order with counsel representing proponents of all plans. |
| 11/16/10 | 0.40 | Further review of revised disclosure statement objection. |
| 11/16/10 | 0.20 | Teleconference with H. Seife and D. LeMay (Chadbourne) regarding upcoming mediation session. |
| 11/16/10 | 0.10 | Draft e-mail to D. Golden (Akin Gump) regarding issue raised by Aurelius regarding mediation. |
| 11/16/10 | 0.20 | Edit market report regarding litigation status and supplemental escrow request. |
| 11/16/10 | 0.20 | Teleconference with J. Bendernagel (Sidley) regarding mediation tomorrow. |
| 11/16/10 | 1.20 | Review/analyze documents regarding settlement evaluation and Aurelius model in preparation for mediation tomorrow. |
| 11/16/10 | 0.60 | Review/analyze disclosure statement objections and consider how to respond. |
| 11/16/10 | 0.80 | Begin work developing plan for affirmative confirmation discovery. |
| 11/17/10 | 0.50 | Discussions with J. Bendernagel (Sidley) regarding mediation and plan confirmation process. |
| 11/17/10 | 8.30 | Participate in mediation with Judge Gross. |
| 11/18/10 | 0.60 | Participate in teleconference with counsel for proponents of various plans regarding case management order. |
| 11/18/10 | 0.60 | Draft amendments to disclosure statement for plan supported by Committee. |
| 11/18/10 | 0.30 | Teleconference with A. Rosenblatt and C. Rivera (Chadbourne) regarding amendments to disclosure statement for plan supported by Committee. |
| 11/18/10 | 0.30 | Teleconferences with H. Neier and W. Weintraub (Friedman Kaplan) regarding issues on complaints. |
| 11/18/10 | 0.20 | Teleconference with T. McCormack (Chadbourne) regarding issues on case management order, complaints. |
| 11/18/10 | 0.60 | Review/analyze revisions to disclosure statement for plan supported by Committee. |

December 31, 2010                                                                    Page 9

| 11/18/10 | 1.90 | Work on revisions to lender and third party complaints. |
|---|---|---|
| 11/18/10 | 1.10 | Further research and analysis regarding issue of asserting constructive fraudulent transfer claims against shareholders. |
| 11/19/10 | 1.40 | Participate in telephonic Creditors Committee meeting. |
| 11/19/10 | 0.20 | Teleconference with D. LeMay (Chadbourne) regarding disclosure statement issues. |
| 11/19/10 | 0.20 | Teleconference with D. LeMay and H. Seife (Chadbourne) regarding disclosure statement issues. |
| 11/19/10 | 0.20 | Meeting with G. Bush regarding disclosure statement issues. |
| 11/19/10 | 0.20 | Teleconference with T. McCormack (Chadbourne) regarding treatment of examiner report and other issues regarding confirmation hearing. |
| 11/19/10 | 0.40 | Analyze issues regarding intentional fraudulent transfer claims. |
| 11/19/10 | 0.40 | Draft/edit e-mail to Friedman Kaplan (Aurelius counsel) regarding issues on complaints. |
| 11/19/10 | 0.40 | Teleconferences with H. Neier and W. Weintraub (Frideman Kaplan) regarding issues on complaints. |
| 11/19/10 | 0.30 | Teleconference with M. Russano (Davis Polk) regarding issues on disclosure statement and plan. |
| 11/19/10 | 2.60 | Work on amendments to third party and lender complaints. |
| 11/21/10 | 0.30 | Teleconference with E. Moskowitz, E. Vonnegut and M. Russano (Davis Polk) regarding issues on disclosure statement and plan. |
| 11/21/10 | 0.30 | Review/analyze issues raised by Aurelius on case management order. |
| 11/21/10 | 0.80 | Participate in conference call with counsel for plan proponents regarding issues raised by Aurelius on case management order. |
| 11/22/10 | 0.20 | Teleconference with D. LeMay and H. Seife (Chadbourne) regarding Creditors Trust issue raised by D. Golden (Akin). |
| 11/22/10 | 0.30 | Teleconference with D. Golden (Akin) and D. LeMay (Chadbourne) regarding Creditors Trust issue raised by D. Golden. |
| 11/22/10 | 0.20 | Review proposed revisions to Plan language regarding releases from Davis Polk and e-mail to D. LeMay (Chadbourne) regarding same. |

| | | |
|---|---|---|
| 11/22/10 | 1.80 | Analyze additional potential claims for lender and third party complaints, review/analyze relevant facts and legal issues. |
| 11/22/10 | 0.30 | Review/analyze draft carve-out from release for JPM preference claim and e-mail correspondence with Debtors' counsel regarding same. |
| 11/22/10 | 0.40 | Participate in call with counsel for Plan Proponents regarding solicitation procedures and contours motion. |
| 11/22/10 | 0.20 | Teleconference with A. Leung (Alix) and A. Torrez regarding data on JPM preference claim. |
| 11/22/10 | 0.30 | Teleconference with Alix Partners, D. Deutsch (Chadbourne) regarding preference claims. |
| 11/22/10 | 0.40 | Teleconferences with H. Neier and W. Weintraub (Friedman Kaplan) regarding motion to extend time to serve complaints. |
| 11/22/10 | 0.20 | E-mail correspondence with Landis Rath, Chadbourne and G. Bush regarding proposed motion to extend time to serve complaints. |
| 11/22/10 | 0.30 | Analyze legal basis for proposed motion to extend time to serve complaints and interplay with limitations period. |
| 11/22/10 | 0.50 | Review/analyze mechanics under plan for disclaimer of state law constructive fraud claims against shareholders and transfer to Creditors Trust. |
| 11/22/10 | 0.20 | Revise carve-out from JPM release for preference claim and e-mail correspondence with Davis Polk lawyers regarding same. |
| 11/22/10 | 2.20 | Work on revisions to lender and third party complaints. |
| 11/22/10 | 0.20 | Review rule and certain case law. |
| 11/23/10 | 1.00 | Participate in status hearing |
| 11/23/10 | 0.20 | E-mail correspondence with D. Schaible (Davis Polk) regarding carve-out from JPM release for preference claim. |
| 11/23/10 | 0.20 | E-mail correspondence with D. LeMay and C. Rivera (Chadbourne) regarding revision to release provision in plan and teleconference with C. Rivera (Chadbourne) regarding same. |
| 11/23/10 | 0.30 | Review plan language regarding Creditors Trust. |
| 11/23/10 | 0.20 | Teleconference with E. Moskowitz and M. Russano (Davis Polk) regarding issues relating to Creditors Trust provisions in plan. |

| 11/24/10 | 0.50 | Edit reply brief in support of Committee's motion for standing regarding preference claims against insiders. |
| 11/24/10 | 0.20 | Draft revision to Disclosure Statement regarding Creditors Trust. |
| 11/24/10 | 0.30 | E-mail correspondence with R. Cobb (Landis Rath) regarding preference claims against professionals. |
| 11/24/10 | 0.20 | Review revised procedures insert for solicitation brief. |
| 11/24/10 | 0.10 | Review revised Exhibit A to professionals standing motion. |
| 11/26/10 | 0.30 | Teleconference with B. Bennett (Hennigan Bennett) regarding settlement negotiations with Bridge Lenders and e-mail to H. Seife and D. LeMay (Chadbourne) and G. Bush regarding same. |
| 11/26/10 | 0.60 | Participate in conference call with H. Seife and D. LeMay (Chadbourne) and G. Bush, B. Bennett (Hennigan Bennett), and D. Bernstein (Davis Polk) regarding settlement negotiations with Bridge Lenders. |
| 11/26/10 | 0.20 | Teleconference with H. Seife and D. LeMay (Chadbourne) regarding settlement negotiations with Bridge Lenders. |
| 11/28/10 | 0.30 | Teleconference with G. Bush regarding settlement negotiations with Bridge Lenders. |
| 11/28/10 | 0.20 | E-mail correspondence with H. Seife and D. LeMay (Chadbourne) and G. Bush regarding settlement negotiations with Bridge Lenders. |
| 11/28/10 | 0.20 | Review Jenner & Block objection to standing motion. |
| 11/28/10 | 0.20 | Teleconference with D. Bradford (Jenner) and D. Deutsch (Chadbourne) regarding Jenner objection to standing motion. |
| 11/28/10 | 0.20 | Teleconference with D. Deutsch, H. Seife and T. McCormack (Chadbourne) regarding argument on standing motions. |
| 11/28/10 | 0.10 | Teleconference with D. Deutsch (Chadbourne) regarding same. |
| 11/29/10 | 1.20 | Prepare for argument on professionals standing motion. |
| 11/29/10 | 0.80 | Meeting with counsel for plan proponents to prepare for hearing regarding disclosure statements and case management order. |
| 11/29/10 | 6.50 | Participation in hearing regarding disclosure statements and standing motions. |

| 11/29/10 | 0.50 | Meeting with Chadbourne and Landis Rath lawyers and G. Bush regarding hearing on disclosure statements and standing motions. |
| 11/29/10 | 0.30 | Meeting with B. Hall (Alix) to prepare him for potential testimony on standing motions. |
| 11/30/10 | 0.40 | Review revisions to lender complaint. |
| 11/30/10 | 0.30 | Draft revision to plan definition and e-mail to D. LeMay and C. Rivera (Chadbourne) regarding same |
| 11/30/10 | 0.10 | E-mail to A. Goldfarb with comments on same. |

Laura E. Neish

| 11/10/10 | 0.40 | Review memorandum on document preservation, copy files. |

P. Andrew Torrez

| 11/01/10 | 3.00 | Factual review of examiner's report. |
| 11/01/10 | 1.40 | Review draft third party complaint. |
| 11/01/10 | 1.30 | Review draft lenders complaint. |
| 11/01/10 | 0.20 | Review Fourth Filing of Lender Fee Summary. |
| 11/02/10 | 0.50 | Review e-mail correspondence regarding status of case, coordination with bankruptcy judge and other parties. |
| 11/02/10 | 0.40 | Review orders approving stipulation. |
| 11/02/10 | 2.60 | Review 10/29 Step 1 Senior Loans claims disclosure statement. |
| 11/02/10 | 1.30 | Research regarding in pari delicto doctrine and review cases. |
| 11/02/10 | 1.10 | Review final filed complaints. |
| 11/03/10 | 3.60 | Review Step One Senior Loan Claims Plan of Reorganization. |
| 11/03/10 | 0.30 | Review e-mail correspondence regarding status of litigation. |
| 11/04/10 | 2.50 | Prepare for and attend conference on in pari delicto defense. |
| 11/04/10 | 1.20 | Draft e-mail and notes regarding in pari delicto defense. |
| 11/04/10 | 1.60 | Review materials regarding in pari delicto defense. |
| 11/05/10 | 0.50 | Review motion for leave to file unredacted complaint. |
| 11/09/10 | 0.20 | Review notice of agenda. |

| 11/09/10 | 0.90 | Review of memorandum regarding status of limitations under Section 108 of the Bankruptcy Code and service of process. |
| 11/09/10 | 0.50 | E-mail correspondence with Graeme W. Bush regarding relation-back doctrine and applicability to constructive fraud claim. |
| 11/09/10 | 1.10 | Prepare for and attend team meeting to discuss status of litigation and outstanding assignments. |
| 11/09/10 | 1.40 | Review debtors' objection to motion for class certification. |
| 11/09/10 | 0.30 | Review notice of disclosure statement hearing. |
| 11/10/10 | 1.70 | Review cases regarding relation-back doctrine and applicability to potential constructive fraud claim against shareholders. |
| 11/10/10 | 1.80 | Research regarding relation-back doctrine and applicability to potential constructive fraud claim against shareholders. |
| 11/10/10 | 2.40 | Review cases cited in memorandum regarding status of limitations under Section 108 of the Bankruptcy Code and service of process. |
| 11/11/10 | 4.40 | Research regarding 11 U.S.C. 546(a) applicability of F.R.C.P. 15(c) relation-back doctrine. |
| 11/12/10 | 1.70 | Research regarding 11 U.S.C. 546(a) applicability of F.R.C.P. 15(c) relation-back doctrine. |
| 11/12/10 | 0.50 | Review Committee Motion for Leave to Commence Action and proposed Order. |
| 11/12/10 | 0.40 | Review e-mail correspondence regarding changes to draft notice letters. |
| 11/12/10 | 2.80 | Draft memorandum regarding same. |
| 11/13/10 | 0.30 | Review e-mail correspondence regarding status of case. |
| 11/13/10 | 0.30 | Review certification of counsel approving tolling agreement and signed order approving agreement. |
| 11/15/10 | 1.80 | Review Motion to Disqualify Akin Gump from representing Aurelius. |
| 11/15/10 | 1.30 | Review Draft Objection to Disclosure Statements. |
| 11/15/10 | 1.20 | Review responsive Statement of Step One Plan Proponents. |
| 11/15/10 | 0.60 | Review Debtor's motion to establish procedures regarding plan confirmation. |
| 11/16/10 | 1.50 | Review Responsive Statements of Competing Plans. |

December 31, 2010                                                                                          Page 14

| 11/16/10 | 0.20 | Review e-mail correspondence regarding status of litigation. |
| 11/16/10 | 0.40 | Review U.S. Trustee's Response to Motion for Leave to File Unredacted Complaint. |
| 11/16/10 | 0.30 | Review Tolling Agreement. |
| 11/16/10 | 0.30 | Review Committee Motion regarding Entry of Order Granting Leave. |
| 11/16/10 | 0.40 | Review Order Authorizing Debtors to Implement Incentive Plan. |
| 11/18/10 | 3.00 | Review cases regarding claim-splitting and res judicata. |
| 11/18/10 | 3.50 | Research regarding splitting of claims against Merrill Lynch and res judicata. |
| 11/18/10 | 0.50 | Review e-mail correspondence regarding class notification and protocol, case strategy. |
| 11/19/10 | 0.50 | Draft memorandum regarding Hal Neier memorandum. |
| 11/19/10 | 2.20 | Research regarding Hal Neier memorandum regarding class certification and tolling. |
| 11/19/10 | 1.10 | Review revised draft and blackline of Committee's Responsive Statement. |
| 11/19/10 | 0.60 | Review objection to disclosure statements filed by subsidiary trade creditors. |
| 11/19/10 | 0.70 | Review debtors' joinder with JPMorgan regarding enjoining Step 1 Credit Agreement. |
| 11/19/10 | 1.60 | Conversations with James Sottile regarding preference complaint against JPMorgan Chase regarding debit card program and review materials. |
| 11/19/10 | 0.30 | Review notice of agenda of matters scheduled for 11/23 hearing. |
| 11/22/10 | 0.90 | Conversations with James Sottile, Brad Hall, Alan Holtz and Albert Leung regarding JPMorgan Chase P-card program. |
| 11/22/10 | 0.30 | Review of 11/16/10 US Bank letter response to subpoena. |
| 11/22/10 | 1.70 | Review Chase proof of claim and description of P-card. |
| 11/22/10 | 0.30 | E-mail correspondence regarding discussion about filing motion to extend time to serve complaints. |
| 11/22/10 | 0.60 | Review draft form preference complaints. |
| 11/22/10 | 0.90 | Conversations with James Sottile, Brad Hall, Alan Holtz and Albert Leung regarding JPMorgan Chase P-card program. |

December 31, 2010                                                                                       Page 15

| 11/22/10 | 0.50 | Fact research regarding JPMorgan Chase P-card program including transactions. |
|---|---|---|
| 11/23/10 | 1.90 | Review W. Weintraub memorandum and supporting cases regarding motion for extension of time to effectuate service of complaint and statute of limitations. |
| 11/23/10 | 0.20 | Review 11/17/10 National Financial Services response and objections to subpoena. |
| 11/23/10 | 0.30 | Review 11/17/10 TD Ameritrade response and objections to subpoena. |
| 11/23/10 | 0.20 | Review 11/17/10 notice of amended motion. |
| 11/23/10 | 0.20 | Review 11/16/10 EGI-TRB objection to disclosure statements. |
| 11/23/10 | 0.30 | Review 11/16/10 PNC Bank response and objections to subpoena. |
| 11/23/10 | 0.40 | Review of Step One Plan Omnibus Objection to Specific Disclosure Statement. |
| 11/23/10 | 0.20 | Review 11/16/10 JPMorgan Chase notice of motion and hearing. |
| 11/23/10 | 0.40 | Review 11/15/10 Settlement Plan Proponents' Objections to disclosure statements. |
| 11/23/10 | 0.20 | Review 10/10/10 order authorizing debtors to file exhibits under seal. |
| 11/23/10 | 0.90 | Research regarding Citigroup Global preference payment and draft e-mail response to James Sottile regarding the same. |
| 11/24/10 | 0.50 | Review draft Standing Motion for preference actions. |
| 11/24/10 | 0.20 | Review objections to Motion Setting Confirmation Schedule filed by Wilmington Trust. |
| 11/24/10 | 1.10 | Review 11/23/10 Step 1 Lenders Emergency Motion for Relief and supporting documents. |
| 11/24/10 | 0.50 | Review objections to Motion Setting Confirmation Schedule filed by Aurelius. |
| 11/24/10 | 0.40 | Review Debtor's omnibus Reply to Objections to Solicitation Motion. |
| 11/24/10 | 1.00 | Review committee's final draft Responsive Statement. |
| 11/24/10 | 0.30 | Review responses to committee's insider preference Standing Motion. |

December 31, 2010                                                                 Page 16

| 11/29/10 | 3.80 | Draft preference complaint against JPMorgan Chase regarding P-card program. |
| 11/29/10 | 2.30 | Research regarding claim-splitting and review cases. |
| 11/29/10 | 0.20 | Review 11/29/10 agenda. |
| 11/29/10 | 0.30 | Review e-mail correspondence regarding $46,000 Morgan Stanley preference. |
| 11/30/10 | 1.20 | Research regarding claim-splitting and review cases. |

Andrew N. Goldfarb

| 11/01/10 | 9.00 | Revise and finalize UCC complaints and attachments thereto. |
| 11/02/10 | 1.00 | Participate in weekly professionals' call. |
| 11/02/10 | 0.30 | Call with Bob Schwinger (Chadbourne & Parke) regarding litigation hold issues. |
| 11/02/10 | 0.20 | Review materials on litigation hold issues. |
| 11/02/10 | 0.20 | Confer with D. Rath regarding subpoena service. |
| 11/02/10 | 0.20 | Revise subpoena materials. |
| 11/02/10 | 0.10 | Call to US Bank regarding shareholder discovery. |
| 11/02/10 | 0.20 | Call with NFS counsel regarding shareholder discovery. |
| 11/04/10 | 0.50 | Reading to prepare for meeting. |
| 11/04/10 | 3.30 | Attend UCC meeting. |
| 11/04/10 | 0.30 | Attend and prepare for meeting with J. Sottile, Deutsch and Alix partners. |
| 11/04/10 | 0.80 | Participate in post-UCC meeting with J. Sottile and Chadbourne & Parke. |
| 11/04/10 | 0.60 | Call with S. Mitkowski, A. Moring and K. Lee regarding litigation hold issues. |
| 11/04/10 | 0.40 | Email G. Bush, J. Sottile and T. Macauley regarding litigation hold update. |
| 11/04/10 | 0.20 | Attention to motion to unseal unredacted complaint. |
| 11/05/10 | 1.50 | Conference call with LRC and Chadbourne & Parke, regarding notice and complaint service issues. |
| 11/05/10 | 1.50 | Draft cover letters to accompany notice requests. |
| 11/05/10 | 0.40 | Attention to subpoena service. |
| 11/07/10 | 0.70 | Draft memo to file on litigation hold procedures. |

| | | |
|---|---|---|
| 11/08/10 | 1.60 | Attention to litigation hold issues, including sending reminder notice to Tribune timekeepers. |
| 11/08/10 | 0.30 | Join plan supporters call regarding contours motion. |
| 11/08/10 | 0.50 | Call with D. Rath regarding shareholder discovery. |
| 11/08/10 | 0.70 | Attention to shareholder discovery, including review draft confidentiality agreement. |
| 11/08/10 | 0.20 | Revise and circulate draft cover letters. |
| 11/09/10 | 1.00 | Zuckerman Spaeder internal meeting on case developments. |
| 11/09/10 | 0.10 | Call Elliot Moscowitz regarding JPM information on shareholders. |
| 11/09/10 | 0.10 | Call US Bank investments regarding shareholder discovery. |
| 11/09/10 | 0.10 | Contact US Bank regarding shareholder discovery. |
| 11/09/10 | 0.20 | Confer with T. Macauley regarding shareholder discovery. |
| 11/09/10 | 0.80 | Attention to shareholder discovery, including conflicts issues. |
| 11/09/10 | 0.50 | Join weekly professionals call. |
| 11/12/10 | 1.20 | Draft subpoenas and document requests to JPM and Wells Fargo. |
| 11/12/10 | 0.30 | Draft interview memoranda regarding litigation hold issues. |
| 11/12/10 | 0.20 | E-mails to JPM and Wells Fargo counsel regarding LBO lender discovery. |
| 11/12/10 | 0.60 | Revise subpoenas and circulate to Zuckerman Spaeder team. |
| 11/12/10 | 0.40 | Revise draft letters to banks/brokers and beneficial owners. |
| 11/12/10 | 0.30 | E-mails regarding shareholder and lender discovery to Zuckerman Spaeder and LRC teams. |
| 11/13/10 | 0.80 | Revise and send finalized subpoenas to JPM and Wells Fargo counsel. |
| 11/14/10 | 0.20 | Revise cover letters to banks/brokers and beneficial owners. |
| 11/14/10 | 0.50 | Attention to litigation hold-related filing. |
| 11/15/10 | 3.80 | Identify additional shareholder defendants through follow-up on subpoenas to recipients of LBO proceeds. |
| 11/15/10 | 1.40 | Revise shareholder discovery letters. |
| 11/15/10 | 0.20 | Confer with J. Sottile regarding Aurelius issues. |
| 11/15/10 | 0.10 | Call with H. Neier and J. Sottile. |

| 11/15/10 | 0.30 | Send materials with explanatory email to H. Neier. |
|---|---|---|
| 11/15/10 | 0.40 | Research in connection with request from DPW regarding shareholder discovery. |
| 11/15/10 | 0.10 | Telephone conference call with Sasha Polonsky of DPW. |
| 11/16/10 | 0.30 | Call with M. Ashley, Gale, D. Rath and Green regarding shareholder discovery. |
| 11/16/10 | 0.40 | Participate in weekly professionals call. |
| 11/16/10 | 0.50 | Revise shareholder discovery materials. |
| 11/16/10 | 4.80 | Identify additional shareholder defendants through follow-up on subpoenas to recipients of LBO proceeds. |
| 11/16/10 | 0.40 | Call with counsel for Northern Trust. |
| 11/16/10 | 1.80 | Prepare letters and materials for service in connection with shareholder discovery. |
| 11/17/10 | 1.70 | Attention to subpoenas to 13F entities. |
| 11/17/10 | 1.50 | Attention to mailings regarding notice requests. |
| 11/17/10 | 0.40 | Attention to subpoenas to Zell entities. |
| 11/17/10 | 0.30 | Emails with Friedman Kaplan and J. Sottile regarding Zell subpoenas. |
| 11/17/10 | 0.30 | Address conflicts check regarding certain entities subpoenaed for shareholder information. |
| 11/17/10 | 0.20 | Confer with M. Harris regarding logistics for processing subpoena responses. |
| 11/17/10 | 0.40 | Review and revise draft cover letters to shareholders and notice parties. |
| 11/17/10 | 0.20 | Coordinate and send revised subpoena to Northern Trust. |
| 11/17/10 | 0.50 | Prepare and send Step 1 information to ML counsel. |
| 11/18/10 | 1.00 | Call with Chadbourne & Parke and LRC regarding shareholder discovery. |
| 11/18/10 | 0.30 | Calls and e-mails with Aurelius counsel. |
| 11/18/10 | 1.20 | Telephone calls and e-mails with counsel for Bridge Agent regarding current holders of Bridge debt. |
| 11/18/10 | 0.10 | Confer with J. Sottile regarding case strategy on Bridge lenders. |

| 11/18/10 | 2.30 | Begin drafting motion to compel regarding current bridge holders. |
| 11/18/10 | 0.10 | Call with Debtor's counsel (J. Ducayet) regarding Bridge lenders list. |
| 11/18/10 | 0.10 | Email JPM counsel regarding shareholder discovery. |
| 11/18/10 | 0.30 | Respond to calls regarding shareholder discovery. |
| 11/18/10 | 0.30 | Call US Bank and others regarding shareholder discovery. |
| 11/18/10 | 0.30 | Attention to litigation hold management. |
| 11/18/10 | 0.70 | Review proposals for publication notice placement, e-mails regarding same. |
| 11/18/10 | 0.10 | Review DTC subpoena. |
| 11/18/10 | 0.10 | Confer with Ali Nellos regarding DTC subpoena. |
| 11/18/10 | 0.50 | Issue subpoenas regarding shareholder and complaint discovery. |
| 11/18/10 | 0.10 | Email JPM regarding fees payment to Lehman. |
| 11/18/10 | 0.70 | Research interest payments to respond to J. Sottile's questions. |
| 11/19/10 | 2.10 | Continue drafting of motion to compel information regarding current bridge holders. |
| 11/19/10 | 0.30 | E-mails and calls with J. Ducayet regarding requesting current bridge holder information. |
| 11/19/10 | 0.20 | Review draft letter from Debtor to Bridge Agent, email Ducayet regarding same. |
| 11/19/10 | 0.20 | Call with Drayton to discuss MLPFS subpoena response. |
| 11/19/10 | 0.70 | Revise third party complaint allegations regarding EGI. |
| 11/19/10 | 0.20 | Finalize and send subpoenas regarding EGI/Zell. |
| 11/19/10 | 0.30 | Communications with LRC and C&P regarding publication notice issues. |
| 11/19/10 | 0.20 | Review Friedman Kaplan research on defendant class issues. |
| 11/19/10 | 0.10 | Attention to litigation hold matters. |
| 11/19/10 | 0.20 | Review materials on current Bridge Facility lenders. |
| 11/19/10 | 0.20 | Execute confidentiality agreements related to shareholder discovery. |

December 31, 2010                                                                                    Page 20

| | | |
|---|---|---|
| 11/19/10 | 1.60 | Identify additional shareholder defendants through follow-up on subpoenas to recipients of LBO proceeds. |
| 11/22/10 | 4.00 | Identify additional shareholder defendants through follow-up on subpoenas to recipients of LBO proceeds |
| 11/23/10 | 0.70 | Review and send e-mails relating to Shareholder discovery. |
| 11/23/10 | 0.20 | Call with Duff & Phelps counsel. |
| 11/24/10 | 1.60 | Review and send e-mails regarding shareholder discovery. |
| 11/24/10 | 0.20 | Call with Northern Trust counsel regarding shareholder discovery. |
| 11/24/10 | 0.20 | Attention to confidentiality agreements regarding shareholder discovery subpoenas. |
| 11/26/10 | 0.40 | E-mails regarding shareholder discovery meetings. |
| 11/28/10 | 1.50 | Review and send e-mails regarding shareholder discovery. |
| 11/28/10 | 0.20 | Review spreadsheets regarding shareholder discovery updates. |
| 11/28/10 | 0.20 | Review information received from MLPFS. |
| 11/29/10 | 4.20 | Review shareholder discovery, including calls and e-mails with counsel to shareholder discovery targets regarding same. |
| 11/29/10 | 0.80 | Review and revise shareholder discovery tracking charts. |
| 11/29/10 | 0.50 | Meeting with Zuckerman Spaeder team regarding shareholder discovery project. |
| 11/29/10 | 0.30 | Call with LRC regarding shareholder discovery project. |
| 11/29/10 | 0.20 | Call with Joe Drayton (ML outside counsel) regarding confidentiality agreement and production. |
| 11/29/10 | 2.00 | Begin revisions to lender complaint. |
| 11/29/10 | 0.10 | Call with H. Neier regarding Zell subpoenas. |
| 11/29/10 | 0.20 | Call with J. Sottile regarding case developments. |
| 11/29/10 | 0.20 | Attention to confidentiality agreements for discovery targets. |
| 11/29/10 | 0.30 | Review, revise and send revised subpoenas to Bessemer and Northern Trust. |
| 11/29/10 | 0.10 | Email with JPM counsel regarding shareholder and lender discovery issues. |
| 11/29/10 | 0.10 | Confer with L. Medoro regarding disgorgement defendant spreadsheet. |

December 31, 2010

| | | |
|---|---|---|
| 11/30/10 | 0.70 | Review and revise draft preference action v. JPM. |
| 11/30/10 | 0.10 | Email to LRC regarding complaint issues and filings. |
| 11/30/10 | 0.10 | Call with S. Polonsky (DPW) regarding JPM production issues. |
| 11/30/10 | 0.90 | Participate in group call regarding Neil litigation. |
| 11/30/10 | 1.10 | Call with LRC and Chadbourne & Parke regarding shareholder discovery and complaints. |
| 11/30/10 | 0.30 | Call with Ashley about Neil case. |
| 11/30/10 | 2.00 | Revise lender complaint. |
| 11/30/10 | 1.90 | Revise third party complaint. |
| 11/30/10 | 0.10 | Attention to confidentiality agreements. |
| 11/30/10 | 0.70 | Revise MLPFS proposed confidentiality agreement. |
| 11/30/10 | 0.30 | Confer with G. Bush regarding complaints, Neil litigation. |
| 11/30/10 | 0.10 | Email draft complaints with comments to Friedman Kaplan. |
| 11/30/10 | 0.10 | Call with J. Sottile. |
| 11/30/10 | 0.20 | E-mails with Chadbourne & Parke (Young Yoo) regarding preference issues. |
| 11/30/10 | 0.10 | Call with D. Deutsch regarding preference issues. |

Thomas G. Macauley

| | | |
|---|---|---|
| 11/01/10 | 0.20 | Participate on last part of internal call regarding complaints. |
| 11/01/10 | 0.30 | Review latest Morgan Stanley correspondence and draft response and analyze issues regarding same. |
| 11/01/10 | 0.40 | Analyze issues regarding Morgan Stanley legal theories. |
| 11/01/10 | 0.20 | Speak with D. Tarkington regarding same. |
| 11/01/10 | 1.20 | Draft motion papers regarding filing unredacted complaint under seal. |
| 11/01/10 | 0.10 | Review Morgan Stanley allegations. |
| 11/01/10 | 0.40 | Review Morgan Stanley proofs of claims. |
| 11/01/10 | 0.80 | Review and comment on most recent version of Morgan Stanley claims. |
| 11/01/10 | 0.20 | Speak with D. Rath regarding filing of complaints. |

December 31, 2010                                                                                          Page 22

| 11/01/10 | 0.20 | Speak and review correspondence from D. Tarkington regarding revised third-party. |
| 11/01/10 | 0.40 | Speak with A. Goldfarb and J. Sottile regarding complaint status. |
| 11/01/10 | 0.20 | Speak with R. Butcher regarding under seal motion. |
| 11/01/10 | 0.60 | Review and analyze issues regarding Exhibits D and G. |
| 11/01/10 | 0.30 | Exchange notes with R. Butcher regarding under seal motion and give instructions regarding same. |
| 11/01/10 | 0.50 | Review and finalize lender complaint. |
| 11/01/10 | 0.20 | Answer questions regarding filing of complaint. |
| 11/02/10 | 0.20 | Review filing of lender complaint and give instructions for circulation. |
| 11/03/10 | 0.20 | Review emails regarding subpoenas to be served by Zuckerman. |
| 11/08/10 | 0.10 | Review 11/10 hearing agenda. |
| 11/08/10 | 1.20 | Review, edit and analyze issues regarding subpoenas to be served. |
| 11/08/10 | 0.30 | Speak with A. Goldfarb (2x) regarding same. |
| 11/08/10 | 0.30 | Exchange notes and messages with Landis firm regarding same. |
| 11/08/10 | 0.20 | Draft notes to NFS regarding subpoena. |
| 11/09/10 | 0.30 | Speak and exchange notes with A. Goldfarb regarding subpoenas. |
| 11/09/10 | 0.80 | Review and analyze issues regarding remaining subpoenas |
| 11/09/10 | 0.10 | Review Northern Trust subpoena. |
| 11/09/10 | 0.70 | Participate on internal call regarding complaint and other issues. |
| 11/11/10 | 0.40 | Review and analyze issues regarding Credit Suisse and Northern Trust subpoenas. |
| 11/11/10 | 0.50 | Review and analyze issues regarding JPM and M&I subpoenas. |
| 11/11/10 | 0.10 | Review notes regarding deadlines for subpoena responses. |
| 11/13/10 | 0.50 | Review and edit subpoenas for Wells Fargo and JPM. |
| 11/15/10 | 0.20 | Speak with Northern Trust attorney regarding subpoena. |

| 11/15/10 | 0.40 | Speak and exchange notes with P. Fleming of Credit Suisse regarding subpoena. |
| 11/16/10 | 0.30 | Speak with and correspond with A. Goldfarb regarding Northern Trust and JPM subpoenas. |
| 11/16/10 | 0.10 | Respond to Northern Trust regarding subpoena. |
| 11/16/10 | 0.20 | Review and finalize JPM subpoena regarding third-party complaint. |
| 11/16/10 | 0.10 | Review US Bank objection to letter. |
| 11/17/10 | 0.60 | Review Zell/EGI subpoenas and analyze issues regarding same. |
| 11/17/10 | 0.20 | Review and analyze issues regarding revised Northern Trust subpoena. |
| 11/17/10 | 0.40 | Analyze issues regarding adding Section 502(d) count to Lender complaint. |
| 11/17/10 | 0.20 | Speak with A. Goldfarb regarding service of non-DE subpoenas. |
| 11/17/10 | 0.40 | Review and analyze issues regarding subpoenas for Capmark, Zwirn and M&I. |
| 11/18/10 | 0.20 | Review and comment on markup of Count XII of lender complaint. |
| 11/18/10 | 0.10 | Speak with A. Goldfarb regarding subpoenas. |
| 11/18/10 | 0.10 | Review and analyze issues regarding revised subpoenas. |
| 11/18/10 | 0.20 | Analyze issues regarding potential motion to compel against Wells Fargo. |
| 11/29/10 | 0.60 | Review and analyze issues regarding additional Northern Trust subpoenas. |

Graeme W. Bush

| 11/01/10 | 0.70 | Review Lender complaint. |
| 11/01/10 | 0.90 | Review and revise third party complaint. |
| 11/01/10 | 0.50 | Confer with Messrs. Sottile, Goldfarb and Macauley regarding third party complaint and edits. |
| 11/01/10 | 0.30 | Review and discuss with James Sottile correspondence from Jonathan Polkes regarding Morgan Stanley claims. |
| 11/01/10 | 0.30 | E-mail Kevin Gross regarding mediation and e-mail exchange with ZS team regarding same. |

December 31, 2010                                                                                          Page 24

| 11/01/10 | 0.40 | E-mail exchange with Messrs. Johnston, Bernstein et al. regarding responsive statements. |
| 11/02/10 | 0.40 | Confer with James Sottile and e-mail Howard Seife regarding reconvening of mediation. |
| 11/02/10 | 0.90 | Draft and send letter to Jonathan Polkes regarding Rule 11. |
| 11/03/10 | 0.20 | E-mail exchange with Messrs. Sottile, Landis and Rath regarding Weil requests. |
| 11/03/10 | 0.60 | E-mail exchange with Chadbourne & Parke regarding notice protocol for class action. |
| 11/03/10 | 0.20 | Review draft contours motion and proposed edits. |
| 11/03/10 | 0.60 | Review draft contours motion and e-mails from James Johnston and other interested parties. |
| 11/04/10 | 0.30 | E-mails with Messrs. Goldfarb and Sottile regarding UCC meeting. |
| 11/05/10 | 0.30 | E-mail exchange with Sidley and Davis Polk regarding contours motion. |
| 11/05/10 | 0.20 | E-mails with Messrs. Sottile and Goldfarb regarding sealing motion. |
| 11/05/10 | 0.30 | E-mails with Chadbourne & Parke regarding service on defendants. |
| 11/05/10 | 0.10 | Review correspondence regarding expert. |
| 11/05/10 | 0.40 | E-mails with Messrs. Goldfarb, Landis and Chadbourne & Parke regarding subpoenas. |
| 11/06/10 | 0.50 | Review e-mails from James Sottile and draft regarding standing for preference claims. |
| 11/07/10 | 0.30 | E-mails with interested parties regarding solicitation motion and edits. |
| 11/07/10 | 0.20 | E-mail exchange with Messrs. Goldfarb and Sottile regarding beneficial owner correspondence. |
| 11/07/10 | 0.20 | E-mails with Chadbourne & Parke and other plan proponent regarding confirmation hearing notice. |
| 11/08/10 | 0.20 | Telephone call with James Sottile regarding third party complaint. |
| 11/08/10 | 0.80 | Review memorandum regarding competing disclosure statement issues and analyze. |

December 31, 2010                                                                                          Page 25

| 11/08/10 | 0.30 | E-mail exchange with Debtor's and Lenders counsel regarding expert and fact witnesses regarding confirmation. |
| 11/08/10 | 0.80 | Review responsive statement of Aurelius. |
| 11/09/10 | 0.80 | Meeting with ZS team regarding assignments, open issues and deadlines. |
| 11/09/10 | 0.40 | Telephone conference with Messrs. Golden and Sottile regarding preference actions and analysis. |
| 11/09/10 | 0.60 | Telephone call with Howard Seife and e-mail James Conlon regarding complaints. |
| 11/09/10 | 0.90 | Research and evaluate filing and service issues and assign research. |
| 11/09/10 | 0.30 | E-mail exchange with Chadbourne & Parke and Landis attorneys regarding notice protocol issues. |
| 11/09/10 | 1.20 | Begin review of plan responsive statements. |
| 11/09/10 | 0.10 | E-mail Andrew Goldfarb regarding subpoenas. |
| 11/09/10 | 0.20 | E-mail exchange with Messrs. Johnston, Moskowitz, Bendernagel, and Goldman regarding fact and expert witness issues. |
| 11/10/10 | 0.40 | Review draft letters to brokers and beneficial owners, and e-mails with Messrs. Goldfarb and Ashley regarding same. |
| 11/10/10 | 1.20 | Review responsive statements filed by plan proponents. |
| 11/10/10 | 0.50 | E-mail exchange with debtors counsel, Messrs. Landis Rath, Sottile and Chadbourne & Parke regarding meeting on complaints. |
| 11/10/10 | 0.20 | Telephone call with James Sottile and review Marc Roitman e-mail regarding report on hearing. |
| 11/10/10 | 0.30 | E-mail exchange with Messrs. Gross, Landis and Chadbourne & Parke regarding mediation resumption. |
| 11/10/10 | 0.30 | E-mail exchange with Messrs. Ashley and Goldfarb regarding class action notice issues. |
| 11/10/10 | 0.10 | E-mail Marc Roitman regarding MIP ruling. |
| 11/11/10 | 1.50 | Telephone conference with Chadbourne & Parke, Messrs. Sottile, Conlan, LeMay, Lantry, Ashley, Seife regarding litigation issues. |
| 11/11/10 | 0.90 | Review e-mails from interested parties regarding CMO. |

| 11/11/10 | 0.40 | E-mail exchange with Messrs. Sottile, Seife and UCC members regarding mediation. |
| 11/11/10 | 0.40 | Planning for DS hearing. |
| 11/11/10 | 0.90 | Review CMO drafts and comments from interested parties. |
| 11/11/10 | 0.60 | Review research memorandum regarding examiner's report as evidence. |
| 11/11/10 | 0.30 | Review contours motion. |
| 11/11/10 | 0.20 | Review agenda and prepare for UCC meeting. |
| 11/11/10 | 0.30 | Quick review of Neil decision and summary. |
| 11/11/10 | 0.50 | E-mail exchange with Chadbourne & Parke attorneys regarding class action notice protocol and review draft of same. |
| 11/11/10 | 1.30 | Telephone conference with Chadbourne & Parke and Sidley attorneys regarding UCC complaints. |
| 11/12/10 | 0.30 | E-mails with James Sottile regarding mediation session and review e-mails from Judge Gross. |
| 11/12/10 | 0.90 | Telephone conference with parties interested in CMO regarding finalizing same. |
| 11/12/10 | 0.20 | Review e-mail and revisions to draft CMO. |
| 11/12/10 | 0.90 | Review and discuss with James Sottile motion for stay. |
| 11/12/10 | 2.60 | Research scope of shareholder defense. |
| 11/12/10 | 0.20 | Review standing motion. |
| 11/13/10 | 0.50 | Review motion to disqualify Akin Gump and e-mail from James Sottile regarding same. |
| 11/13/10 | 0.80 | Review and draft e-mail to James Sottile with comments on draft objection to Aurelius disclosure statement. |
| 11/13/10 | 1.20 | Review disclosure statements for Bridge and SOCAL Plans. |
| 11/14/10 | 1.20 | Review plan DSs and draft comments and prepare e-mail regarding same. |
| 11/14/10 | 0.40 | Review Aurelius request regarding model and discuss with James Sottile. |
| 11/14/10 | 1.80 | Review record regarding modifications to complaint and draft summary regarding same. |
| 11/14/10 | 0.30 | E-mail exchange between debtors' and lenders' counsel regarding CMO draft. |

| 11/15/10 | 0.30 | E-mail exchange with James Sottile and Chadbourne & Parke regarding Aurelius inquiry. |
| 11/15/10 | 0.20 | E-mail exchange with Chadbourne & Parke and Adam Landis regarding mediation. |
| 11/15/10 | 0.30 | Telephone call with James Sottile and review James Sottile e-mail regarding comments on competing DS. |
| 11/15/10 | 0.20 | E-mail exchanges with Andrew Goldfarb and Chadbourne & Parke regarding Committee subpoenas. |
| 11/15/10 | 0.30 | E-mail exchange with plan proponents regarding Aurelius model. |
| 11/15/10 | 0.30 | E-mail exchange and draft solicitation joinder. |
| 11/16/10 | 0.70 | Review Neil opinion and e-mails debtor counsel regarding same. |
| 11/16/10 | 0.20 | Review United States Trust response to sealing motion. |
| 11/17/10 | 8.50 | Attend mediation. |
| 11/17/10 | 0.80 | Work on issues regarding amendment to complaints and confer James Sottile regarding same. |
| 11/18/10 | 0.40 | E-mails with Messrs. Rath, Goldfarb, Macauley and Sottile regarding motion to compel disclosure of information. |
| 11/18/10 | 0.40 | E-mail exchange with plan proponents regarding disclosure statement. |
| 11/18/10 | 0.50 | E-mail exchange with Aurelius, Messrs. Sottile and Macauley regarding claim wording. |
| 11/19/10 | 1.20 | Confer with James Sottile and e-mails James Sottile and Aurelius regarding issues on amendments to complaints. |
| 11/19/10 | 0.40 | E-mails among all plan proponent parties regarding pre-hearing procedures. |
| 11/19/10 | 0.40 | Research and e-mail exchange with James Sottile regarding claims and defenses. |
| 11/19/10 | 1.00 | UCC meeting. |
| 11/19/10 | 0.50 | Report on meet and confer and e-mail exchange regarding same and pre-hearing procedures. |
| 11/19/10 | 0.40 | Confer with Chadbourne & Parke and regarding joinder to motion regarding examiner. |
| 11/22/10 | 0.50 | Review e-mail exchange between plan proponents regarding procedures motion and proposed language. |

December 31, 2010                                                                                      Page 28

| 11/22/10 | 0.50 | Meeting with James Sottile and telephone conference with Messrs. Seife and LeMay regarding claims in third-party complaint. |
|----------|------|------|
| 11/22/10 | 0.70 | Confer and e-mails with James Sottile and Chadbourne & Parke regarding extension idea. |
| 11/22/10 | 0.40 | E-mails with counsel for plan proponents regarding CMO. |
| 11/22/10 | 0.30 | E-mails with plan proponents and confer James Sottile regarding hearings. |
| 11/23/10 | 0.70 | Review e-mail traffic between interested parties regarding hearing and case developments. |
| 11/23/10 | 0.20 | E-mail Andrew Goldfarb regarding Duff & Phelps call and evaluate proposal. |
| 11/23/10 | 0.30 | Analyze filing deadline for amendments to complaint. |
| 11/23/10 | 0.40 | Consider DOL objection and e-mails with Bryan Krakauer and plan proponents regarding same. |
| 11/24/10 | 0.40 | E-mail exchange with plan proponents regarding 11/29 hearing. |
| 11/24/10 | 0.50 | Review research regarding issues on defenses. |
| 11/26/10 | 0.50 | E-mail and telephone call with James Sottile regarding Bruce Bennett call regarding Bridge position. |
| 11/26/10 | 0.50 | Telephone conference with Messrs. Sottile, Seife, LeMay, Bernstein and Bennett regarding Bridge position. |
| 11/27/10 | 0.50 | Telephone call with James Conlan regarding plan and settlement. |
| 11/27/10 | 0.20 | E-mails with James Sottile regarding plan and settlement. |
| 11/28/10 | 0.30 | Telephone call with James Conlan. |
| 11/28/10 | 0.20 | Telephone call with James Sottile regarding DS hearing and settlement issues. |
| 11/28/10 | 0.30 | Telephone call with Howard Seife regarding settlement issues. |
| 11/28/10 | 0.40 | Review e-mail exchange between Aurelius counsel and plan proponents regarding discovery. |
| 11/28/10 | 0.20 | Review e-mail from Donald Bernstein regarding plan issues. |
| 11/28/10 | 0.60 | E-mails with Messrs. Lauria, Conlan and Johnston regarding Bridge proposal. |
| 11/28/10 | 0.30 | Evaluate and send e-mail regarding Bridge proposal. |

| 11/29/10 | 6.00 | Attend hearing regarding disclosure statement, standing and CMO. |
|---|---|---|
| 11/29/10 | 0.90 | Meeting with Messrs. Landis, Rath, Seife, LeMay and Sottile regarding hearing issues. |
| 11/29/10 | 1.20 | Meetings with debtors' and lenders' counsel regarding hearing issues. |
| 11/29/10 | 1.20 | Prepare for hearing and confer with James Sottile regarding same. |
| 11/30/10 | 0.20 | E-mails Messrs. Ashley and Goldfarb regarding telephone conference on Neil litigation. |
| 11/30/10 | 0.40 | Work on CMO. |
| 11/30/10 | 0.30 | Confer with Andrew Goldfarb regarding shareholder discovery and Neil decision. |
| 11/30/10 | 0.30 | Telephone call with James Sottile regarding status of amended complaints and other pending matters. |

Nathan M. Berman

| 11/09/10 | 0.80 | Attend to document preservation. |
|---|---|---|

Scott A. Hanna

| 11/22/10 | 0.30 | Meeting with A. Goldfarb to discuss background of UCC fraudulent transfer complaint and subpoenas issued to mutual fund holders and 13F investors to determine members of proposed defendants' class. |
|---|---|---|
| 11/23/10 | 3.40 | Respond to telephone calls, voice messages, and emails by mutual fund managers and 13F investors in response to subpoenas issued by UCC and draft contemporaneous notes of same. |
| 11/23/10 | 0.40 | Print and review background documents in anticipation of responding to questions and concerns from mutual fund holders and 13F investors regarding UCC subpoena of Tribune shareholders. |
| 11/24/10 | 5.60 | Respond to telephone calls, voice messages, and emails by mutual fund managers and 13F investors in response to subpoenas issued by UCC and draft contemporaneous notes of same. |

December 31, 2010                                                                                          Page 30

| 11/29/10 | 0.50 | Attend meeting (led by A. Goldfarb) to discuss ongoing collection of data from mutual fund holders and 13F investors, organization of same, and inclusion of same in UCC complaint for fraudulent transfer against proposed defendants' class. |
| 11/29/10 | 1.80 | Respond to telephone calls, voice messages, and emails by mutual fund managers and 13F investors in response to subpoenas issued by UCC and draft contemporaneous notes of same. |
| 11/30/10 | 0.40 | Respond to telephone calls, voice messages, and emails by mutual fund managers and 13F investors in response to subpoenas issued by UCC and draft contemporaneous notes of same. |

**Jay Cohen**

| 11/09/10 | 4.50 | Search for registered agents. |
| 11/10/10 | 0.50 | Search for registered agents. |
| 11/29/10 | 0.60 | Meeting w/A. Goldfarb regarding upcoming project. |
| 11/29/10 | 2.40 | Record subpoena responses in Excel spreadsheets. |
| 11/30/10 | 3.00 | Record subpoena responses in Excel spreadsheets. |

**Janet M. Braunstein**

| 11/09/10 | 0.40 | Gather documents pursuant to litigation hold letter. |

**Ashley M. Moring**

| 11/04/10 | 1.30 | Review case law re: duty to preserve and produce backup tapes. |
| 11/04/10 | 0.40 | Conference call with A. Goldfarb and S. Mitkowski re: same. |

**Alexander Ross Smith**

| 11/08/10 | 7.50 | Locate registered names for entities to be subpoenaed. |
| 11/09/10 | 5.50 | Research registered agents for entities to be subpoenaed. |
| 11/10/10 | 4.60 | Arrange for research of registered agents for entities to be subpoenaed. |
| 11/11/10 | 5.40 | Arrange research of registered agents for entities to be subpoenaed. |

**Lisa Medoro**

December 31, 2010

| | | |
|---|---|---|
| 11/01/10 | 2.50 | Continue to create list of preference defendants; confer with A. Goldfarb regarding the same. |
| 11/05/10 | 0.20 | E-mail correspondence with J. Sottile regarding third party complaint exhibit A. |
| 11/15/10 | 0.80 | Create list of disgorgement defendants and all interest and principal payments received. |
| 11/16/10 | 3.80 | Continue to create list of disgorgement defendants and all interest and principal payments received by the same. |
| 11/17/10 | 3.20 | Prepare fed-ex packages for beneficial owners and brokers. |
| 11/18/10 | 1.60 | Continue to create list of disgorgement defendants and all interest and principal payments received by the same. |
| 11/22/10 | 1.00 | Prepare and organize list of current LBO lender defendants. |
| 11/22/10 | 1.50 | Continue to create list of disgorgement defendants and all interest and principal payments received by the same. |
| 11/23/10 | 0.90 | Continue to prepare list of current LBO lender defendants for Step 1 and Step 2. |
| 11/24/10 | 1.40 | Continue to prepare list of current LBO lender defendants for Step 1 and Step 2. |
| 11/29/10 | 5.70 | Continue to create list of disgorgement defendants and all interest and principal payments received by the same. |
| 11/29/10 | 0.50 | Meet and confer with A. Goldfarb, S. Hanna and J. Cohen regarding responses to subpoenas and management of e-mail inbox dedicated to the same. |
| 11/30/10 | 8.40 | Continue to create list of disgorgement defendants and all interest and principal payments received by the same. |

Kimberley Wilson

| | | |
|---|---|---|
| 11/02/10 | 0.20 | Retrieve the lender complaint and exhibits and send to the internal Tribune group. |
| 11/09/10 | 4.00 | Search for the registered agents of 50+ companies for Jay Cohen. |
| 11/10/10 | 3.00 | Search for the registered agents of 50+ companies for Jay Cohen. |
| 11/11/10 | 5.00 | Search for registered agents of over 80 companies. |
| 11/16/10 | 1.50 | Find the registered agents of three companies. |
| 11/17/10 | 0.40 | Search for the address of the registered agent of one company for Jay Conen. |

Jeanne Trahan Faubell

| | | |
|---|---|---|
| 11/01/10 | 0.50 | Research in the press for plaintiff names, and in the dockets database for Manhattan Supreme Court to locate and download the complaint filed on Friday October 29 against JPMorgan Chase & Co.'s bank, Bank of America Corp.'s Merrill Lynch Capital Corp., Citigroup Inc.'s Citicorp and Bank of America. |
| 11/09/10 | 7.50 | Research (and consultation with Alexander Smith to advise him how to set up project) in Westlaw, state business entity databases, SEC filings, and general internet research, to locate the registered agents by state of incorporation for a large set of investment fund entities, for subpoena processing. |
| 11/10/10 | 2.50 | Complete research in Westlaw, state business entity databases, SEC filings, and general internet research, to locate the registered agents by state of incorporation for a large set of investment fund entities, for subpoena processing. |
| 11/11/10 | 3.30 | Research in Westlaw, Hoovers, SEC filings, state business entity databases, and the internet to locate registered agent information, US presence information (family tree), or other address information for a number of 13F and 13G filers, for subpoena processing purposes. |
| 11/16/10 | 0.30 | Research in Hoover's Online and in the Delaware business entity database to get registered agent information for Northern Trust Company and Northern Trust Corporation, and check family relationship. |

Diana Gillig

| | | |
|---|---|---|
| 11/01/10 | 0.20 | Review docket and Schedule F. |
| 11/08/10 | 0.20 | Review Division of Corporations data base regarding corporate registered agents. |
| 11/08/10 | 0.10 | Contact Parcels to obtain Delaware registered agent information. |
| 11/08/10 | 0.30 | Prepare and make revisions to subpoena and letter forms. |
| 11/09/10 | 0.30 | Research 2 corporations regarding location and registered agent information. |
| 11/09/10 | 0.10 | Speak with process server regarding service of subpoena. |
| 11/09/10 | 0.10 | Prepare service for same. |
| 11/09/10 | 0.10 | Speak with process server regarding rejection of service. |

December 31, 2010                                                                Page 33

| 11/11/10 | 0.10 | Contact process server regarding service of subpoena. |
| 11/11/10 | 0.10 | Discuss service with server regarding same. |
| 11/11/10 | 0.10 | Prepare subpoena for foreign service. |
| 11/12/10 | 0.10 | Revise subpoena. |
| 11/16/10 | 0.10 | Revise subpoena. |
| 11/17/10 | 0.10 | Revise subpoenas for service. |
| 11/17/10 | 0.40 | Prepare 3 subpoenas. |
| 11/17/10 | 0.10 | Revise 2 subpoenas and forward to A. Goldfarb. |
| 11/18/10 | 0.30 | Revise 3 subpoenas and forward same to A. Goldfarb. |
| 11/29/10 | 0.20 | Revise subpoena and prepare 2 for Northern Trust entities. |



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

December 31, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:275947
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2010.

By Thomas G. Macauley
    2.20  hours at $580.00  per hour        $     1,276.00

By Diana Gillig
    1.40  hours at $160.00  per hour        $      224.00

| | |
|---|---|
| TOTAL FEES | $   1,500.00 |
| TOTAL EXPENSES | $     0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $   1,500.00 |

December 31, 2010                                                                Page 2

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                              MATTER: 0002


Thomas G. Macauley

| 11/09/10 | 0.10 | Review expert invoices. |
| 11/17/10 | 0.10 | Review CNO for 4th interim fee application. |
| 11/17/10 | 0.10 | Review CNO for 14th monthly fee application. |
| 11/29/10 | 0.90 | Review October time detail for confidentiality and local rule compliance. |
| 11/29/10 | 0.20 | Analyze issues regarding next fee application. |
| 11/30/10 | 0.80 | Review and edit 15th monthly fee application. |

Diana Gillig

| 11/17/10 | 0.10 | Draft CNO for fourth interim fee application. |
| 11/17/10 | 0.10 | Draft CNO for 14th monthly fee application. |
| 11/17/10 | 0.50 | Review filed fee applications. |
| 11/17/10 | 0.10 | Electronically file CNO regarding fourth interim fee application. |
| 11/17/10 | 0.10 | Electronically file CNO regarding 14th monthly fee application. |
| 11/29/10 | 0.50 | Review and revise time detail for 15th monthly fee application. |



1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

December 31, 2010

Tribune Company                                          Invoice:275948
c/o Kenneth P. Kansa                                       Client: 12464
Sidley Austin LLP                                         Matter: 0003
One South Dearborn                                      EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Non-Working Travel Time

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2010.

By Graeme W. Bush
   3.00  hours at $765.00  per hour          $     2,295.00

By James Sottile
   20.90  hours at $675.00  per hour        $   14,107.50

By Andrew N. Goldfarb
   2.00  hours at $550.00  per hour          $    1,100.00
                                         —————

     TOTAL FEES                     $   17,502.50

       Less Professional Courtesy        $   -8,751.25

     TOTAL FEES                     $    8,751.25

     TOTAL EXPENSES            $       0.00

     TOTAL FEES AND EXPENSES THIS PERIOD    $    8,751.25

2864923.1

December 31, 2010                                                      Page 2

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                               MATTER: 0003

James Sottile

| 11/04/10 | 3.10 | Travel to NY for Commitee meeting. |
| 11/04/10 | 2.80 | Travel back to DC following Committee meeting. |
| 11/10/10 | 4.50 | Travel to/from Wilmington for hearing on MIP and meeting regarding confirmation discovery. |
| 11/17/10 | 3.50 | Travel to/from Wilmington for mediation session with Judge Gross. |
| 11/23/10 | 3.50 | Travel to/from Wilmington for status hearing. |
| 11/29/10 | 3.50 | Travel to/from Wilmington for disclosure statement and standing motions hearing. |

Andrew N. Goldfarb

| 11/04/10 | 2.00 | Travel to NYC for UCC meeting. |

Graeme W. Bush

| 11/29/10 | 3.00 | Travel to and from Wilmington, DE for hearing. |