# EXHIBIT B

419772.1

| EXPENSES | AMOUNT | | DATE OF SERVICE | TOTALS | |
|---|---|---|---|---|---|
| EXPERT - NAVIGANT | $ | 153,156.68 | 11/16/2010 | | |
| Total | $ | 153,156.68 | | $ | 153,156.68 |
| TRAVEL | $ | 778.00 | 11/16/2010 | | |
| Total | $ | 778.00 | | $ | 778.00 |
| TAXI / PARKING | $ | 38.00 | 11/16/2010 | | |
| Total | $ | 38.00 | | $ | 38.00 |
| PROCESS SERVICE BRANDYWINE | $ | 80.00 | 11/17/2010 | | |
| Total | $ | 80.00 | | $ | 80.00 |
| FEDEX | $ | 47.09 | 11/30/2010 | | |
| Total | $ | 47.09 | | $ | 47.09 |
| PARCELS - COURIER SERVICE | $ | 55.00 | 11/24/2010 | | |
| Total | $ | 55.00 | | $ | 55.00 |
| RESEARCH - WEBINAR | $ | 297.00 | 11/8/2010 | | |
| Total | $ | 297.00 | | $ | 297.00 |
| LEXIS RESEARCH | $ | 15.11 | 10/31/2010 | | |
| Total | $ | 15.11 | | $ | 15.11 |
| WESTLAW RESEARCH | $ | 324.33 | 10/31/2010 | | |
| Total | $ | 324.33 | | $ | 324.33 |
| INHOUSE COPY | $ | 0.30 | 11/8/2010 | | |
| | $ | 3.50 | 11/9/2010 | | |
| | $ | 3.30 | 11/11/2010 | | |
| Total | $ | 7.10 | | $ | 7.10 |
| LONG DISTANCE CALLS | $ | 5.76 | 11/1/2010 | | |
| | $ | 8.16 | 11/2/2010 | | |
| | $ | 2.40 | 11/3/2010 | | |
| | $ | 7.44 | 11/5/2010 | | |
| | $ | 9.96 | 11/8/2010 | | |
| | $ | 8.52 | 11/9/2010 | | |
| | $ | 0.60 | 11/10/2010 | | |
| | $ | 3.12 | 11/11/2010 | | |
| | $ | 9.24 | 11/12/2010 | | |
| | $ | 6.36 | 11/15/2010 | | |
| | $ | 2.16 | 11/16/2010 | | |
| | $ | 2.64 | 11/17/2010 | | |
| | $ | 7.32 | 11/18/2010 | | |
| | $ | 4.80 | 11/19/2010 | | |
| | $ | 7.44 | 11/22/2010 | | |
| | $ | 2.52 | 11/23/2010 | | |
| | $ | 4.32 | 12/24/2010 | | |
| | $ | 4.44 | 11/29/2010 | | |
| | $ | 1.20 | 11/30/2010 | | |

| | | | | | |
|---|---|---|---|---|---|
| Total | $ | 98.40 | | $ | 98.40 |
| GRAND TOTAL | | | | $ | 154,896.71 |