# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## FIRST INTERIM FEE APPLICATION OF ZUCKERMAN SPAEDER LLP

Stuart Maue (the "**Fee Examiner**") submits this Preliminary Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *First Interim Fee Application of Zuckerman Spaeder LLP* [Docket No. 3124] (the "Fee Application"). The Fee Application seeks approval of fees that total $1,262,525.75 and reimbursement of expenses that total $36,386.06 for the period from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

August 6, 2009 through November 30, 2009. Zuckerman Spaeder LLP ("**Zuckerman**") serves as Special Counsel to the Official Committee of Unsecured Creditors (the "**Committee**").

<u>Background</u>

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.      On August 13, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Zuckerman Spaeder LLP as Special Counsel Nunc Pro Tunc to August 6, 2009* [Docket No. 1953] (the "**Retention Application**"). By order dated September 3, 2009, this Court approved the retention of Zuckerman (the "**Retention Order**"). The Retention Order provided that Zuckerman "shall be compensated in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, local rules and orders of the court, guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court."

3.      Zuckerman submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

<u>Applicable Standards</u>

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals

to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses

were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner completed a preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Zuckerman for review and comment.  The firm submitted to the Fee Examiner a written response to the Preliminary Report.  After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9.      **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined there are no discrepancies between the Fees Requested and Fees Computed, nor any discrepancies between the Expenses Requested and Expenses Computed.

10.     **Block Billing.**[2]  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local*

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing.  Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount billed for an

*Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3] The Fee Examiner identified 66 block billed time entries totaling 133.90 hours with associated fees of $76,478.50, provided to the firm in **Exhibit E** to the Preliminary Report. The Fee Examiner requested that Zuckerman timekeepers separately record each discrete activity in all future fee applications, as failure to comply with the Local Rule and UST Guidelines may result in a fee reduction.

The response to the Preliminary Report noted that Zuckerman is a litigation firm and therefore the attorneys are generally not used to separating time entries. Notably, Zuckerman acknowledged that fact is not an excuse for non-compliance, and stated that the firm has endeavored to reduce and eliminate block billing in future fee applications. In light of the firm's recognition of the issue, and considering that the block billed hours account for only 6% of the total hours in the Fee Application, the Fee Examiner makes no recommendation for a fee reduction at this time. The Fee Examiner will, however, monitor the block billing in future fee applications to ensure Zuckerman end the practice. Exhibit E is omitted from this report.

### Review of Fees

11.    **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners

---

entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 23 Zuckerman professionals and paraprofessionals who billed to this matter, consisting of 10 partners, 6 associates, 1 senior staff attorney, 1 staff attorney, 1 paralegal, 1 litigation analyst, 1 library assistant, 1 library director/law librarian, and 1 paralegal assistant. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit A**.[4]

The firm billed a total of 2,418.50 hours with associated fees of $1,262,525.75. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 1,696.40 | 70% | $1,015,314.75 | 80% |
| Associate | 375.20 | 16% | 150,183.50 | 12% |
| Senior Staff Attorney | 63.10 | 3% | 22,400.50 | 2% |
| Staff Attorney | 243.60 | 10% | 68,208.00 | 5% |
| Paralegal | 0.80 | * | 196.00 | * |
| Litigation Analyst | 0.50 | * | 97.50 | * |
| Library Assistant | 3.90 | * | 643.50 | * |
| Library Directory/Law Librarian | 5.70 | * | 940.50 | * |
| Paralegal Assistant | 29.30 | 1% | 4,541.50 | * |
| **TOTAL** | 2,418.50 | 100% | $1,262,525.75 | 100% |

* Less than 1%

The blended hourly rate for the Zuckerman professionals is $528.15 and the blended hourly rate for professionals and paraprofessionals is $522.03.

12.    **Hourly Rate Increases.** Zuckerman did not increase the hourly rate of any timekeeper during the interim period.

13.    **Transient Timekeepers.** A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. The Fee Examiner recognizes that some professionals or

---

[4] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

paraprofessionals have specialized knowledge or expertise and may be called upon to provide services to the case on a limited basis. However, the billing activities of partner Roger E. Zuckerman, totaling 0.50 hours and $400.00 in associated fees as set forth in **Exhibit B**, did not appear to be necessary. The Fee Examiner requested from Zuckerman additional information regarding the nature and necessity of the role of this individual.

In response to the Preliminary Report, Zuckerman agreed to a voluntary fee reduction in the amount of $400.00. Exhibit B is omitted from this report.

14.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. Contrary to the requirements of the Local Rules and the UST Guidelines, certain activity descriptions in the Fee Application were not sufficiently detailed.

a.    **Vaguely Described Conferences.** The Fee Examiner identified billing entries for conferences that did not include the name of the person(s) with whom the communication was held and/or the subject or purpose of the communication. The entries, totaling 23.54 hours with $16,386.21 in associated fees, were provided to Zuckerman in **Exhibit C** to the Preliminary Report. The Fee Examiner requested that Zuckerman provide the requisite information for the time entries in the exhibit.

In response to the Preliminary Report, Zuckerman provided additional information and context for the fee entries in question. After review and consideration of same, the Fee Examiner makes no recommendation for a fee reduction. Exhibit C is omitted from this report.

b.    **Vague Tasks.**  The Fee Examiner reviewed the substantive detail of each fee entry and identified 173.24 hours with $107,524.46 in associated fees where the Fee Examiner could not determine the precise nature of the services performed by the timekeeper. As reflected in the Local Rules and UST Guidelines, billing entries must adequately describe the services actually performed to allow a determination of whether the task was staffed appropriately, whether the task involved the exercise of legal judgment, and/or whether the task was duplicated by other timekeepers.[5] The Fee Application included activity descriptions which did not sufficiently describe the activity performed. The time entries at issue were provided to Zuckerman in **Exhibit D** to the Preliminary Report. The Fee Examiner requested additional detail for the time entries listed in the exhibit, and that in future applications Zuckerman strive to provide sufficient detail for each billing task.

In response, Zuckerman acknowledged the Local Rule requirement regarding detailed time entries. The firm explained the decision made by the firm regarding the level of detail contained in fee entries given Zuckerman's substantial concern about the disclosure of confidential and privileged information. The firm elected to edit the detail in the time entries rather than redact the text, and verbally informed the Fee Examiner of that decision and the firm's reasoning. Finally, Zuckerman noted that the scope of work performed by the firm is clearly defined as investigation of potential claims against the lenders related to the LBO. After consideration of the firm's response, the Fee Examiner makes no recommendation for a fee reduction at this time. Exhibit D is omitted from this report.

---

[5] Vague entries do not allow the court to determine the reasonableness and necessity of the effort of expended, and fees may be denied or reduced when insufficiently documented. *E.g.*, *In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997). Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

15.    **Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more Zuckerman timekeepers attended the same meeting, conference, hearing, or other event.  Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 233.19 hours with $147,522.46 in associated fees, were displayed in **Exhibit F** to the Preliminary Report.  In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference).  The potentially duplicative and unnecessary timekeepers' entries total 153.80 hours with $90,498.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requests that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, Zuckerman initially noted (i) multiple firm attorneys attended events only when necessary and only for the amount of time necessary; (ii) the attorneys in attendance depended on availability and subject matter expertise; and (iii) during the time period covered by the Fee Application, Zuckerman was new to the matter and had to get up to speed quickly, which at times necessitated the participation of multiple attorneys.  Next, the firm divided the

meetings and events into various categories provided additional information and context. The additional information and context brings the Fee Application into substantial compliance with the Local Rules and UST Guidelines, and accordingly the Fee Examiner makes no recommendation for a fee reduction. Exhibit F is omitted from this report.

16.     **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Zuckerman timekeepers describing intraoffice conferences totaling 214.71 hours with $128,727.21 in associated fees, which computes to approximately 10% of the Fees Computed. The entries were provided to Zuckerman in **Exhibit G** to the Preliminary Report. In certain instances, two or more timekeepers billed to attend the same internal conference. The intraoffice conferences invoiced by more than one timekeeper total 166.48 hours with $98,616.58 in associated fees. The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold print in the exhibit. The Fee Examiner requested that Zuckerman strive to eliminate unnecessary intraoffice conferencing, and further requested that the firm provide an explanation for the necessity of more than one participant billing for the same intraoffice conference as identified in the exhibit.

In response to the Preliminary Report, Zuckerman again stressed that the time period at issue involved Zuckerman's initial involvement in the matter, and accordingly intrafirm communication among the litigation team was necessary to create a coherent, efficient, and complete work plan and strategy. The firm noted the complex legal issues and Zuckerman's novel argument regarding the two-step transaction. Finally, the response asserted that the work required coordination between attorneys with difference skill sets. Significantly, the percentage of hours resulting from intraoffice conferences drops to approximately 6% in the firm's subsequent fee application. After consideration of Zuckerman's response, the Fee Examiner makes no recommendation for a fee reduction. Exhibit G is omitted from this report.

17.   **Administrative Activities.**   Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  The Fee Examiner did not identify any fee entries describing administrative activities.

18.   **Clerical Activities.**   Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[6]  The Fee Examiner identified fee entries that appeared to describe clerical work – the entries were displayed in **Exhibit H** to the Preliminary Report and totaled 17.00 hours with $4,296.00 in associated fees.

In response, Zuckerman asserted that all the work in question required specialized knowledge or training.  The Fee Examiner re-evaluated the 36 time entries in question, and removed 4 from the exhibit.  However, the remaining 32 entries do not appear to require legal acumen or any training other than the use of software.  Examples include "print hardcopies and covert to PDF," "make arrangements for a runner to retrieve lower court documents from archives for Andrew Goldfarb," "test document review software" and "forward filed fee application to team."  The Fee Examiner recommends a fee reduction in the amount of $2,883.50, resulting from reducing to $80.00 per hour the rate applied to the time entries in the revised (and attached) Exhibit H.

19.   **Travel.**   The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).* The firm invoiced all travel entries at one-half of each timekeeper's hourly rate in compliance with Local Rule.

20.   **Zuckerman Retention/Compensation.**   Zuckerman billed 73.50 hours with associated fees of $30,916.50 for activities related to firm's retention and applications for compensation, which

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable; *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

computes to approximately 2% of the Fee Computed. The fee entries describing Zuckerman's retention/compensation activities are displayed in **Exhibit I**, included with this Final Report for the Court's reference.

**Review of Expenses**

21.    **Complete and Detailed Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).* The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii).* Zuckerman provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

22.    **Photocopies.** The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii).* The firm requested reimbursement of $2,186.60 for duplication charges at a rate of $0.10 per page, in compliance with the Local Rule.

23.    **Computer Assisted Legal Research.** The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2(e)(iii).* The firm billed $17,034.98 for computer assisted legal research. The Fee Application indicated that "there is no surcharge for computerized research."

24.    **Overtime Expenses.** Zuckerman requested reimbursement of secretarial overtime in the amount of $60.00 and meals which appear to relate to overtime in the amount of $211.93. The

charges, totaling $271.93, were displayed in **Exhibit J** to the Preliminary Report.  While a firm may have a policy that personnel may be reimbursed for meals when working late, such charges are generally considered part of the firm's overhead.

In response, Zuckerman stated that the meal expenses in question were not for overtime but arose from three meetings, one with members of other firms and two for internal meetings.  While the firm asserts that all such expenses should be reimbursed, consistent with the standards applied to all firms in these cases, barring unusual circumstances the Fee Examiner considers in-firm meals to be firm overhead and a cost that should not be passed to the Debtors' estates.  Further, the UST Guidelines include secretarial services in the sample list of nonreimbursable overhead.  The Fee Examiner recommends an expense reduction in the amount of $208.76 for the charges displayed in the revised (and attached) Exhibit J.

25.    **Travel Expenses.**  Zuckerman requested reimbursement of travel expenses totaling $16,287.78.  The Fee Examiner segregated the travel expenses into categories of airfare, hotel, taxi, etc. based on the classification by the firm according to the summary provided in the Fee Application.  However, certain charges did not allow for such segregation as, for example, the firm classified a charge as "Hotel" but the description contained "A/F" indicating that the charge was for airfare.  Accordingly, the Fee Examiner requested additional information for the charges displayed in **Exhibit K** to the Preliminary Report.

In response, the firm provided to the Fee Examiner a spreadsheet that itemized the various charges.  Included in the spreadsheet were certain charges that should not be passed to the Debtors' estates in whole or in part, and others that do not comport with the cost control appropriate in a bankruptcy setting (i.e., a dinner charge of $544.18 for four people).  Specifically, the Fee Examiner recommends no reimbursement for a "miscellaneous fee" on a United flight, a hotel cancelation charge

of $227.90, and drinks/candy purchased at an airport, charges that amount to $242.27.[7]  The Fee Examiner recommends additional fee reductions based upon the lodging and meal caps applied in this matter:  $350.00/night for domestic lodging, and per-person meal caps of $15.00 for breakfast, $25.00 for lunch, and $50.00 for dinner.  Applying the caps to the charges in Zuckerman's spreadsheet results in a recommended reduction of $1,131.26 for lodging and meals.  In total, the Fee Examiner recommends an expense reduction of $1,373.53.  Exhibit K is omitted from this report.

## Conclusion

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $1,259,242.25 ($1,262,525.75 minus $3,283.50) and reimbursement of expenses in the amount of $34,803.77 ($36,386.06 minus $1,582.29) for the period from  August 6, 2009  through November 30, 2009.  The findings are summarized in the attached Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

---

[7]  The spreadsheet also indicated that one charge was for first class airfare, a luxury expense that should not be charged to the Debtors' estates.  However, a different airfare charge on the same day with the same departure/arrival cities indicated that the coach fare was actually $40.00 more than the first class charge.

**APPENDIX A**

**ZUCKERMAN SPAEDER LLP**

**SUMMARY OF FINDINGS**

**First Interim Fee Application (August 6, 2009 through November 30, 2009)**

**A.      Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $1,262,525.75 | |
| Expenses Requested | 36,386.06 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,298,911.81 |
| | | |
| Fees Computed | $1,262,525.75 | |
| Expenses Computed | 36,386.06 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,298,911.81 |

**B.      Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $1,262,525.75 | |
| *Agreed Reduction for Transient Timekeepers* | | *($    400.00)* |
| *Recommended Reduction for Clerical Activities* | | *(2,883.50)* |
| Subtotal | | *($ 3,283.50)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $1,259,242.25 |
| | | |
| Expenses Requested | $36,386.06 | |
| *Recommended Reduction for Overtime Expenses* | | *($    208.76)* |
| *Recommended Reduction for Travel Expenses* | | *(1,373.53)* |
| Subtotal | | *($1,582.29)* |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 34,803.77 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $1,294,046.02 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 13th day of January, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

W. Andrew Dalton

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Zuckerman Spaeder

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 947 | Bush, Graeme W. | PARTNER | $362.50 | $725.00 | 423.40 | $299,968.75 |
| 1509 | Goldfarb, Andrew N. | PARTNER | $260.00 | $520.00 | 366.80 | $189,566.00 |
| 253 | Macauley, Thomas G. | PARTNER | $285.00 | $570.00 | 274.30 | $149,539.50 |
| 1146 | Sottile, James | PARTNER | $325.00 | $650.00 | 243.70 | $146,022.50 |
| 5 | Kolker, Peter R. | PARTNER | $650.00 | $650.00 | 129.00 | $83,850.00 |
| 410 | Wolff, Marshall S. | PARTNER | $675.00 | $675.00 | 102.80 | $69,390.00 |
| 1464 | Mehta, Caroline Judge | PARTNER | $500.00 | $500.00 | 63.50 | $31,750.00 |
| 1510 | Stevenson, Lisa J. | PARTNER | $520.00 | $520.00 | 46.40 | $24,128.00 |
| 1336 | Neish, Laura | PARTNER | $450.00 | $450.00 | 46.00 | $20,700.00 |
| 10 | Zuckerman, Roger E. | PARTNER | $800.00 | $800.00 | 0.50 | $400.00 |
| No. of Billers for Position: 10 | | Blended Rate for Position: | $598.51 | | 1,696.40 | $1,015,314.75 |
| | | | | | % of Total: 70.14% | % of Total: 80.42% |
| 1502 | Deptula, Martin G. | ASSOCIATE | $465.00 | $465.00 | 130.60 | $60,729.00 |
| 1313 | Berman, Nathan M. | ASSOCIATE | $425.00 | $425.00 | 90.00 | $38,250.00 |
| 1513 | Pineau, A. Paul | ASSOCIATE | $300.00 | $300.00 | 66.50 | $19,950.00 |
| 1397 | Guldi, Virginia W. | ASSOCIATE | $325.00 | $325.00 | 42.30 | $13,747.50 |
| 1289 | Cossette, Lani | ASSOCIATE | $385.00 | $385.00 | 33.20 | $12,782.00 |
| 1485 | Way, Cory | ASSOCIATE | $375.00 | $375.00 | 12.60 | $4,725.00 |
| No. of Billers for Position: 6 | | Blended Rate for Position: | $400.28 | | 375.20 | $150,183.50 |
| | | | | | % of Total: 15.51% | % of Total: 11.90% |
| 1037 | Krein, Benjamin L. | SR STAFF ATTY | $355.00 | $355.00 | 63.10 | $22,400.50 |
| No. of Billers for Position: 1 | | Blended Rate for Position: | $355.00 | | 63.10 | $22,400.50 |
| | | | | | % of Total: 2.61% | % of Total: 1.77% |
| 1199 | Hanna, Scott | STAFF ATTORNEY | $280.00 | $280.00 | 243.60 | $68,208.00 |

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT STANDARD RATES
#### Zuckerman Spaeder

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 1 | Blended Rate for Position: | $280.00 | | 243.60 | $68,208.00 |
| | | | | | % of Total: 10.07% | % of Total: 5.40% |
| 1407 | Chen, Jer-Wei (Jay) | PARALEGAL | $245.00 | $245.00 | 0.80 | $196.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $245.00 | | 0.80 | $196.00 |
| | | | | | % of Total: 0.03% | % of Total: 0.02% |
| 1428 | Caling, Rey | LIT ANALYST | $195.00 | $195.00 | 0.50 | $97.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $195.00 | | 0.50 | $97.50 |
| | | | | | % of Total: 0.02% | % of Total: 0.01% |
| 1034 | Wilson, Kimberley | LIBRARY ASST | $165.00 | $165.00 | 3.90 | $643.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $165.00 | | 3.90 | $643.50 |
| | | | | | % of Total: 0.16% | % of Total: 0.05% |
| 1308 | Faubell, Jeanne Trahan | LIBR DIRECTOR | $165.00 | $165.00 | 5.70 | $940.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $165.00 | | 5.70 | $940.50 |
| | | | | | % of Total: 0.24% | % of Total: 0.07% |
| 279 | Gillig, Diana | PARALEGAL ASST | $155.00 | $155.00 | 29.30 | $4,541.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $155.00 | | 29.30 | $4,541.50 |
| | | | | | % of Total: 1.21% | % of Total: 0.36% |
| | Total No. of Billers: 23 | Blended Rate for Report: | $522.03 | | 2,418.50 | $1,262,525.75 |

EXHIBIT H

CLERICAL ACTIVITIES

Zuckerman Spaeder

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Caling, R | 0.50 | 97.50 | 40.00 | 57.50 |
| Chen, J | 0.80 | 196.00 | 64.00 | 132.00 |
| Gillig, D | 2.40 | 372.00 | 192.00 | 180.00 |
| Hanna, S | 2.80 | 784.00 | 224.00 | 560.00 |
| Krein, B | 5.90 | 2,094.50 | 472.00 | 1,622.50 |
| Wilson, K | 3.90 | 643.50 | 312.00 | 331.50 |
| | 16.30 | $4,187.50 | $1,304.00 | $2,883.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Bank Claims | 16.00 | 4,141.00 | 1,280.00 | 2,861.00 |
| Retention/Fee Applications | 0.30 | 46.50 | 24.00 | 22.50 |
| | 16.30 | $4,187.50 | $1,304.00 | $2,883.50 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Zuckerman Spaeder

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Caling, R | 09/08/09   Tue 269526/92 | 0.50 | 0.50 | 97.50 | 40.00 | 57.50 | F | *MATTER NAME: Bank Claims* 1 PER A. GOLDFARB'S REQUEST, PROVIDE DOCUMENT REVIEW SUPPORT IN CASE MAP. |
| | TOTAL FOR TIMEKEEPER: | | 0.50 | $97.50 | $40.00 | $57.50 | | |
| | NUMBER OF ENTRIES:      1 | | | | | | | |
| Chen, J | 10/01/09   Thu 269929/1 | 0.80 | 0.80 | 196.00 | 64.00 | 132.00 | F | *MATTER NAME: Bank Claims* 1 PREPARE CASE LAW FOR LAURA NEISH'S REVIEW. |
| | TOTAL FOR TIMEKEEPER: | | 0.80 | $196.00 | $64.00 | $132.00 | | |
| | NUMBER OF ENTRIES:      1 | | | | | | | |
| Gillig, D | 08/11/09   Tue 268915/94 | 0.10 | 0.10 | 15.50 | 8.00 | 7.50 | F | *MATTER NAME: Bank Claims* 1 FORWARD SCHEDULING ORDER TO GLADYS COLC3N. |
| | 08/21/09   Fri 268915/282 | 0.20 | 0.20 | 31.00 | 16.00 | 15.00 | F | *MATTER NAME: Bank Claims* 1 PULL LEXIS RESEARCH CASES FOR T. MACAULEY. |
| | 08/25/09   Tue 268915/328 | 0.20 | 0.20 | 31.00 | 16.00 | 15.00 | F | *MATTER NAME: Bank Claims* 1 PULL CASES FROM LEXIS AND FORWARD SAME TO T. MACAULEY. |
| | 08/26/09   Wed 268915/349 | 0.10 | 0.10 | 15.50 | 8.00 | 7.50 | F | *MATTER NAME: Bank Claims* 1 SEND MESSAGE TO P. KOLKER RE CONTINUED 341 MEETING. |
| | 08/26/09   Wed 268915/356 | 0.30 | 0.30 | 46.50 | 24.00 | 22.50 | F | *MATTER NAME: Bank Claims* 1 PULL 6 LEXIS CASES AND FORWARD TO T. MACAULEY. |
| | 08/27/09   Thu 268915/360 | 0.40 | 0.40 | 62.00 | 32.00 | 30.00 | F | *MATTER NAME: Bank Claims* 1 FORWARD SAME AND EXHIBITS TO COUNSEL (MULTIPLE EMAILS). |
| | 09/01/09   Tue 269526/2 | 0.10 | 0.10 | 15.50 | 8.00 | 7.50 | F | *MATTER NAME: Bank Claims* 1 PULL AGENDA FROM DOCKET AND FORWARD SAME TO T. MACAULEY. |

~  See the last page of exhibit for explanation

\*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Zuckerman Spaeder

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Gillig, D | 09/11/09   Fri 269527/632 | 0.10 | 0.10 | 15.50 | 8.00 | 7.50 | F | *MATTER NAME: Retention/Fee Applications* <br> 1 FORWARD ORDER REGARDING RETENTION OF ZUCKERMAN TO A. GOLDFARB. |
| | 10/01/09   Thu 269930/615 | 0.10 | 0.10 | 15.50 | 8.00 | 7.50 | F | *MATTER NAME: Retention/Fee Applications* <br> 1 FORWARD FILED FEE APPLICATION TO TEAM. |
| | 10/20/09   Tue 269929/368 | 0.40 | 0.40 | 62.00 | 32.00 | 30.00 | F | *MATTER NAME: Bank Claims* <br> 1 PULL 15 CASES FOR T. MACAULEY. |
| | 11/05/09   Thu 270107/569 | 0.10 | 0.10 | 15.50 | 8.00 | 7.50 | F | *MATTER NAME: Retention/Fee Applications* <br> 1 FORWARD SAME TO TEAM. |
| | 11/17/09   Tue 270106/388 | 0.30 | 0.30 | 46.50 | 24.00 | 22.50 | F | *MATTER NAME: Bank Claims* <br> 1 PULL 2 CASES FOR T. MACAULEY. |
| | TOTAL FOR TIMEKEEPER: | | 2.40 | $372.00 | $192.00 | $180.00 | | |
| | NUMBER OF ENTRIES:   12 | | | | | | | |
| Hanna, S | 11/17/09   Tue 270106/390 | 3.90 | 1.95 | 546.00 | 156.00 | 390.00 | F | *MATTER NAME: Bank Claims* <br> 1 PRINT ALL RETRIEVED DOCUMENTS DATABASES REGARDING STEP ONE FINANCIAL MODELS AND <br> 2 PREPARE BINDER REGARDING SAME. |
| | 11/24/09   Tue 270106/469 | 1.70 | | | | | F | *MATTER NAME: Bank Claims* <br> 1 REVIEW FLAGGED DOCUMENTS IN STEP ONE VRC SOLVENCY OPINION MEMORANDUM, <br> 2 RETRIEVE DOCUMENTS FROM DATABASE AND |
| | | | 0.43 | 119.00 | 34.00 | 85.00 | | 3 PRINT HARDCOPIES AND |
| | | | 0.43 | 119.00 | 34.00 | 85.00 | | 4 CONVERT TO PDF. |
| | TOTAL FOR TIMEKEEPER: | | 2.80 | $784.00 | $224.00 | $560.00 | | |
| | NUMBER OF ENTRIES:   2 | | | | | | | |
| Krein, B | 10/13/09   Tue 269929/227 | 0.50 | 0.50 | 177.50 | 40.00 | 137.50 | F | *MATTER NAME: Bank Claims* <br> 1 PERFORM TEST SEARCHES IN DATABASE. |
| | 10/13/09   Tue 269929/229 | 0.60 | 0.60 | 213.00 | 48.00 | 165.00 | F | *MATTER NAME: Bank Claims* <br> 1 TEST DOCUMENT REVIEW SOFTWARE. ' |

~  See the last page of exhibit for explanation

EXHIBIT H

CLERICAL ACTIVITIES

Zuckerman Spaeder

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| Krein, B | 10/14/09 269929/265 | Wed | 0.30 | 0.30 | 106.50 | 24.00 | 82.50 | F | *MATTER NAME: Bank Claims* 1 TEST DOCUMENT DATABASE. |
| | 10/22/09 269929/402 | Thu | 4.90 | 2.45 | 869.75 | 196.00 | 673.75 | F F | *MATTER NAME: Bank Claims* 1 ANALYZE DOCUMENTS REGARDING SOLVENCY ISSUE; 2 QUALITY-CHECK PREVIOUSLY-COMPLETED TAGGING. |
| | 10/23/09 269929/419 | Fri | 4.10 | 2.05 | 727.75 | 164.00 | 563.75 | F | *MATTER NAME: Bank Claims* 1 QUALITY-CHECK PREVIOUSLY-COMPLETED TAGGING AND 2 E-MAIL TO ANDREW GOLDFARB REGARDING SAME. |
| | TOTAL FOR TIMEKEEPER: | | | 5.90 | $2,094.50 | $472.00 | $1,622.50 | | |
| | NUMBER OF ENTRIES: | 5 | | | | | | | |
| Wilson, K | 08/19/09 268915/237 | Wed | 0.10 | 0.10 | 16.50 | 8.00 | 8.50 | F | *MATTER NAME: Bank Claims* 1 PULL CASE FOR NATHAN BERMAN. |
| | 08/28/09 268915/382 | Fri | 0.40 | 0.40 | 66.00 | 32.00 | 34.00 | F | *MATTER NAME: Bank Claims* 1 PULL COLLIER SECTION FOR NATHAN BERMAN. |
| | 09/03/09 269526/56 | Thu | 0.10 | 0.10 | 16.50 | 8.00 | 8.50 | F | *MATTER NAME: Bank Claims* 1 PULL CASE FOR MARSHALL WOLFF.` |
| | 09/09/09 269526/132 | Wed | 0.20 | 0.20 | 33.00 | 16.00 | 17.00 | F | *MATTER NAME: Bank Claims* 1 GET TWO CASES FOR ANDREW GOLDFARB. |
| | 09/10/09 269526/172 | Thu | 0.30 | 0.30 | 49.50 | 24.00 | 25.50 | F | *MATTER NAME: Bank Claims* 1 PULL ARTICLE FOR ANDREW GOLDFARB. |
| | 09/16/09 269526/303 | Wed | 0.80 | 0.80 | 132.00 | 64.00 | 68.00 | F | *MATTER NAME: Bank Claims* 1 RESEARCH: PULL DISCOVERY RESPONSES IN ANOTHER CASE RELATING TO GUARANTEE AND CONTRIBUTION RIGHTS. |
| | 09/24/09 269526/457 | Thu | 0.30 | 0.30 | 49.50 | 24.00 | 25.50 | F | *MATTER NAME: Bank Claims* 1 GET THE SAM ZELL TRANSCRIPT FOR NICOLE JACKSON. |
| | 10/13/09 269929/225 | Tue | 0.60 | 0.60 | 99.00 | 48.00 | 51.00 | F | *MATTER NAME: Bank Claims* 1 PULL RECENT DECISION FOR ANDREW GOLDFARB. |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Zuckerman Spaeder

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Bank Claims* |
| Wilson, K | 10/21/09    Wed<br>269929/394 | 0.50 | 0.50 | 82.50 | 40.00 | 42.50 | F | 1 PULL LOWER COURT DECISIONS FOR ANDREW GOLDFARB. |
| | | | | | | | | *MATTER NAME: Bank Claims* |
| | 10/26/09    Mon<br>269929/473 | 0.60 | 0.60 | 99.00 | 48.00 | 51.00 | F | 1 MAKE ARRANGEMENTS FOR A RUNNER TO RETRIEVE LOWER COURT DOCUMENTS FROM ARRCHIVES FOR ANDREW GOLDFARB. |
| TOTAL FOR TIMEKEEPER: | | | 3.90 | $643.50 | $312.00 | $331.50 | | |
| NUMBER OF ENTRIES: | 10 | | | | | | | |
| TOTAL: | | | 16.30 | $4,187.50 | $1,304.00 | $2,883.50 | | |
| NUMBER OF ENTRIES | 31 | | | | | | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H  PAGE 5 of 6

EXHIBIT H

CLERICAL ACTIVITIES

Zuckerman Spaeder

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Caling, R | 0.50 | 97.50 | 40.00 | 57.50 |
| Chen, J | 0.80 | 196.00 | 64.00 | 132.00 |
| Gillig, D | 2.40 | 372.00 | 192.00 | 180.00 |
| Hanna, S | 2.80 | 784.00 | 224.00 | 560.00 |
| Krein, B | 5.90 | 2,094.50 | 472.00 | 1,622.50 |
| Wilson, K | 3.90 | 643.50 | 312.00 | 331.50 |
| | 16.30 | $4,187.50 | $1,304.00 | $2,883.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Bank Claims | 16.00 | 4,141.00 | 1,280.00 | 2,861.00 |
| Retention/Fee Applications | 0.30 | 46.50 | 24.00 | 22.50 |
| | 16.30 | $4,187.50 | $1,304.00 | $2,883.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I

ZUCKERMAN RETENTION/COMPENSATION

Zuckerman Spaeder

| TIMEKEEPER NAME | HOURS | FEES |
| --- | --- | --- |
| Bush, G | 8.20 | 5,945.00 |
| Gillig, D | 23.20 | 3,596.00 |
| Guldi, V | 10.70 | 3,477.50 |
| Macauley, T | 31.40 | 17,898.00 |
| | 73.50 | $30,916.50 |

| MATTER NAME | HOURS | FEES |
| --- | --- | --- |
| Retention/Fee Applications | 73.50 | 30,916.50 |
| | 73.50 | $30,916.50 |

EXHIBIT I  PAGE 1 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 08/06/09 Thu | Macauley, T 268916/411 | 0.40 | 0.40 | 228.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING RETENTION AS SPECIAL COUNSEL. |
| 08/06/09 Thu | Macauley, T 268916/412 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>GIVE INSTRUCTIONS REGARDING TIMEKEEPING. |
| 08/06/09 Thu | Macauley, T 268916/413 | 0.60 | 0.60 | 342.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW DOCKET AND CHADBOURNE DISCLOSURES AND ANALYZE ISSUES REGARDING SAME. |
| 08/07/09 Fri | Macauley, T 268916/414 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH G. BUSH AND D. LEMAY REGARDING RETENTION APPLICATION. |
| 08/09/09 Sun | Guldi, V 268916/415 | 1.70 | 1.70 | 552.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT APPLICATION TO RETAIN COUNSEL FOR SPECIAL LITIGATION. |
| 08/10/09 Mon | Bush, G 268916/429 | 0.20 | 0.20 | 145.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>TELEPHONE CONFERENCE WITH THOMAS MACAULEY REGARDING STATUS OF APPLICATION. |
| 08/10/09 Mon | Bush, G 268916/430 | 0.80 | 0.80 | 580.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AND EDIT RETENTION APPLICATION. |
| 08/10/09 Mon | Gillig, D 268916/423 | 0.50 | 0.50 | 77.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE LIST OF DEBTORS FOR RETENTION APPLICATION |
| 08/10/09 Mon | Gillig, D 268916/424 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT EXHIBIT LIST OF OFFICERS OF THE COMPANY FOR SAME. |
| 08/10/09 Mon | Gillig, D 268916/425 | 0.80 | 0.80 | 124.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE FOOTNOTE FOR PLEADING. |
| 08/10/09 Mon | Gillig, D 268916/426 | 0.50 | 0.50 | 77.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE EXHIBIT LIST OF LENDERS FOR RETENTION APPLICATION. |
| 08/10/09 Mon | Gillig, D 268916/427 | 0.40 | 0.40 | 62.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT EXHIBIT LIST OF DEBTORS' CUSTOMERS FOR SAME. |
| 08/10/09 Mon | Gillig, D 268916/428 | 0.40 | 0.40 | 62.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE EXHIBIT LIST OF PARTIES TO LITIGATION FOR APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 2 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 08/10/09 Mon | Gillig, D 268916/433 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE LIST OF LANDLORDS AS EXHIBIT TO RETENTION APPLICATION. |
| 08/10/09 Mon | Guldi, V 268916/431 | 1.00 | 1.00 | 325.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE POTENTIAL DISCLOSURE ISSUES FROM SEARCH RESULTS. |
| 08/10/09 Mon | Guldi, V 268916/432 | 3.00 | 3.00 | 975.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE APPLICATION FOR RETENTION, PROPOSED ORDER, NOTICE AND SUPPORTING DECLARATION. |
| 08/10/09 Mon | Macauley, T 268916/416 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW NOTES FROM J. PORTER REGARDING DRAFT APPLICATION. |
| 08/10/09 Mon | Macauley, T 268916/417 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH G. BUSH REGARDING STATUS. |
| 08/10/09 Mon | Macauley, T 268916/418 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW FEE EXAMINER AND INTERIM COMPENSATION ORDERS. |
| 08/10/09 Mon | Macauley, T 268916/419 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH A. LANDIS REGARDING APPLICATION. |
| 08/10/09 Mon | Macauley, T 268916/420 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE TO J. PORTER REGARDING SAME. |
| 08/10/09 Mon | Macauley, T 268916/421 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH HIM REGARDING SAME. |
| 08/10/09 Mon | Macauley, T 268916/422 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING APPLICATION. |
| 08/10/09 Mon | Macauley, T 268916/434 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING SEARCH RESULTS AND TIMING OF FILING. |
| 08/11/09 Tue | Bush, G 268916/448 | 0.50 | 0.50 | 362.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW DRAFT APPLICATION AND E-MAIL THOMAS MACAULEY. |
| 08/11/09 Tue | Bush, G 268916/449 | 0.80 | 0.80 | 580.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AND REVISE DRAFT AFFIDAVIT AND TELEPHONE CONFERENCE WITH THOMAS MACAULEY REGARDING SAME. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 3 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 08/11/09 Tue | Gillig, D 268916/452 | 0.30 | 0.30 | 46.50 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVISE EXHIBITS TO RETENTION APPLICATION. |
| 08/11/09 Tue | Guldi, V 268916/447 | 3.80 | 3.80 | 1,235.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVIEW SEARCH RESULTS AND CONTACT VARIOUS FIRM LAWYERS REGARDING POTENTIAL DISCLOSURE ISSUES. |
| 08/11/09 Tue | Guldi, V 268916/451 | 1.20 | 1.20 | 390.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>PREPARE DECLARATION IN SUPPORT OF APPLICATION FOR RETENTION. |
| 08/11/09 Tue | Macauley, T 268916/435 | 0.40 | 0.40 | 228.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>EXCHANGE NOTES WITH V. GULDI REGARDING DISCLOSURE AFFIDAVIT. |
| 08/11/09 Tue | Macauley, T 268916/436 | 0.20 | 0.20 | 114.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>ANALYZE ISSUES REGARDING RETENTION APPLICATION. |
| 08/11/09 Tue | Macauley, T 268916/437 | 1.80 | 1.80 | 1,026.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVIEW AND EDIT APPLICATION. |
| 08/11/09 Tue | Macauley, T 268916/438 | 0.80 | 0.80 | 456.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>EXCHANGE NOTES AND SPEAK WITH J. PORTER REGARDING SAME |
| 08/11/09 Tue | Macauley, T 268916/439 | 0.60 | 0.60 | 342.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>ANALYZE ISSUES REGARDING DISCLOSURE OF SEARCH RESULTS. |
| 08/11/09 Tue | Macauley, T 268916/440 | 0.50 | 0.50 | 285.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVIEW RESULTS REGARDING LENDERS. |
| 08/11/09 Tue | Macauley, T 268916/441 | 0.20 | 0.20 | 114.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVIEW AND EDIT NOTICE. |
| 08/11/09 Tue | Macauley, T 268916/442 | 0.30 | 0.30 | 171.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVIEW AND EDIT PROPOSED ORDER. |
| 08/11/09 Tue | Macauley, T 268916/443 | 1.40 | 1.40 | 798.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVIEW AND EDIT DECLARATION. |
| 08/11/09 Tue | Macauley, T 268916/444 | 0.40 | 0.40 | 228.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>ANALYZE ISSUES REGARDING SAME. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 4 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 08/11/09 Tue | Macauley, T 268916/445 | 0.60 | 0.60 | 342.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AND EDIT EXHIBIT 1. |
| 08/11/09 Tue | Macauley, T 268916/446 | 0.80 | 0.80 | 456.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AND EDIT EXHIBIT 2. |
| 08/11/09 Tue | Macauley, T 268916/450 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW DEBTORS' COMMENTS TO APPLICATION. |
| 08/12/09 Wed | Bush, G 268916/455 | 0.40 | 0.40 | 290.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW E-MAILS AND DRAFTS OF RETENTION APPLICATION. |
| 08/12/09 Wed | Macauley, T 268916/453 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW REVISED RETENTION PAPERS BASED ON DEBTORS' COMMENTS. |
| 08/12/09 Wed | Macauley, T 268916/454 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH D. LEMAY REGARDING SAME. |
| 08/12/09 Wed | Macauley, T 268916/456 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW FURTHER REVISED PAPERS AND SPEAK WITH S. PORTER REGARDING SAME. |
| 08/18/09 Tue | Macauley, T 268916/457 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW TIMEKEEPING MEMO FROM CHADBOURNE. |
| 08/18/09 Tue | Macauley, T 268916/458 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>EXCHANGE NOTES WITH D. DEUTCHE REGARDING SAME. |
| 08/20/09 Thu | Macauley, T 268916/459 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING SEARCH RESULTS FOR COMMITTEE MEMBERS. |
| 08/20/09 Thu | Macauley, T 268916/460 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>EXCHANGE NOTES WITH A. GOLDFARB REGARDING STATUS OF RETENTION APPLICATION. |
| 08/28/09 Fri | Macauley, T 268916/461 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW ALIX PARTNERS SUPPLEMENTAL DECLARATION.. |
| 08/28/09 Fri | Macauley, T 268916/462 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING NEED TO SUPPLEMENT AFFIDAVIT. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 5 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 08/28/09 Fri | Macauley, T 268916/463 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW RESERVATION OF RIGHTS BY LAW DEBENTURE. |
| 08/28/09 Fri | Macauley, T 268916/464 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE TO INTERNAL TEAM REGARDING SAME. |
| 08/28/09 Fri | Macauley, T 268916/465 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>EXCHANGE NOTES WITH A. LANDIS REGARDING US TRUSTEE EXTENSION REQUEST. |
| 08/30/09 Sun | Macauley, T 268916/466 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE TO INTERNAL TEAM REGARDING US TRUSTEE OBJECTION DEADLINE EXTENSION. |
| 08/31/09 Mon | Bush, G 268916/470 | 0.80 | 0.80 | 580.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>TELEPHONE CONFERENCES AND E-MAILS WITH DAVID LEMAY, THOMAS MACAULEY, ADAM LANDIS, AND OTHERS REGARDING MCMAHON REQUEST FOR ADDITIONAL TIME AND QUESTIONS REGARDING RETENTION APPLICATION. |
| 08/31/09 Mon | Bush, G 268916/471 | 0.20 | 0.20 | 145.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>TELEPHONE CONFERENCE WITH THOMAS MACAULEY REGARDING MCMAHON REQUEST. |
| 08/31/09 Mon | Macauley, T 268916/467 | 0.40 | 0.40 | 228.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING US TRUSTEE'S COMMENTS. |
| 08/31/09 Mon | Macauley, T 268916/468 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH G. BUSH REGARDING SAME. |
| 08/31/09 Mon | Macauley, T 268916/469 | 0.40 | 0.40 | 228.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PARTICIPATE ON CALL WITH CHADBOURNE REGARDING SAME. |
| 09/01/09 Tue | Bush, G 269527/616 | 0.90 | 0.90 | 652.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE FOR CALL WITH UST AND TELEPHONE CONFERENCE WITH MESSRS. MCMAHON, SEIFE, LEMAY, MACAULEY AND LANDIS. |
| 09/01/09 Tue | Macauley, T 269527/612 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING SAME. |
| 09/01/09 Tue | Macauley, T 269527/613 | 0.50 | 0.50 | 285.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE FOR US TRUSTEE CALL. |
| 09/01/09 Tue | Macauley, T 269527/614 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PARTICIPATE ON CALL WITH J. MCMAHON, CHADBOURNE AND LANDIS. |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 6 of 15

EXHIBIT I

ZUCKERMAN RETENTION/COMPENSATION

Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 09/01/09 Tue | Macauley, T 269527/615 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW REQUEST FROM US TRUSTEE REGARDING SUPPLEMENTAL AFFIDAVIT. |
| 09/02/09 Wed | Macauley, T 269527/617 | 0.90 | 0.90 | 513.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT SUPPLEMENTAL DECLARATION. |
| 09/02/09 Wed | Macauley, T 269527/618 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>CONTACT J. MCMAHON REGARDING SAME. |
| 09/02/09 Wed | Macauley, T 269527/619 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE TO G. BUSH REGARDING SAME. |
| 09/02/09 Wed | Macauley, T 269527/620 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH HIM REGARDING SAME. |
| 09/02/09 Wed | Macauley, T 269527/621 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE REGARDING SAME TO CHADBOURNE AND LANDIS. |
| 09/02/09 Wed | Macauley, T 269527/622 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW COMMENTS AND ANALYZE ISSUES REGARDING SAME. |
| 09/02/09 Wed | Macauley, T 269527/623 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>FINALIZE DECLARATION. |
| 09/02/09 Wed | Macauley, T 269527/624 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE TO J. MCMAHON REGARDING SAME. |
| 09/02/09 Wed | Macauley, T 269527/625 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW 9/4 HEARING AGENDA. |
| 09/02/09 Wed | Macauley, T 269527/626 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>EXCHANGE NOTES WITH D. LEMAY REGARDING STATUS. |
| 09/02/09 Wed | Macauley, T 269527/627 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW RESPONSE FROM J. MCMAHON. |
| 09/03/09 Thu | Bush, G 269527/630 | 0.60 | 0.60 | 435.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>E-MAILS AND CONFERENCES WITH DAVID LEMAY REGARDING RETENTION APPLICATION AND ORDER FROM COURT. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 7 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 09/03/09 Thu | Macauley, T 269527/628 | 0.20 | 0.20 | 114.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>EXCHANGE NOTES WITH M. MCGUIRE REGARDING CERTIFICATION OF COUNSEL ON APPLICATION. |
| 09/03/09 Thu | Macauley, T 269527/629 | 0.10 | 0.10 | 57.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW ORDER APPROVING APPLICATION. |
| 09/11/09 Fri | Gillig, D 269527/631 | 0.10 | 0.10 | 15.50 | F 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW DOCKET REGARDING ZUCKERMAN'S RETENTION. |
| 09/11/09 Fri | Gillig, D 269527/632 | 0.10 | 0.10 | 15.50 | F 1 | MATTER NAME: Retention/Fee Applications<br>FORWARD ORDER REGARDING RETENTION OF ZUCKERMAN TO A. GOLDFARB. |
| 09/17/09 Thu | Macauley, T 269527/633 | 0.10 | 0.10 | 57.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW NOTE FROM LANDIS PARALEGAL REGARDING FEE APPLICATION PROCESS. |
| 09/21/09 Mon | Macauley, T 269527/634 | 0.30 | 0.30 | 171.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING 1ST MONTHLY FEE APPLICATION. |
| 09/22/09 Tue | Bush, G 269527/636 | 0.40 | 0.40 | 290.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>E-MAILS WITH THOMAS MACAULEY REGARDING FEE APPLICATION AND REVIEW BILLING ENTRIES. |
| 09/22/09 Tue | Macauley, T 269527/635 | 0.30 | 0.30 | 171.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES AND EXCHANGE NOTES WITH G. BUSH REGARDING DISCLOSURES IN TIME DETAIL. |
| 09/23/09 Wed | Bush, G 269527/641 | 0.30 | 0.30 | 217.50 | F 1 | MATTER NAME: Retention/Fee Applications<br>E-MAILS WITH THOMAS MACAULEY REGARDING BILLING. |
| 09/23/09 Wed | Macauley, T 269527/637 | 0.40 | 0.40 | 228.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE INTERNALLY REGARDING BILLING OF TIME TO CONFORM WITH LOCAL RULES. |
| 09/23/09 Wed | Macauley, T 269527/638 | 0.20 | 0.20 | 114.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE TO D. LEMAY REGARDING REDACTION OF TIME DETAIL. |
| 09/23/09 Wed | Macauley, T 269527/639 | 0.20 | 0.20 | 114.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AUGUST TIME DETAIL WITH ATTENTION TO WORK PRODUCT. |
| 09/23/09 Wed | Macauley, T 269527/640 | 0.20 | 0.20 | 114.00 | F 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTE TO CHADBOURNE REGARDING SAME. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 8 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 09/24/09 Thu | Macauley, T 269527/642 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW FEE EXAMINER AND INTERIM COMPENSATION ORDERS. |
| 09/24/09 Thu | Macauley, T 269527/643 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW RESPONSES FROM CHADBOURNE REGARDING TIME DETAIL. |
| 09/24/09 Thu | Macauley, T 269527/644 | 0.50 | 0.50 | 285.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AUGUST TIME DETAIL WITH ATTENTION TO WORK PRODUCT. |
| 09/25/09 Fri | Macauley, T 269527/645 | 1.80 | 1.80 | 1,026.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW REVISED TIME DETAIL WITH ATTENTION TO WORK PRODUCT AND LOCAL RULE COMPLIANCE. |
| 09/28/09 Mon | Gillig, D 269527/646 | 0.50 | 0.50 | 77.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVISE INVOICES REGARDING ZUCKERMAN'S FIRST FEE APPLICATION. |
| 09/28/09 Mon | Gillig, D 269527/647 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>CONTACT ACCOUNTING REGARDING INVOICES. |
| 09/28/09 Mon | Gillig, D 269527/648 | 0.50 | 0.50 | 77.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW COSTS AND PREPARE ITEMIZATION EXHIBIT REGARDING ZUCKERMAN'S FIRST FEE APPLICATION. |
| 09/28/09 Mon | Gillig, D 269527/649 | 1.40 | 1.40 | 217.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT ZUCKERMAN'S FIRST MONTHLY FEE APPLICATION. |
| 09/28/09 Mon | Macauley, T 269527/650 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW INTERIM COMPENSATION ORDER. |
| 09/28/09 Mon | Macauley, T 269527/651 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW LOCAL RULES. |
| 09/28/09 Mon | Macauley, T 269527/652 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>WORK ON MONTHLY FEE APPLICATION. |
| 09/29/09 Tue | Bush, G 269527/653 | 0.70 | 0.70 | 507.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW DRAFT BILLING EXHIBIT FOR FEE APPLICATION. |
| 09/29/09 Tue | Gillig, D 269527/654 | 1.60 | 1.60 | 248.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>CONTINUE DRAFTING ZUCKERMAN'S FIST FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 9 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 09/29/09 Tue | Macauley, T 269527/655 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: *Retention/Fee Applications* ANALYZE ISSUES REGARDING FEE APPLICATION. |
| 09/30/09 Wed | Bush, G 269527/656 | 1.20 | 1.20 | 870.00 | F | 1 | MATTER NAME: *Retention/Fee Applications* REVIEW DRAFT FEE APPLICATION AND BILLING RECORDS AND E-MAILS WITH THOMAS MACAULEY REGARDING SAME. |
| 09/30/09 Wed | Gillig, D 269527/660 | 0.70 | 0.70 | 108.50 | F | 1 | MATTER NAME: *Retention/Fee Applications* DRAFT ZUCKERMAN'S FIRST FEE APPLICATION. |
| 09/30/09 Wed | Gillig, D 269527/661 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: *Retention/Fee Applications* DRAFT CERTIFICATE OF SERVICE FOR ZUCKERMAN'S 1ST FEE APPLICATION. |
| 09/30/09 Wed | Gillig, D 269527/662 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: *Retention/Fee Applications* REVISE ZUCKERMAN'S 1ST MONTHLY FEE APPLICATION. |
| 09/30/09 Wed | Macauley, T 269527/657 | 1.10 | 1.10 | 627.00 | F | 1 | MATTER NAME: *Retention/Fee Applications* WORK ON AUGUST MONTHLY FEE APPLICATION. |
| 09/30/09 Wed | Macauley, T 269527/658 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: *Retention/Fee Applications* ANALYZE ISSUES REGARDING INFORMATION IN MONTHLY FEE APPLICATION. |
| 09/30/09 Wed | Macauley, T 269527/659 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: *Retention/Fee Applications* EXCHANGE NOTES WITH G. BUSH REGARDING APPLICATION. |
| 10/01/09 Thu | Gillig, D 269930/611 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: *Retention/Fee Applications* CONTACT TEAM MEMBERS REGARDING 1ST FEE APPLICATION. |
| 10/01/09 Thu | Gillig, D 269930/612 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: *Retention/Fee Applications* REVISE FEE APPLICATION. |
| 10/01/09 Thu | Gillig, D 269930/613 | 0.20 | 0.20 | 31.00 | F | 1 | MATTER NAME: *Retention/Fee Applications* ELECTRONICALLY FILE FEE APPLICATION. |
| 10/01/09 Thu | Gillig, D 269930/614 | 0.20 | 0.20 | 31.00 | F | 1 | MATTER NAME: *Retention/Fee Applications* PREPARE SERVICE OF SAME. |
| 10/01/09 Thu | Gillig, D 269930/615 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: *Retention/Fee Applications* FORWARD FILED FEE APPLICATION TO TEAM. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 10 of 15

EXHIBIT I

ZUCKERMAN RETENTION/COMPENSATION

Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 10/01/09 Thu | Macauley, T 269930/609 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AND FINALIZE MONTHLY FEE APPLICATION. |
| 10/01/09 Thu | Macauley, T 269930/610 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING FEE APPLICATION FOR FEE EXAMINER. |
| 10/12/09 Mon | Macauley, T 269930/616 | 0.20 | 0.20 | 114.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH S. SCHWENDEMANN REGARDING FIRST MONTHLY FEE APPLICATION. |
| 10/15/09 Thu | Bush, G 269930/617 | 0.40 | 0.40 | 290.00 | F | 1<br>2 | MATTER NAME: Retention/Fee Applications<br>TELEPHONE CONFERENCE WITH DANNY GOLDEN AND<br>CONFER WITH THOMAS MACAULEY REGARDING SUPPLEMENTAL DISCLOSURE. |
| 10/15/09 Thu | Macauley, T 269930/618 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>SPEAK WITH LANDIS PARALEGAL REGARDING INTERIM FEE APPLICATION DEADLINE. |
| 10/15/09 Thu | Macauley, T 269930/619 | 0.30 | 0.30 | 171.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING NEED FOR SUPPLEMENTAL AFFIDAVIT AND SEARCH. |
| 10/22/09 Thu | Gillig, D 269930/621 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW DOCKET. |
| 10/22/09 Thu | Gillig, D 269930/622 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT CERTIFICATE OF NO OBJECTION REGARDING ZS FIRST FEE APPLICATION. |
| 10/22/09 Thu | Macauley, T 269930/620 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW CNO FOR 1ST INTERIM FEE APPLICATION. |
| 10/22/09 Thu | Macauley, T 269930/623 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW CHAMBER PROCEDURES REGARDING SAME. |
| 10/27/09 Tue | Macauley, T 269930/624 | 0.10 | 0.10 | 57.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ANALYZE ISSUES REGARDING NEED FOR SUPPLEMENTAL SEARCH. |
| 11/02/09 Mon | Gillig, D 270107/554 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW ACCOUNTING SYSTEM REGARDING COSTS. |
| 11/02/09 Mon | Gillig, D 270107/555 | 1.20 | 1.20 | 186.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE COST ITEMIZATION CHART EXHIBIT FOR ZS 2ND MONTHLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 11 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 11/03/09 Tue | Gillig, D 270107/557 | 0.50 | 0.50 | 77.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT ZUCKERMAN'S 2ND MONTHLY FEE APPLICATION. |
| 11/03/09 Tue | Gillig, D 270107/558 | 1.00 | 1.00 | 155.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>CONTINUE PREPARING COST ITEMIZATION CHART FOR 2ND FEE APPLICATION. |
| 11/03/09 Tue | Gillig, D 270107/559 | 0.20 | 0.20 | 31.00 | F | 1<br>2 | MATTER NAME: Retention/Fee Applications<br>DRAFT NOTICE AND<br>CERTIFICATE OF SERVICE FOR APPLICATION. |
| 11/03/09 Tue | Macauley, T 270107/556 | 0.90 | 0.90 | 513.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW SEPTEMBER TIME DETAIL FOR WORK PRODUCT AND PRIVILEGE. |
| 11/04/09 Wed | Gillig, D 270107/562 | 0.40 | 0.40 | 62.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>DRAFT ZUCKERMAN'S 2ND MONTHLY FEE APPLICATION. |
| 11/04/09 Wed | Gillig, D 270107/563 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVISE NOTICE AND CERTIFICATE OF SERVICE FOR SAME. |
| 11/04/09 Wed | Gillig, D 270107/564 | 1.00 | 1.00 | 155.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVISE INVOICES REGARDING 2ND FEE APPLICATION. |
| 11/04/09 Wed | Gillig, D 270107/565 | 0.40 | 0.40 | 62.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVISE ZUCKERMAN'S FEE APPLICATION. |
| 11/04/09 Wed | Gillig, D 270107/566 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>MAKE FINAL CHANGES TO FEE APPLICATION NOTICE AND CERTIFICATE OF SERVICE. |
| 11/04/09 Wed | Macauley, T 270107/560 | 1.30 | 1.30 | 741.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW SEPTEMBER TIME DETAIL WITH ATTENTION TO WORK PRODUCT. |
| 11/04/09 Wed | Macauley, T 270107/561 | 0.90 | 0.90 | 513.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>REVIEW AND EDIT 2ND MONTHLY FEE APPLICATION. |
| 11/05/09 Thu | Gillig, D 270107/567 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications<br>ELECTRONICALLY FILE ZUCKERMAN'S 2ND MONTHLY FEE APPLICATION. |
| 11/05/09 Thu | Gillig, D 270107/568 | 0.20 | 0.20 | 31.00 | F | 1 | MATTER NAME: Retention/Fee Applications<br>PREPARE SERVICE OF FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 12 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 11/05/09 Thu | Gillig, D 270107/569 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications FORWARD SAME TO TEAM. |
| 11/12/09 Thu | Macauley, T 270107/570 | 2.30 | 2.30 | 1,311.00 | F | 1 | MATTER NAME: Retention/Fee Applications REVIEW OCTOBER TIME DETAIL WITH ATTENTION TO WORK PRODUCT. |
| 11/13/09 Fri | Gillig, D 270107/571 | 3.00 | 3.00 | 465.00 | F | 1 | MATTER NAME: Retention/Fee Applications REVISE BILLS FOR FEE APPLICATION. |
| 11/17/09 Tue | Gillig, D 270107/572 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: Retention/Fee Applications REVIEW INVOICES FOR THIRD FEE APPLICATION. |
| 11/18/09 Wed | Gillig, D 270107/573 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications PREPARE FEE APPLICATION STATUS CHART. |
| 11/20/09 Fri | Gillig, D 270107/574 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: Retention/Fee Applications REVISE INVOICES REGARDING ZUCKERMAN'S THIRD FEE APPLICATION. |
| 11/20/09 Fri | Gillig, D 270107/575 | 1.20 | 1.20 | 186.00 | F | 1 | MATTER NAME: Retention/Fee Applications PREPARE COST ITEMIZATION REGARDING THIRD FEE APPLICATION. |
| 11/20/09 Fri | Gillig, D 270107/576 | 0.30 | 0.30 | 46.50 | F | 1 | MATTER NAME: Retention/Fee Applications CONTACT PROFESSIONALS REGARDING 3RD FEE APPLICATION. |
| 11/23/09 Mon | Gillig, D 270107/578 | 0.20 | 0.20 | 31.00 | F | 1 | MATTER NAME: Retention/Fee Applications REVISE INVOICES FOR FEE APPLICATION. |
| 11/23/09 Mon | Gillig, D 270107/579 | 1.70 | 1.70 | 263.50 | F | 1 | MATTER NAME: Retention/Fee Applications DRAFT ZS 3RD FEE APPLICATION. |
| 11/23/09 Mon | Gillig, D 270107/580 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications DRAFT NOTICE FOR SAME. |
| 11/23/09 Mon | Gillig, D 270107/581 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications DRAFT CERTIFICATE OF SERVICE FOR SAME. |
| 11/23/09 Mon | Gillig, D 270107/582 | 0.10 | 0.10 | 15.50 | F | 1 | MATTER NAME: Retention/Fee Applications REVIEW AND REVISE 3RD FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 13 of 15

EXHIBIT I
ZUCKERMAN RETENTION/COMPENSATION
Zuckerman Spaeder

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | ~ | | DESCRIPTION |
|------|------|------|------|------|---|---|------|
| 11/23/09 Mon | Macauley, T 270107/577 | 0.40 | 0.40 | 228.00 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>REVIEW AND EDIT 3RD MONTHLY FEE APPLICATION. |
| 11/25/09 Wed | Gillig, D 270107/583 | 0.10 | 0.10 | 15.50 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>ELECTRONICALLY FILE ZUCKERMAN'S 3RD MONTHLY FEE APPLICATION. |
| 11/25/09 Wed | Gillig, D 270107/584 | 0.10 | 0.10 | 15.50 | F | 1 | *MATTER NAME: Retention/Fee Applications*<br>PREPARE SERVICE OF SAME. |
| Total | | | 73.50 | $30,916.50 | | | |
| Number of Entries: | 159 | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 14 of 15

EXHIBIT I

ZUCKERMAN RETENTION/COMPENSATION

Zuckerman Spaeder

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bush, G | 8.20 | 5,945.00 |
| Gillig, D | 23.20 | 3,596.00 |
| Guldi, V | 10.70 | 3,477.50 |
| Macauley, T | 31.40 | 17,898.00 |
| | 73.50 | $30,916.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Retention/Fee Applications | 73.50 | 30,916.50 |
| | 73.50 | $30,916.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F      FINAL BILL

EXHIBIT I  PAGE 15 of 15

EXHIBIT J

Overtime Expenses

Zuckerman Spaeder

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Potential Overtime Meals | | | | | | |
| 10/30/09 | Bush, G | 269932/78 | 73.75 | | 73.75 | MATTER NAME: 12464-0004 - Expenses<br>MEAL REIMBURSEMENT - - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC<br>* 78Number of units: 1 |
| 11/17/09 | Bush, G | 270489/46 | 75.01 | | 75.01 | MATTER NAME: 12464-0004 - Expenses<br>MEAL REIMBURSEMENT - - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC<br>* 46Number of units: 1 |
| Potential Overtime Meals: | | | $148.76 | | $148.76 | |
| Category: Secretarial Overtime | | | | | | |
| 09/11/09 | Bush, G | 269529/23 | 60.00 | | 60.00 | MATTER NAME: 12464-0004 - Expenses<br>SECRETARIAL O/T<br>* 23Number of units: 2 |
| Secretarial Overtime: | | | $60.00 | | $60.00 | |
| | | | $208.76 | | $208.76 | |