# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 1/14/2011
Case: 08−13141−KJC     Form ID: ntcBK     Total: 17

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue    Chicago, IL 60611 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801 U.S.A. |
| aty | Carl D. Neff | Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801 U.S.A. |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP    620 Eighth Avenue    32nd Floor    New York, NY 10018 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | James F. Conlan | Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002 |
| aty | John H. Strock, III | Fox Rothschild LLP    919 N. Market St., Suite 1300    P.O Box 2323    Wilmington, DE 19899−2323 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801 |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | Patrick Theodore Garvey | Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| aty | Stephen Novack | Novack and Macey LLP    100 North Riverside Plaza    Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 14