```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE

IN RE:                        )    Chapter 11
                              )
                              )
TRIBUNE COMPANY, et al.,      )    Case No. 08-13141 (KJC)
                              )
                              )    Courtroom 5
                              )    824 Market Street
            Debtors.          )    Wilmington, Delaware
                              )
                              )    January 13, 2011
                              )    10:30 a.m.
```

                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtor:              Sidley Austin, LLP
                         BY:  KEVIN LANTRY, ESQ.
                         One South Dearborn
                         Chicago, IL  60603
                         (213) 896-6022

                         Cole, Schotz, Meisel, Forman &
                         Leonard, PA
                         BY:  J. KATE STICKELS, ESQ.
                         1000 North West Street
                         Suite 1200
                         Wilmington, DE  19801
                         (302) 652-3131

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
1   APPEARANCES:
    (Continued)
2
    For The Creditors Committee:   Landis Rath & Cobb
3                                  BY:   MATTHEW MCGUIRE, ESQ.
                                   919 Market Street, Suite 1800
4                                  Wilmington, DE  19899
                                   (302) 467-4400
5
    For Merrill Lynch:             Potter, Anderson & Carroon,
6                                  LLP
                                   BY:  LAURIE SILVERSTEIN, ESQ.
7                                  Hercules Plaza
                                   1313 North Market Street
8                                  Wilmington, DE  19801
                                   (302) 984-6000
9
    For Morgan Stanley:            Barnes & Thornburg
10                                 BY:  DAVID POWLEN, ESQ.
                                   1000 North West Street
11                                 Suite 1200
                                   Wilmington, DE  19801-1058
12                                 (302) 888-4536
13  For Bridge Agent:              Fox Rothschild
                                   BY:  L. JOHN BIRD, ESQ.
14                                 919 North Market Street
                                   Suite 1300
15                                 Wilmington, DE  19899-2323
                                   (302) 654-7444
16
    For Movants, Allen et, al:     Joseph, Herzfeld, Hester &
17                                 Kirschenbaum, LLP
                                   BY:  MICHAEL PALMER, ESQ.
18                                 233 Broadway, 5th Floor
                                   New York, NY  10279
19                                 (212) 688-5640
20  For Debtor:                    Seyfarth, Shaw, LLP
                                   BY:  EDWARD CERASIA, II, ESQ.
21                                 620 Eighth Avenue
                                   New York, NY  10018-1405
22                                 (212) 218-5500
23  For Class Claimants:           Pinckney, Harris & Weidinger,
                                   LLC
24                                 BY:  ADAM HILLER, ESQ.
                                   1220 North Market Street
25                                 Suite 950
                                   Wilmington, DE  19801
                                   (302) 504-1497
```

```
 1  APPEARANCES:
    (Continued)
 2
    For J.P. Morgan:              Richards, Layton & Finger
 3                                BY:  DREW SLOAN, ESQ.
                                  One Rodney Square
 4                                920 North King Street
                                  Wilmington, DE  19801
 5                                (302) 651-7700

 6  For Great Banc:               Womble Carlyle, Sandridge
                                  & Rice
 7                                BY:  TOM HORAN, ESQ.
                                  222 Delaware Avenue
 8                                Wilmington, DE  19801
                                  (302) 252-4320
 9
    For Aurelius Capital          Ashby & Geddes, P.A.
10  Management:                   BY:  WILLIAM P. BOWDEN, ESQ.
                                  500 Delaware Avenue
11                                Wilmington, DE  19899
                                  (302) 654-1888
12
    TELEPHONIC APPEARANCES:
13  (Continued)

14  For Creditors Committee:      Chadbourne & Parke
                                  BY:  DOUGLAS DEUTSCH, ESQ.
15                                BY:  DAVID LEMAY, ESQ.
                                  BY:  MARC ROITMAN, ESQ.
16                                BY:  HOWARD SEIFE, ESQ.
                                  (212) 408-5169
17
    For JP Morgan Chase:          Davis Polk & Wardwell
18                                BY:  DAMIAN SCHAIBLE, ESQ.
                                  (212) 450-4000
19
    For Great Banc:               Womble Carlyle
20                                BY:  MENACHEM ZELMANOVITZ,
                                  ESQ.
21                                BY:  RACHEL MAUCERI, ESQ.
                                  (302) 252-4320
22
    For Merrill Lynch:            Potter Anderson & Corroon LLP
23                                BY: LAURIE SELBER SILVERSTEIN
                                  (302) 984-6000
24
                                  Kaye Scholer, LLP
25                                BY:  MADLYN PRIMOFF, ESQ.
                                  (212) 836-7042
```

```
 1   TELEPHONIC APPEARANCES:
     (Continued)
 2
     For Wilmington Trust:          Brown Rudnick
 3                                  BY:  JARED ELLIAS, ESQ.
                                    (212) 209-4800
 4
     For Aurelius Capital           Aurelius Capital Management
 5   Management:                    BY:  MATTHEW A. ZIOTO
                                    (646) 445-6518
 6
                                    Akin Gump Strauss Hauer & Feld
 7                                  BY:   JASON GOLDSMITH, ESQ.
                                    BY:   DAVID M. ZENSKY, ESQ.
 8                                  BY:   PHILIP DUBLIN, ESQ.
                                    (212) 872-1000
 9
     For Credit Agreement           Hennigan Bennett & Dorman LLP
10   Credit Lenders:                BY:   JAMES O. JOHNSTON, ESQ.
                                    (213) 694-1200
11
     For DBTCA:                     McCarter & English LLP
12                                  BY:  DAVID ADLER, ESQ.
                                    (212) 609-6800
13
     For Wells Fargo                White & Case LLP
14   as Bridge Agent:               BY:  SCOTT GREISSMAN, ESQ.
                                    (212) 819-8200
15
     For EGI, TRB & Mr. Zell:       Jenner & Block
16                                  BY:  ANDREW VAIL, ESQ.
                                    (312) 222-9350
17
     For Bank of America:           O'Melveny & Myers
18                                  BY:  DANIEL S. SHAMNAH, ESQ.
                                    (212) 326-2000
19
     For Davidson Kemper:           DK Partners
20                                  BY:  EPHRAIM DIAMOND
                                    (646) 282-5841
21
     For George Daugherty:          Grippo & Elden, LLC
22                                  BY:  GEORGE DAUGHERTY
                                    (312) 704-7700
23
     For Citigroup:                 Paul Weiss Rifkind Wharton &
24                                  Garrison LLP
                                    BY:  OKSANA LASHKO, ESQ.
25                                  BY:  ANDREW LEVY, ESQ.
                                    BY:  SHANNON PENNOCK, ESQ.
                                    (212) 373-3543
```

```
 1   TELEPHONIC APPEARANCES:
     (Continued)
 2
     For Morgan Stanley & Co.     Weil, Gotshal & Manges, LLP
 3                                BY:  EVAN LEDERMAN, ESQ.
                                  (212) 310-8948
 4
     For Barclays Bank:           Mayer Brown, LLP
 5                                BY:   JEAN-MARIE ATAMIAN, ESQ.
                                  BY:  MICHAEL L. SIMES, ESQ.
 6                                BY:  AMIT TREHAN, ESQ.
                                  (212) 5086-2678
 7
     For Kramer Levin:            Kramer, Levin, Naftalis &
 8                                Frankel, LLP
                                  BY:   DAVID E. BLABEY, JR. ESQ.
 9                                (212) 715-9100

10   For Jeffries & Company:      Jeffries & Company
                                  BY:  JUSTIN BRASS
11                                (203) 708-5847

12   For Brigade Capital
     Management:                  Brigade Capital Management
13                                BY:  NEIL S. LOSQUADRO, ESQ.
                                  (212) 745-9758
14
     For Trade Claim Holders:     Andrew & Kurth, LLP
15                                BY:  ABHISHEK MATHUR, ESQ.
                                  BY:  JEREMY RECKNEYER, ESQ.
16                                BY:  PAUL SILVERSTEIN, ESQ.
                                  (212) 850-2822
17
     For CITI:                    CITI
18                                BY:  REBECCA SONG, ESQ.
                                  (212) 559-9933
19
     For Debtor:                  Tribune Company
20                                BY:  DAVE ELDERSVELD
                                  BY:  DON LIEBENTRITT
21                                BY:  GARY WEITMAN
                                  (212) 853-7778
22
                                  Sidley Austin
23                                BY:  KEN KANSA, ESQ.
                                  BY:  CANDICE KLINE, ESQ.
24                                (312) 853-7163

25
```

1    WILMINGTON, DELAWARE, THURS., JANUARY 13, 2011, 10:34 A.M.

2              THE CLERK:  Be seated, please.

3              THE COURT:  Good morning, All.

4              ALL:  Good morning.

5              MR. LANTRY:  Good morning, Your Honor.  Kevin

6    Lantry of Sidley on behalf of the debtors.

7              Your Honor, Numbers 1 through 7 on the agenda

8    have been adjourned.  And Numbers 8 though 12, certificates

9    of non-objection were submitted and Your Honor entered

10   orders.  So there's only one item on the agenda going

11   forward today and that's Item No. 13.

12             And I have three quick procedural things to

13   identify to the Court before we commence argument on that.

14   The first is just to explain the reason for the delay

15   between the motion being filed last May and the hearing

16   first occurring today.  The parties have stipulated a number

17   of times to continue because we've been in settlement

18   negotiations.  When those finally failed, we also stipulated

19   for a fairly slow track of filing the debtors' objections

20   and the other side's response because we wanted some

21   discovery.  The debtors pursuant to the understanding

22   between the parties submitted document requests right after

23   our objections were filed in November and the document

24   production was supposed to occur last Thursday when the

1  reply was filed.  They agreed to produce the tax returns,

2  but didn't have them in their hands until one of the which

3  we got last night at 6:40.  So there has been some document

4  production.

5          Second, the movants have not attempted to join

6  the Co-Defendant in the pre-petition state litigation.  This

7  is Mitchells Subscription Services.  This is the party that

8  actually entered into the independent contractor agreements

9  and paid the claimants.  I suspect the reason why they

10  aren't enjoined in this contested matter is that they don't

11  have contacts in Delaware and may not have jurisdiction

12  here.  The Mitchells did not file a proof of claim against

13  the debtors even though it was served with the notice of the

14

15  bar date.

16          Third, the movants have not indicated that they

17  intend to go forward as an evidentiary hearing today.  The -

18  - I don't believe any of the declarants are here.  We do not

19  consent to the entry of the declarations, but an opportunity

20  to examine the witnesses.  Nevertheless, notwithstanding the

21  absences of the witnesses or the Co-Defendant or some of the

22  document requests, we are fine with the matter going forward

23  as the movant requests because we did believe that hearing

24  some direction from you about how and where the adjudication

25

1  of these claims should occur would be helpful for the

2  parties.

3          THE COURT:  Well --

4          MR. LANTRY:  So with that, I'm happy to turn the

5  lectern over to the movant.

6          THE COURT:  Not yet.  You indicated the parties

7  had engaged in settlement discussions.  Did the parties

8  undertake a formal mediation?

9          MR. LANTRY:  No, Your Honor.

10         THE COURT:  Tell me why I shouldn't order that

11  now.

12

13         MR. LANTRY:  Your Honor, I think that probably

14  could be useful, but could I defer to Ed Cerasia who is the

15  co-counsel who's been handling this in the pre-petition

16  period and probably has a better understanding of the facts

17  to get his sense of that?

18         THE COURT:  Of course.

19         MR. CERASIA:  Good morning, Your Honor.  The

20  parties were fairly far apart in any kind of settlement

21  negotiations that we had over a period of several months.

22  There were proposals that were exchanged and we had a

23  purported damages calculation that we received from opposing

24  counsel.

25

1          THE COURT:  Are you able to share that with the

2  Court?

3          MR. CERASIA:  I don't have the analysis with me

4  today but --

5          THE COURT:  Well, do you remember the number?

6          MR. CERASIA:  Rough number it was approximately

7  between $800,000 and $1,000,000 plus attorney's fees.

8          THE COURT:  Okay.  The papers had indicated $1.5

9  million, possibly.

10         MR. CERASIA:  Of potential liability.

11         THE COURT:  That's correct.

12         MR. CERASIA:  Right.

13         THE COURT:  Okay.  So the answer to my question?

14         MR. CERASIA:  I always think that, you know,

15  getting in front of a mediator helps parties, you know, try

16 to come to some resolution.  We are very far apart.  We can

17 speak with the debtor about it.  I don't think that they

18 would be opposed to it at all.

19         THE COURT:  Let's see.  Finished the mediation

20 two days ago, the parties were a lot farther apart than the

21 total amount involved here.

22         MR. CERASIA:  Right.

23         THE COURT:  And somehow they came together.  All

24 right.  Let me hear from the movants.

25

1        MR. HILLER:  Good morning, Your Honor.  This is

2   Adam Hiller on behalf of the movants in this case, the class

3   claimants.  With me today in the courtroom is Michael

4   Palmer.  He's down from New York to argue on behalf of the

5   movants.  He has been admitted pro hac vice and I would ask

6   that he be permitted to address the Court.

7        THE COURT:  Thank you.

8        MR. PALMER:  Good morning, Your Honor.  First, to

9   respond to what Your Honor was just raising.  Certainly, on

10  behalf of the movants, we would be quite open to the

11  possibility of a mediation and believe that that is

12  definitely a worthwhile way to proceed.

13

14        And now to focus on the motion at hand.  Tribune

15  publishes a free newspaper --

16        THE COURT:  No, no, I want you to stop there.

17        MR. PALMER:  I'm sorry.

18        THE COURT:  Because given the amount involved --

19  well let me take a step back.  The amount involved is not a

20  lot as this case goes.

21        MR. PALMER:  Yes, Your Honor.

22        THE COURT:  Understanding and appreciating, of

23  course, that given the individuals involved here it doesn't

24  take much to be meaningful to them individually.

25        MR. PALMER:  Right.

1          THE COURT:  And I understand that.  There are --

2    let me put it this way, good points to be made for each side

3    in the submission.  I think there are good reasons why I

4    could deny the motion and I think there are good reasons why

5    I could grant it.  But it seems to me that before we get

6    started on a class action litigation track, beyond that

7    which -- in which the parties have already engaged, I'd like

8    to satisfy myself there really is no hope of resolution

9    here.  So I am going to order mediation before we proceed

10   farther.

11

12         So the question in my mind is have the parties

13   talked about who might be good for this type of thing?

14   Would you like some time now to talk about it before you

15   leave?  I know the question may have come unexpectedly.

16         MR. PALMER:  Just a bit.

17                    (Laughter)

18         THE COURT:  I could see it in your faces.  And I

19   know what an emotional letdown it is as a lawyer when you

20   prepare for something and -- especially when you know you're

21   right.

22                    (Laughter)

23         THE COURT:  And the Judge stops you before you

24   have a chance to hear him tell you that you're right.

25

1          MR. LANTRY:  There's very few times in which I

2    know I'm wrong.

3                          (Laughter)

4          THE COURT:  I mean, I would give the parties a

5    couple minutes now to talk about if you'd like.

6          MR. LANTRY:  Your Honor, if I could just raise

7    one additional question.

8          THE COURT:  Certainly.

9          MR. LANTRY:  And that is the issue of how we

10   could bring Mitchells into this mediation.  They feel to us

11   like a critical component.  You know, if the claimants were

12   to be found to be employees rather than independent

13   contractors, we would obviously turn to Mitchells and say

14   they were probably employees of you not us.  And so the

15   interaction of them does seem to be pretty central here.

16   They have all the facts.

17

18          In other words, we don't -- we didn't serve the

19   claimants because we don't have their address.  It's not

20   part of the debtors' books and records.  It's all at

21   Mitchells.  So some of the data to even quantify this is in

22   their possession, not in ours and we'd have to get it to

23   them.  And so I think one of the gating issues is how do we

24   get them into the mediation?

25

1          THE COURT:  Well, let me go back to the comment

2    you made initially about jurisdiction.  There is some

3    decisional law coming out of this district which indicates

4    that jurisdiction can be had by this Court without minimum

5    contacts to the state itself.  And I can't tell you the

6    names of the cases offhand.  I know had the issue.  I don't

7    remember in what form I wrote about it or if I wrote about

8    it or decided from the bench, but I know at least one of my

9    colleagues has addressed that issue.  I think it was Judge

10   Walrath.  And that's without pre-judging any issue that may

11   have come before me, but you may wish to consult that

12   authority in connection with inviting.

13         MR. LANTRY:  Well, I would certainly encourage

14   your order directing mediation to include Mitchells and then

15   I think we'd probably solve the problem.

16

17                     (Laughter)

18         THE COURT:  Well, let's put it this way, I don't

19   -- since they're not a party for me at the moment, I would

20   be more than happy in the strongest possible way to have

21   language in an order which calls for their involvement.  I

22   just don't know if I can order it.

23         MR. LANTRY:  Got it.

24         THE COURT:  At least at this stage.  But, you

25   know, what you say makes perfect sense and it's not unusual

1  for non-parties to be included in mediations for very good

2  reasons and I think you've mentioned a very good one.  You

3  know, if you need further process here to pull them in, you

4  may have to avail yourself of that.  But I would say confer

5  and submit an order which reflects the Court's strong

6  inclination that this entity should participate.  And if you

7  want to put language in there that says without addressing

8  the jurisdictional issue so that they're not -- if they

9  think there's a problem with jurisdiction so that they're

10 not prejudice from asserting that issue here, should it ever

11 become pertinent.

12

13         MR. LANTRY:  Oh, yeah, it's very helpful.  Should

14 we break for a little discussion?

15         THE COURT:  Yeah.

16         MR. LANTRY:  I think that's all we needed

17 relative to --

18         THE COURT:  All right.

19         MR. LANTRY:  -- that missing link.

20         THE COURT:  We'll take a short recess.

21         MR. LANTRY:  Thank you, Your Honor.

22          (Recess from 10:45 a.m. to 10:54 p.m.)

23         THE CLERK:  All rise.  Be seated, please.

24         MR. PALMER:  Your Honor, after conferring with

25 our adversary, there are a group of mediators, particularly

1  at JAMS in New York and their employment group who both of

2  our firms have worked with in wage and hour cases.  So we're

3  pretty comfortable that by the middle of next week, we

4  should be able to get a list of hopefully two mediators that

5  we both find acceptable for this case so that we could have

6  two of them so we could contact them to try to get on their

7  calendar with a goal towards the end of February.  And we

8  also have agreed at this point to split the cost of that

9  mediation.

10          THE COURT:  Okay.

11          MR. PALMER:  And if possible, I assume we'd split

12  it three ways if we can get the Mitchells folks involved

13  with the mediation.

14          THE COURT:  Or as an incentive --

15  

16          MR. PALMER:  Right.

17          THE COURT:  -- you might let them ride along for

18  less, but --

19          MR. PALMER:  The thought crossed my mind, Your

20  Honor.

21          THE COURT:  -- oh, by the way, on the

22  jurisdictional issue, I was reminded, I am getting old, by

23  my law clerk that the jurisdictional issue decided in

24  connection with the Warren Beatty matter, this case.  Oh,

25  well would you like to continue this matter without a

1  further date subject to your asking that it be relisted or

2  would you like to pick one of the omnibus dates to hook it

3  to?  There's a hearing in -- well February 9, that's too

4  soon.  I think the next date we have after that is

5  confirmation.

6          MR. LANTRY:  I think there was -- was there a

7  March 1 omnibus?

8          THE COURT:  There is a March 1 omnibus.

9          MR. LANTRY:  That might be a little quick for

10  getting everything scheduled, so probably I would go the

11  omnibus after that, but I do think having a status

12  conference to report back to you is very valuable.

13          THE COURT:  Okay.  March 2 is pre-trial for the

14

15  confirmation.  March 7 begins confirmation.  The 22nd, March

16  22 is the next omnibus after that.

17          MR. LANTRY:  Let's do that.

18          MR. PALMER:  I -- that would be fine.  I actually

19  think we could do it a little bit earlier at least just for

20  a status conference, but, you know, three weeks is not the

21  end of the world one way or another.

22          THE COURT:  Okay.  Well, let's put it this way,

23  my advice to you would be to stay as far as way from the

24  confirmation as you can get.

25                  (Laughter)

1          MR. LANTRY:  Very good.

2          THE COURT:  All right.  Look, this is not

3  intended to be a penalty or to avoid having to resolve the

4  dispute if the parties can't resolve it, I'll resolve it.

5  But I think especially since you have had discussions, it

6  might be a good thing for you.  And hopefully, it will end

7  up in a resolution.  If not, we'll move forward.  Anything

8  further for today?

9          MR. LANTRY:  No, Your Honor.

10          MR. PALMER:  No, Your Honor.

11          THE COURT:  All right.  Thank you all very much.

12  That concludes this hearing.  Court will stand adjourned.

13

14          MR. PALMER:  Thank you, Your Honor.

15          MR. LANTRY:  Thank you, Your Honor.

16     (Whereupon at 10:57 a.m., the hearing was adjourned.)

17

18                    CERTIFICATION

19          I certify that the foregoing is a correct

20  transcript from the electronic sound recording of the

21  proceedings in the above-entitled matter.

22

23
   _____          14 January 2011
24
   Traci L. Calaman                                Date
25  Transcriber

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| a.m(4) 1:14 6:1 14:21 17:15 | | avoid(1) 17:3 | | cole(1) 1:28 | | discovery(1) 6:21 | |
| abhishek(1) 5:29 | | back(1) 10:18 13:1 16:12 | | colleagues(1) 13:9 | | discussion(1) 14:13 | |
| able(2) 9:1 15:4 | | banc(2) 3:11 3:38 | | come(3) 9:16 11:14 13:11 | | discussions(2) 8:7 17:5 | |
| about(8) 7:23 9:17 11:12 11:13 12:5 13:2 | | bank(2) 4:34 5:8 | | comfortable(1) 15:3 | | dispute(1) 17:4 | |
| 13:7 13:7 | | bankruptcy(2) 1:1 1:18 | | coming(1) 13:3 | | district(2) 1:2 13:3 | |
| | | bar(1) 7:14 | | commence(1) 6:13 | | document(4) 6:22 6:23 7:3 7:21 | |
| aboveentitled (1) 17:20 | | barclays(1) 5:8 | | comment(1) 13:1 | | does(1) 12:15 | |
| absences(1) 7:20 | | barnes(1) 2:18 | | committee(2) 2:4 3:27 | | doesn't(1) 10:22 | |
| acceptable(1) 15:5 | | beatty(1) 15:23 | | company(4) 1:7 5:19 5:19 5:38 | | don(1) 5:40 | |
| action(1) 11:6 | | because(5) 6:17 6:20 7:22 10:17 12:18 | | component(1) 12:11 | | don't(9) 5:10 7:10 7:17 9:3 9:17 12:17 12:18 | |
| actually(2) 7:8 16:17 | | become(1) 14:11 | | concludes(1) 17:12 | | 13:6 13:17 13:21 | |
| adam(2) 2:47 10:2 | | been(5) 6:8 6:17 7:3 8:14 10:5 | | confer(1) 14:4 | | | |
| additional(1) 12:7 | | before(7) 1:17 6:13 11:5 11:9 11:13 11:22 | | conference(2) 16:12 16:19 | | dorman(1) 4:18 | |
| address(2) 10:6 12:18 | | 13:11 | | conferring(1) 14:23 | | douglas(1) 3:28 | |
| addressed(1) 13:9 | | | | confirmation(4) 16:5 16:14 16:14 16:23 | | down(1) 10:4 | |
| addressing(1) 14:7 | | begins(1) 16:14 | | connection(2) 13:12 15:23 | | drew(1) 3:5 | |
| adjourned(3) 6:8 17:12 17:15 | | behalf(4) 6:6 10:2 10:4 10:10 | | consent(1) 7:18 | | dublin(1) 4:15 | |
| adjudication(1) 7:23 | | being(1) 6:15 | | consult(1) 13:11 | | each(1) 11:2 | |
| adler(1) 4:23 | | believe(3) 7:17 7:22 10:11 | | contact(1) 15:6 | | earlier(1) 16:18 | |
| admitted(1) 10:5 | | bench(1) 13:8 | | contacts(2) 7:11 13:5 | | ecro(1) 1:36 | |
| adversary(1) 14:24 | | bennett(1) 4:18 | | contested(1) 7:10 | | edward(1) 2:40 | |
| advice(1) 16:22 | | better(1) 8:15 | | continue(2) 6:17 15:24 | | egi(1) 4:30 | |
| after(5) 6:22 14:23 16:4 16:11 16:15 | | between(3) 6:15 6:22 9:7 | | continued(5) 2:2 3:2 3:25 4:2 5:2 | | eighth(1) 2:41 | |
| against(1) 7:12 | | beyond(1) 11:6 | | contractor(1) 7:8 | | elden(1) 4:42 | |
| agenda(2) 6:7 6:10 | | bird(1) 2:26 | | contractors(1) 12:13 | | eldersveld(1) 5:39 | |
| agent(2) 2:25 4:27 | | bit(2) 11:15 16:18 | | correct(2) 9:11 17:18 | | electronic(1) 1:44 17:19 | |
| ago(1) 9:20 | | blabey(1) 5:16 | | corroon(1) 3:44 | | ellias(1) 4:5 | |
| agreed(2) 7:1 15:8 | | block(1) 4:30 | | cost(1) 15:8 | | emotional(1) 11:18 | |
| agreement(1) 4:18 | | books(1) 12:19 | | could(10) 8:13 8:13 11:4 11:5 11:17 12:6 | | employees(2) 12:12 12:14 | |
| agreements(1) 7:8 | | both(2) 15:1 15:5 | | 12:10 15:5 15:6 16:18 | | employment(1) 15:1 | |
| akin(1) 4:12 | | bowden(1) 3:19 | | | | encourage(1) 13:13 | |
| all(12) 6:3 6:4 9:18 9:23 12:16 12:19 | | brass(1) 5:20 | | counsel(1) 8:23 | | end(3) 15:7 16:20 17:6 | |
| 14:15 14:17 14:22 17:2 17:11 17:11 | | break(1) 14:13 | | couple(1) 12:5 | | engaged(2) 8:7 11:7 | |
| | | bridge(2) 2:25 4:27 | | course(2) 8:17 10:22 | | english(1) 4:22 | |
| allen(1) 2:32 | | brigade(2) 5:23 5:24 | | court(42) 1:1 6:3 6:13 8:3 8:6 8:10 8:17 | | enjoined(1) 7:10 | |
| along(1) 15:16 | | bring(1) 12:10 | | 9:1 9:2 9:5 9:8 9:11 9:13 9:19 9:23 10:6 | | entered(3) 6:9 7:8 | |
| already(1) 11:7 | | broadway(1) 2:35 | | 10:7 10:15 10:17 10:21 11:1 11:17 11:22 | | entity(1) 14:6 | |
| also(2) 6:18 15:8 | | brown(2) 4:4 5:8 | | 12:4 12:8 13:1 13:4 13:17 13:23 14:14 | | entry(1) 7:18 | |
| always(1) 9:14 | | but(13) 7:2 7:18 8:13 9:4 11:5 13:8 13:11 | | 14:17 14:19 15:10 15:14 15:16 15:20 16:8 | | ephraim(1) 4:39 | |
| america(1) 4:34 | | 13:23 14:4 15:17 16:11 16:19 17:5 | | 16:13 16:21 17:12 17:11 17:12 | | especially(2) 11:19 17:5 | |
| amit(1) 5:11 | | | | | | esq(44) 1:23 1:30 2:5 2:12 2:19 2:26 2:34 | |
| amount(3) 9:21 10:17 10:18 | | calaman(1) 17:24 | | court's(1) 14:5 | | 2:40 2:47 3:5 3:13 3:19 3:28 3:29 3:30 | |
| analysis(1) 9:3 | | calculation(1) 8:22 | | courtroom(2) 1:9 10:3 | | 3:31 3:35 3:40 3:41 3:49 4:5 4:13 4:14 | |
| and(41) 6:8 6:9 6:11 6:12 6:15 6:20 6:23 | | calendar(1) 15:7 | | credit(2) 4:18 4:19 | | 4:15 4:19 4:23 4:31 4:34 4:35 4:48 4:49 | |
| 7:9 7:11 7:23 8:15 8:21 9:7 9:23 10:5 | | calls(1) 13:20 | | creditors(2) 2:4 3:27 | | 4:50 5:5 5:9 5:10 5:11 5:16 5:25 5:29 | |
| 10:11 10:13 10:21 11:1 11:4 11:17 11:19 | | came(1) 9:23 | | critical(1) 12:11 | | 5:30 5:31 5:35 5:45 5:46 | |
| 11:22 12:9 12:12 12:13 12:14 12:19 12:21 12:22 | | can(5) 9:16 13:4 13:21 15:12 16:23 | | crossed(1) 15:18 | | | |
| 13:5 13:10 13:14 13:24 14:2 14:5 14:6 | | can't(2) 13:5 17:4 | | | | evan(1) 5:5 | |
| 15:1 15:2 15:7 15:11 17:6 | | candice(1) 5:46 | | damages(1) 8:22 | | even(2) 7:13 12:20 | |
| | | capital(5) 3:18 4:8 4:8 5:23 5:24 | | damian(1) 3:35 | | ever(1) 14:10 | |
| anderson(2) 2:10 3:44 | | carey(1) 1:17 | | daniel(1) 4:35 | | everything(1) 16:10 | |
| andrew(4) 4:31 4:49 5:28 | | carlyle(2) 3:11 3:38 | | data(2) 1:38 12:20 | | evidentiary(1) 7:16 | |
| another(1) 16:20 | | carroon(1) 2:10 | | date(4) 7:14 16:1 16:4 17:24 | | examine(1) 7:19 | |
| answer(1) 9:13 | | case(6) 1:7 4:26 10:2 10:19 15:5 15:23 | | daugherty(2) 4:42 4:43 | | exchanged(1) 8:21 | |
| any(3) 7:17 8:19 13:10 | | cases(2) 13:6 15:2 | | dave(1) 5:39 | | explain(1) 6:14 | |
| anything(1) 17:7 | | central(1) 12:15 | | david(5) 2:19 3:29 4:14 4:23 5:16 | | faces(1) 11:17 | |
| apart(3) 8:19 9:16 9:20 | | cerasia(9) 2:40 8:13 8:18 9:3 9:6 9:10 | | davidson(1) 4:38 | | facts(2) 8:15 12:16 | |
| appearances(4) 1:20 3:24 4:1 5:1 | | 9:12 9:14 9:22 | | davis(1) 3:34 | | failed(1) 6:18 | |
| appreciating(1) 9:6 | | | | days(1) 9:20 | | fairly(2) 6:19 8:19 | |
| approximately(1) 9:6 | | certainly(3) 10:9 12:8 13:13 | | dbtca(1) 4:22 | | far(3) 8:19 9:16 16:22 | |
| are(8) 7:17 7:21 9:1 9:16 11:1 11:3 11:4 | | certificates(1) 6:8 | | dearborn(1) 1:24 | | fargo(1) 4:26 | |
| 14:24 | | certification(1) 17:17 | | debtor(4) 1:22 2:39 5:38 9:17 | | farther(2) 9:20 11:10 | |
| | | certify(1) 17:18 | | debtors(6) 1:11 6:6 6:19 6:21 7:13 12:19 | | february(2) 15:7 16:3 | |
| aren't(1) 7:10 | | chadbourne(1) 3:27 | | decided(2) 13:8 15:22 | | feel(1) 12:10 | |
| argue(1) 10:4 | | chance(1) 11:23 | | decisional(1) 13:3 | | fees(1) 9:7 | |
| argument(1) 6:13 | | chapter(1) 1:4 | | declarants(1) 7:17 | | feld(1) 4:12 | |
| ashby(1) 3:18 | | chase(1) 3:34 | | declarations(1) 7:18 | | few(1) 12:1 | |
| ask(1) 10:5 | | chicago(1) 1:25 | | defer(1) 8:13 | | file(1) 7:12 | |
| asking(1) 16:1 | | citi(2) 5:34 5:34 | | definitely(1) 10:12 | | filed(3) 6:15 6:23 7:1 | |
| asserting(1) 14:10 | | citigroup(1) 4:46 | | delaware(6) 1:2 1:11 3:14 3:20 6:1 7:11 | | filing(1) 6:19 | |
| assume(1) 15:11 | | claim(2) 5:28 7:12 | | delay(1) 6:14 | | finally(1) 6:18 | |
| atamian(1) 5:9 | | claimants(5) 2:45 7:9 10:3 12:11 12:18 | | deny(1) 11:4 | | find(1) 15:5 | |
| attempted(1) 7:5 | | claims(1) 8:1 | | deutsch(1) 3:28 | | fine(2) 7:21 16:17 | |
| attorney's(1) 9:7 | | class(3) 2:45 10:2 11:6 | | diamond(1) 4:39 | | finger(1) 3:4 | |
| aurelius(3) 3:18 4:8 4:8 | | clerk(3) 6:2 14:22 15:22 | | diaz(1) 1:38 | | finished(1) 9:19 | |
| austin(2) 1:22 5:44 | | co-counsel(1) 8:14 | | did(3) 7:12 7:22 8:7 | | firms(1) 15:2 | |
| authority(1) 13:12 | | co-defendant(2) 7:6 7:20 | | didn't(2) 7:2 12:17 | | first(3) 6:14 6:16 10:8 | |
| avail(1) 14:4 | | cobb(1) 2:4 | | directing(1) 13:14 | | floor(1) 2:35 | |
| avenue(3) 2:41 3:14 3:20 | | | | direction(1) 7:23 | | focus(1) 10:13 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**folks**(1) 15:12
**for**(52) 1:2 1:22 2:4 2:10 2:18 2:25 2:32 2:39 2:45 3:4 3:11 3:18 3:27 3:34 3:38 3:44 4:4 4:8 4:18 4:22 4:26 4:30 4:34 4:38 4:42 4:46 5:4 5:8 5:14 5:19 5:23 5:28 5:34 5:38 6:14 6:19 8:1 11:2 11:12 11:19 13:18 13:20 14:1 14:1 14:13 15:5 15:16 16:9 16:13 16:18 17:6 17:8

**foregoing**(1) 17:18
**form**(1) 13:7
**formal**(1) 8:8
**forman**(1) 1:28
**forward**(4) 6:1 7:16 7:21 7:7
**found**(1) 12:12
**fox**(1) 2:25
**frankel**(1) 5:15
**free**(1) 10:14
**from**(9) 7:23 8:22 9:24 10:4 13:8 14:10 14:21 16:22 17:19

**front**(1) 9:15
**further**(3) 14:3 16:1 17:8
**garrison**(1) 4:47
**gary**(1) 5:41
**gating**(1) 12:22
**geddes**(1) 3:18
**george**(2) 4:42 4:43
**get**(8) 8:16 11:5 12:21 12:23 15:4 15:6 15:12 16:23

**getting**(3) 9:15 15:21 16:10
**give**(1) 12:4
**given**(2) 10:17 10:22
**goal**(1) 15:7
**goes**(1) 10:19
**going**(3) 6:10 7:21 11:9
**goldsmith**(1) 4:13
**good**(14) 6:3 6:4 6:5 6:8 8:18 10:1 10:8 11:2 11:3 11:4 11:12 14:1 14:2 17:1 17:6

**got**(2) 7:3 13:22
**gotshal**(1) 5:4
**grant**(1) 11:5
**great**(2) 3:11 3:38
**greissman**(1) 4:27
**grippo**(1) 4:42
**group**(2) 14:24 15:1
**gump**(1) 4:12
**hac**(1) 10:5
**had**(7) 8:7 8:20 8:21 9:8 13:4 13:6 17:5
**hand**(1) 10:13
**handling**(1) 8:14
**hands**(1) 7:2
**happy**(2) 8:4 13:19
**harris**(1) 2:45
**harrisburg**(1) 1:40
**has**(4) 7:3 8:15 10:5 13:9
**hauer**(1) 4:12
**have**(24) 6:8 6:12 6:16 7:2 7:5 7:11 7:11 7:15 9:13 11:7 11:11 11:14 11:23 12:16 12:18 12:21 13:11 13:19 14:4 15:2 15:5 15:8 16:4 17:5

**having**(2) 16:11 17:3
**he's**(1) 10:4
**hear**(2) 9:24 11:23
**hearing**(6) 6:15 7:16 7:22 16:3 17:12
**helpful**(2) 8:1 14:12
**helps**(1) 9:15
**hennigan**(1) 4:18
**hercules**(1) 2:13
**here**(8) 7:12 7:17 9:21 10:22 11:9 12:15 14:3 14:10

**herzfeld**(1) 2:32
**hester**(1) 2:32
**hiller**(3) 2:47 10:1 10:2
**him**(1) 11:23

**his**(1) 8:16
**holders**(1) 5:28
**honor**(18) 6:5 6:7 6:9 8:9 8:12 8:18 10:1 10:8 10:9 10:20 12:6 14:20 14:23 15:19 17:9 17:10 17:13 17:14

**honorable**(1) 1:17
**hook**(1) 16:2
**hope**(1) 11:8
**hopefully**(2) 15:4 17:6
**horan**(1) 3:13
**hour**(1) 15:2
**how**(3) 7:23 12:9 12:22
**howard**(1) 3:31
**i'd**(1) 11:7
**i'll**(1) 17:4
**i'm**(3) 8:4 10:16 12:2
**identify**(1) 6:13
**incentive**(1) 15:14
**inclination**(1) 14:6
**include**(1) 13:14
**included**(1) 14:1
**indicates**(1) 13:3
**independent**(2) 7:8 12:12
**indicated**(3) 7:15 8:6 9:8
**individually**(1) 10:23
**individuals**(1) 10:22
**initially**(1) 13:2
**intend**(1) 7:16
**intended**(1) 17:3
**interaction**(1) 12:15
**into**(3) 7:8 12:10 12:23
**inviting**(1) 13:12
**involved**(5) 9:21 10:17 10:18 10:22 15:12
**involvement**(1) 13:20
**issue**(8) 12:9 13:6 13:9 13:10 14:8 14:10 15:21 15:22

**issues**(1) 12:22
**it's**(4) 12:18 12:19 13:24 14:12
**item**(2) 6:10 6:11
**itself**(1) 13:5
**j.p**(1) 3:4
**james**(1) 4:19
**jams**(1) 15:1
**january**(3) 1:13 6:1 17:23
**jared**(1) 4:5
**jason**(1) 4:13
**jean-marie**(1) 5:9
**jeffries**(2) 5:19 5:19
**jenner**(1) 4:30
**jeremy**(1) 5:30
**john**(1) 2:26
**johnston**(1) 4:19
**join**(1) 7:5
**joseph**(1) 2:32
**judge**(3) 1:18 11:22 13:9
**jurisdiction**(4) 7:11 13:2 13:4 14:9
**jurisdictional**(3) 14:8 15:21 15:22
**just**(6) 6:14 10:9 11:15 12:6 13:21 16:18
**justin**(1) 5:20
**kansa**(1) 5:45
**kate**(1) 1:30
**kaye**(1) 3:48
**kemper**(1) 4:38
**ken**(1) 5:45
**kevin**(3) 1:17 1:23 6:5
**kind**(1) 8:19
**king**(1) 3:7
**kirschenbaum**(1) 2:33
**kjc**(1) 1:7
**kline**(1) 5:46
**know**(13) 9:14 9:15 11:14 11:18 11:19 12:2 12:11 13:6 13:8 13:21 13:24 14:3 16:19

**kramer**(2) 5:14 5:14
**kurth**(1) 5:28
**landis**(1) 2:4
**language**(2) 13:20 14:7

**lantry**(21) 1:23 6:5 6:6 8:4 8:9 8:12 12:1 12:6 12:9 13:13 13:22 14:12 14:15 14:18 14:20 16:6 16:9 16:16 17:1 17:9 17:14

**lashko**(1) 4:48
**last**(3) 6:15 6:24 7:3
**laughter**(5) 11:16 11:21 12:3 13:16 16:24
**laurie**(2) 2:12 3:45
**law**(2) 13:3 15:22
**lawyer**(1) 11:18
**layton**(1) 3:4
**least**(3) 13:8 13:23 16:18
**leave**(1) 11:14
**lectern**(1) 8:5
**lederman**(1) 5:5
**lemay**(1) 3:29
**lenders**(1) 4:19
**leonard**(1) 1:29
**less**(1) 15:17
**let**(5) 9:24 10:18 11:2 13:1 15:16
**let's**(4) 9:19 13:17 16:16 16:21
**letdown**(1) 11:18
**levin**(2) 5:14 5:14
**levy**(1) 4:49
**liability**(1) 9:10
**liebentritt**(1) 5:40
**like**(6) 11:7 11:13 12:5 12:11 15:24 16:2
**link**(1) 14:18
**list**(1) 15:4
**litigation**(2) 7:6 11:6
**little**(3) 14:13 16:9 16:18
**llc**(2) 2:46 4:42
**llp**(14) 1:22 2:11 2:33 2:39 3:44 3:48 4:18 4:22 4:26 4:47 5:4 5:8 5:15 5:28

**look**(1) 17:2
**losquadro**(1) 5:25
**lot**(2) 9:20 10:19
**lugano**(1) 1:36
**lynch**(2) 2:10 3:44
**made**(2) 11:2 13:2
**madlyn**(1) 3:49
**makes**(1) 13:24
**management**(5) 3:19 4:8 4:9 5:24 5:24
**manges**(1) 5:4
**marc**(1) 3:30
**march**(5) 16:7 16:8 16:13 16:14 16:14
**market**(5) 1:10 2:6 2:14 2:27 2:48
**mathur**(1) 5:29
**matter**(5) 7:10 7:21 15:23 15:24 17:20
**matthew**(2) 2:5 4:9
**mauceri**(1) 3:41
**may**(6) 6:15 7:11 11:14 13:10 13:11 14:4
**mayer**(1) 5:8
**mccarter**(1) 4:22
**mcguire**(1) 2:5
**mean**(1) 12:4
**meaningful**(1) 10:23
**mediation**(9) 8:8 9:19 10:11 11:9 12:10 12:23 13:14 15:9 15:13

**mediations**(1) 14:1
**mediator**(1) 9:15
**mediators**(2) 14:24 15:4
**meisel**(1) 1:28
**menachem**(1) 3:39
**mentioned**(1) 14:2
**merrill**(2) 2:10 3:44
**michael**(3) 2:34 5:10 10:3
**middle**(1) 15:3
**might**(4) 11:12 15:16 16:9 17:6
**million**(1) 9:9
**mind**(2) 11:11 15:18
**minimum**(1) 13:4
**minutes**(1) 12:5
**missing**(1) 14:18
**mitchells**(7) 7:7 7:12 12:10 12:13 12:20 13:14 15:12

**moment**(1) 13:18
**months**(1) 8:20
**more**(1) 13:19
**morgan**(4) 2:18 3:4 3:34 5:4
**morning**(6) 6:3 6:4 6:5 8:18 10:1 10:8
**motion**(3) 6:15 10:13 11:4
**movant**(2) 7:22 8:5
**movants**(7) 2:32 7:5 7:15 9:24 10:2 10:5 10:10

**move**(1) 17:7
**much**(2) 10:23 17:11
**myers**(1) 4:34
**myself**(1) 11:8
**naftalis**(1) 5:14
**names**(1) 13:6
**need**(1) 14:3
**needed**(1) 14:15
**negotiations**(2) 6:18 8:20
**neil**(1) 5:25
**nevertheless**(1) 7:19
**new**(4) 2:36 2:42 10:4 15:1
**newspaper**(1) 10:14
**next**(3) 15:3 16:4 16:15
**night**(1) 7:3
**non-objection**(1) 6:9
**non-parties**(1) 14:1
**north**(6) 1:31 2:14 2:20 2:27 2:48 3:7
**not**(17) 7:5 7:11 7:12 7:15 7:17 8:6 10:18 12:14 12:18 12:21 13:18 13:24 14:18 16:19 17:2 17:7

**notice**(1) 7:13
**notwithstanding**(1) 7:19
**november**(1) 6:23
**now**(4) 8:11 10:13 11:13 12:5
**number**(3) 6:19 9:5 9:6
**numbers**(2) 6:7 6:8
**o'melveny**(1) 4:34
**objections**(2) 6:19 6:23
**obviously**(1) 12:13
**occur**(2) 6:24 8:1
**occurring**(1) 6:16
**offhand**(1) 13:6
**okay**(5) 9:8 9:13 15:10 16:13 16:21
**oksana**(1) 4:48
**old**(1) 15:21
**omnibus**(6) 16:2 16:7 16:8 16:11 16:15 16:17 17:10 17:13

**one**(10) 1:24 3:6 6:10 7:2 12:7 12:22 13:8 14:2 16:2 16:20

**only**(1) 6:10
**open**(1) 10:10
**opportunity**(1) 7:18
**opposed**(1) 9:18
**opposing**(1) 8:22
**order**(6) 8:10 11:9 13:14 13:20 13:21 14:5
**orders**(1) 6:10
**other**(2) 6:20 12:17
**our**(3) 6:23 14:24 15:2
**ours**(1) 12:21
**out**(1) 13:3
**over**(2) 8:5 8:20
**p.a**(1) 3:18
**p.m**(1) 14:21
**paid**(1) 7:9
**palmer**(14) 2:34 10:4 10:8 10:16 10:20 10:24 11:15 14:23 15:11 15:15 15:18 16:17 17:10 17:13

**papers**(1) 9:8
**parke**(1) 3:27
**part**(1) 12:19
**participate**(1) 14:6
**particularly**(1) 14:24
**parties**(12) 6:16 6:22 8:2 8:6 8:7 8:19 9:15 9:20 11:7 11:11 12:4 17:4

**partners**(1) 4:38

| Word | Page:Line |
|---|---|
| party(2) 7:7 13:18 | |
| paul(2) 4:46 5:31 | |
| penalty(1) 17:3 | |
| pennock(1) 4:50 | |
| pennsylvania(1) 1:40 | |
| perfect(1) 13:24 | |
| period(2) 8:15 8:20 | |
| permitted(1) 10:6 | |
| pertinent(1) 14:11 | |
| philip(1) 4:15 | |
| pick(1) 16:2 | |
| pinckney(1) 2:45 | |
| plaza(1) 2:13 | |
| please(2) 6:2 14:22 | |
| plus(1) 9:7 | |
| point(1) 15:8 | |
| points(1) 11:2 | |
| polk(1) 3:34 | |
| possession(1) 12:21 | |
| possibility(1) 10:11 | |
| possible(2) 13:19 15:11 | |
| possibly(1) 9:9 | |
| potential(1) 9:10 | |
| potter(2) 2:10 3:44 | |
| powlen(1) 2:19 | |
| pre-judging(1) 13:10 | |
| pre-petition(2) 7:6 8:14 | |
| pre-trial(1) 16:13 | |
| prejudice(1) 14:10 | |
| prepare(1) 11:19 | |
| pretty(2) 12:15 15:3 | |
| primofi(1) 3:49 | |
| pro(1) 10:5 | |
| probably(5) 8:12 8:15 12:14 13:15 16:10 | |
| problem(2) 13:15 14:9 | |
| procedural(1) 6:12 | |
| proceed(2) 10:12 11:9 | |
| process(1) 14:3 | |
| produce(1) 7:1 | |
| produced(1) 1:45 | |
| production(2) 6:24 7:4 | |
| proof(1) 7:12 | |
| proposals(1) 8:21 | |
| publishes(1) 10:14 | |
| pull(1) 14:3 | |
| purported(1) 8:22 | |
| pursuant(1) 6:21 | |
| put(4) 11:2 13:17 14:7 16:21 | |
| quantify(1) 12:20 | |
| question(4) 9:13 11:1 11:14 12:7 | |
| quick(2) 6:12 16:9 | |
| quite(1) 10:10 | |
| rachel(1) 3:41 | |
| raise(1) 12:6 | |
| raising(1) 10:9 | |
| rath(1) 2:4 | |
| rather(1) 12:12 | |
| really(1) 11:8 | |
| reason(2) 6:14 7:9 | |
| reasons(3) 11:3 11:4 14:2 | |
| rebecca(1) 5:35 | |
| received(1) 8:22 | |
| recess(2) 14:19 14:21 | |
| reckneyer(1) 5:30 | |
| recorded(1) 1:44 | |
| recording(2) 1:44 17:19 | |
| records(1) 12:19 | |
| reflects(1) 14:5 | |
| relative(1) 14:16 | |
| relisted(1) 16:1 | |
| remember(2) 9:5 13:7 | |
| reminded(1) 15:21 | |
| reply(1) 7:1 | |
| report(1) 16:12 | |
| requests(3) 6:22 7:21 7:22 | |
| resolution(3) 9:16 11:8 17:7 | |

| Word | Page:Line |
|---|---|
| resolve(3) 17:3 17:4 17:4 | |
| respond(1) 10:9 | |
| response(1) 6:20 | |
| returns(1) 7:1 | |
| rice(1) 3:12 | |
| richards(1) 3:4 | |
| ride(1) 15:16 | |
| rifkind(1) 4:46 | |
| right(11) 6:22 9:12 9:22 9:24 10:24 11:20 11:23 14:17 15:15 17:2 17:11 | |
| rise(1) 14:22 | |
| rodney(1) 3:6 | |
| roitman(1) 3:30 | |
| rothschild(1) 2:25 | |
| rough(1) 9:6 | |
| rudnick(1) 4:4 | |
| sandridge(1) 3:11 | |
| satisfy(1) 11:8 | |
| say(3) 12:13 13:24 14:4 | |
| says(1) 14:7 | |
| schaible(1) 3:35 | |
| scheduled(1) 16:10 | |
| scholer(1) 3:48 | |
| schotz(1) 1:28 | |
| schuylkill(1) 1:39 | |
| scott(1) 4:27 | |
| seated(2) 6:2 14:22 | |
| second(1) 7:5 | |
| see(2) 9:19 11:17 | |
| seem(1) 12:15 | |
| seems(1) 11:5 | |
| seife(1) 3:31 | |
| selber(1) 3:45 | |
| sense(2) 8:16 13:24 | |
| serve(1) 12:17 | |
| served(1) 7:13 | |
| service(2) 1:38 1:45 | |
| services(2) 1:38 7:7 | |
| settlement(3) 6:17 8:7 8:19 | |
| several(1) 8:20 | |
| seyfarth(1) 2:39 | |
| shamnah(1) 4:35 | |
| shannon(1) 4:50 | |
| share(1) 9:1 | |
| shaw(1) 2:39 | |
| short(1) 14:19 | |
| should(5) 8:1 14:6 14:10 14:12 15:4 | |
| shouldn't(1) 8:10 | |
| side(1) 11:2 | |
| side's(1) 6:20 | |
| sidley(1) 1:22 5:44 6:6 | |
| silverstein(3) 2:12 3:45 5:31 | |
| simes(1) 5:10 | |
| since(2) 13:18 17:5 | |
| sloan(1) 3:5 | |
| slow(1) 6:19 | |
| solve(1) 13:15 | |
| some(8) 6:20 7:3 7:20 7:23 9:16 11:13 12:20 13:2 | |
| somehow(1) 9:23 | |
| something(1) 11:19 | |
| song(1) 5:35 | |
| soon(1) 16:4 | |
| sorry(1) 10:16 | |
| sound(1) 1:44 17:19 | |
| south(1) 1:24 | |
| speak(1) 9:17 | |
| split(2) 15:8 15:11 | |
| square(1) 3:6 | |
| stage(1) 13:23 | |
| stand(1) 17:12 | |
| stanley(2) 2:18 5:4 | |
| started(1) 11:6 | |
| state(2) 7:6 13:5 | |
| states(2) 1:1 1:18 | |
| status(2) 16:11 16:19 | |

| Word | Page:Line |
|---|---|
| stay(1) 16:22 | |
| step(1) 10:18 | |
| stickels(1) 1:30 | |
| stipulated(2) 6:16 6:18 | |
| stop(1) 10:15 | |
| stops(1) 11:22 | |
| strauss(1) 4:12 | |
| street(9) 1:10 1:31 1:39 2:6 2:14 2:20 2:27 2:48 3:7 | |
| strong(1) 14:5 | |
| strongest(1) 13:19 | |
| subject(1) 16:1 | |
| submission(1) 11:3 | |
| submit(1) 14:5 | |
| submitted(2) 6:9 6:22 | |
| subscription(1) 7:7 | |
| suite(5) 1:32 2:6 2:21 2:28 2:49 | |
| supposed(1) 6:24 | |
| suspect(1) 7:9 | |
| take(3) 10:18 10:23 14:19 | |
| talk(2) 11:13 12:5 | |
| talked(1) 11:13 | |
| tax(1) 7:1 | |
| telephonic(4) 1:20 3:24 4:1 5:1 | |
| tell(3) 8:10 11:23 13:5 | |
| than(3) 9:20 12:12 13:19 | |
| thank(5) 10:7 14:20 17:11 17:13 17:14 | |
| that(49) 6:13 7:7 7:10 7:15 7:22 8:4 8:10 8:12 8:16 8:20 8:21 8:22 9:1 9:14 9:17 10:6 10:11 10:11 10:22 11:1 11:5 11:6 11:23 12:9 13:4 13:9 13:10 13:11 14:4 14:6 14:7 14:8 14:9 14:10 14:18 15:3 15:4 15:5 15:8 15:22 16:1 16:4 16:9 16:11 16:15 16:16 16:17 17:12 17:18 | |
| that's(5) 6:11 9:11 13:10 14:5 16:21 | |
| the(169) 1:1 1:2 1:17 2:4 6:2 6:3 6:6 6:7 6:10 6:13 6:14 6:14 6:14 6:15 6:15 6:16 6:19 6:20 6:21 6:21 6:23 6:23 6:24 7:1 7:2 7:5 7:6 7:6 7:6 7:7 7:8 7:9 7:9 7:12 7:13 7:13 7:13 7:15 7:16 7:17 7:18 7:18 7:19 7:19 7:20 7:20 7:20 7:21 7:22 7:23 8:1 8:3 8:4 8:5 8:6 8:6 8:7 8:10 8:13 8:14 8:15 8:17 8:18 9:1 9:2 9:5 9:5 9:8 9:8 9:11 9:13 9:13 9:17 9:19 9:19 9:20 9:20 9:23 9:24 10:2 10:3 10:4 10:6 10:7 10:10 10:10 10:13 10:15 10:17 10:18 10:21 10:22 11:1 11:3 11:4 11:7 11:11 11:11 11:14 11:17 11:22 11:22 12:4 12:8 12:9 12:11 12:16 12:17 12:19 12:20 12:22 12:23 13:1 13:1 13:5 13:5 13:6 13:6 13:8 13:15 13:17 13:18 13:19 13:23 14:5 14:8 14:14 14:17 14:19 14:22 15:3 15:7 15:8 15:10 15:12 15:13 15:14 15:16 15:16 15:18 15:20 15:20 15:20 15:22 15:23 16:2 16:4 16:8 16:10 16:13 16:13 16:14 16:15 16:19 16:20 16:21 16:22 17:2 17:3 17:4 17:11 17:15 17:18 17:19 17:19 17:20 | |
| their(6) 7:2 12:18 12:21 13:20 15:1 15:6 | |
| them(9) 7:2 10:23 12:15 12:22 12:23 14:3 15:6 15:6 15:16 | |
| then(1) 13:14 | |
| there(13) 7:3 8:21 10:15 11:1 11:3 11:4 11:8 13:2 14:7 14:24 16:6 16:6 16:8 | |
| there's(4) 6:10 12:1 14:9 16:3 | |
| these(1) 8:1 | |
| they(10) 7:1 7:9 7:10 7:15 9:17 9:23 12:10 12:14 12:16 14:8 | |
| they're(3) 13:18 14:8 14:9 | |
| thing(2) 11:12 17:6 | |
| things(1) 6:12 | |

| Word | Page:Line |
|---|---|
| think(16) 8:12 9:14 9:17 11:3 11:4 12:22 13:9 13:15 14:2 14:9 14:15 16:4 16:6 16:11 16:18 17:5 | |
| third(1) 7:15 | |
| this(23) 7:6 7:7 7:10 8:14 10:1 10:2 10:19 11:2 11:12 12:10 12:20 13:3 13:4 13:17 13:23 14:6 15:5 15:8 15:23 15:24 16:21 17:2 17:12 | |
| thornburg(1) 2:18 | |
| those(1) 6:18 | |
| though(2) 6:8 7:13 | |
| thought(1) 15:18 | |
| three(3) 6:12 15:12 16:19 | |
| through(1) 6:7 | |
| thurs(1) 6:1 | |
| thursday(1) 6:24 | |
| time(1) 11:13 | |
| times(2) 6:17 12:1 | |
| today(6) 6:11 6:16 7:16 9:4 10:3 17:8 | |
| together(1) 9:23 | |
| tom(1) 3:13 | |
| too(1) 16:3 | |
| total(1) 9:21 | |
| towards(1) 15:7 | |
| traci(1) 17:24 | |
| track(2) 6:19 11:6 | |
| trade(1) 5:28 | |
| transcript(3) 1:16 1:45 17:19 | |
| transcription(2) 1:38 1:45 | |
| trb(1) 4:30 | |
| trehan(1) 5:11 | |
| tribune(3) 1:7 5:38 10:13 | |
| trust(1) 4:4 | |
| try(2) 9:15 15:6 | |
| turn(2) 8:4 12:13 | |
| two(3) 9:20 15:4 15:6 | |
| type(1) 11:12 | |
| understand(1) 11:1 | |
| understanding(3) 6:21 8:15 10:21 | |
| undertake(1) 8:8 | |
| unexpectedly(1) 11:14 | |
| united(2) 1:1 1:18 | |
| until(1) 7:2 | |
| unusual(1) 13:24 | |
| useful(1) 8:13 | |
| vail(1) 4:31 | |
| valuable(1) 16:12 | |
| very(8) 9:16 12:1 14:1 14:2 14:12 16:12 17:1 17:1 | |
| vice(1) 10:5 | |
| wage(1) 15:2 | |
| walrath(1) 13:10 | |
| want(2) 10:15 14:7 | |
| wanted(1) 6:20 | |
| wardwell(1) 3:34 | |
| warren(1) 15:23 | |
| was(10) 6:24 7:1 7:13 9:6 10:9 13:9 15:21 15:6 16:6 17:15 | |
| way(8) 10:12 11:2 13:17 13:19 15:20 16:20 16:21 16:22 | |
| ways(1) 15:12 | |
| we'd(3) 12:21 13:15 15:11 | |
| we'll(2) 14:19 17:7 | |
| we're(1) 15:2 | |
| we've(1) 6:17 | |
| week(1) 15:3 | |
| weeks(1) 16:19 | |
| weidinger(1) 2:45 | |
| weil(1) 5:4 | |
| weiss(1) 4:46 | |
| weitman(1) 5:41 | |
| well(9) 8:3 9:5 10:18 13:1 13:13 13:11 15:24 16:13 16:21 | |

| Word | Page:Line |
|------|-----------|

**wells**(1) 4:26
**were**(8) 6:9  6:23  8:19  8:21  8:21  9:20
12:11  12:14

**west**(2) 1:31  2:20
**wharton**(1) 4:46
**what**(4) 10:9  11:18  13:7  13:24
**when**(4) 6:18  6:24  11:18  11:19
**where**(1) 7:23
**whereupon**(1) 17:15
**which**(7) 7:2  11:7  11:7  12:1  13:3  13:20
14:5

**white**(1) 4:26
**who**(3) 8:13  11:12  15:1
**who's**(1) 8:14
**why**(4) 7:9  8:10  11:3  11:4
**will**(2) 17:6  17:12
**william**(1) 3:19
**wilmington**(12) 1:11  1:33  2:7  2:15  2:22
2:29  2:50  3:8  3:15  3:21  4:4  6:1

**wish**(1) 13:11
**with**(14) 7:13  7:21  8:4  9:1  9:3  9:17  10:3
13:12  14:9  14:23  15:2  15:7  15:13  15:23

**without**(4) 13:4  13:10  14:7  15:24
**witnesses**(2) 7:19  7:20
**womble**(2) 3:11  3:38
**words**(1) 12:17
**worked**(1) 15:2
**world**(1) 16:20
**worthwhile**(1) 10:12
**would**(15) 8:1  9:18  10:5  10:10  11:13  12:4
12:13  13:13  13:18  14:4  15:24  16:2  16:10
16:17  16:22

**wrong**(1) 12:2
**wrote**(2) 13:7  13:7
**www.diazdata.com**(1) 1:42
**yeah**(2) 14:12  14:14
**yes**(1) 10:20
**yet**(1) 8:6
**york**(4) 2:36  2:42  10:4  15:1
**you**(39) 7:23  8:6  9:1  9:5  9:14  9:15  10:7
10:15  11:13  11:13  11:18  11:19  11:22
11:22  11:23  12:11  12:14  13:2  13:5  13:11
13:23  13:24  14:2  14:3  14:3  14:6  14:20
15:16  15:24  16:2  16:12  16:19  16:22  16:23
17:5  17:6  17:11  17:13  17:14

**you'd**(1) 12:5
**you're**(2) 11:19  11:23
**you've**(1) 14:2
**your**(21) 6:5  6:7  6:9  8:9  8:12  8:18  10:1
10:8  10:9  10:20  11:17  12:6  13:14  14:20
14:23  15:18  16:1  17:9  17:10  17:13  17:14

**yourself**(1) 14:4
**zell**(1) 4:30
**zelmanovitz**(1) 3:39
**zensky**(1) 4:14
**zioto**(1) 4:9