**September 1, 2010 to September 30, 2010 Time Detail**

| Employee | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Mayer  Julie | 14-Sep-10 | 8.25 | $622.06 | Assist with Pacer and 10K Wizard bankruptcy research |
| Dempsey  John | 27-Sep-10 | 0.25 | $181.26 | Call with Jonathan Lotsoff re scheduling MIP Hearing and timing constraints and advance planning for 2011. |
| Dempsey  John | 30-Sep-10 | 0.25 | $181.26 | Call with Jonathan Lotsoff re scheduling MIP Hearing and timing constraints and advance planning for 2011. |
| | **TOTAL:** | **8.75** | **$984.58** | |