**September 1, 2010 to September 30, 2010 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 1-Sep-10 | $50.00 | BankruptcyData.com - Custom Research |
| 8-Sep-10 | $20.00 | Transportation |
| 8-Sep-10 | $20.35 | Transportation |
| 8-Sep-10 | $12.15 | Transportation |
| 10-Sep-10 | $1,288.69 | Pacer Quarterly Statement - US Courts |
| 10-Sep-10 | $10.00 | Airfare/Travel Fees |
| 10-Sep-10 | $225.85 | Airfare |
| 10-Sep-10 | $399.00 | Travel - Lodging |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $10.00 | Transportation |
| 24-Sep-10 | $10.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 24-Sep-10 | $11.00 | Transportation |
| 27-Sep-10 | $7.66 | Meal |
| 27-Sep-10 | $16.25 | Meal |
| 27-Sep-10 | $5.16 | Meal |
| 27-Sep-10 | $11.53 | Meal |
| 27-Sep-10 | $6.11 | Meal |
| 27-Sep-10 | $21.55 | Meal |
| 27-Sep-10 | $23.88 | Electronic Storage Costs |
| 27-Sep-10 | $20.00 | Electronic Storage Costs |
| 27-Sep-10 | $10.41 | Meal |
| 27-Sep-10 | $6.53 | Meal |
| 27-Sep-10 | $10.53 | Meal |
| 27-Sep-10 | $16.10 | Meal |
| 27-Sep-10 | $25.00 | Meal |
| 27-Sep-10 | $8.08 | Meal |
| 27-Sep-10 | $4.00 | Meal |
| 27-Sep-10 | $6.33 | Meal |
| 27-Sep-10 | $18.95 | Meal |
| 27-Sep-10 | $9.77 | Meal |
| 27-Sep-10 | $5.49 | Meal |
| 27-Sep-10 | $8.73 | Meal |
| 27-Sep-10 | $8.15 | Meal |

| Date | Amount | Description |
|------|--------|-------------|
| 27-Sep-10 | $19.00 | Meal |
| 27-Sep-10 | $10.00 | Meal |
| 30-Sep-10 | $4,701.15 | Administrative - Legal |
| **TOTAL:** | **$7,224.40** | |