**October 1, 2010 to October 31, 2010 Time Detail**

| Employee | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Kaufman  Dan | 7-Oct-10 | 0.50 | $246.50 | 2011 MIP Project Management. |
| Donnell  Julie | 8-Oct-10 | 0.75 | $217.50 | Review of Meredith Corp Proxy Statement and practices for 2009. |
| Donnell  Julie | 8-Oct-10 | 1.00 | $290.00 | 2011 MIP Project Planning and Discussion. |
| Kaufman  Dan | 8-Oct-10 | 0.50 | $246.50 | 2011 MIP Project Management. |
| Dempsey  John | 11-Oct-10 | 0.50 | $362.50 | Call with Jonathan Lotsoff of Sidley MIP hearing planning and confirmation hearing planning. |
| Donnell  Julie | 11-Oct-10 | 2.00 | $580.00 | Preparation of 2011 MIP Statement of Work to be reviewed by John Dempsey. |
| Donnell  Julie | 11-Oct-10 | 1.00 | $290.00 | Emergence database maintenance - adding 4 companies to be reviewed by Dan Kaufman. |
| Dempsey  John | 12-Oct-10 | 1.50 | $1,087.50 | Prepare for and attendance at call with Chandler Bigelow of Tribune re planning for 2011 MIP. |
| Donnell  Julie | 12-Oct-10 | 1.00 | $290.00 | Emergence database maintenance - adding 4 companies to be reviewed by Dan Kaufman. |
| Donnell  Julie | 12-Oct-10 | 2.50 | $725.00 | Preparation of 2011 MIP Statement of Work to be reviewed by John Dempsey. |
| Kaufman  Dan | 12-Oct-10 | 0.75 | $369.76 | Internal team calls / Project Management. |
| Greene  Cooper | 13-Oct-10 | 2.50 | $638.00 | Emergence Equity Reserve Research |
| Donnell  Julie | 15-Oct-10 | 2.50 | $725.00 | Emergence database maintenance - adding 4 companies to be reviewed by Dan Kaufman. |
| Greene  Cooper | 19-Oct-10 | 3.75 | $957.00 | Emergence Equity Update. |
| Kaufman  Dan | 19-Oct-10 | 0.50 | $246.50 | Equity value review for Visteaon. |
| Dempsey  John | 21-Oct-10 | 0.50 | $362.50 | Work with Julie Donnell to develop comparisons for Executive Counsel Compensation. |
| Dempsey  John | 21-Oct-10 | 0.50 | $362.50 | Call with Dave Eldersveld re Executive Council. |
| Dempsey  John | 21-Oct-10 | 0.50 | $362.50 | Two calls with Jonathan Lotsoff of Sidley re Executive Council. |
| Donnell  Julie | 21-Oct-10 | 4.00 | $1,160.00 | Executive council benchmarking analysis to be reviewed by Dan Kaufman. |
| Kaufman  Dan | 21-Oct-10 | 0.50 | $246.50 | Peer review model for CEO Office |
| Kaufman  Dan | 21-Oct-10 | 1.00 | $493.00 | Calls with team re: CEO office |
| Dempsey  John | 22-Oct-10 | 1.00 | $725.00 | Two calls with Jonathan Lotsoff of Sidley re Executive Council. |
| Dempsey  John | 22-Oct-10 | 1.00 | $725.00 | Work with Julie Donnell to develop comparisons for Executive Counsel Compensation. |
| Dempsey  John | 22-Oct-10 | 0.50 | $362.50 | Call with Dave Eldersveld re Executive Council. |
| Donnell  Julie | 22-Oct-10 | 4.00 | $1,160.00 | Executive council benchmarking analysis to be reviewed by Dan Kaufman. |
| Kaufman  Dan | 22-Oct-10 | 0.75 | $369.76 | Peer Review CEO Office Analysis. |
| Donnell  Julie | 23-Oct-10 | 3.00 | $870.00 | Research CEO compensation practices - promotion adjustments. |
| Donnell  Julie | 24-Oct-10 | 6.00 | $1,740.00 | Preparation of Executive Council benchmarking report sent to John Dempsey and Dan Kaufman for review. |
| Dempsey  John | 25-Oct-10 | 1.00 | $725.00 | Two calls with Jonathan Lotsoff of Sidley re Executive Council. |
| Dempsey  John | 25-Oct-10 | 1.00 | $725.00 | Work with Julie Donnell to develop comparisons for Executive Council Compensation. |

| **Employee** | **Date** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|
| Donnell  Julie | 25-Oct-10 | 5.00 | $1,450.00 | Updates and revisions to Executive Council Compensation report. |
| Kaufman  Dan | 25-Oct-10 | 1.00 | $493.00 | CEO Office meetings and peer review. |
| Dempsey  John | 26-Oct-10 | 0.50 | $362.50 | Final report edits and sending to committee. |
|  | **TOTAL:** | **53.00** | **$19,966.52** |  |