**October 1, 2010 to October 31, 2010 Expense Detail**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 27-Oct-10 | $2.12 | Conference call system fee |
| 30-Oct-10 | $7,053.64 | Administrative - Legal |
| **TOTAL:** | **$7,055.76** | |