**November 1, 2010 to November 30, 2010 Time Detail**

| Employee | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Dempsey John | 8-Nov-10 | 1.00 | $725.00 | Review of materials in preparation for hearing. |
| Dempsey John | 8-Nov-10 | 3.00 | $2,175.00 | Preparation for 2010 MIP hearing including review of deck and meeting with Jonathan Lotsoff and Brian Gold of Sidley to answer questions re my opinions. |
| Dempsey John | 9-Nov-10 | 3.00 | $2,175.00 | Review of materials in preparation for hearing. |
| Dempsey John | 9-Nov-10 | 2.00 | $1,450.00 | Preparation for 2010 MIP hearing including review of deck and meeting with Jonathan Lotsoff and gold of Sidley to answer questions re my opinions. |
| Dempsey John | 10-Nov-10 | 3.00 | $2,175.00 | Review of materials in preparation for hearing. |
| Dempsey John | 10-Nov-10 | 2.00 | $1,450.00 | Attendance at 2010 MIP hearing. |
| Mayer Julie | 18-Nov-10 | 3.25 | $245.06 | Assist with Pacer and 10K Wizard bankruptcy research. |
| **TOTAL:** | | **17.25** | **$10,395.06** | |