**November 1, 2010 to November 30, 2010 Expense Detail**

| Date | Amount | Description Changed To: |
|---|---|---|
| 23-Nov-10 | $10.00 | Airfare/Travel Fees |
| 23-Nov-10 | $10.00 | Airfare/Travel Fees |
| 23-Nov-10 | $273.86 | Airfare |
| 23-Nov-10 | $480.04 | Airfare |
| 30-Nov-10 | $1.52 | Conference call system fee |
| 30-Nov-10 | $380.25 | Administrative - Legal |
| **TOTAL:** | **$1,155.67** | |