IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.,* | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Objections Due: Jan. 19, 2011 at 4:00 p.m. (ET) |
| | | Hearing Date: Jan. 21, 2011 at 10:00 a.m. (ET) |

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that on January 14, 2011, Aurelius Capital Management, LP ("Aurelius") filed *Aurelius Capital Management, LP's Motion to Compel JPMorgan to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **January 21, 2011, at 10:00 a.m. (E.T.)** before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **January 19, 2011 at 4:00 p.m. (ET)**. Only properly and timely filed responses will be considered.

      **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 14, 2011
       Wilmington, Delaware

*/s/ Amanda Winfree*
ASHBY & GEDDES, P.A.
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*and*

Meredith S. Senter, Jr.
Sally A. Buckman
LERMAN SENTER, PLLC
2000 K Street NW
Suite 600
Washington, DC 20006
Tel: (202) 429-8970

*Counsel for Aurelius Capital Management, LP*

{00415640;v1}