**<u>EXHIBIT I</u>**

# TELEVISION STATIONS LISTED BY OWNER



## Comcast/NBC

John Wallace
President/CEO

30 Rockefeller Plz
New York, NY 10112-0002

PH: 212-664-4444
FAX: 212-664-4304

| Rank | Calls | Market | ANALOG Ch | ANALOG Visual Power (kW) | ANALOG HAAT | DIGITAL Ch | DIGITAL Visual Power (kW) | DIGITAL HAAT | Year Std | Date Acq | Sales Price (000) | Affil | Est '09 Revenue (000f) | '09 Rev | '08 Rev | '07 Rev | '06 Rev | '05 Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WNBC | New York, NY | | | | | | | 41 | 1001 p | | g NBC | 223,300 | 20.9% | 21.1% | 22.5% | 22.4% | 22.1% |
| 1 | WNBC CP | New York, NY | | | | 28.0 | 200 | 1,303 | | | | | | | | | | |
| 1 | WNJU | New York, NY | | | | | | | 65 | 1001 p | | g TEL | 34,000 | 3.2% | 3.2% | 2.3% | 2.3% | 2.2% |
| 1 | WNJU CP | New York, NY | | | | 36.0 | 650 | 733 | | | | | | | | | | |
| 2 | KNBC | Los Angeles, CA | | | | 36.0 | 380 | 3,251 | 49 | 1001 p | | g NBC | 208,100 | 17.3% | 18.0% | 17.2% | 17.9% | 17.7% |
| 2 | KNBC CP | Los Angeles, CA | | | | 36.0 | 665 | 3,251 | | | | | | | | | | |
| 2 | KVEA | Los Angeles, CA | | | | 39.0 | 665 | 3,229 | 66 | 1001 p | | g TEL | 41,400 | 3.4% | 3.5% | 3.6% | 2.9% | 2.9% |
| 2 | KVEA | Los Angeles, CA | | | | 39.0 | 1,000 | 2,989 | | | | | | | | | | |
| 3 | WMAQ-TV | Chicago, IL | | | | 29.0 | 350 | 1,667 | 48 | 1001 p | | g NBC | 98,300 | 16.0% | 16.2% | 16.0% | 16.0% | 16.0% |
| 3 | WSNS-TV | Chicago, IL | | | | 45.2 | 467 | 1,549 | 70 | 1001 p | | g TEL | 11,600 | 1.9% | 2.1% | 2.1% | 2.1% | 2.0% |
| 3 | WSNS-TV CP | Chicago, IL | | | | 45.0 | 665 | 1,549 | | | | | | | | | | |
| 4 | WCAU | Philadelphia, PA | | | | 67.0 | 560 | 1,237 | 48 | 1001 p | | g NBC | 75,800 | 17.0% | 17.4% | 18.3% | 18.9% | 18.9% |
| 4 | WCAU CP | Philadelphia, PA | | | | 34.0 | 700 | 1,313 | | | | | | | | | | |
| 5 | KXAS-TV | Dallas-Ft. Worth, TX | | | | 41.0 | 891 | 1,660 | 48 | 1001 p | | g NBC | 88,400 | 17.6% | 18.1% | 18.8% | 19.1% | 17.9% |
| 5 | KXTX-TV | Dallas-Ft. Worth, TX | | | | 40.0 | 1,000 | 1,621 | 68 | 1001 p | | g TEL | 8,100 | 1.6% | 1.5% | 1.4% | 1.4% | 1.2% |
| 6 | KNTV | San Francisco-Oakland-San Jose, CA | | | | 12.0 | 103 | 1,236 | 55 | 1001 p | | g NBC | 64,700 | 15.7% | 16.3% | 16.3% | 16.9% | 15.5% |
| 6 | KSTS | San Francisco-Oakland-San Jose, CA | | | | 49.0 | 257 | 2,257 | 81 | 1001 p | | g TEL | 8,700 | 2.1% | 2.1% | 2.2% | 1.9% | 1.9% |
| 7 | WNEU | Boston, MA | | | | 34.0 | 80 | 961 | 87 | 1001 p | | g TEL | 2,400 | 0.7% | 0.7% | 0.7% | 0.7% | 0.3% |
| 9 | WRC-TV | Washington, DC | | | | 48.0 | 813 | 794 | 47 | 1001 p | | g NBC | 99,200 | 24.5% | 25.0% | 25.4% | 25.3% | 24.0% |
| 10 | KTMD | Houston, TX | | | | 48.0 | 1,000 | 1,959 | 88 | 1001 p | | g TEL | 9,300 | 2.4% | 2.2% | 2.2% | 1.9% | 2.1% |
| 12 | KTAZ | Phoenix, AZ | | | | 39.0 | 550 | 1,764 | 01 | 1001 p | | g TEL | 6,550 | 2.2% | 2.3% | 2.2% | 1.5% | |
| 16 | WTVJ | Miami - Ft. Lauderdale, FL | | | | 31.0 | 1,000 | 1,020 | 49 | 1001 p | | g NBC | 35,000 | 9.1% | 10.7% | 10.9% | 12.1% | 12.4% |
| 16 | WSCV | Miami - Ft. Lauderdale, FL | | | | 52.0 | 500 | 997 | 72 | 1001 p | | g TEL | 39,000 | 10.1% | 9.8% | 10.2% | 10.0% | 9.3% |
| 16 | WSCV CP | Miami - Ft. Lauderdale, FL | | | | 30.0 | 1,000 | 997 | | | | | | | | | | |

"p" indicates pending sale to owner listed.

1/ See Overview for interpretation of revenue estimates.

Investing In Television®    Copyright © 2011 BIA Advisory Services, LLC. Unauthorized distribution prohibited. (703) 818-2425

TV data is current as of 01/12/2011

# BIA Kelsey

# TELEVISION STATIONS LISTED BY OWNER

| Owner / Market | Rank | Calls | ANALOG Ch | Visual Power (kW) | HAAT | DIGITAL Ch | Visual Power (kW) | HAAT | Year Std | Date Acq | Sales Price (000) | Affil | Est '09 Revenue (000) | '09 Rev. | '08 Rev. | '07 Rev. | '06 Rev. | '05 Rev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Comcast/NBC** | | | | | | | | | | | | | | | | | | |
| Denver, CO | 16 | WSCV | | | | 52.0 | 500 | 997 | 72 | 1001 | | g TEL | 39,000 | | | | | |
| Denver, CO | 17 | KDEN-TV | | | | 29.0 | 540 | 1,244 | 97 | p001 | | g TEL | 2,450 | 1.0% | 0.8% | 1.0% | 0.3% | |
| CP Denver, CO | 17 | KDEN-TV | | | | 29.0 | 800 | 1,244 | | p | | | | | | | | |
| San Diego, CA | 28 | KNSD | | | | 40.0 | 370 | 1,847 | 65 | 1001 | | g NBC | 34,000 | 18.9% | 19.5% | 19.7% | 21.7% | 21.1% |
| CP San Diego, CA | 28 | KNSD | | | | 40.0 | | | | p | | | | | | | | |
| Hartford-New Haven, CT | 30 | WVIT | | | | 35.0 | 250 | 1,424 | 53 | 1001 | | g NBC | 33,100 | 23.5% | 24.3% | 25.6% | 26.3% | 25.2% |
| San Antonio, TX | 37 | KVDA | | | | 38.0 | 1,000 | 1,358 | 89 | 1001 p | | g TEL | 2,500 | 1.6% | 1.6% | 1.7% | 1.7% | 1.7% |
| Las Vegas, NV | 42 | KBLR | | | | 40.0 | 230 | 1,078 | 89 | 1001 p | | g TEL | 3,650 | 2.7% | 2.1% | 2.4% | 2.3% | 2.4% |
| CP Las Vegas, NV | 42 | KBLR | | | | 40.0 | 1,000 | 1,191 | | p | | | | | | | | |
| Fresno-Visalia, CA | 55 | KNSO | | | | 5.0 | 7 | 1,843 | 96 | 1001 | | g TEL | 1,200 | 1.9% | 1.7% | 2.3% | 2.6% | 1.2% |
| CP Fresno-Visalia, CA | 55 | KNSO | | | | 11.0 | 45 | 2,041 | | p | | | | | | | | |
| Tucson, AZ | 67 | KHRR | | | | 40.0 | 396 | 2,038 | 85 | 1001 | | g TEL | 1,800 | 3.3% | 3.1% | 3.3% | 2.9% | 4.3% |
| San Juan, PR | | WKAQ-TV | | | | 28.0 | 924 | 2,710 | 54 | 1001 | | g TEL | 46,275 | 30.7% | 30.9% | 30.9% | 30.9% | 31.0% |
| CP San Juan, PR | | WKAQ-TV | | | | 28.0 | 925 | 2,802 | | p | | | | | | | | |

Total for Comcast/NBC    $1,178,825

1/ See Overview for interpretation of revenue estimates.    "p" indicates pending sale to owner listed.

**Investing In Television®**    Copyright © 2011 BIA Advisory Services, LLC. Unauthorized distribution prohibited.    (703) 818-2425

Page 2

TV data is current as of 01/12/2011

**<u>EXHIBIT J</u>**

## SUPPLEMENT TO EXHIBIT 12

On May 11, 2010, JPMorgan Chase & Co ("JPM") submitted a Schedule 13G notification to the Securities and Exchange Commission indicating that, as of April 30, 2010, JPM and certain of its subsidiaries were the beneficial owners of more than a 5% interest in Gannett Company, Inc. ("Gannett"). As of May 27, 2010, JPM held 25,657,691 shares (or 10.8459%) of Gannett's outstanding common stock.[1] As described more fully below, however, JPM currently does not hold an attributable interest in Gannett.[2] Thus, JPM's acquisition of an attributable interest in Reorganized Tribune would comply with the Commission's media ownership rules.

Although an interest in 5% or more of the voting stock of a corporate broadcast licensee (or its corporate parent) is generally attributable under the Commission's ownership rules,[3] the Commission has set a higher attribution threshold for certain types of "passive" investors. Specifically, "[i]nvestment companies, as defined in 15 U.S.C. 80a-3, insurance companies and banks holding stock through their trust departments in trust accounts," may hold up to 20% of the outstanding voting stock in a corporate broadcast licensee (or its corporate parent) before becoming an attributable investor under the Commission's rules.[4]

JPM's interest in Gannett is dispersed among many different departments and accounts, some of which are subject to the 5% attribution threshold, while the remainder qualifies for the 20% attribution threshold.[5] In such cases, the aggregated interest in a broadcast licensee is not attributable unless either (a) the sum of the interests held as a passive investor is 20% or more; (b) the sum of the interests held as a non-passive investor is 5% or more; or (c) the sum of the passive and non-passive holdings is greater than or equal to 20%.[6] As demonstrated below, JPM's holdings in Gannett do not reach any of the applicable thresholds.

---

[1] The Schedule 13G filing based JPM's percentage ownership in Gannett on information from bloomberg.com. As of June 1, 2010, bloomberg.com reported that Gannett had 238,172,000 shares of common stock outstanding. In its most recent FCC Form 323 biennial ownership report, Gannett reported that, as of November 1, 2009, it had issued 324,418,632 shares of common stock, of which 87,852,264 shares were held in the company's treasury. *See* FCC File No. BOA-20100507AAL. Out of an abundance of caution, the calculations in this Supplement are based on the lower number of outstanding shares reported in Gannett's biennial ownership report (*i.e.*, the number of shares issued minus the number of treasury shares), or 236,566,368 shares.

[2] Gannett and its subsidiaries hold a diverse portfolio of daily newspapers and television stations, some of which are located in markets where Tribune has daily newspaper and/or broadcast properties.

[3] 47 C.F.R. § 73.3555, Note 2(a).

[4] *Id.*, Note 2(b).

[5] *Id.*, Notes 2(a) and (b).

[6] *Id.*, Note 2(h).

With respect to its "passive" holdings, JPM holds (i) 10,934,775 shares in various investment companies, as defined in 15 U.S.C. 80a-3, which it owns and manages; and (ii) 3,062,927 shares held by JPMorgan Chase Bank, N.A. ("JPMB") in various trust accounts. The "trust accounts" are comprised of multiple "commingled" accounts, each of which holds the investments of one or more pension trust funds of which JPMB is the trustee. As trustee, JPMB is the legal owner of all trust assets on behalf of the beneficiaries of the trusts and, subject to its fiduciary responsibilities to the beneficiaries, is responsible for all decisions to buy, hold and sell all securities held in the trust fund, including decisions regarding the voting of such securities. The beneficiaries of commingled pension trust funds are pension and other retirement plans. JPMB and the commingled pension trust funds are subject to the rules and regulations of the U.S. Office of the Comptroller of the Currency, including 12 C.F.R. Part 9 and 12 C.F.R. § 9.18 (collective investment funds). The remaining 11,659,989 shares are subject to the 5% threshold.

| Classification of Holding | Shares Held by JPM | Percent of Outstanding Gannett Common Voting Stock |
|---|---|---|
| Investment companies | 10,934,775 | 4.6223% |
| Bank Trust Accounts | 3,062,927 | 1.2947% |
| **Total Note 2(b) Holdings (20% Threshold)** | **13,997,702** | **5.9170%** |
| **Total Note 2(a) Holdings (5% Threshold)** | **11,659,989** | **4.9288%** |

As demonstrated above, because (i) less than 5% of JPM's holdings are in "non-passive" accounts, and (ii) JPM's total interest in Gannett is less than 20%, JPM's interests in Gannett do not meet the thresholds for attribution under either Note 2(a) (5%) or Note 2(b) (20%). Thus, despite an aggregate interest exceeding 5%, JPM does not currently hold an attributable interest in Gannett.

In any event, JPM is continually monitoring its aggregate position in Gannett and commits that, prior to the consummation of the proposed reorganization of Tribune, it will either (a) hold a non-attributable position in Gannett[7] (as well as any other media company that might implicate the FCC's ownership rules) or (b) take a non-attributable position in Reorganized Tribune.[8]

---

[7] As noted above, the determination of JPM's attributable status will take into account its "passive" and "non-passive" holdings.

[8] In the event that JPM opts to take a non-attributable interest in Reorganized Tribune, JPM anticipates that it would ensure non-attributable status by holding less than 5% of its interest in Reorganized Tribune's New Class A Common Stock, while the remainder would be held in New Class B Common Stock.

**<u>EXHIBIT K</u>**



**» Print**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Freedom Comms evaluating bids for TVs, newspapers

Fri, Nov 19 2010

* Freedom has been approached by strategic buyers

* Retained Moelis & Co to help with the process

By Jennifer Saba and Tom Hals

NEW YORK, Nov 19 (Reuters) - Freedom Communications is entertaining offers from would-be buyers for some of its properties, which include newspapers and TV stations.

The Irvine, Calif.-based company said it is working with financial experts to evaluate several options.

"Freedom has been approached by a number of strategic buyers who will need to be further considered and evaluated as part of this larger process," Freedom spokesman Robert Emmers said in an emailed statement. "There are no recommendations or conclusions at this time."

Emmers declined to name the bidders or what properties they expressed interest in owning.

Freedom retained investment bank Moelis & Co to help with the process.

"Everyone who has a holding they want to get rid of is going to be looking at the canary that is the Freedom offering to see if the bird sings," said former Freedom Chief Executive Alan Bell.

Freedom Communications operates more than 90 newspapers and eight TV stations in several states including Florida, North Carolina and Michigan.

It is also the publisher of the Orange County Register, located in one of the most competitive newspaper markets in the United States. The daily is flanked by Tribune Co's (TRBCQ.PK: Quote, Profile, Research, Stock Buzz) Los Angeles Times, MediaNews Group's cluster of Los Angeles-area newspapers, and A.H. Belo's (AHC.N: Quote, Profile, Research, Stock Buzz) Riverside Press-Enterprise.

In May, Freedom emerged from bankruptcy in a reorganization that wiped out $450 million of debt. A group of investment companies and lenders including Angelo Gordon & Co and JPMorgan Chase (JPM.N: Quote, Profile, Research, Stock Buzz) assumed ownership.

Freedom's exit from bankruptcy reinforced expectations among media observers for a shakeout of newspaper operators in Southern California.

"I'm not going to comment on idle speculation," said Emmers about the sale of Freedom's newspapers.

Angelo Gordon and JP Morgan are the lead contenders to run Tribune Co after it emerges from its troubled bankruptcy, stoking speculation that the new owners are looking to combine the Los Angeles Times and the Orange County Register.

The papers already have advertising and distribution partnerships in place.

"Everyone believes there could and should be consolidation in Southern California," Robert Decherd, A.H. Belo chief executive, said during a November earnings call. "Is it going to happen for sure? I can't tell you I believe that."

A lot of pieces need to be in place before consolidation can occur including Tribune's exit from Chapter 11 and the clearing of any regulatory hurdles, contends Gabelli & Co analyst Barry Lucas.

"Not only is the jury still out, I don't think it's been impaneled yet," he said.

The industry hasn't seen splashy newspaper deals, like McClatchy's (MNI.N: Quote, Profile, Research, Stock Buzz) $4.5 billion acquisition of Knight Ridder in 2006, in quite some time.

In more recent years, the market for newspapers has waned. For example, the New York Times Co (NYT.N: Quote, Profile, Research, Stock Buzz) and Cox Enterprises pulled the Boston Globe and the Austin American-Statesman respectively off the market after lackluster bids.

Freedom's bankruptcy ended the ownership of the Orange County Register by the family of R.C. Hoiles, who purchased the paper in 1935 and is known for his libertarian philosophy.

The family held a 52 percent stake in the company. The rest was owned Blackstone Group LP and Providence Equity Partners, who through a series of transactions bought their stakes sold by members of the Hoiles family in 2004.

The approved bankruptcy plan wiped out their equity. (Reporting by Jennifer Saba; Editing by Tim Dobbyn)

© Thomson Reuters 2010. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.



Copyright 2010 Chicago Tribune Company
Chicago Tribune

June 6, 2010 Sunday
Final Edition

**SECTION:** BUSINESS ; ZONE C; Pg. 1

**LENGTH:** 1506 words

**HEADLINE:** WHEN BANKERS START THE PRE$$ES;
A new breed of newspaper owner emerging from bankruptcy proceedings could reshape the industry in a quest for big returns

**BYLINE:** By Michael Oneal, TRIBUNE REPORTER

**BODY:**

The newspaper industry is starting to meet its new bosses -- the hedge funds and banks that are moving in as rich family owners and button-down executives move out.

While the objectives of these new owners remain unclear, insiders say the transition period promises more upheaval at newspapers just as they begin to emerge from bankruptcy.

Over the past year, stealthy distressed-debt hedge funds like Angelo, Gordon & Co., Alden Global Capital and Oaktree Capital Management have taken major positions in bankrupt newspaper companies such as Tribune Co., owner of the Chicago Tribune, and Philadelphia Newspapers Inc., owner of the Philadelphia Inquirer.

Their basic strategy: Quietly buy up as much cheap, delinquent debt as possible and then fight it out in bankruptcy court for a lucrative settlement that transforms the debt into a large share of company stock.

Experts say it is unlikely that any single fund has amassed enough of a stake to take outright control of one or more publishers. And they are hardly acting in concert.

But alliances of like-minded funds and big banks like JPMorgan Chase, which have also received significant chunks of equity through restructurings, could give nontraditional investors like Angelo Gordon and Alden unusual clout over a wide swath of the newspaper industry.

Interviews with close observers and people briefed by some of the funds say that they tend to see little remaining upside in cost cutting. They also profess to recognize that quality, branded journalism still draws advertisers and, therefore, is worth preserving.

But because they are opportunistic traders by nature, not long-term owners, their presence is likely to be disruptive.

WHEN BANKERS START THE PRE$$ES; A new breed of newspaper owner emerging from bankruptcy proceedings could reshape the industry in a quest for big returns Chicago Tribune June 6, 2010 Sunday

Their objective from Day One will be seeking the most profitable way to turn their investments back into cash. And that will likely mean a restless quest for value-creating exercises like spinoffs, acquisitions, recapitalizations and other sorts of transactions that will keep the newspaper industry in a state of flux.

One area ripe for deals may be Southern California. Sources close to the situation say that in 2008, before each filed for Chapter 11 bankruptcy, Tribune Co. and Freedom Communications Inc. held talks about Tribune's Los Angeles Times buying Freedom's neighboring Orange County Register. Now that Angelo Gordon and JPMorgan are likely to emerge as big owners of both companies, the sources say, talks will resume with enthusiastic support. Exploring other options for consolidating regional newspaper assets will surely be on the table.

Neither Tribune Co. nor James Dunning Jr., Freedom's newly appointed board chairman, would comment on the conversations. And the sources noted that none can resume until Tribune Co. emerges from Chapter 11. (Freedom already has.)

But Dunning said Angelo Gordon, Alden and Freedom's other new owners have charged him with exploring ways to boost the company's value so they can monetize their investments.

"All things are on the table," he said. "They are highly inquisitive and want us to be also."

One thing that most observers can agree on is that the distressed-debt funds' interest in newspapers has little to do with what they publish. Unlike the media barons of old who often basked in the civic influence newspapers bestowed, these funds are economic animals, devout contrarians who unemotionally flock to troubled companies where investor sentiment has ebbed to irrational lows.

The distressed-debt funds are hardly alone. Ever since industry financials hit bottom a little more than a year ago, conventional stock market investors have sent shares of publishers like Gannett Co. and McClatchy Co. through the roof. Chicago's Ariel Investments has taken a ride up through major stakes in Gannett, McClatchy and Lee Enterprises Inc. Last month, JPMorgan said it had increased its Gannett stake to 10.2 percent from 2.2 percent.

The assumption behind these investments, analysts say, is that the newspaper industry was so beaten down during the crisis that it became a bargain. Most publishers had cut costs so dramatically that any improvement in revenue as the economy returned to health would fall to the bottom line.

That bet has largely paid off for both conventional investors and the distressed-debt funds, as both the equity and the debt of newspaper companies has soared. Many industry experts agree that the next step in restructuring the sector is the sort of asset shuffling and consolidation that often transforms industries after they've been softened up by a severe downturn.

That's the logic behind the consolidation talk in Los Angeles.

Assuming Tribune Co. escapes from bankruptcy sometime this year, almost the entire Southern California newspaper market will emerge from the economic crisis cross-pollinated with financial interests more concerned with creating value than respecting corporate boundaries.

Angelo Gordon and JPMorgan will be major shareholders in both Tribune Co. and Freedom. Alden has stakes in Freedom and the parent of MediaNews Group, which owns the Los Angeles Daily News and eight other area papers. Private-equity fund Platinum Equity owns the San Diego Union-Tribune to the south.

The Los Angeles Times already delivers the Register's papers in Orange County. The recent deal talks have explored the Times acquiring the Register to reduce corporate overhead, while retaining the individual brands and editorial identities. Sources said MediaNews Chairman William Dean Singleton has also talked to Freedom about consolidation, and many believe his smaller community papers complement either the Register or the Times.

WHEN BANKERS START THE PRE$$ES; A new breed of newspaper owner emerging from bankruptcy proceedings could reshape the industry in a quest for big returns Chicago Tribune June 6, 2010 Sunday

Singleton wouldn't comment, but in a speech last year he said: "In a business that will likely see modest growth, at best, when the industry turns, something must drive bottom-line performance. I believe that will be consolidation."

Freedom's Dunning and others pointed out that there are innumerable obstacles to newspaper transactions. Capital remains scarce, antitrust issues will come into play, cost savings may not be as great as assumed, and tax considerations when selling long-held assets often spoil the economics. It is also true that each company's board has a fiduciary duty to its own shareholders, meaning they have to be careful about keeping transactions at arm's length, despite any cross-ownership.

But what is unlikely to get in the way of implementing ideas that seem to make economic sense, said former Freedom CEO Scott Flanders, is the kind of institutional hesitation that has traditionally discouraged companies from exploring ways to work together.

"The (Los Angeles) Times and the (Orange County Register) historically have just beaten the hell out of each other to nobody's benefit," said Flanders, who left before Freedom's bankruptcy last year to become chief executive of Playboy Enterprises Inc. in Chicago. "If Angelo Gordon is a shareholder in each boardroom, that won't happen."

Consolidation opportunities are less obvious in other markets where hedge funds have moved in. But a map of the new ownership positions does provide some clues.

In Philadelphia, for instance, Alden was the lead fund for the group that wrested the Inquirer's parent from its management in bankruptcy court. It and JPMorgan also have stakes in the Journal Register Co., which owns papers in nearby suburbs.

In Minneapolis, Angelo Gordon is an owner of the Star Tribune, and Alden holds a piece of MediaNews, which controls the St. Paul Pioneer-Press.

The natural tension for funds like Angelo Gordon, however, is that they don't have unlimited time to wait for their investments to bear fruit. Their compensation and fee structure is generally based on raising a fund, investing it to generate 20 to 30 percent annual returns and then monetizing those returns over a period of a few years.

That tension may have led to a parting of the ways between the firm and Brad Pattelli, who gained attention this year as the architect of Angelo Gordon's extensive newspaper investments. Neither Pattelli nor the firm would comment for this story. But John Johnson Jr., who runs a company called Foamex International Inc. and has sat on a number of boards for Angelo Gordon in the past, said Pattelli was interested in business-building in the media industry, not just trading in and out of distressed companies.

"Brad wants to move up and have more of a say in how companies are managed," said Johnson. "But funds have a time limit on them."

Despite their time constraints, many believe the hedge funds will be forced to remain patient if they want to reap what they've sown in newspapers. Johnson believes the funds may not have a firm exit strategy in mind, and it will take sure signs of a recovery to grease deals and provide liquidity. For that reason, Dunning thinks any real shuffling is probably months away as financial players continue to learn what's possible and wait for exit opportunities to present themselves.

"This will take some time to be cultivated," Dunning said. "They realize they can't be short-order cooks."

mdoneal@tribune.com

**GRAPHIC:** Photo: (Man looking at newspaper advertising pages) MATTHEW STAVER/BLOOMBERG PHOTO
\ Graphic (color): The new news landscape

WHEN BANKERS START THE PRE$$ES; A new breed of newspaper owner emerging from bankruptcy proceedings could reshape the industry in a quest for big returns Chicago Tribune June 6, 2010 Sunday

While this is hardly a definitive list of the financial firms invading the newspaper industry, it gives a taste of the mix of hedge funds, banks and traditional mutual fund companies. Many are entering through the bankruptcy process, but others, like Chicago's Ariel Investments, have been longtime equity investors.

\ MEDIA COMPANY (Headquarters)
\ Tribune Co. (Chicago)
10 daily newspapers/commuter tabloids, 23 TV stations
In bankruptcy
Companies invested in Tribune Co.:
Angelo, Gordon & Co.
Oaktree Capital Management
JPMorgan Chase
\ Philadelphia Newspapers Inc. (Philadelphia)
Inquirer, Daily News and 3 weekly newspapers
In bankruptcy
Companies invested in Philadelphia Newspapers Inc.:
Angelo, Gordon & Co.
Alden Global Capital
\ Star Tribune Media Co. (Minneapolis)
Minneapolis Star Tribune
Emerged from recent bankruptcy
Companies invested in Star Tribune Media Co.:
Angelo, Gordon & Co.
\ Freedom Communications Inc. (Irvine, Calif.)
33 daily, 77 weekly newspapers and 8 TV stations
Emerged from recent bankruptcy
Companies invested in Freedom Communications Inc.:
Angelo, Gordon & Co.
Alden Global Capital
JPMorgan Chase
\ Journal Register Co. (Yardley, Pa.)
170 print titles, including 19 daily newspapers
Emerged from recent bankruptcy
Companies invested in Journal Register Co.:
Alden Global Capital
JPMorgan Chase
\ MediaNews Group (Denver)
54 major newspapers in 11 states
Emerged from recent bankruptcy
Companies invested in MediaNews Group:
Alden Global Capital
\ Gannett Co. (McLean, Va.)
More than 100 U.S. newspapers, including USA Today
Companies invested in Gannett Co.:
Alden Global Capital
JPMorgan Chase
Ariel Investments
\ The McClatchy Co. (Sacramento, Calif.)
30 daily newspapers, including the Miami Herald
Companies invested in The McClatchy Co.:
Alden Global Capital

WHEN BANKERS START THE PRE$$ES; A new breed of newspaper owner emerging from bankruptcy proceedings could reshape the industry in a quest for big returns Chicago Tribune June 6, 2010 Sunday

Ariel Investments
\ Lee Enterprises Inc. (Davenport, Iowa)
49 daily newspapers, 300 specialty publications
Companies invested in Lee Enterprises Inc.:
Alden Global Capital
Ariel Investments
\ Media General (Richmond, Va.)
21 daily newspapers, 18 network TV stations
Companies invested in Media General:
Alden Global Capital
\ GateHouse Media Inc. (Fairport, NY)
90 daily, 289 weekly newspapers
Companies invested in GateHouse Media Inc.:
Fortress Investment Group
\ San Diego Union-Tribune LLC (San Diego)
Daily newspaper and SignOnSanDiego.com
Companies invested in San Diego Union-Tribune LLC:
Platinum Equity
\ SOURCE: Tribune reporting
TRIBUNE
Photo(s) Graphic(s)

**LOAD-DATE:** June 6, 2010



Copyright 2010 Orange County Register
All Rights Reserved
Orange County Register (California)

May 1, 2010 Saturday

**SECTION:** BUSINESS; Pg. D

**LENGTH:** 1184 words

**HEADLINE:** Register's owner exits bankruptcy

**BYLINE:** By MARY ANN MILBOURN, THE ORANGE COUNTY REGISTER

**HIGHLIGHT:**

Hoiles family no longer owns Irvine-based Freedom Communications.

**BODY:**

**Freedom Communications Inc.** in Irvine announced Friday that it has emerged from bankruptcy reorganization relieved of $450 million in debt but bringing to an end family ownership of a media chain that provided a unique voice in American journalism.

Three investment companies - **Alden Global Capital, Angelo Gordon & Co.** and **Luxor Capital Group** - and a group of lenders led by **JPMorgan Chase** will assume ownership of Freedom, which is the parent of The Orange County Register. A breakdown of their relative positions was not immediately available.

Unsecured creditors will divide at least $32.2 million. Freedom will go forward with $325 million in debt.

Freedom's founding Hoiles family will no longer have an interest in the company, ending more than 75 years of ownership that started with Raymond Cyrus "R.C." Hoiles, who purchased the Register in 1935 as a platform for his libertarian views on individual freedom and limited government.

"We're out, and that's great," said Burl Osborne, Freedom chief executive. "A great umbrella of uncertainty is lifted. It means Freedom is a company. It's a viable company, and we'll be a strong company and have the wherewithal to be successful in the near and far future."

Osborne said he has seen no indication the company would move away from its long-held libertarian views.

In keeping with libertarian principles, however, he said it would be left to the individual properties to reflect the values of their communities.

Register's owner exits bankruptcy Orange County Register (California) May 1, 2010 Saturday

Unlike other newspapers that recently have exited bankruptcy, Osborne said he does not expect any wholesale layoffs.

"A great deal of what had to be done has already been done," he said. "I don't foresee anything like what we experienced over the last couple of years."

Freedom's financial woes date to 2004 when the company borrowed $1 billion to buy out family members who wanted to cash in their shares and to cover $332 million in debt and the deal's transaction costs. The family retained control, but two investment firms, Blackstone Group and Providence Equity Partners, came in as minority owners.

The timing, however, was bad as the newspaper business moved into tough times with companies facing declining circulation and advertising revenue and increased competition from the Internet and new media.

When the recession hit, the debt sank them. Freedom filed for bankruptcy reorganization Sept. 1, one of 13 newspaper companies that have sought Chapter 11 protection.

Register Publisher Terry Horne said Freedom is now well-positioned to support the Register.

"We believe we can now be even more focused on our mission of being the premier information and marketing company for Orange County," Horne said. "I believe the future is very bright for not only the Register but also for Orange County as a whole. There is no better place to live and do business than here. The Register has been a great newspaper for a long time and now with this event behind us and the economy showing signs of recovery, we intend to focus on how we can make it even better."

In addition to the Register, Freedom owns 26 daily newspapers, more than 70 weeklies and other publications and eight television stations.

A new Freedom board made up of five independent directors and Osborne has been installed.

However, Osborne soon will be stepping down, the company said. He took over last June as interim chief executive officer after CEO Scott Flanders left for Playboy Enterprises Inc. Freedom officials said a search for a new chief executive is under way. Osborne will remain on as a senior adviser and board member.

Mark McEachen, who has been chief financial officer and served as chief restructuring officer, has been promoted to chief operating officer and will be responsible for the company's newspaper, broadcast and interactive operations. He will retain the title of CFO.

It is unclear what the investment firms have in mind for the company. Over the past year, a group of hedge funds that specialize in distressed properties have scooped up newspaper debt at bargain prices in a handful of bankrupt companies in a bet that the industry will rebound.

Alden, with offices in New York, Dallas, Houston, Mumbai and Dubai, joined New York-based Angelo Gordon and some other investors this week in a successful $135 million bid for Philadelphia Newspapers, which filed for bankruptcy last year.

A division of Smith Management LLC, Alden has interests in at least nine media companies including Gannett Co. Inc., parent of USA Today; McClatchy Co., whose flagship is the Sacramento Bee; and Lee Enterprises Inc., owner of the North County Times in Escondido, according to a February Securities and Exchange Commission filing.

This week it was announced that Alden was part of a group that offered $90 million to take Emmis Communications Corp. in Indianapolis private. Emmis is primarily known for its radio stations, but it also owns Orange Coast Magazine in Newport Beach and Los Angeles Magazine.

Meanwhile, Angelo Gordon was one of the lead investors in the Minnesota Star Tribune, which exited bankruptcy last September. Angelo Gordon also listed a $324.5 million claim against the Tribune Co., owner of the Los Angeles Times, when Tribune filed for bankruptcy reorganization in 2008.

Newspapers appear to be a new venture for Luxor Capital Group, a hedge fund based in New York that is headed by Christian Leone.

None of the investment firms returned calls for comment.

John Morton, a Maryland newspaper consultant, said that unlike family ownership with its deep ties to the communities where the newspapers are published, the investment firms are buying into the business strictly to make money.

"What they see are opportunities to get assets at a cheap price in anticipation that at some point - usually five years down the line - selling it for a profit," he said. "There may be investment companies in the world that have a long-term view of newspapers and will do it out of their civic duty and good intentions, but I haven't seen it yet."

He said the newspaper landscape is likely to change, with an increase in mergers and consolidations and layoffs.

While Freedom is out of bankruptcy, there will be some additional litigation. Under the bankruptcy deal, a group of the unsecured creditors will share in an initial $14.5 million payout, but they are owed about $40 million.

The unsecured creditors include about 5,000 former Register newspaper carriers who lost a $29.8 million legal settlement when Freedom filed bankruptcy. Dan Callahan, an attorney for the carriers who now represents the unsecured creditors, said initial checks based on a pro-rata share of the $14.5 million should go out in about 30 days.

However, the bankruptcy deal also allowed the unsecured creditors to sue the former Freedom board and Osborne for alleged breach of fiduciary duty for actions dating back to the Freedom family buyout and just preceding the Chapter 11 filing.

The unsecured creditors hope to recoup up to $25 million from the company's directors and officers insurance. Callahan said the lawsuit will be filed next week.


714-796-3646 or mmilbourn@ocregister.com

**GRAPHIC:** Freedom owns 27 daily newspapers, more than 70 weeklies and other publications and eight television stations.

**LOAD-DATE:** May 2, 2010

## Distressed Investor Grabs Stake in Register Parent

**MEDIA: Angelo Gordon cited as key investor; rebound forecasted**

By Murray Coleman

Sunday, April 4, 2010

A New York-based private equity firm specializing in distressed debt has become a leading investor in the parent company of the Orange County Register as it emerges from bankruptcy.

Angelo, Gordon & Co. has gained a key stake in Irvine-based Freedom Communi-cations Inc. by acquiring part of its debt during its bankruptcy reorganization, according to Freedom and sources familiar with the situation.

The firm has less than a majority stake, according to one source. Another said it's close to what two private equity firms used to have in Freedom, or about 45%.

Representatives of Freedom and Angelo Gordon declined to comment.

The investment is seen as a bullish sign for Freedom, which runs 33 newspapers and eight television stations.

"The company's prospects are vastly underappreciated," said Alan Bell, who served as the company's chief executive from 2002 to 2006. "The hunger for information and entertainment hasn't gone away."

Bell serves on a committee of unsecured creditors in Freedom's bankruptcy. The group is made up of former employees with pensions as well as vendors and others.

The committee is set to disband once Freedom emerges from bankruptcy, which could be any time now. A federal judge approved Freedom's reorganization plan on March 10.

"With the right management and new ownership, Freedom's future won't be so burdened by a bad balance sheet," Bell said. "It's not surprising that investors are showing interest."

Freedom filed for bankruptcy in September after trying to strike a deal to appease creditors holding about $1 billion in debt.

Most of the debt was incurred in a 2004 buyout by private equity firms Blackstone Group LP and Providence Equity Partners LLC that kept members of Freedom's founding Hoiles family in control.

As part of the company's reorganization, secured debt holders—including investment banks as well as Angelo Gordon—are taking over ownership in exchange for forgiving about $445 million in debt.

**Post Bankruptcy**

Freedom is set to emerge from bankruptcy with about $325 million in debt.

The company is expected to soon update its ownership. Going into bankruptcy, a group of 27 lenders led by JPMorgan Chase & Co. and including SunTrust Banks Inc. and Union Bank NA of California held Freedom's secured debt.

The creditors-turned-owners have put a new board in place. For the first time since R.C. Hoiles bought the Register in 1935, the board doesn't include one of his descendents.

Board members include: Jim Dunning, a media investor who worked at Rolling Stone and ran Ziff Davis Publishing Co.; Don Grenesko, former financial chief of Los Angeles Times parent Tribune Co. of Chicago; Ross Levinsohn, founding and managing director of Fuse Capital in Palo Alto; and Sean P. Moriarty, entrepreneur in residence at Menlo Park venture capital firm Mayfield Fund.

In February, Freedom Chief Executive Burl Osborne told the Register and other company papers that some secured debt holders were selling their holdings and that Angelo Gordon was among the buyers.

"Angelo Gordon wasn't a force to be dealt with when the reorganization plan was being put into place," said Daniel Callahan of Santa Ana's Callahan & Blaine, which represents newspaper carriers and other unsecured creditors. "It sounds like they've been a late entrant into the game."

The firm has been buying up stakes in other distressed media companies, including the Philadelphia Inquirer and the Philadelphia Daily News.

A federal appeals court last month put a crimp in Angelo Gordon's effort to buy the Philadelphia papers out of bankruptcy with a ruling favoring local owners currently in control.

The firm is appealing the ruling.

It's also involved in a legal battle against Goldman Sachs Group Inc. over rival bids for Canadian broadcaster Canwest Global Com-munications Corp. Angelo Gordon teamed with New York-based Golden Tree Asset Management LP to vie for control of the media company's debt, according to reports.

In Orange County, Angelo Gordon struck a deal last month to buy Santa Ana's Griffin Towers office complex from Los Angeles-based Maguire Properties Inc.

Along with Dallas-based Lincoln Property Co., Angelo Gordon reportedly is buying the two 14-story buildings for a combined $90 million.

The buildings were valued at $200 million when Maguire refinanced the property in 2008.

Angelo Gordon executives believe the value of newspapers and other media have been pushed down too far in the downturn, according to a source familiar with the company's thinking.

Some Angelo Gordon managers see signs that advertising revenue is rebounding, the source said.

**Projections**

That same optimism is displayed in Freedom's reorganization plan.

The company's rosy projection sees revenue going from $535 million in 2010 to $648 million by 2014.

Freedom's hard-hit newspapers, led by the Register, are seen growing from nearly $398 million in 2010 revenue to $464.7 million in 2014.

The company projects an operating profit but expects to lose money on a net income basis this year and next with a net profit of $45.9 million in 2014.

Earnings before interest, taxes, depreciation and amortization—a profit measure favored by media companies—is projected at $61 million for 2010 and doubling to $123 million by 2014.

The numbers are pro forma and exclude results from a recently sold newspaper in Arizona and special charges.

Newspaper circulation, which has been in a long-running decline, is expected to remain essentially flat, according to bankruptcy documents.

The company hopes to offset declines in circulation through higher prices for advertisements, according to the filing.

Interactive revenue from Freedom's Web sites is seen going from $41 million in 2010 revenue to $76.3 million in 2014.

Freedom's cost cutting is expected to continue even as the company appears to be preparing to add workers. It's projecting payroll and benefits to rise from $48.6 million this year to $60.3 million in 2014.

Industry analyst John Morton calls the projections "doable."

Smaller Freedom newspapers should recover more quickly, he said. A larger paper such as the Register could be facing a sluggish rebound, according to Morton, who runs Morton Research Inc., based in Silver Spring, Md.

"As the largest newspaper in the chain, the biggest question mark could be how much of the Orange County Register's classified advertising comes back," Morton said. "There's still debate in the industry over how much business newspapers can recover on a permanent basis."


Subscribe today for only $1.70 per week!



© 2011 Orange County Business Journal | Phone: (949) 833-8373 | Privacy Policy



**THE BUSINESS OF BROADCASTING**

TVNewsCheck Focus on Business

# Freedom Seeking $500 Million For TV Group
By Price Colman
TVNewsCheck, November 17, 2010 7:08 AM EST

A new book just out is causing a stir in the broadcast TV world, but you won't find it on the bestseller lists.

The "book" is Freedom Communications' sales prospectus for its group of eight TV stations.

Prospective title: "Freedom's Just Another Word For Nothing Left To Lose." Subtitle: "Freedom Ain't Free."

Definitely not free. According to sources familiar with the prospectus, Freedom is asking $400 million to $500 million for the disparate group whose flagship is WPEC, the CBS affiliate in West Palm Beach, Fla. (DMA 38).

The aggressive asking price, coupled with an M&A market still largely in hibernation and the far-flung geography of the stations, likely will make it a tough sell, one analyst thinks.

"It's going to be a challenge," says Barry Lucas of Gabelli & Co., noting that he had not seen the Freedom book. "It's a tough mix of stations in an uncertain environment. It's going to be tough to get financing."

Freedom Communications also owns 25 daily newspapers, including the flagship *Orange County* [Calif.] *Register*, and 16 weekly papers. But it has issued a separate book for the newspapers.

In addition to WPEC, Freedom Broadcasting comprises WWMT (CBS) Kalamazoo, Mich., (DMA 39); WRGB (CBS) Albany-Schenectady, N.Y., (DMA 56) in a duopoly with WCWN (CW); WTVC (ABC) Chattanooga, Tenn. (DMA 86); WLAJ (ABC) Lansing, Mich. (DMA 112); KTVL (CBS) Medford, Ore. (DMA 140); and KFDM (CBS) Beaumont, Texas (DMA 141).

The asking price for the station group translates to eight to 10 times estimated 2010 cash flow of $50 million. For broadcast properties, an asking price of eight to 10 times cash flow is considered within the realm of reason, if not likelihood.

But Freedom's 2010 cash flow estimates tell only part of the story. Station valuations typically reflect cash flow multiples averaged over two years to accommodate on and off election cycles.

With stations in key battleground states, including Florida, Texas and Michigan, Freedom's political ad revenues saw a significant boost this mid-term year, suggesting the $50 million estimated cash flow is at the high end.

Political revenues will mostly evaporate in 2011, pushing the average cash-flow multiple for the group higher than the 8-10 times reflected in the asking price.

Moelis & Co. is distributing the sales prospectus for the Freedom stations and managing the auction of the properties. In broadcast sector activity, Moelis earlier this year co-managed a $400 million senior secured notes offering for Entravision Communications. Moelis also managed Young Broadcasting's failed efforts to sell its flagship station KRON San Francisco.

The market for TV stations is so quiet that it is difficult to evaluate stations.

"Obviously, 2010 has been an incredible year for lack of deals," says Mark Fratrik, VP of BIA/Kelsey. "It's remarkable how few TV and radio deals have gone through, largely because of the lack of available credit.

"But I'm a little heartened by the announcement of two ABC O&Os being sold," Fratrik adds. ABC sold WJRT Flint, Mich. (DMA 68) and WTVG Toledo, Ohio (DMA 73). Transaction prices have not been disclosed.

Fratrik noted that Freedom has stations in similarly sized markets.

In Freedom's case, its own financial data highlight the gulf between bid and ask in the station market.

That data, disclosed in Freedom bankruptcy filings, show a 2009-10 book value of 9.5-10 times cash flow for the broadcast segment. The same filings show a substantially discounted market value: 7.3-8.8 times cash flow.

Add in the newspaper segment and the numbers drop to 5.4-9.7 times cash book value and 5.4 times cash flow market value.

There are a number of potential buyers for the Freedom stations, particularly in a piecemeal sale. They include Gannett, LIN, Nexstar, Gray, Young's new owners and Newport. All of those group owners own or run stations in Freedom markets.

Nexstar, Gray and LIN have branched out into managing stations for other owners, potentially gaining an inside track on acquiring those stations, and creating duopolies, if and when the stations go up for sale.

Other potential buyers include various private equity groups that may be looking to expand their broadcast portfolios.

Freedom's sales push follows its emergence from Chapter 11 bankruptcy earlier this year.

Initially, Freedom had looked to strike local market agreements with station owners in its markets, a source in the broadcasting community says. Under that scenario, Freedom would have turned over operations of its stations to the other owner. However, Freedom soon reversed course and declared that it was seeking to be the operator.

Then, in October, Freedom jettisoned that idea and issued its sales prospectus for the stations.

The problems that forced Freedom into bankruptcy date back to 2004, when the company burdened itself with massive debt to buy out a faction of the founding Hoiles family.

The company brought in private equity firms Providence Equity Partners and Blackstone Group in a recapitalization that gave them a 48% stake in the company, but piled on hundreds of millions in debt.

Hamstrung by that debt and the precipitous decline in newspaper revenues, Freedom opted for Chapter 11 on Sept. 1, 2009, after attempting an unsuccessful out-of-court workout.

Freedom emerged from Chapter 11 with more than half of its $770 million in debt erased, a new board and new management.

Freedom also emerged with a new owners: Private equity/hedge fund Angelo, Gordon & Co. holds a 45% controlling interest after buying out nearly all the Providence-Blackstone debt at 30-40 cents on the dollar, according to a source.

Alden Global Capital and Luxor Capital Group are Freedom's other owners.

In addition to its stake in Freedom, Angelo, Gordon also owns debt in crippled media giant Tribune Co., which is struggling to emerge from bankruptcy. The company's website notes that the company's "distressed investment activities focus on financially trouble businesses, including those involved in reorganization proceedings under Chapter 11."

Angelo, Gordon did not respond to a request for comment on its stake in Freedom.

Predictably, Freedom's financial turmoil spilled over into management. During bankruptcy, a new board of directors took over. New board members include James Dunning, chairman; Donald C. Grenesko; Ross Levinsohn; Sean Moriarty; Mitch Stern; and Burl Osborne. The company subsequently added Larry Kramer, founder, former chairman-CEO of MarketWatch and former CBS executive, to the board.

In one of its early moves, the board picked broadcast veteran and former LIN Television CEO Gary Chapman to serve as trustee for the broadcast division. Chapman's responsibilities center on representing the broadcast license holders in all matters involving the FCC.

Shortly after emerging from Chapter 11, the company's newly constituted board of directors tapped Stern, former president/CEO of Fox Television Stations, to replace veteran newspaperman Osborne as CEO/president of Freedom Communications. Osborne remains on the board.

Stern, who is also on the Freedom board, brings a wealth of broadcast sector experience to the job. In addition to his job at Fox, he was president-CEO of DirecTV's U.S. operations before taking over at Freedom.

Last week, the company named Thomas Herwitz to replace Doreen Wade as head of the station group. Herwitz worked with Stern at Fox, where he was president of station operations from 2000 to 2005. Since 2005, Herwitz has been a consultant on broadcast acquisitions, operations and management.

Wade, a broadcast veteran, headed Freedom's flagship station, WPEC, the CBS affiliate in West Palm Beach, Fla., before being named president of broadcasting in 2002.

Freedom referred requests for interviews with Stern and Herwitz to Sitrick & Co., a Los Angeles-headquartered public relations firm whose areas of specialization include crisis communications.

Sitrick issued the following boilerplate statement about Freedom's efforts to sell its stations:

"Freedom has always been regularly approached regarding strategic opportunities. This is a normal part of business and, as expected, has continued following the company's successful restructuring. It is the company's fiduciary responsibility to review and evaluate these opportunities as they arise."

Freedom, via Sitrick, declined to comment on specifics in its sales prospectus.

---

*Copyright 2010 NewsCheckMedia LLC. All rights reserved. This article can be found online at:*
*http://www.tvnewscheck.com/article/2010/11/17/47083/freedom-seeking-500-million-for-tv-group.*

**<u>EXHIBIT L</u>**

**B.**    <u>**The Los Angeles Market Is Remarkably Diverse And Competitive.**</u>

Los Angeles is the second-largest DMA in the country, with approximately 5.7 million television homes.[122] As shown in detail below, the Los Angeles media market is diverse and competitive, with 27 commercial and non-commercial television stations owned by 21 separate owners, 196 commercial and non-commercial radio stations owned by 83 separate owners, and 19 daily newspapers published by nine different publishers.[123] Many of the country's major media companies own media properties in the market. Tribune's media properties are venerable institutions in Los Angeles – the *LA Times* and KTLA(TV) are household names throughout the local community. KTLA(TV), which is not affiliated with one of the Big-four television networks, is ranked eighth, based on share (9 am-midnight), among its strong group of competitors (many of which are network-owned),[124] and the *LA Times* faces strong competition from *The Orange County Register*, *The Press-Enterprise*, the *Daily News*, and other daily newspapers in the market.

Moreover, these numerous traditional media outlets provide news, information and entertainment and seek advertisers in a market that has been revolutionized by widespread access to the Internet and other new media. Broadband, with its exponentially higher speeds, enables interactive uses of the Internet that have transformed the way that people obtain news and information and has made Internet news sources even more powerful forces in the contemporary

---

[122]  TVB Research Central, Market Track, *US TV Households by Market*, http://www.tvb.org/rcentral/markettrack/us_hh_by_dma.asp (last visited Feb. 2, 2010) (based on Nielsen Media Research, Inc., Nielsen Station Index (NSI), estimates for the 2009-2010 television season effective September 21, 2009).

[123]  *See generally* Mark R. Fratrik, Ph. D., BIA Financial Network, *Report on the Los Angeles, CA Media Market: Media Diversity, Revenue Share, and Concentration Analysis in Support of the Request for Cross-Ownership Waiver for Television Station KTLA(TV)*, at 21 (Feb. 26, 2010) ("BIA Report") (Attachment 4 hereto).

[124]  *See* Attachment 3.

c.    *Print Media.*[153]

The Los Angeles newspaper market also features intense competition, including 19 daily newspapers and 98 weekly newspapers in Los Angeles and the surrounding suburbs.[154]  As is the case in many other markets and despite substantial population growth, the combined circulation of daily newspapers in Los Angeles has declined significantly in recent years.  Still, the competition among the *LA Times* and *The Orange County Register*, *The Press-Enterprise*, and the *Daily News* remains strong, and other dailies also attract significant readership.

| Top Daily Newspapers | 2006 Circulation | 2009 Circulation |
|---|---|---|
| *LA Times* | 851,832 | 723,181 |
| *The Orange County Register* | 299,824 | 230,877 |
| *The Press-Enterprise* | 185,053 | 140,079 |
| *Daily News* | 157,020 | 124,033 |
| Combined Circulation | 1,493,729 | 1,218,170 |

Daily circulation at the *LA Times* is down 15% since 2006.  Combined circulation at the top four newspapers declined more than 18% since 2006.  Notwithstanding their respective circulation declines, competition among the *LA Times* and the other dailies in the market is strong.  In addition to the *LA Times*, 18 other daily newspapers serve the Los Angeles DMA, with at least

---

[153]  Circulation data included in this section were obtained from several sources.  The 2009 daily circulation figures for the *Antelope Valley Press* and *The Signal* were obtained from the BIA/Kelsey Media Access Pro™ Database, Los Angeles, CA Market Newspaper Overview, and reflect BIAfn Estimated Current Circulation values for daily circulation reported therein as of February 3, 2010.  The 2009 daily circulation data for all other daily newspapers discussed in this section are based on information from the Audit Bureau of Circulations for the six-month period ending March 29, 2009, and are current as of October 3, 2009.  These 2009 daily circulation figures represent Monday – Friday (5 Day) circulation averages.  Circulation data for the weekly newspapers discussed in this section were obtained from the BIA/Kelsey Media Access Pro™ Database, Los Angeles, CA Market Newspaper Overview, and reflect BIAfn Estimated Current Circulation values for total circulation reported therein as of February 4, 2010.

[154]  *See* BIA Report, at 21; *id.* at Appendix D.

eight additional publishers represented in the market.[155]  While the *LA Times* is the most widely

circulated daily newspaper in the market, Media News Group, Freedom Communications, and

Belo, through their various daily newspapers in the greater Los Angeles area, reach

approximately 447,000, 263,000, and 140,000 daily readers, respectively.  The additional

newspapers in the DMA include:

- *The Orange County Register,* with a daily circulation of 230,877; *The Press-Enterprise,* with a daily circulation of 140,079; the *Daily News,* with a daily circulation of 124,033; the *Press-Telegram,* with a daily circulation of 78,352; the *Ventura County Star,* with a daily circulation of 72,205; the *Daily Breeze,* with a daily circulation of 63,919; and *The Californian,* with a daily circulation of 55,408.

- Eight additional newspapers with daily circulations between 10,000 and 50,000, including *The Sun* (49,949), the *Inland Valley Daily Bulletin* (48,954), the *San Gabriel Valley Tribune* (35,866), the *Daily Press* (28,648), *The Star-News* (25,482), the *Antelope Valley Press* (22,100), *The Whittier Daily News* (13,645), and *The Signal* (12,000).

In addition, a large array of weekly newspapers contributes to the diversity and

competition in the Los Angeles newspaper market.[156]  At least 98 weekly newspapers published

by 54 different owners are currently distributed in the DMA.[157]  One leading weekly newspaper

publisher is Orange County Register, a subsidiary of Freedom Communications, which publishes

the daily *Orange County Register*[158] and more than 10 weekly papers in communities around Los

Angeles.[159]  Several weekly newspapers are published in Los Angeles itself, including the *Los

Angeles Downtown News* (49,000), the *Eastside Sun* (24,000), the *Mexican American Sun*

---

[155] *See id.*

[156] *See id.*  This chart notes the weekly newspapers that Tribune owns.

[157] *See id.*

[158] *See id.*

[159] *See id.*

and the Third Circuit expressly agreed with the agency's determination that "repealing the cross-ownership ban was necessary to promote competition."[250]  The Commission reaffirmed this conclusion in its *2008 Order*, stating that newspaper/broadcast combinations do not "adversely affect competition in any product market."[251]

Even to the extent that competition concerns might be considered relevant to evaluating the instant transaction, an analysis of the concentration levels and revenue shares for broadcasters and newspaper publishers in the Los Angeles DMA demonstrates that common ownership of KTLA(TV) and the *LA Times* has not adversely affected, and will not adversely affect, competition among media outlets in that DMA.  The HHI for traditional broadcast and newspaper media in Los Angeles is 967, more than 100 points lower than the top-10 market average of 1,097, and nearly 400 points lower than the national average of 1,359.[252]  (The HHI is the metric utilized by the Federal Trade Commission and the Department of Justice (and otherwise widely accepted) as an appropriate measure of concentration.)  An HHI of 967 is indicative of a market that is unconcentrated as defined by the Department of Justice's Merger Guidelines, is well below the 1,800 level that represents a "highly concentrated" market, and is even below the 1,000 level that represents a "moderately concentrated" market.[253]  Moreover, each segment of the traditional media in Los Angeles is highlighted by robust competition.  The *LA Times* competes with *The Orange County Register*, *The Press-Enterprise*, the *Daily News*, and other dailies; KTLA(TV) competes with 22 other commercial television stations, including

---

[250]  *Id.* at 400-01; *see Further Notice*, 21 FCC Rcd at 8846 (¶ 28).

[251]  23 FCC Rcd at 2032 (¶ 39 n.131).

[252]  BIA Report, at 11.

[253]  *See id.* at 10.

**EXHIBIT M**

HOME | ABOUT US | RESOURCES | BUYERS GUIDE | SITE INDEX | PRESS RELEASES | SUBSCRIBE | CONTACT US

**The premier resource for insight, analysis and technology integration in newspaper, digital and hybrid production.**

### Page: JP Morgan: Our next big media player?

Posted: Tuesday, April 13, 2010 10:12 am | Updated: 12:18 pm, Mon Apr 19, 2010.

|

If U.S. Bankruptcy Judge Kevin Carey today approves Tribune Co.'s reorganization plan, enabling it to emerge from Chapter 11 bankruptcy protection, New York-based banking giant JP Morgan Chase will become a significant media player, owning more television stations than any major network and becoming America's second largest newspaper publisher.

JP Morgan Chase was one of Sam Zell's leading banks, helping fund the real estate baron's $8.2 billion buyout in December 2007 to take Chicago-based Tribune from a publicly held company to one that's private.

JP Morgan is the administrator of $8.57 billion in senior debt against Tribune and itself holds about $1 billion of that.

JP Morgan Chase already owns a majority stake in Irvine, Calif.-based Freedom Communications, publisher of The Orange County (Calif.) Register, 25 other daily newspapers and operator of eight television stations.

And last year, JP Morgan Chase took over Yardley, Pa.-based Journal Register Co., publisher of 19 daily newspapers.

At both Freedom and JRC, JP Morgan Chase had been the lead lender. When the companies could no longer repay their loans, they swapped debt for equity in their reorganization plans, making the bank their majority shareholder as they emerged from bankruptcy protection.

If it takes control of Tribune today, JP Morgan will now oversee 54 U.S. daily newspapers, the largest being the Los Angeles Times, making it the country's second largest daily newspaper publisher after Gannett.

JP Morgan will also own 31 television stations, surpassing the number of TV stations owned by CBS and News Corp.

"While there seems to be a gravitational pull to settling this case, it's difficult to predict what's going to happen in court," said corporate reorganization expert and University of Chicago Law School professor Douglas Baird.

Tribune's reorganization plan has a lot of support, said Baird, but the creditors that are saying they're left out of the plan will make their dissent known.

"Judges like to see cases resolved," said Baird.

Stay tuned.

Share    Print    Font Size:

## Welcome to the discussion.

HOME | ABOUT US | RESOURCES | BUYERS GUIDE | SITE INDEX | PRESS RELEASES | SUBSCRIBE | CONTACT US

**The premier resource for
insight, analysis and
technology integration in
newspaper, digital and
hybrid production.**

### Jamie Dimon to the rescue. Or maybe not

Posted: Friday, October 30, 2009 1:20 pm

By Doug Page |

Had George Washington, Abraham Lincoln and Franklin Roosevelt not appeared when they did, American history would have been written differently.

The challenges they faced were overcome, says the Great Man Theory, because these men, possessing more intelligence and ability than their peers, came to the forefront at exactly the right time to resolve the issues they confronted.

While this theory is highly debatable, any management student knows a company's top managers and board of directors, like a country's leaders, are crucial.

Their thoughts, vision, knowledge, will and fortitude determine an organization's outcome.

So who's the "Great Man" or "Great Woman" of the American newspaper industry?

At three companies, the question will be answered by bankers, perhaps even JP Morgan Chase CEO Jamie Dimon himself. After all, it was JP Morgan Chase that lent millions to newspaper and media types - as well as one real estate tycoon - all of whom ran their companies into the ground.

As a result, JP Morgan and its fellow lenders will determine who leads Tribune Co., Freedom Communications Inc. and Journal Register Co. post-bankruptcy.

Journal Register, which emerged from bankruptcy earlier this year, is already under JP Morgan Chase's tutelage following a deal that swapped debt for equity. Should bankruptcy proceedings go as expected, the bank will also become the majority shareholder of Tribune as well as Freedom, the latter because it was the California-based publisher's senior lender.

JP Morgan will then stack the respective boards of directors with their own people, says Douglas Baird, a corporate reorganization expert at the University of Chicago's law school.

Living with a banker

Reed Phillips, a partner at New York-based media investment bank DeSilva Phillips, says Tribune execs should expect a very different management style than the one they've grown accustomed to under Sam Zell.

"It won't be entrepreneurial (as it was under Zell)," said Phillips. "It'll be more corporate ownership like it was before Zell."

Which likely means that neckties, frowned upon by Zell, will once again become de rigueur.

"Dimon, like much of Wall Street, is a suit-and-tie guy," said Patricia Crisafulli, author of the recently published book "The House of Dimon: How JP Morgan's Jamie Dimon rose to the top of the Financial World."

After dealing with the dress code, the JP Morgan-led boards will also likely assemble management teams that are directed to put together a new strategy for the companies they oversee.

"They'll reassess it if necessary but the idea is that they will give the top manager (who they'll appoint) some breathing room to come up with the right strategy," said Baird.

So while current COO Randy Michaels, who helped lead Tribune into Chapter 11, might think he's staying, he might check in with Mr. Dimon to see if that synchs up.

Former Journal Register CEO James W. Hall, the exec who led the company into Chapter 11, doesn't have to worry about Dimon's plans: He's already gone.

To find the next CEO for these companies, says John Challenger, CEO of Chicago-based executive outplacement firm Challenger, Gray and Christmas, the JP Morgan-led boards will appoint CEO search committees.

And which "Great Man" or "Great Woman" will these committees try to search for?

Brainstorm sessions

They'll "brainstorm what kind of candidate they want, attributes they're looking for, key strategies they want to implement and then they'll come up with a list of who they'll approach," Challenger says.

"There's no shortage of turnaround candidates, but to get it right is a big responsibility of the board," he said. "You can always move the person out if a mistake has been made but the damage has been done.

"It's a decision you can't get wrong."

The committees will consider external and internal candidates. In an ironic twist of fate, Challenger says the next CEOs of Tribune, Freedom and Journal Register may have prior experience with the company they'll lead.

"That would say that Sam Zell made a mistake in letting them go," said Challenger, referring to the next possible Tribune head.

Jamie Dimon's role?

Baird says Dimon will have little to do with his company's stewardship of these companies, which he predicts it will own for three years.

"You can't be an organization as large as JP Morgan and have Dimon over it (a troubled newspaper company)."

Patricia Crisafulli disagrees.

"He (Dimon) is the kind of manager that's very involved in his business," she said. "While he does delegate authority and responsibility, he is the kind of manager that says, 'You're in charge and I expect you to manage this business. You have to know the risks. You have to drill down deeply (into the business) and be aware of all of the possibilities.'

"That's the kind of 'A' game he expects from people who report to him," she said.

JP Morgan declined to discuss its plans, if any, it might have for these companies.

Great people

The Great Men and Great Women of the past didn't show up cloaked with the mantle of greatness they're known for today. Indeed, they appeared like any one of us: mere mortals.

What set them apart was that they wanted to win, whether it was saving their countries or their companies, and perhaps even transforming them as a result.

The next CEOs of Tribune, Freedom and Journal Register will need that same, intense desire to win. And they'll need a heavy dose of moxie and a skill-set that enables them to turn their beleaguered franchises into successful ones.

Hire the wrong CEOs, appoint the wrong management teams, and Dimon will see the same kind of return that Sam Zell will likely receive from his ownership of Tribune: Zero.

Douglas Page, who also podcasts and blogs for News & Tech, can be reached at dpage435@hotmail.com.

**More about *tribune***
- ARTICLE: Randy Michaels — RIP
- LINK: 2010 new product guide
- ARTICLE: Los Angeles Times to close OC plant, beef up downtown site
- ARTICLE: Trib to offer self-service ad app



**» Print**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# U.S. publisher Journal Register emerges from bankruptcy

Tue, Aug 11 2009

Aug 12 (Reuters) - U.S. publisher Journal Register Co JRCOQ.PK which filed for Chapter 11 protection in February, said on its website that it had emerged from bankruptcy.

The Yardley, Pennsylvania-based publisher said it closed on its exit financing consisting of $150 million from JPMorgan Chase & Co (JPM.N: Quote, Profile, Research, Stock Buzz) and $75 million from Wells Fargo & Co (WFC.N: Quote, Profile, Research, Stock Buzz) as well as a new credit agreement with Wachovia.

JPMorgan and Wells Fargo were acting as administrative agents, according to the publisher's website.

When it filed for bankruptcy, Journal Register operated 20 daily newspapers, including the New Haven Register and the Trentonian, and more than 300 non-daily publications and websites.

The publisher's Chapter 11 plan, which was approved last month, called for converting secured lenders' debt into 100 percent of the equity in a reorganized company, as well as new secured loans, court records show. Unsecured creditors would also receive some distributions, while shareholders would be wiped out. (Reporting by Ajay Kamalakaran in Bangalore; Editing by Lincoln Feast)

© Thomson Reuters 2010. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

**EXHIBIT N**

# Journal Register Company

From Wikipedia, the free encyclopedia

**Journal Register Company**



| Website | http://www.journalregister.com/ |

The **Journal Register Company** is an American media company, specializing in newspaper publishing. The company owns 22 daily and 302 non-daily newspapers and other niche publications. The company was led by chairman and CEO James W. Hall, who succeeded Robert M. "Bob" Jelloneck" Jelenic on November 1, 2007. Hall had been appointed interim CEO June 8 when Jelenic took a medical leave of absence to undergo cancer surgery.[1][2] In 2007, the company was carrying $646 million in debt,[3] largely as a result of its purchases. In September 2006, JRC was named one of the Ten Worst Managed Companies in America by 24/7 Wall Street[4] In April 2008, Journal Register hired the financial advisor Lazard Freres to evaluate its business options for the possible sale of newspapers in Michigan and its other clusters.

On February 21, 2009, the company filed for Chapter 11 reorganization at the United States Bankruptcy Court for the Southern District of New York, in New York, NY. Its proposed restructuring plan includes canceling its stock and becoming a closely held company. The company reported it has assets of $596 million and $692 million in debt, as of November 30, 2008.[5] It exited bankruptcy on August 12, 2009, as a private company.

## Contents

- 1 Properties
- 2 History
- 3 External links
- 4 References

## Properties

*Further information: List of newspapers published by Journal Register Company*

The company owns daily and weekly newspapers, other print media properties and newspaper-affiliated local Web sites in the U.S. states of Connecticut, Michigan, New York, Ohio, Pennsylvania and New Jersey. It also operates 3 commercial printing facilities.

JRC's flagship daily newspaper is the *New Haven Register*. Its ten largest daily newspapers (approximate daily circulation over 20,000) are:

- *New Haven Register* of New Haven, Connecticut (76,664)
- *The Oakland Press* of Pontiac, Michigan (63,174)
- *Delaware County Daily and Sunday Times* of Upper Darby Township, Pennsylvania (43,520)
- *The Macomb Daily* of Mount Clemens, Michigan (42,045)
- *The Trentonian* of Trenton, New Jersey (Sunday: 26,500)

- *The News-Herald (Ohio)* of Willoughby, Ohio (39,453)
- *The Daily Local News* of West Chester, Pennsylvania (27,087)
- *The Morning Journal* of Lorain, Ohio (26,777)
- *The Mercury (Pennsylvania)* of Pottstown, Pennsylvania (21,080)
- *Daily Freeman* of Kingston, New York (18,492)

# History

In 2004, JRC bought 21st Century Newspapers, gaining ownership of several daily newspapers in Greater Detroit.

In 2006, JRC bought the Web site JobsInTheUS.com. It is also a major shareholder in consulting company PowerOne Media. That same year, the company moved its headquarters to Yardley, Pennsylvania from Trenton, New Jersey.

In early 2007, JRC completed the sales of its former Massachusetts and Rhode Island newspapers to GateHouse Media and RISN Operations, respectively.

In early 2008, the New York Stock Exchange announced it was planning to suspend trading of JRC's common stock. The stock had been below $1.05 for 30 consecutive days, at one point falling to 16 cents, which was the all-time low at that time. The stock was delisted as of April 16.

On July 24, 2008, JRC stock fell to 3 cents, an all-time low.

Monday, September 22, 2008 marked the fall of a share of JRC stock below one cent, when it closed at .005.

On February 21, 2009, the company filed for Chapter 11 bankruptcy in the US Bankruptcy Court, located in Manhattan, New York, NY.[5]

# External links

- Journal Register Company corporate web site (http://www.journalregister.com/)
- Very thorough history of the Journal Register Company (http://www.referenceforbusiness.com/history2/73/Journal-Register-Company.html)
- Essay in the American Journalism Review on the Journal Register Company's early days (http://www.ajr.org/Article.asp?id=3246)
- Yahoo! JRC messageboard (http://messages.finance.yahoo.com/Stocks_%28A_to_Z%29/Stocks_J/forumview?bn=10106)
- http://online.wsj.com/article/SB123524807032741025.html?mod=testMod

# References

1. ^ "Jelenic, Journal Register Chief, Takes Leave for Cancer Surgery" (http://www.editorandpublisher.com/eandp/news/article_display.jsp?vnu_content_id=1003596607) Editor & Publisher, June 8, 2007
2. ^ "Jelenic, Journal Register Company Chairman and Chief Executive Officer, to Step Down on November 1, 2007" (http://www.journalregister.com/press/10122007.htm) Press release issued October 12, 2007
3. ^ "Could Journal Register (JRC) Miss Its Debt Service?" (http://www.247wallst.com/2007/07/could-journal-r.html) 24/7 Wall Street (http://247wallstreet.blogspot.com) , July 20, 2007

4. ^ "The Ten Worst Managed Companies In America: Conexant And Journal Register" (http://247wallst.blogspot.com/2006/09/ten-worst-managed-companies-in-america_22.html) 24/7 Wall Street (http://247wallstreet.blogspot.com) September 22, 2006

5. ^ *a b* "Journal Register files for bankruptcy protection" (http://www.google.com/hostednews/ap/article/ALeqM5iuX8HrEMBhwkQH2BzYHwkKN7mV1 *The Associated Press*. February 21, 2009. http://www.google.com/hostednews/ap/article/ALeqM5iuX8HrEMBhwkQH2BzYHwkKN7mVTgD96GAE6 Retrieved February 21, 2009.

Retrieved from "http://en.wikipedia.org/wiki/Journal_Register_Company"

Categories: Journal Register Company | Companies based in Pennsylvania | Bucks County, Pennsylvania

- This page was last modified on 8 November 2010 at 20:05.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

**<u>EXHIBIT O</u>**

carry any local news at all, continued common ownership with the *Courant* is critical to sustaining the high-quality news and public service programming that is provided by WTIC-TV and WTXX(TV), and a waiver is fully justified to achieve that goal.

**B.      The Hartford Market Is Remarkably Diverse And Competitive.**

The Hartford and New Haven, CT DMA (the "Hartford DMA") is ranked 30th in the country, with more than 1 million television homes.[121]  As shown in detail below, the Hartford media market is diverse and competitive, with 11 television stations owned by seven separate owners, 77 commercial and non-commercial radio stations owned by 45 separate owners, and 12 daily newspapers published by eight different publishers.[122]  Many of the country's major media companies own media properties in the market.  Tribune's media properties are venerable institutions in Hartford – WTIC-TV, WTXX(TV), and the *Courant* are household names throughout the local community.  WTIC-TV and WTXX(TV) (Fox and CW affiliates, respectively) are only ranked fourth and sixth, respectively, based on February 2010 share (9 am – midnight),[123] among their strong group of competitors; the *Courant* faces strong competition from the *New Haven Register*, the *Republican-American/Sunday Republican*, and other daily newspapers in the market.

---

[121]  TVB Research Central, Market Track, *US TV Households by Market*, http://www.tvb.org/rcentral/markettrack/us_hh_by_dma.asp (last visited Feb. 2, 2010) (based on Nielsen Media Research, Inc., Nielsen Station Index (NSI), estimates for the 2009-2010 television season effective September 21, 2009).

[122]  *See generally* Mark R. Fratrik, Ph. D., BIA Financial Network, *Report on the Hartford-New Haven, CT Media Market: Media Diversity, Revenue Share, and Concentration Analysis in Support of the Request for Cross-Ownership Waiver for Television Stations WTIC-TV and WTXX(TV)*, at 22-23 (Feb. 26, 2010) ("BIA Report") (Attachment 4 hereto).

[123]  *See* Attachment 3.

that MVPDs provide.  At the same time, local audience share data demonstrate that MVPDs have

significantly reduced the market shares of local broadcast voices, both individually and

collectively.

        c.    *Print Media.*[155]

The Hartford newspaper market also features strong competition, including 12 daily

newspapers, with eight independent publishers.[156]  As is the case in many other markets, and

despite substantial population growth, the combined circulation of daily newspapers in the

Hartford market has declined significantly in recent years.  Tribune's *Courant* faces competition

from all of the daily newspapers in the Hartford DMA, and most notably from the *New Haven

Register* and the (Waterbury, CT) *Republican-American/Sunday Republican*.

| Top Daily Newspapers | 2006 | 2009 |
|---|---|---|
| *Hartford Courant* | 184,254 | 155,540 |
| *New Haven Register* | 84,546 | 73,877 |
| *Republican-American/Sunday Republican* | 61,100 | 49,723 |
| Combined circulation | 329,900 | 279,140 |

---

[155] Circulation data included in this section were obtained from several sources.  The 2009 daily circulation figures for the *Record-Journal* and *The Chronicle* were obtained from the BIA/Kelsey Media Access Pro™ Database, Hartford-New Haven, CT Market Newspaper Overview, and reflect BIAfn Estimated Current Circulation values for daily circulation reported therein as of February 3, 2010.  The 2009 daily circulation data for all other daily newspapers discussed in this section are based on information from the Audit Bureau of Circulations for the six-month period ending March 29, 2009, and are current as of October 3, 2009.  The 2009 daily circulation figures for the *Courant*, the *Journal-Inquirer*, the *New Haven Register*, *The Day*, the *Norwich Bulletin*, *The Register Citizen*, and the *Republican-American/Sunday Republican* represent Monday – Friday (5 Day) circulation averages.  The 2009 daily circulation figures for *The Bristol Press/The Herald Press*, *The Middletown Press/The Herald Press*, and *The Herald/The Herald Press* represent Monday – Saturday (6 Day) circulation averages.  Circulation data for the weekly newspapers discussed in this section were obtained from the BIA/Kelsey Media Access Pro™ Database, Hartford-New Haven, CT Market Newspaper Overview, and reflect BIAfn Estimated Current Circulation values for total circulation reported therein as of February 4, 2010.

[156] *See* BIA Report, at 23; *id.* at Appendix D.

From September 2001 to May 2006, the daily circulation of the *Courant* fell approximately 7.2% from 198,651 to 184,254. As the previous chart shows, between 2006 and 2009, the *Courant's* daily circulation further decreased to 155,540 – a decline of approximately 15.6% (and a decline of approximately 21.7% from September 2001). Between 2006 and 2009, daily circulation for the *New Haven Register* and the *Republican-American/Sunday Republican* declined approximately 12.6% and 18.6%, respectively, and the combined circulation of the top three newspapers declined approximately 15.4%. Notwithstanding these declines in circulation, competition among these newspapers remains strong. Moreover, in addition to these three dailies, nine other daily newspapers serve the Hartford DMA, with at least five additional publishers represented in the market.[157] These newspapers include:

- Four newspapers with daily circulations above 20,000, including the *Journal Inquirer* (35,252), *The Day* (30,895), the *Norwich Bulletin* (21,476), and the *Record-Journal* (21,200).

- One newspaper – *The Chronicle* – with circulation of 8,800.

- Four dailies published by the Journal Register Company, which also publishes the *New Haven Register*: *The Herald/The Herald Press* (9,646); *The Bristol Press/The Herald Press* (7,933); *The Register Citizen* (7,876); and *The Middletown Press/The Herald Press* (6,230).

In addition, a large array of weekly newspapers contributes to the diversity and competition in Hartford's newspaper market.[158] At least 53 general interest weekly newspapers published by at least 15 different owners are currently distributed in the DMA.[159] The Journal Register Company is a leader in the weekly newspaper arena, publishing at least 17 weekly

---

[157] *See id.*

[158] *See id.* This chart notes the several weekly newspapers that Tribune owns.

[159] *See id.*

newspapers in communities around Hartford and New Haven.[160]  Many weekly newspapers in

the Hartford market have substantial circulations, including, for example, *The Reminder*

(230,000), *The Middletown Press* (35,000), and *Voices/Sunday – The Weekly Star* (30,000).  In

addition to these daily and weekly newspapers, there is a wide variety of other print media that

deliver local information to residents of the Hartford DMA.  These include 12 specialty

newspapers serving diverse interests, 15 shopper publications, eight college newspapers, and 17

local magazines.[161]

<blockquote>d.    <u>*AM, FM, And Satellite Radio Service.*</u></blockquote>

The Hartford DMA includes 77 commercial and non-commercial AM and FM radio

stations, owned by 45 separate entities.[162]  Of those, 14 radio stations, operated by seven

different broadcasters, offer varied formats that focus on news, talk, sports, and information,

while three offer formats that focus on education and religion.[163]  Four independently owned

stations offer Spanish-language or other ethnic formats.[164]  In addition, 54 stations offer a variety

of music formats, and one station offers a children's format.[165]  Moreover, the market's radio

broadcasters are offering programming on 11 HD multicast streams.[166]  There are two additional

independently owned low power FM stations, each of which by definition must be locally owned

---

[160]  *See id.*

[161]  *See id.*  Several of these publications are owned by Tribune.

[162]  *See id.* at 22; *id.* at Appendix E-1.  In the more limited radio geographic market as defined by the local radio ownership rule as revised in the *2003 Order*, there are 35 radio stations owned by 23 different owners.  *See id.* at 22.

[163]  *See id.* at Appendix E-1.

[164]  *See id.*

[165]  *See id.*

[166]  *See id.* at 22 n.31; *id.* at Appendix E-2.

market.[254]  Moreover, each segment of the traditional media in the Hartford DMA is highlighted by robust competition:  the *Courant* competes with the *New Haven Register*, the *Republican-American/Sunday Republican*, and other daily newspapers in the market; WTIC-TV and WTXX(TV) compete with six other commercial television stations, one of which is owned by NBC and the rest of which are owned by large broadcast operators; and there are 52 full-power commercial radio stations competing throughout the market.

A number of factors demonstrate that Tribune's common ownership of WTIC-TV, WTXX(TV), and the *Courant* has not resulted in increased media concentration in the Hartford market.  First, the level of concentration in the Hartford market has decreased since 2000, illustrated by a decline in the HHI from approximately 1,435 in 2000 to 1,256 in 2008.[255]  Second, over this same period, Tribune's share of advertising revenue among traditional media decreased from 32.0% in 2000 to 29.5% in 2008, demonstrating that Tribune does not have market power.[256]  This wide distribution of revenues indicates a strongly competitive market.

In addition, the actual concentration level in the Hartford media market is much lower than is reflected by this HHI calculation, because this analysis was based only on competition among the three traditional outlets – newspapers, television, and radio.  It does not account for advertising revenue that flows to non-traditional media, including Yellow Pages, direct mail, out-of-home, local cable systems, online, Internet Yellow Pages, local magazines, mobile, and email marketing.  Given the increasingly significant role played by non-traditional media, the Commission must take into account that the advent and ascendency of these media have resulted

---

[254] *See id.* at 11.

[255] *See id* at 13-14.

[256] *See id.* at 9-10.