## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------

In re:                                            :        Chapter 11

TRIBUNE COMPANY, *et al.*                          :        Case No. 08-13141 (KJC)
                                                  :        Jointly Administered
        Debtors.

                                                  :        **Hearing Date: January 21, 2011**
------------------------------------------------------------ :        **Objection Deadline: January 19, 2011**

### DECLARATION OF SALLY BUCKMAN

SALLY BUCKMAN, hereby declares, pursuant to Local Rule 7026-1(c), for the United

States Bankruptcy Court, District of Delaware, that the following is true and correct to the best of

her knowledge, information, and belief:

    1.    I am a Member of the law firm of Lerman Senter PLLC, counsel for Aurelius

Capital Management, LP, on behalf of its managed entities (collectively "Aurelius") in the

above-referenced adversary proceeding.

    2.    On December 20, 2010, the Court entered a Discovery and Scheduling Order for

Plan Confirmation mandating that if any discovery dispute arises, the Parties to the dispute shall

meet and confer within three business days of any Party's request for such a meet and confer

conference.

    3.    On December 17, 2010, Aurelius served its second request for the production of

documents on JPMorgan Chase & Co. ("JPMorgan").

    4.    On January 3, 2011, the parties met and conferred. JPMorgan objected to

providing any documents in response to Aurelius's second request, claiming that because the

Requests concerned matters to be decided by the FCC, they were not relevant to the confirmation

295126

hearing. Aurelius disagreed and explained that the requested documents were relevant to the confirmability of the Debtors/Committee/Lender Plan.

5.      On January 4, 2011, JPMorgan served its objections and responses to Aurelius's second document requests.

6.      Following receipt of JPMorgan's Objections, Aurelius attempted to meet and confer to avoid unnecessary motion practice and bridge the parties' differences.

7.      By letter dated January 10, 2011, Aurelius addressed JPMorgan's Objections.

8.      On January 12, 2011, Aurelius and JPMorgan met and conferred regarding the discovery disputes.

9.      During the meet and confer, Aurelius expressed its view that the documents requested are directly relevant to the feasibility of the Debtors/Committee/Lender Plan and relate to issues concerning the FCC approval process that are addressed in the Debtors/Committee/Lender Plan and Disclosure Statement. Aurelius stated that if JPMorgan withdrew its general objections to producing the requested documents, Aurelius would discuss narrowing some of the requests and discuss searches that could be conducted to obtain requested documents. JPMorgan refused to withdraw its general objections and stated that it was not willing to perform specific searches aimed at obtaining documents responsive to Aurelius's second requests.

10.     At the conclusion of the January 12, 2011 meet and confer, Aurelius and JPMorgan agreed that no further progress was possible and Aurelius stated that it intended to file a motion to compel JPMorgan to produce documents relevant to the FCC approval process.

11.    A reasonable effort has been made to reach agreement with the opposing party on the matters forth in the motion to compel.


Dated: Washington, D.C.
      January 14, 2011

                                        Sally Buckman

295126