# EXHIBIT A



# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803357
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through November 30, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/02/10 | G. Pauling II | L120 | 0 | Devise strategy and discovery plan in consideration of ruling to consolidate cases (.3); conference with N. Riesco regarding same (.2); follow up regarding same (.3). | 0.80 | 448.00 |
| 11/02/10 | N. Riesco | L120 | 0 | Conference with G. Pauling to discuss cases status. | 0.30 | 117.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 11/10/10 | N. Riesco | L120 | 0 | Review and analyze Company documents and information in connection with assessment of plaintiff's claims and preparation of discovery responses (1.80); consider case strategy and prepare document concerning defenses/argument to plaintiff's allegations (.30); draft and revise answers to plantiff's interrogatories and document requests (.40); review and analyze plaintiff's proposed protective order (.40); conference call with G. Silva to discuss same (.50). | 3.40 | 1,326.00 |
| 11/11/10 | N. Riesco | L310 | 0 | Draft, edit and revise responses to interrogatories and document requests. | 0.60 | 234.00 |
| 11/12/10 | N. Riesco | L310 | 0 | Draft, edit and revise answers to interrogatories. | 0.50 | 195.00 |
| 11/15/10 | N. Riesco | L120 | 0 | Review and analyze plaintiff's second amended complaint (.50); analyze key allegations in complaint and consider necessary investigation/potential defenses as to each (2.60); draft answer to amended complaint (.50); communications with G. Silva regarding answers to interrogatories (.20). | 3.80 | 1,482.00 |
| 11/16/10 | G. Pauling II | L212 | 0 | Review/revise and analyze answer to amended complaint. | 1.50 | 840.00 |
| 11/16/10 | N. Riesco | L120 | 0 | Draft, edit and revise answer and defenses to plaintiff's second amended complaint (1.80); conference call with G. Silva to discuss documentation relevant to discovery responses (1.00); review, redact and prepare documents for production(1.20); edit and revise responses to interrogatories (.40). | 4.40 | 1,716.00 |
| 11/17/10 | G. Pauling II | L120 | 0 | Complete review, revisions and analysis of complaint (1.5); review case analysis (.5). | 2.00 | 1,120.00 |



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/17/10 | N. Riesco | L310 | 0 | Review correspondence from G. Silva regarding Parker RTW from LOA. | 0.10 | 39.00 |
| 11/22/10 | N. Riesco | L310 | 0 | Review G. Pauling comments to draft answer to amended complaint and revise answers accordingly (.50); communications with A. Jubelirer and G. Silva regarding answer to amended complaint (.20); draft, edit and revise answers to interrogatories (0.50); communications with G. Silva regarding additional documentation necessary for discovery responses (0.30); review, analyze and prepare paycheck detail reports for all sales representatives for production (.50); communications with G. Pauling regarding cases status (0.30). | 2.30 | 897.00 |
| 11/23/10 | N. Riesco | L310 | 0 | Communications with G. Silva regarding additional document necessary for discovery (.30); revise and edit supporting charts in connection with interrogatory responses (.50); communication with G. Pauling regarding same (.20); prepare supplemental interrogatories and document requests to plaintiff in connection with newly added ADA claims (1.50); edit and revise responses to discovery (.50). | 3.00 | 1,170.00 |
| 11/24/10 | N. Riesco | L310 | 0 | Communications with G. Silva regarding additional document necessary for discovery (.30); revise and edit supporting charts in connection with interrogatory responses (.60); prepare supplemental interrogatories and document requests to plaintiff in connection with newly added ADA claims (.70); prepare documents for production (.40). | 2.00 | 780.00 |
| 11/29/10 | G. Pauling II | L120 | 0 | Attend to discovery disputes/issues and develop positions/responses. | 1.20 | 672.00 |



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/29/10 | N. Riesco | L320 | 0 | Conference with G. Pauling to discuss answer to amended complaint, responses to plaintiff's discovery and supplemental discovery (.60); call with G. Silva to discuss transfer from contact center to TI and commission/overtime date and other lawsuit in connection with responses to interrogatories (.40); draft, edit and revise supplemental interrogatories and document requests to Plaintiff (.50); review, edit and revise proposed protective order (1.00); review, analyze, redact and prepare documents showing commissions earned by sales representatives in connection with document production (3.00); review, edit and finalize answers to interrogatories (1.00); draft correspondence to opposing counsel enclosing discovery responses, supplemental discovery and comments to proposed protective order (.50). | 7.00 | 2,730.00 |
| 11/30/10 | N. Riesco | L230 | 0 | Finalize and send correspondence to plaintiff enclosing responses to discovery, supplemental discovery requests and protective order comments (.5); attend status conference before J. Bucklo (.8); compose email to A. Jubelirer and G. Silva regarding status conference (.2); call to Dr. Alhbeheary regarding response to subpoena for Parker medical records (.1). | 1.60 | 624.00 |

| | | |
|---|---|---|
| **Total Hours** | 34.50 | |
| **Total Fees** | | $14,390.00 |
| **Less Discount** | | ($1,439.00) |
| **Total Fees After Discount** | | $12,951.00 |



Chicago Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 5.50 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 29.00 | hours at | $390.00 | per hour |

## Disbursements                                        Value

| | |
|---|---|
| Copying | 141.00 |

**Total Disbursements**           141.00

**Total Amount Due**           $13,092.00



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1803357
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,390.00 |
| Less Discount | ($1,439.00) |
| Total Fees after Discount | $12,951.00 |
| Total Disbursements | 141.00 |
| Total Fees and Disbursements This Statement | $13,092.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
·ATTORNEYS·
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803174
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2010

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/09/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding GCIU Homestead Publishing advice matter. | 0.20 | 114.00 |
| 11/09/10 | J. Toner | C300 | 0 | Telephone conference with K. Michaels regarding potential DFR unfair labor practice charge against Union. | 0.20 | 125.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $239.00 |
| **Less Discount** | | ($23.90) |
| **Total Fees After Discount** | | $215.10 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.20 | hours at | $570.00 | per hour |
| J. Toner | Of Counsel | - | 0.20 | hours at | $625.00 | per hour |

## Disbursements

### Value

| | |
|---|---|
| Long Distance Telephone | 7.02 |

**Total Disbursements** 7.02

**Total Amount Due** $222.12

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1803174
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $239.00 |
| Less Discount | ($23.90) |
| Total Fees after Discount | $215.10 |
| Total Disbursements | 7.02 |
| Total Fees and Disbursements This Statement | $222.12 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803176
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2010

## Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/03/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding NLRB complaint concerning Facebook blogging. | 0.20 | 114.00 |
| 11/04/10 | K. Michaels | C300 | 0 | Follow-up telephone conference with A. Barnes regarding NLRB Facebook complaint and applicability to Baltimore Sun Guild issues. | 0.50 | 285.00 |
| 11/09/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding strategy for handling communications by Guild to employees during bargaining and related issues. | 0.30 | 171.00 |
| 11/11/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding applicable language to be used in connection with general employment policies. | 0.20 | 114.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/30/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes regarding photographers grievance (.1); review of grievance (.2). | 0.30 | 171.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 1.50 | |
| **Total Fees** | | | | | | $855.00 |
| **Less Discount** | | | | | | ($85.50) |
| **Total Fees After Discount** | | | | | | $769.50 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 1.50 | hours at | $570.00 | per hour | |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $769.50 |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1803176
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $855.00 |
| Less Discount | ($85.50) |
| Total Fees after Discount | $769.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $769.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803180
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2010

**Labor-General 0000000968**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/09/10 | N. Finkel | C300 | 0 | Conference with A. Jubelirer regarding wage hour issues. | 0.10 | 51.00 |
| 11/23/10 | W. Schurgin | C300 | 0 | Attorney client communication to J. Osick on employee training issue. | 0.30 | 168.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $219.00 |
| **Less Discount** | | ($21.90) |
| **Total Fees After Discount** | | $197.10 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| W. Schurgin | Partner | - | 0.30 | hours at | $560.00 | per hour |
| N. Finkel | Partner | - | 0.10 | hours at | $510.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1803180

Page 2

Tribune Company

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $197.10 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1803180
0276 11089 / 11089-000001
Labor-General 0000000968

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $219.00 |
| Less Discount | ($21.90) |
| Total Fees after Discount | $197.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $197.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803182
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2010

**Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/02/10 | G. Pauling II | L120 | 0 | Review discovery strategy and litigation plan (.50); follow up regarding same (.30). | 0.80 | 448.00 |
| 11/02/10 | N. Riesco | L190 | 0 | Conference with G. Pauling to discuss case status. | 0.30 | 117.00 |
| 11/04/10 | N. Riesco | L240 | 0 | Review and analyze plaintiff's deposition testimony in preparation for motion for summary judgment. | 3.00 | 1,170.00 |
| 11/30/10 | N. Riesco | L320 | 0 | Review correspondence from opposing counsel and supplemental documents production. | 0.30 | 117.00 |

**Total Hours**                                                                 4.40

**Total Fees**                                                                  $1,852.00

**Less Discount**                                                               ($185.20)

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

**Total Fees After Discount**                                                     $1,666.80

**Timekeeper Summary**

| G. Pauling II | Partner | - | 0.80 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 3.60 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
| --- | --- |
| Copying | 17.80 |
| Deposition Transcripts - REAL- TIME REPORTERS DEPO OF RAY HOSHELL | 280.75 |
| Deposition Transcripts - REAL- TIME REPORTERS DEPOSITION TRANSCRIPT OF LARRY GRESHAM | 461.25 |
| Meals -  FOOD FOR THOUGHT 09/23/10   N. RIESCO | 50.00 |

**Total Disbursements**                                                        809.80

**Total Amount Due**                                                         $2,476.60



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1803182
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,852.00 |
| Less Discount | ($185.20) |
| Total Fees after Discount | $1,666.80 |
| Total Disbursements | 809.80 |
| Total Fees and Disbursements This Statement | $2,476.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803763
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/03/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding expected date for filing notice of dismissal. | 0.40 | 228.00 |
| 11/04/10 | J. Meer | L160 | 0 | Exchange emails with plaintiff's counsel regarding final steps to effectuate the settlement agreement. | 0.30 | 171.00 |
| 11/05/10 | J. Meer | L160 | 0 | Exchange emails with plaintiff's counsel regarding settlement payments. | 0.30 | 171.00 |
| 11/05/10 | J. Meer | L190 | 0 | Exchange emails with S. Turner regarding removal and related issues. | 0.30 | 171.00 |
| 11/08/10 | J. Meer | L190 | 0 | Exchange emails with opposing counsel regarding filing of bankruptcy transfer of claims. | 0.40 | 228.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/08/10 | J. Meer | L190 | 0 | Exchange emails with K. Lantry regarding same. | 0.20 | 114.00 |
| 11/08/10 | J. Meer | L190 | 0 | Review research regarding filing obligations in bankruptcy courts. | 0.40 | 228.00 |
| 11/08/10 | M. Afar | L110 | 0 | Review settlement agreements and update regarding comfort order (.5); conference with plaintiff's counsel regarding exchange of documents and cashier's check (1.0). | 1.50 | 120.00 |
| 11/09/10 | J. Meer | L190 | 0 | Exchange emails with plaintiff's counsel regarding exchange of original executed request for dismissal with prejudice. | 0.30 | 171.00 |
| 11/10/10 | M. Afar | L110 | 0 | Correspondence with opposing counsel regarding document exchange. | 0.70 | 56.00 |
| 11/11/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding dismissal of lawsuit. | 0.40 | 228.00 |
| 11/11/10 | M. Afar | L110 | 0 | Prepare settlement documents for exchange (1.2); communication with opposing counsel regarding exchange (.3). | 1.50 | 120.00 |

**Total Hours** 6.70

**Total Fees** $2,006.00

**Less Discount** ($200.60)

**Total Fees After Discount** $1,805.40

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 3.00 | hours at | $570.00 | per hour |
| M. Afar | Law Clerk | - | 3.70 | hours at | $80.00 | per hour |



Ira H. Goldstone

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 11/03/10 | Copying | 0.60 |
| 11/11/10 | Copying | 1.00 |
| | **Subpoena Fees** | |
| 11/30/10 | Subpoena Fees -  TITAN LEGAL SERVICES 9/14 | 27.44 |
| | **Other** | |
| 11/17/10 | Other -  JON D. MEER Reimbursement fro Plaintiff's share of mediation fee | 4,500.00 |

**Total Disbursements**         4,529.04

**Total Amount Due**         $6,334.44

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1803763
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,006.00 |
| Less Discount | ($200.60) |
| Total Fees after Discount | $1,805.40 |
| Total Disbursements | 4,529.04 |
| Total Fees and Disbursements This Statement | $6,334.44 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN<br>
SUITE 2400<br>
CHICAGO, ILLINOIS 60603-5577<br>
(312) 460-5000<br>
FEDERAL ID 36-2152202<br>
<br>
ATLANTA<br>
BOSTON<br>
CHICAGO<br>
HOUSTON<br>
LOS ANGELES<br>
NEW YORK<br>
SACRAMENTO<br>
SAN FRANCISCO<br>
WASHINGTON, D.C.<br>
BRUSSELS

December 10, 2010

Invoice No. 1803179<br>
0276 36377 / 36377-000007<br>
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2010

## Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/02/10 | J. McManus | B110 | 0 | Edit response to Fee Examiner. | 0.30 | 81.00 |
| 11/04/10 | J. McManus | B110 | 0 | Prepare Twelfth Monthly Fee Application. | 1.20 | 324.00 |
| 11/05/10 | J. McManus | B110 | 0 | Review and edit exhibit portion of Twelfth Monthly Fee Application (.70); revise pleading portion of fee application (.50). | 1.20 | 324.00 |
| 11/08/10 | J. McManus | B110 | 0 | Conference with A. Shepro regarding revising Twelfth Monthly Fee Application (.20); review and edit Fee Application (.40). | 0.60 | 162.00 |
| 11/08/10 | A. Shepro | B160 | 0 | Edit and compile Twelfth Monthly Fee Application (1.5); review time detail entries and expenses (.60). | 2.10 | 210.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1803179

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/09/10 | J. McManus | B110 | 0 | Revise exhibits to Twelfth Monthly Fee Application. | 0.30 | 81.00 |
| 11/11/10 | J. McManus | B110 | 0 | Review and edit time detail for Twelfth Monthly Fee Application. | 0.50 | 135.00 |
| 11/12/10 | J. McManus | B110 | 0 | Revise Twelfth Monthly Fee Application (.50); draft Thirteenth Monthly Fee Application (.70). | 1.20 | 324.00 |
| 11/17/10 | J. McManus | B110 | 0 | Follow-up with local counsel regarding fee application status (.10); investigate payment on three monthly fee applications (.10). | 0.20 | 54.00 |
| 11/19/10 | J. McManus | B110 | 0 | Prepare Thirteenth Monthly Fee Application. | 1.20 | 324.00 |
| 11/22/10 | J. McManus | B110 | 0 | Prepare pleading portion of Thirteenth Monthly Fee Application. | 0.80 | 216.00 |
| 11/24/10 | J. McManus | F999 | 0 | Revise detail portion of Thirteenth Monthly Fee Application. | 0.70 | 189.00 |
| 11/30/10 | J. McManus | B110 | 0 | Review and revise Twelfth Monthly Fee Application pleading portion (.40); review and revise Thirteenth Monthly Fee Application pleading portion (.40). | 0.80 | 216.00 |
| 11/30/10 | J. O'Keefe | B110 | 0 | Revise Thirteenth Monthly Fee Application. | 2.50 | 575.00 |

**Total Hours**                                                                        13.60

**Total Fees**                                                                                   $3,215.00

**Less Discount**                                                                              ($321.50)

**Total Fees After Discount**                                                       $2,893.50

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. McManus | Paralegal | - | 9.00 | hours at | $270.00 | per hour |
| J. O'Keefe | Paralegal | - | 2.50 | hours at | $230.00 | per hour |
| A. Shepro | Legal Asst. | - | 2.10 | hours at | $100.00 | per hour |



Invoice No. 1803179

Page 3

Tribune Company/Sherman

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Long Distance Telephone** | |
| 11/11/10 | Long Distance Telephone | 1.04 |
| | **Online Research** | |
| 11/02/10 | Online Research -  PACER SERVICE CENTER Pacer Charges 07/01/10 to 09/30/10 | 52.24 |

**Total Disbursements**      53.28

**Total Amount Due**      $2,946.78



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1803179
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,215.00 |
| Less Discount | ($321.50) |
| Total Fees after Discount | $2,893.50 |
| Total Disbursements | 53.28 |
| Total Fees and Disbursements This Statement | $2,946.78 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803309
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2010

## Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/01/10 | E. Cerasia II | L250 | 0 | Telephone conferences and email communications with S. Petersheim regarding his declaration, and communications with D. Warner (Mitchells NY's counsel) regarding same and communications with J. Osick, K. Lantry and C. Kline regarding Petersheim's refusal to sign a declaration (1.3); draft/revise my Declaration, S. Petersheim declaration and opposition brief to reflect new arguments to account for lack of facts from S. Petersheim (8.8). | 10.10 | 7,272.00 |
| 11/01/10 | A. Warshaw | L260 | 0 | Telephone conference with C. Kline at Sidley Austin regarding opposition brief to class certification. | 0.40 | 142.00 |
| 11/01/10 | A. Warshaw | L260 | 0 | Review and revise declaration of E. Cerasia in opposition to class certification. | 1.20 | 426.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/01/10 | A. Warshaw | L260 | 0 | Review and revise brief opposing class certification, including major revisions to factual support. | 7.70 | 2,733.50 |
| 11/03/10 | E. Cerasia II | L350 | 0 | Review/analyze new case affirming bankruptcy court's denial of class proof of claims in connection with underlying wage/hour case (.3); email to Sidley attorneys regarding impact of same on our case (.1); emails with K. Lantry regarding M. Palmer's request to extend date for reply and oral argument, and regarding potential settlement issues (.2). | 0.60 | 432.00 |
| 11/05/10 | E. Cerasia II | L250 | 0 | Email correspondence and telephone conference with K. Lantry regarding strategy for responding to M. Palmer's request for additional time to submit reply on class certification motion and approach for settlement in connection with our consent. | 0.30 | 216.00 |
| 11/08/10 | E. Cerasia II | L250 | 0 | Telephone conferences with K. Landry regarding strategy for our discussion with M. Palmer, discovery and settlement issues (.3); telephone conference with M. Palmer and K. Landry regarding status of motion, adjournment of argument/hearing and settlement issues (.4). | 0.70 | 504.00 |
| 11/11/10 | E. Cerasia II | L390 | 0 | Telephone conference with J. Osick regarding next steps in seeking tax returns from plaintiffs case status/strategy (.1); email correspondence with Sidley attorneys regarding process for seeking discovery from plaintiffs (.1); telephone conference with K. Lantry regarding same and date for movants' reply papers (.1); email correspondence with M. Palmer and K. Lantry regarding date for movants' reply and oral argument date (.1). | 0.40 | 288.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/12/10 | E. Cerasia II | L310 | 0 | Work on discovery requests to movants. | 0.30 | 216.00 |
| 11/12/10 | A. Warshaw | L310 | 0 | Review pleadings in preparation for drafting document requests of tax returns from plaintiffs. | 0.30 | 106.50 |
| 11/16/10 | E. Cerasia II | L310 | 0 | Draft/revise document request to claimants. | 0.30 | 216.00 |
| 11/16/10 | A. Warshaw | L320 | 0 | Draft document request seeking production of tax returns and other financial documents from plaintiffs/claimants. | 2.20 | 781.00 |
| 11/16/10 | A. Warshaw | L320 | 0 | Revise document requests seeking tax returns and other financial documents pursuant to revisions by E. Cerasia, and forward to co-counsel at Sidley Austin for approval. | 0.40 | 142.00 |
| 11/18/10 | E. Cerasia II | L310 | 0 | Review email from C. Kline regarding process for serving document requests and revise document requests to plaintiffs. | 0.10 | 72.00 |
| 11/18/10 | A. Warshaw | L310 | 0 | Revise and proofread request for documents relating to tax returns and other financial documents. | 0.80 | 284.00 |

| | | |
|---|---|---|
| **Total Hours** | | 25.80 |
| **Total Fees** | | $13,831.00 |
| **Less Discount** | | ($1,383.10) |
| **Total Fees After Discount** | | $12,447.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 12.80 | hours at | $720.00 | per hour |
| A. Warshaw | Associate | - | 13.00 | hours at | $355.00 | per hour |



Tribune Company

| **Disbursements** | **Value** | |
|---|---|---|
| Long Distance Telephone | 2.30 | |
| **Total Disbursements** | | 2.30 |
| **Total Amount Due** | | $12,450.20 |

# SEYFARTH
**ATTORNEYS**  **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1803309
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $13,831.00 |
| Less Discount | ($1,383.10) |
| Total Fees after Discount | $12,447.90 |
| Total Disbursements | 2.30 |
| Total Fees and Disbursements This Statement | $12,450.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803313
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2010

### Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/03/10 | E. Cerasia II | L390 | 0 | Email correspondence and telephone conference with K. Rubinstein regarding discovery scheduling (.2); email correspondence with A. Jubelirer regarding deposition scheduling and my call with K. Rubinstein (.1); work on discovery/witness interview planning (.1). | 0.40 | 288.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1803313

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/04/10 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein regarding deposition scheduling and need for clarification as to K. Scott's Rule 30(b)(6) deposition notice as to purported adverse actions vs. other WPIX employees (.3); email correspondence with A. Jubelirer regarding same (.1); review B.E. Berlamino-WPIX separation agreement regarding cooperation provision (.1); email correspondence with B.E. Berlamino regarding deposition scheduling and preparation (.2). | 0.70 | 504.00 |
| 11/08/10 | E. Cerasia II | L330 | 0 | Email correspondence with K. Rubinstein to confirm K. Scott's deposition for December 14. | 0.10 | 72.00 |
| 11/09/10 | E. Cerasia II | L330 | 0 | Email correspondence with A. Jubelirer regarding K. Scott's deposition and time to prepare for same. | 0.10 | 72.00 |
| 11/10/10 | E. Cerasia II | L320 | 0 | Review K. Scott's document requests to strategize regarding responses and objections to same (.4); meeting with J. Chylinski to review same (.2). | 0.60 | 432.00 |
| 11/12/10 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubenstein regarding issues as to scope of Rule 30(b)(6) witness, confidentiality stipulation, and deposition scheduling (.2); email correspondence with B. E. Berlamino regarding deposition scheduling (.1). | 0.30 | 216.00 |
| 11/15/10 | J. Chylinski | L120 | 0 | Prepare for and conference with A. Jubelirer regarding plaintiff's document requests and interrogatories. | 0.30 | 106.50 |
| 11/17/10 | E. Cerasia II | L390 | 0 | Review/comment on K. Rubinstein's proposed confidentiality agreement (.3); review K. Scott's document production (.2). | 0.50 | 360.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/22/10 | E. Cerasia II | L390 | 0 | Revise request to Proskauer for B. Cunningham file and email with A. Jubelirer regarding same (.2); email correspondence with J. Chylinski regarding document production (.1). | 0.30 | 216.00 |
| 11/30/10 | J. Chylinski | L310 | 0 | Draft responses and objections to Plaintiff's First Set of Interrogatories. | 1.10 | 390.50 |
| 11/30/10 | J. Chylinski | L320 | 0 | Draft responses and objections to plaintiff's document requests. | 3.30 | 1,171.50 |

| | | |
|---|---|---|
| **Total Hours** | 7.70 | |
| **Total Fees** | | $3,828.50 |
| **Less Discount** | | ($382.85) |
| **Total Fees After Discount** | | $3,445.65 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 3.00 | hours at | $720.00 | per hour | |
| J. Chylinski | Associate | - | 4.70 | hours at | $355.00 | per hour | |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 322.70 |
| Online Research | 0.56 |
| DVD Duplication | 135.00 |
| **Total Disbursements** | 458.26 |
| **Total Amount Due** | $3,903.91 |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1803313
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,828.50 |
| Less Discount | ($382.85) |
| Total Fees after Discount | $3,445.65 |
| Total Disbursements | 458.26 |
| Total Fees and Disbursements This Statement | $3,903.91 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803314
0276 68308 / 68308-000004
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2010

### IATSE - WPIX Layoff Grievance

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/02/10 | E. Cerasia II | L460 | 0 | Draft WPIX's post-arbitration brief. | 2.40 | 1,728.00 |
| 11/03/10 | E. Cerasia II | L460 | 0 | Continue to draft/edit WPIX's post-hearing letter brief (3.7); review A. Foran and J. Seminerio's comments on same (.2). | 3.90 | 2,808.00 |
| 11/04/10 | E. Cerasia II | L460 | 0 | Revise WPIX's post-hearing letter brief to incorporate A. Foran and J. Seminerio's revisions and proof/edit letter brief (.5); review arbitration exhibits for inclusion in letter brief (.3); email correspondence with arbitrator regarding submission of letter brief and his service of same on Union's counsel (.1). | 0.90 | 648.00 |
| 11/05/10 | E. Cerasia II | L190 | 0 | Review Union's post-hearing brief (.2); email correspondence with A. Foran regarding same (.1). | 0.30 | 216.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/23/10 | E. Cerasia II | L450 | 0 | Receive and review November 16 letter from Union's counsel as to Employer Exhibits 3 and 6 (.2); email correspondence with A. Foran regarding same (.1). | 0.30 | 216.00 |
| 11/28/10 | E. Cerasia II | L190 | 0 | Review Arbitrator's decision denying grievance (.3); email correspondence with A. Foran and J. Seminerio regarding same (.1). | 0.40 | 288.00 |

| | | |
|---|---|---|
| **Total Hours** | 8.20 | |
| **Total Fees** | | $5,904.00 |
| **Less Discount** | | ($590.40) |
| **Total Fees After Discount** | | $5,313.60 |

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 8.20 | hours at | $720.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|

| **Disbursements** | **Value** |
|-------------------|-----------|
| Taxi -  EDWARD CERASIA II 10/20 TAXI TO ARBITRATION | 5.60 |
| **Total Disbursements** | 5.60 |
| **Total Amount Due** | $5,319.20 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1803314
0276 68308 / 68308-000004
IATSE - WPIX Layoff Grievance

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,904.00 |
| Less Discount | ($590.40) |
| Total Fees after Discount | $5,313.60 |
| Total Disbursements | 5.60 |
| Total Fees and Disbursements This Statement | $5,319.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803328
0835 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2010

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/01/10 | E. Cerasia II | L110 | 0 | Email correspondence with B.E. Berlamino regarding research study from 2005-2006, and follow-up email correspondence with A. Jubelirer regarding same. | 0.10 | 72.00 |
| 11/01/10 | A. Ianni | L212 | 0 | Draft answer to S. Marchiano complaint. | 5.00 | 1,775.00 |
| 11/02/10 | E. Cerasia II | L210 | 0 | Draft/revise answer and defenses to complaint (2.1); prepare plan for factual development and witness interviews (.4); email correspondence and telephone conference with B.E. Berlamino regarding potential witnesses and EEOC interview (.3); email with A. Jubelirer regarding same (.1); telephone conference with vendor regarding 2005-2006 news study at WPIX (.1). | 3.00 | 2,160.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH** ATTORNEYS **SHAW** LLP

Invoice No. 1803328

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/03/10 | E. Cerasia II | L210 | 0 | Prepare letter requesting copy of WPIX evening news study (.2); prepare discovery/witness interview plan (.2); email correspondence with B.E. Berlamino and A. Jubelirer regarding revisions to answer (.2); revise answer (.2); and telephone conference with R. Wigdor regarding our appearance and case background (.2). | 1.00 | 720.00 |
| 11/03/10 | A. Ianni | L120 | 0 | Draft engagement/privilege letter for B. E. Berlamino. | 0.70 | 248.50 |
| 11/04/10 | E. Cerasia II | L210 | 0 | Edit answer and defenses to prepare for filing. | 0.30 | 216.00 |
| 11/04/10 | A. Ianni | L212 | 0 | Review and edit draft answer. | 0.30 | 106.50 |
| 11/05/10 | E. Cerasia II | L190 | 0 | Research regarding Judge Sand (.3); revise cover letter to Judge Sand enclosing courtesy copy of answer (.1); email to B. E. Berlamino (cc: A. Jubelirer) attaching answer (.1). | 0.50 | 360.00 |
| 11/08/10 | E. Cerasia II | L110 | 0 | Email correspondence with and letter to B.E. Berlamino regarding Norm Hecht research study of 10 pm news (.1); review overview of study (.2); revise engagement/conflict letter to B.E. Berlamino (.1). | 0.40 | 288.00 |
| 11/08/10 | A. Ianni | L120 | 0 | Review of research study. | 0.70 | 248.50 |
| 11/09/10 | E. Cerasia II | L390 | 0 | Work on discovery plan. | 0.30 | 216.00 |
| 11/10/10 | E. Cerasia II | L110 | 0 | Review notes from interview with B. E. Berlamino to identify potential witnesses (.1); email correspondence with A. Jubelirer regarding interview of L. Lopez (.1). | 0.20 | 144.00 |
| 11/12/10 | E. Cerasia II | L110 | 0 | Email correspondence with A. Jubelirer regarding witness interviews (.1); begin to contact witnesses (.1). | 0.20 | 144.00 |
| 11/15/10 | E. Cerasia II | L110 | 0 | Email correspondence with L. Lopez regarding witness interview (.1); email with A. Jubelirer regarding same (.1). | 0.20 | 144.00 |



Invoice No. 1803328

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/16/10 | E. Cerasia II | L110 | 0 | Emails with L. Lopez regarding witness interview. | 0.20 | 144.00 |
| 11/22/10 | E. Cerasia II | L110 | 0 | Email correspondence with B. E. Berlamino regarding non-party witnesses. | 0.10 | 72.00 |

**Total Hours**                                                                 13.20

**Total Fees**                                                                          $7,058.50

**Less Discount**                                                                       ($705.85)

**Total Fees After Discount**                                                            $6,352.65

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 6.50 | hours at | $720.00 | per hour |
| A. Ianni | Associate | - | 6.70 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 106.20 |
| Courier/Messenger Inv#: 729159590 Date Sent: 11/08/2010 Sender: Edward Cerasia II Airbill: 982648739895 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ 07670 | 17.29 |
| Facsimile | 2.00 |
| Long Distance Telephone | 2.48 |

**Total Disbursements**                                                          127.97

**Total Amount Due**                                                            $6,480.62

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1803328
0835 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,058.50 |
| Less Discount | ($705.85) |
| Total Fees after Discount | $6,352.65 |
| Total Disbursements | 127.97 |
| Total Fees and Disbursements This Statement | $6,480.62 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803352
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2010

### Watkins v. WPIX, Inc.

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/03/10 | E. Cerasia II | C300 | | Telephone conference with M. Huber (EEOC) regarding interview with B.E. Berlamino (.2); email correspondence with B.E. Berlamino and A. Jubelirer regarding same (.1); follow-up emails with A. Jubelirer re "protected activity" arguments and her assessment (.2). | 0.50 | 360.00 |
| 11/18/10 | E. Cerasia II | C300 | | Email correspondence and telephone conference with B.E. Berlamino to prepare for EEOC interview regarding J. Watkins' charge. | 0.40 | 288.00 |
| 11/21/10 | E. Cerasia II | L190 | | Email correspondence with A. Lipson regarding strategy and open issues for EEOC's witness interview of B.E. Berlamino (.2); review submissions to EEOC to prepare for same (.3). | 0.50 | 360.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/22/10 | E. Cerasia II | L110 | | Attend EEOC's witness interview of B.E. Berlamino and discussions with B.E. Berlamino regarding same (2.2); telephone conference with A. Jubelirer regarding outcome of interview (.3). | 2.50 | 1,800.00 |

| | | |
|---|---|---|
| **Total Hours** | 3.90 | |
| **Total Fees** | | $2,808.00 |
| **Less Discount** | | ($280.80) |
| **Total Fees After Discount** | | $2,527.20 |

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 3.90 | hours at | $720.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,527.20 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1803352
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,808.00 |
| Less Discount | ($280.80) |
| Total Fees after Discount | $2,527.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,527.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

Invoice No. 1803184
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through November 30, 2010

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 – 0000001813**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 11/01/10 | M. Sank | L190 | 0 | Prepare notice of ruling regarding status conference. | 0.10 | 38.00 |

| | | |
|---|---|---|
| **Total Hours** | | 0.10 |
| **Total Fees** | | $38.00 |
| **Less Discount** | | ($3.80) |
| **Total Fees After Discount** | | $34.20 |

**Timekeeper Summary**

| M. Sank | Associate | - | 0.10 | hours at | $380.00 | per hour |
|---------|-----------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                  $34.20



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1803184
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $38.00 |
| Less Discount | ($3.80) |
| Total Fees after Discount | $34.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $34.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |