# EXHIBIT A

# FEE SUMMARY

13046541v.1

## SUMMARY OF PROFESSIONAL FEES
## FROM SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| David Ross | Labor & Employment Partner Admitted 1968 | $760.00 | .50 | $380.00 |
| Edward Cerasia II | Partner Labor & Employment Admitted 1991 | $720.00 | 121.4 | $87,408.00 |
| Jeremy Sherman | Partner Labor & Employment Admitted 1976 | $685.00 | 6.40 | $4,384.00 |
| Jon Toner | Of Counsel Labor & Employment Admitted 1985 | $685.00 | .20 | $125.00 |
| Camille Olson | Partner Labor & Employment Admitted 1983 | $680.00 | .30 | $204.00 |
| Timothy Haley | Partner Labor & Employment Admitted 1978 | $665.00 | 1.20 | $798.00 |
| Jon Meer | Partner Labor & Employment Admitted 1989 | $570.00 | 43.70 | $24,909.00 |
| Kristin Michaels | Partner Labor & Employment Admitted 1991 | $570.00 | 3.70 | $2,109.00 |
| Jason Whong | Partner Corporate Admitted 1996 | $565.00 | .80 | $452.00 |
| Gerald Pauling II | Partner Labor & Employment Admitted 1992 | $560.00 | 6.30 | $3,528.00 |
| William Schurgin | Partner Labor & Employment Admitted 1980 | $560.00 | .30 | $168.00 |
| Scott Carlson | Partner Litigation Admitted 1995 | $555.00 | 2.20 | $1,221.00 |
| Noah Finkel | Partner Labor & Employment Admitted 1994 | $510.00 | .30 | $157.00 |

| Paul Drizner | Partner<br>Corporate<br>Admitted 1998 | $505.00 | 2.50 | $1,262.50 |
|---|---|---|---|---|
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 2003 | $475.00 | .90 | $427.50 |
| Christie Del Rey-Cone | Associate<br>Labor & Employment<br>Admitted 2002 | $460.00 | .80 | $368.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $390.00 | 64.80 | $25,272.00 |
| Max Sank | Associate<br>Labor & Employment<br>Admitted 2005 | $380.00 | 6.60 | $2,508.00 |
| Jeremi Chylinksi | Associate<br>Labor & Employment<br>Admitted 2001 | $355.00 | 10.10 | $3,585.50 |
| Allison Ianni | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 12.40 | $4,402.00 |
| Aaron Warshaw | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 65.80 | $23,359.00 |
| Kara Goodwin | Associate<br>Labor & Employment<br>Admitted 2009 | $305.00 | 3.20 | $976.00 |
| Sophia Kwan | Associate<br>Labor & Employment<br>Admitted 2008 | $295.00 | 11.30 | $3,333.50 |
| Jon Meer * | Travel Rate | $285.00 | 3.50 | $997.50 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $270.00 | 34.80 | $9,396.00 |
| Julie O'Keefe | Paralegal<br>Litigation<br>N/A | $230.00 | 2.50 | $575.00 |
| Nadine Puzio | Paralegal<br>Labor & Employment<br>N/A | $225.00 | 9.10 | $2,047.50 |
| Sophia Kwan* | Travel Rate | $147.50 | 4.20 | $619.50 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $100.00 | 15.80 | $1,580.00 |
| Michael Afar | Law Clerk<br>Labor & Employment | $80.00 | 16.70 | $1,336.00 |

2

|  |  |  |  |  |
|---|---|---|---|---|
|  | N/A |  |  |  |
| **TOTALS** |  |  | 452.3 | $207,888.50 |
| **Less discount** |  |  |  | $(20,788.85) |
|  |  |  |  | $187,099.65 |
| **BLENDED RATE** | $459.62 |  |  |  |

3

13046541v.1

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Labor-General (12575-01) | 4.00 | $2,705.00 |
| Baltimore Sun – Guild Labor (12575-28) | 3.50 | $1,995.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 45.80 | $18,644.00 |
| Los Angeles Times - Clement, Jayne (33175-20) | 7.50 | $2,935.50 |
| Los Angeles Times - Country Club (17832-34) | 2.20 | $1,221.00 |
| Tribune - Labor-General (11089-01) | .40 | $219.00 |
| Tribune - Debra Holmes (11089-34) | 28.50 | $11,132.00 |
| Tribune - Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 82.70 | $32,910.00 |
| Tribune - Bankruptcy Fee Application (36377-07) | 55.90 | $13,469.00 |
| Tribune - Allen v. am New York (68308-02) | 137.70 | $70,434.50 |
| Tribune - Karen Scott v. WPIX (68308-03) | 25.30 | $14,164.50 |
| Tribune - IATSE -WPIX Layoff Grievance (68308-04) | 26.20 | $18,864.00 |
| Tribune - NY Newspaper Guild (68308-05) | 1.40 | $1,008.00 |
| Tribune - WPIX - General Labor (68308-06) | .20 | $144.00 |
| Tribune - East Coast Properties (36078-11) | 1.50 | $1,002.00 |
| Tribune - Sal Marchiano v. Betty Ellen (68308-07) | 25.40 | $14,127.00 |
| Tribune - Watkins v. WPIX (68308-08) | 3.90 | $2,808.00 |
| WPIX -TV - Labor-General (17225-01) | .20 | $106.00 |
| **TOTALS** | 452.3 | $207,888.50 |
| **Less Discount** | | ($20,788.85) |
| | | $187,099.65 |

# EXHIBIT B

# EXPENSE SUMMARY

13046541v.1

## EXPENSE SUMMARY FOR THE PERIOD
## SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $84.06 |
| Copying @ .10/page | | $812.50 |
| Facsimile @ $1.00/page | | $19.00 |
| Online Research | J. Meer, A. Warshaw, M. Sank | $2,667.05 |
| Courier/Messenger | | $49.92 |
| Travel | M. Sank, S. Kawn J. Meer, E. Cerasia | $2,434.26 |
| Local Travel | M. Sank, S. Kwan | $116.95 |
| Out of Town Travel | K. Michaels | $607.80 |
| Taxi | E. Cerasia to 10/20 arbitration | $5.60 |
| Meals | | $325.41 |
| Document Production | | $26.25 |
| Filing Fees | Nationwide Legal | $20.00 |
| Subpoena Fees | | $27.44 |
| DVD Duplication | | $135.00 |
| Parking Validation | | $34.00 |
| Deposition Transcripts | | $742.00 |
| Medical-Legal Expenses | | $69.88 |
| Other | J. Meer Reimbursement for Plaintiff's share of mediation fee | $4,500 |
| **TOTALS** | | **$12,677.12** |

13046541v.1