# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND FOR SERVICE OF ALL PLEADINGS AND PAPERS

Please take notice that Cross & Simon, LLC and DLA Piper hereby appear in the above captioned case on behalf of Constellation NewEnergy, Inc., pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) and hereby request (i) special notice of all matters for which special notice may be requested by parties in interest pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § 342 and 109(b) and (ii) that copies of all notices, pleadings and papers given, filed or served in these cases be given and served as follows:

Joseph Grey, Esquire
CROSS & SIMON, LLC
913 North Market Street, Eleventh Floor
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: jgrey@crosslaw.com

Jodie E. Buchman, Esquire
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: 410.580.4806 T
Facsimile: 410.580.3806 F
Email: jodie.buchman@dlapiper.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request filed with or otherwise brought before this Court with respect to the bankruptcy cases jointly administered under the above-referenced caption, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, courier service, telephone, email, facsimile transmission or otherwise.

This Notice Of Appearance And Request For Special Notice And For Service Of All Pleadings And Papers shall not be deemed or construed to be a waiver by Constellation NewEnergy, Inc. of (1) any right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Constellation NewEnergy, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 14, 2011
Wilmington, Delaware

_____
Joseph Grey (ID No. 2358)
CROSS & SIMON, LLC
913 North Market Street, 11th Floor
Wilmington, DE  19801
(302) 777-4200
jgrey@crosslaw.com

*Counsel for Constellation NewEnergy, Inc.*