## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 14th day of January, 2011, and in addition to the service provided under the Court's CM/ECF system, I caused true and correct copies of the foregoing Notice of Appearance to be served via first class United States mail, postage prepaid, and addressed to the following counsel of record:

Bryan Krakauer, Esquire
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

_____
Joseph Grey (ID 2358)