IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
TRIBUNE COMPANY, et al.                                          : Case No. 08-13141 (KJC)
                                                                 : Jointly Administered
                      Debtors.                                   :
                                                                 : Hearing Date: January 21, 2011 at 10:00 a.m. (ET)
                                                                 : Objection Deadline: January 19, 2011 4:00 p.m. (ET)
---------------------------------------------------------------- x

**NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY
OF NEW YORK TO COMPEL PRODUCTION OF DOCUMENTS
BY THE NON-PROPONENT CREDIT AGREEMENT LENDERS
PURSUANT TO BANKRUPTCY RULE 9016 AND
FEDERAL RULE OF CIVIL PROCEDURE 45**

**PLEASE TAKE NOTICE** that Law Debenture Trust Company of New York ("Law Debenture" or the "Indenture Trustee"), in the above-captioned case filed the *Motion to Compel The Non-Proponent Credit Agreement Lenders to Produce Documents Pursuant to Bankruptcy Rule 9016 and Federal Rule of Civil Procedure 45* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually be received by, the undersigned counsel on or before **January 19, 2011 at 4:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **January 21, 2011 at 10:00 a.m.** (prevailing Eastern Time).

2189996v1

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: January 14, 2011
       Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE No. 4167)
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust
Company of New York*

2189996v1