IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
TRIBUNE COMPANY, *et al.*                                    :   Case No. 08-13141 (KJC)
                                                             :   Jointly Administered
                              Debtors.                       :
                                                             :   Re: Docket No. _____
                                                             :
------------------------------------------------------------ x

### ORDER GRANTING LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE NON-PROPONENT CREDIT AGREEMENT LENDERS PURSUANT TO BANKRUPTCY RULE 9016 AND FEDERAL RULE OF CIVIL PROCEDURE 45

This matter coming before the Court on Law Debenture Trust Company of New York's ("Law Debenture" or the "Indenture Trustee") Motion to Compel The Non-Proponent Credit Agreement Lenders to Produce Documents Pursuant to Bankruptcy Rule 9016 and Federal Rule of Civil Procedure 45; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that no other or further notice of the Motion need be provided; and upon consideration of the Motion, the responses, if any, and arguments of counsel at the hearing held on January 21, 2011 in respect of the Motion; and the Court having determined that the Motion and the relief sought therein is warranted; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is GRANTED.

SO ORDERED this _____ day of _____, 2011.

                                                    _____
                                                    **HONORABLE KEVIN J. CAREY**
                                                    **UNITED STATES BANKRUPTCY JUDGE**