IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.,* | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Objections Due: Jan. 19, 2011 at 4:00 p.m. (ET) |
| | | Hearing Date: Jan. 21, 2011 at 10:00 a.m. (ET) |

------------------------------------------------------------

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 14, 2011, the Noteholder Plan Proponents filed the *Motion of the Noteholder Plan Proponents to Compel JPMorgan to Search for, Review and Produce Documents Responsive to Aurelius's First Request for Production of Documents and Memorandum of Law in Support Thereof* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **January 21, 2011, at 10:00 a.m. (E.T.)** before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **January 19, 2011 at 4:00 p.m. (ET)**. Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00415640;v1}

ASHBY & GEDDES, P.A.

BY: /s/ AM Winfree
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

-and-

Daniel H. Golden
David M. Zensky
Abid Qureshi
Deborah J. Newman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000

*Co-counsel to Aurelius Capital Management, LP*