Exhibit A

**From:** Chung, Nancy
**Sent:** Thursday, January 06, 2011 2:27 PM
**To:** 'Kaminetzky, Benjamin S.'
**Cc:** Zensky, David; Moskowitz, Elliot; Russano, Michael J.; Newman, Deborah
**Subject:** RE: JPM/Davis Polk Search Parameters

Ben,

11 am tomorrow works for us and we are confirming with the rest of the Noteholder proponent group.  I will let you know as soon as we hear back from them but my sense is that it should work.  To facilitate our meet and confer call on search protocols (and any other matter you would like to address), although it is subject to further comment by our proponent group, we have clarified our proposal below in an effort to make clear what we were originally seeking, by segregating the LBO period from the bankruptcy period.  We have also segregated the post-petition time periods and corresponding custodians and search terms, and revised the search terms and custodians for that period, in an effort to more clearly reflect our original proposal and address some of your articulated concerns.  To the extent you have any questions, we are happy to discuss it on our call.  We will also separately send to you today our proposal on privilege logs which has been the subject of ongoing meet and confer calls.  Moreover, as for your question about our availability today, we thought our call would be more productive after you have had an opportunity to review this and our submission to the Court.  If you would like to schedule our call for later this afternoon or evening, we can look into that as well.  Thanks.  Nancy


**LBO Period**

**Date range:** Search should be extended from Dec. 20, 2007 to June 1, 2008
**Custodians:** Attorneys from Cahill acting on JPM's behalf should be added, and old search terms in Part I.C of your December 24 Memo and new search terms below should be run for these custodians.
**Search terms:**  In addition to the Cahill custodians, we believe these search terms should be run for old custodians in Part I.B, and believe any hits can be de-duped against old production.
    Devine
    Kenny
    Kenney
    Crane
    Bigelow
    Taubman
    Whayne


**Bankruptcy Period**

**Date range:** Dec. 8, 2008  - Sept. 1, 2009
**Custodians:** Don Bernstein, Damian Schaible, Pat Daniello, Miriam Kulnis

**Search Terms:** To be clear, the following terms should be run *in lieu* of searches by domain names and the search terms JPMorgan proposed in Part III.D.

> AG
> Angelo
> Bendernagel
> Bigelow
> Chadbourne
> Chandler
> EGI
> EGII
> "Equity Group Investments"
> "Equity Office Properties"
> fraudulent w/1 conveyance
> Grenesko
> (James or Jim) w/1 Conlan
> Krakauer
> Kurtz
> "LBO-related causes of action"
> Lemay
> Oaktree
> "Preserved causes of action"
> Seife, Siefe
> Settle* w/25 LBO
> "sharing provision"
> Sidley
> Step w/2 (one or Two or 1 or 2)
> TRB
> Trib!
> Zell

**Date range:** Sept. 1, 2009  - December 3, 2010
**Additional custodians:** Dennis Glazer, Elliot Moskowitz, Kevin Kelly, Tim Coleman to supplement the custodians in Part III.B.
**Search terms:** To be clear, the following terms should be run *in lieu* of searches by domain names and the search terms JPMorgan proposed in Part III.D.

> Adler
> AG
> Akin
> Angelo
> "April Proposed Settlement"
> Aur*
> "bar order"
> Bendernagel
> Bennett
> Bigelow
> breach w/1 fiduciary w/1 duty
> Chadbourne
> Chandler

Conlan
Crane
"Creditors Trust"
"Creditor's Trust"
D&P
Devine
Dublin
Duff & Phelps
EGI
ESOP
examiner or examiners or examiner's
FitzSimons
fraudulent w/1 conveyance
Golden
Graeme
Grenesko
HBD
hennigan w/1 bennett
"intercompany settlement"
Judge w/2 Gross
Kasowitz
Kenney
Kenny
Klee
Krakauer
Kurtz
Larsen
Lauria
"Law Deb!"
Lazard
LBO
"Litigation Trust"
Mandava
Nils
"Noteholder Plan"
Oaktree
PHONES
"Preserved causes of action"
Rosner
Rudnick
Sam Investment Trust
Seife, Siefe
Settle* w/25 LBO
"settlement plan"
Shapiro
"sharing provision"
Sidley
Sottile
Stark

Step w/2 (one or Two or 1 or 2)
Taubman
Tower
TRB
Trib!
Valuation Research
VRC
Whayne
"White and Case"
Wilderotter
Zell
Zuckerman