Exhibit C

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF DELAWARE


                                        )
IN RE:                                  ) Chapter 11
                                        )
TRIBUNE COMPANY, et al.,                ) Case No. 08-13141 (KJC)
                                        )
                                        ) Courtroom 5
                                        ) 824 Market Street
_____Debtors._____           ) Wilmington, Delaware

                                          December 6, 2010
                                          2:00 p.m.


                        TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE KEVIN J. CAREY
                     UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                   Sidley Austin LLP
                               BY: JAMES CONLAN, ESQ.
                               BY: KEVIN LANTRY, ESQ.
                               BY: JAMES BENDERNAGEL, JR., ESQ.
                               BY: KENNETH P. KANSA, ESQ.
                               One South Dearborn
                               Chicago, IL 60603
                               (213) 896-6022

                               Cole, Schotz, Meisel, Forman &
                               Leonard, PA
                               BY:  NORMAN PERNICK, ESQ.
                               1000 North West Street
                               Suite 1200
                               Wilmington, DE 19801
                               (302) 652-3131


ECRO:                          AL LUGANO

Transcription Service:         DIAZ DATA SERVICES
                               331 Schuylkill Street
                               Harrisburg, Pennsylvania 17110
                               (717) 233-6664


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

1            THE COURT:  Well, I guess unless somebody files an
2    objection, I don't know.  Okay.  I appreciate the suggestion.
3            MR. KANSA:  Thank you, Your Honor.
4            THE COURT:  All right.  I do think that with respect
5    to ranking, that ranking should be permitting, that the
6    creditors should be able to express a preference with respect
7    to every plan on which it votes, despite the mechanical
8    difficulties that may pose.
9            There seems to be now and hopefully won't be a
10   dispute about the record date if things move apace in the next
11   couple days as I hope they will.  With respect to the inter-
12   company claims, put it this way, to jump ahead a little bit --
13   and I'll give the parties a little bit of time to think about
14   this.  We'll take a break after we deal with the disclosure
15   issues and before we get to the contour issues.
16           I had tentatively set aside the week of March 7th
17   for confirmation and allocating five days.  I do not intend to
18   change that.  I do not intend to add more time to it.  I intend
19   to stay where I said I thought I would go, and that is we will
20   set the five days.  If it turns out we need more, I will find
21   some time on my schedule as soon as I can after that to
22   continue the confirmation hearing.
23           Now I understand that that will press the parties
24   considerably for the pre-confirmation discovery that will need
25   to be undertaken, and I understand there's a dispute about the

1        THE COURT:  Okay.  Let me -- let me ask you to
2   pause for a moment and save you some breath.  I am not going
3   to order as a blanket matter the exclusion of discovery with
4   respect to LBO matters.
5        MR. ZENSKY:  Okay.  Well, that's --
6        THE COURT:  Okay.
7        MR. ZENSKY:  -- a lot of what I wanted to speak
8   to, but I think that I need to still speak to it because it
9   sounds like Your Honor is thinking about some kind of
10  limitation and --
11       THE COURT:  Yes, I am.
12       MR. ZENSKY:  Okay.  So I think I still need to --
13       (Laughter.)
14       THE COURT:  And, you know, I think in a way that,
15  despite the positions taken respectably by the parties in a
16  way that they might expect.  But I don't mean to cut you
17  off, but I just wanted to let you know that I agree with
18  you.
19       MR. ZENSKY:  Okay.  It -- the motion appears in
20  an effort to twist and contort the 9019 hearing into
21  something that coincides with their legal strategy perfectly
22  and prejudices the people who are opposing the settlement,
23  Your Honor.  And it's a settlement that coughs up what, as
24  you know, the people on this side of the room believe to be
25  a woefully inadequate amount of consideration for one of the

1  not asking for the reproduction of documents that are
2  already in the depository.
3        As far as the number of depositions and the scope
4  of that, I think by agreement that's an issue for the second
5  part of today's proceedings when we go through the CMO,
6  unless you want it addressed now.
7        THE COURT:  Let's -- I mean, it's all related.  I
8  mean, frank -- well, let me -- let me tell you what my goal
9  is, and I -- maybe I should have said this earlier.  But
10 what I would like to do is get an order approving the
11 disclosure statement done within the next couple of days so
12 that that process can be mapped out and move forward.
13        My inclination is, frankly, that the parties need
14 to talk more about a discovery schedule.  And, you know,
15 there is an omnibus hearing coming up next week and I think
16 the parties ought to use the time between now and then to
17 drill down a little bit farther and get a little closer on
18 what should be permitted or not.  I've already given you one
19 parameter with respect to the scheduling of the confirmation
20 hearing which, I think, will inform other dates --
21        MR. ZENSKY:  Sure.
22        THE COURT:  -- happily or not.
23        I'm prepared -- but I'll hear everyone else from
24 whom I've not yet heard who wishes to be heard on the
25 issues, whatever it is they want to tell me, but I do have