# Exhibit E

```
                 IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


                                    )
IN RE:                              ) Chapter 11
                                    )
TRIBUNE COMPANY, et al.,            ) Case No. 08-13141 (KJC)
                                    )
                                    ) Courtroom 5
                                    ) 824 Market Street
_____Debtors._____      ) Wilmington, Delaware

                                      January 10, 2011
                                      2:04 p.m.


                       TRANSCRIPT OF PROCEEDINGS
                          TELEPHONIC HEARING
                  BEFORE THE HONORABLE KEVIN J. CAREY
                     UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                  Sidley Austin LLP
                              BY: JAMES CONLAN, ESQ.
                              BY: KEVIN LANTRY, ESQ.
                              BY: JAMES BENDERNAGEL, JR., ESQ.
                              BY: BRYAN KRAKAUER, ESQ.
                              BY: JESSICA BOELTER, ESQ.
                              BY: JAMES DUCAYET, ESQ.
                              BY: JILLIAN LUDWIG, ESQ.
                              BY: DAVID MILES, ESQ.
                              One South Dearborn
                              Chicago, IL 60603
                              (213) 896-6022



ECRO:                         AL LUGANO

Transcription Service:        DIAZ DATA SERVICES
                              331 Schuylkill Street
                              Harrisburg, Pennsylvania 17110
                              (717) 233-6664


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

1  been a narrowing that Your Honor should --

2              THE COURT:  Go ahead.

3              MR. KAMINETZKY:  -- be aware of.

4              THE COURT:  Go ahead.

5              MR. KAMINETZKY:  Okay.  We -- again this is Ben

6  Kaminetzky with Davis Polk.  We very much appreciate the

7  Court's time and we didn't take lightly the decision to burden

8  the Court.  The good news is, is that our letter to the Court

9  seemed to have worked and the parties are finally engaging in a

10 productive meet and confer process, which commenced on Friday.

11             And the reason why that has been happening is that

12 there was a -- if you take a look at where we were and where we

13 are, there's a vast, huge, gaping difference between Aurelius'

14 December 29th email demand, which was Exhibit D to our letter

15 to the Court on January 4th, and Aurelius' revised position,

16 which it set forth a few minutes before its letter was due to

17 the Court on January 6th.  And those two positions from January

18 -- from their original demand to where they were on Thursday

19 are not in the same universe.

20             And we believe the reason for this seismic shift was

21 simply because we made clear to Aurelius, through our letter to

22 the Court, that we're not going to allow them to jeopardize the

23 March 7 hearing date that Your Honor has so firmly set for

24 confirmation.  So we can -- we could not and we did not engage

25 in a meet and confer off of Aurelius' email demand -- the