Exhibit G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
In re:                                      :
                                            :    Chapter 11 Cases
                                            :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                    :    (Jointly Administered)
                                            :
                         Debtors.           :
-------------------------------------------------------X
```

## [PROPOSED] ORDER

The proponents of the Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities (collectively, "Aurelius"), Deutsche Bank Trust Company Americas ("DBTCA"), In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series of Senior Notes ("Law Debenture"), And Wilmington Trust Company, In Its Capacity As Successor Indenture Trustee For The PHONES Notes ("Wilmington Trust") [Docket No. 7127] (collectively, the "Notheolder Plan Proponents"), by and through their undersigned counsel, hereby submit this motion (the "Motion"), pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rules 7026, 7034 and 7037 of the Federal Rules of Bankruptcy Procedure, and the Case Management Order entered in these cases, for entry of an order compelling JPMorgan Chase Bank, N.A. ("JPMorgan") to search for, review, and produce documents responsive to Aurelius's first request for production of documents. The Court having considered the Motion and any opposition thereto; and due and proper notice of the Motion having been provided; and after due deliberation and consideration; and good and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Within fifteen (15) days from the entry of this Order, JPMorgan shall—

    a. For the periods (i) January 1, 2007, through December 20, 2007, (ii) December 21, 2007 through December 2008, and (iii) September 1, 2009 through December 3, 2010, employ the search methodology proposed by the Noteholder Plan Proponents, as set forth in Exhibit A to the Motion, and produce the resulting non-privileged, responsive information, to the extent JPMorgan has not previously produced such information to the document depository established in these cases, and

    b. Either (i) review and log communications solely between itself, its lawyers, and its advisors, or (ii) agree to review and log information maintained by individuals who negotiated the Debtor/Committee/Lender Plan on JPMorgan's behalf during the period April 1, 2010 through November 23, 2010, as set forth in Exhibit F to the Motion, and produce any resulting non-privileged information.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _____, 2011
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
United States Bankruptcy Judge, District of Delaware