# EXHIBIT A

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10180


THE TRIBUNE COMPANY                                      OCTOBER 29, 2010
435 NORTH MICHIGAN AVENUE                              INVOICE # 9180870
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.


### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010                                    $9,965.50

DISBURSEMENTS                                                   2,394.34

                              TOTAL INVOICE                  $12,359.84


ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9180870

OCTOBER 29, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

MORGAN STANLEY SWAP                                    MATTER NUMBER -    10180

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/01/10 | MXP | .70 | { L210 } {A110} Reviewed docket for ███████ ▇. | 119.00 |
| 9/07/10 | DJB | .60 | { L190 } {A107} Telephone conference with ██ ████ re █ (.3); telephone conference with █ ███ re ████████ issues (.3). | 555.00 |
| 9/13/10 | KW | .50 | { L140 } {A110} Arranged for ███ █████ binders to be █████████████ responsive to request from S. McGee. | 85.00 |
| 9/13/10 | DCL | .50 | { L110 } {A107} Telephone conference with █ ██████ re ███████ ▇. | 300.00 |
| 9/13/10 | DQH | .50 | { L140 } {A110} Communicated with case team re ██████ about exporting copy of ██████ ██████████ (.20); and communicated with Data Management Team re same (.30). | 137.50 |
| 9/14/10 | KW | 2.00 | { L140 } {A110} Worked on preparing ██████ binder with ██████ ███████ per S. McGee's instructions. | 340.00 |
| 9/16/10 | DCL | 1.50 | { L110 } {A104} Identified work product ██████ ██████████ (1.3); drafted letter (.2). | 900.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 9/16/10 | DQH | 2.00 | { L140 } {A110} Communicated with S. McGee and Data Management Team re request to ▮▮▮▮ (.50); prepared export re same (1.50). | 550.00 |
|---|---|---|---|---|
| 9/16/10 | DBB | .20 | { L140 } {A110} Exported produced document review tag information from CaseLogistix for new counsel. | 55.00 |
| 9/17/10 | MXP | .40 | { L210 } {A110} Reviewed case docket to ▮▮▮▮ to same for A. Vail. | 68.00 |
| 9/17/10 | DQH | 1.20 | { L140 } {A110} Conducted quality control checks to ▮▮▮▮ (1.00); provided hard drive to S. McGee (.20). | 330.00 |
| 9/20/10 | SKM | 2.00 | { L140 } {A110} Gathered and organized document productions. | 550.00 |
| 9/21/10 | DCL | .20 | { L110 } {A103} Drafted letter ▮▮▮▮ re ▮▮▮▮. | 120.00 |
| 9/24/10 | DCL | .20 | { L110 } {A105} Telephone conference with ▮▮▮▮ re document productions and tags. | 120.00 |
| 9/26/10 | DFM | 1.50 | { L190 } {A102} Compiled research and ▮▮▮▮. | 555.00 |
| 9/27/10 | DCL | 2.00 | { L110 } {A107} Telephone conference with ▮▮▮▮ (.5); identified ▮▮▮▮ (.5); telephone conference and email correspondence with W. Thomson re same (.5); telephone conference with D. Weiss re same (.5). | 1,200.00 |
| 9/27/10 | WAT | 1.50 | { L190 } {A107} Assisted with ▮▮▮▮ and reviewing documents. | 765.00 |
| 9/27/10 | DFM | .50 | { L190 } {A102} Compiled research for W. Thomson. | 185.00 |
| 9/28/10 | DJB | .50 | { L190 } {A107} Telephone conference with ▮▮▮▮ and ▮▮▮▮ re issues. | 462.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 9/28/10 | DCL | 1.00 | { L110 } {A107} Emailed additional legal ███████ ███████████ (.3); telephone conference with D. Weiss re same (.5); email correspondence with D. McMeyer re same (.2). | 600.00 |
| 9/28/10 | WAT | .90 | { L190 } {A107} Assisted with ███████████ ████████ and reviewing documents. | 459.00 |
| 9/28/10 | DFM | .80 | { L190 } {A104} Reviewed previous analysis in anticipation of call with new counsel (.3); conferred with new counsel re ████████ and █████████ (.5). | 296.00 |
| 9/28/10 | DBB | .30 | { L140 } {A110} Exported image load files and attorney tag data ██████████. | 82.50 |
| 9/29/10 | WAT | .60 | { L190 } {A107} Assisted with ███████████ ████████ and reviewing documents. | 306.00 |
| 9/29/10 | SKM | 3.00 | { L140 } {A110} Gathered and organized document productions and client documents. | 825.00 |
| | | 25.10 | PROFESSIONAL SERVICES | 9,965.50 |

Federal Identification No. 36-2192554

LAW OFFICES

Page 4

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 8/15/10 | Out of Town Travel, D. Bradford, 08/15/10, New York (Meetings re Morgan Stanley) (Hotel, Etc.) | 548.13 |
| 8/31/10 | Out of Town Travel, D. Bradford, 8/15-16/10, New York (Meeting re Morgan Stanley) (Air) | 1,234.47 |
| 9/16/10 | Special Messenger Service | 19.22 |
| 9/17/10 | Photocopy Expense | 193.50 |
| 9/20/10 | Photocopy Expense | 9.40 |
| 9/21/10 | Photocopy and Related Expenses | 131.80 |
| 9/27/10 | Photocopy Expense | 21.50 |
| 9/29/10 | Photocopy and Related Expenses | 19.14 |
| 9/30/10 | Westlaw Research | 97.30 |
| 9/30/10 | Automation Equipment Charges | 119.88 |
| | TOTAL DISBURSEMENTS | 2,394.34 |

**INVOICE TOTAL**                    $ 12,359.84

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| DAVID J. BRADFORD | | 1.10 | 925.00 | 1,017.50 |
| DAVID C. LAYDEN | | 5.40 | 600.00 | 3,240.00 |
| WADE A. THOMSON | | 3.00 | 510.00 | 1,530.00 |
| DOUGLAS F. MCMEYER | | 2.80 | 370.00 | 1,036.00 |
| DANIEL BIEMER | | 0.50 | 275.00 | 137.50 |
| DANNY A. HUERTA | | 3.70 | 275.00 | 1,017.50 |
| SHAWN K. MCGEE | | 5.00 | 275.00 | 1,375.00 |
| KENNETH S. WALDMANN | | 2.50 | 170.00 | 425.00 |
| MARC A. PATTERSON | | 1.10 | 170.00 | 187.00 |
| | TOTAL | 25.10 | | 9,965.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10164


THE TRIBUNE COMPANY                                        OCTOBER 29, 2010
435 NORTH MICHIGAN AVENUE                             INVOICE # 9180869
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.


### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010                                      $1,057.00

DISBURSEMENTS                                                          0.00

                              TOTAL INVOICE              $1,057.00

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9180869

OCTOBER 29, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

FEE APPLICATION                                        MATTER NUMBER -    10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/16/10 | LSR | 1.30 | { L210 } {A103} Drafted July fee application. | 481.00 |
| 9/20/10 | MXP | 2.30 | { L210 } {A103} Prepared exhibits to Jenner's monthly fee statement. | 391.00 |
| 9/22/10 | DJB | .20 | { L190 } {A106} Telephone conference ██████ ████████████████ issues. | 185.00 |
| | | 3.80 | PROFESSIONAL SERVICES | 1,057.00 |

**INVOICE TOTAL**                     $ 1,057.00

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.20 | 925.00 | 185.00 |
| LANDON S. RAIFORD | 1.30 | 370.00 | 481.00 |
| MARC A. PATTERSON | 2.30 | 170.00 | 391.00 |
| TOTAL | 3.80 | | 1,057.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                     Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10130


THE TRIBUNE COMPANY                                          OCTOBER 29, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9180867
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.


### ESOP/STAY ISSUES

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2010 | $ 461.50 |
| DISBURSEMENTS | 0.43 |
| TOTAL INVOICE | $ 461.93 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9180867

OCTOBER 29, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

ESOP/STAY ISSUES                                   MATTER NUMBER -    10130

| 9/02/10 | DKM | .80 | { L140 } {A110} Compiled ███████ briefing and declarations. | 184.00 |
| 9/09/10 | DJB | .30 | { L190 } {A106} Telephone conference with ██ ███ re Neil issues. | 277.50 |
| | | 1.10 | PROFESSIONAL SERVICES | 461.50 |

## DISBURSEMENTS

| 9/20/10 | Photocopy and Related Expenses | .43 |
| | TOTAL DISBURSEMENTS | 0.43 |

## INVOICE TOTAL                          $ 461.93

Federal Identification No. 36-2192554

LAW OFFICES

Page 2

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 0.30 | 925.00 | 277.50 |
| DANIEL K. MORGAN | | 0.80 | 230.00 | 184.00 |
| | TOTAL | 1.10 | | 461.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10113


THE TRIBUNE COMPANY                                    OCTOBER 29, 2010
435 NORTH MICHIGAN AVENUE                        INVOICE # 9180866
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.


### GENERAL MATTERS

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010                                $12,852.50

DISBURSEMENTS                                                       112.39
                                                                   _____
                              TOTAL INVOICE              $12,964.89

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9180866

OCTOBER 29, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2010

GENERAL MATTERS                                              MATTER NUMBER -    10113

| 9/17/10 | DJB | .30 | { L190 } {A106} Telephone conference with ▮ ▮. | 277.50 |
| 9/17/10 | CJR | 1.00 | { L110 } {A104} Reviewed and prepared e-mails to and from D. Bradford re ▮ (.5); reviewed ▮ and miscellaneous e-mails (.5). | 550.00 |
| 9/20/10 | CJR | .70 | { L110 } {A104} Reviewed file re ▮ (.5); prepared e-mail to D. Bradford re same (.2). | 385.00 |
| 9/23/10 | DJB | 1.20 | { L190 } {A106} Telephone conference with ▮ re ▮ (.5); telephone conference with C. Rozycki re same (.5); analyzed legal research re same and memorandum to ▮ re same (.2). | 1,110.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 9/23/10 | CJR | 4.50 | { L110 } {A105} Telephone conferences with D. Bradford and ███████ re ███████████ (1.0); reviewed report, interview notes and █ ███████████ (1.0); reviewed summary of ███████████ (.5); prepared draft substance of letter to ███████ ███████████ (.5); prepared e-mail to D. Bradford re same (.2); telephone conference with D. Bradford (.5); reviewed and prepared e-mails to and from ███████████ and D. Bradford re same (.3); met with A. Borich re ███ (.5). | 2,475.00 |
|---|---|---|---|---|
| 9/23/10 | ABB | 4.80 | { L190 } {A102} Conferred with D. Bradford re ████████ ███████████ (.5); reviewed treatise (1.5); conferred with C. Rozycki re prior research (.5); searched for and analyzed case law (1.0); drafted email report to D. Bradford and C. Rozycki summarizing case law and analysis (1.0); proofread and sent report (.3). | 1,560.00 |
| 9/24/10 | CJR | 7.00 | { L110 } {A104} Reviewed research re ████████ (1.0); reviewed and prepared e-mails and correspondence to ███████ (2.0); telephone conference with ███████████ (1.0); worked on letters (.5); met with ███████ and others re ███████ ███████████ (1.5); telephone conferences and e-mails to and from ███████ re same (1.0). | 3,850.00 |
| 9/27/10 | CJR | .10 | { L110 } {A104} Reviewed and prepared e-mails re ███████████. | 55.00 |
| 9/28/10 | DJB | .30 | { L190 } {A106} Various telephone conferences with ███ | 277.50 |
| 9/28/10 | CJR | .20 | { L110 } {A104} Reviewed e-mails from ███████████. | 110.00 |
| 9/29/10 | DJB | .30 | { L190 } {A103} ███████████ (.1); telephone conference with C. Rozycki re ███████ ███████ (.1); e-mails to client re same (.1). | 277.50 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| | | | | |
|---|---|---|---|---|
| 9/29/10 | CJR | 2.50 | { L110 } {A104} Reviewed and prepared e-mails to and ████████████████ (.5); revised draft letter and prepared draft e-mail (.5); telephone conference with D. Bradford re same (.5); reviewed and prepared e-mails re message from ███ ██████ (.5); telephone conference with D. Bradford and reviewed and prepared e-mails re same (.5). | 1,375.00 |
| 9/30/10 | CJR | 1.00 | { L110 } {A107} Telephone conference with ███ ████████████████ (.7); reviewed and prepared e-mails to ████████████████████ (.3). | 550.00 |
| | | 23.90 | PROFESSIONAL SERVICES | 12,852.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 9/30/10 | Westlaw Research | 112.39 |
| | TOTAL DISBURSEMENTS | 112.39 |

**INVOICE TOTAL**                              $ 12,964.89

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 2.10 | 925.00 | 1,942.50 |
| CARLA J. ROZYCKI | 17.00 | 550.00 | 9,350.00 |
| ANTHONY B. BORICH | 4.80 | 325.00 | 1,560.00 |
| TOTAL | 23.90 | | 12,852.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10180


THE TRIBUNE COMPANY                        NOVEMBER 30, 2010
435 NORTH MICHIGAN AVENUE              INVOICE # 9183380
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.


### MORGAN STANLEY SWAP

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2010 | $ 453.00 |
| DISBURSEMENTS | $ 611.00 |
| TOTAL INVOICE | $1,064.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183380

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

MORGAN STANLEY SWAP

MATTER NUMBER -10180

| | | | | |
|---|---|---|---|---|
| 10/4/2010 | WAT | 0.30 | { L190 } {A107} Assisted with transferring case to new counsel. | 153.00 |
| 10/5/2010 | DCL | 0.50 | { L110 } {A107} Telephone conferences with █ █ (.3); telephone conference with W. Thomson (.2). | 300.00 |
| | | 0.80 | PROFESSIONAL SERVICES | $ 453.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 9/21/2010 | Special Messenger Service | 6.50 |
| 9/29/2010 | Special Messenger Service | 11.30 |
| 10/5/2010 | Photocopy Expense | 478.01 |
| 10/28/2010 | Photocopy Expense | 40.90 |
| 10/31/2010 | Westlaw Research | 74.29 |
| | TOTAL DISBURSEMENTS | $ 611.00 |

## INVOICE TOTAL

$1,064.00

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-8850

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID C. LAYDEN | .50 | 600.00 | 300.00 |
| WADE A. THOMSON | .30 | 510.00 | 153.00 |
| TOTAL | 0.80 | | $ 453.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10164

THE TRIBUNE COMPANY                                        NOVEMBER 30, 2010
435 NORTH MICHIGAN AVENUE                                  INVOICE # 9183379
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010                                          $4,577.50

DISBURSEMENTS                                                     $  5.10

                                    TOTAL INVOICE               $4,582.60

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183379

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

FEE APPLICATION

MATTER NUMBER -10164

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/6/2010 | DAS | 1.30 | { L210 } {A104} Reviewed invoices to prepare same for submission in connection with fee application. | 702.00 |
| 10/7/2010 | DJB | 0.50 | { L190 } {A103} Reviewed and edited July fee application. | 462.50 |
| 10/11/2010 | MXP | 2.30 | { L210 } {A103} Prepared exhibits to Jenner's August 2010 fee invoice and updated chart in fee invoice. | 391.00 |
| 10/11/2010 | LSR | 1.30 | { L150 } {A104} Final review of July fee application (.30); drafted August fee application (1.0). | 481.00 |
| 10/13/2010 | LSR | 1.80 | { L150 } {A103} Drafted Seventh Quarterly fee application. | 666.00 |
| 10/14/2010 | MXP | 3.20 | { L210 } {A103} Prepared exhibits to Jenner's interim fee application and updated chart in fee application. | 544.00 |
| 10/14/2010 | LSR | 0.80 | { L150 } {A103} Continued drafting Seventh Quarterly fee application. | 296.00 |
| 10/28/2010 | DAS | 0.50 | { L210 } {A104} Reviewed recent invoices of Tribune to prepare same for filing with court. | 270.00 |
| 10/28/2010 | MXP | 1.90 | { L210 } {A103} Prepared redacted and non-redacted version of exhibit to Jenner's seventh fee application. | 323.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 10/29/2010 | MXP | 2.60 | { L210 } {A103} Prepared redacted and non-redacted version of exhibit to Jenner's seventh fee application. | 442.00 |
| | | 16.20 | PROFESSIONAL SERVICES | $4,577.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/29/2010 | Photocopy Expense | 5.10 |
| | TOTAL DISBURSEMENTS | $ 5.10 |

**INVOICE TOTAL**                                                   $4,582.60

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | .50 | 925.00 | 462.50 |
| DOUGLAS A. SONDGEROTH | | 1.80 | 540.00 | 972.00 |
| LANDON S. RAIFORD | | 3.90 | 370.00 | 1,443.00 |
| MARC A. PATTERSON | | 10.00 | 170.00 | 1,700.00 |
| | TOTAL | 16.20 | | $4,577.50 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER     10130

THE TRIBUNE COMPANY                                      NOVEMBER 30, 2010
435 NORTH MICHIGAN AVENUE                              INVOICE # 9183376
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**ESOP/STAY ISSUES**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010                                              $ 185.00

DISBURSEMENTS                                                              $0.00

                                    TOTAL INVOICE                     $ 185.00

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183376

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

ESOP/STAY ISSUES

MATTER NUMBER -10130

| 10/7/2010 | DJB | 0.20 | { L190 } {A106} E-mails with ███████ re ESOP issues. | 185.00 |
| | | 0.20 | PROFESSIONAL SERVICES | $ 185.00 |

**INVOICE TOTAL**                                                    **$ 185.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | .20 | 925.00 | 185.00 |
| TOTAL | 0.20 | | $ 185.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10113

THE TRIBUNE COMPANY                                    NOVEMBER 30, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9183375
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## GENERAL MATTERS

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010                                        $8,352.50

DISBURSEMENTS                                                        $ 29.30

                                    TOTAL INVOICE        $8,381.80

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9183375

NOVEMBER 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2010

GENERAL MATTERS                                           MATTER NUMBER -10113

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/1/2010 | VEL | 0.30 | { L110 } {A105} Telephone conference with A. Vail re ████████████████████████. | 225.00 |
| 10/4/2010 | CJR | 1.00 | { L110 } {A104} Reviewed and prepared e-mails to and from D. Bradford and ███████████████████ ████ (.5); telephone conference with D. Bradford re same (.5). | 550.00 |
| 10/4/2010 | DJB | 0.80 | { L190 } {A103} Drafted ██████ (.2); telephone conference with C. Rozycki re same (.4); reviewed reports re same (.2). | 740.00 |
| 10/5/2010 | CJR | 1.50 | { L110 } {A104} Reviewed and prepared e-mails and telephone conferences with ████████ and D. Bradford re ████████████. | 825.00 |
| 10/5/2010 | DJB | 1.00 | { L190 } {A106} Various telephone conferences with ████ ███████ and C. Rozycki re ████████████ issues. | 925.00 |
| 10/6/2010 | DJB | 0.30 | { L190 } {A106} Various e-mails re ████████████ ████. | 277.50 |
| 10/12/2010 | DJB | 5.00 | { L190 } {A105} E-mails to C. Rozycki re developments re ████████████ (.2); telephone conference with ██████████████████ (.3). | 4,625.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | | |
|---|---|---|---|---|---|
| 10/14/2010 | DJB | 0.20 | { L190 } {A106} Telephone conference with ██ ██ re issues. | | 185.00 |
| | | 10.10 | PROFESSIONAL SERVICES | | $8,352.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2010 | Photocopy Expense | 29.30 |
| | TOTAL DISBURSEMENTS | $ 29.30 |

## INVOICE TOTAL                                           $8,381.80

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 7.30 | 925.00 | 6,752.50 |
| VINCENT E. LAZAR | .30 | 750.00 | 225.00 |
| CARLA J. ROZYCKI | 2.50 | 550.00 | 1,375.00 |
| TOTAL | 10.10 | | $8,352.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10164

THE TRIBUNE COMPANY                                    DECEMBER 31, 2010
435 NORTH MICHIGAN AVENUE                              INVOICE # 9186002
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.


**FEE APPLICATION**


FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010                                    $ 290.00

DISBURSEMENTS                                                 $0.00
                                                      _____
                              TOTAL INVOICE             $ 290.00

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9186002

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

FEE APPLICATION                                          MATTER NUMBER -10164

| 11/2/2010 | LSR | 0.20 | { L210 } {A103} Drafted email to Fee Examiner re Jenner's Seventh Quarterly Fee Application. | 74.00 |
| 11/22/2010 | DAS | 0.40 | { L210 } {A104} Reviewed recent invoices to prepare same for filing with court. | 216.00 |
| | | 0.60 | PROFESSIONAL SERVICES | $ 290.00 |

**INVOICE TOTAL**                                                        **$ 290.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DOUGLAS A. SONDGEROTH | | .40 | 540.00 | 216.00 |
| LANDON S. RAIFORD | | .20 | 370.00 | 74.00 |
| | TOTAL | 0.60 | | $ 290.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER        45394
MATTER NUMBER        10130


THE TRIBUNE COMPANY                                    DECEMBER 31, 2010
435 NORTH MICHIGAN AVENUE                              INVOICE # 9185999
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.



### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010                                    $6,863.50

DISBURSEMENTS                                                $ 21.14

                            TOTAL INVOICE                    $6,884.64

Page 1

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9185999

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

ESOP/STAY ISSUES                                    MATTER NUMBER -10130

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/9/2010 | WLS | 0.50 | { L190 } {A103} Worked on tax implications of ruling ███████. | 425.00 |
| 11/9/2010 | DJB | 1.20 | { L190 } {A107} Telephone conference with ███ ██████ re Neil ruling and issues re bankruptcy (.5); telephone conference with D. Liebentritt re same (.5); e-mail to W. Scogland re issues related to ruling (.2). | 1,110.00 |
| 11/10/2010 | WLS | 2.50 | { L190 } {A104} Studied Judge Pallmeyer's opinion and documents (1.0); performed research and prepared communication to D. Bradford re tax implications of ruling (1.0); conferred with D. Sondgeroth and A. Amert re same (.5). | 2,125.00 |
| 11/12/2010 | WLS | 1.00 | { L190 } {A104} Advised on additional potential tax implications of opinion. | 850.00 |
| 11/12/2010 | DJB | 0.50 | { L190 } {A107} E-mails to ███████████ re ████████ re Neil (.2); e-mails with ██████ ████████ re consequences to Tribune tax issues from Neil ruling (.3). | 462.50 |
| 11/14/2010 | DJB | 0.50 | { L190 } {A107} E-mail ███████████████ re Neil (.1); e-mail to D. Liebentritt re same (.1); reviewed ██████ for same (.3). | 462.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/15/2010 | AAM | 1.00 | { L140 } {A110} Corresponded with S. McGee re Neil v. Zell ▮▮▮▮▮▮▮▮▮▮ (.2); conducted analysis ▮▮▮▮▮▮ (.7); advised S. McGee re same (.1). | 235.00 |
| 11/16/2010 | AAM | 0.80 | { L140 } {A110} Prepared comparison of production directories in Niel v. Zell hard drive to previously received production (.7); corresponded with S. McGee re preparing hard drive contents for review (.1) | 188.00 |
| 11/17/2010 | AAM | 0.30 | { L140 } {A110} Corresponded with S. McGee re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 70.50 |
| 11/22/2010 | PXR | 3.00 | { L140 } {A110} Gathered, organized and assembled correspondence binder. | 510.00 |
| 11/23/2010 | WLS | 0.50 | { L190 } {A104} Studied and commented on ▮▮▮▮ memorandum re ▮▮▮▮▮▮▮▮▮▮ for Tribune. | 425.00 |
| | | 11.80 | PROFESSIONAL SERVICES | 6,863.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/5/2010 | Pacer Charges | 8.64 |
| 10/5/2010 | Pacer Charges | 2.40 |
| 11/22/2010 | Photocopy Expense | 10.10 |
| | TOTAL DISBURSEMENTS | $ 21.14 |

**INVOICE TOTAL**                                                    **$6,884.64**

Page 3

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|------|------|--------|
| DAVID J. BRADFORD | | 2.20 | 925.00 | 2,035.00 |
| WILLIAM L. SCOGLAND | | 4.50 | 850.00 | 3,825.00 |
| ANTHONY A. MOELLER | | 2.10 | 235.00 | 493.50 |
| PANAGIOTA RAMOS | | 3.00 | 170.00 | 510.00 |
| | TOTAL | 11.80 | | $6,863.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10148

THE TRIBUNE COMPANY                              DECEMBER 31, 2010
435 NORTH MICHIGAN AVENUE                        INVOICE # 9186000
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010                                   $3,139.50

DISBURSEMENTS                                              $- 654.40

                         TOTAL INVOICE                     $2,485.10

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

Page 1

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE                                    INVOICE # 9186000
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

DECEMBER 31, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

DOL SUBPOENA                                        MATTER NUMBER -10148

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 11/15/2010 | DJB | 0.50 | { L190 } {A104} Reviewed Department of Labor request (.2); telephone conference with D. Sondgeroth re same (.2); e-mail re same (.1). | 462.50 |
| 11/15/2010 | DAS | 0.20 | { L210 } {A108} Reviewed communications from ▮▮ ▮▮▮▮ and discussed same with D. Bradford. | 108.00 |
| 11/16/2010 | DAS | 1.00 | { L210 } {A108} Reviewed previous correspondence with DOL to respond to new inquiry from same (.3); communicated with D. Bradford and ▮▮ re same (.5); communicated with DOL to respond to inquiry (.2). | 540.00 |
| 11/16/2010 | WLS | 0.30 | { L190 } {A105} Studied ▮▮▮▮▮ (.2); conferred with D. Sondgeroth re same (.1). | 255.00 |
| 11/17/2010 | DJB | 0.20 | { L190 } {A104} ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮. | 185.00 |
| 11/17/2010 | DAS | 0.90 | { L210 } {A104} Reviewed ▮▮▮▮▮ ▮▮▮▮▮▮▮ and drafted suggested edits to ▮▮▮ (.7); discussed same with D. Bradford (.2). | 486.00 |
| 11/18/2010 | DJB | 0.20 | { L190 } {A106} Telephone conference with ▮▮ ▮▮▮▮ re Department of Labor issues. | 185.00 |
| 11/19/2010 | DAS | 0.60 | { L210 } {A106} Reviewed correspondence from ▮▮▮ and prepared ▮▮▮▮▮▮▮. | 324.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 11/22/2010 | DAS | 0.60 | { L210 } {A106} Communicated with ████████████ ██████. | 324.00 |
| 11/23/2010 | DAS | 0.50 | { L210 } {A106} Telephone conference with ████ ████ re issues related ██████████ and discussed same with D. Bradford. | 270.00 |
| | | 5.00 | PROFESSIONAL SERVICES | $3,139.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 7/31/2010 | Out of Town Travel, D. Bradford, 6/24/10, Washington, D.C. (Refund of Airfare) | (654.40) |
| | TOTAL DISBURSEMENTS | ($ 654.40) |

## INVOICE TOTAL                                                    $2,485.10

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .90 | 925.00 | 832.50 |
| WILLIAM L. SCOGLAND | .30 | 850.00 | 255.00 |
| DOUGLAS A. SONDGEROTH | 3.80 | 540.00 | 2,052.00 |
| TOTAL | 5.00 | | $3,139.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

# EXHIBIT B

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Automation Equipment Charges | 119.88 |
| Out of Town Travel | 1,782.60 |
| Out of Town Travel, D. Bradford, 6/24/10, Washington, D.C. (Refund of Airfare) <br> **Refund remaining after $432.90 was credited in November's fee statement** | -654.40 <br> 432.90 <br> = **-221.50** |
| Pacer Charges | 16.00 |
| Photocopy and Related Expense | 1,134.58 |
| Special Messenger Service | 37.02 |
| Westlaw Research | 283.98 |
| **Total** | **3,152.56** |