IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x

In re:                                        :    Chapter 11
                                              :
TRIBUNE COMPANY, *et al.*                     :    Case No. 08-13141 (KJC)
                                              :    Jointly Administered
                              Debtors.        :
                                              :    **Hearing Date: January 21, 2011 at 10:00 a.m. (ET)**
                                              :    **Objection Deadline: January 19, 2011 at 4:00 p.m. (ET)**
---------------------------------------------- x

### NOTICE OF MOTION OF LAW BY DEBENTURE TRUST COMPANY TO COMPEL PRODUCTION OF DOCUMENTS BY MERRILL LYNCH, PIERCE, FENNER & SMITH INC. PURSUANT TO BANKRUPTCY RULES 9016 AND FEDERAL RULE OF CIVIL PROCEDURE 45

**PLEASE TAKE NOTICE** that Law Debenture Trust Company of New York ("Law Debenture" or the "Indenture Trustee"), in the above-captioned case filed the *Motion of Law By Debenture Trust Company To Compel Production of Documents By Merrill Lynch, Pierce, Fenner & Smith Inc. Pursuant to Bankruptcy Rule 9016 and Federal Rule of Civil Procedure 45* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually be received by, the undersigned counsel on or before **January 19, 2011 at 4:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **January 21, 2011 at 10:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated:   January 14, 2011
         Wilmington, Delaware

                                    **BIFFERATO GENTILOTTI LLC**

                                    */s/ Garvan F. McDaniel*
                                    Garvan F. McDaniel (DE No. 4167)
                                    800 N. King St., Plaza Level
                                    Wilmington, DE 19801
                                    (302) 429-1900

                                        - and -

                                    David S. Rosner
                                    Andrew K. Glenn
                                    Sheron Korpus
                                    Kasowitz, Benson, Torres & Friedman LLP
                                    1633 Broadway
                                    New York, New York 10019
                                    (212) 506-1700

                                    *Co-Counsel for Law Debenture Trust*
                                    *Company of New York*

2