IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
TRIBUNE COMPANY, *et al.*                               :    Case No. 08-13141 (KJC)
                                                        :    Jointly Administered
                    Debtors.                            :
                                                        :    Hearing Date: January 21, 2011 at 10:00 a.m. (ET)
                                                        :    Objection Deadline: January 19, 2011 at 4:00 p.m. (ET)
------------------------------------------------------- x

NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK
TO COMPEL ANGELO, GORDON & CO., L.P., OAKTREE CAPITAL
MANAGEMENT, L.P., AND HENNIGAN, BENNETT & DORMAN LLP TO
PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014
AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37

**PLEASE TAKE NOTICE** that Law Debenture Trust Company of New York ("Law Debenture" or the "Indenture Trustee"), in the above-captioned case filed the *Motion to Compel Angelo, Gordon & Co., L.P. to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually be received by, the undersigned counsel on or before **January 19, 2011 at 4:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **January 21, 2011 at 10:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: January 14, 2011
       Wilmington, Delaware

                                  **BIFFERATO GENTILOTTI LLC**

                                  */s/ Garvan F. McDaniel*
                                  Garvan F. McDaniel (DE No. 4167)
                                  800 N. King St., Plaza Level
                                  Wilmington, DE 19801
                                  (302) 429-1900

                                           - and -

                                  David S. Rosner
                                  Andrew K. Glenn
                                  Sheron Korpus
                                  Kasowitz, Benson, Torres & Friedman LLP
                                  1633 Broadway
                                  New York, New York 10019
                                  (212) 506-1700

                                  *Co-Counsel for Law Debenture Trust*
                                  *Company of New York*