IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
TRIBUNE COMPANY, *et al.*                           : Case No. 08-13141 (KJC)
                                                    : Jointly Administered
                    Debtors.                        :
                                                    :
                                                    : Re: Docket No. _____
------------------------------------------------------------ x

**ORDER GRANTING LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO COMPEL ANGELO, GORDON & CO., L.P., OAKTREE CAPITAL MANAGEMENT, L.P., AND HENNIGAN, BENNETT & DORMAN LLP TO PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014 AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37**

This matter coming before the Court on Law Debenture Trust Company of New York's ("Law Debenture" or the "Indenture Trustee") Motion to Compel Angelo, Gordon & Co., L.P. to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that no other or further notice of the Motion need be provided; and upon consideration of the Motion, the responses, if any, and arguments of counsel at the hearing held on January 21, 2011 in respect of the Motion; and the Court having determined that the Motion and the relief sought therein is warranted; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is GRANTED.

SO ORDERED this _____ day of _____, 2011.

                                        _____
                                        **HONORABLE KEVIN J. CAREY**
                                        **UNITED STATES BANKRUPTCY JUDGE**