# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:

TRIBUNE COMPANY et al.,

                            Debtors.

-----------------------------------------------------------x

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

Hearing Date: (To be determined)
Objections Due: 02/03/2011 @ 4:00 p.m.

## NOTICE OF APPLICATION

**To: The Notice Parties Pursuant to the Administrative Order**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP served its Fifth Interim Application for Interim Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (the "Application"), which seeks fee compensation in the amount of $868,159.25 and reimbursement of expenses in the amount of $559,304.80.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on February 3, 2011.

HEARING on the Application will take place at a time to be determined.

2867147.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
      January 14, 2011

                    ZUCKERMAN SPAEDER LLP

                    _____
                    Thomas G. Macauley (ID No. 3411)
                    919 Market Street, Suite 990
                    P.O. Box 1028
                    Wilmington, DE 19899
                    (302) 427-0400

                          - and -

                    Graeme W. Bush
                    1800 M Street, N.W.
                    Washington, DC 20036
                    (202) 778-1800

                    Special Counsel to the Official Committee of Unsecured Creditors

2867147.1