# EXHIBIT A

| Date | Client | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 9/1/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Telephone conversation with Gary Weitman re: next steps re: employee engagement and digital .25 Write draft response to Holman Jenkins op-ed .75 |
| 9/1/2010 | Tribune Company | Elzey,Stephanie | 0.5 | $102.50 | .25 - Held follow-up conversation with reporter .25 - Shared internal update and strategized with J. Zilka |
| 9/2/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Telephone conversation with Gary Weitman re: negotiations re: plan of reorg, corporate visibility strategy for Tribune. Update on media inquiry .5 |
| 9/2/2010 | Tribune Company | Elzey,Stephanie | 0.75 | $153.75 | .5 - Internal meeting to strategize with J. Zilka* .25 - preparation of update to G. Weitman |
| 9/3/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Email with Michael Sitrick re: deliverables .25 Set up meeting with Michael Wiley re: digital support for Tribune .25 Set up meeting with Christopher Hannegan re: employee engagement consulting .25 Edit and forward Annie Elzey note re: media inquiry .25 |
| 9/7/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Meet with Christopher Hannegan to discuss Tribune employee engagement strategy .5 Meet with Michael Wiley to discuss Tribune social media strategy .5 |
| 9/8/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Comment to G. Weitman on revised Tribune communications plan .5 |
| 9/8/2010 | Tribune Company | Elzey,Stephanie | 0.25 | $51.25 | .25 - Online research of reporter and strategizing on findings with J. Zilka |
| 9/13/2010 | Tribune Company | Zilka,Jeffrey R. | 1.25 | $875.00 | Telephone meet with G. Weitman, G. Sitrick and colleagues re: Tribune media, internal comms and social media strategy 1.25 |
| 9/15/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Telephone briefing with Gary Weitman re: court hearing and media coverage |
| 9/16/2010 | Tribune Company | Zilka,Jeffrey R. | 0.25 | $175.00 | Telephone conversation with Gary Weitman re media coverage |
| 9/17/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Afternoon telephone conversation with Gary Weitman and Mike Sitrick re media coverage, submission of alternative plan of reorganization .5 |
| 9/20/2010 | Tribune Company | Zilka,Jeffrey R. | 1.25 | $875.00 | Discuss strategy re: media coverage 1.25 |
| 9/21/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Morning call with G. Weitman re: media coverage .25 Afternoon call with G. Weitman re: media coverage .25 |
| 9/25/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Forward Tribune story .25 Email exchange with G. Weitman re: media coverage .25 |
| 9/30/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Review, edit analysis of media coverage 1 |
| 9/30/2010 | Tribune Company | Burdeen,Michael B | 1.5 | $277.50 | Research media coverage of investments the third-parties in media holding companies, analyze coverage, analysis |
| 10/1/2010 | Tribune Company | Burdeen,Michael B | 3.5 | $647.50 | Researched private investor stakes in other media companies (2.0); read articles (1.0); wrote summary analysis (.5) |

| Date | Client | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 10/1/2010 | Tribune Company | Zilka,Jeffrey R. | 0.2 | $175.00 | Check-in call with G. Weitman |
| 10/4/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Correspondence to G. Weitman re: media coverage |
| 10/5/2010 | Tribune Company | Zilka,Jeffrey R. | 2 | $1,400.00 | Read media coverage. .5 Draft letter in response, send to Gary Weitman 1.5 |
| 10/6/2010 | Tribune Company | Burdeen,Michael B | 7 | $1,295.00 | In response to media article, completed a media monitoring and trend analysis report encompassing all articles, comments, blogs and tweets. Provided recommendations for next steps. |
| 10/6/2010 | Tribune Company | Neufeld,Rebecca | 1.5 | $307.50 | .20 - reviewed media coverage, social media coverage .30 - discuss with MB monitoring and reporting; .20 - review report, additional points, review with Jeff .30 - take screen shot of story online with ad for Chicago coverage at bottom .50 |
| 10/6/2010 | Tribune Company | Zilka,Jeffrey R. | 3.5 | $2,450.00 | Morning call with Gary Weitman .80 Edit and comment on draft letter .5 Afternoon call with Weitman.5 Comment on Weitman letter .5 Organize media monitoring .20 Edit traditional and social media monitoring and forward .5 Comment on possible letter.5 Total: 3.5 |
| 10/7/2010 | Tribune Company | Burdeen,Michael B | 2 | $370.00 | Prepared daily online monitoring report |
| 10/7/2010 | Tribune Company | Zilka,Jeffrey R. | 1.8 | $1,225.00 | Morning call with G. Weitman .5 Review Weitman revisions to letter .30 Read revisions, comment .20 End of day email re status with Weitman .30 review days media monitoring, forward to Gary and team .5 total 1.80 |
| 10/8/2010 | Tribune Company | Burdeen,Michael B | 4 | $740.00 | Completed social media analysis which required reading blogs, discussion boards, tweets and comments. Analysis included graphs, recommendations and quantification of coverage. Also completed traditional media analysis. |
| 10/8/2010 | Tribune Company | Neufeld,Rebecca | 1 | $205.00 | 1 - conversation with JZ re Tribune response to media coverage |
| 10/8/2010 | Tribune Company | Zilka,Jeffrey R. | 1.2 | $875.00 | Morning call with Gary Weitman re: state of play re: media coverage .5 Conversation with Michael Burdeen re: social media monitoring .20 Review coverage, send to G. Weitman .30 Discuss social media strategy with Rebecca Neufeld .20 total 1.20 |
| 10/10/2010 | Tribune Company | Neufeld,Rebecca | 0.5 | $102.50 | .5 – Review tribune social media coverage |
| 10/11/2010 | Tribune Company | Burdeen,Michael B | 3 | $555.00 | Complete social and traditional monitoring report: read articles, analyzed articles; summarized report in write-up |
| 10/11/2010 | Tribune Company | Neufeld,Rebecca | 2.5 | $512.50 | .20 meeting with Phil Gomes re: monitoring; .30 email draft to Michael Wiley for Radian6 license re: Tribune request; .30 meeting with JZ re: monitoring; .70 weekend monitoring email to Gary; 1 recommendations, monitoring and analysis memo to Jeff |
| 10/12/2010 | Tribune Company | Burdeen,Michael B | 3.5 | $647.50 | meetings with Rebecca Dennison to discuss social media strategy (.5); meetings with internal team to discuss monitoring strategy (.5); client call (.5); social and traditional monitoring report: read articles, analyzed |

3

| Date | Client | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| | | | | | articles; summarized report in write-up (2.0) |
| 10/12/2010 | Tribune Company | Denison,Rebecca | 4 | $700.00 | 0.5 - meeting with Rebecca Neufeld and Michael to discuss monitoring project; 1.5 - reading article, press materials and developing search taxonomy; 1.5 - gathering data and writing first daily report; 0.5 - adding coverage about the newly-released memo, edits to daily report |
| 10/12/2010 | Tribune Company | Neufeld,Rebecca | 3 | $615.00 | .5 meeting with Rebecca Dennison and Phil Gomes re monitoring; .5 email responses to Rebecca Dennison questions; .5 reviewing/editing taxonomy; .20 Jeff and Gary call; .30 Michael Burdeen and Jeff Zilka meeting; .5 review monitoring report, emails & calls to Rebecca Dennison re: edits; .20 email report to Gary; .30 monitoring |
| 10/12/2010 | Tribune Company | Zilka,Jeffrey R. | 1 | $700.00 | Conversation with Gary Weitman re: media coverage of internal memorandum .5 Review two social media monitoring reports .5 |
| 10/13/2010 | Tribune Company | Burdeen,Michael B | 5 | $925.00 | Traditional and social media real time monitoring re: executive memo (3.5); wrote up and delivered morning, afternoon and EOD reports(1.20); had meeting to discuss monitoring strategy (.30) |
| 10/13/2010 | Tribune Company | Denison,Rebecca | 3 | $525.00 | 1.20 - reviewing all coverage from previous afternoon and writing a flash report about the executive memo; 0.30 - updating report for 1 p.m.; 0.70 - updating report with articles about executive being fired; 0.5 - final updates to the report for 4 p.m.; 0.30 - Training Eliza on Tribune report |
| 10/13/2010 | Tribune Company | Zilka,Jeffrey R. | 1.5 | $1,050.00 | Conversation with G.Weitman re: media coverage of internal memo .5 Review and edit three social media monitoring reports during the day .5 Conversation with Gary Weitman.5 |
| 10/14/2010 | Tribune Company | Burdeen,Michael B | 2 | $370.00 | traditional and social media reports for morning and EOD delivery |
| 10/14/2010 | Tribune Company | Denison,Rebecca | 1.3 | $218.75 | 0.3 - Helping Eliza do the morning report; 0.5 - catching up on posts from the day and reviewing Eliza's report; 0.5 - writing the 4 p.m. report |
| 10/14/2010 | Tribune Company | Neufeld,Rebecca | 1 | $205.00 | review post on law suit - .5; review monitoring report/email - .5; |
| 10/14/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Review two social media monitoring reports during the day .20; Review coverage of executive resignation .30 |
| 10/15/2010 | Tribune Company | Burdeen,Michael B | 3 | $555.00 | two meetings to discuss weekend monitoring/ early Monday morning strategy (.5); social and traditional media reports for EOD and morning (2.0); read and summarized articles (.5) |
| 10/15/2010 | Tribune Company | Denison,Rebecca | 1.7 | $306.25 | 0.7 - reading coverage from the previous afternoon and writing mid-morning report; 1.0 - reading coverage and writing the afternoon report |
| 10/15/2010 | Tribune Company | Neufeld,Rebecca | 2 | $410.00 | editing report - .20; monitoring - .30; reviewing resignation coverage - .20; alerting & discussing w Michael - .30; reviewing media coverage - .20; meeting with MB and RD re: |

4

| Date | Client | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| | | | | | weekend monitoring - .30; review morning report - .20; writing summary email for MB to send - .30 |
| 10/15/2010 | Tribune Company | Zilka,Jeffrey R. | 0.8 | $525.00 | Telephone conversation with Gary Weitman, discuss social media coverage needs.5 Review two social media coverage reports .3 total .80 |
| 10/16/2010 | Tribune Company | Neufeld,Rebecca | 0.5 | $102.50 | Traditional and social media monitoring - .5 |
| 10/17/2010 | Tribune Company | Neufeld,Rebecca | 0.5 | $102.50 | Traditional and social media monitoring - .5 |
| 10/18/2010 | Tribune Company | Burdeen,Michael B | 3.5 | $647.50 | weekend monitoring for articles on Trib (1.5); morning monitoring report, read articles, summarized, compiled report (1.0) evening monitoring report, read articles, summarized, compiled report (1.0) |
| 10/18/2010 | Tribune Company | Denison,Rebecca | 1.7 | $306.25 | 1.0 - morning report, reading coverage from weekend and writing report; 0.7 - afternoon report |
| 10/18/2010 | Tribune Company | Neufeld,Rebecca | 0.3 | $51.25 | Meeting with J. Zilka re: media relations |
| 10/18/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Morning call with Gary Weitman re: media relations, advertising strategy .5 |
| 10/19/2010 | Tribune Company | Burdeen,Michael B | 4.5 | $832.50 | traditional and social morning reports re: possible CEO resignation (1.7); mid-day and evening reports on same topic (2.0); real-time monitoring for news regarding the announcement (.80) |
| 10/19/2010 | Tribune Company | Denison,Rebecca | 3 | $525.00 | 1.5 - catching up on coverage from the weekend and writing flash report about potential CEO resignation; 1 - afternoon report |
| 10/19/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Morning call with Gary Weitman re: media coverage of prospective executive changes .30 Review media coverage .20 |
| 10/20/2010 | Tribune Company | Burdeen,Michael B | 2 | $370.00 | morning and evening traditional and social media reports for news on tribune (2.0) |
| 10/20/2010 | Tribune Company | Denison,Rebecca | 2.5 | $437.50 | 1.5 - morning report, catching up on coverage; 1.0 - afternoon report |
| 10/20/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Morning call with Gary Weitman re: media coverage of prospective executive changes .30 Review media coverage .20 |
| 10/21/2010 | Tribune Company | Burdeen,Michael B | 1.5 | $277.50 | morning and evening traditional and social media reports for news on tribune |
| 10/21/2010 | Tribune Company | Denison,Rebecca | 2 | $350.00 | 0.7 - catching up on coverage overnight; 0.5 - morning report; 0.8 - afternoon report |
| 10/22/2010 | Tribune Company | Burdeen,Michael B | 2 | $370.00 | traditional and social morning reports for RM's resignation |
| 10/22/2010 | Tribune Company | Denison,Rebecca | 1.2 | $218.75 | 0.7 - morning report; 0.5 - afternoon report |
| 10/22/2010 | Tribune Company | Neufeld,Rebecca | 1 | $205.00 | Monitoring review/edits |
| 10/22/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Morning status call with Gary .2 Review media coverage .3 |
| 10/23/2010 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Review media coverage .50 |
| 10/25/2010 | Tribune Company | Burdeen,Michael B | 2.5 | $462.50 | Read, analyzed and produced traditional and social media monitoring reports of the weekend regarding Randy Michaels' resignation. |
| 10/25/2010 | Tribune Company | Neufeld,Rebecca | 2 | $410.00 | Morning and evening monitoring reports |
| 10/26/2010 | Tribune Company | Burdeen,Michael B | 1.5 | $277.50 | Morning and evening traditional and social media reports for Tribune news which required searching for, reading and analyzing. |

| Date | Client | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 10/27/2010 | Tribune Company | Burdeen, Michael B | 1.3 | $231.25 | Morning and evening traditional and social media reports for Tribune news which required searching for, reading and analyzing. This was the final report. |
| 10/14/2010 | Tribune Company | Newcomb, Eliza Grey Schacherer | 2.7 | $481.25 | Complete daily social media monitoring, develop report for G. Weitman |
| 10/25/2010 | Tribune Company | Denison, Rebecca | 2.5 | $437.50 | 1.8 – Catch up on the weekend social media coverage, write the morning report; 0.7 - afternoon report |
| 10/26/2010 | Tribune Company | Denison, Rebecca | 2 | $350.00 | 1.3 - writing morning report and catching up on coverage from the evening; 0.7 - afternoon report |
| 10/27/2010 | Tribune Company | Denison, Rebecca | 1.5 | $262.50 | 1.0 - writing morning report; 0.5 - writing afternoon report |
| 10/28/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Respond to requests for additional detail from fee examiner for January and February time entries. |
| 11/1/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Briefing call with Gary Weitman re: executive changes, competing plans of reorg .50 |
| 11/2/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Review new coverage of litigation, completing plans of reorg, discuss with Gary Weitman .5 |
| 11/29/2010 | Tribune Company | Zilka, Jeffrey R. | 0.8 | $525.00 | Review October billing notes .3 Call with Gary Weitman re: hearing on four plans of reorg .2 Read coverage .3 |
|  |  | **TOTAL** | **127.25** | **$37,756.25** |  |