IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Joseph Grey, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the admission *pro hac vice* of Jodie E. Buchman, Esquire, (the "Admittee") of DLA Piper LLP, 6225 Smith Avenue, Baltimore, Maryland 21209-3600, to represent the creditor Constellation NewEnergy, Inc. The Admittee is admitted, practicing, and in good standing in the Bars of the State of Maryland and the District of Columbia and the United States District Courts for the Districts of Maryland and the District of Columbia.

Dated: January 14, 2011
Wilmington, Delaware

_____
Joseph Grey (ID No. 2358)
CROSS & SIMON, LLC
913 North Market Street, 11th Floor
Wilmington, DE  19801
(302) 777-4200
jgrey@crosslaw.com

*Counsel for Constellation NewEnergy, Inc.*

## CERTIFICATION

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission *pro hac vice* to this Court, admitted to practice and in good standing in the jurisdictions shown in the paragraph above, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

_____
Jodie E. Buchman
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
410.580.4806 T
410.580.3806 F
443.791.1488 M
jodie.buchman@dlapiper.com

## ORDER

Motion granted.

BY THE COURT:

Dated: _____   _____
Kevin J. Carey
Chief United States Bankruptcy Court Judge