IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
TRIBUNE COMPANY, et al.                                 :    Case No. 08-13141 (KJC)
                                                        :    Jointly Administered
                        Debtors.                        :
------------------------------------------------------- x    Re: Docket No. 7518
```

# DECLARATION OF GARVAN F. McDANIEL

GARVAN F. McDANIEL, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of his knowledge, information, and belief:

1. I am a member in the law firm of Bifferato Gentilotti LLC, counsel for Law Debenture Trust of New York ("Law Debenture"), as successor indenture trustee, in the above-referenced adversary proceeding. I make this declaration to present the Court with the attached documents in connection with Law Debenture's Motion to Compel Production of Documents by the Non-Proponent Credit Agreement Lenders ("NPCALs").

2. Attached hereto as **Exhibit 1** is a copy of Hearing Transcript, dated January 10, 2011.

3. Attached hereto as **Exhibit 2** is a copy of Letter from Sheron Korpus to the Honorable Judge Kevin J. Carey, containing Exhibits marked A-D, dated January 9, 2011.

    a. Exhibit A is a copy of Letter from Joshua M. Mester to Sheron Korpus, dated January 5, 2011.

    b. Exhibit B is a copy of Email from Matthew B. Stein to James Johnston and Joshua M. Mester, copying Sheron Korpus and Christine Montenegro, dated January 8, 2011, listing Law Debenture's proposed search terms.

    c. <u>Exhibit C</u> is a copy of Letter from A. Brent Truitt to Paul J. Burgo, dated December 27, 2010.

    d. <u>Exhibit D</u> is a copy of Chart describing the involvement of each of the NPCALs as members of the Credit Agreement Lenders Based upon the ten separate statements filed by HBD in compliance with Bankruptcy Rule 2019.

4.    Attached hereto as **<u>Exhibit 3</u>** is a copy of Letter from Matthew B. Stein to A. Brent Truitt, dated December 31, 2011.

5.    Attached hereto as **<u>Exhibit 4</u>** is a copy of Letter from James Johnston to the Honorable Judge Kevin J. Carey, containing exhibits marked A-B, dated January 7, 2011.

    a. <u>Exhibit A</u> is a copy of chart listing HBD's Non-Proponent Clients.

    b. <u>Exhibit B</u> is a copy of Law Debenture's Subpoena For Production of Documents to Anchorage Advisors, L.L.C. dated December 22, 2010.

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 14, 2011
      Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE No. 4167
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

        David S. Rosner
        Andrew K. Glenn
        Sheron Korpus
          Christine A. Montenegro
        Kasowitz, Benson, Torres & Friedman LLP
        1633 Broadway
        New York, New York 10019
        (212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*