# EXHIBIT 3

K ASOWITZ, B ENSON, T ORRES & F RIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

(212) 506-1700

FACSIMILE: (212) 506-1800

(212)506-1717

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

December 31, 2010

A. Brent Truitt, Esq.
Hennigan Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Re:   In re Tribune Company, et al., Case No. 08-13141 (KJC)

Dear Mr. Truitt:

I write in response to your letter of December 27, 2010 ("Letter"). Your claim that the subpoenas we sent to your clients impose an unneccessary burden is baseless.

Each of your clients that received a subpoena ("Recipients") appeared in this case pursuant to a 2019 statement filed by your firm and, although not plan proponents, are clearly interested parties. As such, we are entitled to determine what documents, if any, the Recipients have in their possession, custody or control. These documents are directly relevant to the case, and contrary to your assertions, the requests are reasonable and appropriate under the circumstances. If, as you claim, the Recipients have not been involved in this case, then the volume of documents in their possession, custody or control should be minimal and compliance with the subpoena should not cause any burden at all.

We are available all next week for a meet and confer regarding the documents requests and reasonable search terms.

Very truly yours,

*Matthew B. Stein*

Matthew B. Stein