## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------
In re:                                             :     Chapter 11
                                                   :
TRIBUNE COMPANY, *et al.*                          :     Case No. 08-13141 (KJC)
                                                   :     Jointly Administered
          Debtors.                 :
                                                   :     **Re: Docket No. 7521**
---------------------------------------------------------  :

## DECLARATION OF GARVAN F. McDANIEL

GARVAN F. McDANIEL, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of his knowledge, information, and belief:

1. I am a partner in the law firm of Bifferato Gentilotti, counsel for Law Debenture Trust of New York ("Law Debenture"), as successor indenture trustee, in the above-referenced adversary proceeding. I make this declaration to present the Court with the attached documents in connection with Law Debenture's Motion to Compel Production of Documents by Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch").

2. Attached hereto as **Exhibit 1** are excerpts from Hearing Transcript, dated January 10, 2011.

3. Attached hereto as **Exhibit 2** are excerpts from the Report by Kenneth N. Klee, as Examiner, (Volumes I and II), dated August 3, 2010.

4. Attached hereto as **Exhibit 3** is a copy of Subpoena, Law Debenture's Requests for Production, dated December 15, 2010.

5. Attached hereto as **Exhibit 4** is a copy of Email, dated December 23, 2010, from Christine Montenegro to Madlyn Primoff.

6. Attached hereto as **Exhibit 5** is a copy of Objections and Responses of Merrill Lynch, Pierce, Fenner & Smith, Inc. To The Subpoena for Production of Documents Served By Law Debenture Trust Company of New York, dated December 30, 2010.

7. Attached hereto as **Exhibit 6** is a copy of Email, dated January 6, 2011, from Paul Burgo to Madlyn Primoff and Joseph Morgan.

8. Attached hereto as **Exhibit 7** is a copy of Email, dated January 10, 2011, from Christine Montenegro to Madlyn Primoff.

9. Attached hereto as **Exhibit 8** is a copy of Letter, dated January 11, 2011, from Joseph Drayton to Paul Burgo.

10. Attached hereto as **Exhibit 9** is a copy of Email, dated January 13, 2011, from Paul Burgo to Joseph Drayton, including Law Debenture's Proposed Search Method, dated January 13, 2011.

11. Attached hereto as **Exhibit 10** is a copy of *Motion of the Off. Comm. of Unsecured Creditors For An Order Requiring The Production By Date Certain of Email Documents From Merrill Lynch Capital Corporation Pursuant To Bankruptcy Rule 2004*, dated December 8, 2009.

12. Attached hereto as **Exhibit 11** is a copy of Objections and Responses of Merrill Lynch, Pierce, Fenner & Smith Incorporated And Merrill Lynch Capital Corporation to Wilmington Trust's First Request For The Production of Documents, dated May 27, 2010.

13. Attached hereto as **Exhibit 12** is a copy of Law Debenture's search terms comparison.

14. Attached hereto as **Exhibit 13** is a copy of Proposed Additional Custodians for LBO-Period.

15. Attached hereto as **Exhibit 14** are excerpts from Transcript of Proceedings of December 6, 2010, dated December 6, 2010.

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 14, 2011
Wilmington, Delaware

          **BIFFERATO GENTILOTTI LLC**

          */s/ Garvan F. McDaniel*
          Garvan F. McDaniel (DE No. 4167)
          800 N. King St., Plaza Level
          Wilmington, DE 19801
          (302) 429-1900

            - and -

          David S. Rosner
          Andrew K. Glenn
          Sheron Korpus
          Kasowitz, Benson, Torres & Friedman LLP
          1633 Broadway
          New York, New York 10019
          (212) 506-1700

          *Co-Counsel for Law Debenture Trust*
          *Company of New York*