IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 13th day of January, 2011, she caused a copy of the following:

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTIONS BY WILMINGTON TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR ESTIMATION AND TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018 [D.I. 7487]**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 18th day of January, 2011.

_____
Notary Public
My Commission Expires: 7/23/12

[Notary Seal: KIMBERLY A. BECKER, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES JULY 23, 2012]

{698.001-W0012463}

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

*Via Hand Delivery*
(Counsel to Wilmington Trust Company)
William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Facsimile: 212-209-4801

*Via Hand Delivery*
(Counsel to Deutsche Bank Trust Company Americas)
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Deutsche Bank Trust Company Americas)
David Adler, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
Facsimile: 212-609-6921

*Via Hand Delivery*
(Counsel to Law Debenture Trust Company of New York)
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Law Debenture Trust Company of New York)
David Rosner, Esq.
Andrew K. Glenn, Esq.
Sheron Korpus, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Facsimile: 212-506-1800

{698.001-W0012426.}