IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 14th day of January, 2011, she caused a copy of the following:

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO DEBTORS' RESPONSE TO WILMINGTON TRUST COMPANY'S
MOTION FOR (I) ESTIMATION OF THE PHONES CLAIMS AND (II)
CLASSIFICATION OF PHONES CLAIMS PURSUANT TO BANKRUPTCY RULE 3013
[D.I. 7511]**

to be served upon the parties identified on the attached list in the manner indicated.

                                                            */s/ Frances A. Panchak*
                                                            Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 18th day of January, 2011.

                                                            */s/ Kimberly A. Becker*
                                                            Notary Public
                                                           My Commission Expires: 7/23/12

KIMBERLY A. BECKER
COMMISSION EXPIRES
JULY 23, 2012
NOTARY PUBLIC
STATE OF DELAWARE

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

*Via Hand Delivery*
(Counsel to Wilmington Trust Company)
William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Facsimile: 212-209-4801

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via Hand Delivery*
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

{698.001-W0012426.}