## CERTIFICATE OF SERVICE

I certify that on the 18th day of January 2011, a copy of the foregoing was served by facsimile, on:

David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: 425-6464

David J. Bradford, Esquire.
Catherine L. Steege, Esquire
Andrew W. Vail, Esquire
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Facsimile: (312) 840-7375

---
Thomas G. Macauley (I.D. No. 3411)

2870605.1