UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SPRINT NEXTEL'S MOTION TO AMEND THE DEBTORS' SCHEDULES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1009(a)**

Sprint Nextel hereby submits this Motion to Amend the Debtors' Schedules Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) (the "Motion") and in support thereof states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The basis for the relief requested herein is Rule 1009 of the Federal Rules of Bankruptcy Procedure, which provides that "On motion of a party in interest, after notice and a hearing, the court may order any voluntary petition, list, schedule, or statement to be amended and the clerk shall give notice of the amendment to entities designated by the court." Fed. R. Bankr. P. 1009(a).

3. On December 8, 2008, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4. Property of the Debtors' estates includes a PCS Site Agreement dated November 21, 1996, between Sprint Spectrum L.P., an affiliate of Sprint Nextel, and Channel 20, Inc., a Debtor (Case No. 08-13147). On or about March 31, 2006, Sprint Spectrum Realty Company LP, successor in interest to Sprint Spectrum L.P., and Channel 20, Inc., entered into a First

Amendment to PCS Site Agreement (collectively, the "Connecticut Contract"). The Connecticut Contract is a lease which will expire in November of 2035.

5. Property of the Debtors' estates also includes a Lease Agreement dated April 5, 2001, between UbiquiTel Leasing Company and Sinclair Media II, Inc. (the "Indiana Contract" and together with the Connecticut Contract, the "Contracts"). A Sprint Nextel affiliate is the successor in interest to UbiquiTel Leasing Company, and, upon information and belief, Tribune Broadcast Holdings, Inc., a Debtor (Case No. 08-13222) is the successor in interest to Sinclair Media II, Inc. The Indiana Contract will expire in April of 2026.

6. On or about April 13, 2009, the Debtors filed their Schedules. The Contracts described above are not listed on the Debtors' Schedules. Subsequent amendments to the Debtors' Schedules have not corrected these omissions.

7. Approximately 7 months ago, Sprint brought these omissions to the attention of the Debtors. Debtors' counsel investigated and determined that the Contracts were not scheduled, erroneously. Debtors' counsel then agreed and repeatedly confirmed, in email communications dated August 3, 2010, and September 14, 2010, to amend the appropriate Schedules to list the Contracts.

8. More recently, however, Debtors' counsel stated in an email communication that the Debtors would not amend the Schedules and that the Contracts would "ride through" the Debtors' proposed plan of reorganization which provides for all executory contracts to be assumed unless specifically rejected. Sprint submits that this conclusion is inaccurate, as the Contracts are not listed on the Debtors' Schedules and so they are not a part of the record in the bankruptcy cases to ride through.

9. The Debtors' plan is subject to competing plans and it is important that the inventory of estate property and the Schedules be accurate. Nonetheless, the Debtors no longer

appear willing to correct the acknowledged errors in their Schedules, even when advised that Sprint would file this Motion if they did not do so.

10. Bankruptcy Rule 1009(a) allows a party in interest to file a Motion for an order directing the Debtors to amend their Schedules. The Contracts are unexpired leases of the Debtors. Accordingly, Schedule G of Channel 20, Inc. (Case No. 08-13147), should be amended to include the Connecticut Contract, and Schedule G of Tribune Broadcast Holdings, Inc. (Case No. 08-13222), should be amended to include the Indiana Contract.

WHEREFORE, for the reasons described above, Sprint requests that the Court grant this Motion, and grant such other and further relief that the Court deems appropriate.

Dated: January 18, 2010

Respectfully Submitted,

_[signature]_

Sherry Ruggiero Fallon (Bar ID #2464)
Tybout, Redfearn & Pell
750 Shipyard Dr., Suite 400
P.O. Box 2092
Wilmington, DE 19899-20922
Telephone: (302)658-6901
Facsimile: (302)658-4018
Email: sfallon@trplaw.com
        and
David I. Swan, Esq.
Allie M. Raether, Esq.
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050
dswan@mcguirewoods.com
araether@mcguirewoods.com

*Counsel for Sprint Nextel*