UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 Cases ) |
| TRIBUNE COMPANY, et al. | ) Case No. 08-13141 (KJC) ) (Jointly Administered) |
| Debtors. | ) Hearing Date: February 8, 2011 at 1:00 p.m. ) Objection Deadline: February 1, 2011 at 4:00 p.m. |

### NOTICE OF SPRINT NEXTEL'S MOTION TO AMEND THE DEBTORS' SCHEDULES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1009(a)

TO: (i) the Office of the United States Trustee; (ii) counsel for the Debtors and Debtors-in-Possession; (iii) counsel for the Committee; (iv) counsel for the administrative agents for Tribunes' prepetition loan facilities; (v) counsel for the administrative agent for the Debtors' postpetition financing facility; and (vi) all parties requesting notice pursuant to Bankruptcy Rule 2002

PLEASE TAKE NOTICE that on January 18, 2011, Sprint Nextel filed the its Motion to Amend the Debtors' Schedules Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the Bankruptcy Court on or before **February 1, 2010 at 4:00 p.m.** At the same time, you must also serve a copy of any response on the undersigned Counsel. Failure to make a timely objection may result in the Motion being granted without a hearing.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion

will be held on **February 8, 2011 at 1:00 p.m.** before the Honorable Kevin J. Carey at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

January 18, 2011               By: _____
                                   Sherry Ruggiero Fallon (Bar ID #2464)
                                   Tybout, Redfearn & Pell
                                   750 Shipyard Dr., Suite 400
                                   P.O. Box 2092
                                   Wilmington, DE  19899-20922
                                   Telephone: (302)658-6901
                                   Facsimile: (302)658-4018
                                   Email: sfallon@trplaw.com

                                          and

                                   David I. Swan, Esq.
                                   Allie M. Raether, Esq.
                                   McGuireWoods LLP
                                   1750 Tysons Blvd., Suite 1800
                                   McLean, VA 22102
                                   Tel: (703) 712-5000
                                   Fax: (703) 712-5050
                                   dswan@mcguirewoods.com
                                   araether@mcguirewoods.com

                                   *Counsel for Sprint Nextel*

\28175404.2