UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER AMENDING THE DEBTORS' SCHEDULES

Sprint Nextel having filed a Motion to Amend the Debtors' Schedules Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) (the "Motion"),[1] the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and Hearing thereon has been given and that no other or further notice or hearing is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtors shall amend their Schedules as appropriate to include the Connecticut Contract and the Indiana Contract.

DATED: _____    _____
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in Sprint Nextel's Motion.