# EXHIBIT 1

## Tribune Nineteenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Bostwick & Jassy LLP[3]<br>12400 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90025<br>Contact: JP Jassy | First Amendment and business law litigation counsel | $48,000 |
| Holmes Roberts & Owens LLP<br>560 Mission Street<br>25th Floor<br>San Francisco, CA 94105<br>Contact: Roger Myers<br>Email: roger.myers@hro.com | Litigation counsel to the *Los Angeles Times* | $5,000 |
| Howrey LLP[4]<br>321 North Clark St., Suite 3400<br>Chicago, IL 60654<br>Contact: Steven Yovits | Patent counsel (offensive and defensive litigation and ongoing patent opinion work) | $45,000 |
| Steptoe & Johnson LLP<br>201 E Washington St<br>16th Floor<br>Phoenix, AZ 85004<br>Contact: David Bodney<br>Email: dbodney@steptoe.com | Litigation counsel to the *Los Angeles Times* | $45,000.00 |
| Van Pelt, Yi & James LLP<br>10050 N Foothill Blvd<br>Suite 200<br>Cupertino, CA 95014<br>Contact: William James<br>Email: wjames@ip-patent.com | Intellectual Property counsel for California operations | $20,000.00 |
| Webster Powell<br>320 West Ohio<br>Suite 501<br>Chicago, IL 60654<br>Contact: James Webster<br>Email: jwebster@lawwp.com | Illinois Liquor Law counsel | $10,000.00 |

---

[3] Bostwick & Jassy LLP was previously retained as an Ordinary Course Professional with a monthly cap of $15,000. (Docket No. 227.)

[4] Howrey LLP was previously retained as an Ordinary Course Professional with a monthly cap of $20,000. (Docket No. 227.)