## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that on January 18, 2011, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

*/s/ Amanda M. Winfree*
Amanda M. Winfree (#4615)

{00074510;v1}

| | |
|---|---|
| **VIA HAND DELIVERY**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| **VIA HAND DELIVERY**<br>ZUCKERMAN SPAEDER LLP<br>THOMAS G. MACAULEY, ESQ.<br>VIRGINIA WHITEHALL GULDI, ESQ.<br>919 MARKET STREET, STE 990<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ZUCKERMAN SPAEDER LLP<br>GRAEME W. BUSH, ESQ.<br>JAMES SOTTILE, ESQ.<br>1800 M STREET, NW, STE 1000<br>WASHINGTON, DC 20036 |
| **VIA HAND DELIVERY**<br>BLANK ROME LLP<br>DAVID W. CARICKHOFF<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>JENNER & BLOCK LLP<br>DAVID J. BRADFORD<br>ANDREW W. VAIL<br>353 NORTH CLARK STREET<br>CHICAGO, IL 60654 |