## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**IN RE:**

**TRIBUNE COMPANY, et al.,**

**Debtors**

**Chapter 11**

**Case No. 08-13141 (KJC)**

**Jointly Administered**

---

### Kevin Millen Response to Debtor's Ludicrous and Venal Way of trying to
### Destroy Mr. Kevin "Successful" Millen life, I Object to the Tribune Company Disclosure, Specific, Plans of Reorganization with this Responsive Statement...

---

With the paperwork that was submitted by me, Kevin Millen, is very

pertinent in making a just decision on the case. I will show that the Hartford

Courant has heinously destroyed my integrity and will most definitely be

considered a vital part of the conspiracy to attempt to murder me, Kevin Millen.

The reason I am incorporating this is because numerous papers have violated the

law and the constitution of the United States of America. The first amendment of

the constitution states, "*Congress shall make no law respecting an establishment of

religion, or prohibiting the free exercise thereof; or abridging the freedom of

speech, or of the press; or the right of the people peaceably to assemble, and to

petition the Government for a redress of grievances.*" Now with this amendment, I

will show that my freedom of the press was violated. The reason my freedom of

press was violated was because the press all over the world have put false information in the paper. If you refer to the debtor's objection you will see Government of the District of Columbia, Department of Corrections Sheet. The debtor has shown numerous other cases as well, but the Judge knows about the FBI statutes and what they investigate and those bogus courts will soon go under Federal Investigation. The statute this case falls under is 4. Public Corruption, Government Fraud, 5. Civil Rights, Hate Crimes, Color of Law. Referring back to the Correction sheet it has a crime line and states, *"threats/unlawful entry."* This would be under the debtor exhibit to try to stop the claim. This is relevant proof to show that article which was written by the Hartford Courant is bogus and not nice. The Hartford Courant States, *"Former Hoya Charged With Stalking Thompson."* This is an unjustified and not a credible article, because no where do I have a stalking charge on the crime section. This would be the first of many reasons why the court should not allow the Hartford Courant to win and must side with Kevin Millen because this could be considered a conspiracy to attempt to murder me, Kevin Millen.

The previous Court has abused the process of law and this court does not have to do what the other courts have done. Abuse of process is *"the use of legal process by illegal, malicious, or perverted means. Examples include serving (officially giving) a complaint to someone when it has not actually been filed, just*

*to intimidate an enemy, filing a false declaration of service (filing a paper*

*untruthfully stating a lie that someone has officially given a notice to another*

*person, filing a lawsuit which has no basis at law, but is intended to get*

*information, force payment through fear of legal entanglement or gain an unfair or*

*illegal advantage.*" This is what the court has done to me, but they want me to

seem like I have abused the process. All I have done was take the law to use it for

the betterment of myself. This is hampering me from becoming gainfully

employed in the United States of America. First, the defendant states that I fail to

make a claim for which relief can be granted. Now Your Honor failure to make a

claim states, "A motion to dismiss a claim under <u>Federal Rules of Civil Procedure</u>

<u>12(b)</u> is a motion to dismiss a lawsuit based on lack of subject matter jurisdiction,

lack of jurisdiction over the person, improper venue, insufficient process,

insufficient service of process, failure to state a claim upon which relief can be

granted or failure to join parties." I do not meet any of these criteria. This is the

argument used many times Your Honor. The debtor is obviously venal because

didn't the court first say I filed to many claims forms. Also, doesn't the attachment

show reasoning and the first brief show reason for a valid claim. What is

substantially true? The word substantially is an adverb. It cannot describe true.

So Your Honor, is the debtor trying to persuade the court to side with a person who

does not use the right grammatical words. Last, the debtor tries to say that they are

protected by some news report right but I do not see a law, statute, or clauses describing what he/she is talking about. Your Honor, the debtor needs to pay the amount asked for in the numerous claim forms because it was done with malicious intent and very heinous.

The claim is lawful and should not be objected to under 502(b) of the United States Bankruptcy Code, Title 11. 502 (b) states, "*Except as provided in subsections (e)(2), (f), (g), (h) and (i) of this section, if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, ...*" The court has been shown all the proper paperwork and should feel that that Tribune Company should have to pay the claim for writing false truth's about the court. We also can use Bankruptcy Code 3001(b)(d)(f). With this objection to the Tribune Company, I have used the Bankruptcy Code to show and prove that the claim is valid and worthy, of being filed in this superior Bankruptcy Court. Last, I will use the brief and attachments submitted by the opposing party to show that they have all the valid information and should not dispute the pertinent information that has been shown with due diligence of law.

### *STATUS OF CASE AND JURISDICTION*

1. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. An additional Debtor, Tribune CNLBC, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009. I believe I filed an objection because the time limit to file a claim had surpassed.

2. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). {Docket 43, 2333}

3. The Debtors' have continued in possession of their respective properties and have continued to operate and maintain their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On December 18, 2008, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Committee"). No request has made for the appointment of a trustee.

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. ss 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. ss 157 (b)(2). Venue is proper in this Court pursuant to 28 U.S.C. ss 1408 and 1409.

The statutory predicates for the relief sought herein are section <u>502 (b)</u> of

the <u>Bankruptcy Code and the Bankruptcy Rules 3001, 3003, and 3007.</u>

8. The Court has jurisdiction over this matter notwithstanding Mr. Millen's

pending appeal of this Court's Order sustaining the Debtors' Fourth

Omnibus Objection (Non-Substantive) to claims entered on October 2,

2009 {Docket NO. 2271}. Given the fact that this Court Order

Sustaining Debtors' Fourth Omnibus Objection to Claims in no way

affected the validity or amount of the Millen Claims, the Court's Order

was not a final or appealable order with respect to Millen Claims and Mr.

Millen does not have standing to assert and appeal of such Order. As you

have read your honor the court sustained my objection and with this

comes the order to pay the cost. The court needs to enforce the law for

the Tribune Company to pay the cost because it is appealable when the

Debtors' is trying to duck paying me (Kevin Millen) what is owed for

these vicious lies that have been portrayed by the paper. Rule 54(b)

provides that if a case involves separate claims for relief or multiple

parties, a federal district court can certify as final an order disposing of at

least one claim as to at least one party even if other claims remain against

that party or against other parties in the case. Once again your honor the

appeal was relevant and needs to be address in the proper court because

the Tribune Company needs to pay the cost for ruining my great and valued name.

### INFORMATION CONCERNING THE MILLEN CLAIMS

7. The underlying pro se Connecticut Superior Court action upon which the Millen Claims are based was filed on November 17, 2008, shortly before the Petition Date. In the complaint (the "Complaint"), Mr. Millen contends that he "has been falsely accused" by a three-sentence Hartford Courant newspaper article published in November 1998 concerning the circumstances of his arrests at that time. A copy of the Complaint is attached hereto as Exhibit B and is also substantially reproduced in the supporting documentation attached to the first of the four Millen Claims, Claim No. 526. The Courant article attached to the Complaint reported as follows:

> Former Hoya Charged With **Stalking Thompson**
> A Former Georgetown basketball player accused of stalking and making threatening phone calls to coach John Thompson was ordered held for preliminary psychiatric evaluation, WTOP-AM in Washington reported Wednesday. Kevin Millen, who played for Georgetown in 1991-1995, appeared in District of Columbia Superior Court after being detained by University Police Monday. The arrest warrant stated Millen

was upset over job opportunities arranged by {Thompson that hadn't panned out}.

Now we must know look at some Connecticut law on why this is illegal and the most important D.C. law that shows why these statements are not true.  In Connecticut this would be a violation of the 6th amendment.  The amendment states, "*In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.*"  This also would be a violation of the 8th amendment as well.  The law states, "*Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.*"  This would be considered cruel and unusual because there is not any evidence for what the Hartford Courant is writing.  Now how could I even get a fair shake in Connecticut with someone putting a pre-mediated idea in the people of Connecticut's mind?  Next, I will show the rule of law in Washington D.C. that clears my name totally.  D.C. Code 22-404, if no court order is present then there is not a stalking charge.  Has anyone seen a court order signed by anyone from Georgetown University?  So who is the culprit behind

all these vicious lies that should have been forced to pay in the first round?  So
basically did I even break any law of Washington D.C.  The <u>D.C. code</u> paperwork
<u>16-1003</u> should be on file before the paper even takes time to put this bogus
information on file, is there any copies of this information.  Please allow me the
great win.  The exceptions are as follows:

| Constitutionally Protected Activities Exempted? | Yes; conduct by a party to a labor dispute in furtherance of labor or management objectives in that dispute |
| --- | --- |

This comes from the newspaper, "The City Paper", it states, "According to his
former attorney, Celicia Hoover-Hankerson, Millen had telephone conversations
with Thompson from Memphis about possibly getting an administrative position
with either the Washington Bullets or the Georgetown athletic department. When
neither job came through, says Hoover-Hankerson, "that set something off."" So I
meet the exception to the rule.  ***August 2-8th 2002***.  Since opposing counsel wants
to show other articles I will show another article that shows how I am right and the
other courts need to be exposed for an attempted murder of Kevin Millen.

8.  Also attached to the Complaint are intake sheets from the District of
Columbia Department of Corrections, one for each of his two arrest at the

time the Courant article was published. These documents state that Mr. Kevin Millen was arrested on November 4th, 1998 and formally charged with (i) making threats to John Thompson and/or his staff members and (ii) unlawfully entering the Georgetown University Campus. After being released on bond, Mr. Millen was arrested less than a week later on November 9th, 1998 for unlawfully entering campus. {See Opposition Brief for more paperwork on issue}

9. Against the backdrop, the Complaint alleges that Mr. Kevin Millen "has been falsely accused" and that " the Hartford Courant input lies to defame" him, because he "has never been charged or copped to a stalking charge. The law of libel and slander states, "The law of Libel & Slander in Civil and Criminal Cases we see it talks about publications. Subsection 25 states, "Everyone who request, procures or commands another to publish a libel is answerable as though he published it himself… Fogg v. Boston & L.R. Co. (Mass.) 20 N.E. Rev. 109." The Court opposition paper states on page 6 that the incident happened on the 3rd of November. This gives the paper 2 full days to get logical information so that the court would not be involved in this civil suit for invalidity of claim.

10. The Complaint asserts, without specifics, that "this is hampering {him} from getting jobs" and "has made mankind despise {him}. The relief requested in the Complaint, which is likewise asserted by each of the Millen Claims, is $250,000.00, "a 15% share of the newspaper annual gross", and "a monthly income of $4,500.00. The Millen Claims offer no basis whatsoever for the calculation of damages sought, and instead state that "What I would like the court to do is allow the paper the opportunity to make up for its mistakes… but being greedy is not the purpose for me." Now Your Honor, a person life valuation is hard to calculate. I know that I probably could get more but I just need this amount of money because numerous cases have been filed and a little money from each party will help me to live a better life. The people must do not understand that this causes mental anguish, pain and suffering from not being able to get a job. I have not submitted all those orders stating I will not be hired. If the court feels that I should then I will. If you type Kevin Millen in the Google bar you will see a job posting about not hiring Kevin Millen for an article printed in the news paper in Louisiana. So the court probably understand the grief, I have gone through and know that faulty writing can damage a person reputation and opportunity for employment.

### *Relief Requested*

11.        Once you read the opposition relief requested you will see that I am

totally right. I will be using 502(b) of the Bankruptcy Code Rules 3001, 3003,

and 3007, because they show that I have the right to file a claim. 3001 {d}

states, "If a security interest in property of the debtor is claimed, the proof of

claim shall be accompanied by evidence that the security interest has been

perfected." 3001 {f} states, "A proof of claim executed and filed in accordance

with these rules shall constitute prima facie evidence of the validity and amount

of the claim." 3007 states, "(e) **Requirements for omnibus objection** An

omnibus objection shall: (1) state in a conspicuous place that claimants

receiving the objection should locate their names and claims in the objection;

(2) list claimants alphabetically, provide a cross reference to claim numbers,

and, if appropriate, list claimants by category of claims; (3) state the grounds of

the objection to each claim and provide a cross-reference to the pages in the

omnibus objection pertinent to the stated grounds; (4) state in the title the

identity of the objector and the grounds for the objections; (5) be numbered

consecutively with other omnibus objections filed by the same objector; and (6)

contain objections to no more than 100 claims. Did the opposing counsel

follow all of these steps to file an omnibus objection? The answer shows that

their objection needs to be overruled.

**(f) Finality of objection.**  The finality of any order regarding a claim objection included in an omnibus objection shall be determined as though the claim had been subject to an individual objection." Does the opposition meet these criteria because it seems to me there is no validity to opposition objection and the court should allow the claim forms to be presented and award the amount asked for in the claims forms.

### *Applicable Law*

12.   Claim" in bankruptcy is defined as: (A) a right to payment, whether or not reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (B) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured. 11 U.S.C. § 101(5). "Debt" is defined as a liability on a claim. 11 U.S.C. § 101(12). Claims "arise" for bankruptcy purposes when (1) all "transactions" or acts necessary for liability occur, and for government claims, (2) there is some prepetition relationship, "such as contact, exposure, impact, or privity" between the United States and the debtor such that the government is able to "fairly contemplate" that it might have a claim against the debtor. See Epstein v. Official Committee of Unsecured Creditors of Estate of Piper Aircraft Corp., 58

F.3d 1573 (11th Cir. 1995);  The lawyers have not shown the court any

information that is relevant to stopping the case, so the summary judgment should

be dismissed and Mr. Kevin Millen claim be granted.  A moving party discharges

his burden by demonstrating that there is an absence of evidence to support the

non-moving party's case. Celotex 477 U.S. at 325.  When moving for a relief from

stay, "{t}he moving party must first establish a prima facie showing of 'cause' in

order for relief from the stay to be granted.  In re Paxson Elec. Co., 242 B.R. 67, 70

(Bankr. M.D. Fla. 1999)(signaling In re Cummings, 221 B.R. 814, 819 (Bankr.

N.D. Ala. 1998)).  In Debtors brief we see that they are trying to use 11 U.S.C.

362(b)(1) as the basis to get the claim stopped saying that I am wrong.  The law

states, "11 U.S.C. ss 362 (b)(1) the filing of a petition under subsection 301, 302,

303 of this title, or of an application under section 5(a)(3) of the Securities Investor

Protection Act of 1970, does not operate as a stay--we see that under subsection (a)

of this section, of the commencement or continuation of a criminal action or

proceeding against the debtor." This is a criminal action because it is false

information which under law would be considered, *perjury*.  We can refer to the

text of one my motions to show that Connecticut is for the people. The text states,

"The Elements of Malice in the Law of Libel in Connecticut, Yale Law Journal we

see that the Chief Justice wrote these powerful words. "A libel is a malicious

defamation in printing or writing, by signs or pictures, tending to injure the

reputation of another; and everything written or published concerning another renders him ridiculous, exposes him to public hatred or contempt and tends to hindered mankind from associating with him is actionable." The article has made mankind despise me. The fact is that this is defamation of character. The fact is that this is slander and the paper did not even contact me to justify the article. We can look at the case of <u>Corrigan vs. Bobbs-Merrill Co. (1920) 228 N. Y. 58 126 N. E. 260, 10 A.L.R. 662,</u> which is about defamatory statements and false writings. If we use the case of <u>Mazzucco vs. Knall Coal & Oil Co. Inc., 374 A.2d 1047, 172 Conn. 355,</u> it states I have to have to proof to win." The Connecticut Constitution also states, "SEC. 1. *All men when they form a social compact, are equal in rights; and no man or set of men are entitled to exclusive public emoluments or privileges from the community. SEC. 2. All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit; and they have at all times an undeniable and indefeasible right to alter their form of government in such manner as they may think expedient.*" So Connecticut gives the Power to the People in the 1st and 2nd article of the Constitution. If we look at <u>11 362 (b)(2)(a),</u> it states "of the commencement or continuation of a civil action or proceeding." It seems counsel is telling false truths to the court in writing. Next, we must focus on the prima-facie issue. A plaintiff can establish a prima facie case of race discrimination under Title VII by establishing that (1) he or she

belongs to a racial minority; (2) he or she applied and was qualified for a job for which the employer was seeking applicants; (3) he or she was rejected for the position despite his or her qualifications; and (4) the position remained open after his or her rejection and the employer continued to seek applications from other people with similar qualifications to the plaintiff. McDonnell Douglas v. Green, 411 U.S. 792, 802 (1973). In Texas Dept. of Community Affairs v. Burdine, 450 U.S. 248, 253 (1981), the Supreme Court stated that"[t]he burden of establishing a prima facie case of disparate treatment is not onerous." If we take me for instance, I have applied for numerous jobs and have not been accepted for any job. I belong to a racial minority which is I graduated from a top 25 university and many try to out do the ones that are not rich that graduated from such a place. I was qualified for numerous jobs and many overlook me because I have graduated from a top 25 university. I was rejected from numerous jobs mainly one that I knew was perfect for me to get the most out of all Memphis kids. Superintendent of the Memphis City Schools which is constantly going down and the position remained open until the void was filled. This helps me to establish a prima facie and also shows how the paper has misconstrued me because this is a major factor why I was not able to get this most prestigious job. They are so against me that these Board Commissioners selected a fool that allowed someone to come in as Chief of Security and cover-up rape charges and also other charges that have happened in

the Memphis City Schools.  Secondly, those two idiots have made the entire board

of education look weak because they were Miami punks.  A just Superintendent in

his first year would have first looked to see where the problem was and then adjust

to solve the problem. You can tell that they did not know what they were doing,

and the Memphis City Schools System is failing to meet the criteria.  This

establishes the prima-facie issue.  I have shown that I could not get employment

and also the writing from the paper has been submitted.  The Motions for Relief

should further be granted based on a balancing of the potential hardships:

> In making a determination of whether "cause" has been shown, a
> court must balance the potential hardship that will be incurred by
> the party seeking relief if the automatic stay is not lifted, against
> the potential prejudice to the debtor and debtor's estate.

Paxson, 242 B.R. at 70 (considering whether cause existed to lift the

automatic stay and allow the litigation to continue in state court, or whether the

court should resolve the issues in evidentiary hearing in bankruptcy court);

accord In re Aloisi, 261 B.R. 504, 508 (Bankr. M.D. Fla. 2001)("A court should

balance the prejudice to the debtor against the hardship to the moving party if

the stay remains in effect as well as consider the efficient use of judicial

resources, the location of witnesses, documents, and other necessary

parties."(emphasis added)  This seems to me that the lawyer is threatening the

judge to side with him because he has no win against me, Kevin Millen. We

know that this is a cause of action arising from a Chapter 11 case because it was

bound over to the bankruptcy court. "Truth is a complete defense to a claim of

defamation without regard to whether the one defamed consented to the

publication of those statements." Farrington v. Bureau of Nat. Affairs, Inc., 596

A.2d 58, 59-60 (D.C. 1991) This statement says it all, and the paper knows that

they wrote libelous articles and should have to pay for the cost of ruining a

productive individual life in America's society. The court is not trying to make

this an administrative issue and it is by law. Under 11 U.S.C. ss 503 (b)(1)(A)

it states, "the Bankruptcy Code provides for the payment of "administrative

expenses... including... the actual, necessary costs and expenses of preserving

the estate, including wages, salaries, or commissions for services rendered after

the commencement of the case[.]" The test used in this circuit in making the

determination of what is "actual" and "necessary" is known as the "benefit to

the estate test." "Under this test, a claimant must prove that the debt '(1) arose

from a transaction with the bankruptcy estate and (2) directly and substantially

benefited the estate.' " See Beneke Company, Inv. v. Economy Lodging

Systems, Inc. (In re Economy Lodging Systems, Inc.), 234 B.R. 691 (6th

Cir.BAP 1999) My situation arose from a transaction between the Tribune

Company and some source that told heinous lies.

If you see the paperwork that has been submitted in order to get a stalking charge you have to file paperwork signed by the stalker and the person whom is being stalked. There is none of this type of paperwork present so counsel, if he had done his research would have known that there is not any of this kind of paperwork. During counsel entire brief, he states, "their no evidence", to support any reasoning not to side with me, Mr. Kevin Millen. I am asking the court to grant the claim so that I will be able to move forward in my life.

### *Usually Claims are shown when they happen but I was Incarcerated Your Honor And Had No Idea What these Cowards were doing behind my back...*

13.    Two quotes by me are as follows, "Justice is the tool used to help all American's rich or poor return themselves to society as formidable citizens. Justice will not clear you if you misuse her, because she wants the law to help the righteous man; not the wicked friend." The second quote says, "Justice is the answer for the problem that has been created. So if you create a problem and run behind Justice, she will expose the problem and clear the person of the wrongs that he/she had been accused or convicted of in the court of law." These are sound quotes and will be true because the life that I'm living will be corrected because Justice is on my side. People are using Justice in the wrong way, but Justice will be served, because no wrong has been done by me, Kevin Millen. We see that the opposition is saying the same thing over and over again. The tolling issue is one

of the upmost importances because it is used when something is done behind your back. Discovery as well is one that used when a person has been defamed and did not know that defamation was happening. "SEC. 4. *Every citizen may freely speak, write and publish his sentiments on all subjects, being responsible for the abuse of that liberty.* SEC. 5. *No law shall ever be passed to curtail or restrain the liberty of speech or of the press.* SEC. 6. *In all prosecutions or indictments for libels, the truth may be given in evidence, and the jury shall have the right to determine the law and the facts, under the direction of the court.*" So now the court sees that the Connecticut Constitution states that you must not write false truths. The Connecticut defamation states, "*Sometimes it is not reasonably possible for a person to discover the cause of an injury, or even to know that an injury has occurred, until considerably after the act which causes the injury.*" Also, the tolling states, "*In addition to late discovery, it may be possible to avoid the harsh result of a statute of limitation by arguing that the statute has been "tolled". When it is said that a statute is "tolled", it means that something has stopped the statute from running for a period of time. Typical reasons for tolling a statute of limitations include minority (the victim of the injury was a minor at the time the injury occurred), mental incompetence (the victim of the injury was not mentally competent at the time the injury occurred).*" Now you see that the court did put in the paper that I was psychologically unstable so the court should award me the

tolling issue.  Siding with the other courts would constitute a conspiracy because the other courts violated numerous Federal Laws and the FBI has been informed of the heinous attempted murder of Kevin Millen by the court system.  Again, counsel is saying the same things and I have shown how I meet the criteria for claims and extra claim forms.

Your Honor if my crime was stalking the jail would have immediately put stalking on the paper.  If you look closely at the paperwork it states forensic.  So the court will not hold back any charges that are valid to the charges that have been presented.  The Court will charge a person with a crime and it must be proved beyond reasonable doubt.  I know that opposing counsel feels that they did a great job but there is still no proof of the charges that were presented and the court should not allow me to be misconstrued.  We can refer to the beginning quotes because they are pertinent in today's life.

14. Since the Hartford Courant article was defamatory, the fair reporting privilege protects "the publication of defamatory matter concerning another in a report of an official action or proceeding or of a meeting open to the public that deals with a matter of public concern…if the report is accurate and complete or a fair abridge of the occurrence reported." Burton v. Am. Lawyer Media, Inc. 83 Conn. App. 134, 137-38 (2004)(citing 3 Restatement (Second), torts Report of

Official Proceeding or Public Meeting, ss 611, p. 297 (1977)). Stalking, threats and unlawful entry are totally different charges. Stalking in D.C. is a felony. A threat is a misdemeanor. So the paper has heinously charged me with a crime that has never happened. I never threatened anyone and their still is not any proof of that claim. This would be considered malice. Burton, 83 con. App. At 138. The claim support all legit reasoning to show that the paper has defamed my name and the claim should be paid by the Tribune Company. Counsel legal knowledge is not a reason for him to try to make a mockery of the United States legal system. Moon v Newsome 863 F.2d 835, 838 (11th Cir. 1989)(noting that {n}o one should be permitted to misuse the courts with impunity{,}." Counsel is abreast of the law and is trying to run Mr. Kevin Millen off with a lot of legal talk. Well, Mr. Kevin Millen, has never run from anyone and my body hurts so bad, that I can't run because of a terrible accident. Mr. Kevin Millen has never disregarded a court order, and will constantly answer to the court when needed.

Wherefore, the reasons are above and the Tribune Company has not related any relevant information to stop the claim it should be paid. The court should not stop me, Kevin Millen, from moving forward in life and by the Bankruptcy laws and codes I have shown that the Court should side with me in this win of the case. The opposing attorney wants the court to make this court into a corrupt court system and not abide by the law. I hope that this court mediates the

case in a just way because Justice should be served. The court should also send the FBI into investigate why, the other courts are heinously disrespecting the constitution of the United States of America, in which they swore to uphold. None of the claims should be expunged and I (Kevin Millen) should receive all funds asked for in the claims section. "People will try to destroy you when you are right and they are wrong, especially when they have a higher ranking job than you. Only the strong will win, because the Good Lord will see you through, and a higher official than them, will make sure misery attacks their lives for covering up something that should have been corrected because some people are immature." Kevin Millen, to show the court the case of <u>Boles vs Cox 252 F. Supp. 173 {E.D. Tenn. 1966},</u> which states the rule, "Where there is jurisdiction over the subject matter and the person there is immunity, and even though a judge acts in excess of his jurisdiction the immunity remains...But where an act is done in clear absence of all jurisdiction and this is known to the judge ther is no immunity." <u>Thompson vs Heither F.2d 176 {6<sup>th</sup> Cir. 1956}.</u> Your Honor this would be a violation of the 14th amendment in the Constitution, 9, 10, and the 1st Amendment. This is the main reason the latter case had to come about Your Honor in the Supreme Court of the United States. We must look at the case of <u>Scheuer vs. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)</u> stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution", he "comes into conflict with the

superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him nay immunity from responsibility to the supreme authority of the United States. State Officials may be sued as individuals in ss 1983 actions. <u>Brokaw vs. Mercer County, 235 F.3d 1000 (7th Cir. 2000)</u>. The act was not a judicial act and could be looked at as a way to discredit my win of the 9th Congressional District. <u>Harris vs. Harvey, 605 F.2d 330 (7th Cir. 1979)</u>. The key words would be subject matter and jurisdiction to make sure the court has to pay the claim. The people have been taking great advantage of my family, and made my family go against the one whom would have stood up for them in the fight for American Justice. I will say the All American Family will not go down without a fight. The fight is with the legislation that has hampered numerous people involved with the governmental system. I believe that Tennessee doesn't want a ***Black Republican Senator,*** but this is what is needed to help my entire family. I believe if the next Governor doesn't straighten it all out, ***Kevin Millen will win the Senate seat of the Great State of Tennessee. I am announcing my win of the State of Tennessee today for the next election.*** The color issue doesn't matter, but in politics in the Great State of Tennessee it will play a major part. I was told to put my name in the hat to run for ***Governor,*** but the demographics did not seem right to me. I thought winning Memphis would

happen, but it did not pan out. I should have run for *Governor* or maybe I will run

for *Senator* of the State of Tennessee, because my family has no representation.

We have to live four more years with no representation. A famous quote by St.

Thomas Aquinas states, "To one who has faith, no explanation is necessary. To

one without faith, no explanation is possible." The reason I am choosing this

statement is because my complaint laid out all the facts and relevancy of the case.

This is not an explanation, this is a brief showing by law how I should be able to

receive a just award. Another quote states from Laura May Alcott," Conceit spoils

the finest genius. There is not much danger that real talent or goodness will be

overlooked long; even if it is, the consciousness of possessing and using it well

should satisfy one, and the great charm of all power is modesty." Many people

have overlooked me and I feel a time will come when I will be able to receive a

just compensation for doing the right thing. The next quote will come from

Bubois. It states, "Now is the accepted time, not tomorrow, not some more

convenient season. It is today that our best work can be done and not some future

day or future year. It is today that we fit ourselves for the greater usefulness of

tomorrow. Today is the seed time, now are the hours of work, and tomorrow comes

the harvest and the playtime." It is the time for me to win, because I have shown

how I was wronged and feel the court should allow me this great victory. I have

three more quotes from famous authors and two from pro-se indigent counsel

Kevin Millen, that says it all, your honor. The first quote is by Booker T. Washington. It states, "Most leaders spend time trying to get others to think highly of them, when instead they should try to get their people to think more highly of themselves. It's more wonderful when the people believe in their leader. It's more wonderful when the leader believes in their people. You can't hold a man down without staying down with him." This is so true. I would agree with St. Augustine that an "unjust law is no law at all," stated by Kevin Millen in a brief to the Chicago Courts. Are you all going to let the system fail because of heinous and vicious people whom want to abuse the power that is given to them, or lament terms a bunch of ignorant crackers and niggers whom make honest intelligent white and black people seem wrong? I think not. I believe this court will help and this will inspire more people to do the right thing on the job and in the world. So as John Quincy Adams states, "If your actions inspire others to dream more, learn more, do more you are a leader." The last two quotes are by me, Kevin Millen they show that ***Justice is Blind***. "Justice is the tool used to help all American's rich or poor return themselves to society as formidable citizens. Justice will not clear you if you misuse her, because she wants the law to help the righteous man; not the wicked friend." The second quote says, "Justice is the answer for the problem that has been created. So if you create a problem and run behind Justice, she will expose the problem and clear the person of the wrongs that he/she had

been accused or convicted of in the court of law." These are sound quotes and will be true because the life that I'm living will be corrected because Justice is on my side. As I close, I will show you pertinent quotes that will hopefully bring you on my team, produced by Kevin Millen. People are using Justice in the wrong way, but Justice will be served, because no wrong has been done by me, Kevin Millen. I (Kevin Millen) should receive all funds asked in this case. "People will try to destroy you when you are right and they are wrong, especially when they have a higher ranking job than you. Only the strong will win, because the Good Lord will see you through, and a higher official than them, will make sure misery attacks their lives for covering up something that should have been corrected because some people are immature." To close, your honor, I am in command of a one man army, navy, air force and marines, in the fight for American justice and to continue to be an *Honest, Successful, Intelligent American King*. "Success is beautiful when all people are able to be successful in the endeavor that they choose entails that you have to be honest and intelligent to succeed like the Good Lord intended everyone too…" This is another pertinent quote by world renowned activist for the betterment of the Governmental System, Kevin Millen. I have the law as the protector of me, and I know you will make sure the law helps me to win. Protection of the law has to be done by all, because this is how we are to survive and live. They were playing by law and now I must counter attack with the law.

So my friends, family, and enemies "when you play behind the back it makes it easier for every valued constituent indeed, because the tolling and discovery doesn't start until a person is abreast of the heinous material that you used to deceive and ruin this individual for life, indeed." The 2010 version of playing behind the back to get ahead, hopefully you enjoyed. In the movie, "Menace II Society" the people in that picture would be considered nuisances. I (Kevin Millen) used the court system to defend myself, T.C.A. 39-11-612 and should not be looked at as a Straight Up Menace II Society. *I am not a nuisance.* But the following people should read the state vs. ragghianti case because if you look at the definition of nuisance they meet the criteria. Nuisance means annoying thing or person, this also shows the District Attorney Office, Judges, Clerks aided those felons and now annoying me. They should have paid the claim to me, Kevin Millen, in the beginning. So after reading the brief you can refer back to the movie Boyz n' the Hood which states, "Either they don't know; I contacted them all and no answer; they don't show; the court system doesn't show up for me when I present the proper paperwork; or don't care about what's going on in the hood; The judge is just abusing the system to help those that are trying to steal my money in the bankruptcy setting. I really need the money and the judge should not overlook the complaint that has been laid out perfectly for the opposing attorney's, the clerks, and judge to see. They all would be violating the following law and the

courts should not award the people any money but make sure the people pay my claim first. The law for the attorney general is <u>42 U.S.C. 1983</u> is a federal statute that provides: **Every person who, under color of any [state law], subjects... any citizen of the United States** or other person within the jurisdiction thereof **to the deprivation of any rights, privileges, or immunities secured by the [United States] Constitution** and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress ...1983 enables plaintiffs to sue "persons" who, acting "under color of" state law, violate rights guaranteed by the U.S. Constitution."

**Kevin Millen**
**1704 Lanier Lane**
**Memphis, TN 38117**
**(901) 483-6619**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**IN RE:**                 :      **CHAPTER 11**

**Tribune Company,**          :

                            :      **BKY.NO. 08-13141 {KJC}**

## ORDER FOR BRIEF TO JUSTIFY CLAIM FORMS SHOULD BE GRANTED
## CLAIM SHOULD BE PAID THAT WAS PRESENTED BY KEVIN MILLEN, IMMEDIATELY

       And now, this 12<u>TH</u> day of <u>January</u>, 2011, upon consideration of Kevin Millen Brief, the court awards, Mr. Kevin Millen all money asked on the claim form presented to the court. Mr. Kevin Millen will be put first and wins his libel/tort case. No opposing counsel has produced sufficient evidence to show that the newspaper told the truth. This is affecting Mr. Kevin Millen life with these heinous and vicious lies. Mr. Kevin Millen legal knowledge and documents are superior in this case and shows that he has been defamed greatly and is due just compensation. The claims should be paid that have presented and attached...

*IT IS ON THIS* _____ *DAY OF* _____ *2011.*

Ordered that the Motion to be granted...

Ordered that a copy of this Order be served on all parties within 20 days of the date hereof...

_____

**HONORABLE Kevin J. Carey**

ED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
une Company Claims Processing Center
Epiq Bankruptcy Solutions, LLC
:R Station, P.O. Box 5069
:w York, NY 10150-5069

# PROOF OF CLAIM

| ane of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| THE HARTFORD COURANT COMPANY | 08-13211 (KJC) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

## THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 211026290*****
KEVIN MILLEN
1704 LANIER LANE
MEMPHIS, TN 38117

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 08-5025316-S
_(If known)_

Filed on: _Nov 08_

Telephone number:                    Email Address:

Your claim is scheduled by the Debtor as:

**UNSECURED
UNLIQUIDATED
DISPUTED**

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:                    Email Address:

---

1. Amount of Claim as of Date Case Filed: $ 250,000  15% thereof Company $4,500 a month

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. 503(b)(9). Please indicate amount entitled to 503(b)(9) $

2. Basis for Claim:  1. bel Islander / Kent
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _3 a 11_
   3a. Debtor may have scheduled account as:
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____    Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____ Basis for perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:

   $_____

   * Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

---

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. _(See instruction 7 and definition of "redacted" on reverse side.)_
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | *Delaware* | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: *Tribune Company* | Case Number: *08-13141-KJC* |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
*Kevin Millero*

**Name and address where notices should be sent:**
*Kevin Millero*
*17044 Lanier Lane*
*Memphis, TN 38117*

Telephone number: *901-483-6619*

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: *08-8025516-5*
*(If known)*

Filed on: *11/25/08*

**Name and address where payment should be sent (if different from above):**
*Kevin Millero*
*17044 Lanier Lane*
*Memphis, TN 38117*

Telephone number: *901-483-6619*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ *250,000.00*    *15% share of news profit*
*$1,500 monthly income. + annual raises*

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** *labor*
*(See instruction #2 on reverse side.)*

**3. Last four digits of any number by which creditor identifies debtor:** *3316*

**3a. Debtor may have scheduled account as:** *Amended*
*(See instruction #3a on reverse side.)*

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property:$_____  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: *1/16/09* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Kevin Mellen  Kevin Millero  17044 Lanier Lane Memphis, TN 38117* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT _____ | DISTRICT OF Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| Tribune Company | 08-13191-125C |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Kevin Millen | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: Kevin Millen 1304 Hamien Lane Memphis, TN 3847 Telephone number: 901-483-6619 | ☑ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor: 08-5025310-S | Check here if this claim ☐ replaces ☑ amends a previously filed claim, dated: 11/25/08 |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  Libel

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____ ____ ____
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

| **2. Date debt was incurred:** 11/25/08 | **3. If court judgment, date obtained:** none |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ 250,000.00  1590 Sheet of newspaper monthly gross $4,000 monthly Income

If all or part of your claim is secured or entitled to priority, also complete item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 02/23/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Kevin Millen   Kevin Millen |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

**PROOF OF CLAIM**

Name of Debtor Against Which Claim is Held | Case No. of Debtor

NOTE: ...

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,Txmun2) Txmun2 #: 4000000686******
KEVIN MILLEN
1704 LANIER LANE
MEMPHIS, TN 38117

Telephone number:                      Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _09-5025516-5_
(If known)

Filed on: _Nov. 08_
(date)

Name and address where payment should be sent (if different from above)

Kevin M.Hern
1704 Lanier Lane
memphis, TN 38117
Telephone number: 901-483-6619   Email Address: KSM-1873679@oo.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ _350,000_ _(5% share of newspaper_ _4,500 monthly_

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $

2. Basis for Claim: _Libel Slander Personal Injury Tort_
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _3141_
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $_____

   * Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

21. **The Hartford Courant** - November 5, 1998

### STARTING LINES

Former Hoya Charged With Stalking Thompson A former Georgetown basketball player accused of stalking and making threatening phone calls to coach John Thompson was ordered held for a preliminary psychiatric evaluation, WTOP-AM in Washington reported Wednesday. Kevin Millen, who played for Georgetown in 1991-95, appeared in District of Columbia Superior Court after being detained by university police Monday. The arrest warrant stated Millen was upset over job opportunities arranged by...

Purchase Complete Article, of 474 words

## COLLEGES

# Former Hoya is arrested

## Raleigh-Egypt grad accused of stalking

**NOTES**

# Maryland downs Aussies

**BASKETBALL**

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 1

DATE
PREPARED

(Mo. Da. Yr.)

| | Name (Last, first, middle) | MILLER KEVIN S. | Alias Used | Yes ☐ No ☒ | Aliases | |
|---|---|---|---|---|---|---|

CDF

| Prisoner Type | | D.C. ☒ Federal ☐ | Number of Previous Commitments | | Commitment Date 11-10-98 |
|---|---|---|---|---|---|

STILLWOOD D.

City MEMPHS   State TENN

| | ☐ White Male ☒ Negro Male | ☐ Other Male ☐ White Female | ☐ Negro Female ☐ Other Female | Birth Date 5-5-73 | Age 25 | Birth Place THNN |
|---|---|---|---|---|---|---|

| | ☐ Single ☐ Married | ☐ Divorced ☐ Separated | ☐ Widowed ☐ Unknown | Church | | |
|---|---|---|---|---|---|---|

Years of School 17   Occupation TEACHER

| Height 6'4 | Weight 180 | Eyes BRN | Hair BLK | Complexion BRN | |
|---|---|---|---|---|---|

Fingerprint Classification   Fingerprint Reference   Police I.D. No.   F.B.I. No.

Driver's License No. SAME   License State TENN   Social Security No. 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

| Latest Hourly Wage 6.25 | Detainer | ☐ Yes ☒ No | Cash Surrendered None |
|---|---|---|---|

| CASE NO. | CHARGE | BOND AND FURTHER HEAR. | DISPOSITION AND DATE |
|---|---|---|---|
| 76383-98 | Unlawful Entry | | WOR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | movement 11-11-98 Bo 12:30 pm | | Admin Cleared 12:55 PM |

| Release Reason | ☐ By Court ☐ Bond Paid | ☐ Fine Paid ☐ Expiration | Date | Released by | Date |
|---|---|---|---|---|---|

**Government of the District of Columbia**
**DEPARTMENT OF CORRECTIONS**

00059428

**CLOTHING, PERSONAL PROPERTY, AND CASH RECORDS NO.** _____

\*\*\*\*\*FORFEIT\*\*\*\*\*

Date **11/4/98** Name **MILLER KEVIN** DCDC# **279-116**

Charge **THREATS /UNLAWFUL ENTRY** Sentence **NO BOND**

## CLOTHING

| | | | |
|---|---|---|---|
| Belt | Hat | Scarf | Tie |
| Boots | Housecoat | Shirt | T-Shirt WHTE @ |
| Dress/Suit | Jacket TECHNO | Shoes | Sweat Shirt |
| Cape Blk Cap ? | Keys | Shirt | Sweat Pants ASSC |
| Change Purse | Misc. Papers | Slip | Wig |
| Coat | Pants | Socks | Other SHT y Shes |
| Dress | Permit | S.S. Card | Other |
| Handle | Page | Stockings | Other |
| Gloves | Raincoat | Sweater | Other |

## PERSONAL PROPERTY (Including Jewelry)

| | | | |
|---|---|---|---|
| Billfold | Earrings | Rosary | Other |
| Bracelet | Medallion | Tokens | Other |
| Check Book | Necklace | Watch | Other |
| Credit Cards | Rings | Other | Other |

Misc. Property Stored in Property Room _____

## CASH

I, **MILLER KEVIN** DCDC# **279-116** I had $ **01. SW** Certify that when received at the DC Jail on **11/4/98** cash and the property and clothing listed above. I fully understand any clothing or property unclaimed after fifteen (15) days of my commitment or returned by US Postal Service for any reason will be destroyed.

_____
**Inmate Signature**

_____
**Receiving Officers Signature**

No. _____

The D.C. Department of Corrections Detention Facility will not be responsible for any valuable worth more than fifty dollars ( $50.00).

(White - R&DRecords , Green - Property Office, Yellow - Records Office Gold - Shipping Inventory Pink - Inmate Copy )
Prisoner must keep a signed copy of this paper until released.

NO N° 00059428



Department of Intercollegiate Athletics

April 14, 2008

Dear Kevin

Thank you for your interest in the Head Men's Basketball Coach position at the University of Detroit Mercy.

The candidate pool for this position was extremely strong and you certainly added to the quality of the pool. However, we selected another candidate who best fit our current needs as the new Titan Men's Basketball Head Coach.

I wish you the best in your future endeavors.

Sincerely,

Keri Gaither
Director of Athletics

University of Detroit Mercy
Host Institution for the NCAA Men's Basketball 2008 Detroit Regional & 2009 Final Four

# City of  DIVISION OF HUMAN RESOURCES
# Memphis

_Employment Service Center * 125 N. Main, RM: 1B-33 * Memphis, Tennessee 38103 * (901) 576-6509_
February 6, 2008

Kevin Millen
1704 Lanier Lane
Memphis TN 38117

Dear Kevin Millen:

The opening for the position of **ADMINISTRATOR-DEVELOPMENT, J.O. #06-147-R1**, has been canceled. You are invited to call our Job Information Line at (901) 576-6548 to check on future openings.

Your interest is appreciated.

Sincerely,

Sr. Employment Analyst
Employment Service Center

# City of  **DIVISION OF HUMAN**
## RESOURCES
# Memphis

_Employment Service Center * 125 N. Main, RM; 1B-33 * Memphis, Tennessee 38103 * (901) 576-6509_

February 7, 2008

Kevin Millen
1704 Lanier Lane
Memphis TN 38117

Dear Kevin Millen:

Thank you for your interest in this position with the City of Memphis. We appreciate the opportunity of examining your credentials for the position of **SPECIALIST-CAREER CENTER, J.O. #07-172.**

We regret to inform you that you have not been selected for this position. We encourage you to keep in contact with our office in the event future, suitable openings might occur. You may want to check our Job Information Line at (901) 576-6548.

Thank you again for your interest and we wish you the best in your career endeavors.

Sincerely,

Employment Analyst
Employment Service Center

# WESLEYAN
# UNIVERSITY

John S. Biddiscombe
Chairman of Physical Education
Director of Athletics
Freeman Athletic Center
Middletown, CT 06459-0413
E-Mail: jbiddiscombe@wesleyan.edu
Tele: (860) 685-2895
Fax: (860) 685-2691



April 24, 2008

Mr. Kevin Millen
1704 Lanier Lane
Memphis, TN 38117

Dear Kevin:

I write to inform you that the Head Men's Basketball coaching position at Wesleyan University for which you applied has been filled.

There was a large pool of well-qualified applicants for the position making the final decision very difficult; however your interest in Wesleyan University and the coaching opening is greatly appreciated. I wish you the very best in your pursuit of your career goals.

Best Wishes,

John S. Biddiscombe

JSB:kwc



# Rhodes College
—1848—

HUMAN RESOURCES

April 12, 2005

Kevin Millen
4104 Stillwood Drive
Memphis, TN 38128

Dear Mr. Millen:

Thank you very much for your interest in our Groundskeeper position in the Grounds.

As with all of our job vacancies, we anticipated and received an impressive number of highly qualified applicants for this position. After careful review, we have selected another candidate to fill the position.

If we have a similar opening in the near future, we would be happy to consider you again or you may wish to apply for other positions which match your qualifications. To do so, you will need to contact our Human Resources office regarding our job vacancies and re-submit your application.

We appreciate your interest in employment with Rhodes College, and wish you success in your employment goals.

Sincerely,

Lori Von Bokel-Amin
Employment & Training Manager

# City of Memphis

**DIVISION OF HUMAN RESOURCES**

Employment Service Center * 125 N. Main, RM: 1B-33 * Memphis, Tennessee 38103 * (901) 576-6509

August 3, 2006

Kevin S. Millen
4104 Stillwood Drive
Memphis TN 38128

Dear Kevin S. Millen:

Thank you for your interest in this position with the City of Memphis. We appreciate the opportunity to examine your credentials for the position of **COORDINATOR-BUDGET MANAGEMENT, J.O.#: 06-052**.

We regret to inform you that you have not been selected for an interview for this position. We encourage you to keep in contact with our office in the event future, suitable opening might occur. You may want to check our Job Line at (901) 576-6548.

Thank you again for your interest and we wish you the best in your career endeavors.

Sincerely,

Sr. Employment Analyst
Employment Service Center

 **Shelby County Government**

A C Wharton, Jr.
*Mayor*

July 21, 2008

Mr. Kevin Millen
1704 Lanier Lane
Memphis, Tennessee 38117

Dear Mr. Millen:

Thank you for your letter expressing an interest in employment with Shelby County
Government.

Unfortunately, as I am certain you have heard through the news, we are not really in the
hiring mode at this time and, in fact, are actually laying off many of our valued
employees.

I might suggest that you check with a vocational counselor and discuss some of the
feelings you have with respect to why you can not maintain a job. A healthy attitude is
critical and in my humble opinion, as long as you approach possible job opportunities
with any negative thoughts in your mind, you are going to continue facing major hurdles.

I wish you the best in your vocational pursuits.

Sincerely,

A C Wharton, Jr.
Shelby County Mayor

ACW/drg



## *Certificate of Service*

I hereby certify that a true and exact copy of the foregoing was sent by the United States mail, postage prepaid, by Kevin Millen:

*United States Bankruptcy Court for the District of Delaware*
*824 North Market Street*
*3rd Floor*
*Wilmington, Delaware 19801*

*Sidley Austin LLP*
*James F. Conlan*
*Bryan Krakauer*
*Janet E. Henderson*
*Kenneth P. Kansa*
*Jillian K. Ludwig*
*Allison Ross Stromberg*
*One South Dearborn Street*
*Chicago, Illinois 60603*

*Cole, Schotz Meisel Forman & Leonard, P.A.*
*Norman L. Pernick*
*J. Kate Stickles*
*Patrick J. Reilley*
*500 Delaware Avenue*
*Suite 1410*
*Wilmington, Delaware 19801*

on this day 12th day of January, 2010.

*Kevin Millen*
*1704 Lanier Lane*
*Memphis, TN 38117*
*(901) 483-6619*