# EXHIBIT 5

**DRAFT**

## Protocol Relating to the Mediation Order

The following documents and/or communications are excluded from disclosure pursuant to the Order Appointing Mediator (Docket No. 5591) ("Mediation Order") and Delaware Local Rule 9019-5:

1. Mediation Statements, Ownership Statements, and any other document or information provided to Judge Gross in connection with the Mediation; provided, however, that documents and information prepared or created independent of the Mediation shall not be excluded from disclosure or deemed inadmissible merely because such documents or information also were provided to Judge Gross in connection with the Mediation.

2. Written or oral communications between a Mediation Party and Judge Gross, including without limitation e-mails and telephonic communications, at any point in time.

3. Any written or oral communications between a Mediation Party and another Mediation Party concerning the Mediation to the extent such communications were exchanged on any Mediation Day.

4. Any written or oral communications reflecting the substance of any discussions between or among Mediation Parties on a Mediation Day;or documenting any offers or counter-offers exchanged, or agreements reached, on a Mediation Day;

5. Written or oral communications between Judge Gross and the Examiner or the Examiner's professionals concerning the Mediation.

For purposes of this Agreement the term "Mediation" shall refer to the Mediation that took place pursuant to the September 1, 2010 Mediation Order. The term "Mediation Party"

shall have the meaning ascribed to it in Paragraph 2 of the Mediation Order.  The term "Mediation Day" shall mean the days on which Judge Gross convened a Mediation session among two or more Mediation Parties; specifically, September 26-27, October 3-4, October 8 and November 17, 2010[*subject to confirmation/supplementation*].  For the avoidance of doubt, only the documents and information specifically identified as such in items 1 through 5 above shall be excluded from disclosure and/or deemed inadmissible based upon the Mediation Order and/or Local Rule 9019-5.

### [Protocol Relating to the Document Depository Order

Admissibility and disclosure of Settlement Material, as that term is defined in the December 15, 2009 Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. 105(A) (the "Depository Order"), concerning the Mediation shall not be limited by the Depository Order.]

### [Rule 408 No Limit to Disclosure

Disclosure of Settlement Material and documents or information concerning the Mediation shall not be limited by Federal Rule of Evidence 408 or any similar law or rule.]