# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) Jointly Administered |
| Debtors. | ) Re: Docket No. 7522 |
| | ) <u>Hearing date</u>: January 24, 2011, at 11:00 a.m. (Eastern) |
| | ) <u>Objection deadline</u>: January 19, 2011, at 4:00 p.m. (Eastern) |

## DECLARATION OF JOSHUA M. MESTER IN SUPPORT OF OPPOSITION TO MOTION OF LAW DEBENTURE COMPANY OF NEW YORK TO COMPEL OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND HENNIGAN, BENNETT & DORMAN LLP TO PRODUCE DOCUMENTS

I, Joshua M. Mester, hereby declare that:

1. I am a partner in the law firm of Hennigan, Bennett & Dorman LLP ("HBD"), counsel to Oaktree Capital Management, L.P. ("Oaktree") and Angelo, Gordon & Co., L.P. ("Angelo Gordon"). I submit this Declaration in support of the Opposition To Motion Of Law Debenture Company Of New York To Compel Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., And Hennigan, Bennett & Dorman LLP To Produce Documents ("Opposition").

2. Except where otherwise indicated below, I have personal knowledge of the facts set forth in this Declaration, and if called and sworn as a witness, I could and would testify competently such facts.

3. In response to the request for production of documents to Oaktree, Oaktree searched its electronic records (a) for emails sent to a list of twenty-eight (28) different "domain names" representing institutions with which Oaktree personnel had material communications regarding Tribune and these cases; and (b) for internal emails and documents containing the term "Tribune," "Trib," or "TRB" and other terminology relevant to these cases. A copy of the search parameters used by Oaktree to gather documents for review is included as Exhibit 5 to the Declaration of Garvin McDaniel [D.I. 7533]. This search resulted in the compilation of

approximately 10,850 documents, generated during the period from December 15, 2009, through December 3, 2010, all of which have now been reviewed for responsiveness and privilege.

4. In response to the subpoena to HBD, HBD (a) collected every email maintained by one custodian (James Johnston) in his "Tribune" email folder; and (b) searched twenty-eight (28) domain names for the nine other HBD professionals who have had material involvement with respect to these cases. This search resulted in the compilation of approximately 14,450 documents, generated during the period from December 15, 2009, through December 3, 2010, which have now been reviewed for responsiveness and privilege.

5. I have participated, on behalf of Oaktree and HBD, in at least three meet and confer telephone calls with counsel to Law Debenture Trust Company of New York ("Law Debenture") to discuss, among other things, requests for production of documents issued by Law Debenture to Oaktree and the subpoena for documents issued by Law Debenture to HBD, among others. Those meet and confer calls were held on: January 11, 2011; January 12, 2011, and January 13, 2011.

6. During the meet and confer process, Law Debenture requested that Oaktree, Angelo Gordon, and HBD start their document search process anew, using ninety-five (95) separate search terms with no connectors or other limitations to gather responsive documents. Law Debenture's requested search terms include highly generic terms like "intercompany," "examiner," "disclosure statement", "mediation," "LBO," "projection," "recap*," "swap," "ucc," and even "trib*". While Law Debenture expressed some willingness to reduce the number of search terms, it never agreed to remove a single one of its demanded search terms during the meet and confer process and never provided any scaled down list.

7. On January 12, 2011, during a telephone call with Christine Montenegro and Matthew Stein, two of the attorneys representing Law Debenture, I told them that Oaktree would search its files for all documents between December 15, 2009 and December 3, 2010 containing any of "Tribune," "Trib," and "TRB". That search has yielded approximately 9,150 additional documents to be reviewed. During that call, I also advised them that HBD agreed to search the

- 2 -

terms "Tribune," "Trib," and "TRB" in all of the emails maintained by its lead lawyer on the Tribune engagement (Bruce Bennett). This search yielded approximately 4,600 additional documents to be reviewed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of January, 2011, at Los Angeles, California.

_____
Joshua M. Mester