IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
                                       :

In re:                               : Chapter 11
                                       : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,      : (Jointly Administered)
                                       :
                   Debtors.       : Re: Docket No. 7519
                                       : **Hearing Date: January 24, 2011 at 11:00 a.m.**
---------------------------------x

## DECLARATION OF MICHAEL J. RUSSANO

MICHAEL J. RUSSANO, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am an associate in the law firm of Davis Polk & Wardwell LLP ("Davis Polk"), counsel for JPMorgan Chase Bank, N.A. and JPMorgan Securities Inc. ("JPMorgan") in the above referenced cases.

2.     I make this Declaration in Support of JPMorgan's Response to the Noteholder Plan Proponents' Motion to Compel JPMorgan to Search for, Review and Produce Documents Responsive to Aurelius's First Request for the Production of Documents (the "Response").

3.     Attached as Exhibit 1 to this Declaration is a true and correct copy of the Memorandum dated December 24, 2010, setting forth JPMorgan's and Davis Polk's search protocols employed in connection with the LBO-Merits Production, the April Plan Production and the Settlement Plan Production, as those terms are defined in the Response.

4.     Attached as Exhibit 2 to this Declaration is a true and correct copy of the letter from Nancy Chung to Michael J. Russano, dated January 10, 2011, regarding Akin Gump

Strauss Hauer & Feld, LLP's ("Akin Gump") search parameters employed in connection with the May 10, 2010, production.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of the email sent from Deborah Newman to numerous counsel, dated December 18, 2010.

6. Attached as Exhibit 4 to this Declaration is a true and correct copy of the letter sent from Elliot Moskowitz to Deborah Newman, dated December 20, 2010, discussing a mutual exchange of search parameters.

7. Attached as Exhibit 5 to this Declaration is a true and correct copy of Aurelius' original email demand sent from Nancy Chung to Elliot Moskowitz and Benjamin S. Kaminetzky, dated December 29, 2010 (the "Email Demand").

8. Attached as Exhibit 6 to this Declaration is a true and correct copy of the email sent from Nancy Chung to Benjamin S. Kaminetzky, dated January 6, 2011, (the "Revised Email Demand") narrowing Aurelius' Email Demand.

9. Attached as Exhibit 7 to this Declaration is a true and correct copy of the email sent from Benjamin S. Kaminetzky to Nancy Chung, dated January 9, 2011, discussing Aurelius' further narrowed demand for documents from 2007 and 2008.

10. Attached as Exhibit 8 to this Declaration is a true and correct copy of the Notice of Appearance for the Ad Hoc Committee of Step One Senior Lenders, dated August 24, 2010 (Dkt. No. 5493).

11. Attached as Exhibit 9 to this Declaration is a true and correct copy of an excerpt of the December 11, 2009, transcript in *In re Lyondell Chem. Co.*, Case No. 09-01375 (REG) (Bankr. S.D.N.Y.).

12. Attached as Exhibit 10 to this Declaration is a true and correct copy of the email sent from Michael J. Russano to Nancy Chung regarding the Privilege Log Proposal and Document Search Results, dated January 10, 2011.

13. Attached as Exhibit 11 to this Declaration is a true and correct copy of the email sent from Michael J. Russano to Deborah Newman regarding the Privilege Log Proposal and Document Search Results, dated January 12, 2011.

14. Attached as Exhibit 12 to this Declaration is a true and correct copy of the email sent from Michael J. Russano to Deborah Newman regarding the Privilege Log Proposal and Document Search Results, dated January 13, 2011.

15. Attached as Exhibit 13 to this Declaration is a true and correct copy of the email sent from Deborah Newman to Michael J. Russano regarding the Privilege Log Proposal and Document Search Results, dated January 14, 2011.

16. Attached as Exhibit 14 to this Declaration is a true and correct copy of a chart reflecting the total number of documents resulting from Aurelius' proposed search terms for the period April 14, 2010 through December 3, 2010.

17. Attached as Exhibit 15 to this Declaration is a true and correct copy of JPMorgan's Proposed Order.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on January 19, 2011.

_____
MICHAEL J. RUSSANO