**EXHIBIT 1**

| | |
|---|---|
| New York | Madrid |
| Menlo Park | Tokyo |
| Washington DC | Beijing |
| London | Hong Kong |
| Paris | |

**Davis Polk**

Davis Polk & Wardwell LLP   212 450 4000 tel
450 Lexington Avenue        212 701 5800 fax
New York, NY 10017

**MEMORANDUM**

| | |
|---|---|
| Date: | December 24, 2010 |
| To: | Parties Entitled to Receive Disclosures Pursuant to Paragraph 35 of the Discovery and Scheduling Order For Plan Confirmation |
| Re: | In re Tribune: Electronic Search Parameters for JPMorgan Chase Bank, N.A. and Davis Polk & Wardwell LLP |

On behalf of JPMorgan Chase Bank, N.A. ("**JPMorgan**") and Davis Polk & Wardwell LLP ("**Davis Polk**"), we submit this memo pursuant to the agreement among the Parties during the December 23, 2010 meet-and-confer to exchange information regarding the search parameters employed in connection with the review and production of potentially responsive electronically stored information. By providing this information, neither JPMorgan nor Davis Polk waives or intends to waive any of its objections to the Requests for Production of Documents of Aurelius Capital Management, LP (the "**Aurelius Requests**") or the Requests for the Production of Documents of the Bridge Agent (the "**Bridge Requests**").

In addition to current efforts to respond to the Aurelius Requests and the Bridge Requests, JPMorgan and Davis Polk have previously engaged in substantial collection, review and production efforts in connection with Rule 2004 requests served by the Unsecured Creditors Committee, and in connection with document requests propounded by Wilmington Trust and the Bridge Agent related to the April Settlement. Because documents contained in those productions are responsive to certain of the requests propounded by Aurelius and the Bridge Agent, and although not expressly called for during the meet-and-confer, we have, in good faith, provided in this memo the relevant search information utilized in connection with those productions.

As to each collection effort, we have listed the date range, the custodians, and the parameters applied to the documents.

**I.     Search Parameters for Production to the Document Depository**

   *A.     Date Range*:

January 1, 2007 – December 20, 2007

1

*B.    Custodians:*[1]

| | |
|---|---|
| 1.  Robert Anastacio | 17.  Henry Higbie |
| 2.  Brit Bartter | 18.  Darryl Jacobson |
| 3.  Steve Black | 19.  Sheila Kahyaoglu |
| 4.  Douglas Braunstein | 20.  Rajesh Kapadia |
| 5.  Jim Casey | 21.  Natalia Klykova |
| 6.  Scott Campbell | 22.  John Kowalczuk |
| 7.  Alice Chen | 23.  James Lee |
| 8.  Yang Chen | 24.  Chris Linnerman |
| 9.  Jieun "Jayna" Choi | 25.  Don McCree |
| 10.  Peter Cohen | 26.  Andrew O'Brien |
| 11.  Patricia Deans | 27.  Jeff Sell |
| 12.  Jamie Dimon | 28.  Tesia Sommer |
| 13.  Travis Epes | 29.  Joachim Sonne |
| 14.  Andrew Gold | 30.  Gretchen Tonnesen |
| 15.  Ferdinand "Tony" Grimminck | 31.  Christian Walsh |
| 16.  Mark Guterman | |

*C.    Search Terms:*

| | |
|---|---|
| 1.  Tribune | 23.  "Duff & Phelps" |
| 2.  Trib | 24.  "D&P" |
| 3.  TRB | 25.  Nils |
| 4.  EGI | 26.  Larsen |
| 5.  Zell | 27.  FitzSimons |
| 6.  "Step 1" | 28.  Tower |
| 7.  "Step One" | 29.  Cantigny |
| 8.  "First Step" | 30.  "Chai Trust" |
| 9.  "Step 2" | 31.  EGI-TRB |
| 10.  "Step Two" | 32.  EGII |
| 11.  "Second Step" | 33.  "Equity Group Investments" |
| 12.  ESOP | 34.  GreatBanc |
| 13.  Chandler | 35.  McCormick |
| 14.  Grenesko | 36.  "Sam Investment Trust" |
| 15.  Osborn* | 37.  TESOP |
| 16.  "Equity Office Properties" | 38.  Foundation |
| 17.  S-Corp* | 39.  Foundations |
| 18.  "S Corp*" | 40.  Navigant |
| 19.  "Tranche X" | 41.  Bracewell |
| 20.  "Tranche B" | 42.  Flaschen |
| 21.  VRC | 43.  PHONES |
| 22.  "Valuation Research" | |

---

[1] Unless otherwise noted, all custodians listed in this letter are current or former employees of JPMorgan.

2

**II.    Search Parameters for Production in Response to Wilmington Trust's and Wells Fargo's Document Requests in Connection with the April Proposed Plan**

*A.    Date Range:*

December 15, 2009 – April 13, 2010

*B.    Custodians:*

| | |
|---|---|
| 1.  Donald Bernstein (Davis Polk) | 6.  Chris Nicholls (FTI) |
| 2.  Damian Schaible (Davis Polk) | 7.  Carlyn Taylor (FTI) |
| 3.  Pat Daniello (JPMorgan) | 8.  Mark Buschmann (Blackstone) |
| 4.  Miriam Kulnis (JPMorgan) | 9.  Flip Huffard (Blackstone) |
| 5.  Gerard Lawrence (FTI) | |

*C.    Search Parameters:*

All e-mails including any of the following domain names or specific e-mail addresses in the sender or any recipient field were collected.  No additional search terms were applied.

| | |
|---|---|
| 1.  zuckerman.com | 12.  lawdeb.com |
| 2.  chadbourne.com | 13.  akingump.com |
| 3.  moelis.com | 14.  angelogordon.com |
| 4.  alixpartners.com | 15.  wilmerhale.com |
| 5.  tribune.com | 16.  paulhastings.com |
| 6.  sidley.com | 17.  alvarezandmarsal.com |
| 7.  henniganbennett.com | 18.  alvarez&marsal.com |
| 8.  hbdlawyers.com | 19.  a&m.com |
| 9.  centerbridge.com | 20.  lazard.com |
| 10.  centerbridgepartners.com | 21.  Lazardmm.com |
| 11.  kasowitz.com | |

**III.    Search Parameters for Production in Response to Current Aurelius and Bridge Requests**

*A    Date Range:*

April 14, 2010 – December 3, 2010

*B.    Custodians:*

| | |
|---|---|
| 1.  Donald Bernstein (Davis Polk) | 8.  Scott Javor (FTI) |
| 2.  Damian Schaible (Davis Polk) | 9.  Gerard Lawrence (FTI) |
| 3.  Pat Daniello (JPMorgan) | 10.  Chris Nicholls (FTI) |
| 4.  Miriam Kulnis (JPMorgan) | 11.  Carlyn Taylor (FTI) |
| 5.  Ann Kurinskas (JPMorgan) | 12.  Mark Buschmann (Blackstone) |
| 6.  Justin Byrne (FTI) | 13.  Flip Huffard (Blackstone) |
| 7.  Liz Chang (FTI) | |

*C.   Search Parameters for External Communications:*

All e-mails including any of the following domain names or specific e-mail addresses in the sender or any recipient field were collected. No additional search terms were applied.

| | |
|---|---|
| 1. zuckerman.com | 26. brownrudnick.com |
| 2. chadbourne.com | 27. kingstreet.com |
| 3. moelis.com | 28. marathonfund.com |
| 4. alixpartners.com | 29. wellsfargo.com |
| 5. tribune.com | 30. whitecase.com |
| 6. sidley.com | 31. foxrothschild.com |
| 7. henniganbennett.com | 32. jonesday.com |
| 8. hbdlawyers.com | 33. db.com |
| 9. centerbridge.com | 34. bgllp.com |
| 10. centerbridgepartners.com | 35. bracewellgiuliani.com |
| 11. kasowitz.com | 36. arkin-law.com |
| 12. lawdeb.com | 37. olshanlaw.com |
| 13. akingump.com[2] | 38. mccarter.com |
| 14. angelogordon.com | 39. mshapiro@sftp.com |
| 15. wilmerhale.com | 40. maggie.wilderotter@czn.com |
| 16. paulhastings.com | 41. maggie.wilderotter@frontiercorp.com |
| 17. alvarezandmarsal.com | 42. maggie.wilderotter@ftr.com |
| 18. alvarez&marsal.com | 43. mshapiro@dickclark.com |
| 19. a&m.com | 44. fwood@therebedragons.com |
| 20. lazard.com | 45. jberg@icmtalent.com |
| 21. Lazardmm.com | 46. jenner.com |
| 22. oaktreecapital.com | 47. saul.com |
| 23. Judge_Kevin_Gross@deb.uscourts.gov | 48. ktbslaw.com |
| 24. aurelius-capital.com | 49. lecg.com |
| 25. wilmingtontrust.com | 50. klee@law.ucla.edu |

*D.   Search Parameters for Internal JPMorgan Communications, and Communications Between JPMorgan and Davis Polk, Blackstone, and/or FTI:*

The following search terms were applied to internal JPMorgan e-mail and e-mail exchanged between JPMorgan and any of Davis Polk, Blackstone, and/or FTI Consulting.

| | |
|---|---|
| 1. LBO and (TRB or Trib) | 14. Wilmington near 20 Tribune |
| 2. LBO near 20 Tribune | 15. "Deutsche Bank" and (TRB or Trib) |
| 3. Releases and (TRB or Trib) | 16. "Deutsche Bank" near 20 Tribune |
| 4. Releases near 20 Tribune | 17. Centerbridge and (TRB or Trib) |
| 5. Plan and (TRB or Trib) | 18. Centerbridge near 20 Tribune |
| 6. Plan near 20 Tribune | 19. PHONES and (TRB or Trib or Tribune) |

---

[2] Because of work that Blackstone has done in connection with an unrelated bankruptcy in which Akin Gump was involved, any e-mails with the following senders, recipients, or keywords were excluded from review of the Blackstone custodians' e-mails: skuhn@akingump.com; agureshi@akingump.com; llevien@akingump.com; ddurso@akingump.com; fhodara@akingump.com; "Philadelphia Newspapers"; "Philadelphia Media"; and/or "PN Purchaser".

| | |
|---|---|
| 7. ("Angelo Gordon" or AG) and (TRB or Trib) | 20. Aurelius (and TRB or Trib or Tribune) |
| 8. ("Angelo Gordon" or AG) near 20 Tribune | 21. "DB Trust" and (TRB or Trib or Tribune) |
| 9. (Oaktree or OT) and (TRB or Trib) | 22. Negotiation near 10 (TRB or Trib) |
| 10. (Oaktree or OT) near 20 Tribune | 23. Settlement and (TRB or Trib) |
| 11. "Wells Fargo" and (TRB or Trib) | 24. Settlement near 20 Tribune |
| 12. "Wells Fargo" near 20 Tribune | 25. Bridge and (TRB or Trib) |
| 13. Wilmington and (TRB or Trib) | 26. Bridge near 20 Tribune |