**EXHIBIT 3**

| | |
|---|---|
| **From:** | Newman, Deborah [djnewman@akingump.com] |
| **Sent:** | Saturday, December 18, 2010 1:54 PM |
| **To:** | 'Bendernagel, James F.'; 'HSeife@chadbourne.com'; 'jsottile@zuckerman.com'; Bernstein, Donald S.; 'MAshley@chadbourne.com'; 'Miles, David M.'; 'Krakauer, Bryan'; 'Conlan, James F.'; 'DLeMay@chadbourne.com'; 'Ducayet, James W.'; Moskowitz, Elliot; 'Lantry, Kevin T.'; Russano, Michael J.; Polonsky, Sasha E.; 'Thomas, Dale E.'; 'TMcCormack@chadbourne.com' |
| **Cc:** | Zensky, David; Qureshi, Abid; Hurley, Mitchell; Chung, Nancy; Carney, Brian; 'SKorpus@kasowitz.com'; 'MStein@kasowitz.com'; 'CMontenegro@kasowitz.com' |
| **Subject:** | In re Tribune |

We write to request that representatives from each firm copied on this email participate in a meet and confer early next week regarding the discovery requests Aurelius served on your clients and your firms, and the appropriate protocol for each party's search for Electronically Stored Information. While we recognize that the deadline for responses and objections for many of the parties is not until late next week or early the following week, we think it makes sense to get this process started now, given the complexity of the case and the tight schedule under which we are operating. Although certain issues will likely need to be discussed separately with individual parties, we'd like to have a group call in the first instance to resolve common issues.

We would also like to continue our discussion regarding privilege logs, as we have not received any responses to the specific proposal we made in the draft CMO we circulated on Tuesday night.

Please let us know if you are available for a call to discuss these issues at 2:00 pm on Tuesday. In the interim, please send us a list of custodians and search terms that you propose to use to locate electronic information responsive to Aurelius's requests.

Thank you in advance for your cooperation.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.