**EXHIBIT 5**

Message

| | |
|---|---|
| **From:** | Chung, Nancy [nchung@AkinGump.com] |
| **Sent:** | Wednesday, December 29, 2010 7:29 PM |
| **To:** | Moskowitz, Elliot; Kaminetzky, Benjamin S. |
| **Cc:** | Zensky, David; Qureshi, Abid; Hurley, Mitchell; Newman, Deborah; Gulati, Sunny; Carney, Brian; Doniak, Christine; Harrop, Dawn; Scully, Katherine; MSiegel@brownrudnick.com; GNovod@brownrudnick.com; drosner@kasowitz.com; RStark@brownrudnick.com; skorpus@kasowitz.com; CMontenegro@kasowitz.com; MStein@kasowitz.com; KBromberg@brownrudnick.com; 'Adler, David'; Boccassini, Joseph T.; Faccone, Alitia; Mayer, Katharine |
| **Subject:** | JPM/Davis Polk Search Parameters |

Elliot,

This responds to your memo dated December 24, 2010 regarding JPMorgan and Davis Polk's proposed electronic search parameters.  Although our response is subject to further review by our Plan proponent group, we wanted to circulate it to you as soon as possible.  We would like to schedule a party-specific meet and confer call to discuss this with you at your earliest convenience.  We will separately circulate highlights of our views with regards to your specific objections to our document requests.

1. **Search Methodology:**

    - JPMorgan and Davis Polk intend to apply a date range of April 14, 2010 through December 3, 2010.  Based on your representation, we understand this date range is being applied because JPMorgan previously searched for and produced documents for December 15, 2009 through April 13, 2010 in connection with the April Proposed Plan as well as January 1, 2007 through December 20, 2007 in connection with the documents produced to the Document Depository.  There are several problems with relying on your prior searches for documents preceding April 14, 2010.  First, this does not capture the tail end of 2007, all of 2008, and most of 2009.  Second, the search performed in connection with the April Proposed Plan and Document Depository contained fewer search terms and custodians.  At a minimum, (i) new search terms must be run for prior custodians, (ii) all search terms must be run for new custodians, and (iii) searches must be conducted for the missing time frames noted above.  As you know, in response to the Debtors' contours motion, the Court has already determined that there will be discovery regarding the merits of the underlying LBO-Causes of Action.  Third, the prior search performed in connection with the April Proposed Plan was limited only to domain names for specific email addresses which we believe is insufficient.  We request that all search terms be run for those custodians for December 15, 2009 through April 13, 2010.

    - JPMorgan and Davis Polk also intend to run only domain searches for external communications.  We do not agree with this methodology.  We have no way of knowing the entire universe of individuals and/or entities with whom JPMorgan and Davis Polk were communicating with other parties about Tribune matters.   Other parties of interest, including the Debtors, are running search terms to locate responsive documents in addition to searching domain names.

    - You do not include on JPMorgan's list of custodians any individuals from Cahill, Gordon & Reindell LLP.  Please confirm that you intend to search documents and communications in Cahill's files which are responsive to our requests.  If you do not intend to do so, we ask that you notify us immediately so we can issue an appropriate subpoena.

    - We do not see any in-house counsel of JPMorgan on your list of custodians.  We believe that such in-house

counsel who worked on Tribune-related matters at the time of the underlying LBO transaction and during the post-petition period should be included.  Please identify such personnel.

- It appears from your proposal that JPMorgan and Davis Polk are limiting their search to email communications.  Please confirm that you will also conduct searches of electronic databases at JPMorgan related to Tribune as well as the JPMorgan custodians' other electronic documents and hard copy files.

2. **Custodians:**

As noted, you will have to re-run any new search terms for the custodians previously searched by JPMorgan in Sections I and II of your December 24, 2010 memo.  Additionally, we request that you add the following individuals to the Davis Polk custodians list:

Donald Bernstein
Damian Schaible
Elliot Moskowitz
Dennis Glazer

3. **Search Terms:**

We believe you should run the search terms previously used in Sections I and II of your December 24, 2010 memo for any new custodians, in addition to the search terms proposed in Section III.D.  For your newly proposed search terms in Section III.D., please explain why each is tied to a variation of the terms "trb" "trib" and/or "Tribune", as we do not believe that limitation is necessary in all instances.  Additionally, we request that you add to your search terms the following:

Akin
"Akin Gump"
Angelo
"April Proposed Settlement"
Aur*
"Bank of America"
BofA
bankrupt or bankruptcy
"bar order"
Bendernagel
Bigelow
breach w/1 fiduciary w/1 duty
bridge
"Brown Rudnick"
Bruce w/1 Bennett
(Bryan) w/1 Krakauer
Chadbourne
Citi
collaps*
Committee w/1 creditors
"confirmation plan"
Conflict*
"Creditors Trust"

"Creditor's Trust"
(Danny or Daniel) w/1 Golden
(David or Dave) w/1 Adler
 "Debtor/Committee/Lender Plan"
 "disclosure statement"
examiner or examiners
 "enterprise value"
fraudulent w/1 conveyance
"going private transaction"
graeme w/1 bush
hennigan w/1 bennett
HBD
intercompanies
intercompany
Jeffrey /2 Berg
Jeff /2 Berg
(James or Jim) w/1 Conlan
Judge w/2 Gross
Kasowitz
Klee
Korpus
Kurtz
"Law Debenture"
Lazard
"LBO-related causes of action"
le w/1 may
leverag* /25 trib or trb
"litigation trust"
Mark /2 Shapiro
Mart* w/1 Siegel
McCarter
mediation
mediator
Merrill
Murray or Devine
(Phil or Phillip) w/1 Dublin
Robert or Bob) w/1 Stark
Thomas /2 Kenny
 "Noteholder Plan"
ordinary w/1 litigation w/1 claims
Paul /2 Taubman
"Preserved causes of action"
projection or projections
recap*
retiree w/1 claimant w/1 settlement
Rosner
Seife, Siefe
Settle* w/25 LBO

"sharing provision"

Sidley

Solven*

Sottile

special w/1 committee

subsidiary w/1 guarantee

Suneel /2 Mandava

swap

Thomas /2 Wayne

trib, tribune, trb

ucc

valuation

"White and Case"

Wilderotter

Zuckerman w/1 Spaeder


Nancy Chung
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Direct:  212.872.1043
Direct Fax: 212.407.3243

_____
IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered
opinion, within the meaning of Circular 230 issued by the United States Secretary of the
Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained
in this communication for the purpose of avoiding United States federal tax penalties. In
addition, any tax advice contained in this communication may not be used to promote, market or
recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above. If you have received this communication in
error, please notify us immediately by e-mail, and delete the original message.