**EXHIBIT 8**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, ET AL.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP and ARKIN KAPLAN RICE LLP hereby appear in the above captioned Chapter 11 case as co-counsel to the Ad Hoc Committee of Step One Senior Lenders (the "Ad Hoc Step One Lender Committee"), creditors and parties-in-interest in the above-captioned case, pursuant to 11 U.S.C. § 1109(b) and request, pursuant to the Federal Rules of the Bankruptcy Procedure 2002, 3017, 9007, and 9010, that copies of all notices given or required to be given in this case, all documents filed with the Court, and all notices which the Court and/or any other parties provide, be served upon the persons set forth below at the following address:

Howard J. Kaplan, Esq.
Deanna Davidian, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022
Tel. 212.333.0200
Fax 212.333.0246
hkaplan@arkin-law.com
ddavidian@arkin-law.com

1044523-2

Adam H. Friedman, Esq.
Steve Wolosky, Esq.
Fredrick J. Levy, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Tel. 212.451.2300
Fax 212.451.2222
swolosky@olshanlaw.com
afriedman@olshanlaw.com
flevy@olshanlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by the Ad Hoc Step One Lender Committee (or members thereof): (1) to the personal jurisdiction of the bankruptcy court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which the Ad Hoc Step One Lender Committee (or members thereof) are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Ad Hoc Step One Lender Committee (or members thereof) expressly reserve.

1044523-2

Dated: New York, New York
August 24, 2010

**ARKIN KAPLAN RICE LLP**

Howard J. Kaplan
Deanna Davidian
590 Madison Avenue
New York, NY 10022
212.333.0200

**OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP**

By:   /s/ Adam H. Friedman
Adam H. Friedman
Steve Wolosky
Fredrick J. Levy
Park Avenue Tower
65 East 55th Street
New York, NY 10022
212.451.2300

*Counsel for the Ad Hoc Committee of Step One Senior Lenders*

1044523-2