# EXHIBIT 14

**Summary of Searches Proposed by Akin**

*Parameters:* All keywords requested by Akin, eliminating (i) documents that do not need to be logged per Akin's privilege log proposal and (2) documents already reviewed in accordance with JPM's prior search parameters.

*Date Range*: April 14, 2010 - Dec. 3, 2010

*Custodians:* Daniello, Kulnis, Kurinskas, Kelley, Bernstein, Schaible, Glazer, Moskowitz, Blackstone[1], FTI[2]

**Summary**

| | |
|---|---|
| Total Documents Hit | 92,832 |
| with attachments | 114,409 |

| Search | Document Hits[3] | Unique Hits[4] |
|---|---|---|
| Adler | 685 | 252 |
| AG | 7,919 | 2,347 |
| Akin | 4,205 | 400 |
| Angelo | 4,168 | 588 |
| April Proposed Settlement | 4 | 4 |
| Aur* | 2,894 | 344 |
| bar order | 305 | 17 |
| Bendernagel | 575 | 3 |
| Bennett | 3,010 | 623 |
| Bigelow | 488 | 47 |
| breach NEAR1 fiduciary NEAR1 duty | 0 | 0 |
| Chadbourne | 2,593 | 95 |
| Chandler | 1,239 | 632 |
| Conlan | 1,156 | 24 |
| Crane | 718 | 137 |
| Creditors Trust | 391 | 36 |
| Creditor's Trust | 9 | 6 |
| D{&}P | 254 | 65 |
| Devine | 555 | 161 |
| Dublin | 1,084 | 224 |

---

[1] Blackstone custodians include Mark Buschmann and Flip Huffard.

[2] FTI custodians include Justin Byrne, Gerard Lawrence, Chris Nicholls and Caryln Taylor.  Two additional custodians who worked on the Tribune matter between November 1, 2010 and December 3, 2010 were included in JPMorgan's initial search protocol but are not yet reflected in these numbers.

[3] "Document Hits" reflects the total number of documents in which the search terms appears.

[4] "Unique Hits" reflects the total number of documents in which only the search term listed appears (i.e., none of the other 73 terms appears in the document).

| | | |
|---|---:|---:|
| Duff {&} Phelps | 622 | 52 |
| EGI | 993 | 0 |
| ESOP | 1,346 | 89 |
| examiner OR examiners OR "examiner's" | 7,106 | 2,889 |
| FitzSimons | 179 | 5 |
| fraudulent NEAR1 conveyance | 1,383 | 143 |
| Golden | 2,534 | 595 |
| Graeme | 287 | 23 |
| Grenesko | 90 | 0 |
| HBD | 856 | 68 |
| hennigan NEAR1 bennett | 675 | 0 |
| intercompany settlement | 34 | 12 |
| Judge NEAR2 Gross | 753 | 44 |
| Kasowitz | 977 | 65 |
| Kenney | 144 | 15 |
| Kenny | 1,253 | 254 |
| Klee | 1,104 | 96 |
| Krakauer | 975 | 2 |
| Kurtz | 788 | 23 |
| Larsen | 454 | 62 |
| Lauria | 337 | 9 |
| Law Deb* | 1,005 | 111 |
| Lazard | 3,552 | 666 |
| LBO | 4,757 | 863 |
| Litigation Trust | 1,648 | 134 |
| Mandava | 228 | 0 |
| Nils | 662 | 2 |
| Noteholder Plan | 78 | 2 |
| Oaktree | 3,288 | 368 |
| PHONES | 2,419 | 424 |
| Preserved causes {of} action | 147 | 0 |
| Rosner | 338 | 15 |
| Rudnick | 1,028 | 127 |
| Sam Investment Trust | 74 | 0 |
| Seife, Siefe | 0 | 0 |
| Settle* NEAR25 LBO | 918 | 0 |
| settlement plan | 432 | 9 |
| Shapiro | 952 | 269 |
| sharing provision | 235 | 29 |
| Sidley | 3,957 | 332 |
| Sottile | 446 | 4 |
| Stark | 1,158 | 173 |
| Step NEAR2 (one OR Two OR 1 OR 2) | 3,815 | 566 |
| Taubman | 85 | 10 |
| Tower | 4,675 | 1,635 |
| TRB | 1,835 | 143 |
| Trib* | 70,123 | 49,742 |

2

3

| | | |
|---|---:|---:|
| Valuation Research | 400 | 13 |
| VRC | 631 | 0 |
| Whayne | 104 | 1 |
| White {and} Case | 60 | 6 |
| Wilderotter | 103 | 4 |
| Zell | 1,393 | 9 |
| Zuckerman | 1,648 | 25 |
| **TOTALS** | **167,336** | **66,133** |