## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) |

JAN 2 0 REC'D

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Court Rule 9010-1(b) and the attached certification, counsel moves the court for pro hac vice admission of Tom W. Davidson of Akin Gump Strauss Hauer & Feld LLP, to represent Angelo, Gordon & Co., L.P. and Oaktree Capital Management, L.P. as FCC Counsel in this action.

/s/ M. Blake Cleary
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

### CERTIFICATION

Pursuant to Local Bankruptcy Court Rule 9010-1(b), I certify that I am eligible for admission to this Court. I further certify I am admitted, practicing, and a member in good standing of the Bars of Virginia, Wisconsin and District of Columbia. Pursuant to Local Bankruptcy Court Rule 9010-1(b), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Tom W. Davidson
Tom W. Davidson
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4011

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.
Dated: January 20, 2011

Kevin J. Carey
United States Bankruptcy Judge

068968.1001

1/19/11

7551