## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JANUARY 24, 2011 AT 11:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Confirming that the Court's October 27, 2010 Order Granted the Committee Standing with Respect to All Claims Asserted in the Amended Complaints in Adversary Proceeding Nos. 10-53963 and 10-51010 (Filed December 7, 2010) (Docket No. 7091)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

    (a)    Order Confirming that October 27, 2010 Order Conferred Standing on the Committee to Assert All Claims in the Amended Complaints in Adversary Proceeding Nos. 10-53963 and 10-54010 (Entered December 17, 2010) (Docket No. 7223)

Objection Deadline:  N/A

Responses Received:

    (a)    Samuel Zell and EGI-TRB, L.L.C.'s Limited Objection to the Committee's Motion to Confirm Standing with Respect to Certain Claims (Filed December 14, 2010) (Docket No. 7164)

    (b)    Reply of the Official Committee of Unsecured Creditors in Support of Its Motion for Entry of an Order Confirming that the Court's October 27, 2010 Order Granted the Committee Standing with Respect to All Claims Asserted in the Amended Complaints in Adversary Proceeding Nos. 10-53963 and 10-54010 (Filed January 18, 2011) (Docket No. 7542)

    (c)    Joinder of Aurelius Capital Management, LP in the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Confirming that the Court's October 27, 2010 Order Granted the Committee Standing with Respect to All Claims Asserted in the Amended Complaints in Adversary Proceeding Nos. 10-53963 and 10-54010 (Filed January 18, 2011) (Docket No. 7546)

Status:    Pursuant to the Court's Order (Docket No. 7223), this matter will be going forward with respect to Samuel Zell and EGI-TRB, L.L.C.'s Limited Objection only.

2.    Wilmington Trust Company's Motion for (I) Estimation of the PHONES Claims and (II) Classification of PHONES Claims Pursuant to Bankruptcy Rule 3013 (Filed December 30, 2010) (Docket No. 7352)

Objection Deadline:  January 13, 2011 at 4:00 p.m.

Responses Received:

    (a)    Response of Suttonbrook Capital Management LP to Wilmington Trust Company's Motion for (I) Estimation of the PHONES Claims and (II) Classification of PHONES Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 7352] (Filed January 13, 2011) (Docket No. 7481)

    (b)    Barclays Bank PLC's and Waterstone Capital Management LP's Response to Wilmington Trust Company's Motion for (I) Estimation of the PHONES Claims and (II) Classification of PHONES Claims Pursuant to Bankruptcy Rule 3013 (Filed January 13, 2011) (Docket No. 7486)

2

(c)     Debtors' Response to Wilmington Trust Company's Motion for (I) Estimation of the PHONES Claims and (II) Classification of Phones Claims Pursuant to Bankruptcy Rule 3013 (Filed January 13, 2011) (Docket No. 7488)

(d)     Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Wilmington Trust Company's Motion for (I) Estimation of the PHONES Claims and (II) Classification of PHONES Claims Pursuant to Bankruptcy Rule 3013 (Filed January 14, 2011) (Docket No. 7511)

Status:     This matter will be going forward.

3.     Wilmington Trust Company's Supplemental Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018 (Filed January 6, 2011) (Docket No. 7401)

Related Document(s):

(a)     Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018 (Filed June 25, 2010) (Docket No. 4886)

Objection Deadline: January 13, 2011 at 4:00 p.m.

Responses Received:

(a)     Objection of the Official Committee of Unsecured Creditors to the Motions by Wilmington Trust Company, Deutsche Bank Trust Company Americas, and Law Debenture Trust Company of New York for Estimation and Temporary Allowance of Claims for Voting Purposes Pursuant to Bankruptcy Rule 3018 (Filed January 13, 2011) (Docket No. 7487)

(b)     Consolidated Objection of Debtors and Debtors in Possession to Motions for Temporary Allowance of Claims for Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018 (Filed January 13, 2011) (Docket No. 7490)

Status:     This matter will be going forward.

4.     Motion of Deutsche Bank Trust Company Americas, Indenture Trustee Under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture for Estimation and Temporary Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 (Filed January 7, 2011) (Docket No. 7433)

Objection Deadline: January 13, 2011 at 4:00 p.m.

Responses Received:

    (a)    Objection of the Official Committee of Unsecured Creditors to the Motions by Wilmington Trust Company, Deutsche Bank Trust Company Americas, and Law Debenture Trust Company of New York for Estimation and Temporary Allowance of Claims for Voting Purposes Pursuant to Bankruptcy Rule 3018 (Filed January 13, 2011) (Docket No. 7487)

    (b)    Consolidated Objection of Debtors and Debtors in Possession to Motions for Temporary Allowance of Claims for Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018 (Filed January 13, 2011) (Docket No. 7490)

Status:    This matter will be going forward.

5.    Law Debenture Trust Company of New York's Motion for Estimation and Classification of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 (Filed January 8, 2011) (Docket No. 7434)

Objection Deadline: January 13, 2011 at 4:00 p.m.

Responses Received:

    (a)    Objection of the Official Committee of Unsecured Creditors to the Motions by Wilmington Trust Company, Deutsche Bank Trust Company Americas, and Law Debenture Trust Company of New York for Estimation and Temporary Allowance of Claims for Voting Purposes Pursuant to Bankruptcy Rule 3018 (Filed January 13, 2011) (Docket No. 7487)

    (b)    Consolidated Objection of Debtors and Debtors in Possession to Motions for Temporary Allowance of Claims for Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018 (Filed January 13, 2011) (Docket No. 7490)

Status:    This matter will be going forward.

46429/0001-7298823v1

6.      Aurelius Capital Management LP's Motion to Compel JPMorgan to Produce Documents
        Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37
        (Filed January 14, 2011) (Docket No. 7512)[2]

        Related Document(s):

                (a)      Declaration of Sally Buckman (Filed January 14, 2011) (Docket No. 7513)

        Objection Deadline:  January 19, 2011 at 4:00 p.m.

        Responses Received:

                (a)      JPMorgan Chase & Co.'s Objection to Aurelius Capital Management's
                         Motion to Compel the Production of Documents (Filed January 19, 2011)
                         (Docket No. 7555)

        Status:          This matter will be going forward.

7.      The Noteholder Plan Proponents' Motion to Compel Production of Documents and
        Information Based on the Crime-Fraud Exception and Memorandum of Law in Support
        Thereof (Filed January 14, 2011) (Docket No. 7517)

        Related Document(s):

                (a)      Declaration of David M. Zensky in Support of Motions to Compel Filed
                         by the Noteholder Plan Proponents (Filed January 18, 2011) (Docket No.
                         7547)

        Objection Deadline:  January 19, 2011 at 4:00 p.m.

        Responses Received:

                (a)      Declaration of James Ducayet in Support of Debtors' Memorandum of
                         Law in Opposition to the Noteholder Plan Proponents' Motion to Compel
                         Production of Documents and Information Based on the Crime-Fraud
                         Exception (Filed January 19, 2011) (Docket No. 7562)

                (b)      Debtors' Memorandum of Law in Opposition to the Noteholder Plan
                         Proponents' Motion to Compel Production of Documents and Information
                         Based on the Crime-Fraud Exception (Filed January 19, 2011) (Docket
                         No. 7570)

        Status:          This matter will be going forward.

---

[2]     Binders containing the motions and declarations filed January 14, 2011 that are identified at Agenda Items
        6 through 12 were provided to the Court on January 14, 2011.

46429/0001-7298823v1

8.    Law Debenture Trust Company of New York's Motion to Compel Production of Documents by the Non-Proponent Credit Agreement Lenders (Filed January 14, 2011) (Docket No. 7518)

Related Document(s):

(a)    Declaration of Matthew Stein (Filed January 14, 2011) (Docket No. 7528)

(b)    Declaration of Garvan F. McDaniel (Filed January 14, 2011) (Docket No. 7529)

Objection Deadline:  January 19, 2011 at 4:00 p.m.

Responses Received:

(a)    Opposition to Motion of Law Debenture Trust Company of New York to Compel Production of Documents by the Non-Proponent Credit Agreement Lenders (Filed January 19, 2011) (Docket No. 7553)

(b)    Declaration of Joshua M. Mester in Support of Opposition to Motion to Law Debenture Trust company of New York to Compel Production of Documents by the Non-Proponent Credit Agreement Lenders (Filed January 19, 2011) (Docket No. 7556)

Status:    This matter will be going forward.

9.    Motion of the Noteholder Plan Proponents to Compel JPMorgan to Search for, Review and Produce Documents Responsive to Aurelius's First Request for Production of Documents and Memorandum of Law in Support Thereof (Filed January 14, 2011) (Docket No. 7519)

Related Document(s):

(a)    Declaration of David M. Zensky in Support of Motions to Compel Filed by the Noteholder Plan Proponents (Filed January 18, 2011) (Docket No. 7547)

Objection Deadline:  January 19, 2011 at 4:00 p.m.

Responses Received:

(a)    JPMorgan Chase Bank, N.A.'s Response to the Noteholder Plan Proponents' Motion to Compel JPMorgan to Search for, Review and Produce Documents Responsive to Aurelius' First Request for the Production of Documents (Filed January 19, 2011) (Docket No. 7557)

(b)    Declaration of Michael J. Russano (Filed January 19, 2011) (Docket No. 7563)

Status:    This matter will be going forward.

46429/0001-7298823v1

10.    Motion by Law Debenture Trust Company to Compel Production of Documents by
       Merrill Lynch, Pierce, Fenner & Smith Inc. (Filed January 14, 2011) (Docket No. 7521)

       Related Document(s):

              (a)    Declaration of Paul Burgo (Filed January 14, 2011) (Docket No. 7530)

              (b)    Declaration of Garvan F. McDaniel (Filed January 14, 2011) (Docket No.
                     7531)

       Objection Deadline:  January 19, 2011 at 4:00 p.m.

       Responses Received:

              (a)    Objection of Merrill Lynch, Pierce, Fenner & Smith, Incorporated to the
                     Motion of Law Debenture Trust Company of New York for an Order
                     Compelling the Production of Documents (Filed January 19, 2011)
                     (Docket No. 7566)

              (b)    Declaration of Michael E. O'Brien (Filed January 19, 2011) (Docket No.
                     7567)

              (c)    Declaration of Joseph M. Drayton (Filed January 19, 2011) (Docket No.
                     7568)

       Status:     This matter will be going forward.

11.    Law Debenture Trust Company of New York's Motion to Compel Angelo, Gordon &
       Co., L.P., Oaktree Capital Management, L.P., and Hennigan, Bennett & Dorman LLP to
       Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of
       Civil Procedure 37 (Filed January 14, 2011) (Docket No. 7522)

       Related Document(s):

              (a)    Declaration of Matthew Stein (Filed January 14, 2011) (Docket No. 7532)

              (b)    Declaration of Garvan F. McDaniel (Filed January 14, 2011) (Docket No.
                     7533)

       Objection Deadline:  January 19, 2011 at 4:00 p.m.

       Responses Received:

              (a)    Opposition to Motion of Law Debenture Company of New York to
                     Compel Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P.,
                     and Hennigan, Bennett & Dorman LLP to Produce Documents (Filed
                     January 19, 2011) (Docket No. 7558)

      (b)     Declaration of Joshua M. Mester in Support of Opposition to Motion of Law Debenture Company of New York to Compel Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and Hennigan, Bennett & Dorman LLP to Produce Documents (Filed January 19, 2011) (Docket No. 7559)

      (c)     Declaration of Dawn M. Wilson (Filed January 19, 2011) (Docket No. 7560)

      (d)     Angelo, Gordon & Co., L.P. and Oaktree Capital Management, L.P.'s Response to Law Debenture Trust Company of New York's Motion to Compel the Production of Documents (Filed January 19, 2011) (Docket No. 7561)

Status:      This matter will be going forward.

12.    Noteholder Plan Proponents' Motion to Compel Production of Documents and Information from the Debtor/Committee/Lender Plan Proponents and Other Parties or, Alternatively, for an Order of Preclusion Respecting Certain Issues and Memorandum of Law in Support Thereof (Filed January 14, 2011) (Docket No. 7527)

Related Document(s):

      (a)     Declaration of David M. Zensky in Support of Motions to Compel Filed by the Noteholder Plan Proponents (Filed January 18, 2011) (Docket No. 7547)

Objection Deadline: January 19, 2011 at 4:00 p.m.

Responses Received:

      (a)     Debtor/Committee/Lender Plan Proponent's Objection to the Noteholder Plan Proponents' Motion to Compel Production of Documents and Information from the Debtor/Committee/Lender Plan Proponents and Other Parties or, Alternatively, for an Order of Preclusion Respecting Certain Issues (Filed January 19, 2011) (Docket No. 7552)

Status:      This matter will be going forward.

Dated: January 20, 2011        SIDLEY AUSTIN LLP
                               Bryan Krakauer
                               James F. Conlan
                               One South Dearborn Street
                               Chicago, IL  60603
                               Telephone:  (312) 853-7000

                               -and-

46429/0001-7298823v1

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

9