**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, Raymond H. Lemisch, Esquire moves the admission *pro hac vice* of Robert J. Rosenberg, Esquire of Latham & Watkins LLP, to represent Barclays Bank PLC and Waterstone Capital Management LP in the above-captioned case.

Dated: January 20, 2011

            **BENESCH, FRIEDLANDER, COPLAN
              & ARONOFF LLP**

By: */s/ Raymond H. Lemisch*
   Raymond H. Lemisch, Esquire (No. 4204)
   222 Delaware Ave., Suite 801
   Wilmington, DE 19801
   302-442-7010 (telephone)
   302-442-7012 (facsimile)
   rlemisch@beneschlaw.com

3837023_1.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 19, 2011

                                                       *[signature]*

Robert J. Rosenberg, Esq. (NY Bar ID No. 1025626)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
robert.rosenberg@lw.com

*Counsel for Barclays Bank PLC and Waterstone Capital Management LP*