**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al*., | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Re: Docket No.** _____ |
|  | ) |  |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** 

**IT IS HEREBY ORDERED** that counsel's motion for admission of Robert J. Rosenberg, Esquire *pro hac vice* is granted.

Dated: January \_\_\_\_\_, 2011

_____
KEVIN J. CAREY
Chief United States Bankruptcy Judge

3837023_1.DOC