**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) ) ) | Case No. 08-13141 (KJC) Jointly Administered |
| Debtors. | ) ) | **Re: Docket No.** _____ |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Jason B. Sanjana, Esquire *pro hac vice* is granted.

Dated: January _____, 2011

_____
KEVIN J. CAREY
Chief United States Bankruptcy Judge

3835481_1.DOC