# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRIBUNE COMPANY,** *et al.,* | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew Levy of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent Citigroup Global Markets Inc. and Citicorp North America Inc. as parties in interest in this action..

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ *Joseph Christensen*
Stephen P. Lamb (#2053)
Joseph Christensen (#5146)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
(302) 655-4412
*Attorneys for Citigroup Global Markets, Inc. and Citigroup North America Inc.*

December 21, 2010

Docket #
7257

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRIBUNE COMPANY**, *et al.*, | Case No. 08-13141 (KFC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and its Standing Order for District Court Fund, effective January 1, 2005. I further certify that the annual fee of $25 has been paid to the Clerk of the Court for the District of Delaware.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Andrew J.P. Levy*
Andrew J.P. Levy
2001 K Street, N.W.
Washington, D.C. 20006
Tel. No. (202) 223-7328
Fax No. (202) 223-7385
alevy@paulweiss.com

December 20, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: ~~December~~ January 20, ~~2010~~ 2011

_____
United States Bankruptcy Judge