IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                           :   Chapter 11 Cases
                                                 :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al,                          :   (Jointly Administered)
                                                 :
                Debtors.                         :
-------------------------------------------------X
```

## NOTICE OF SERVICE OF DISCOVERY

Garvan F. McDaniel, Esquire, hereby certifies that on January 20, 2011, true and correct copies of the *Amended Notice of Deposition of Todd Kaplan* were served via Electronic Mail upon the following parties:

David M. Miles
Ronald S. Flagg
dthomas@sidley.com
rflagg@sidley.com
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Kevin T. Lantry
klantry@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Steven M. Bierman
sbierman@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

David Adler
dadler@mccarter.com
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Martin S. Siegel
Katherine S. Bromberg
G. Novod
Jared A. Ellias
msiegel@brownrudnick.com
kbromberg@brownrudnick.com
gnovod@ brownrudnick.com
jellias@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

David G. Hille
Andrew W. Hammond
Brian E. Fritz
dhille@whitecase.com
ahammond@whitecase.com
bfritz@whitecase.com
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

1

James F. Conlan
Bryan Krakauer
James Bendernagel
James W. Ducayet
Patrick J. Wackerly
Jen Peitz
Colleen M. Kenney
Dale E. Thomas
jconlan@sidley.com
blcrakauer@sidley.com
jbendernagel@sidley.com
jducayet@sidley.com
dmiles@sidley.com
pwackerly@sidley.com
jpeltz@sidley.com
ckenney@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Howard Seife
David M. LeMay
Marc D. Ashley
hseife@chadbourne.com
dlemay@chadbourne.com
mashley@chadbourne.com
tmccormack@chadbourne.com
Thomas J. McCormack
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Graeme Bush
Andrew N. Goldfarb
James Sottile
gbush@zuckerman.com
agoldfarb@zuckerman.com
jsottile@zuckerman.com
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807

Dana C. Hobart
James O. Johnston
Joshua M. Mester
hobartd@hbdlavvyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Donald S. Bernstein
Elliott Moskowitz
Michael Russano
Sasha Polonsky
Benjamin S. Kaminetzky
donald.bernstein@davispolk.com
elliott.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonslcy@davispolk.com
ben.kaminetzky@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Howard J. Kaplan
Johnny Yeh
hkaplan@arkin-law.com
jyeh@arkinlaw.com
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Laurie Selber Silverstein
lsilverstein@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801

Andrew J. Puglia Levy
alevy@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K Street, NW
Washington, DC 20006-1047

Madlyn Gleich Primoff  
Jonathan Agudelo  
Jane W. Parver  
Joseph M. Drayton  
mprimoff@kayescholer.com  
jagudelo@kayescholer.com  
jparver@kayescholer.com  
jdrayton@kayescholer.com  
Kaye Scholer  
425 Park Avenue  
New York, NY 10022-3598  

Bradley J. Butwin  
Daniel L. Cantor  
Daniel S. Shamah  
bbutwin@omm.com  
dcantor@omm.com  
dshamah@omm.com  
O'Melveny & Myers LLP  
Times Square Tower 7 Times Square  
New York, NY 10036  

John Henry Schanne  
David B. Stratton  
schannej@pepperlaw.com  
strattond@pepperlaw.com  
Pepper Hamilton LLP  
Hercules Plaza, Suite 5100  
1313 Market Street  
Wilmington Delaware 19899-1709  

Lynn DiPaola Marvin  
lmarvin@jonesday.com  
Jones Day  
222 East 41st Street  
New York, New York 10017-6702  

David W. Brown  
Andrew G. Gordon  
Elizabeth McColm  
dbrown@paulweiss.com  
agordon@paulweiss.com  
emccolm@paulweiss.com  
Paul, Weiss, Rifkind, Wharton & Garrison  
1285 Avenue of the Americas  
New York, NY 10019-6064  

David G. Heiman  
Brad Erens dgheiman@jonesday.com  
bberens@jonesday.com  
Jones Day North Point  
901 Lakeside Avenue  
Cleveland, OH 44114-1190  

David A. Hall  
dahall@jonesday.com  
Jones Day  
77 West Wacker  
Chicago, Illinois 60601-1692  

Andrew Goldman  
Charles Platt  
Dawn Wilson  
andrew.goldman@wilmerhale.com  
charles.platt@wilmerhale.com  
dawn.wilson@wilmerhale.com  
WilmerHale  
399 Park Avenue  
New York, NY 10022  

Daniel H. Golden, Esquire  
Philip C. Dublin, Esquire  
Jason Goldsmith  
Brian Carney  
Nancy Chung  
Abid Qureshi  
Mitchell P. Hurley  
Deborah Newman  
Sunny Gulati  
dgolden@akingump.com  
dzensky@akingump.com  
nchung@akingump.com  
aqureshi@akingump.com  
djnewman@akingump.com  
jgoldsmith@akingump.com  
bcarney@akingump.com  
cdoniak@akingump.com  
mhurley@akingump.com  
sgulati@akingump.com  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036

Dated: Wilmington, Delaware
       January 20, 2011

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*