IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No.: 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Re: Dkt Nos. 7091, 7164, 7542 & 7546 |

### MR. ZELL AND EGI-TRB LLC'S MOTION FOR LEAVE TO FILE THEIR SUPPLEMENT TO LIMITED OBJECTION TO THE COMMITTEE'S COMPLAINT CONFIRMATION MOTION

Samuel Zell ("Mr. Zell") and EGI-TRB LLC ("EGI-TRB"), by and through their undersigned counsel, hereby submit this motion (this "Motion"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order granting Mr. Zell and EGI-TRB leave and permission to file a supplement (the "Supplement") in further support of *Mr. Zell and EGI-TRB's Limited Objection to the Committee's Motion to Confirm Standing with Respect to Certain Claims* [Dkt. No. 7164] (the "Objection"). The Supplement is attached hereto as Exhibit A.[1] In support of this Motion, the Mr. Zell and EGI-TRB respectfully state as follows:

      1.      Pursuant to Local Rule 9006-1, "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d). The Objection is scheduled to be heard at the January 24, 2011 hearing. The agenda for the January 24, 2011 hearing was filed on January 20,

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Supplement.

2

2010.  Accordingly, any replies were required to be filed by 4:00 p.m. on January 19, 2010 (the "Reply Deadline").

2. On December 7, 2010, the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee") filed its *Motion For Entry of An Order Confirming That The Court's October 27, 2010 Order Granted the Committee Standing With Respect to All Claims Asserted In the Amended Complaints In Adversarial Proceedings Nos. 10-53963 and 10-54010* [Dkt. No. 7091] (the "Committee Motion").

3. On December 13, 2010, Mr. Zell and EGI-TRB filed their Objection to the Committee Motion.

4. On January 18, 2011, one day before the Reply Deadline, the Committee filed its nineteen (19) page Reply in support of the Committee Motion [Dkt. No. 7542] (the "Committee Reply").  Also on January 18, 2011, Aurelius Capital Management, LP filed a five (5) page joinder to the Committee Reply [Dkt. No. 7546] (the "Aurelius Joinder").

5. Mr. Zell and EGI-TRB hereby seek leave and permission from this Court to file the Supplement in order to further support the Objection and to adequately address certain issues raised in the Committee Reply and Aurelius Joinder. Given the last minute filing of the Committee Reply and Aurelius Joinder, their substantial combined length and the issues raised therein, Mr. Zell and EGI-TRB could not adequately respond prior to the Reply Deadline.

WHEREFORE, the Mr. Zell and EGI-TRB respectfully request that this Court enter an order allowing them to file the Supplement in the form attached hereto as <u>Exhibit A</u> and granting such other and further relief as is necessary.

Dated:  January 20, 2011                              Respectfully submitted,

By:    /s/ *Alan M. Root*
      David W. Carickhoff (DE No. 3715)
      Alan M. Root (DE No. 5427)
      BLANK ROME LLP
      1201 Market Street, Suite 800
      Wilmington, Delaware 19801
      Telephone: (302) 425-6400
      Facsimile: (302) 425-6464

      and

      David J. Bradford (admitted *pro hac vice*)
      Catherine L. Steege (admitted *pro hac vice*)
      Andrew W. Vail (admitted *pro hac vice*)
      JENNER & BLOCK LLP
      353 North Clark Street
      Chicago, Illinois 60654
      Telephone: (312) 222-9350
      Facsimile: (312) 840-7375


      Co-Counsel for Samuel Zell and
      EGI-TRB, LLC