IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No.: 08-13141 (KJC) |
| | (Jointly Administered) |
| Debtors. | |
| | Re: Dkt Nos. 7091, 7164, 7542 & 7546 |

**ORDER GRANTING MR. ZELL AND EGI-TRB LLC LEAVE TO FILE
SUPPLEMENT TO LIMITED OBJECTION TO THE COMMITTEE'S
<u>COMPLAINT CONFIRMATION MOTION</u>**

Upon consideration of the motion (the "<u>Motion</u>") o Samuel Zell ("<u>Mr. Zell</u>") and EGI-TRB LLC ("<u>EGI-TRB</u>") for entry of an order pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>") allowing Mr. Zell and EGI-TRB leave to file *Mr. Zell and EGI-TRB LLC's Supplement to Their Limited Objection to The Committee's Complaint Confirmation Motion* (the "<u>Supplement</u>"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Mr. Zell and EGI-TRB are granted leave and are permitted to file the Supplement; and it is further

135030.01600/40193131v.1

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       January __, 2011

                                                                                            _____
                                                                              Kevin J. Carey
                                                                              Chief United States Bankruptcy Judge

135030.01600/40193131v.1