# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

In re:

TRIBUNE COMPANY, *et al.*,

                Debtors.

_____

)
) Chapter 11
)
) Case No. 08-13141 (KJC)
)
) Jointly Administered
)
)
) Re: Dkt. No. 7584

## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on January 20, 2011, I caused a copy of the following

document to be served on the parties listed on the attached service list in the manner indicated.

**MR. ZELL AND EGI-TRB LLC'S MOTION FOR LEAVE TO FILE
THEIR SUPPLEMENT TO LIMITED OBJECTION TO THE
COMMITTEE'S COMPLAINT CONFIRMATION MOTION [Dkt. No. 7584]**

Dated: January 20, 2011

**BLANK ROME LLP**

By:   /s/ *Alan M. Root*
David W. Carickhoff (DE No. 3715)
Alan M. Root (DE No. 5427)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Co-Counsel for Samuel Zell and
EGI-TRB, LLC

**Service List**

**Via Hand Delivery**

Norman L. Pernick, Esq.
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to the Debtors)

David M. Klauder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to the OCUC)

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(Counsel for Aurelius Capital Management, LP)

**Via First Class Mail**

Jessica C. K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to the Debtors)

Douglas A. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to the OCUC)

Daniel H. Golden
Philip C. Dublin
David Zensky
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Aurelius Capital Management, LP)

135030.01600/40193128v.1