IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
In re:                                                  :   Chapter 11 Cases
                                                        :
                                                        :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                :
                                                        :   (Jointly Administered)
                          Debtors.                      :
-------------------------------------------------------X   Related Docket No. 7527
```

NOTICE OF FILING OF REVISED PROPOSED
COMMON INTEREST STIPULATION AND ORDER

**PLEASE TAKE NOTICE** that the Noteholder Plan Proponents,[1] by and through their undersigned counsel, hereby amend the Common Interest Stipulation and Order (the "Proposed Common Interest Stipulation") annexed to the Proposed Order filed with their Motion to Compel Production of Documents and Information from the Debtor/Committee/Lender Plan Proponents and Other Parties or, Alternatively, for an Order of Preclusion Respecting Certain Issues [Dkt. #7527] (the "Motion to Compel"), filed on January 14, 2011. The purpose of the amendment is to resolve an objection raised by the Debtor/Committee/Lender Plan Proponents in their Objection to the Motion to Compel [Dkt. #7552] (the "Objection"), thereby narrowing the disputed issues for which the parties require the Court's intervention concerning alleged common interest privileges. The Debtor/Committee/Lender Plan Proponents object to Section A.4 of the Proposed Common Interest Stipulation because, among other things, they contend it would operate to protect Common Interest Communications which include clients on the "cc" line of a letter or an electronic communication, but not communications which include client(s) on the

---

[1] The Noteholder Plan Proponents are Aurelius Capital Management, LP, on behalf of its managed entities, Law Debenture Trust Company of New York, as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096, Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee under certain indentures by and between Tribune, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes.

"to" line. (Objection at 4, 13.) As set forth in the Motion to Compel (at pages 17-18), the Noteholder Plan Proponents do not intend communications to lose their protected status if clients are included in the "to" line, and have therefore amended Section A.4 to make this point clear. A copy of the amended Proposed Common Interest Stipulation is annexed hereto as <u>Exhibit A</u>. A blackline comparing the amended Proposed Common Interest Stipulation with the original version filed with the Court on January 14, 2011 is annexed hereto as <u>Exhibit B</u>.

Dated:   January 20, 2011
             Wilmington, Delaware

                                  **ASHBY & GEDDES, P.A.**

                                  By:  <u>/s/ Amanda M. Winfree</u>
                                         William P. Bowden (I.D. No. 2553)
                                         Amanda M. Winfree (I.D. No. 4615)
                                         500 Delaware Avenue
                                         P.O. Box 1150
                                         Wilmington, DE 19899
                                         (302) 654-1888

                                  -and-

                                  **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                         Daniel H. Golden
                                         David M. Zensky
                                         Abid Qureshi
                                         Nancy Chung
                                         Brian T. Carney
                                         One Bryant Park
                                         New York, New York 10036
                                         (212) 872-1000

                                  *Counsel to Aurelius Capital Management, LP*

{00478255.v1}