United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Tribune Company, No. 08-13141 |
|---|---|
| Creditor Name and Address: | Grippo & Elden LLC, c/o Thomas Skalitzky<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606 |
| Court Claim Number (if known): | 4984 |
| Date Claim Filed: | June 12, 2009 |
| Total Amount of Claim Filed: | $24,823.39 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/19/2011

Print Name: Thomas J. Skalitzky

Title (if applicable): Exec Director

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)   0000004984

**Name of Debtor Against Which Claim is Held:** TRIBUNE COMPANY
**Case No. of Debtor:** 08-13141

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

TRB (CREDITOR.DBF,CREDNUM)CREDNUM # 1000026368******
GRIPPO & ELDEN
3476 EAGLE WAY
CHICAGO, IL 60678

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____
145633

**Telephone number:** _____  **Email Address:** _____

**Name and address where payment should be sent (if different from above):**
GRIPPO & ELDEN LLC
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone number: (312) 704-7700
Email Address: TSKALITZKY@GRIPPOELDEN

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $24,823.39

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $_____

2. **Basis for Claim:** Services performed (legal)
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 2900
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
JUN 12 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date:** 6/11/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

THOMAS J. SKALITZKY
/s/ Thomas Skalitzky, Executive Director

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# GRIPPO & ELDEN LLC

111 South Wacker Drive
Chicago, Illinois 60606

Telephone (312) 704-7700
Fax (312) 558-1195

Inv#      41829
Date    03/31/09
22900.00090-JRM

FEI #36-3576610

Tribune Company
ATTN: Crane Kenney
Tribune Tower
435 North Michigan Avenue
Chicago, IL  60611

Re:  Audit Letter

For fees and disbursements rendered on your behalf through March 31, 2009 details of which are attached.

|  |  |
|---|---|
| Total Services | $ 102.00 |
| Total Expenses | $   .00 |
| **TOTAL THIS INVOICE** | **$ 102.00** |

Please remit payment to:   GRIPPO & ELDEN LLC
Operating Account
3476 Eagle Way
Chicago, IL 60678-1034

Direct billing questions to:   Jan Treichler 312/704-7702

## GRIPPO & ELDEN LLC

111 South Wacker Drive
Chicago, Illinois 60606

Telephone (312) 704-7700
Fax (312) 558-1195

Inv#      41073
Date   09/30/08
22900.00225-GRD

Tribune Company
ATTN: Karen M. Flax
Tribune Tower
435 North Michigan Avenue
Chicago, IL  60611

FEI #36-3576610

Re:  Sun Times

For fees and disbursements rendered on your behalf through September 30, 2008 details of which are attached.

| | |
|---|---|
| Total Services | $ 22,812.00 |
| Total Expenses | $  1,909.39 |
| **TOTAL THIS INVOICE** | **$ 24,721.39** |

Please remit payment to:    GRIPPO & ELDEN LLC
Operating Account
3476 Eagle Way
Chicago, IL 60678-1034

Direct billing questions to:  Jan Treichler 312/704-7702

Page 1 of 1

From: Origin ID: CHIA (312) 704-7702
Jan Treichler
Grippo & Elden LLC
111 S. Wacker Dr
Suite 5100
Chicago, IL 60606



Ship Date: 11JUN09
ActWgt: 1.0 LB
CAD: 3135622/INET9011
Account#: S *********

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

RECEIVED
JUN 1 2 2009

SHIP TO: (800) 622-1125   BILL SENDER
**Tribune Claims Processing Center**
**Epiq Bankruptcy Solutions, LLC**
**757 3RD AVE, 3rd Floor**

**NEW YORK, NY 10017**



FRI - 12JUN   A1
TRK# 7976 7464 2780   STANDARD OVERNIGHT
0201

10017
NY-US
EWR

**NQ OGSA**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, o.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html

6/11/2009