IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | Re: Docket No. 7574 |
| ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Robert J. Rosenberg, Esquire *pro hac vice* is granted.

Dated: January 21, 2011

_____
KEVIN J. CAREY
Chief United States Bankruptcy Judge

3837023_1.DOC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE   JAN 2 1 REC'D

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, *et al.*, ) | Case No. 08-13141 (KJC) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Raymond H. Lemisch, Esquire moves the admission *pro hac vice* of Robert J. Rosenberg, Esquire of Latham & Watkins LLP, to represent Barclays Bank PLC and Waterstone Capital Management LP in the above-captioned case.

Dated: January 20, 2011

                                        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       222 Delaware Ave., Suite 801
       Wilmington, DE 19801
       302-442-7010 (telephone)
       302-442-7012 (facsimile)
       rlemisch@beneschlaw.com

DOCKET NO. 7574
DATE FILED 1/20/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 19, 2011

				*[signature]*
				Robert J. Rosenberg, Esq. (NY Bar ID No. 1025626)
				LATHAM & WATKINS LLP
				885 Third Avenue
				New York, NY 10022-4834
				Telephone: (212) 906-1200
				Facsimile: (212) 751-4864
				robert.rosenberg@lw.com

				*Counsel for Barclays Bank PLC and Waterstone Capital Management LP*