IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) ) Jointly Administered |
| Debtors. | ) ) Re: Docket No. 7575 ) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Jason B. Sanjana, Esquire *pro hac vice* is granted.

Dated: January 21, 2011

_____
KEVIN J. CAREY
Chief United States Bankruptcy Judge

3835481_1.DOC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

JAN 21 REC'D

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Raymond H. Lemisch, Esquire moves the admission *pro hac vice* of Jason B. Sanjana, Esquire of Latham & Watkins LLP, to represent Barclays Bank PLC and Waterstone Capital Management LP in the above-captioned case.

Dated: January 20, 2011

                         BENESCH, FRIEDLANDER, COPLAN
                         & ARONOFF LLP

By:    */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        222 Delaware Ave., Suite 801
        Wilmington, DE 19801
        302-442-7010 (telephone)
        302-442-7012 (facsimile)
        rlemisch@beneschlaw.com

DOCKET NO. 7575
DATE FILED 1/20/11

3835481_1.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 19, 2011

Jason B. Sanjana, Esq. (NY Bar ID No. 4522454)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
jason.sanjana@lw.com

*Counsel for Barclays Bank PLC and Waterstone Capital Management LP*