IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------X
In re:                                :        Chapter 11 Cases
                                      :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,              :        (Jointly Administered)
                                      :
                                      :
                      Debtors.        :
-----------------------------------------------X
```

**DECLARATION OF MATTHEW B. STEIN IN SUPPORT OF LAW DEBENTURE
TRUST COMPANY OF NEW YORK'S MOTION FOR ESTIMATION
AND CLASSIFICATION OF CLAIM FOR VOTING PURPOSES
<u>PURSUANT TO BANKRUPTCY RULE 3018</u>**

MATTHEW B. STEIN hereby declares, pursuant to 28 U.S.C. § 1746, that the following

is true and correct to the best of his knowledge, information, and belief:

1.      I am an associate in the law firm of Kasowitz, Benson, Torres & Friedman LLP,

counsel for Law Debenture Trust Company of New York in the above-referenced cases. I make

this declaration to present the Court with the attached documents in connection with the *Law

Debenture Trust Company of New York's Motion For Estimation And Classification Of Claim

For Voting Purposes Pursuant To Bankruptcy Rule 3018*, dated January 8, 2011.

2.      Attached hereto as Exhibit A is a copy of the cover sheet for each respective

invoice that Law Debenture has received from Kasowitz, Benson, Torres & Friedman LLP in

connection with the Debtors' bankruptcy cases.


I declare that the foregoing is true and correct to the best of my knowledge, information,

and belief.


Dated: New York, New York
       January 20, 2011

                                                    _____
                                                    MATTHEW B. STEIN

# EXHIBIT A

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.:  903875                    July 31, 2009

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of May 2009
as reflected on the attached printout.

| | |
|---|---|
| Fees | $68,916.00 |
| Disbursements | .00 |
| **TOTAL AMOUNT DUE** | $68,916.00 |

5506
08821001

# Kasowitz, Benson, Torres & Friedman LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 905144                    September 23, 2009

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of June 2009
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $41,357.00 |
| Disbursements | 93.15 |
| Current Amount Due | $41,450.15 |
| Previous Balance | 68,916.00 |
| **TOTAL AMOUNT DUE** | **$110,366.15** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 906027                    October 21, 2009

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of August 2009
as reflected on the attached printout.

| | |
|---|---|
| Fees | $286,022.00 |
| Disbursements | 2,576.77 |
| **TOTAL AMOUNT DUE** | **$288,598.77** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 906348                    November 2, 2009

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of September 2009
as reflected on the attached printout.

| | |
|---|---|
| Fees | $202,953.00 |
| Disbursements | 3,108.00 |
| **TOTAL AMOUNT DUE** | **$206,061.00** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 907878                    December 16, 2009

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of October 2009
as reflected on the attached printout.

| | |
|---|---|
| Fees | $483,774.00 |
| Disbursements | 8,662.26 |
| **TOTAL AMOUNT DUE** | **$492,436.26** |

5506
08821001

# Kasowitz, Benson, Torres & Friedman LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 100090

January 11, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of November 2009
as reflected on the attached printout.

| | |
|---|---|
| Fees | $524,958.50 |
| Disbursements | 18,036.66 |
| **TOTAL AMOUNT DUE** | **$542,995.16** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 101570                    March 9, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of December 2009
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $939,501.50 |
| Disbursements | 37,313.73 |
| Current Amount Due | $976,815.23 |
| Previous Balance | 542,995.16 |
| **TOTAL AMOUNT DUE** | **$1,519,810.39** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY  10017

INVOICE NO.: 102241                     March 31, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of January 2010.

| | |
|---|---|
| Fees | $765,522.50 |
| Disbursements | 36,281.64 |
| Current Amount Due | $801,804.14 |
| Previous Balance | 1,519,810.36 |
| **TOTAL AMOUNT DUE** | **$2,321,614.50** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 103913                    May 25, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of February 2010
as reflected on the attached printout.

| | |
|---|---|
| Fees | $409,102.50 |
| Disbursements | 15,600.98 |
| **TOTAL AMOUNT DUE** | **$424,703.48** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 103959                    May 26, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of March 2010
as reflected on the attached printout.

| | |
|---|---|
| Fees | $376,730.00 |
| Disbursements | 12,656.58 |
| **TOTAL AMOUNT DUE** | **$389,386.58** |

.5506
08821001

## KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 104411                         June 9, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of April 2010
as reflected on the attached printout.

| | |
|---|---|
| Fees | $173,231.00 |
| Disbursements | 3,225.26 |
| Current Amount Due | $176,456.26 |
| Previous Balance | 814,090.06 |
| **TOTAL AMOUNT DUE** | **$990,546.32** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY   10017

INVOICE NO.: 105109                     July 2, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of May 2010.

| | |
|---|---:|
| Fees | $658,528.50 |
| Disbursements | 22,800.51 |
| Current Amount Due | $681,329.01 |
| Previous Balance | 990,546.32 |
| **TOTAL AMOUNT DUE** | **$1,671,875.33** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY  10017

INVOICE NO.: 106215                        August 13, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of June 2010.

| | |
|---|---|
| Fees | $468,218.50 |
| Disbursements | 11,643.32 |
| **TOTAL AMOUNT DUE** | **$479,861.82** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799                    FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY  10017

INVOICE NO.: 106404                    August 23, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of July 2010.

| | |
|---|---|
| Fees | $441,708.50 |
| Disbursements | 5,808.30 |
| **TOTAL AMOUNT DUE** | **$447,516.80** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 13-3720397

212-506-1700

FACSIMILE: 212-506-1800

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 107508                          October 4, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of August 2010
as reflected on the attached printout.

| | |
|---|---|
| Fees | $632,787.50 |
| Disbursements | 16,615.44 |
| Current Amount Due | $649,402.94 |
| Previous Balance | 447,516.80 |
| **TOTAL AMOUNT DUE** | **$1,096,919.74** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 108079                     October 18, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of September 2010
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $97,731.00 |
| Disbursements | 2,020.28 |
| **TOTAL AMOUNT DUE** | **$99,751.28** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY 10017

INVOICE NO.: 109249                          November 23, 2010

RE: Tribune Co.

FOR PROFESSIONAL SERVICES rendered
through the month of September 2010
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $.00 |
| Disbursements | 515.74 |
| Current Amount Due | $515.74 |
| Previous Balance | 749,154.22 |
| **TOTAL AMOUNT DUE** | **$749,669.96** |

5506
08821001

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, NY  10017

INVOICE NO.: 108080                     October 18, 2010

RE: Tribune Post 9/17 Directed Action

FOR PROFESSIONAL SERVICES rendered
through the month of September 2010
as reflected on the attached printout.

| | |
|---|---|
| Fees | $10,219.00 |
| Disbursements | .00 |
| **TOTAL AMOUNT DUE** | **$10,219.00** |

5506
08821002

# Kasowitz, Benson, Torres & Friedman LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

FED. I.D. 13-3720397

Mr. James Heaney
Law Debenture Trust Company Americas
400 Madison Avenue
New York, Ny  10022

INVOICE NO.: 108081

October 18, 2010

RE: Tribune - Mediation

FOR PROFESSIONAL SERVICES rendered
through the month of September 2010
as reflected on the attached printout.

| | |
|---|---|
| Fees | $26,035.00 |
| Disbursements | .00 |
| **TOTAL AMOUNT DUE** | **$26,035.00** |

5506
08821003