**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                    :    Chapter 11
                                          :
Tribune Company, et al.                   :    Case No. 08-13141 (KJC)
                                          :
            Debtors.                      :    (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Menachem O. Zelmanovitz, Esquire, of the law firm Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178-0060, to represent New York State Common Retirement Fund and GreatBanc Trust Company in these cases.

Dated: December 28, 2010

/s/ Colm F. Connolly
Colm F. Connolly, Esq. (#3151)
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-3000
E-mail: cconnolly@morganlewis.com

DB2/22100291.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5., I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: December 27, 2010

/s/ Menachem O. Zelmanovitz
Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
Phone: (212) 309-6000
Facsimile (212) 309-6001
E-mail: mzelmanovitz@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Dated: 1/21, 2010

Kevin J. Carey
United States Bankruptcy Judge