IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 08-13141 (KJC) <br><br> (Jointly Administered) <br><br> Re: Dkt Nos. 7091, 7164, 7542 & 7546 |

### ORDER GRANTING MR. ZELL AND EGI-TRB LLC LEAVE TO FILE SUPPLEMENT TO LIMITED OBJECTION TO THE COMMITTEE'S COMPLAINT CONFIRMATION MOTION

Upon consideration of the motion (the "Motion") o Samuel Zell ("Mr. Zell") and EGI-TRB LLC ("EGI-TRB") for entry of an order pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") allowing Mr. Zell and EGI-TRB leave to file *Mr. Zell and EGI-TRB LLC's Supplement to Their Limited Objection to The Committee's Complaint Confirmation Motion* (the "Supplement"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Mr. Zell and EGI-TRB are granted leave and are permitted to file the Supplement; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
January 21, 2011

_____
Kevin J. Carey
Chief United States Bankruptcy Judge