IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re: : Chapter 11
:
TRIBUNE COMPANY, *et al.* : Case No. 08-13141 (KJC)
:
              Debtors. : Jointly Administered
:
------------------------------------------------------------- x Related Docket No. 7590

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                 ) SS
COUNTY OF NEW CASTLE  )

      Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of McCarter & English LLP, counsel to Deutsche Bank Trust Company Americas in the above captioned bankruptcy case, and that, on January 21, 2010 he caused a true and correct copy of the below listed pleading to be served upon the attached service list in the manner so indicated.

- **Reply of Deutsche Bank Trust Company Americas in support of its Motion for Estimation, Temporary Allowance and Classification of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018[1]; (Filed January 20, 2011) [Docket No. 7590].**

                                                              _____
                                                              Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 21 day of January, 2011.

_____
Notary Public

                FRANCIS J. ROGERS
                  NOTARY PUBLIC
               STATE OF DELAWARE
          My commission expires May 17, 2011

---

[1] The listed parties were also served via electronic mail on January 20, 2011.

ME1 11103879v.1

| | |
|---|---|
| **HAND DELIVERY**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK<br>J KATE STICKLES<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801<br>(COUNSEL TO THE DEBTORS) | **FEDERAL EXPRESS**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(COUNSEL TO THE DEBTORS) |
| **FEDERAL EXPRESS**<br>Robert J. Rosenberg<br>Jason B. Sanjana<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022-4834<br>*Counsel for Barclays Bank PLC and Waterstone Capital Management LP* | **HAND DELIVERY**<br>SIDLEY AUSTIN LLP<br>JAMES F. CONLAN<br>BRYAN KRAKAUER<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(CO-COUNSEL TO DEBTOR) |
| **HAND DELIVERY**<br>LANDIS RATH & COBB LLP<br>ADAM G LANDIS<br>MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801<br>(COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE) | **HAND DELIVERY**<br>SIDLEY AUSTIN LLP<br>KEVIN T. LANTRY<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(CO-COUNSEL TO DEBTOR) |
| **HAND DELIVERY**<br>CHADBOURNE & PARKE LLP<br>HOWARD SEIFE<br>DAVID M. LEMAY,<br>DOGULAS E. DEUTSCH<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112<br>(COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE) | **HAND DELIVERY**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID M. KLAUDER, ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 |

ME1 11103879v.1