## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
| | |
|---|---|
| In re: | :    Chapter 11 Cases |
| | :    Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al,** | :    (Jointly Administered) |
| | : |
| Debtors. | : |

-------------------------------------------------------X

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2011, Law Debenture Trust Company of New York, by and through its undersigned counsel, caused the Amended Subpoena in a Bankruptcy Case to Michael R. Costa to be served on the attached service list via Electronic Mail.

Dated: Wilmington, Delaware      By: /s/ Garvan F. McDaniel
        January 21, 2011             **BIFFERATO GENTILOTTI LLC**
                                         Garvan F. McDaniel (No. 4167)
                                         800 N. King Street, Plaza Level
                                         Wilmington, Delaware 19801
                                         Tel: (302) 429-1900
                                         Fax: (302) 429-8600

                                                       – and –

                                         David S. Rosner
                                         Andrew K. Glenn
                                         Sheron Korpus
                                         **KASOWITZ BENSON TORRES & FRIEDMAN LLP**
                                         1633 Broadway
                                         New York, NY 10019
                                         Tel: (212) 506-1700
                                         Fax: (212) 506-1800

                                         *Co-Counsel for Law Debenture Trust Company of New York*

**SERVICE LIST**

David M. Miles
Ronald S. Flagg
dthomas@sidley.com
rflagg@sidley.com
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Kevin T. Lantry
klantry@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Steven M. Bierman
sbierman@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Martin S. Siegel
Katherine S. Bromberg
G. Novod
Jared A. Ellias
msiegel@brownrudnick.com
kbromberg@brownrudnick.com
gnovod@ brownrudnick.com
jellias@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Graeme Bush
Andrew N. Goldfarb
James Sottile
gbush@zuckerman.com
agoldfarb@zuckerman.com
jsottile@zuckerman.com
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807

Howard Seife
David M. LeMay
Marc D. Ashley
hseife@chadbourne.com
dlemay@chadbourne.com
mashley@chadbourne.com
tmccormack@chadbourne.com
Thomas J. McCormack
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

James F. Conlan
Bryan Krakauer
James Bendernagel
James W. Ducayet
Patrick J. Wackerly
Jen Peitz
Colleen M. Kenney
Dale E. Thomas
jconlan@sidley.com
blcrakauer@sidley.com
jbendernagel@sidley.com
jducayet@sidley.com
dmiles@sidley.com
pwackerly@sidley.com
jpeltz@sidley.com
ckenney@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Dana C. Hobart
James O. Johnston
Joshua M. Mester
hobartd@hbdlavvyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Donald S. Bernstein
Elliott Moskowitz
Michael Russano
Sasha Polonsky
Benjamin S. Kaminetzky
donald.bernstein@davispolk.com
elliott.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonslcy@davispolk.com
ben.kaminetzky@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

David G. Hille
Andrew W. Hammond
Brian E. Fritz
dhille@whitecase.com
ahammond@whitecase.com
bfritz@whitecase.com
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

David Adler
dadler@mccarter.com
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Howard J. Kaplan
Johnny Yeh
hkaplan@arkin-law.com
jyeh@arkinlaw.com
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Laurie Selber Silverstein
lsilverstein@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801

Madlyn Gleich Primoff
Jonathan Agudelo
Jane W. Parver
Joseph M. Drayton
mprimoff@kayescholer.com
jagudelo@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
bbutwin@omm.com
dcantor@omm.com
dshamah@omm.com
O'Melveny & Myers LLP
Times Square Tower 7 Times Square
New York, NY 10036

John Henry Schanne
David B. Stratton
schannej@pepperlaw.com
strattond@pepperlaw.com
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington Delaware 19899-1709

David W. Brown
Andrew G. Gordon
Elizabeth McColm
dbrown@paulweiss.com
agordon@paulweiss.com
emccolm@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Lynn DiPaola Marvin  
lmarvin@jonesday.com  
Jones Day  
222 East 41st Street  
New York, New York 10017-6702  

Andrew J. Puglia Levy  
alevy@paulweiss.com  
Paul, Weiss, Rifkind, Wharton & Garrison  
2001 K Street, NW  
Washington, DC 20006-1047  

David G. Heiman  
Brad Erens dgheiman@jonesday.com  
bberens@jonesday.com  
Jones Day North Point  
901 Lakeside Avenue  
Cleveland, OH 44114-1190  

David A. Hall  
dahall@jonesday.com  
Jones Day  
77 West Wacker  
Chicago, Illinois 60601-1692  

Andrew Goldman  
Charles Platt  
Dawn Wilson  
andrew.goldman@wilmerhale.com  
charles.platt@wilmerhale.com  
dawn.wilson@wilmerhale.com  
WilmerHale  
399 Park Avenue  
New York, NY 10022  

Daniel H. Golden, Esquire  
Philip C. Dublin, Esquire  
Jason Goldsmith  
Brian Carney  
Nancy Chung  
Abid Qureshi  
Mitchell P. Hurley  
Deborah Newman  
Sunny Gulati  
dgolden@akingump.com  
dzensky@akingump.com  
nchung@akingump.com  
aqureshi@akingump.com  
djnewman@akingump.com  
jgoldsmith@akingump.com  
bcarney@akingump.com  
cdoniak@akingump.com  
mhurley@akingump.com  
sgulati@akingump.com  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036