# **EXHIBIT A**

From: Vail, Andrew W [mailto:AVail@jenner.com]
Sent: Friday, October 22, 2010 9:58 AM
To: Goldfarb, Andrew; Bush, Graeme W.; Sottile, James
Cc: Bradford, David J; Sondgeroth, Douglas; Vail, Andrew W

Subject: Your Request

Dear Counsel,

We have received your request of yesterday afternoon asking that we withdraw certain confidentiality designations before 10 a.m. CST today. That request in inappropriate, as set forth below, and should be rescinded.

The request is inappropriate because it does not afford us any opportunity to properly consider, including review any relevant materials, or discuss it with our clients. Any confidentiality designation has been in place for months and your request fails to offer any explanation or justification for asking that it be withdrawn without affording us the opportunity to properly consider the request and the related draft allegations against our clients. We appreciate you providing us that accommodation and professional courtesy. If that is not acceptable, please contact me so that we can meet and confer by telephone.

The request also is inappropriate because paragraph 94 of the draft complaint, among others, misstates facts and makes allegations contrary to the findings and conclusions of the Court appointed Examiner. The draft complaint's allegations against our clients are unfounded and should be withdrawn.

We look forward to promptly working with you to resolve this issue.

Best Regards,

Andrew W Vail

---

Andrew W. Vail
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8688
Fax (312) 840-8788
AVail@jenner.com
www.jenner.com<http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** "Goldfarb, Andrew" <agoldfarb@zuckerman.com>
**Date:** October 25, 2010 3:43:53 PM CDT
**To:** "Vail, Andrew W" <AVail@jenner.com>
**Cc:** "Bradford, David J" <dbradford@jenner.com>
**Subject: Re: Your Request**

Andrew - Thanks for the quick response on the confi issue. I will get back to you as soon as possible on the larger issue you raise.

Andrew

Sent from my iPhone

On Oct 25, 2010, at 4:20 PM, "Vail, Andrew W" <AVail@jenner.com> wrote:

> Andrew,
>
> Thank you for your note.
>
> We are willing to agree to your request to withdraw the confidentiality designation relating to the allegations in Paragraph 94 of the draft complaint, specifically the document you identify below. Our concern and objection that the draft complaint's claims directed at our clients are unfounded and contrary to the findings of Examiner Klee, however, remain. We would like to further discuss those concerns with you and would be willing to execute a tolling agreement to preserve the draft complaint's claims against our clients. Because those alleged claims lack the evidentiary support required by the Federal Rules, and clearly are not colorable, we strongly believe that this approach is reasonable and will best protect the interests of both of our clients.
>
> We look forward to hearing from you.
>
> Best regards,
> Andrew

1

From: Goldfarb, Andrew [agoldfarb@zuckerman.com]
Sent: Monday, October 25, 2010 3:04 PM
To: Vail, Andrew W
Subject: RE: Your Request

Andrew -- Sorry I was not able to get back to you on Friday. The single document at issue about which I wrote on Thursday has Bates number EGI-LAW 00015095. As my note may have indicated, the Committee would like to be in a position to file an unredacted complaint. Since EGI designated much, if not all, of its email production as "confidential," my email was a request that EGI reconsider its designation of that document.

Thanks for the prompt response. Of course, I'm happy to discuss further if you'd like.

Regards,
Andrew

-----Original Message-----
From: Vail, Andrew W [mailto:AVail@jenner.com]
Sent: Friday, October 22, 2010 9:58 AM
To: Goldfarb, Andrew; Bush, Graeme W.; Sottile, James
Cc: Bradford, David J; Sondgeroth, Douglas; Vail, Andrew W
Subject: Your Request

Dear Counsel,

We have received your request of yesterday afternoon asking that we withdraw certain confidentiality designations before 10 a.m. CST today. That request in inappropriate, as set forth below, and should be rescinded.

The request is inappropriate because it does not afford us any opportunity to properly consider, including review any relevant materials, or discuss it with our clients. Any confidentiality designation has been in place for months and your request fails to offer any explanation or justification for asking that it be withdrawn without affording us the opportunity to properly consider the request and the related draft allegations against our clients. We appreciate you providing us that accommodation and professional courtesy. If that is not acceptable, please contact me so that we can meet and confer by telephone.

The request also is inappropriate because paragraph 94 of the draft complaint, among others, misstates facts and makes allegations contrary to the findings and conclusions of the Court appointed Examiner. The draft complaint's allegations against our clients are unfounded and should be withdrawn.

We look forward to promptly working with you to resolve this issue.

Best Regards,
Andrew W Vail

---

Andrew W. Vail
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8688
Fax (312) 840-8788
AVail@jenner.com
www.jenner.com<http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

| | |
|---|---|
| **From:** | Vail, Andrew W |
| **Sent:** | Friday, October 29, 2010 2:34 PM |
| **To:** | Adam Landis; Goldfarb, Andrew |
| **Cc:** | Bradford, David J |
| **Subject:** | Draft Complaint |

Adam or Andrew,

Is a draft complaint going to be circulated? I have not yet received a copy. Thanks.

Best regards,
Andrew

1