# **<u>EXHIBIT B</u>**

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF DELAWARE


                                    )
IN RE:                              ) Chapter 11
                                    )
TRIBUNE COMPANY, et al.,            ) Case No. 08-13141 (KJC)
                                    )
                                    ) Courtroom 5
                                    ) 824 Market Street
              Debtors.              ) Wilmington, Delaware

                                      October 22, 2010
                                      2:05 p.m.


                         TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE KEVIN J. CAREY
                      UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For Debtors:                  Sidley Austin LLP
                              BY: JAMES CONLAN, ESQ.
                              BY: KEVIN LANTRY, ESQ.
                              BY: JAMES BENDERNAGEL, JR., ESQ.
                              One South Dearborn
                              Chicago, IL 60603
                              (213) 896-6022

                              Cole, Schotz, Meisel, Forman &
                              Leonard, PA
                              BY:  NORMAN PERNICK, ESQ.
                              1000 North West Street
                              Suite 1200
                              Wilmington, DE 19801
                              (302) 652-3131

ECRO:                         AL LUGANO

Transcription Service:        DIAZ DATA SERVICES
                              331 Schuylkill Street
                              Harrisburg, Pennsylvania 17110
                              (717) 233-6664
                              www.diazdata.com


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

1  Are there any other objections that haven't been
2  articulated?  Oh --
3  MR. VAIL:  Yes, this is Andrew Vail.  May I address
4  the Court, Your Honor, by telephone?
5  THE COURT:  Go ahead.
6  MR. VAIL:  Good afternoon, Your Honor.  I represent
7  EGI-TRB, EGI and Mr. Zell, and I don't object to the UCC's
8  motion for standing.  However, to the extent that the UCC seeks
9  to immediately commence litigation and to take discovery, I do
10 object.  It was my understanding that there would be no
11 litigation during the mediation and here, with pending
12 mediation, there's no valid purpose served by the UCC running
13 to file its complaints.
14 The complaints allegations against my client are
15 unfounded and contrary to the conclusions and findings of the
16 examiner.  I'd ask that they do not go forward with filing the
17 complaints until the mediation has been concluded.  That is my
18 objection, Your Honor.
19 THE COURT: All right.  Thank you.  Anyone else?
20 MR. GOLDEN:  Your Honor, until -- it was a very
21 difficult session, in the sense that we didn't have enough
22 drafts, they weren't blacklined, so until Mr. Bush tells --
23 answers the Court's question about what was agreed to, I won't
24 know in fact whether there are any other objections.
25 THE COURT:  All right.  Let's do that now then.

1    and blame us, especially if there's evidence that we knew
2    about it and didn't say anything.  And as a consequence -- I
3    don't think anybody is intending this, but I do think that the
4    debtor has to have a role in here, because it does have an
5    obligation to ensure that these claims are preserved.  And
6    that's what we're going to try to do.  And we'll work with the
7    committee any way we can to do that.
8                THE COURT:  Well, let me ask the next question of
9    the committee.  When do you anticipate that a complaint will
10   be filed?
11               MR. BUSH:  I was hoping you would ask that, Your
12   Honor.
13               THE COURT:  Should I authorize the standing?
14               MR. BUSH:  I was going to say that some of these
15   concerns might be obviated by the -- a little information
16   about our expected timing.  We are going to do our level best
17   to file the complaints by the end of next week.  There are
18   these various things that I described before that we're trying
19   to do to get them in final shape to file.  But because of the
20   discovery that I also mentioned previously, we really need to
21   get them on file.
22               So we will -- we would plan to continue the
23   dialogue we've been having with all the parties who've
24   expressed concerns about whether we are doing all the right
25   things in the complaint.  And if possible, we would even share

1   a final or close to final draft before we file it.  And if all
2   else fails, and we file the complaint and they still think
3   that there are things wrong with it, they're going to have
4   four weeks to continue to try and persuade us to do something
5   else or something we -- they haven't even talked to us about
6   before, and ultimately, to come to Your Honor if they think
7   that we've done something so deficient in the complaint that
8   that is warranted.  The idea is not to wait until December 7th
9   to file a complaint, so there would be no time for anybody to
10  do anything.
11              THE COURT:  All right.
12              Does that satisfy your concern?
13              MR. BANDERNAGEL:  Well, I'm not sure, because I
14  have a second issue in this area.  And I think it's important
15  to raise this issue with Your Honor in this regard.  I'm not
16  sure the way this paragraph is being structured is completely
17  consistent with what the case law says as to the role of the
18  Court as the gatekeeper in a derivative standing case, in the
19  sense that it's pretty clear from the case law that -- and I'm
20  not suggesting that this is what people are proposing, but you
21  -- that you couldn't give them cart blanche to just file a
22  complaint on any subject matter at all.
23              And the real question is -- and this may be a
24  resolution of what Mr. Stark is talking about -- to the extent
25  they're in a position after consulting with the various

1    With respect to that issue, looking at the carryover paragraph
2    on page 3, I'm going to end that paragraph in what is now the
3    next to the last line, after the words "are preserved".  I'm
4    not interested in creating a situation -- I used to use the
5    word mischief, but Mr. Stark doesn't like that -- in which
6    we're arguing about the quality of somebody's judgment.
7            With respect to the scope, I think I'd like to
8    address that two ways.  One, I'm authorizing the committee to
9    pursue claims which fall within the parameters of the
10   examiner's reports and the complaints and draft complaints
11   submitted with the motion and the supplement, and no more.  To
12   the extent -- you know, and then I guess it would be -- have
13   to be in fairly short order, somebody wishes more authority or
14   some other party wishes different authority, they will have to
15   come to the Court to ask for further relief.
16           Now in order to aid in speeding the process along,
17   let me ask the committee.  I would like to set a hard deadline
18   for the filing of the complaint.  Now you've indicated you can
19   have it in by the end of next week.  I'd be willing to give
20   you a couple days more if you think you need it.  But I'd like
21   that to be done, so people can make their assessments in time
22   to decide what, if anything, should be done next.
23           MR. BUSH:  We're shooting for Friday.  But if you'd
24   give us until Monday, we'd be happy.
25           THE COURT:  Okay.  You'll have until Monday, which

1  is November -- October 25th.

2          MR. GOLDEN:  No.

3          THE COURT:  I'm sorry.  October.

4          MR. GOLDEN:  Not that Monday.

5          THE COURT:  November 1st.  I'm glad it's Friday.

6  That's all I can say.  November 1st.

7          And I -- look, hopefully, life will allow that, to

8  the extent there are further disputes about what this order

9  means once it's entered, I'll be around to interpret it for

10 you, at least as it has to do with the commencement of

11 litigation.  So I'm not inclined to alter further this -- the

12 proposals about paragraphs concerning settlement or the

13 additional paragraph that's been added at the end.

14         With respect to holding up on the filing of the

15 complaint until mediation is completed, let me put it this

16 way.  I've known Judge Gross long enough that no matter what

17 the outcome of any session, unless there's a complete

18 resolution, he never thinks it's completed.  And you may have

19 begun to discover that already.  So I don't think that's a

20 useful trigger.  So to the extent that objection is

21 outstanding, I will overrule it.

22         Is there an issue that I've failed to address?  Oh.

23 Is there an issue I've failed to address?

24         MR. GOLDEN:  Your Honor, I think there's a concern

25 among the committee and the other pre-LBO holders that the