IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>      Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) (Jointly Administered)<br>)<br>) Re: Docket No. 7555<br>) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE :
         : SS.
NEW CASTLE COUNTY :

  Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 19th day of January, 2011 she caused a copy of the following to be served on the attached list as indicated:

- JPMorgan Chase and Co.'s Objection to Aurelius Capital Management's Motion to Compel the Production of Documents [Docket No. 7555]

          _____
          Robyn K. Sinclair, Paralegal
          RICHARDS, LAYTON & FINGER, P.A.
          One Rodney Square
          920 North King Street
          Wilmington, DE 19801
          (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 21st day of January, 2011.

          _____
          Notary Public  JANEL R. GATES
                Notary Public - State of Delaware
                My Comm. Expires Feb. 2, 2011

RLF1 3782430v. 1

## SERVICE LIST

**(Via Hand Delivery on Local Parties and First Class Mail on Non-Local Parties)**

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

LERMAN SENTER, PLLC
ATTN: MEREDITH S. SENTER, JR. , SALLY A. BUCKMAN
2000 K. STREET NW
SUITE 600
WASHINGTON, DC 20006