IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>                    Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) (Jointly Administered)<br>)<br>) Re: Docket Nos. 7557, 7563<br>) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

   Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 19th day of January, 2011 she caused a copy of the following to be served on the attached list as indicated:

- JPMorgan Chase Bank, N.A.'s Response to the Noteholder Plan Proponent's Motion to Compel JPMorgan to Search for, Review and Produce Documents Responsive to Aurelius' First Request for the Production of Documents [Dkt. No. 7557]

- Declaration of Michael J. Russano in Support of JPMorgan's Response to the Noteholder Plan Proponent's Motion to Compel JPMorgan to Search for, Review and Produce Documents Responsive to Aurelius' First Request for the Production of Documents [Dkt. No. 7563]

                  */s/ Robyn K. Sinclair*
                  Robyn K. Sinclair, Paralegal
                  RICHARDS, LAYTON & FINGER, P.A.
                  One Rodney Square
                  920 North King Street
                  Wilmington, DE  19801
                  (302) 651-7700

RLF1 3782432v. 1

SWORN TO AND SUBSCRIBED before me this 21st day of January, 2011.

_____
Notary Public   JANEL R. GATES
Notary Public - State of Delaware
My Comm. Expires Feb. 2, 2011

RLF1 3782432v. 1

## SERVICE LIST

**(Via Hand Delivery on Local Parties and First Class Mail on Non-Local Parties)**

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN, DAVID M. ZENSKY, ABID QURESHI,
DEBORAH J. NEWMAN
ONE BRYANT PARK
NEW YORK, NY 10036