# EXHIBIT A

## Declaration of Christopher L. Meazell

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Nineteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period December 1, 2010 through December 31, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Nineteenth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 21st day of January, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1 - DECEMBER 31, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 45.5 | 24,115.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 32.0 | 23,200.00 |
| Robert J. Folliard* | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 450 | 13.0 | 5,850.00 |
| Kevin P. Latek* | Member (since 2005); Communications; 1997 (DC) | 450 | 20.2 | 9,090.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 16.6 | 10,790.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK); | 400 | 2.5 | 1,000.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 440 | 3.4 | 1,496.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 47.7 | 29,812.50 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 280 | 25.6 | 7,168.00 |
| **TOTALS** | | | **206.5** | **112,521.50** |
| **BLENDED RATE** | | | | **544.8983051** |

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

* Reflects blended billing rate of $450  through 12/31/10 on Broadcast Contract work

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**DECEMBER 1 - DECEMBER 31, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 170.8 | 96,581.50 |
| Fee Applications 08656.0101 | 2.5 | 1,000.00 |
| Broadcast Contracts 08656.0104 | 33.2 | 14,940.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **206.5** | **112,521.50** |

# ☒ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

January 21, 2011                                                      Page 1

Tribune Company                                                      Invoice 535527
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through December 31, 2010
FCC/Broadcast Matters

| | | |
|---|---|---|
| 12/01/10 | Telephone conference with senior lenders' FCC counsel re FCC process and timing (0.8); correspondence to Sidley re same (0.4); review open issues re media ownership and foreign ownership certification requirements (2.1). | |
| | C. Burrow | 3.30 hrs. |
| 12/01/10 | Review updated ballot and certification motions re FCC ownership compliance (2.0); telephone conference with FCC staff and follow-up re status report letter with FCC (0.5). | |
| | J. Feore | 2.50 hrs. |
| 12/01/10 | Prepare for proposed telephone conference with FCC counsel to co-proponents (0.5); telephone conference with FCC counsel to co-proponents re FCC-related steps going forward in view of hearing results (0.8); prepare memorandum to J. Boelter re FCC counsel conference and timing issues on foreign ownership certification and compliance process in view of competing Plans (0.8). | |
| | J. Logan | 2.10 hrs. |
| 12/01/10 | Telephone conference with R. Harold (FCC) re AllVid schedule (0.1); telephone conference with K. Witanowski re AllVid schedule (0.1). | |
| | M. Swanson | 0.20 hrs. |
| 12/02/10 | Review further revised Plans (2.7); review further revised disclosure statements (2.9); review further revised responsive statements (1.5). | |
| | C. Burrow | 7.10 hrs. |
| 12/02/10 | Revise proposed protective order regarding confidential data submitted with FCC applications to transfer broadcast licenses in bankruptcy. | |

Tribune Company                                                    Invoice 535527

|            | J. Rademacher | 0.30 hrs. |

| 12/02/10 | Review updated and revised Plans and documents filed with court re FCC issues and filings (1.5); telephone conference with lenders' counsel re FCC next steps and updates (0.4). | |
| | J. Feore | 1.90 hrs. |

| 12/03/10 | Review further revised Aurelius documents (1.8); telephone conference with senior lenders' FCC counsel re same (0.6); review documentation re Akin Gump disqualification re FCC matters (0.9). | |
| | C. Burrow | 3.30 hrs. |

| 12/03/10 | Analysis regarding AllVid meetings at FCC. | |
| | D. Teslik | 0.40 hrs. |

| 12/03/10 | Telephone conference with E. Washburn regarding protective order for confidential data submitted with FCC applications to transfer broadcast licenses in bankruptcy (0.8); revise proposed protective order regarding same (0.7). | |
| | J. Rademacher | 1.50 hrs. |

| 12/03/10 | Telephone conference with E. Washburn re draft protective order (0.7); work on revisions to order and telephone conference with FCC staff re timing of same (0.7); review revised ownership certificates and FCC compliance issues re court filings (1.0). | |
| | J. Feore | 2.40 hrs. |

| 12/03/10 | Telephone conference with T. Davidson (FCC counsel to Angelo Gordon/Oaktree) re issues in objections to Aurelius Plan (0.4); review revised senior lenders' objections to Aurelius Plan re Oakhill/Angelo Gordon concerns (0.7). | |
| | J. Logan | 1.10 hrs. |

| 12/03/10 | Review FCC letter re WCCT and send same to client (0.4); review recent ex parte filings in AllVid proceeding (0.8); email exchanges with E. Washburn re AllVid meeting time (0.2); prepare and send meeting requests to FCC Chairman's office, Commissioner's office and Media Bureau (0.7). | |
| | M. Swanson | 2.10 hrs. |

| 12/04/10 | Review court filings re FCC application issues (0.6); research re update letter for FCC and report re competing Plans, need to file and timing (0.9). | |
| | J. Feore | 1.50 hrs. |

| 12/06/10 | Review issues re JP Morgan officer's attribution (0.4); review revised responsive statements (1.9). | |
| | C. Burrow | 2.30 hrs. |

| 12/06/10 | Revise proposed protective order regarding confidential data submitted with FCC applications to transfer broadcast licenses in bankruptcy. | |

Tribune Company

|  |  |  |
|---|---|---|
|  | J. Rademacher | 1.00 hrs. |
| 12/06/10 | Work on update to protective order (0.5); telephone conference with FCC staff re order (0.2); review proposed updates to FCC re applications, amendments and report re court filings (0.7). | |
|  | J. Feore | 1.40 hrs. |
| 12/06/10 | Respond to correspondence from FCC counsel to M. Heller (JP Morgan) regarding prior FCC decisions on bank principal attribution. | |
|  | J. Logan | 0.40 hrs. |
| 12/06/10 | Review FCC responses re AllVid meeting requests and exchange emails with FCC offices re same (0.1); exchange emails with E. Washburn re same (0.1). | |
|  | M. Swanson | 0.20 hrs. |
| 12/07/10 | Review revised disclosure statements (1.4); review revised Plans (1.8); review revised responsive statements (1.2); correspondence with senior lender's FCC counsel re FCC process (0.5). | |
|  | C. Burrow | 4.90 hrs. |
| 12/07/10 | Draft correspondence to L. Washburn and S. Karrotki regarding FCC ex parte one-sheet summary. | |
|  | D. Teslik | 0.20 hrs. |
| 12/07/10 | Review and revise draft protective order for financial data re duopoly request (0.9); review updated Plans and court filings re FCC issues (0.9). | |
|  | J. Feore | 1.80 hrs. |
| 12/07/10 | Correspondence with FCC counsel to co-proponent regarding timing of further action in proceeding and proposed telephone conference (0.4); review additional changes in amended Plan filing (0.4). | |
|  | J. Logan | 0.80 hrs. |
| 12/07/10 | Review re bankruptcy ruling and effect on FCC timing (0.2); telephone conferences with FCC offices re December 14 meetings (0.2); email E. Washburn re schedule (0.2); review draft hand-out (0.3); review Enforcement Bureau list (0.3); telephone conference with E. Washburn re same (0.4). | |
|  | M. Swanson | 1.60 hrs. |
| 12/08/10 | Review revised disclosure statements (1.1); review revised Plans (1.3); review revised responsive statements (1.1); review FCC process issues re same (0.4). | |
|  | C. Burrow | 3.90 hrs. |
| 12/08/10 | Review and revise FCC AllVid meeting handout. | |
|  | D. Teslik | 2.60 hrs. |
| 12/08/10 | Review FCC precedent re pending Wilmington Trust petition and | |

|            | filing with FCC re withdrawal and impact on applications (1.1); conference with JP Morgan counsel and FCC staff re status of applications (0.4). | |
|------------|------|------|
|            | J. Feore | 1.50 hrs. |
| 12/08/10   | Review issues regarding revisions in Plan, disclosure statement and proponents statements regarding FCC matters. | |
|            | J. Logan | 1.10 hrs. |
| 12/08/10   | Telephone conference with E. Washburn re AllVid hand-out and FCC meetings (0.3); telephone conferences and emails with R. McDowell (FCC) staff re changing schedule (0.3); revise hand-out (1.6); review AllVid ex parte reports (0.6); email to E. Washburn re W. Lake (FCC) speech (0.1); email exchange with M. Clyburn (FCC) staff (0.1); email to E. Washburn re same and exchange re M. Copps (FCC) meeting (0.1). | |
|            | M. Swanson | 3.10 hrs. |
| 12/09/10   | Telephone call with S. Karrotki, L. Washburn and J. Fehnel regarding FCC AllVid ex parte meetings (1.0); preparation and follow-up regarding same (1.6). | |
|            | D. Teslik | 2.60 hrs. |
| 12/09/10   | Correspondence with E. Washburn regarding draft protective order regarding confidential information submitted to the FCC in association with applications to assign broadcast licenses of WTIC-TV and WCCT-TV in bankruptcy. | |
|            | J. Rademacher | 0.20 hrs. |
| 12/09/10   | Conference with NAB and MSTV re FCC proceedings (0.4); telephone conference with lender's counsel re timing on FCC amendments and further letter re Plans (0.8); review AllVid materials for FCC (0.3). | |
|            | J. Feore | 1.50 hrs. |
| 12/09/10   | Review order from bankruptcy court regarding balloting and confirmation procedure regarding effect on FCC obligations. | |
|            | J. Logan | 0.50 hrs. |
| 12/09/10   | Email exchanges with A. Neplokh (FCC) re December 14 meeting (0.3); telephone conferences with Commissioner McDowell's and Commissioner Baker's offices re schedule and positions (0.3); telephone conference with E. Washburn re same (0.4); email E. Washburn and S. Karottki re schedule (0.3); preparation for and telephone conference with E. Washburn, S. Karottki and J. Fehnel re FCC meeting preparation (1.8); email to J. Fehnel re FCC materials (0.4); email E. Washburn and C. Semmett re spectrum (0.3); review materials for December 14 FCC meeting (2.0). | |
|            | M. Swanson | 5.80 hrs. |
| 12/10/10   | Review court schedule re FCC timing and process (0.5); review | |

|  | revised Plans (1.2); review revised disclosure statements (1.1); review revised responsive statements (1.2); correspondence with senior lender's FCC counsel re same (0.4). |  |
|---|---|---|
|  | C. Burrow | 4.40 hrs. |
| 12/10/10 | Review FCC AllVid docket in preparation for ex parte meetings at FCC. |  |
|  | D. Teslik | 2.10 hrs. |
| 12/10/10 | Analysis of issues regarding bankruptcy court balloting order regarding FCC applications to assign broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.40 hrs. |
| 12/10/10 | Conference with FCC re protective order and draft on financial showings for Hartford (0.9); review updated draft and revisions (0.9). |  |
|  | J. Feore | 1.80 hrs. |
| 12/10/10 | Review schedule for further bankruptcy court proceedings regarding time planning for further filings in FCC proceedings (0.7); review revised statement of senior lender's counsel regarding treatment of Aurelius Plan and FCC implications (0.5); correspondence with FCC counsel to Oaktree regarding senior lenders statement on Aurelius Plan regarding FCC implications of Aurelius Plan (0.3); review Oaktree-Angelo Gordon reply in Akin disqualification issue (0.6). |  |
|  | J. Logan | 2.10 hrs. |
| 12/10/10 | Review and email comments to J. Fehnel in preparation for FCC meeting (0.8); exchange voice mail messages with B. Kreisman (FCC) re Enforcement Bureau list (0.1); exchange emails with E. Washburn re FCC meetings (0.1); research FCC comment list re TMS competitors (0.2); research re Section 629 authority (0.6). |  |
|  | M. Swanson | 1.80 hrs. |
| 12/11/10 | Correspondence with J. Boelter (Sidley) regarding timing for foreign ownership certification under approval in bankruptcy courts order. |  |
|  | J. Logan | 0.20 hrs. |
| 12/11/10 | Review TMS background memo (1.9); research re Section 629 authority (1.9); review re bankruptcy timing and developments (0.9). |  |
|  | M. Swanson | 4.70 hrs. |
| 12/12/10 | Review re FCC letter on WGN-TV renewal (0.1); review re FCC Cable CARD decision, Section 629 authority and other issues as preparation for December 14 FCC meeting (2.5). |  |
|  | M. Swanson | 2.60 hrs. |
| 12/13/10 | Review FCC foreign ownership and timing issues re post-confirmation steps (2.4); telephone conference with Sidley re same (0.8). |  |

Tribune Company                                              Invoice 535527

|  |  |  |
|---|---|---|
|  | C. Burrow | 3.20 hrs. |
| 12/13/10 | Prepare for FCC ex parte meetings regarding AllVid. | |
|  | D. Teslik | 2.00 hrs. |
| 12/13/10 | Prepare for telephone conference with J. Boelter (Sidley) regarding timing issues in FCC proceedings (0.6); telephone conference with J. Boelter (Sidley) regarding order of proceeding for foreign ownership certifications and related matters for conference with FCC counsel for co-proponents (0.8). | |
|  | J. Logan | 1.40 hrs. |
| 12/13/10 | Telephone conferences with B. Kreisman (FCC) re Enforcement Bureau list (0.4); telephone conference with K. Witanowski (FCC) re December 14 meeting (0.3); email E. Washburn, S. Karottki and J. Fehnel re same (0.2); email E. Washburn re WGN-TV FCC letter (0.1); review re creditor claims and effect on FCC timing (0.2); review re Feist case (0.5); review materials and prepare for December 14 meetings (3.1). | |
|  | M. Swanson | 4.80 hrs. |
| 12/14/10 | Review reply comments in AllVid proceeding (2.5); prepare for FCC meetings (3.6); ex parte meetings with FCC staff regarding AllVid proceeding (4.2). | |
|  | D. Teslik | 10.30 hrs. |
| 12/14/10 | Telephone conference with FCC staff re protective order (0.4); review draft of update letter to FCC re reporting developments and FCC application issues (0.7); telephone conference with S. Sheehan re timing and FCC issues (0.3). | |
|  | J. Feore | 1.40 hrs. |
| 12/14/10 | Preparation for meeting with J. Fehnel, E. Washburn and S. Karottki (1.5); meeting with same to prepare for FCC meeting (2.9); meetings with K. Witanowski (FCC), J. Cinelli (FCC), D. Sicker (FCC), M. Sonn (FCC), R. Harold (FCC) and Media Bureau staff re AllVid proceeding (4.2). | |
|  | M. Swanson | 8.60 hrs. |
| 12/15/10 | Review bankruptcy court filings re Plan changes and FCC updates (1.3); telephone conference with senior lender's FCC counsel re open FCC issues (1.1); review status of FCC foreign ownership mattes re same (1.2). | |
|  | C. Burrow | 3.60 hrs. |
| 12/15/10 | Prepare ex parte letter regarding FCC AllVid meetings (1.0); research regarding history of technical standards in CableCard proceeding (1.6). | |
|  | D. Teslik | 2.60 hrs. |
| 12/15/10 | Telephone conference with Wiley team and Akin team re open FCC issues, amendments, reports and meetings with FCC (1.0); work on | |

Tribune Company

|  |  |  |
|--|--|--|
| | follow-up report to FCC (0.9); telephone conference with FCC staff re status (0.2). | |
| | J. Feore | 2.10 hrs. |
| 12/15/10 | Prepare for telephone conference with FCC counsel to co-proponents (0.5); telephone conference with FCC counsel to co-proponents re foreign ownership certification process and timing of upcoming amendments and post-confirmation tasks for FCC consent (0.9); telephone conference with J. Boelter (Sidley) re positions of FCC counsel to co-proponents on foreign ownership certification process and related issues (0.5). | |
| | J. Logan | 1.90 hrs. |
| 12/15/10 | Review and revise ex parte report draft (0.9); email same to client (0.1); email exchanges with client re filing same (0.2); conference re FCC meetings (0.5). | |
| | M. Swanson | 1.70 hrs. |
| 12/16/10 | Review revised filings in bankruptcy court docket. | |
| | C. Burrow | 1.30 hrs. |
| 12/16/10 | Telephone conference with FCC staff re pending applications and status (0.3); review pending FCC complaints and issues re FCC clearance (0.7); telephone conference with counsel re possible protective order and update re duopoly request (0.8). | |
| | J. Feore | 1.80 hrs. |
| 12/16/10 | Prepare correspondence to J. Boelter re results of bankruptcy hearing to disqualify Oaktree FCC counsel's firm from Aurelius representation. | |
| | J. Logan | 0.20 hrs. |
| 12/16/10 | Telephone conference with E. Washburn re Hartford pleading, AllVid and Enforcement Bureau List (0.2); email same re Hartford (0.1). | |
| | M. Swanson | 0.30 hrs. |
| 12/17/10 | Review issues re FCC foreign ownership computation and timing. | |
| | C. Burrow | 1.70 hrs. |
| 12/17/10 | Analysis regarding Rovi response to TMS ex parte (0.3); research regarding TMS acquisition of CastTV for AllVid proceeding (0.5). | |
| | D. Teslik | 0.80 hrs. |
| 12/17/10 | Review revised certification forms for FCC ownership reporting (0.6); telephone conference with lender's counsel re FCC forms and reports (0.2); research re FCC amendments and timing on letter reports (0.4). | |
| | J. Feore | 1.20 hrs. |
| 12/17/10 | Review re TV Cast acquisition (0.1); telephone conference with E. Washburn re same. and FCC recap (0.2); review and send Rovi | |

Tribune Company

|  |  |  |
|---|---|---|
|  | email to TMS (0.1); review WCCT-TV informal objection and related FCC correspondence (1.3).<br>M. Swanson | 1.70 hrs. |
| 12/18/10 | Research re cross-ownership waiver issues and FCC processing of pending requests re permanent waivers and appeal issues (0.8); review updated items for waivers (0.7).<br>J. Feore | 1.50 hrs. |
| 12/20/10 | Revise media ownership certification (1.8); correspondence with Sidley re same (0.9).<br>C. Burrow | 2.70 hrs. |
| 12/20/10 | Research regarding CastTV acquisition by TMS (0.3); telephone call with L. Washburn, S. Karrotki and J. Fehnel regarding FCC visits (1.4).<br>D. Teslik | 1.70 hrs. |
| 12/20/10 | Review certification request for JP Morgan and additional shareholders (0.8); review FCC application amendments re ownership (0.4); review request by Avenue for ownership materials (0.3).<br>J. Feore | 1.50 hrs. |
| 12/20/10 | Correspondence with J. Boelter regarding request for Media ownership certification for Avenue (0.2); review and revise Media ownership certification (0.8); correspondence with J. Boelter (Sidley) regarding revised certification (0.2); compile documents from FCC filings on currently anticipated attributable interest holders (0.4).<br>J. Logan | 1.60 hrs. |
| 12/20/10 | Review and revise Hartford pleading and technical statement (2.3); email same to J. Roberts (0.2); telephone conference with J. Roberts (0.3); preparation for TMS call re FCC meetings (0.2); TMS telephone conference (1.1); review Hartford pleading as revised by client (0.6); email J. Roberts re same and signature questions (0.2); finalize Hartford pleading and send to J. Roberts (1.0); review notes for December 14 FCC meeting and revise summary (1.2).<br>M. Swanson | 7.10 hrs. |
| 12/21/10 | Review current plan for media ownership certification requirements and applicability to current co-proponents (1.3); correspondence with Sidley re same (0.8).<br>C. Burrow | 2.10 hrs. |
| 12/21/10 | Review summary regarding Dec. 14 FCC ex parte meetings.<br>D. Teslik | 0.30 hrs. |
| 12/21/10 | Work on update to media ownership certification re revisions from Angelo Gordon and Oaktree (1.1); work on further FCC reporting letter (0.8); telephone conferences with FCC re protective order |  |

Tribune Company                                                     Invoice 535527

|            | (0.4). |         |
|------------|--------|---------|
|            | J. Feore | 2.30 hrs. |
| 12/21/10 | Correspondence with S. Kaufman (Alvarez) regarding Tribune estimates (0.2); correspondence with J. Boelter regarding media ownership certification requested by Avenue (0.3); telephone conference with T. Davidson regarding request for Media ownership certification for Oak Hill and Angelo Gordon (0.3); correspondence with J. Boelter regarding Oaktree - Angelo Gordon request for certification form (0.3); correspondence with T. Davidson (Oaktree - Angelo Gordon counsel) regarding certification (0.3). | |
|          | J. Logan | 1.40 hrs. |
| 12/21/10 | Review case for Hartford pleading (0.4); telephone conference with J. Roberts re same and pleading (0.2); finalize pleading (0.2); finalize and email TMS/FCC meeting notes to client (0.6). | |
|          | M. Swanson | 1.20 hrs. |
| 12/22/10 | Review discovery request re ownership certification and FCC compliance issues (0.6); telephone conference with counsel for JP Morgan re FCC meeting and review letter filing (0.5); review additional certifications sent to new investors (0.3). | |
|          | J. Feore | 1.40 hrs. |
| 12/22/10 | Review draft ex parte notice from JP Morgan (0.4); correspondence with J. Boelter regarding JP Morgan ex parte notice (0.3). | |
|          | J. Logan | 0.70 hrs. |
| 12/22/10 | Finalize and file Hartford pleading. | |
|          | M. Swanson | 0.20 hrs. |
| 12/23/10 | Telephone conference with FCC staff re filing and further amendments to pending applications (0.2); review and revise draft of agreement and issues re reportable events (0.6). | |
|          | J. Feore | 0.80 hrs. |
| 12/29/10 | Review documentation re media ownership certification requirements (1.2); correspondence with Sidley re same (0.5). | |
|          | C. Burrow | 1.70 hrs. |
| 12/29/10 | Review certification request for Avenue Capital and issues re FCC ownership compliance and station ownership. | |
|          | J. Feore | 0.60 hrs. |
| 12/29/10 | Telephone conference with T. Davidson (FCC counsel to Avenue) re request for information relating to completion of media ownership certification (0.3); prepare correspondence to J. Boelter re request from Avenue FCC counsel (0.4). | |
|          | J. Logan | 0.70 hrs. |
| 12/30/10 | Telephone conference with FCC staff re draft protective order on financial information (0.2); review and revise filings with FCC re | |

January 21, 2011                                                   Page 10

Tribune Company                                            Invoice 535527

> application updates (0.3); review outline of January amendment to
> FCC applications (0.6).
> J. Feore                                         1.10 hrs.

12/30/10    Telephone conference with T. Davidson (FCC counsel to Avenue) re
            issues concerning claims covered in response on media ownership
            questionnaire.
            J. Logan                              0.40 hrs.

## BILLING SUMMARY

|              | Hours  |
|--------------|--------|
| BURROW       | 45.50  |
| FEORE        | 32.00  |
| LOGAN        | 16.60  |
| SWANSON      | 47.70  |
| RADEMACHER   | 3.40   |
| TESLIK       | 25.60  |
| TOTAL        | 170.80 |

Fees for Professional Services ......................................... $        96,581.50

| | | |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 15.49 |
| REPRODUCTION | $ | 85.60 |
| TELEPHONE | $ | 33.12 |
| 12/09/10  VENDOR: John R. Feore, Jr.; INVOICE#: ERJRF120910; DATE: 12/9/2010 - Lunch with S. Sheehan (Tribune) re pending Tribune matters | $ | 156.27 |
| 12/30/10  VENDOR: Derek Teslik; INVOICE#: ERDHT120910; DATE: 12/14/2010 - Taxi from FCC for meeting with Staff in Commissioner's offices regarding AllVid proceeding | $ | 12.00 |

Total Reimbursable Costs ............................................... $           302.48
Total Current Billing for This File ..................................... $        96,883.98

Our File # 08656.0101          For Services Through December 31, 2010
Retention and Fee Applications

12/03/10              Preparation of 18th monthly fee application.

January 21, 2011                                          Page 11

Tribune Company                                           Invoice 535527

|  | C. Meazell | 0.60 hrs. |
|---|---|---|
| 12/06/10 | Preparation of 18th monthly fee application. | |
|  | C. Meazell | 0.60 hrs. |
| 12/07/10 | Preparation of 18th monthly fee application. | |
|  | C. Meazell | 1.30 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 2.50 |
| TOTAL | 2.50 |

Fees for Professional Services .......................................................... $    1,000.00
Total Current Billing for This File................................................ $    1,000.00

Our File # 08656.0104          For Services Through December 31, 2010
Broadcast Contracts

| 12/01/10 | Prepare summary of material deal points for WGN distribution agreement and retransmission consent agreements for Time Warner Cable. | |
|---|---|---|
|  | R. Folliard III | 1.70 hrs. |
| 12/02/10 | Analyze Time Warner Cable markup of WGNA distribution agreement (0.3); telephone conference with C. Sennet and K. Connor re same (0.8); revise Time Warner Cable agreement for WGN America (0.5); telephone conference with K. Connor and sales executives re new form retransmission and distribution agreements (0.9); revise new form retransmission and distribution agreements (0.6); telephone conference with K. Connor re Charter proposal (0.4); revise deal point summary for Time Warner Cable agreements (0.6). | |
|  | K. Latek | 4.10 hrs. |
| 12/02/10 | Prepare summary of major deal points for Time Warner agreement for WGN and broadcast stations. | |
|  | R. Folliard III | 3.60 hrs. |
| 12/02/10 | Conference call with K. Connor re revise form agreements for WGN and broadcast stations and re agreements with Cable One. | |
|  | R. Folliard III | 1.30 hrs. |

January 21, 2011                                                     Page 12

Tribune Company                                                   Invoice 535527

| | | |
|---|---|---|
| 12/03/10 | Telephone conference with K. Connor re Verizon, Time Warner Cable and Charter proposals. | |
| | K. Latek | 0.50 hrs. |
| 12/03/10 | Review retransmission consent and WGN distribution agreements in preparation for Cable One conference call (0.5); conference call with Cable One and K. Connor re retransmission consent and distribution agreements (0.9). | |
| | R. Folliard III | 1.40 hrs. |
| 12/06/10 | Exchange correspondence with client re new template agreements (0.2); exchange correspondence with K. Connor re Time Warner Cable distribution issues (0.3). | |
| | K. Latek | 0.50 hrs. |
| 12/06/10 | Conference call with K. Connor re retransmission and WGN agreements with Cable One (0.2); revise retransmission consent and WGN agreements for Cable One (0.6); prepare email to J. McKenna re same (0.2). | |
| | R. Folliard III | 1.00 hrs. |
| 12/07/10 | Telephone conferences with K. Connor regarding Time Warner Cable and Charter proposals (0.6); preparation for same (0.2); telephone conference with J. Kersting and others re same (1.1); revise TWC distribution agreement per client (0.4); negotiate same with A. Vermeychuk (0.5); exchange correspondence with K. Connor re same (0.3). | |
| | K. Latek | 3.10 hrs. |
| 12/08/10 | Exchange correspondence with C. Sennett and K. Connor regarding FCC proceeding on retransmission consent rules. | |
| | K. Latek | 0.20 hrs. |
| 12/15/10 | Analyze Time Warner Cable markup of WGN distribution agreement (0.3); telephone conference with K. Connor re same and Charter negotiations (0.7); revise WGN agreement for Time Warner Cable (0.7). | |
| | K. Latek | 1.70 hrs. |
| 12/15/10 | Analyze markup to WGN distribution agreement for Ralls Technologies (0.3); conference call with K. Connor re Ralls Technologies (0.4). | |
| | R. Folliard III | 0.70 hrs. |
| 12/16/10 | Negotiate WGN distribution agreement with Time Warner Cable representatives (0.8); telephone conferences with K. Connor re same (0.4); revise provision for Time Warner Cable agreement (0.9). | |
| | K. Latek | 2.10 hrs. |
| 12/16/10 | Prepare counter offer for WGN distribution agreement for Ralls Technology (0.7); prepare email to K. Connor re same (0.1). | |

Tribune Company

|  |  |  |
|---|---|---|
|  | R. Folliard III | 0.80 hrs. |
| 12/17/10 | Telephone conferences with K. Connor and A. Vermeychuk (Time Warner Cable) re WGN distribution agreement. | |
|  | K. Latek | 1.00 hrs. |
| 12/20/10 | Telephone conference with K. Connor re Time Warner Cable distribution agreement. | |
|  | K. Latek | 0.30 hrs. |
| 12/21/10 | Telephone conferences with K. Connor re Time Warner Cable distribution agreement for WGN America (0.5); telephone conference with A. Vermeychuk (TWC) re same (0.2); telephone conference with J. Kersting, J. Marenghi, and K. Connor re same (0.7); analyze various agreements in preparation for client conference (0.7); telephone conference with D. Eldersveld re status of TWC negotiations (0.2). | |
|  | K. Latek | 2.30 hrs. |
| 12/22/10 | Telephone conference with K. Connor re Time Warner Cable distribution agreement for WGN America (0.5); telephone conference with A. Johnson, A. Vermeychuk and K. Connor re same (0.7). | |
|  | K. Latek | 1.20 hrs. |
| 12/23/10 | Analyze Time Warner Cable mark-up of distribution agreement (0.5); telephone conference with K. Connor re Time Warner Cable markup and negotiations with other cable and telco distributors (0.6); prepare correspondence to D. Eldersveld and C. Sennet re Time Warner Cable status (0.1). | |
|  | K. Latek | 1.20 hrs. |
| 12/23/10 | Telephone conference with K. Connor re Time Warner Cable and Frontier negotiations. | |
|  | K. Latek | 0.50 hrs. |
| 12/27/10 | Telephone conference with C. Sennett re Time Warner Cable negotiations. | |
|  | K. Latek | 0.50 hrs. |
| 12/28/10 | Telephone conference with A. Vermeychuk re launch of Antenna TV and WGN America (0.3); exchange correspondence with K. Connor and A. Vermeychuk re same (0.5). | |
|  | K. Latek | 0.80 hrs. |
| 12/29/10 | Prepare email to K. Connor re revisions to standard Tribune retransmission agreement to reflect provisions in Frontier term sheet (0.4); prepare retransmission agreement between Tribune and Frontier to reflect proposal in Frontier term sheet (1.9); prepare email to K. Connor re retransmission agreement for Frontier (0.2). | |
|  | R. Folliard III | 2.50 hrs. |

January 21, 2011                                                    Page 14

Tribune Company                                          Invoice 535527

12/30/10          Exchange correspondence with Time Warner Cable and D.
                  Eldersveld re new agreements.
                  K. Latek                                    0.20 hrs.

                        BILLING SUMMARY
                                        Hours
                  LATEK                  20.20
                  FOLLIARD III           13.00
                  TOTAL                  33.20


Fees for Professional Services .................................................... $          14,940.00

          REPRODUCTION                          $          1.30
          TELEPHONE                             $         42.24

Total Reimbursable Costs ........................................................ $             43.54
Total Current Billing for This File .......................................... $          14,983.54


Total Current Billing for This Invoice ............................................ $       112,867.52

# ✗ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

January 21, 2011

Tribune Company
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 535527

Our File # 08656.0100        For Services Through December 31, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $          96,883.98

Our File # 08656.0101        For Services Through December 31, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $           1,000.00

Our File # 08656.0104        For Services Through December 31, 2010
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $          14,983.54

    Total Current Billing for This Invoice ............................................................ $         112,867.52

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1 - DECEMBER 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 86.90 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 12.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 156.27 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 15.49 |
| Telephone Tolls | | 75.36 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **346.02** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.