IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                                           :   Chapter 11 Cases
                                                 :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :   (Jointly Administered)
                                                 :
      Debtors.                                   :   Hearing Date and Time:
                                                 :   January 24, 2011 at 11:00 AM (EST)
                                                 :
                                                 :
-------------------------------------------------X   Related to Docket Nos. 4886, 7126, 7215,
                                                     7401, 7487, 7490
```

## DECLARATION OF GORDON Z. NOVOD

Pursuant to 28 U.S.C. § 1746, Gordon Z. Novod, being duly sworn, deposes and says:

1. I am a partner at the law firm of Brown Rudnick LLP ("Brown Rudnick"), attorneys for Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors" or the "Company") in the above-referenced chapter 11 cases.

2. I am familiar with the facts set forth herein based upon personal knowledge and my review of applicable records.

3. I submit this declaration in support of Wilmington Trust's *Motion to Approve Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* (the "Original 3018 Motion") [Docket No. 4886] and Wilmington Trust's *Supplemental Motion For Estimation And Temporary Allowance Of Claims Pursuant To Bankruptcy Rule 3018* (the

1

"Supplemental 3018 Motion" [Docket No. 7401] and with the Original 3018 Motion, the "3018 Motions").

4. As set forth in the Original 3018 Motion, Wilmington Trust has accrued in excess of $10 million in fees and expenses associated with the Tribune bankruptcy cases. Wilmington Trust has incurred significant additional fees and expenses since the filing of the Original 3018 Motion. Attached hereto as Exhibit A is a schedule setting forth the fees and expenses of Wilmington Trust's outside counsel, in connection with the Tribune bankruptcy cases during the period from December 8, 2008 through December 31, 2010. As set forth on Exhibit A, Wilmington Trust has incurred at least $14.16 million,[1] in fees and expenses during that period in connection with Tribune's bankruptcy cases

5. Attached hereto as Exhibit B is a copy of the cover sheet for each respective invoice that has been sent or has been prepared, but not yet sent, to Wilmington Trust by outside counsel, Brown Rudnick LLP, Benesch Friedlander Coplan & Aronoff LLP and Sullivan Hazeltine Allinson LLC, in connection with the Tribune bankruptcy cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2011.

/s/ Gordon Z. Novod
Gordon Z. Novod

---

[1] This amount does not include fees and expenses of Wilmington Trust's internal fees and expenses as well as the fees and expenses of Wilmington Trust's advisors and experts in the Tribune Cases. Wilmington Trust reserves all rights to assert claims against the Debtors seeking payment for these fees and any other fees incurred by Wilmington Trust in connection with the Debtors' cases. Fees and expenses continue to be incurred on a daily basis and this amount will increase as the cases move through the confirmation process and it is expected that Wilmington Trust will assert a supplemental or final claim in the full amount of its fees and expenses at the appropriate time and seek any related relief.