# Exhibit A

| Law Firm | Fees | Expenses | Total |
|---|---|---|---|
| Brown Rudnick LLP | $ 12,832,350.00 | $ 961,888.91 | $ 13,794,238.91 |
| Benesch Friedlander Coplan & Aronoff LLP | $ 315,087.50 | $ 30,062.23 | $ 345,149.73 |
| Sullivan Hazeltine Allinson LLC | $ 18,952.00 | $ 193.50 | $ 19,145.50 |
| **Total** | **$ 13,166,389.50** | **$ 992,144.64** | **$ 14,158,534.14** |

# **Exhibit B**