# **Exhibit B**



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice      574521
Date     Jan 14, 2009
Client      027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through December 31, 2008:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 9,798.00 | 0.00 | 9,798.00 |
| | Total | 9,798.00 | 0.00 | 9,798.00 |

| | | |
|---|---|---|
| Total Current Fees | | $9,798.00 |
| Total Invoice | | $9,798.00 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice      575755
Date      Feb 23, 2009
Client      027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through January 31, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 22,726.00 | 238.93 | 22,964.93 |
| | Total | 22,726.00 | 238.93 | 22,964.93 |

| | |
|---|---|
| Total Current Fees | $22,726.00 |
| Total Current Costs | $238.93 |
| Total Invoice | $22,964.93 |
| PRIOR OUTSTANDING BALANCE | $9,798.00 |
| Current Balance Due | $32,762.93 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | 576477 |
| Date | Mar 12, 2009 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through February 28, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 9,129.00 | 847.59 | 9,976.59 |
| | **Total** | **9,129.00** | **847.59** | **9,976.59** |

| | |
|---|---|
| Total Current Fees | $9,129.00 |
| Total Current Costs | $847.59 |
| **Total Invoice** | **$9,976.59** |
| PRIOR OUTSTANDING BALANCE | $32,762.93 |
| **Current Balance Due** | **$42,739.52** |

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | 577757 |
| Date | Apr 9, 2009 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 10,325.00 | 168.37 | 10,493.37 |
| | Total | 10,325.00 | 168.37 | 10,493.37 |

| | |
|---|---|
| Total Current Fees | $10,325.00 |
| Total Current Costs | $168.37 |
| Total Invoice | $10,493.37 |
| PRIOR OUTSTANDING BALANCE | $42,739.52 |
| Current Balance Due | $53,232.89 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice      579480
Date    May 14, 2009
Client       027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through April 30, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 7,419.00 | 854.17 | 8,273.17 |
| | Total | 7,419.00 | 854.17 | 8,273.17 |

| | |
|---|---|
| Total Current Fees | $7,419.00 |
| Total Current Costs | $854.17 |
| **Total Invoice** | **$8,273.17** |
| PRIOR OUTSTANDING BALANCE | $53,232.89 |
| **Current Balance Due** | **$61,506.06** |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice        581340
Date     Jun 24, 2009
Client          027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 11,810.50 | 1,443.24 | 13,253.74 |
| | Total | 11,810.50 | 1,443.24 | 13,253.74 |

| | |
|---|---|
| Total Current Fees | $11,810.50 |
| Total Current Costs | $1,443.24 |
| Total Invoice | $13,253.74 |
| PRIOR OUTSTANDING BALANCE | $61,506.06 |
| Current Balance Due | $74,759.80 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice        582487
Date      Jul 23, 2009
Client         027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 25,781.00 | 528.15 | 26,309.15 |
| | Total | 25,781.00 | 528.15 | 26,309.15 |

| | |
|---|---|
| Total Current Fees | $25,781.00 |
| Total Current Costs | $528.15 |
| **Total Invoice** | **$26,309.15** |
| PRIOR OUTSTANDING BALANCE | $74,759.80 |
| **Current Balance Due** | **$101,068.95** |

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | 583864 |
| Date | Aug 28, 2009 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through July 31, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 35,145.50 | 1,593.09 | 36,738.59 |
| | Total | 35,145.50 | 1,593.09 | 36,738.59 |

| | |
|---|---|
| Total Current Fees | $35,145.50 |
| Total Current Costs | $1,593.09 |
| **Total Invoice** | **$36,738.59** |
| PRIOR OUTSTANDING BALANCE | $101,068.95 |
| **Current Balance Due** | **$137,807.54** |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice        584814
Date      Sep 18, 2009
Client         027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 35,923.50 | 1,152.74 | 37,076.24 |
| | Total | 35,923.50 | 1,152.74 | 37,076.24 |

| | |
|---|---|
| Total Current Fees | $35,923.50 |
| Total Current Costs | $1,152.74 |
| Total Invoice | $37,076.24 |
| PRIOR OUTSTANDING BALANCE | $137,807.54 |
| Current Balance Due | $174,883.78 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

| | |
|---|---|
| Invoice | 585225 |
| Date | Oct 8, 2009 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through September 30, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 40,128.50 | -432.07 | 39,696.43 |
| | Total | 40,128.50 | -432.07 | 39,696.43 |

| | |
|---|---|
| Total Current Fees | $40,128.50 |
| Total Current Costs | ($432.07) |
| Total Invoice | $39,696.43 |
| PRIOR OUTSTANDING BALANCE | $174,883.78 |
| Current Balance Due | $214,580.21 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice      588972
Date    Nov 12, 2009
Client        027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through October 31, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 6,796.50 | 3,320.62 | 10,117.12 |
| | **Total** | **6,796.50** | **3,320.62** | **10,117.12** |

| | |
|---|---|
| Total Current Fees | $6,796.50 |
| Total Current Costs | $3,320.62 |
| Total Invoice | $10,117.12 |
| PRIOR OUTSTANDING BALANCE | $214,580.21 |
| **Current Balance Due** | **$224,697.33** |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | 588740 |
| Date | Dec 28, 2009 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 5,070.00 | 40.00 | 5,110.00 |
| | Total | 5,070.00 | 40.00 | 5,110.00 |

| | |
|---|---|
| Total Current Fees | $5,070.00 |
| Total Current Costs | $40.00 |
| Total Invoice | $5,110.00 |
| PRIOR OUTSTANDING BALANCE | $224,697.33 |
| Current Balance Due | $229,807.33 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| Invoice | 588880 |
|---------|--------|
| Date | Jan 5, 2010 |
| Client | 027213 |

RE:   TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through December 31, 2009:

| Matter No. | Matter Name | Fees | Costs | Total |
|------------|-------------|------|-------|-------|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 141,808.50 | 2,507.69 | 144,316.19 |
| | Total | 141,808.50 | 2,507.69 | 144,316.19 |

| | |
|---|---|
| Total Current Fees | $141,808.50 |
| Total Current Costs | $2,507.69 |
| Total Invoice | $144,316.19 |
| PRIOR OUTSTANDING BALANCE | $229,807.33 |
| Current Balance Due | $374,123.52 |

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice     591789
Date     Feb 19, 2010
Client     027213

RE:     TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through January 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 443,896.00 | 27,055.51 | 470,951.51 |
| | Total | 443,896.00 | 27,055.51 | 470,951.51 |

| | |
|---|---|
| Total Current Fees | $443,896.00 |
| Total Current Costs | $27,055.51 |
| **Total Invoice** | **$470,951.51** |
| PRIOR OUTSTANDING BALANCE | $374,123.52 |
| **Current Balance Due** | **$845,075.03** |

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice      592963
Date      Mar 12, 2010
Client      027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through February 28, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 1,477,484.00 | 75,098.80 | 1,552,582.80 |
|  | Total | 1,477,484.00 | 75,098.80 | 1,552,582.80 |

| | |
|---|---|
| Total Current Fees | $1,477,484.00 |
| Total Current Costs | $75,098.80 |
| **Total Invoice** | **$1,552,582.80** |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

| | |
|---|---|
| Invoice | 595162 |
| Date | May 6, 2010 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 698,248.50 | 142,073.68 | 840,322.18 |
| | Total | 698,248.50 | 142,073.68 | 840,322.18 |

| | |
|---|---|
| Total Current Fees | $698,248.50 |
| Total Current Costs | $142,073.68 |
| Total Invoice | $840,322.18 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice      595163
Date      May 6, 2010
Client      027213

RE:    ADMINISTRATIVE WORK - TRIBUNE

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0018 | ADMINISTRATIVE WORK - TRIBUNE | 36,905.00 | 0.00 | 36,905.00 |
| | Total | 36,905.00 | 0.00 | 36,905.00 |

| | |
|---|---|
| Total Current Fees | $36,905.00 |
| Total Invoice | $36,905.00 |

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

| | |
|---|---|
| Invoice | 596810 |
| Date | Jun 9, 2010 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter through May 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 3,943,864.00 | 258,146.65 | 4,202,010.65 |
| | Total | 3,943,864.00 | 258,146.65 | 4,202,010.65 |

| | |
|---|---|
| Total Current Fees | $3,943,864.00 |
| Total Current Costs | $258,146.65 |
| Total Invoice | $4,202,010.65 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

| | |
|---|---|
| Invoice | 598783 |
| Date | Jul 28, 2010 |
| Client | 027213 |

RE:   TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 1,954,817.00 | 221,310.21 | 2,176,127.21 |
| | **Total** | **1,954,817.00** | **221,310.21** | **2,176,127.21** |

| | |
|---|---|
| Total Current Fees | $1,954,817.00 |
| Total Current Costs | $221,310.21 |
| **Total Invoice** | **$2,176,127.21** |

# BROWN RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | 598782 |
| Date | Jul 28, 2010 |
| Client | 027213 |

RE:    ADMINISTRATIVE WORK - TRIBUNE

## INVOICE

For professional services rendered in connection with the above captioned matter
through June 30, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0018 | ADMINISTRATIVE WORK - TRIBUNE | 5,661.50 | 0.00 | 5,661.50 |
| | Total | 5,661.50 | 0.00 | 5,661.50 |

| | |
|---|---|
| Total Current Fees | $5,661.50 |
| Total Invoice | $5,661.50 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice        600111
Date    Aug 27, 2010
Client         027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

### I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 1,190,107.00 | 100,002.91 | 1,290,109.91 |
| | Total | 1,190,107.00 | 100,002.91 | 1,290,109.91 |

| | |
|---|---|
| Total Current Fees | $1,190,107.00 |
| Total Current Costs | $100,002.91 |
| Total Invoice | $1,290,109.91 |



One.
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | 600112 |
| Date | Aug 27, 2010 |
| Client | 027213 |

RE:    ADMINISTRATIVE WORK - TRIBUNE

## INVOICE

For professional services rendered in connection with the above captioned matter
through July 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0018 | ADMINISTRATIVE WORK - TRIBUNE | 8,527.00 | 0.00 | 8,527.00 |
| | Total | 8,527.00 | 0.00 | 8,527.00 |

| | |
|---|---|
| Total Current Fees | $8,527.00 |
| Total Invoice | $8,527.00 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice    602387
Date       Oct 19, 2010
Client     027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 1,125,560.50 | 33,992.22 | 1,159,552.72 |
| | Total | 1,125,560.50 | 33,992.22 | 1,159,552.72 |

| | |
|---|---|
| Total Current Fees | $1,125,560.50 |
| Total Current Costs | $33,992.22 |
| Total Invoice | $1,159,552.72 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | 602390 |
| Date | Oct 19, 2010 |
| Client | 027213 |

RE:    ADMINISTRATIVE WORK - TRIBUNE

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0018 | ADMINISTRATIVE WORK - TRIBUNE | 20,608.00 | 0.00 | 20,608.00 |
| | Total | 20,608.00 | 0.00 | 20,608.00 |

| | |
|---|---|
| Total Current Fees | $20,608.00 |
| **Total Invoice** | **$20,608.00** |



One
Financial
Center
Boston
Massachusetts
02111
cel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice        602391
Date      Oct 20, 2010
Client        027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

**INVOICE**

For professional services rendered in connection with the above captioned matter
through September 30, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 338,360.00 | 18,940.43 | 357,300.43 |
| | Total | 338,360.00 | 18,940.43 | 357,300.43 |

|  |  |
|---|---|
| Total Current Fees | $338,360.00 |
| Total Current Costs | $18,940.43 |
| Total Invoice | $357,300.43 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890-1600

Invoice      602392
Date      Oct 20, 2010
Client      027213

RE:   ADMINISTRATIVE WORK - TRIBUNE

## INVOICE

For professional services rendered in connection with the above captioned matter
through September 30, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0018 | ADMINISTRATIVE WORK - TRIBUNE | 47,833.50 | 0.00 | 47,833.50 |
|  | Total | 47,833.50 | 0.00 | 47,833.50 |

| | | |
|---|---|---|
| Total Current Fees | | $47,833.50 |
| Total Invoice | | $47,833.50 |

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | ****** |
| Date | Jan 14, 2011 |
| Client | 027213 |

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through October 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 416,253.00 | 19,804.76 | 436,057.76 |
| | Total | 416,253.00 | 19,804.76 | 436,057.76 |

| | |
|---|---|
| Total Current Fees | $416,253.00 |
| Total Current Costs | $19,804.76 |
| Total Invoice | $436,057.76 |



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice
Date    Jan 14, 2011
Client    027213

RE:   TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 335,175.00 | 28,841.40 | 364,016.40 |
| | **Total** | **335,175.00** | **28,841.40** | **364,016.40** |

|  |  |
|---|---|
| Total Current Fees | $335,175.00 |
| Total Current Costs | $28,841.40 |
| **Total Invoice** | **$364,016.40** |

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

Invoice          ******
Date      Jan 14, 2011
Client          027213

RE:    TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS

## INVOICE

For professional services rendered in connection with the above captioned matter
through December 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0008 | TRIBUNE COMPANY CHAPTER 11 PROCEEDINGS | 308,364.50 | 22,827.09 | 331,191.59 |
| | Total | 308,364.50 | 22,827.09 | 331,191.59 |

| | |
|---|---|
| Total Current Fees | $308,364.50 |
| Total Current Costs | $22,827.09 |
| Total Invoice | $331,191.59 |

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

WILMINGTON TRUST
ATTN: MR. PATRICK J. HEALY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1600

| | |
|---|---|
| Invoice | ****** |
| Date | Jan 20, 2011 |
| Client | 027213 |

RE:   ADMINISTRATIVE WORK - TRIBUNE

## INVOICE

For professional services rendered in connection with the above captioned matter
through December 31, 2010:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 027213.0018 | ADMINISTRATIVE WORK - TRIBUNE | 118,824.50 | 1,532.73 | 120,357.23 |
| | **Total** | **118,824.50** | **1,532.73** | **120,357.23** |

| | |
|---|---|
| Total Current Fees | $118,824.50 |
| Total Current Costs | $1,532.73 |
| **Total Invoice** | **$120,357.23** |



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture | Invoice Number:        272579 |
| Trustee for the Exchangeable Subordinated | Invoice Date:        01/08/09 |
| Debentures, et al. | Client Number:        32112 |
| c/o Brown Rudnick Berlack Israels LLP | Terms:    *Payable Upon Receipt* |
| Attn: Robert J. Stark, Esq. | |
| 7 Times Square | |
| New York, NY  10036 | |

### INVOICE # 272579 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 1,646.25 | 0.00 | 1,646.25 |
| | Total For Invoice # 272579 | $1,646.25 | $0.00 | $1,646.25 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| For Check Payments: | For Wire Payments: |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. | National City Bank |
| 200 Public Square #2300 | Cleveland, OH  44114 |
| Cleveland, OH  44114-2378 | ABA: 041000124 |
| | Account: 01019694 |
| | Reference: 272579 |

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al.<br>c/o Brown Rudnick Berlack Israels LLP<br>Attn: Robert J. Stark, Esq.<br>7 Times Square<br>New York, NY 10036 | Invoice Number:    274736<br>Invoice Date:    02/18/09<br>Client Number:    32112<br>Terms:    *Payable Upon Receipt* |

**INVOICE # 274736 SUMMARY**

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 3,978.75 | 0.00 | 3,978.75 |
| | Total For Invoice # 274736 | $3,978.75 | $0.00 | $3,978.75 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| For Check Payments: | For Wire Payments: |
|---|---|
| Benesch Friedlander Coplan &<br>Aronoff LLP<br>Attn: Accounting Dept.<br>200 Public Square #2300<br>Cleveland, OH 44114-2378 | Benesch Friedlander Coplan &<br>Aronoff LLP<br>National City Bank<br>Cleveland, OH 44114<br>ABA: 041000124<br>Account: 01019694<br>Reference: 274736 |

Tax Identification Number: 34-6596918

**Cleveland       Columbus       Philadelphia       Shanghai       Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
_____
                              Attorneys at Law
_____

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. c/o Brown Rudnick Berlack Israels LLP Attn: Robert J. Stark, Esq. 7 Times Square New York, NY 10036 | Invoice Number:          275697 Invoice Date:        03/09/09 Client Number:            32112 Terms:      _Payable Upon Receipt_ |

### INVOICE # 275697 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 4,246.25 | 13.12 | 4,259.37 |
| | Total For Invoice # 275697 | $4,246.25 | $13.12 | $4,259.37 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| For Check Payments: | For Wire Payments: |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | Benesch Friedlander Coplan & Aronoff LLP National City Bank Cleveland, OH 44114 ABA: 041000124 Account: 01019694 Reference: 275697 |

Tax Identification Number: 34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al.<br>c/o Brown Rudnick Berlack Israels LLP<br>Attn: Robert J. Stark, Esq.<br>7 Times Square<br>New York, NY  10036 | Invoice Number:        278051<br>Invoice Date:        04/14/09<br>Client Number:        32112<br>Terms:    *Payable Upon Receipt* |

### INVOICE # 278051 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00001 | General | 0.00 | 2.64 | 2.64 |
| 00002 | Tribune Company Bankruptcy | 2,761.25 | 0.00 | 2,761.25 |
| | Total For Invoice # 278051 | $2,761.25 | $2.64 | $2,763.89 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn:  Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
National City Bank
Cleveland, OH  44114
ABA: 041000124
Account: 01019694
Reference: 278051

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



Wilmington Trust Co., as Successor Indenture
Trustee for the Exchangeable Subordinated
Debentures, et al.
c/o Brown Rudnick Berlack Israels LLP
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036

Invoice Number:        279597
Invoice Date:        05/18/09
Client Number:         32112
Terms:     *Payable Upon Receipt*

## INVOICE # 279597 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00001 | General | 0.00 | 4.56 | 4.56 |
| 00002 | Tribune Company Bankruptcy | 2,401.25 | 0.00 | 2,401.25 |
| | Total For Invoice # 279597 | $2,401.25 | $4.56 | $2,405.81 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

*REMIT TO:*

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn:  Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
National City Bank
Cleveland, OH  44114
ABA: 041000124
Account: 01019694
Reference: 279597

Tax Identification Number:  34-6596918

**Cleveland      Columbus      Philadelphia      Shanghai      Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture | Invoice Number:        281168 |
| Trustee for the Exchangeable Subordinated | Invoice Date:        06/17/09 |
| Debentures, et al. | Client Number:          32112 |
| c/o Brown Rudnick Berlack Israels LLP | Terms:    *Payable Upon Receipt* |
| Attn: Robert J. Stark, Esq. | |
| 7 Times Square | |
| New York, NY  10036 | |

### INVOICE # 281168 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 756.25 | 0.00 | 756.25 |
| | Total For Invoice # 281168 | $756.25 | $0.00 | $756.25 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn:  Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
National City Bank
Cleveland, OH  44114
ABA: 041000124
Account: 01019694
Reference: 281168

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

Wilmington Trust Co., as Successor Indenture    Invoice Number:          282273
Trustee for the Exchangeable Subordinated       Invoice Date:          07/09/09
Debentures, et al.                              Client Number:            32112
c/o Brown Rudnick Berlack Israels LLP           Terms:      *Payable Upon Receipt*
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036

### INVOICE # 282273 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 517.50 | 0.00 | 517.50 |
| | Total For Invoice # 282273 | $517.50 | $0.00 | $517.50 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

REMIT TO:

For Check Payments:                        For Wire Payments:

Benesch Friedlander Coplan &               Benesch Friedlander Coplan &
      Aronoff LLP                                Aronoff LLP
   Attn:  Accounting Dept.                     National City Bank
   200 Public Square #2300                     Cleveland, OH  44114
Cleveland, OH  44114-2378                   ABA: 041000124
                                              Account: 01019694
                                              Reference: 282273

Tax Identification Number:  34-6596918

**Cleveland       Columbus       Philadelphia       Shanghai       Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al.<br>c/o Brown Rudnick Berlack Israels LLP<br>Attn: Robert J. Stark, Esq.<br>7 Times Square<br>New York, NY 10036 | Invoice Number: 283495<br>Invoice Date: 08/07/09<br>Client Number: 32112<br>Terms: *Payable Upon Receipt* |

### INVOICE # 283495 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 165.00 | 0.00 | 165.00 |
| | Total For Invoice # 283495 | $165.00 | $0.00 | $165.00 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| For Check Payments: | For Wire Payments: |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Accounting Dept.<br>200 Public Square #2300<br>Cleveland, OH 44114-2378 | Benesch Friedlander Coplan & Aronoff LLP<br>National City Bank<br>Cleveland, OH 44114<br>ABA: 041000124<br>Account: 01019694<br>Reference: 283495 |

Tax Identification Number: 34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture | Invoice Number:        285427 |
| Trustee for the Exchangeable Subordinated | Invoice Date:         09/10/09 |
| Debentures, et al. | Client Number:          32112 |
| c/o Brown Rudnick Berlack Israels LLP | Terms:      *Payable Upon Receipt* |
| Attn: Robert J. Stark, Esq. | |
| 7 Times Square | |
| New York, NY  10036 | |

### INVOICE # 285427 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 247.50 | 0.00 | 247.50 |
| | Total For Invoice # 285427 | $247.50 | $0.00 | $247.50 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

REMIT TO:

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn: Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
National City Bank
Cleveland, OH  44114
ABA: 041000124
Account: 01019694
Reference: 285427

Tax Identification Number:  34-6596918

**Cleveland      Columbus      Philadelphia      Shanghai      Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. | Invoice Number: 286869 |
| | Invoice Date: 10/06/09 |
| c/o Brown Rudnick Berlack Israels LLP | Client Number: 32112 |
| Attn: Robert J. Stark, Esq. | Terms:    *Payable Upon Receipt* |
| 7 Times Square | |
| New York, NY  10036 | |

### INVOICE # 286869 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 2,397.50 | 65.66 | 2,463.16 |
| | Total For Invoice # 286869 | $2,397.50 | $65.66 | $2,463.16 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| For Check Payments: | For Wire Payments: |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. | National City Bank |
| 200 Public Square #2300 | Cleveland, OH  44114 |
| Cleveland, OH  44114-2378 | ABA: 041000124 |
| | Account: 01019694 |
| | Reference: 286869 |

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**


### BENESCH
Friedlander Coplan & Aronoff LLP
Attorneys at Law

Wilmington Trust Co., as Successor Indenture
Trustee for the Exchangeable Subordinated
Debentures, et al.
c/o Brown Rudnick Berlack Israels LLP
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036

Invoice Number:       288700
Invoice Date:       11/09/09
Client Number:        32112
Terms:    *Payable Upon Receipt*

### INVOICE # 288700 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 410.00 | 19.48 | 429.48 |
| | Total For Invoice # 288700 | $410.00 | $19.48 | $429.48 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588
**REMIT TO:**

| For Check Payments: | For Wire Payments: |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. | National City Bank |
| 200 Public Square #2300 | Cleveland, OH  44114 |
| Cleveland, OH  44114-2378 | ABA: 041000124 |
| | Account: 01019694 |
| | Reference: 288700 |

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

Wilmington Trust Co., as Successor Indenture
Trustee for the Exchangeable Subordinated
Debentures, et al.
c/o Brown Rudnick Berlack Israels LLP
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036

| | |
|---|---|
| Invoice Number: | 290242 |
| Invoice Date: | 12/07/09 |
| Client Number: | 32112 |
| Terms: | *Payable Upon Receipt* |

## INVOICE # 290242 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 320.00 | 0.00 | 320.00 |
| | Total For Invoice # 290242 | $320.00 | $0.00 | $320.00 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn:  Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
National City Bank
Cleveland, OH  44114
ABA: 041000124
Account: 01019694
Reference: 290242

Tax Identification Number: 34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP

Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. c/o Brown Rudnick Berlack Israels LLP Attn: Robert J. Stark, Esq. 7 Times Square New York, NY 10036 | Invoice Number:    292581 Invoice Date:    01/15/10 Client Number:    32112 Terms:    *Payable Upon Receipt* |

### INVOICE # 292581 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 295.00 | 0.00 | 295.00 |
| | Total For Invoice # 292581 | $295.00 | $0.00 | $295.00 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| **For Check Payments:** | **For Wire Payments:** |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP Attn:  Accounting Dept. 200 Public Square #2300 Cleveland, OH  44114-2378 | Benesch Friedlander Coplan & Aronoff LLP National City Bank Cleveland, OH  44114 ABA: 041000124 Account: 01019694 Reference: 292581 |

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Philadelphia        Shanghai        Wilmington**



## BENESCH
### Friedlander Coplan & Aronoff LLP
#### Attorneys at Law

Wilmington Trust Co., as Successor Indenture
Trustee for the Exchangeable Subordinated
Debentures, et al.
c/o Brown Rudnick Berlack Israels LLP
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY 10036

| | |
|---|---|
| Invoice Number: | 293887 |
| Invoice Date: | 02/10/10 |
| Client Number: | 32112 |
| Terms: | *Payable Upon Receipt* |

### INVOICE # 293887 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 10,093.75 | 517.58 | 10,611.33 |
| | Total For Invoice # 293887 | $10,093.75 | $517.58 | $10,611.33 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn: Accounting Dept.
200 Public Square #2300
Cleveland, OH 44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
National City Bank
Cleveland, OH 44114
ABA: 041000124
Account: 01019694
Reference: 293887

Tax Identification Number: 34-6596918

**Cleveland     Columbus     Philadelphia     Shanghai     Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. c/o Brown Rudnick Berlack Israels LLP Attn: Robert J. Stark, Esq. 7 Times Square New York, NY 10036 | Invoice Number:       295299 Invoice Date:      03/10/10 Client Number:        32112 Terms:    *Payable Upon Receipt* |

### INVOICE # 295299 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 31,807.50 | 1,498.64 | 33,306.14 |
| | Total For Invoice # 295299 | $31,807.50 | $1,498.64 | $33,306.14 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan & Aronoff LLP
Attn: Accounting Dept.
200 Public Square #2300
Cleveland, OH 44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan & Aronoff LLP
National City Bank
Cleveland, OH 44114
ABA: 041000124
Account: 01019694
Reference: 295299

Tax Identification Number: 34-6596918

**Cleveland      Columbus      Philadelphia      Shanghai      Wilmington**

# BENESCH
### Friedlander Coplan & Aronoff LLP
#### Attorneys at Law

Wilmington Trust Co., as Successor Indenture
Trustee for the Exchangeable Subordinated
Debentures, et al.
c/o Brown Rudnick Berlack Israels LLP
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036

| Invoice Number: | 297330 |
|---|---|
| Invoice Date: | 04/16/10 |
| Client Number: | 32112 |
| Terms: | *Payable Upon Receipt* |

## INVOICE # 297330 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 63,657.50 | 2,701.65 | 66,359.15 |
| | Total For Invoice # 297330 | $63,657.50 | $2,701.65 | $66,359.15 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588
**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn:  Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
PNC Bank
Cleveland, OH  44114
ABA: 041000124
Account: 4224589959
Reference: 297330

Tax Identification Number:  34-6596918

**Cleveland      Columbus      Indianapolis      Philadelphia      Shanghai
White Plains      Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. c/o Brown Rudnick Berlack Israels LLP Attn: Robert J. Stark, Esq. 7 Times Square New York, NY 10036 | Invoice Number:          300576 Invoice Date:        05/31/10 Client Number:           32112 Terms:    *Payable Upon Receipt* |

### INVOICE # 300576 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00001 | General | 0.00 | 16,287.75 | 16,287.75 |
| 00002 | Tribune Company Bankruptcy | 55,901.25 | 3,375.09 | 59,276.34 |
| | Total For Invoice # 300576 | $55,901.25 | $19,662.84 | $75,564.09 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

*REMIT TO:*

**For Check Payments:**
Benesch Friedlander Coplan & Aronoff LLP
Attn: Accounting Dept.
200 Public Square #2300
Cleveland, OH 44114-2378

**For Wire Payments:**
Benesch Friedlander Coplan & Aronoff LLP
PNC Bank
Cleveland, OH 44114
ABA: 041000124
Account: 4224589959
Reference: 300576

Tax Identification Number: 34-6596918

**Cleveland    Columbus    Indianapolis    Philadelphia    Shanghai**
**White Plains    Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP

Attorneys at Law

Wilmington Trust Co., as Successor Indenture          Invoice Number:          301880
Trustee for the Exchangeable Subordinated             Invoice Date:          06/15/10
Debentures, et al.                                    Matter Number:    32112.00002
c/o Brown Rudnick Berlack Israels LLP                 Terms: *Payable Upon Receipt*
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036


### INVOICE # 301880 SUMMARY


Total Fees                          37,113.75

Total Costs                            403.96
                                    _____

        Total for invoice # 301880    $     37,517.71
                                    ===========


For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| For Check Payments: | For Wire Payments: |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. | PNC Bank |
| 200 Public Square #2300 | Cleveland, OH  44114 |
| Cleveland, OH  44114-2378 | ABA: 041000124 |
| | Account: 4224589959 |
| | Reference: 301880 |

Tax Identification Number:  34-6596918


**Cleveland      Columbus      Indianapolis      Philadelphia      Shanghai**
**White Plains      Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
_Attorneys at Law_

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. c/o Brown Rudnick Berlack Israels LLP Attn: Robert J. Stark, Esq. 7 Times Square New York, NY  10036 | Invoice Number:          305237 Invoice Date:     08/09/10 Client Number:             32112 Terms:     _Payable Upon Receipt_ |

### INVOICE # 305237 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 57,238.75 | 2,896.19 | 60,134.94 |
| | Total For Invoice # 305237 | $57,238.75 | $2,896.19 | $60,134.94 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

REMIT TO:

| **For Check Payments:** | **For Wire Payments:** |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP Attn:  Accounting Dept. 200 Public Square #2300 Cleveland, OH  44114-2378 | Benesch Friedlander Coplan & Aronoff LLP PNC Bank Cleveland, OH  44114 ABA: 041000124 Account: 4224589959 Reference: 305237 |

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Indianapolis        Philadelphia        Shanghai**
**White Plains        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. c/o Brown Rudnick Berlack Israels LLP Attn: Robert J. Stark, Esq. 7 Times Square New York, NY  10036 | Invoice Number:        307402 Invoice Date:      09/10/10 Client Number:          32112 Terms:      *Payable Upon Receipt* |

### INVOICE # 307402 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 10,896.25 | 81.32 | 10,977.57 |
| | Total For Invoice # 307402 | $10,896.25 | $81.32 | $10,977.57 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588
**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn:  Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
PNC Bank
Cleveland, OH  44114
ABA: 041000124
Account: 4224589959
Reference: 307402

Tax Identification Number:  34-6596918

**Cleveland        Columbus        Indianapolis        Philadelphia        Shanghai**
**White Plains        Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

Wilmington Trust Co., as Successor Indenture
Trustee for the Exchangeable Subordinated
Debentures, et al.
c/o Brown Rudnick Berlack Israels LLP
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036

Invoice Number:          309279
Invoice Date:          10/07/10
Client Number:          32112
Terms:    *Payable Upon Receipt*

### INVOICE # 309279 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 11,738.75 | 852.17 | 12,590.92 |
| | Total For Invoice # 309279 | $11,738.75 | $852.17 | $12,590.92 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588
**REMIT TO:**

**For Check Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
Attn:  Accounting Dept.
200 Public Square #2300
Cleveland, OH  44114-2378

**For Wire Payments:**

Benesch Friedlander Coplan &
Aronoff LLP
PNC Bank
Cleveland, OH  44114
ABA: 041000124
Account: 4224589959
Reference: 309279

Tax Identification Number:  34-6596918

**Cleveland       Columbus       Indianapolis       Philadelphia       Shanghai
White Plains       Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP
Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture Trustee for the Exchangeable Subordinated Debentures, et al. | Invoice Number:     311403 |
| | Invoice Date:     11/04/10 |
| | Client Number:     32112 |
| c/o Brown Rudnick Berlack Israels LLP | Terms:     *Payable Upon Receipt* |
| Attn: Robert J. Stark, Esq. | |
| 7 Times Square | |
| New York, NY  10036 | |

### INVOICE # 311403 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 16,145.00 | 375.04 | 16,520.04 |
| | Total For Invoice # 311403 | $16,145.00 | $375.04 | $16,520.04 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588.

**REMIT TO:**

| **For Check Payments:** | **For Wire Payments:** |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. | PNC Bank |
| 200 Public Square #2300 | Cleveland, OH  44114 |
| Cleveland, OH  44114-2378 | ABA: 041000124 |
| | Account: 4224589959 |
| | Reference: 311403 |

Tax Identification Number:  34-6596918

**Cleveland      Columbus      Indianapolis      Philadelphia      Shanghai**
**White Plains      Wilmington**


### BENESCH
Friedlander Coplan & Aronoff LLP

Attorneys at Law

Wilmington Trust Co., as Successor Indenture
Trustee for the Exchangeable Subordinated
Debentures, et al.
c/o Brown Rudnick Berlack Israels LLP
Attn: Robert J. Stark, Esq.
7 Times Square
New York, NY  10036

| | |
|---|---|
| Invoice Number: | 314026 |
| Invoice Date: | 12/07/10 |
| Client Number: | 32112 |
| Terms: | *Payable Upon Receipt* |

## INVOICE # 314026 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00002 | Tribune Company Bankruptcy | 352.50 | 789.46 | 1,141.96 |
| | Total For Invoice # 314026 | $352.50 | $789.46 | $1,141.96 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| **For Check Payments:** | **For Wire Payments:** |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP Attn:  Accounting Dept. 200 Public Square #2300 Cleveland, OH  44114-2378 | Benesch Friedlander Coplan & Aronoff LLP PNC Bank Cleveland, OH  44114 ABA: 041000124 Account: 4224589959 Reference: 314026 |

Tax Identification Number:  34-6596918

**Cleveland     Columbus     Indianapolis     Philadelphia     Shanghai
White Plains     Wilmington**



**BENESCH**
Friedlander Coplan & Aronoff LLP

Attorneys at Law

| | |
|---|---|
| Wilmington Trust Co., as Successor Indenture | Invoice Number:        315897 |
| Trustee for the Exchangeable Subordinated | Invoice Date:        01/07/11 |
| Debentures, et. al. | Client Number:        32112 |
| c/o Brown Rudnick Berlack Israels LLP | Terms:    *Payable Upon Receipt* |
| Attn: Robert J. Stark, Esq. | |
| 7 Times Square | |
| New York, NY  10036 | |

### INVOICE # 315897 SUMMARY

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 00001 | General | 0.00 | 177.92 | 177.92 |
| | Total For Invoice # 315897 | $0.00 | $177.92 | $177.92 |

For Billing Questions, contact DAVID M. NEUMANN at (216) 363-4500 or fax to (216) 363-4588

**REMIT TO:**

| **For Check Payments:** | **For Wire Payments:** |
|---|---|
| Benesch Friedlander Coplan & | Benesch Friedlander Coplan & |
| Aronoff LLP | Aronoff LLP |
| Attn:  Accounting Dept. | PNC Bank |
| 200 Public Square #2300 | Cleveland, OH  44114 |
| Cleveland, OH  44114-2378 | ABA: 041000124 |
| | Account: 4224589959 |
| | Reference: 315897 |

Tax Identification Number:  34-6596918

**Cleveland      Columbus      Indianapolis      Philadelphia      Shanghai**
**White Plains      Wilmington**

**SULLIVAN HAZELTINE ALLINSON LLC**
**Attorneys and Counselors at Law**
**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tax ID # 20-5238500**
**(302) 428-8191**
**(302) 428-8195**

Wilmington Trust Company
Attn: Robert C. Fiedler, Esq.
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

January 20, 2011
In Reference To:  **Tribune Company, et al.**
                  **Case No. 08-13141 (KJC)**

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 1/20/2011 | Invoice #13076 | 19,145.50 | 19,145.50 |
| | Ending Balance | | 19,145.50 |
| | Amount Due | | 19,145.50 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---------|---------|---------|---------|-----------|
| 19,145.50 | 0.00 | 0.00 | 0.00 | 0.00 |