IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------x
In re:                              :    Chapter 11 Cases
                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,            :    (Jointly Administered)
                                    :
                   Debtors.         :    Re: Docket Nos. 7597 and 7598
---------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on January 21, 2011, copies of the following were served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the attached service list in the manner indicated:

- Reply in Support of Law Debenture Trust Company of New York's Motion for Estimation and Classification of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 7597]; and

- Declaration of Matthew B. Stein in Support of Law Debenture Trust Company of New York's Motion for Estimation and Classification of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 7598].

Dated: January 21, 2011
       Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
**BIFFERATO GENTILOTTI LLC**
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel:  (302) 429-1900

– and –

David S. Rosner
Sheron Korpus
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700

*Co-counsel for Law Debenture Trust Company of New York*

**SERVICE LIST**

**Via Electronic Mail:**
Adam G. Landis, Esquire
Matthew B McGuire, Esquire
landis@lrclaw.com
mcguire@lrclaw.com
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Howard Seife, Esquire
David M. Lemay, Esquire
Douglas E. Deutsch, Esquire
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Norman Pernick, Esq.
J. Kate Stickles , Esq.
Patrick Reilly, Esq.
npernick@coleschotz.com
kstickles@coleschotz.com
preilley@coleschotz.com
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Bryan Krakauer, Esq.
James S. Conlan, Esq.
Kenneth P. Kansa, Esq.
Gregory V. Demo, Esq.
bkrakauer@sidley.com
jconlan@sidley.com
kkansa@sidley.com
gdemo@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**Via Hand Delivery**:
Office of The United States Trustee
Joseph J. McMahon, Jr., Esq.
United States Dept. Of Justice
844 King Street, Suite 2207
Wilmington, DE 19899-0035