## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:                          :     Chapter 11 Cases

                                :     Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,       :     (Jointly Administered)

                                :

                   Debtors.    :

                                :     **Hearing date:  January 24, 2011 @ 11:00 am**

-------------------------------------------------------x   **Related to Docket Nos. 7352, 7481, 7486**

### RESPONSE OF DEUTSCHE BANK TRUST COMPANY AMERICAS TO WILMINGTON TRUST COMPANY'S MOTION FOR: (I) ESTIMATION OF THE PHONES CLAIM; AND (II) CLASSIFICATION OF THE PHONES CLAIM PURSUANT TO BANKRUPTCY RULE 3013

Deutsche Bank Trust Company Americas ("DBTCA"), in its capacity as the former indenture trustee for the indenture dated as of April 1, 1999 by and between the Tribune Company ("Tribune") and Bank of Montreal Trust Company (the "PHONES Indenture") pursuant to which Tribune issued Exchangeable Subordinated Debentures due 2029 (the "PHONES"[1]), by and through its counsel, McCarter & English LLP, hereby respectfully submits this response to *Wilmington Trust Company's Motion For: (I) Estimation of the PHONES Claim; and (II) Classification of the PHONES Claim pursuant to Bankruptcy Rule 3013* ("Motion") [Docket No. 7352], and respectfully states as follows:

### RESPONSE

1.      DBTCA takes no position on the Motion and submits the response because a number of parties have incorrectly suggested that DBTCA improperly "canceled" certain PHONES that had been tendered for exchange.  These statements are incorrect and DBTCA files this response to clarify the record.

---

[1] PHONES is an abbreviation for "Participating Hybrid Option Note Exchangeable Securities".

2.      DBTCA was the Indenture Trustee for the PHONES on December 8, 2008 (the "Petition Date"). On December 10, 2008, DBTCA sent a letter to Tribune indicating its intention to resign as indenture trustee for the PHONES Indenture. Thereafter, effective December 26, 2008, DBTCA, Wilmington Trust Company ("WTC") and Tribune entered into an instrument of resignation, appointment and acceptance pursuant to which DBTCA resigned and WTC became successor indenture trustee for the PHONES Indenture.

3.      The PHONES Indenture provides that a holder may exchange a PHONES for an amount of cash equal to 95% (or 100% under certain circumstances) of the market value of two shares of Time Warner common stock (the "Exchange Payment"). In order to exercise this option, a PHONES holder was required to notify his or her broker of the exchange request (an "Exchange Request"). The Exchange Request would be processed through a DWAC transaction.[2] Once the broker for the holder caused the DWAC instruction to be issued, the amount of outstanding PHONES would be reduced. DBTCA would thereafter receive the DWAC instruction and forward the Exchange Request to Tribune. Under the PHONES Indenture, Tribune was then required to issue an Officer's Certificate (which would identify the amount to be paid to the holder) and the date upon which the payment would be made (the "Exchange Payment Date").

4.      As of the Petition Date, a number of Exchange Requests were pending. DBTCA kept detailed records concerning each of the Exchange Requests, including those which had been: (i) processed completely; (ii) processed but the Exchange Payment had not been made by

---

[2] DWAC is the acronym for Deposit/Withdrawal At Custodian. The DWAC transaction system run by The Depository Trust Company ("DTC") permits brokers and custodial banks to request the movement of shares to or from the issuer's transfer agent electronically. A DWAC results in the crediting or debiting of shares to or from DTC's book-entry account on the records of the issuer maintained by the transfer agent.

Tribune; (iii) forwarded to Tribune and for which no Officers' Certificate had been received; and (iv) those which had not been DWAC approved.[3]

5.      Certain parties have stated in their responses that DBTCA improperly cancelled PHONES Certificates that were the subject of an Exchange Request.[4]  These statements intimate that there were some physical act of cancellation by DBTCA.  In fact, there were no physical certificates that were tendered to DBTCA and, upon information and belief, the entire PHONES issue was maintained in uncertificated form (*i.e.* book entry form).

6.      For the record, it should be noted that DBTCA did not cancel any of the PHONES Certificates until after the Exchange Requests had been fully processed.  The incorrect references in the Responses suggest otherwise and seem to conflate a "cancellation" with the reductions in outstanding certificates that took place as a result of the holder initiating an Exchange Request.[5]

*[Remainder of page left intentionally blank]*

---

[3] On or about January 9, 2009, this detailed information was conveyed to WTC.

[4] See Response of Barclays Bank PLC and Waterstone Capital Management LP to Motion at ¶8 (Docket No. 7486 "Barclay Response"); Response of Suttonbrook Capital Management LP to Motion (Docket No. 7481 "Suttonbrook Response"; collectively, the "Responses") at n. 5 ('[i]f and to the extent DBTCA somehow improperly cancelled the surrendered PHONES, the former PHONES Holders' recourse may be against DBTCA…").

[5] Because the PHONES issue was maintained in book entry fashion, those reductions that were caused as a result of the unconsummated Exchange Requests could be reversed if, for example, the Court were to grant stay relief to authorize a party to reverse the original DWAC instruction.

**WHEREFORE**, for all of the foregoing reasons, DBTCA respectfully requests that the

Court enter an order granting such relief as may be just and proper.

Dated: January 21, 2011
Wilmington, DE

**McCARTER & ENGLISH, LLP**

By:  /s/ Katharine L. Mayer
  Katharine L. Mayer (DE # 3758)
  McCarter & English, LLP
  405 N. King Street, 8th Floor
  P.O. Box 111
  Wilmington, DE 19899
  Telephone: (302) 984-6300
  Facsimile: (302) 984-6399

  -and-

  David J. Adler
  245 Park Avenue, 27th Floor
  New York, NY  10167
  Telephone: (212) 609-6800
  Fax: (212) 609-6921
  dadler@mccarter.com

  *Counsel for Deutsche Bank Trust Company*
  *Americas*

4