IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                          :    Chapter 11 Cases
                                                :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :    (Jointly Administered)
                                                :
         Debtors.                               :    **Related to Docket Nos. 7618, 7619**
---------------------------------------------------X

## DECLARATION OF SERVICE

I, Kathleen M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3. On the 21st day of January 2011, I caused copies of the following documents to be served upon the parties on listed on Exhibit A via U.S. Mail, First Class, postage pre-paid:

   - *Reply in Support of Wilmington Trust Company's Supplemental Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* (Docket No. 7618); and

   - *Declaration of Gordon Z. Novod* (Docket No. 7619).

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 24, 2011          By:  *Kathleen Davis*
      Wilmington, Delaware           Kathleen M. Davis