# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
TRIBUNE COMPANY, *et al.*                           :    Case No. 08-13141 (KJC)
                                                    :    Jointly Administered
               Debtors.              :
                                                    :    Re:  7622
                                                    :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 21st day of January 2011, I caused a true and correct copy of the foregoing *Response of Deutsche Bank Trust Company to Wilmington Trust Company's Motions for (I) Estimation of the PHONE Claim; and (II) Classification of Claim of the PHONE Claim Pursuant to Bankruptcy Rule 3013* to be served upon the below listed counsel by U.S. Mail, postage pre-paid or in the manner so indicated.

| | |
|---|---|
| William D. Sullivan, Esq. | Robert J. Stark, Esq. |
| Elihu E. Allinson, Esq. | Martin S. Siegel, Esq. |
| 4 East 8th Street, Suite 400 | Gordon Z. Novod, Esq. |
| SULLIVAN HAZELTINE' ALLINSON LLC | Katherine S. Bromberg, Esq. |
| Wilmington, DE 19801 | BROWN RUDNICK LLP |
| Email: bsullivan@sha-llc.com | Seven Times Square |
| Email: zallinson@sha-llc.com | New York, New York 10036 |
| | Email: rstark@brownrudnick.com |
| | Email: msiegel@brownrudnick.com |
| | Email: gnovod@brownrudnick.com |
| | Email: kbromberg@brownrudnick.com |

ME1 11106392v.1

| | |
|---|---|
| Bryan Krakauer, Esq.<br>James F. Conlan, Esq.<br>Kenneth P. Kansa, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Email: bkrakauer@sidley.com<br>Email: jconlan@sidley.com<br>Email: KKansa@sidley.com | Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: npernick@coleschotz.com<br>Email: kstickles@coleschotz.com |
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Landis, Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrc.com<br>Emailmcguire@lrc.com | Howard Seife, Esq.<br>David LeMay, Esq.<br>Douglas Deutsch, Esq.<br>Chadbourne & Park LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Email: hseife@chadbourne.com<br>Email: dlemay@chadbourne.com<br>Email: ddeutsch@chadbourne.com |
| Lawrence Gelber, Esq.<br>Adam L. Hirsch, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Email: lawrence.gelber@srz.com<br>Email: adam.hirsch@srz.com | Robert J. Rosenberg, Esq.<br>Jason B. Sanjana, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Email: robert.rosenberg@lw.com<br>Email: jason.sanjana@lw.com |

Dated: January 24, 2011

**McCARTER & ENGLISH, LLP**

By: /s/ Katharine L. Mayer
    Katharine L. Mayer (DE # 3758)
    McCarter & English, LLP
    405 N. King Street, 8th Floor
    P.O. Box 111
    Wilmington, DE 19899

    -and-

    David J. Adler
    245 Park Avenue, 27th Floor
    New York, NY 10167

    *Counsel for Deutsche Bank Trust Company Americas*