IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | |
|---|---|
| **In re:** : | **Chapter 11 Cases** |
| : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** : | **(Jointly Administered)** |
| : | |
| **Debtors.** : | |

------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Christine A. Montenegro of Kasowitz Benson Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: January 24, 2011         **BIFFERATO GENTILOTTI LLC**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
800 N. King Street, Plaza Level
Wilmington, DE  19801
Telephone:  (302) 429-1900
Fax:  (302) 429-8600
gmcdaniel@bglawde.com

*Counsel for Law Debenture Trust Company*
*of New York*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of Christine A. Montenegro, Esquire is granted.

Dated: _____, 2011         _____
                                United States Bankruptcy Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing[1] as a member of the Bars of the State of New York and New Jersey, U.S. District Court, District of New Jersey, Southern District of New York and Western District of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 24, 2011

                                              Christine A. Montenegro
                                              Kasowitz, Benson, Torres & Friedman LLP
                                              1633 Broadway
                                              New York, NY 10019
                                              Telephone: (212) 506-1715
                                              Fax: (212) 506-1800
                                              cmontenegro@kasowitz.com

---

[1] I voluntarily elected to be placed on administrative inactive status with the New Jersey Bar and Georgia Bar.