# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO.  08-13141-KJC

COURTROOM LOCATION: 5
DATE: January 24, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cleary | Young Conaway | Crdtl Agreement Lenders |
| Jim Johnston | Hennigan Bennett & Dorman | " " Angelo Gordon |
| Josh Mester | " | " " Oaktree |
| David J. Adler | McCarter + English | DBTCA |
| Katharine Mayer | " | " |
| Adam G. Landis | Landis Rath & Cobb | The Committee |
| Daniel B. Rath | " | " |
| Howard Seife | Chadbourne + Parke | " |
| David LeMay | " | " |
| Marc Ashley | " | " |
| Jim Sottile | Zuckerman Spaeder | " |
| Robert Rosenberg | Latham & Watkins | Barclays Bank PLC and Waterspout |
| Jason Sanjana | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC
**COURTROOM LOCATION:** 5
**DATE:** January 24, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sharon Karpus | Kasowitz, Benson, Torres & Friedman | Law Debenture |
| Matthew Stein | " " | " " |
| Daniel Golden | Akin Gump Strauss Hauer & Feld LLP | Aurelius Capital Management LP |
| David Zensky | " | " |
| Abid Qureshi | " | " |
| Philip Dublin | " | " |
| Thomas McCormack | Chadbourne & Parke | The Committee |
| Bob Stearn | RLF | JPMC |
| Don Bernstein | Davis Polk | " |
| Damian Schaible | " | " |
| Eric Leon | Weil Gotshal | " |
| Madlyn Gleich Primoff | Kaye Scholer LLP | Merrill Lynch |
| Joseph Drayton | " | " |
| Jim Boyas | W. Gotshal | JPMC |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** January 24, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtor |
| James Bendernagel | Sidley | " |
| Kevin Lantry | " | " |
| James Ducayet | " | " |
| Jessica Boelter | " | " |
| Robert Stark | Brown Rudnick | Wilmington Trust |
| Martin Siegel | " | " |
| Gordon Novod | " | " |
| William Sullivan | Sullivan Hazeltine Allinson | " |
| Lawrence Gelber | Schulte Roth & Zabel | Sutton Brook Capital Management LP |
| Michael Yurkewicz | Klehr Harrison Harvey Branzburg | " |
| Katherine Mayer | McCarter & English | Deutsche Bank Trust Company |
| David Adler | " | " |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: 1/24/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Eric Sutty | Fox Rothschild | Wells Fargo |
| Scott Cousins | White & Case | " |
| R. Craig Martin | Edwards Angell Palmer Dodge | Barclays Bank Plc as lender |
| David Bradford | Jenner & Block | EGI-TRB + Zell |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 01/24/2011
Calendar Time: 11:00 AM ET

Amended Calendar 01/24/2011 05:42 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3960092 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3992462 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3995289 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3943545 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3995248 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3986986 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3994939 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3994825 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3995476 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3993654 | Sally A. Buckman | (202) 416-6762 | The Lerman Senter | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3995643 | Graene Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3990638 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3983947 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3987110 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3995505 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3987984 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3996315 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LIVE |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3992957 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3995014 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3976476 | Richard Divito | (212) 412-6743 | Barclays Capital, Inc. | Creditor, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3962070 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3986747 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LIVE |
| Tribune Company | 08-13141 | Hearing | 3991918 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3987235 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3987104 | Brad Erens | 312-269-4050 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3991418 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 3993533 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3994784 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3993676 | Jason Goldsmith | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3987920 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3992769 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3990578 | Mark Holliday | (503) 243-5000 | Camden Asset Management | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3985663 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3994870 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3986921 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3988619 | Jason M. Karaffa | (212) 335-4526 | DLA Piper US, LLP New York | Creditor, Moelis / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3986995 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3991261 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3986925 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3961926 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3995277 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3992977 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3987933 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3991758 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3991458 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 3991597 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3985813 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3987111 | Lynn Marvin | (212) 326-3978 | Jones Day | Creditor, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3991264 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Creditor, Trade Claim Holders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3995774 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Banc Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3991699 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3994805 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3987550 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3961932 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3991297 | Jeremy Reckmeyer | (212) 850-2851 | Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3992829 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3992988 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3997000 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3996324 | Allison E. Ross | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3944236 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3992948 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3991358 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3988109 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3991279 | Paul Silverstein | (212) 850-2819 | Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3992471 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3992478 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3946674 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 3991969 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3986768 | Kristina Wesch | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3974234 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3988117 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3986255 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |