**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: Docket No. 7625** |

-----------------------------------------------------x

Law Debenture Trust Company of New York ("Law Debenture"), by and through its undersigned counsel, respectfully states as follows:

1.     On January 24, 2011, Law Debenture filed the *Motion and Order for Admission Pro Hac Vice* (the "Motion") [Docket No. 7625].

2.     Law Debenture hereby withdraws the Motion without prejudice.


Dated: January 25, 2011

**BIFFERATO GENTILOTTI LLC**

*/s/ Mary E. Augustine*
Garvan F. McDaniel (I.D. #4167)
Mary E. Augustine (I.D. #4477)
800 N. King Street, Plaza Level
Wilmington, DE  19801
Telephone:  (302) 429-1900
Fax:  (302) 429-8600
gmcdaniel@bglawde.com
maugustine@bglawde.com

*Counsel for Law Debenture Trust Company
of New York*