# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

December 1, 2010 through and including December 31, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 27.90 | $18,135.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 126.10 | $72,507.50 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $575.00 | 56.20 | $32,315.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $415.00 | 87.70 | $36,395.50 |
| Kerri K. Mumford | Partner; admitted DE 2002 | May, 2001 | $415.00 | 2.90 | $1,203.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 28.80 | $11,376.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $345.00 | 83.70 | $28,876.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $295.00 | 64.60 | $19,057.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 71.90 | $19,053.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $255.00 | 49.80 | $12,699.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 109.00 | $22,890.00 |
| Michelle M. Dero | Paralegal | N/A | $210.00 | 9.80 | $2,058.00 |
| Cathy A. Adams | Paralegal | N/A | $190.00 | 17.90 | $3,401.00 |
| Anthony C. Dellose | Paralegal | N/A | $180.00 | 40.90 | $7,362.00 |
| Linda M. Rogers | Paralegal | N/A | $190.00 | 48.10 | $9,139.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 22.00 | $2,750.00 |
| | | | **Total** | **847.30** | **$299,218.50** |

**Blended Rate: $353.14**