# EXHIBIT "C"

Official Committee of Unsecured Creditors                                    January 25, 2011
                                                                         Account No:   698-001
                                                                         Statement No:    13122

Tribune Company, et al. bankruptcy

**Expenses**

| | |
|---|---:|
| Overtime Wages | 490.24 |
| Telephone | 327.00 |
| Other | 6,341.25 |
| Copying | 223.40 |
| Filing fee | 53,250.00 |
| Service fee | 10,428.24 |
| Courier Fees | 25,479.84 |
| Online research LEXIS | 127.13 |
| Outside Duplication Services | 4,420.51 |
| Electronic Filing - PACER | 190.64 |
| US Postage | 1,591.47 |
| Court Reporter fees | 4,083.25 |
| Client meals | 407.75 |
| Conference Call Service | 6.36 |
| **Total Expenses Thru 12/31/2010** | **$107,367.08** |

{698.001-W0012551.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 11/05/2010 | AGL | U | B100 | E202 | | 140.00 Subpoena Service Fee Absolute Process & Litigation - G. Service Non Est/Traced Address (#2010021278) | 1255 |
| Subtotal for Transaction Date 11/05/2010 | | | | | | Billable | 140.00 | |
| 698.001 | 11/18/2010 | AGL | U | B100 | E202 | | 25.00 Subpoena Service Fee California Civil Process - Served subpoena and notices upon: EWT, LLC (#1605) | 1254 |
| Subtotal for Transaction Date 11/18/2010 | | | | | | Billable | 25.00 | |
| 698.001 | 11/23/2010 | AGL | U | B100 | E211 | | 587.49 Subpoena service fee - Advance NBC Securities, Inc. - outside printing and service of Subpoenas and Notices | 1256 |
| 698.001 | 11/23/2010 | AGL | U | B100 | E105 | | 37.00 Telephonic Court Appearance for Howard Seife of Chadbourne & Park LLP (#3873562-Amex) | 1268 |
| Subtotal for Transaction Date 11/23/2010 | | | | | | Billable | 624.49 | |
| 698.001 | 11/30/2010 | AGL | U | B100 | E211 | | 1,008.92 Subpoena service fee - Advance LPL Financial Services - FedEx Office - Subpoena Printing and service | 1260 |
| 698.001 | 11/30/2010 | AGL | U | B100 | E210 | | 1,112.30 Subpoena service fee - subpoena service LPL Financial Services | 1261 |
| Subtotal for Transaction Date 11/30/2010 | | | | | | Billable | 2,121.22 | |
| 698.001 | 12/01/2010 | AGL | U | B100 | E217 | | 1,856.50 Court Reporter fee Diaz Data Services - 7066 | 1146 |
| 698.001 | 12/01/2010 | AGL | U | B100 | E107 | | 30.00 Delivery services/messengers Parcels, Inc. - 284159 | 1178 |
| 698.001 | 12/01/2010 | AGL | U | B100 | E202 | | 100.00 Subpoena Service Fee - Badger Process Service - Stark Asset Management Company (069533) | 1185 |
| 698.001 | 12/01/2010 | AGL | U | B100 | E202 | | 100.00 Subpoena Service Fee - Badger Process Service - Stark Asset Management RA (069534) | 1186 |
| 698.001 | 12/01/2010 | AGL | U | B100 | E107 | | 857.50 Delivery services/messengers TriState Courier & Carriage | 1246 |
| Subtotal for Transaction Date 12/01/2010 | | | | | | Billable | 2,944.00 | |
| 698.001 | 12/02/2010 | AGL | U | B100 | E107 | | 16,183.84 Subpoena service fee - Parcels, Inc. - 284498 - Process Service | 1140 |
| 698.001 | 12/02/2010 | AGL | U | B100 | E107 | | 7,450.00 Subpoena service fee - Parcels, Inc. - 284499 - process service | 1141 |
| 698.001 | 12/02/2010 | AGL | U | B100 | E211 | | 474.40 Outside printing - Advance Digital Legal Services, LLC - 55961 | 1231 |
| Subtotal for Transaction Date 12/02/2010 | | | | | | Billable | 24,108.24 | |
| 698.001 | 12/03/2010 | AGL | U | B100 | E211 | | 183.42 Outside printing - Advance Digital Legal Services, LLC - 55939 | 1229 |
| 698.001 | 12/03/2010 | AGL | U | B100 | E211 | | 127.00 Outside printing - Advance Digital Legal Services, LLC - 55940 | 1230 |
| 698.001 | 12/03/2010 | AGL | U | B100 | E214 | | 4,500.00 Filing Fee - Courts - USBC - DE - filing Complaints | 1251 |
| Subtotal for Transaction Date 12/03/2010 | | | | | | Billable | 4,810.42 | |
| 698.001 | 12/04/2010 | AGL | U | B100 | E214 | | 34,500.00 Filing Fee - Courts - USBC - DE - filing Complaints | 1252 |
| 698.001 | 12/04/2010 | AGL | U | B100 | E214 | | 13,500.00 Filing Fee - Courts - USBC - DE - filing Complaints | 1253 |
| Subtotal for Transaction Date 12/04/2010 | | | | | | Billable | 48,000.00 | |
| 698.001 | 12/05/2010 | AGL | U | B100 | E101 | 0.100 | 75.00 Copying | 1194 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | Subtotal for Transaction Date 12/05/2010 | | | | Billable | 75.00 | | |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 12/06/2010 | AGL | U | B100 E124 | | 6,281.25 | Other Parcels, Inc. - Excel subpoena project #285783 | 1180 |
| 698.001 | 12/06/2010 | AGL | U | B100 E101 | 0.100 | 95.90 | Copying | 1204 |
| 698.001 | 12/06/2010 | AGL | U | B100 E105 | | 93.00 | Telephonic Court Appearance for Douglas Deutsch of Chadbourne & Park LLP (#3894903 Amex) | 1269 |
| | Subtotal for Transaction Date 12/06/2010 | | | | Billable | 6,470.15 | | |
| 698.001 | 12/07/2010 | AGL | U | B100 E217 | | 1,443.25 | Court Reporter fee Diaz Data Services - 7090 | 1184 |
| 698.001 | 12/07/2010 | AGL | U | B100 E202 | | 9,003.24 | Subpoena Service Fee - FIRST LEGAL NETWORK, LLC - Direct Fedex Expenses (Inv. #4798407) | 1203 |
| 698.001 | 12/07/2010 | AGL | U | B100 E211 | | 112.29 | Outside printing - Advance Digital Legal Services, LLC - 55927 | 1227 |
| 698.001 | 12/07/2010 | AGL | U | B100 E210 | | 161.70 | US Postage # Digital Legal Services, LLC - 55927 | 1228 |
| 698.001 | 12/07/2010 | AGL | U | B100 E226 | | 6.36 | Conference Call Service American Teleconferencing Services Ltd. - DBR | 1262 |
| 698.001 | 12/07/2010 | AGL | U | B100 E111 | | 25.25 | Meals - Washington Street Ale House - Working dinner for J. Green and L. Ellis | 1266 |
| 698.001 | 12/07/2010 | AGL | U | B100 E214 | | 750.00 | Filing Fee - USBC - DE - Preference Action Complaints (Amex) | 1267 |
| | Subtotal for Transaction Date 12/07/2010 | | | | Billable | 11,502.09 | | |
| 698.001 | 12/08/2010 | AGL | U | B100 E107 | | 467.70 | Delivery services/messengers TriState Courier & Carriage | 1247 |
| | Subtotal for Transaction Date 12/08/2010 | | | | Billable | 467.70 | | |
| 698.001 | 12/10/2010 | AGL | U | B100 E124 | | 60.00 | Subpoena service fee - Other Parcels, Inc. - 2 return Fedex's international Tokyo #286058 | 1183 |
| | Subtotal for Transaction Date 12/10/2010 | | | | Billable | 60.00 | | |
| 698.001 | 12/13/2010 | AGL | U | B100 E102 | | 585.16 | Outside printing Parcels, Inc. - 286453 | 1189 |
| | Subtotal for Transaction Date 12/13/2010 | | | | Billable | 585.16 | | |
| 698.001 | 12/14/2010 | AGL | U | B100 E101 | 0.100 | 52.50 | Copying | 1195 |
| 698.001 | 12/14/2010 | AGL | U | B100 E211 | | 271.28 | Outside printing - Advance Digital Legal Services, LLC - 56013 | 1234 |
| | Subtotal for Transaction Date 12/14/2010 | | | | Billable | 323.78 | | |
| 698.001 | 12/15/2010 | AGL | U | B100 E111 | | 142.50 | Meals Sugarfoot Fine Food - Breakfast meeting (Chadbourne (4), LRC (3) Zuckerman (3)) #401599 | 1257 |
| 698.001 | 12/15/2010 | AGL | U | B100 E111 | | 240.00 | Meals Sugarfoot Fine Food - Lunch Meeting (Chadbourne (4) LRC (3) Zuckerman (3)) #401508 | 1258 |
| 698.001 | 12/15/2010 | AGL | U | B100 E105 | | 65.00 | Telephonic Court Appearance for Douglas Deutsch of Chadbourne & Park LLP (#3914073 Amex) | 1270 |
| 698.001 | 12/15/2010 | AGL | U | B100 E105 | | 72.00 | Telephonic Court Appearance for Marc Roitman of Chadbourne & Park LLP (#3914096 Amex) | 1271 |
| | Subtotal for Transaction Date 12/15/2010 | | | | Billable | 519.50 | | |
| 698.001 | 12/16/2010 | AGL | U | B100 E202 | | 1,060.00 | Subpoena Service Fee Brandywine Process Servers, Ltd. - #95582 | 1205 |
| 698.001 | 12/16/2010 | AGL | U | B100 E211 | | 699.72 | Outside printing - Advance Digital Legal Services, LLC - 55996 | 1232 |
| 698.001 | 12/16/2010 | AGL | U | B100 E210 | | 267.02 | US Postage # Digital Legal Services, LLC - | 1233 |

Detail Cost Transaction File List
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 12/31/2010 | | | | | Billable | 317.77 | | |
| **Total for Client ID 698.001** | | | | | Billable | 107,367.08 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 107,367.08 | | |