# EXHIBIT A

**Captioning Agreement and Renewals and Amendments**



# STATION AGREEMENT
# CLOSED CAPTIONING SERVICES
# TRIBUNE BROADCASTING GROUP

This Agreement is effective as of 4:00 p.m. on January 3, 2000 (the "Effective Date"), and is made between Caption Colorado, L.L.C., a Colorado Limited Liability Company, 7935 E. Prentice Avenue, Suite 301, Englewood, CO 80111 ("Caption Colorado") and television stations owned and operated by the Tribune Company or its subsidiaries ("Tribune") with regard to the following stations: WPIX, KCPQ, WPHL, KTXL, WGN, KTLA, WLVI, and KSWB (referred to herein as "Stations"), and other stations currently owned and operated by Tribune, or other stations Tribune acquires during the term of this Agreement ("Additional Stations"), should any Additional Stations elect to use Caption Colorado services, for the reasons and on the terms and conditions set forth below.

## RECITALS

A.  Caption Colorado provides closed captioning services of live programs (i.e. "real time captioning") to television stations, networks and other program providers.

B.      Stations desire to use, and Additional Stations may desire to use, Caption Colorado services for certain of their programs as set forth herein.

## AGREEMENT

In consideration of the mutual promises and undertakings set forth below, Caption Colorado and Stations agree as follows:

**A.  Captioning Services Provided.**

1.  *Stations' Live Broadcast Schedule; Initial Captioning Schedule.*  Attached, as Exhibit A is a schedule of all of Stations' regularly scheduled Current News Programming, which shall be referred to herein as "Live Broadcast Schedule".  Also noted with an asterisk on said Exhibit A are the specific news programs within Stations' Live Broadcast Schedule which Stations desires Caption Colorado to commence captioning (herein "Initial Captioning Schedule") as of the Effective Date of this Agreement.  Stations and Caption Colorado hereby acknowledge their understanding that the news and any other live programming that Stations actually do broadcast during the first 12 months of the term hereof may vary from the Stations' Live Broadcast Schedule.

2.  *Commitment to Caption.*  Caption Colorado agrees to commence captioning the programs included in the Initial Captioning Schedule as of the "Commencement Date" set forth on Exhibit A.  Caption Colorado also agrees to provide real time captioning services for all other programs included in the Stations' Live Broadcast Schedule as well as any other live programming which Stations hereafter decide to broadcast at any time during the term of this Agreement.  With respect to programs not included in the Initial Captioning Schedule, Caption Colorado shall commence captioning those programs within at least 48 hours after receipt of notice from Stations requesting commencement of captioning.  With respect to Additional Stations, Caption Colorado shall commence captioning programs broadcast by such stations upon an Additional Station's request effective upon dates to be agreed to by the parties hereto.



3.  *Exclusive Service Agreement; Minimum Monthly Captioning Hours.*  During the term hereof, Stations agree to hire Caption Colorado as provider of real time closed captioning services for all programs designated by Stations.  Stations and Caption Colorado also hereby agree that the estimated number of hours per month of captioning to be provided hereunder by Caption Colorado, and to be paid for by Stations hereunder, shall be approximately equal to the Estimated Minimum Monthly Hours per month included in the Initial Captioning Schedule in Exhibit A.

## B.  Equipment and Other Materials Provided by Stations

1.  *Equipment and Local Telephone Lines.*  Attached as Exhibit C is a list of equipment (with specifications) and local toll telephone lines and numbers which Stations shall be obligated to obtain, install on their premises, operate and maintain in good and proper working order, at its expense, (except as provided below in Paragraph C. (i)), at all times during the term of this Agreement.  The equipment and phone lines are to be used by Caption Colorado in providing the services called for herein.  If at any time during the Term of this Agreement, Caption Colorado is prevented from providing such services as a result of the failure of any equipment or telephone lines to function properly, Stations shall promptly replace and/or repair such equipment or telephone lines at their own expense.  Stations shall also be responsible for payment to Caption Colorado for all services which Caption Colorado was prevented from providing as a result of any such failure, as if such services had been fully performed by Caption Colorado unless such failure was a result of the acts or negligence of Caption Colorado, in which case no such payments shall be made or due from Stations

2.  *Other Materials.*  Also listed on Exhibit C is a list of materials and information, which Stations, at their expense, shall make available and provide to Caption Colorado during the term of this Agreement.

## C.  Caption Colorado to Provide Toll Free Telephone Lines

(i)  Caption Colorado shall provide three toll free long distance telephone lines directed at the three local toll numbers to be provided by Station pursuant to the provisions of Paragraph B.1. of this Agreement or shall provide such other long distance service as is necessary for it to perform the services called for herein.  Caption Colorado shall pay for all of the expenses associated with such lines, including all long distance expenses incurred in providing the services hereunder.

(ii)  Caption Colorado shall have the right to insert in the closed captioning line during each program it captions for Station during the continuance of this Agreement, a brief acknowledgement for a sponsor who agrees to sponsor the long distance expenses associated with the captioning services.  Each such acknowledgement shall be limited to a maximum of 10 seconds and shall be inserted at such times and under such circumstances that will not interfere with the ability of Caption Colorado to provide the closed captioning services called for herein, or inhibit or in any way adversely affect, the completeness, accuracy or quality of such closed captioning services.

## D.  Pricing, Deposit and Payment Terms

1.  *Pricing.* From the Effective Date through the first twelve (12) months of the term of this Agreement, Stations shall be charged the amounts set forth on the attached Exhibit B for the various services described therein. Beginning on the first 12 month anniversary of the Effective Date, and on every 12 month anniversary date thereafter during the term hereof, all of the rates charged to Stations hereunder shall be increased by the greater of (i) two percent (2%) or (ii) the most recently published annual percentage increase



in the cost of living that has been published by an authorized agency of the United States government, over the preceding twelve (12) month period. The rates charged for any twelve (12) month extension period of the Agreement after the Initial Term, shall be equal to the rates in effect immediately prior to the commencement of the twelve (12) month extension period, increased by the greater of (i) two percent (2%) or (ii) the most recently published annual percentage increase in the cost of living that has been published by an authorized agency of the United States government.

2.  *Deposit.*  Waived

3.  *Payment Terms.* Caption Colorado shall invoice Stations monthly for all charges contemplated by this Agreement, and Stations shall pay all amounts reflected in each invoice within sixty (60) days of the receipt of that invoices except that Stations may withhold payment of any disputed charges pending resolution of such disputes ("Disputed Amounts"). In the event that Caption Colorado does not receive payment in full of any invoice within sixty (60) days of the receipt of that invoice, the total amount due shall accrue interest at the rate of 1.5% per month until paid in full.

4.  *Mutual Obligation to Perform Services and to Pay as of Effective Date.* The parties hereby acknowledge their understanding that Caption Colorado's obligation to provide the services contemplated by this Agreement, and Stations' obligation to accept such services and to pay the agreed prices therefore shall be binding as of the Effective Date, notwithstanding the fact that services will not commence until the Commencement Date

5.  *Collection Expenses.* In the event either party hereto initiates any action or proceeding to collect any amounts due, or to enforce any rights under this Agreement, then, in addition to any other remedies available to it in law or equity, such party shall be entitled to recover all of its costs or arbitrator's incurred in connection with any such action, including its reasonable attorney's fees as part of the courts judgment.

## E.  Term of Agreement; Termination

1.  *Initial Term.* The initial term of this Agreement ("Initial Term") shall be for a period of three (3) years from the Effective Date, unless terminated earlier in accordance with paragraph E.3. below or other provisions hereof.

2.  *Automatic Extension.* This Agreement shall automatically renew for successive twelve (12) month periods following the Initial Term, unless the Stations or Caption Colorado, at least ninety (90) days before the end of the Initial Term or before the end of any such twelve (12) month extension period, provides written notice to the other party of its intent to terminate this Agreement.

3.  *Termination for Late Payment.* Caption Colorado may terminate this Agreement at any time in its discretion, if any amounts owed by the Stations under this Agreement other than Disputed Amounts become more than sixty (60) days past due, provided that (a) such termination shall not be effective unless Caption Colorado has provided written notice of such overdue payment to the relevant station, and the station has failed to cure such overdue amount by payment within thirty (30) days of the station's receipt of such notice; (b) such termination shall affect only a station that has failed to cure an overdue payment as set forth above, and this Agreement shall remain in force with respect to all other Stations; and (c) such termination shall be effective no less than thirty (30) days after a station's failure to cure an overdue payment as forth above and Caption Colorado's written notice of termination to such station.

4.  *Service Quality Standards; Termination for Dissatisfaction with Service.* Caption Colorado shall perform all services rendered hereunder within normal industry workmanship and performance standards. In the



event Stations shall reasonably believe that Caption Colorado is not providing such services within normal industry workmanship and performance standards, it shall have the right to terminate this Agreement by delivering to Caption Colorado written notice of such decision, with the specific basis, facts and circumstances upon which the decision is based, together with payment for all services rendered through the termination date.  In such instance services, and the responsibility to pay therefore, shall terminate at 12:00 Midnight on the date of receipt of such notice and payment by Caption Colorado.

5.   *Right of First Refusal.*  In the event of termination of this Agreement for any reason other than those specified in paragraph E.4. above, for a period of six (6) months following the termination of this Agreement Caption Colorado shall have the right of first refusal to match the terms and conditions of any offer made to Stations by other parties to provide real time closed captioning services for Stations and to thereby continue its role as Station's exclusive provider of real time closed captioning services on the matched terms.  In the event Stations enter into negotiations with any such other party, Stations shall promptly notify Caption Colorado that it has done so and, at such time as Stations shall have preliminarily agreed to the terms and conditions of an agreement with any such other party, Stations shall promptly provide Caption Colorado with all of the relevant terms and conditions of such Agreement.  Caption Colorado shall have a period of ten (10) days from receipt of such notice from Stations to elect to match the offer of the other party by providing notice thereof to Stations.   In the event Caption Colorado elects to match the offer, Stations and Caption Colorado shall execute a written agreement in form similar to this agreement, but on the specific terms and conditions of the matched offer, within fifteen (15) days of the date of receipt by Stations of such notice from Caption Colorado.  Caption Colorado shall commence captioning services within 24 hours after execution of the Agreement by both parties.   In the event Stations does not receive notice of election from Caption Colorado within such ten (10) day notice period, Caption Colorado shall be deemed to have waived its right to match the offer.

**F.   Other Provisions**

1.   *Entire Agreement.*  This Agreement constitutes the entire Agreement between the parties and no representations, warranties, or other statements or promises have been made by any party in connection with this Agreement except as set forth in this Agreement.

2.   *Errors and Omissions.*  Stations understand and agree that real time closed captioning is a difficult and demanding task and that errors or omissions will from time-to-time be made in the course of providing the real time closed captioning services called for hereunder.  Stations agree that neither Caption Colorado nor any of its officers, directors, captioners or other employees shall be liable for any such errors or omissions with exception of gross negligence and willful misconduct.

3.   *Governing Law.*  This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado.

4.   *Notices.*  Any notices to Caption Colorado or to Stations required or permitted under this Agreement shall be given in writing, either by personal service or by registered or certified mail, postage prepaid, duly addressed to its chief executive officer or equivalent employee at its then principal place of business. For the purpose of determining compliance with any time limit established by this Agreement, a notice shall be deemed given at the time of postmark date or, in the case of personal service, at the time service is made.

5.   *Arbitration.*  Any controversy, dispute or claim under, arising out of, in connection with, or in relation to this Agreement, including but not limited to the negotiation, execution, interpretation, construction, scope, performance, breach, termination, validity, or enforceability of this Agreement or any



term or provision thereof, shall be settled, at the request of either party, by arbitration conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association before a panel of three arbitrators chosen in accordance with those Rules. The arbitration of any such issues, including the amount of damages suffered by either party, shall be final and binding upon the parties to the maximum extent permitted by law. Judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction thereof. The hearing on any such arbitration shall be held in Denver, Colorado, and the Stations and Caption Colorado shall each be liable for one-half of all fees and costs charged by those arbitrators. The parties intend that this paragraph shall be valid binding, enforceable, and irrevocable, shall survive the termination of this Agreement and that any arbitration proceedings hereunder be concluded within sixty (60) days after the initiation of those proceedings, and that all parties shall proceed on an expedited basis.

6. *Headings*. Headings and Titles used herein for paragraphs and other sections or parts are for convenience only and shall not be construed as part of the Agreement.

7. *Confidentiality*. The terms of this Agreement, and the information contained herein and in the Exhibits attached hereto, are confidential and may not be shown or disclosed, in any manner whatsoever, to anyone other than Stations or Caption Colorado.

IN WITNESS WHEREOF, the parties have executed this agreement on the dates written below.

**Caption Colorado, L.L.C.**

By ___R.T. Polumbus___
R.T. Polumbus, President

Date: ___12-29-99___

**Station Group: Tribune Broadcasting Group**
Betty Ellen Berlamino

By ___Betty M Berlamino___

Date: ___12/29/99___



**Exhibit A**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group - WPIX**

**Station's Live Programming Schedule**
**And Initial Captioning Schedule**

Following is a schedule describing all of Station's News Programming as of the Effective Date (herein "Station's Live Programming Schedule"). The schedule is broken down into Current Regular Daily News Programs, Other Current Regular News Program (i.e. Weekly, Monthly, Quarterly, Annual, etc.) and all other Current Non-Regular News Programs that do not repeat on a regular basis.

Those programs marked below with an asterisk (*) are all of the regularly and irregularly scheduled live news programs, which Station desires Caption Colorado to commit to caption as of the Commencement Date (herein "Initial Captioning Schedule").

**Current Regular Daily News Program Schedule**

| **Monday – Friday (Eastern Time)** | **Saturday (Eastern Time)** | **Sunday (Eastern Time)** |
|---|---|---|
| News 10-11p.m.* | News 10-11p.m.* | News 10-11p.m.* |

**Other Current Regular News Programming Schedule (indicate weekly, monthly, quarterly, annual**

**Other Current Non-Regular News Programming Schedule**

**Commencement Date:**          **Same as Effective Date**

**Equipment Test Date:**          **N/A**

**Estimated Minimum Monthly Hours**: **30**  **Hours Per Month**

**Deposit:**                          **Waived**

Confidentiality; The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station and Caption Colorado. It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit A**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group - WPHL**

**Station's Live Programming Schedule**
**And Initial Captioning Schedule**

Following is a schedule describing all of Station's News Programming as of the Effective Date (herein "Station's Live Programming Schedule").  The schedule is broken down into Current Regular Daily News Programs, Other Current Regular News Program (i.e. Weekly, Monthly, Quarterly, Annual, etc.) and all other Current Non-Regular News Programs that do not repeat on a regular basis.

Those programs marked below with an asterisk (*) are all of the regularly and irregularly scheduled live news programs which Station desires Caption Colorado to commit to caption as of the Commencement Date (herein "Initial Captioning Schedule").

**Current Regular Daily News Program Schedule**

| **Monday – Friday (Pacific Time)** | **Saturday (Eastern Time)** | **Sunday (Eastern Time)** |
| --- | --- | --- |
| News 10-10:30 p.m.* | News 10-10:30p.m.* | News 10-11:30 p.m.* |

**Other Current Regular News Programming Schedule (indicate weekly, monthly, quarterly, annual)**

**Other Current Non-Regular News Programming Schedule**

**Commencement Date:**        **Same as Effective Date**

**Equipment Test Date:**        **N/A**

**Estimated Minimum Monthly Hours**: **15**  Hours Per Month

**Deposit:**                **Waived**

Confidentiality;  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station and Caption Colorado.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit A**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group - KTLA**

**Station's Live Programming Schedule**
**And Initial Captioning Schedule**

Following is a schedule describing all of Station's News Programming as of the Effective Date (herein "Station's Live Programming Schedule"). The schedule is broken down into Current Regular Daily News Programs, Other Current Regular News Program (i.e. Weekly, Monthly, Quarterly, Annual, etc.) and all other Current Non-Regular News Programs that do not repeat on a regular basis.

Those programs marked below with an asterisk (*) are all of the regularly and irregularly scheduled live news programs which Station desires Caption Colorado to commit to caption as of the Commencement Date (herein "Initial Captioning Schedule").

**Current Regular Daily News Program Schedule**

| **Monday – Friday (Pacific Time)** | **Saturday (Pacific Time)** | **Sunday (Pacific Time)** |
|---|---|---|
| News 10-11p.m.* | News 10-11p.m.* | News 10-11p.m.* |

**Other Current Regular News Programming Schedule (indicate weekly, monthly, quarterly, annual)**

**Other Current Non-Regular News Programming Schedule**

**Commencement Date:**          **Same as Effective Date**

**Equipment Test Date:**          **N/A**

**Estimated Minimum Monthly Hours**: **30**  Hours Per Month

**Deposit:**                              **Waived**

Confidentiality;  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station and Caption Colorado.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit A**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group - WLVI**

**Station's Live Programming Schedule**
**And Initial Captioning Schedule**

   Following is a schedule describing all of Station's News Programming as of the Effective Date (herein "Station's Live Programming Schedule"). The schedule is broken down into Current Regular Daily News Programs, Other Current Regular News Program (i.e. Weekly, Monthly, Quarterly, Annual, etc.) and all other Current Non-Regular News Programs that do not repeat on a regular basis.

   Those programs marked below with an asterisk (*) are all of the regularly and irregularly scheduled live news programs which Station desires Caption Colorado to commit to caption as of the Commencement Date (herein "Initial Captioning Schedule").

**Current Regular Daily News Program Schedule**

| **Monday – Friday (Eastern Time)** | **Saturday (Eastern Time)** | **Sunday (Eastern Time)** |
|---|---|---|
| News 10-11p.m.* | News 10-11p.m.* | News 10-11p.m.* |

**Other Current Regular News Programming Schedule (indicate weekly, monthly, quarterly, annual)**

**Other Current Non-Regular News Programming Schedule**

**Commencement Date:**   **Same as Effective Date**

**Equipment Test Date:**   **N/A**

**Estimated Minimum Monthly Hours**: **30** Hours Per Month

**Deposit:**   **Waived**

Confidentiality; The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station and Caption Colorado. It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit A**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group - KSWB**

**Station's Live Programming Schedule**
**And Initial Captioning Schedule**

Following is a schedule describing all of Station's News Programming as of the Effective Date (herein "Station's Live Programming Schedule"). The schedule is broken down into Current Regular Daily News Programs, Other Current Regular News Program (i.e. Weekly, Monthly, Quarterly, Annual, etc.) and all other Current Non-Regular News Programs that do not repeat on a regular basis.

Those programs marked below with an asterisk (*) are all of the regularly and irregularly scheduled live news programs which Station desires Caption Colorado to commit to caption as of the Commencement Date (herein "Initial Captioning Schedule").

**Current Regular Daily News Program Schedule**

| **Monday – Friday (Pacific Time)** | **Saturday (Pacific Time)** | **Sunday (Pacific Time)** |
|---|---|---|
| News 10-10:30 p.m.* | News 10-10:30 p.m.* | News 10-10:30 p.m.* |

**Other Current Regular News Programming Schedule (indicate weekly, monthly, quarterly, annual)**

**Other Current Non-Regular News Programming Schedule**

**Commencement Date:**          **Same as Effective Date**

**Equipment Test Date:**          **N/A**

**Estimated Minimum Monthly Hours**: **15**  Hours Per Month

**Deposit:**                    **Waived**

Confidentiality; The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station and Caption Colorado. It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit A**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group - KTXL**

**Station's Live Programming Schedule**
**And Initial Captioning Schedule**

Following is a schedule describing all of Station's News Programming as of the Effective Date (herein "Station's Live Programming Schedule"). The schedule is broken down into Current Regular Daily News Programs, Other Current Regular News Program (i.e. Weekly, Monthly, Quarterly, Annual, etc.) and all other Current Non-Regular News Programs that do not repeat on a regular basis.

Those programs marked below with an asterisk (*) are all of the regularly and irregularly scheduled live news programs which Station desires Caption Colorado to commit to caption as of the Commencement Date (herein "Initial Captioning Schedule").

**Current Regular Daily News Program Schedule**

| **Monday – Friday (Pacific Time)** | **Saturday (Pacific Time)** | **Sunday (Pacific Time)** |
|---|---|---|
| News 10:00 –11:00 p.m.* | News 10:00 – 11:00 p.m.* | News 10:00 – 11:00 p.m.* |

**Other Current Regular News Programming Schedule (indicate weekly, monthly, quarterly, annual)**

**Other Current Non-Regular News Programming Schedule**

**Commencement Date:**          **Same as Effective Date**

**Equipment Test Date:**          **N/A**

**Estimated Minimum Monthly Hours**:  **30** Hours Per Month

**Deposit:**                    **Waived**

Confidentiality;  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station and Caption Colorado.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit A**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group - WGN**

**Station's Live Programming Schedule**
**And Initial Captioning Schedule**

Following is a schedule describing all of Station's News Programming as of the Effective Date (herein "Station's Live Programming Schedule").  The schedule is broken down into Current Regular Daily News Programs, Other Current Regular News Program (i.e. Weekly, Monthly, Quarterly, Annual, etc.) and all other Current Non-Regular News Programs that do not repeat on a regular basis.

Those programs marked below with an asterisk (*) are all of the regularly and irregularly scheduled live news programs which Station desires Caption Colorado to commit to caption as of the Commencement Date (herein "Initial Captioning Schedule").

**Current Regular Daily News Program Schedule**

| **Monday – Friday (Central Time)** | **Saturday (Central Time)** | **Sunday (Central Time)** |
|---|---|---|
| News 9:00 –10:00 p.m. | News9:00 – 10:00 p.m. | News 9:00 – 10:00 p.m. |

**Other Current Regular News Programming Schedule (indicate weekly, monthly, quarterly, annual)**

**Other Current Non-Regular News Programming Schedule**

**Commencement Date:**          **Same as Effective Date**

**Equipment Test Date:**          **N/A**

**Estimated Minimum Monthly Hours**: **30**  **Hours Per Month**

**Deposit:**                    **Waived**

Confidentiality;  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station and Caption Colorado.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit B**
**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group**


# Price List


## News Captioning

**Group Rate Regular News**
Six (6) or more stations or 400 aggregate hours per month in Tribune Ownership Group.....................$100.00 per Hour
Minimum Billing Unit: 15 minutes

**Breaking News/Last Minute Add-Ons** (10 minutes notice) ...................................................................Same as Above Rates

**Emergency Coverage**  24 hour, 7 day a week availability; 10 minutes notice ..................................................... $120 per Hour
Examples; hurricanes, tornadoes, flooding, spills, shootings and other FCC required coverage.

**Stand-by Rates** (i.e. wait time with or without advance notice of delay) .......................................................... $40.00 per Hour

**Program Cancellations** ........................................................................................................................................................ N/C
24 hour advance notice required.  Otherwise, Station billed in full for scheduled time.

**Morning Break or Cut-Ins** ..............................................................................................................$40.00 per Break or Cut-In



## Sporting Events (All sports; basketball, football, baseball, hockey, soccer, etc.); professional, collegiate, high school.)

**Scheduled Events** (must be scheduled at least 24 hours in advance; includes first 3 hours) .................................... $360.00 per game
Over 3 hours........................................................................................................................... $120.00 per hour
Stand-by rates will be applied to game delays caused by weather or other forces of nature.

**Last Minute Events** (scheduled less than 24 hours in advance.) .......................................................... $400.00 per game
Price includes first 3 hours, over 3 hours.  .................................................................................... $120.00 per hour
Stand-by rates will be applied to game delays caused by weather or other forces of nature.

Confidentiality;  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive
use of Station.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in
part, without the prior written consent of Caption Colorado, L.L.C.



<strong>Exhibit C<br/>Station Agreement<br/>Closed Captioning Services<br/>Tribune Broadcasting Group</strong>

## Equipment

1. **Modem To Access Newsroom Computer.**  A 14400 or faster US Robotics Sportster modem is needed on the newsroom computer/newstar system.  Internet and pagers may be substituted in the future with mutual consent of both parties.  We can provide this modem if you do not have one available.  Do not use Hayes modems.

2. **Gentner Box/IFB To Access Audio Portion of Broadcast.**  This device places the broadcast audio onto a phone line.  This device may also have a connection after the signal that allows the Master control (or some other person) operator to speak into the audio phone line by simply picking up the phone and talking with the captioner.  We cannot share an IFB with control or anyone who talks on this line, as it only confuses the captioner.

3. **Encoder To Receive Captioning Data.**  An Encoder disconnected from the RS 232 cable and connected to the modem.  The RS 232 cable disables the modem.  This RS 232 cable can be on-line switchable by adding a straight through cable connected between Encode and an a/b box and putting the specially configured cable from EEG on the Newsroom computer side of the a/b box.  In this manner the box in the "a" position might effectively disable the modem, and in the "b" position will enable the modem line giving you control over someone calling in and inadvertently blocking your Encoder.  EEG can provide you with circuit modifications making this switching automatic.  Virtually all of our clients use this modification.  The newest EEG encoder has multiple serial ports which eliminates the need for this configuration.

4. **Telephone Lines**
   A. Toll Lines:  The station needs to provide three local (Toll) telephone lines directed to;
       i.       Modem on the newsroom computer system.
       ii.      Gentner Box/IFB for program audio.
       iii.     Encoder to receive captioning data from Captioner.
   B. Toll Free Long Distance Numbers;  At Stations option, it may provide 3 Toll Free Numbers directed at the foregoing Toll Numbers for use by the Captioners.

   *Special Note: Messages to Captioner While Captioning*
   Within the newsroom system, Station will maintain a people file called CAPTION.  People wanting to send messages to the captioner while they are on the air can place a message in the Caption file and notify us with the message prompt or contact us through the program audio line as discussed above.

## Other Information

1. **Rosters and Lists**
   The station is responsible for providing Caption Colorado with the following:
   a.  Names, places, politicians and businesses specific to the stations' reporting area,
   b.  Street section of your phone book,
   c.  Cities and prominent geographic locations for reporting weather and news,
   d.  Recent broadcast videotapes.

2. **Promotional Materials**
   Development of promotional materials showing captioning benefits to the community.
   a.  Current Caption Colorado clients can share existing materials.
   b.  Complimentary captioning by Caption Colorado for scripts used to promote Station's new captioning.
   c.  One-time only, complimentary captioning for promotional spots for potential sponsors.

Confidentiality;  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Station.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado, L.L.C.

# Renewal And Amendment No. 1
## Station Agreement, Closed Captioning Services,
## Tribune Broadcasting Group

This Renewal and Amendment No. 1 is effective as of 12:01 AM, Mountain Time, on January 1, 2003 (the "Renewal Effective Date"), and is made between Caption Colorado, L.L.C., a Colorado Limited Liability Company, 7935 E. Prentice Avenue, Suite 310, Englewood, CO 80111 ("Caption Colorado") and Tribune Broadcasting Group on behalf of the following television stations owned and operated by the it, or its subsidiaries, ("Tribune"): WPIX, KCPQ, WPHL, KTXL, WGN, KTLA, WLVI, and KSWB (referred to herein as "Stations"), and other stations currently owned and operated by Tribune, or other stations Tribune acquires during the term of this Agreement ("Additional Stations"), should any Additional Stations elect to use Caption Colorado services, for the reasons and on the terms and conditions set forth below.

### RECITALS

A.   Caption Colorado and Tribune did heretofore enter into a service agreement entitled Station Agreement, Closed Captioning Services, dated effective January 3, 2000 (herein "the Agreement") wherein Caption Colorado agreed to provide certain closed captioning services to the Stations.

B.   The parties now desire to renew, extend and amend the Agreement on the terms and conditions set forth herein.

### AGREEMENT

In consideration of the mutual promises and undertakings set forth below, Caption Colorado and Tribune hereby agree as follows:

1.      Paragraph E1, *Initial Term* of the Agreement, shall be amended to read as follows:

"*1.   Initial Term.*  The initial term of this Agreement ("Initial Term") shall be for a period of six (6) years from the Effective Date, unless terminated earlier in accordance with paragraph E.3. below or other provisions hereof."

2.      Exhibits B and C of the Agreement are hereby amended in their entirety to read as set forth on Exhibits BR-1 and CR-1, respectively, attached hereto and hereby incorporated herein.  The revised rates and other terms and conditions set forth in said Exhibits BR-1 and CR-1 shall become effective as of January 1, 2003.

3.      Paragraph B1 of the Agreement is hereby amended in its entirety to read as follows;

"*1.   Equipment and Local Telephone Lines.*  Attached as Exhibit CR-1 (and hereby incorporated herein) is a list of equipment (with specifications) and local telephone lines and numbers and/or Internet connection software and equipment which each Station covered hereby shall be obligated to obtain, install on its premises and operate and maintain in good and proper working order (except as provided below in paragraph C.(i)), at its expense, at all times during the term of this Agreement. The phone lines and/or Internet connection software and equipment are to be used exclusively by Caption Colorado in providing the services called for herein.  If at any time during the Term of this Agreement, Caption Colorado is prevented from providing such services as a result of the failure of any such equipment, telephone lines or Internet connections to function properly, Station(s) shall promptly replace and/or repair the defective components at its own expense.   In such event,



Station(s) shall also be responsible for payment to Caption Colorado for all services that Caption Colorado was prevented from providing as a result of any such failure, as if such services had been fully performed by Caption Colorado, unless such failure was a result of the acts or negligence of Caption Colorado, in which case no such payments shall be made or due from Stations.

Each Station shall be required to provide either (i) the local telephone line with modem connection to its encoder, or (ii) the PC with *Bison Customer Control Console* software application and related equipment, as described and specified on said Exhibit CR-1, for use by Caption Colorado in delivering captioning text to Station's encoder hereunder. At any time during the term hereof that any Station elects to install and use the *Bison Customer Control Console* to receive and encode captioning text hereunder from Caption Colorado, Caption Colorado agrees to provide each such Station with a complementary non-exclusive license to use its *Bison Customer Control Console* software during the Term hereof and a complementary Win TV Card for installation on its PC."

4.    Notwithstanding the provisions of Paragraph D1 of the Agreement to the contrary, from January 1, 2003 at 12:01 AM, Mountain Time, until December 31, 2003, Stations shall he charged the amounts set forth on the attached Exhibit BR-1 for the various services described therein. Beginning on January 1, 2004, and on every 12 month anniversary date thereafter during the term hereof, all of the rates charged to Stations hereunder shall be increased by two percent (2%). The rates charged for any twelve (12) month automatic extension of the Agreement after the Initial Term, shall be equal to the rates in effect immediately prior to the commencement of the twelve (12) month extension period, increased by two percent (2%).

5.    Except a specifically amended, modified or changed herein all of the terms and conditions of the Agreement shall remain in full force and effect throughout the term of the Agreement.

IN WITNESS WHEREOF, the parties have executed this agreement on the dates written below.

Sincerely,

Caption Colorado, L.L.C.

By _R.T. Polumbus_____        _1-15-03_
R.T. Polumbus, President                Date

AGREED TO AND ACCEPTED this _16_ day of January, 2003 by;

Tribune Broadcasting Group

By _____
Betty Ellen Berlamino

**CAPTION** Colorado

## Exhibit BR-1
## Station Agreement
## Closed Captioning Services
## Tribune Broadcasting Group

### Price List

#### Regular News, Special News Programming or Other Programming Except Live Sports

**Tribune Group Rate** ...............................................................................$103.94 per hour (1)
Minimum Fee .......................................................................................................... $51.97

**Individual Station Rate** ............................................................................$111.00 per hour (1)
Minimum Fee .......................................................................................................... $55.00

(1) *Group Rates* apply during any calendar month during the term hereof that (i) each Station captions the Minimum Monthly Hours specified on Exhibit A for each Station and (ii) the total hours captioned all Tribune Broadcast Group Stations during that month, equals or exceeds the Minimum Monthly Captioning Hours specified on Exhibit A for all Tribune Broadcast Group Stations. *Individual Station Rates* shall be applicable during any other calendar month.

#### Emergency and Breaking News Coverage  ...............................................$124.73 per hour
Minimum Fee ........................................................................................................ $63.00

#### Stand-by Rates  ..................................................................................... $41.58 per Hour

#### Morning Break or Cut-Ins  ............................................................. $41.58 per Break or Cut-In

#### Program Cancellations  ................................................................................... N/C
24 hour advance notice required.  Otherwise, Station billed in full for scheduled time.

#### Sporting Events (All sports basketball, football, baseball, hockey, soccer; professional, collegiate or high school)

**Pre-Scheduled Events** (Minimum 24 hour advance notice; includes first 3 hours)................................$375.00 per game
**Excess Hours (Beyond 3)**  ........................................................................$125.00 per hour
Stand-by Rates will be applied to game delays caused by weather or other forces of nature.

**Last Minute Events** (Less than 24 hours advance notice; includes first 3 hours.)  .................................$420.00 per game
**Excess Hours (Beyond 3)** ........................................................................$135.00 per hour
Stand-by rates will be applied to game delays caused by weather or other forces of nature.
(Minimum 15 minute billing units).

#### English to Spanish Captioning  ........................................................ $450.00 per hour

#### SAP Service  ..................................................................................... $225.00 per hour

#### Spanish Translation for Website Services...........................................$ 00.20 per word

#### Internet Text Streaming, Simultaneous with TV Captioning  ...................... $ 35.00 per hour*
**\* Must have Bison Customer Control Console installed and operational**

#### Internet Text Streaming Only  .......................................................... $140.00 per hour

#### Transcript of Captioning; Unedited.....................................................$ 15.00 per File

#### Transcript of Captioning; Edited to 99%+ Accuracy......................... $ 3.10 per program minute

#### Minimum Billing Unit All Service Classifications  .................................................15 Minutes

Confidentiality;  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Parent , Station and Caption Colorado.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.

**Exhibit CR-1**

**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Group**

## Equipment

**1.   Technical Diagram and Equipment List and Specifications.**   Attached hereto as Exhibit C-1, and hereby incorporated herein, is a document entitled "*Customer Control Console*; Setup and Installation Instructions".  It contains a technical diagram and flow chart and a description of all of the equipment, computer hardware and software (with technical specifications) that each Station (hereinafter referred to in this Exhibit as 'Customer') will, in accordance with the terms hereof, be required to install, maintain and keep operating on their business premises throughout the term of the agreement.

**2.   Gentner Box/IFB or Internet Connection To Access Broadcast Audio.**   As shown on Exhibit C-1, customer must provide a local phone line connected to an audio coupler in customer 's studios, which the captioner can use to listen to the audio portion of the broadcast.  Alternatively, at Caption Colorado's request, customer must provide access to the broadcast audio via the Internet through a computer and software designed for that purpose and provide such user names, passwords and other security codes as are necessary to allow access by our captioners.

**3.   Computer with URL Internet Address and Encoder To Receive Captioning Data.**  Whenever Customer is using Caption Colorado's Bison Customer Control Console hereunder, Customer must provide an IBM compatible computer ("PC") with a fixed routable Internet address. Caption Colorado's *Bison Customer Control Console* software must be installed on the PC.  With this software in place, the captioner will deliver the captioning text via the Internet directly to the PC.  The *Bison Customer Control Console* software will receive the data, provide customer with certain controls over the number of lines of captioning and captioning placement on the television screen, and with the ability to communicate directly with the captioner, and the software will automatically deliver the captioning text out a serial port on the computer to the encoder.  The computer must be connected to the encoder either via an RS232 cable or via customer's internal computer network configuration (customer's option) bypassing any external or internal modem in the encoder.

**4.   Telephone Lines or Internet Access To Encoder and Newsroom Scripts.**   In addition to the equipment and software specified in paragraphs 1, 2 and 3 above, Customer shall provide one additional local telephone line and modem for the captioners to use as either the primary system, or "back up system" when Station is utilizing the *Bison Customer Control Console* and the Internet, for delivering the captioning text to customer's encoder.   Customer must also provide Internet access through a local computer, allowing the captioner to access customer's program scripts for pre-captioning preparation and a local telephone line and modem connection to the newsroom computer for the scripts, as a back up to the Internet protocol.

## Other Information

**1.   Rosters and Word Lists.**  From time-to-time during the term of this agreement, customer shall provide Caption Colorado with the following:

    a.   Correct spelling of names of broadcasters and other local political and famous people and their names and correct spellings of well known places, streets, local landmarks, suburbs and towns and businesses commonly referred to, or associated with, customer's programming.

    b.   Recent broadcast videotapes of various types of customer's programming for use by CC captioners in building dictionaries and for use as samples of programming for practice and training.

Confidentiality.  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Network.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado, L.L.C.

CAPTION
Colorado

**Bison Captioning Software System**
**2002**

*Customer Control Console*
Setup and Installation Instructions

## Current Equipment and Captioning System

### (Keep Current Telephone-Modem System In Place as Backup to Internet)

If Station (referred to in this "Setup and Installation Instructions" as "Customer") has been using real time captioning with a telephone and modem connection to its encoder, Caption Colorado recommends leaving this system in place to be used as an emergency backup system to the regular Internet protocol specified in this document for captioning.  Caption Colorado also recommends installing a Telco (RJ-12) "switch" between Customer's existing modem and encoder allowing access by captioners to the Customer Control Console via the telephone and modem backup system (see Technical Diagram).

Please contact us before beginning installation at 1-800-590-4203 to schedule a support representative to assist you.

## Customer Control Console Installation Overview

The major steps in installing and activating the *Bison Customer Control Console* ("CCC") follow.  A list of detailed installation procedures can be found following this overview.

**1.  Set Up PC:**   (See the attached hardware and software specifications for the PC)
  - Constant, permanent Internet connection
  - Routable IP address and one exposed port (do not need the entire address)
  - WinTV Go! Card (provided by Caption Colorado complementary to Customer)
    See IMPORTANT NOTE in detail section

**2.  Make Hardware Connections:**
  - Install Telco (RJ-12) switch between existing modem and encoder
  - Install 232PTC switch to support Newsroom captioning (if Newsroom captioning is used)
  - Connect your PC to the encoder

**3.  Install Software:**
  - Load latest WinTV card drivers
  - Load latest WinTV card application provided by Caption Colorado
  - Load CCC software on your PC

**4.  Make Video Connection**

**5.  Configure CCC Software**

**CAPTION**
Colorado

# Detailed Installation Guidelines

## 1. SET UP PC

### CONSTANT INTERNET ACCESS.
This is a required element.

### ASSIGN A ROUTABLE IP ADDRESS.
If your PC is behind a firewall, you may need to configure NAT (Native Address Translation) to do this. Additionally, you will need to specify TCP access to a port between 1 and 6,000 to allow the software to operate correctly (the default port is 888).  For more information on how to do this, please consult your system administrator or firewall manual.

Record the information you will use:        IP address        _____

Port        _____

### WINTV CARD.
If you need assistance with this step, consult the installation instruction manual that came with your Card.

*IMPORTANT NOTE:*        Do **NOT** install the software or drivers that came with your Card!  You will download and install the latest versions in Step 3.

When you reboot your PC after installing the WinTV card, Windows will try to install the drivers.  You can simply click Cancel to bypass this.

## 2. MAKE HARDWARE CONNECTIONS

### INSTALL RJ-12 Telco SWITCH.
In order to use the CCC software with your encoder in the event of an Internet connection failure, it is recommended that you install a switch between the PC's existing modem and encoder.  (see attached diagram)

This will allow you to use most of the CCC software features via modem connection if necessary.

If you choose to keep your existing configuration, you will still be able to receive captions, but will not be able to use the CCC software if the Internet is unavailable.

### INSTALL NEWSROOM (232PTC) SWITCH.  (IF NECESSARY)
If you are using both Newsroom and realtime captioning with an EEG EN-470 Encoder, please refer to the attached special addendum and the diagram for installation instructions of equipment needed to avoid technical difficulties.

### CONNECT PC TO ENCODER.
Connect a serial cable between your encoder and your PC (see attached diagram).

Record the Com Port you connected to on your PC    _____.

*Note*:    If you need additional information on how this cable should be configured, please refer to the attached Cabling Appendix.

**CAPTION**
Colorado

### 3.  INSTALL SOFTWARE

#### LOAD WINTV CARD DRIVERS AND APPLICATION.
*IMPORTANT NOTE:*    Do <u>NOT</u> install the software or drivers that came with your Hauppauge Card!

When you reboot your PC after installing the WinTV card, Windows will try to install the drivers.  You can simply click Cancel to bypass this.

#### *Drivers*
*IMPORTANT NOTE:*    If you have already installed the drivers that came with the Card, call tech support for uninstall instructions.

Go to www.hauppauge.com/html/sw_wcst.htm.  Download and install the latest WinTV Driver for your specific operating system.

#### *V.    Application*
Go to www.hauppauge.com/html/sw_wcst.htm.  Download and install the latest WinTV Application for your specific operating system.

#### TEST WINTV / VGA CARD.
#### How to determine if your VGA card is compatible with closed captioning display

Run the WinTV 2000 application from the icon on your desktop.  Click the "remote control" button (in the right bottom corner).  Click CC button on the remote control.

If you get a notice message that closed captioning is not available, you need to try the other video display modes, otherwise you should see the captioning over the video (if your video source currently contains captioning) and you should proceed to the Install CCC Software step.

Switch video display modes by first closing the WinTV application, and then running the WinTV Primary application.  Select one of the other display options, and then close WinTV Primary.  Run the WinTV 2000 Application again and try clicking on the CC button.  If that selection does not work, try the remaining display option.  Be sure to try all three options to find a compatible mode if possible.

Having old Hauppauge drivers installed may cause Closed Captioning to be unavailable in all of the display modes.

If you have tried all three video display mode options and none of them seemed compatible with closed captioning, return the WinTV Primary setting to its original state.

#### INSTALL CCC SOFTWARE.
Go to http://www.captcolo.com/cc_software/capco_cc/install.exe to download and install the software.  Your PC may need to reboot and re-launch the install if your system needs to have certain system files updated.

## 4.  MAKE VIDEO CONNECTION.

If your Video Card was deemed closed captioning compatible in the previous step, you should attach a composite or RF video feed from any point in your system downstream of the Closed Captioning encoder.

Otherwise, connect it from the decoded (open) output of your encoder, if your encoder has a decoded output.

## 5.  CONFIGURE CCC SOFTWARE FOR USE.

### LAUNCH THE SOFTWARE.
*IMPORTANT NOTE:*    Be sure WinTV is NOT running before launching Customer Control Console

Launch the CCC software and enter a name for your station. This is usually your station call letters. You also need to enter the port number you were assigned by your network administrator in the second step.

### CHECK FOR VIDEO.
If you are seeing your video input in the center area at the top of the Customer Control Console, you can proceed to the next step.

If you do not, select "Why don't I see video?" from the help menu.  If the card is detected, it may not be tuned to the correct channel/input.  If this is the case, click on the "Bison" graphic to bring up the Input screen, and tune the channel up or down at the top-left corner, or select the appropriate input (i.e. click the "1" button for composite input 1).  Alternatively, you may double right click the blank video area and select Channel -> Channel Explorer and configure your available inputs.

If the message says No WinTV card detected, you have not installed the card, have an outdated driver for the card, or have some other problem with the installation.  If you need assistance with this please contact Caption Colorado technical support at: support@captcolo.com or 1-800-590-4203.

### CONFIGURE YOUR CONNECTIONS.
You will need to configure Customer Control Console to tell it where your modem and encoder are.  This is done by selecting "Com Ports and Network Configuration" from the "Setup" menu.  Here you need to select the serial ports that your modem and encoder are connected to.

If you are using an IP-based captioning encoder, select "TCP/IP" at the top of the list of Com ports for the encoder.  The display will change to allow you to set the address and port with which to connect to your encoder.

Otherwise, set the port, baud rate, and communication settings for your encoder's serial connections. Almost all encoders are 1200 or 2400 baud and 1 stop bit, but data word length and parity settings do vary between manufacturers.  Some of the more common encoders are listed in the "Cabling Appendix" section of this document.

For the modem, you should set the port speed in Customer Control Console to your modem's maximum connection speed.  I.E. for 56K modems, select 56000.   For 36K modems, select 38400.

Once you have the settings stored, close the COM Ports Setup window.

**CAPTION** Colorado

**TEST CLOSED CAPTIONING.**

Now, go to the "Encoder" menu and select "Send test." This will send a stream of test data through your encoder (A 4-line rollup caption of your call letters and the software version information). If everything is configured properly, you should see this stream come through as a caption in the video area of the CCC.

Don't forget to select "Pass Network/Newsroom Captions" afterwards to release the encoder to allow upstream captioning to pass, and to release the 232PTC switch to your newsroom caption system (if used).

**COMPLETE.**

Congratulations! You have successfully configured the Bison Customer Control Console software and are ready to perform a test with a live captioner. Please contact us at 1-800-590-4203 to arrange a test.



## Special Addendum
## To
## *Customer Control Console*
## Setup and Installation Instructions

### For Broadcasters utilizing both *Newsroom* and *Real-time* captioning with an EEG EN-470 encoder

Many of our clients are using the built-in functionality of the EN-470 encoders to arbitrate caption data between our Realtime captioning and their newsroom system's teleprompter output. The EN-470 is capable of discontinuing input from its serial ports P1 and P2 when caption data is being received through its modem(s). However, when the Bison Software Customer Control Console is integrated, the EN-470 is not capable of switching off the newsroom system's captioning feed in favor of the Realtime caption data from Caption Colorado.

Therefore, we recommend that you also install a 232PTC Port Combiner from B&B Electronics (www.bb-elec.com) when integrating the Bison Customer Control Console.

The 232PTC will allow us to switch your newsroom system's feed on or off as is necessary depending on whether we are captioning your programming or not. The system will operate automatically to allow input from your newsroom system immediately after termination of our real time captioning feed.

First, please be aware that the 232PTC is a device, and not a switch, and it does generate a moderate amount of heat. It should be mounted in an area that will allow air to circulate.

You will need to connect the serial port of the PC computer that is running our Bison software to either PORT 1 or PORT 2 of the 232PTC. It accepts the connection with a DB25F connector, so you may need to obtain a DB9 to DB25 adapter to accomplish this. For this connection, use a straight-through serial cable, and it will be important that RTS is connected (pin 7 on DB25, pin 4 on DB9).

Second, use the **BLUE** RJ12 to DB25M adapter provided to connect the EXISTING RJ-12 connection from your Newsroom system (it should currently be in either P1 or P2 of the EN-470 encoder). If you are wiring your own adapter, the color code should be:

      **Pin 2:  Green**          **(TD)**
      **Pin 3:  Red**            **(RD)**
      **Pin 7:  Yellow**        **(GND)**

This should be connected to the remaining PORT 1 or PORT 2 of the 232PTC that was not used in the first step.

If you choose to use a serial cable DIRECTLY from your Newsroom system to the 232PTC, please be sure that the Newsroom system does NOT set RTS high, or that it is not connected to the 232PTC. The 232PTC is controlled with the RTS line.

Third, use the **RED** RJ12 to DB25M adapter provided to connect the MASTER PORT of the 232PTC. If you are wiring your own, the color code should be:

      **Pin2:  Red**            **(TD)**
      **Pin3:  Green**        **(RD)**
      **Pin 7:  Yellow**       **(GND)**

Please note that this configuration is DIFFERENT than the one in the second step.  This is because the 232PTC is a device pinned for DCE, and not a switch.  Therefore this adapter must be pinned as a null-modem cable in order to properly communicate with the captioning encoder.

You should then be able to connect the **RED** RJ12 adapter to your EN-470 encoder using a 4-wire or 6-wire telephone cord.  Be sure that the cord in question is not reverse-pinned.  While that may work for telephone sets, it will not work for serial communication unless it is correctly terminated.

Now that this connection is established, the Bison Customer Control Console will use its RTS pin to control the 232PTC to disable your Newsroom system's captioning output while Caption Colorado is providing Realtime captioning.

It is important to note that some manufacturer's PC's serial ports set their Transmit Data pins to the "high" state by default.  This can interfere with your newsroom system's connection if the Bison Customer Control Console is not running on the PC, but the PC remains on.  We STRONGLY recommend that the PC used for captioning be dedicated solely to running the Bison Customer Control Console, and that it always be either running the application, or that it be turned off.

**CAPTION** Colorado

## Caption Colorado
## Customer Equipment List and Specifications

**Equipment List**
1) IBM-Compatible Computer
2) Closed Captioning Encoder
3) Audio Coupler
4) RJ-11 switch (optional)
5) Business Internet connection (w/ fixed routable address)
6) 1 direct-dial telephone line plus a switch, or 2 direct-dial telephone lines.

**Equipment Specifications**
   **Computer**
      A. Hardware
         1. Pentium 350MHz or faster
         2. 64 MB RAM minimum (128 MB + Preferred)
         3. 2 GB hard drive
         4. 2 RS-232 serial ports
            i.      Modem - may be internal  (US Robotics 56K preferred)
               a.   Direct phone number for access.
            ii.     Encoder Connection (refer to Cabling Appendix)
         5. Hauppauge WinTV Go! Video Card (must be this model)
         6. Windows 98 2nd Edition or better
               Windows NT 4.0, 2000, XP Pro Preferred
            i.      Always logged on
         7. Monitor / Mouse / Keyboard
         8. Should be located in production control room near whoever is responsible for captioning.
         9. To be used exclusively for closed captioning.

      B. Software
         1. Caption Colorado's Customer Control Console.
            i.      Always running.
            ii.     Provided by Caption Colorado to all customers.
         2. Microsoft Internet Explorer 4.0 or higher.
            i.      Must be able to access:
               a.   http://www.captcolo.com
               b.   http://www.captioncolorado.com
               c.   http://captcolo.webex.com
         3. Symantec Norton Anti-Virus 2000 (or equivalent).
         4. Hauppauge WinTV drivers – most current version.
         5. Hauppauge WinTV application.

      C. No other applications running or installed. Network Configuration
         1. Network Adapter w/ TCP/IP protocol installed.
         2. Routable IP address
            i.      At least one port (400 to 3000) exposed to outside network access.
            ii.     NAT translation through firewall is acceptable.
            iii.    No Proxy server between PC and Internet.
            iv.     Customer Control Console does **not** have to be in station's internal network.
            v.      If TCP/IP connection to Encoder is used in lieu of serial connection, then both must be in same subnet with no firewall between them.

      D. Hardware Connections
         1. Telephone POTS (Plain Old Telephone Service) connection to modem.
            i.      Must be direct-dial from outside station.

CAPTION
Colorado

      ii.    May be manually switched to and from Encoder modem port
         a.  See notes in Encoder Section
  2.  Station broadcast feed (Audio & Video) into WinTV card –baseband or RF.
      Must be post-captioning encoder signal

## II.   Encoder Connections

  A.  Serial connection from Customer Control Console PC's RS-232 serial port
    1.  Refer to Cabling Appendix for specific information for your encoder.

  B.  Control Room video output into encoder video in.

  C.  Encoder video output fed to transmission system.

  D.  Encoder video output fed to Hauppauge WinTV card's baseband input.
     *(if not using RF input to WinTV card.)*

  E.  RJ-11 switch for backup telephone POTS line into encoder modem (if equipped).
    1.  May be same line as Customer Control Console's modem if manually switched between it and
       the encoder. Please refer to technical diagram.
      i.   Example:  CablesnMor Telephone Switch
    2.  Some encoders have additional requirements for serial and modem connections.  Refer to
       Cabling Appendix for specific information for your encoder.
    3.  Pease be aware that the Customer Control Console's modem connection is able to receive
       generic captioner connections and pass them on to the encoder through the serial connection.

## III.   Audio Connections

  A.  Station broadcast feed into an Audio Hybrid Coupler, such as those made by Gentner and Telos.
    1.  Coupler should have a direct-dial phone number for outside access.
    2.  Encoder should be configured to "auto-answer" incoming calls.
    3.  Encoder should be configured to "hang up" the phone line when caller hangs up.

  B.  Station broadcast feed into WinTV card's audio input.
     *(if not using RF input to WinTV card.)*



# Cabling Appendix

**General Notes**
Ordinarily the technical director (or someone else in the video control room) will operate the Customer Control Console during the live production event. Therefore it is important to locate the computer running the Customer Control Console in the control room. However, the captioning encoder is often located in a technical operations area outside the control room. This will mean extending the serial connection to the encoder. Since this will mean creating your own cabling link, Caption Colorado has researched the cabling configuration needs for the following encoders:

**EEG Encoders**
All of the following is available in the "Support" section of the EEG Website.

The default serial communications parameters for all EEG encoders when shipped from the factory are 1200 baud, odd parity, 7 data bits, 1 stop bit.

**EN230**, **EN270** and **EN370** encoders require a NULL MODEM CABLE when communicating with a standard PC interface.

The **EN270** Smart Encoder is the only encoder that requires pin 18 on its data port to be tied to pin 7 when communicating through the DATA port. You will end up de-activating the internal modem by attaching this data cable. If you decide later to revert to using the internal modem, please be aware that it will not function until the serial cable is removed.

Pin Configuration (**EN-270 ONLY**) (Pins 7 & 18 on the encoder are tied to activate data port)

| | er |
|---|---|
| | 3 |
| | 2 |
| | 7 |
| | 18 |

Originally **EN470** encoders with unmarked cable adaptors required a NULL MODEM CABLE when communicating with a standard PC interface. Starting in September 1997, Model **EN470's** with cable adaptors marked "2X3" use a STRAIGHT cable.

**Link Encoders**
All of the following is available in the "Closed Caption Products" section of the Link Electronics website.

**6.          PCE-845**
**Modem Connection:** 9 Pin D wired as DTE (Null Modem)
**Computer Connection:** 9 Pin D wired as DCE (Straight)
**Baud Rate:** 1200 Standard, internally selectable: 600 to 4800 baud.
**Protocol:** 8-bit/no parity, 7-bit/odd parity, 7-bit/even parity
A modem and computer can be connected to the PCE-845 simultaneously to receive local and remote caption data.

**7.          PDR-885**
No internal modem available
**Remote By:** Two wire terminal block
**Modem Connection:** 9 Pin D wired as DTE  (Null Modem)
**Computer Connection:** 9 Pin D wired as DCE  (Straight)
**Baud Rate:** Standard 1200, 8,N,1

**CAPTION**
Colorado

**8.          PDP-886-A & PDP-886-D**
Optional Internal Modem
Two 9-pin D Sub data inputs RS-232/422 (Selectable internally)
**Modem:** Two, RJ-11
**Protocol:** 9600,n,8,1
**Baud Rate:** 1200, 2400, 4800, & 9600
A front panel DIP switch allows baud rate selections from 1200 to 9600 bps.

**9.          PDE-890**
**Standard:** RS232C or RS422/485
**Connector:** 9-pin Subminiature D (2)
**Configuration:** MALE = DTE (Null Modem), FEMALE = DCE (Straight)
**Baud Rate:** Front Panel Selectable, 1200, 2400, 4800 & 9600
**Protocol:** 8-bit/no parity, 7-bit/odd parity, or 7-bit/even parity

## Caption Colorado
## Bison Captioning Software System

*Customer Control Console*
Setup and Installation Instructions

Diagram and Technical Flow Chart

**Captioner Facilities**                                        **Customer Facilities**

### Source of Audio for Captioner



Local Telephone Line at Customer

(No Change to Audio Source)

Audio Coupler ← Audio Feed

### Encoding Process

**Telephone Line and Modem System**
**(Primary or Backup)**



*Bison Customer Control Console* **System**
**(Primary)**



# Renewal And Amendment No. 2
# Station Agreement, Closed Captioning Services,
# Tribune Broadcasting Company

This Renewal and Amendment No. 2 (this "Amendment") is effective as of 12:01 AM, Mountain Time, on October 1, 2005 (the "Renewal No. 2 Effective Date"), and is made between Caption Colorado, L.L.C., a Colorado Limited Liability Company, 7935 E. Prentice Avenue, Suite 310, Englewood, CO 80111 ("Caption Colorado") and Tribune Broadcasting Company ("Tribune") on behalf of the following broadcast television stations currently owned and operated by it or its subsidiaries: KWHB, KSWB, KTLA, KTXL, WBZL, WGN, WLVI, WPHL, WPIX, KCPQ (the "Current Stations") and the following new stations:, KDAF, KPLR, WGNO, WPMT, WTIC, WXIN, KWGN, and WXMI ("New Stations" and, together with the Current Stations, the "Existing Stations"), and such other stations currently owned and operated by Tribune and added to this Agreement later by Tribune, or other stations Tribune acquires during the term of this Agreement and added to this Agreement by Tribune ("Additional Stations" and, together with the Existing Stations, the "Stations"), for the reasons and on the terms and conditions set forth below.

## RECITALS

A.   Caption Colorado and Tribune, for itself and each Station, are parties to a service agreement entitled Station Agreement, Closed Captioning Services, dated as of January 3, 2000, as amended by a Renewal and Amendment No. 1 to Station Agreement, Closed Captioning Services, dated as of January 1, 2003 (as amended, the "Agreement").

B.   The parties now desire to renew, extend and amend the Agreement a second time on the terms and conditions set forth herein.

## AGREEMENT

In consideration of the mutual promises and undertakings set forth below, Caption Colorado and Tribune, for itself and each Station, hereby agree as follows:

1.   The initial paragraph of the Agreement is hereby amended by adding a new sentence to the end thereof to read in its entirety as follows:

"As used herein, the term "Stations" shall include Additional Stations."

2.   Paragraph A.3 of the Agreement is hereby amended and restated in its entirety as follows:

"3.     *Exclusive Service Agreement; Estimate of Monthly Captioning Hours.* During the term hereof, Stations desiring to transmit real time English-language closed captioning for locally produced programs agree to hire Caption Colorado as provider of real time English-language closed captioning services for all broadcast programs designated by such Stations.  Stations desiring to provide foreign language translations and/or captions of programs may, at such Station's discretion, employ Caption Colorado pursuant to the terms of this Agreement, or may engage any other service provider. Stations and Caption Colorado estimate the number of hours per month of captioning to be provided hereunder to be approximately equal to the Estimated Monthly Hours per month as set forth on Exhibit AR-2 attached hereto.  Notwithstanding the foregoing, no Station shall be obligated, pursuant to the terms of this Agreement, to employ Caption Colorado to provide such services if it determines not to broadcast such programming with captions. The parties further acknowledge that Caption Colorado shall invoice and Stations shall be responsible for paying only for services rendered



during a given month (irrespective of whether the amount of captioning provided meets the Estimated Monthly Hours amount)."

3.  Paragraph A. of the Agreement is hereby amended by adding a new Paragraph A.4. to read in its entirety as follows:

"4.    *Ordering of Additional Services.*

a.  <u>Additional Repeating Programming</u>.  Notwithstanding any other provision herein to the contrary, ordering of additional captioning services for regularly scheduled news or other programming a Station might add to its programming during the Term hereof shall require a minimum thirty (30) days prior notice.  However, Caption Colorado shall use its commercially reasonable efforts to initiate captioning coverage of such programming promptly after receiving notice from Station.

b.  <u>Other Services</u>.  Notwithstanding any other provision herein to the contrary, during the Term hereof Caption Colorado shall use commercially reasonable efforts to provide up to 100% of each Station's needs for "Other Services" as described on Exhibit BR-2 attached hereto, when ordered by Station.  The start up time and specific rates for such services will be negotiated at the time the service is ordered.

c.  <u>Emergency or Breaking News Captioning Services</u>.  Notwithstanding any other provision herein to the contrary, services for Emergency and Breaking News Coverage, if ordered by a Station, shall be ordered by a Station either by clicking the "Request Emergency Caption Services" button on its Bison Customer Control Console, by calling Caption Colorado's Red Line Emergency Service line at 1-800-489-4197 at any time 24 hours per day, or by calling Caption Colorado's regular business line during normal business hours, with a follow up written confirmation within 15 minutes of any telephone order.

Each order for captioning services for Emergency and Breaking News Coverage shall be made with as much advance notice as is reasonably possible.  When more than fifteen (15) minutes advance notice is provided by a Station, such Station must either (i) authorize the captioner to connect to all of the Station's facilities and be ready for captioning, as soon as possible after receipt of notice, even though actual captioning may not commence immediately; or (ii) provide a specific time, more than 15 minutes away, for the captioner to connect to all of the Station's facilities and be ready for captioning even though actual captioning may not commence at that time; or (iii) provide another notice within fifteen (15) minutes of the time the Station wants the captioner to begin, once known by the Station.  Captioning services for news coverage of FCC Emergency conditions, and of Breaking News after January 1, 2006, is guaranteed to begin within fifteen (15) minutes of receipt of notice from a Station, except as otherwise provided above."

4.  Paragraph A. of the Agreement is hereby amended by adding a new Paragraph A.5. to read in its entirety as follows:

"5.    *Addition or Disposition of Stations and/or Service.*

a.  Tribune may order captioning services for Additional Stations (defined above) pursuant to the terms of this Agreement upon providing Caption Colorado written notice thereof thirty (30) days prior to the desired commencement date.  Caption Colorado shall use its commercially

2



reasonable efforts to initiate captioning services for each such Additional Station promptly after receiving notice from Tribune. In the event that an Additional Station already has a current agreement with Caption Colorado in place, Tribune may elect to terminate such existing Agreement, effective upon the effective date such Additional Station is added to this Agreement. The parties shall agree upon the Estimate of Monthly Captioning Hours for each such Additional Station in writing.

      b. In the event that Tribune sells, transfers ownership or control, or otherwise divests of a Station(s) then Tribune may cancel such Station's participation in this Agreement upon providing Caption Colorado sixty (60) days' prior written notice thereof, with no penalty. In the event that Tribune (i) ceases production of a regular newscast for broadcast on a Station(s); (ii) engages a third party to produce a newscast for broadcast on a Station(s); or (iii) eliminates or otherwise significantly reduces the level of locally-produced captioned programming it produces and airs on a Station; then Tribune may reduce such Station's participation in this Agreement by the amount of reduction in its programming upon providing Caption Colorado sixty (60) days' prior written notice thereof, with no penalty. Notwithstanding any such withdrawal of a Station(s), this Agreement shall continue in full force and effect with respect to all remaining Stations in accordance with its terms."

5.    Paragraph B.1. of the Agreement is hereby amended and restated to read in its entirety as follows:

"1.    *Equipment and Local Telephone Lines*. Attached as Exhibit CR-2 (and hereby incorporated herein) is a list of equipment (with specifications) and local telephone lines and numbers and/or Internet connection software and equipment which each Station covered hereby shall be obligated to obtain and install on its premises on or before November 1, 2005 and operate and maintain in good and proper working order, at its expense, at all times during the term of this Agreement. The phone lines and/or Internet connection software and equipment are to be used exclusively by Caption Colorado in providing the services called for herein. If at any time during the Term of this Agreement, Caption Colorado is prevented from providing such services as a result of the failure of any such equipment, telephone lines or Internet connections to function properly, Station(s) shall promptly replace and/or repair the defective components at its own expense. In such event, Station(s) shall also be responsible for payment to Caption Colorado for all services that Caption Colorado was prevented from providing as a result of any such failure, as if such services had been fully performed by Caption Colorado, unless such failure was a result of the acts or negligence of Caption Colorado, in which case no such payments shall be made or due from Stations.

Each Station shall be required to provide (i) a local telephone line with modem connection to its encoder, and (ii) a PC with *Bison Customer Control Console* software application loaded on the PC with the related cabling and other equipment, specified on Exhibit CR-2, for use by Caption Colorado in delivering captioning text to Station's encoder hereunder. Caption Colorado hereby grants each Station a non-exclusive, non-transferable, non-sublicenseable license to use the *Bison Customer Control Console* software, including a Win TV Card and related end-user materials (the "Software Program(s)") in support of its use of the services provided hereunder. Tribune, for itself and each Station, agrees to include all copyright, trademarks, and other proprietary notices of Caption Colorado in each copy of the Software Program(s) as they appear in the versions provided by Caption Colorado. No Station may copy, make derivative works of, or otherwise reproduce any Software Program(s) except as consistent with its use of Caption Colorado's services in accordance with this Agreement. Upon early termination of this Agreement or upon expiration of the Initial Term, the license granted to each Station will terminate and each Station is required to return or destroy, as requested by Caption Colorado, all copies of the Software Program(s) in its possession and all other materials pertaining to the Software Program(s), including all copies thereof. Tribune, for itself and each Station, agrees to certify compliance with such requirement upon Caption Colorado's request. Tribune, for itself and each Station, acknowledges that the Software Program(s)

3



are the proprietary information and a trade secret of Caption Colorado and this Agreement shall grant Tribune and each Station no title or rights of ownership in the Software Program(s).  Tribune, for itself and each Station, also agrees not to (a) make or assist in making any changes to the Software Program(s), (b) reverse-engineer the Software Program(s), or (c) incorporate any portion of the Software Program(s) (or concepts thereof) into another product, code or software program."

6.  Paragraph D. is hereby amended by adding a new Paragraph D.6. to read in its entirety as follows:

"6.    *Exchange of Services for Advertisements*.  Each Station may enter into an Agreement with Caption Colorado for Exchange of Services for Advertisements, pursuant to which such Station would agree to provide Caption Colorado and PIC-TV, Inc. ("PIC-TV") with an inventory of advertising spots on its programming that have a negotiated, agreed value and such Station would be credited for one hour of Services for each designated increment of value of spot inventory sold by PIC-TV.  If any Station is interested in such an arrangement, the parties will enter into good faith negotiations for a written agreement containing terms and conditions acceptable to all of the parties."

7.  Paragraph E.1. of the Agreement is hereby amended and restated to read in its entirety as follows:

"1.    *Initial Term.*  The initial term of this Agreement ("Initial Term") shall be for a Term beginning on January 3, 2000 and terminating on December 31, 2010, unless terminated earlier in accordance with paragraph E.3. below or other provisions hereof.  As used herein, the terms "Term", "term hereof" and "term of this Agreement" shall mean the Initial Term as extended pursuant to Paragraph E.2. of this Agreement."

8.  Paragraph E.2. of the Agreement is hereby amended and restated to read in its entirety as follows:

"2.    *Automatic Extension.*  Unless earlier terminated in accordance with its terms, this Agreement shall automatically renew for successive twelve (12) month periods, unless Tribune, the Stations (with respect to any one or more Stations) or Caption Colorado, at least ninety (90) days before the end of the Initial Term or before the end of any extension period described herein, provides written notice to the other party of its intent to terminate this Agreement."

9.  Paragraph E.4. of the Agreement is hereby amended to add a new paragraph to the end of such section to read in its entirety as follows:

"*FCC Quality Standards*.  In the event that the Federal Communications Commission ("FCC") makes any rule change or implementation or there are any other governmental or regulatory changes or implementations during the Term hereof that affect or define the quality of captioning services required under the Telecommunications Act of 1996, then Caption Colorado shall have a period of ninety (90) days following the effective date of each such action to either comply with all applicable changes or to cancel this Agreement by providing sixty (60) days prior written notice to Tribune and the Stations."

10.  Exhibits BR-1 and CR-1 of the Agreement as amended by the Renewal and Amendment No. 1 are hereby amended and restated to read in their entirety as set forth on Exhibits BR-2 and CR-2, respectively, attached hereto.  Exhibit A is hereby amended and restated to read in its entirely as set forth on Exhibit AR-2 attached hereto.  The revised rates and other terms and conditions set forth in Exhibits AR-2 and BR-2 shall become effective as of January 1, 2006 and the terms and conditions of Exhibit CR-2 shall become effective as of the Renewal No. 2 Effective Date.  The terms and conditions set forth in Exhibits AR-2, BR-2 and CR-2 shall prevail over any conflicting terms or conditions in the Agreement.

4812-9400-6528\3

**CAPTION** Colorado

11. Notwithstanding the provisions of Paragraph D1 of the Agreement to the contrary, from January 1, 2006 at 12:01 AM, Mountain Time, until December 31, 2006, Stations shall be charged the amounts set forth on the attached Exhibit BR-2 for the various services described therein. Beginning on January 1, 2007, and on every 12 month anniversary date thereafter during the term hereof, all of the rates charged to Stations hereunder shall be increased by two percent (2%). The rates charged for any twelve (12) month automatic extension of the Agreement after the Initial Term shall be equal to the rates in effect immediately prior to the commencement of the twelve (12) month extension period, increased by two percent (2%).

12. Except a specifically amended, modified or changed herein all of the terms and conditions of the Agreement shall remain in full force and effect throughout the term of the Agreement.

13. This Amendment will be effective when Caption Colorado receives a fully executed original hereof.

14. Each of Tribune and Caption Colorado hereby represents and warrants to the other that (a) it has all requisite power and authority to execute this Amendment and to perform all of its obligations hereunder and (b) this Amendment has been duly executed and delivered by it and constitutes its legal, valid and binding obligation.

15. All references in the Agreement to "this Agreement" shall be deemed to refer to the Agreement as amended hereby.

16. This Amendment may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original and all of which counterparts, taken together, shall constitute one and the same instrument. Delivery of an executed counterpart of this Amendment by telefacsimile shall be equally as effective as delivery of an original executed counterpart of this Amendment. Any party delivering an executed counterpart of this Amendment by telefacsimile also shall deliver an original executed counterpart of this Amendment but the failure to deliver an original executed counterpart shall not affect the validity, enforceability, and binding effect of this Amendment.

IN WITNESS WHEREOF, the parties have executed this Amendment on the dates written below.

Sincerely,

Caption Colorado, L.L.C.

By _R.T. Polumbus_ _11/10/05_
**R.T. Polumbus, President**    **Date**

AGREED TO AND ACCEPTED this ___7___ day of ~~October~~ November, 2005 by:

Tribune Broadcasting Company

By _Cissy Baker 11/7/05_

**Original Document**
**DO NOT REMOVE**



## Exhibit AR-2

### Station Agreement
### Closed Captioning Services
### Tribune Broadcasting Company

### Term, Initial Services,
### Commencement Date and Estimated Monthly Hours

a. Estimated Monthly Hours; Current Stations:

KHWB/HOUSTON ................................................................................ 14
KSWB/SAN DIEGO ............................................................................. 24
KTLA/LOS ANGELES ........................................................................ 108
KTXL/SACRAMENTO ......................................................................... 28
WBZL/MIAMI ...................................................................................... 14
WGN/CHICAGO ................................................................................ 162
WLVI/BOSTON .................................................................................... 30
WPHL/PHILADELPHIA ...................................................................... 14
WPIX/NY ............................................................................................. <u>30</u>
Total.................................................................................424

b. Estimated Monthly Hours; New Stations

WXMI/GRAND RAPIDS..................................................................... 26
WXIN/INDIANAPOLIS ...................................................................... 76
WTIC/HARTFORD.............................................................................. 26
WPMT/HARRISBURG ........................................................................ 26
KPLR/ST LOUIS ................................................................................. 14
KDAF/DALLAS ................................................................................... 24
WGNO/NEW ORLEANS...................................................................... 38

KCPQ ................................................................................................ TBD
KWGN/DENVER ................................................................................. 96
**Total**.................................................................................**326**
**(plus KCPQ)**

c. Estimated Monthly Hours; All Stations

All Stations...........................................................................750 (plus KCPQ)

d. Term:

January 3, 2000 through December 31, 2010

e. Initial Services:

Attached hereto as Schedule A-1, and hereby incorporated herein, is a schedule describing the current regular daily news programming, and other programming (if any), for each Station, which such Station desires Caption Colorado to begin, or continue, captioning as of the Commencement Date specified for each Station. Such programs shall constitute the "Initial Services".

f. Commencement Date:

KCPQ/Seattle........................................................................ 1-1-06
KHWB/HOUSTON................................................................ 1-1-06
KWGN/DENVER .................................................................. 1-1-06
KSWB/SAN DIEGO ............................................................Continue



KTLA/LOS ANGELES ...........................................................Continue
KTXL/SACRAMENTO ...........................................................Continue
WBZL/MIAMI ......................................................................Continue
WGN/CHICAGO....................................................................Continue
WLVI/BOSTON .....................................................................Continue
WPHL/PHILADELPHIA .......................................................Continue
WPIX/NY ..............................................................................Continue
WXMI/GRAND RAPIDS........................................................ 1-1-06
WXIN/INDIANAPOLIS .......................................................... 1-1-06
WTIC/HARTFORD................................................................. 1-1-06
WPMT/HARRISBURG ........................................................... 1-1-06
KPLR/ST LOUIS .................................................................. 1-1-06
KDAF/DALLAS ..................................................................... 1-1-06
WGNO/NEW ORLEANS........................................................ 1-1-06

g.    Equipment Test Date:    Stations currently being serviced by Caption Colorado shall make arrangements with Caption Colorado to test the 2 telephone line configured to provide simultaneous access to Station's audio by 2 captioners, on or before November 1, 2005.

On or prior to November 1, 2005, all Stations not currently being serviced by Caption Colorado shall install all of the equipment and services specified in Exhibit C for both audio and encoding facilities and complete testing of same with caption Colorado.

7



# Exhibit BR-2
## Station Agreement
## Closed Captioning Services
## Tribune Broadcasting Company

## Price List

**Regular News, Special News Programming or Other Programming Except Live Sports**

**Tribune Company Group Rate**..............................................................................................$95.00 per hour
Minimum Fee .........................................................................................................................$47.50

**Emergency and Breaking News Coverage** ...............................................................$120.00 per hour
Minimum Fee ...........................................................................................................................$60.00

**Stand-by Rates** $40.00 per Hour

**Morning Break or Cut-Ins**...........................................................................$40.00 per Break-in or Cut-In

**Program Cancellations** .............................................................................................................N/C
24 hour advance notice required.  Otherwise, Station billed in full for scheduled time.

**Sporting Events** (All sports basketball, football, baseball, hockey, soccer; professional, collegiate or high school)
**Pre-Scheduled Events** (Minimum 24 hour advance notice; includes first 3 hours) ......................$360.00 per game
**Excess Hours (Beyond 3)** ...............................................................................$120.00 per hour
Stand-by Rates will be applied to game delays caused by weather or other forces of nature.

**Last Minute Events** (Less than 24 hours advance notice; includes first 3 hours.) ........................$420.00 per game
**Excess Hours (Beyond 3)** ...............................................................................$135.00 per hour
Stand-by rates will be applied to game delays caused by weather or other forces of nature.
(Minimum 15 minute billing units).

**Other Services** (at Stations' request, subject to agreement as to commencement date)

**English to Spanish Captioning** ...............................................................................$390.00 per hour
**SAP Service** ............................................................................................................$295.00 per hour
**Spanish Translation for Website Services** .................................................................$ 00.20 per word
**Internet Text Streaming, Simultaneous with TV Captioning**....................................$ 35.00 per hour
**Internet Text Streaming Only** .................................................................................$140.00 per hour
**Transcript of Captioning; Unedited**.........................................................................$  15.00 per File
**Transcript of Captioning; Edited to 99%+ Accuracy**................................................$  1.67 per program minute
**Minimum Fee Other Services** ..................................................................................1/2 of the Hourly Rate
**Minimum Billing Unit All Service Classifications**.....................................................  15 Minute

The foregoing rates for Other Services are Caption Colorado's current rates as of the Effective Date.  They are subject to change during the Term of this Agreement.  Current rates will be quoted at the time service is ordered. Other Services are also offered only on an as available and best efforts basis at the time the service is ordered.

Confidentiality; The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Parent , Station and Caption Colorado.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado.



**Exhibit CR-1**

**Station Agreement**
**Closed Captioning Services**
**Tribune Broadcasting Company**

**Equipment**

1. **Technical Diagram and Equipment List and Specifications**.  Attached hereto as Exhibit C-1, and hereby incorporated herein, is a document entitled "*Customer Control Console*; Setup and Installation Instructions".  It contains a technical diagram and flow chart and a description of all of the equipment, computer hardware and software (with technical specifications) that each Station (hereinafter referred to in this Exhibit as 'Customer') will, in accordance with the terms hereof, be required to install, maintain and keep operating on their business premises throughout the term of the agreement.

2. **Gentner Box/IFB or Internet Connection To Access Broadcast Audio**.  As shown on Exhibit C-1, customer must provide two local phone lines connected to an audio coupler in customer 's studios, configured to allow simultaneous access to the station's broadcast audio by 2 captioners. These facilities must be installed and operational on or before November 1, 2005.  Alternatively, at Caption Colorado's request, customer must provide access to the broadcast audio via the Internet through a computer and software designed for that purpose and provide such user names, passwords and other security codes as are necessary to allow access by our captioners.

3. **Computer with URL Internet Address and Encoder To Receive Captioning Data**.  Each Station must use Caption Colorado's Bison Customer Control Console hereunder, Customer must provide an IBM compatible computer ("PC") with a fixed routable Internet address. Caption Colorado's *Bison Customer Control Console* software must be installed on the PC.  With this software in place, the captioner will deliver the captioning text via the Internet directly to the PC.  The *Bison Customer Control Console* software will receive the data, provide customer with certain controls over the number of lines of captioning and captioning placement on the television screen, and with the ability to communicate directly with the captioner, and the software will automatically deliver the captioning text out a serial port on the computer to the encoder.  The computer must be connected to the encoder either via an RS232 cable or via customer's internal computer network configuration (customer's option) bypassing any external or internal modem in the encoder.

4. **Telephone Lines or Internet Access To Encoder and Newsroom Scripts**.  In addition to the equipment and software specified in paragraphs 1, 2 and 3 above, Customer shall provide one additional local telephone line and modem for the captioners to use as either the primary system, or "back up system" when Station is utilizing the *Bison Customer Control Console* and the Internet, for delivering the captioning text to customer's encoder.  Customer must also provide Internet access through a local computer, allowing the captioner to access customer's program scripts for pre-captioning preparation and a local telephone line and modem connection to the newsroom computer for the scripts, as a back up to the Internet protocol.

**Other Information**

1. **Rosters and Word Lists**.  From time-to-time during the term of this agreement, customer shall provide Caption Colorado with the following:

   a.  Correct spelling of names of broadcasters and other local political and famous people and their names and correct spellings of well known places, streets, local landmarks, suburbs and towns and businesses commonly referred to, or associated with, customer's programming.



b.   Recent broadcast videotapes of various types of customer's programming for use by CC captioners in building dictionaries and for use as samples of programming for practice and training.

Confidentiality.  The information contained in this Agreement and on this Exhibit is confidential and intended for the exclusive use of Network.  It may not be reproduced, copied or communicated to any other party, in any manner whatsoever, in whole or in part, without the prior written consent of Caption Colorado, L.L.C.

4812-9400-6528\3



Bison Captioning Software System
2002
*Customer Control Console*
Setup and Installation Instructions


## Current Equipment and Captioning System
(Keep Current Telephone-Modem System In Place as Backup to Internet)

If Station (referred to in this "Setup and Installation Instructions" as "Customer") has been using real time captioning with a telephone and modem connection to its encoder, Caption Colorado recommends leaving this system in place to be used as an emergency backup system to the regular Internet protocol specified in this document for captioning. Caption Colorado also recommends installing a Telco (RJ-12) "switch" between Customer's existing modem and encoder allowing access by captioners to the Customer Control Console via the telephone and modem backup system (see Technical Diagram).

Please contact us before beginning installation at 1-800-590-4203 to schedule a support representative to assist you.

## Customer Control Console Installation Overview

The major steps in installing and activating the *Bison Customer Control Console* ("CCC") follow. A list of detailed installation procedures can be found following this overview.

1. **Set Up PC:** (See the attached hardware and software specifications for the PC)
   - Constant, permanent Internet connection
   - Routable IP address and one exposed port (do not need the entire address)
   - WinTV Go! Card (provided by Caption Colorado complementary to Customer)
   - See IMPORTANT NOTE in detail section

2. **Make Hardware Connections:**
   - Install Telco (RJ-12) switch between existing modem and encoder
   - Install 232PTC switch to support Newsroom captioning (if Newsroom captioning is used)
   - Connect your PC to the encoder

3. **Install Software:**
   - Load latest WinTV card drivers
   - Load latest WinTV card application provided by Caption Colorado
   - Load CCC software on your PC

4. **Make Video Connection**

5. **Configure CCC Software**



# Detailed Installation Guidelines

## 1. SET UP PC

### CONSTANT INTERNET ACCESS.
This is a required element.

### ASSIGN A ROUTABLE IP ADDRESS.
If your PC is behind a firewall, you may need to configure NAT (Native Address Translation) to do this. Additionally, you will need to specify TCP access to a port between 1 and 6,000 to allow the software to operate correctly (the default port is 888). For more information on how to do this, please consult your system administrator or firewall manual.

Record the information you will use:        IP address        _____
                                            Port              _____

### WINTV CARD.
If you need assistance with this step, consult the installation instruction manual that came with your Card.

*IMPORTANT NOTE:*   Do **NOT** install the software or drivers that came with your Card! You will download and install the latest versions in Step 3.

When you reboot your PC after installing the WinTV card, Windows will try to install the drivers. You can simply click Cancel to bypass this.

## 2. MAKE HARDWARE CONNECTIONS

### INSTALL RJ-12 Telco SWITCH.
In order to use the CCC software with your encoder in the event of an Internet connection failure, it is recommended that you install a switch between the PC's existing modem and encoder. (see attached diagram)

This will allow you to use most of the CCC software features via modem connection if necessary.

If you choose to keep your existing configuration, you will still be able to receive captions, but will not be able to use the CCC software if the Internet is unavailable.

### INSTALL NEWSROOM (232PTC) SWITCH.  (IF NECESSARY)
If you are using both Newsroom and realtime captioning with an EEG EN-470 Encoder, please refer to the attached special addendum and the diagram for installation instructions of equipment needed to avoid technical difficulties.

### CONNECT PC TO ENCODER.
Connect a serial cable between your encoder and your PC (see attached diagram).

Record the Com Port you connected to on your PC   _____.

*Note*: If you need additional information on how this cable should be configured, please refer to the attached Cabling Appendix.



3. **INSTALL SOFTWARE**

**Load WINTV Card Drivers and Application.**
*IMPORTANT NOTE:*        Do <u>NOT</u> install the software or drivers that came with your Hauppauge Card!

When you reboot your PC after installing the WinTV card, Windows will try to install the drivers.  You can simply click Cancel to bypass this.

***Drivers***
*IMPORTANT NOTE:*        If you have already installed the drivers that came with the Card, call tech support for uninstall instructions.

Go to www.hauppauge.com/html/sw_wcst.htm.  Download and install the latest WinTV Driver for your specific operating system.

V. ***Application***
Go to www.hauppauge.com/html/sw_wcst.htm.  Download and install the latest WinTV Application for your specific operating system.

**TEST WINTV / VGA CARD.**
How to determine if your VGA card is compatible with closed captioning display

Run the WinTV 2000 application from the icon on your desktop.  Click the "remote control" button (in the right bottom corner).  Click CC button on the remote control.

If you get a notice message that closed captioning is not available, you need to try the other video display modes, otherwise you should see the captioning over the video (if your video source currently contains captioning) and you should proceed to the Install CCC Software step.

Switch video display modes by first closing the WinTV application, and then running the WinTV Primary application.  Select one of the other display options, and then close WinTV Primary.  Run the WinTV 2000 Application again and try clicking on the CC button.  If that selection does not work, try the remaining display option.  Be sure to try all three options to find a compatible mode if possible.

Having old Hauppauge drivers installed may cause Closed Captioning to be unavailable in all of the display modes.

If you have tried all three video display mode options and none of them seemed compatible with closed captioning, return the WinTV Primary setting to its original state.

**INSTALL CCC SOFTWARE**.
Go to http://www.captcolo.com/cc_software/capco_cc/install.exe to download and install the software.  Your PC may need to reboot and re-launch the install if your system needs to have certain system files updated.



**4.  MAKE VIDEO CONNECTION.**

If your Video Card was deemed closed captioning compatible in the previous step, you should attach a composite or RF video feed from any point in your system downstream of the Closed Captioning encoder.

Otherwise, connect it from the decoded (open) output of your encoder, if your encoder has a decoded output.

**5.  CONFIGURE CCC SOFTWARE FOR USE.**

**LAUNCH THE SOFTWARE**.
*IMPORTANT NOTE:*   Be sure WinTV is NOT running before launching Customer Control Console

Launch the CCC software and enter a name for your station. This is usually your station call letters. You also need to enter the port number you were assigned by your network administrator in the second step.

**CHECK FOR VIDEO.**
If you are seeing your video input in the center area at the top of the Customer Control Console, you can proceed to the next step.

If you do not, select "Why don't I see video?" from the help menu.  If the card is detected, it may not be tuned to the correct channel/input.  If this is the case, click on the "Bison" graphic to bring up the Input screen, and tune the channel up or down at the top-left corner, or select the appropriate input (i.e. click the "1" button for composite input 1).  Alternatively, you may double right click the blank video area and select Channel -> Channel Explorer and configure your available inputs.

If the message says No WinTV card detected, you have not installed the card, have an outdated driver for the card, or have some other problem with the installation.  If you need assistance with this please contact Caption Colorado technical support at: support@captcolo.com or 1-800-590-4203.

**CONFIGURE YOUR CONNECTIONS**.
You will need to configure Customer Control Console to tell it where your modem and encoder are. This is done by selecting "Com Ports and Network Configuration" from the "Setup" menu.  Here you need to select the serial ports that your modem and encoder are connected to.

If you are using an IP-based captioning encoder, select "TCP/IP" at the top of the list of Com ports for the encoder.  The display will change to allow you to set the address and port with which to connect to your encoder.

Otherwise, set the port, baud rate, and communication settings for your encoder's serial connections. Almost all encoders are 1200 or 2400 baud and 1 stop bit, but data word length and parity settings do vary between manufacturers.  Some of the more common encoders are listed in the "Cabling Appendix" section of this document.

For the modem, you should set the port speed in Customer Control Console to your modem's maximum connection speed.  I.E. for 56K modems, select 56000.   For 36K modems, select 38400.

Once you have the settings stored, close the COM Ports Setup window.

14



**TEST CLOSED CAPTIONING.**
Now, go to the "Encoder" menu and select "Send test." This will send a stream of test data through your encoder (A 4-line rollup caption of your call letters and the software version information). If everything is configured properly, you should see this stream come through as a caption in the video area of the CCC.

Don't forget to select "Pass Network/Newsroom Captions" afterwards to release the encoder to allow upstream captioning to pass, and to release the 232PTC switch to your newsroom caption system (if used).

**COMPLETE.**
Congratulations! You have successfully configured the Bison Customer Control Console software and are ready to perform a test with a live captioner. Please contact us at

1-800-590-4203 to arrange a test.



**Special Addendum**
**To**
***Customer Control Console***
**Setup and Installation Instructions**

For Broadcasters utilizing both *Newsroom* and *Real-time*
captioning with an EEG EN-470 encoder

Many of our clients are using the built-in functionality of the EN-470 encoders to arbitrate caption data between our Realtime captioning and their newsroom system's teleprompter output. The EN-470 is capable of discontinuing input from its serial ports P1 and P2 when caption data is being received through its modem(s). However, when the Bison Software Customer Control Console is integrated, the EN-470 is not capable of switching off the newsroom system's captioning feed in favor of the Realtime caption data from Caption Colorado.

Therefore, we recommend that you also install a 232PTC Port Combiner from B&B Electronics (www.bb-elec.com) when integrating the Bison Customer Control Console.

The 232PTC will allow us to switch your newsroom system's feed on or off as is necessary depending on whether we are captioning your programming or not. The system will operate automatically to allow input from your newsroom system immediately after termination of our real time captioning feed.

First, please be aware that the 232PTC is a device, and not a switch, and it does generate a moderate amount of heat. It should be mounted in an area that will allow air to circulate.

You will need to connect the serial port of the PC computer that is running our Bison software to either PORT 1 or PORT 2 of the 232PTC. It accepts the connection with a DB25F connector, so you may need to obtain a DB9 to DB25 adapter to accomplish this. For this connection, use a straight-through serial cable, and it will be important that RTS is connected (pin 7 on DB25, pin 4 on DB9).

Second, use the **BLUE** RJ12 to DB25M adapter provided to connect the EXISTING RJ-12 connection from your Newsroom system (it should currently be in either P1 or P2 of the EN-470 encoder). If you are wiring your own adapter, the color code should be:

    Pin 2:  Green          (TD)
    Pin 3:  Red            (RD)
    Pin 7:  Yellow         (GND)

This should be connected to the remaining PORT 1 or PORT 2 of the 232PTC that was not used in the first step.

If you choose to use a serial cable DIRECTLY from your Newsroom system to the 232PTC, please be sure that the Newsroom system does NOT set RTS high, or that it is not connected to the 232PTC. The 232PTC is controlled with the RTS line.

Third, use the **RED** RJ12 to DB25M adapter provided to connect the MASTER PORT of the 232PTC. If you are wiring your own, the color code should be:

    Pin2:  Red             (TD)
    Pin3:  Green           (RD)
    Pin 7:  Yellow         (GND)

Please note that this configuration is DIFFERENT than the one in the second step. This is because the 232PTC is a device pinned for DCE, and not a switch. Therefore this adapter must be pinned as a null-modem cable in order to properly communicate with the captioning encoder.

16



You should then be able to connect the **RED** RJ12 adapter to your EN-470 encoder using a 4-wire or 6-wire telephone cord.  Be sure that the cord in question is not reverse-pinned.  While that may work for telephone sets, it will not work for serial communication unless it is correctly terminated.

Now that this connection is established, the Bison Customer Control Console will use its RTS pin to control the 232PTC to disable your Newsroom system's captioning output while Caption Colorado is providing Realtime captioning.

It is important to note that some manufacturer's PC's serial ports set their Transmit Data pins to the "high" state by default.  This can interfere with your newsroom system's connection if the Bison Customer Control Console is not running on the PC, but the PC remains on.  We STRONGLY recommend that the PC used for captioning be dedicated solely to running the Bison Customer Control Console, and that it always be either running the application, or that it be turned off.

17

**Caption Colorado
Customer Equipment List and Specifications**

**Equipment List**
1) IBM-Compatible Computer
2) Closed Captioning Encoder
3) Audio Coupler
4) RJ-11 switch (optional)
5) Business Internet connection (w/ fixed routable address)
6) 1 direct-dial telephone line plus a switch, or 2 direct-dial telephone lines.

**I.     Equipment Specifications**

**Computer**
A.   Hardware
1. Pentium 350MHz or faster
2. 64 MB RAM minimum (128 MB + Preferred)
3. 2 GB hard drive
4. 2 RS-232 serial ports
   i.   Modem - may be internal  (US Robotics 56K preferred)
        a.      Direct phone number for access.
   ii.  Encoder Connection (refer to Cabling Appendix)
5. Hauppauge WinTV Go! Video Card (must be this model)
6. Windows 98 2nd Edition or better; Windows NT 4.0, 2000, XP Pro Preferred
   i.   Always logged on
7. Monitor / Mouse / Keyboard
8. Should be located in production control room near whoever is responsible for captioning.
9. To be used exclusively for closed captioning.

B.   Software
1. Caption Colorado's Customer Control Console.
   i.   Always running.
   ii.  Provided by Caption Colorado to all customers.
2. Microsoft Internet Explorer 4.0 or higher.
   i.   Must be able to access:
        a.      http://www.captcolo.com
        b.      http://www.captioncolorado.com
        c.      http://captcolo.webex.com
3. Symantec Norton Anti-Virus 2000 (or equivalent).
4. Hauppauge WinTV drivers – most current version.
5. Hauppauge WinTV application.

C.   No other applications running or installed. Network Configuration
1. Network Adapter w/ TCP/IP protocol installed.
2. Routable IP address
   i.   At least one port (400 to 3000) exposed to outside network access.
   ii.  NAT translation through firewall is acceptable.
   iii. No Proxy server between PC and Internet.
   iv.  Customer Control Console does **not** have to be in station's internal network.



      v.  If TCP/IP connection to Encoder is used in lieu of serial connection, then both must be in same subnet with no firewall between them.

D.  Hardware Connections
    1.  Telephone POTS (Plain Old Telephone Service) connection to modem.
      i.  Must be direct-dial from outside station.
      ii.  May be manually switched to and from Encoder modem port
          a.    See notes in Encoder Section
    2.  Station broadcast feed (Audio & Video) into WinTV card –baseband or RF.  Must be post-captioning encoder signal

## II.    Encoder Connections

A.   Serial connection from Customer Control Console PC's RS-232 serial port
    1.  Refer to Cabling Appendix for specific information for your encoder.

B.   Control Room video output into encoder video in.

C.   Encoder video output fed to transmission system.

D.   Encoder video output fed to Hauppauge WinTV card's baseband input.  *(if not using RF input to WinTV card.)*

E.   RJ-11 switch for backup telephone POTS line into encoder modem (if equipped).
    1.  May be same line as Customer Control Console's modem if manually switched between it and the encoder. Please refer to technical diagram.
      i.  Example:  CablesnMor Telephone Switch
    2.  Some encoders have additional requirements for serial and modem connections. Refer to Cabling Appendix for specific information for your encoder.
    3.  Pease be aware that the Customer Control Console's modem connection is able to receive generic captioner connections and pass them on to the encoder through the serial connection.

## III.    Audio Connections

A.  Station broadcast feed into an Audio Hybrid Coupler, such as those made by **Gentner** and **Telos**.
    1.  Coupler should have a direct-dial phone number for outside access.
    2.  Encoder should be configured to "auto-answer" incoming calls.
    3.  Encoder should be configured to "hang up" the phone line when caller hangs up.

B.  Station broadcast feed into WinTV card's audio input. *(if not using RF input to WinTV card.)*



# Cabling Appendix

**General Notes**
Ordinarily the technical director (or someone else in the video control room) will operate the Customer Control Console during the live production event. Therefore it is important to locate the computer running the Customer Control Console in the control room. However, the captioning encoder is often located in a technical operations area outside the control room. This will mean extending the serial connection to the encoder. Since this will mean creating your own cabling link, Caption Colorado has researched the cabling configuration needs for the following encoders:

**EEG Encoders**
All of the following is available in the "Support" section of the EEG Website.

The default serial communications parameters for all EEG encoders when shipped from the factory are 1200 baud, odd parity, 7 data bits, 1 stop bit.

**EN230**, **EN270** and **EN370** encoders require a NULL MODEM CABLE when communicating with a standard PC interface.

The **EN270** Smart Encoder is the only encoder that requires pin 18 on its data port be tied to pin 7 when communicating through the DATA port. You will end up de-activating the internal modem by attaching this data cable. If you decide later to revert to using the internal modem, please be aware that it will not function until the serial cable is removed.

Pin Configuration (**EN-270 ONLY**) (Pins 7 & 18 on the encoder are tied to activate data port)

|  |  | Encoder |
| --- | --- | --- |
|  |  | 3 |
|  |  | 2 |
|  |  | 7 |
|  |  | 18 |

Originally **EN470** encoders with unmarked cable adaptors required a NULL MODEM CABLE when communicating with a standard PC interface. Starting in September 1997, Model **EN470's** with cable adaptors marked "2X3" use a STRAIGHT cable.

**Link Encoders**
All of the following is available in the "Closed Caption Products" section of the Link Electronics website.

      **9.**     **PCE-845**
**Modem Connection:** 9 Pin D wired as DTE (Null Modem)
**Computer Connection:** 9 Pin D wired as DCE (Straight)
**Baud Rate:** 1200 Standard, internally selectable: 600 to 4800 baud.
**Protocol:** 8-bit/no parity, 7-bit/odd parity, 7-bit/even parity

A modem and computer can be connected to the PCE-845 simultaneously to receive local and remote caption data.

      **10.**     **PDR-885**
No internal modem available

4812-9400-6528\3



**Remote By:** Two wire terminal block
**Modem Connection:** 9 Pin D wired as DTE  (Null Modem)
**Computer Connection:** 9 Pin D wired as DCE  (Straight)
**Baud Rate:** Standard 1200, 8,N,1

### 11.      PDP-886-A & PDP-886-D

Optional Internal Modem
Two 9-pin D Sub data inputs RS-232/422 (Selectable internally)
**Modem:** Two, RJ-11
**Protocol:** 9600,n,8,1
**Baud Rate:** 1200, 2400, 4800, & 9600

A front panel DIP switch allows baud rate selections from 1200 to 9600 bps.

### 12.      PDE-890
**Standard:** RS232C or RS422/485
**Connector:** 9-pin Subminiature D (2)
**Configuration:** MALE = DTE (Null Modem), FEMALE = DCE (Straight)
**Baud Rate:** Front Panel Selectable, 1200, 2400, 4800 & 9600
**Protocol:** 8-bit/no parity, 7-bit/odd parity, or 7-bit/even parity

Caption Colorado
Bison Captioning Software System

### *Customer Control Console*
### Setup and Installation Instructions

Diagram and Technical Flow Chart

<u>**Captioner Facilities**</u>                                    <u>**Customer Facilities**</u>



A.  <u>Source of Audio for Captioner</u>

Local Telephone Line at Customer

(No Change to Audio Source)

3.  Audio          2.  Audio

<u>Encoding Process</u>



**Telephone Line and Modem System**
**(Primary or Backup)**

5.  Captioner's PC          4.  Encoder

i.

Local Telephone Line at Customer

6.  Mod      Telco Switch

7.  Newsroom Computer

*Bison Customer Control Console* System
(Primary)

Newsroom Captioning    8.  232 PTC

Broadcast Signal

9.  PC with "Bison

Internet

**Original Document**

**DO NOT REMOVE**

### Renewal And Amendment No. 3
### Station Agreement, Closed Captioning Services,
### Tribune Broadcasting Company

This Renewal and Amendment No. 3 (this "Amendment") is effective as of 12:01 AM, Mountain Time, on October 1, 2005 (the "Renewal No. 3 Effective Date"), and is made between Caption Colorado, L.L.C., a Colorado Limited Liability Company, 7935 E. Prentice Avenue, Suite 310, Englewood, CO 80111 ("Caption Colorado") and Tribune Broadcasting Company ("Tribune") on behalf of the following broadcast television stations currently owned and operated by it or its subsidiaries: KWHB, KSWB, KTLA, KTXL, WBZL, WGN, WLVI, WPHL, WPIX, KCPQ (the "Current Stations") and the following new stations:, KDAF, KPLR, WGNO, WPMT, WTIC, WXIN, KWGN, and WXMI ("New Stations" and, together with the Current Stations, the "Existing Stations"), and such other stations currently owned and operated by Tribune and added to this Agreement later by Tribune, or other stations Tribune acquires during the term of this Agreement and added to this Agreement by Tribune ("Additional Stations" and, together with the Existing Stations, the "Stations"), for the reasons and on the terms and conditions set forth below.

## RECITALS

A.  Caption Colorado and Tribune, for itself and each Station, are parties to a service agreement entitled Station Agreement, Closed Captioning Services, dated as of January 3, 2000, as amended by a Renewal and Amendment No. 1 to Station Agreement, Closed Captioning Services, dated as of January 1, 2003 and as amended by a Renewal and Amendment No. 2 to Station Agreement, Closed Captioning Services dated October 1, 2005 (as amended, the "Agreement").

B.  The parties now desire to renew, extend and amend the Agreement a third time on the terms and conditions set forth herein.

## AGREEMENT

In consideration of the mutual promises and undertakings set forth below, Caption Colorado and Tribune, for itself and each Station, hereby agree as follows:

1.  Paragraph A. of the Agreement is hereby amended by adding a new Paragraph A.5. to read in its entirety as follows:

   "5.  *Addition or Disposition of Stations and/or Service.*

   a.  Tribune may order captioning services for Additional Stations (defined above) pursuant to the terms of this Agreement upon providing Caption Colorado written notice thereof thirty (30) days prior to the desired commencement date. Caption Colorado shall use its commercially reasonable efforts to initiate captioning services for each such Additional Station promptly after receiving notice from Tribune. In the event that an Additional Station already has a current agreement with Caption Colorado in place, Tribune may elect to terminate such existing Agreement, effective upon the effective date such Additional Station is added to this Agreement. In the event that an Additional Station acquired by Tribune already obtains and/or provides live real-time English language captioning from another source, Tribune may, at its sole discretion, elect to continue or terminate such arrangement pursuant to the terms of such arrangement. Should Tribune terminate such arrangement, such Additional Station may then be added to this Agreement. The parties shall agree upon the Estimate of Monthly Captioning Hours for each such Additional Station in writing.

   b.  In the event that Tribune sells, transfers ownership or control, or otherwise divests of a Station(s) then Tribune may cancel such Station's participation in this Agreement upon providing

**Original Document**

**DO NOT REMOVE**

CAPTION
Colorado

Caption Colorado sixty (60) days' prior written notice thereof, with no penalty. In the event that Tribune (i) ceases production of a regular newscast for broadcast on a Station(s); (ii) engages a third party to produce a newscast for broadcast on a Station(s); or (iii) eliminates or otherwise significantly reduces the level of locally-produced captioned programming it produces and airs on a Station; then Tribune may reduce such Station's participation in this Agreement by the amount of reduction in its programming upon providing Caption Colorado sixty (60) days' prior written notice thereof, with no penalty. Notwithstanding any such withdrawal of a Station(s), this Agreement shall continue in full force and effect with respect to all remaining Stations in accordance with its terms."

2.  Except a specifically amended, modified or changed herein all of the terms and conditions of the Agreement shall remain in full force and effect throughout the term of the Agreement.

3.  This Amendment will be effective when Caption Colorado receives a fully executed original hereof.

4.  Each of Tribune and Caption Colorado hereby represents and warrants to the other that (a) it has all requisite power and authority to execute this Amendment and to perform all of its obligations hereunder and (b) this Amendment has been duly executed and delivered by it and constitutes its legal, valid and binding obligation.

5.  All references in the Agreement to "this Agreement" shall be deemed to refer to the Agreement as amended hereby.

6.  This Amendment may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original and all of which counterparts, taken together, shall constitute one and the same instrument. Delivery of an executed counterpart of this Amendment by telefacsimile shall be equally as effective as delivery of an original executed counterpart of this Amendment. Any party delivering an executed counterpart of this Amendment by telefacsimile also shall deliver an original executed counterpart of this Amendment but the failure to deliver an original executed counterpart shall not affect the validity, enforceability, and binding effect of this Amendment.

IN WITNESS WHEREOF, the parties have executed this Amendment on the dates written below.

Sincerely,

Caption Colorado, L.L.C.

By _R.T. Polumbus_                    _11/16/05_
R.T. Polumbus, President              Date

AGREED TO AND ACCEPTED this _31_ day of ~~October~~ November, 2005 by:

Tribune Broadcasting Company

By _Crissy Baker_                    Date _11/21/05_