# EXHIBIT B

**E-mail from John Irwin to Steven Charlier dated Dec. 22, 2010**

Follow-up to voice mails;

**From:** John Irwin [mailto:johni@captioncolorado.com]
**Sent:** Wednesday, December 22, 2010 4:16 PM
**To:** Charlier, Steve
**Cc:** Tad Polumbus; Kurt Suppes
**Subject:** Follow-up to voice mails;

Steve,

I received your voice mails.

I can tell from your communications that you may not be aware that our current contract with Tribune was automatically extended through 12/31/11 by its own terms, approximately 80 days ago.  We did not receive written notification from you of your intent not to renew as required by the contract.  I need to make sure that you understand that we fully expect to continue as Tribune's captioning provider for the television stations through 2011, under the renewal provisions of our contract.

You should know also that the contract provides for an increase of 2% in the current captioning rates as of January 1, 2011.

We do have some ideas for how we could help you reduce your net captioning costs in 2011 with our Recast TV service and would also consider a renegotiating the terms of our agreement to the mutual satisfaction of both parties.  We also have some very important information of which you are not aware, that we think might impact your decision on what you are trying to do, anyway.

Let me know when it would be best to chat.

I look forward to talking with you.

Thanks......

John Irwin

*John Irwin*
*Sr. Vice President*
*Sales & Marketing*
*Caption Colorado*
*5690 DTC (Denver Tech Center) Blvd.,Suite 500W*
*Greenwood Village, CO 80111*
*johnirwin@captioncolorado.com*

*1-800-775-7838*

*Caption Colorado the leader in realtime closed captioning to the television industry.........*

# EXHIBIT C

**E-mail from Steven Charlier to John Irwin dated Dec. 26, 2010**

| | |
|---|---|
| **From:** | Charlier, Steve [stcharlier@tribune.com] |
| **Sent:** | Sunday, December 26, 2010 7:12 AM |
| **To:** | John Irwin |
| **Cc:** | Tad Polumbus; Kurt Suppes; Sennet, Charles J. |
| **Subject:** | RE: Follow-up to voice mails; |

John,

Thank you for the opportunity to speak with both you and Tad Polumbus by phone on December 23rd, 2010. I understand you are disappointed at the decision made by Tribune Broadcasting to not renew a contract for services with Caption Colorado. As I expressed in our conversation, I have worked with Caption Colorado over the past two years to find a way to lower the cost of live closed captioning services with your company. With each conversation I told you that I would not be able to continue business with your company if a resolution could not be met. I have also given you both verbal and written notice of our intent to terminate the agreement at its expiration on 12/31/10. Furthermore, Caption Colorado has made no effort to renew the contract since I rejected your last rate proposal of $85 per hour nearly one year ago.

Earlier this month I contacted your sales representative John Irwin by phone. I asked him if Caption Colorado would be interested in providing a rate quote for limited emergency captioning services for Tribune Broadcasting. On December 23rd, Tad told me that your company had no interest in that piece of business.

As I expressed on the phone, I will seek another vendor for the emergency captioning services and Tribune Broadcasting will no longer be using Caption Colorado's services after December 31, 2010.

Steve Charlier
SVP News & Operations
Tribune Broadcasting
435 N. Michigan Ave.
Chicago, IL 60611


**From:** John Irwin [mailto:johni@captioncolorado.com]
**Sent:** Wednesday, December 22, 2010 4:16 PM
**To:** Charlier, Steve
**Cc:** Tad Polumbus; Kurt Suppes
**Subject:** Follow-up to voice mails;


Steve,

I received your voice mails.

I can tell from your communications that you may not be aware that our current contract with Tribune was automatically extended through 12/31/11 by its own terms, approximately 80 days ago. We did not receive

Follow-up to voice mails;

written notification from you of your intent not to renew as required by the contract.  I need to make sure that you understand that we fully expect to continue as Tribune's captioning provider for the television stations through 2011, under the renewal provisions of our contract.

You should know also that the contract provides for an increase of 2% in the current captioning rates as of January 1, 2011.

We do have some ideas for how we could help you reduce your net captioning costs in 2011 with our Recast TV service and would also consider a renegotiating the terms of our agreement to the mutual satisfaction of both parties.  We also have some very important information of which you are not aware, that we think might impact your decision on what you are trying to do, anyway.

Let me know when it would be best to chat.

I look forward to talking with you.

Thanks......

John Irwin


*John Irwin*
*Sr. Vice President*
*Sales & Marketing*
*Caption Colorado*
*5690 DTC (Denver Tech Center) Blvd.,Suite 500W*
*Greenwood Village, CO 80111*
*johnirwin@captioncolorado.com*
*1-800-775-7838*


*Caption Colorado the leader in realtime closed captioning to the television industry..........*

# EXHIBIT D

**E-mail from Nikki Shedletsky to certain Stations dated Dec. 28, 2010 and
Letter from R.T. Polumbus to Steven Charlier dated Dec. 28, 2010**

**From:** Kurt Suppes [mailto:KurtSuppes@captioncolorado.com]
**Sent:** Tuesday, January 25, 2011 10:10 AM
**To:** Bell, Steve
**Subject:** FW: Letter Regarding Termination of Captioning Services

Steve,

I am forwarding to you the email that was sent by Nikki Shedletsky, Director-Realtime Operations, to each of the Tribune station managers. These managers were each blind-copied, so I have had Nikki provide immediately below the list of all Tribune personnel who were blind-copied.

**Kurt Suppes**

**Chief Financial Officer**

**Caption Colorado, LLC**

*5690 DTC Blvd.  Suite 500W*

*Greenwood Village, CO  80111*

Office  (720) 489-5662

Direct  (303) 468-4099

---

**From:** Nikki Shedletsky
**Sent:** Tuesday, January 25, 2011 10:06 AM
**To:** Kurt Suppes
**Subject:** FW: Letter Regarding Termination of Captioning Services

'SLiguori@tribune.com'; 'mshepherd@tribune.com'; 'PNMoore@39online.com'; 'Elaine.Claspill@tvstl.com'; 'smartino@tribune.com'; 'gguzman@tribune.com'; 'Smueller@tribune.com'; 'bgee@tribune.com'; 'aheideman@tribune.com'; 'gpappas@tribune.com'; 'MHort@tribune.com'; 'aadler@tribune.com'; 'KMcFarland@tribune.com'; 'SMaleszewski@tribune.com'; 'pdimatteo@ctnow.com'; 'bnorris@tribune.com'; Nikki Shedletsky

*Captions Break the Silence...*

FW: Letter Regarding Termination of Captioning Services                     Page 2 of 2

Nikki Shedletsky
Director of Realtime Operations
Caption Colorado LLC
D: 303-468-4695
Emergency Line 24-hours/day 800-590-4197

"In the middle of difficulty lies opportunity"-Albert Einstein

---

**From:** Nikki Shedletsky
**Sent:** Tuesday, December 28, 2010 3:51 PM
**To:** Kurt Suppes; Gary Rulh
**Cc:** John Irwin
**Subject:** Letter Regarding Termination of Captioning Services

All,

I am forwarding to each of you the attached letter which is being sent via registered mail to your station's general manager.

Nikki

<<Caption Colorado Letter Regarding Captioning Services 12-28-2010.pdf>>

*Captions Break the Silence...*

Nikki Shedletsky
Director of Realtime Operations
Caption Colorado LLC
D: 303-468-4695
Emergency Line 24-hours/day 800-590-4197

"In the middle of difficulty lies opportunity"-Albert Einstein

Letter Regarding Termination of Captioning Services - Message (Rich Text)

Message

Reply | Reply to All | Forward

Delete | Move to Folder | Create Rule | Other Actions

Block Sender | Not Junk | Safe Lists

Categorize | Follow Up | Mark as Unread

Find | Related | Select

Send to OneNote

You forwarded this message on 1/25/2011 10:05 AM.

Sent: Tue 12/28/2010 3:51 PM

From:    Nikki Shedletsky
To:      Kurt Suppes; Gary Ruth
Cc:      John Irwin
Bcc:     'SLiguori@tribune.com'; 'nshephard@tribune.com'; 'PWMoore@3tkonline.com'; 'Elaine_Clancill@rsdl.com'; 'jsmartino@tribune.com'; 'gguzman@tribune.com'; 'bgee@tribune.com'; 'gpoppas@tribune.com'; 'pheideman@tribune.com'; 'MHortt@tribune.com'; 'sadler@tribune.com';
         'KMcFarland@tribune.com'; 'SMakarewicz@tribune.com'; 'jsdimatteo@chron.com'; 'jmorris@tribune.com'; Nikki Shedletsky
Subject: Letter Regarding Termination of Captioning Services

All,

I am forwarding to each of you the attached letter which is being sent via registered mail to your station's general manager.

Nikki



Caption Colorado
Letter Regard...

*Captions Break the Silence...*

**Nikki Shedletsky**
Director of Realtime Operations
Caption Colorado LLC
D: 303-468-4665
Emergency Line 24-hours/day 800-590-4197

"In the middle of difficulty lies opportunity"-Albert Einstein



December 28, 2010

**REGISTERED MAIL**

Mr. Steve Charlier
SVP News & Operations
Tribune Broadcasting
Chicago, IL 60611
stcharlier@tribune.com

Mr. Tony Hunter
President, CEO Chicago Tribune Company
435 N. Michigan Ave, 18th Floor
Chicago, IL 60611

Distribution (See Below)

Re:     **Notification**
- **Termination of Captioning Services as of 11:59 PM, December 31, 2010**
- **Breach of Contract**
- **Legal Proceedings Against Tribune and Stations**

Gentlemen and Ladies:

**Current Captioning Service Agreement Legally Extended Through 12/31/2011**
On approximately October 4, 2010, the automatic renewal provisions in the currently
effective Captioning Service Agreement between Caption Colorado and Tribune operated
to extend the Term of that Agreement through **December 31, 2011** for all Tribune
Stations. The applicable renewal provision reads as follows;

> *"Automatic Extension. Unless earlier terminated in accordance with its
> terms, this Agreement shall automatically renew for successive twelve (12)
> month periods, unless Tribune, the Stations (with respect to any one or more
> Stations) or Caption Colorado, at least ninety (90) days before the end of the
> Initial Term or before the end of any extension period described herein,
> provides written notice to the other party of its intent to terminate this
> Agreement."*

Caption Colorado did not receive any written notice from Tribune or any of the Stations
indicating its, or their, intent to terminate the Agreement, at least 90 days before the end
of the current extension period (i.e. 12/31/10) as required by the foregoing provision.

Messrs. Steve Charlier, Tony Hunter, et.al.
December 28, 2010

Therefore, Caption Colorado considers its Captioning Service Agreement to be in full force and effect through December 31, 2011.

**Termination of Services and Breach of Contract by Tribune**
Notwithstanding the fact that the Captioning Service Agreement between Caption Colorado and Tribune and all Stations has legally been extended through 12./31/2011, and that the automatic extension was communicated in writing to Mr. Steve Charlais on December 22, 2010, Caption Colorado was notified and instructed in an e-mail writing on December 26, 2010 from Mr. Steve Charlais, <u>to terminate captioning services for all of the Tribune Stations as of 12/31/2010</u>. That notice, of course, was not timely provided at least ninety (90) days before the end of the extension period as required by the Agreement and Caption Colorado has never received any other written notice from Tribune or any station communicating their intent to terminate the contract at any specific time. Therefore, termination of services as of 12/31/2010 will constitute a breach of the Captioning Service Agreement by Tribune and all of the Stations.

**UNLESS CAPTION COLORADO RECEIVES DIFFERENT INSTRUCTIONS FROM TRIBUNE, OR THE STATIONS, PRIOR TO JANUARY 1, 2011, CAPTION COLORADO INTENDS TO <u>CEASE ALL CAPTIONING SERVICES TO ALL TRIBUNE STATIONS AS OF 11:59 PM, DECEMBER 31, 2010</u>, PER THE DECEMBER 26, 2011 E-MAIL FROM MR. CHARLAIS. CAPTION COLORADO IS READY WILLING AND ABLE TO FULFILL ITS CONTRACTUAL OBLIGATIONS AND IS CEASING CAPTIONING ONLY TO MINIMIZE THE DAMAGES TRIBUNE AND/OR THE STATIONS WILL HAVE TO PAY CAPTION COLORADO.**

**Legal Proceedings Against Tribune and Stations**
In the event Caption Colorado is not permitted to continue providing captioning services for the stations through December 31, 2011, it will seek to collect all damages incurred by it that were caused by the breach of contract by Tribune and the Stations. The breach of contract is imminently clear from the absence of the "written" notice of intent to terminate that is required by the automatic renewal provision above. The damages are also clear and will include recovery of all of Caption Colorado's lost profits attributable to the year 2011, losses suffered as a result of the unreasonably short notice of termination (i.e. 5 days) by Mr. Charlais, and all other consequential damages suffered as a result of the wrongful termination. Those damages will be very significant and likely reach multi-millions of dollars.

**Offer to Renegotiate Terms**
We have indicated to Mr. Charlais that we would be willing to attempt to negotiate new contract terms and lower rates that would save Tribune and the Stations at least $250,000 in 2011 alone off the rates currently in effect in the contract. As part of that package we have also offered to provide our Recast TV service to all stations, with no financial risk to the stations that would expose the stations to a potentially significant new revenue source they do not currently have.

Messrs. Steve Charlier, Tony Hunter, et.al.
December 28, 2010

Maintaining our current relationship would also allow the stations to continue to use Caption Colorado's high quality captioning services in lieu of having to accept the lower quality captioning being produced by the in-house solution that Mr. Charlais is planning to use for the Tribune stations. The quality produced by stations in the top 25 markets that have been using that solution for approximately the last 22 months under the direction of Mr. Charlais, has been significantly below historical industry quality standards. We shared with Mr. Charlais last week that, in an ex-parte meeting with the FCC two weeks ago, we learned that the FCC is strongly committed to establishing captioning quality standards and that at least part of their motivation for doing so quickly, is strong pressure from the deaf and hard of hearing community and other groups who have been organized to challenge the poor captioning quality being produced by those stations.

From all of the foregoing considerations, it seems that Tribune would be better off honoring its remaining 1 year commitment on its contract with Caption Colorado and avoiding an expensive and time consuming legal proceeding. Since it will have to pay Caption Colorado significant damages for breaching its Agreement, in addition to the costs of the new service and legal expenses, Tribune will likely not be saving anything in 2011 by terminating our services. Tribune will also avoid exposing the Tribune stations to potential scrutiny and fines and/or other enforcement proceedings by the FCC, especially if quality standards are adopted in the near future.

### Appreciate Relationship – Regret Current Situation

Caption Colorado has had a very long and successful relationship with Tribune and its Stations which we deeply appreciate and want to continue. We certainly regret the current circumstances but we do believe that continuing our relationship is in the best interest of Tribune and the Stations as well as Caption Colorado.

If there is anything we can do to resolve this matter in a fair and appropriate manner before we terminate our services in 3 days, we would appreciate the opportunity to do so.

**Please direct responses to John Irwin or me, Tad Polumbus, at 720-489-5662 or by e-mail at johnirwin@captioncolorado.com or tpolumbus@captioncolorado.com .**

Sincerely,

R.T. Polumbus
President and Chief Executive Officer

Distribution:    Eric Meyrowitz General Manager, WPIX-TV
Don Corsini General Manager, KTLA-TV
Marty Wilkie, General Manager, WGN-TV/CLTV
Vince Giannini, General Manager, WPHL-TV
Joseph Young, General Manager, KDAF-TV

Messrs. Steve Charlier, Tony Hunter, et.al.
December 28, 2010

        Jim Burn, Office Manager, DC50-TV
        Pam Pearson, General Manager, Q13FOX, KCPQ-TV
        Howard Greenberg, General Manager, WSFL-TV
        James Zerwekh, General Manager, KWGN-TV
        Roger Bare, General Manager, KIAH-TV
        Robert Ramsey, General Manager, KTXL-TV
        Jerry Martin, VP/General Manager, WXIN-TV/WTTV-TV
        Ray Schonbak, General Manager, KSWB-TV
        Richard Graziano, General Manager, WTIC/WCCT-TV
        Patricia Kolb, General Manager, WXMI-FOX 17
        John Riggle, General Manager, WPMT-TV FOX43
        Bill Lanesey, General Manager, KPLR-TV
        John Manzi, General Manager, KRCW-TV
        Larry Delia, General Manager, WGNO-TV/WNOL-TV

# EXHIBIT E

**E-mail from Steven Charlier to John Irwin and R.T. Polumbus dated Dec. 29, 2010**

## Tad Polumbus

**From:** Charlier, Steve [stcharlier@tribune.com]

**Sent:** Wednesday, December 29, 2010 3:39 PM

**To:** John Irwin; Tad Polumbus

**Cc:** Charlier, Steve

**Subject:** FW: Tribune Broadcasting

Mr. Polumbus,

In response to your email sent on December 28, 2010:  Tribune Broadcasting accepts your offer to "**cease all captioning services to all Tribune stations as of 11:59 PM, December 31, 2010.**"  This termination date is consistent with the one set forth in both the written notice of termination timely submitted by Tribune to Caption Colorado on or about April 27, 2010 and the subsequent verbal communications.   Based on this notice, no further liability or obligation shall be owed between the parties after December 31, 2010.

Once again, I am sorry that you declined to place a bid for Tribune Broadcasting's emergency captioning business in 2011.

Steve Charlier
SVP News & Operations
Tribune Broadcasting
435 N. Michigan Ave  18th Floor
Chicago, IL  60611

312.222.3850
scharlier@tribune.com

# EXHIBIT F

**E-mail from R.T. Polumbus to Steven Charlier dated Dec. 29, 2010**

## Tad Polumbus

**From:** Tad Polumbus

**Sent:** Wednesday, December 29, 2010 4:44 PM

**To:** 'Charlier, Steve'

**Cc:** John Irwin; Kurt Suppes; Bell.Steve@Dorsey.com

**Subject:** RE: Tribune Broadcasting

Mr. Charlais,

To clarify some points in your e-mail communication below, Caption Colorado did not "offer to cease all captioning services to all Tribune stations as of 11:59 PM, December 31, 2010" as you imply. As we indicated in our written communication yesterday, our action to terminate services is in response to your written demand to do so, contained in your e-mail to John Irwin, with copies to me and others, dated December 26, 2010 at 6:12 AM Mountain Time. As we also indicated in our written communication yesterday, we are taking this action as an accommodation to Tribune to help mitigate the damages Tribune will have to pay to Caption Colorado as a result of its breach of contract.

Secondly, other than your e-mail communication on December 26, 2010 at 6:12 AM Mountain Time, we repeat again that Caption Colorado has never received any written communication, at any time, from Tribune, or any representative of Tribune, notifying Caption Colorado of Tribune's intent to terminate the agreement effective December 31, 2010. Caption Colorado has no record of any such written communication and Caption Colorado specifically did not receive any written notice of intent to terminate, dated on or about April 27, 2010, as you claim to have sent. Again, we ask you to send us a copy of that written document, or any other written notice that you may have sent that might substantiate your claim. If you do have such a document, we would be happy to search our records again to confirm that we never received it.

Tribune having never provided any written notice to Caption Colorado of intent to terminate on December 31, 2010, the Captioning Service Agreement between Caption Colorado has been extended to December 31, 2011. Contrary to your conclusion in your e-mail below, Tribune stands in violation and breach of our Captioning Services Agreement by now terminating our services as of December 31, 2010 and will be fully liable for all damages suffered by Caption Colorado as a result of that breach.

R.T. Polumbus
President/CEO
Caption Colorado, L.L.C.
5690 DTC Blvd, Suite 500W
Greenwood Village, CO 80111
720-489-5662
tpolumbus@captioncolorado.com

**From:** Charlier, Steve [mailto:stcharlier@tribune.com]
**Sent:** Wednesday, December 29, 2010 3:39 PM
**To:** John Irwin; Tad Polumbus
**Cc:** Charlier, Steve
**Subject:** FW: Tribune Broadcasting

1/25/2011

Mr. Polumbus,

In response to your email sent on December 28, 2010:  Tribune Broadcasting accepts your offer to "**cease all captioning services to all Tribune stations as of 11:59 PM, December 31, 2010."**  This termination date is consistent with the one set forth in both the written notice of termination timely submitted by Tribune to Caption Colorado on or about April 27, 2010 and the subsequent verbal communications.   Based on this notice, no further liability or obligation shall be owed between the parties after December 31, 2010.

Once again, I am sorry that you declined to place a bid for Tribune Broadcasting's emergency captioning business in 2011.

Steve Charlier
SVP News & Operations
Tribune Broadcasting
435 N. Michigan Ave  18th Floor
Chicago, IL  60611

312.222.3850
scharlier@tribune.com

# EXHIBIT G

**E-mail from Steven Charlier to R.T. Polumbus dated Jan. 7, 2011 and
Letter from Steven Charlier to R.T. Polumbus dated April 27, 2010**

**From:** Charlier, Steve [mailto:stcharlier@tribune.com]
**Sent:** Friday, January 07, 2011 6:00 AM
**To:** Tad Polumbus
**Cc:** John Irwin; Sennet, Charles J.
**Subject:** Tribune Broadcasting

Mr. Polumbus,

As I promised in our phone call, I've attached the notice letter Tribune Broadcasting delivered to you on or about April 27, 2010.  I spoke with my assistant at the time, and she assures me that she verified receipt of the letter by your company after she sent it. That, in addition to the fact I repeatedly informed your company's representatives that Tribune was not going to continue the contract relationship with your company in 2011 and solicited alternate proposals from Caption Colorado, makes it clear in our view that Tribune has no further legal obligations to your company.

I am sorry for the delay in getting this to you, but I was unable to do so until after the holiday break.

Steve Charlier
SVP News & Operations
Tribune Broadcasting
435 N. Michigan Ave  18th Floor
Chicago, IL  60611

312.222.3850
scharlier@tribune.com

April 27, 2010

R. T. Polumbus, Chief Executive Officeer/President
Caption Colorado, L.L.C.
7935 E. Prentice Avenue
Suite 310
Englewood, CO  80111

Dear Mr. Polumbus,

Please consider this letter as notification to terminate the contract between Caption
Colorado L.L.C. and Tribune Broadcasting Company.  The initial term of the agreement
began January 3, 2000 and is due to end on December 31, 2010.

By terminating this contract at least ninety days prior to the termination date, Tribune is
compliant with paragraph E.2.terms of the agreement and decline the opportunity for an
automatic extension.

If you have any questions regarding this contract termination, please contact me directly.

We appreciate doing business with Caption Colorado.

Sincerely,

Steven Charlier
SVP/News & News Operations
312/222-3850
Scharlier@tribune.com