## Exhibit A

# AFFIDAVIT OF PUBLICATION

In re Tribune Company et al.

STATE OF ILLINOIS          )
                               ) ss:
COUNTY OF COOK         )

I, Jodi Schneider, being duly sworn, hereby certify that (a) I am the Inbound Sales Team Lead at *Chicago Tribune*, a daily national newspaper of general circulation; (b) the Notice attached to this Affidavit was published in the *Chicago Tribune* for national distribution for one insertion on January 7, 2011; and (c) the foregoing statements are true and correct to the best of my knowledge.

X _Jodi Schneider_____
          (Signature)

_Inbound Sales Team Lead_
Title

Sworn to before me this 20th day of January, 2011

_Mary P. Burch_
Notary Public

NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS

MARY P BURCH
MY COMMISSION EXPIRES
DECEMBER 10, 2014

# Does Scalia House address cross line?

By James Oliphant
and David G. Savage
TRIBUNE WASHINGTON BUREAU

WASHINGTON—The decision by Supreme Court Justice Antonin Scalia to accept an invitation from Rep. Michele Bachmann, R-Minn., the founder of the House's Tea Party Caucus, to speak to incoming House members about the Constitution is drawing fire from some who worry the court is injecting itself into partisan politics.

The meeting "suggests an alliance between the conservative members of the court and the conservative members of Congress," said Jonathan Turley, a law professor at George Washington University, who said Scalia had shown "exceedingly poor judgment."

He said the association of Scalia, an outspoken conservative, with Bachmann, who once accused then-Sen. Barack Obama of being "anti-American," could contribute to the high court becoming overly politicized.

But Bachmann's office said that Democrats and Republicans were welcome to attend the Jan. 24 speech. Also, it is not unprecedented for a sitting Supreme Court justice to confer with the legislative branch. Several justices have met in off-the-record session with the bipartisan Congressional Caucus on the Judicial Branch.

Repealing the health care overhaul is the No. 1 issue for the new GOP-controlled House, with a repeal vote scheduled for next week. But legal challenges to that law are also working their way through the federal courts and could reach the Supreme Court as early as next term, with Scalia in a position to help decide whether it survives.

"I don't think it is appropriate for justices to meet with members of Congress, particularly in this highly partisan environment," said Richard Painter, a law professor at the University of Minnesota who served as a chief ethics officer in the last Bush administration.

"Michele Bachmann wants the health care law to be struck down by the courts," Painter said. "This

"I don't think it is appropriate for justices to meet with members of Congress."
— Law professor Richard Painter

is not about a particular ethics rule, but rather about common sense. This creates the appearance of partiality and undermines the credibility of the court."

In his nearly 25 years on the court, Scalia has rarely shied away from controversy. This week, comments he made in an interview with a California legal magazine, in which he argued that the Constitution did not protect women from discrimination, gave rise to a protest on the left.

Supreme Court spokeswoman Kathy Arberg said Bachmann invited Scalia to speak to members of the House about the Constitution.

"She came to see him, and he accepted the invitation," Arberg said. "His topic is 'Separation of Powers.'" She noted that Bachmann had described the meeting as bipartisan and "open to all members of Congress."

Scalia speaks regularly at colleges and law schools as well as to conservative legal groups such as the Federalist Society.

Several experts in legal ethics questioned whether a justice should speak to members of Congress if the lawmakers were identified with just one party.

"In my view, a judge must take care not to speak only to groups on one side of the partisan divide," said Stephen Gillers, a law professor at New York University. "I have no problem with such a talk so long as he avoids excessive identification with the Republican agenda."

But M. Edward Whelan III, president of the Ethics and Public Policy Center and a former clerk to Scalia, disputed the criticism.

"Does he think it's improper for any justice ever to speak to any group of members of Congress who might be perceived as sharing the same general political disposition?" Whelan said. "My guess is that, schedule permitting, Scalia would be happy to speak on the same topic to any similar group of members of Congress who invited him."

The Supreme Court and Congress operate as independent branches of government, but since President Barack Obama's election two years ago, the two seemingly have grown more entangled.

Chief Justice John Roberts figured into the mix Tuesday. At the request of the new House speaker,

John Boehner, R-Ohio, Roberts swore in several Boehner aides in a private ceremony intended to symbolize the new House's fidelity to the Constitution. House leaders also say that every new piece of legislation will have to pass constitutional muster before it can be voted upon.

Last year, Virginia Thomas, the wife of Justice Clarence Thomas, started a tea party-affiliated political action group intended to help elect conservative congressional candidates. She later figured down as president of the group amid criticism.

But critics say Obama crossed a line and politicized the court by using his State of the Union address to publicly attack its ruling on campaign finance.

joliphant@latimes.com



Supreme Court Justice Antonin Scalia, who will give a talk on the Constitution to House members this month, speaks regularly at colleges and law schools as well as to conservative legal groups such as the Federalist Society. Observers are divided on the propriety of some public addresses.

RAY CHAVEZ/OAKLAND TRIBUNE PHOTO



# Angelo's
### Leathers & Furs
(Full Service Salon)

## You Have To See It To Believe It!!!

The Entire Inventory Of World's Best Quality Furs Leathers
At A Fraction Of What It Would Cost You !!!

* Full Length Ranch Mink Coats ........ Reg. 2,495.00
* Lynx Coat Or 3/8 Length .............. Reg. 1,995.00
* Fox Jackets Red Blue Silver .......... Reg. 1,995.00
* Full Skin Coyote Jackets ............. Reg. 1,495.00
* Full Length Full Skin Beaver Co ...... Reg. 1,495.00
* Sheared Fox Rabbit Jackets ........... Reg.  595.00
* Full Side Beaver Jackets ............. Reg.  995.00
* Shearling (Lamb Skins) Jackets ...... Reg.  495.00
* Leather Jackets Men's & Women's ...... Reg.  495.00

All Coats Labeled To Show Country Of Origin

Free Lay-a-Way For A Year
We Accept Trade-Ins

### 5209 W. 95th St.
In the Heart of Oak Lawn

## (708) 423-6663

Open Everyday 10-6 | Thurs 10-8 | Sun Closed



# Fitness Expert, Mike George

"Specializing in weight loss, balance, flexibility, improving posture and recapturing an active lifestyle safely."

Personal Training | Group Exercise | Nutrition | Metabolic Testing

Hire the expert team that Illinois Masonic Medical Center trusts with their patients that need to lose weight.

### Mike George Fitness System
We're waiting for your call!
Located in River North

Phone: 312-943-6700
www.mgfsine.com
email: mikegeorge@mg-fitness.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                        Chapter 11
TRIBUNE COMPANY, et al.,          Case No. 08-13141 (KJC)
        Debtors.                        Jointly Administered

[Lengthy legal notice and schedule of debtor entities follows.]

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF PLANS OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLANS

PLEASE TAKE NOTICE THAT three (3) plans of reorganization (the "Plans") have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-referenced chapter 11 cases.

Dated: January 7, 2011

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com corp.
ForSaleByOwner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH Inc.

KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS 1, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company

Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc., n/k/a
Tribune Washington Bureau Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC (f/k/a Chicago National
League Ball Club, LLC)
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WCCT, Inc., f/k/a WTXX Inc.

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF PLANS OF REORGANIZATION
FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION
DEADLINES RELATING TO THE PLANS**

PLEASE TAKE NOTICE THAT three (3) plans of reorganization (the "Plans") have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-referenced chapter 11 cases.

PLEASE TAKE NOTICE THAT in connection with the Plans, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has approved (i) a General Disclosure Statement providing background information about the Debtors' businesses, history, operations, and chapter 11 cases, and (ii) Specific Disclosure Statements relating to each of the Plans, which provide information concerning those plans and their proposals to reorganize the Debtors' business and treat claims against the Debtors under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code"). The General Disclosure Statement and the Specific Disclosure Statements were approved by the Bankruptcy Court as part of the order governing the solicitation of votes on the Plans dated December 9, 2010 (the "Solicitation Order"). Capitalized terms not otherwise defined in this Notice have the meanings given to them in the Solicitation Order.

PLEASE TAKE FURTHER NOTICE THAT:

1.  Votes to accept or reject the Plans must be received by the Voting Agent by January 28, 2011 at 4:00 p.m. Eastern Time. Objections to the Plans must comply with the Solicitation Order and be filed by 4:00 p.m. Eastern Time on February 15, 2011. A hearing to consider confirmation of the Plans will be held on March 7, 2011 at 10:00 a.m. Eastern Time, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

2.  Each of the Plans also constitutes a Prepackaged Plan of Reorganization (the "Prepackaged Plans") for any affiliates of Tribune Company that may commence a chapter 11 case prior to the date of the Confirmation Hearing. Those affiliates include, without limitation, the following entities that have executed guarantees of certain indebtedness of Tribune Company but have not yet commenced chapter 11 cases: (i) Tribune National Marketing Company, (ii) Tribune ND, Inc., (iii) Tribune Interactive, Inc., and (iv) Tribune (FN) Cable Ventures, Inc. In the event any of such affiliates commences a chapter 11 case, additional notice and information will be provided to any parties holding claims against the relevant affiliates.

3.  Any party in interest wishing to obtain copies of the General Disclosure Statement, the Plans or the Specific Disclosure Statements related thereto, the Solicitation Order or other information about the solicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; (iii) by email at tribunevote@epiqsystems.com; or (iv) by telephone at (888) 287-7568. Copies of the General Disclosure Statement, the Specific Disclosure Statements, the Plans and the Solicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

Dated:   January 7, 2011



SHAH MARAI/GETTY-AFP PHOTO
On Thursday, officials outlined plans to reduce the total U.S. troop force by up to 47,000 beginning in 2015 but temporarily add more than 1,000 Marines in Afghanistan.

# Pentagon to cut ranks in budget savings plan

**By David S. Cloud**
TRIBUNE WASHINGTON BUREAU

WASHINGTON — Defense Secretary Robert Gates called Thursday for shrinking the Army and Marine Corps by as many as 47,000 troops, proposing to cut ground forces in response to pressure from the White House and Congress to reduce the defense budget.

The cuts, a $6 billion part of $78 billion in budget savings Gates outlined Thursday at a Pentagon news conference, would not begin until 2015. By then, Gates emphasized, U.S. forces are due to have left Iraq and are scheduled to be reduced in Afghanistan.

Combined, the cuts would represent up to 6 percent of current levels in the Army and Marines.

The decision to shrink U.S. ground forces is a reversal for the Pentagon only four years after the Army and Marines were expanded in order to fight simultaneous wars in Iraq and Afghanistan. The move reflects the growing recognition that the larger force structure will not be required or affordable indefinitely.

But the move also comes with risks.

If a major drawdown does not occur in Afghanistan by 2015, as the White House timetable calls for, the military could find itself under heavy strain and needing to expand its ranks again, a process that

often takes years. Gates and Adm. Mike Mullen, the chairman of the Joint Chiefs of Staff, acknowledged such risks but said they believe the reductions were modest enough to be acceptable.

The proposal to shrink the Army and Marines came on the same day that the Pentagon said it was sending more than 1,000 additional Marines to Afghanistan's Helmand province on a "short-term deployment" aimed at helping keep pressure on the Taliban in violent parts of the province during the winter. Officials did not say how long they would remain in the country.

In addition to the savings from fewer troops, the Pentagon outlined other belt-tightening measures, including a freeze on civilian salaries and elimination and consolidation of military commands.

Gates also said he was terminating the Marine Corps expeditionary fighting vehicle and again overhauling development of the F-35 fighter, two programs that have come under intense scrutiny.

Overall, the administration is calling for Pentagon spending of $553 billion in fiscal year 2012, a 3 percent increase, and for modest increases or flat spending in each of the next four years. That excludes the spending on Iraq and Afghanistan, which totaled about $159 billion last year.

*dcloud@tribune.com*

**Exhibit B**

TRIBUNE CO.

} **Affidavit of Publication**

*—of—*

**Classified Advertising**

Angelina de Cordova

_____ of said
*County and State being duly sworn, says:*
*   That he is and at all times herein mentioned was a*
*citizen of the United States, over 21 years of age, and not*
*a party to nor interested in the above entitled matter; that*
*he is a principal clerk of the printers and publishers of the*
*LOS ANGELES TIMES a newspaper printed and*
*published daily in the said Los Angeles County; that the*
Legal Notice

*in the above entitled matter of which the annexed is a*
*printed copy, was published in said newspaper*

**LOS ANGELES TIMES**
202 West First St. Los Angeles, CA. 90012
*on the following days, to-wit:*

Sun; January 9, 2011

State of California

County of _Los Angeles_

DEBORAH L. BEAVERS
COMM. #1870011
Notary Public - California
San Bernardino County
My Comm. Expires Nov. 1, 2013

Subscribed and sworn to (or affirmed) before me on this
_21st_ day of _January_, 20 _11_ by
Date        Month              Year
(1) _Angelina de Cordova_
Name of Signer
proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.)

Signature

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |

| | | |
|---|---|---|
| Tribune Company | KPLR, Inc. | Towering T Music Publishing Company |
| 435 Production Company | KSWB Inc. | Tribune Broadcast Holdings, Inc. |
| 5800 Sunset Productions Inc. | KTLA Inc. | Tribune Broadcasting Company |
| Baltimore Newspaper Networks, Inc. | KWGN Inc. | Tribune Broadcasting Holdco, LLC |
| California Community News Corporation | Los Angeles Times Communications LLC | Tribune Broadcasting News Network, Inc., n/k/a |
| Candle Holdings Corporation | Los Angeles Times International, Ltd. | Tribune Washington Bureau Inc. |
| Channel 20, Inc. | Los Angeles Times Newspapers, Inc. | Tribune California Properties, Inc. |
| Channel 39, Inc. | Magic T Music Publishing Company | Tribune CNLBC, LLC f/k/a Chicago National |
| Channel 40, Inc. | NBBF, LLC | League Ball Club, LLC |
| Chicago Avenue Construction Company | Neocomm, Inc. | Tribune Direct Marketing, Inc. |
| Chicago River Production Company | New Mass. Media, Inc. | Tribune Entertainment Company |
| Chicago Tribune Company | Newscom Services, Inc. | Tribune Entertainment Production Company |
| Chicago Tribune Newspapers, Inc. | Newspaper Readers Agency, Inc. | Tribune Finance, LLC |
| Chicago Tribune Press Service, Inc. | North Michigan Production Company | Tribune Finance Service Center, Inc. |
| ChicagoLand Microwave Licensee, Inc. | North Orange Avenue Properties, Inc. | Tribune License, Inc. |
| Chicagoland Publishing Company | Oak Brook Productions, Inc. | Tribune Los Angeles, Inc. |
| Chicagoland Television News, Inc. | Orlando Sentinel Communications Company | Tribune Manhattan Newspaper Holdings, Inc. |
| Courant Specialty Products, Inc. | Patuxent Publishing Company | Tribune Media Net, Inc. |
| Direct Mail Associates, Inc. | Publishers Forest Products Co. of Washington | Tribune Media Services, Inc. |
| Distribution Systems of America, Inc. | Sentinel Communications News Ventures, Inc. | Tribune Network Holdings Company |
| Eagle New Media Investments, LLC | Shepard's Inc. | Tribune New York Newspaper Holdings, LLC |
| Eagle Publishing Investments, LLC | Signs of Distinction, Inc. | Tribune NM, Inc. |
| forsalebyowner.com corp. | Southern Connecticut Newspapers, Inc. | Tribune Publishing Company |
| ForSaleByOwner.com Referral Services, LLC | Star Community Publishing Group, LLC | Tribune Television Company |
| Fortify Holdings Corporation | Stemweb, Inc. | Tribune Television Holdings, Inc. |
| Forum Publishing Group, Inc. | Sun-Sentinel Company | Tribune Television New Orleans, Inc. |
| Gold Coast Publications, Inc. | The Baltimore Sun Company | Tribune Television Northwest, Inc. |
| GreenCo, Inc. | The Daily Press, Inc. | ValuMail, Inc. |
| Heart & Crown Advertising, Inc. | The Hartford Courant Company | Virginia Community Shoppers, LLC |
| Homeowners Realty, Inc. | The Morning Call, Inc. | Virginia Gazette Companies, LLC |
| Homestead Publishing Co. | The Other Company LLC | WATL, LLC |
| Hoy, LLC | Times Mirror Land and Timber Company | WCWN LLC |
| Hoy Publications, LLC | Times Mirror Payroll Processing Company, Inc. | WDCW Broadcasting, Inc. |
| InsertCo, Inc. | Times Mirror Services Company, Inc. | WGN Continental Broadcasting Company |
| Internet Foreclosure Service, Inc. | TMLH 2, Inc. | WLVI Inc. |
| JuliusAir Company, LLC | TMLS I, Inc. | WPIX, Inc. |
| JuliusAir Company II, LLC | TMS Entertainment Guides, Inc. | WCCT, Inc., f/k/a WTXX Inc. |
| KIAH Inc. | Tower Distribution Company | |

## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF PLANS OF REORGANIZATION
## FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION
## DEADLINES RELATING TO THE PLANS

PLEASE TAKE NOTICE THAT three (3) plans of reorganization (the "Plans") have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-referenced chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT in connection with the Plans, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has approved (i) a General Disclosure Statement providing background information about the Debtors' businesses, history, operations, and chapter 11 cases, and (ii) Specific Disclosure Statements relating to each of the Plans, which provide information concerning those plans and their proposals to reorganize the Debtors' business and treat claims against the Debtors under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code"). The General Disclosure Statement and the Specific Disclosure Statements were approved by the Bankruptcy Court as part of the order governing the solicitation of votes on the Plans dated December 9, 2010 (the "Solicitation Order"). Capitalized terms not otherwise defined in this Notice have the meaning given to them in the Solicitation Order.

PLEASE TAKE FURTHER NOTICE THAT:

1.   Votes to accept or reject the Plans must be received by the Voting Agent by January 28, 2011 at 4:00 p.m. Eastern Time. Objections to the Plans must comply with the Solicitation Order and be filed by 4:00 p.m. Eastern Time on February 15, 2011. A hearing to consider confirmation of the Plans will be held on March 7, 2011 at 10:00 a.m. Eastern Time, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

2.   Each of the Plans also constitutes a Prepackaged Plan of Reorganization (the "Prepackaged Plans") for any affiliates of Tribune Company that may commence a chapter 11 case prior to the date of the Confirmation Hearing. Those affiliates include, without limitation, the following entities that have executed guarantees of certain indebtedness of Tribune Company but have not yet commenced chapter 11 cases: (i) Tribune National Marketing Company, (ii) Tribune ND, Inc., (iii) Tribune Interactive, Inc., and (iv) Tribune (FN) Cable Ventures, Inc. In the event any of such affiliates commences a chapter 11 case, additional notice and information will be provided to any parties holding claims against the relevant affiliates.

3.   Any party in interest wishing to obtain copies of the General Disclosure Statement, the Plans or the Specific Disclosure Statements related thereto, the Solicitation Order or other information about the solicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; (iii) by email at tribunevote@epiqsystems.com; or (iv) by telephone at (888) 287-7568. Copies of the General Disclosure Statement, the Specific Disclosure Statements, the Plans and the Solicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

Dated:   January 9, 2011

**<u>Exhibit C</u>**

# AFFIDAVIT

STATE OF TEXAS                         )
                                       ) ss:
CITY AND COUNTRY OF DALLAS)

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

JAN-07-2011;

ADVERTISER: Tribune Company, et al.;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
7    day of   January      2011

_____
Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

# BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
TRIBUNE COMPANY, et al.,
Debtors.

Chapter 11
Case No. 08-13141 (KJC)
Jointly Administered

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com corp.
ForSaleByOwner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC;
KIAH Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WCCT, Inc., f/k/a WTXX Inc.

## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF PLANS OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLANS

**PLEASE TAKE NOTICE THAT** three (3) plans of reorganization (the "Plans") have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-referenced chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Plans, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has approved (i) a General Disclosure Statement providing background information about the Debtors' businesses, history, operations, and chapter 11 cases, and (ii) Specific Disclosure Statements relating to each of the Plans, which provide information concerning those plans and their proposals to reorganize the Debtors' business and treat claims against the Debtors under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code"). The General Disclosure Statement and the Specific Disclosure Statements were approved by the Bankruptcy Court as part of the order governing the solicitation of votes on the Plans dated December 9, 2010 (the "Solicitation Order"). Capitalized terms not otherwise defined in this Notice have the meanings given to them in the Solicitation Order.

**PLEASE TAKE FURTHER NOTICE THAT:**

1. Votes to accept or reject the Plans must be received by the Voting Agent by **January 28, 2011 at 4:00 p.m. Eastern Time.** Objections to the Plans must comply with the Solicitation Order and be filed by **4:00 p.m. Eastern Time on February 15, 2011.** A hearing to consider confirmation of the Plans will be held on **March 7, 2011 at 10:00 a.m. Eastern Time**, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

(the "Prepackaged Plans") for any affiliates of Tribune Company that may commence a chapter 11 case prior to the date of the Confirmation Hearing. Those affiliates include, without limitation, the following entities that have executed guarantees of certain indebtedness of Tribune Company but have not yet commenced chapter 11 cases: (i) Tribune National Marketing Company, (ii) Tribune ND, Inc., (iii) Tribune Interactive, Inc., and (iv) Tribune (FN) Cable Ventures, Inc. In the event any of such affiliates commences a chapter 11 case, additional notice and information will be provided to any parties holding claims against the relevant affiliates.

3. Any party in interest wishing to obtain copies of the General Disclosure Statement, the Plans or the Specific Disclosure Statements related thereto, the Solicitation Order or other information about the solicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; (iii) by email at tribunevote@epiqsystems.com; or (iv) by telephone at ([illegible]) 287-7568. Copies of the General Disclosure Statement, the Specific Disclosure Statements, the Plans and the Solicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

**Exhibit D**

SEC $Bus$ Pg

## NYT The New York Times

620 8TH AVENUE . NEW YORK, NY 10018

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

TRIBUNE COMPANY, et al.,
Debtors

Case No. 08-13141 (KJC)
Chapter 11
Jointly Administered

### CERTIFICATION OF PUBLICATION

I, _Alice Weber_ , in my capacity as a Principal Clerk

of the Publisher of **The New York Times** a daily newspaper of general

circulation printed and published in the City, County and State of New

York, hereby certify that the advertisement annexed hereto was published

in the editions of **The New York Times** on the following date or dates,

to wit on

JAN 0 9 2011

Approved: _Maria Fanullo_

JAN 1 8 2011 _____ 20 ____

_____ 20 ____

_Alice Weber_

THIS CERTIFICATION
IS NOT VALID
WITHOUT NYT RAISED SEAL

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Publishing Company
ChicagoLand Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com corp.
ForSaleByOwner.com National Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH Inc.,

NPR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company

Tower T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc., n/k/a
Tribune Washington Bureau, Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC f/k/a Chicago National League
Ball Club, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WCCT, Inc., f/k/a WTXX Inc.

### NOTICE OF HEARING TO CONSIDER CONFIRMATION OF PLANS OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLANS

PLEASE TAKE NOTICE THAT three (3) plans of reorganization (the "Plans") have [...]