# EXHIBIT A

**Tribune Co.**



Time Log

**Moelis & Company**

**Summary of Hours Worked**

**December 1, 2010 - December 31, 2010**

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Thane Carlston | Managing Director, Restructuring Group | 6.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 6.0 |
| Zul Jamal | Managing Director, Restructuring Group | 23.5 |
| Ashish Ajmera | Vice President | 41.0 |
| Evan Glucoft | Associate | 45.0 |
| Sandhya Sistla | Analyst | 50.0 |
| | **Total Moelis Team Hours** | **172.0** |

Time Log - December 2010

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 6.5 |
| Navid Mahmoodzadegan | Managing Director | 6.0 |
| Zul Jamal | Managing Director | 23.5 |
| Ashish Ajmera | Vice President | 41.0 |
| Evan Glucoft | Associate | 45.0 |
| Sandhya Sistla | Analyst | 50.0 |
| **Total** | | **172.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Zul Jamal | 12/01/10 | 2.0 | Internal review of revised committee plan |
| Ashish Ajmera | 12/01/10 | 2.0 | Internal review of revised committee plan |
| Evan Glucoft | 12/01/10 | 2.0 | Internal review of revised committee plan |
| Sandhya Sistla | 12/01/10 | 2.0 | Internal review of revised committee plan |
| Ashish Ajmera | 12/01/10 | 0.5 | Gathering of Tribune documents for internal review |
| Evan Glucoft | 12/01/10 | 0.5 | Gathering of Tribune documents for internal review |
| Sandhya Sistla | 12/01/10 | 0.5 | Gathering of Tribune documents for internal review |
| Zul Jamal | 12/02/10 | 1.0 | CastTV Call with AlixPartners |
| Ashish Ajmera | 12/02/10 | 1.0 | CastTV Call with AlixPartners |
| Evan Glucoft | 12/02/10 | 1.0 | CastTV Call with AlixPartners |
| Sandhya Sistla | 12/02/10 | 1.0 | CastTV Call with AlixPartners |
| Thane Carlston | 12/03/10 | 4.5 | Review of revised plans and disclosure statements |
| Navid Mahmoodzadegan | 12/03/10 | 3.0 | Review of revised plans and disclosure statements |
| Zul Jamal | 12/03/10 | 4.5 | Review of revised plans and disclosure statements |
| Ashish Ajmera | 12/03/10 | 6.0 | Review of revised plans and disclosure statements |
| Evan Glucoft | 12/03/10 | 6.0 | Review of revised plans and disclosure statements |
| Sandhya Sistla | 12/03/10 | 5.0 | Review of revised plans and disclosure statements |
| Ashish Ajmera | 12/05/10 | 5.5 | Preparation of CastTV Acquisition Summary |
| Evan Glucoft | 12/05/10 | 7.0 | Preparation of CastTV Acquisition Summary |
| Sandhya Sistla | 12/05/10 | 9.0 | Preparation of CastTV Acquisition Summary |
| Zul Jamal | 12/06/10 | 1.0 | CastTV Diligence Call |
| Ashish Ajmera | 12/06/10 | 1.0 | CastTV Diligence Call |
| Evan Glucoft | 12/06/10 | 1.0 | CastTV Diligence Call |
| Sandhya Sistla | 12/06/10 | 1.0 | CastTV Diligence Call |
| Zul Jamal | 12/06/10 | 2.0 | Internal review of CastTV Acquisition terms |
| Ashish Ajmera | 12/06/10 | 2.0 | Internal review of CastTV Acquisition terms |
| Evan Glucoft | 12/06/10 | 2.0 | Internal review of CastTV Acquisition terms |
| Sandhya Sistla | 12/06/10 | 2.0 | Internal review of CastTV Acquisition terms |
| Ashish Ajmera | 12/06/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 12/06/10 | 2.0 | Weekly Media Update |
| Sandhya Sistla | 12/06/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 12/07/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 12/07/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 12/07/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 12/07/10 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 12/07/10 | 4.5 | Internal review of revised plans |
| Ashish Ajmera | 12/07/10 | 4.5 | Internal review of revised plans |
| Evan Glucoft | 12/07/10 | 4.5 | Internal review of revised plans |
| Sandhya Sistla | 12/07/10 | 4.5 | Internal review of revised plans |
| Thane Carlston | 12/09/10 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 12/09/10 | 1.0 | UCC Meeting |
| Zul Jamal | 12/09/10 | 1.0 | UCC Meeting |

**Tribune Co.**                                                                                        M O E L I S  &  C O M P A N Y

Time Log - December 2010

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 6.5 |
| Navid Mahmoodzadegan | Managing Director | 6.0 |
| Zul Jamal | Managing Director | 23.5 |
| Ashish Ajmera | Vice President | 41.0 |
| Evan Glucoft | Associate | 45.0 |
| Sandhya Sistla | Analyst | 50.0 |
| **Total** | | **172.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 12/09/10 | 1.0 | UCC Meeting |
| Evan Glucoft | 12/09/10 | 1.0 | UCC Meeting |
| Sandhya Sistla | 12/09/10 | 1.0 | UCC Meeting |
| Thane Carlston | 12/11/11 | 0.5 | Review of Bridge Agent's request for documents |
| Zul Jamal | 12/11/11 | 0.5 | Review of Bridge Agent's request for documents |
| Ashish Ajmera | 12/11/11 | 0.5 | Review of Bridge Agent's request for documents |
| Evan Glucoft | 12/11/11 | 0.5 | Review of Bridge Agent's request for documents |
| Sandhya Sistla | 12/11/11 | 0.5 | Review of Bridge Agent's request for documents |
| Ashish Ajmera | 12/13/10 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 12/13/10 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 12/13/10 | 3.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 12/14/11 | 0.5 | Tribune debt pricing analysis |
| Sandhya Sistla | 12/14/11 | 1.0 | Tribune debt pricing analysis |
| Navid Mahmoodzadegan | 12/14/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Zul Jamal | 12/14/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Ashish Ajmera | 12/14/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Evan Glucoft | 12/14/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Sandhya Sistla | 12/14/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Zul Jamal | 12/14/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 12/14/10 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 12/14/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 12/14/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 12/14/10 | 2.5 | Analysis regarding potential discovery requests |
| Evan Glucoft | 12/14/10 | 2.5 | Analysis regarding potential discovery requests |
| Sandhya Sistla | 12/14/10 | 2.5 | Analysis regarding potential discovery requests |
| Thane Carlston | 12/16/10 | 0.5 | UCC Meeting |
| Navid Mahmoodzadegan | 12/16/10 | 0.5 | UCC Meeting |
| Zul Jamal | 12/16/10 | 0.5 | UCC Meeting |
| Ashish Ajmera | 12/16/10 | 0.5 | UCC Meeting |
| Evan Glucoft | 12/16/10 | 0.5 | UCC Meeting |
| Sandhya Sistla | 12/16/10 | 0.5 | UCC Meeting |
| Ashish Ajmera | 12/16/10 | 3.0 | Internal review of revised plans & Step One Lenders' withdrawal |
| Evan Glucoft | 12/16/10 | 3.0 | Internal review of revised plans & Step One Lenders' withdrawal |
| Sandhya Sistla | 12/16/10 | 2.5 | Internal review of revised plans & Step One Lenders' withdrawal |
| Ashish Ajmera | 12/17/10 | 1.0 | Call with Chadbourne regarding subpoena |
| Evan Glucoft | 12/17/10 | 1.0 | Call with Chadbourne regarding subpoena |
| Sandhya Sistla | 12/17/10 | 1.0 | Call with Chadbourne regarding subpoena |
| Ashish Ajmera | 12/20/10 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 12/20/10 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 12/20/10 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 12/21/10 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 12/21/10 | 1.0 | Weekly UCC Advisor Call |

**Tribune Co.**

MOELIS & COMPANY

Time Log - December 2010

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 6.5 |
| Navid Mahmoodzadegan | Managing Director | 6.0 |
| Zul Jamal | Managing Director | 23.5 |
| Ashish Ajmera | Vice President | 41.0 |
| Evan Glucoft | Associate | 45.0 |
| Sandhya Sistla | Analyst | 50.0 |
| **Total** | | **172.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Evan Glucoft | 12/21/10 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 12/21/10 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 12/26/10 | 1.0 | Review of draft response to Moelis Subpoena |
| Ashish Ajmera | 12/26/10 | 1.0 | Review of draft response to Moelis Subpoena |
| Evan Glucoft | 12/26/10 | 1.0 | Review of draft response to Moelis Subpoena |
| Sandhya Sistla | 12/26/10 | 1.0 | Review of draft response to Moelis Subpoena |
| Ashish Ajmera | 12/27/10 | 0.5 | Weekly Debt Pricing Update |
| Evan Glucoft | 12/27/10 | 0.5 | Weekly Debt Pricing Update |
| Sandhya Sistla | 12/27/10 | 0.5 | Weekly Debt Pricing Update |
| Zul Jamal | 12/28/10 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Ashish Ajmera | 12/28/10 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Sandhya Sistla | 12/28/10 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| **Total** | | **172.0** | |