# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

December 1, 2010 through and including December 31, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | | 8,022.00 |
| 005735.00004 | Current Financials | | 34,052.00 |
| 005735.00008 | Plan of Reorganization | | 44,114.00 |
| 005735.00014 | Avoidance Actions | | 37,162.00 |
| 005735.00015 | UCC Meetings | | 4,424.00 |
| 005735.00017 | Billing and Retention | | 10,716.00 |
| 005735.00018 | Travel Time (billed at 50%) | | 2,635.00 |
| **Total Fees Incurred** | | | **141,125.00** |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/10 | BH | Review and analyze Debtor presentation of potential acquisition opportunity of Cast TV. | 0.50 |
| 12/02/10 | BH | Discussion with Debtors advisors regarding the potential benefits of an acquisition opportunity involving Cast TV. | 0.60 |
| 12/02/10 | ANL | Reviewed and analyzed CastTV summary and acquisition summary and reviewed Tribune Media Services financials. | 2.50 |
| 12/02/10 | ANL | Prepared for and participated in conference call with A&M and Moelis to discuss CastTV acquisition. | 0.80 |
| 12/06/10 | BH | Participate in conference call with Debtors and Moelis to discuss the potential acquisition of Cast TV. | 0.60 |
| 12/06/10 | BH | Draft memo to Chadbourne on the potential acquisition of Cast TV and discussion of potential need to seek court approval via Debtors motion. | 1.20 |
| 12/07/10 | BH | Review and analyze the report provided by Moelis on Media current condition updates. | 0.50 |
| 12/07/10 | BH | Review and analyze memo prepared by Moelis on potential acquisition of Cast TV and provide feedback. | 1.10 |
| 12/08/10 | YK | Reviewed publications to identify current trends in the publishing and media industry. | 0.80 |
| 12/10/10 | ANL | Reviewed and analyzed UBS media conference materials on McClatchy, Scripps and CBS on Q4 and 2011 guidance. | 2.20 |
| 12/13/10 | YK | Reviewed CastTV transaction summary. | 0.80 |
| 12/14/10 | YK | Reviewed Moelis' weekly report. | 0.40 |
| 12/14/10 | ANL | Reviewed Q3 2010 results of publishing and broadcasting competitors and newsprint pricing. | 1.80 |
| 12/23/10 | YK | Reviewed industry and competitor developments. | 0.90 |
|  |  | **Total Hours** | **14.70** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 7.30 | 530.00 | 3,869.00 |
| Brad Hall | 4.50 | 620.00 | 2,790.00 |
| Young Kim | 2.90 | 470.00 | 1,363.00 |
| **Total Hours & Fees** | **14.70** | | **8,022.00** |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/10 | ANL | Prepared weekly status report to UCC. | 1.60 |
| 12/01/10 | ANL | Analyzed and reviewed weekly revenue reports and cash reports. | 1.50 |
| 12/02/10 | ANL | Prepared weekly status report to UCC. | 0.90 |
| 12/02/10 | ANL | Analyzed and reviewed weekly revenue reports and cash reports. | 1.10 |
| 12/02/10 | AH | Review weekly report to UCC | 0.40 |
| 12/02/10 | YK | Reviewed and revised weekly status report to the UCC. | 0.80 |
| 12/02/10 | BH | Review and analyze the weekly financial results and revise a report to UCC on same. | 2.20 |
| 12/06/10 | ANL | Prepared weekly status update to UCC. | 2.50 |
| 12/06/10 | ANL | Analyzed and reviewed weekly revenue reports and cash reports. | 2.80 |
| 12/06/10 | ANL | Analyzed and reviewed revised weekly cash flow forecast. | 0.80 |
| 12/07/10 | ANL | Prepared weekly status report to UCC. | 2.20 |
| 12/07/10 | ANL | Reviewed October and preliminary November management operating report. | 2.30 |
| 12/07/10 | BH | Review and analyze Debtors weekly financial performance and revise a report to UCC on same. | 1.90 |
| 12/08/10 | AH | Review weekly report to UCC | 0.40 |
| 12/09/10 | BH | Draft comments for verbal presentation of financial results report to UCC. | 1.00 |
| 12/09/10 | ANL | Analyzed and reviewed weekly revenue reports and cash reports. | 1.20 |
| 12/09/10 | ANL | Analyzed and reviewed revised weekly cash flow forecast. | 1.10 |
| 12/09/10 | ANL | Prepared weekly status report to UCC. | 2.30 |
| 12/10/10 | ANL | Analyzed and reviewed revenue flash reports and revised weekly cash flow forecast. | 1.60 |
| 12/10/10 | ANL | Prepared weekly status report to UCC. | 1.80 |
| 12/13/10 | BH | Review and analyze weekly financial results and revise report to UCC on same. | 2.10 |
| 12/13/10 | ANL | Analyzed and reviewed November 2010 preliminary results and December forecast. | 1.20 |
| 12/13/10 | ANL | Analyzed and reviewed October 2010 management operating report. | 1.70 |
| 12/13/10 | YK | Reviewed and revised weekly status report. | 1.30 |
| 12/13/10 | YK | Reviewed and analyzed Period 11 financial results. | 0.90 |
| 12/14/10 | ANL | Prepared for and participated in monthly call with Tribune and A&M on financial results. | 0.50 |

Re:                  Current Financials
Client/Matter #    005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/14/10 | ANL | Analyzed and reviewed November 2010 preliminary results and December forecast. | 0.80 |
| 12/14/10 | YK | Prepared for and attended conference call re recent Tribune financial performance and prepared memorandum to AlixPartners team. | 1.20 |
| 12/15/10 | ANL | Prepared weekly status update for UCC. | 2.50 |
| 12/15/10 | ANL | Analyzed and reviewed November 2010 preliminary results and December forecast. | 1.20 |
| 12/15/10 | ANL | Analyzed and reviewed revenue flash reports and revised weekly cash flow forecast. | 0.80 |
| 12/15/10 | AH | Review weekly report to UCC | 0.40 |
| 12/16/10 | BH | Prepare verbal comments for presentation to UCC of financial results report. | 1.00 |
| 12/16/10 | YK | Reviewed and revised weekly status report to the UCC. | 1.50 |
| 12/16/10 | ANL | Prepared weekly status update for UCC and reviewed weekly revenue data and news. | 2.50 |
| 12/16/10 | ANL | Analyzed and reviewed November 2010 preliminary results and December forecast. | 1.30 |
| 12/17/10 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 12/17/10 | ANL | Analyzed and reviewed revenue flash reports and revised weekly cash flow forecast. | 1.60 |
| 12/20/10 | ANL | Prepared weekly status report to UCC and reviewed Tribune management operating reports. | 2.20 |
| 12/21/10 | MPM | Reviewed and analyzed November 2010 brown book results | 0.50 |
| 12/22/10 | BH | Review and analyze weekly financial results compared to Plan and revise report to UCC on same. | 2.10 |
| 12/23/10 | YK | Posted weekly status report. | 0.30 |
| 12/28/10 | YK | Prepared cash flow analysis. Reviewed and analyzed supporting documents. Correspondence with Debtors' financial advisor. | 1.50 |
| 12/28/10 | YK | Prepared exhibits related to publishing and broadcasting revenues. Reviewed and analyzed supporting documents. | 1.60 |
| | | **Total Hours** | **62.60** |

Re: Current Financials  
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Michael P Murphy | 0.50 | 820.00 | 410.00 |
| Alan Holtz | 1.20 | 820.00 | 984.00 |
| Albert Leung | 41.50 | 530.00 | 21,995.00 |
| Brad Hall | 10.30 | 620.00 | 6,386.00 |
| Young Kim | 9.10 | 470.00 | 4,277.00 |
| **Total Hours & Fees** | **62.60** | | **34,052.00** |

Re:                  Plan of Reorganization
Client/Matter #    005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/07/10 | ANL | Analyzed and reviewed disclosure statement and plan of reorganization. | 2.10 |
| 12/07/10 | BH | Review amended plan of reorganization and disclosure statement and exhibits. | 0.30 |
| 12/13/10 | BH | Review Inter-Company claims and impact on Parent and Subsidiary recoveries. | 0.60 |
| 12/16/10 | ANL | Analyzed and reviewed Bridge lender disclosure statement and exhibits. | 2.50 |
| 12/17/10 | ANL | Reviewed Tribune intercompany balances by legal entity. | 1.60 |
| 12/17/10 | ANL | Reviewed Tribune recovery model. | 2.20 |
| 12/17/10 | MPM | Reviewed and analyzed intercompany analysis. | 0.50 |
| 12/20/10 | ANL | Analyzed and reviewed Bridge lender disclosure statement and exhibits. | 3.20 |
| 12/20/10 | MFR | Review of Bridge Lender's disclosure statement regarding intercompany claims. Call with Zuckerman regarding the same. | 1.50 |
| 12/21/10 | BH | Participate in call with Zuckerman to discuss potential Bridge lender settlement. | 0.50 |
| 12/21/10 | ANL | Reviewed intercompany analysis and recovery model report and assumptions. | 3.10 |
| 12/21/10 | ANL | Reviewed bridge lenders disclosure statement and assumptions. | 1.50 |
| 12/21/10 | ANL | Reviewed Tribune recovery model. | 2.60 |
| 12/21/10 | AH | Call w/ UCC professionals re: Bridge POR | 0.50 |
| 12/22/10 | AH | Conference call w/ UCC and Bridge professionals re: proposed Bridge settlement | 1.40 |
| 12/22/10 | AH | Follow-up call w/ A. Leung and B. Hall re: proposed Bridge settlement | 0.30 |
| 12/22/10 | AH | Review intercompany claim materials, including original AlixPartners report, Bridge disclosure statement, Joint disclosure statement exhibit and Huron report | 2.50 |
| 12/22/10 | ANL | Prepared for and participated in conference call with Chadbourne, Bridge Lenders' advisors to discuss Bridge Lender settlement and presentation. | 2.20 |
| 12/22/10 | ANL | Analyzed and reviewed Bridge lender disclosure statement and exhibits. | 2.50 |
| 12/22/10 | ANL | Analyzed and reviewed Bridge lender presentation on recoveries and assumptions. | 1.90 |
| 12/22/10 | ANL | Analyzed and reviewed revised Debtor claim recovery model. | 2.50 |
| 12/22/10 | BH | Participate in call with White & Case on proposed Bridge | 1.10 |

Re:                 Plan of Reorganization
Client/Matter #     005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | lender settlement. | |
| 12/22/10 | BH | Participated in call with A. Holtz and A. Leung (both AlixPartners) re Bridge lenders settlement. | 0.40 |
| 12/22/10 | ANL | Participated in call with A. Holtz and B. hall re Bridge settlement. | 0.30 |
| 12/28/10 | ANL | Reviewed Bridge lenders presentation on recoveries scenarios. | 2.30 |
| 12/28/10 | ANL | Reviewed Bridge lenders model. | 3.60 |
| 12/28/10 | ANL | Reviewed Debtors recovery model. | 2.30 |
| 12/28/10 | BH | Participate in discussions with Bridge Lender Advisors (Huron) on financial model used to support their settlement position. | 0.80 |
| 12/28/10 | BH | Review and analyze financial model developed by Huron to display recovery position of Bridge Lenders under alternative scenarios. | 3.90 |
| 12/29/10 | BH | Participate in phone call with Huron to discuss the alternative scenarios in the December 2010 settlement presentation and develop an understanding of how to manipulate the alternatives in the financial model developed by Huron. | 1.00 |
| 12/29/10 | BH | Review and analyze the bridge analysis of financial impact to 3 alternative scenarios in the Bridge Lender's model. | 0.90 |
| 12/29/10 | BH | Review and analyze memo by Chadbourne discussing the legal issues surrounding the arguments developed by the Bridge Lenders as part of settlement negotiations. | 0.50 |
| 12/29/10 | BH | Review and analyze supplemental information and updated financial model provided by Huron in support of the Bridge Lenders settlement negotiations. | 2.40 |
| 12/30/10 | BH | Participate in call with A. Leung and Y. Kim (both AlixPartners) to update on assumptions in the Bridge lenders' financial model and preparation for questions in diligence of the model. | 0.80 |
| 12/30/10 | BH | Call with Huron to review and analyze the functional capability of the financial model developed by Huron and test the assumptions and data utilized by the model. | 1.30 |
| 12/30/10 | BH | Draft and revise a memo to Zuckerman with a review of financial outcomes from alternative scenarios presented by the Bridge Lenders in their settlement discussions. | 2.20 |
| 12/30/10 | ANL | Analyzed and reviewed Tribune intercompany receivables and payables for all legal entities. | 3.20 |
| 12/30/10 | ANL | Analyzed and reviewed Bridge lender model. | 3.50 |
| 12/30/10 | ANL | Prepared for and participated in conference call with Bridge lender advisors regarding the Bridge Lender model and | 1.80 |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | assumptions. | |
| 12/30/10 | YK | Reviewed and analyzed claims distribution model provided by Huron. Participated in call with Huron professionals to review claims distribution model. Reviewed supporting documents and presentation. | 5.60 |
| 12/31/10 | YK | Reviewed and analyzed claims distribution model provided by Huron. Reviewed supporting documents. | 1.80 |
| 12/31/10 | BH | Review and analyze the amount of claims of PHONES as impacted by the put options made and unpaid at the petition date. | 0.70 |
| 12/31/10 | BH | Review and analyze additional information from Huron in support of Bridge Lenders settlement discussions and draft a memo to Zuckerman on status of review of Huron's financial model. | 1.60 |
| | | **Total Hours** | **78.00** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 0.50 | 820.00 | 410.00 |
| Alan Holtz | 4.70 | 820.00 | 3,854.00 |
| Mark F Rule | 1.50 | 530.00 | 795.00 |
| Albert Leung | 44.90 | 530.00 | 23,797.00 |
| Brad Hall | 19.00 | 620.00 | 11,780.00 |
| Young Kim | 7.40 | 470.00 | 3,478.00 |
| **Total Hours & Fees** | **78.00** | | **44,114.00** |

Re: Avoidance Actions
Client/Matter # 005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/10 | ANL | Reviewed and analyzed payments to professionals during the preference period. | 3.10 |
| 12/01/10 | ANL | Reviewed and analyzed JPM payment information and Merrill payment information during the preference period. | 2.80 |
| 12/01/10 | ANL | Reviewed Examiners report for information on Merrill payments. | 1.70 |
| 12/01/10 | BH | Review and analyze potential preferential payments made to JP Morgan and Merrill Lynch. | 0.60 |
| 12/01/10 | AH | Various emails w/ AlixPartners team, counsel and A&M re: preference actions | 0.40 |
| 12/01/10 | MPM | Reviewed and analyzed preference analysis and supporting documents. | 1.50 |
| 12/02/10 | BH | Review and analyze the Debtors information on status of receipt of Tolling Agreements from organizations identified as subject to preference claims. | 0.60 |
| 12/02/10 | BH | Review and analyze an updated summary of Insider Preference information provided by Debtors counsel. | 0.90 |
| 12/02/10 | ANL | Reviewed and analyzed payments to professionals during the preference period. | 2.80 |
| 12/03/10 | ANL | Analyzed and reviewed insider preference complaints and exhibits. | 5.50 |
| 12/03/10 | ANL | Analyzed and reviewed tolling agreements and exhibits. | 2.60 |
| 12/03/10 | ANL | Reviewed historical payments during preference period. | 2.80 |
| 12/03/10 | ANL | Analyzed and reviewed preference complaints and exhibits for professionals. | 1.70 |
| 12/03/10 | BH | Review Debtors information on communication to Insiders to be named in Preference actions. | 0.30 |
| 12/03/10 | BH | Review information provided by Debtors advisors on Professionals being identified as subjects of the Debtors preference pursuit versus Professionals pursued by the UCC. | 0.40 |
| 12/06/10 | RBD | Review Amended Complaints | 2.30 |
| 12/06/10 | ANL | Reviewed historical payments during preference period. | 2.20 |
| 12/08/10 | ANL | Analyzed and reviewed vendors and professionals preference details. | 3.20 |
| 12/08/10 | ANL | Analyzed and reviewed tolling agreements and exhibits. | 1.80 |
| 12/08/10 | ANL | Reviewed historical payments during preference period. | 1.70 |
| 12/08/10 | BH | Review and analyze the Tolling Agreements obtained by Debtors and those not yet received. | 0.60 |
| 12/08/10 | BH | Review and analyze the updated Preference list supplied by Debtors and reconcile to the Declaration provided by Brian Whittman. | 1.00 |

Re:             Avoidance Actions
Client/Matter # 005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/09/10 | ANL | Reviewed Debtors' B. Whittman (Alvarez & Marsal) declaration on preference analysis. | 1.80 |
| 12/10/10 | ANL | Analyzed and reviewed preference analysis summary for parent and subsidiary wires and checks. | 1.80 |
| 12/10/10 | ANL | Analyzed and reviewed preference analysis summary for professionals. | 2.10 |
| 12/13/10 | MFR | Research related to question from Zuckerman regarding Bridge Lenders argument on intercompany receivables and conference call with Zuckerman regarding the same. | 3.50 |
| 12/13/10 | ANL | Analyzed and reviewed preference analysis summary for parent and subsidiary wires and checks. | 1.70 |
| 12/13/10 | ANL | Analyzed and reviewed preference analysis summary for professionals. | 2.30 |
| 12/13/10 | YK | Reviewed UCC complaint, both Motion to Amend First Amended Complaint and First Amended Complaint. | 0.90 |
| 12/14/10 | ANL | Reviewed Step one lenders proposed settlement and related documents. | 1.60 |
| 12/14/10 | ANL | Analyzed and reviewed preference analysis summary for parent and subsidiary wires and checks. | 2.20 |
| 12/15/10 | ANL | Analyzed and reviewed reconciliation schedule provided by A&M on the UCC filed preference claims. | 1.80 |
| 12/15/10 | ANL | Analyzed and reviewed schedule provided by A&M on the filed preference claims. | 2.30 |
| 12/16/10 | ANL | Analyzed and reviewed preference analysis and historical payment information. | 2.20 |
| 12/17/10 | ANL | Reviewed UCC complaint exhibits and information. | 2.30 |
| | | **Total Hours** | **67.00** |

Re:              Avoidance Actions
Client/Matter #  005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 2.30 | 860.00 | 1,978.00 |
| Michael P Murphy | 1.50 | 820.00 | 1,230.00 |
| Alan Holtz | 0.40 | 820.00 | 328.00 |
| Mark F Rule | 3.50 | 530.00 | 1,855.00 |
| Albert Leung | 54.00 | 530.00 | 28,620.00 |
| Brad Hall | 4.40 | 620.00 | 2,728.00 |
| Young Kim | 0.90 | 470.00 | 423.00 |
| **Total Hours & Fees** | **67.00** | | **37,162.00** |

Re: UCC Meetings
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/07/10 | AH | Weekly update call w/ UCC professionals | 0.70 |
| 12/07/10 | BH | Participate in weekly Professionals meeting hosted by Chadbourne. | 1.00 |
| 12/09/10 | BH | Participate in UCC meeting and present financial results report. | 1.20 |
| 12/09/10 | ANL | Prepared for and participated in telephonic UCC meeting regarding preference actions and plan of reorganization issues. | 1.20 |
| 12/14/10 | AH | Weekly update call w/ UCC professionals | 0.50 |
| 12/16/10 | AH | Weekly UCC meeting (telephonic) | 0.50 |
| 12/16/10 | BH | Participate in UCC meeting and present financial results report. | 0.50 |
| 12/21/10 | AH | Weekly update call w/ UCC professionals | 0.50 |
| 12/21/10 | BH | Participate in UCC Professionals meeting hosted by Chadbourne. | 0.50 |
| | | **Total Hours** | **6.60** |

Re:            UCC Meetings
Client/Matter #   005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alan Holtz | 2.20 | 820.00 | 1,804.00 |
| Albert Leung | 1.20 | 530.00 | 636.00 |
| Brad Hall | 3.20 | 620.00 | 1,984.00 |
| **Total Hours & Fees** | **6.60** | | **4,424.00** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/07/10 | ANL | Prepared November fee application and exhibits. | 1.80 |
| 12/08/10 | ANL | Prepared November fee application and exhibits. | 1.50 |
| 12/08/10 | YK | Prepared November 2010 fee application. | 1.20 |
| 12/09/10 | ANL | Prepared November fee application and exhibits. | 1.20 |
| 12/13/10 | YK | Prepared November 2010 fee application. | 1.80 |
| 12/13/10 | YK | Prepared November 2010 fee application motion. | 2.10 |
| 12/14/10 | ANL | Prepared November fee application and exhibits. | 1.30 |
| 12/14/10 | YK | Prepared November 2010 fee application. | 1.50 |
| 12/14/10 | YK | Prepared November 2010 fee app motion. | 0.50 |
| 12/15/10 | ANL | Prepared November fee application and exhibits. | 1.50 |
| 12/17/10 | AH | Detailed review of November time descriptions and fee application | 1.90 |
| 12/20/10 | ANL | Prepared November fee application and exhibits. | 2.60 |
| 12/22/10 | AH | Final review of November fee application, sign and send to counsel | 0.70 |
| | | **Total Hours** | **19.60** |

Re:             Billing and Retention
Client/Matter # 005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.60 | 820.00 | 2,132.00 |
| Albert Leung | 9.90 | 530.00 | 5,247.00 |
| Young Kim | 7.10 | 470.00 | 3,337.00 |
| **Total Hours & Fees** | **19.60** | | **10,716.00** |

Re:                 Travel Time (billed at 50%)
Client/Matter #   005735.00018

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/01/10 | BH | Return travel from Delaware to San Francisco following attendance at court hearings for potential need to Testify. | 8.50 |
| | | **Total Hours** | **8.50** |

Re:             Travel Time (billed at 50%)
Client/Matter # 005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 8.50 | 620.00 | 5,270.00 |
| **Total Hours & Fees** | **8.50** | | **5,270.00** |