# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

December 1, 2010 through and including December 31, 2010

| Expenses | Amount |
|---|---|
| Airfare | 2,601.85 |
| Airfare Service Charge | 60.00 |
| Cab Fare/Ground Transportation | 311.23 |
| Conference Calls | 45.73 |
| Phone - Internet Access | 37.85 |
| Lodging | 715.91 |
| Meals & Tips | 523.90 |
| Parking & Tolls | 124.00 |
| Rental Car | 164.68 |
| **Total Disbursements** | **4,585.15** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 10/14/10 | Conference Calls - - VENDOR: InterCall Alan Holtz | 4.71 |
| 11/01/10 | Cab Fare/Ground Transportation Albert Leung Cab To Tribune Offices (out of town) | 6.00 |
| 11/01/10 | Meals & Tips Albert Leung - Lunch (out of town) | 11.00 |
| 11/02/10 | Meals & Tips Albert Leung - Breakfast (out of town) | 6.00 |
| 11/02/10 | Meals & Tips Albert Leung - Lunch (out of town) | 12.00 |
| 11/07/10 | Meals & Tips Albert Leung - Lunch (out of town) | 16.00 |
| 11/08/10 | Conference Calls - - VENDOR: Raindance Communications, Inc. Albert Leung | 3.16 |
| 11/08/10 | Meals & Tips Albert Leung - Dinner (out of town) | 31.89 |
| 11/09/10 | Airfare Albert Leung 2010-11-10 SFO - MDW (coach) | 841.40 |
| 11/09/10 | Cab Fare/Ground Transportation Albert Leung Cab To Office (out of town) | 11.00 |
| 11/10/10 | Cab Fare/Ground Transportation Albert Leung Cab From Chicago Airport To Hotel (out of town) | 45.00 |
| 11/10/10 | Phone - Internet Access Albert Leung | 9.95 |
| 11/10/10 | Phone - Internet Access Albert Leung | 17.95 |
| 11/10/10 | Lodging Albert Leung Intercontinental Frnt Dsk - Chicago 11/10/2010 - 11/11/2010 | 270.08 |
| 11/10/10 | Meals & Tips Albert Leung - Breakfast (out of town) | 12.00 |
| 11/10/10 | Meals & Tips Albert Leung - Breakfast (out of town) | 12.26 |
| 11/10/10 | Meals & Tips Albert Leung - Dinner (out of town) | 82.00 |
| 11/11/10 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. A. Holtz | 99.23 |
| 11/11/10 | Meals & Tips Albert Leung - Breakfast (out of town) | 5.99 |
| 11/12/10 | Cab Fare/Ground Transportation Albert Leung Travel To Airport (out of town) | 106.00 |
| 11/12/10 | Meals & Tips Albert Leung - Dinner (out of town) | 28.81 |
| 11/14/10 | Meals & Tips Albert Leung - Lunch (in town) | 18.00 |
| 11/15/10 | Cab Fare/Ground Transportation Albert Leung Overtime Cab Home (in town) | 11.00 |
| 11/15/10 | Meals & Tips Albert Leung - Dinner (in town) | 15.00 |
| 11/17/10 | Meals & Tips Albert Leung - Dinner (in town) | 24.75 |
| 11/17/10 | Meals & Tips Albert Leung - Dinner (in town) | 13.50 |
| 11/18/10 | Meals & Tips Albert Leung - Dinner (in town) | 7.61 |
| 11/19/10 | Cab Fare/Ground Transportation Albert Leung Overtime Cab Home (in town) | 11.00 |
| 11/19/10 | Meals & Tips Albert Leung - Dinner (in town) | 16.00 |

| Date | Disbursement Description | Amount |
|------|--------------------------|-------:|
| 11/21/10 | Conference Calls - - VENDOR: Raindance Communications, Inc. Albert Leung | 20.61 |
| 11/22/10 | Conference Calls - - VENDOR: Raindance Communications, Inc. Albert Leung | 2.31 |
| 11/24/10 | Airfare Brad Hall 2010-11-28 SFO - PHL (coach) | 1,610.45 |
| 11/24/10 | Airfare Service Charge Brad Hall | 30.00 |
| 11/24/10 | Conference Calls - - VENDOR: Raindance Communications, Inc. Albert Leung | 0.05 |
| 11/24/10 | Meals & Tips Albert Leung - Dinner (in town) | 45.43 |
| 11/26/10 | Conference Calls - - VENDOR: Raindance Communications, Inc. Albert Leung | 14.89 |
| 11/27/10 | Meals & Tips Albert Leung - Dinner (in town) | 30.00 |
| 11/28/10 | Lodging Brad Hall Sheraton - Philadelphia 11/28/2010 - 11/29/2010 | 125.57 |
| 11/28/10 | Meals & Tips Brad Hall - Dinner (out of town) | 10.00 |
| 11/29/10 | Lodging Brad Hall Sheraton - Philadelphia 11/29/2010 - 12/01/2010 | 320.26 |
| 11/29/10 | Meals & Tips Albert Leung - Dinner (in town) | 21.00 |
| 11/29/10 | Meals & Tips Brad Hall - Dinner (out of town) | 19.31 |
| 11/29/10 | Parking & Tolls Brad Hall | 15.00 |
| 11/29/10 | Parking & Tolls Brad Hall | 10.00 |
| 11/30/10 | Airfare Brad Hall 2010-12-01 PHL - SFO (coach) | 150.00 |
| 11/30/10 | Airfare Service Charge Brad Hall | 30.00 |
| 11/30/10 | Meals & Tips Brad Hall - Breakfast (out of town) | 10.00 |
| 11/30/10 | Meals & Tips Brad Hall - Dinner (out of town) | 15.50 |
| 12/01/10 | Meals & Tips Brad Hall - Lunch (out of town) | 5.05 |
| 12/01/10 | Parking & Tolls Brad Hall | 99.00 |
| 12/01/10 | Rental Car Brad Hall 3 Days Philadelphia PA | 164.68 |
| 12/03/10 | Cab Fare/Ground Transportation Albert Leung Overtime Cab (in town) | 11.00 |
| 12/03/10 | Meals & Tips Albert Leung - Dinner (in town) | 18.00 |
| 12/06/10 | Meals & Tips Albert Leung - Dinner (in town) | 20.80 |
| 12/11/10 | Phone - Internet Access Albert Leung | 9.95 |
| 12/20/10 | Cab Fare/Ground Transportation Albert Leung Cab Home (in town) | 11.00 |
| 12/20/10 | Meals & Tips Albert Leung - Dinner (in town) | 16.00 |
| | **Total Disbursements** | **4,585.15** |