IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :     Chapter 11 Cases
                                                    :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :     (Jointly Administered)
                                                    :
                        Debtors.                    :     *D.I. 7634*
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Christine A. Montenegro of Kasowitz Benson Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: January 25, 2011           **BIFFERATO GENTILOTTI LLC**

                                  */s/ Mary E. Augustine*
                                  Garvan F. McDaniel (I.D. #4167)
                                  Mary E. Augustine (I.D. #4477)
                                  800 N. King Street, Plaza Level
                                  Wilmington, DE 19801
                                  Telephone: (302) 429-1900
                                  Fax: (302) 429-8600
                                  gmcdaniel@bglawde.com

                                  *Counsel for Law Debenture Trust Company
                                  of New York*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of Christine A. Montenegro, Esquire is granted.

Dated: January 28, 2011
                                  _____
                                  United States Bankruptcy Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey, U.S. District Court, District of New Jersey, Southern District of New York and Western District of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 25, 2011

                  */s/ Christine A. Montenegro*
                  Christine A. Montenegro
                  Kasowitz Benson Torres & Friedman LLP
                  1633 Broadway
                  New York, NY  10019
                  Telephone: (212) 506-1715
                  Fax: (212) 506-1800
                  cmontenegro@kasowitz.com