# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In Re:
Tribune Company
435 N. Michigan Avenue     **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation

*Case No.*:  08–13141–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

 A transcript of the proceeding held on 1/24/2011 was filed on 1/28/2011 . The following deadlines apply:

 The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 2/18/2011 .

 If a request for redaction is filed, the redacted transcript is due 2/28/2011 .

 If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 4/28/2011 unless extended by court order.

 To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 1/28/11

(ntc)