IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141(KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## MEDIATOR'S THIRD REPORT

The Court appointed Judge Kevin Gross to serve as the Mediator in this case by Order, dated September 1, 2010 (D.I. 5591). The continuing settlement discussions have resulted in the Bridge Lenders Group's acceptance of the Debtors/Committee/Lenders Plan on the terms contained in the Bridge Loan Settlement Term Sheet, a copy of which is attached hereto as Exhibit A.

Dated: January 28, 2011

_____
Kevin Gross, Mediator