# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES REGARDING THE AMENDED SCHEDULES OF ASSETS AND LIABILITIES OF TRIBUNE CNLBC, LLC

Tribune CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) (the "Debtor") is filing its Amended Schedule F (Creditors Holding Unsecured Non Priority Claims) to its Schedules of Assets and Liabilities (collectively, the "Schedules") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors, prepared the Amended Schedule F in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191)). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

These Global Notes Regarding the Amended Schedules of Assets and Liabilities of Tribune CNLBC, LLC (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all the Schedules.  These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules.[2]

The Schedules have been prepared by the Debtor's management and are unaudited and subject to further review and potential adjustment and amendment.  In preparing the Schedules, the Debtor relied on financial data derived from its books and records that was available at the time of preparation.  The Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and inadvertent errors, omissions or inaccuracies may exist.  The Debtor reserves all rights to amend or supplement the Schedules.

The Debtor has filed this Amended Schedule F for the limited purpose of reflecting changes to its liabilities resulting from the  Debtor's continued review of its books and records and, specifically, for the limited purpose of adding certain liabilities to its Schedule F that represent certain checks issued by the Debtor to the identified recipients prior to the commencement of the Debtor's chapter 11 case that were not cashed by the recipients, or on which payment had not cleared, as of the commencement of the Debtor's chapter 11 case.

Except as necessary to reflect the updated liability information contained in this Amended Schedule F, nothing herein affects the validity of or information contained in (i) the Statements of Financial Affairs (the "Statements") for the Debtor, (ii) the Global Notes to the original Schedules of Assets and Liabilities and Statements for the Debtor, each of which were filed by the Debtor with the Bankruptcy Court on October 12, 2009, (iii) the Global Notes to the Amended Schedules of Assets and Liabilities filed by the Debtor with the Bankruptcy Court on December 9, 2009, or (iv) the Global Notes Regarding the Amended Schedules of Assets and Liabilities filed by the Debtor with the Bankruptcy Court on May 13, 2010.

**Reservation of Rights**.  Nothing contained in the Schedules or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

---

[2] These Global Notes are in addition to any specific notes contained in the Debtor's Schedules.  The fact that the Debtor has prepared a "General Note" with respect to any of its Schedules and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such General Note to any of the Debtor's remaining Schedules, as appropriate.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re _____Tribune CNLBC, LLC_____,
Debtor

Case No. _09-13496_

Chapter _11_

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | | $   N/A | | |
| B - Personal Property | No | | $   N/A | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | No | | | $   N/A | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | | | $   N/A | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | | | $ 1,257,817,360.68 | |
| G - Executory Contracts and Unexpired Leases | No | | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $   N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $   N/A |
| TOTAL | | | $   N/A | $ 1,257,817,360.68 + Undetermined Amounts | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re _____,       Case No. _____

                Debtor

                                                             Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6F (Official Form 6F) (04/10)

In re    Tribune CNLBC, LLC                              ,          Case No. 09-13496
_____                        _____
        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ADAMS, GREG<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br>ADAMS, JUSTIN<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br>AEBISCHER, DREW<br>Address on File | | | Unclaimed Checks | | | | $46.00 |
| ACCOUNT NO.<br>AIG AMERICAN GENERAL<br>MS. MARY KAY O'NEILL<br>1000 E. WOODFIELD RD. No.300<br>SCHAUMBURG, IL 60173 | | | Unclaimed Checks | | | | $87.00 |
| | | | | | Subtotal ▶ | | $ 269.00 |

  98  continuation sheets attached

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                     ,          Case No.   **09-13496**
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Akerson, Maegan D | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br><br>ALPHA SIGMA PHI FRATERNITY<br>MR. GRANT HAHN<br>211 E. ARMORY<br>CHAMPAIGN, IL 61820 | | | Unclaimed Checks | | | | $120.00 |
| ACCOUNT NO.<br><br>ALTMAN, STEVE<br>Address on File | | | Unclaimed Checks | | | | $20.00 |
| ACCOUNT NO.<br><br>Alvarez, Belinda | | | Unclaimed Checks | | | | $26.09 |

Sheet no.  _1_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 168.39

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
_____
       **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN INTERNATIONAL GROUP A<br>MR. CHARLIE ACOSTA<br>300 S. RIVERSIDE PLZ. No.2100<br>CHICAGO, IL 60606 | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br><br>ANDERSON, DAVID<br>Address on File | | | Unclaimed Checks | | | | $20.00 |
| ACCOUNT NO.<br><br>Arizona Department of Revenue | | | Unclaimed Checks | | | | $118.49 |
| ACCOUNT NO.<br><br>Arizona Department of Revenue<br>Unclaimed Property Division<br>1600 W. Monroe<br>P.O. Box 29026<br>Phoenix, AZ 85038 | | | Unclaimed Checks | | | | $831.00 |

Sheet no. _2_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,129.49

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC _____ ,                    Case No. __09-13496_____
              **Debtor**                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARONWALD, RICHARD<br>Address on File | | | Unclaimed Checks | | | | $150.00 |
| ACCOUNT NO.<br><br>ARTMANN, BRETT<br>Address on File | | | Unclaimed Checks | | | | $30.00 |
| ACCOUNT NO.<br><br>Baez, Sammy Ariel | | | Unclaimed Checks | | | | $157.07 |
| ACCOUNT NO.<br><br>BANK OF NEW YORK/MIDWEST TRUST CO.<br>MR. MARK BROWN<br>2 N. LASALLE ST. #1020<br>CHICAGO, IL 60602 | | | Unclaimed Checks | | | | $3,450.00 |

Sheet no. _3_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 3,787.07

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC_____,          Case No.   09-13496_____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BANK OF NEW YORK/MIDWEST TRUST CO. MR. MARK BROWN 2 N. LASALLE ST. #1020 CHICAGO, IL 60602 | | | Unclaimed Checks | | | | $102.00 |
| ACCOUNT NO. BARRETT, MICHAEL Address on File | | | Unclaimed Checks | | | | $40.00 |
| ACCOUNT NO. BARTON, JULIE Address on File | | | Unclaimed Checks | | | | $46.00 |
| ACCOUNT NO. BATKIAVICK, KEVIN Address on File | | | Unclaimed Checks | | | | $56.00 |

Sheet no.   4  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 244.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____,          Case No.  **09-13496** _____
_____**Debtor**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BAUMGARTNER, WALTER<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br>BECK, TOM<br>Address on File | | | Unclaimed Checks | | | | $100.00 |
| ACCOUNT NO.<br>BEESON, JUDY<br>Address on File | | | Unclaimed Checks | | | | $32.00 |
| ACCOUNT NO.<br>BEHM, DARRYL<br>Address on File | | | Unclaimed Checks | | | | $805.00 |
| ACCOUNT NO.<br>BEIRNE, MICHELLE<br>Address on File | | | Unclaimed Checks | | | | $12.00 |

Sheet no. _5_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,009.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,          Case No. **09-13496** _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Beltran, Francis | | | Unclaimed Checks | | | | $13.00 |
| ACCOUNT NO.<br><br>BENEFIT, HEALTH<br>Address on File | | | Unclaimed Checks | | | | $102.00 |
| ACCOUNT NO.<br><br>BENSON, DANA<br>Address on File | | | Unclaimed Checks | | | | $42.00 |
| ACCOUNT NO.<br><br>BERG, JUSTIN<br>Address on File | | | Unclaimed Checks | | | | $495.60 |
| ACCOUNT NO.<br><br>BERGLUND, DAVID<br>Address on File | | | Unclaimed Checks | | | | $184.00 |

Sheet no. _6_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 836.60

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                          ,                    Case No.  **09-13496**
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bialas, Cassandra | | | Unclaimed Checks | | | | $15.09 |
| ACCOUNT NO. <br> BINDER, JON <br> Address on File | | | Unclaimed Checks | | | | $112.00 |
| ACCOUNT NO. <br> BINKLEY, EVELYN <br> Address on File | | | Unclaimed Checks | | | | $6.00 |
| ACCOUNT NO. <br> Blair, Nychelle | | | Unclaimed Checks | | | | $39.83 |
| ACCOUNT NO. <br> Block, Lauren D | | | Unclaimed Checks | | | | $36.64 |

Sheet no. _7_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 209.56

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                          ,          Case No.   **09-13496**
                              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BLUME, DEREK<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>Bodie, Creighton | | | Unclaimed Checks | | | | $207.25 |
| ACCOUNT NO.<br><br>BOGDANOVICH, JOSEPH<br>Address on File | | | Unclaimed Checks | | | | $12.00 |
| ACCOUNT NO.<br><br>BOGGIO, MARK<br>Address on File | | | Unclaimed Checks | | | | $42.00 |
| ACCOUNT NO.<br><br>BOHLING, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $68.00 |

Sheet no.  _8_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 365.25

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,          Case No.  **09-13496** _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BOSCO, ANDREW<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br>BOURGOYNE, JONATHAN<br>Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.<br>BOWEN, AMBER<br>Address on File | | | Unclaimed Checks | | | | $34.00 |
| ACCOUNT NO.<br>Branick, Tina | | | Unclaimed Checks | | | | $84.54 |
| ACCOUNT NO.<br>BREYNE, CHRISTOPHER<br>Address on File | | | Unclaimed Checks | | | | $4.15 |

Sheet no. _9_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 242.69

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC _____ ,          Case No.  09-13496 _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Broderick, Gerald J | | | Unclaimed Checks | | | | $922.45 |
| ACCOUNT NO. <br><br> BROWN, STUART <br> Address on File | | | Unclaimed Checks | | | | $27.00 |
| ACCOUNT NO. <br><br> BRUNSWICK BOWLING & BILLIARD <br> MR. KURT HARZ <br> 6461 HANOVER COURT <br> LISLE, IL 60532 | | | Unclaimed Checks | | | | $184.00 |
| ACCOUNT NO. <br><br> Bucher, Brenda J | | | Unclaimed Checks | | | | $54.79 |

Sheet no. _10_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,188.24

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,          Case No.  **09-13496** _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Buckner, Cornel | | | Unclaimed Checks | | | | $71.89 |
| ACCOUNT NO. <br><br> Bunn, Markay A | | | Unclaimed Checks | | | | $59.84 |
| ACCOUNT NO. <br><br> Bureau of Abandoned Property <br> PO Box 8931 <br> Wilmington, DE 19899 | | | Unclaimed Checks | | | | $828.19 |
| ACCOUNT NO. <br><br> Burman, Barry | | | Unclaimed Checks | | | | $327.95 |
| ACCOUNT NO. <br><br> BURNS, BJ <br> Address on File | | | Unclaimed Checks | | | | $40.00 |

Sheet no. _11_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,327.87

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
_____
              **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cacciatore, Joseph P | | | Unclaimed Checks | | | | $476.75 |
| ACCOUNT NO.<br>CAKEBREAD, STUART<br>Address on File | | | Unclaimed Checks | | | | $40.00 |
| ACCOUNT NO.<br>Camacaro Blanco, Israel Eduardo | | | Unclaimed Checks | | | | $211.54 |
| ACCOUNT NO.<br>CAPLOE, PETER<br>Address on File | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br>Caridad, Jose | | | Unclaimed Checks | | | | $237.24 |

Sheet no. _12_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,125.53

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,           Case No.   09-13496
         **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CARNES JR, ROBERT <br> Address on File | | | Unclaimed Checks | | | | $149.86 |
| ACCOUNT NO. <br><br> CARROLL, CHARLES <br> Address on File | | | Unclaimed Checks | | | | $128.00 |
| ACCOUNT NO. <br><br> Castillo, Dionis Nunez | | | Unclaimed Checks | | | | $305.11 |
| ACCOUNT NO. <br><br> Castillo, Nolberto | | | Unclaimed Checks | | | | $30.71 |
| ACCOUNT NO. <br><br> Castillo, Welington Andres | | | Unclaimed Checks | | | | $327.83 |

Sheet no.   13  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 941.51

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
                **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Catalan, Alexander | | | Unclaimed Checks | | | | $35.40 |
| ACCOUNT NO.<br>Catallo, Joseph | | | Unclaimed Checks | | | | $146.03 |
| ACCOUNT NO.<br>CATES, CORIE<br>Address on File | | | Unclaimed Checks | | | | $42.00 |
| ACCOUNT NO.<br>CEDENO, RONNY<br>Address on File | | | Unclaimed Checks | | | | $30.00 |
| ACCOUNT NO.<br>CHAMPION, ALLISON<br>Address on File | | | Unclaimed Checks | | | | $72.00 |

Sheet no. _14_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 325.43

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,                    Case No.  **09-13496**
                          **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CHAPMAN, TOM<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br>Charnot, Bryan | | | Unclaimed Checks | | | | $2.93 |
| ACCOUNT NO.<br>CHEZ, ADAM<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br>CHICAGO ONE MORTGAGE<br>MR. BRAIN REYNOLDS<br>2438 N. LINCOLN AVE. No.200<br>CHICAGO, IL 60614 | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br>CHICAGO TITLE INSURANCE CO.<br>MS. MARY MAKHAMRE<br>171 N. CLARK ST. 4TH FLR.<br>CHICAGO, IL 60601 | | | Unclaimed Checks | | | | $11,485.00 |

Sheet no. _15_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 11,635.93

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                          ,                    Case No.  **09-13496**
_____
                   **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHIPPEWA SENIOR FUN CLUB<br>MS. JANET RIPPMAN<br>225 W. CHIPPEWA AVE.<br>SOUTH BEND, IN 46614 | | | Unclaimed Checks | | | | $57.00 |
| ACCOUNT NO.<br><br>CIBA SPECIALTY CHEMICALS<br>MR. ROD DECKER<br>551 W. BELDEN No.GRW<br>CHICAGO, IL 60614 | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br><br>CITY OF CHICAGO<br>DEPT OF ENVIRONMENT<br>30 N LASALLE ST   25TH FLR<br>CHICAGO, IL 60602 | | | Unclaimed Checks | | | | $600.00 |
| ACCOUNT NO.<br><br>CLARDY, JANICE<br>Address on File | | | Unclaimed Checks | | | | $72.00 |
| ACCOUNT NO.<br><br>CLARKSON, DARYL<br>Address on File | | | Unclaimed Checks | | | | $36.00 |

Sheet no. _16_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 925.00

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,          Case No.   09-13496                              
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLINICAL ONCOLOGY PROGRAM<br>MR. JAMES MCGEE<br>4525 GRAND VIEW DRIVE<br>PEORIA HEIGHTS, IL 61616 | | | Unclaimed Checks | | | | $92.00 |
| ACCOUNT NO.<br><br>Coffey, Vincent | | | Unclaimed Checks | | | | $1.93 |
| ACCOUNT NO.<br><br>COLBY, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $224.00 |
| ACCOUNT NO.<br><br>Colorado Department of Treasury<br>Unclaimed Property Division<br>1580 LOGAN ST SUITE 500<br>Denver, CO 80203 | | | Unclaimed Checks | | | | $435.20 |
| ACCOUNT NO.<br><br>CONLEY, PATRICK<br>Address on File | | | Unclaimed Checks | | | | $168.00 |

Sheet no.  _17_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 921.13

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
_____
                          **Debtor**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CONNEELY, JANET<br>Address on File | | | Unclaimed Checks | | | | $108.00 |
| ACCOUNT NO.<br><br>Conway, Michael | | | Unclaimed Checks | | | | $114.00 |
| ACCOUNT NO.<br><br>Crenshaw, Sylvester | | | Unclaimed Checks | | | | $3.04 |
| ACCOUNT NO.<br><br>CRESSY, ROBERT<br>Address on File | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br><br>CROSBY, TARAH<br>Address on File | | | Unclaimed Checks | | | | $256.00 |

Sheet no. _18_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 641.04

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.   **09-13496**
                 **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CROSBY, TARAH<br>Address on File | | | Unclaimed Checks | | | | $35.00 |
| ACCOUNT NO.<br>DAILY, CHRIS<br>Address on File | | | Unclaimed Checks | | | | $96.00 |
| ACCOUNT NO.<br>DALTON, MARK<br>Address on File | | | Unclaimed Checks | | | | $34.00 |
| ACCOUNT NO.<br>Dascola, Frances | | | Unclaimed Checks | | | | $36.17 |
| ACCOUNT NO.<br>DAVILA, KARLA<br>Address on File | | | Unclaimed Checks | | | | $180.00 |

Sheet no. _19_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 381.17

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                            ,        Case No.   **09-13496**
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVIS, TYLER<br>Address on File | | | Unclaimed Checks | | | | $379.60 |
| ACCOUNT NO.<br><br>DE GREGORIO, JAMES G.<br>Address on File | | | Unclaimed Checks | | | | $89.00 |
| ACCOUNT NO.<br><br>DEAN, BRIAN<br>Address on File | | | Unclaimed Checks | | | | $4.00 |
| ACCOUNT NO.<br><br>Delgado, Daisy | | | Unclaimed Checks | | | | $131.32 |
| ACCOUNT NO.<br><br>DeLisle, Michael A | | | Unclaimed Checks | | | | $2.30 |

Sheet no.  _20_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 606.22

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,          Case No.  **09-13496** _____
_____**Debtor**_____                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DELMAN, JAKE<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br>DeMichael, Richard F | | | Unclaimed Checks | | | | $24.69 |
| ACCOUNT NO.<br>DIAZ, EDGAR<br>Address on File | | | Unclaimed Checks | | | | $30.00 |
| ACCOUNT NO.<br>DIEHL, IRENE<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br>DIETZ, PAMELA<br>Address on File | | | Unclaimed Checks | | | | $44.00 |

Sheet no. _21_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 214.69

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,         Case No.   09-13496
                        **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DIMITROV, IVAN<br>Address on File | | | Unclaimed Checks | | | | $300.00 |
| ACCOUNT NO.<br><br>DIRECT TV INCORPORATED<br>ATTN MEAGHER, MELISSA<br>2230 EAST IMPERIAL HIGHWAY<br>EL SEGUNDO, CA 90245 | | | Unclaimed Checks | | | | $540.00 |
| ACCOUNT NO.<br><br>DIRECTV, INC<br>PO BOX 60036<br>LOS ANGELES, CA 90060-0036 | | | Unclaimed Checks | | | | $30.97 |
| ACCOUNT NO.<br><br>Dortch, Jakina S | | | Unclaimed Checks | | | | $4.60 |
| ACCOUNT NO.<br><br>Dortch, James | | | Unclaimed Checks | | | | $2.30 |

Sheet no.  22  of  98  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 877.87

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,          Case No.  **09-13496** _____
_____**Debtor**_____          _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DOSSING, DANIELLE<br>Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.<br><br>DOUBEK, TIM<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>DOW CORNING CORP.<br>MR. GARY ADAMS<br>2413 ALGONQUIN PMB No.419<br>ALGONQUIN, IL 60102 | | | Unclaimed Checks | | | | $128.00 |
| ACCOUNT NO.<br><br>DOWNS, DARIN<br>Address on File | | | Unclaimed Checks | | | | $50.00 |
| ACCOUNT NO.<br><br>Dudley, Phylicia A | | | Unclaimed Checks | | | | $2.30 |

Sheet no. _23_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 300.30

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                          ,          Case No.  09-13496
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DUFFY, CHARLES<br>Address on File | | | Unclaimed Checks | | | | $112.00 |
| ACCOUNT NO.<br>DUFFY, NOREEN<br>Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.<br>DUFFY, NOREEN<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br>Dunbar, Joseph E | | | Unclaimed Checks | | | | $4.60 |
| ACCOUNT NO.<br>DURKIN PARK ELEMENTARY<br>MR RODOLFO ROJAS<br>8445 S KOLIN AVE<br>CHICAGO, IL 60652 | | | Unclaimed Checks | | | | $40.00 |

Sheet no. _24_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 280.60

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DURNING, BRYAN<br>Address on File | | | Unclaimed Checks | | | | $18.00 |
| ACCOUNT NO.<br>ELLIS, DANIEL<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br>Engstrom, Phillip | | | Unclaimed Checks | | | | $95.93 |
| ACCOUNT NO.<br>Estate of Eugene Handley, The L | | | Unclaimed Checks | | | | $37.93 |
| ACCOUNT NO.<br>EVANS, JEREMIAH<br>Address on File | | | Unclaimed Checks | | | | $150.00 |

Sheet no. _25_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 361.86

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,          Case No.   09-13496                              
             **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FALLEN, JASON <br> Address on File | | | Unclaimed Checks | | | | $12.00 |
| ACCOUNT NO. <br><br> FAMILIAS EN LA ESCUELA <br> 919 W BARRY <br> CHICAGO, IL 60657 | | | Unclaimed Checks | | | | $200.00 |
| ACCOUNT NO. <br><br> FERRIS, ERIC <br> Address on File | | | Unclaimed Checks | | | | $203.00 |
| ACCOUNT NO. <br><br> FIEGEL, ZACH <br> Address on File | | | Unclaimed Checks | | | | $2.00 |
| ACCOUNT NO. <br><br> FINANCE, MERCURY <br> Address on File | | | Unclaimed Checks | | | | $72.00 |

Sheet no.  26  of  98  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 489.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
_____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FITZHARRIS, TERRY<br>Address on File | | | Unclaimed Checks | | | | $76.00 |
| ACCOUNT NO.<br><br>FLANNERY, JAMES<br>Address on File | | | Unclaimed Checks | | | | $40.00 |
| ACCOUNT NO.<br><br>Florida Department of Financial Services | | | Unclaimed Checks | | | | $292.72 |
| ACCOUNT NO.<br><br>Flozak Jr, Bruce H | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br><br>FOELLER, JIM<br>Address on File | | | Unclaimed Checks | | | | $64.00 |

Sheet no. _27_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 475.02

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FONG, ART<br>Address on File | | | Unclaimed Checks | | | | $6.00 |
| ACCOUNT NO.<br><br>FONT, FRANKLIN<br>Address on File | | | Unclaimed Checks | | | | $75.00 |
| ACCOUNT NO.<br><br>FOULIARD GROUP<br>DAN FOULIARD<br>2115 N. BARTLETT AVE.<br>MILWAUKEE, WI 53202 | | | Unclaimed Checks | | | | $4.00 |
| ACCOUNT NO.<br><br>FOWLER, LARRY<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>FRANK, DAN<br>Address on File | | | Unclaimed Checks | | | | $68.00 |

Sheet no. _28_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 189.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re **Tribune CNLBC, LLC** _____ ,          Case No. __09-13496_____
              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FRANKEL, JACALYN<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>FUGATE, ALBERT<br>Address on File | | | Unclaimed Checks | | | | $102.00 |
| ACCOUNT NO.<br><br>GALLAGHER, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $150.00 |
| ACCOUNT NO.<br><br>Galvan, Jaime | | | Unclaimed Checks | | | | $49.08 |
| ACCOUNT NO.<br><br>Garcia, Nathaniel J | | | Unclaimed Checks | | | | $57.90 |

Sheet no. __29_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 394.98

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  __09-13496__
_____
Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GE COMMERCIAL FINANCE<br>MR. LARRY KUNKEL<br>BANNOCKBURN, IL 60015 | | | Unclaimed Checks | | | | $108.00 |
| ACCOUNT NO.<br><br>GENERAL PARTS INC.<br>MR. BILL GRUENTHAL<br>900 INDENPENDENCE<br>ROMEOVILLE, IL 60446 | | | Unclaimed Checks | | | | $128.00 |
| ACCOUNT NO.<br><br>Georgia Department of Revenue | | | Unclaimed Checks | | | | $6,852.53 |
| ACCOUNT NO.<br><br>Georgia Department of Revenue<br>Unclaimed Property Program<br>4245 International Parkway, Suite A<br>Hapeville, GA 30354 | | | Unclaimed Checks | | | | $375.00 |
| ACCOUNT NO.<br><br>GERARD, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $40.00 |

Sheet no. __30_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 7,503.53

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.   **09-13496**
_____
                **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GESWALDO, CHARLES<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>GESWALDO, CHARLES<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>GILBERT, LYNNE<br>Address on File | | | Unclaimed Checks | | | | $890.00 |
| ACCOUNT NO.<br><br>GLANVILLE, DOUGLAS<br>Address on File | | | Unclaimed Checks | | | | $1,000.00 |
| ACCOUNT NO.<br><br>GLICKMAN, ED<br>Address on File | | | Unclaimed Checks | | | | $40.00 |

Sheet no.  _31_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 2,002.00

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,        Case No.   **09-13496** _____
                    **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Goldrick, Michael R | | | Unclaimed Checks | | | | $4.59 |
| ACCOUNT NO.<br><br>Goldrick, Sarah | | | Unclaimed Checks | | | | $72.86 |
| ACCOUNT NO.<br><br>GOLDSTEIN, KATHYRN<br>Address on File | | | Unclaimed Checks | | | | $184.00 |
| ACCOUNT NO.<br><br>GOMEZ, JOSE<br>Address on File | | | Unclaimed Checks | | | | $235.00 |
| ACCOUNT NO.<br><br>GOMEZ, JOSE<br>Address on File | | | Unclaimed Checks | | | | $271.00 |

Sheet no. _32_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 767.45

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,                    Case No.   09-13496
               **Debtor**                                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gomez, Juan David | | | Unclaimed Checks | | | | $61.12 |
| ACCOUNT NO.<br><br>GOMEZ,JOSE<br>Address on File | | | Unclaimed Checks | | | | $750.00 |
| ACCOUNT NO.<br><br>GONZALES, CHARLES<br>Address on File | | | Unclaimed Checks | | | | $200.00 |
| ACCOUNT NO.<br><br>Gonzalez, Cristian R. | | | Unclaimed Checks | | | | $72.65 |
| ACCOUNT NO.<br><br>Gonzalez, Marwin Javier | | | Unclaimed Checks | | | | $600.48 |

Sheet no.  _33_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,684.25

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                        ,          Case No.   **09-13496**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Greenwood, Joseph | | | Unclaimed Checks | | | | $183.35 |
| ACCOUNT NO. <br> GREGORY BORK, JR. <br> Address on File | | | Unclaimed Checks | | | | $5.00 |
| ACCOUNT NO. <br> GROD, TARAS <br> Address on File | | | Unclaimed Checks | | | | $96.00 |
| ACCOUNT NO. <br><br> Gross, Kimberly A | | | Unclaimed Checks | | | | $60.21 |
| ACCOUNT NO. <br><br> Guevara, Jose Antonio | | | Unclaimed Checks | | | | $305.11 |

Sheet no.  _34_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 649.67

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,                    Case No.  **09-13496** _____
_____**Debtor**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GUISE, JOHN<br>Address on File | | | Unclaimed Checks | | | | $378.00 |
| ACCOUNT NO.<br><br>H. DIAMOND IRON & METALS<br>MR. BRAD MCCABE<br>2158 W. GRAND AVE. No.505<br>CHICAGO, IL 60612 | | | Unclaimed Checks | | | | $50.00 |
| ACCOUNT NO.<br><br>H.B. BARNARD COMPANY<br>MR. JAMES B. BARNARD<br>53 W. JACKSON BLVD. No.815<br>CHICAGO, IL 60604 | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br><br>HAGAN, SUSAN<br>Address on File | | | Unclaimed Checks | | | | $100.00 |
| ACCOUNT NO.<br><br>HAMLIN PARK NEIGHBORS<br>2122 W BARRY APT 2<br>CHICAGO, IL 60618 | | | Unclaimed Checks | | | | $125.00 |

Sheet no. _35_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 813.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,                    Case No.   09-13496
_____
                  **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAMLIN, REBEKKA<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>HANSON, KYLE<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br><br>Harlow, Ronald | | | Unclaimed Checks | | | | $14.59 |
| ACCOUNT NO.<br><br>HARTIG, EDWARD<br>Address on File | | | Unclaimed Checks | | | | $285.00 |
| ACCOUNT NO.<br><br>HARTIG, EDWARD<br>Address on File | | | Unclaimed Checks | | | | $75.00 |

Sheet no.  _36_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 490.59

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,          Case No.  **09-13496** _____
_____**Debtor**_____                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAVENS, ERIC<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>HAYES, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br><br>HEALTH BENEFIT<br>MR. JOHN KIM<br>25 E. WASHINGTON No.1329<br>CHICAGO, IL 60602 | | | Unclaimed Checks | | | | $2,836.00 |
| ACCOUNT NO.<br><br>HEATHER, JUSTIN<br>Address on File | | | Unclaimed Checks | | | | $112.00 |
| ACCOUNT NO.<br><br>Heilemann, Robert | | | Unclaimed Checks | | | | $134.91 |

Sheet no. _37_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 3,178.91

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                          ,          Case No.   **09-13496**                          
_____**Debtor**_____                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> HEILMAN, BERNICE <br> Address on File | | | Unclaimed Checks | | | | $22.95 |
| ACCOUNT NO. <br> Heller, Caitlin | | | Unclaimed Checks | | | | $4.60 |
| ACCOUNT NO. <br> HELLMANN, MARY D <br> Address on File | | | Unclaimed Checks | | | | $105.00 |
| ACCOUNT NO. <br> Hellmann, Tom | | | Unclaimed Checks | | | | $776.74 |
| ACCOUNT NO. <br> HERLIHY, THOMAS <br> Address on File | | | Unclaimed Checks | | | | $54.00 |

Sheet no.  _38_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 963.29

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,         Case No.  **09-13496**
_____
            **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hernandez, Robert Dario | | | Unclaimed Checks | | | | $458.93 |
| ACCOUNT NO.<br>HIGGS, ROBERT<br>Address on File | | | Unclaimed Checks | | | | $84.00 |
| ACCOUNT NO.<br>Horvath, Claudia | | | Unclaimed Checks | | | | $14.50 |
| ACCOUNT NO.<br>HOWARD, JASON<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br>HUDSON GLOBAL RESOURCES<br>MR. THOMAS B. MORAN<br>10 S. WACKER DR. No.2600<br>CHICAGO, IL 60606 | | | Unclaimed Checks | | | | $50.00 |

Sheet no. _39_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 643.43

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Huff, Leslie Marie | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br><br>HUGHES, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $44.00 |
| ACCOUNT NO.<br><br>HUMANN, MIKE<br>Address on File | | | Unclaimed Checks | | | | $68.00 |
| ACCOUNT NO.<br><br>HUNDLEY, RANDY<br>Address on File | | | Unclaimed Checks | | | | $500.00 |
| ACCOUNT NO.<br><br>HYDE, SHAUNE<br>Address on File | | | Unclaimed Checks | | | | $32.00 |

Sheet no. _40_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 646.30

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                        ,          Case No.  **09-13496**
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hyllestad, Eric | | | Unclaimed Checks | | | | $30.21 |
| ACCOUNT NO.<br><br>Illinois State Treasury Office<br>Unclaimed Property Division<br>PO Box 19496<br>Springfield, IL 62794 | | | Unclaimed Checks | | | | $1,018.00 |
| ACCOUNT NO.<br><br>IMMIGRATION & NATURALIZATION<br>30 HOUGHTON ST<br>ST ALBANS, VT 05478-2399 | | | Unclaimed Checks | | | | $150.00 |
| ACCOUNT NO.<br><br>IMMIGRATION & NATURALIZATION SERVICES<br>30 HOUGHTON ST<br>ST ALBANS, VT 05478-2399 | | | Unclaimed Checks | | | | $1,190.00 |
| ACCOUNT NO.<br><br>IMMIGRATION & NATURALIZATION SERVICES<br>30 HOUGHTON ST<br>ST ALBANS, VT 05478-2399 | | | Unclaimed Checks | | | | $200.00 |

Sheet no.  _41_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,588.21

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,                    Case No.   09-13496
                 **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J. WALTER THOMPSON<br>MS. IRMA RIVERA<br>222 MERCHANDISE MART No.250<br>CHICAGO, IL 60654 | | | Unclaimed Checks | | | | $40.00 |
| ACCOUNT NO.<br><br>JACKSON, BRETT<br>Address on File | | | Unclaimed Checks | | | | $50.00 |
| ACCOUNT NO.<br><br>Janowski, Malinda | | | Unclaimed Checks | | | | $214.09 |
| ACCOUNT NO.<br><br>JAWORSKI, GREGORY<br>Address on File | | | Unclaimed Checks | | | | $128.00 |

Sheet no.  _42_ of  _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 432.09

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JEFCO EQUIPMENT COMPANY INC.<br>MR. JEFF OLSEN<br>195 N. SIGNAL HILL RD<br>NORTH BARRINGTON, IL 60010 | | | Unclaimed Checks | | | | $44.00 |
| ACCOUNT NO.<br><br>JOHN BUCHANAN<br>C/O 4TH PRESBYTERIAN CHURCH<br>126 E. CHESTNUT<br>CHICAGO, IL 60611 | | | Unclaimed Checks | | | | $184.00 |
| ACCOUNT NO.<br><br>JOHN BUCK COMPANY<br>MS. SARAH DAROS<br>200 S. WACKER DR. No.875<br>CHICAGO, IL 60606 | | | Unclaimed Checks | | | | $40.00 |
| ACCOUNT NO.<br><br>JOHNSON, PAUL<br>Address on File | | | Unclaimed Checks | | | | $32.00 |

Sheet no. _43_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 300.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                               ,          Case No.    09-13496
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JOHNSON, STEVE <br> Address on File | | | Unclaimed Checks | | | | $152.00 |
| ACCOUNT NO. <br><br> Jones, George T | | | Unclaimed Checks | | | | $56.12 |
| ACCOUNT NO. <br><br> Jones, Michael | | | Unclaimed Checks | | | | $477.07 |
| ACCOUNT NO. <br><br> JOSEPH, BRANDON <br> Address on File | | | Unclaimed Checks | | | | $200.00 |

Sheet no.   44  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 885.19

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,                    Case No.   09-13496                              
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JP MORGAN CHASE BANK, NA, AS AGENT<br>ATTN: SHADIA AMINU<br>1111 FANNIN, 10TH FLOOR<br>HOUSTONE, TX 77002 | X | | Guaranty for Tribune Company Senior Facility | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Juarez, Yanet | | | Unclaimed Checks | | | | $748.39 |
| ACCOUNT NO.<br><br>KACZMAREK, CAMILLE<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br><br>KAPINOS, JOHN<br>Address on File | | | Unclaimed Checks | | | | $50.00 |

Sheet no.  45  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 878.39

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                          ,                    Case No.   **09-13496**
              **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Karras, Matthew | | | Unclaimed Checks | | | | $114.24 |
| ACCOUNT NO.  KASPER, HALEY  Address on File | | | Unclaimed Checks | | | | $16.00 |
| ACCOUNT NO.  KASSANIS, CHRIS  Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.  KAYSE, JUSTIN  Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.  KEEFER, KEN  Address on File | | | Unclaimed Checks | | | | $40.00 |

Sheet no.  _46_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 282.24

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.   **09-13496**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KEEGAN, THOMAS <br> Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO. <br><br> KELLY, MARYANNE <br> Address on File | | | Unclaimed Checks | | | | $104.00 |
| ACCOUNT NO. <br><br> KENDALL, JASON D <br> Address on File | | | Unclaimed Checks | | | | $752.00 |
| ACCOUNT NO. <br><br> KENNEDY, KEVIN <br> Address on File | | | Unclaimed Checks | | | | $300.00 |
| ACCOUNT NO. <br><br> KHEM, CHANTY <br> Address on File | | | Unclaimed Checks | | | | $32.00 |

Sheet no.  _47_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,248.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**_____ ,          Case No.  **09-13496**_____
_____**Debtor**_____                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KILKUS, BRUCE<br>Address on File | | | Unclaimed Checks | | | | $28.00 |
| ACCOUNT NO.<br><br>KIM, DONG-YUB<br>Address on File | | | Unclaimed Checks | | | | $586.67 |
| ACCOUNT NO.<br><br>KO, GRACE<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>KRAFT, JOE<br>Address on File | | | Unclaimed Checks | | | | $152.00 |
| ACCOUNT NO.<br><br>KRAUTSTRUNK, CHRISTA<br>Address on File | | | Unclaimed Checks | | | | $92.00 |

Sheet no. _48_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 914.67

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
                     **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kremer, Carolyn A | | | Unclaimed Checks | | | | $124.42 |
| ACCOUNT NO.<br>Kremer, Sarah | | | Unclaimed Checks | | | | $155.71 |
| ACCOUNT NO.<br>Krum, Sandy | | | Unclaimed Checks | | | | $16.00 |
| ACCOUNT NO.<br>KUCERA, NICK<br>Address on File | | | Unclaimed Checks | | | | $54.00 |
| ACCOUNT NO.<br>KUMMER, DANIEL<br>Address on File | | | Unclaimed Checks | | | | $40.00 |

Sheet no. _49_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 390.13

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                    ,                    Case No.  **09-13496**
_____
              **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kuta, Nicholas J | | | Unclaimed Checks | | | | $16.28 |
| ACCOUNT NO.<br><br>L & M AUTOMOTIVE<br>MR. MARK ALEXANDER<br>3620 N. PINE GROVE AVE No.503<br>CHICAGO, IL 60613 | | | Unclaimed Checks | | | | $2.00 |
| ACCOUNT NO.<br><br>L & M AUTOMOTIVE<br>MR. MARK ALEXANDER<br>3620 N. PINE GROVE AVE No.503<br>CHICAGO, IL 60613 | | | Unclaimed Checks | | | | $112.00 |
| ACCOUNT NO.<br><br>LAGROW, SAM<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>LAKETA, DAVE<br>Address on File | | | Unclaimed Checks | | | | $44.00 |

Sheet no. _50_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 230.28

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
                                 **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LAKEVIEW CITIZENS COUNCIL<br>867 W BUCKINGHAM PL<br>CHICAGO, IL 60657 | | | Unclaimed Checks | | | | $500.00 |
| ACCOUNT NO.<br><br>Lankford, Michael | | | Unclaimed Checks | | | | $60.82 |
| ACCOUNT NO.<br><br>Lantz, Michael A | | | Unclaimed Checks | | | | $2.96 |
| ACCOUNT NO.<br><br>LASALLE BANK<br>MS. KATHY PUFFER<br>135 S. LA SALLE No.725<br>CHICAGO, IL 60603 | | | Unclaimed Checks | | | | $9,560.00 |
| ACCOUNT NO.<br><br>LAW OFFICE OF JEFFERY EVENS<br>MR. JEFFERY EVENS<br>5701 N. ASHLAND No.305<br>CHICAGO, IL 60660 | | | Unclaimed Checks | | | | $72.00 |

Sheet no.  _51_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 10,195.78

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
_____
          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LEE, DERREK <br> Address on File | | | Unclaimed Checks | | | | $2,000.00 |
| ACCOUNT NO. <br> LEE, DERREK <br> Address on File | | | Unclaimed Checks | | | | $871.60 |
| ACCOUNT NO. <br> Leek, Morgan A | | | Unclaimed Checks | | | | $19.67 |
| ACCOUNT NO. <br> LENEAR, JEANNETTE <br> Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO. <br> LIPPITZ, JONATHAN <br> Address on File | | | Unclaimed Checks | | | | $300.00 |

Sheet no. _52_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 3,251.27

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
                        **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LOCAL 25 SEIU <br> SERVICE EMPLOYEES CREDIT UNION <br> PO BOX 94443- BENEFIT FUNDS <br> CHICAGO, IL 60690 | | | Unclaimed Checks | | | | $2,576.00 |
| ACCOUNT NO. <br><br> LOCALLO, JOHN <br> Address on File | | | Unclaimed Checks | | | | $75.00 |
| ACCOUNT NO. <br><br> LOEPPERT, ANDREW <br> Address on File | | | Unclaimed Checks | | | | $57.00 |
| ACCOUNT NO. <br><br> LOUKAS, GEORGE <br> Address on File | | | Unclaimed Checks | | | | $130.00 |

Sheet no. _53_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 2,838.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                          ,                     Case No.  **09-13496**
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lucas, Mark | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br><br>LUNA, JORGE<br>Address on File | | | Unclaimed Checks | | | | $17.00 |
| ACCOUNT NO.<br><br>LUVIANO, GRACIE<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br><br>MACDONALD, BRIAN<br>Address on File | | | Unclaimed Checks | | | | $32.00 |
| ACCOUNT NO.<br><br>MADIGAN, SORCHA<br>Address on File | | | Unclaimed Checks | | | | $64.00 |

Sheet no. _54_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 175.30

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____,          Case No. __09-13496_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Madrigal, Anna | | | Unclaimed Checks | | | | $61.17 |
| ACCOUNT NO.<br><br>MAGBY, JAMES<br>Address on File | | | Unclaimed Checks | | | | $38.00 |
| ACCOUNT NO.<br><br>MAJORS, KEITH<br>Address on File | | | Unclaimed Checks | | | | $12.00 |
| ACCOUNT NO.<br><br>MALONE, ALEX<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>MARAS, STEPHANIE<br>Address on File | | | Unclaimed Checks | | | | $4.00 |

Sheet no. __55_ of _98__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 171.17

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,          Case No.   09-13496
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Martin, Derek | | | Unclaimed Checks | | | | $164.02 |
| ACCOUNT NO.<br><br>Martinez, Ramon E | | | Unclaimed Checks | | | | $123.00 |
| ACCOUNT NO.<br><br>MATHENY, CARLA<br>Address on File | | | Unclaimed Checks | | | | $84.00 |
| ACCOUNT NO.<br><br>Matheus Figueroa, George Frank | | | Unclaimed Checks | | | | $305.11 |

Sheet no. _56_of_98_continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 676.13

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                    ,          Case No.  **09-13496**
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MATT RYAN<br>OFFICE OF WILL COUNTY EXECUTIVE<br>302 N. CHICAGO<br>JOLIET, IL 60432 | | | Unclaimed Checks | | | | $35.00 |
| ACCOUNT NO.<br><br>MAYDEW, MARCUS<br>Address on File | | | Unclaimed Checks | | | | $108.00 |
| ACCOUNT NO.<br><br>MAZZIOTTA, DANIEL<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>MCCABE, ANN<br>C/O WEST LAKEVIEW NEIGHBORS<br>1432 W MELROSE<br>CHICAGO, IL 60657 | | | Unclaimed Checks | | | | $20.00 |

Sheet no. _57_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 199.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**_____,          Case No.  **09-13496**_____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MCCABE, ANN<br>C/O WEST LAKEVIEW NEIGHBORS<br>1432 W MELROSE<br>CHICAGO, IL 60657 | | | Unclaimed Checks | | | | $200.00 |
| ACCOUNT NO.<br><br>McCaffery, Conor M. | | | Unclaimed Checks | | | | $6.90 |
| ACCOUNT NO.<br><br>MCCARTHY, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br><br>McClung, Jermaine P | | | Unclaimed Checks | | | | $128.94 |
| ACCOUNT NO.<br><br>McCoy, Marcus | | | Unclaimed Checks | | | | $70.79 |

Sheet no.  _58_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 466.63

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
_____
              **Debtor**                                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MCDERMOTT, KIRK<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br>MCGHEE, SHAWN<br>Address on File | | | Unclaimed Checks | | | | $84.00 |
| ACCOUNT NO.<br>MCGOVERN, MATHEW<br>Address on File | | | Unclaimed Checks | | | | $540.00 |
| ACCOUNT NO.<br>MCGOVERN, MICHAEL<br>Address on File | | | Unclaimed Checks | | | | $3.00 |
| ACCOUNT NO.<br>MCLEAN, PATRICK<br>Address on File | | | Unclaimed Checks | | | | $34.00 |

Sheet no. _59_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 697.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
_____
          **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MCNEAL, BRIANNE <br> Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO. <br><br> McNeal, Brittany A | | | Unclaimed Checks | | | | $59.07 |
| ACCOUNT NO. <br><br> McNeal, Brittany A | | | Unclaimed Checks | | | | $36.28 |
| ACCOUNT NO. <br><br> MEDINA, LEANDRO <br> Address on File | | | Unclaimed Checks | | | | $30.00 |
| ACCOUNT NO. <br><br> MENZER, JESSICA <br> Address on File | | | Unclaimed Checks | | | | $36.00 |

Sheet no. _60_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                                    Subtotal ▶   $ 241.35

                                      Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC _____ ,          Case No.  09-13496 _____
         **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MERRILL LYNCH CAPITAL CORP., AS AGENT ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300 IRVING, TX 75039 | X | | Guaranty for Tribune Company Bridge Facility | X | X | | Undetermined |
| ACCOUNT NO.<br><br>MIDWEST PUBLIC AFFAIRS GROUP MR. SCOTT MCPHERSON 407 S. DEARBORN No.1260 CHICAGO, IL 60605 | | | Unclaimed Checks | | | | $875.00 |
| ACCOUNT NO.<br><br>MILES, AARON Address on File | | | Unclaimed Checks | | | | $939.60 |
| ACCOUNT NO.<br><br>MILLER, GRANT Address on File | | | Unclaimed Checks | | | | $42.00 |

Sheet no.  61  of  98  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,856.60

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,                    Case No.   09-13496
　　　　　　　　　　**Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　MITCHELL, MIKE　Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.　　　　　MITCHELL, SCOTT　Address on File | | | Unclaimed Checks | | | | $108.00 |
| ACCOUNT NO.　　　　　MMB, L.L.C.　MS. MARY NUNEZ　2940 N. COMMERCE ST.　FRANKLIN PARK, IL 60131 | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.　　　　　MONDIA, SONNY　Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.　　　　　Mondragon, Ricardo | | | Unclaimed Checks | | | | $12.63 |

Sheet no. _62_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 380.63

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.   **09-13496**
                              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MONROE, JOSEPH Address on File | | | Unclaimed Checks | | | | $152.00 |
| ACCOUNT NO. Morales, Luis | | | Unclaimed Checks | | | | $72.46 |
| ACCOUNT NO. Morla, Carlos M | | | Unclaimed Checks | | | | $191.14 |
| ACCOUNT NO. MORREALE, JOHN Address on File | | | Unclaimed Checks | | | | $152.00 |
| ACCOUNT NO. Mortensen Jr, Thomas | | | Unclaimed Checks | | | | $21.55 |

Sheet no.  _63_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 589.15

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
_____          _____
                    **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MUELLER, LAURA<br>Address on File | | | Unclaimed Checks | | | | $34.00 |
| ACCOUNT NO.<br><br>NATIONAL MS SOCIETY<br>INDIANA STATE CHAPTER<br>7301 GEORGETOWN RD   STE 112<br>INDIANAPOLIS, IN 46268 | | | Unclaimed Checks | | | | $300.00 |
| ACCOUNT NO.<br><br>NESTLE BRANDS FOOD SERVICES<br>MR. FRANK JAVECH<br>650 E. DIEHL RD. No.100<br>NAPERVILLE, IL 60563 | | | Unclaimed Checks | | | | $128.00 |
| ACCOUNT NO.<br><br>NEW LIFE COMMUNITY CHURCH<br>MR. RICHARD GRACIA<br>3603 S. MORGAN<br>CHICAGO, IL 60609 | | | Unclaimed Checks | | | | $100.00 |

Sheet no. _64_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 562.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,          Case No.  09-13496
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>New York State Office of the State Comptroller<br>Office of Unclaimed Funds<br>8th floor<br>110 State Street<br>Albany, NY 12236 | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br><br>Newton, Andrew C | | | Unclaimed Checks | | | | $80.84 |
| ACCOUNT NO.<br><br>NEWTON, MATT<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>NEWTON, TIMOTHY<br>Address on File | | | Unclaimed Checks | | | | $90.00 |

Sheet no.  65  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 386.84

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
_____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nieves, Joshua | | | Unclaimed Checks | | | | $14.50 |
| ACCOUNT NO.<br><br>NIXON, ALEX<br>Address on File | | | Unclaimed Checks | | | | $28.00 |
| ACCOUNT NO.<br><br>NORDQUIST, KEVIN<br>Address on File | | | Unclaimed Checks | | | | $150.00 |
| ACCOUNT NO.<br><br>NORDQUIST, KEVIN<br>Address on File | | | Unclaimed Checks | | | | $75.00 |
| ACCOUNT NO.<br><br>NUTTING, JESSICA<br>Address on File | | | Unclaimed Checks | | | | $80.00 |

Sheet no. _66_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 347.50

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC _____ ,          Case No.  09-13496 _____
                    **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>O'NEILL, JOHN<br>Address on File | | | Unclaimed Checks | | | | $28.00 |
| ACCOUNT NO.<br><br>OAK BROOK PRODUCTIONS, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $0.20 |
| ACCOUNT NO.<br><br>OFFICEMAX<br>1590 1ST AVENUE<br>OTTAWA, IL 61350 | | | Unclaimed Checks | | | | $2,180.00 |
| ACCOUNT NO.<br><br>Ohio Department of Commerce<br>Division of Unclaimed Funds<br>77 S. High St., 20th Floor<br>Columbus, OH 43215 | | | Unclaimed Checks | | | | $264.00 |
| ACCOUNT NO.<br><br>OLIVARES, GONZALO<br>Address on File | | | Unclaimed Checks | | | | $28.00 |

Sheet no.  _67_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 2,500.20

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,          Case No.   09-13496
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ORANTE, MICHELLE<br>Address on File | | | Unclaimed Checks | | | | $200.00 |
| ACCOUNT NO.<br><br>ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,365.13 |
| ACCOUNT NO.<br><br>Ortez, Jason | | | Unclaimed Checks | | | | $29.10 |
| ACCOUNT NO.<br><br>OSCAR DEPRIEST ELEMENTARY SCHOOL<br>JENNIFER CATRON<br>139 S. PARKSIDE AVENUE<br>CHICAGO, IL 60644 | | | Unclaimed Checks | | | | $5.00 |

Sheet no. _68_of_98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,599.23

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
_____
  **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OSHER, ROBERT<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>PADGETT, MATTHEW<br>Address on File | | | Unclaimed Checks | | | | $300.00 |
| ACCOUNT NO.<br><br>PAGAN, ANGEL<br>Address on File | | | Unclaimed Checks | | | | $2,160.00 |
| ACCOUNT NO.<br><br>PARKER, SCOTT<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br><br>Patterson, Eric S | | | Unclaimed Checks | | | | $6,794.54 |

Sheet no. _69_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 9,390.54

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
                                   **Debtor**                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Pena Paulino, Julio Cesar | | | Unclaimed Checks | | | | $305.11 |
| ACCOUNT NO.  Penro, Kirkland | | | Unclaimed Checks | | | | $55.21 |
| ACCOUNT NO.  PEPSI COLA MR. CHUCK BRADLEY 555 W. MONROE ST. #04-08 CHICAGO, IL 60661 | | | Unclaimed Checks | | | | $2,660.00 |
| ACCOUNT NO.  PEREZ, NEIFI Address on File | | | Unclaimed Checks | | | | $1,417.00 |
| ACCOUNT NO.  PERNOD RICARD USA MR. JIM EVANS ONE TOWER LANE No.2670 OAK BROOK, IL 60181 | | | Unclaimed Checks | | | | $184.00 |

Sheet no.  _70_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 4,621.32

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.   **09-13496**
                    **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PERSZ, JUSTIN<br>Address on File | | | Unclaimed Checks | | | | $30.00 |
| ACCOUNT NO.<br><br>PETERS, JAMES DEAN<br>Address on File | | | Unclaimed Checks | | | | $55.00 |
| ACCOUNT NO.<br><br>PETERSON, MARK<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>Petrick, William | | | Unclaimed Checks | | | | $2,937.65 |
| ACCOUNT NO.<br><br>PEVY, STEPHAN<br>Address on File | | | Unclaimed Checks | | | | $104.00 |

Sheet no.  _71_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 3,182.65

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.   **09-13496**
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PFIZER/JOHNSON & JOHNSON<br>MR. DEAN YOUNG<br>2150 E. LAKE COOK RD. No.260<br>CHICAGO, IL 60089 | | | Unclaimed Checks | | | | $128.00 |
| ACCOUNT NO.<br><br>PHILIP ROSE<br>C/O MR. HANK ALLEN<br>425 N. MARTINGALE RD. No.800<br>SCHAUMBURG, IL 60173 | | | Unclaimed Checks | | | | $184.00 |
| ACCOUNT NO.<br><br>Pickens, Cornetta | | | Unclaimed Checks | | | | $63.60 |
| ACCOUNT NO.<br><br>Pina, Jose M | | | Unclaimed Checks | | | | $112.21 |
| ACCOUNT NO.<br><br>PINZKER, JAMES<br>Address on File | | | Unclaimed Checks | | | | $81.00 |

Sheet no.  _72_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 568.81

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
                         **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Poole, Johnny R | | | Unclaimed Checks | | | | $47.10 |
| ACCOUNT NO.<br>PRATT, TOD<br>Address on File | | | Unclaimed Checks | | | | $76.00 |
| ACCOUNT NO.<br>PURDY, JANE<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br>RABB, JAMES<br>Address on File | | | Unclaimed Checks | | | | $34.00 |
| ACCOUNT NO.<br>RABE, ERIK<br>Address on File | | | Unclaimed Checks | | | | $99.00 |

Sheet no.  _73_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 292.10

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
                          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RAKER, DANIEL<br>Address on File | | | Unclaimed Checks | | | | $34.00 |
| ACCOUNT NO.<br><br>RHATIGAN, TIM<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>RINCON, MARCIA<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br><br>ROBERTSON, MATT<br>Address on File | | | Unclaimed Checks | | | | $10.00 |
| ACCOUNT NO.<br><br>ROCHE, MAGGIE<br>Address on File | | | Unclaimed Checks | | | | $16.00 |

Sheet no. __74_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 156.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,        Case No.  __09-13496_____
_____**Debtor**_____                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Rocquemore, Antwan | | | Unclaimed Checks | | | | $8.65 |
| ACCOUNT NO. <br> RODENBERGER, JEAN <br> Address on File | | | Unclaimed Checks | | | | $54.00 |
| ACCOUNT NO. <br> RODRIGUEZ, GREGORIO  JOSE <br> Address on File | | | Unclaimed Checks | | | | $500.00 |
| ACCOUNT NO. <br> ROSARIO, JOSE JUNIOR <br> Address on File | | | Unclaimed Checks | | | | $250.00 |
| ACCOUNT NO. <br> ROSS, TERRELL <br> Address on File | | | Unclaimed Checks | | | | $50.00 |

Sheet no. __75_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 862.65

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                        ,                    Case No.   **09-13496**
_____
                                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROTH, BARBARA<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>Rundle, Andrew Thomas | | | Unclaimed Checks | | | | $346.33 |
| ACCOUNT NO.<br><br>RUSCH, GLENDON<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br><br>RUSSELL, BRIAN<br>Address on File | | | Unclaimed Checks | | | | $72.00 |
| ACCOUNT NO.<br><br>SALMON, SHANNON<br>Address on File | | | Unclaimed Checks | | | | $40.00 |

Sheet no. _76_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 574.33

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                            ,          Case No.  **09-13496**
_____
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SANDOCK, TIM<br>Address on File | | | Unclaimed Checks | | | | $150.00 |
| ACCOUNT NO.<br>Santana, Felin | | | Unclaimed Checks | | | | $171.62 |
| ACCOUNT NO.<br>SARA LEE<br>3470 RIDER TRAIL SOUTH<br>EARTH CITY, MO 63045 | | | Unclaimed Checks | | | | $9,600.00 |
| ACCOUNT NO.<br>Sasenberg, Phillip | | | Unclaimed Checks | | | | $27.46 |
| ACCOUNT NO.<br>SAUNDERS, MORRIS<br>Address on File | | | Unclaimed Checks | | | | $4.00 |

Sheet no. _77_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 9,953.08

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,                    Case No.   09-13496
_____
Debtor                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Schippers, Pat | | | Unclaimed Checks | | | | $54.83 |
| ACCOUNT NO.<br><br>SCHROER, GREG<br>Address on File | | | Unclaimed Checks | | | | $36.00 |
| ACCOUNT NO.<br><br>SCNARK, JOHN<br>Address on File | | | Unclaimed Checks | | | | $112.00 |
| ACCOUNT NO.<br><br>SCOUT OF THE YEAR<br>PO BOX 211585<br>W PALM BEACH, FL 33421 | | | Unclaimed Checks | | | | $550.00 |
| ACCOUNT NO.<br><br>Segura, Lisveth | | | Unclaimed Checks | | | | $2.30 |

Sheet no.  78  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 755.13

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**_____ ,          Case No.  **09-13496**_____
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SELANDER, LARRY<br>Address on File | | | Unclaimed Checks | | | | $40.00 |
| ACCOUNT NO.<br><br>Selvy Jr, Jerry | | | Unclaimed Checks | | | | $31.14 |
| ACCOUNT NO.<br><br>SERRA, JOSE<br>Address on File | | | Unclaimed Checks | | | | $1,147.09 |
| ACCOUNT NO.<br><br>Sewell, Damien P | | | Unclaimed Checks | | | | $37.62 |
| ACCOUNT NO.<br><br>SHAH, NISHANT<br>Address on File | | | Unclaimed Checks | | | | $36.00 |

Sheet no. _79_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,291.85

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**_____ ,          Case No.  **09-13496**_____
_____**Debtor**_____                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SHANNON, ELIZABETH<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br>SHELEHEDA, DAVID<br>Address on File | | | Unclaimed Checks | | | | $34.00 |
| ACCOUNT NO.<br>SHERLAG, BRAD<br>Address on File | | | Unclaimed Checks | | | | $72.00 |
| ACCOUNT NO.<br>SHERMAN, STEVE<br>Address on File | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br>SIKES, GLENN<br>Address on File | | | Unclaimed Checks | | | | $48.00 |

Sheet no. _80_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 374.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Singleton, Jahmel T | | | Unclaimed Checks | | | | $4.60 |
| ACCOUNT NO.<br><br>SLAMAR, RICH<br>Address on File | | | Unclaimed Checks | | | | $488.16 |
| ACCOUNT NO.<br><br>Slaughter, Nedra N | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br><br>SLEDZ, CHRISTOPHER<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br><br>Smaluk, Kallindra L | | | Unclaimed Checks | | | | $89.66 |

Sheet no.  _81_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 640.72

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,                    Case No.   **09-13496**
_____
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SMITH, LYNN<br>Address on File | | | Unclaimed Checks | | | | $48.00 |
| ACCOUNT NO.<br><br>SMYH, MATTHEW<br>Address on File | | | Unclaimed Checks | | | | $4.00 |
| ACCOUNT NO.<br><br>SONY<br>40 SCHUMAN BLVD        No.305<br>NAPERVILLE, IL 60563 | | | Unclaimed Checks | | | | $4,460.00 |
| ACCOUNT NO.<br><br>Soto Gonzalez, Kevin | | | Unclaimed Checks | | | | $340.12 |
| ACCOUNT NO.<br><br>SOTO, KEVIN RAFAEL<br>Address on File | | | Unclaimed Checks | | | | $167.00 |

Sheet no.  _82_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 5,019.12

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                    ,          Case No.   **09-13496**
　　　　　　　　　　Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SPENCE, DAVID  Address on File | | | Unclaimed Checks | | | | $72.00 |
| ACCOUNT NO.  ST. EDS  ANTHONY ENRIGHT  505 MEDFORD  SOUTH ELGIN, IL 60177 | | | Unclaimed Checks | | | | $420.00 |
| ACCOUNT NO.  ST. MARY'S COLLEGE CLASS OF 2005  MS. MEGHAN SCALLEN  244 STUDENT CENTER  NOTRE DAME, IN 46556 | | | Unclaimed Checks | | | | $90.00 |
| ACCOUNT NO.  STASI, J  Address on File | | | Unclaimed Checks | | | | $40.00 |

Sheet no.  **83** of **98** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 622.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,          Case No.  09-13496
_____                              _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>State of California<br>State Controller's Office - Unclaimed Property Division<br>P.O. Box 942850<br>Sacramento, CA 94250 | | | Unclaimed Checks | | | | $1,327.00 |
| ACCOUNT NO.<br><br>State of California Unclaimed Property Division | | | Unclaimed Checks | | | | $1,291.85 |
| ACCOUNT NO.<br><br>State of Tennessee<br>Unclaimed Property Division<br>502 Deaderick St<br>Nashville, TN 37243-0203 | | | Unclaimed Checks | | | | $399.29 |
| ACCOUNT NO.<br><br>State of Wisconsin<br>Unclaimed Property Unit<br>P.O. Box 2114<br>Madison, WI 53701-2114 | | | Unclaimed Checks | | | | $21.03 |

Sheet no.  84  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 3,039.17

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                        ,          Case No.   **09-13496**
　　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  STEELE, LAWRENCE  Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.  Stevens, Toussaint | | | Unclaimed Checks | | | | $39.78 |
| ACCOUNT NO.  STIEHR, FLORIAN  Address on File | | | Unclaimed Checks | | | | $22.95 |
| ACCOUNT NO.  Stout, Zachary | | | Unclaimed Checks | | | | $5.42 |
| ACCOUNT NO.  STRAUSS, SANDY  Address on File | | | Unclaimed Checks | | | | $36.00 |

Sheet no. _85_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 164.15

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,                    Case No.  **09-13496**
　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STUART BROWN<br>SKYLINE ASSET MANAGEMENT<br>311 S. WACKER DR.No.4500<br>CHICAGO, IL 60606 | | | Unclaimed Checks | | | | $28.00 |
| ACCOUNT NO.<br><br>SUAREZ LEGEL, HECTOR JOSE<br>Address on File | | | Unclaimed Checks | | | | $371.00 |
| ACCOUNT NO.<br><br>SUNSHINE RETIREMENT CENTER<br>MR. ED CRESSY<br>6348 N. MILWAUKEE AVE.<br>CHICAGO, IL 60646 | | | Unclaimed Checks | | | | $19.00 |
| ACCOUNT NO.<br><br>SUSKIL, HARRY VON<br>Address on File | | | Unclaimed Checks | | | | $2,500.00 |
| ACCOUNT NO.<br><br>Sykes, John Justin | | | Unclaimed Checks | | | | $28.48 |

Sheet no. _86_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,946.48

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                          ,                    Case No.   09-13496
               **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TAPIA, JOSE FRANCISCO<br>Address on File | | | Unclaimed Checks | | | | $57.00 |
| ACCOUNT NO.<br><br>Tellez, Daisy | | | Unclaimed Checks | | | | $137.86 |
| ACCOUNT NO.<br><br>Tennessee Dept. of Treasury | | | Unclaimed Checks | | | | $415.54 |
| ACCOUNT NO.<br><br>Texas Comptroller of Public Accounts<br>Unclaimed Property Division<br>Research and Correspondence Section<br>P.O. Box 12019<br>Austin, TX 78711-2019 | | | Unclaimed Checks | | | | $60.00 |

Sheet no.   87  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 670.40

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                        ,                    Case No.   **09-13496**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE DAILY PRESS, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $6,355.20 |
| ACCOUNT NO.<br><br>THIROS, NICK<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br><br>Thrall, Katelyn | | | Unclaimed Checks | | | | $122.94 |
| ACCOUNT NO.<br><br>TISDALE, TRISHA<br>Address on File | | | Unclaimed Checks | | | | $28.00 |
| ACCOUNT NO.<br><br>TOWNSEND, ERIC<br>Address on File | | | Unclaimed Checks | | | | $48.00 |

Sheet no. _ 88 _ of _ 98 _ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 6,634.14

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**_____,          Case No.  **09-13496**_____
                              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TRIBUNE DIRECT MARKETING, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,733.67 |
| ACCOUNT NO.<br><br>TRIBUNE FINANCE SERVICE CENTER, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,257,663,999.32 |
| ACCOUNT NO.<br><br>Triplett, Orlando | | | Unclaimed Checks | | | | $2.44 |
| ACCOUNT NO.<br><br>TURBOJET PARTNERS INC.<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br><br>ULRICH, CANDICE<br>Address on File | | | Unclaimed Checks | | | | $56.00 |

Sheet no. _89_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,257,665,871.43

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                          ,                    Case No.   09-13496
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Unclaimed Property Division<br>Deparment of Treasury<br>55 Elm Street<br>Hartford, CT 6106 | | | Unclaimed Checks | | | | $15.00 |
| ACCOUNT NO.<br><br>UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY<br>P.O. BOX 30756<br>LANSING, MI 48909 | | | Unclaimed Checks | | | | $34.00 |
| ACCOUNT NO.<br><br>UNDERHILL, DAWN<br>Address on File | | | Unclaimed Checks | | | | $52.00 |
| ACCOUNT NO.<br><br>UNITED AIRLINES INC<br>ATTN WHQUI<br>PO BOX 66100<br>CHICAGO, IL 60666 | | | Unclaimed Checks | | | | $5,300.00 |

Sheet no.  90  of  98  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 5,401.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                             ,          Case No.   09-13496
          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNIVERSITY OF NOTRE DAME<br>STUDENT ACTIVITIES OFFICE<br>315 LAFORTUNE<br>NOTRE DAME, IN 46556 | | | Unclaimed Checks | | | | $720.00 |
| ACCOUNT NO.<br><br>UP 'N ADAM SERVICE<br>MR. MICHAEL SAX<br>622 S. WHEELING RD.<br>WHEELING, IL 60090 | | | Unclaimed Checks | | | | $92.00 |
| ACCOUNT NO.<br><br>URBAN, JEFF<br>Address on File | | | Unclaimed Checks | | | | $400.00 |
| ACCOUNT NO.<br><br>US CITIZENSHIP AND<br>IMMIGRATION SERVICES<br>AND IMMIGRATION SERVICES<br>PO BOX 82521<br>LINCOLN, NE 68501 | | | Unclaimed Checks | | | | $190.00 |

Sheet no.  _91_ of _98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,402.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
                        **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Velez, Melanie D | | | Unclaimed Checks | | | | $14.03 |
| ACCOUNT NO.<br><br>VETERANS MEMORIAL MIDDLE SCHOOL<br>MS. JENNIFER DUFFY<br>12320 GREENWOOD AVE<br>BLUE ISLAND, IL 60406 | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO.<br><br>VILLEGAS, JORGE<br>Address on File | | | Unclaimed Checks | | | | $28.00 |
| ACCOUNT NO.<br><br>Virginia Department of the Treasury | | | Unclaimed Checks | | | | $68.50 |

Sheet no. _92_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 190.53

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                              ,                    Case No.   **09-13496**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>VOCK, MATTHEW<br>Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.<br>VOGENTHALER, JOHN<br>Address on File | | | Unclaimed Checks | | | | $56.00 |
| ACCOUNT NO.<br>VOLK, MATT<br>Address on File | | | Unclaimed Checks | | | | $160.00 |
| ACCOUNT NO.<br>WALKER, BRYAN<br>Address on File | | | Unclaimed Checks | | | | $60.00 |
| ACCOUNT NO.<br>WALKER, LEE<br>Address on File | | | Unclaimed Checks | | | | $28.00 |

Sheet no. _93_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 368.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                              ,                    Case No.   09-13496
_____                                _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WALSH, MARTIN<br>Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.<br><br>WANG, YAO-LIN<br>Address on File | | | Unclaimed Checks | | | | $586.67 |
| ACCOUNT NO.<br><br>WARD, DARYLE L<br>Address on File | | | Unclaimed Checks | | | | $441.00 |
| ACCOUNT NO.<br><br>WASHINGTON MUTUAL<br>CHRIS DALTON<br>600 BATTERY ST 361<br>SPORTS/EVEN<br>SAN FRANCISCO, CA 94111 | | | Unclaimed Checks | | | | $1,890.00 |

Sheet no. _94_of_98_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 2,981.67

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,          Case No.  09-13496
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WASHINGTON MUTUAL HOME LOANS<br>SKOKIE HOME LOAN CENTER<br>9320 SKOKIE BLVD.<br>SKOKIE, IL 60077 | | | Unclaimed Checks | | | | $28.00 |
| ACCOUNT NO.<br><br>Washington Sr, John | | | Unclaimed Checks | | | | $170.54 |
| ACCOUNT NO.<br><br>WAYNE, EVAN<br>Address on File | | | Unclaimed Checks | | | | $72.00 |
| ACCOUNT NO.<br><br>WEGBREIT, EZRA<br>Address on File | | | Unclaimed Checks | | | | $18.00 |

Sheet no.  95  of  98  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 288.54

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WEMHOENER, TED<br>Address on File | | | Unclaimed Checks | | | | $68.00 |
| ACCOUNT NO.<br><br>WEST LAKEVIEW NEIGHBORS<br>C/O TOM HERLIHY<br>1432 MELROSE No.2<br>CHICAGO, IL 60657 | | | Unclaimed Checks | | | | $20.00 |
| ACCOUNT NO.<br><br>WEST LAKEVIEW NEIGHBORS<br>C/O TOM HERLIHY<br>1432 MELROSE No.2<br>CHICAGO, IL 60657 | | | Unclaimed Checks | | | | $240.00 |
| ACCOUNT NO.<br><br>WEYNER, DANIEL<br>Address on File | | | Unclaimed Checks | | | | $75.00 |
| ACCOUNT NO.<br><br>WILLERT, PETER<br>Address on File | | | Unclaimed Checks | | | | $112.00 |

Sheet no. _96_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 515.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Tribune CNLBC, LLC**                         ,                Case No.  **09-13496**
_____
               **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILSON, MARK<br>Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.<br><br>WILSON, MATT<br>Address on File | | | Unclaimed Checks | | | | $64.00 |
| ACCOUNT NO.<br><br>WLA<br>222 S RACINE No.501<br>CHICAGO, IL 60607 | | | Unclaimed Checks | | | | $35.00 |
| ACCOUNT NO.<br><br>WPM PRODUCTIONS INC<br>4405 N SEMINOLE DR<br>GLENVIEW, IL 60026 | | | Unclaimed Checks | | | | $630.00 |
| ACCOUNT NO.<br><br>WPM PRODUCTIONS INC<br>4405 N SEMINOLE DR<br>GLENVIEW, IL 60026 | | | Unclaimed Checks | | | | $1,000.00 |

Sheet no. _97_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,793.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  Tribune CNLBC, LLC                                    ,                              Case No.   09-13496
_____                                    _____
                    **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wrightington, Alvin | | | Unclaimed Checks | | | | $5.03 |
| ACCOUNT NO.<br>WROBLEWSKI, PETE<br>Address on File | | | Unclaimed Checks | | | | $200.00 |
| ACCOUNT NO.<br>YANTORNI, ADAM<br>Address on File | | | Unclaimed Checks | | | | $17.00 |
| ACCOUNT NO.<br>ZAWIER, THOMAS<br>Address on File | | | Unclaimed Checks | | | | $80.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _98_ of _98_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 302.03

Total ▶  $ 1,257,817,360.68
(Use only on last page of the completed Schedule F.)    + undetermined amounts
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re <u>Tribune CNLBC, LLC</u>                                          Case No. <u>09-13496</u>
      Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ Signature: _____ Debtor

Date _____ Signature: _____ (Joint Debtor, if any)

(If joint case, both spouses must sign.)

----------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

X _____
Printed or Typed Name and Title, if any,                   Social Security No.
of Bankruptcy Petition Preparer                               (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____
Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of Tribune Company, the parent company of the above-referenced Corporation, and an officer of the Corporation named as debtor in this case, declare under penalty of perjury that I or persons under my direction have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that based upon that review they are true and correct to the best of my knowledge, information, and belief.

Date    01/28/2011                          Signature: _J. Rodden_

                                          Jack Rodden
                                          Vice President of Tribune Company

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.