# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket Nos. 7661, 7662, 7663, 7664 and 7665 |

## NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES AND APPLICABLE DEADLINES FOR FILING PROOFS OF CLAIM

**PLEASE TAKE NOTICE THAT:**

On January 28, 2011, Tribune Company, Channel 20, Inc., Tribune Broadcast Holdings, Inc., WGN Continental Broadcasting Company, and Tribune CNLBC, LLC, debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed their respective amended Schedules of Assets and Liabilities (collectively, the "Amended Schedules") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] The Amended Schedules and a copy of this Notice were each filed with the Bankruptcy Court pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

46429/0001-7337420v1

The Amended Schedules have been filed in order to reflect more accurately the assets and liabilities of the relevant Debtors and their businesses as of the date of the filing of their chapter 11 cases in the Bankruptcy Court. The assets and liabilities of Tribune Company, Channel 20, Inc., WGN Continental Broadcasting Company, and Tribune Broadcast Holdings, Inc. are reflected as of December 8, 2008 and the assets and liabilities of Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC, are reflected as of October 12, 2009 (each date, as applicable, the "Petition Date").[3]

The Debtors filed the Amended Schedules in order to (i) add new Claims[4] to the Schedules; (ii) modify one existing Claim on the Schedules; and (iii) to add two additional executory contracts to the Schedules. Such changes have been made based upon the Debtors' continued review of their books and records relating to their estates' assets and liabilities. The Schedules of Assets and Liabilities for the remaining Debtors, as previously amended, are unchanged by this amendment.

Copies of the Amended Schedules are available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. In addition, copies of the Debtors' Amended Schedules may be viewed on the Internet at the Bankruptcy Court's website, http://www.deb.uscourts.gov, by following the directions for accessing the ECF system on such website. Copies of the Amended Schedules may also be viewed and downloaded free of charge from the dedicated website related to these chapter 11 cases: http://chapter11.epiqsystems.com/tribune.

### Proofs of Claim and Applicable Bar Date

On March 26, 2009, the Bankruptcy Court established procedures and deadlines for claimants to file Proofs of Claim against the Debtors (with the exception of Tribune CNLBC, LLC) (Docket No. 813) and on June 7, 2010, the Bankruptcy Court established procedures and deadlines for the filing of Proofs of Claim against Tribune CNLBC, LLC (Docket No. 4709) (collectively, the "Bar Date Order"). The Bar Date Order provides that if the Debtors amend their schedules, any affected claimant has 30 days after the claimant has received notice of the amendment in order to file a Proof of Claim or to amend any previously filed Proof of Claim.

This Notice of Amendment to Schedules of Assets and Liabilities (the "Notice") is being provided by mail to all holders of an actual or potential Claim that is affected by the Amended Schedules. If you have a Claim that arose prior to the Petition Date and that is affected by the

---

[3] Tribune CNLBC, LLC's Schedules of Assets and Liabilities were previously amended on December 9, 2009 to reflect the assumption of the overwhelming majority of Tribune CNLBC, LLC's assets by Chicago Baseball Holdings, LLC in connection with the disposition of Tribune CNLBC, LLC's business on October 27, 2009.

[4] As used in this Notice, the term "Claim" shall have the meaning provided in the Bankruptcy Code: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right of payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured.

Amended Schedules, you may need to file a proof of claim form ("Proof of Claim") or amend a previously filed Proof of Claim.

For your convenience, enclosed with this Notice is a customized Proof of Claim, which specifies (a) the identity of the Debtor against which the Claim is scheduled; (b) the amount of the scheduled Claim, if any; (c) whether the Claim is listed as disputed, contingent, or unliquidated; and (d) whether the Claim is listed as a secured, unsecured priority, or unsecured nonpriority Claim, as the Claim appears in the Amended Schedules.

### *Who is Not Required to File a Proof of Claim*

The Bar Date Order provides that if your Claim is listed accurately (as to amount, priority, and as against the correct Debtor) on the Amended Schedules and is not scheduled as "contingent," "unliquidated," or "disputed," you do **NOT** need to file a Proof of Claim.

You should **NOT** file a Proof of Claim if you do not have a Claim against one or more of the Debtors. The fact that you received this Notice does not necessarily mean that you have a Claim or that the Debtors believe that you have a Claim.

### *Who Must File a Proof of Claim*

If you disagree with the amount or the priority of your Claim as it is listed on the Amended Schedules or if your Claim is listed in the Amended Schedules as "contingent," "unliquidated," or "disputed" you **MUST** file a Proof of Claim or amend any previously filed Proof of Claim with Epiq Bankruptcy Solutions, LLC ("Epiq"), the claims and noticing agent in these chapter 11 cases, so that it is **actually received by Epiq on or before March 7, 2011 at 4:00 p.m. (prevailing Eastern Time)** (the "Amended Schedules Bar Date").[5]

This Notice and your right to file a Proof of Claim or amend any previously-filed Proof of Claim prior to the Amended Schedules Bar Date **pertains solely to the Claim affected by the Amended Schedules and described in the Proof of Claim form provided with this Notice**. If you hold any other Claim(s) not affected by these Amended Schedules, you may not amend, revise, or file a Proof of Claim for such Claim(s) and are barred from doing so.

### *Procedures for Filing a Proof of Claim*

Proofs of Claim sent by **first-class mail** must be sent to the following address:

> Tribune Company Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> FDR Station
> P.O. Box 5069
> New York, NY 10150-5069

---

[5] Generally, if a Claim is designated as being "contingent," "unliquidated," or "disputed," the Claim amount is listed on the Amended Schedules as "undetermined" by the Debtors. Such Claims will appear on the customized proof of claim form in the amount of $0.00.

Proofs of Claim sent by **messenger** or **overnight courier** must be sent to the following address:

> Tribune Company Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 757 Third Avenue, Third Floor
> New York, NY 10017

All Proofs of Claim must bear an original signature. Epiq will not accept Proofs of Claim sent by facsimile, telecopy, e-mail or other electronic submission.

To be properly filed, a Proof of Claim must be filed in the bankruptcy case of the specific Debtor against which a claimant holds or asserts a Claim. For example, if you hold a Claim against Tribune Company, the Proof of Claim must be filed against Tribune Company in case number 08-13141.

Information relating to the Debtors' bankruptcy cases, including all documents referenced in this Notice and copies of a blank Proof of Claim are available free of charge on Epiq's dedicated website related to these cases: http://chapter11.epiqsystems.com/tribune. Questions concerning the contents of this Notice and requests for Proofs of Claim may be directed to Epiq at (800) 622-1125 between the hours of 9 a.m. and 5 p.m. (prevailing Eastern Time), Monday through Friday. Please note that Epiq's staff cannot give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a Proof of Claim.

Dated: January 28, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7337420v1
5689991