# EXHIBIT A

## Substantive Duplicate Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 39: EXHIBIT A -- SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | COUSINS, ROBERT R AND MILDRED L COUSINS 3581 FROST ROAD SHRUB OAK, NY 10588 | 07/30/2010 | 08-13141 | 6634 | $12,437.52 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 2 | COUSINS, ROBERT R. & MILDRED L. 3581 FROST ROAD SHRUB OAK, NY 10588 | 07/28/2010 | 08-13141 | 6628 | $12,437.52 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 39: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 | LUTTWAK, EDWARD N. 4510 DRUMMUND AVENUE CHEVY CHASE, MD 20815 | 08/27/2010 | No Debtor Asserted | 6644 | $250.00 | LUTTWAK, EDWARD N. 4510 DRUMMUND AVENUE CHEVY CHASE, MD 20815 | 01/02/2009 | No Debtor Asserted | 83 | $250.00 | Invoices in surviving timely filed claim are contained in claim to be disallowed. |
| 4 | MOSS, GERALD 7030 N PENNSYLVANIA STREET INDIANAPOLIS, IN 46220 | 06/11/2010 | 08-13141 | 6527 | $55,012.94 | DEUTSCHE BANK NATIONAL TRUST COMPANY 100 PLAZA ONE FL 3 JERSEY CITY, NJ 07311-3934 | 06/05/2009 | 08-13141 | 3527 | $335,486,250.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 5 | MYERS, SIDNEY 7842 FISHER ISLAND DR FISHER ISLAND, FL 33109 | 07/23/2010 | 08-13141 | 6602 | $102.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3532 | $69,812,899.00 | Duplicates Liability in another claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 4

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 39: EXHIBIT A -- SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 6 SOLOMON, BARRY 12115 SAN VICENTE BLVD. #109 LOS ANGELES, CA 90049 | 06/07/2010 | 08-13141 | 6514 | $15,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3532 | $69,812,899.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 7 STEWART, HAI #1010, 540-14 AVE. SW CALGARY, AB T2R 0M6 CANADA | 12/01/2010 | 08-13141 | 6679 | $8,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* -- Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 39: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 8 WINKLER, LEE B., IRA ROLLOVER 15250 VENTURA BLVD SUITE 710 SHERMAN OAKS, CA 91403 | 06/07/2010 | 08-13141 | 6513 | $50,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3532 | $69,812,899.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | TOTAL | $153,239.98 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts