# EXHIBIT A

## Modified Amount Claims

46429/0001-7338108V1

## TRIBUNE COMPANY, ET AL

### Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | ABOVENET COMMUNICATIONS, INC. ATTN: THOMAS L. KELLY 360 HAMILTON AVENUE WHITE PLAINS, NY 10601 | 4983 | Tribune Company | Unsecured | $12,697.72* | Unsecured | $10,883.78 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 2 | AMERICAN LITHO INC DEPT 4106 CAROL STREAM, IL 60122-4106 | 2230 | Chicago Tribune Company | 503(b)(9) | Undetermined | 503(b)(9) | $15,974.97 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 3 | ARROW MESSENGER SERVICE 1322 W WALTON STREET CHICAGO, IL 60642-5340 | 5928 | Chicago Tribune Company | Unsecured | Undetermined | Unsecured | $185.79 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 4 | ARROW MESSENGER SERVICE 1322 W WALTON STREET CHICAGO, IL 60642-5340 | 5929 | Tribune Publishing Company | Unsecured | Undetermined | Unsecured | $142.83 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 5 | ARROW MESSENGER SERVICE 1322 W WALTON STREET CHICAGO, IL 60642-5340 | 5930 | Tribune Media Services, Inc. | Unsecured | Undetermined | Unsecured | $6.50 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 6 | ARROW MESSENGER SERVICE 1322 W WALTON STREET CHICAGO, IL 60642-5340 | 5932 | Tribune Finance Service Center, Inc. | Unsecured | Undetermined | Unsecured | $444.97 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 7 | ASM CAPITAL ORIGINAL CREDITOR NAME: JOE AYALA 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 2874 | Los Angeles Times Communications LLC | Unsecured | $14,531.70 | Unsecured | $8,964.85 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 8 | ASM CAPITAL III, L.P. TRANSFEROR: CREATORS SYNDICATE 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 1589 | Orlando Sentinel Communications Company | Unsecured | $460.88 | Unsecured | $114.83 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 9 | ASM CAPITAL III, L.P. TRANSFEROR: PEPCO ENERGY SERVICES, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 402 | The Baltimore Sun Company | Unsecured | $670,345.59 | Unsecured | $651,952.19 | Claim filed with no supporting documentation. Reduction to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | CLASS | AMOUNT | CLASS | AMOUNT | REASON FOR MODIFICATION |
| 10 | ASM CAPITAL III, L.P. TRANSFEROR: NATIONAL COMMUNICATIONS 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 525 | Sun-Sentinel Company | Unsecured | $89,812.72 | Unsecured | $75,522.85 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 11 | ASM CAPITAL III, L.P. TRANSFEROR: RED BRICKS MEDIA LLC 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 5914 | Los Angeles Times Communications LLC | Unsecured | $32,000.00 | Unsecured | $21,619.59 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 12 | ASM CAPITAL, L.P. TRANSFEROR: WENDLING PRINTING 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 1170 | Tribune Media Services, Inc. | Unsecured | $160,582.00 | Unsecured | $121,642.00 | Claim reduced due to printing error. Modified amount reflects Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

## TRIBUNE COMPANY, ET AL

### Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 13 | ASM CAPITAL, L.P. TRANSFEROR: ERNST HERTZBERG & SONS 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 1934 | Chicago Tribune Company | 503(b)(9) Priority  Subtotal | $4,951.23 $457.41  $5,408.64 | 503(b)(9) | $4,951.23 | Claimant duplicated tax liability owed in priority section of Proof of Claim. Claim asserted priority under 11 U.S.C. § 507 (a)(8). Tax charge is related to sales tax that does not give rise to priority status. |
| 14 | ASM CAPITAL, L.P. TRANSFEROR: CROWN PRINTERS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 2645 | Los Angeles Times Communications LLC | 503(b)(9) Unsecured  Subtotal | $1,769.07 $5,854.67  $7,623.74 | 503(b)(9) Unsecured  Subtotal | $1,694.57 $5,536.73  $7,231.30 | Claim reduced to disallow interest charges incurred after Petition Date. |
| 15 | ASM CAPITAL, L.P. TRANSFEROR: ANGSTROM GRAPHICS, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 4162 | Sun-Sentinel Company | Unsecured | $78,467.61 | Unsecured | $52,183.11 | Credit memo not included in claim. Reduction to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 16 | ASM CAPITAL, L.P. TRANSFEROR: ACCENT ENERGY CALIFORNIA ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 749 | † Los Angeles Times Communications LLC | Unsecured | $30,253.20 | Unsecured | $25,532.62 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 17 | ASSOCIATED BUILDING MANAGEMENT CORP PO BOX 474 MEDFORD, NJ 08055 | 6470 | Tribune Television Company | Unsecured | $1,421.50 | Unsecured | $1,106.44 | Claim reduced to disallow interest charges incurred after Petition Date. |
| 18 | ASSOCIATED PRESS, THE 50 ROCKEFELLER PLAZA NEW YORK, NY 10020-1666 | 4374 | † Tribune Television New Orleans, Inc. | Unsecured | $6,973.02 | Unsecured | $1,574.55 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 19 | BENALCAZAR, JUAN C 11 ASHTON RD STAMFORD, CT 06905 | 6380 | Southern Connecticut Newspapers, Inc. | Unsecured | Undetermined | Unsecured | $23.70 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 20 | BENALCAZAR, JUAN C 11 ASHTON RD STAMFORD, CT 06905 | 6381 | Southern Connecticut Newspapers, Inc. | Unsecured | Undetermined | Unsecured | $298.85 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 21 | BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | 6382 | Southern Connecticut Newspapers, Inc. | Unsecured | Undetermined | Unsecured | $5.40 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 22 | BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | 6383 | Southern Connecticut Newspapers, Inc. | Unsecured | Undetermined | Unsecured | $8.64 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 23 | BENHAM FRENCH, KELLEY<br>2460 WOODLAWN CIRCLE W<br>ST PETERSBURG, FL 33704 | 2139 | Sun-Sentinel Company | Unsecured | Undetermined | Unsecured | $200.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 24 | BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | 6593 | Tribune Company | Unsecured | Undetermined | Unsecured | $204.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors' books and records. |
| 25 | BUTHMAN, JANE M<br>1340 CARIBOU TRAIL<br>CAROL STREAM, IL 60188-9080 | 6511 | Tribune Company | Unsecured | Undetermined | Unsecured | $34.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 26 | CITY OF SAN DIEGO<br>CITY OF SAN DIEGO WATER DEPARTMENT<br>SAN DIEGO, CA 92187-0001 | 5895 | KSWB Inc. | Priority<br>Secured<br>Unsecured<br>Subtotal | $0.00<br>$0.00<br>$1,547.37<br>$1,547.37 | Unsecured | $1,485.64 | Claim reduced to disallow late charges incurred after Petition Date. |

* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL

Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 27 | COBALT GROUP DEPT CH17034 PALATINE, IL 60055 | 4315 | Orlando Sentinel Communications Company | Unsecured | $1,112.90 | Unsecured | $612.90 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 28 | COLEMAN, SANDRA B 50 LEVEL ACRES RD ATTLEBORO, MA 02703-6842 | 6678 | Tribune Company | Unsecured | Undetermined | Unsecured | $102.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 29 | COPANS PRINTING & GRAPHICS 2087 N POWERLINE ROAD POMPANO, FL 33069 | 5607 | Forum Publishing Group, Inc. | 503(b)(9) | Undetermined | 503(b)(9) | $490.00 | Claim filed in undetermined amount. Liquidating claim to reflect attached support, which is reflected in Debtors' books and records. |
| 30 | CORRE OPPORTUNITIES FUND, L.P. TRANSFEROR:MICR OWAVE RADIO COMMUNICATION ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK, NY 10019 | 2775 | WGN Continental Broadcasting Company | 503(b)(9) Unsecured Subtotal | $74,281.43 $25,821.25 $100,102.68 | 503(b)(9) Unsecured Subtotal | $74,281.43 $20,272.80 $94,554.23 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 31 | DIXON, KATHYE D 2040 W JACKSON ST ORLANDO, FL 32805-2110 | 6529 | Tribune Company | Unsecured | Undetermined | Unsecured | $102.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

## TRIBUNE COMPANY, ET AL

### Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 32 | DLC INC<br>21800 OXNARD STREET SUITE 980<br>WOODLAND HILLS, CA 91367 | 6549 | Tribune Company | Unsecured | $32,915.00 | Unsecured | $21,965.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 33 | DRUMMEY, SARAH J<br>10 FREELAND DR<br>SPRINGVALE, ME 04083-1968 | 6519 | Tribune Company | Unsecured | Undetermined | Unsecured | $1,972.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 34 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TRAILER LOGISTICS CO OF IL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 5922 | Tribune Direct Marketing, Inc. | Unsecured | $2,796.49 | Unsecured | $2,174.46 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 35 | FAST LUBE<br>320-A BALTIMORE PIKE<br>BEL AIR, MD 21014 | 6463 | Homestead Publishing Co. | Unsecured | $103.65 | Unsecured | $34.55 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 36 | FOY, RUTH<br>2922 WALBROOK AVE<br>BALTIMORE, MD 21216-3135 | 6665 | The Baltimore Sun Company | Unsecured | Undetermined | Unsecured | $3.84 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 37 | HAGOS, CHARLOTTE<br>1960 W 81ST ST<br>LOS ANGELES, CA 90047 | 5715 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Unsecured | $207.12 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

## TRIBUNE COMPANY, ET AL

### Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 38 | HASBRO INC., ET AL ATTN: FRADA SALO NARRAGANSETT PARK DR. 200 PAWTUCKET, RI 02862 | 2782 | Tribune Media Services, Inc. | Unsecured | $42,302.20 | Unsecured | $6,872.90 | Claim is reduced to pre-petition liabilities owed to claimant. Any post petition guarantees for contract will be handled in ordinary course. |
| 39 | HESS CORPORATION JOSEPH A. DE JIANNE ONE HESS PLAZA WOODBRIDGE, NJ 07095 | 3756 | The Baltimore Sun Company | 503(b)(9) Unsecured Subtotal | $26,324.86 $18,600.64 $44,925.50 | 503(b)(9) Unsecured Subtotal | $26,324.86 $9,283.29 $35,608.15 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 40 | JAGOE, THOMAS ANTHONY 18028 W ANNES CIRCLE APT 103 CANYON COUNTRY, CA 91387 | 6646 | Tribune Company | Unsecured | Undetermined | Unsecured | $295.84 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors' books and records. |
| 41 | JOHNSON & BELL PATRICK GARVEY 33 W. MONROE ST. SUITE 2700 CHICAGO, IL 60603-5404 | 4157 | Chicago Tribune Company | Unsecured | $28,008.40 | Unsecured | $24,552.86 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 42 | MEUSER, MEGAN LOUISE 1328 S PARK AVE SPRINGFIELD, IL 62704-3462 | 6603 | Tribune Company | Unsecured | Undetermined | Unsecured | $68.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 43 | MIAMI-DADE COUNTY BOARD OF COMMISSIONERS PO BOX 026055 MIAMI, FL 33102-6055 | 6168 | Channel 39, Inc. | Unsecured | $306.68 | Unsecured | $87.50 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 44 | MITTLEMAN, ILEENE H 525 EAST 82ND ST APT 9H NEW YORK, NY 10028-7158 | 6594 | Tribune Company | Unsecured | Undetermined | Unsecured | $170.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors' books and records. |
| 45 | MURPHY, JENNIFER 418 N PINE LAKE DR PATCHOGUE, NY 11772 | 6460 | Tribune Company | Unsecured | Undetermined | Unsecured | $1,775.26 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 46 | MURRAY, HEATHER 491 RAILROAD AVE BARTLETT, IL 60103 | 6354 | Chicago Tribune Company | Unsecured | Undetermined | Unsecured | $20.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 47 | NEIBERGALL, BRENDAN DOUGLAS 1328 S PARK AVE SPRINGFIELD, IL 62704-3462 | 6604 | Tribune Company | Unsecured | Undetermined | Unsecured | $68.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors' books and records. |
| 48 | NETCOM DATA CORP OF NY 82 ROSLYN AVE SEA CLIFF, NY 11579 | 6434 | The Hartford Courant Company | Unsecured | Undetermined | Unsecured | $930.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 49 | OSBORN, JAMES B 1150 PADDOCK PL #204 ANN ARBOR, MI 48108 | 5688 | Los Angeles Times Communications LLC | Unsecured | $600.00 | Unsecured | $475.00 | Claim reduced to claimants portion of liability for co-authored article. Amount was indicated as support of claim and is reflected in Debtors' books and records. |
| 50 | PAVIA III, JOHN P 311 SILVER HILL RD BOSTON, CT 06612-1119 | 5958 | The Hartford Courant Company | Unsecured | Undetermined | Unsecured | $80.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 51 | SCHAB, DAVID 104 S CAN DOTA AVE MOUNT PROSPECT, IL 60056 | 6024 | Chicago Tribune Company | Unsecured | Undetermined | Unsecured | $8.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 52 | SCHUMACHER, LISA M 418 NAPERVILLE RD CLARENDON HILLS, IL 60514 | 4764 | Chicago Tribune Company | Unsecured | $1,240.91 | Unsecured | $640.91 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 53 | SIGN A RAMA 5307 NOB HILL RD SUNRISE, FL 33351 | 1824 | Gold Coast Publications, Inc. | 503(b)(9) Unsecured Subtotal | $517.28 $29.68 $546.96 | 503(b)(9) | $517.28 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 54 | SLADE, GAYLE L. 5628 SAINT CLAIR AVE VALLEY VLG, CA 91607-1725 | 5813 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Unsecured | $98.71 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 55 | SOFTSEL INC 3101 BROWNS MILL ROAD SUITE 6 175 JOHNSON CITY, TN 37604 | 6457 | KIAH Inc. | Unsecured | $30,804.00 | Unsecured | $135.48 | Contract claimed is not liability of Debtor. Claim reduced to amount on Debtors' books and records for KIAH. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 56 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 5159 | Tribune Television New Orleans, Inc. | Unsecured | $2,039.02 | Unsecured | $1,929.01 | Claim reduced to reflect only programs that were aired. |
| 57 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 5160 | Tribune Television Northwest, Inc. | Unsecured | $28,607.01 | Unsecured | $27,957.00 | Claim reduced to reflect only programs that were aired. |
| 58 | TANNENBAUM, IRVING & JUDITH R JT TEN 840 LIONSGATE DR SAINT LOUIS, MO 63130-2848 | 6531 | Tribune Company | Unsecured | Undetermined | Unsecured | $2,176.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 59 | TREASURER, OKLAHOMA STATE UNCLAIMED PROPERTY DIVISION 4545 N. LINCOLN BLVD., STE. 106 OKLAHOMA CITY, OK 73105 | 6509 | Tribune Company | Unsecured | Undetermined | Unsecured | $990.94 | Claim filed in undetermined amount with attachments stating Debtor knows value. Liquidating claim to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.

# TRIBUNE COMPANY, ET AL

## Omnibus Objection 40: Exhibit A – Modified Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 60 | UNITED STATES DEBT RECOVERY III LP TRANSFEROR: CNI CORPORATION 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 1672 | Chicago Tribune Company | Unsecured | $10,445.00 | Unsecured | $7,200.00 | Claim reduced for charges that occurred when support had been discontinued. Modified amount reflects Debtors' books and records. |
| 61 | UNITED STATES DEBT RECOVERY III LP TRANSFEROR:CARUSO MANAGEMENT COMPANY LTD 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 2279 | Los Angeles Times Communications LLC | Unsecured | $14,960.00 | Unsecured | $1,068.57 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 62 | WARD, ELEANORE P 186 OAK TREE RD MOORESVILLE, NC 28117-5914 | 6546 | Tribune Company | Unsecured | Undetermined | Unsecured | $68.00 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| 63 | WFTV/WRDQ WFTV TV09 ATTN: LEGAL COUNSEL ORLANDO, FL 32801 | 3688 | Orlando Sentinel Communications Company | Unsecured | $9,000.07 | Unsecured | $6,750.05 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | | TOTAL | $1,462,942.16 | TOTAL | $1,245,056.19 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit
^ - Documentation supporting payments is available upon request to Debtors.