# EXHIBIT B

## Modified Amount, Modified Debtor Claims

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit B - Modified Amount, Modified Debtor Claims

| | CLAIM # | CLAIMANT | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR(S) | MODIFIED CLASS | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 279 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Los Angeles Times Newspapers, Inc. | Unsecured | $32.39 | Los Angeles Times Communications LLC | Unsecured | $31.38 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 2 | 281 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Chicago Tribune Newspapers, Inc. | Unsecured | $6,035.96 | Chicago Tribune Company | Unsecured | $5,999.99 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 3 | 750 | ASM CAPITAL III, L.P.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER CO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Tribune Company | Unsecured | $8,330.31 | Chicago Tribune Company | Unsecured | $1,003.94 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | | | | Tribune Media Services, Inc. | Unsecured | $7,048.21 | |
| | | | | | | Total | | $8,052.15 | |
| 4 | 3504 | ASM CAPITAL, L.P.<br>TRANSFEROR: ONLINE RESOURCES (FKA PRINCETON ECOM)<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Los Angeles Times Newspapers, Inc. | Unsecured | $25,322.65 | Los Angeles Times Communications LLC | Unsecured | $22,210.39 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL.
Omnibus Objection 40: Exhibit B - Modified Amount, Modified Debtor Claims

| CLAIM # | CLAIMANT | ASSERTED | | | MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | | DEBTOR | CLASS | CLAIM AMOUNT | DEBTOR(S) | CLASS | CLAIM AMOUNT | REASON FOR MODIFICATION |
| 5  683 | ASM CAPITAL, L.P.  TRANSFEROR: VER-A-FAST CORPORATION  7600 JERICHO TURNPIKE SUITE 302  WOODBURY, NY 11797 | Tribune Company | Unsecured | $38,470.05 | Chicago Tribune Company | Unsecured | $6,710.55 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | | | Los Angeles Times Communications LLC | Unsecured | $1,856.70 | |
| | | | | | Orlando Sentinel Communications Company | Unsecured | $19,773.50 | |
| | | | | | The Daily Press, Inc. | Unsecured | $5,152.15 | |
| | | | | | The Hartford Courant Company | Unsecured | $3,327.00 | |
| | | | | | Total | | $36,819.90 | |
| 6  753 | ASM CAPITAL, L.P.  TRANSFEROR: ACCENT ENERGY CALIFORNIA  ATTN: ADAM MOSKOWITZ  7600 JERICHO TURNPIKE, SUITE 302  WOODBURY, NY 11797 | No Debtor Asserted | Unsecured | $30,704.54 | Los Angeles Times Communications LLC | Unsecured | $20,538.99 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 7  754 | ASM CAPITAL, L.P.  TRANSFEROR: ACCENT ENERGY CALIFORNIA  ATTN: ADAM MOSKOWITZ  7600 JERICHO TURNPIKE, SUITE 302  WOODBURY, NY 11797 | No Debtor Asserted | Unsecured | $27,069.02 | Los Angeles Times Communications LLC | Unsecured | $15,511.89 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit B - Modified Amount, Modified Debtor Claims

| | | ASSERTED | | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM # | CLAIMANT | DEBTOR | CLASS | CLAIM AMOUNT | DEBTOR(S) | CLASS | CLAIM AMOUNT | REASON FOR MODIFICATION |
| 8  5577 | DISCOVER FINANCIAL<br>PO BOX 6500<br>NEW ALBANY, OH 43054-6500 | Tribune Television Company | Unsecured | $9,574.12 | Chicago Tribune Company | Unsecured | $3,280.50 | Claim reduced by invoices for Newsday liability, which was not controlled by Debtor at the time the liability was incurred. |
| | | | | | Forum Publishing Group, Inc. | Unsecured | $19.12 | |
| | | | | | Homestead Publishing Co. | Unsecured | $32.56 | |
| | | | | | Los Angeles Times Communications LLC | Unsecured | $2,547.43 | |
| | | | | | Orlando Sentinel Communications Company | Unsecured | $802.18 | |
| | | | | | Patuxent Publishing Company | Unsecured | $2.38 | |
| | | | | | Sun-Sentinel Company | Unsecured | $1,081.10 | |
| | | | | | The Daily Press, Inc. | Unsecured | $130.32 | |
| | | | | | The Morning Call, Inc. | Unsecured | $247.29 | |
| | | | | | Total | | $8,142.88 | |
| 9  6476 | ENTERPRISE VISION TECHNOLOGIES,<br>201 WILSHIRE BLVD. A9<br>SANTA MONICA, CA 90401 | No Debtor Asserted | Unsecured | $9,031.38 | Tribune Company | Unsecured | $3,646.04 | Claim reduced for 2007 invoice dispute. Modified amount reflects Debtors' books and records. |
| 10  1851 | HERITAGE VENTURES, LLC<br>258 CITY VIEW AVE<br>WEST SPRINGFIELD, MA 01089 | No Debtor Asserted | Unsecured | $1,265.00 | New Mass. Media, Inc. | Unsecured | $800.00 | Claim reduced by amounts provided from claimant. |
| 11  4982 | INNERWORKINGS, INC.<br>600 WEST CHICAGO, SUITE 850<br>CHICAGO, IL 60654 | Tribune Company | 503(b)(9) | $7,880.52 | Los Angeles Times Communications LLC | 503(b)(9) | $7,429.59 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | Unsecured | $1,310.90 | | Unsecured | $1,310.98 | |
| | | Total | | $9,191.42 | Total | | $8,740.57 | |
| 12  658 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $257.73 | Tribune Television Northwest, Inc. | Unsecured | $229.23 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit B - Modified Amount, Modified Debtor Claims

| | CLAIM # | CLAIMANT | ASSERTED | | | | MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | CLASS | CLAIM AMOUNT | | DEBTOR(S) | CLASS | CLAIM AMOUNT | REASON FOR MODIFICATION |
| 13 | 659 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $579.09 | | KWGN Inc. | Unsecured | $193.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 14 | 661 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $2,455.39 | | Tribune Media Services, Inc. | Unsecured | $292.65 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 15 | 665 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $81,425.61 | | Los Angeles Times Communications LLC | Unsecured | $76,924.79 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 16 | 667 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $5,286.30 | | Los Angeles Times Communications LLC | Unsecured | $4,674.19 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 17 | 669 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $443.63 | | Los Angeles Times Communications LLC | Unsecured | $435.16 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 18 | 671 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $31,552.69 | | The Baltimore Sun Company | Unsecured | $28,058.71 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 19 | 672 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $25,147.18 | | Orlando Sentinel Communications Company | Unsecured | $22,444.52 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 20 | 674 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $1,980.42 | | Chicagoland Television News, Inc. | Unsecured | $1,470.97 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 21 | 675 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $377.13 | | Tribune Media Net, Inc. | Unsecured | $230.81 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit B - Modified Amount, Modified Debtor Claims

| | CLAIM # | CLAIMANT | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR(S) | MODIFIED CLASS | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 676 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $41,893.08 | Sun-Sentinel Company | Unsecured | $39,922.10 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 23 | 677 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $1,750.00 | Los Angeles Times Communications LLC | Unsecured | $1,475.16 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 24 | 678 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Tribune Company | Unsecured | $2,507.22 | WPIX, Inc. | Unsecured | $1,992.71 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 25 | 904 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | Tribune Company | Unsecured | $9,688.06 | Chicago Tribune Company | Unsecured | $530.00 | Claim reduced for charges relating to cancelled service contract. Modified amount reflects Debtors' books and records. |
| | | | | | | Chicagoland Publishing Company | Unsecured | $158.06 | |
| | | | | | | Total | | $688.06 | |
| 26 | 4817 | NICOR GAS<br>PO BOX 549<br>AURORA, IL 60507 | Tribune Company | Unsecured | $66,591.42 | Chicago Tribune Company | Unsecured | $63,292.20 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | | | | Chicagoland Publishing Company | Unsecured | $618.75 | |
| | | | | | | Chicagoland Television News, Inc. | Unsecured | $2,373.35 | |
| | | | | | | Total | | $66,284.30 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit B - Modified Amount, Modified Debtor Claims

| | | ASSERTED | | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM # | CLAIMANT | DEBTOR | CLASS | CLAIM AMOUNT | DEBTOR(S) | CLASS | CLAIM AMOUNT | REASON FOR MODIFICATION |
| 27  945 | PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Tribune Company | Unsecured | $2,116.45 | Tribune Television Company | Unsecured | $2,018.99 | Claim reduced to disallow interest and penalties. |
| 28  6639 | TOWN OF PALM BEACH - FINANCE DEPARTMENT<br>C/O MARY MCQUAIG, ACCOUNTING CLERK<br>PO BOX 2029<br>360 SOUTH COUNTY ROAD<br>PALM BEACH, FL 33480 | Tribune Company | Unsecured | $150.00 | Sun-Sentinel Company | Unsecured | $50.00 | Claim reduced for liabilities of New York Times and Wall Street as they are not liabilities of the Debtor. Modified amount reflects Debtors' books and records. |
| | | | TOTAL | $439,228.32 | | TOTAL | $377,879.53 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.