# EXHIBIT C

## Modified Amount, Modified Priority Claims

46429/0001-7338108V1

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 A&C COMMUNICATIONS, LTD INC.<br><br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | 6298 | Forum Publishing Group, Inc. | Priority | $6,195.00 | Unsecured | $5,140.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 2 ANDERSON, MICHAEL ROBERT<br><br>919 W ELSASSER AVE<br>STE 2530<br>DELAND, FL 32720 | 4973 | Orlando Sentinel Communications Company | 503(b)(9)<br>Unsecured<br>Subtotal | $6.89<br>$6.89<br>$13.78 | Unsecured | $6.89 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim. Goods were received by the Debtor more than 20 days before the Commencement Date. |
| 3 AVENUE TC FUND, L.P.<br><br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | 1321 | Chicago Tribune Company | 503(b)(9)<br>Priority<br>Subtotal | $350.00<br>$350.00<br>$700.00 | Unsecured | $350.00 | Claimant duplicated liability owed in priority section of Proof of Claim form Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |
| 4 AVENUE TC FUND, L.P.<br><br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | 1498 | Los Angeles Times Communications LLC | Priority<br>Unsecured<br>Subtotal | $550.00<br>$550.00<br>$1,100.00 | Unsecured | $550.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 5 BOAS, SHERRY<br><br>19546 BAMBOO BEND<br>GROVELAND, FL 34736 | 1836 | Orlando Sentinel Communications Company | 503(b)(9)<br>Priority<br>Subtotal | $125.00<br>$125.00<br>$250.00 | Unsecured | $125.00 | Claimant duplicated liability owed in priority section of Proof of Claim form. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 6 BOUNAN, MICHAEL H | 6464 | The Baltimore Sun Company | Priority | $40.25 | Unsecured | $40.25 | Claimant duplicated liability owed in priority section of Proof of Claim. Claim asserted priority under 11 U.S.C. § 507(a)(5). Services giving rise to the contribution were rendered more than 180 days prior to Petition Date. |
| 15 SHERWOOD AVE. BALTIMORE, MD 21208 | | | Unsecured | $40.25 | | | |
| | | | Subtotal | $80.50 | | | |
| 7 BOURASSA-CURTIS, SHELLY | 5410 | The Hartford Courant Company | 503(b)(9) | $465.77 | Unsecured | $367.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claimant duplicated liability owed in priority section of Proof of Claim form. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |
| 40 LINCOLN ST ENFIELD, CT 06082 | | | Priority | $465.77 | | | |
| | | | Subtotal | $931.54 | | | |
| 8 BUILDERS HARDWARE & SUPPLY COMPANY INC | 3652 | Tribune Television Northwest, Inc. | 503(b)(9) | $14.00 | Unsecured | $14.00 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim. Goods were received by the Debtor more than 20 days before the Commencement Date. |
| PO BOX C-79005 SEATTLE, WA 98119 | | | Unsecured | $14.00 | | | |
| | | | Subtotal | $28.00 | | | |
| 9 BUSY BEE PROMOTIONS | 5300 | Chicago Tribune Company | 503(b)(9) | $1,125.00 | Unsecured | $10,762.25 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 1821 W HUBBARD NO. 205 CHICAGO, IL 60622 | | | Unsecured | $12,292.25 | | | |
| | | | Subtotal | $13,417.25 | | | |
| 10 CLAIMS RECOVERY GROUP LLC | 4199 | KTLA Inc. | 503(b)(9) | $745.10 | Unsecured | $745.10 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, claim included services or other non-goods. |
| TRANSFEROR: PENNER, DAN 92 UNION AVENUE CRESSKILL, NJ 07626 | | | Priority | $745.10 | | | |
| | | | Subtotal | $1,490.20 | | | |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 11 CORRE OPPORTUNITIES FUND, L.P. <br><br> TRANSFEROR: CORPORATE DISK COMPANY <br> ATTN: CLAIMS PROCESSING (BANKRUPTCY) <br> 1370 AVENUE OF THE AMERICAS, 29TH FLOOR <br> NEW YORK, NY 10019 | 2554 | Tribune Direct Marketing, Inc. | 503(b)(9) <br><br> Priority <br> Unsecured <br><br> Subtotal | $56,795.34 <br><br> $57,795.34 <br> $57,795.34 <br><br> $172,386.02 | Unsecured | $41,886.57 | Claimant duplicated liability owed in priority and 503(b)(9) sections of claim form. In addition, claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Proof of Claim provides no statutory basis for priority. Claimant's supporting documentation and Debtors' books and records provide no basis for priority. Goods were received by the Debtor more than 20 days before the Commencement Date. |
| 12 CORRE OPPORTUNITIES FUND, L.P. <br><br> TRANSFEROR: ALL PHASE SECURITY INC <br> ATTN: CLAIMS PROCESSING (BANKRUPTCY) <br> 1370 AVENUE OF THE AMERICAS, 29TH FLOOR <br> NEW YORK, NY 10019 | 4198 | Channel 40, Inc. | 503(b)(9) <br><br> Priority <br> Secured <br><br> Subtotal | $13,197.50 <br><br> $13,197.50 <br> $0.00 <br><br> $26,395.00 | Unsecured | $13,197.50 | Claimant duplicated liability owed in priority section of Proof of Claim form. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, claim included services or other non-goods. |
| 13 CURTIS, BRIAN M <br> 40 LINCOLN ST <br> ENFIELD, CT 06082 | 5411 | The Hartford Courant Company | Priority <br> Unsecured <br><br> Subtotal | $223.55 <br> $105.00 <br><br> $328.55 | Unsecured | $223.55 | Claim reduced for overdraft charges. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 14 DANIEL, GADBERRY E <br> 2315 W 14TH ST <br> MARION, IN 46953 | 6433 | Tribune Television Company | 503(b)(9) | $500.00 | Unsecured | $300.00 | Claimant unable to support amount claim. Claim reduced to Debtor's books and records. Claim included services or other non-goods. |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 15 DATABANK IMX LLC | 5010 | Tribune Finance Service Center, Inc. | 503(b)(9) | $17,915.31 | 503(b)(9) | $34.43 | Claim reduced for services that were not provided by claimant. Claim included services or other non-goods. In addition goods were received by the Debtor more than 20 days before the Commencement Date. |
| PO BOX 62286 | | | Unsecured | $2,000.40 | Unsecured | $17,880.88 | |
| BALTIMORE, MD 21264 | | | Subtotal | $19,915.71 | Subtotal | $17,915.31 | |
| 16 FENSTERMACHER, PETER D. | 4778 | Tribune Television Company | Priority | $610.00 | Unsecured | $490.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 87 CHURCH ST | | | | | | | |
| EAST HARTFORD, CT 06108 | | | | | | | |
| 17 FULTON, SARAH | 441 | The Morning Call, Inc. | Priority | $1,200.00 | Unsecured | $1,050.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 958 W. WALNUT ST. | | | | | | | |
| ALLENTOWN, PA 18102 | | | | | | | |
| 18 GES EXPOSITION SERVICES | 2869 | Tribune Publishing Company | 503(b)(9) | $650.75 | Unsecured | $650.75 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim. Claim included services or other non-goods. |
| 950 GRIER DRIVE | | | Unsecured | $650.75 | | | |
| LAS VEGAS, NV 89119 | | | Subtotal | $1,301.50 | | | |
| 19 JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | 6140 | WGN Continental Broadcasting Company | 503(b)(9) | $13,437.01 | Unsecured | $13,437.01 | Claimant duplicated liability owed in priority and 503(b)(9) section of Proof of Claim form. Proof of Claim form provides no support for basis of priority. In addition, claim included services or other non-goods. |
| TRANSFEROR: COOKING ACADEMY OF CHICAGO | | | Priority | $13,437.01 | | | |
| ONE STATION PLACE | | | Secured | $0.00 | | | |
| THREE NORTH | | | Unsecured | $13,437.01 | | | |
| STAMFORD, CT 06902 | | | Subtotal | $40,311.03 | | | |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 20 JOHNSON, LINDA B<br><br>8721-22 HAYSHED LN<br>COLUMBIA, MD 21045 | 3008 | Patuxent Publishing Company | 503(b)(9)<br>Priority<br>Subtotal | $650.12<br>$834.74<br>$1,484.86 | Unsecured | $834.74 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |
| 21 KLUG, DAVID<br><br>1063 SUMMER PL<br>PITTSBURGH, PA 15243 | 1540 | The Hartford Courant Company | 503(b)(9) | $1,000.00 | Unsecured | $500.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 22 LAFFEY, MARY L<br><br>1435 W BALMORAL AVE APT 1S<br>CHICAGO, IL 60640 | 1599 | Chicago Tribune Company | 503(b)(9)<br>Priority<br>Subtotal | $500.00<br>$500.00<br>$1,000.00 | Unsecured | $500.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |
| 23 LANCASTER, SHARON | 1328 | The Baltimore Sun Company | 503(b)(9)<br>Priority<br>Unsecured<br>Subtotal | $200.00<br>$603.86<br>$603.86<br>$1,407.72 | Unsecured | $75.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. In addition, claimant duplicated liability in both priority and 503(b)(9) section of Proof of Claim. Proof of Claim provides no support for basis of priority. In addition, claim included services or other non-goods. |
| 24 LIBRE DIGITAL INC<br><br>1835 B KRAMER LN  NO.150<br>AUSTIN, TX 78758 | 1692 | Los Angeles Times Communications LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $564.52<br>$2,562.99<br>$3,127.51 | Unsecured | $3,064.52 | Modified amount reflects Debtors' books and records for liabilities that were incurred. Claim included services or other non-goods. |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 25 LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: DACOR INSTALLATION SERVICES 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 2178 | The Hartford Courant Company | 503(b)(9) | $5,148.75 | Unsecured | $23,592.36 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
|  |  |  | Unsecured | $20,833.11 |  |  |  |
|  |  |  | Subtotal | $25,981.86 |  |  |  |
| 26 MARK CURTIS MEDIA 136 SPRING ST E GREENWICH, RI 02818-2927 | 6192 | KTLA Inc. | Priority | $1,350.00 | Unsecured | $2,098.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
|  |  |  | Unsecured | $2,098.00 |  |  |  |
|  |  |  | Subtotal | $3,448.00 |  |  |  |
| 27 MIRA MOBILE TELEVISION 25749 SW CANYON CREEK RD STE 100 WILSONVILLE, OR 97070 | 1151 | WGN Continental Broadcasting Company | 503(b)(9) | $24,945.61 | Unsecured | $24,945.61 | Claim reduced by invoices for liabilities not owned by Debtor. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |
|  |  |  | Priority | $10,239.66 |  |  |  |
|  |  |  | Subtotal | $35,185.27 |  |  |  |
| 28 MIZLA, ERIN K 150 PINE STREET NO.111 MANCHESTER, CT 06040 | 2792 | The Hartford Courant Company | 503(b)(9) | $123.00 | Unsecured | $272.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |
|  |  |  | Priority | $123.00 |  |  |  |
|  |  |  | Unsecured | $149.00 |  |  |  |
|  |  |  | Subtotal | $395.00 |  |  |  |
| 29 MPS PRINTING SUPPLIES 1200 C AGORA DRIVE NO.209 BEL AIR, MD 21014 | 5907 | Homestead Publishing Co. | 503(b)(9) | $1,332.08 | 503(b)(9) | $1,246.08 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. Claim included services or other non-goods. |
|  |  |  | Unsecured | $1,332.08 | Unsecured | $86.00 |  |
|  |  |  | Subtotal | $2,664.16 | Subtotal | $1,332.08 |  |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 30 MYLES COMMUNICATIONS, INC. P.O. BOX 27 JIM MYLES MOBERLY, MO 65270 | 2825 | Patuxent Publishing Company | 503(b)(9) Unsecured Subtotal | $800.00 $800.00 $1,600.00 | Unsecured | $800.00 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim. Claim included services or other non-goods. |
| 31 ORLANDO MARRIOTT 400 WEST LIVINGSTON STREET ORLANDO, FL 32801 | 2010 | Orlando Sentinel Communications Company | 503(b)(9) | $1,215.04 | Unsecured | $911.28 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 32 PACIFIC TELEVISION CENTER INC 3440 MOTOR AVENUE LOS ANGELES, CA 90034-4017 | 1121 | KTLA Inc. | 503(b)(9) | Undetermined | Unsecured | $802.50 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. Claim included services or other non-goods. |
| 33 PICOLO, RICHARD 2632 WATERVIEW DR EUSTIS, FL 32726-6903 | 1584 | Orlando Sentinel Communications Company | 503(b)(9) | Undetermined | Unsecured | $13.15 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. Goods were received by the Debtor more than 20 days before the Commencement Date. |
| 34 PORTLAND GENERAL ELECTRIC - PGE 7800 SW MOHAWK STREET TUALATIN, OR 97062 | 1736 | Tribune Broadcast Holdings, Inc. | 503(b)(9) Unsecured Subtotal | $11,155.17 $11,155.17 $22,310.34 | Unsecured | $10,751.87 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. In addition, claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. Claim included services or other non-goods. |
| 35 PROLARMCO INC P O BOX 117 GREENVALE, NY 11548 | 2017 | Tribune Company | 503(b)(9) | $354.00 | Unsecured | $350.42 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 36 Q INTERACTIVE INC<br>PO BOX 101452<br>ATLANTA, GA 30392-1452 | 3359 | Los Angeles Times Communications LLC | 503(b)(9)<br>Priority<br>Unsecured<br>Subtotal | $8,208.00<br>$0.00<br>$9,837.09<br>$18,045.09 | Unsecured | $9,837.09 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim. Claim included services or other non-goods. |
| 37 REYNOSO, GUS<br>1853 CLIFFHILL DR<br>MONTEREY PARK, CA 91754 | 1529 | Los Angeles Times Communications LLC | 503(b)(9)<br>Priority<br>Unsecured<br>Subtotal | $235.00<br>$235.00<br>$235.00<br>$705.00 | Unsecured | $235.00 | Claimant duplicated liability owed in priority and 503(b)(9) section of Proof of Claim form. Proof of claim form provided no support for basis of priority. Goods were received by the Debtor more than 20 days before the Commencement Date. |
| 38 RIVERA, JASON SCOTT<br>279 MOSS ST NO.28<br>CHULA VISTA, CA 91911 | 5799 | KSWB Inc. | 503(b)(9)<br>Priority<br>Unsecured<br>Subtotal | $0.00<br>$319.50<br>$319.50<br>$639.00 | Unsecured | $319.50 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim included services or other non-goods. |
| 39 RIVERSIDE BUSINESS HEALTH SERVICES<br>10510 JEFFERSON AVENUE STE C<br>NEWPORT NEWS, VA 23601 | 2919 | The Daily Press, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $50.00<br>$25.00<br>$75.00 | Unsecured | $50.00 | Claim reduced by invoices for liabilities not owned by Debtor. Claim included services or other non-goods. |
| 40 SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: WEATHER CENTRAL<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | 1404 | KPLR, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $517.56<br>$1,530.00<br>$2,047.56 | Unsecured | $517.56 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 41 TOWN OF BEL AIR<br><br>39 HICKORY AVE.<br>BEL AIR, MD 21014 | 6177 | Homestead Publishing Co. | Priority<br><br>Unsecured<br>Subtotal | $1,066.31<br><br>$1,066.31<br>$2,132.62 | Unsecured | $1,066.31 | Claimant duplicated liability owed in priority section of Proof of Claim without referencing Bankruptcy Code. No evidence of priority amount for claim. |
| 42 TREND OFFSET PRINTING<br><br>10301 BUSCH DR. N.<br>ATTN: DON ODHAM<br>JACKSONVILLE, FL 32218 | 6169 | Tribune Media Services, Inc. | 503(b)(9)<br><br>Unsecured<br>Subtotal | $13,708.14<br><br>$19,946.16<br>$33,654.30 | 503(b)(9)<br><br>Unsecured<br>Subtotal | $13,242.76<br><br>$465.38<br>$13,708.14 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 43 UNITED MEDIA<br><br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | 4996 | Virginia Gazette Companies, LLC | 503(b)(9)<br><br>Unsecured<br>Subtotal | $90.24<br><br>$161.32<br>$251.56 | Unsecured | $125.78 | Claimant duplicated the invoices in supporting documents. Reduction to reflect Debtors' books and records. Claim included services or other non-goods. |
| 44 UNITED MEDIA<br><br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | 5005 | Los Angeles Times Communications LLC | 503(b)(9)<br><br>Unsecured<br>Subtotal | $8,362.60<br><br>$8,092.14<br>$16,454.74 | Unsecured | $3,805.19 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 45 UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MY WEB PAL<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 2827 | Patuxent Publishing Company | 503(b)(9)<br><br>Unsecured<br>Subtotal | $1,029.84<br><br>$1,029.84<br>$2,059.68 | Unsecured | $1,029.84 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim. Claim included services or other non-goods. |

^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit C - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 46 WALKER, GLORIA | 2477 | The Daily Press, Inc. | Priority | $2.26 | Unsecured | $2.26 | Claimant duplicated liability owed in priority section of Proof of Claim form. Proof of claim provides no statutory basis for priority. Claimant's supporting documentation and Debtors' books and records provide no basis for priority. |
| 420 LOGAN PL APT 13 NEWPORT NEWS, VA 23601 | | | Secured | $0.00 | | | |
| | | | Unsecured | $2.26 | | | |
| | | | Subtotal | $4.52 | | | |
| 47 YAHOO! INC. | 4353 | Tribune Media Services, Inc. | 503(b)(9) | $4,924.12 | Unsecured | $446.39 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Remaining balance is reflected in Claim No. 4354 on the Claims Register. Claim included services or other non-goods. |
| LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | | | Unsecured | $10,075.52 | | | |
| | | | Subtotal | $14,999.64 | | | |
| 48 YAHOO! INC. | 4354 | Chicago Tribune Company | 503(b)(9) | $4,924.12 | Unsecured | $8,551.43 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Remaining balance is reflected in Claim No. 4353 on the Claims Register. Claim included services or other non-goods. |
| LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | | | Unsecured | $10,075.52 | | | |
| | | | Subtotal | $14,999.64 | | | |
| 49 YELLOW PAGES ASSOCIATION | 1808 | Patuxent Publishing Company | 503(b)(9) | $100.00 | Unsecured | $122.58 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| PO BOX 95000 1610 PHILADELPHIA, PA 19195-1610 | | | Unsecured | $3,632.58 | | | |
| | | | Subtotal | $3,732.58 | | | |
| 50 ZEITLIN, ERICA | 6638 | Tribune Company | Priority | $3,405.00 | Unsecured | $1,956.17 | Claim reduced to claimants portion of payroll distribution. Difference is federal and state withholding taxes. Claim asserted priority under 11 U.S.C. § 507(a)(5). Services giving rise to the contribution were rendered more than 180 days prior to Petition Date. |
| 2662 S. BARRINGTON AVE. LOS ANGELES, CA 90064 | | | | | | | |
| | | | TOTAL | $501,533.77 | TOTAL | $219,867.95 | |

^ - Documentation supporting payments is available upon request to Debtors.