# EXHIBIT D

## Modified Amount, Reclassified, Modified Priority Claims

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit D - Modified Amount, Reclassified, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASSIFICATION AND PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 HAEHLE, ROBERT<br>PO BOX 190683<br>FT LAUDERDALE, FL 33319-0683 | 1086 | Sun-Sentinel Company | Priority<br>Secured<br>Subtotal | $1,425.00<br>$1,425.00<br>$2,850.00 | Unsecured | $1,000.00 | Claim reduced to amount supported by claimant. Proof of Claim provides no statutory basis for priority or security interest. Claimant's supporting documentation and Debtor's book and records provide no basis for priority or security interest. |
| 2 HOLT, VANESSA<br>3019 JOE LOUISE DR<br>ORLANDO, FL 32805-2954 | 6545 | Tribune Company | Priority<br>Secured<br>Unsecured<br>Subtotal | $68.00<br>$68.00<br>$68.00<br>$204.00 | Unsecured | $68.00 | Claimant duplicated liability owed in priority and secured section of Proof of Claim. Claim asserted priority under 11 U.S.C. § 507 (a)(5). Contribution was made prior to 180 days of petition date. No evidence of perfected lien or security interest provided. |
| 3 ROSEN, KIM<br>7 KARY STREET<br>NORTHAMPTON, MA 01060 | 80 | The Hartford Courant Company | Priority<br>Secured<br>Subtotal | $4,000.00<br>$4,000.00<br>$8,000.00 | Unsecured | $4,000.00 | Claimant duplicated liability owed on Proof of Claim form. Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. No evidence of perfected lien or security interest provided. |
| 4 US OFFICE SOLUTIONS INC<br>2383 WEST 77TH STREET<br>HIALEAH, FL 33016 | 1439 | Sun-Sentinel Company | 503(b)(9)<br>Secured<br>Subtotal | $418.70<br>$418.70<br>$837.40 | 503(b)(9) | $418.70 | Claimant duplicated liability owed in secured section of Proof of Claim. No evidence of perfected lien or security interest provided. |
| | | | TOTAL | $11,891.40 TOTAL | | $5,486.70 | |