# EXHIBIT E

## Modified Amount, Modified Debtor, Modified Priority Claims

46429/0001-7338108V1

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit E - Modified Amount, Modified Debtor, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 BELICE, RANDY LEE | 5418 | Chicagoland Publishing Company | 503(b)(9) | $407.00 | Chicago Tribune Company | Unsecured | $5,267.72 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 365 DES PLAINES AVENUE RIVERSIDE, IL 60546-1849 | | | Unsecured | $5,822.35 | | | | |
| | | | Subtotal | $6,229.35 | | | | |
| 2 BROWNING, RONALD GARY | 2811 | No Debtor Asserted | 503(b)(9) | $300.00 | Homestead Publishing Co. | Unsecured | $300.00 | Claimant duplicated liability owed in priority and 503(b)(9) section of Proof of Claim. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, claim included services or other non-goods. |
| 226 NORTH UNION AVE HAVRE DE GRACE, MD 21078 | | | Priority | $300.00 | | | | |
| | | | Unsecured | $300.00 | | | | |
| | | | Subtotal | $900.00 | | | | |
| 3 CHICAGO BULLS | 2646 | No Debtor Asserted | 503(b)(9) | $45,831.00 | WGN Continental Broadcasting Company | Unsecured | $21,999.12 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 1901 W. MADISON ST. JERRY REINSDORF CHICAGO, IL 60612 | | | Unsecured | $10,999.68 | | | | |
| | | | Subtotal | $56,830.68 | | | | |
| 4 CITY OF SANTA FE SPRINGS | 1885 | No Debtor Asserted | 503(b)(9) | $310.83 | Los Angeles Times Communications LLC | Unsecured | $310.83 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. Claim included services or other non-goods. |
| P O BOX 2120 SANTA FE SPRINGS, CA 90670 | | | Unsecured | $310.83 | | | | |
| | | | Subtotal | $621.66 | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

1 of 5

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit E - Modified Amount, Modified Debtor, Modified Priority Claims

| | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 5 CITY OF SANTA FE SPRINGS WATER UTILITY<br>11710 TELEGRAPH RD.<br>SANTA FE SPRINGS, CA 90670-3658 | 1886 | No Debtor Asserted | 503(b)(9)<br>Unsecured<br>Subtotal | $133.18<br>$133.18<br>$266.36 | Los Angeles Times Communications LLC | Unsecured | $133.18 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. Claim included services or other non-goods. |
| 6 FASHION CENTRE AT PENTAGON, BOWIE TOWN CENTER, LAKEFOREST MALL, POTOMAC MILLS,<br>ST. CHARLES TC - ATTN: PATTY SUMMERS<br>225 W WASHINGTON ST - SIMON PROPERTY GRP<br>INDIANAPOLIS, IN 46204 | 357 | Tribune Company | Priority | $40,800.00 | WDCW Broadcasting, Inc. | Unsecured | $9,212.90 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy code. No evidence of priority provided. |
| 7 HAINES & COMPANY INC<br>PO BOX 2117<br>8050 FREEDOM AVENUE NW<br>NORTH CANTON, OH 44720 | 3292 | Chicago Tribune Company | 503(b)(9)<br>Unsecured<br>Subtotal | Undetermined<br>$214.02*<br>214.02* | Tribune Television New Orleans, Inc. | Unsecured | $567.28 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. Claim included services or other non-goods. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit E - Modified Amount, Modified Debtor, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 8 INNER WORKINGS, INC. | 5421 | Tribune Company | 503(b)(9) | $30,898.13 | Chicago Tribune Company | 503(b)(9) | $26,216.70 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Goods were received by the Debtor more than 20 days before the Commencement Date. |
| 600 W CHICAGO AVENUE | | | Unsecured | $58,881.25 | Eagle New Media Investments, LLC | 503(b)(9) | $2,529.93 | |
| CHICAGO, IL 60654 | | | | | Chicago Tribune Company | Unsecured | $47,031.44 | |
| | | | | | Eagle New Media Investments, LLC | Unsecured | $4,750.89 | |
| | | | | | Tribune Media Net, Inc. | Unsecured | $1,140.56 | |
| | | | | | Tribune Media Services, Inc. | Unsecured | $7.28 | |
| | | | Subtotal | $89,779.38 | | Subtotal | $81,676.80 | |
| 9 MCCAHON, MARY M | 2948 | No Debtor Asserted | 503(b)(9) | $150.00 | Tribune Television Company | Unsecured | $150.00 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. Claim included services or other non-goods. |
| 18002 NORWELL AVE | | | Unsecured | $150.00 | | | | |
| CLEVELAND, OH 44135-1845 | | | Subtotal | $300.00 | | | | |
| 10 MINCY LLC | 3751 | No Debtor Asserted | Priority | $200.00 | forsalebyowner.com corp. | Unsecured | $200.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 6771 ALTA DR | | | Unsecured | $200.00 | | | | |
| BRIGHTON, MI 48116 | | | Subtotal | $400.00 | | | | |
| 11 MINUTE MAN DELIVERY | 5986 | No Debtor Asserted | 503(b)(9) | $103.69 | Los Angeles Times Communications LLC | Unsecured | $30.21 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| P O BOX 3759 | | | | | | | | |
| GARDENA, CA 90247-7459 | | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit E - Modified Amount, Modified Debtor, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 12 PLANET DISCOVER, LLC<br><br>2171 CHAMBER CENTER DR.<br>FT MITCHELL, KY 41017 | 4595 | The Baltimore Sun Company | 503(b)(9)<br>Unsecured<br>Subtotal | $2,150.00<br>$212.00<br>$2,362.00 | Los Angeles Times Communications LLC | Unsecured | $958.00 | Claim reduced by invoices for liabilities not owned by Debtor. Claim included services or other non-goods. |
| 13 PORTLAND GENERAL ELECTRIC CO<br><br>7800 SW MOHAWK STREET<br>TUALATIN, OR 97062 | 1735 | No Debtor Asserted | 503(b)(9)<br>Unsecured<br>Subtotal | $13,152.08<br>$13,152.08<br>$26,304.16 | Tribune Broadcast Holdings, Inc. | Unsecured | $13,152.08 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. Claim included services or other non-goods. |
| 14 PORTLAND GENERAL ELECTRIC CO<br><br>7800 SW MOHAWK STREET<br>TUALATIN, OR 97062 | 1737 | No Debtor Asserted | 503(b)(9)<br>Unsecured<br>Subtotal | $3,337.07<br>$3,337.07<br>$6,674.14 | Tribune Broadcast Holdings, Inc. | Unsecured | $3,337.07 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. Claim included services or other non-goods. |
| 15 RTM - REMOTE TRANSMISSION MANAGEMENT<br><br>2491 ALLUVIAL AVE SUITE 40<br><br>CLOVIS, CA 93611 | 2183 | WGN Continental Broadcasting Company | 503(b)(9)<br>Unsecured<br><br>Subtotal | $31,738.16<br>$9,872.23<br><br>$41,610.39 | Gold Coast Publications, Inc.<br>WGN Continental Broadcasting Company | Unsecured<br>Unsecured<br><br>Subtotal | $3,575.91<br>$37,934.48<br><br>$41,510.39 | Claim reduced to disallow overtime charges. Claim included services or other non-goods. |
| 16 SIBLEY, JOHN C.<br><br>406 SIBLEYS LANDING RD.<br>SALUDA, VA 23149 | 82 | No Debtor Asserted | Priority | $47.74 | The Daily Press, Inc. | Unsecured | $37.74 | Claim reduced to disallow returned check fee. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy code. No evidence of priority amount for claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit E - Modified Amount, Modified Debtor, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 17 TAYLOR FRANCIS/ROUTLEDGE | 2321 | No Debtor Asserted | 503(b)(9) | $3,660.70 | Los Angeles Times Communications LLC | 503(b)(9) | $2,650.50 | Claimant duplicated liability owed in 503(b)(9) section of Proof of Claim form. In addition claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 10650 TEOBBEN DR | | | Unsecured | $3,660.70 | Los Angeles Times Communications LLC | Unsecured | $226.64 | |
| INDEPENDENCE, KY 41051 | | | Subtotal | $7,321.40 | | Subtotal | $2,877.14 | |
| 18 TRL SYSTEMS, INC | 6346 | No Debtor Asserted | 503(b)(9) | $0.00 | Los Angeles Times Communications LLC | Unsecured | $13,848.90 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claim included services or other non-goods. |
| 4405 AIRPORT DRIVE | | | Administrative | $0.00 | | | | |
| ONTARIO, CA 91761 | | | Unsecured | $25,486.40 | | | | |
| | | | Subtotal | $25,486.40 | | | | |
| 19 WITLEN, IAN | 27 | Tribune Company | Priority | $1,675.00 | Sun-Sentinel Company | Unsecured | $225.00 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. Claimant asserted priority under 11 U.S.C. § 507(a)(4). Claimant is not an employee. |
| 4375 CARAMBOLA CIR N | | | | | | | | |
| COCONUT CREEK, FL 33066-2458 | | | TOTAL | $307,926.37 | | TOTAL | $195,794.36 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Documentation supporting payments is available upon request to Debtors.