# EXHIBIT F

## Modified Amount, Reclassified Claims

TRIBUNE COMPANY, ET AL
Omnibus Objection 40: Exhibit F - Modified Amount, Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASSIFICATION STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 BONDED SERVICES<br><br>504 JANE STREET<br>FORT LEE, NJ 07024 | 2605 | WPIX, Inc. | Secured | $281.50 | Unsecured | $146.69 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 2 COLLECTOR - CITY OF MIDDLETOWN<br>245 DEKOVEN DR<br>MIDDLETOWN, CT 06457 | 6105 | The Hartford Courant Company | Secured | $371.37 | Unsecured | $360.55 | Claim reduced to disallow late fees. No evidence of perfected lien or security interest provided. |
| 3 THUNDER NORTH BROADCAST SERVICES LTD<br>635 QUEEN STREET EAST<br>TORONTO, ON M4M 1G4<br>CANADA | 2389 | Tribune Entertainment Company | Secured | $2,620.09 | Unsecured | $2,133.79 | Claim reduced to disallow late charges incurred after Petition Date. No evidence of perfected lien or security interest provided. |
| | | | TOTAL | $3,272.96 | TOTAL | $2,641.03 | |

^ - Documentation supporting payments is available upon request to Debtors.