# SCHEDULE 1

46429/0001-7338045v1

**SCHEDULE 1**

# Tribune Company, et al

## Omnibus Objection 41: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 1 | AERO COMPRESSOR CO.<br>12966 PARK ST<br>SANTA FE SPRINGS, CA 90670 | D |
| 2 | BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | D |
| 3 | BUENA VISTA TELEVISION<br>ATTN: ADRIAN TUSTIN<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-9750 | A |
| 4 | CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | D |
| 5 | COMCAST SPOTLIGHT - INDIANAPOLIS<br>30700 TELEGRAPH RD.<br>SUITE # 4600<br>BINGHAM FARMS, MI 48025 | C |
| 6 | COMCAST SPOTLIGHT - NE<br>30700 TELEGRAPH RD.<br>SUITE # 4600<br>BINGHAM FARMS, MI 48025 | C |
| 7 | COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | C |
| 8 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:MICROWAVE RADIO COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | D |
| 9 | CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: LEVY REALTY ADVISORS, INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | A |
| 10 | DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | B |
| 11 | FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | D |
| 12 | FUJIFILM GRAPHIC SYSTEMS USA INC<br>200 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 | D |

Tribune Company, et al

Omnibus Objection 41: Schedule 1

|    | NAME | EXHIBIT |
|----|------|---------|
| 13 | HARTFORD MEDICAL GROUP<br>PO BOX 1086<br>WILBRAHAM, MA 01089 | C |
| 14 | HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | B |
| 15 | INDUSTRIAL DOOR CO.<br>1555 LANDMEIER RD.<br>ELK GROVE VILLAGE, IL 60007 | C |
| 16 | LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | A |
| 17 | MAJOR LEAGUE BASEBALL PROPERTIES, INC.<br>ATTN: JENNIFER SIMMS, ESQ.<br>245 PARK AVE.<br>NEW YORK, NY 10167 | D |
| 18 | MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL / DANNIN GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 900678 | A |
| 19 | MATILLA SURVIVORS TRUST-SHIRLEY MATILLA<br>AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | B |
| 20 | MCCORMICK, JO ANNA CANZONERI<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | C |
| 21 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 22 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 23 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |

# Tribune Company, et al

## Omnibus Objection 41: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 24 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 25 | PITMAN COMPANY 753 SPRINGDALE DRIVE EXTON, PA 19341 | D |
| 26 | REACTOR ART & DESIGN LIMITED 51 CAMDEN STREET TORONTO, ON M5V 1V2 CANADA | D |
| 27 | ROTATION DYNAMICS CORP 5708 RELIABLE PARKWAY CHICAGO, IL 60686-0057 | D |
| 28 | SIERRA LIQUIDITY FUND, LLC TRANSFEROR: AM COMMUNICATION SERVICES, LLC 2699 WHITE RD., SUITE # 255 IRVINE, CA 92614 | A |
| 29 | TREND OFFSET PRINTING 10301 BUSCH DR. N. ATTN: DON ODHAM JACKSONVILLE, FL 32218 | D |
| 30 | WORLD BOOK NEWS 1652 N. CAHUENGA BLVD HOLLYWOOD, CA 90028 | D |