# EXHIBIT A

## Amended Claims

Tribune Company, et al.

Omnibus Objection 41: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BUENA VISTA TELEVISION ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-9750 | 02/19/2009 | 08-13252 | 654 | $32,388,999.00 | BUENA VISTA TELEVISION ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-9750 | 12/13/2010 | 08-13252 | 6682 | $32,541,688.00 |
| 2 | CREDITOR LIQUIDITY, L.P. TRANSFEROR: LEVY REALTY ADVISORS, INC 200 BUSINESS PARK DRIVE, STE 200 ARMONK, NY 10504 | 04/27/2009 | No Debtor Asserted | 1783 | $38,075.14 | CREDITOR LIQUIDITY, LP AS ASSIGNEE OF '"LEVY REALTY ADVISORS"" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | 08/24/2010 | 08-13208 | 6642 | $64,118.70 |
| 3 | LAW OFFICES OF GERALD S. SACK, LLC 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD, CT 06119 | 04/13/2009 | 08-13141 | 994 | $8,541.01 | LAW OFFICES OF GERALD S. SACK, LLC 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD, CT 06119 | 10/18/2010 | 08-13141 | 6663 | $16,791.01 |
| 4 | MATILLA SURVIVORS TRUST SHIRLEY MATILLA AS SOLE TRUSTEE ERIC P ISRAEL / DANNIN GILL DIAMOND 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 900678 | 07/24/2009 | 08-13141 | 6118 | $159,162.04 | MATILLA SURVIVORS TRUST SHIRLEY MATILLA AS SOLE TRUSTEE ERIC P ISRAEL ESQ/ DANNING GILL DIAMOND 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 90067 | 08/05/2010 | 08-13141 | 6635 | $171,673.07 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 41: Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/22/2010 | 08-13141 | 6442 | $2,974,358.56 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/14/2011 | 08-13141 | 6684 | $2,973,696.92 |
| 6 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13177 | 6571 | $1,225.97* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/16/2010 | 08-13177 | 6681 | $1,312.82* |
| 7 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13161 | 6581 | $1,225.97* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/16/2010 | 08-13161 | 6680 | $1,348.22* |
| 8 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/29/2008 | 08-13143 | 68 | $382.32 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/19/2010 | 08-13143 | 6595 | $9,454.86 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 41: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9  SIERRA LIQUIDITY FUND, LLC TRANSFEROR: AM COMMUNICATION SERVICES, LLC 2699 WHITE RD., SUITE # 255 IRVINE, CA 92614 | 04/22/2009 | 08-13211 | 1342 | Undetermined | SIERRA LIQUIDITY FUND, LLC - ASSIGNEE ATT-IN-FACT FOR AM COMMUNICATION SVCS 2699 WHITE ROAD #255 IRVINE, CA 92614 | 11/15/2010 | 08-13211 | 6674 | $774.44 |
| | | | TOTAL | $35,571,970.01 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts