# EXHIBIT B

## Duplicate Claims

Tribune Company, et al.

Omnibus Objection 41: Exhibit B - Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 07/26/2010 | 08-13141 | 6627 | $184,701.66 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 07/26/2010 | 08-13141 | 6624 | $184,701.66 |
| 2 | HOWARD COUNTY, MARYLAND MARAGARET ANN NOLAN & CAMELA J. SANDMANN HOWARD COUNTY OFFICE OF LAW 3430 COURTHOUSE DRIVE ELLICOTT CITY, MD 21043 | 07/15/2010 | 08-13141 | 6600 | $37,168.48 | HOWARD COUNTY, MARYLAND MARGARET ANN NOLAN & CAMELA J. SANDMANN ESQ., HOWARD COUNTY OFFICE OF LAW 3430 COURTHOUSE DRIVE ELLICOTT CITY, MD 21043 | 07/15/2010 | 08-13141 | 6591 | $37,168.48 |
| 3 | MATILLA SURVIVORS TRUST-SHIRLEY MATILLA AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ DANNING, GILL, DIAMOND & KOLLITZ, LLP 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 90067 | 08/03/2010 | 08-13141 | 6637 | $171,673.07 | MATILLA SURVIVORS TRUST SHIRLEY MATILLA AS SOLE TRUSTEE ERIC P ISRAEL ESQ/ DANNING GILL DIAMOND 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 90067 | 08/05/2010 | 08-13141 | 6635 | $171,673.07 |
| | | | | TOTAL | $393,543.21 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts