# EXHIBIT D

## Modified Debtor Claims

Tribune Company, et al.

Omnibus Objection 41: Exhibit D – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1192 | AERO COMPRESSOR CO. 12966 PARK ST SANTA FE SPRINGS, CA 90670 | 04/20/2009 | $594.33 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $594.33 |
| 2 | 227 | BRIDGEPORT U.S.A. CORPORATION D/B/A POLO CAFE & CATERING BRDGEPORT USA 3322 S. MORGAN ST. CHICAGO, IL 60608 | 01/13/2009 | $5,512.28 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $5,512.28 |
| 3 | 2983 | CITY OF NEWPORT NEWS, VIRGINIA CITY ATTORNEY'S OFFICE 2400 WASHINGTON AVENUE NEWPORT NEWS, VA 23607 | 05/19/2009 | $4,137.04 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $4,137.04 |
| 4 | 2776 | CORRE OPPORTUNITIES FUND, L.P. TRANSFEROR:MICRO WAVE RADIO COMUNICATION ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK, NY 10019 | 05/14/2009 | $6,125.74 | | No Debtor Asserted | 08-13245 | Tribune Television Northwest, Inc. | $6,125.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 41: Exhibit D – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $3,293.00 | 08-13223 | Tribune Broadcasting Company | 08-13223 08-13241 | Tribune Broadcasting Company Tribune Television Company Total | $3,204.47 $88.53 $3,293.00 |
| 6 | FUJIFILM GRAPHIC SYSTEMS USA INC 200 SUMMIT LAKE DRIVE VALHALLA, NY 10595 | 06/01/2009 | $18,104.86 | 08-13141 | Tribune Company | 08-13185 08-13152 | Los Angeles Times Communications LLC Chicago Tribune Company Total | $17,946.46 $158.40 $18,104.86 |
| 7 | MAJOR LEAGUE BASEBALL PROPERTIES, INC. ATTN: JENNIFER SIMMS, ESQ. 245 PARK AVE. NEW YORK, NY 10167 | 07/26/2010 | $8,500.00 | 09-13496 | Tribune CNLBC, LLC | 08-13252 08-13254 | WGN Continental Broadcasting Company WPIX, Inc. Total | $3,500.00 $5,000.00 $8,500.00 |
| 8 | PITMAN COMPANY 753 SPRINGDALE DRIVE EXTON, PA 19341 | 04/22/2009 | $244.88 | | No Debtor Asserted | 08-13173 | Homestead Publishing Co. | $244.88 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 41: Exhibit D – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | 1931 | REACTOR ART & DESIGN LIMITED 51 CAMDEN STREET TORONTO, ON M5V 1V2 CANADA | 04/27/2009 | $800.00 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $800.00 |
| 10 | 2916 | ROTATION DYNAMICS CORP 5708 RELIABLE PARKWAY CHICAGO, IL 60686-0057 | 05/18/2009 | $31,550.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $29,436.00 |
| | | | | | | | 08-13210 | The Daily Press, Inc. | $2,114.00 |
| | | | | | | | | Total | $31,550.00 |
| 11 | 6171 | TREND OFFSET PRINTING 10301 BUSCH DR. N. ATTN: DON ODHAM JACKSONVILLE, FL 32218 | 08/14/2009 | $22,059.21 | 08-13208 | Sun-Sentinel Company | 08-13169 | Gold Coast Publications, Inc. | $22,059.21 |
| 12 | 6305 | WORLD BOOK NEWS 1652 N. CAHUENGA BLVD HOLLYWOOD, CA 90028 | 10/19/2009 | $103.01 | 08-13141 | Tribune Company | 08-13183 | KTLA Inc. | $103.01 |

\* - Indicates claim contains unliquidated and/or undetermined amounts