# **PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. ____ |

## ORDER SUSTAINING DEBTORS' FORTY-FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Forty-First Omnibus Objection (Non-Substantive) to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing or modifying, as applicable, the Disputed Claims set forth on Exhibit A, Exhibit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

B, Exhibit C, and Exhibit D hereto; and upon consideration of the Rodden Declaration; and it

appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

and due and adequate notice of the Objection having been given under the circumstances; and

sufficient cause appearing therefor; it is hereby

        ORDERED that the Objection is sustained; and it is further

        ORDERED that the Amended Claims set forth on the attached Exhibit A are

hereby disallowed in their entirety; and it is further

        ORDERED the Duplicate Claims set forth on the attached Exhibit B are hereby

disallowed in their entirety; and it is further

        ORDERED that the Late-Filed Claims set forth on the attached Exhibit C are

hereby disallowed in their entirety; and it is further

        ORDERED that the Modified Debtor Claims set forth on the attached Exhibit D

are hereby modified so that each such claim is reassigned to the Debtor specified under the

column heading "Modified Debtor;" and it is further

        ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

        ORDERED that nothing set forth herein shall affect the parties' rights with

respect to those claims identified as "Surviving Claims" on Exhibits A and B attached hereto,

and the parties' rights with respect to the "Surviving Claims" are reserved; and it is further

        ORDERED that the relief granted herein is without prejudice to the Debtors'

rights to amend, modify, or supplement the Objection, and to file additional objections to claims

asserted in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       March _____, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

3

# EXHIBIT A

# Amended Claims

Tribune Company, et al.

Omnibus Objection 41: Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 BUENA VISTA TELEVISION ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-9750 | 02/19/2009 | 08-13252 | 654 | $32,388,999.00 | BUENA VISTA TELEVISION ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-9750 | 12/13/2010 | 08-13252 | 6682 | $32,541,688.00 |
| 2 CREDITOR LIQUIDITY, L.P. TRANSFEROR: LEVY REALTY ADVISORS, INC 200 BUSINESS PARK DRIVE, STE 200 ARMONK, NY 10504 | 04/27/2009 | No Debtor Asserted | 1783 | $38,075.14 | CREDITOR LIQUIDITY, LP AS ASSIGNEE OF ""LEVY REALTY ADVISORS"" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | 08/24/2010 | 08-13208 | 6642 | $64,118.700 |
| 3 LAW OFFICES OF: GERALD S. SACK, LLC 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD, CT 06119 | 04/13/2009 | 08-13141 | 994 | $8,541.01 | LAW OFFICES OF GERALD S. SACK, LLC 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD, CT 06119 | 10/18/2010 | 08-13141 | 6663 | $16,791.01 |
| 4 MATILLA SURVIVORS TRUST SHIRLEY MATILLA AS SOLE TRUSTEE ERIC P ISRAEL / DANNIN GILL DIAMOND 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 900678 | 07/24/2009 | 08-13141 | 6118 | $159,162.04 | MATILLA SURVIVORS TRUST SHIRLEY MATILLA AS SOLE TRUSTEE ERIC P ISRAEL ESQ/ DANNING GILL DIAMOND 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 90067 | 08/05/2010 | 08-13141 | 6635 | $171,673.07 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 41: Exhibit A - Amended Claims

| # | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/22/2010 | 08-13141 | 6442 | $2,974,358.56 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/14/2011 | 08-13141 | 6684 | $2,973,696.92 |
| 6 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13177 | 6571 | $1,225.97* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/16/2010 | 08-13177 | 6681 | $1,312.82* |
| 7 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13161 | 6581 | $1,225.97* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/16/2010 | 08-13161 | 6680 | $1,348.22* |
| 8 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/29/2008 | 08-13143 | 68 | $382.32 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/19/2010 | 08-13143 | 6595 | $9,454.86 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 41: Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9  SIERRA LIQUIDITY FUND, LLC TRANSFEROR: AM COMMUNICATION SERVICES, LLC 2699 WHITE RD., SUITE # 255 IRVINE, CA 92614 | 04/22/2009 | 08-13211 | 1342 | Undetermined | SIERRA LIQUIDITY FUND, LLC - ASSIGNEE ATT-IN-FACT FOR AM COMMUNICATION SVCS 2699 WHITE ROAD #255 IRVINE, CA 92614 | 11/15/2010 | 08-13211 | 6674 | $774.44 |
| | | | TOTAL | $35,571,970.01 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 3

# EXHIBIT B

## Duplicate Claims

Tribune Company, et al.

Omnibus Objection 41: Exhibit B - Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 07/26/2010 | 08-13141 | 6627 | $184,701.66 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 07/26/2010 | 08-13141 | 6624 | $184,701.66 |
| 2 | HOWARD COUNTY, MARYLAND MARAGARET ANN NOLAN & CAMELA J. SANDMANN HOWARD COUNTY OFFICE OF LAW 3430 COURTHOUSE DRIVE ELLICOTT CITY, MD 21043 | 07/15/2010 | 08-13141 | 6600 | $37,168.48 | HOWARD COUNTY, MARYLAND MARGARET ANN NOLAN & CAMELA J. SANDMANN ESQ, HOWARD COUNTY OFFICE OF LAW 3430 COURTHOUSE DRIVE ELLICOTT CITY, MD 21043 | 07/15/2010 | 08-13141 | 6591 | $37,168.48 |
| 3 | MATILLA SURVIVORS TRUST-SHIRLEY MATILLA AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ DANNING, GILL, DIAMOND & KOLLITZ, LLP 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 90067 | 08/03/2010 | 08-13141 | 6637 | $171,673.07 | MATILLA SURVIVORS TRUST SHIRLEY MATILLA AS SOLE TRUSTEE ERIC P ISRAEL ESQ/ DANNING GILL DIAMOND 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES, CA 90067 | 08/05/2010 | 08-13141 | 6635 | $171,673.07 |
| | TOTAL | | | | $393,543.21 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# **EXHIBIT C**

## **Late-Filed Claims**

Tribune Company, et al.

Omnibus Objection 41: Exhibit C - Late Filed Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COMCAST SPOTLIGHT - INDIANAPOLIS 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS, MI 48025 | 08-13241 | Tribune Television Company | 09/15/2010 | 6649 | $17,344.25 | Late-Filed Claim |
| 2 | COMCAST SPOTLIGHT - NE 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS, MI 48025 | 08-13241 | Tribune Television Company | 09/15/2010 | 6650 | $93,474.50 | Late-Filed Claim |
| 3 | COOK COUNTY DEPT. OF REVENUE 118 N. CLARK STREET, ROOM 1160 CHICAGO, IL 60602 | 08-13141 | Tribune Company | 12/15/2010 | 6683 | $1,286,329.03 | Late-Filed Claim |
| 4 | HARTFORD MEDICAL GROUP PO BOX 1086 WILBRAHAM, MA 01089 | 08-13141 | Tribune Company | 11/12/2010 | 6673 | $722.00 | Late-Filed Claim |
| 5 | INDUSTRIAL DOOR CO. 1555 LANDMEIER RD. ELK GROVE VILLAGE, IL 60007 | | Multiple Debtors | 09/16/2010 | 6652 | $5,163.58 | Late-Filed Claim |
| 6 | MCCORMICK, JO ANNA CANZONERI 342 N ATLANTIC BLVD ALHAMBRA, CA 91801-2217 | 08-13141 | Tribune Company | 09/07/2010 | 6647 | $50,000,000,000.00* | Late-Filed Claim |
| | | | | | TOTAL | $50,001,403,033.36 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT D

## Modified Debtor Claims

## Tribune Company, et al.

### Omnibus Objection 41: Exhibit D – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 1192 | AERO COMPRESSOR CO. 12966 PARK ST SANTA FE SPRINGS, CA 90670 | 04/20/2009 | $594.33 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $594.33 |
| 2 | 227 | BRIDGEPORT U.S.A. CORPORATION D/B/A POLO CAFE & CATERING BRIDGEPORT USA 3322 S. MORGAN ST. CHICAGO, IL 60608 | 01/13/2009 | $5,512.28 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $5,512.28 |
| 3 | 2983 | CITY OF NEWPORT NEWS, VIRGINIA CITY ATTORNEY'S OFFICE 2400 WASHINGTON AVENUE NEWPORT NEWS, VA 23607 | 05/19/2009 | $4,137.04 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $4,137.04 |
| 4 | 2776 | CORRE OPPORTUNITIES FUND, L.P. TRANSFEROR:MICRO WAVE RADIO COMMUNICATION ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK, NY 10019 | 05/14/2009 | $6,125.74 | No Debtor Asserted | | 08-13245 | Tribune Television Northwest, Inc. | $6,125.74 |

*Note: The table above lists CLAIM # as the leftmost numbered rows (1–4) with the claim numbers (1192, 227, 2983, 2776) in the second column.*

* - Indicates claim contains unliquidated and/or undetermined amounts

## Tribune Company, et al.

### Omnibus Objection 41: Exhibit D – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $3,293.00 | 08-13223 | Tribune Broadcasting Company | 08-13223 | Tribune Broadcasting Company | $3,204.47 |
| | | | | | | 08-13241 | Tribune Television Company | $88.53 |
| | | | | | | | Total | $3,293.00 |
| 6 | FUJIFILM GRAPHIC SYSTEMS USA INC 200 SUMMIT LAKE DRIVE VALHALLA, NY 10595 | 06/01/2009 | $18,104.86 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $17,946.46 |
| | | | | | | 08-13152 | Chicago Tribune Company | $158.40 |
| | | | | | | | Total | $18,104.86 |
| 7 | MAJOR LEAGUE BASEBALL PROPERTIES, INC. ATTN: JENNIFER SIMMS, ESQ. 245 PARK AVE. NEW YORK, NY 10167 | 07/26/2010 | $8,500.00 | 09-13496. | Tribune CNLBC, LLC | 08-13252 | WGN Continental Broadcasting Company | $3,500.00 |
| | | | | | | 08-13254 | WPIX, Inc. | $5,000.00 |
| | | | | | | | Total | $8,500.00 |
| 8 | PITMAN COMPANY 753 SPRINGDALE DRIVE EXTON, PA 19341 | 04/22/2009 | $244.88 | | No Debtor Asserted | 08-13173 | Homestead Publishing Co. | $244.88 |

*- Indicates claim contains unliquidated and/or undetermined amounts

## Tribune Company, et al.

## Omnibus Objection 41: Exhibit D – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | 1931 | REACTOR ART & DESIGN LIMITED 51 CAMDEN STREET TORONTO, ON M5V 1V2 CANADA | 04/27/2009 | $800.00 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $800.00 |
| 10 | 2916 | ROTATION DYNAMICS CORP 5708 RELIABLE PARKWAY CHICAGO, IL 60686-0057 | 05/18/2009 | $31,550.00 | 08-13141 | Tribune Company | 08-13152 08-13210 | Chicago Tribune Company The Daily Press, Inc. Total | $29,436.00 $2,114.00 $31,550.00 |
| 11 | 6171 | TREND OFFSET PRINTING 10301 BUSCH DR. N. ATTN: DON ODHAM JACKSONVILLE, FL 32218 | 08/14/2009 | $22,059.21 | 08-13208 | Sun-Sentinel Company | 08-13169 | Gold Coast Publications, Inc. | $22,059.21 |
| 12 | 6305 | WORLD BOOK NEWS 1652 N. CAHUENGA BLVD HOLLYWOOD, CA 90028 | 10/19/2009 | $103.01 | 08-13141 | Tribune Company | 08-13183 | KTLA Inc. | $103.01 |

*- Indicates claim contains unliquidated and/or undetermined amounts