IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | : | **Chapter 11** |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.* | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |
| | : | |
| --- | x | |

## NOTICE OF DEPOSITION OF KENNETH LIANG

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure), and the case management order entered by the Court in the above-captioned case, Law Debenture Trust Company of New York by and through its undersigned attorneys, will take the deposition upon oral examination of Kenneth Liang, an employee of Oaktree Capital Management, L.P., at the offices of Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067, on February 17, 2011 at 9:30 A.M. (Pacific Time) and shall be continued from day to day until completed.

The deposition shall be taken before a notary public or other office authorized by law to administer oaths, shall be recorded by stenographic means, and will be videotaped. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure.

2

Dated: January 28, 2011
      Wilmington, Delaware

                                **BIFFERATO GENTILOTTI LLC**

                        */s/ Garvan F. McDaniel*
                        Garvan F. McDaniel
                        800 N. King St., Plaza Level
                        Wilmington, DE 19801
                        (302) 429-1900

                               - and -

                        David S. Rosner
                        Andrew K. Glenn
                        Sheron Korpus
                        Kasowitz, Benson, Torres & Friedman LLP
                        1633 Broadway
                        New York, New York 10019
                        (212) 506-1700

                        *Co-Counsel for Law Debenture Trust*
                        *Company of New York*

2

Dated: January 28, 2011
      Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*