# EXHIBIT A

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

January 01, 2011

In Reference To:        00499.008 - General

Invoice #    26193    DAS

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/23/2010 RP | Analyze trademark issue in connection with coverage of college sports. | 0.40<br>425.00/hr | 170.00 |
|  | For professional services rendered | 0.40 | $170.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.008
January 01, 2011

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Robert Penchina | 0.40 | 425.00 | $170.00 |

Timekeeper Summary

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

January 01, 2011                                              Invoice #    26201    NES
In Reference To:           00499.050 - Baltimore Sun - General Newsroom

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| | | |
| 12/10/2010 NES  Review docket for closed hearing, telephone conference with Judge Motz (.2); email D. Bralow regarding results (.1). | 0.30 425.00/hr | 127.50 |
| For professional services rendered | 0.30 | $127.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.050
January 01, 2011

| Timekeeper Summary | | | |
|---|---|---|---|
| Name | Hours | Rate | Amount |
| Nathan E. Siegel | 0.30 | 425.00 | $127.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

January 01, 2011                                          Invoice #     26143      NES

In Reference To:          00499.071 - Henke

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 12/16/2010 NES   Review proposed stipulation to lift stay. | 0.20<br>425.00/hr | 85.00 |
| For professional services rendered | 0.20 | $85.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.071
January 01, 2011

| Timekeeper Summary | | | |
|---|---|---|---|
| Name | Hours | Rate | Amount |
| Nathan E. Siegel | 0.20 | 425.00 | $85.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

January 01, 2011                                    Invoice #    26148    NES

In Reference To:          00499.074 - Baltimore Sun/Bates

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2010 | TBK | Email exchange with experts regarding settlement and winding up. | 0.70<br>425.00/hr | 297.50 |
| 12/7/2010 | NES | Telephone conference with plaintiff's counsel and telephone conference with client to discuss court inquiry regarding settlement order (.3); exchange email with counsel regarding same (.1). | 0.40<br>425.00/hr | 170.00 |
| 12/8/2010 | NES | Telephone conference with court clerk and follow up email with counsel to discuss court inquiry about settlement order. | 0.20<br>425.00/hr | 85.00 |
|  | For professional services rendered |  | 1.30 | $552.50 |

### Disbursements

| | |
|---|---|
| DEPOSITION TRANSCRIPTS | 5,560.00 |
| EXPERT WITNESS FEES | 2,787.50 |
| FILING FEES | 32.00 |
| LOCAL COUNSEL FEES | 120.40 |
| MEDIATOR FEES | 3,412.00 |
| OFF-SITE COPYING SERVICE | 26.67 |
| TRAVEL | 300.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
January 01, 2011

|  | Amount |
|---|---|
| Total disbursements | $12,239.07 |
| Total amount of this bill | $12,791.57 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.074
January 01, 2011

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Nathan E. Siegel | 0.60 | 425.00 | $255.00 |
| Thomas B. Kelley | 0.70 | 425.00 | $297.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

January 01, 2011                                          Invoice #    26066      RP
In Reference To:          00499.077 - Journal Publ. v. Hartford Courant

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/14/2010 RP | Review copyright analysis prepared by D. Bralow (.2); draft correspondence to D. Bralow regarding same (.2). | 0.40 425.00/hr | 170.00 |
| | For professional services rendered | 0.40 | $170.00 |

# Levine Sullivan Koch & Schulz, l.l.p.

File No.  00499.077
January 01, 2011

| | Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| Name | | | | |
| Robert Penchina | | 0.40 | 425.00 | $170.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

| | |
|---|---|
| January 01, 2011 | Invoice #    26120    SDB |
| In Reference To: | 00499.080 Tribune Company - Fee Application-Bankruptcy Retention Issues |

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2010 | SDB | Review and revise fee application for August invoices (.4); review and revise invoices in connection with same (.4); telephone conferences with R. Mariella regarding same (.3). | 1.10 425.00/hr | 467.50 |
| | SDJ | Draft August fee application and supporting documents. | 1.40 285.00/hr | 399.00 |
| | RP | Review and redact invoices for fee application. | 0.10 425.00/hr | 42.50 |
| 12/2/2010 | SDB | Telephone conference with R. Mariella regarding certificate of non-objection (.2); exchange email with D. Bralow and R. Mariella regarding same (.2); review and revise third monthly fee application for August invoices (.4). | 0.80 425.00/hr | 340.00 |
| | SDJ | Revise August fee application cover and prepare monthly invoices for attachment. | 3.30 285.00/hr | 940.50 |
| | NES | Review and redact bills for attorney-client privilege and work product information. | 0.80 425.00/hr | 340.00 |
| | JPB | Review August fee application for accuracy. | 0.40 190.00/hr | 76.00 |

# Levine Sullivan Koch & Schulz, L.L.P.

File No.  00499.080
January 01, 2011

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2010 | SDB | Final review of August monthly fee application. | 0.30<br>425.00/hr | 127.50 |
|  | SDJ | Finalize and file August fee application. | 0.90<br>285.00/hr | 256.50 |
| 12/9/2010 | SDB | Review and revise September invoices to respond to issues raised by A. Dalton. | 0.60<br>425.00/hr | 255.00 |
| 12/14/2010 | SDB | Exchange email with A. Dalton regarding revised September invoices and additional information requested (.4); telephone conference and exchange email with R. Mariella regarding outstanding invoice and court approval (.2). | 0.60<br>425.00/hr | 255.00 |
| 12/17/2010 | SDJ | Exchange email correspondence with P. Ratkowiak and D. Beezie regarding certificate of non objection. | 1.00<br>285.00/hr | 285.00 |
|  | SDB | Exchange email with D. Bralow regarding monthly fee applications. | 0.20<br>425.00/hr | 85.00 |
| 12/21/2010 | SDB | Exchange email with R. Mariella regarding court approval of invoices. | 0.20<br>425.00/hr | 85.00 |
| 12/22/2010 | SDJ | Prepare November fee application cover papers. | 0.80<br>285.00/hr | 228.00 |
| 12/23/2010 | SDB | Telephone conference with R. Mariella regarding fee application (.2); telephone conference with D. Bralow regarding same (.2). | 0.40<br>425.00/hr | 170.00 |
|  | SDJ | Exchange email correspondence with P. Ratkowiak and D. Beezie regarding August fee application objection date and certificate of no objection. | 0.70<br>285.00/hr | 199.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.080
January 01, 2011

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/27/2010 SDB | Exchange email with P. Ratkowiak regarding Certificate of No Objection (.1); exchange email with D. Breezie regarding same (.2); telephone conferences with R. Mariella and D. Bralow regarding same (.3). | 0.60<br>425.00/hr | 255.00 |
| 12/29/2010 SDJ | Exchange email correspondence with K. Stickles regarding August quarterly fee application and filing of same with court. | 1.50<br>285.00/hr | 427.50 |
| | For professional services rendered | 15.70 | $5,234.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.080
January 01, 2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Nathan E. Siegel | 0.80 | 425.00 | $340.00 |
| Robert Penchina | 0.10 | 425.00 | $42.50 |
| Seth D. Berlin | 4.80 | 425.00 | $2,040.00 |
| Shaina D. Jones | 9.60 | 285.00 | $2,736.00 |
| Jennifer Pinkerton-Burke | 0.40 | 190.00 | $76.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number:  52-2004605

# Levine Sullivan Koch & Schulz, l.l.p.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

January 01, 2011                                    Invoice #    26210       JWB
In Reference To:        00499.081 Tribune - The Jeffersonian


Professional Services

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2010 | JWB | Extended telephone conference with counsel for Trustees developments (.3); draft brief email summary to D. Bralow regarding same, recommendations for proceeding (.1); receive and review reply from D. Bralow (.1). | 0.50 425.00/hr | 212.50 |
| 12/3/2010 | JWB | Exchange email with D. Bralow regarding new scheduling for exceptions and response to same. | 0.20 425.00/hr | 85.00 |
|  | SDJ | Email correspondence with M. Wyatt regarding Exceptions hearing schedule. | 0.40 285.00/hr | 114.00 |
| 12/15/2010 | JWB | Receive voicemail message from counsel for Trustees inquiring regarding scheduling, status (.1); communicate regarding same with client after review of court docket (.2). | 0.30 425.00/hr | 127.50 |
| 12/16/2010 | JWB | Extended telephone conference with counsel for Trustees regarding potential stipulation (.4); communicate with client regarding same, recommendations (.2). | 0.60 425.00/hr | 255.00 |
| 12/20/2010 | JWB | Attempted communications with Trustees' counsel (.1); extended telephone conference with counsel for Exceptor regarding scheduling motion, content of proposed | 0.40 425.00/hr | 170.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No.  00499.081
January 01, 2011

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| | stipulations (.2); exchange email with D. Bralow regarding same, strategy (.1). | | |
| 12/21/2010 JWB | Report on status of motion scheduling. | 0.10 425.00/hr | 42.50 |
| 12/24/2010 JWB | Email to client regarding status. | 0.10 425.00/hr | 42.50 |
| 12/28/2010 JWB | Exchange email with client regarding status of motion to set hearing. | 0.10 425.00/hr | 42.50 |
| | For professional services rendered | 2.70 | $1,091.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.081
January 01, 2011

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jay Ward Brown | 2.30 | 425.00 | $977.50 |
| Shaina D. Jones | 0.40 | 285.00 | $114.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605