# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55959 (KJC) |
| v. | ) | |
| | ) | |
| NAVIGANT CONSULTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of Christopher D. Loizides of Loizides, P.A. and Monica M. Weed of Navigant Consulting, Inc. ("Navigant") on behalf of Navigant, defendant in the above-captioned adversary proceeding and party-in-interest in the above-captioned jointly administered bankruptcy cases. Please serve all papers, pleadings, notices and other documents upon counsel at the address stated below:

Christopher D. Loizides  
LOIZIDES, P.A.  
1225 King Street, Suite 800  
Wilmington, DE 19801  
Telephone:  (302) 654-0248  
Facsimile:  (302) 654-0728  
Email:  loizides@loizides.com

Monica M. Weed, Esquire  
Navigant Consulting, Inc.  
30 S. Wacker Drive, Suite 3550  
Chicago, IL 60606  
Telephone:  (312) 573-5603  
Facsimile:  (312) 573-5678  
Email: monica.weed@navigantconsulting.com

This entry of appearance shall not be deemed to be a submission to the jurisdiction of the Bankruptcy Court, a waiver of the defenses of lack of personal jurisdiction or lack of service or of any other defense, claim or right without any limitation whatsoever.

DATED: January 31, 2011

                         Christopher D. Loizides (No. 3968)
                         LOIZIDES, P.A.
                         1225 King Street, Suite 800
                         Wilmington, DE 19801
                         Telephone:    (302) 654-0248
                         Facsimile:     (302) 654-0728
                         Email:          loizides@loizides.com

Attorney for Navigant Consulting, Inc.