IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55959 (KJC) |
| v. | ) | |
| | ) | |
| NAVIGANT CONSULTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on January 31, 2011, I did cause to be served true and correct copies of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** on the parties listed on the attached service list as indicated thereon.

DATED: January 31, 2011

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

Attorney for Navigant Consulting, Inc.

entry of appearance for navigant.DOCX

## SERVICE LIST

## VIA FIRST-CLASS MAIL

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Stephen Novack, Esquire
Donald A. Tarkington, Esquire
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606