## Service List

David M. Miles, Esquire
Ronald Flagg, Esquire
James F. Bendernagel, Jr., Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

David S. Rosner, Esquire
Sheron Korpus, Esquire
Christine A. Montenegro, Esquire
Matthew Stein, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Elizabeth Goldberg, Esquire
Leonard Gerson, Esquire
Christine Heri, Esquire
Michael Schloss, Esquire
U.S. Department of Labor
P.O. Box 1914
Washington, D.C. 20013

C. Dana Hobart, Esquire
Joshua Mester, Esquire
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

A. Brent Truitt, Esquire
Hennigan, Bennett & Dorman LLP
245 Park Avenue, 39th Floor
New York, NY 10167

Alitia Faccone, Esquire
Joseph T. Boccassini, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Andrew N. Goldfarb, Esquire
Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW, Ste 1000
Washington, D.C. 20036-5807

Andrew G. Gordon, Esquire
David W. Brown, Esquire
Elizabeth McColm, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Andrew W. Hammond, Esquire
Brian E. Fritz, Esquire
David G. Hille, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Andrew J. Puglia Levy, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, D.C. 20006-1047

Andrew N. Goldman, Esquire
Charles C. Platt, Esquire
Dawn M. Wilson, Esquire
Wilmer Hale
399 Park Avenue
New York, NY 10022

Alexandra K. Nellos, Esquire
David M. LeMay, Esquire
Howard Seife, Esquire
Marc Ashley, Esquire
Robert A. Schwinger, Esquire
Thomas McCormack, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10012

Abid Qureshi, Esquire
Daniel Golden, Esquire
Deborah Newman, Esquire
David Zensky, Esquire
Jason Goldsmith, Esquire
Mitchell Hurley, Esquire
Nancy Chung, Esquire
Sunny Gulati, Esquire
Christine Doniak, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Brad Berens, Esquire
David A. Hall, Esquire
Jones Day
77 West Wacker
Chicago, IL 60601-1692

Barney J. Skladany Jr., Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Steven M. Bierman, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Bryan Krakauer, Esquire
Colleen M. Kenney, Esquire
James F. Conlan, Esquire
James W. Ducayet, Esquire
Jen Peltz, Esquire
Dale E. Thomas, Esquire
Patrick Wackerly, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

David Adler, Esquire
McCarter English
245 Park Avenue, 27th Floor
New York, NY 10167

Daniel L. Cantor, Esquire
Daniel Shamah, Esquire
Bradley J. Butwin, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Evan D. Flaschen, Esquire
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516

Howard J. Kaplan, Esquire
Johnny Yeh, Esquire
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, NY 10022

Joseph M. Drayton, Esquire
Jonathan Agudelo, Esquire
Jane Parver, Esquire
Madlyn Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Katharine L. Mayer, Esquire
McCarter English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Lynn DiPaolo Marvin, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Laurie Silverstein, Esquire
R. Stephen McNeill, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

John Henry Schanne, II, Esquire
David Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Rachel Mauceri, Esquire
Morgan, Lewis & Bockius
1701 Market St.
Philadelphia, PA 19103-2921

Menachem Zelmanovitz, Esquire
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060

46429/0001-7341888v1

Charles Jackson, Esquire
Deborah Davidson, Esquire
Theodore Becker, Esquire
Morgan, Lewis & Bockius
77 West Wacker Dr.
Chicago, IL 60601

Elliot Moskowitz, Esquire
Michael Russano, Esquire
Damian S. Schaible, Esquire
Donald S. Bernstein, Esquire
Dennis Glazer, Esquire
Karen Luftglass, Esquire
Sasha Polonsky, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

William D. Sullivan, Esquire
Elihu E. Allinson, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Andrew S. Dash, Esquire
Gordon Z. Novod, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

3