**TRIBUNE COMPANY, et al (Case 08-13141)**       **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2010 through December 31, 2010**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 786.90 | $200,000.00 |
| **Subtotal - Fixed Fee Services** | **786.90** | **$200,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 2.50 | $1,125.00 |
| **Subtotal - Hourly Services** | **2.50** | **$1,125.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 76.40 | $19,757.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **76.40** | **$19,757.00** |
| | | |
| **Total Hours and Compensation** | **865.80** | **$220,882.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                **Exhibit B**

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2010 through December 31, 2010**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 786.90 | $200,000.00 |
| **Subtotal - Fixed Fee Services** | **786.90** | **$200,000.00** |
| **Total Hours and Compensation** | **786.90** | **$200,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period December 1, 2010 through December 31, 2010**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Grant E Hellwarth | Partner | 2.00 |
| James M Maurer | Partner | 1.00 |
| William T England | Partner | 7.00 |
| Betsy J Smith | Director | 1.50 |
| Paul W Francis | Director | 3.00 |
| Thomas L Koops | Director | 82.50 |
| Justin A Spahn | Manager | 76.00 |
| Steven B Ockrim | Manager | 5.50 |
| Elizabeth A Kusek | Senior Associate | 48.00 |
| Lydia Kuebler | Senior Associate | 19.50 |
| Sheri L York | Senior Associate | 74.00 |
| Arunaksha Guha | Associate | 2.00 |
| Christina M Kmetz | Associate | 0.50 |
| Domonique P Hinton | Associate | 67.40 |
| Emily Busch | Associate | 50.00 |
| Gregory D Reed | Associate | 4.00 |
| Melissa Mary Begley | Associate | 130.00 |
| Monika Purohit | Associate | 2.00 |
| Nicole M Duson | Associate | 8.50 |
| Steven D Meyer | Associate | 8.50 |
| Thomas Bradley Stutesman | Associate | 192.00 |
| Patricia A Smith | Professional Assistant | 2.00 |
| **Total Hours Incurred during Compensation Period** | | **786.90** |
| Total Hours Incurred prior to December 1, 2010 | | 3,250.90 |
| **Total Hours Incurred through December 31, 2010** | | **4,037.80** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period December 1, 2010 through December 31, 2010**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | | | $979,537.00 |
| **Remaining Payments for 2010 Consolidated Audit** | | | $420,463.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | | | $1,400,000.00 |
| **Requested Payment - 2010 Consolidated Audit** | | 786.90 | $200,000.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**         **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - December 1, 2010 through December 31, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 108.00 |
| 3200 - Treasury and Cash Management  Process | 7.50 |
| 3250 - Investments Process | 6.00 |
| 3650 - Benefits Process | 18.20 |
| 3700 - Income Tax Process | 1.50 |
| 3800 - Capital and Equity Process | 2.50 |
| 3900 - Period-end Financial Reporting Process | 17.00 |
| 6000 - Audit of ICFR - Finalization procedures | 0.50 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 1.00 |
| 9202 - Q3 Interim Review Procedures | 23.50 |
| 2900 - Information Technology General Controls | 44.00 |
| CTC Fieldwork | 25.50 |
| Hartford Courant Fieldwork | 8.50 |
| KTLA Fieldwork | 89.40 |
| LA Times Site Visit | 43.00 |
| Sun Sentinel Fieldwork | 91.50 |
| Tribune Interactive Fieldwork | 11.00 |
| WGN-Cable Fieldwork | 11.00 |
| WGN-TV Fieldwork | 9.70 |
| WPIX Fieldwork | 47.00 |
| FSC Fieldwork | 18.50 |
| TBC Fieldwork | 1.80 |
| TPC Fieldwork | 2.30 |
| Review Business Unit Fieldwork | 168.00 |
| 3250 - Investments Process (Classified Ventures) | 13.00 |
| 3250 - Investments Process (TVFN Matter) | 17.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **786.90** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period December 1, 2010 through December 31, 2010**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $450 | 2.50 | $1,125.00 |
| **Subtotal - Claims Consulting Services** | | | **2.50** | **$1,125.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Thomas L Koops | Director | $475 | 5.00 | $2,375.00 |
| Justin A Spahn | Manager | $330 | 7.00 | $2,310.00 |
| Sheri L York | Senior Associate | $225 | 1.50 | $337.50 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 16.80 | $4,872.00 |
| Anna M Schiltz | Associate (Bankruptcy) | $225 | 14.50 | $3,262.50 |
| Clayton Thomas Patton | Associate (Bankruptcy) | $225 | 9.00 | $2,025.00 |
| Jordan R Hatzenbuhler | Associate (Bankruptcy) | $225 | 17.50 | $3,937.50 |
| Brian Randall Davis | Professional Assistant (Bankruptcy) | $125 | 5.10 | $637.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **76.40** | **$19,757.00** |
| **Total Hours and Compensation** | | | **78.90** | **$20,882.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 12/1/2010 | Stephen B Danton | Director | 1210H0001: Call from Monica Malgerjo (Tribune) and follow-up with Kim Cooke (City Attorney) regarding settlement terms. | $450.00 | 0.50 | $225.00 |
| 12/2/2010 | Stephen B Danton | Director | 1210H0002: Prepare and review emails from Kim Cooke (City Attorney) related to resolution. | $450.00 | 0.50 | $225.00 |
| 12/9/2010 | Stephen B Danton | Director | 1210H0003: Follow-up on settlement offer from the City of Chicago. | $450.00 | 0.50 | $225.00 |
| 12/10/2010 | Stephen B Danton | Director | 1210H0004: Consultation and follow-up with Kim Cooke (City Attorney) regarding potential settlement issues. | $450.00 | 1.00 | $450.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **2.50** | **$1,125.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 12/2/2010 | Justin A Spahn | Manager | 1210H0005: Discussion with Andrew Goldfarb (Zuckerman Spaeder) regarding proposed tolling agreement. Review proposed document and follow up discussion with Lauren Hofmann (Morgan Lewis). | $330.00 | 2.00 | $660.00 |
| 12/3/2010 | Justin A Spahn | Manager | 1210H0006: Review proposed tolling agreement and follow up correspondence with Andrew Goldfarb (Zuckerman Spaeder). | $330.00 | 2.00 | $660.00 |
| 12/7/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0007: Prepare the Fresh Start fee estimated as requested by Tribune. | $290.00 | 0.20 | $58.00 |
| 12/8/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0008: Prepare the October through November 2010 time consolidator and perform the reconciliation. | $290.00 | 1.30 | $377.00 |
| 12/8/2010 | Thomas L Koops | Director | 1210H0009: Prepare the reporting details for the Independent Examiner Project to be included within the Monthly Fee Application. | $475.00 | 4.00 | $1,900.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period December 1, 2010 through December 31, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/9/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0010: Correspondence with Justin Spahn (PwC) regarding the November 2010 Monthly Fee Application and status of Fee Auditor Reports. | $290.00 | 0.50 | $145.00 |
| 12/9/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0011: Revise the October through November 2010 time consolidator based upon review of the WIP details. | $290.00 | 2.00 | $580.00 |
| 12/13/2010 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 1210H0012: Prepare analysis of the invoices and cash received to date. | $125.00 | 3.50 | $437.50 |
| 12/13/2010 | Justin A Spahn | Manager | 1210H0013: Review the October through November 2010 reporting files for Independent Examiner Project (2.0); Coordinate bankruptcy billing for Comperio (0.80); and email correspondence to Shonda Finseth (PwC) regarding supplemental application (0.20). | $330.00 | 3.00 | $990.00 |
| 12/13/2010 | Thomas L Koops | Director | 1210H0014: Review the October through November 2010 time consolidator. | $475.00 | 1.00 | $475.00 |
| 12/13/2010 | Anna M Schiltz | Associate (Bankruptcy) | 1210H0015: Review the October through November 2010 time consolidator. | $225.00 | 4.00 | $900.00 |
| 12/13/2010 | Anna M Schiltz | Associate (Bankruptcy) | 1210H0016: Review the October through November 2010 expense consolidator. | $225.00 | 3.00 | $675.00 |
| 12/13/2010 | Anna M Schiltz | Associate (Bankruptcy) | 1210H0017: Review the October through November 2010 time consolidator. | $225.00 | 3.00 | $675.00 |
| 12/14/2010 | Clayton Thomas Patton | Associate (Bankruptcy) | 1210H0018: Update the November 2010 time consolidator to include the 2009 Benefit Plan, 2010 Audit, and Advisory Special hours. | $225.00 | 3.00 | $675.00 |
| 12/14/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0019: Incorporate time details for the Advisory Special work and reconcile to the consolidator. | $290.00 | 3.20 | $928.00 |
| 12/14/2010 | Anna M Schiltz | Associate (Bankruptcy) | 1210H0020: Review the October through November 2010 expense consolidator. | $225.00 | 2.00 | $450.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/14/2010 | Anna M Schiltz | Associate (Bankruptcy) | 1210H0021: Review the October through November 2010 time consolidator. | $225.00 | 2.50 | $562.50 |
| 12/15/2010 | Clayton Thomas Patton | Associate (Bankruptcy) | 1210H0022: Update the October through November 2010 time consolidator to include the 2009 Benefit Plan, 2010 Audit, and Advisory Special hours. | $225.00 | 2.00 | $450.00 |
| 12/16/2010 | Clayton Thomas Patton | Associate (Bankruptcy) | 1210H0023: Update the October through November 2010 time consolidator to include the 2009 Benefit Plan, 2010 Audit, and Advisory Special hours. | $225.00 | 4.00 | $900.00 |
| 12/16/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0024: Review the October through November 2010 time consolidator with Clayton Patton (PwC) and discuss the outstanding items; inclusion of the 2009 Benefit Plan review, 2010 Audit, and Advisory Services. | $290.00 | 1.20 | $348.00 |
| 12/16/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0025: Address questions provided by Clayton Patton (PwC) regarding the 2009 Benefit Plan fees. | $290.00 | 0.30 | $87.00 |
| 12/17/2010 | Sheri L York | Senior Associate | 1210H0026: Review the October through November 2010 time and expense consolidator. | $225.00 | 1.50 | $337.50 |
| 12/17/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0027: Reconcile the October through November 2010 time details. | $225.00 | 1.50 | $337.50 |
| 12/18/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0028: Review action items for the October through November 2010 Monthly Fee Application with Jordan Hatzenbuhler (PwC); including the Forms 5500 Audit, Benefit Plan Audit, and Advisory Special Project. | $290.00 | 1.30 | $377.00 |
| 12/18/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0029: Review the October through November 2010 time consolidator. | $225.00 | 3.00 | $675.00 |
| 12/18/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0030: Revise the October through November 2010 time consolidator. | $225.00 | 2.50 | $562.50 |
| 12/18/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0031: Review the October through November 2010 expense consolidator. | $225.00 | 1.50 | $337.50 |

TRIBUNE COMPANY, et al (Case 08-13141)

Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period December 1, 2010 through December 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/20/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0032: Review the October through November 2010 Monthly Fee Application draft exhibits and prepare email to Justin Spalm (PwC) regarding open items. | $290.00 | 0.30 | $87.00 |
| 12/20/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0033: Review and respond to project related email regarding approval of the 2nd Interim Fee Application related to the fixed fee services. | $290.00 | 1.40 | $406.00 |
| 12/20/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0034: Review the October through November 2010 expense consolidator. | $225.00 | 2.00 | $450.00 |
| 12/20/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0035: Prepare draft exhibits for the October through November 2010 Monthly Fee Application. | $225.00 | 2.00 | $450.00 |
| 12/20/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0036: Update the October through November 2010 time and expense consolidators. | $225.00 | 1.00 | $225.00 |
| 12/20/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0037: Prepare the Monthly Fee Application Narrative. | $225.00 | 2.00 | $450.00 |
| 12/20/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0038: Update exhibits for Tribune October through November 2010 Monthly Fee Application. | $225.00 | 1.00 | $225.00 |
| 12/20/2010 | Jordan R Hatzenbuhler | Associate (Bankruptcy) | 1210H0039: Revise the Monthly Fee Application Narrative. | $225.00 | 1.00 | $225.00 |
| 12/21/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0040: Review the October through November 2010 Monthly Fee Application and prepare email communication to Justin Spalm (PwC) regarding open items. | $290.00 | 1.00 | $290.00 |
| 12/21/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0041: Review the October through November 2010 Monthly Fee Application and the Eighth Interim Fee Statement. | $290.00 | 3.30 | $957.00 |
| 12/22/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0042: Prepare email to Jordan Hatzenbuhler (PwC) regarding finalizing the Monthly/Interim Fee Application. | $290.00 | 0.30 | $87.00 |
| 12/22/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0043: Review the October through November 2010 Monthly Fee Application. | $290.00 | 0.10 | $29.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/22/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0044: Distribute the October through November 2010 Monthly Fee Application to Counsel for filing. | $290.00 | 0.20 | $58.00 |
| 12/22/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 1210H0045: Distribute the October through November 2010 Monthly Fee Application to the Fee Auditor. | $290.00 | 0.20 | $58.00 |
| 12/23/2010 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 1210H0046: Prepare the October through November 2010 Monthly Fee Application Invoices. | $125.00 | 1.60 | $200.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **76.40** | **$19,757.00** |
| **Total Hours and Compensation** | | | | | **78.90** | **$20,882.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period December 1, 2010 through December 31, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **2010 Consolidated Audit** | |
| Airfare | $2,454.93 |
| Lodging | $9,934.99 |
| Meals | $1,287.64 |
| Mileage Allowance | $48.00 |
| Parking | $385.99 |
| Public/ground transportation | $1,004.23 |
| Rental Car | $992.82 |
| Research | $1,250.00 |
| Sundry - Other | $25.78 |
| **Subtotal - 2010 Consolidated Audit** | **$17,384.38** |
| **Tax Consulting Services** | |
| Public/ground transportation | $20.00 |
| **Subtotal - Tax Consulting Services** | **$20.00** |
| **Total Expenditures** | **$17,404.38** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Friday, January 28, 2011

TRIBUNE COMPANY., et al (Case 08-13141)                                                                    Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2010 Consolidated Audit** | | | | |
| 9/30/2010 | PricewaterhouseCoopers | Research | 1210E0001: MARKET RESEARCH - FOR Q3 2010 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,250.00 |
| 10/4/2010 | Domonique P Hinton | Public/ground transportation | 1210E0002: CHICAGO TRANSIT AUTHORITY - BUS TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $16.00 |
| 10/4/2010 | Domonique P Hinton | Parking | 1210E0003: LOWER WACKER PARKING - PARKING AT TRIBUNE TOWER TO RETURN WORKPAPERS. | $7.00 |
| 10/30/2010 | Melissa Mary Begley | Sundry - Other | 1210E0004: POSTAGE STAMPS FOR MAILING AR CONFIRMATIONS. | $8.80 |
| 11/11/2010 | Elizabeth A Kusek | Airfare | 1210E0005: AIRTRAN AIRWAYS MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > MKE TO JFK (WEEK OF 11/28/10 - 12/3/10). | $487.90 |
| 11/15/2010 | Melissa Mary Begley | Public/ground transportation | 1210E0006: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM TRIBUNE TO PWC OFFICE TO OBTAIN CONFIRMATIONS FOR AR TESTING. | $7.35 |
| 11/16/2010 | Melissa Mary Begley | Airfare | 1210E0007: AMERICAN AIRLINES TAMPA FL - ECONOMY AIRFARE ONE WAY > ORD TO FLL ON 11/28/10. | $259.58 |
| 11/16/2010 | Melissa Mary Begley | Airfare | 1210E0008: SPIRIT AIRLINES MIRAMAR FL - ECONOMY AIRFARE ONE WAY > FLL TO ORD ON 12/3/10. | $112.70 |
| 11/17/2010 | Melissa Mary Begley | Airfare | 1210E0009: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE FOR FLIGHT ON 11/28/10. | $35.00 |
| 11/22/2010 | Domonique P Hinton | Airfare | 1210E0010: AMERICAN AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ORD TO LAX (WEEK OF 12/5/10 - 12/12/10). | $381.40 |
| 11/23/2010 | Thomas L Koops | Airfare | 1210E0011: AMERICAN AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > ORD TO JFK (WEEK OF 11/27/10 - 12/2/10). | $253.95 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement
period.

Exhibit D-2

**TRIBUNE COMPANY,, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/28/2010 | Elizabeth A Kusek | Meals | 1210E0012: FRENCH MEADOW 604054 MILWAUKEE WI - DINNER - WITH SELF. | $17.79 |
| 11/28/2010 | Melissa Mary Begley | Airfare | 1210E0013: AMERICAN AIRLINES CHICAGO IL - CHECKED BAGGAGE FEE FOR FLIGHT ON 11/28/10. | $25.00 |
| 11/28/2010 | Melissa Mary Begley | Public/ground transportation | 1210E0014: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM HOME; LOGAN SQUARE, IL TO ORD. | $37.45 |
| 11/28/2010 | Melissa Mary Begley | Public/ground transportation | 1210E0015: YELLOW CAB 0163 FORT LAUDERDA FL - TAXI FROM FLL TO HOTEL. | $73.70 |
| 11/28/2010 | Thomas Bradley Stutesman | Airfare | 1210E0016: DELTA AIR LINES CHICAGO IL - CHECKED BAGGAGE FEE FOR FLIGHT ON 11/28/10. | $23.00 |
| 11/28/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0017: NYC TAXI MED 2B67 Q1HOLLIS NY - TAXI FROM JFK TO NYC HOTEL. | $61.42 |
| 11/29/2010 | Thomas L Koops | Meals | 1210E0018: STARBUCKS - BREAKFAST - WITH SELF. | $9.57 |
| 11/29/2010 | Thomas L Koops | Public/ground transportation | 1210E0019: IL HIGHWAY TOLLS - I294 & I88 - TOLL ROAD CHARGES FROM HOME TO ORD. | $2.40 |
| 11/29/2010 | Justin A Spahn | Airfare | 1210E0020: SOUTHWEST AIRLINES MIAMI LAKES FL - ECONOMY ROUNDRIP AIRFARE > MDW TO FLL (WEEK OF 12/1/10 - 12/3/10). | $686.40 |
| 11/29/2010 | Sheri L York | Meals | 1210E0021: BAKERY - BREAKFAST - WITH M. BEGLEY AND SELF. | $10.00 |
| 11/29/2010 | Sheri L York | Parking | 1210E0022: DEERFIELD BEACH PARKING - PARKING AT DINNER WHILE WORKING AT CLIENT SITE. | $15.00 |
| 11/29/2010 | Elizabeth A Kusek | Meals | 1210E0023: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - WITH SELF. | $2.59 |
| 11/29/2010 | Elizabeth A Kusek | Public/ground transportation | 1210E0024: NYC TAXI MED 5H78 09 BROOKLYN NY - TAXI FROM HOTEL TO CLIENT LOCATION. | $8.88 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

TRIBUNE COMPANY., et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/29/2010 | Elizabeth A Kusek | Public/ground transportation | 1210E0025: NYC TAXI MED 4D93 09 LONG ISLAND C NY - TAXI FROM LGA TO NYC HOTEL. | $41.58 |
| 11/29/2010 | Emily Busch | Airfare | 1210E0026: SOUTHWEST AIRLINES DALLAS TX - ADDITIONAL TRAVEL FEE INCURRED ON SWA TO CHANGE FLIGHT. | $9.00 |
| 11/29/2010 | Melissa Mary Begley | Meals | 1210E0027: THE WHALE'S RIB INC DEERFIELD BCH FL - DINNER - WITH SELF. | $37.78 |
| 11/29/2010 | Thomas Bradley Stutesman | Meals | 1210E0028: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - WITH SELF. | $10.00 |
| 11/29/2010 | Thomas Bradley Stutesman | Meals | 1210E0029: EL CENTRO 8843001799 NEW YORK NY - DINNER - WITH E. KUSEK AND SELF. | $89.00 |
| 11/29/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0030: NYC TAXI MED 8P99 09 LONG ISLAND C NY - TRAVEL FROM NYC HOTEL TO CLIENT LOCATION. | $6.12 |
| 11/29/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0031: WHITE AND BLUE GROUP LONG ISLAND CITY NY - TRAVEL FROM CLIENT LOCATION TO HOTEL. | $10.60 |
| 11/29/2010 | Thomas L Koops | Mileage Allowance | 1210E0032: TRAVEL FROM CHICAGO, IL OFFICE TO ORD AIRPORT. | $13.00 |
| 11/30/2010 | Thomas L Koops | Meals | 1210E0034: MARRIOTT 33789NYMRQU NEW YORK NY - DINNER - WITH SELF. | $46.22 |
| 11/30/2010 | Sheri L York | Meals | 1210E0035: BAKERY - BREAKFAST - WITH M. BEGLEY AND SELF. | $10.00 |
| 11/30/2010 | Elizabeth A Kusek | Meals | 1210E0036: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - WITH SELF. | $3.65 |
| 11/30/2010 | Elizabeth A Kusek | Public/ground transportation | 1210E0037: NYC TAXI MED 8P96 09 LONG ISLAND C NY - TAXI NYC HOTEL TO CLIENT LOCATION. | $12.96 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                    Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/30/2010 | Thomas Bradley Stutesman | Meals | 1210E0038: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - WITH SELF. | $8.87 |
| 11/30/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0039: 55 STAN OPERATING CO LONG ISLAND CITY NY - TRAVEL FROM HOTEL TO CLIENT LOCATION. | $9.80 |
| 11/30/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0040: YELLOW CAB NEW YORK - TAXI FROM CLIENT LOCATION TO HOTEL. | $8.00 |
| 12/1/2010 | Thomas L Koops | Meals | 1210E0041: FRANKIE AND JOHNNIES NEW YORK NY - DINNER - WITH SELF. | $35.60 |
| 12/1/2010 | Thomas L Koops | Meals | 1210E0042: STARBUCKS - BREAKFAST - WITH SELF. | $9.57 |
| 12/1/2010 | Justin A Spahn | Meals | 1210E0043: GOLD COAST DOGS 0500 CHICAGO IL - DINNER - WITH SELF. | $13.95 |
| 12/1/2010 | Justin A Spahn | Public/ground transportation | 1210E0044: YELLOW CAB - TAXI FROM FLL TO HOTEL. | $70.00 |
| 12/1/2010 | Elizabeth A Kusek | Meals | 1210E0045: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - WITH SELF. | $10.00 |
| 12/1/2010 | Melissa Mary Begley | Meals | 1210E0046: VINO WINE BAR & ITAL BOCA RATON FL - DINNER - WITH S. MEYERS AND SELF. | $79.04 |
| 12/1/2010 | Thomas Bradley Stutesman | Meals | 1210E0047: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - WITH SELF. | $6.97 |
| 12/1/2010 | Thomas Bradley Stutesman | Meals | 1210E0048: FRANKIE AND JOHNNIES NEW YORK NY - DINNER - WITH T. KOOPS, E. KUSEK, AND SELF. | $150.00 |
| 12/1/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0049: NYC TAXI MED 6M21 09 FLUSHING NY - TAXI FROM HOTEL TO CLIENT LOCATION. | $11.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY., et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/1/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0050: NYC TAXI MED 3K98 09 LONG ISLAND C NY - TAXI FROM CLIENT LOCATION TO HOTEL. | $15.84 |
| 12/2/2010 | Thomas L Koops | Public/ground transportation | 1210E0051: 55 STAN OPERATING CO LONG ISLAND CITY NY - TAXI FROM HOTEL TO AIRPORT. | $45.19 |
| 12/2/2010 | Thomas L Koops | Meals | 1210E0052: STARBUCKS - BREAKFAST - WITH SELF. | $9.57 |
| 12/2/2010 | Justin A Spahn | Meals | 1210E0053: OCEANS 234 OCEANS 23 DEERFIELD BEACH FL - DINNER - WITH S.YORK, M.BEGLEY, AND SELF. | $115.81 |
| 12/2/2010 | Elizabeth A Kusek | Meals | 1210E0054: MARRIOTT 33789NYMRQU NEW YORK NY - BREAKFAST - WITH SELF. | $10.00 |
| 12/2/2010 | Melissa Mary Begley | Airfare | 1210E0055: SPIRIT AIRLINES MIRAMAR FL - CHECKED BAGGAGE FEE FOR FLIGHT ON 12/3/10. | $58.00 |
| 12/2/2010 | Melissa Mary Begley | Airfare | 1210E0056: SPIRIT AIRLINES MIRAMAR FL - ECONOMY AIRFARE; FLL TO ORD SEAT ASSIGNMENT FEE. | $25.00 |
| 12/2/2010 | Thomas Bradley Stutesman | Meals | 1210E0057: STARBUCKS USA 134551 NEW YORK NY - BREAKFAST - WITH SELF. | $10.00 |
| 12/2/2010 | Thomas Bradley Stutesman | Meals | 1210E0058: PASTA LOVERS TRATTOR NEW YORK NY - DINNER - WITH E. KUSEK AND SELF. | $97.00 |
| 12/2/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0059: NYC TAXI MED 7A99 09 S. RICHMOND H NY - TAXI FROM CLIENT LOCATION TO LGA. | $38.36 |
| 12/2/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0060: NYC TAXI MED 5K50 09 ASTORIA NY - TRAVEL FROM HOTEL TO CLIENT LOCATION. | $9.84 |
| 12/3/2010 | Thomas L Koops | Parking | 1210E0061: OHARE PARK MAINLOT CHICAGO IL - PARKING AT ORD AIRPORT (WEEK OF 12/2/10-12/4/10). | $103.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2010 through December 31, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 12/3/2010 | Justin A Spahn | Lodging | 1210E0062: EMBASSY SUITES DEEFL DEERFIELD BEACH FL - LODGING 2 NIGHTS (WEEK OF 12/1/10-12/3/10). | $318.53 |
| 12/3/2010 | Sheri L York | Sundry - Other | 1210E0063: FEDEX# 875037299281 MEMPHIS TN - SHIPPING WORKPAPERS FROM SUN SENTINEL SITE VISIT. | $16.98 |
| 12/3/2010 | Sheri L York | Public/ground transportation | 1210E0064: CHICAGO YELLOW CAB - TAXI FROM MDW TO HOME; CHICAGO, IL. | $40.00 |
| 12/3/2010 | Sheri L York | Lodging | 1210E0065: EMBASSY SUITES DEEFL DEERFIELD BEACH FL - LODGING 5 NIGHTS (WEEK OF 11/28/10-12/3/10). | $1,065.38 |
| 12/3/2010 | Sheri L York | Rental Car | 1210E0066: HERTZ CAR RENTAL MARCO ISLAND FL - RENTAL CAR WHILE TRAVELING TO CLIENT LOCATION; WEEK OF 11/28/10-12/3/10. | $518.14 |
| 12/3/2010 | Elizabeth A Kusek | Airfare | 1210E0067: AIRTRAN AIRWAYS ATLANTA GA - CHECKED BAGGAGE FEE FOR FLIGHT ON 12/3/10. | $20.00 |
| 12/3/2010 | Elizabeth A Kusek | Parking | 1210E0068: MILWAUKEE FAST PARK MILWAUKEE WI - PARKING AT MKE AIRPORT (WEEK OF 11/28/10-12/3/10). | $32.99 |
| 12/3/2010 | Melissa Mary Begley | Public/ground transportation | 1210E0069: AMERICAN UNITED TAXI CHICAGO IL - TAXI FROM AIRPORT TO HOME; LOGAN SQUARE, IL. | $36.75 |
| 12/3/2010 | Melissa Mary Begley | Meals | 1210E0070: FT. LAUDERDALE INT'L FT. LAUDERDAL FL - DINNER - WITH SELF. | $13.66 |
| 12/3/2010 | Melissa Mary Begley | Lodging | 1210E0071: EMBASSY SUITES DEEFL DEERFIELD BEACH FL - LODGING 5 NIGHTS (WEEK OF 11/28/10-12/3/10). | $924.70 |
| 12/3/2010 | Thomas Bradley Stutesman | Airfare | 1210E0072: DELTA AIR LINES NYC-LAGUARDIANY - CHECKED BAGGAGE FEE FOR FLIGHT ON 12/3/10. | $23.00 |
| 12/4/2010 | Thomas L Koops | Lodging | 1210E0075: MARRIOTT 33789NYMRQU NEW YORK NY - LODGING 3 NIGHTS (WEEK OF 12/2/10-12/4/10). | $1,143.09 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY., et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/4/2010 | Thomas L Koops | Public/ground transportation | 1210E0076: NY TAXI - TAXI FROM JFK TO HOTEL. | $45.00 |
| 12/4/2010 | Elizabeth A Kusek | Lodging | 1210E0077: MARRIOTT 33789NYMRQU NEW YORK NY - LODGING 5 NIGHTS (WEEK OF 11/28/10-12/3/10). | $1.998.11 |
| 12/4/2010 | Thomas Bradley Stutesman | Lodging | 1210E0078: MARRIOTT 33789NYMRQU NEW YORK NY - LODGING 5 NIGHTS (WEEK OF 11/28/10-12/3/10). | $1,958.99 |
| 12/5/2010 | Domonique P Hinton | Airfare | 1210E0079: AMERICAN AIRLINES CHICAGO IL - CHECKED BAGGAGE FEE FOR FLIGHT ON 12/5/10. | $25.00 |
| 12/5/2010 | Domonique P Hinton | Mileage Allowance | 1210E0080: TRAVEL FROM ALSIP, IL TO CHICAGO, IL. | $17.50 |
| 12/6/2010 | Emily Busch | Meals | 1210E0082: HILTON - BREAKFAST - WITH SELF. | $10.00 |
| 12/6/2010 | Emily Busch | Public/ground transportation | 1210E0083: SUPER SHUTTLE - AIRPORT SHUTTLE FROM LAX TO HOTEL. | $30.00 |
| 12/6/2010 | Domonique P Hinton | Meals | 1210E0084: IL FORNAIO - BEVERLY BEVERLY HILLS CA - DINNER - WITH E. BUSCH AND SELF. | $55.15 |
| 12/6/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0085: CHICAGO TRANSIT AUTHORITY - BUS FARE FROM UNION STATION, IL TO TRIBUNE. | $20.00 |
| 12/6/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0086: CHICAGO TAXI - TRAVEL TO/FROM TRIBUNE TO PWC OFFICE TO TRANSPORT DOCUMENTS. | $19.00 |
| 12/7/2010 | Emily Busch | Meals | 1210E0087: TONY ROMAS STORE #37 UNIVERSAL CITY CA - DINNER - WITH D. HINTON AND SELF. | $82.01 |
| 12/7/2010 | Domonique P Hinton | Meals | 1210E0088: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - WITH E. BUSCH AND SELF. | $12.71 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/7/2010 | Melissa Mary Begley | Public/ground transportation | 1210E0089: TAXI FROM OFFICE TO TRIBUNE TOWER - TAXI FROM PWC OFFICE TO TRIBUNE TO OBTAIN CONFIRMATIONS FOR AR TESTING. | $7.00 |
| 12/8/2010 | Justin A Spahn | Meals | 1210E0090: ROCK'N FISH 80000008 LOS ANGELES CA - DINNER - WITH D.HINTON, E.BUSCH, AND SELF. | $107.10 |
| 12/8/2010 | Justin A Spahn | Public/ground transportation | 1210E0091: CHECKER CAB CO, LA - TAXI FROM LAX TO CLIENT LOCATION. | $60.00 |
| 12/8/2010 | Emily Busch | Meals | 1210E0092: ESPN ZONE LA LIVE LOS ANGELES CA - DINNER - WITH SELF. | $31.71 |
| 12/8/2010 | Domonique P Hinton | Meals | 1210E0093: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - WITH E. BUSCH AND SELF. | $17.83 |
| 12/9/2010 | Emily Busch | Airfare | 1210E0094: SOUTHWESTAIR*WIFI 80 DALLAS TX - INTERNET FEE WHILE TRAVELING ON SWA FLIGHT; WORKING ON CLIENT DELIVERABLES. | $5.00 |
| 12/9/2010 | Emily Busch | Meals | 1210E0095: GORDEN BIERSCH050033 LOS ANGELES CA - DINNER - WITH SELF. | $32.00 |
| 12/9/2010 | Emily Busch | Public/ground transportation | 1210E0096: BEVERLY HILLS CAB CO LOS ANGELES CA - TAXI FROM KTLA SITE LOCATION TO LAX. | $85.00 |
| 12/9/2010 | Domonique P Hinton | Meals | 1210E0097: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - WITH E. BUSCH AND SELF. | $19.35 |
| 12/9/2010 | Domonique P Hinton | Parking | 1210E0098: LA LIVE PARKING GARA LOS ANGELES CA - PARKING AT DINNER WHILE WORKING AT KTLA CLIENT SITE. | $5.00 |
| 12/9/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0099: CHICAGO TAXI - TRAVEL TO/FROM TRIBUNE TO PWC OFFICE TO TRANSPORT DOCUMENTS. | $19.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                                Exhibit D-2
PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/10/2010 | Justin A Spahn | Meals | 1210E0100: BURGER KING 4 051247 LOS ANGELES CA - BREAKFAST - WITH SELF. | $8.76 |
| 12/10/2010 | Justin A Spahn | Meals | 1210E0101: HILTON HOTELS LA 000 UNIVERSAL CTY CA - DINNER - WITH SELF. | $34.88 |
| 12/10/2010 | Justin A Spahn | Parking | 1210E0102: OHARE PARK E LOT 00 CHICAGO IL - PARKING AT ORD AIRPORT (WEEK OF 12/8/10-12/10/10). | $45.00 |
| 12/10/2010 | Justin A Spahn | Public/ground transportation | 1210E0103: CHECKER CAB CO., LA - TAXI FROM HOTEL TO LAX. | $90.00 |
| 12/10/2010 | Domonique P Hinton | Rental Car | 1210E0104: AVIS RENT A CAR LOS ANGELES CA - RENTAL CAR WHILE TRAVELING TO CLIENT LOCATION; WEEK OF 12/5/10-12/10/10. | $474.68 |
| 12/11/2010 | Emily Busch | Lodging | 1210E0106: HILTON HOTELS LA 000 UNIVERSAL CTY CA - LODGING 5 NIGHTS (WEEK OF 12/5/10-12/10/10). | $923.65 |
| 12/11/2010 | Domonique P Hinton | Meals | 1210E0107: HILTON FOOD/BEVERAGE UNIVERSAL CTY CA - BREAKFAST - WITH SELF. | $9.71 |
| 12/12/2010 | Justin A Spahn | Lodging | 1210E0108: HILTON HOTELS LA 000 UNIVERSAL CTY CA - LODGING 2 NIGHTS (WEEK OF 12/8/10-12/10/10). | $385.32 |
| 12/12/2010 | Domonique P Hinton | Lodging | 1210E0109: HILTON HOTELS LA 000 UNIVERSAL CTY CA - LODGING 5 NIGHTS (WEEK OF 12/5/10-12/10/10). | $1,055.81 |
| 12/12/2010 | Domonique P Hinton | Airfare | 1210E0110: AMERICAN AIRLINES LOS ANGELES CA - CHECKED BAGGAGE FEE FOR FLIGHT ON 12/12/10. | $25.00 |
| 12/12/2010 | Domonique P Hinton | Mileage Allowance | 1210E0111: TRAVEL FROM CHICAGO, IL TO ALSIP, IL. | $17.50 |
| 12/13/2010 | Domonique P Hinton | Parking | 1210E0112: OHARE PARK E LOT 00 CHICAGO IL - PARKING AT ORD AIRPORT (WEEK OF 12/6/10 - 12/12/10). | $136.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY,, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period December 1, 2010 through December 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 12/15/2010 | Elizabeth A Kusek | Meals | 1210E0113: BIG BOWL OHIO RUSH CHICAGO IL - DINNER - WITH SELF. | $32.01 |
| 12/15/2010 | Elizabeth A Kusek | Public/ground transportation | 1210E0114: AMTRAK MILWAUKEE WIWI - ROUND TRAIN TRANSPORTATION FROM MILWAUKEE, WI TO CHICAGO, IL. | $22.00 |
| 12/15/2010 | Elizabeth A Kusek | Parking | 1210E0115: IMPARK LOT 00210051 MILWAUKEE WI - PARKING AT MKE AMTRAK STATION (WEEK OF 12/15/10-12/17/10). | $12.00 |
| 12/16/2010 | Elizabeth A Kusek | Meals | 1210E0116: MARRIOTT 33738CHIDTN CHICAGO IL - BREAKFAST - WITH SELF. | $1.39 |
| 12/16/2010 | Elizabeth A Kusek | Meals | 1210E0117: THE FIREPLACE INN 65 CHICAGO IL - DINNER - WITH SELF. | $25.00 |
| 12/16/2010 | Elizabeth A Kusek | Public/ground transportation | 1210E0118: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM PWC CHICAGO OFFICE TO HOTEL. | $7.17 |
| 12/17/2010 | Elizabeth A Kusek | Meals | 1210E0119: MARRIOTT 33738CHIDTN CHICAGO IL - BREAKFAST - WITH SELF. | $1.39 |
| 12/17/2010 | Elizabeth A Kusek | Public/ground transportation | 1210E0120: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM PWC CHICAGO OFFICE TO HOTEL. | $6.82 |
| 12/18/2010 | Elizabeth A Kusek | Lodging | 1210E0122: MARRIOTT 33738CHIDTN CHICAGO IL - LODGING 2 NIGHTS (WEEK OF 12/15/10-12/17/10). | $161.41 |
| 12/20/2010 | Thomas L Koops | Public/ground transportation | 1210E0123: CHICAGO TAXI - TAXI TO/FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $14.00 |
| 12/20/2010 | Justin A Spahn | Parking | 1210E0124: 201 W MADISON SELF P CHICAGO IL - PARKING AT PWC OFFICE TO BRING IN FILES TO RECORDS. | $30.00 |
| 12/20/2010 | Thomas Bradley Stutesman | Public/ground transportation | 1210E0125: CHICAGO TRANSIT AUTHORITY - BUS FARE FROM UNION STATION, IL TO TRIBUNE. | $16.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY,, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2010 through December 31, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| Subtotal - 2010 Consolidated Audit | | | | $17,384.38 |
| **Tax Consulting Services** | | | | |
| 10/14/2010 | John A Sandmeier | Public/ground transportation | 1210E0127: TAXI - TAXI TO/FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $20.00 |
| Subtotal - Tax Consulting Services | | | | $20.00 |
| **Total Expenditures** | | | | $17,404.38 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.