IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- :
                                                           : **Chapter 11**
**In re:**                                                 :
                                                           : **Case No. 08-13141 (KJC)**
**TRIBUNE COMPANY,** *et al.*                              : **Jointly Administered**
                                                           :
                            **Debtors.**                   :
                                                           :
---------------------------------------------------------- x

## *AMENDED* NOTICE OF DEPOSITION OF BRUCE KARSH

PLEASE TAKE NOTICE that this Amended Notice of Deposition supersedes the Notice of Deposition that Law Debenture Trust Company of New York ("Law Debenture") served on January 28, 2011.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure), and the case management order entered by the Court in the above-captioned case, Law Debenture by and through its undersigned attorneys, will take the deposition upon oral examination of Bruce Karsh, an employee of Oaktree Capital Management, L.P., at the offices of Hennigan Bennett & Dorman, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90067, on February 17, 2011 at 9:00 A.M. (Pacific Time) and shall be continued from day to day until completed.

The deposition shall be taken before a notary public or other office authorized by law to administer oaths, shall be recorded by stenographic means, and will be videotaped. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure.

Dated: January 31, 2011
       Wilmington, Delaware

                            **BIFFERATO GENTILOTTI LLC**

                     */s/ Garvan F. McDaniel*
                     Garvan F. McDaniel
                     800 N. King St., Plaza Level
                     Wilmington, DE 19801
                     (302) 429-1900

                           - and -

                     David S. Rosner
                     Andrew K. Glenn
                     Sheron Korpus
                     Kasowitz, Benson, Torres & Friedman LLP
                     1633 Broadway
                     New York, New York 10019
                     (212) 506-1700

                     *Co-Counsel for Law Debenture Trust*
                     *Company of New York*