**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------
|  | : | **Chapter 11** |
| **In re:** | : | |
|  | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.* | : | **Jointly Administered** |
|  | : | |
| **Debtors.** | : | |
|  | : | |
---------------------------------------------------------  **x**

### *AMENDED* NOTICE OF DEPOSITION OF WAYNE SMITH

PLEASE TAKE NOTICE that this Amended Notice of Deposition supersedes the Notice

of Deposition that Law Debenture Trust Company of New York ("Law Debenture") served on

January 28, 2011.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026, 7030, and

9014 of the Federal Rules of Bankruptcy Procedure), and the case management order entered by

the Court in the above-captioned case, Law Debenture and through its undersigned attorneys,

will take the deposition upon oral examination of Wayne Smith, an employee of Warner Bros.

Television Distribution Inc., at the offices of Kirkland & Ellis LLP, 333 South Hope Street, Los

Angeles, CA  90071, on February 16, 2011 at 9:00 A.M. (Pacific Time) and shall be continued

from day to day until completed.

The deposition shall be taken before a notary public or other office authorized by law to

administer oaths, shall be recorded by stenographic means, and will be videotaped.  Testimony

will be taken for all purposes permitted by the Federal Rules of Civil Procedure.

Dated:   January 31, 2011
             Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust*
*Company of New York*