**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------
                                           :    Chapter 11
In re:                                     :
                                           :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.                    :    Jointly Administered
                                           :
                    Debtors.               :
                                           :
----------------------------------------------------------- x
```

## *SECOND AMENDED* NOTICE OF DEPOSITION OF WAYNE SMITH

PLEASE TAKE NOTICE that this Second Amended Notice of Deposition supersedes the Notice of Deposition that Law Debenture Trust Company of New York ("Law Debenture") served on January 28, 2011 and the Amended Notice of Deposition served on January 31, 2011.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure), and the case management order entered by the Court in the above-captioned case, Law Debenture and through its undersigned attorneys, will take the deposition upon oral examination of Wayne Smith, an employee of Warner Bros. Television Distribution Inc., at the offices of Kasowitz Benson Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, on February 16, 2011 at 9:00 A.M. (Eastern Standard Time) and shall be continued from day to day until completed.

The deposition shall be taken before a notary public or other office authorized by law to administer oaths, shall be recorded by stenographic means, and will be videotaped. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure.

Dated: January 31, 2011
       Wilmington, Delaware

                              **BIFFERATO GENTILOTTI LLC**

                          */s/ Garvan F. McDaniel*
                          Garvan F. McDaniel
                          800 N. King St., Plaza Level
                          Wilmington, DE 19801
                          (302) 429-1900

                                - and -

                          David S. Rosner
                          Andrew K. Glenn
                          Sheron Korpus
                          Kasowitz, Benson, Torres & Friedman LLP
                          1633 Broadway
                          New York, New York 10019
                          (212) 506-1700

                          *Co-Counsel for Law Debenture Trust*
                          *Company of New York*