IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket Nos. 7676, 7677, 7678, 7679 and 7680 |
------------------------------------------------------X

## NOTICE OF SERVICE OF DISCOVERY

Garvan F. McDaniel, Esquire, hereby certifies that on January 28, 2011, true and correct copies of the (1) *Notice of Deposition Gavin Baiera* [Docket No. 7676], (2) *Notice of Deposition of Thomas Fuller* [Docket No. 7677], (3) *Notice of Deposition of Bruce Karsh* [Docket No. 7678], (4) *Notice of Deposition Kenneth Liang* [Docket No. 7679], and (5) *Notice of Deposition Wayne Smith* [Docket No. 7680], were served via Electronic Mail upon the following parties:

David M. Miles
Ronald S. Flagg
dthomas@sidley.com
rflagg@sidley.com
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Kevin T. Lantry
klantry@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Steven M. Bierman
sbierman@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

David Adler
dadler@mccarter.com
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Martin S. Siegel
Katherine S. Bromberg
G. Novod
Jared A. Ellias
msiegel@brownrudnick.com
kbromberg@brownrudnick.com
gnovod@ brownrudnick.com
jellias@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

1

David G. Hille
Andrew W. Hammond
Brian E. Fritz
dhille@whitecase.com
ahammond@whitecase.com
bfritz@whitecase.com
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

James F. Conlan
Bryan Krakauer
James Bendernagel
James W. Ducayet
Patrick J. Wackerly
Jen Peitz
Colleen M. Kenney
Dale E. Thomas
jconlan@sidley.com
blcrakauer@sidley.com
jbendernagel@sidley.com
jducayet@sidley.com
dmiles@sidley.com
pwackerly@sidley.com
jpeltz@sidley.com
ckenney@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Howard Seife
David M. LeMay
Marc D. Ashley
Thomas J. McCormach
hseife@chadbourne.com
dlemay@chadbourne.com
mashley@chadbourne.com
tmccormack@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

David A. Hall
dahall@jonesday.com
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Graeme Bush
Andrew N. Goldfarb
James Sottile
gbush@zuckerman.com
agoldfarb@zuckerman.com
jsottile@zuckerman.com
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807

Dana C. Hobart
James O. Johnston
Joshua M. Mester
A. Brent Truitt
hobartd@hbdlavvyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
truittb@hbdlawyers.com
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Donald S. Bernstein
Elliott Moskowitz
Michael Russano
Sasha Polonsky
Benjamin S. Kaminetzky
donald.bernstein@davispolk.com
elliott.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonslcy@davispolk.com
ben.kaminetzky@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017


Howard J. Kaplan
Johnny Yeh
hkaplan@arkin-law.com
jyeh@arkinlaw.com
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Laurie Selber Silverstein
lsilverstein@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801
Andrew J. Puglia Levy
alevy@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K Street, NW
Washington, DC 20006-1047

Madlyn Gleich Primoff
Jonathan Agudelo
Jane W. Parver
Joseph M. Drayton
mprimoff@kayescholer.com
jagudelo@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
bbutwin@omm.com
dcantor@omm.com
dshamah@omm.com
O'Melveny & Myers LLP
Times Square Tower 7 Times Square
New York, NY 10036

John Henry Schanne
David B. Stratton
schannej@pepperlaw.com
strattond@pepperlaw.com
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington Delaware 19899-1709

Lynn DiPaola Marvin
lmarvin@jonesday.com
Jones Day
222 East 41st Street
New York, New York 10017-6702

David W. Brown
Andrew G. Gordon
Elizabeth McColm
dbrown@paulweiss.com
agordon@paulweiss.com
emccolm@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

David G. Heiman
Brad Erens
dgheiman@jonesday.com
bberens@jonesday.com
Jones Day North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Andrew Goldman
Charles Platt
Dawn Wilson
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com
dawn.wilson@wilmerhale.com
WilmerHale
399 Park Avenue
New York, NY 10022

Menachem O. Zelmanovits
mzelmanovitz@morganlewis.com
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Rachel Jaffee Mauceri
rmauceri@morganlewis.com
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921

Gregory P. Abrams
James E. Bayles, Jr.
Matthew A. Russell
gabrams@morganlewis.com
jbayles@morganlewis.com
marussell@morganlewis.com
Morgan Lewis & Bockius LLP
77 West Wacker Dr.
Chicago, IL 60601-5094

Daniel H. Golden
David M. Zensky
Jason Goldsmith
Brian Carney
Nancy Chung
Abid Qureshi
Mitchell P. Hurley
Deborah Newman
Sunny Gulati
dgolden@akingump.com
dzensky@akingump.com
nchung@akingump.com
aqureshi@akingump.com
djnewman@akingump.com
jgoldsmith@akingump.com
bcarney@akingump.com
cdoniak@akingump.com
mhurley@akingump.com
sgulati@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Dated: Wilmington, Delaware
       February 1, 2011

By: /s/ *Garvan F. McDaniel*
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*

4