IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
| | |
|---|---|
| In re: : | Chapter 11 Cases |
| : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al,** : | (Jointly Administered) |
| : | |
| Debtors. : | Re: Docket Nos. 7702, 7703, 7704 and 7705 |

-------------------------------------------------------X

## NOTICE OF SERVICE OF DISCOVERY

Garvan F. McDaniel, Esquire, hereby certifies that on January 31, 2011, true and correct copies of the (1) *Amended Notice of Deposition Bruce Karsh* [Docket No. 7702], (2) *Amended Notice of Deposition of Kenneth Liang* [Docket No. 7703], (3) *Amended Notice of Deposition of Wayne Smith* [Docket No. 7704], and (4) *Second Amended Notice of Deposition of Wayne Smith* [Docket No. 7705] were served via Electronic Mail upon the following parties:

David M. Miles
Ronald S. Flagg
dthomas@sidley.com
rflagg@sidley.com
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Kevin T. Lantry
klantry@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Steven M. Bierman
sbierman@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

David Adler
dadler@mccarter.com
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Martin S. Siegel
Katherine S. Bromberg
G. Novod
Jared A. Ellias
msiegel@brownrudnick.com
kbromberg@brownrudnick.com
gnovod@ brownrudnick.com
jellias@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

1

| | |
|---|---|
| David G. Hille<br>Andrew W. Hammond<br>Brian E. Fritz<br>dhille@whitecase.com<br>ahammond@whitecase.com<br>bfritz@whitecase.com<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | David A. Hall<br>dahall@jonesday.com<br>Jones Day<br>77 West Wacker<br>Chicago, Illinois 60601-1692 |
| James F. Conlan<br>Bryan Krakauer<br>James Bendernagel<br>James W. Ducayet<br>Patrick J. Wackerly<br>Jen Peitz<br>Colleen M. Kenney<br>Dale E. Thomas<br>jconlan@sidley.com<br>blcrakauer@sidley.com<br>jbendernagel@sidley.com<br>jducayet@sidley.com<br>dmiles@sidley.com<br>pwackerly@sidley.com<br>jpeltz@sidley.com<br>ckenney@sidley.com<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Graeme Bush<br>Andrew N. Goldfarb<br>James Sottile<br>gbush@zuckerman.com<br>agoldfarb@zuckerman.com<br>jsottile@zuckerman.com<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036-5807 |
| | Dana C. Hobart<br>James O. Johnston<br>Joshua M. Mester<br>A. Brent Truitt<br>hobartd@hbdlavvyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com<br>truittb@hbdlawyers.com<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
| Howard Seife<br>David M. LeMay<br>Marc D. Ashley<br>Thomas J. McCormach<br>hseife@chadbourne.com<br>dlemay@chadbourne.com<br>mashley@chadbourne.com<br>tmccormack@chadbourne.com<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Donald S. Bernstein<br>Elliott Moskowitz<br>Michael Russano<br>Sasha Polonsky<br>Benjamin S. Kaminetzky<br>donald.bernstein@davispolk.com<br>elliott.moskowitz@davispolk.com<br>michael.russano@davispolk.com<br>sasha.polonslcy@davispolk.com<br>ben.kaminetzky@davispolk.com<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |

Howard J. Kaplan
Johnny Yeh
hkaplan@arkin-law.com
jyeh@arkinlaw.com
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Laurie Selber Silverstein
lsilverstein@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801
Andrew J. Puglia Levy
alevy@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K Street, NW
Washington, DC 20006-1047

Madlyn Gleich Primoff
Jonathan Agudelo
Jane W. Parver
Joseph M. Drayton
mprimoff@kayescholer.com
jagudelo@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
bbutwin@omm.com
dcantor@omm.com
dshamah@omm.com
O'Melveny & Myers LLP
Times Square Tower 7 Times Square
New York, NY 10036

John Henry Schanne
David B. Stratton
schannej@pepperlaw.com
strattond@pepperlaw.com
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington Delaware 19899-1709

Lynn DiPaola Marvin
lmarvin@jonesday.com
Jones Day
222 East 41st Street
New York, New York 10017-6702

David W. Brown
Andrew G. Gordon
Elizabeth McColm
dbrown@paulweiss.com
agordon@paulweiss.com
emccolm@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

David G. Heiman
Brad Erens
dgheiman@jonesday.com
bberens@jonesday.com
Jones Day North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Andrew Goldman
Charles Platt
Dawn Wilson
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com
dawn.wilson@wilmerhale.com
WilmerHale
399 Park Avenue
New York, NY 10022

| | |
|---|---|
| Menachem O. Zelmanovits<br>mzelmanovitz@morganlewis.com<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br><br>Rachel Jaffee Mauceri<br>rmauceri@morganlewis.com<br>Morgan Lewis & Bockius LLP<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br><br>Gregory P. Abrams<br>James E. Bayles, Jr.<br>Matthew A. Russell<br>gabrams@morganlewis.com<br>jbayles@morganlewis.com<br>marussell@morganlewis.com<br>Morgan Lewis & Bockius LLP<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094<br><br>Dated:  Wilmington, Delaware<br>            February 1, 2011 | Daniel H. Golden<br>David M. Zensky<br>Jason Goldsmith<br>Brian Carney<br>Nancy Chung<br>Abid Qureshi<br>Mitchell P. Hurley<br>Deborah Newman<br>Sunny Gulati<br>dgolden@akingump.com<br>dzensky@akingump.com<br>nchung@akingump.com<br>aqureshi@akingump.com<br>djnewman@akingump.com<br>jgoldsmith@akingump.com<br>bcarney@akingump.com<br>cdoniak@akingump.com<br>mhurley@akingump.com<br>sgulati@akingump.com<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br><br>By: /s/ *Garvan F. McDaniel*<br>**BIFFERATO GENTILOTTI LLC**<br>Garvan F. McDaniel (No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>Tel: (302) 429-1900<br>Fax: (302) 429-8600<br><br>– and –<br><br>David S. Rosner<br>Andrew K. Glenn<br>Sheron Korpus<br>**KASOWITZ BENSON TORRES & FRIEDMAN LLP**<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br><br>*Co-Counsel for Law Debenture Trust Company of New York* |