# Exhibit 2

| | |
|---|---|
| **From:** | "Mariella, Robin" <rmariella@tribune.com> |
| **To:** | <dgonzales@icmtalent.com>; <su@vegas.com>; <cwarner@therebedragons.com>; <sally.dietze@frontiercorp.com>; <Cheryl_lemanski@mckinsey.com>; <mlk6@ntrs.com>; "Jaclyn Sobel" <jcs411@gmail.com>; "Cabral, Patty" <patty@tribune.com> |
| **Sent:** | Tuesday, September 07, 2010 11:17 AM |
| **Attach:** | Board Consent - Officer Election.doc |
| **Subject:** | FW: General Council/Chief Restructuring Officer |

Good morning,
The attached consent was sent to each of the Board members this morning. I would appreciate your assistance with having the executed consents returned to me by email or fax. For those Directors that that are unable to return the executed Consent to me today, an email confirming of their approval will suffice until you are able to send me executed copy. Thank your help with this matter.
Robin

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611
Telephone: 312.222.4431
Fax: 312.222.4206
Email: rmariella@tribune.com


-----Original Message-----
From: Michaels, Randy
Sent: Tuesday, September 07, 2010 5:53 AM
To: Berg, Jeffrey ; Greenspun, Brian L. ; Holden, Betsy D. ; Mark Shapiro; Osborn, William A. ; Pate, William; Wilderotter, Maggie ; Wood, Frank ; Zell, Sam
Cc: Eldersveld, David; Liebentritt, Don; Mariella, Robin; Spector, Gerry
Subject: General Council/Chief Restructuring Officer

As you may know, the Special Committee and I are recommending that Don Liebentritt become Chief Restructuring Officer, reporting to the Special Committee. We are recommending that Dave Eldersveld become Senior Vice President, General Counsel and Secretary. The attached board consent was drafted by the Special Committee. If you agree, please consent by email. Please follow up with a fax sent to Robin Mariella at 312-222-4206.

Thank you,

Randy

FW-0000007

## TRIBUNE COMPANY

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

## IN LIEU OF A MEETING

The undersigned, being all of the members of the Board of Directors (the "Board") of Tribune Company, a Delaware corporation (the "Company"), hereby consent to the adoption of the following resolutions pursuant to Article IV, Section 6 of the Amended and Restated Bylaws of the Company (the "Bylaws") and Section 141(f) of the General Corporation Law of the State of Delaware, as amended (the "DGCL"):

**WHEREAS**, in accordance with Section 141(c) of the DGCL, the Board has established a special committee of the Board (the "Special Committee") for the purpose of supervising and taking action with respect to the Company's and its subsidiaries' proceedings under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Proceedings");

**WHEREAS**, in view of the special nature of the responsibilities and duties of, and demands to be made upon, the members of the Special Committee, the Board has determined that it is appropriate to pay the members of the Special Committee for their work from and after August 27, 2010 the fees as described in the resolution set forth below; and

**WHEREAS**, upon the recommendation of the Special Committee, the Board, pursuant to Article VI of the Bylaws, has determined to elect certain officers of the Company as described in the resolutions set forth below.

**RESOLVED,** that the Company will pay to: (i) the Chair of the Special Committee a one-time retainer of $35,000; (ii) each member of the Special Committee, other than the Chair, a one-time retainer of $25,000; and (iii) each member of the Special Committee, including the Chair, a fee of $1,500 for each in-person meeting of the Special Committee attended by such member and each telephonic meeting of the Special Committee attended by such member;

**RESOLVED,** that on the effective date of this written consent, Donald J. Liebentritt is hereby elected to the office of Executive Vice President/Chief Restructuring Officer and, in such capacity, Mr. Liebentritt shall (1) be responsible for, and shall exercise oversight of, the general direction of affairs of the Company with respect to the Chapter 11 Proceedings, except as otherwise prescribed by the Board or the Special Committee, (2) have authority to sign such agreements, instruments, contracts and documents, make such filings, and take such other actions, as the Special Committee shall authorize to be executed, made or taken, except where such execution, filing or action shall be expressly delegated by the Board of Directors, the Special Committee or the Bylaws to some other officer or agent of the Company, or shall be required by law to be otherwise executed, made or taken, and (3) report to the Special Committee in the performance of his duties;

**RESOLVED,** that on the effective date of this consent, David P. Eldersveld is hereby elected to the offices of Senior Vice President/General Counsel and Secretary; and

      **RESOLVED**, that consistent with the foregoing resolutions, the proper officers of the Company be, and each of them hereby is, authorized and empowered to pay such amounts or to do or cause to be done any and all other things as they deem necessary to carry out the foregoing resolutions.

The actions taken by this consent shall have the same force and effect as if taken by the undersigned during a meeting of the Board duly called and constituted pursuant to the Bylaws and the DGCL and shall be effective as of the date that the last signed counterpart of this consent is received by the Secretary of the Company.

      [Director signatures appear on the following page]

FW-0000009

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent on the date set forth below.

_____  _____
Samuel Zell                Jeffrey S. Berg


_____  _____
Brian L. Greenspun         Betsy D. Holden


_____  _____
Randy Michaels             William A. Osborn


_____  _____
William Pate               Mark Shapiro


_____  _____
Maggie Wilderotter         Frank Wood


Dated: September __, 2010

Being all of the Members of the<br>
Board of Directors of<br>
**TRIBUNE COMPANY**

FW-0000010