# Exhibit 4

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| | | | | Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation | | | | |
| 16 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 8/8/10 | Email regarding legal advice related to the Examiner's report. | Attorney Client Privilege | |
| 19 | | Don Liebentritt, Esq. | Mark Shaprio | | 8/15/10 | Email providing legal advice related to deal negotiations. | Attorney Client Privilege | |
| 21 | | Mark Shapiro | Don Liebentritt, Esq. | | 8/16/10 | Email regarding legal advice related to deal negotiations. | Attorney Client Privilege | |
| 23 | | Jeff Berg | Don Liebentritt, Esq. | | 8/16/10 | Email regarding legal advice related to deal negotiations | Attorney Client Privilege | |
| 24 | | Don Liebentritt, Esq. | Jeff Berg | | 8/19/10 | Email regarding legal advice related to deal negotiations. | Attorney Client Privilege | |
| 29 | | Mark Shapiro | Don Libentritt Esq. | | 8/20/10 | Email regarding legal advice related to the formation of the special committee and the independence. | Attorney Client Privilege | |
| 30 | | Don Liebentritt, Esq. | Maggie Wilderotter | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 31 | | Don Liebentritt, Esq. | Maggie Wilderotter | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 32 | | Don Liebentritt, Esq. | Maggie Wilderotter | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 33 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 34 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |

**Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation**

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| 35 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 36 | | Don Liebentritt, Esq. | Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro | | 8/21/10 | Email providing legal advice related to the formation, structure, and responsibilities of the Special Committee. | Attorney Client Privilege | |
| 37 | | Mark Shapiro | Don Libentritt Esq. | | 8/21/10 | Email regarding legal advice related to the formation, structure, and responsibilities. | Attorney Client Privilege | Attorney Client Privilege |
| 38 | | Don Liebentritt, Esq. | Maggie Wilderotter | | 8/21/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 39 | | Don Liebentritt, Esq.; Frank Wood; Jeff Berg; Maggie Wilderotter | Mark Shapiro | | 8/21/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 40 | | Don Liebentritt, Esq. | Mark Shapiro; Frank Wood; Jeff Berg; Maggie Wilderotter | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 41 | SCTRIB-0001787 SCTRIB-0000939 | Mark Shapiro | Don Liebentritt, Esq.; Frank Wood; Jeff Berg; Maggie Wilderotter | | 8/21/2010 | Email regarding legal advice related to the appointment of Don Liebentritt as Chief Restructuring Officer and Randy Michaels' lack of independence | Attorney Client Privilege | |
| 42 | | Maggie Wilderotter | Mark Shapiro; Don Liebentritt, Esq.; Frank Wood; Jeff Berg | | 8/21/2010 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |

**Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation**

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| 43 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 8/21/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 44 | SCTRIB-0001784 SCTRIB-0000936 | 1. Mark Shapiro 2. Maggie Wilderotter 3. Mark Shapiro 4. Don Liebentritt, Esq. | | Email exchange providing and reflecting legal advice related to the formation, structure, and responsibilities of the Special Committee. | 1. 8/21/10 2. 8/21/10 3. 8/21/10 4. 8/21/10 | | Attorney Client Privilege | Attorney Client Privilege |
| 45 | | Don Liebentritt, Esq | Maggie Wilderotter; Mark Shapiro; Frank Wood; Jeff Berg | | 8/21/10 | Email providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 46 | | Maggie Wilderotter | Don Liebentritt, Esq.; Mark Shapiro; Frank Wood; Jeff Berg | | | Email regarding legal advice related to separate counsel for the Special Committee | Attorney Client Privilege | |
| 48 | | Jeff Berg | Don Liebentritt, Esq.; Maggie Wilderotter; Mark Shapiro; Frank Wood | | 8/21/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 49 | | Frank Wood | Jeff Berg | Don Liebentritt, Esq.; Maggie Wilderotter; Mark Shapiro | 8/21/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 50 | | Jeff Berg | Frank Wood | Don Liebentritt, Esq.; Maggie Wilderotter; Mark Shapiro | 8/21/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 51 | | Maggie Wilderotter | Jeff Berg; Frank Wood | Don Liebentritt, Esq.; Mark Shapiro | 8/22/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| | | | Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation | | | | | |
| 52 | | Frank Wood | Maggie Wilderotter | Jeff Berg; Don Liebentritt, Esq.; Mark Shapiro | 8/22/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 54 | | Maggie Wilderotter | Don Libentritt Esq. | | 8/22/10 | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 55 | | 1. Maggie Wilderotter 2. Don Liebentritt, Esq. | 1. Don Liebentritt, Esq. 2. Maggie Wilderotter | | 1. 8/22/10 2. 8/22/10 | Emails providing and regarding legal advice related to separate counsel for the Special Committee | Attorney Client Privilege | |
| 56 | | Don Liebentritt, Esq | Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro | | 8/22/10 | Email providing legal advice related to the agenda of the Special Committee and Special Committee representation. | Attorney Client Privilege | |
| 57 | SCTRIB-0000931 SCTRIB-0000927 SCTRIB-0001780 SCTRIB-0000923 SCTRIB-0001776 SCTRIB-0001772 | 1. Maggie Wilderotter 2. Don Liebentritt, Esq. | 1. Don Liebentritt, Esq.; Frank Wood; Jeff Berg; Mark Shapiro 2. Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro | | 1. 8/22/10 2. 8/22/10 | Email exchange providing and reflecting legal advice related to the agenda of the Special Committee and Special Committee representation | Attorney Client Privilege | Attorney Client Privilege |
| 58 | | 1. Maggie Wilderotter | 1. Don Liebentritt, Esq.; | | 1. 8/23/10 | Emails providing and regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege Common Interest Privilege | |
| 61 | | Maggie Wilderotter | Don Liebentritt, Esq | | | Email regarding legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege Common Interest Privilege | |

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| | | | | Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation | | | | |
| 62 | | 1. Maggie Wilderotter<br>2. Don Liebentritt, Esq | 1. Don Liebentritt, Esq.<br>2. Maggie Wilderotter | | 1. 8/23/10<br>2. 8/23/10 | Emails providing and regarding legal advice related to D&O insurance coverage for the special committee. | Attorney Client Privilege | |
| 126 | | Don Liebentritt, Esq. | Jeff Berg | | 9/3/10 | Email regarding legal advice related to mediation. | Attorney Client Privilege | |
| 127 | | Don Liebentritt, Esq. | Jeff Berg | | 9/3/10 | Email regarding legal advice related to mediation | Attorney Client Privilege | |
| 165 | | 2. Maggie Wilderotter | 2. Don Liebentritt, Esq.; Frank Wood; Jeff Berg; Mark Shapiro | | 2. 9/20/10 | Emails requesting and providing legal advice regarding strategy related to mediation and plan drafting and negotiations. | Attorney Client Privilege<br>Common Interest Privilege | |
| 168 | | Don Libentritt Esq. | Jeff Berg | | 9/22/10 | Email responding to request for information regarding ESOP LBO intended to facilitate the provision of legal advice. | Attorney Client Privilege | |
| 173 | | Don Liebentritt, Esq. | Jeff Berg | | 9/23/10 | Email providing legal analysis and attorney impressions of available plan alternatives and financing related to the plan. | Attorney Client Privilege | |
| 178 | | Don Liebentritt, Esq. | Mark Shapiro | David Heiman, Esq.; James Conlan, Esq.; David Kurtz; James Bendernagel, Esq. | 9/25/10 | Email regarding the strategy for managing the case and providing legal advice regarding strategic alternatives. | Attorney Client Privilege<br>Common Interest Privilege | |
| 180 | | Don Libentritt Esq. | Mark Shapiro | | 9/25/10 | Email regarding the strategy for managing the case with regard to negotiation positions. | Attorney Client Privilege<br>Common Interest Privilege | |

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| 181 | | Mark Shapiro | Don Libentritt Esq. | | 9/25/10 | Email regarding the strategy for managing the case with regard to negotiation positions. | Attorney Client Privilege Common Interest Privilege | Attorney Client Privilege Common Interest Privilege |
| 211 | | Don Libentritt Esq. | Mark Shapiro | | 9/29/10 | Emails reflecting legal advice related to strategy regarding the Management Incentive Plan hearing | Attorney Client Privilege Work Product Common Interest Privilege | Attorney Client Privilege Work Product Common Interest |
| 212 | | Mark Shapiro | Don Libentritt Esq. | | 9/29/10 | Emails reflecting legal advice related to strategy regarding the Management Incentive Plan hearing. | Attorney Client Privilege Work Product Common Interest Privilege | Attorney Client Privilege Work Product Common Interest Privilege |
| 220 | SCTRIB-0001438 | Don Liebentritt, Esq. | Mark Shapiro | | 9/30/10 | Email reflecting attorney impressions and analysis regarding strategy for settlement and plan negotiations. | Attorney Client Privilege Common Interest Privilege | Attorney Client Privilege Common Interest Privilege |
| 223 | | Don Liebentritt, Esq. | Mark Shapiro | | 9/30/10 | Email reflecting attorney impressions and work product regarding plan negotiations. | Attorney Client Privilege Common Interest Privilege | |
| 228 | | Don Liebentritt, Esq. | Mark Shapiro | | 10/1/10 | Email reflecting attorney work product and analysis related to plan negotiations and negotiations with specific parties regarding settlement. | Attorney Client Privilege | |
| 232 | SCTRIB-0000126 SCTRIB-0000121 | 3. Don Liebentritt, Esq. | 3. Mark Shapiro | | 3. 10/1/10 | Email reflecting work product and analysis intended to facilitate legal advice and attorney work product related to plan negotiations and negotiations with specific parties regarding settlement. | Attorney Client Privilege Common Interest Privilege | Attorney Client Privilege Common Interest Privilege |

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| | | | | Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation | | | | |
| 255 | | 1. Don Liebentritt, Esq. 2. Mark Shapiro | 1. Mark Shapiro 2. Don Liebentritt, Esq. | | 1. 10/1/10 2. 10/1/10 | Email exchange reflecting attorney impressions and work product related to discussions with Oak Tree. | Attorney Client Privilege Common Interest Privilege | |
| 269 | | 1. Don Liebentritt, Esq. | 1. Mark Shapiro | | 1. 10/2/10 | Emails attaching, requesting and providing legal advice and direction to counsel related to the draft disclosure statement and the management incentive plan hearing. | Attorney Client Privilege Work Product Common Interest Privilege | |
| 283 | | Don Liebentritt, Esq. | Mark Shapiro | | 10/4/10 | Email reflecting legal advice related to the draft disclosure statement and the management incentive plan. | Attorney Client Privilege | |
| 351 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 10/19/10 | Email regarding attorney impressions related to the hearing regarding the Trustee Motion | Attorney Client Privilege Common Interest Privilege Work Product | |
| 361 | | 1. Don Liebentritt, Esq | 1. Mark Shapiro | | 1. 10/21/10 | Emails regarding and forwarding legal advice related to discussions with Oak Tree related to TMIP/KOB/Transition Comp. | Attorney Client Privilege Common Interest Privilege | |
| 363 | | Maggie Wilderotter | Don Liebentritt, Esq. | Mark Shapiro | 10/23/10 | Email requesting legal advice regarding the filing of the plan of reorganization and the trustee motion. | Attorney Client Privilege Common Interest Privilege | |
| 365 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 10/24/10 | Email requesting legal advice related to the filing of the plan of reorganization, the standing motions and the trustee motion. | Attorney Client Privilege Work Product | |

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| | | | | Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation | | | | |
| 372 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 10/30/10 | Email regarding attorney impressions related to the filing of competing plans and disclosure statements. | Attorney Client Privilege Work Product | |
| 392 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 11/23/10 | Email regarding attorney impressions related to the confirmation and disclosure statement hearings. | Attorney Client Privilege Work Product | |
| 414 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 12/10/10 | Email regarding legal advice related to preference actions filed by the UCC. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 416 | | Maggie Wilderotter | Don Liebentritt, Esq. | | 12/15/10 | Email reflecting attorney impressions related to the Step 1 Only Credit Agreement Lenders plan and discovery. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 423 | | 1. Maggie Wilderotter; | 1. Don Liebentritt, Esq.; | | 1. 4/6/10 | Email reflecting attorney advice and work product of status of settlement negotiations. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 424 | | 1. Maggie Wilderotter; | 1. Don Liebentritt, Esq.; | | 1. 4/1/10 | Email reflecting attorney advice and work product of status of settlement negotiations. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 425 | | 1. Maggie Wilderotter; | 1. Don Liebentritt, Esq.; | | 1. 3/31/10 | Email reflecting attorney impressions of status of settlement negotiations. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 427 | | 1. Maggie Wilderotter; | 1. Don Liebentritt, Esq.; | | 1. 3/17/10 | Email reflecting legal advice and analysis regarding settlement discussions, filing of claims, and the impact of these issues on the overall plan. | Attorney Client Privilege Common Interest Privilege Work Product | |

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
|  | | | | Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation | | | | |
| 444 | | 1. Frank Wood | 1. Don Liebentritt, Esq. | | 1. 8/16/10 | Email reflecting legal advice related to deal negotiations involving JP Morgan, Angelo Gorden and Oak Tree. | Attorney Client Privilege | |
| 445 | | 1. Don Liebentritt, Esq. 2. Frank Wood | 1. Frank Wood 2. Don Liebentritt, Esq. | | 1. 8/20/10 2. 8/19/10 | 1. Frank Wood 2. Don Liebentritt, Esq. | Attorney Client Privilege | |
| 446 | | 1. Don Liebentritt, Esq. 2. Frank Wood | 1. Frank Wood 2. Don Liebentritt, Esq | | 1. 8/22/10 2. 8/21/10 | Email exchange requesting and providing legal advice related to separate counsel for the Special Committee. | Attorney Client Privilege | |
| 449 | SCTRIB-0001842 | 1. Frank Wood | 1. Don Liebentritt, Esq. | | 1. 8/26/10 | Email regarding attorney impressions related to bankruptcy and mediation developments. | Email regarding attorney impressions related to bankruptcy and mediation developments. | Attorney Client Privilege |

| Doc # | # of Attach | Author | Sent to | CC | Sent Date | Subject | Priv Type | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| Tribune's Privilege Log of Don Liebentritt Electronic Documents - January 19, 2011 |
| 480 | 0 | Mark Shapiro | Don Liebentritt | | 8/16/10 | HIGHLY CONFIDENTIAL AND PRIVILEGED | Attorney-Client/ Work Product | This email string discusses legal advice received from Don Liebentritt and Sidley Austin regarding analysis of Plan terms and analysis of potential LBO related causes of action. |
| 481 | 0 | Frank Wood | Don Liebentritt | | 8/16/10 | Tribune | Attorney-Client | This email string discusses legal advice received from Don Liebentritt regarding analysis of Plan terms. |
| 544 | 0 | Don Liebentritt | Maggie Wilderotter | | 8/21/10 | Counsel for the Independent Directors | Attorney-Client | This email string provides legal advice regarding retention agreements. |
| 545 | 0 | Don Liebentritt | Maggie Wilderotter | | 8/21/10 | Counsel for the Independent Directors | Attorney-Client | This email string provides legal advice regarding retention agreements. |
| 546 | 0 | Maggie Wilderotter | Don Liebentritt | | 8/21/10 | Counsel for the Independent Directors | Attorney-Client | This email string discusses legal advice received from Don Liebentritt regarding retention agreements. |
| 547 | 0 | Don Liebentritt | Maggie Wilderotter | | 8/21/10 | Counsel for the Independent Directors | Attorney | This email string discusses legal advice received from Don Liebentritt regarding retention agreements. |
| 548 | 0 | Maggie Wilderotter | Don Liebentritt | | 8/21/10 | Counsel for the Independent Directors | Attorney | This email string discusses legal advice received from Don Liebentritt regarding retention agreements. |
| 549 | 0 | Maggie Wilderotter | Don Liebentritt | | 8/21/10 | Counsel for the Independent Directors | Attorney | This email string discusses legal advice received from Don Liebentritt regarding retention agreements. |
| 550 | 0 | Maggie Wilderotter | Don Liebentritt | | 8/21/10 | Counsel for the Independent Directors | Attorney | This email requests legal advice regarding retention agreements. |
| 557 | 0 | Maggie Wilderotter | Don Liebentritt | | 8/22/10 | Chapter 11 | Attorney-Client | This email string discusses legal advice received from Don Liebentritt regarding analysis of Plan terms and corporate governance. |
| 574 | 0 | Mark Shapiro | Don Liebentritt | Maggie Wilderotter; Jeff Berg | 8/23/10 | Special committee fees | Attorney-Client | This email requests legal advice regarding retention agreements. |
| 805 | 0 | Mark Shapiro | Don Liebentritt | | 9/25/10 | Morgan Stanley | Attorney-Client/ Work Product | This email string discusses legal advice received from Jones Day and Sidley Austin regarding analysis of Plan terms. |
| 837 | 0 | Don Liebentritt | Mark Shapiro | | 10/1/10 | Today | Attorney-Client/ Work Product | This email provides legal advice regarding analysis of Plan terms. |
| 870 | 0 | Don Liebentritt | Mark Shapiro | | 10/2/10 | Revised Disclosure Statement | Attorney-Client/ Work Product | This email string discusses legal advice received from Kerriann S. Mills regarding analysis of disclosure statements, draft disclosure statements, and the management incentive plan. |

**Tribune's Privilege Log of Don Liebentritt Electronic Documents - January 19, 2011**

| Doc # | # of Attach | Author | Sent to | CC | Sent Date | Subject | Priv Type | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 885 | 0 | Don Liebentritt | Mark Shapiro | | 10/4/10 | Revised Disclosure Statement | Attorney-Client/ Work Product | This email string provides information regarding work performed at the request of Dave Eldersveld and Kerriann S. Mills regarding analysis of disclosure statements, draft disclosure statements, and the management incentive plan. |
| 892 | 0 | Don Liebentritt | Mark Shapiro | | 10/5/10 | Mgmt. Trans Plan | Attorney-Client/ Work Product | This email string provides legal advice regarding the Management Transition Plan. |
| 894 | 0 | Mark Shapiro | Don Liebentritt | | 10/5/10 | Mgmt. Trans Plan | Attorney-Client/ Work Product | This email string provides legal advice regarding the Management Transition Plan. |
| 995 | 0 | Mark Shapiro | Don Liebentritt | | 10/15/10 | Special Committee | Attorney-Client/ Common Interest | This email string forwards legal advice received from David Heiman regarding corporate governance. |
| 1096 | 0 | Don Liebentritt | Mark Shapiro | | 10/21/10 | Further Update | Attorney-Client/ Work Product | This email string forwards legal advice received from Jessica Boelter regarding analysis of Plan terms. |