Exhibit 5

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| | | | **Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation** | | | | | |
| 349 | | Mark Shapiro | Maggie Wilderotter; Jeff Berg; Don Liebentritt, Esq. | Sam Zell | 10/19/10 | Email forwarding attorney impressions related to the hearing regarding the Trustee Motion. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 350 | | Don Liebentritt, Esq. | Mark Shapiro; Maggie Wilderotter; Jeff Berg | Sam Zell | 10/19/10 | Email reflecting attorney impressions related to the hearing regarding the Trustee Motion. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 408 | | Don Liebentritt, Esq. | Betsy Holden; Bill Pate; Brian Greenspun; Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro; Sam Zell; Sam Zell; William Osborn | | 12/7/10 | Email forwarding attorney impressions regarding court proceedings. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 409 | | Maggie Wilderotter | Don Liebentritt, Esq. | Betsy Holden; Bill Pate; Brian Greenspun; Frank Wood; Jeff Berg; Mark Shapiro; Sam Zell; Sam Zell; William Osborn | 12/7/10 | Email requesting legal advice regarding plan voting procedures and discovery. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 415 | | Don Liebentritt, Esq | Betsy Holden; Bill Pate; Brian Greenspun; Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro; Sam Zell; Sam Zell; William Osborn | | 12/15/10 | Email regarding the Step 1 Only Credit Agreement Lenders plan and Discovery. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 430 | SCTRIB-0002045 | 1. Don Liebentritt, Esq | 1. Maggie Wilderotter, Sam Zell, Betsy Holden, Brian Greenspun, Mark Shapiro, Bill Pate, Frank Wood, Jeff Berg, William A. Osborn | | 1. 11/10/10 | Email discussion of case developments related to the Management Incentive Plan reflecting attorney analysis and impressions. | Attorney Client Privilege Common Interest Privilege | Attorney Client Privilege Common Interest Privilege |

| Doc # | Bates No. | Author | Sent to | CC | Sent Date | Subject | Priv. Type | Redacted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Revised and Supplemental Privilege Log of the Special Committee of the Board of Directors of Tribune Corporation** | | |
| 433 | SCTRIB-0002047 | 1. Don Liebentritt, Esq. | 1. Maggie Wilderotter, Sam Zell, Betsy Holden, Brian Greenspun, Mark Shapiro, Bill Pate, Frank Wood, Jeff Berg, William A. Osborn | | 1. 11/10/10 | Email discussion of case developments related to the Management Incentive Plan reflectin | Attorney Client Privilege Common Interest Privilege Work Product | Attorney Client Privilege Common Interest Privilege Work Product |
| 434 | SCTRIB-0002049 | 1. Don Liebentritt, Esq | 1. Maggie Wilderotter, Sam Zell, Betsy Holden, Brian Greenspun, Mark Shapiro, Bill Pate, Frank Wood, Jeff Berg, William A. Osborn | | 1. 11/10/10 | Email discussion of case developments related to the Management Incentive Plan reflecting attorney analysis and impressions. | Attorney Client Privilege Common Interest Privilege Work Product | Attorney Client Privilege Common Interest Privilege Work Product |
| 436 | | 1. Don Liebentritt, Esq. | 1. Maggie Wilderotter, Sam Zell, Betsy Holden, Brian Greenspun, Mark Shapiro, Bill Pate, Frank Wood, Jeff Berg, William A. Osborn | | 1. 11/10/10 | Email discussion of case developments related to the Management Incentive Plan reflecting attorney analysis and impressions. | Attorney Client Privilege Common Interest Privilege Work Product | |
| 439 | SCTRIB-0002041 | 1. Don Liebentritt, Esq | 1. Maggie Wilderotter, Sam Zell, Betsy Holden, Brian Greenspun, Mark Shapiro, Bill Pate, Frank Wood, Jeff Berg, William A. Osborn | | 1. 11/10/10 | Email discussion of case developments related to the Management Incentive Plan reflecting attorney analysis and impressions. | Attorney Client Privilege Common Interest Privilege Work Product | Attorney Client Privilege Common Interest Privilege Work Product |
| 442 | SCTRIB-0002043 | 1. Don Liebentritt, Esq. | 1. Maggie Wilderotter, Sam Zell, Betsy Holden, Brian Greenspun, Mark Shapiro, Bill Pate, Frank Wood, Jeff Berg, William A. Osborn | | 1. 11/10/10 | Email discussion of case developments related to the Management Incentive Plan reflecting attorney analysis and impressions. | Attorney Client Privilege Common Interest Privilege Work Product | Attorney Client Privilege Common Interest Privilege Work Product |

**Tribune's Privilege Log of Don Liebentritt Electronic Documents - January 19, 2011**

| Doc # | # of Attach | Author | Sent to | CC | Sent Date | Subject | Priv Type | Reason for Withholding |
|---|---|---|---|---|---|---|---|---|
| 1339 | 0 | Brian Greenspun | Don Liebentritt; Betsy Holden, William Pate; Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro; Sam Zell; Sam Zell; William Osborne | | 11/11/2010 | 2010 MIP | Attorney-Client/ Work Product | This email string discusses legal advice received from Sidley Austin regarding analysis of Plan Terms and management incentive plan. |
| 1340 | 0 | William Osborn | Don Liebentritt; Betsy Holden; William Pate; Brian Greenspun; Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro; Sam Zell; Sam Zell | | 11/11/2010 | 2010 MIP | Attorney-Client/ Work Product | This email string discusses legal advice received from Sidley Austin regarding analysis of Plan Terms and management incentive plan. |
| 1341 | 0 | Jeff Berg | Don Liebentritt; Betsy Holden; William Pate; Brian Greenspun; Frank Wood; Maggie Wilderotter; Mark Shapiro; Sam Zell; Sam Zell; William Osborne | | 11/11/2010 | 2010 MIP | Attorney-Client/ Work Product | This email string discusses legal advice received from Sidley Austin regarding analysis of Plan Terms and management incentive plan. |
| 1343 | 0 | Frank Wood | Don Liebentritt; Betsy Holden; Bill Pate; Brian Greenspun; Jeff Berg; Maggie Wilderotter; Mark Shapiro; Sam Zell; Sam Zell; William Osborn | | 11/11/2010 | 2010 MIP | Attorney-Client/ Work Product | This email string discusses legal advice received from Sidley Austin regarding analysis of Plan Terms and management incentive plan. |
| 1344 | 0 | Don Liebentritt | Betsy Holden; Bill Pate; Brian Greenspun; Frank Wood; Jeff Berg; Maggie Wilderotter; Mark Shapiro; Sam Zell, William Osborn | | 11/11/2010 | 2010 MIP | Attorney-Client/ Work Product | This email discusses legal advice received from Sidley Austin regarding analysis of Plan Terms and management incentive plan. |