# Exhibit 9

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


                                  )
IN RE:                            ) Chapter 11
                                  )
TRIBUNE COMPANY, et al.,          ) Case No. 08-13141 (KJC)
                                  )
                                  ) Courtroom 5
                                  ) 824 Market Street
_____Debtors._____    ) Wilmington, Delaware

                                    September 15, 2010
                                    11:04a a.m.


                  TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For Debtors:              Sidley Austin LLP
                          BY: KEVIN LANTRY, ESQ.
                          BY: JAMES BENDERNAGEL, JR., ESQ.
                          BY: JESSICA C.K. BOELTER, ESQ.
                          One South Dearborn
                          Chicago, IL 60603
                          (213) 896-6022

                          Cole, Schotz, Meisel, Forman &
                          Leonard, PA
                          BY:  NORMAN PERNICK, ESQ.
                          1000 North West Street
                          Suite 1200
                          Wilmington, DE 19801
                          (302) 652-3131


ECRO:                     AL LUGANO

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

1  on the submissions and given the present posture of the case,
2  despite the legitimate concern that the U.S. Trustee has
3  pointed out and which the Court shares, it seems to me that
4  this is absolutely the right thing to do, in connection with
5  the forming this special committee, you know, pulling away from
6  the full board, which is justly or not, viewed as being too
7  connected or controlled by management or -- and ownership, in
8  light of the fact we're on the eve of a mediation, this mini
9  fresh start seems to me to be really a good idea.  Tell me why
10  I'm so off base in that view?
11            MR. KLAUDER:  Your Honor, I'm -- I think you
12  probably took from me -- or I hope you took from the objection
13  that we weren't challenging the corporate governance issue of
14  creating the special committee, nor do I think it would be
15  appropriate, at least in this vein, to do that.  Our questions
16  really went to the necessity of bringing in the extra law firm,
17  Jones Day, which we think will be at a significant cost to the
18  state.
19            THE COURT:  Yeah, they're not known as a discount
20  shop, if I understand correctly.
21            MR. KLAUDER:  And by the way, Your Honor, I've had a
22  number of conversations with debtors' counsel and Jones Day, so
23  we've kind of talked through these issues and we ultimately
24  determined that we thought it would be appropriate to at least
25  discuss them with the Court.