UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                   CASE NO.   08-13141-KJC

    TRIBUNE COMPANY
    f/k/a Times Mirror Corporation,

        Debtor.
_____/

### REQUEST TO STOP ELECTRONIC AND MAIL NOTIFICATIONS

COMES NOW, FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC. "FSIGA"), by and through its undersigned attorney, and hereby requests to be removed from the electronic and regular mailing list in the above-referenced matter as FSIGA is no longer a Creditor or a party in interest to the herein case.

Dated this 2nd day of February, 2011.

          /s/ James E. Sorenson
        JAMES E. SORENSON (FL Bar #0086525)
        D. TYLER VAN LEUVEN (FL Bar #0178705)
        MARY LINZEE VAN LEUVEN (FL Bar #0029766)
        ELBA N. SERRANO-TORRES (FL Bar #42228)
        CONOR J. MCLAUGHLIN (FL Bar #84477) &
        JOSHUA J. LOGAN (FL Bar #41371), of
        Williams, Gautier, Gwynn, DeLoach and Sorenson, P.A.
        Post Office Box 4128
        Tallahassee, Florida 32315-4128
        Telephone (850) 386-3300
        Facsimile (850) 205-4755

        Attorneys for Florida Self-Insurers Guaranty
          Association, Inc.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been furnished to J. Kate Stickles, Esquire, 1000 N. West Street, Suite 1200, Wilmington, DE  19801, Attorney for Debtor, (usual place of business), TRIBUNE COMPANY, 435 N. Michigan Avenue, Chicago, IL  60611, Debtor, (usual place of abode), and United States Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE  19899-0035, Trustee, (usual place of business), by electronic means or U.S. Mail on this 2nd day of February, 2011.


                                                /s/   JAMES E. SORENSON
                                                Attorney