IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket No. 7718** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that on February 1, 2011, Aurelius Capital Management, L.P., filed the *Letter to Judge Carey from Mitchell Hurley* [Docket No. 7718] (the "Letter").

**PLEASE TAKE FURTHER NOTICE** that portions of the Letter, and Exhibits 6, 7, and 8 thereto, were inadvertently filed containing information designated by the parties as "highly confidential". In accordance with the Clerk's Office's *Procedures Regarding Removal/Replacement of Images*, the Letter, along with Exhibits 6, 7, and 8 thereto, are hereby withdrawn. Contemporaneously herewith, Aurelius has filed its *Notice of Filing of Corrected Letter to Judge Carey from Mitchell Hurley and Corrected Exhibits 6, 7, and 8 Thereto*.

Dated: February 2, 2011

        ASHBY & GEDDES, P.A.

        */s/ Amanda M. Winfree*
        William P. Bowden (#2553)
        Amanda M. Winfree (#4615)
        500 Delaware Avenue, 8th Floor
        Wilmington, DE 19899
        Telephone: 302-654-1888

        -and-

        Daniel H. Goldman (Admitted pro hac vice)
        David M. Zensky (Admitted pro hac vice)
        Abid Qureshi (Admitted pro hac vice)
        Mitchell Hurley (Admitted pro hac vice)
        AKIN GUMP STRAUSS HAUER & FELD LLP
        One Bryant Park
        New York, New York 10036
        Telephone: 212-872-1000

        *Counsel to Aurelius Management, LP*