# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) <br> ) **Related to Docket No. 7718** <br> ) |
| TRIBUNE COMPANY, *et al.,* | |
| Debtors. | |

## MOTION TO APPROVE PERMANENT REMOVAL OF IMAGES OF LETTER TO JUDGE CAREY FROM MITCHELL HURLEY AND EXHIBITS 6, 7, AND 8 THERETO [DOCKET NO. 7718]

Aurelius Capital Management, LP ("Aurelius"), on behalf of its managed entities, by and through its undersigned counsel, respectfully submits this motion (the "Motion") for approval of the permanent removal of images from the public docket in connection with its *Letter to Judge Carey from Mitchell Hurley* [Docket No. 7718] (the "Letter"), including the Letter and Exhibits 6, 7, and 8 thereto, and respectfully represents as follows:

1. On February 1, 2011, Aurelius filed the Letter. The Letter, and Exhibits 6, 7, and 8 attached to the Letter, included information designated "highly confidential" by the parties.

2. Contemporaneously with the filing of this Motion, and in accordance with the Clerk's Office's *Procedures Regarding Removal/Replacement of Images*, Aurelius has filed its *Notice of Withdrawal of Document* (the "Notice of Withdrawal") which withdraws the Letter and Exhibits 6, 7, and 8 thereto (together, the "Withdrawn Documents"). Aurelius has also filed its *Notice of Filing of Corrected Letter to Judge Carey from Mitchell Hurley and Corrected Exhibits 6, 7, and 8 Thereto* (the "Notice of Filing"). Attached to the Notice of Filing, as Exhibits A, B, C, and D, respectively, are the replacement Letter (which has been redacted) and the replacement Exhibits 6, 7, and 8 (which have been filed under seal) (together, the "Replacement Images")

{00460668;v1}

3. On February 2, 2011, at Aurelius' request, images of the Withdrawn Documents were temporarily removed and replaced with the Replacement Images by the Clerk's Office.

4. Accordingly, and by this Motion, Aurelius respectfully requests that the Court approve the permanent removal of the Withdrawn Documents from the public docket of the above-referenced bankruptcy cases. The Withdrawn Documents contained information designated by the parties as "highly confidential" and therefore fall within the ambit of Federal Rule of Bankruptcy Procedure 9018.

## CONCLUSION

For the foregoing reasons, Aurelius respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, approving the permanent removal of the Withdrawn Documents from the public docket of the above-referenced bankruptcy proceeding.

Dated: February 2, 2011
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda M. Winfree*
William P. Bowden (No. 2533)
Amanda M. Winfree (No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Daniel H. Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Abid Qureshi (admitted pro hac vice)
Mitchell Hurley (admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*

{00460668;v1}

2