**EXHIBIT A**

**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) ) ) ) Chapter 11 <br> ) ) ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) ) Related to Docket Nos. 7718, _____ |

## ORDER APPROVING PERMANENT REMOVAL OF IMAGES

Aurelius Capital Management, LP ("Aurelius") having filed on February 2, 2011 the *Motion to Approve Permanent Removal of Images of Letter to Judge Carey From Mitchell Hurley and Exhibits 6, 7, and 8 Thereto* (the "Motion") in connection with Docket No. 7718; and the Withdrawn Documents[1] having been removed from the public docket of the above-captioned Chapter 11 cases and temporarily replaced with the Replacement Images; and the Court having considered the relief sought by Aurelius; and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Court hereby approves the permanent removal of the Withdrawn Documents from the public docket at Docket No. 7718.

Dated: Wilmington, Delaware
February \_\_\_\_, 2011

                                                      The Honorable Kevin J. Carey
                                                      Chief United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{00460668;v1}