IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 2nd day of February, 2011, I electronically filed and served **Objection by the New York State Department of Taxation and Finance to Confirmation of Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, L.P., on Behalf of Its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in it's Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington trust Company, in it's Capacity as Successor Indenture Trustee for the Phones Notes** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Tribune Company**
**Attn: Chief Legal Officer**
**435 Michigan Avenue**
**Chicago, IL 60611**

**Sidley Austin, LLP**
**Attn: Jessica C.K. Boelter**
**One South Dearborn Street**
**Chicago, Illinois 60603**

**Cole, Schotz, Meisel, Forman
  & Leonard, P.A.**
**Attn: J. Kate Stickles**
**500 Delaware Avenue, Suite 1410**
**Wilmington DE 19801**

**Ashby & Geddes, P.A.**
**William P. Bowden**
**Amanda M. Winfree**
**500 Delaware Ave., P.O. Box 1150**
**Wilmington, DE 19899**

**McCarter & English, LLP**
**Katharine L. Mayer**
**Renaissance Centre**
**405 N. King Street**
**Wilmington, DE 19801**

**Bifferato Gentilotti LLC**
**Garvan F. McDaniel**
**800 N. King St., Plaza Level**
**Wilmington, DE 19801**

**Sullivan Hazeltine Allinson LLC**
**William D. Sullivan**
**Elihu E. Allinson, III**
**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**

**Akin Gump Strauss Hauer & Feld LLP**
**Daniel H. Golden**
**Philip C. Dublin**
**One Bryant Park**
**New York, NY 10036**

**McCarter & English, LLP**
**David J. Adler**
**245 Park Avenue**
**New York, NY 10167**

**Kasowitz, Benson, Torres &
  Friedman LLP**
**David S. Rosner**
**Richard F. Casher**
**1633 Broadway**
**New York, NY 10019**

**Brown Rudnick LLP**
**Robert J. Stark**
**Martin S. Siegel**
**Gordon Z. Novod**
**Seven Times Square**
**New York, NY 10036**

Executed on February 2, 2011

/s/Norman P. Fivel
Norman P. Fivel