**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.:  08-13141(KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 2nd day of February, 2011, I electronically filed and served **Objection by the New York State Department of Taxation and Finance to Confirmation of Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P.** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

| | |
|---|---|
| **Tribune Company**<br>**Attn:  Chief Legal Officer**<br>**435 Michigan Avenue**<br>**Chicago, IL 60611** | **Sidley Austin, LLP**<br>**Attn:  Jessica C.K. Boelter**<br>**One South Dearborn Street**<br>**Chicago, Illinois   60603** |
| **Cole, Schotz, Meisel, Forman**<br>**  & Leonard, P.A.**<br>**Attn:  J. Kate Stickles**<br>**500 Delaware Avenue, Suite 1410**<br>**Wilmington, DE   19801** | **White & Case LLP**<br>**Attn:  Thomas E. Lauria and**<br>**   Scott Greissman**<br>**1155 Avenue of the Americas**<br>**New York, NY   10036** |

2

**Fox Rothschild LLP**
**Attn: Jeffrey M. Schlerf**
**Citizens Bank Center**
**919 North Market Street., Suite 1600**
**Wilmington, DE 19801**

Executed on February 2, 2011

/s/Norman P. Fivel
Norman P. Fivel

"Printed on Recycled Paper"