### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE  COMPANY, et al., | CASE NO.:  08-13141(KJC) |
| | Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 2nd day of February, 2011, I electronically filed and served **Objection by the New York State Department of Taxation and Finance to Confirmation of First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Tribune Company**
**Attn:  Chief Legal Officer**
**435 Michigan Avenue**
**Chicago, IL  60611**

**Sidley Austin, LLP**
**Attn:  Jessica C.K. Boelter**
**One South Dearborn Street**
**Chicago, Illinois   60603**

**Cole, Schotz, Meisel, Forman**
**   & Leonard, P.A.**
**Attn:  J. Kate Sticles**
**500 Delaware Avenue, Suite 1410**
**Wilmington, DE   19801**

**Chadbourne & Parke LLP**
**Attn:  David M. LeMay**
**30 Rockefeller Plaza**
**New York, NY   10112**

**Landis Rath & Cobb LLP**
**Attn:  Adam G. Landis**
**919 Market Street, Suite 1800**
**Wilmington, DE  19801**

**Young Conaway Stargatt**
**   & Taylor, LLP**
**Attn:  Robert S. Brady**
**The Brandywine Bldg. - 17th Floor**
**1000 W. Street, P.O. Box 391**
**Wilmington, DE  19899-0391**

**Davis Polk & Wardwell LLP**
**Attn:  Damian S. Schaible**
**450 Lexington Avenue**
**New York, NY  10017**

**Hennigan, Bennett & Dorman LLP**
**Attn:  Bruce Bennett**
**865 South Figueroa St., Suite 2900**
**Los Angeles, CA  90017**

**Wilmer Cutler Pickering Hale**
**   & Dorr LLLP**
**Attn:  Andrew Goldman**
**399 Park Avenue**
**New York, NY  10022**

**Richards Layton & Finger**
**Attn:  Mark Collins**
**One Rodney Square**
**920 North King Street**
**Wilmington, DE  19801**

Executed on February 2, 2011

/s/Norman P. Fivel
Norman P. Fivel

2