IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 Cases |
| | : Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : (Jointly Administered) |
| | : |
| Debtors. | : Hearing Date and Time: |
| | : January 24, 2011 at 11:00 AM (EST) |
| | : |
------------------------------------------------------X  Related to Docket No. 7352, 7481, 7486, 7488, 7622

**CERTIFICATION OF COUNSEL REGARDING MOTION FOR ESTIMATION AND CLASSIFICATION OF THE PHONES CLAIMS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3013**

The undersigned, counsel for Wilmington Trust Company in the above-captioned case, hereby certifies as follows:

1. On December 30, 2010, Wilmington Trust filed its *Motion for Estimation and Classification of the PHONES Claims Pursuant to Federal Rules of Bankruptcy Procedure 3013* (the "Motion")[1] (D.I. 7352).

2. On January 24, 2011, the Court held a hearing on the Motion and made a ruling on the record, after which the Court directed that counsel submit an order reflecting the Court's ruling and acceptable to the parties in interest, under certification of counsel.

3. Attached is a proposed form of order granting the Motion pursuant to the Court's ruling. This proposed form of order has been circulated for comment to parties in interest who appeared in connection with the Motion, including counsel for the Debtors, counsel for the Creditors' Committee, counsel for SuttonBrook Capital Management, LP

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and counsel for Barclays Bank PLC/Waterstone Capital Management LP. This proposed form of order incorporates all comments received from these parties and no other objection was made to its entry.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that the Court enter the order attached hereto.

Date: February 2, 2011
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
John G. Pope (No. 4448)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
bsullivan@sha-llc.com

and

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*