IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket No. 7549 |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

H:\TRB\Ntc of Rescheduled Hrg_Aff_1-19-11.doc

2. On January 19, 2011, I caused to be served the "Notice of Rescheduled Hearing," dated January 19, 2011 [Docket No. 7549], by causing true and correct copies to be delivered via email to those parties listed on the annexed Exhibit A and via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*(signed)* Diane Streany
Diane Streany

Sworn to before me this
2nd day of February, 2011

*(signed)* Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

EMAIL LIST

joseph.mcmahon@usdoj.gov
landis@lrclaw.com
mcguire@lrclaw.com
tmacauley@zuckerman.com
Collins@RLF.com
Fortune@RLF.com
ellen.slights@usdoj.gov
Sbrown@eapdlaw.com
lsilverstein@potteranderson.com
kmayer@mccarter.com
khill@svglaw.com
wmk@elliottgreenleaf.com
frosner@mrs-law.com
skaufman@coochtaylor.com
csimon@crosslaw.com
tdirocco@crosslaw.com
mfelger@cozen.com
jfiorella@archerlaw.com
jnimeroff@bsnlawyers.com
strattond@pepperlaw.com
raportl@pepperlaw.com
schannej@pepperlaw.com
skaufman@coochtaylor.com
mengland@eckertseamans.com
rmersky@monlaw.com
ahiller@phw-law.com
cbifferato@bifferato.com
kcollins@bifferato.com
mlastowski@duanemorris.com
slross@duanemorris.com
wbowden@ashby-geddes.com
ljones@pszjlaw.com
tcairns@pszjlaw.com
mbillion@pszjlaw.com
rbrady@ycst.com
mbcleary@ycst.com
david.powlen@btlaw.com
slamb@paulweiss.com
jditomo@paulweiss.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jedmonson@bayardlaw.com
melorod@gtlaw.com
gmcdaniel@bglawde.com
carickhoff@blankrome.com
rwriley@duanemorris.com
slross@duanemorris.com
whazeltine@sha-llc.com
bsullivan@sha-llc.com

zallinson@sha-llc.com
chowc@ballardspahr.com
maydt@ballardspahr.com
LJKotler@duanemorris.com
sfallon@trplaw.com
jcp@pgslaw.com
jhuggett@margolisedelstein.com
myurkewicz@klehr.com
jconlan@sidley.com
bkrakauer@sidley.com
kkansa@sidley.com
klantry@sidley.com
hseife@chadbourne.com
dlemay@chadbourne.com
Tribuneco.routing@dpw.com
mschonholtz@kayescholer.com
mprimoff@kayescholer.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
btrust@mayerbrown.com
atrehan@mayerbrown.com
byan@mayerbrown.com
msenter@lermansenter.com
sbuckman@lermansenter.com
dgolden@akingump.com
pdublin@akingump.com
drosner@kasowitz.com
aglenn@kasowitz.com
dadler@mccarter.com
rstark@brownrudnick.com
dsaval@brownrudnick.com
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
morsej@hbdlawyers.com
Andrew.goldman@wilmerhale.com
lawrence.gelber@srz.com
adam.hirsch@srz.com
robert.rosenberg@lw.com
jason.sanjana@lw.com
paulsilverstein@andrewskurth.com
rrussell@andrewskurth.com
jeremyreckmeyer@andrewskurth.com
swolosky@olshanlaw.com
afriedman@olshanlaw.com
flevy@olshanlaw.com
guzzi@whitecase.com
sgreissman@whitecase.com
tlauria@whitecase.com

EMAIL LIST

a.dalton@smmj.com
aconway@taubman.com
adam.hirsch@srz.com
adeglomi@harris.com
ahammer@freebornpeters.com
ahiller@phw-law.com
alipkin@willkie.com
amuscovitz@dsfadvisors.com
anderson.frank@pbgc.gov
andrew.goldman@wilmerhale.com
bankruptcy@goodwin.com
BBUTWIN@OMM.COM
bceccotti@cwsny.com
BENNETTB@HBDLAWYERS.COM
bhshide@us.ibm.com
bmd@gsrnh.com
btrust@mayerbrown.com
carickhoff@blankrome.com
carolyn.adler@morganstanley.com
cbblac@acxiom.com
cbifferato@bifferato.com
cconnolly@morganlewis.com
CDAVIDOW@PAULWEISS.COM
charles.jackson@morganlewis.com
Charles.smith@klgates.com
claims@recoverycorp.com
cmcmanus@muchshelist.com
cmomjian@attorneygeneral.gov
collins@rlf.com
cowan@ask-attorneys.com
csbott@abato.com
csimon@crosslaw.com
dadler@mccarter.com
DALLAS.BANKRUPTCY@PUBLICANS.COM
DAVE@BHDRL.COM
david.klauder@usdoj.gov
DAVID.POWLEN@BTLAW.COM
dbradford@jenner.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
dgonzales@wsh-law.com
dneier@winston.com
don@furmangregory.com
DPLON@SIRLINLAW.COM
dreimann@reimannlawgroup.com
drosner@kasowitz.com
efriedman@fklaw.com
EJONES@OMM.COM

ELAINE_COLE@TAX.STATE.NY.US
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com
etredinnick@greeneradovsky.com
ffm@bostonbusinesslaw.com
fred.fellmeth@vitecgroup.com
frosner@mrs-law.com
GARLANDK@GTLAW.COM
gbush@zuckerman.com
gmcdaniel@bglawde.com
goldberg.elizabeth@dol.gov
grmesires@uhlaw.com
heri.christine@dol.gov
hkaplan@arkin-law.com
houston_bankruptcy@publicans.com
hseife@chadbourne.com
jberlage@ghsllp.com
jconlan@sidley.com
jcp@pgslaw.com
JCRISWELL@TSMP.COM
JDT@JDTHOMPSONLAW.COM
JEDMONSON@BAYARDLAW.COM
jfiorella@archerlaw.com
JFRANK@FGLLP.COM
jfriedman@jbflawfirm.com
jfungaroli@capitalsource.com
jhuggett@margolisedelstein.com
jlosardo@bbwg.com
jnimeroff@bsnlawyers.com
jodie.buchman@dlapiper.com
jgrey@crosslaw.com
jodie.rea@fox.com
john.sieger@kattenlaw.com
jschlerf@foxrothschild.com
jsdlaw@msn.com
jshickich@riddellwilliams.com
jsorenson@wggdlaw.com
jteitelbaum@tblawllp.com
JWHITE@BLAKELEYLLP.COM
KDWBankruptcyDepartment@kelleydrye.com
kelkins@elkinskalt.com
ken.higman@hp.com
khill@svglaw.com
kklee@ktbslaw.com
klantry@sidley.com
kmayer@mccarter.com
kmiller@ecjlaw.com

EMAIL LIST

kstickles@coleschotz.com
landis@lrclaw.com
lawrence.gelber@srz.com
lbogdanoff@ktbslaw.com
LESLIE@LESLIECOHENLAW.COM
linda.boyle@twtelecom.com
ljones@pszjlaw.com
MAMATO@RMFPC.COM
MARK.NITIKMAN@C2D2LAW.COM
matthew.troy@usdoj.gov
maureen.mcgreevey@sungard.com
mblumenthal@crowell.com
MBRAZA@FOLEY.COM
MELOROD@GTLAW.COM
mengland@eckertseamans.com
mfelger@cozen.com
michelle.mcmahon@bryancave.com
mlastowski@duanemorris.com
mminuti@saul.com
mprimoff@kayescholer.com
MSMALL@FOLEY.COM
myurkewicz@klehr.com
mzelmanovitz@morganlewis.com
mzohn@proskauer.com
pgregory@cpmlegal.com
prubin@herrick.com
psmoots@mcguirewoods.com
pwebster@buchalter.com
ramona.neal@hp.com
RBRADY@YCST.COM
RHANLEY@NOLANPLUMHOFF.COM
rkbgwhw@aol.com
rmauceri@morganlewis.com
RMERSKY@MONLAW.COM
robert_cook@tax.state.ny.us
romero@mromerolawfirm.com
rpaul@zwerdling.com
rstark@brownrudnick.com
RTUCKER@SIMON.COM
rweinstein@cusa.canon.com
rwriley@duanemorris.com
sagolden@hhlaw.com
sbrown@eapdlaw.com
SCHLOSS.MICHAEL@DOL.GOV
schristianson@buchalter.com
sfallon@trplaw.com
Sfriedberg@Theseaportgroup.com
skaufman@coochtaylor.com

SSHIMSHAK@PAULWEISS.COM
strattond@pepperlaw.com
taskounis@askounisdarcy.com
tbecker@morganlewis.com
tlauria@whitecase.com
tmacauley@zuckerman.com
tmhoepker@yahoo.com
tribuneco.routing@dpw.com
trmeites@mmmglaw.com
tscobb@vorys.com
Tscobb@vssp.com
WALDMEIRD@MICHIGAN.GOV
wayne.smith@warnerbros.com
wbowden@ashby-geddes.com
wmk@elliottgreenleaf.com
YONATAN.GELBLUM@USDOJ.GOV
aglenn@kasowitz.com
AGORDON@PAULWEISS.COM
ajongco@lewisfeinberg.com
andrew.schoulder@bgllp.com
atrehan@mayerbrown.com
avail@jenner.com
avesselinovitch@kattenlaw.com
awinfree@ashby-geddes.com
besders@abato.com
bkrakauer@sidley.com
csteege@jenner.com
daniel.connolly@bgllp.com
daniel.polatsek@kattenlaw.com
DBROWN@PAULWEISS.COM
DCANTOR@OMM.COM
ddavidian@arkin-law.com
ddeutsch@chadbourne.com
deggert@freebornpeters.com
dlemay@chadbourne.com
dsaval@brownrudnick.com
DSHAMAH@OMM.COM
efile@pbgc.gov
evan.flaschen@bgllp.com
fhyman@mayerbrown.com
gerson.leonard@dol.gov
guzzi@whitecase.com
isgreene@hhlaw.com
jatamian@mayerbrown.com
jcrystal@willkie.com
JOHNSTONJ@HBDLAWYERS.COM
joshua.gadharf@kattenlaw.com
jstrock@foxrothschild.com

EMAIL LIST

jtougas@mayerbrown.com
kcollins@bifferato.com
kskomorucha@ashby-geddes.com
ljkotler@duanemorris.com
LSHUMEJDA@PAULWEISS.COM
mbarash@ktbslaw.com
MBCLEARY@YCST.COM
mbillion@pszjlaw.com
mcguire@lrclaw.com
mmilano@riddellwilliams.com
mmmulder@mmmglaw.com
MORSEJ@HBDLAWYERS.COM
npernick@coleschotz.com
nwasow@lewisfeinberg.com
pcatanese@mcguirewoods.com
raportl@pepperlaw.com
SCHANNEJ@PEPPERLAW.COM
sgreissman@whitecase.com
slross@duanemorris.com
slross@duanemorris.com
SSELBST@HERRICK.COM
tcairns@pszjlaw.com
whazeltine@sha-llc.com
wweintraub@fklaw.com

**EXHIBIT B**

**TRB NOTICE 1-19-11**
WILMINGTON TRUST COMPANY
ATTN: PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

**TRB NOTICE 1-19-11**
DEREK C. ABBOTT, ESQUIRE
CURTIS S. MILLER, ESQUIRE
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 NORTH MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347

**TRB NOTICE 1-19-11**
BRIAN E. LUTNESS, ESQUIRE
SILVERMAN MCDONALD & FRIEDMAN
1010 N. BANCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

**TRB NOTICE 1-19-11**
GRAEME W. BUSH, ESQUIRE
JAMES SOTTILE, ESQUIRE
ZUCKERMAN SPAEDER LLP
1800 M STREET, N.W., SUITE 1000
WASHINGTON, D.C.  20036

**TRB NOTICE 1-19-11**
DAVID 1. BRADFORD, ESQUIRE
CATHERINE L. STEEGE, ESQUIRE
ANDREW W. VAIL, ESQUIRE
JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654

**TRB NOTICE 1-19-11**
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
(COUNSEL TO: TRUCK DRIVERS AND
HELPERS LOCAL 355 HEALTH AND WELFARE
FUND AND PENSION FUND)
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

**TRB NOTICE 1-19-11**
AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA  19355-0701

**TRB NOTICE 1-19-11**
BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD
COUNTY; GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE,  FL  33301

**TRB NOTICE 1-19-11**
CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD  21093

**TRB NOTICE 1-19-11**
HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY
SOLICITOR & CAMELA J. SANDMANN,
ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

| | |
|---|---|
| **TRB NOTICE 1-19-11**<br>INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD  21201 | **TRB NOTICE 1-19-11**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 21126<br>PHILADELPHIA, PA  19114 |
| **TRB NOTICE 1-19-11**<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>(COUNSEL TO GREATBANC<br>TRUST COMPANY)<br>NEW YORK, NY  10022-6030 | **TRB NOTICE 1-19-11**<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA  91362 |
| **TRB NOTICE 1-19-11**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL  60173 | **TRB NOTICE 1-19-11**<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>ATTN: JOSEPH L. CHRISTENSEN<br>500 DELAWARE AVENUE,<br>SUITE 200; PO BOX 32<br>(COUNSEL TO CITICORP NORTH<br>AMERICA, INC. & CITIGROUP<br> GLOBAL MARKETS INC.)<br>WILMINGTON, DE  19899-0032 |
| **TRB NOTICE 1-19-11**<br>ROBINSON BROG LEINWAND GREEN<br>GENOVESE & GLUCK PC<br>ATTN. FRED B. RINGEL, ESQ.<br>(COUNSEL TO GALLERIA OPERATING<br>COMPANY, LLC)<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY  10022 | **TRB NOTICE 1-19-11**<br>SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC  20020 |
| **TRB NOTICE 1-19-11**<br>TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT  06183-4044 | **TRB NOTICE 1-19-11**<br>UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASST.<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA  19424 |