IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                  )

In re:                                         )   Chapter 11

TRIBUNE COMPANY, et al.,            )   Case No. 08-13141 (KJC)

        Debtors.                     )   Jointly Administered

                                         )   Related to D.I. Nos. 7718, 7729 & 7730
---------------------------------------------------------------x

**MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL PORTIONS OF THE LETTER TO JUDGE CAREY FROM MITCHELL HURLEY AND EXHIBITS 6, 7, AND 8 THERETO [DOCKET NO. 7718]**

Aurelius Capital Management, LP ("Aurelius"), acting on behalf of its managed funds, respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an Order authorizing it to file under seal redacted portions of its *Letter to Judge Carey from Mitchell Hurley* [Docket No. 7718] (the "Letter"), including the Letter and Exhibits 6, 7, and 8 thereto. In support of the Motion to Seal, Aurelius respectfully represents as follows:

## JURISDICTION

1.    This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a).

{00482838;v1}
920757.2

2.	The statutory predicates for the relief requested herein are Bankruptcy Code sections 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## BACKGROUND

3.	On February 1, 2011, Aurelius filed the Letter. The Letter, and Exhibits 6, 7, and 8 attached to the Letter, included information designated "highly confidential" by the parties.

4.	In accordance with the Clerk's Office's *Procedures Regarding Removal/Replacement of Images*, Aurelius has filed its *Notice of Withdrawal of Document* (the "Notice of Withdrawal") which withdraws the Letter and Exhibits 6, 7, and 8 thereto (together, the "Withdrawn Documents"). Contemporaneously with the filing of the Notice of Withdrawal, Aurelius filed its *Motion to Approve Permanent Removal of Images of Letter to Judge Carey from Mitchell Hurley and Exhibits 6, 7, And 8 thereto [Docket No. 7718]* (the "Motion to Approve Removal"). Aurelius has also filed its *Notice of Filing of Corrected Letter to Judge Carey from Mitchell Hurley and Corrected Exhibits 6, 7, and 8 Thereto* (the "Notice of Filing"). Attached to the Notice of Filing, as Exhibits A, B, C, and D, respectively, are the replacement of the Letter (which is redacted) and the replacement Exhibits 6, 7, and 8 (which should have been filed under seal) (together, the "Replacement Images").

5.	On February 2, 2011, at Aurelius' request, images of the Withdrawn Documents were temporarily removed and replaced with the Replacement Images by the Clerk's Office.

## RELIEF REQUESTED

6.	Aurelius files this Motion to Seal out of an abundance of caution and respectfully requests that the Court grant it permission to file under seal redacted portions of its Letter and to seal Exhibits 6, 7, and 8 as set forth in the Replacement Images previously filed with the Court.

## BASIS FOR RELIEF REQUESTED

7. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; …

11 U.S.C. § 107(b). Rule 9018 of the Bankruptcy Rules sets forth the procedures by which a party may move for relief under section 107(b), providing that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information …" Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

8. As set forth above, the Letter included information designated "highly confidential" by the parties.

## NOTICE

9. Notice of this Motion to Seal has been given to: (i) counsel to the Debtors; (ii) the Office of the United States Trustee; and (iii) counsel to the Committee; and (iv) all those parties entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 2002. In light of the nature of the relief requested, Aurelius submits that no further or other notice is required.

## NO PRIOR REQUEST

10.     No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, Aurelius respectfully requests the Court enter an Order substantially in the form attached hereto as <u>Exhibit A</u> granting Aurelius authority to file redacted portions of the Letter and to seal Exhibits 6, 7, and 8 as set forth in the Replacement Images, and such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
February 2, 2011

                                        **ASHBY & GEDDES, P.A.**

                                        */s/ William P. Bowden*
                                        William P. Bowden (I.D. No. 2553)
                                        Amanda M. Winfree (I.D. No. 4615)
                                        Leigh-Anne M. Raport (I.D. No. 5055)
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE 19899
                                        (302) 654-1888

                                        - and -

                                        Daniel H. Golden (admitted pro hac vice)
                                        David M. Zensky (admitted pro hac vice)
                                        Abid Qureshi (admitted pro hac vice)
                                        Mitchell Hurley (admitted pro hac vice)
                                        **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                        One Bryant Park
                                        New York, NY 10036
                                        (212) 872-1000

                                        *Attorneys for Aurelius Capital Management, LP*