## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SPRINT NEXTEL'S NOTICE OF WITHDRAWAL OF MOTION TO AMEND THE DEBTORS' SCHEDULES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1009(a) [D.I. 7543]

On January 18, 2011, Sprint Nextel filed its Motion to Amend the Debtors' Schedules Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) (the "Motion") to require the Debtors to amend their Schedules to include two lease agreements between Debtors and Sprint for cell tower sites (see Docket No. 7543).

On January 28, 2011, the Debtors complied with the relief requested in the Motion by filing their Fifth Amended Schedules of Assets and Liabilities for Case Nos. 08-13141 and 08-13147, which listed the two previously omitted lease agreements (see Docket Nos. 7661 and 7662).

Therefore, Sprint Nextel hereby withdraws its Motion.

Dated: February 3, 2011                    Respectfully Submitted,

_Susan Hauske for SRF (#3752)_

Sherry Ruggiero Fallon (Bar ID #2464)
Tybout, Redfearn & Pell
750 Shipyard Dr., Suite 400
P.O. Box 2092
Wilmington, DE 19899-20922
Tel: (302) 658-6901
Fax: (302) 658-4018
sfallon@trplaw.com

and

David I. Swan, Esq.
Allie M. Raether, Esq.
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5050
dswan@mcguirewoods.com
araether@mcguirewoods.com

*Counsel for Sprint Nextel*