## CERTIFICATE OF SERVICE

I, Sherry Ruggiero Fallon, hereby certify that on February 3, 2011, true and correct copies of the attached document were served upon all parties, by ECF/CM electronic notification. In addition, the following parties will be served in the manner indicated below:

**Hand Delivery**
Carl D. Neff
Ciardi, Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801
Attorneys for Debtors

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman
& Leonard
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
Attorneys for Debtors

John H. Strock, III
Fox Rothschild, LLP
919 N. Market St., Suite 1300
Wilmington, DE 19801
Attorneys for Debtors

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE 19801
Attorneys for Debtors

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Hand Delivery**
Adam G. Landis
Landon Ellis
Matthew B. McGuire
Rebecca L. Butcher
Landis Rath & Cobb LLP
919 Market St., Suite 1800
Wilmington, DE 19801
Attorneys for Committee of Unsecured Creditors

Cynthia Moh Baldwin
Edwards Angell Palmer & Dodge LLP
919 N. Market St., Suite 1500
Wilmington, DE 19801
Attorneys for Committee of Unsecured Creditors

Mona A. Parkih
Buchanan Ingersoll & Rooney PC
1105 N. Market St., Suite 1900
Wilmington, DE 19801
Attorneys for Committee of Unsecured Creditors

Scott G. Wilcox
Whiteford Taylor Preston LLC
1220 N. Market St., Suite 608
Wilmington, DE 19801
Attorneys for Committee of Unsecured Creditors

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market St., Suite 990
Wilmington, DE 19801
Attorneys for Committee of Unsecured Creditors

**First Class U.S. Mail**
Bryan Krakauer
James F. Conlan
Sidney Austin, Brown & Wood LLP
One S. Dearborn St.
Chicago, IL 60603
Attorneys for Debtors

Edward Cerasia, II
Seyfarth Shaw LLP
620 Eighth Avenue
32nd Floor
New York, NY 10018
Attorneys for Debtors

Jared D. Zajac
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Attorneys for Debtors

**First Class U.S. Mail**
Michael A. Henry
Gross, McGinley, Labarre &
Eaton, LLP
33 S. 7th Street
Allentown, PA 18105
Attorneys for Debtors

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
Attorneys for Debtors

Stephen Novack
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL

William S. Brody
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017

Under penalty of perjury, I declare that the foregoing is true and correct.

TYBOUT, REDFEARN & PELL

SHERRY RUGGIERO FALLON
Bar ID # 2464
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Telephone:(302) 658-6901
Facsimile: (302)658-401
Email: sfallon@trplaw.com
*Counsel for Sprint Nextel*