In re Tribune Company, et al., Case No. 08-13141 (KJC): Documents Sought by the Noteholder Plan Proponents' Motion for Entry of an Order Compelling Production of Documents and Communications that have been Withheld from Production by the Debtors

| Privilege Log No. | Bates Range | Custodian | Email Subject | Date | From | To | cc | Additional Description | Attachments | Attachment Page Count | Privilege Type | 1a - Projections or Forecasts | 1b - Financial Reports | 1c - LBO Structure | 1d - Anticipated Solvency | 1e - Proceeding with LBO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TRBPRIV000180 - TRBPRIV000181 | Mark Hianik | RE: VRC Opinion and Rep Letters | 12/18/2007 | SARosenblum@WLRK.com | Hianik, Mark W. <mhianik@tribune.com> | | Email string discussing legal advice received from counsel regarding suggestions and edits to VRC representation letters. | 0 | 0 | Attorney - Client | | | X | X | X |
| 4 | TRBPRIV000186 | Mark Hianik | RE: Excerpt from 12/18/07 Board Minutes | 12/18/2007 | SARosenblum@WLRK.com | Parungao, Barbara <bparungao@tribune.com>; cmulaney@skadden.com; lbarden@sidley.com; tcole@sidley.com; Kenney, Crane H Kenney, Crane H <ckenney@tribune.com>; Eldersveld, David <deldersveld@tribune.com>; blewis@sidley.com; dgraham@sidley.com; Hianik, Mark W | | Email string providing legal advice regarding edits to attached excerpt from minutes from December 18, 2007 Board of Directors meeting. | 1 | 1 | Attorney - Client | | | | X | |
| 18 | TRBPRIV004467- TRBPRIV004468 | Mark Hianik | Re: VRC Re Letters | 12/11/2007 | SARosenblum@WLRK.com | Hianik, Mark W. <mhianik@tribune.com>; Bigelow, Chandler <cbigelow@tribune.com>; eldersveld, David deldersved@tribune.com; lbarden@sidley.com | Kenney, Crane H <ckenney@tribune.com> | Email string prociding elgal advice regarding draft VRC representation letter relating to income tax savings | 0 | 0 | Attorney - Client | | | | X | |
| 52 | TRBPRIV012215 | Mark Hianik | VRC Rep Letters | 10/16/2007 | Hianik, Mark W. | Kazan, Daniel G <DKazan@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | Email providing legal advice regarding attached draft VRC Representation Letters. | 1 | 7 | Attorney - Client | X | X | X | X | X |
| 56 | TRBPRIV012406 | Mark Hianik | VRC Rep Letters | 12/3/2007 | Hianik, Mark W. | SARosenblum@WLRK.com; Barden, Larry A. <lbarden@Sidley.com> | Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Kenney, Crane H <CKenney@tribune.com> | Email providing legal advice regarding attached drafts of the VRC representation letters including comments from counsel and potential disclosures of VRC presentations or solvency opinions | 2 | 11 | Attorney - Client | X | X | | X | |
| 119 | TRBPRIV027966 | Naomi Sachs | FW: VRC Opinion and Rep Letters | 12/18/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Sachs, Naomi <NSachs@tribune.com> | | Email string forwarding legal advice received from counsel, Mark Hianik, regarding attached VRC solvency opinion and rep letters. | 2 | 20 | Attorney - Client | X | X | X | X | X |
| 200 | TRBPRIV037233 | Chandler Bigelow | Re: | 10/24/2007 | Kenney, Crane H <CKenney@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | | Email string providing legal advice regarding VRC solvency analysis and lender meeting and questions for VRC. | 0 | 0 | Attorney - Client | | | | X | |
| 201 | TRBPRIV037236 | Chandler Bigelow | RE: Call with Raj and Kaplan | 10/25/2007 | Kenney, Crane H <CKenney@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com>; 'l @ ii "nlarsen@egii.com' | | Email string providing legal advice regarding VRC solvency analysis and lender questions for VRC. | 0 | 0 | Attorney - Client | | | | X | |
| 202 | TRBPRIV037242 | Chandler Bigelow | Re: | 11/1/2007 | Kenney, Crane H <CKenney@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | | Email string providing legal advice regarding VRC analysis of solvency and discussions with lenders. | 0 | 0 | Attorney - Client | | | | X | |
| 212 | TRBPRIV037753 | Chandler Bigelow | VRC - Contingent Liability Schedule | 10/2/2007 | Kazan, Daniel G <DKazan@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com>; Hianik, Mark W. <MHianik@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Leach, Tom <tleach@Tribune.com>; Litman, Brian F <BLitman@tribune.com> | | Email requesting legal advice regarding attached list of contingent liabilities and solvency analysis. | 1 | 3 | Attorney - Client | | | | X | |
| 213 | TRBPRIV037757 | Chandler Bigelow | RE: VRC Rep Letters | 10/16/2007 | Kazan, Daniel G <DKazan@tribune.com> | Hianik, Mark W. <MHianik@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | Email string requesting legal advice regarding draft of VRC rep letters. | 0 | 0 | Attorney - Client | | | X | X | X |

Case 08-13141-BLS   Doc 7748-2   Filed 02/03/11   Page 2 of 7

In re Tribune Company, et al., Case No. 08-13141 (KJC): Documents Sought by the Noteholder Plan Proponents' Motion for Entry of an Order Compelling Production of Documents and Communications that have been Withheld from Production by the Debtors

| Privilege Log No. | Bates Range | Custodian | Email Subject | Date | From | To | cc | Additional Description | Attachments | Attachment Page Count | Privilege Type | 1a - Projections or Forecasts | 1b - Financial Reports | 1c - LBO Structure | 1d - Anticipated Solvency | 1e - Proceeding with LBO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 239 | TRBPRIV038332 | Chandler Bigelow | RE: VRC - Contingent Liability Schedule | 10/2/2007 | Hianik, Mark W. <MHianik@tribune.com> | Kazan, Daniel G <DKazan@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Leach, Tom <tleach@Tribune.com>; Litman, Brian F <BLitman@tribune.com> | | Email string providing legal advice regarding list of contingent liabilities and solvency analysis. | 0 | 0 | Attorney – Client | | | | X | |
| 242 | TRBPRIV038342 | Chandler Bigelow | RE: VRC Letter | 10/25/2007 | Hianik, Mark W. <MHianik@tribune.com> | Bigelow, Chandler<CBigelow@tribune.com>; Eldersveld,David <DEldersveld@Tribune.com>; Kazan, Daniel G <DKazan@tribune.com> | | Email string providing legal advice regarding attacheddraft VRC rep letters and contingent liability schedule. | 2 | 14 | Attorney - Client | X | X | X | X | X |
| 243 | TRBPRIV038357 | Chandler Bigelow | Re: | 11/14/2007 | Hianik, Mark W. <MHianik@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | | Email string providing legal advice regarding VRC representation letters and VRC opinion. | 0 | 0 | Attorney – Client | | | | X | |
| 300 | TRBPRIV042388 | Chandler Bigelow | RE: VRC Rep Letters | 12/10/2007 | SARosenblum@WLRK.com | Hianik, Mark W. <mhianik@tribune.com>; lbarden@sidley.com | Bigelow, Chandler <cbigelow@tribune.com>; Eldersveld, David <deldersveld@tribune.com>; JJSchwartz@WLRK.com | Email string providing legal advice regarding attached draft federal income tax VRC representation letter. | 1 | 9 | Attorney - Client | X | X | | X | |
| 301 | TRBPRIV042398 - TRBPRIV042399 | Chandler Bigelow | RE: VRC Opinion and Rep Letters | 12/18/2007 | SARosenblum@WLRK.com | dgraham@sidley.com; Hianik, Mark W. <mhianik@tribune.com> | Kenney, Crane H <ckenney@tribune.com>; Bigelow, Chandler <cbigelow@tribune.com>; Eldersveld, David <deldersveld@tribune.com>; Grenesko, Don <dgrenesko@tribune.com> | Email string providing legal advice regarding draft VRC representation letters. | 0 | 0 | Attorney - Client | | | | X | |
| 302 | TRBPRIV042495 - TRBPRIV042496 | Chandler Bigelow | Tribune / Cahill Call | 11/19/2007 | Lewis, Robert J. <rlewis@Sidley.com> | Eldersveld, David <DEldersveld@Tribune.com>; Bigelow, Chandler <CBigelow@tribune.com> | Barden, Larry A. <lbarden@Sidley.com>; Blatchford, Kevin F. <kblatchford@sidley.com>; Varner, Carla A. <CVarner@Sidley.com> | Email providing legal advice regarding possible modifications to financing structure pursuant to discussion with counsel for lenders. | 0 | 0 | Attorney - Client | X | | | | |
| 306 | TRBPRIV042562 | Chandler Bigelow | | 12/18/2007 | Kenney, Crane H <CKenney@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | | Email providing legal advice regarding VRC independence considerations. | 0 | 0 | Attorney - Client | | | | X | |
| 307 | TRBPRIV042584 | Chandler Bigelow | RE: Revised VRC Rep Letters | 11/26/2007 | Hianik, Mark W. <MHianik@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | | Email string providing legal advice regarding revisions to attached VRC representation letter, including comments from counsel and redline of the same. | 2 | 13 | Attorney - Client | X | X | X | X | X |
| 310 | TRBPRIV042619 | Chandler Bigelow | VRC Rep Letters | 12/3/2007 | Hianik, Mark W. <MHianik@tribune.com> | SARosenblum@WLRK.com; Barden, Larry A. <lbarden@Sidley.com> | Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Kenney, Crane H <CKenney@tribune.com> | Email providing legal advice regarding attached drafts of the VRC representation letters including comments from counsel and redline and potential disclosures of VRC presentations or solvency opinions. | 2 | 11 | Attorney - Client | X | X | | X | |
| 312 | TRBPRIV042633 | Chandler Bigelow | RE: VRC Rep Letters | 12/3/2007 | Hianik, Mark W. <MHianik@tribune.com> | 'SARosenblum@WLRK.com'; lbarden@sidley.com | Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Kenney, Crane H <CKenney@tribune.com> | Email string providing legal advice regarding draft of the VRC representation letter and potential disclosures of VRC presentations or solvency opinions. | 0 | 0 | Attorney - Client | | | | X | |
| 313 | TRBPRIV042635 | Chandler Bigelow | FW: Representation Letters | 12/4/2007 | Hianik, Mark W. <MHianik@tribune.com> | Shanahan, Patrick <PShanahan@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | Email providing legal advice regarding attached draft VRC representation letters. | 1 | 9 | Attorney - Client | | X | | X | |
| 315 | TRBPRIV042647 | Chandler Bigelow | VRC Rep Letters | 12/10/2007 | Hianik, Mark W. <MHianik@tribune.com> | Barden, Larry A. <lbarden@Sidley.com>; 'SARosenblum@WLRK.com' | Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com> | Email requesting legal advice regarding attached draft VRC representation letters. | 1 | 9 | Attorney - Client | | | | X | |

In re Tribune Company, et al., Case No. 08-13141 (KJC): Documents Sought by the Noteholder Plan Proponents' Motion for Entry of an Order Compelling Production of Documents and Communications that have been Withheld from Production by the Debtors

| Privilege Log No. | Bates Range | Custodian | Email Subject | Date | From | To | cc | Additional Description | Attachments | Attachment Page Count | Privilege Type | 1a - Projections or Forecasts | 1b - Financial Reports | 1c - LBO Structure | 1d - Anticipated Solvency | 1e - Proceeding with LBO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 317 | TRBPRIV042659 - TRBPRIV042660 | Chandler Bigelow | RE: VRC Rep Letter | 12/11/2007 | Hianik, Mark W. <MHianik@tribune.com> | 'SARosenblum@WLRK.com'; Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; lburden@sidley.com | Kenney, Crane H <CKenney@tribune.com> | Email string discussing legal advice received from counsel regarding attached draft VRC representation letter relating to income tax savings. | 1 | 2 | Attorney - Client | | | | X | |
| 318 | TRBPRIV042663 | Chandler Bigelow | FW: | 12/12/2007 | Hianik, Mark W. <MHianik@tribune.com> | Grenesko, Don <DGrenesko@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com> | Kenney, Crane H <CKenney@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com> | Email string forwarding legal advice received from counsel, Steven Rosenblum, regarding legal issues related to Leveraged ESOP Transaction and VRC solvency opinion. | 0 | 0 | Attorney - Client | | | | X | |
| 319 | TRBPRIV042664 | Chandler Bigelow | VRC | 12/12/2007 | Hianik, Mark W. <MHianik@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | | Email string providing legal advice regarding revisions to VRC representation letters. | 0 | 0 | Attorney - Client | | | | X | |
| 322 | TRBPRIV042718 - TRBPRIV042719 | Chandler Bigelow | RE: VRC Opinion and Rep Letters | 12/18/2007 | Hianik, Mark W. <MHianik@tribune.com> | 'Graham, David F.' <dgraham@Sidley.com>; SARosenblum@WLRK.com | Kenney, Crane H <CKenney@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Grenesko, Don <DGrenesko@tribune.com> | Email string requesting legal advice regarding revised VRC solvency opinion and representation letters. | 0 | 0 | Attorney - Client | | | | X | |
| 323 | TRBPRIV042727 | Chandler Bigelow | VRC | 12/19/2007 | Hianik, Mark W. MHi ik@t ib <MHianik@tribune.com> | Kenney, Crane H CK @t ib <CKenney@tribune.com> | Bigelow, Chandler CBi1 @t ib <CBigelow@tribune.com>; Grenesko, Don <DGrenesko@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; 'SARosenblum@WLRK com' | Email providing legal advice regarding VRC opinion letters and representation letters, and upcoming revisions to same. | 0 | 0 | Attorney - Client | | | | X | |
| 324 | TRBPRIV043006 | Chandler Bigelow | RE: VRC Opinion and Rep Letters | 12/18/2007 | Graham, David F. <dgraham@Sidley.com> | Hianik, Mark W. <MHianik@tribune.com>; SARosenblum@WLRK.com | Kenney, Crane H <CKenney@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Grenesko, Don <DGrenesko@tribune.com> | Email string providing legal advice regarding attached marked-up VRC solvency opinion and representation letters. | 1 | 9 | Attorney - Client | X | X | X | X | X |
| 329 | TRBPRIV043785 | Chandler Bigelow | VRC - Refinancing Rep Letter | 12/3/2007 | Eldersveld, David <DEldersveld@Tribune.com> | Bigelow, Chandler <CBigelow@tribune.com> | Hianik, Mark W. <MHianik@tribune.com> | Email providing legal advice regarding attached drafts of the VRC representation letter including comments from counsel. | 2 | 4 | Attorney - Client | X | | | X | |
| 346 | TRBPRIV049640 | David Eldersveld | RE: 4pm Call | 9/19/2007 | SARosenblum@WLRK.com | Eldersveld, David <deldersveld@tribune.com> | | Email string requesting legal advice regarding communications with Step Two lenders relating to VRC solvency analysis. | 0 | 0 | Attorney - Client | | | | X | |
| 348 | TRBPRIV049814 - TRBPRIV049815 | David Eldersveld | Email we discussed | 9/20/2007 | Eldersveld, David | 'Barden, Larry A.' <lbarden@Sidley.com> | | Email requesting legal advice regarding communications with VRC relating to projection models | 0 | 0 | Attorney - Client | | | | X | |
| 350 | TRBPRIV049885 - TRBPRIV049886 | David Eldersveld | RE: VRC Email | 9/20/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | | Email string requesting legal advice regarding communications with VRC relating to projection models. | 0 | 0 | Attorney - Client | | | | X | |
| 351 | TRBPRIV049889 | David Eldersveld | RE: VRC Email | 9/20/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | | Email string requesting legal advice regarding communications with VRC relating to projection models. | 0 | 0 | Attorney - Client | | | | X | |
| 445 | TRBPRIV054790 - TRBPRIV054791 | David Eldersveld | Re: Trib: Draft Solvency Certificates | 12/19/2007 | Varner, Carla A. <CVarner@Sidley.com> | Eldersveld, David <DEldersveld@Tribune.com> | Lewis, Robert J. <rlewis@Sidley.com>; Gross, Judy <judy.gross@sidley.com> | Email string providing legal advice regarding edits and comments to draft solvency certificates. | 0 | 0 | Attorney - Client | | | | X | |
| 446 | TRBPRIV054792 | David Eldersveld | Trib: Draft Solvency Certificates | 12/19/2007 | Varner, Carla A. <CVarner@Sidley.com> | Eldersveld, David <deldersveld@tribune.com> | Lewis, Robert J. <rlewis@Sidley.com>; Gross, Judy <judy.gross@sidley.com> | Email providing legal advice regarding attached draft solvency certificates and related markups. | 4 | 9 | Attorney - Client | | | | X | |

Case 08-13141-BLS   Doc 7748-2   Filed 02/03/11   Page 4 of 7

In re Tribune Company, et al., Case No. 08-13141 (KJC): Documents Sought by the Noteholder Plan Proponents' Motion for Entry of an Order Compelling Production of Documents and Communications that have been Withheld from Production by the Debtors

| Privilege Log No. | Bates Range | Custodian | Email Subject | Date | From | To | cc | Additional Description | Attachments | Attachment Page Count | Privilege Type | 1a - Projections or Forecasts | 1b - Financial Reports | 1c - LBO Structure | 1d - Anticipated Solvency | 1e - Proceeding with LBO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 453 | TRBPRIV056362 - TRBPRIV056363 | David Eldersveld | RE: Solvency Cert | 12/12/2007 | Varner, Carla A. <CVarner@Sidley.com> | Eldersveld, David <DEldersveld@Tribune.com>; Lewis, Robert J. <rlewis@Sidley.com> | | Email string providing legal advice regarding attached solvency agreement from senior secured credit agreement. | 2 | 4 | Attorney - Client | | X | | X | |
| 467 | TRBPRIV057461 - TRBPRIV057462 | David Eldersveld | RE: Closing Checklist draft | 11/15/2007 | SALewis@WLRK.com | Hianik, Mark W. <mhianik@tribune.com>; JShabot@wlrk.com | Eldersveld, David <deldersveld@tribune.com>; AJShapiro@WLRK.com | Email string providing legal advice regarding draft closing checklist, settlement of payments, and opinion of counsel re: reliance on VRC solvency opinion. | 0 | 0 | Attorney - Client | | | | X | |
| 473 | TRBPRIV057562 - TRBPRIV057563 | David Eldersveld | Excerpt from 12/18/07 Board Minutes | 12/18/2007 | Parungao, Barbara <bparungao@tribune.com> | 'sarosenblum@wlrk.com'; 'cmulaney@skadden.com'; Barden, Larry A. <lbarden@Sidley.com>; 'tcole@sidley.com'; Kenney, Crane H <CKenney@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; 'blewis@sidley.com'; 'dgraham@sidley.com'; Hianik, Mark W. <MHi ik@t ib | | Email forwarding legal advice received from counsel, Thomas Cole, regarding attached draft Board minutes summary relating to VRC solvency analysis. | 1 | 1 | Attorney – Client | | | | X | |
| 474 | TRBPRIV057605 | David Eldersveld | Re: Call today | 12/17/2007 | Michael Carlinsky <michaelcarlinsky@quinnemanuel.com> | Kenney, Crane H <CKenney@tribune.com>; srosenblum@wrlk.com; lbarden@Sidley.com | Eldersveld, David <DEldersveld@Tribune.com>; Rick Werder <RickWerder@QuinnEmanuel.com> | Email discussing legal advice received from counsel regarding solvency analysis and communication with banks. | 0 | 0 | Attorney – Client | | | | X | |
| 491 | TRBPRIV058750 | David Eldersveld | Status | 12/14/2007 | HStrutt@wlrk.com | Eldersveld, David <deldersveld@tribune.com> | SARosenblum@WLRK.com | Email providing legal advice regarding legal issues related to Leveraged ESOP Transaction status and VRC solvency opinion. | 0 | 0 | Attorney - Client | | | | X | |
| 492 | TRBPRIV058759 - TRBPRIV058761 | David Eldersveld | Re: Tribune / Summary of Discussion with MS | 11/2/2007 | HStrutt@wlrk.com | Eldersveld, David <deldersveld@tribune.com>; SARosenblum@WLRK.com; tcole@sidley.com; lbarden@sidley.com; rlewis@sidley.com | | Email string forwarding legal advice received from counsel, David Eldersveld, regarding communications with Morgan Stanley relating to second step financing. | 0 | 0 | Attorney - Client | | | | X | |
| 502 | TRBPRIV060063 - TRBPRIV060064 | David Eldersveld | RE: Closing Checklist draft | 11/15/2007 | Hianik, Mark W. | 'SALewis@WLRK.com'; JShabot@wlrk.com | Eldersveld, David <DEldersveld@Tribune.com>; AJShapiro@WLRK.com | Email string providing legal advice regarding draft closing checklist, settlement of payments, and opinion of counsel re: reliance on VRC solvency opinion. | 0 | 0 | Attorney - Client | | | | X | |
| 507 | TRBPRIV060551 | David Eldersveld | RE: Trib: Draft Solvency Certificates | 12/19/2007 | Eldersveld, David | 'Varner, Carla A.' <CVarner@Sidley.com> Lewis, Robert J. <rlewis@Sidley.com>; Gross, Judy <judy.gross@sidley.com> | | Email string discussing legal advice received from counsel regarding draft solvency certificates and redline of draft solvency certificates. | 0 | 0 | Attorney - Client | | | | X | |
| 517 | TRBPRIV060804 | David Eldersveld | Talking points | 11/21/2007 | Eldersveld, David | Kenney, Crane H CK @ ib <CKenney@tribune.com> | Bigelow, Chandler CBi1 @ ib <CBigelow@tribune.com> | Email providing legal advice regarding attached draft lki i f N b 21 2007 b d italking points for November 21, 2007 board meeting. | 1 | 1 | Attorney - Client | | | | X | |
| 518 | TRBPRIV060825 - TRBPRIV060826 | David Eldersveld | RE: Closing Checklist draft | 11/14/2007 | Eldersveld, David | Hianik, Mark W. <MHianik@tribune.com>; 'JShabot@wlrk.com'; 'SALewis@WLRK.com' | | Email string providing legal advice regarding closing checklist, draft merger agreement, VRC solvency opinion, and equity-based compensation. | 0 | 0 | Attorney – Client | | | | X | |
| 519 | TRBPRIV060838 - TRBPRIV060839 | David Eldersveld | FW: Indenture Notice | 11/9/2007 | Eldersveld, David | Weitman, Gary <GWeitman@tribune.com> | Hianik, Mark W. <MHianik@tribune.com> | Email string providing legal advice regarding indenture notice and legal analysis of disclosure requirements. | 0 | 0 | Attorney - Client | | | | X | |

In re Tribune Company, et al., Case No. 08-13141 (KJC): Documents Sought by the Noteholder Plan Proponents' Motion  for Entry of an Order Compelling Production of Documents and Communications that have been Withheld from Production by the Debtors

| Privilege Log No. | Bates Range | Custodian | Email Subject | Date | From | To | cc | Additional Description | Attachments | Attachment Page Count | Privilege Type | 1a - Projections or Forecasts | 1b - Financial Reports | 1c - LBO Structure | 1d - Anticipated Solvency | 1e - Proceeding with LBO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 520 | TRBPRIV060846 - TRBPRIV060847 | David Eldersveld | Indenture Notice | 11/9/2007 | Eldersveld, David | Kenney, Crane H <CKenney@tribune.com> | Bigelow, Chandler <CBigelow@tribune.com>; Hianik, Mark W. <MHianik@tribune.com> | Email providing legal advice regarding draft of indenture notice and legal analysis of disclosure requirements. | 0 | 0 | Attorney - Client | | | | X | |
| 532 | TRBPRIV061178 | David Eldersveld | | 10/15/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | | Email requesting legal advice regarding investor relations and solvency analysis. | 0 | 0 | Attorney - Client | | | | X | |
| 534 | TRBPRIV061183 - TRBPRIV061186 | David Eldersveld | RE: Response from Jenner to Comments | 9/28/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | | Email string requesting legal advice regarding legal implications of VRC solvency opinions. | 0 | 0 | Attorney - Client | | | | X | |
| 536 | TRBPRIV061235 | David Eldersveld | RE: Call today | 12/17/2007 | Barden, Larry A. <lbarden@Sidley.com> | Kenney, Crane H <CKenney@tribune.com>; srosenblum@wrlk.com; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com> | Eldersveld, David <DEldersveld@Tribune.com> | Email string discussing legal advice received from  counsel regarding solvency analysis and communication  with banks. | 0 | 0 | Attorney - Client | | | | X | |
| 537 | TRBPRIV061236 - TRBPRIV061237 | David Eldersveld | Fw: Tribune / Opinion Request | 12/16/2007 | Barden, Larry A. <lbarden@Sidley.com> | Eldersveld, David <deldersveld@tribune.com> | | Email string providing legal advice regarding legal issues  relating to Leveraged ESOP Transaction, solvency  analysis, and requests from banks. | 0 | 0 | Attorney - Client | | | | X | |
| 577 | TRBPRIV065974 | David Eldersveld | FW: Tribune | 10/2/2007 | Barden, Larry A. <lbarden@Sidley.com> | Eldersveld, David <deldersveld@tribune.com> | | Email providing legal advice regarding Murray Devine  and Tribune solvency analysis | 0 | 0 | Attorney – Client | | | | X | |
| 582 | TRBPRIV065985 | David Eldersveld | Re: Murray Devine | 10/3/2007 | Kenney, Crane H | Eldersveld, David <DEldersveld@Tribune.com>; Grenesko, Don <DGrenesko@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com> | | Email discussing legal advice received from counsel  regarding bank's engagement of Murray Devine. | 0 | 0 | Attorney - Client | | | | X | |
| 583 | TRBPRIV065986 | David Eldersveld | Murray Devine | 10/3/2007 | Eldersveld, David | Grenesko, Don <DGrenesko@tribune.com>; Kenney, Crane H <CKenney@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | Email providing legal advice regarding bank's  engagement of Murray Devine. | 0 | 0 | Attorney - Client | | | | X | |
| 596 | TRBPRIV066028 - TRBPRIV066029 | David Eldersveld | RE: VRC - Contingent Liability Schedule y | 10/3/2007 | Litman, Brian F | Kazan, Daniel G <DKazan@tribune.com>; Bigelow, Chandler g <CBigelow@tribune.com>; Hianik, Mark  W. <MHianik@tribune.com>; Eldersveld,  David <DEldersveld@Tribune.com>; Leach, Tom <tleach@Tribune.com> | | Email string requesting legal advice regarding contingent liabilities and guaranteed lease obligations. | 0 | 0 | Attorney - Client | | X | X | X | |
| 598 | TRBPRIV066032 - TRBPRIV066034 | David Eldersveld | RE: VRC - Contingent Liability Schedule | 10/4/2007 | Lewis, Robert J. <rlewis@Sidley.com> | Eldersveld, David <DEldersveld@Tribune.com>; Varner, Carla A. <CVarner@Sidley.com> | | Email providing legal advice regarding guarantee credit agreement and issues relating to amortization. | 0 | 0 | Attorney - Client | | X | X | X | |
| 604 | TRBPRIV066067 | David Eldersveld | RE: VRC Letter | 10/25/2007 | Hianik, Mark W. | Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld,  David <DEldersveld@Tribune.com>; Kazan, Daniel G <DKazan@tribune.com> | | Email string providing legal advice regarding draft VRC rep letters and contingent liability schedule. | 0 | 0 | Attorney - Client | | | | X | |
| 610 | TRBPRIV066092 | David Eldersveld | VRC Rep Letters | 12/3/2007 | Hianik, Mark W. | SARosenblum@WLRK.com; Barden, Larry  A. <lbarden@Sidley.com> | Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Kenney, Crane H <CKenney@tribune.com> | Email requesting legal advice regarding attached drafts of the VRC representation letters including comments  from counsel and potential disclosures of VRC presentations or solvency opinions | 2 | 12 | Attorney - Client | X | X | | X | |

In re Tribune Company, et al., Case No. 08-13141 (KJC): Documents Sought by the Noteholder Plan Proponents' Motion for Entry of an Order Compelling Production of Documents and Communications that have been Withheld from Production by the Debtors

| Privilege Log No. | Bates Range | Custodian | Email Subject | Date | From | To | cc | Additional Description | Attachments | Attachment Page Count | Privilege Type | 1a - Projections or Forecasts | 1b - Financial Reports | 1c - LBO Structure | 1d - Anticipated Solvency | 1e - Proceeding with LBO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 617 | TRBPRIV066120 | David Eldersveld | VRC Rep Letters | 12/10/2007 | Hianik, Mark W. | Barden, Larry A. <lbarden@Sidley.com>; 'SARosenblum@WLRK.com' | Bigelow, Chandler <CBigelow@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com> | Email requesting legal advice regarding attached draft VRC representation letters in connection with VRC solvency opinion. | 1 | 9 | Attorney - Client | X | X | | X | |
| 620 | TRBPRIV066153 - TRBPRIV066155 | David Eldersveld | RE: Delivery of VRC Solvency Opinion | 12/18/2007 | Hianik, Mark W. | 'SARosenblum@WLRK.com' | Kenney, Crane H <CKenney@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com> | Email string discussing legal advice received from counsel regarding revised draft VRC solvency opinion and representation letters. | 0 | 0 | Attorney - Client | | | | X | |
| 630 | TRBPRIV066221 | David Eldersveld | VRC Letter | 10/23/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Hianik, Mark W. <MHianik@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; Kazan, Daniel G <DKazan@tribune.com> Kazan, Daniel G <DKazan@tribune.com> | | Email requesting legal advice regarding second step letter and updated contingent liability schedule. | 0 | 0 | Attorney - Client | | | | X | |
| 634 | TRBPRIV066239 | David Eldersveld | | 9/14/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | | Email requesting legal advice regarding handouts prepared for upcoming meetings with VRC. | 0 | 0 | Attorney - Client | | | | X | |
| 635 | TRBPRIV066245 | David Eldersveld | | 9/13/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | | Email requesting legal advice regarding providing materials to VRC. | 0 | 0 | Attorney - Client | | | | X | |
| 636 | TRBPRIV066246 | David Eldersveld | Just tried your cell | 11/9/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Kenney, Crane H <CKenney@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com> | Email requesting legal advice regarding VRC solvency analysis and banker list. | 0 | 0 | Attorney - Client | | | | X | |
| 637 | TRBPRIV066250 - TRBPRIV066251 | David Eldersveld | RE: VRC Rep Letter | 12/11/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com>; 'SARosenblum@WLRK.com'; Hianik, Mark W. <MHianik@tribune.com>; 'lbarden@sidley.com' | | Email string requesting legal advice regarding draft federal income tax VRC representation letter. | 0 | 0 | Attorney - Client | | | | X | |
| 638 | TRBPRIV066252 TRBPRIV066252 | David Eldersveld David Eldersveld | RE VRC Rep Letter RE: VRC Rep Letter | 12/11/2007 12/11/2007 | Bigelow Chandler Bigelow, Chandler <CBigelow@tribune.com> | Hianik Mark W Hianik, Mark W. <MHianik@tribune.com>; Eldersveld, David <DEldersveld@Tribune.com>; 'lbarden@sidley.com'; 'SARosenblum@WLRK.com' | | Email string requesting legal advice draft federal income Email string requesting legal advice draft federal income tax VRC representation letter. | 0 | 0 | Attorney Client | | | | X | |
| 639 | TRBPRIV066253 | David Eldersveld | | 12/7/2007 | Bigelow, Chandler <CBigelow@tribune.com> | Eldersveld, David <DEldersveld@Tribune.com>; Kenney, Crane H <CKenney@tribune.com> | | Email requesting legal advice regarding VRC's responses to lender Q&A. | 0 | 0 | Attorney - Client | | | | X | |
| 640 | TRBPRIV066258 | David Eldersveld | Litigation | 12/16/2007 | Barden, Larry A. <lbarden@Sidley.com> | Eldersveld, David <deldersveld@tribune.com> | | Email providing legal advice regarding solvency analysis and PHONES holder claims. | 0 | 0 | Attorney - Client | | | | X | |
| 725 | TRBPRIV088984 | Monica Melgarejo | Meeting material | 12/14/2007 | Shanahan, Patrick <PShanahan@tribune.com> | Philip Tinkler (E-mail) <PTinkler@egii.com>; Blake Rubin (E- mail) <BDRubin@mwe.com>; Moukheiber, Michael <MMoukheiber@tribune.com>; Melgarejo, Monica <MMelgarejo@tribune.com>; 'Andrea M Whiteway' <AWhiteway@mwe.com>; Jon Finkelstein' <JFinkelstein@mwe.com> | | Email requesting legal advice regarding entity solvency valuation prepared in connection with Leveraged ESOP Transaction. | 3 | 8 | Attorney - Client | | | | X | |
| 767 | TRBPRIV092986 | Crane Kenney | Costa call | 10/17/2007 | Kenney, Crane H | FitzSimons, Dennis J. <DFitzSimons@tribune.com>; Leach, Tom <tleach@Tribune.com> | | Email providing legal advice regarding solvency analysis and disclosure of solvency opinions. | 0 | 0 | Attorney - Client | | | | X | |
| 769 | TRBPRIV093022 | Crane Kenney | Call with Raj and Kaplan | 10/25/2007 | Kenney, Crane H | Bigelow, Chandler <CBigelow@tribune.com>; Nils Larsen' <nlarsen@egii.com> | | Email providing legal advice regarding VRC solvency analysis and lender questions for VRC. | 0 | 0 | Attorney - Client | | | | X | |

In re Tribune Company, et al., Case No. 08-13141 (KJC): Documents Sought by the Noteholder Plan Proponents' Motion for Entry of an Order Compelling Production of Documents and Communications that have been Withheld from Production by the Debtors

| Privilege Log No. | Bates Range | Custodian | Email Subject | Date | From | To | cc | Additional Description | Attachments | Attachment Page Count | Privilege Type | 1a - Projections or Forecasts | 1b - Financial Reports | 1c - LBO Structure | 1d - Anticipated Solvency | 1e - Proceeding with LBO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 773 | TRBPRIV093059 | Crane Kenney | RE: | 11/5/2007 | Kenney, Crane H | Bigelow, Chandler <CBigelow@tribune.com> | | Email requesting legal advice regarding VRC solvency analysis and bank requests for VRC. | 0 | 0 | Attorney - Client | | | | X | |
| 777 | TRBPRIV093122 | Crane Kenney | Re: | 11/15/2007 | Kenney, Crane H | Bigelow, Chandler <CBigelow@tribune.com> | | Email string providing legal advice regarding VRC solvency analysis. | 0 | 0 | Attorney - Client | | | | X | |
| 779 | TRBPRIV093136 | Crane Kenney | | 12/18/2007 | Kenney, Crane H | Bigelow, Chandler <CBigelow@tribune.com> | | Email providing legal advice regarding VRC solvency opinion and dependence issues. | 0 | 0 | Attorney - Client | | | | X | |
| 781 | TRBPRIV093144 | Crane Kenney | FW: Excerpt from 12/18/07 Board Minutes | 12/18/2007 | Kenney, Crane H | FitzSimons, Dennis J. <DFitzSimons@tribune.com>; Grenesko, Don <DGrenesko@tribune.com> | | Email forwarding legal advice received from counsel, Thomas Cole, regarding attached draft excerpt of Board of Directors December 18, 2007 meeting minutes relating to VRC solvency analysis. | 1 | 1 | Attorney - Client | | | | X | |
| 820 | TRBPRIV094206 | Mark Hianik | Hard Copy Document | 11/7/2007 | | | | Handwritten notes of telephone conversation with counsel, Rick Alexander, requesting legal advice regarding valuation issues. | | | Attorney - Client | | | | X | |
| 821 | TRBPRIV094207 - TRBPRIV094214 | Mark Hianik | Hard Copy Document | 11/5/2007 | | | | Draft representation letter to Valuation Research Corporation from Tribune Company containing handwritten notes of counsel, Mark Hianik, reflecting legal opinion relating to the representation letter. | | | Attorney - Client | X | X | | X | |
| 891 | TRBPRIV096220 - TRBPRIV096221 | David Eldersveld | Hard Copy Document | 12/12/2007 | | | | Handwritten note regarding phone call with counsel, David Graham, requesting legal advice regarding financing and solvency status. | | | Attorney - Client | | | | X | X |