IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                              :   Chapter 11 Cases
                                                    :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :   (Jointly Administered)
                                                    :
          Debtors.                                  :   Hearing Date and Time:
                                                    :   January 24, 2011 at 11:00 AM (EST)
                                                    :
---------------------------------------------------X   Related to Docket No. 7352, 7481,
                                                        7486, 7488, 7622, 7734

### ORDER PARTIALLY GRANTING MOTION FOR ESTIMATION AND CLASSIFICATION OF THE PHONES CLAIMS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3013

This matter coming before the Court on the Motion (the "Motion") of Wilmington Trust Company for (I) estimation of the PHONES claims and (II) classification of the PHONES claims pursuant to Bankruptcy Rule 3013, the Court having considered the Motion and any responses thereto, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; it is hereby

**ORDERED** that the Motion is **GRANTED** as modified herein;

**ORDERED** that the pre-petition PHONES claim, including the PHONES tendered for exchange but not paid and excluding any amounts owed to Wilmington Trust Company for incurred expenses and fees in connection with its duty as indenture trustee (collectively, the "PHONES Claim"), is allowed solely for voting purposes in the amount of $1,196,823,429.80; and it is further

**ORDERED** that all other issues raised in the Motion and responses thereto, including, without limitation, the proper voting class for the PHONES Claim under the Bridge Plan,[1]

---

[1] Capitalized terms shall have the same meaning as ascribed to them in the Motion.

1

2

Debtor/Committee/Lender Plan and Noteholder Plan, shall be determined in connection with the joint hearing on the confirmation of those plans of reorganization scheduled to commence on March 7, 2011.

Dated: Wilmington, Delaware

_____Feb 3_____, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge