# EXHIBIT A

## Amended Claims

CH1 5614383v.1
46429/0001-7291963v1

Tribune Company, et al.

## Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ANNAPOLIS WEST LIMITED PARTNERSHIP RE ANNAPOLIS 60 WEST ST C/O THE LOUGHLIN MANAGEMENT GROUP 60 WEST ST., SUITE 204 ANNAPOLIS, MD 21401 | 06/23/2009 | 08-13141 | 5933 | $226,037.00 | SIXTY WEST LIMITED PARTNERSHIP C/O THE LOUGHLIN MANAGEMENT GORUP, INC. ATTN: DAVID P. LOUGHLIN 60 WEST STREET, SUITE 204 ANNAPOLIS, MD 21401 | 08/11/2010 | 08-13209 | 6636 | $86,255.00 |
| 2 | BOLTON, PERRY J. 200 S. BEACH RD. HOBE SOUND, FL 33455 | 05/07/2009 | 08-13209 | 2871 | $80,000.00 | BOLTON, PERRY J P.O. BOX 136 BROOKLANDVILL, MD 21022 | 04/06/2010 | 08-13209 | 6458 | $80,000.00 |
| 3 | CHANNON, MARK 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 05/11/2009 | 08-13211 | 2715 | $11,900.65 | CHANNON, MARK 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 07/14/2009 | 08-13211 | 6084 | $11,900.65 |
| 4 | CHANNON, MARK P 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 04/29/2009 | 08-13211 | 2057 | $3,855.85 | CHANNON, MARK P. 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 07/14/2009 | 08-13211 | 6086 | $3,855.85 |
| 5 | CHANNON, MARK P 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 05/04/2009 | 08-13211 | 2423 | $408.35 | CHANNON, MARK P. 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 07/14/2009 | 08-13211 | 6085 | $408.35 |

Tribune Company, et al.

## Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| # | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 03/17/2010 | 08-13225 | 6438 | $18,828.89 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 07/06/2010 | 08-13225 | 6554 | $0.0 |
| 7 | LOUISIANA DEPARTMENT OF REVENUE P.O. BOX 66658 BATON ROUGE, LA 70896 | 02/10/2009 | 08-13244 | 445 | $16,620.09 | STATE OF LOUISIANA DEPARTMENT OF REVENUE P.O. BOX 66658 BATON ROUGE, LA 70896 | 09/20/2010 | 08-13244 | 6653 | $5,091 |
| 8 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHLINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13141 | 241 | $26,219.18 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13141 | 6657 | $7,234 |
| 9 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHLINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13215 | 242 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13215 | 6658 | $7,234 |

Tribune Company, et al.

Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| | NAME | CLAIMS TO BE DISALLOWED DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | SURVIVING CLAIMS DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHLINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13252 | 243 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13252 | 6660 | $7,234.4 |
| 11 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHLINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13236 | 244 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13236 | 6655 | $7,234. |
| 12 | OHIO DEPARTMENT OF TAXATION CHARLES W. RHLINGER JR. 30 EAST BROAD STREET COLUMBUS, OH 43215 | 01/15/2009 | 08-13220 | 245 | $38,729.32 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 10/04/2010 | 08-13220 | 6659 | $7,234.4 |
| 13 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 03/06/2009 | 08-13212 | 764 | $1,716,151.00 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 07/08/2010 | 08-13212 | 6559 | $1,165,614. |

Tribune Company, et al.

Omnibus Objection Thirty-Seven: Exhibit A – Amended or Superseded Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 06/05/2009 | 08-13208 | 3610 | $2,020,087.67 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK, CLAIMS ATTORNEY POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 08/16/2010 | 08-13208 | 6640 | $161,743.9 |
| | | | | TOTAL | $4,275,025.96 | | | | | |