## EXHIBIT A

**Prepetition Satisfied Claims**

CH1 5614411v.1
46429/0001-7292103v1

Tribune Company, et al.

## Omnibus Objection 38: Exhibit A – Claims Satisfied Pre Petition

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | 08-13241 | Tribune Television Company | 06/11/2009 | 4695 | $3,900.00* | Paid via EFT number 7700824254 on 11/3/2008. |
| 2 | MILLER KAPLAN ARASE AND CO<br>4123 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602-2828 | 08-13180 | KIAH Inc. | 05/04/2009 | 2297 | $455.00 | Paid via reference number 7700842266 on 12/4/2008. |
| 3 | MILLER KAPLAN ARASE AND CO<br>4123 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602-2828 | 08-13245 | Tribune Television Northwest, Inc. | 05/04/2009 | 2296 | $360.00 | Paid via reference number 7700842278 on 12/4/2008. |
| 4 | PADRE JANITORIAL SUPPLIES<br>3380 MARKET STREET<br>SAN DIEGO, CA 92102 | | No Debtor Asserted | 02/26/2009 | 566 | $295.84 | Paid via PCard transaction number 0001860116 on 11/20/2008. |

\* - Indicates claim contains unliquidated and/or undetermined amounts