# Hennigan, Bennett & Dorman llp

**Lawyers**

865 South Figueroa Street

Suite 2900

**Los Angeles, California 90017**

Telephone (213) 694-1200

Facsimile (213) 694-1234

Direct Phone (213) 694-1030

johnstonj@hbdlawyers.com

February 4, 2011

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge
United States Bankruptcy Court for the
    District of Delaware
824 Market Street, Fifth Floor
Wilmington, Delaware  19801

      Re:    *In re Tribune Company*, *et al.,* **Case No. 08-13141 (KJC)**

Dear Chief Judge Carey:

      We represent Oaktree Capital Management, L.P. ("<u>Oaktree</u>") and Angelo, Gordon & Co. L.P. ("<u>Angelo Gordon</u>") in the above-noted cases.

      As you know, Oaktree and Angelo Gordon are co-proponents of the proposed Debtor/Committee/Lender Plan, a confirmation hearing on which is scheduled to commence on March 7, 2011.  This afternoon, we received from counsel for Law Debenture Corporation ("<u>Law Debenture</u>") – a co-proponent of the Noteholder Plan – a subpoena for the deposition of Bruce Bennett, who has served as the lead lawyer for Oaktree and Angelo Gordon in these cases.  Law Debenture refused to withdraw that subpoena following a telephonic conference, thus prompting this letter.

      The proponents of the Noteholder Plan have now noticed the depositions of at least five lawyers for proponents of the Debtor/Committee/Lender Plan, including lead counsel for the Debtors (James Conlan), lead counsel for the Committee (Howard Seife and Graeme Bush), lead counsel for JPMorgan (Donald Bernstein), and Mr. Bennett, plus at least one lawyer for a member of the Committee (Jay Teitelbaum).

      We agree with the Debtors, the Committee, and JPMorgan that these attorney depositions are inappropriate under the circumstances.  Specifically with respect to Mr. Bennett, we note that Law Debenture has noticed and is proceeding with depositions of two principals of each of Oaktree and Angelo Gordon, and has sought and received substantial document discovery from Oaktree, Angelo Gordon, and this firm.  Those four depositions and the written discovery provide Law Debenture ample opportunity to obtain information relevant to confirmation of the Debtor/Committee/Lender Plan, rendering the deposition of Mr. Bennett duplicative and inappropriate.

HENNIGAN, BENNETT & DORMAN LLP

Honorable Kevin J. Carey
February 4, 2011
Page 2

      Accordingly, we join in the letters sent by the Debtors, the Committee, and JPMorgan on this subject[1] and ask that the Court quash the subpoena directed to Mr. Bennett. Thank you.

                                              Sincerely

                                              James Johnston

cc:    Counsel entitled to notice under the Discovery and Scheduling Order

---

[1] *See* D.I. 7752, 7778, and 7783.