IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
                                               :
In re:                                    :   Chapter 11
                                               :
TRIBUNE COMPANY et al.,                   :   Case No. 08-13141 (KJC)
                                               :
                            Debtors.        :   (Jointly Administered)
                                               :
                                               :   Re:  Docket Nos. 7512 & 7555
------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION CONCERNING
AURELIUS CAPITAL MANAGEMENT, LP'S MOTION (D.I. 7512) TO COMPEL
JPMORGAN TO PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY
RULES 9014 AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37**

On January 14, 2011, Aurelius Capital Management, LP ("Aurelius") filed *Aurelius Capital Management, LP's Motion to Compel JPMorgan to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* [Docket No. 7512] (the "Motion") with the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On January 19, 2011, JPMorgan Chase & Co. ("JPMorgan"), filed *JPMorgan Chase & Co.'s Objection to Aurelius Capital Management's Motion to Compel the Production of Documents* [Docket No. 7555] (the "Objection").

Aurelius and JPMorgan have entered into discussions regarding the Motion and Objection and have negotiated a settlement that fully resolves the Motion. To that end, Aurelius and JPMorgan have executed the *Stipulation Concerning Aurelius Capital Management, LP's Motion (D.I. 7512) to Compel JPMorgan to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Stipulation"). A copy of the Stipulation is attached hereto as Exhibit A.

{00483973;v1}

13241344.3

Aurelius therefore respectfully requests the entry of an order approving the Stipulation, substantially in the form attached hereto as <u>Exhibit B</u>, at the earliest convenience of the Bankruptcy Court.

Dated: February ___, 2011
       Wilmington, Delaware

/s/ *signature*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

-and-

Meredith S. Senter, Jr.
Sally A. Buckman
LERMAN SENTER, PLLC
2000 K Street NW
Washington, DC 20006
Tel: (202) 429-8970

-and-

Edward A. Friedman
Robert J. Lack
William P. Weintraub
FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
1633 Broadway
New York, NY 10019
Tel: (212) 833-1100

*Attorneys for Aurelius Capital Management, LP*