**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11 |
| TRIBUNE COMPANY et al., | : Case No. 08-13141 (KJC) |
| Debtors. | : (Jointly Administered) |
|  | : Re:  Docket Nos. 7522 & 7561 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION CONCERNING
LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION (D.I. 7561)
TO COMPEL ANGELO GORDON & CO., L.P., OAKTREE CAPITAL
MANAGEMENT, L.P., AND HENNIGAN, BENNETT & DORMAN LLP TO
PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY
RULES 9014 AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37**

On January 14, 2011, Law Debenture Trust Company of New York ("Law Debenture") filed *Law Debenture Trust Company of New York's Motion to Compel Angelo Gordon & Co, L.P., Oaktree Capital Management, L.P., and Hennigan, Bennett & Dorman LLP to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* [Docket No. 7522] (the "Motion") with the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On January 19, 2011, Angelo Gordon & Co., L.P. ("Angelo Gordon") and Oaktree Capital Management, L.P. ("Oaktree"), filed *Angelo Gordon & Co., L.P. and Oaktree Capital Management, L.P.'s Response to Law Debenture Trust Company of New York's Motion to Compel the Production of Documents* [Docket No. 7561] (the "Objection").

Law Debenture, Angelo Gordon and Oaktree have entered into discussions regarding the Motion and Objection and have negotiated two settlements that fully resolve the Motion.  To that end, Law Debenture and Angelo Gordon have executed the *Stipulation Concerning Law Debenture's Motion (D.I. 7522) to Compel Angelo Gordon to Produce*

*Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Angelo Gordon Stipulation").  A copy of the Angelo Gordon Stipulation is attached hereto as Exhibit A.  Additionally, Law Debenture and Oaktree have executed the *Stipulation Concerning Law Debenture's Motion (D.I. 7522) to Compel Oaktree to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Oaktree Stipulation").  A copy of the Oaktree Stipulation is attached hereto as Exhibit B.

Law Debenture therefore respectfully requests the entry of an order approving the Angelo Gordon Stipulation and the Oaktree Stipulation, substantially in the forms attached hereto as Exhibits C and D, respectively, at the earliest convenience of the Bankruptcy Court.

Dated:  February 4, 2011
         Wilmington, Delaware

**BIFFERATO GENTILOTTI**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (No. 4167)
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*

2