# **Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------- x
: 
In re:                              : Chapter 11
                                    :
TRIBUNE COMPANY et al.,             : Case No. 08-13141 (KJC)
                                    :
           Debtors.                 : (Jointly Administered)
                                    :
                                    : Re: Docket Nos. 7522, 7561
---------------------------------- x

**ORDER APPROVING STIPULATION CONCERNING LAW DEBENTURE'S
MOTION (D.I. 7522) TO COMPEL ANGELO GORDON TO PRODUCE
DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014
AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37**

Upon review and consideration of the *Stipulation Concerning Law Debenture's Motion (D.I. 7522) to Compel Angelo Gordon to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Angelo Gordon Stipulation"), attached hereto as Exhibit 1, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Angelo Gordon Stipulation is hereby APPROVED.

2. The parties to the Angelo Gordon Stipulation are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Angelo Gordon Stipulation.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Angelo Gordon Stipulation or this Order.

Dated: February _____, 2011        _____
       Wilmington, Delaware         UNITED STATES BANKRUPTCY JUDGE

2

# **Exhibit 1**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Cases No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: Feb. 8 2011 at 10:00 a.m. (ET) |

**STIPULATION CONCERNING LAW DEBENTURE'S MOTION**
**(D.I. 7522) TO COMPEL ANGELO GORDON TO PRODUCE**
**DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014 AND**
**7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37**

WHEREAS Law Debenture Trust Company of New York ("Law Debenture") filed a motion (D.I. 7522) to compel Angelo, Gordon & Co., L.P. ("Angelo Gordon") to produce certain FCC-Related Documents (the "Motion");

WHEREAS Angelo Gordon has objected to the Motion;

WHEREAS the parties have negotiated a settlement that fully resolves the Motion on the terms and conditions set forth in this Stipulation and [Proposed] Order;

IT IS NOW HEREBY STIPULATED AND AGREED:

Subject to the following paragraphs of this Stipulation, Angelo Gordon will produce the following documents to Law Debenture relating to FCC matters ("FCC Discovery"):

1. With respect to Freedom Communications Holdings, Inc., Philadelphia Media Network, Inc., the publisher of The Philadelphia Inquirer, and TTBG LLC, the Certificate of Incorporation, Bylaws, Stockholders Agreement, Limited Liability

4

Company Agreement, Partnership Agreement, or similar documents, to the extent the same (x) are within Angelo Gordon's possession, and (y) show:

(a)    the governance structure of such entity and any governance or management authority or rights of Angelo Gordon, including director designation or nomination rights; or

(b)    the Equity Interest[1] or Debt Interest[2] held or managed by Angelo Gordon;[3] and

(c)    to the extent that such documents do not reflect the information called for in Paragraph 1(b), a statement indicating whether Angelo Gordon owns a 5% or greater Equity Interest or more than a 33% Debt Interest, and, with respect to any 5% or greater Equity Interest, whether such interest is between 5% and 25%, exceeds 25% but is not more than 50%, or exceeds 50%.

2.    With respect to the entities set forth on Exhibit A hereto,

(a)    a statement indicating whether Angelo Gordon owns a 5% or greater Equity Interest or more than a 33% Debt Interest, and, with respect to any

---

[1] "Equity Interest" means any current direct or indirect ownership interest, excluding any contingent or future interest such as an option or warrant.

[2] "Debt Interest" means any debt.

[3] For purposes of paragraphs 1-2, "Angelo Gordon" means Angelo Gordon or any affiliate of Angelo Gordon.

    5% or greater Equity Interest, whether such interest is between 5% and 25%, exceeds 25% but is not more than 50%, or exceeds 50%; and

 (b) for any such entity in which Angelo Gordon holds such an interest, the Certificate of Incorporation, Bylaws, Stockholders Agreement, Limited Liability Company Agreement, Partnership Agreement, or similar documents, to the extent the same (x) are within Angelo Gordon's possession, (y) are not restricted from disclosure (including by any applicable confidentiality provisions or agreements), and (z) show:

  (i) the governance structure of such entity and any governance or management authority or rights of Angelo Gordon, including director designation or nomination rights; or

  (ii) the Equity Interest or Debt Interest held or managed by Angelo Gordon.

3. Provision of the information set forth herein will resolve Law Debenture's Motion to Compel [D.I. 7512], which Law Debenture shall promptly withdraw with prejudice.  Any documents and information that Angelo Gordon may produce in connection with this resolution are subject to the protections of the Depository Order [D.I. 2858]; as provided by the Depository Order and Acknowledgement thereto, Law Debenture agrees to use the documents "solely in connection with the Cases."  (Acknowledgement, ¶ 3.)  Pursuant to the Depository Order and Acknowledgment, certain documents produced by Angelo Gordon may be designated "Financial Institution Highly Confidential," "Highly Confidential –

Attorneys' Eyes Only," or "Confidential."  Law Debenture reserves its rights pursuant to the Depository Order and Acknowledgement to challenge such designations, but will abide by the terms of the Depository Order and Acknowledgment applicable to such documents and, absent further order of the Court, will not use such documents in a bankruptcy or other court filing unless filed under seal.  (Acknowledgment, ¶ 7)  In addition, absent further order of the Court, Law Debenture agrees not to raise, utilize, provide or discuss any such documents (as identified in the preceding sentence), or facts learned therein, with the FCC, except to the extent such documents or facts are otherwise publicly available (other than by means of a violation of this Stipulation and Order).  Angelo Gordon reserves all of its rights as set forth in Angelo Gordon's Objections and Responses to Law Debenture's Second Request for the Production of Documents.

4. The statements provided pursuant to this Stipulation shall be based on Angelo Gordon's knowledge, information and belief, formed after a reasonable, good faith inquiry.  Angelo Gordon will use its reasonable best efforts to produce the foregoing documents on a rolling basis by February 11, 2011, and will in any event comply with its obligation under the Case Management Order to complete production within 15 days of this Order.

5. To the extent that Law Debenture wishes to submit a report on behalf of an FCC expert, such report shall be due on February 14, 2011 by 1 p.m. EST.  To the extent that Angelo Gordon or any other proponent of the

Debtor/Committee/Lender Plan wishes to submit a rebuttal report on behalf of an FCC expert, such report shall be due on February 25, 2011.

Dated: February 4, 2011
Wilmington, DE

BIFFERATO GENTILOTTI LLC

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (No.4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Sheron Korpus
Christine A. Montenegro
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Law Debenture Trust Company of New York*

Dated: February 4, 2011
Wilmington, DE

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ M. Blake Cleary*_____
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

- and –

AKIN GUMP STRAUSS HAUER AND
FELD LLP
Tom W. Davidson, Esq.
1333 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Angelo, Gordon & Co., L.P.*

**Exhibit A**

| |
|---|
| Affiliated Media Inc. |
| Sun-Times Media Holdings LLC |
| ASP Westward, L.P. |
| Seattle Times Company |
| Swift Newspapers Inc. |
| Halifax Media Acquisition Inc. |
| American Consolidated Media, L.P. |
| GateHouse Media Inc |
| Fisher Communications Inc. |
| Black Crow Media Group |
| Newsweb Corporation |
| Cherry Creek Radio LLC |
| Citadel Broadcasting |
| Grupo Radio Centro |
| Entravision Communications Corp |
| ION Media Networks Inc. |
| Inner City Broadcasting Corporation |
| Journal Register company |
| Lazer Broadcasting Corporation |
| Liberman Broadcasting Inc. |
| Max Media LLC |
| Morris Communications Company |
| Midwest Communications Incorporated |
| Millennium Radio Group LLC |
| Nassau Broadcasting |
| NextMedia Group Inc. |
| NRG Media LLC |
| Radio One Inc. |
| Saga Communications Inc |
| Salem Communications Corporation |
| Sinclair Broadcast Group Inc. |
| Spanish Broadcasting Systems |
| Townsquare Media LLC |
| Broadcasting Media Partners [Univision] |
| Vox Media |
| WRNN-TV |
| ZGS Communications |