# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Lauren O. Casazza
To Call Writer Directly:
212-446-4661
lauren.casazza@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(212) 446-4900

February 7, 2011

**VIA HAND DELIVERY & ECF FILING**

Honorable Kevin J. Carey
Chief Unites States Bankruptcy Judge
United States Bankruptcy Court for the
District of Delaware
824 Market Street, Fifth Floor
Wilmington, Delaware 19801

Re:   *In re Tribune Company, et al.*, Case No. 08-13141 (KJC)
      Response to February 2, 2011 Kasowitz Letter

Dear Chief Judge Carey:

On behalf of Warner Brothers Television Distribution Inc. ("WB") and Kirkland & Ellis LLP ("Kirkland"), I write in response to the February 2, 2011 letter sent to Your Honor by Sheron Korpus of Kasowitz, Benson, Torres & Friedman LLP regarding what he represents is discovery dispute concerning the document subpoenas served on WB and Kirkland by Law Debenture Trust Company of New York ("Law Debenture").

In Mr. Korpus' February 2 letter he asserts that WB and Kirkland "specifically stat[ed] during meet and confer conferences that they refuse to produce documents and communications, even if responsive, if they were not generated in connection with their role on the Committee." (Feb. 2 Ltr. at 2) This is untrue.

In fact, the issue of whether documents would be produced outside of my clients' "capacity as members of the Committee and as counsel to those members" was not discussed during the meet and confer call I had with Paul Burgo and Matt Stein of Kasowitz on January 19, 2011. Moreover, in the meet and confer proposed agenda sent to me on January 7, 2011 in advance of the call, Mr. Burgo did not reference this topic. Simply put, the objection was not discussed and therefore it is untrue that I "specifically stated" a "refus[al]" to produce such documents.

In any event, had counsel for Law Debenture raised this issue on the call -- which they did not -- or discussed this issue with me before sending the February 2 letter to this Court, I would have told them that neither WB nor Kirkland has withheld any non-privileged responsive

## KIRKLAND & ELLIS LLP

Honorable Kevin J. Carey
February 7, 2011
Page 2


documents on the basis of that "capacity" objection.  In light of this fact, I would respectfully urge the Court to find that the February 2 motion is moot as to WB and Kirkland.

If the Court wishes to hear more from WB and/or Kirkland on these matters, we are happy to address them at the February 8, 2011 conference, or in such other manner and time as the Court may direct.

    Respectfully submitted by,

    PINCKNEY, HARRIS & WEIDINGER, LLC

    */s/ Joanne P. Pinckney*
    Joanne P. Pinckney (De Bar No.  3344)
    1220 N. Market Street, Suite 950
    Wilmington, DE  19801
    Telephone:  302-504-1497
    Facsimile:  302-655-5213
    jpinckney@phw-law.com

    *Local Counsel for Kirkland & Ellis and Warner Bros. Inc.*


    On behalf of:

    */s/  Lauren O. Casazza*
    Lauren O. Casazza
    KIRKLAND & ELLIS
    300 North LaSalle Street
    Chicago, Illinois  60654
    Telephone:  212-446-4661
    Facsimile:  (212) 446-4900
    lauren.casazza@kirkland.com


Cc:    afaccone@mccarter.com
        agoldfarb@zuckerman.com
        agordon@paulweiss.com
        ahammond@whitecase.com
        alevy@paulweiss.com
        andrew.goldman@wilmerhale.com

## KIRKLAND & ELLIS LLP

Honorable Kevin J. Carey
February 7, 2011
Page 3

aqureshi@akingump.com
MAshley@chadbourne.com
bberens@jonesday.com
bcarney@akingump.com
bfritz@ny.whitecase.com
bkrakaue@sidley.com
cdoniak@akingump.com
charles.jackson@morganlewis.com
Charles.Platt@wilmerhale.com
ckenney@sidley.com
dadler@mccarter.com
dahall@JonesDay.com
amian.schaible@dpw.com
Dawn.wilson@wilmerhale.com
dbrown@paulweiss.com
dcantor@omm.com
ddavidson@morganlewis.com
dennis.glazer@dpw.com
dgolden@akingump.com
dhille@whitecase.com
djnewman@akingump.com
dmiles@sidley.com
donald.bernstein@davispolk.com
drosner@kasowitz.com
dshamah@omm.com
dthomas@sidley.com
dzensky@akingump.com
Elliot.moskowitz@davispolk.com
emccolm@paulweiss.com
Evan.Flaschen@bgllp.com
gbush@zuckerman.com
Gerson.Leonard@dol.gov
gnovod@brownrudnick.com
Goldberg.Elizabeth@dol.gov
Heri.Christine@dol.gov
hkaplan@arkin-law.com
hobartd@hbdlawyers.com
jconlan@sidley.com
jducayet@sidley.com
jbendern@sidley.com

## KIRKLAND & ELLIS LLP

Honorable Kevin J. Carey
February 7, 2011
Page 4

      jboccassini@mccarter.com
      jdrayton@kayescholer.com
      jellias@brownrudnick.com
      jgoldsmith@akingump.com
      johnstonj@hbdlawyers.com
      Jonathan.Agudelo@kayescholer.com
      JParver@kayescholer.com
      jpeltz@sidley.com
      jsottile@zuckerman.com
      JYEH@ARKIN-LAW.COM
      karen.luftglass@dpw.com
      KBromberg@brownrudnick.com
      klantry@sidley.com
      kmayer@mccarter.com
      kstickles@coleschotz.com
      DLeMay@chadbourne.com
      lmarvin@JonesDay.com
      lsilverstein@potteranderson.com
      TMcCormack@chadbourne.com
      MesterJ@hbdlawyers.com
      mhurley@akingump.com
      Michael.russano@davispolk.com
      MPrimoff@kayescholer.com
      msiegel@brownrudnick.com
      mstein@kasowitz.com
      nchung@akingump.com
      ANellos@chadbourne.com
      pwackerly@sidley.com
      PBurgo@Kasowitz.com
      rflagg@sidley.com
      rmcneill@potteranderson.com
      sbierman@sidley.com
      schannej@pepperlaw.com
      Schloss.Michael@dol.gov
      RSchwinger@chadbourne.com
      HSeife@chadbourne.com
      sgulati@akingump.com
      silverstein@potteranderson.com
      SKorpus@kasowitz.com
      strattond@pepperlaw.com

# KIRKLAND & ELLIS LLP

Honorable Kevin J. Carey
February 7, 2011
Page 5

        tbecker@morganlewis.com
        CMontenegro@kasowitz.com
        Edward Sassower/New York/Kirkland-Ellis@K&E