UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| IN RE: | |
|---|---|
| | Case No. 08-13141 (kjc) |
| TRIBUNE COMPANY, *et. al.*, | (Jointly Administered) |
| Debtors. | Chapter 11 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Henry J. Ricardo, Esquire, Dewey & LeBoeuf, LLP, 1301 Avenue of the Americas, New York, NY 10019, to represent Buena Vista Television in this action.

SEITZ, VAN OGTROP & GREEN, P.A.

Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-0600
Fax: (302) 888-0606
Attorneys for Buena Vista Television

Dated: February 7, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

_____
Henry J. Ricardo, Esquire
New York Bar No. 2610434
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of February, 2011, counsel's motion for admission *pro hac vice* is granted.

_____
United States Bankruptcy Judge