# EXHIBIT 1

## Tribune Twentieth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Allen Matkins Leck Gamble Mallory & Natsis LLP[3]<br>1901 Ave. of the Stars, Ste. 1800<br>Los Angeles, CA 90067-6019<br>Contact: Mike McFadden<br>Email: mmcfadden@allenmatkins.com | Real estate counsel | $40,000 |
| Arnold & Porter[4]<br>555 Twelfth Street, NW<br>Washington, D.C. 20004-1206<br>Contact: Jeffrey H. Smith | First Amendment and federal administrative law counsel | $48,000 |
| Bruno, Gerbino & Soriano, LLP[5]<br>445 Broad Hollow Rd., Ste. #220<br>Melville, NY 11747<br>Contact: Vince Gerbino | General litigation counsel for New York operations | $40,000 |
| Cadence Law Group LLP[6]<br>P.O. Box 351510<br>Los Angeles, CA 90035<br>Contact: Clara Martin | Internet and technology law transactional counsel | $48,000 |
| Emery Celli Brinckeroff & Abady LLP[7]<br>75 Rockefeller Plaza<br>New York, NY 10019<br>Contact: Andy Celli | Litigation counsel for legacy Newsday liabilities | $50,000 |
| FurseLaw[8]<br>1025 Ashland Avenue<br>Wilmette, IL 60091<br>Contact: Mark Furse<br>Email: markfurse@furselaw.com | Environmental Law | $40,000 |

---

[3] Allen Matkins Leck Gamble Mallory & Natsis LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

[4] Arnold & Porter was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $20,000.

[5] Bruno, Gerbino & Soriano, LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

[6] Cadence Law Group LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $15,000.

[7] Emery Celli Brinckeroff & Abady LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $30,000.

[8] FurseLaw was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $15,000.

| | | |
|---|---|---|
| Hall Estill Hardwick, Gable, Golden & Nelson, PC[9]<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865<br>Contact: Robert Nelon<br>Email: bnelon@hallestill.com | Local media litigation counsel for postpetition defamation suit | $40,000 |
| Hinckley, Allen & Snyder LLP[10]<br>185 Asylum Street<br>CityPlace I, 35th Floor<br>Hartford, CT 06103-3488<br>Contacts: Bill Fish, Paul Guggina<br>Email: wfish@haslaw.com | General litigation, First Amendment, and Media law counsel for Hartford Courant; corporate law local counsel (Connecticut) | $48,000 |
| Hunton & Williams LLP[11]<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL<br>(305) 810-2500<br>Contact: Juan Enjamio | Employment litigation counsel for Florida operations (including enforcement and defense of restrictive covenant matters) | $48,000 |
| Jackson Lewis LLP[12]<br>90 State House Square, 8th Floor<br>Hartford, CT 06103<br>Contact: Victoria Chavey<br>Email: chaveyv@jacksonlewis.com | Employment litigation counsel | $35,000 |
| Kaufman and Canoles, PC[13]<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Contact: Hunter W. Sims | Litigation counsel for the Daily Press (including First Amendment and general litigation) | $25,000 |
| Law Office of Don Craven[14]<br>Counselors at Law<br>1005 North Seventh Street<br>Springfield, IL 62702-3918 | First Amendment counsel | $15,000 |

---

[9] Hall Estill Hardwick, Gable, Golden & Nelson, PC was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $25,000.

[10] Hinckley, Allen & Snyder LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $25,000.

[11] Hunton & Williams was previously retained as an Ordinary Course Professional with a monthly cap of $35,000.

[12] Jackson Lewis LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $15,000.

[13] Kaufman and Canoles, PC was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

[14] Law Office of Don Craven was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $5,000.

-4-

| | | |
|---|---|---|
| Loeb & Loeb LLP[15]<br>321 N. Clark St., Suite 2300<br>Chicago, IL 60610<br>Contact: Scott Zolke<br>Email: szolke@loeb.com | Entertainment law and litigation counsel | $48,000 |
| Mandell Menkes LLC[16]<br>333 W. Wacker Drive, Suite 300<br>Chicago, IL 60606<br>Email: sbaron@mandellmenkes.com | Intellectual Property contracts counsel | $30,000 |
| McCusker, Anselmi, Rosen & Carvelli, P.C.[17]<br>210 Park Avenue, Suite 301<br>Box 240<br>Florham Park, NJ 07932<br>Contact: Bruce Rosen<br>Email: brosen@marc-law.com | Litigation Counsel for WPIX | $45,000 |
| Miller, Kaplan, Arase & Co., LLP[18]<br>4123 Lankershim Blvd.<br>North Hollywood, CA 91602<br>Contact: George Rivin<br>Email: grivin@millerkaplan.com | Accounting consultant | $20,000 |
| Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>Contact: Amy B. Ginensky<br>Email: ginenskya@pepperlaw.com | Litigation counsel for the Morning Call | $48,000 |
| Ram & Olson LLP[19]<br>(fka Levy, Ram & Olson Rossi LLP)<br>639 Front Street, Fourth Floor<br>San Francisco, CA 94111<br>Contact: Karl Olson | First Amendment and contract counsel | $48,000 |

---

[15] Loeb & Loeb LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $35,000.

[16] Mandell Menkes LLC was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

[17] McCusker, Anselmi, Rosen & Carvelli, P.C. was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

[18] Miller, Kaplan was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

[19] Ram & Olson LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

46428/0002-7358463v1

| | | |
|---|---|---|
| Sedgwick, Deter, Moran & Arnold, LLP[20]<br>2400 E. Commercial Blvd., Suite 1100<br>Fort Lauderdale, FL 33308<br>Contact: John Hargrove | Litigation counsel | $45,000 |
| Sheppard Mullin Richter & Hampton LLP[21]<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>Contact: Guylyn Cummins | First Amendment counsel | $48,000 |
| Young, Sommer, Ward, Ritzenberg, Baker & Moore, LLC[22]<br>5 Palisades Drive, Suite 300<br>Albany, NY 12205<br>Contact: Dean S. Sommer<br>Email: dsommer@youngsommer.com | Environmental counsel for Hartford, Baltimore, and New York operations | $45,000 |
| Zulkie Partners LLC[23]<br>222 S. Riverside Plaza, Suite 2300<br>Chicago, IL 60606<br>(312) 648-2244<br>Contact: Paul Zulkie | Principal counsel for Tribune Company and business units on immigration law matters and filings | $45,000 |

---

[20] Sedgwick, Deter, Moran & Arnold, LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $20,000.

[21] Sheppard Mullin Richter & Hampton LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $5,000.

[22] Young, Sommer, Ward, Ritzenberg, Baker & Moore, LLC was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $15,000.

[23] Zulkie Partners LLC was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $5,000.