**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: D.I. 6294, 7089, 7131, 7656** |
| | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF AMENDED JOINT PLAN OF
REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES
PROPOSED BY KING STREET ACQUISITION COMPANY L.L.C., KING
STREET CAPITAL, L.P. AND MARATHON ASSET MANAGEMENT, L.P.**

PLEASE TAKE NOTICE THAT, in accordance with that certain Bridge Loan
Settlement Term Sheet dated January 28, 2011 (D.I. 7656, the "Bridge Settlement Term
Sheet"), King Street Acquisition Company L.L.C., King Street Capital, L.P. and
Marathon Asset Management, L.P. (the "Bridge Plan Proponents"), by and through their
undersigned counsel, hereby withdraw (a) the Amended Plan of Reorganization for
Tribune Company and Its Subsidiaries Proposed by the Bridge Proponents dated
December 7, 2010 (D.I. 7089, the "Bridge Plan"), (b) the Amended Specific Disclosure
Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries
Proposed by the Bridge Proponents dated December 7, 2010 (D.I. 7131), and (c) the
Bridge Proponents' Responsive Statement dated November 9, 2010 (D.I. 6294).

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the Bridge

Settlement Term Sheet, the Bridge Plan Proponents will not seek confirmation of the

Bridge Plan.

Dated: February 7, 2011
       Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
    Jeffrey M. Schlerf, Esq. (No. 3047)
    Eric M. Sutty, Esq. (No. 4007)
    Citizens Bank Center
    919 North Market Street, Suite 1600
    Wilmington Delaware 19801
    Telephone: (302) 654-7444

            -and-

    WHITE & CASE LLP
    Thomas E Lauria
    David Hille
    Andrew Hammond
    Scott Greissman
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 819-8200
    Facsimile: (212) 819-8113

    Attorneys for the Bridge Plan
    Proponents