KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

(212) 506-1700

FACSIMILE: (212) 506-1800

SHERON KORPUS
(212) 506-1969

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

February 7, 2011

**BY ECF AND HAND DELIVERY**

Chief Judge Kevin J. Carey
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street
Wilmington, DE 19801

    *Re:*    In re Tribune Co., Case No. 08-13141 (KJC)

Dear Chief Judge Carey:

    We write on behalf of Law Debenture Trust Company of New York ("Law Debenture"), co-proponents of the Noteholder Plan in response to four separate letter briefs filed with the Court by counsel to the Debtor/Committee/Lender Plan proponents (the "DCL Group") [Docket Nos. 7752, 7778, 7783, 7799] seeking to quash deposition subpoenas served by the Noteholders on attorneys who were directly involved in the negotiation of the LBO settlement and Debtor/Committee/Lender Plan.[1]

    Law Debenture hereby joins in the letter sent to the Court by David M. Zensky on behalf of the Noteholder Plan proponents, dated February 7, 2011 (the "Noteholder Letter") with respect to the above-referenced four-separate letter briefs filed with the Court last week. As referenced in the Noteholder Letter, in conjunction with the proposal by the Noteholder Plan proponents to only seek the depositions of Howard Seife and Graeme Bush, Law Debenture is willing to postpone the depositions of Bruce Bennett, formerly of Hennigan Bennett & Dorman LLP (counsel to Oaktree Capital Management, L.P.) and Angelo, Gordon & Co., L.P.) and Jay Teitelbaum of Teitelbaum & Baskin, LLP (counsel to William Niese, an individual member of the Committee) based on their respective representations that other depositions and written discovery will provide Law Debenture with the ability to obtain information relevant to

---

[1] Counsel to the Debtors and counsel to the Official Committee of Unsecured Creditors (the "Committee") filed their letter briefs on Thursday, February 3. Counsel to JPMorgan and counsel to certain credit agreement lenders filed their letter briefs on Friday, February 4. Because the arguments raised by all four letters are similar, this response addresses them collectively.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

(212) 506-1700

FACSIMILE: (212) 506-1800

SHERON KORPUS
(212) 506-1969

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

confirmation of the Debtor/Committee/Lender Plan.  Law Debenture, however, reserves its right to move to compel the depositions of Messrs. Bennett and Teitelbaum at a later date depending on testimony elicited in future depositions and/or the content of document discovery provided by the various parties-in-interest in this bankruptcy.

Sincerely,

*Sheron Korpus* /MBS

Sheron Korpus