KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

(212) 506-1700

FACSIMILE: (212) 506-1800

SHERON KORPUS
(212) 506-1969

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

February 7, 2011

**BY ECF AND HAND DELIVERY**

Chief Judge Kevin J. Carey
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street
Wilmington, DE 19801

Re:    In re Tribune Co., Case No. 08-13141 (KJC)

Dear Chief Judge Carey:

We write on behalf of Law Debenture Trust Company of New York ("Law Debenture"), co-proponents of the Noteholder Plan in connection with that certain letter filed with the Court and dated Febraury 2, 2011 [Dkt. No. 7737], requesting that the Court resolve a dispute regarding seven subpoenas issued by Law Debenture and Aurelius Capital Management LP to certain members of the Official Committee of Unsecured Creditors and their respective counsel.

By this letter we are informing the Court that following a meet and confer session earlier this afternoon the parties have resolved all of the outstanding issues raised in the letter with the exception of the spoilation issue. With respect to that issue, Law Debenture and counsel for William Niese have agreed to preserve it pending the deposition of William Niese later this month and do not intend to address it at the hearing tomorrow.

Sincerely,

Sheron Korpus