IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FEB 7 REC'D

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gina S. Spiegelman to represent Warner Bros. Television in this matter.

Dated: Wilmington, Delaware
February 7, 2011

Respectfully submitted,

PINCKNEY, HARRIS & WEIDINGER, LLC

/s/ Joanne P. Pinckney
Joanne P. Pinckney (DE No. 3344)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: February 8, 2011

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY CHIEF JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: 2/7/2011        Signed: _____
                       Gina S. Spiegelman (#4541496)
                       KIRKLAND & ELLIS LLP
                       601 Lexington Avenue
                       New York, NY  10022
                       (212) 446-5931
                       (212) 446-4900
                       gina.spiegelman@kirkland.com