**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| TRIBUNE COMPANY et al., | : Case No. 08-13141 (KJC) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : Re: Docket Nos. 7512, 7555 & 7800 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER APPROVING STIPULATION CONCERNING AURELIUS CAPITAL
MANAGEMENT, LP'S MOTION (D.I. 7512) TO COMPEL JPMORGAN TO
PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014
AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37**

Upon review and consideration of the *Stipulation Concerning Aurelius Capital Management, LP's Motion (D.I. 7512) to Compel JPMorgan to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Stipulation"), attached hereto as Exhibit 1, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1.      The Stipulation is hereby APPROVED.

2.      The parties to the Stipulation are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order

Dated: February ___, 2011
     Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

{00483973;v1}

13241344.3