IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
: 
In re: : Chapter 11
: 
TRIBUNE COMPANY et al., : Case No. 08-13141 (KJC)
: 
Debtors. : (Jointly Administered)
: 
: Re: Docket Nos. 7522, 7561
------------------------------ x

**ORDER APPROVING STIPULATION CONCERNING LAW DEBENTURE'S
MOTION (D.I. 7522) TO COMPEL ANGELO GORDON TO PRODUCE
DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014
AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37**

Upon review and consideration of the *Stipulation Concerning Law Debenture's Motion (D.I. 7522) to Compel Angelo Gordon to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Angelo Gordon Stipulation"), attached hereto as Exhibit 1, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Angelo Gordon Stipulation is hereby APPROVED.

2. The parties to the Angelo Gordon Stipulation are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Angelo Gordon Stipulation.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Angelo Gordon Stipulation or this Order.

Dated: February ___, 2011
Wilmington, Delaware         _____
                             UNITED STATES BANKRUPTCY JUDGE

2