## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2011, I caused a copy of the foregoing to be served upon the following parties in the manner indicated:

**Via Hand Delivery and Electronic Mail**
Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
Drew G. Sloan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail:  collins@rlf.com
stearn@rlf.com
dsloan@rlf.com

**Via Electronic Mail**

Benjamin Kaminetzky, Esq.
Elliot Moskowitz, Esq.
Donald S. Bernstein, Esq.
Sharon Katz, Esq.
Karen E. Wagner, Esq.
Dennis E. Glazer, Esq.
Damian S. Schaible, Esq.
Michael J. Russano, Esq.
Davis Polk
450 Lexington Avenue
New York, NY  10017
E-mail:  donald.bernstein@davispolk.com
ben.kaminetzky@davispolk.com
elliot.moskowitz.davispolk.com
sharon.katz@davispolk.com
karen.wagner@davispolk.com
dennis.glazer@davispolk.com
damian.schaible@davispolk.com
michael.russano@davispolk.com

                                             /s/ Brian A. Sullivan
                                             Brian A. Sullivan (No. 2098)