1712 SW 12th Court
Fort Lauderdale, FL 33312
January 31, 2011

Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

To Whom it May Concern:

Re: "Response" for Carolina C. Ritchie
Case Number 08-13208, Claim #6223 for $1,200

This letter is to report that the claim against Tribune Company has NOT yet been satisfied. The claim is for $1,200 for work done for the Sun Sentinel Company in Fort Lauderdale. The letter received dated January 7, 2011 reports that a check for $1,200 with check number 0002404945 was sent to satisfy the claim. I have not received such a check nor did I cash nor deposit such a check. This should be looked at again.

I can be reached via email at ritc5254@bellsouth.net; cell at 954-593-4189; home at 954-523-7018.

Sincerely,

Carolina C. Ritchie