# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |

## NOTICE OF SERVICE

Please take notice that, on February 7, 2011, Wilmington Trust Company, by and through its counsel, served a *Subpoena* to Brian Whittman on the following counsel via electronic mail:

| |
|---|
| David M. Miles |
| Ronald Flagg |
| James F. Bendernagel, Jr. |
| **Sidley Austin LLP** |
| 1501 K Street, N.W. |
| Washington, D.C. 20005 |
| dmiles@sidley.com |
| rflagg@sidley.corn |
| jbendernagel@sidley.com |
| David S. Rosner |
| Sheron Korpus |
| Christine A. Montenegro |
| Matthew Stein |
| **Kasowitz, Benson, Torres** & **Friedman LLP** |
| 1633 Broadway |
| New York, NY 10019 |
| drosner@kasowitz.com |
| skorpus@kasowitz.corn |
| cmontenegro@kasowitz.com |
| mstein@kasowitz.com |

| |
|---|
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>**U.S. Department of Labor**<br>P.O. Box 1914<br>Washington, D.C. 20013<br>Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| C. Dana Hobart<br>Joshua Mester<br>James O. Johnston<br>**Hennigan, Bennett** & **Dorman LLP**<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br>hobartd@hbdlawyers.com<br>mesterj@hbdlawyers.com<br>johnstonj@hbdlawyers.com |
| A. Brent Truitt<br>**Hennigan, Bennett** & **Dorman LLP**<br>245 Park Avenue<br>39th Floor<br>New York, NY  10167<br>truittb@hbdlawyers.com |
| Alitia Faccone<br>Joseph T. Boccassini<br>**McCarter** & **English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>afaccone@mccarter.com<br>jboccassini@mccarter.corn |
| Andrew N. Goldfarb<br>Graeme W. Bush<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Ste 1000<br>Washington, DC 20036<br>agoldfarb@zuckerman.com<br>gbush@zuckerman.com<br>jsottile@zuckerman.com |

1796872

| |
|---|
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>**Paul, Weiss, Rifkind, Wharton** *&*<br>**Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com |
| Andrew W. Hammond<br>Brian E. Fritz<br>David Hille<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton** &<br>**Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>alevy@paulweiss.com |
| Andrew N. Goldman<br>Charles C. Platt<br>Dawn M. Wilson<br>**Wilmer Hale**<br>399 Park Avenue<br>New York, NY 10022<br>andrew.goldman@wilmerhale.com<br>charles.platt@wilrnerhale.com<br>dawn.wilson@wilmerhale.com |

| |
|---|
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>**Paul, Weiss, Rifkind, Wharton** *&*<br>**Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com |
| Andrew W. Hammond<br>Brian E. Fritz<br>David Hille<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton** &<br>**Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>alevy@paulweiss.com |
| Andrew N. Goldman<br>Charles C. Platt<br>Dawn M. Wilson<br>**Wilmer Hale**<br>399 Park Avenue<br>New York, NY 10022<br>andrew.goldman@wilmerhale.com<br>charles.platt@wilrnerhale.com<br>dawn.wilson@wilmerhale.com |

1796872

| |
|---|
| Alexandra K. Nellos<br>David M. LeMay<br>Howard Seife<br>Marc Ashley<br>Robert A. Schwinger<br>Thomas McCormack<br>**Chadbourne** & **Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>anellos@chadbourne.com<br>dlemay@chadbourne.com<br>hseife@chadbourne.com<br>mashley@chadbourne.com<br>rschwinger@chadbourne.com<br>tmccormack@chadboume.com |
| Abid Qureshi<br>Daniel Golden<br>Deborah Newman<br>David Zensky<br>Jason Goldsmith<br>Mitchell Hurley<br>Nancy Chung<br>Sunny Gulati<br>Christine Doniak<br>**Akin Gump Strauss Hauer** & **Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com<br>mhurley@akingump.com<br>nchung@aldngump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com |
| Brad Berens<br>David A. Hall<br>David G. Heiman<br>**Jones Day**<br>77 West Wacker<br>Chicago, Illinois 60601<br>bberens@jonesday.com<br>dahall@jonesday.com<br>dgheiman@jonesday.com |

1796872

| |
|---|
| Barney J. Skladany Jr.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>bcarney@akingump.com |
| Steven M. Bierman<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>SBierman@Sidley.com |
| Bryan Krakauer<br>Colleen M. Kenney<br>James F. Conlan<br>James W. Ducayet<br>Jen Peltz<br>Dale E. Thomas<br>Patrick Wackerly<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>bkrakaue@sidley.com<br>ckenney@sidley.com<br>jconlan@sidley.corn<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| David Adler<br>**McCarter English**<br>245 Park Avenue<br>27th Floor<br>New York, NY 10167<br>dadler@mccarter.com |
| Daniel L. Cantor<br>Daniel Shamah<br>Bradley J. Butwin<br>**O'Melveny** & **Myers** LLP<br>7 Times Square<br>New York, NY 10036<br>dcantor@omm.com<br>dshamah@omm.com<br>bbutwin@omm.com |

1796872

| |
|---|
| Evan D. Flaschen<br>**Bracewell** & **Giuliani LLP**<br>225 Asylum Street<br>Suite 2600<br>Hartford, CT 06103<br>evan.flaschen@bgllp.com |
| Howard J. Kaplan<br>Johnny Yeh<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue<br>35th Floor<br>New York, NY 10022<br>hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Joseph M. Drayton<br>Jonathan Agudelo<br>Jane Parver<br>Madlyn Primoff<br>**Kaye Scholer LLP**<br>425 Park Avenue<br>New York, NY 10022<br>jdrayton@kayescholer.com<br>jonathan.agudelo@kayescholer.com<br>jparver@kayescholer.com<br>mprimoff@kayescholer.com |
| Katharine L. Mayer<br>**McCarter English**<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com |
| J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman** &<br>**Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>kstickles@coleschotz.com |
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013<br>klantry@sidley.com |

1796872

| |
|---|
| Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York 10017<br>lmarvin@jonesday.corn |
| Laurie Silverstein<br>R. Stephen McNeill<br>**Potter Anderson** & **Corroon LLP**<br>**1313** North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>**Pepper Hamilton LLP**<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Rachel Mauceri<br>**Morgan, Lewis & Bockius**<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>rmauceri@morganlewis.com |
| Menachem Zelmanovitz<br>**Morgan, Lewis** & **Bockius**<br>101 Park Avenue<br>New York, NY 10178<br>mzelmanovitz@morganlewis.com |
| Charles Jackson<br>Deborah Davidson<br>Theodore Becker<br>Gregory P. Abrams<br>James E. Bayles<br>Matthew A. Russell<br>**Morgan, Lewis & Bockius**<br>77 West Wacker Dr.<br>Chicago, IL 60601<br>charles.jackson@morganlevvis.com<br>ddavidson@morganlevvis.com<br>tbecker@morganlewis.com<br>gabrams@morganlewis.com<br>jbayles@morganlewis.com<br>marussell@morganlewis.com |

Elliot Moskowitz
Michael Russano
Damian S. Schaible
Donald S. Bernstein
Dennis Glazer
Karen Luftglass
Benjamin S. Kaminetzky
Sasha Polonsky
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY  10017
elliot.moskowitz@davispolk.com
michael.russano@davispolk.com
damian.schaible@dpw.com
donald.bernstein@davispolk.com
dennis.glazer@dpw.com
karen.luftglass@dpw.com
ben.kaminetzky@davispolk.com
sasha.polonsky@davispolk.com

Dated:   Wilmington, Delaware
         February 8, 2011

> Respectfully submitted,
>
> **SULLIVAN HAZELTINE ALLINSON LLC**
>
> By:    */s/ William D. Sullivan*
>        William D. Sullivan, Esq. (Del. Bar No. 2820)
>        Elihu E. Allinson, Esq. (Del. Bar No. 3476)
>        4 East 8th Street, Suite 400
>        Wilmington, DE 19801
>        Telephone:  (302) 428-8191
>        Facsimile: (302) 428-4195
>        Email: bsullivan@sha-llc.com
>        Email: zallinson@sha-llc.com
>
> -and-
>
> **BROWN RUDNICK LLP**
> Robert J. Stark, Esq.
> Martin S. Siegel, Esq.
> Andrew S. Dash, Esq.
> Gordon Z. Novod, Esq.
> Seven Times Square
> New York, New York 10036

1796872

Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: adash@brownrudnick.com
Email: gnovod@brownrudnick.com

*Counsel to Wilmington Trust Company, as* Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES