# SIGN-IN-SHEET

CASE NAME: Tribune
CASE NO. 08-13141 -KJC

COURTROOM LOCATION: 5
DATE: 2/8/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Korpus | Kasowitz Benson | Law Debenture |
| Matt Stein | Kasowitz Benson | " " |
| Garvin McDaniel | Bifferato Gentilotti | " |
| Michelle Marino | Edwards Angell Palmer & Dodge | Barclays |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Mitch Hurley | Akin Gump | Aurelius |
| Laurie Silverstein | Potter Anderson Corroon | Merrill Lynch |
| Jason Jurgens | Kaye Scholer LLP | " |
| Colleen Kenney | Sidley Austin LLP | Debtors |

# SIGN-IN-SHEET

**CASE NAME:** Tribune
**CASE NO.** 08-13141 -KJC

**COURTROOM LOCATION:** 5
**DATE:** 2/8/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Bendernagel | Sidley Austin | Debtors |
| Thomas Horan | Womble Carlyle Sandridge & Rice | Great Banc |
| Mark Siegel | Brown Rudnick LLP | Wilmington Trust / Phone |
| Gordon Novod | " | " |
| William A. Hazeltine | " | " |
| Evan Sully | Fox Rothschild LLP | Bridge Agent |
| Scott Greissman | White & Case LLP | " |
| Norman Pernick | Saul Ewing | Debtors |
| Bill Bowe | Ashby & Geddes | Aurelius |
| Amanda Carpen | " Jr | Aurelius |
| David Zensky | Akin Gump | " |
| Abid Qureshi | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune
**CASE NO.** 08-13141 -KJC

**COURTROOM LOCATION:** 5
**DATE:** 2/8/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bob Stearn | RLF | JPMorgan Chase |
| Ben Kaminetzky | Davis Polk | " |
| Kevin Lantry | | |
| James Johnston | Dewey LeBoeuf | Credit Agreement lenders/ Oaktree/Angelo Gordon |
| Robert Brady | Young Conaway | " |
| Katharine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |
| David LeMay | Chadbourne Parke | Creditors Committee |
| Tom McCormack | " | " |
| Robert Schwinger | " | " |
| Dan Roth | Landis Rath & Cobb | " |
| Ken Kansa | Sidley Austin | Debtor |
| Kevin Lantry | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 02/08/2011
Calendar Time: 11:00 AM ET

Amended Calendar 02/08/2011 06:57 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4025910 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4027488 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4026458 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4024465 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4024337 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4022250 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4024178 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4023231 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4024272 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4025129 | James Ducayet | 312-853-7000 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4024395 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4027371 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4023235 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4022040 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Banc Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4027490 | Joshua M. Mester | 213-694-1103 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4024594 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4022947 | Matthew Oxman | (212) 259-8000 | Dewey & LeBoeuf LLP | Interested Party, Buena Vista Television ( / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4024361 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corp / LIVE |
| Tribune Company | 08-13141 | Hearing | 4022906 | Henry Ricardo | (212) 259-8000 | Dewey & LeBoeuf LLP | Interested Party, Buena Vista Television (/ LIVE |
| Tribune Company | 08-13141 | Hearing | 4023241 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3959915 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4023218 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4026211 | Meredith S Senter | 202-416-6740 | The Law Office of Lerman Senter | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4022255 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4023936 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4025898 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4025886 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3873121 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4023941 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4022940 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 02/08/2011
Calendar Time: 01:00 PM ET

Amended Calendar 02/08/2011 06:57 AM  #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3878837 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4023322 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4022135 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4023001 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4024481 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4022860 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3961766 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4024950 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4023149 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4022346 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4014387 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4024943 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4022842 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4024285 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4022332 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4009391 | Tae Kim | (212) 756-2586 ext. 00 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4023126 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

Peggy Drasal    CourtConfCal2009    Page 4 of 6

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4022984 | Bryan Krakauer | (312) 853-7515 Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4022851 | Andrew Levy | (202) 223-7328 Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4023138 | Don Liebentritt | (312) 222-3651 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4014396 | David Litvack | (212) 310-8361 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4022971 | Jillian Ludwig | 312-853-7523 Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4019495 | Abhishek Mathur | (212) 850-2822 Andrew & Kurth LLP- New York | Creditor, Trade Claim Holders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4023016 | David Miles | 202-736-8556 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4024609 | Claire P. Murphy | 312-641-3200 Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4025351 | Matthew Oxman | (212) 259-8000 Dewey & LeBoeuf LLP | Interested Party, Buena Vista Television ("BVT") / LIVE |
| Tribune Company | 08-13141 | Hearing | 4023358 | Alan M. Rabinowitz | (212) 326-3765 Jones Day | Creditor, Special Committee / LIVE |
| Tribune Company | 08-13141 | Hearing | 4025332 | Henry Ricardo | (212) 259-8000 Dewey & LeBoeuf LLP | Interested Party, Buena Vista Television ("BVT") / LIVE |
| Tribune Company | 08-13141 | Hearing | 4020764 | Andrea Saavedra | (212) 310-8544 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4023070 | Jay Teitelbaum | 914-437-7670 Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | 08-13141 | Hearing | 4023151 | Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4022297 | Kristina Wesch | (212) 872-1000 Akin Gump Strauss Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3951431 | Emerson Tucker | (312) 853-7523 Emerson Tucker- Inmate | Inmate, Emerson Tucker / LIVE |

FIRST MATTER YH AGENDA ITEM 12