Honorable Kevin J. Carey,
Chief U.S. Bankruptcy Judge
United States Bankruptcy Court
824 Market St., 5th Floor
Wilmington, Delaware 19801

Emerson Tucker #2008-0003014 (Div.1, G2)
Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608

Re: In re: Tribune Company, et al., chapter 11
    Case no. 08-13141 (KJC)

Date:

Your Honor:

    I am a pro se litigant who is appearing in connection with the above-reference matter. I write at this time to advise that Court, along with counsel Cole, Schotz, Meisel, Forman, and Leonard, P.A. that plaintiff-Claimant cannot participate in the February 8, 2011 Hearing due to a one day surgery and Upper G-I Endoscopy that he has schedule

-1-

on that same date at Stroger's Hospital of Cook County. That Doctor's appointment of the Claimant have been schedule and cancel and reschuduled several times since February 4, 2009, and now I am finally suppose to have that medical treatment. See my supporting documents, attach hereto this letter-motion.

Claimant therefore rely upon all his papers thus far filed with the Court and asks that it do not dismiss his claims, but to permit him to go forward with it and to have his day in Court and a trial on the merits. See, e.g. Haine v. Kerner, 404 U.S. 519, 520-21 (1972); United States v. Day, 969 F.2d 39 (3d Cir. 1992).

Certainly, if the Court believe that it is necessary for Claimant to appear at the hearing, he then moves for an postponement until after his surgery or about March 8, 2011.

Respectfully Submitted

*Emerson Fields*

-2-