## Certification of Filing And Service
## Fed. R. Civ. P. 5.

Re: In re: Tribune Company, et. al. Chapter 11, Case no. 08-13141 (KJC)

I, Emerson Tucker, hereby certify that on February 2, 2011, I caused the attached 8-page letter-motion of the claimant-respondent for to inform the Court that I am schedule for a one day surgery on the schedule Feb. 8, 2011 Hearing date, so I requests that the Court rule upon my case based upon the paper already submitted, or to either postpone the same for another date, and that I served upon the United States Bankruptcy Court and all counsel of record as the service list are below.

All via First-Class U.S. mail, postage prepaid

Honorable Kevin J. Carey,
Chief United States Bankruptcy Judge
824 Market Street, 5th Floor
Wilmington, Delaware 19801

Cole, Schotz, Meisel, Forman, and

-1-

Leonard, P.A.
Norman L. Pernick, Esquire
509 Delaware Avenue
Suite 1410
Wilmington, DE 19801


*Emerson Tucker*
Emerson Tucker - Petitioner
Pro Se

Cook County Jail
in Chicago, Illinois

-2-