exhibit #134

*[Page contains a rotated appointment slip form from John H. Stroger, Jr. Hospital of Cook County]*

**APPOINTMENT**

John H. Stroger, Jr. Hospital
of Cook County

Bring this slip with you **WHEN YOU RETURN** for your clinic appointment, and for your appointment with any of the services checked below.

Date 2/4/09 _____ Day of Week Wednesday _____ Doctor Dr. Galvin _____ Time 8am _____ (See Below)

Clinic R _____

Discharge date(s) for requested hospital record _____

Please keep your appointment. If you cannot, call 312-864-6610.

TODAY -- bring this slip to the area(s) checked below.

( ) Lab    ( ) X-ray    ( ) EEG    ( ) EKG    ( ) Social Service    ( ) Dietary

Location _____
Date _____
Initials _____

The doctor will give you forms for these services.
If patient fails this appointment, should follow-up be initiated? _____    Transportation Requested ☐

( ) 1 = Go to Registration Window, 1st Flr, one hour before appt. time (needs Med. Rec.)
( ) 2 = Go to Financial Registration station on the floor of clinic and then go directly to the clinic (has a medical Record on file)

Completed by: _____
Location:    ASC ___    AES ___    PEDS ___    ER ___
             CAS ___    DEPT ___    CLINIC ___    OTHER ___

154 Rev. 4/93    PATIENT COPY

CKPNU-TUCKER, EMERSON
DOB-05/08/1955 Age--53Y FC-Uncompensated 01/08/200
Acct0218920 2254 SKCC Med End MR#00458 5177c

0001032

John H. Stroger Hospital of Cook County

## EGD – UPPER GI ENDOSCOPY
(PRE-PROCEDURE INSTRUCTIONS)

After careful medical assessment, your doctor has recommended that you have an upper GI endoscopy. During this procedure, a flexible fiberoptic tube (endoscope) is passed through the mouth and throat into the upper digestive tract. This procedure allows the doctor to examine the lining of the esophagus (food tube), stomach and duodenum (first portion of the small intestine) and to identify any abnormalities.

All dentures and eyeglasses must be removed prior to the start of the procedure. You may prefer to remove contact lenses at this time.

You will be asked to sign a consent form authorizing the doctor to perform the procedure. Please let the doctor and GI nurse know if you are allergic to any medicines.

A needle for intravenous (IV) medicines may be placed in your arm vein prior to the procedure. Medication that will make you sleepy and relaxed will be injected directly through this needle. Your doctor may also spray your throat or ask you to gargle with a numbing medicine. As you lie on your left side, the doctor will place a small mouthpiece between your teeth. You will be able to breathe normally.

The doctor will then help you to swallow the flexible endoscope tube and he/she will examine the lining of the esophagus, stomach and duodenum. During the procedure, you will be able to breathe normally. Please refrain from talking. A biopsy specimen (tiny bit of tissue) may be taken for microscopic examination. You will not feel any sensation or discomfort when the biopsy is performed.

Some people do not recall any of the procedure because of the effect of the medicine. After the procedure, you will probably feel drowsy and may sleep for a short time. The doctor will then discuss the findings with you and the GI nurse will give you written instructions to follow when you go home.

1. Nothing by mouth after midnight.

2. You should take your daily medication like blood pressure medications with water.

3. If you are a diabetic, do not take your insulin until after your exam is complete; you may bring it with you to the hospital.

4. You will need an escort after the test to go home. If you have any questions, or your going to be late or need to cancel your appointment, please call (312) 864-3250.

0001031

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Tucker**  First Name: **Emerson**
ID #: **2008-0003014**  Div.: **1**  Living Unit: **G1**  Date: **12/28/2010**

**BRIEF SUMMARY OF THE COMPLAINT:** This grievance pertains to my Fantus clinic appointment. Thus, while I was at my Stroger's Hospital appointment on Dec. 28, 2010, my Dr. Attes's intern had filled out the slip and given it to Officer Porter for him to take me down to the Fantus clinic for me to be given an important blood test for my "HCV" and medical illness. At that moment, she mention to that officer that this is the second time that this test was ordered for me that they having taken me down there for it. However, once I arrive to Fantus clinic, then that Officer had given my paperwork to the Stroger's personnels whom notice that my Doctor did not prepare the right papers for that test. See attach page →

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
Dr. Cruze, Stroger Hospital, Dr. Atten and Officer Porter

**ACTION THAT YOU ARE REQUESTING:** Stop Officer Porter from denying me my Stroger Hospital intern's ordered blood work

**DETAINEE SIGNATURE:** Emerson Tucker

**C.R.W.'S SIGNATURE:** _____  **DATE C.R.W. RECEIVED:** 1/24/11

page 2 of continuation of grievance-date 12/28/2

Instead of officer Porter taken me back down to my Doctor to get that paperwork corrected, he said that they will reschedule it for me. By Sheriff Dart's correctional officer Porter denying me my Stroger's Doctor ordered blood work, he then have shown deliberate indifference to my serious medical needs and health.

Wherefore, the grievan requests that this matter be investigated, that correctional officer Porter be censured and suspended for 3 days for acts that amount to official misconduct.

*Emerson Tucker*
Emerson Tucker-Grievan
l.d. #2008-0003014