# EXHIBIT B

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Miller, Steven A. | Partner. Joined firm in 2006. Member of IL bar since 1979. | $660.00 | 11.60 | $7,656.00 |
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $535.00 | 24.10 | $12,893.50 |
| Walker-Bright, Paul R. | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $510.00 | 2.00 | $1,020.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $430.00 | 19.60 | $8,428.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | .50 | $195.00 |
| Levinson, Thomas M. | Associate. Joined firm in 2004. Member of IL bar since 2005. | $380.00 | 34.50 | $13,110.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $310.00 | .30 | $93.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 7.90 | $1,264.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 3.90 | $487.50 |
| Grand Total: | | | 104.40 | $45,147.00 |
| Blended Rate: | | | | $432.44 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $468.63 |

US_ACTIVE-105383554.1-JCFALGOW

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | .20 | $25.00 |
| Insurance Counseling – 00005 | 40.50 | $18,144.50 |
| Marsh - 00008 | 1.80 | $875.50 |
| Fee Applications – 00009 | 9.40 | $1,912.00 |
| HR Investigation – 00011 | 52.50 | $24,190.00 |
| **TOTAL:** | **104.40** | **$45,147.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2082298
Invoice Date: January 14, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through December 31, 2010

|     |                               | Current Fees | Current Costs | Total for Matter |
|-----|-------------------------------|-------------:|--------------:|-----------------:|
| RE: | Reliance/Times Mirror 503842.00004 | $25.00 | $0.00 | $25.00 |
| RE: | Insurance Counseling 503842.00005 | $18,144.50 | $247.59 | $18,392.09 |
| RE: | Marsh 503842.00008 | $875.50 | $0.00 | $875.50 |
| RE: | Fee Applications 503842.00009 | $1,912.00 | $246.85 | $2,158.85 |
| RE: | HR Investigation 503842.00011 | $24,190.00 | $266.02 | $24,456.02 |
|     | **Current Invoice Total:** | **$45,147.00** | **$760.46** | **$45,907.46** |

REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2082298)

January 14, 2011     Case 08-13141-BLS     Doc 7857-3     Filed 02/08/11     Page 5 of 15     Invoice: 2082298
RE:     Reliance/Times Mirror     Page 2
        (503842.00004)

**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/23/10 | SS | Reviewed and organized files. | 0.20 |

                                                   TOTAL FEES:          $25.00

                                                  Fees & Disbursements     $25.00

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SS | S. Somoza | 0.20 | 125.00 | 25.00 |
| | | 0.20 | | 25.00 |

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/02/10 | JDS | Analyzed and exchanged emails with client regarding upcoming meeting with claims representative of primary liability insurer. | 0.20 |
| 12/03/10 | JDS | Prepared for, met with primary liability insurer claims representative and client regarding insurance issues related to lawsuit filed in connection with bankruptcy proceeding (2.0); analyzed draft of additional proposed lawsuit to be filed in bankruptcy proceeding (.3). | 2.30 |
| 12/06/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 12/06/10 | JDS | Analyzed insurance coverage issues related to threatened lawsuits. | 0.30 |
| 12/07/10 | JDS | Analyzed and exchanged emails regarding draft communications to insurers concerning recently filed lawsuits. | 0.60 |
| 12/09/10 | JDS | Analyzed and exchanged emails with client regarding draft correspondence to insurers regarding recently filed lawsuits. | 0.50 |
| 12/10/10 | JDS | Telephone conference with client regarding follow up insurance coverage issues related to pending lawsuits filed in bankruptcy court. | 0.30 |
| 12/13/10 | LJR | Reviewed and analyzed draft insider preference complaints (.5); followed-up regarding basis for preference complaints against insiders (.4). | 0.90 |
| 12/13/10 | JDS | Communications with client and bankruptcy counsel regarding draft correspondence to individual defendants in recently filed lawsuits. | 0.40 |
| 12/14/10 | LJR | Followed-up regarding meeting with individual defendants (.2); reviewed and analyzed notice correspondence to insurers (.3); drafted letter to insurer regarding recently filed complaints (.8); followed-up regarding policy information for letter (.2); finalized draft letter and sent same (.3); reviewed response correspondence from insurer regarding pending litigation (.5); analyzed additional carrier correspondence (.2). | 2.50 |
| 12/14/10 | JDS | Telephone conferences with counsel for individual insured officers/directors regarding insurance issues related to recently filed suits (.8); analyzed and exchanged emails regarding upcoming meeting with individual defendants in recently filed suits (.2); telephone conference with client regarding same (.2); analyzed insurer correspondence regarding coverage position concerning third-party suit (.2); worked on letter to primary liability insurer regarding coverage position concerning lawsuits filed in BK proceeding (.4). | 1.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/15/10 | LJR | Drafted letter to insurance carrier regarding pending actions (.4); followed-up regarding policy information and distribution list for same (.4); followed-up with J. Shugrue regarding draft letter (.2); reviewed response from carrier regarding coverage for pending actions (.3). | 1.30 |
| 12/15/10 | SS | Reviewed and organized complaints filed in BK court in preparation for preparing notebook with index for attorney use. | 0.70 |
| 12/15/10 | JDS | Prepared for and participated in meeting at client headquarters concerning recently filed lawsuits against various former and current employees (1.8); analyzed email communication from liability insurer concerning response to notices/tenders of recently filed lawsuits (.2). | 2.00 |
| 12/16/10 | SS | Prepared index and organized 210 complaints filed in BK court into binders for attorney use. | 1.40 |
| 12/16/10 | JDS | Worked on renewal of commercial crime policy, including exchanging emails and telephone conferences with client (1.0); analyzed and exchanged emails with client regarding first party claim issues with insurer (.2); finalized correspondence to liability insurer regarding lawsuits filed in BK proceeding (.1). | 1.30 |
| 12/17/10 | LJR | Revised letter to liability insurer regarding pending litigation and emailed same to J. Shugrue (.4); reviewed correspondence related to D&O insurance coverage for pending actions (.2). | 0.60 |
| 12/17/10 | PRW | Prepared e-mails to client regarding response to insurer regarding deadline for Proof of Loss for first party claim (0.2); prepared draft of letter to insurer (0.4). | 0.60 |
| 12/17/10 | JDS | Analyzed proposed endorsements for first party coverage renewal and conferred with client regarding same (.5); worked on correspondence to insurer regarding proof of loss under first party policy (.6); analyzed and exchanged emails with client and bankruptcy counsel regarding communication with individual defendants in lawsuits filed in bankruptcy proceeding (.4); telephone conference with client regarding same (.2); analyzed and revised draft correspondence to liability insurer regarding claim notices (.2). | 1.90 |
| 12/20/10 | LJR | Attention to status of litigation and bankruptcy proceedings (.5); finalized draft letter to insurance carriers regarding pending litigation and emailed same to team (.5); checked status of bankruptcy proceedings and calendar (.3); followed up regarding meeting with insurance carriers to discuss pending litigation (.3). | 1.60 |
| 12/20/10 | JDS | Analyzed status of ongoing communications with insurers regarding pending BK suits, follow up and next steps in connection with same. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/21/10 | LJR | Followed up on meeting with insurance carriers regarding pending litigation and bankruptcy proceedings (.7); reviewed recent correspondence to insurance carriers regarding pending litigation and bankruptcy proceedings and related documents (1.1); researched insurance law in connection with coverage issues related to pending bankruptcy proceedings (1.6). | 3.40 |
| 12/21/10 | SS | Reviewed and revised binders with new complaints. | 0.20 |
| 12/21/10 | JDS | Worked on letter to individual defendants regarding suits recently filed in BK court (.9); worked on draft email to insurers regarding meeting concerning same (.3); followed up regarding providing recently-issued case management order in BK proceeding to insurers (.2). | 1.40 |
| 12/22/10 | LJR | Followed up regarding meeting with insurance carriers regarding pending litigation and bankruptcy proceedings (.3); researched insurance law in connection with coverage issues related to bankruptcy proceedings (4.4). | 4.70 |
| 12/22/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 12/22/10 | JDS | Worked on draft correspondence to individual defendants in lawsuits filed in bankruptcy court (1.3); worked on arranging meeting with insurers regarding same (.2). | 1.50 |
| 12/23/10 | JDS | Analyzed and revised draft correspondence to individual defendants in lawsuits filed in bankruptcy proceeding (.6); analyzed draft bankruptcy court pleading relating to same and provided comment to bankruptcy counsel and client regarding same (.3). | 0.90 |
| 12/27/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 12/27/10 | JDS | Analyzed and exchanged emails with client and bankruptcy counsel regarding draft correspondence to individual defendants in litigation recently filed in BK proceeding. | 0.30 |
| 12/28/10 | LJR | Reviewed correspondence regarding insurance coverage for pending litigation (.5); followed-up with respect to same (.3). | 0.80 |
| 12/29/10 | LJR | Researched and analyzed insurance coverage law in connection with coverage issues related to pending litigation filed in bankruptcy proceedings. | 3.40 |
| 12/29/10 | PRW | Reviewed draft of settlement agreement with insurer regarding first party property damage and prepared suggested revisions to same. | 0.60 |
| 12/30/10 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel, L. Raines regarding proposed meeting with insurers concerning pending litigation in BK court. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/31/10 | LJR | Followed-up regarding meeting with insurance carriers regarding pending litigation (.2); handled correspondence to team regarding same (.2). | 0.40 |

　　　　　　　　　　　　　　　　TOTAL FEES:　　　　　　　$18,144.50

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 12/31/2010 | Lexis | 213.15 |
| 12/31/2010 | Taxi Expense | 24.00 |
| 12/31/2010 | Telephone - Outside | 10.44 |
| | Total Disbursements | 247.59 |
| | Fees & Disbursements | $18,392.09 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 16.20 | 535.00 | 8,667.00 |
| PRW | P.R. Walker-Bright | 1.20 | 510.00 | 612.00 |
| LJR | L.J. Raines | 19.60 | 430.00 | 8,428.00 |
| SS | S. Somoza | 3.50 | 125.00 | 437.50 |
| | | 40.50 | | 18,144.50 |

**RE:　Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/29/10 | DR | Corresponded with P. Walker-Bright regarding reimbursement request letter to Marsh. | 0.30 |
| 12/29/10 | PRW | Prepared letter to Marsh submitting invoices for reimbursement (.3); telephone conference with J. Shugrue regarding same (.2). | 0.50 |
| 12/29/10 | JDS | Analyzed and exchanged emails, telephone conference with P. Walker-Bright regarding preparing reimbursement submission to Marsh pursuant to prior agreement. | 0.50 |
| 12/30/10 | PRW | Emails with client regarding preparing revised reimbursement submission to Marsh. | 0.30 |
| 12/30/10 | JDS | Analyzed emails with client, P. Walker-Bright regarding reimbursement submission to Marsh pursuant to prior agreement. | 0.20 |

　　　　　　　　　　　　　　　　　　TOTAL FEES:　　　　　　$875.50

　　　　　　　　　　　　　　　　　　Fees & Disbursements　　　　$875.50

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.70 | 535.00 | 374.50 |
| PRW | P.R. Walker-Bright | 0.80 | 510.00 | 408.00 |
| DR | D. Rosenfield | 0.30 | 310.00 | 93.00 |
|  |  | 1.80 |  | 875.50 |

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/10 | LL | Reviewed narrative edits to RS's 21st Monthly Fee Application (.4); revisions/additions to same (1.3); e-filing and service of same (.6). | 2.30 |
| 12/02/10 | LL | Drafted CNO to RS's 20th Monthly Fee Application (.6); conferred with C. Falgowski regarding same (.1). | 0.70 |
| 12/02/10 | JCF | Met with L. Lankford regarding CNO regarding 20th Monthly Fee Application. | 0.20 |
| 12/06/10 | LL | Conferred with C. Falgowski regarding CNO to RS's 20th Monthly Fee Application (.1); e-file and service of same (.4). | 0.50 |
| 12/06/10 | JCF | Reviewed 20th Monthly Fee Application and conferred with L. Lankford regarding same. | 0.20 |
| 12/21/10 | LL | Reviewed invoice for 22d Monthly Fee Application. | 0.20 |
| 12/22/10 | JDS | Worked on preparing 22d Monthly fee application. | 0.30 |
| 12/28/10 | LL | Revisions to RS's 22nd Monthly Fee Application (.6); e-mail correspondence with J. Shugrue regarding same (.1); drafted CNO to RS's 21st Monthly Fee Application (.4). | 1.10 |
| 12/30/10 | LL | Revisions to RS's 22nd Monthly Fee Application (.7); drafted RS's 8th Interim Fee Application (1.6); conferred with C. Falgowski regarding CNO to RS's 21st Monthly Fee Application (.1); revisions to same (.1); e-file and service of same (.6). | 3.10 |
| 12/30/10 | JCF | Met with L. Lankford regarding CNO regarding 21st Monthly Fee Application. | 0.10 |
| 12/30/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 12/30/10 | JDS | Worked on narrative entries for 22d Monthly fee application. | 0.50 |

TOTAL FEES: $1,912.00

**CURRENT DISBURSEMENTS**

| 12/31/2010 | Courier Service - Outside | 111.00 |
|---|---|---|
| 12/31/2010 | Outside Duplicating | 135.85 |
| | Total Disbursements | 246.85 |
| | Fees & Disbursements | $2,158.85 |

January 14, 2011
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 7857-3    Filed 02/08/11    Page 12 of 15

Invoice: 2082298
Page 9

**Fee Summary: Fee Applications**

| ID  | Names          | Hours | Rate   | Amount   |
|-----|----------------|-------|--------|----------|
| JDS | J.D. Shugrue   | 0.80  | 535.00 | 428.00   |
| JCF | J.C. Falgowski | 0.50  | 390.00 | 195.00   |
| SS  | S. Somoza      | 0.20  | 125.00 | 25.00    |
| LL  | L. Lankford    | 7.90  | 160.00 | 1,264.00 |
|     |                | 9.40  |        | 1,912.00 |

**RE:　　HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/08/10 | SAM | Conference with J. Shugrue regarding legal issues relating to HR investigation (.5); analyzed same (1.3). | 1.80 |
| 12/08/10 | TML | Corresponded with S. Miller regarding legal research issues. | 0.30 |
| 12/08/10 | JDS | Conferred with S. Miller regarding analysis of legal issues arising from inquiry (.5); analyzed and organized background documents and interview notes in connection with same (.4); telephone conference with client regarding same (.1). | 1.00 |
| 12/09/10 | TML | Conducted legal research regarding issues arising from HR inquiry. | 1.30 |
| 12/10/10 | TML | Conducted legal research regarding issues arising from HR inquiry. | 3.70 |
| 12/10/10 | JDS | Prepared follow up email to client regarding additional information related to HR inquiry. | 0.20 |
| 12/12/10 | TML | Conducted legal research regarding issues arising from HR inquiry. | 0.20 |
| 12/14/10 | TML | Conducted legal research regarding issues arising from HR inquiry. | 2.00 |
| 12/17/10 | SAM | Reviewed client documents. | 3.30 |
| 12/18/10 | SAM | Continued review of client documents. | 2.50 |
| 12/20/10 | TML | Conducted legal research regarding issues arising from HR inquiry. | 2.30 |
| 12/21/10 | TML | Conducted legal research regarding issues arising from HR inquiry. | 3.30 |
| 12/22/10 | TML | Conducted legal research regarding issues arising from HR inquiry. | 6.60 |
| 12/22/10 | JDS | Exchanged emails with client regarding follow up issues (.1); conferred with S. Miller regarding same (.2). | 0.30 |
| 12/23/10 | TML | Prepared memorandum regarding results of legal research. | 9.40 |
| 12/23/10 | JDS | Prepared email to client regarding follow up on fact question related to inquiry. | 0.20 |
| 12/24/10 | TML | Prepared memorandum regarding results of legal research (4.8); corresponded via email with J. Shugrue and S. Miller regarding same (.3). | 5.10 |
| 12/26/10 | JDS | Prepared write up of interview notes. | 0.50 |
| 12/27/10 | TML | Reviewed correspondence regarding HR inquiry. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/27/10 | JDS | Prepared write up of interview notes (1.2); exchanged emails with client regarding status (.1). | 1.30 |
| 12/28/10 | SAM | Continued review of client documents and analysis of issues related to investigation. | 4.00 |
| 12/28/10 | JDS | Prepared write up of interview notes. | 1.30 |
| 12/29/10 | JDS | Prepared write up on interview/meeting notes. | 0.70 |
| 12/30/10 | JDS | Analyzed and exchanged emails with client regarding status and next steps (.2); analyzed legal research memo from T. Levinson (.5); exchanged emails with S. Miller regarding same (.2). | 0.90 |

TOTAL FEES:                                   $24,190.00

**CURRENT DISBURSEMENTS**

| 12/31/2010 | Duplicating/Printing/Scanning | 58.30 |
|---|---|---|
| 12/31/2010 | Westlaw | 207.72 |
| | Total Disbursements | 266.02 |
| | Fees & Disbursements | $24,456.02 |

**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SAM | S.A. Miller | 11.60 | 660.00 | 7,656.00 |
| JDS | J.D. Shugrue | 6.40 | 535.00 | 3,424.00 |
| TML | T. Levinson | 34.50 | 380.00 | 13,110.00 |
| | | 52.50 | | 24,190.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2082298
Invoice Date: January 14, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through December 31, 2010

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $25.00 | $0.00 | $25.00 |
| RE: | Insurance Counseling 503842.00005 | $18,144.50 | $247.59 | $18,392.09 |
| RE: | Marsh 503842.00008 | $875.50 | $0.00 | $875.50 |
| RE: | Fee Applications 503842.00009 | $1,912.00 | $246.85 | $2,158.85 |
| RE: | HR Investigation 503842.00011 | $24,190.00 | $266.02 | $24,456.02 |
|  | **Current Invoice Total:** | **$45,147.00** | **$760.46** | **$45,907.46** |

**INVOICE IS PAYABLE UPON RECEIPT**