# EXHIBIT C

US_ACTIVE-60023312.1 1/20/11 10:42 AM

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $58.30 |
| Courier Service | | $111.00 |
| Telephone Expense – Outside | | $10.44 |
| Outside-Duplicating | IKON | $135.85 |
| Legal Research | LEXIS/Westlaw | $420.87 |
| Taxi Expense | | $24.00 |
| **TOTAL:** | | **$760.46** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| In-House Duplicating/Printing/Scanning | | | | | | $58.30 | $58.30 |
| Courier Service | | | | | $111.00 | | $111.00 |
| Telephone Expense – Outside | | | $10.44 | | | | $10.44 |
| Outside-Duplicating | IKON | | | | $135.85 | | $135.85 |
| Legal Research | LEXIS/Westlaw | | $213.15 | | | $207.72 | $420.87 |
| Taxi Expenses | | | $24.00 | | | | $24.00 |
| TOTAL: | | | $247.59 | | $246.85 | $26.02 | $760.46 |

US_ACTIVE-105383554.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/31/10 | LJR | Followed-up regarding meeting with insurance carriers regarding pending litigation (.2); handled correspondence to team regarding same (.2). | 0.40 |

TOTAL FEES:    $18,144.50

**CURRENT DISBURSEMENTS**

| 12/31/2010 | Lexis | 213.15 |
|---|---|---|
| 12/31/2010 | Taxi Expense | 24.00 |
| 12/31/2010 | Telephone - Outside | 10.44 |
|  | Total Disbursements | 247.59 |
|  | Fees & Disbursements | $18,392.09 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 16.20 | 535.00 | 8,667.00 |
| PRW | P.R. Walker-Bright | 1.20 | 510.00 | 612.00 |
| LJR | L.J. Raines | 19.60 | 430.00 | 8,428.00 |
| SS | S. Somoza | 3.50 | 125.00 | 437.50 |
|  |  | 40.50 |  | 18,144.50 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/10 | LL | Reviewed narrative edits to RS's 21st Monthly Fee Application (.4); revisions/additions to same (1.3); e-filing and service of same (.6). | 2.30 |
| 12/02/10 | LL | Drafted CNO to RS's 20th Monthly Fee Application (.6); conferred with C. Falgowski regarding same (.1). | 0.70 |
| 12/02/10 | JCF | Met with L. Lankford regarding CNO regarding 20th Monthly Fee Application. | 0.20 |
| 12/06/10 | LL | Conferred with C. Falgowski regarding CNO to RS's 20th Monthly Fee Application (.1); e-file and service of same (.4). | 0.50 |
| 12/06/10 | JCF | Reviewed 20th Monthly Fee Application and conferred with L. Lankford regarding same. | 0.20 |
| 12/21/10 | LL | Reviewed invoice for 22d Monthly Fee Application. | 0.20 |
| 12/22/10 | JDS | Worked on preparing 22d Monthly fee application. | 0.30 |
| 12/28/10 | LL | Revisions to RS's 22nd Monthly Fee Application (.6); e-mail correspondence with J. Shugrue regarding same (.1); drafted CNO to RS's 21st Monthly Fee Application (.4). | 1.10 |
| 12/30/10 | LL | Revisions to RS's 22nd Monthly Fee Application (.7); drafted RS's 8th Interim Fee Application (1.6); conferred with C. Falgowski regarding CNO to RS's 21st Monthly Fee Application (.1); revisions to same (.1); e-file and service of same (.6). | 3.10 |
| 12/30/10 | JCF | Met with L. Lankford regarding CNO regarding 21st Monthly Fee Application. | 0.10 |
| 12/30/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 12/30/10 | JDS | Worked on narrative entries for 22d Monthly fee application. | 0.50 |

TOTAL FEES:                                              $1,912.00

**CURRENT DISBURSEMENTS**

| 12/31/2010 | Courier Service - Outside | | 111.00 |
|---|---|---|---|
| 12/31/2010 | Outside Duplicating | | 135.85 |
| | | Total Disbursements | 246.85 |
| | | Fees & Disbursements | $2,158.85 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/27/10 | JDS | Prepared write up of interview notes (1.2); exchanged emails with client regarding status (.1). | 1.30 |
| 12/28/10 | SAM | Continued review of client documents and analysis of issues related to investigation. | 4.00 |
| 12/28/10 | JDS | Prepared write up of interview notes. | 1.30 |
| 12/29/10 | JDS | Prepared write up on interview/meeting notes. | 0.70 |
| 12/30/10 | JDS | Analyzed and exchanged emails with client regarding status and next steps (.2); analyzed legal research memo from T. Levinson (.5); exchanged emails with S. Miller regarding same (.2). | 0.90 |

TOTAL FEES:           $24,190.00

**CURRENT DISBURSEMENTS**

| 12/31/2010 | Duplicating/Printing/Scanning | | 58.30 |
|---|---|---|---|
| 12/31/2010 | Westlaw | | 207.72 |
| | | Total Disbursements | 266.02 |
| | | Fees & Disbursements | $24,456.02 |

**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SAM | S.A. Miller | 11.60 | 660.00 | 7,656.00 |
| JDS | J.D. Shugrue | 6.40 | 535.00 | 3,424.00 |
| TML | T. Levinson | 34.50 | 380.00 | 13,110.00 |
| | | 52.50 | | 24,190.00 |