# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 01/10/2011
Calendar Time: 02:00 PM ET

*Amended Calendar 01/10/2011 08:52 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958433 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956870 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958024 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957258 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958662 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958050 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957593 | William Bowden | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957219 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957189 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957233 | Blake N. Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | The Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958040 | James Conlan | 312-456-5761 | Sidley Austin | Debtor, The Tribune Company / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958462 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958032 | James Ducayet | 312-853-7000 | Sidley Austin | Debtor, Tribune Company / LIVE |

Peggy Drasal                     CourtConfCal2009                     Page 3 of 6


| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958570 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958461 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958444 | Thomas Horan | (302) 252-4339 | Womble Carlyle Sandridge & Rice | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957241 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958489 | Benjamin Kaminetzky | (212) 450-4569 | Davis Polk & Wardwell LLP | Creditor, JP Chase Morgan Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958043 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958014 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958016 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958418 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957466 | Lynn Marvin | (212) 326-3978 | Jones Day | Creditor, Special Committee of the Board of Directors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957224 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958429 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Client, Deutsche Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958471 | Garvan McDaniel | 302-429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958419 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956615 | Deborah Newman | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956920 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957448 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |

| Debtor | Case | Hearing | ID | Name | Firm | Phone | Party |
|---|---|---|---|---|---|---|---|
| The Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958004 | David Powlen | Barnes & Thornburg LLP | (302) 888-4536 | Creditor, Morgan Stanley / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956945 | Madlyn G. Primoff | Kaye Scholer LLP | 212-836-7042 | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957583 | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958562 | Daniel Rath | Landis Rath & Cobb, LLP | 302-467-4400 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957200 | Daniel S. Shamah | O'Melveny & Myers (New York Office) | (212) 326-2138 | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956914 | Martin Siegel | Brown Rudnick LLP | 212-209-4829 | Creditor, Wilmington Trust / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958593 | John Sieger | Katten Muchin Rosenman LLP | (312) 902-5294 | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956953 | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | (302) 984-6033 | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956882 | Michael L. Simes | Mayer Brown LLP | (212) 506-2607 | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957571 | Drew G Sloan | Richards, Layton & Finger, P.A. | (302) 651-7612 | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958565 | James Sottile | Zuckerman Spaeder LLP | (202) 778-1800 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957460 | J. Kate Stickles | Cole, Schotz, Meisel, Forman & | (302) 652-3131 | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3958488 | Eric M. Sutty | Fox Rothschild LLP | 302-622-4243 | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3956888 | Amit K. Trehan | Mayer Brown LLP | (212) 506-2500 | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957267 | Brent Truitt | Hennigan Bennett & Dorman LLP | 845-586-5102 | Creditor, Oaktree Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957539 | Andrew Vail | Jenner & Block LLP | (312) 840-8688 | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957606 | Amanda Winfree | Ashby & Geddes | 302-654-1888 ext. 00 | Creditor, Aurelius Capital Management / LIVE |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957569 | David Zensky | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3957150 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |