5

# EXHIBIT A

# [Proposed Order Granting Motion to Seal]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               )
In re:                                                         )   Chapter 11
                                                               )
TRIBUNE COMPANY, et al.,                                       )   Case No. 08-13141 (KJC)
                                                               )
            Debtors.                                           )   Jointly Administered
                                                               )
                                                                   **Related D.I. Nos. 7827, 7836 & ____**
---------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Letters to Chief Judge Carey from David Zensky Including Certain Exhibits Thereto [Docket Nos. 7827 & 7836]* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal portions of the *[Redacted] Letter to Chief Judge Carey from David Zensky* [Docket No. 7827] and the *[Redacted] Letter to Chief Judge Carey from David Zensky Regarding Docket Nos. 7752, 7778, 7783, and 7799* [Docket No. 7836], including certain exhibits thereto, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: February____, 2011

                                                                                                             _____
                                                                                                             THE HONORABLE KEVIN J. CAREY
                                                                                                             CHIEF UNITED STATES BANKRUPTCY JUDGE