IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>               Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) (Jointly Administered)<br>)<br>) Re: Docket No. 7783<br>) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                                     : SS.
NEW CASTLE COUNTY  :

       Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 4th day of February, 2011 she caused a copy of the following to be served via Email on the attached list as indicated:

*Letter to the Honorable Chief Judge Kevin J. Carey from Benjamin S. Kaminetzky Regarding Subpoena for Deposition of Donald Bernstein* **[Dkt. 7783]**

                                                      /s/ Robyn K. Sinclair
                                                      Robyn K. Sinclair, Paralegal
                                                      RICHARDS, LAYTON & FINGER, P.A.
                                                      One Rodney Square
                                                      920 North King Street
                                                      Wilmington, DE 19801
                                                      (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 8th day of February, 2011.

                                                            /s/ Lesley A. Morris
                                                     Notary Public
                                                                LESLEY A. MORRIS
                                                                Notary Public - State of Delaware
                                                                My Comm. Expires April 17, 2011

## Service List

| |
|---|
| David M. Miles<br>Donald Flagg<br>James F. Bendernagel, Jr.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>dmiles@sidley.com<br>dflagg@sidley.com<br>jbendern@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>**U.S. Department of Labor**<br>P.O. Box 1914<br>Washington, D.C. 20013<br>Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| C. Dana Hobart<br>James O. Johnston<br>Joshua Mester<br>**Hennigan, Bennett & Dorman LLP**<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br>hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com |
| Jared A. Ellias |

| |
|---|
| Gordon Z. Novod<br>Kate Bromberg<br>Martin Siegel<br>Andrew Dash<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036<br>jellias@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com<br>adash@brownrudnick.com |
| Alitia Faccone<br>Joseph T. Boccassini<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>afaccone@mccarter.com<br>jboccassini@mccarter.com |
| Andrew N. Goldfarb<br>Graeme W. Bush<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Ste 1000<br>Washington, DC 20036<br>agoldfarb@zuckerman.com<br>gbush@zuckerman.com<br>jsottile@zuckerman.com |
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com |
| Andrew W. Hammond<br>Brian E. Fritz<br>David Hille<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>ahammond@whitecase.com |


| |
|---|
| bfritz@whitecase.com <br> dhille@whitecase.com |
| Andrew J. Puglia Levy <br> **Paul, Weiss, Rifkind, Wharton & Garrison LLP** <br> 2001 K Street, NW <br> Washington, DC 20006 <br> alevy@paulweiss.com |
| Andrew N. Goldman <br> Charles C. Platt <br> Dawn M. Wilson <br> **Wilmer Hale** <br> 399 Park Avenue <br> New York, NY 10022 <br> andrew.goldman@wilmerhale.com <br> charles.platt@wilmerhale.com <br> dawn.wilson@wilmerhale.com |
| Alexandra K. Nellos <br> David M. LeMay <br> Howard Seife <br> Marc Ashley <br> Robert A. Schwinger <br> Thomas McCormack <br> **Chadbourne & Parke LLP** <br> 30 Rockefeller Plaza <br> New York, NY 10112 <br> anellos@chadbourne.com <br> dlemay@chadbourne.com <br> hseife@chadbourne.com <br> mashley@chadbourne.com <br> rschwinger@chadbourne.com <br> tmccormack@chadbourne.com |
| Abid Qureshi <br> Daniel Golden <br> Deborah Newman <br> David Zensky <br> Jason Goldsmith <br> Mitchell Hurley <br> Nancy Chung <br> Sunny Gulati <br> Christine Doniak <br> Brian Carney <br> **Akin Gump Strauss Hauer & Feld LLP** <br> One Bryant Park <br> New York, NY 10036 <br> aqureshi@akingump.com |

| |
|---|
| dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com<br>mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com<br>bcarney@akingump.com |
| Brad B. Erens<br>**Jones Day**<br>77 West Wacker<br>Chicago, Illinois 60601<br>bberens@jonesday.com |
| Steven M. Bierman<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>SBierman@Sidley.com |
| Bryan Krakauer<br>Colleen M. Kenney<br>James F. Conlan<br>James W. Ducayet<br>Jen Peltz<br>Dale E. Thomas<br>Patrick Wackerly<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>bkrakaue@sidley.com<br>ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| David Adler<br>**McCarter English**<br>245 Park Avenue<br>27th Floor<br>New York, NY 10167<br>dadler@mccarter.com |
| Daniel L. Cantor<br>Daniel Shamah<br>Bradley Butwin<br>**O'Melveny & Myers LLP** |

| |
|---|
| 7 Times Square<br>New York, NY 10036<br>dcantor@omm.com<br>dshamah@omm.com<br>bbutwin@omm.com |
| Evan D. Flaschen<br>**Bracewell & Giuliani LLP**<br>225 Asylum Street<br>Suite 2600<br>Hartford, CT 06103<br>evan.flaschen@bgllp.com |
| Howard J. Kaplan<br>Johnny Yeh<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue<br>35th Floor<br>New York, NY 10022<br>hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Joseph M. Drayton<br>Jonathan Agudelo<br>Jane Parver<br>Madlyn Primoff<br>**Kaye Scholer LLP**<br>425 Park Avenue<br>New York, NY 10022<br>jdrayton@kayescholer.com<br>jonathan.agudelo@kayescholer.com<br>jparver@kayescholer.com<br>mprimoff@kayescholer.com |
| Katharine L. Mayer<br>**McCarter English**<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com |
| J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>kstickles@coleschotz.com |
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013 |

klantry@sidley.com

---

Lynn DiPaola Marvin  
**Jones Day**  
222 East 41st Street  
New York, New York 10017  
lmarvin@jonesday.com

---

Laurie Silverstein  
R. Stephen McNeill  
**Potter Anderson & Corroon LLP**  
1313 North Market Street, 6th Floor  
Wilmington, Delaware 19801  
lsilverstein@potteranderson.com  
rmcneill@potteranderson.com

---

John Henry Schanne, II  
David Stratton  
**Pepper Hamilton LLP**  
1313 Market Street  
P.O. Box 1709  
Wilmington, Delaware 19899  
schannej@pepperlaw.com  
strattond@pepperlaw.com

---

Rachel Mauceri  
**Morgan, Lewis & Bockius**  
1701 Market St.  
Philadelphia, PA 19103-2921  
rmauceri@morganlewis.com

---

Menachem Zelmanovitz  
**Morgan, Lewis & Bockius**  
101 Park Avenue  
New York, NY 10178  
mzelmanovitz@morganlewis.com

| |
|---|
| Charles Jackson<br>Deborah Davidson<br>Theodore Becker<br>**Morgan, Lewis & Bockius**<br>77 West Wacker Dr.<br>Chicago, IL 60601<br>Charles.jackson@morganlewis.com<br>ddavidson@morganlewis.com<br>tbecker@morganlewis.com |
| Brent Truitt<br>**Hennigan, Bennett & Dorman LLP**<br>245 Park Avenue<br>39th Floor<br>New York, NY 10167<br>truittb@hbdlawyers.com |