## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Objection Date: March 1, 2011 at 4:00 p.m.**<br>**Hearing Date:** *Only if Objections are filed* |

### TWENTY-THIRD MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD OF NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Tribune National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Period for Which Compensation
and Reimbursement is Sought:          **November 1, 2010 through November 30,
                                      2010**

Amount of compensation sought as actual,    **$3,350,069.25**
reasonable and necessary:

Amount of Expense Reimbursement sought as    **$167,913.04**
actual, reasonable and necessary

This is a(n):    __X__ monthly          _____ interim          _____ final application

Requested Payment Amount:

Fees at 80%                          **$2,680,055.40**

Expenses at 100%                     **$167,913.04**

**FEE SUMMARY FOR THE PERIOD FROM**
**NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 13 years. Admitted 1997. | $710 | 6.50 | $4,615.00 |
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 3.60 | $2,880.00 |
| Gerald L. Angst | Partner/ Litigation/ 35 years. Admitted 1975. | $685 | 88.10 | $60,348.50 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 36.50 | $30,112.50 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 175.10 | $135,702.50 |
| Steven M. Bierman | Partner/ Litigation/ 33 years. Admitted 1977. | $925 | 57.90 | $53,557.50 |
| Donald E. Bingham | Partner/ Banking/ 12 years. Admitted 1998. | $635 | 0.80 | $508.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin F. Blatchford | Partner/ Corporate/ 24 years. Admitted 1986. | $735 | 1.00 | $735.00 |
| James N. Cahan | Partner/ Environmental Law/ 34 years. Admitted 1976. | $625 | 3.50 | $2,187.50 |
| Stephen C. Carlson | Partner/ Litigation/ 33 years. Admitted 1977. | $735 | 1.00 | $735.00 |
| Paul S. Caruso | Partner/ Bankruptcy/ 14 years. Admitted 1996. | $725 | 1.60 | $1,160.00 |
| Li Chen | Partner/ Intellectual Property/ 13 years. Admitted 1997. | $630 | 0.80 | $504.00 |
| Michael A. Clark | Partner/ Tax/ 31 years. Admitted 1979. | $725 | 6.40 | $4,640.00 |
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 204.60 | $194,370.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | 2.40 | $1,740.00 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 120.10 | $82,268.50 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 0.60 | $375.00 |
| Ronald S. Flagg | Partner/ Litigation/ 29 years. Admitted 1981. | $650 | 12.70 | $8,255.00 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 0.20 | $155.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 3.50 | $2,800.00 |
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 107.80 | $71,702.50 |
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 252.40 | $212,840.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 5.40 | $3,915.00 |
| Robert W. Hirth | Partner/ Litigation/ 31 years. Admitted 1979. | $875 | 1.80 | $1,575.00 |
| Pran Jha | Partner/ Corporate/ 19 years. Admitted 1991. | $700 | 1.30 | $910.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 1.00 | $685.00 |
| Ivy H. Jones | Partner/ Tax/ 13 years. Admitted 1997. | $725 | 1.60 | $1,160.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 192.30 | $130,060.00 |
| Richard B. Kapnick | Partner/ Litigation/ 28 years. Admitted 1982. | $735 | 47.80 | $35,133.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Colleen M. Kenney | Partner/ Litigation/ 19 years. Admitted 1991. | $660 | 184.00 | $121,440.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 92.50 | $85,562.50 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 19 years. Admitted 1991. | $850 | 264.80 | $215,475.00 |
| Scott R. Lassar | Partner/ Litigation/ 35 years. Admitted 1975. | $850 | 19.00 | $16,150.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 131.60 | $80,827.50 |
| Edward R. McNicholas | Partner/ Litigation/ 14 years. Admitted 1996. | $630 | 1.10 | $693.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 5.50 | $5,225.00 |
| Bridget R. O'Neill | Partner/ Tax/ 22 years. Admitted 1988. | $800 | 1.30 | $1,040.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Adrienne B. Pitts | Partner/ Litigation/ 15 years. Admitted 1995. | $630 | 66.30 | $41,769.00 |
| Courtney A. Rosen | Partner/ Litigation/ 12 years. Admitted 1998. | $630 | 11.10 | $6,993.00 |
| Jeffrey S. Rothstein | Partner/ Corporate/ 28 years. Admitted 1982. | $685 | 1.00 | $685.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 8.30 | $6,100.50 |
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 4.40 | $3,080.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 26 years. Admitted 1984. | $850 | 230.60 | $195,372.50 |
| Dale E. Thomas | Partner/ Litigation/ 35 years. Admitted 1975. | $660 | 145.40 | $95,964.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dennis M. Twomey | Partner/ Bankruptcy/ 10 years. Admitted 2000. | $675 | 70.60 | $47,655.00 |
| Alan M. Unger | Partner/ Litigation/ 31 years. Admitted 1979. | $850 | 51.90 | $44,115.00 |
| Melanie E. Walker | Partner/ Litigation/ 10 years. Admitted 2000. | $575 | 47.60 | $27,370.00 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 38 years. Admitted 1972. | $825 | 0.90 | $742.50 |
| Deborah L. Cotton | Counsel/ Insurance and Financial Services/ 29 years. Admitted 1981. | $625 | 1.00 | $625.00 |
| William A. Evanoff | Counsel/ Bankruptcy/ 10 years. Admitted 2000. | $650 | 0.50 | $325.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 176.70 | $119,272.50 |
| James D. Weiss | Counsel/ Employment/ 17 years. Admitted 1993. | $595 | 1.50 | $892.50 |
| Jason M. Adler | Associate/ Insurance/ 2 years. Admitted 2008. | $355 | 7.00 | $2,485.00 |
| David M. Baron | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 42.40 | $13,356.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 169.90 | $85,968.75 |
| Scott M. Berliant | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 39.90 | $12,568.50 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 266.20 | $169,845.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Linda H. Cho | Associate/ Litigation/ 5 years. Admitted 2005. | $600 | 32.70 | $19,620.00 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 95.90 | $40,757.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 218.50 | $88,357.50 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 0.80 | $252.00 |
| William T. Donnell | Associate/ Corporate/ <1 year. Admitted 2010. | $240 | 1.20 | $378.00 |
| Rachel M. Fleischer | Associate/ Employment and Labor Law/ 3 years. Admitted 2007. | $395 | 18.80 | $7,426.00 |
| Sean C. Griffin | Associate/ Litigation/ 5 years. Admitted 2005. | $475 | 31.10 | $14,772.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jamie E. Haney | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 16.80 | $6,636.00 |
| Karen A. Hayes | Associate/ Tax/ 4 years. Admitted 2006. | $430 | 8.00 | $3,440.00 |
| Thomas R. Heisler | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 18.40 | $6,532.00 |
| Eric G. Hoffman | Associate/ Litigation/ 6 years. Admitted 2004. | $650 | 5.20 | $3,380.00 |
| Erik J. Ives | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 12.40 | $5,332.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 3.70 | $1,961.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 56.10 | $21,037.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 45.60 | $19,380.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Claire M. Korenblit | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 17.10 | $7,353.00 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 0.30 | $106.50 |
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 6.90 | $2,242.50 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 19.40 | $8,342.00 |
| Joseph P. Larson | Associate/ Litigation/ <1 year. Admitted 2010. | $315 | 13.90 | $4,378.50 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 241.50 | $114,712.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 12.20 | $4,575.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zachary A. Madonia | Associate/ Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 3.00 | $945.00 |
| Rachel F. Margolis | Associate/ Employment/ 2 years. Admitted 2008. | $355 | 0.80 | $284.00 |
| Ashley K. Martin | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 13.40 | $4,757.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 9.70 | $4,122.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 220.60 | $119,784.00 |
| Ryan C. Morris | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 0.90 | $427.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 125.10 | $46,912.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jennifer E. Novoselsky | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 16.30 | $7,009.00 |
| Joseph M. Paral | Associate/ Tax/ 2 years. Admitted 2008. | $395 | 0.80 | $316.00 |
| Tom A. Paskowitz | Associate/ Litigation/ 4 years. Admitted 2006. | $560 | 1.40 | $784.00 |
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 31.10 | $16,016.50 |
| Alison V. Potter | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 36.50 | $15,695.00 |
| Corban S. Rhodes | Associate/ Litigation/ 2 years. Admitted 2008. | $475 | 7.70 | $3,657.50 |
| Christopher A. Ripple | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 5.40 | $1,917.00 |
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 20.10 | $6,532.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian D. Rubens | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 12.30 | $5,719.50 |
| Steve E. Sexton | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 40.80 | $18,972.00 |
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 22.40 | $8,848.00 |
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 21.20 | $8,374.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 0.30 | $127.50 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 252.50 | $105,527.50 |
| Kees Vandenberg | Associate/ Litigation 1 year. Admitted 2009. | $315 | 44.70 | $14,080.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 50.60 | $19,987.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan M. Walsh | Associate/ Litigation/ 4 years. Admitted 2006. | $395 | 8.50 | $3,357.50 |
| Jacqueline M. Wilson | Associate/ Product Liability Litigation/ 2 years. Admitted 2008. | $355 | 19.90 | $7,064.50 |
| Angela Eavy | Staff Attorney/ Litigation/ 5 years. Admitted 2004. | $340 | 19.40 | $6,596.00 |
| Matthew S. Jackson | Staff Attorney/ Litigation/ 5 years. Admitted 2004. | $340 | 7.30 | $2,482.00 |
| Melinda Gardner | Legal Assistant/ Corporate/ 11 years. | $245 | 6.50 | $1,592.50 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 73.90 | $16,997.00 |
| Denise M. Kerschhackl | Senior Legal Assistant/ Corporate/ 10 years. | $245 | 5.50 | $1,347.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 95.20 | $21,896.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 92.80 | $26,448.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 8 years. | $225 | 0.40 | $90.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 15 years. | $245 | 43.00 | $10,535.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 7.20 | $1,440.00 |
| Nebojsa Rebic | Senior Legal Assistant/ Litigation/ 14 years. | $225 | 5.30 | $1,192.50 |
| Arturo J. Rodriguez | Senior Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 1.80 | $342.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 26.30 | $4,997.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| JoAnne Romanovich | Project Assistant/ 27 years. | $110 | 5.00 | $550.00 |
| Margo D. Alleyne-English | Librarian/ 7 years. | $80 | 0.50 | $40.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 0.50 | $72.50 |
| Amy Weiner | Librarian/ 5 years. | $115 | 1.00 | $115.00 |
| Michael P. Bawden | Litigation Support/ 12 years. | $235 | 1.10 | $258.50 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 1.50 | $315.00 |
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 6.50 | $1,722.50 |
| Aaron Olen | Litigation Support/ 2 years. | $185 | 2.50 | $462.50 |
| Chris Stavropoulos | Litigation Support/ 1 year. | $185 | 4.50 | $832.50 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 1.00 | $265.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Robert Singh | Docket/ 20 years. | $105 | 0.60 | $63.00 |
| | | | | |
| **Grand Total** | | | **5,633.10** | **$3,350,069.25** |
| **Blended Rate** | | | | |

### COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
### NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| FCC Matters (20100) | 5.30 | $3,507.50[1] |
| Fee Applications (30390) | 252.30 | $72,669.50 |
| Executory Contracts and Leases (30410) | 2.30 | $725.00 |
| Use/Sale/Lease of Assets (30430) | 10.80 | $5,830.00 |
| Insurance Matter (30450) | 1.60 | $610.00 |
| Litigated Matters (30470) | 2,019.90 | $1,202,835.00 |
| Travel Time (30480) (with 50% discount) | 138.50 | $44,113.25 |
| Labor Matters (30490) | 11.10 | $8,105.50 |
| Plan and Disclosure Statement (30500) | 2,516.10 | $1,621,217.50 |
| Professional Retention (30510) | 11.90 | $6,372.50 |
| Tax Matters (30520) | 29.10 | $14,640.50 |
| Claims Processing (30530) | 61.50 | $31,112.00 |
| Business Operations (30550) | 79.70 | $48,983.50 |
| Case Administration (30560) | 158.80 | $60,820.00 |
| Creditor Communications (30570) | 0.30 | $187.50 |
| Employee Matters (30590) | 333.90 | $228,340.00 |
| **TOTAL** | **5,633.10** | **$3,350,069.25** |

---

[1] $3,507.50 of this amount represents professional fees for FCC-related services attributable to Newspaper Crossownership (5.30 hrs., $3,507.50 fees) which have been separately invoiced at the request of the Debtors.

**EXPENSE SUMMARY FOR THE PERIOD FROM
NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[2] | Various | $9,342.95 |
| Court Reporter | | $2,807.20 |
| Duplicating Charges[3] | | $25,122.21 |
| Document Delivery Services | | $735.50 |
| Document Services | | $232.10 |
| Filing Fees | | $9.00 |
| Ground Transportation | | $3,023.45 |
| Lexis Research Service[4] | Lexis | $54,105.04 |
| Meals Out-of-Town | | $977.23 |
| Meals | | $99.50 |
| Messenger Services | | $26.19 |
| Overtime | | $2,801.75 |
| Document Production | | $6,835.00 |
| Professional Services/Specialists | | $25,571.00 |
| Search Services | | $2,552.33 |
| Telephone Tolls | | $2,173.26 |
| Travel/Lodging | | $9,530.99 |
| Westlaw Research Service[4] | Westlaw | $21,968.34 |
| | | |
| **Total** | | **167,913.04** |

---

[2] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[3] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

[4] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.

LA1 1939984V.1