**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Re: Dkt. No.___** |

**ORDER FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**

HAVING CONSIDERED the Motion of Steven Gellman ("Gellman") to Allow Proof of Claim (the "Motion"), and it appearing that such relief is appropriate under the circumstances, it is hereby

**ORDERED** this _____ day of _____ , 2011, that:

1) The Motion is granted in its entirety;

2) The Proof of Claim filed by Steven Gellman be allowed as an administrative expense claim of the Estate in the above-captioned bankruptcy case, pursuant to 11 U.S.C. § 503.

_____
UNITED STATES BANKRUPTCY JUDGE

{00006040. }