**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Hearing Date:  March 1, 2011 at 10:00 a.m.** |
| | : | **Objection Deadline:  February 22, 2011 at 4:00 p.m.** |
| | : | |

**NOTICE OF MOTION OF STEVEN GELLMAN TO ALLOW PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that on February 9, 2011, undersigned counsel filed the *Motion of Steven Gellman to Allow Proof of Claim* (the "Motion")**.**

**PLEASE TAKE FURTHER NOTICE** that a Hearing with respect to the relief requested in the Motion will be held on **March 1, 2011 at 10:00 a.m.** before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a response to the Motion, if any, is required to be filed on or before **February 22, 2011 at 4:00 p.m. (EST)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 9, 2011
        Wilmington, Delaware

THE ROSNER LAW GROUP LLC

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
824 Market Street, Suite 810
Wilmington, DE 19801
302-777-1111
rosner@teamrosner.com

-and-

{00006041. }

2

Leslie Cohen, Esquire
**Leslie Cohen Law**
506 Santa Monica Boulevard, Suite 200
Santa Monica, CA 90401
310-394-5900
leslie@lesliecohenlaw.com

*Counsel to Steven Gellman*