# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 7820 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Ntc Supp OCP_DI 7820_AFF_2-7-11.doc

2. On February 7, 2011, I caused to be served the "Notice of Supplement to Exhibit "A" to Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business," dated February 7, 2011 [Docket No. 7820], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
8th day of February, 2011

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\TRIBUNE\Affidavits\Ntc Supp OCP_DI 7820_AFF_2-7-11.doc

**EXHIBIT A**

**TRB OCP 2-7-11**
David M. Klauder, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**TRB OCP 2-7-11**
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

**TRB OCP 2-7-11**
Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

**TRB OCP 2-7-11**
Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

**TRB OCP 2-7-11**
Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

**TRB OCP 2-7-11**
James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**TRB OCP 2-7-11**
Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

**TRB OCP 2-7-11**
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**TRB OCP 2-7-11**
Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**TRB OCP 2-7-11**
Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

**TRB OCP 2-7-11**  
Brian Trust, Esquire  
Amit K. Trehan, Esquire  
Mayer Brown LLP  
1675 Broadway  
New York, NY  10019-5820  

**TRB OCP 2-7-11**  
Donald S. Bernstein, Esquire  
James A. Florack, Esquire  
Damian S. Schaible, Esquire  
Davis Polk & Wardwell  
450 Lexington Avenue  
New York, NY  10017  

**TRB OCP 2-7-11**  
Allen Matkins Leck Gamble Mallory & Natsis LLP  
Attn:  Mike McFadden  
1901 Ave. of the Stars, Ste. 1800  
Los Angeles, CA  90067-6019  

**TRB OCP 2-7-11**  
Arnold & Porter  
Attn:  Jeffrey H. Smith  
555 Twelfth Street, NW  
Washington, D.C.  20004-1206  

**TRB OCP 2-7-11**  
Bruno, Gerbino & Soriano, LLP  
Attn: Vince Gerbino  
445 Broad Hollow Rd., Ste.  #220  
Melville, NY 11747  

**TRB OCP 2-7-11**  
Cadence Law Group LLP  
Attn:  Clara Martin  
P.O. Box 351510  
Los Angeles, CA  90035  

**TRB OCP 2-7-11**  
Emery Celli Brinckeroff & Abady LLP  
Attn: Andy Celli  
75 Rockefeller Plaza  
New York, NY 10019  

**TRB OCP 2-7-11**  
FurseLaw  
Attn: Mark Furse  
1025 Ashland Avenue  
Wilmette, IL 60091  

**TRB OCP 2-7-11**  
Hall Estill Hardwick, Gable, Golden & Nelson, PC  
Attn:  Robert Nelon  
100 North Broadway, Suite 2900  
Oklahoma City, OK 73102-8865  

**TRB OCP 2-7-11**  
Hinckley, Allen & Snyder LLP  
Attn: Bill Fish, Paul Guggina  
185 Asylum Street  
CityPlace I, 35th Floor  
Hartford, CT  06103-3488

**TRB OCP 2-7-11**
Hunton & Williams LLP
Attn: Juan Enjamio
1111 Brickell Avenue, Suite 2500
Miami, FL

**TRB OCP 2-7-11**
Jackson Lewis LLP
Attn: Victoria Chavey
90 State House Square, 8th Floor
Hartford, CT 06103

**TRB OCP 2-7-11**
Kaufman and Canoles, PC
Attn: Hunter W. Sims
150 West Main Street, Suite 2100
Norfolk, VA  23510

**TRB OCP 2-7-11**
Law Office of Don Craven
Counselors at Law
1005 North Seventh Street
Springfield, IL  62702-3918

**TRB OCP 2-7-11**
Loeb & Loeb LLP
Attn: Scott Zolke
321 N. Clark St., Suite 2300
Chicago, IL 60610

**TRB OCP 2-7-11**
Mandell Menkes LLC
Attn: S. Baron
333 W. Wacker Drive, Suite 300
Chicago, IL 60606

**TRB OCP 2-7-11**
McCusker, Anselmi, Rosen & Carvelli, P.C.
Attn: Bruce Rosen
210 Park Avenue,  Suite 301
Box 240
Florham Park, NJ 07932

**TRB OCP 2-7-11**
Miller, Kaplan, Arase & Co., LLP
Attn: George Rivin
4123 Lankershim Blvd.
North Hollywood, CA  91602

**TRB OCP 2-7-11**
Pepper Hamilton LLP
Attn: Amy B. Ginensky
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

**TRB OCP 2-7-11**
Ram & Olson LLP
(fka Levy, Ram & Olson Rossi LLP)
Attn: Karl Olson
639 Front Street, Fourth Floor
San Francisco, CA 94111

**TRB OCP 2-7-11**
Sedgwick, Deter, Moran & Arnold, LLP
Attn: John Hargrove
2400 E. Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308

**TRB OCP 2-7-11**
Sheppard Mullin Richter & Hampton LLP
Attn: Guylyn Cummins
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

**TRB OCP 2-7-11**
Young, Sommer, Ward, Ritzenberg, Baker & Moore, LLC
Attn: Dean S. Sommer
5 Palisades Drive, Suite 300
Albany, NY 12205

**TRB OCP 2-7-11**
Zulkie Partners LLC
Attn:  Paul Zulkie
222 S. Riverside Plaza, Suite 2300
Chicago, IL 60606