IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------- x
:
In re: : Chapter 11
:
TRIBUNE COMPANY et al., : Case No. 08-13141 (KJC)
:
Debtors. : (Jointly Administered)
:
: Re: Docket Nos. 7522, 7561
--------------------------------- x

## ORDER APPROVING STIPULATION CONCERNING LAW DEBENTURE'S MOTION (D.I. 7522) TO COMPEL OAKTREE TO PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014 AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37

Upon review and consideration of the *Stipulation Concerning Law Debenture's Motion (D.I. 7522) to Compel Oaktree to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37* (the "Oaktree Stipulation"), attached hereto as Exhibit 1, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Oaktree Stipulation is hereby APPROVED.

1. The parties to the Oaktree Stipulation are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Oaktree Stipulation.

2. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Oaktree Stipulation or this Order

Dated: February 10, 2011
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE