# Exhibit 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

Debtors.

Chapter 11

Cases No. 08-13141 (KJC)

Jointly Administered

---

### STIPULATION CONCERNING LAW DEBENTURE'S MOTION (D.I. 7522) TO COMPEL OAKTREE TO PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULES 9014 AND 7037 AND FEDERAL RULE OF CIVIL PROCEDURE 37

WHEREAS Law Debenture Company of New York ("Law Debenture") filed a motion (D.I. 7522) to compel Oaktree Capital Management, L.P. ("Oaktree") to produce certain FCC-Related Documents (the "Motion");

WHEREAS Oaktree has objected to the Motion;

WHEREAS the parties have negotiated a settlement that fully resolves the Motion on the terms and conditions set forth in this Stipulation and [Proposed] Order;

IT IS NOW HEREBY STIPULATED AND AGREED:

Subject to the following paragraphs of this Stipulation, Oaktree will produce the following documents to Law Debenture relating to FCC matters ("FCC Discovery"):

1.      With respect to the entities set forth on Exhibit A hereto,

(a)      a statement indicating whether Oaktree[1] owns a 5% or greater Equity Interest[2] or more than a 33% Debt Interest,[3] and, with respect to any 5% or

---

[1] For the purposes of paragraph 1, "Oaktree" means Oaktree or any affiliate of Oaktree.

4

greater Equity Interest, whether such interest is between 5% and 25%,
exceeds 25% but is not more than 50%, or exceeds 50%; and

(b)     for any such entity in which Oaktree holds such an interest, the Certificate
of Incorporation, Bylaws, Stockholders Agreement, Limited Liability
Company Agreement, Partnership Agreement, or similar documents, to
the extent the same (x) are within Oaktree's possession, (y) are not
restricted from disclosure (including by any applicable confidentiality
provisions or agreements), and (z) show:

(i)     the governance structure of such entity and any governance or
management authority or rights of Oaktree, including director
designation or nomination rights; or

(ii)    the Equity Interest or Debt Interest held or managed by Oaktree.

2.     Documents relating to steps taken by Oaktree to render its interest in Liberman
Broadcasting Inc. non-attributable under the FCC's rules, or confirmation that no
such documents exist.

3.     Provision of the information set forth herein will resolve Law Debenture's Motion
to Compel [D.I. 7512], which Law Debenture shall promptly withdraw with
prejudice. Any documents and information that Oaktree may produce in

---

[2] "Equity Interest" means any current direct or indirect ownership interest, excluding any contingent or future interest such as an option or warrant.

[3] "Debt Interest" means any debt.

connection with this resolution are subject to the protections of the Depository

Order [D.I. 2858]; as provided by the Depository Order and Acknowledgement

thereto, Law Debenture agrees to use the documents "solely in connection with

the Cases." (Acknowledgement, ¶ 3.)  Pursuant to the Depository Order and

Acknowledgement, certain documents produced by Oaktree will be designated

"Financial Institution Highly Confidential," "Highly Confidential – Attorneys'

Eyes Only," or "Confidential."  Law Debenture reserves its rights pursuant to the

Depository Order and Acknowledgement to challenge such designations, but will

abide by the terms of the Depository Order and Acknowledgment applicable to

such documents and, absent further order of the Court, will not use such

documents in a bankruptcy or other court filing unless filed under seal.

(Acknowledgment, ¶ 7)  In addition, absent further order of the Court, Law

Debenture agrees not to raise, utilize, provide or discuss any such documents (as

identified in the preceding sentence), or facts learned therein, with the FCC,

except to the extent such documents or facts are otherwise publicly available

(other than by means of a violation of this Stipulation and Order).  Oaktree

reserves all of its rights as set forth in Oaktree's Objections and Responses to Law

Debenture's Second Request for the Production of Documents.

4.      The statements provided pursuant to this Stipulation shall be based on Oaktree's

knowledge, information, and belief, formed after a reasonable, good faith inquiry.

Oaktree will use its reasonable best efforts to produce the foregoing documents on

a rolling basis by February 11, 2110, and will in any event comply with its

obligation under the Case Management Order to complete production within 15 days of this Order.

5.     To the extent that Law Debenture wishes to submit a report on behalf of an FCC expert, such report shall be due on February 14, 2011 by 1 p.m. EST.  To the extent that Oaktree or any other proponent of the Debtor/Committee/Lender Plan wishes to submit a rebuttal report on behalf of an FCC expert, such report shall be due on February 25, 2011.

Dated: February 4, 2011
       Wilmington, DE

BIFFERATO GENTILOTTI LLC

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (No.4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900

-and-

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
Sheron Korpus
Christine A. Montenegro
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Law Debenture Trust Company
of New York*

7

Dated: February 4, 2011
Wilmington, DE

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ M. Blake Cleary*
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

-and-

HENNIGAN, BENNETT & DORMAN LLP

*/s/Joshua Mester*
James O. Johnston
Joshua Mester
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
(213) 694-1200

- and -

AKIN GUMP STRAUSS HAUER AND
FELD LLP
Tom W. Davidson, Esq.
1333 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Oaktree Capital Management
L.P.*

8

**Exhibit A**

| |
|---|
| Affiliated Media Inc. |
| Sun-Times Media Holdings LLC |
| ASP Westward, L.P. |
| Seattle Times Company |
| Swift Newspapers Inc. |
| Halifax Media Acquisition Inc. |
| American Consolidated Media, L.P. |
| GateHouse Media Inc |
| Fisher Communications Inc. |
| Black Crow Media Group |
| Newsweb Corporation |
| Cherry Creek Radio LLC |
| Citadel Broadcasting |
| Grupo Radio Centro |
| Entravision Communications Corp |
| Freedom Communications |
| ION Media Networks Inc. |
| Inner City Broadcasting Corporation |
| Journal Register company |
| Lazer Broadcasting Corporation |
| Max Media LLC |
| Morris Communications Company |
| Midwest Communications Incorporated |
| Millennium Radio Group LLC |
| Nassau Broadcasting |
| NextMedia Group Inc. |
| NRG Media LLC |
| Philadelphia Media Network, Inc. [Philadelphia Inquirer] |
| Radio One Inc. |
| Saga Communications Inc |
| Salem Communications Corporation |
| Sinclair Broadcast Group Inc. |
| Spanish Broadcasting Systems |
| TTBG LLC [former Pappas stations] |
| Broadcasting Media Partners [Univision] |
| Vox Media |
| WRNN-TV |
| ZGS Communications |