# EXHIBIT A



**SEYFARTH**
**ATTORNEYS**  **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808197
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through December 31, 2010

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/30/10 | N. Riesco | L190 | 0 | Conduct research concerning disability discrimination cases involving bipolar disorder. | 1.00 | 390.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 1.00 | |
| **Total Fees** | | | | | | $390.00 |
| **Less Discount** | | | | | | ($39.00) |
| **Total Fees After Discount** | | | | | | $351.00 |

**Timekeeper Summary**

| N. Riesco | Associate | - | 1.00 | hours at | $390.00 | per hour |
|-----------|-----------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1808197

Page 2

Chicago Tribune Company

| **Disbursements** | **Value** | |
|---|---|---|
| Online Research | 76.47 | |
| **Total Disbursements** | | 76.47 |
| **Total Amount Due** | | $427.47 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1808197
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $390.00 |
| Less Discount | ($39.00) |
| Total Fees after Discount | $351.00 |
| Total Disbursements | 76.47 |
| Total Fees and Disbursements This Statement | $427.47 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808189
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through December 31, 2010

**Guild Labor Matters 0000001483**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/03/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding photographers grievance. | 0.50 | 285.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $285.00 |
| **Less Discount** | | ($28.50) |
| **Total Fees After Discount** | | $256.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.50 | hours at | $570.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

Baltimore Sun

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $256.50 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1808189
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $285.00 |
| Less Discount | ($28.50) |
| Total Fees after Discount | $256.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $256.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808196
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2010

## Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/01/10 | N. Riesco | L330 | 0 | Review, analyze and summarize deposition transcripts of R. Hoshell and L. Gresham. | 4.50 | 1,755.00 |
| 12/02/10 | N. Riesco | L120 | 0 | Attend status hearing before Judge Kennelly (.5); review, analyze and summarize L. Gresham deposition (.8); analyze and consider summary judgment strategy and prepare outline of arguments (1.2). | 2.50 | 975.00 |
| 12/10/10 | N. Riesco | L330 | 0 | Review and analyze deposition testimony of D. Holmes and prepare deposition abstract. | 8.20 | 3,198.00 |
| 12/13/10 | N. Riesco | L330 | 0 | Prepare deposition abstract of D. Holmes (5.0); draft statement of facts in support of motion for summary judgment (1.2). | 6.20 | 2,418.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1808196

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/14/10 | N. Riesco | L243 | 0 | Prepare statement of uncontested facts in support of motion for summary judgment. | 8.60 | 3,354.00 |
| 12/15/10 | N. Riesco | L243 | 0 | Prepare statement of uncontested facts in support of motion for summary judgment. | 4.00 | 1,560.00 |
| 12/16/10 | N. Riesco | L243 | 0 | Prepare statement of facts in support of motion for summary judgment (2.0); draft, edit and revise memorandum of law in support of motion for summary judgement (3.7). | 5.70 | 2,223.00 |
| 12/18/10 | N. Riesco | L243 | 0 | Review, edit and revise statement of uncontested facts in support of motion for summary judgment. | 0.90 | 351.00 |
| 12/19/10 | N. Riesco | L243 | 0 | Draft, edit and revise summary judgment brief. | 6.00 | 2,340.00 |
| 12/20/10 | N. Riesco | L243 | 0 | Draft, edit and revise summary judgment brief. | 8.30 | 3,237.00 |
| 12/21/10 | N. Riesco | L243 | 0 | Draft, edit and revise memorandum in support of motion for summary judgment (1.1); conduct research regarding harassment claims and failure to promote claims (1.5); edit, revise and draft statement on uncontested facts (.8). | 3.40 | 1,326.00 |
| 12/22/10 | N. Riesco | L243 | 0 | Draft, edit and revise memorandum of law in support of motion for summary judgment and statement of facts (3.7); compose email to G. Pauling regarding same (.2). | 3.90 | 1,521.00 |
| 12/24/10 | N. Riesco | L243 | 0 | Revise and edit statement of facts in support of motion for summary judgment (.4); revise and edit brief in support of motion for summary judgment (.5). | 0.90 | 351.00 |
| 12/27/10 | G. Pauling II | L243 | 0 | Review summary judgment materials. | 2.00 | 1,120.00 |
| 12/27/10 | N. Riesco | L243 | 0 | Communications with G. Pauling concerning motion for summary judgment. | 0.10 | 39.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/28/10 | G. Pauling II | L243 | 0 | Review summary judgment materials. | 3.50 | 1,960.00 |
| 12/28/10 | N. Riesco | L243 | 0 | Review and analyze G. Pauling comments to brief and fact statement (.6); conduct research for additional support to brief (3.1); draft, edit and revise summary judgment brief and factual statement (.6). | 4.30 | 1,677.00 |
| 12/29/10 | G. Pauling II | L243 | 0 | Continue reviewing/revising summary judgment materials. | 0.80 | 448.00 |
| 12/29/10 | N. Riesco | L243 | 0 | Draft, edit and revise summary judgment brief and factual statement (3.1); prepare G. Silva affidavit (.4); communication with opposing counsel regarding agreement on motion for extension (.2). | 3.70 | 1,443.00 |
| 12/30/10 | G. Pauling II | L243 | 0 | Continue reviewing/revising summary judgment materials (.8); conference with N. Riesco regarding same (.2). | 1.00 | 560.00 |
| 12/30/10 | N. Riesco | L243 | 0 | Meeting with G. Pauling to discuss revisions to summary judgement materials (.5); draft, edit, revise and electronically file motion for extension of time to file summary judgment materials (.8); draft, edit and revise summary judgment brief (3.0); conduct research regarding intervening event of misconduct in retaliation claims, harassment law generally and effect of single non-race related comment for harassment claim (1.9); communications with G. Silva and A. Jubelirer regarding Silva affidavit and summary judgment materials (.6). | 6.80 | 2,652.00 |

| | | |
|---|---|---|
| **Total Hours** | 85.30 | |
| **Total Fees** | | $34,508.00 |
| **Less Discount** | | ($3,450.80) |
| **Total Fees After Discount** | | $31,057.20 |



Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 7.30 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 78.00 | hours at | $390.00 | per hour |

| Disbursements | Value |
|---|---|
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B ALLFILES | 2.33 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B COMMUNICATIONS | 3.33 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B HOURLY | 81.33 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B HOURLY | 10.18 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B MULTI-SEARCH | 26.67 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B MULTI-SEARCH | 26.67 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B MULTI-SEARCH | 26.67 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B MULTI-SEARCH | 26.67 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B MULTI-SEARCH | 106.69 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B STANDARD | 90.05 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B TRANSACTIONAL | 7.07 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B TRANSACTIONAL | 115.26 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B TRANSACTIONAL | 16.47 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B TRANSACTIONAL | 32.93 |



Tribune Company

| Disbursements | Value |
|---|---|
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B TRANSACTIONAL | 16.47 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B TRANSACTIONAL | 7.07 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B TRANSACTIONAL | 3.53 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B WESTLAW | 4.17 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B WESTLAW | 24.99 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B WESTLAW | 29.17 |
| Inv#: 822041236 Office: CHICAGO User: RIESCO, NATASCHA B WESTLAW | 37.50 |

**Total Disbursements**                                                    695.22

**Total Amount Due**                                                    $31,752.42



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1808196
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $34,508.00 |
| Less Discount | ($3,450.80) |
| Total Fees after Discount | $31,057.20 |
| Total Disbursements | 695.22 |
| Total Fees and Disbursements This Statement | $31,752.42 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808193
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/01/10 | J. Sherman | C300 | 0 | Edit time detail for redaction purposes in support of Twelfth Monthly Fee Application (.40); edit time detail for redaction purposes in support of Thirteenth Monthly Fee Application (.60). | 1.00 | 685.00 |
| 12/01/10 | J. McManus | B110 | 0 | Review and finalize Twelfth Monthly Fee Application (.70); assemble Exhibit A to same (.20); review and finalize Thirteenth Monthly Fee Application (.70); assemble Exhibit A to same (.20); conference with J. Sherman regarding filing fee applications and payment of fees (.20); conference with O. Reyes regarding outstanding fees (.10). | 2.10 | 567.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/02/10 | J. McManus | B110 | 0 | Revise and assemble Exhibit A to Twelfth Monthly Fee Application for filing with the Court (.40); revise and assemble Exhibit A to Thirteenth Monthly Fee Application for filing with the Court (.40); email communications with local counsel regarding filing of fee applications (.10). | 0.90 | 243.00 |
| 12/07/10 | J. McManus | B110 | 0 | Prepare pleading portion of Fourteenth Monthly Fee Application. | 0.70 | 189.00 |
| 12/13/10 | J. McManus | B110 | 0 | Prepare Fourteenth Monthly Fee Application. | 0.90 | 243.00 |
| 12/21/10 | J. McManus | B110 | 0 | Attend to fee payment matters (.20); conference with local counsel regarding CNO filings for Twelfth and Thirteenth Applications (.10); review and revise Fourteenth Application time detail (.70). | 1.00 | 270.00 |
| 12/23/10 | J. McManus | B110 | 0 | Telephone conference with local counsel regarding filing of Certificates of No Objection (.10); draft pleading portion of Fourteenth Fee Application (.60). | 0.70 | 189.00 |
| 12/27/10 | J. McManus | B110 | 0 | Email communications with Tribune regarding CNO filings. | 0.20 | 54.00 |
| 12/30/10 | J. McManus | B110 | 0 | Attend to fee payment matters (.10); revise Fourteenth Monthly Fee Application time detail. | 0.50 | 135.00 |

**Total Hours** — 8.00

**Total Fees** — $2,575.00

**Less Discount** — ($257.50)

**Total Fees After Discount** — $2,317.50



Tribune Company/Sherman

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.00 | hours at | $685.00 | per hour |
| J. McManus | Paralegal | - | 7.00 | hours at | $270.00 | per hour |

**Total Disbursements**                                                                                0.00

**Total Amount Due**                                                                             $2,317.50



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1808193
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,575.00 |
| Less Discount | ($257.50) |
| Total Fees after Discount | $2,317.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,317.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808205
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through December 31, 2010

## Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/14/10 | E. Cerasia II | L390 | 0 | Telephone conference with K. Lantry regarding M. Palmer's request for extension to respond to our document request (.1), and email correspondence with M. Palmer regarding same (.1). | 0.20 | 144.00 |
| 12/15/10 | E. Cerasia II | L390 | 0 | Telephone conference with M. Palmer regarding amNY's document requests and basis for same, and regarding plaintiffs' date for response. | 0.20 | 144.00 |
| 12/23/10 | E. Cerasia II | L210 | 0 | Email correspondence with C. Kline and K. Stickles regarding pro hac papers. | 0.10 | 72.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $360.00 |
| **Less Discount** | | ($36.00) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company

**Total Fees After Discount**                                                $324.00

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 0.50 | hours at | $720.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**                                                      0.00

**Total Amount Due**                                                         $324.00



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1808205
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $360.00 |
| Less Discount | ($36.00) |
| Total Fees after Discount | $324.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $324.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |
|---|---|



**SEYFARTH**
ATTORNEYS. **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON.
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808206
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through December 31, 2010

<u>**Karen Scott v. WPIX**</u>

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 12/01/10 | J. Chylinski | L120 | 0 | Review and analysis of plaintiff's document production. | 1:80 | 639.00 |
| 12/02/10 | J. Chylinski | L120 | 0 | Conference with plaintiff's counsel regarding draft Confidentiality Agreement. | 0.40 | 142.00 |
| 12/02/10 | J. Chylinski | L310 | 0 | Draft Confidentiality Order. | 0.90 | 319.50 |
| 12/07/10 | E. Cerasia II | L390 | 0 | Email correspondence and telephone conference with K. Rubinstein regarding discovery responses and deposition scheduling (.2): email correspondence with A. Jubelirer regarding same, and communications with J. Chylinski regarding same (.2). | 0.40 | 288.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1808206

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/09/10 | E. Cerasia II | L310 | 0 | Draft, revise responses and objections to Scott's document requests and interrogatories (.8); review documents to be produced (.2); email with B. E. Berlamino regarding termination decision (.3); email correspondence with A. Jubelirer regarding same (.2). | 1.40 | 1,008.00 |
| 12/09/10 | J. Chylinski | L320 | 0 | Prepare documents for production (2.2); review and analysis of client documents for responsiveness/production and privilege (2.5). | 4.70 | 1,668.50 |
| 12/10/10 | E. Cerasia II | L310 | 0 | Revise new version of WPIX's responses and objections to Scott's document request. | 0.40 | 288.00 |
| 12/13/10 | E. Cerasia II | L110 | 0 | Review Cunningham v. WPIX litigation file at Proskauer. | 2.30 | 1,656.00 |
| 12/14/10 | E. Cerasia II | L110 | 0 | Telephone conference with S. Charlier and A. Jubelirer regarding background facts as to Scott's termination (.4); review discovery deficiency letter from K. Rubinstein (.2); email correspondence with A. Jubelirer regarding amending Rule 26(a) disclosures (.1); revise WPIX's responses to Interrogatories (.2); discussion with J. Chylinski regarding discovery issues (.2). | 1.10 | 792.00 |
| 12/14/10 | J. Chylinski | L310 | 0 | Conference with A. Jubelirer regarding document responses, e-discovery and deficiency letter. | 0.30 | 106.50 |
| 12/15/10 | E. Cerasia II | L110 | 0 | Work on discovery responses (.1); email correspondence with A. Jubelirer regarding fact development and witness interviews (.1). | 0.20 | 144.00 |
| 12/15/10 | J. Chylinski | L310 | 0 | Revise and edit document responses. | 0.60 | 213.00 |



Invoice No. 1808206

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/16/10 | E. Cerasia II | L110 | 0 | Telephone conference and email with M. Ramirez regarding background facts as to termination of Scott's employment and emails regarding staffing decision (.7); email correspondence with A. Jubelirer regarding same (.2); email correspondence and telephone conference with K. Rubenstein (.2). | 1.10 | 792.00 |
| 12/16/10 | J. Chylinski | L310 | 0 | Conference with D. Mack regarding requested last know names and addresses for individuals set forth in plaintiff's interrogatories. | 0.40 | 142.00 |
| 12/17/10 | E. Cerasia II | L310 | 0 | Draft/revise WPIX's responses and objections to Scott's interrogatories (1.7); prepare WPIX's Amended Rule 26 disclosures (.2); email correspondence with K. Rubenstein regarding WPIX's Amended Rule 26 discovery and interrogatory responses (.1); email correspondence with M. Ramirez regarding her home address and knowledge of certain emails (.1). | 2.10 | 1,512.00 |
| 12/17/10 | J. Chylinski | L310 | 0 | Review and analysis of production for emails and documents related to K. Scott. | 1.50 | 532.50 |
| 12/17/10 | J. Chylinski | L310 | 0 | Revise interrogatory responses. | 0.70 | 248.50 |
| 12/20/10 | E. Cerasia II | L390 | 0 | Review new discovery deficiency letter from K. Rubenstein, and email to A. Jubelirer regarding same. | 0.10 | 72.00 |
| 12/21/10 | J. Chylinski | L310 | 0 | Draft letter to opposing counsel supplementing WPIX's interrogatory responses. | 0.50 | 177.50 |
| 12/22/10 | E. Cerasia II | L390 | 0 | Review Scott's Second Document Request (.1); email correspondence with A. Jubelirer regarding same and litigation hold (.1). | 0.20 | 144.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1808206

Page 4

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 12/23/10 | E. Cerasia II | L110 | 0 | Telephone conference with M. Ramirez regarding June 2009 emails with dates of birth and age-related information. | 0.40 | 288.00 |
| 12/27/10 | E. Cerasia II | L390 | 0 | Email correspondence with A. Jubelirer regarding litigation hold memo issued by her and date for K. Scott's deposition (.1); review litigation hold emails/notices (.2). | 0.30 | 216.00 |

| | | |
|---|---|---|
| **Total Hours** | 21.80 | |
| **Total Fees** | | $11,389.00 |
| **Less Discount** | | ($1,138.90) |
| **Total Fees After Discount** | | $10,250.10 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 10.00 | hours at | $720.00 | per hour |
| J. Chylinski | Associate | - | 11.80 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 8.40 |
| Copying | 42.10 |
| Courier/Messenger Inv#: 733029324 Date Sent: 12/09/2010 Sender: J. Chylinski Airbill: 982648747470 Kenneth J. Rubinstein Haynes and Boone LLP 1221 Avenue of the Americas 26 NEW YORK CITY, NY 10020 | 13.91 |
| Long Distance Telephone | 0.13 |
| Travel - EDWARD CERASIA II Parking for meeting at Proskauer in New Jersey 12/13/10 | 13.00 |
| **Total Disbursements** | 77.54 |

# SEYFARTH
## ATTORNEYS SHAW LLP

Invoice No. 1808206

Page 5

Tribune Company

**Total Amount Due**                                              $10,327.64



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1808206
0276 68308 / 68308-000003
Karen Scott v. WPIX

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $11,389.00 |
| Less Discount | ($1,138.90) |
| Total Fees after Discount | $10,250.10 |
| Total Disbursements | 77.54 |
| Total Fees and Disbursements This Statement | $10,327.64 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |
|---|---|



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL IO.36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808211
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through December 31, 2010

**Sal Marchiano v. Betty Ellen Berlamino**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 10/20/10 | A. Ianni | L120 | | Review complaint. | 0.50 | 177.50 |
| 12/06/10 | A. Ianni | L310 | 0 | Draft requests for production. | 0.80 | 284.00 |
| 12/15/10 | E. Cerasia II | L110 | 0 | Interview L. Lopez regarding factual background (1.5); emails to B. Berlamino and to A. Jubelirer regarding outcome of same. (.2). | 1.70 | 1,224.00 |
| 12/15/10 | A. Ianni | WH4 | 0 | Meeting with L. Lopez and E. Cerasia regarding Marchiano complaint. | 1.50 | 532.50 |
| 12/16/10 | E. Cerasia II | L110 | 0 | Telephone conference with B. Berlamino regarding case status and outcome. | 0.30 | 216.00 |

| | | |
|---|---|---|
| **Total Hours** | 4.80 | |
| **Total Fees** | | $2,434.00 |
| **Less Discount** | | ($243.40) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
## SHAW LLP
ATTORNEYS

Tribune Company

**Total Fees After Discount** $2,190.60

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 2.00 | hours at | $720.00 | per hour |
| A. Ianni | Associate | - | 2.80 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 0.90 |
| Facsimile | 11.00 |
| Long Distance Telephone | 6.25 |
| Meals - SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. | 52.30 |

**Total Disbursements** 70.45

**Total Amount Due** $2,261.05



# SEYFARTH
## ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1808211
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,434.00 |
| Less Discount | ($243.40) |
| Total Fees after Discount | $2,190.60 |
| Total Disbursements | 70.45 |
| Total Fees and Disbursements This Statement | $2,261.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808200
0245 11089 / 11089-000036
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2010

### Lee Abrams Potential Legal Claims

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/01/10 | J. Ross | C300 | | Review demand letter (.3); investigation regarding same (1.2); telephone conference with K. Clark regarding same (.2); telephone conference with A. Jubelirer regarding same (.5); telephone conference with K. Clark regarding research results regarding promissory estoppel (.3); draft litigation hold notice (.7); correspondence to K. Clark regarding same (.3); review supplemental material on case from A. Jubelirer (1.1). | 4.60 | 2,990.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/02/10 | J. Ross | C300 | | Telephone conference with A. Jubelirer regarding issues in case (.2); telephone conference with J. Carle regarding document presentation notice (.1); revision regarding same (.2); correspondence to A. Jubelirer regarding same (.2); correspondence to A. Jubelirer regarding strategies regarding same (.2). | 0.90 | 585.00 |
| 12/03/10 | J. Ross | C300 | | Telephone conference with A. Jubelirer regarding revisions to preservation notice and review of same, regarding document collection procedures and sources (.5); preparation of draft response regarding extension of time to respond under IPRRA form (.2). | 0.70 | 455.00 |
| 12/07/10 | J. Ross | L120 | | Message to D. Liebentritt and correspondence regarding same regarding response to request for records (.4); correspondence to L. Abrams attorney regarding same (.3). | 0.70 | 455.00 |
| 12/08/10 | J. Ross | L120 | | Conference with A. Lipson regarding case strategies. | 0.30 | 195.00 |
| 12/13/10 | J. Ross | C300 | | Review proposed severance agreement (.3); message to A. Jubelirer regarding same (.1); telephone conference with A. Jubelirer regarding same (.2); correspondence to Abrams' attorney regarding same (.2); exchange correspondence with A. Jubelirer regarding IRRA document review (.1); memo to K. Clark regarding same (.1). | 1.00 | 650.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/14/10 | J. Ross | C300 | 0 | Telephone conference with A. Jubelirer regarding analysis of records response (.4); conference with I. Sarcletti regarding same (.3); investigation regarding same (.1); review initial set of documents regarding same (1.0); telephone conferences with I. Sarcletti regarding same (.2); exchange correspondence with A. Jubelirer regarding same (.2); telephone conference with A. Jubelirer regarding same (.1); supplemental review regarding same (.2). | 2.50 | 1,625.00 |
| 12/14/10 | I. Bak Sarcletti | IMML 04 | 0 | Review internal materials from client (.4); produce responsive documents to Plaintiff per request of J. Ross (5.8). | 6.20 | 1,457.00 |
| 12/15/10 | J. Ross | C300 | 0 | Exchange memos with I. Sarcletti regarding document review issues and strategies (.3); correspondence to A. Jubelirer regarding proposed strategy regarding document review for supplemental response to Abrams' IRRA request (.5); telephone conference with I. Sarcletti regarding document review procedures (.4). | 1.20 | 780.00 |
| 12/15/10 | I. Bak Sarcletti | L320 | 0 | Review internal materials from client (.3); produce responsive documents to Plaintiff per request of J. Ross (4.0). | 4.30 | 1,010.50 |
| 12/16/10 | I. Bak Sarcletti | L320 | 0 | Review internal materials from client for document production per request of J. Ross. | 2.50 | 587.50 |
| 12/17/10 | J. Ross | C300 | 0 | Review supplemental correspondence from client (.1); telephone conference with I. Sarcletti regarding supplemental document review (.2); review of documents regarding same (.2); correspondence to A. Jubelirer regarding same (.1); exchange correspondence with A. Jubelirer regarding response to settlement offer (.1). | 0.70 | 455.00 |



SEYFARTH SHAW LLP
ATTORNEYS

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/17/10 | I. Bak Sarcletti | IMML 04 | 0 | Review internal materials from client for document production per request of J. Ross. | 1.20 | 282.00 |
| 12/20/10 | J. Ross | C300 | 0 | Review supplemental IRRA production and conference with I. Sarcletti regarding same (.6); telephone conference with L. Abrams attorney regarding facts and settlement issues (.7); correspondence to management regarding same (.3). | 1.60 | 1,040.00 |
| 12/20/10 | I. Bak Sarcletti | L320 | 0 | Review client's internal documents to prepare for supplemental document production per request of J. Ross. | 0.90 | 211.50 |
| 12/21/10 | J. Ross | C300 | 0 | Exchange correspondence with management regarding scope of IRRA responses. | 0.50 | 325.00 |
| 12/22/10 | J. Ross | C300 | 0 | Telephone conference with L. Abrams attorney regarding counteroffer issues regarding same (.4); preparation of correspondence to management regarding same (.3). | 0.70 | 455.00 |

| | | |
|---|---|---|
| **Total Hours** | 30.50 | |
| **Total Fees** | | $13,558.50 |
| **Less Discount** | | ($1,355.85) |
| **Total Fees After Discount** | | $12,202.65 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Ross | Partner | - | 15.40 | hours at | $650.00 | per hour |
| I. Bak Sarcletti | Paralegal | - | 15.10 | hours at | $235.00 | per hour |



Tribune Company

| Disbursements | Value |
|---|---|
| Copying | 48.00 |
| **Total Disbursements** | <u>48.00</u> |
| **Total Amount Due** | <u>$12,250.65</u> |


**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1808200
0245 11089 / 11089-000036
Lee Abrams Potential Legal Claims

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $13,558.50 |
| Less Discount | ($1,355.85) |
| Total Fees after Discount | $12,202.65 |
| Total Disbursements | 48.00 |
| Total Fees and Disbursements This Statement | $12,250.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808203
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through December 31, 2010

## East Coast Properties

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/21/10 | C. Olson | C300 | 0 | Meeting with D. Bralow regarding new audit and review of newspapers (.7); telephone conferences with Tribune corporate regarding same. | 1.00 | 680.00 |
| 12/22/10 | C. Olson | C300 | | Review e-mails regarding work on review and training materials. | 0.30 | 204.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.30 | |
| **Total Fees** | | $884.00 |
| **Less Discount** | | ($88.40) |
| **Total Fees After Discount** | | $795.60 |

## Timekeeper Summary

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company/Olson

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 1.30 | hours at | $680.00 | per hour |

**Total Disbursements**                                         0.00

**Total Amount Due**                                        $795.60



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1808203
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $884.00 |
| Less Discount | ($88.40) |
| Total Fees after Discount | $795.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $795.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 21, 2011
**REVISED**

Invoice No. 1808208
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn:  Alissa L. Jubelirer, Legal Dept.

For legal services rendered through December 30, 2010

**Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/27/10 | L. Shelby | L120 | | Review, analyze complaint correspondence with J. Powers regarding same. | 1.00 | 550.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 1.00 | |
| **Total Fees** | | | $550.00 |
| **Less Discount** | | | ($55.00) |
| **Total Fees After Discount** | | | $495.00 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 1.00 | hours at | $550.00 | per hour | |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

KTLA-TV

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $495.00



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 21, 2011
**REVISED**

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1808208
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $550.00 |
| Less Discount | ($55.00) |
| Total Fees after Discount | $495.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $495.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808191
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through December 31, 2010

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 12/10/10 | S. Carlson | L120 | 0 | Preparation for and telephone conference with client J. Xanders regarding preservation issues. | 1.50 | 832.50 |
| 12/20/10 | S. Carlson | L120 | 0 | Preparation for and telephone conference with client regarding preservation of DocView documents. | 1.00 | 555.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.50 | |
| **Total Fees** | | $1,387.50 |
| **Less Discount** | | ($138.75) |
| **Total Fees After Discount** | | $1,248.75 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1808191

Page 2

Los Angeles Times

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Carlson | Partner | - | 2.50 | hours at | $555.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $1,248.75



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

Invoice No. 1808191
0276 17832 / 17832-000034
Country Club Matter 0000001901

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,387.50 |
| Less Discount | ($138.75) |
| Total Fees after Discount | $1,248.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,248.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Invoice No. 1808190
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Local Messenger** | |
| 12/07/10 | Local Messenger - NATIONWIDE LEGAL, INC 7/16 | 63.00 |
| **Total Disbursements** | | 63.00 |
| **Total Fees And Disbursements This Statement** | | $63.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2011

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1808190
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 63.00 |
| Total Fees and Disbursements This Statement | $63.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |