## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**Objection Deadline:  February 22, 2011 at 4:00 p.m. EST**
**Hearing Date:  March 1, 2011 at 10:00 a.m. EST**

## <u>NOTICE OF MOTION</u>

TO THE PARTIES ON THE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE, that Caption Colorado, L.L.C. ("Caption Colorado") has filed a Motion, the *Motion of Caption Colorado, L.L.C. For Allowance of Administrative Expense Claim* [Docket No. 7637, the "Motion"], which seeks the following relief:

Allowance of an administrative expense claim pursuant to 11 U.S.C. § 503(b).

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Tribune Company (0355); 435 Production Company (8655); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH, Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxnet Publishing Company (4223); Publishers Forest Brook Productions, Inc. (2598); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, Inc. (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

PLEASE ALSO TAKE NOTICE, that a hearing on the Motion will be held on March 1, 2011, at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Kevin J. Carey, 824 N. Market Street, 5th Floor, Wilmington, DE 19801.

PLEASE ALSO TAKE NOTICE, that objections to the Motions must be filed with the court and served on the undersigned counsel so as to be received on or before February 22, 2011, at 4:00 p.m. (Prevailing Eastern Time).

PLEASE ALSO TAKE NOTICE, THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING

Dated: February 10, 2011             DORSEY & WHITNEY (DELAWARE) LLP

                                      /s/ Eric Lopez Schnabel
                                     Eric Lopez Schnabel (DE No. 3672)
                                     Robert W. Mallard (DE No. 4279)
                                     300 Delaware Avenue, Suite 1010
                                     Wilmington, DE  19801
                                     Telephone: (302) 425-7171

                                     and

                                     Katherine A. Constantine (MN # 123341)
                                     Steven D. Bell (CO # 22419)
                                     Pamela Foohey (MN # 389566)
                                     DORSEY & WHITNEY LLP
                                     50 South Sixth Street, Suite 1500
                                     Minneapolis, MN  55402
                                     Tel: (612) 340-3600
                                     Fax: (612) 340-2643

                                     *Counsel for Caption Colorado, L.L.C.*

# SERVICE LIST

Debtors

Tribune Company, et al.
435 N. Michigan Avenue
Chicago, IL 60611

Counsel to Debtors

Bryan Krakauer, Esq.
James F. Conlan, Esq.
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

Carl D. Neff, Esq.
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

J. Kate Stickles, Esq.
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

John H. Strock, III, Esq.
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323

Jared D. Zajac, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002

Michael A. Henry, Esq.
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

Patrick Theodore Garvey, Esq.
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

Robert S. Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Stephen Novack, Esq.
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL  60606

Office of United States Trustee

The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Counsel to Unsecured Creditor's Committee

Howard Seife, Esq.
David M. Lemay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 100112

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801