# EXHIBIT A



Seven Times Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

Katherine S. Bromberg, Esq.
direct dial: 212-209-4865
kbromberg@brownrudnick.com

June 23, 2010

**VIA E-MAIL AND U.S. MAIL**

Andrew Gordon, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

    Re:    <u>In re Tribune Company, No. 08-13141 (KJC)</u>

Mr. Gordon:

    We write to follow up to our meet and confer discovery conference conducted on the telephone at 2:00 pm on Thursday, June 17, 2010 relating to Wilmington Trust's First Request for Production of Documents, dated May 13, 2010 (the "<u>Requests</u>") and the associated correspondence. We memorialize our agreements relating to the Requests for Citibank, N.A. ("<u>Citibank</u>"), Citigroup Global Markets Inc. ("<u>CGMI</u>") and Citicorp North America ("<u>Citicorp</u>") separately.

### A   Citibank

    During our discussion of whether you would produce documents relating to Citibank, N.A., you stated that, if we provided more narrow proposals of what we seek, you would confer with your client. We asked you to identify the names of individuals, in addition to Robert Kirchner, who were involved with Citibank's tenure as Indenture trustee to the PHONES. In addition, we request that you search the files of those relevant individuals and provide documents responsive to the Requests. Without prejudice to our rights to seek full discovery from Citibank at a later time, we are willing to modify the scope of these requests by revising the language from "All documents" to "Documents sufficient to show." In addition, we request that at this time, you produce documents responsive to Requests Nos. 2-10 and 13-15. These modifications are without prejudice to Wilmington Trust's rights.

Brown Rudnick LLP    *an international law firm*    Boston | Dublin | Hartford | London | New York | Providence | Washington


Andrew Gordon, Esq.
June 23, 2010
Page 2

**B  CGMI**

During our discussion, you agreed to run the search terms "PHONES" on the entire collection of emails that CGMI collected in response to the Creditors' Committee's discovery requests, and additionally stated that if we propose additional search terms, you would consider running those additional terms. We request that you please run the following search terms against the already-collected documents:

(a) Cushion/equity cushion

(b) Kirchner and any other Citibank representative that you identify in response to Request No. 2 and/or in connection with your response to the Requests to Citibank

(c) Citibank/Citi or bank w/in 10 indenture

(d) subordinated/sub debt/sub

(e) junior debt/jr. debt

(f) bonds

During our discussion last Thursday, we also stated we would consider whether we required CGMI to collect documents from another custodian, Julie Persily and would reserve our rights to do so. After our consideration, we believe that Julie Persily's files must be searched and responsive documents produced therefrom. Ms. Persily, a senior member of the leveraged finance team, was CGMI's "Sponsoring Officer" in the 2007 LBO. We understand that the files of no one from the leveraged finance team were searched for documents in response to the Creditors' Committee's document requests. Therefore, we hereby request that you perform that search on Ms. Persily's files using the search terms originally used as well as the additional search terms identified above, and produce all responsive documents promptly.

**C  Citicorp**

Relating to Citicorp, you clarified that Citicorp has no employees, keeps no records of any kind and that any document in its possession would be captured by CGMI's production to the UCC requests.


In light of the Court's May 13 Discovery and Scheduling Order for Plan Confirmation [Docket No. 4366] ordering that responding parties use good faith best efforts to complete all discovery within two weeks of initial requests being served, and such requests having been served on May 13, 2010, we request that the above production be completed by July 2, 2010. Please confirm that you agree to our narrowed discovery requests and proposed dates for completion thereof.

Respectfully,

Katherine S. Bromberg

cc:   Steven P. Lamb
      John M. DiTomo
      David W. Brown
      Stephen J. Shimshak
      Martin S. Siegel
      William M. Dolan, III
      Amanda Varella

# 8257176 v2 - BROMBEKS - 027213/0008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K GARRISON    (1946-1991)
RANDOLPH E PAUL     (1946-1956)
SIMON H RIFKIND     (1950-1995)
LOUIS S WEISS       (1927-1950)
JOHN F WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212 373-3543

WRITER'S DIRECT FACSIMILE
212 492-0543

WRITER'S DIRECT E-MAIL ADDRESS
agordon@paulweiss.com

UNIT 3601 FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300
FACSIMILE (852) 2840-4300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON*
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
JAMES M DUBIN
ALICE BELISLE EATON
ANDREW J EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C FINCH
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
KENNETH A GALLO
MICHAEL E GERTZMAN
PAUL D GINSBERG
ROBERT D GOLDBAUM
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
DAVID S HUNTINGTON
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
JOHN C KENNEDY
ALAN W KORNBERG

DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
JULIA TARVER MASON
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O'NEIL
KELLEY D PARKER
ROBERT P PARKER*
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CAREY R RAMOS
CARL L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
PETER J ROTHENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
JUDITH R THOYER
DANIEL J TOAL
MARK A UNDERBERG
LIZA M VELAZQUEZ
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

July 2, 2010

**Federal Express**

Katherine Bromberg, Esq.
Brown Rudnick
Seven Times Square
New York, NY  10036

*In re Tribune Company et al.*
Case No. 08-13141 (KJC) (Jointly Administered)

Dear Ms. Bromberg:

       We write in response to your letter dated June 23, 2010, concerning Wilmington Trust's First Requests for Production of Documents to Citigroup Global Markets, Inc. ("CGMI"), Citibank, N.A. ("Citibank"), and Citicorp North America ("Citicorp") dated May 13, 2010 (collectively, the "Requests").  As agreed to during our June 17, 2010 meet and confer, we have taken under consideration the proposed modifications to the Requests reflected in your letter.  We respond below.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine Bromberg, Esq.                                                                                              2

We also write in response to the Notices of Deposition of Julie Persily and Robert Kircher served by Wilmington Trust on June 16, 2010.

### Citibank

You offered to modify the language and number of the Requests directed at Citibank. For the reasons stated in our letter dated June 15, 2010 and discussed during our meet and confer, Citibank maintains its objection to producing any documents relating to Citibank's role as indenture trustee to the PHONES or otherwise. It remains our view that any discovery aimed at Citibank's role as indenture trustee to the PHONES holders or otherwise is inappropriate and irrelevant to the bankruptcy proceeding currently before the Court.

Notwithstanding our continued objection, however, we believe that the documents we have produced to date are more than sufficient for Wilmington Trust to assess any claim it believes it may have against Citibank (or any other Citigroup entity) in connection with Citibank's service as indenture trustee to the PHONES. We agreed to supplement our prior productions to the Official Committee of Unsecured Creditors (the "UCC") by searching for additional references to "PHONES" among the emails previously collected from CGMI in connection with the UCC's requests. We produced such emails to you on June 28, 2010. In addition, we searched these previously collected emails for any additional communications to or from Robert Kirchner, Jennifer Cupo, or Nancy Forte, the Citibank employees who were involved with Citibank's tenure as indenture trustee. This search yielded no additional responsive documents. Thus, to the extent they exist, Wilmington Trust already has any communications regarding the PHONES made in connection with recommending the LBO, as well as any communications between the key personnel at Citibank and CGMI regarding the PHONES or any other LBO-related issue.

### CGMI

Pursuant to CGMI's Responses and Objections to Wilmington Trust's First Requests for Production of Documents, we reviewed the emails collected previously in connection with the document requests propounded by the UCC for non-privileged documents concerning the PHONES and settlement discussions (i.e., documents responsive to Requests Nos. 1, 14, 23 and 24). As referenced above, we produced the results of this search to you on June 28, 2010.

Except as stated below, we also ran the new search terms provided in your letter against this same universe of previously collected emails. We have reviewed the results of that search and have not identified any additional responsive documents.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine Bromberg, Esq.                                                                                      3

       As expected, however, a certain search term— specifically, "bonds"— returned a large number of documents. Because reviewing these documents, many of which are likely unresponsive, would take significantly more time and would be unduly burdensome, we do not agree to do so at this time.

       Finally, we agree to collect and conduct a reasonable review of the emails of Julie Persily. We are in the process of ascertaining the volume of her emails that we will need to review. Once we have done so, we can discuss the timing of the production, as well as any additional limitations necessary to ensure that the review is conducted as expeditiously and efficiently as possible. It is our intention, however, to take the necessary steps to complete our production by the end of the month.

### **Depositions**

       Ms. Persily and Mr. Kircher are both former employees of CGMI. CGMI is not authorized to accept service on their behalf.

       Furthermore, for the reasons set forth above and in our June 15, 2010 letter, we reserve our right to object to any future deposition notices by Wilmington Trust directed at Citibank or its employees.

Very truly yours,

*[signature]* /sn

Andrew G. Gordon

# BROWN RUDNICK

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

Katherine S. Bromberg, Esq.
direct dial: 212-209-4865
kbromberg@brownrudnick.com

July 8, 2010

**VIA E-MAIL AND U.S. MAIL**

Andrew Gordon, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

  Re: **In re Tribune Company, No. 08-13141 (KJC)**

Mr. Gordon:

  We write in response to your June 28, 2010 and July 2, 2010[1] letters relating to Wilmington Trust's First Request for Production of Documents, dated May 13, 2010 (the "Requests") to Citibank, N.A. ("Citibank") and to Citigroup Global Markets Inc. ("CGMI") and the associated correspondence. In light of the fact that we have a status conference with the Court on July 14, 2010, we request that you respond to this letter no later than July 9, 2010 at 12:00 pm so that we know where discovery stands.

A **Citibank**

  In an effort to compromise and narrow the scope of the Requests to Citibank, in our June 23, 2010 letter, without prejudice to Wilmington Trust's rights to seek further discovery, we requested that Citibank (1) identify the names of individuals, in addition to Robert Kirchner, who were involved with Citibank's tenure as Indenture trustee to the PHONES; (2) search the files of those relevant individuals and provide documents responsive to the Requests; (3) conduct such searches to produce "Documents sufficient to show" instead of "All documents", and (4) produce documents responsive to Requests Nos. 2-10 and 13-15.

  In your July 2, 2010 response to our June 23 letter, you confirmed that "Citibank maintains its objection to producing documents relating to Citibank's role as indenture trustee to

---

[1] Although dated July 2, 2010, this letter was not delivered via email or Federal Express until Saturday, July 3, 2010.


the PHONES or otherwise." We write to confirm that it is your position that Citibank will <u>not</u> search its files and will <u>not</u> produce responsive documents.

## B  CGMI

In our June 23, 2010 letter, we confirmed that you would run the term "PHONES" through the entire collection of emails that CGMI collected in response to the Creditors' Committee's discovery requests. CGMI did so and provided production of these results to Wilmington Trust on June 28, 2010. You also agreed to run the following search terms on the entire collection of emails that CGMI collected in response to the Creditors' Committee's discovery requests:

(a) Cushion/equity cushion

(b) Kirchner and the other Citibank representatives that you identified, Jennifer Cupo and Nancy Forte[2]

(c) Citibank/Citi or bank w/in 10 indenture

(d) subordinated/sub debt/sub

(e) junior debt/jr. debt

(f) bonds

In your July 2, 2010 letter, you wrote that you did not complete the review of documents containing the word "bond", but otherwise did not find any other responsive documents.

We also requested that you search the files of Ms. Julie Persily and produce relevant documents from her files. In your July 2, 2010 letter, you agreed to do so. We write to confirm the following: (1) that you will conduct a separate and new search of Ms. Julie Persily's documents, including emails, as that term is defined in the Requests, and that you will produce documents resulting from that search; and (2) that such search will not just be run through the entire collection of emails that CGMI collected in response to the Creditors' Committee's discovery requests, but will instead be conducted separately.

Finally, in our June 15, 2010 letter we requested that to the extent that CGMI has withheld any documents based upon privilege, CGMI must comply with its obligations under Bankruptcy Rule 7026(b)(5) to describe any documents withheld on privilege grounds so that the propriety of the claimed privilege may be evaluated. We requested that you provide a privilege log or other form of adequate description on or before Wednesday, June 16, 2010 in order to evaluate CGMI's claims of privilege. We also requested that to the extent that CGMI produced documents in redacted form, that you provide the basis for each redaction on or before

---

[2] Please confirm that these individuals constitute the complete list of individuals who were involved with Citibank's tenure as Indenture trustee to the PHONES.


Andrew Gordon, Esq.
July 8, 2010
Page 3

Wednesday, June 16, 2010 in order to evaluate the basis of redactions. To date CGMI has produced neither a privilege log nor a basis for its redactions. We request that CGMI provide a privilege log or other form of adequate description and a basis for redaction on or before July 12, 2010 at 5:00 pm.

     In addition, notwithstanding the Court's May 13 Discovery and Scheduling Order for Plan Confirmation [Docket No. 4366] ordering that responding parties use good faith best efforts to complete all discovery within two weeks of initial requests being served, and such requests having been served on May 13, 2010, and our request in our June 23, 2010 letter that you complete discovery by July 2, 2010, we have received to date only a small production of documents from CGMI constituting the result of the search of its previously collected documents for the term "PHONES". Regarding the discovery relating to Ms. Julie Persily, you stated that it is your "intention . . . to take the necessary steps to complete our production by the end of the month." As you advised us that we need to issue a subpoena to Ms. Persily to obtain her testimony, which we will do, in order to prepare accordingly, we request that the production of documents from Ms. Julie Persily's files be completed by July 21, 2010.

                                                                         Respectfully,

                                                                         Katherine S. Bromberg

cc:     Steven P. Lamb
           John M. DiTomo
           David W. Brown
           Stephen J. Shimshak
           Martin S. Siegel
           Amanda Varella

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373 3000
FACSIMILE (212) 757 3990

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946 1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927 1950)
JOHN F WHARTON (1927 1977)

UNIT 3601 FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE S REPUBLIC OF CHINA
TELEPHONE (86 10) 5828 6300
FACSIMILE (86-10) 6530 9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300
FACSIMILE (852) 2840-4300

WRITER S DIRECT DIAL NUMBER
212 373-3543

WRITER S DIRECT FACSIMILE
212 492-0543

WRITER S DIRECT E MAIL ADDRESS
agordon@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON*
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
JAMES M DUBIN
ALICE BELISLE EATON
ANDREW J EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C FINCH
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
KENNETH A GALLO
MICHAEL E GERTZMAN
PAUL D GINSBERG
ROBERT D GOLDBAUM
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
DAVID S HUNTINGTON
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
JOHN C KENNEDY
ALAN W KORNBERG

DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
JULIA TARVER MASON
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O NEIL
KELLEY D PARKER
ROBERT P PARKER*
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CAREY R RAMOS
CARL L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
PETER J ROTHENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
JUDITH R THOYER
DANIEL J TOAL
MARK A UNDERBERG
LIZA M VELAZQUEZ
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

July 9, 2010

**Federal Express**

Katherine Bromberg, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036

*In re Tribune Company et al.*
Case No. 08-13141 (KJC) (Jointly Administered)

Dear Ms. Bromberg:

We write in response to your letter dated July 8, 2010, concerning Wilmington Trust's First Requests for Production of Documents to Citigroup Global Markets, Inc. ("CGMI") and Citibank, N.A. ("Citibank") dated May 13, 2010 (collectively, the "Requests"), and associated correspondence.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine Bromberg, Esq.     2

### Citibank

Per our July 2, 2010 letter, Citibank does not intend to search its files and produce any additional documents relating to Citibank's tenure as indenture trustee. Contrary to your letter, however, our rationale is not limited to our objection to the relevancy and appropriateness of such discovery. As stated in our July 2, 2010 letter, we also believe that, "to the extent they exist, Wilmington Trust already has any communications regarding the PHONES made in connection with recommending the LBO, as well as any communications between the key personnel at Citibank and CGMI regarding the PHONES or any other LBO-related issue."[1]

### CGMI

As an initial matter, we take issue with the characterization in the final paragraph of your letter of our efforts to date in responding to the Requests as they pertain to CGMI. We have responded expeditiously and in good faith to your demands for additional CGMI documents, as modified by our June 17, 2010 meet and confer and your June 23, 2010 letter.

Specifically, we applied the additional search terms listed in your June 23, 2010 letter against the entire universe of CGMI documents collected in connection with the requests of the Official Committee of Unsecured Creditors ("UCC") and produced any responsive documents in advance of your requested July 2, 2010 deadline. At the same time, we produced any CGMI documents relating to the "PHONES" or the proposed settlement. That these constituted "only a small production of documents" reflects the simple fact that few additional responsive documents exist. This is not surprising: CGMI has already produced over 250,000 responsive documents to the Document Depository established in this case.

Moreover, it was only in Wilmington Trust's June 23, 2010 letter that it decided to demand the documents of an additional CGMI custodian, former employee Julie Persily, whose documents were not collected previously in connection with the UCC's requests. To confirm, we have collected and are in the process of conducting an entirely separate and new search of Ms. Persily's electronic documents. At your request, we are applying the same search terms that we applied in responding to the UCC's document requests, as well as the additional search terms (save "bonds") requested in your June 23, 2010 letter. We are conducting this search and review in as quick a manner as is practicable and will begin to produce materials on a rolling basis by July 21, 2010.

---

[1] We understand that Robert Kirchner, Nancy Forte and Jennifer Cupo were the three Citibank employees most involved with Citibank's tenure as indenture trustee.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine Bromberg, Esq. 3

### Privilege/redaction logs

In our June 16, 2010 letter, we proposed to discuss your demands for a privilege and redaction log in the course of the meet and confer we held on June 17, 2010. We also noted at that time that the UCC did not demand that CGMI provide any such logs.

Wilmington Trust concluded the June 17, 2010 meet and confer without raising this issue, and opted not to do so again until now. We suggest, therefore, that we hold an additional meet and confer to discuss this issue. Please let me know when is convienent for you.

Very truly yours,

Andrew G. Gordon