## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 10th day of February 2011, I caused copies of the within *Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto* to be served upon the parties listed on the attached "Service List 1" list via facsimile and on "Service List 2" via U.S. Mail, First Class, postage pre-paid.


February 10, 2011  /s/ E.E. Allinson III
Date   Elihu E. Allinson, III

# Service List 1

James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7036

Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3117

Bruce Bennett
James O. Johnston
Joshua M. Mester
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
(213) 694-1234

Robert S. Brady
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-1253

Andrew Goldman
WILMER HALE llp
399 Park Avenue
New York, NY 10022
(212) 230-8888

David M. Klauder
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Wilmington, DE 19801
(302) 573-6497

Howard Seife
David M. Le May
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 541-5369

Adam G. Landis
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4450

Graeme W. Bush
James Sottile
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 822-8106

Donald S. Bernstein
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 701-5800

Mark Collins
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7701

William P. Bowden
Amanda M. Winfree
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
(302) 654-2067

Daniel Golden
Philip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(212) 872-1002

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801
(302) 429-8600

David S. Rosner
Andrew K. Glenn
Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1800

Jeffrey M. Schlerf
Eric M. Sutty
John H. Strock
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
(302) 656-8920

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 354-8113

Thomas E. Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
(305) 358-5744

Katharine L. Mayer
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6399

David Adler
MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY  10167
(212) 609-6921

# Service List 2

COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
ONE BRYANT PARK
NEW YORK, NY 10036

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
CHICAGO, IL 60606

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE 19801

ARKIN KAPLAN RICE LLP
HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ.
590 MADISON AVENUE
NEW YORK, NY 10022

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

ASHBY & GEDDES, PA
WILLIAM P. BOWDEN; AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
WILMINGTON, DE 19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL 60611

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

BAYARD, P.A.
ATTN: JAMIE L. EDMONSON, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BLAKELEY & BLAKELEY LLP
ATTN: JOHNN WHITE, ESQ.
2 PARK PLAZA, SUITE 400
IRVINE, CA 92614

BLANK ROME LLP
ATTN: DAVID W. CARIKHOFF
1201 MARKET ST; STE 800
WILMINGTON, DE 19801

BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN & GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY
GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90017-2457

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105-2126

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
LAKE SUCCESS, NY 11042

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD 21093

CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE, DAVID M LEMAY,
DOGULAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

CHRISTINE Z. HERI
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY 10036

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE, BUREAU OF
ACCOUNTS SETTLEMENT
THOMAS W. CORBETT, JR., ATTORNEY GENERAL
CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY
GENERAL
PA I.D. NO. 049219
OFFICE OF ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA 92660

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022

DANIEL SMIRLOCK, DEPUTY COMMISSIONER
AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY 14604

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. &
SOMMER L. ROSS
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

DUANE MORRIS LLP
RICHARD W.RILEY; SOMMER L. ROSS
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
WILMINGTON, DE 19801

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
1800 CENTURY PARK EAST, 7TH FLOOR
LOS ANGELES, CA 90067

ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK, SUITE 2800
CHICAGO, IL 60610-4500

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN; WILLIAM P. WEINTRAUB
1633 BROADWAY
NEW YORK, NY 10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA 90067-4409

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

GOHN HANKEY & STICHEL LLP
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET, SUITE 201
BALTIMORE, MD 21201

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

GREENBERG TRAURIG, LLP
ATTN: DENNIS A. MELORO
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
2450 COLORADO AVENUE, SUITE 400 E
SANTA MONICA, CA 90404

GREENE RADOVSKY MALONEY SHARE &
HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARCADERO CENTER, STE 4000
SAN FRANCISCO, CA 94111

HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON
AND JOSHUA D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT &
RECOVERY ANALYS
2125 E. KATELLA AVE., SUITE 400
ANAHEIM, CA 92806

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE
COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
NEW YORK, NY 10022

HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY
SOLICITOR & CAMELA J. SANDMANN,
ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114

J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC 28233

JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD, CATHERINE L.
STEEGE, ANDREW W. VAIL
330 N. WABASH AVENUE
CHICAGO, IL 60611-7603

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
NEW YORK, NY 10022-6030

K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
PITTSBURGH, PA 15222-2312

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA 91362

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN;
SHERON KORPUS
1633 BROADWAY
NEW YORK, NY 10019

KATTEN MUCHIN ROSENMAN LLP
JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH;
DANIEL J. POLATSEK; JOSHUA A. GADHARF
525 W. MONROE STREET
CHICAGO, IL 60661-3693

KAYE SCHOLER LLP
425 PARK AVE
MADLYN GLEICH PRIMOFF, ESQ
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., JEAN-MARIE L. ATAMIAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET, STE 1600
DALLAS, TX 75201

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
245 PARK AVE, 27TH FL
NEW YORK, NY 10167

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE 19801

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

MICHAEL A. COX, ATTORNEY GENERAL AND
DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

MICHAEL SCHLOSS
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

MISSOURI DEPARTMENT OF REVENUE
ATTN: SUSAN L. LISSANT
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

MORGAN STANLEY FIXED INCOME
ATTN: CAROLYN ADLER
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY 10036

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ.
1201 NORTH MARKET STREET, 18TH FLOOR
PO BOX 1347
WILMINGTON, DE 19899-1347

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
CHICAGO, IL 60606

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX
ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

O'MELVENY & MYERS LLP
ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH,
ESQS.
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071

OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY
ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

OFFICE OF THE UNITED STATES TRUSTEE
DAVID M. KLAUDER, ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035

OLSHAN GRUNDMAN FROME ROSENZWEIG &
WOLOSKY LLP
ADAM H. FRIEDMAN, ESQ.; STEVE WOLOSKY,
ESQ.; FREDRICK J. LEVY, ESQ.
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY 10022

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS
AND MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTN: JOSEPH L. CHRISTENSEN
500 DELAWARE AVENUE, SUITE 200;
PO BOX 32
WILMINGTON, DE 19899-0032

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON, DC 20006-1047

PAUL, WEISS, RIFKIND, WHARTON &
GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW
GORDON, DAVID W. BROWN, LAUREN
SHUMEJDA
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R
BURTON, & KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M.
RAPORT,ESQ.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H.
SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST,
PO BOX 951
WILMINGTON, DE 19899-0951

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. &
MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

ROBINSON BROG LEINWAND GREEN GENOVESE
& GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA 90601

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
PO BOX 68
WILMINGTON, DE 19899

SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQ.
1529 WALNUT STREET, SUITE 600
PHILADELPHIA, PA 19102

SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX, AZ 85004-4498

STEMPEL BENNETT CLAMAN & HOCHBERG PC
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

STUART MAUE
ATTN: W. ANDREW DALTON
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

THE DSF GROUP
ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA 02451-1486

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN. JACQUELINE A. CRISWELL
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON, DE 19899-2092

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

UNGARETTI & HARRIS
ATTN. GEORGE R. MESIRES, ESQ.
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL 60602

UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
PO BOX 875
WASHINGTON, DC 20004-0875

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
PO BOX 2046
WILMINGTON, DE 19899-2046

VORYS SATER SEYMOUR & PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA
ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
WILMINGTON, DE 19899-0391

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE 19801

ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420