IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X
In re:                                              :   Chapter 11 Cases
                                                    :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :   (Jointly Administered)
                                                    :
       Debtors.                                     :   **Related Docket No. 7903**
                                                    :
                                                    :
----------------------------------------------------X

## NOTICE OF WITHDRAWAL OF ERRONEOUS FILING

COMES NOW Wilmington Trust Company, by and through undersigned counsel, and hereby gives notice of the withdrawal of the *Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto* [Docket Item 7903], which was filed in error.

Date:  February 11, 2011
       Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

/s/ E.E. Allinson III
William D. Sullivan, Esq. (Del. Bar No. 2820)
William A. Hazeltine. Esq. (Del. Bar No. 3476)
Elihu E. Allinson, Esq. (Del. Bar No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone:  (302) 428-8191
Facsimile: (302) 428-4195
Email: bsullivan@sha-llc.com
Email: zallinson@sha-llc.com

-and-

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com

Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*