

| SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| --- | --- | --- |

jbendernagel@sidley.com
(202) 736 8136

FOUNDED 1866

February 11, 2011

**By Hand**

The Honorable Chief Judge Kevin J. Carey
824 N. Market St., #500
Wilmington, Delaware 19801

>    Re:   *In re Tribune Company, et al.*, Case No. 08-13141 (Bankr. D. Del.) (KJC)

Dear Chief Judge Carey:

We write as counsel to Debtors and Debtors-in-Possession in follow up to the hearing on February 8, 2010 regarding the documents over which Aurelius had challenged the claims of privilege made by the Debtors and by the Special Committee.

At your request, the parties continued to meet and confer after the hearing and have reached resolution on the challenged documents. Therefore, there is no need to submit any of the documents for an *in camera* review.

>    Respectfully submitted,

>    James F. Bendernagel
>    By NLP

>    James F. Bendernagel Jr.

Attachments

cc:   All counsel entitled to notice pursuant to Paragraph 35 of the CMO

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 5721015v.1