**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| | : | |
| Debtors | : | |

**OBJECTION BY COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY KING STREET ACQUISITION COMPANY, L.L.C., KING STREET CAPITAL, L.P. AND MARATHON ASSET MANAGEMENT, L.P. [D.I. 7089] (THE "BRIDGE LENDER PLAN")**

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through the Pennsylvania Office of Attorney General, William H. Ryan, Jr., Acting Attorney General, its counsel, OBJECTS to the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. [D.I. 7089] (the "Bridge Lender Plan"), as follows:

1. The Commonwealth is a creditor of Debtors in an amount in excess of $850,000.00 for corporation taxes.

2. The Bridge Lender Plan Art. XI eliminates the setoff and recoupment rights of a creditor, which is in violation of §§553(a) and 524(a) of the Bankruptcy Code.

3. The Bridge Lender Plan Art. XI conflicts with Bankruptcy Code § 553(a), which provides, "this title [Title 11, United States Code] does not affect any rights of a creditor to

offset" a claim against a mutual prepetition debt owing by the debtor.

4. The Bridge Lender Plan Art. XI enjoins creditors from asserting recoupment, which is an equitable defense available to creditors and unaffected by the discharge injunction under §524(a) of the Bankruptcy Code.

5. The Bridge Lender Plan fails to provide that tax debts are not discharged until paid in full in accordance with 11 U.S.C. § 1129(b)(2)(A)(i)(I).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that this Court enter an order denying confirmation of the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. [D.I. 7089] (the "Bridge Lender Plan") .

                                          Respectfully submitted,

                                          WILLIAM H. RYAN, JR.
                                          ACTING ATTORNEY GENERAL

DATED: February 11, 2011        BY:  /s/ Carol E. Momjian
                                          Carol E. Momjian
                                          Senior Deputy Attorney General
                                          Attorney No. 49219
                                          Office of Attorney General
                                          21 South 12th Street, 3rd Floor
                                          Philadelphia, PA  19107
                                          Tel: (215) 560-2128
                                          Fax: (215) 560-2202
                                          E-mail: cmomjian@attorneygeneral.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtor | : | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Objection by Commonwealth of Pennsylvania, Department of Revenue to Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. [D.I. 7089] (the "Bridge Lender Plan") was served electronically and by First Class mail on February 11, 2011, upon the following:

**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
Attn:   Thomas E. Lauria, Esquire
         David Hille, Esquire
         Andrew Hammond, Esquire
         Scott Greissman, Esquire

**FOX ROTHSCHILD, LLP**
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Attn:   Jeffrey M. Schlerf, Esquire
         Eric M. Sutty, Esquire
         Jay Strock, Esquire

DATED: <u>February 11, 2011</u>   BY: <u>/s/ Carol E. Momjian</u>
                                                      Carol E. Momjian
                                                      Senior Deputy Attorney General
                                                      Attorney No. 49219
                                                      Office of Attorney General
                                                      21 South 12th Street, 3rd Floor
                                                      Philadelphia, PA  19107
                                                      Tel: (215) 560-2128
                                                      Fax: (215) 560-2202
                                                      E-mail: cmomjian@attorneygeneral.gov