**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141  (KJC) |
| | : | |
| Debtors | : | |

**OBJECTION BY COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO FIRST AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDON & CO., AND JP MORGAN CHASE BANK, N.A. [D.I/ 7136] (THE "DEBTOR/COMMITTEE/LENDER PLAN")**

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through the Pennsylvania Office of Attorney General, William H. Ryan, Jr., Acting Attorney General, its counsel, OBJECTS to the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JP Morgan Chase Bank, N.A. [D.I/ 7136] (the "Debtor/Committee/Lender Plan"), as follows:

1. The Commonwealth is a creditor of Debtors in an amount in excess of $850,000.00 for corporation taxes.

2. Debtor/Committee/Lender Plan Art. XI eliminates the setoff and recoupment rights of a creditor, which is in violation of §§553(a) and 524(a) of the Bankruptcy Code.

3. Debtors/Committee/Lender Plan Art. XI conflicts with Bankruptcy Code § 553(a),

which provides, "this title [Title 11, United States Code] does not affect any rights of a creditor to offset" a claim against a mutual prepetition debt owing by the debtor.

    4.  Debtor/Committee/Lender Plan Art. XI enjoins creditors from asserting recoupment, which is an equitable defense available to creditors and unaffected by the discharge injunction under §524(a) of the Bankruptcy Code.

    5.  Debtor/Committee/Lender Plan fails to provide that tax debts are not discharged until paid in full in accordance with 11 U.S.C. § 1129(b)(2)(A)(i)(I).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that this Court enter an order denying confirmation of the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JP Morgan Chase Bank, N.A. [D.I/ 7136] (the "Debtor/Committee/Lender Plan")        .

        Respectfully submitted,

        WILLIAM H. RYAN, JR.
        ACTING ATTORNEY GENERAL

DATED: February 11, 2011    BY: /s/ Carol E. Momjian
        Carol E. Momjian
        Senior Deputy Attorney General
        Attorney No. 49219
        Office of Attorney General
        21 South 12th Street, 3rd Floor
        Philadelphia, PA  19107
        Tel: (215) 560-2128
        Fax: (215) 560-2202
        E-mail: cmomjian@attorneygeneral.gov

which provides, "this title [Title 11, United States Code] does not affect any rights of a creditor to offset" a claim against a mutual prepetition debt owing by the debtor.

4. Debtor/Committee/Lender Plan Art. XI enjoins creditors from asserting recoupment, which is an equitable defense available to creditors and unaffected by the discharge injunction under §524(a) of the Bankruptcy Code.

5. Debtor/Committee/Lender Plan fails to provide that tax debts are not discharged until paid in full in accordance with 11 U.S.C. § 1129(b)(2)(A)(i)(I).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that this Court enter an order denying confirmation of the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JP Morgan Chase Bank, N.A. [D.I/ 7136] (the "Debtor/Committee/Lender Plan")        .

Respectfully submitted,

WILLIAM H. RYAN, JR.
ACTING ATTORNEY GENERAL

DATED: February 11, 2011            BY: /s/ Carol E. Momjian
Carol E. Momjian
Senior Deputy Attorney General
Attorney No. 49219
Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA  19107
Tel: (215) 560-2128
Fax: (215) 560-2202
E-mail: cmomjian@attorneygeneral.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141  (KJC) |
| | : | |
| Debtor | : | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Objection by Commonwealth of Pennsylvania, Department of Revenue to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JP Morgan Chase Bank, N.A. [D.I/ 7136] (the "Debtor/Committee/Lender Plan") was served electronically and by First Class mail on February 11, 2011, upon the following:

**SIDLEY AUSTIN, LLP**
One South Dearborn Street
Chicago, Illinois  60603
Attn:   James F. Conlan, Esquire
          Bryan Krakauer, Esquire
          Janet E. Henderson, Esquire
          Kevin T. Lantry, Esquire
          Kerriann S. Mills, Esquire

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Attn:   Norman L. Pernick, Esquire
          J. Kate Stickles, Esquire
          Patrick J. Reilley

**CHADBOURNE & PARKE, LLP**
30 Rockefeller Plaza
New York, NY  10112
Attn:   Howard Seife, Esquire
          David M. LeMay, Esquire

**LANDIS, RATH & COBB, LLC**
919 Market Street,  Suite 1800
Wilmington, DE  19801
Attn:  Adam G. Landis, Esquire

**ZUCKERMAN SPAEDER, LLP**
1800 M. Street, N.W.,  Suite 1000
Washington, DC  20036
Attn:   Graeme W. Bush, Esquire
          James Sottile, Esquire

**HENNIGAN, BENNETT & DORMAN, LLP**
865 South Figueroa Street,  Suite 2900
Los Angeles, California  90017
Attn:   Bruce Bennett, Esquire
          James O. Johnston, Esquire
          Joshua M. Mester, Esquire

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building, 17th Floor
1000 West Street
P. O. Box 391
Wilmington, Delaware  19899
Attn:   Robert S. Brady, Esquire
          M. Blake Cleary, Esquire

**WILMER CUTLER PICKERING HALE & DORR, LLP**
399 Park Avenue
New York, New York  10022
Attn:  Andrew Goldman, Esquire

**DAVIS POLK & WARDWELL, LLP**
450 Lexington Avenue
New York, New York  10017
Attn:   Donald S. Bernstein, Esquire
          Damian S. Schaible, Esquire

**RICHARDS LAYTON & FINGER**
One Rodney Square
920 North King Street
Wilmington, DE  19801
Attn:  Mark Collins, Esquire

DATED: February 11, 2011     BY:  /s/ Carol E. Momjian
                                  Carol E. Momjian
                                  Senior Deputy Attorney General
                                  Attorney No. 49219
                                  Office of Attorney General
                                  21 South 12th Street, 3rd Floor
                                  Philadelphia, PA  19107
                                  Tel: (215) 560-2128
                                  Fax: (215) 560-2202
                                  E-mail: cmomjian@attorneygeneral.gov