**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, <u>et</u> <u>al</u>., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors | : | |

**OBJECTION BY COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES [D.I. 7127] (THE "NOTEHOLDER PLAN")**

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through the Pennsylvania Office of Attorney General, William H. Ryan, Jr., Acting Attorney General, its counsel, OBJECTS to the Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes [D.I. 7127] (the "<u>Noteholder Plan</u>"), as follows:

1. The Commonwealth is a creditor of Debtors in an amount in excess of $850,000.00 for corporation taxes.

2. The Noteholder Plan Art. XI eliminates the setoff and recoupment rights of a creditor, which is in violation of §§553(a) and 524(a) of the Bankruptcy Code.

3. The Noteholder Plan Art. XI conflicts with Bankruptcy Code § 553(a), which provides, "this title [Title 11, United States Code] does not affect any rights of a creditor to offset" a claim against a mutual prepetition debt owing by the debtor.

4. The Noteholder Plan Art. XI enjoins creditors from asserting recoupment, which is an equitable defense available to creditors and unaffected by the discharge injunction under §524(a) of the Bankruptcy Code.

5. The Noteholder Plan fails to provide that tax debts are not discharged until paid in full in accordance with 11 U.S.C. § 1129(b)(2)(A)(i)(I).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that this Court enter an order denying confirmation of Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes [D.I. 7127] (the "Noteholder Plan").

    Respectfully submitted,

    WILLIAM H. RYAN, JR.
    ACTING ATTORNEY GENERAL

DATED: February 11, 2011     BY: /s/ Carol E. Momjian
                                  Carol E. Momjian
                                  Senior Deputy Attorney General
                                  Attorney No. 49219
                                  Office of Attorney General
                                  21 South 12th Street, 3rd Floor
                                  Philadelphia, PA  19107
                                  Tel: (215) 560-2128
                                  Fax: (215) 560-2202
                                  E-mail: cmomjian@attorneygeneral.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtor | : | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Objection by Commonwealth of Pennsylvania, Department of Revenue to Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes [D.I. 7127] (the "Noteholder Plan") was served electronically and by First Class mail on February 11, 2011, upon the following:

**ASHBY & GEDDES, P.A.**
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
Attn: William P. Bowden, Esquire
      Amanda M. Winfree, Esquire

**AKIN GUMP STRAUSS HAUER & FELD, LLP**
One Bryant Park
New York, New York 10036

Atttn:  Daniel H. Golden, Esquire
        Philip C. Dublin, Esquire

**McCARTER & ENGLISH, LLP**
245 Park Avenue
New York, New York  10167
Attn:  David J. Adler, Esquire

**McCARTER & ENGLISH, LLP**
Renaissance Centre
405 N. King Street
Wilmington, DE  19801
Attn:  Katherine L. Mayer, Esquire

**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1633 Broadway
New York, New York  10019
Attn:  David S. Rosner, Esquire
       Richard F. Casher, Esquire

**BIFFERATO GENTILOTTI, LLC**
800 N. King Street, Plaza Level
Wilmington, Delaware  19801
Attn:  Garvan F. McDaniel, Esquire

                                            Respectfully submitted,

                                            WILLIAM H. RYAN, JR.
                                            ACTING ATTORNEY GENERAL

DATED: February 11,  2011          BY:  /s/ Carol E. Momjian
                                        Carol E. Momjian
                                        Senior Deputy Attorney General
                                        Attorney No. 49219
                                        Office of Attorney General
                                        21 South 12th Street, 3rd Floor
                                        Philadelphia, PA  19107
                                        Tel: (215) 560-2128
                                        Fax: (215) 560-2202
                                        E-mail: cmomjian@attorneygeneral.gov