**James D. Newbold**
**Assistant Attorney General**
**Office of the Illinois Attorney General**
**Revenue Litigation Bureau**
**100 W. Randolph Street**
**Chicago, Il 60601**
**(Tel) (312) 814-4557**
**(Fax) (312) 814-3589**
**James.Newbold@illinois.gov**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | |
| ) | Case No. 08-13141(KJC) |
| **Tribune Company,** *et al.***,** ) | Chapter 11 |
| ) | Jointly administered |
| Debtors. ) | Re:     Docket No. 7801 |
| ) | Hearing:     March 7, 2011 |
| ) | @ 10:00 a.m. |

**Limited Objection of Illinois Secretary of State to First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oak Tree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.**

Jesse White, Illinois Secretary of State, ("ISOS"), by his attorney, Lisa Madigan, Illinois Attorney General, objects to the First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oak Tree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.  (the **"Debtor's Plan"**) and in support of this objection states as follows:

1.     The ISOS administers the Business Corporation Act of 1983, as amended (hereinafter referred to as the "BCA"), 805 ILCS 5/1.01 et seq. (2010).  In accordance with his statutory duties, the ISOS collects the Illinois franchise tax from corporations

1

registered to do business in the State of Illinois.  A number of the Debtors are so registered.

2.      The Debtors' Plan at Article 15.6 specifies in detail how it proposes to report paid-in capital under the BCA.  The Debtor's Plan is objectionable for several reasons.  As detailed below, the proposed reduction in paid-in capital is unclear and is not properly limited in scope.

3.      Article 15.6 of the Plan seeks to reduce the paid-in capital of the Debtors for purposes of the BCA.  The proposed language, however, creates an ambiguity as to the timing of said reduction.  Article 15.6, in its current form, provides that the reduction shall occur "on the Effective Date, after all other transactions necessary to effect this Plan have been consummated."  However, the transactions necessary to effect the Plan may not have been consummated by the Effective Date.  For instance, the full number of shares to be issued pursuant to the Plan may not have been issued by the Effective Date.  Under those circumstances, it would be unclear as to the scope of the reduction the ISOS should recognize on the Effective Date: the full reduction, a partial reduction proportionate to the number of shares already issued, or no reduction until all the shares to be issued pursuant to the Plan have been issued.  To remove this ambiguity, the Debtors' Plan should specify that the reduction occurs on the Effective Date of the Plan.

4.      Article 15.6 of the Plan improperly limits the capital stock to be included in the calculation of Debtors' reduced paid-in capital to issued and outstanding shares of capital stock.  The proposed language would exclude the value of treasury shares which should be included for purposes of the BCA in the calculation of paid-in capital unless

and until cancelled in accordance with Sections 9.05 and 9.20 of the BCA. The limitation to "outstanding" shares should be stricken.

5. Lastly, Article 15.6 ambiguously states, "Any capital of each corporate Reorganized Debtor remaining in excess of its Article XIII Paid-in Capital Amount shall not be treated as Paid-in Capital for purposes of the BCA." This clause is overly broad and should be stricken in its entirety. In its place, the Plan should include the following clarification:

This Article 15.6 shall only apply to capital stock of Reorganized Tribune and Reorganized Debtors that is contemplated to be issued pursuant to the Plan.

The proposed reduction should only affect transactions contemplated by a confirmed plan of reorganization. It cannot and should not apply to every conceivable future transaction of the Reorganized Debtors. If Reorganized Debtors should decide to issue a public offering of stock at some future date, Article 15.6 must make clear that said reduction would not apply.

WHEREFORE, Illinois Secretary of State, Jesse White, requests that the Court deny confirmation of the Plan unless and until the Debtors amend the Debtors' Plan to remedy the matters raised in this objection.

    By:    Lisa Madigan
            Illinois Attorney General

    By: /s/ James D. Newbold
         James D. Newbold
         Assistant Attorney General
         Revenue Litigation Bureau
         100 W. Randolph Street
         Chicago, IL 60601
         (Tel) (312) 814-4557

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of this objection on the parties listed below by mailing a copy from Chicago, Illinois on February 11, 2011 to:

| | |
|---|---|
| James Conlan<br>Sidley & Austin<br>1 S. Dearborn Street<br>Chicago, IL 60603 | Norman Pernick<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Ave., Ste. 1410<br>Wilmington, DE 19801 |
| Howard Seife<br>Chadbourne & Parke<br>30 Rockefeller Plaza<br>New York, NY 10112 | Adam Landis<br>Landis Rath & Cobb<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801 |
| Graeme Bush<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Ste. 1000<br>Washington, DC 20036 | Bruce Bennett<br>Hennigan, Bennett & Dorman<br>865 S. Figueroa Street, Ste. 2900<br>Los Angeles, CA 90017 |
| Robert Brady<br>Young Conway Stargatt & Taylor<br>The Brandywine Bldg. – 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, DE 19899 | Andrew Goldman<br>Wilmer Cutler Pickering Hale & Dorr<br>399 Park Ave.<br>New York, NY 10022 |
| Donald Bernstein<br>David Polk & Wardell<br>450 Lexington Ave.<br>New York, NY 10017 | Mark Collins<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 |
| Daniel Golden<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>New York, NY 10036 | William Bowden<br>Ashby & Geddes<br>500 Delaware Ave., P.O. Box 1150<br>Wilmington, DE 19899 |
| David Adler<br>McCarter & English<br>245 Park Ave.<br>New York, NY 10167 | Katharine Mayer<br>McCarter & English<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801 |
| David Rosner<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019 | Garvan McDaniel<br>Bifferato Gentilotti<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 |

| | |
|---|---|
| Robert Stark | William Sullivan |
| Brown Rudnick | Sullivan Hazeltine Allison |
| Seven Times Square | 4 E. 8th Street, Ste. 400 |
| New York, NY 10036 | Wilmington, DE 19801 |

/s/ James D. Newbold