## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 7862** |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                             : SS.
NEW CASTLE COUNTY   :

       Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 8th day of February, 2011 she caused a copy of the following to be served via e-mail on the attached list as indicated:

*Letter to the Honorable Chief Judge Kevin J. Carey from Benjamin S. Kaminetzky Regarding Discovery Dispute Between DCL Plan Proponents and Aurelius Capital Management, LP* **[Dkt. 7862]**

Robyn K. Sinclair, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 11th day of February, 2011.

Notary Public

CATHY MILLER GREER
Notary Public - State of Delaware
My Comm. Expires Jan. 28, 2013

## Service List

David M. Miles
Donald Flagg
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, D.C. 20005
dmiles@sidley.com
dflagg@sidley.com
jbendern@sidley.com

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew Stein
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019
drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

Elizabeth Goldberg
Leonard Gerson
Christine Heri
Michael Schloss
**U.S. Department of Labor**
P.O. Box 1914
Washington, D.C. 20013
Goldberg.Elizabeth@dol.gov
Gerson.Leonard@dol.gov
Heri.Christine@dol.gov
Schloss.Michael@dol.gov

C. Dana Hobart
James O. Johnston
Joshua Mester
**Hennigan, Bennett & Dorman LLP**
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017
hobartd@hbdlawyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com

Jared A. Ellias

Gordon Z. Novod
Kate Bromberg
Martin Siegel
Andrew Dash
**Brown Rudnick**
Seven Times Square
New York, NY 10036
jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com
adash@brownrudnick.com

Alitia Faccone
Joseph T. Boccassini
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102
afaccone@mccarter.com
jboccassini@mccarter.com

Andrew N. Goldfarb
Graeme W. Bush
James Sottile
**Zuckerman Spaeder LLP**
1800 M Street, NW
Ste 1000
Washington, DC 20036
agoldfarb@zuckerman.com
gbush@zuckerman.com
jsottile@zuckerman.com

Andrew G. Gordon
David W. Brown
Elizabeth McColm
Kira Davis
**Paul, Weiss, Rifkind, Wharton &
Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com
kdavis@paulweiss.com

Andrew W. Hammond
Brian E. Fritz
David Hille
**White & Case LLP**
1155 Avenue of the Americas

| |
|---|
| New York, NY 10036<br>ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton &**<br>**Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>alevy@paulweiss.com |
| Andrew N. Goldman<br>Charles C. Platt<br>Dawn M. Wilson<br>**Wilmer Hale**<br>399 Park Avenue<br> New York, NY 10022<br>andrew.goldman@wilmerhale.com<br>charles.platt@wilmerhale.com<br>dawn.wilson@wilmerhale.com |
| Alexandra K. Nellos<br>David M. LeMay<br>Howard Seife<br>Marc Ashley<br>Thomas McCormack<br>Eric Przybylko<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>anellos@chadbourne.com<br>dlemay@chadbourne.com<br>hseife@chadbourne.com<br>mashley@chadbourne.com<br>tmccormack@chadbourne.com<br>EPrzybylko@chadbourne.com |
| Abid Qureshi<br>Daniel Golden<br>Deborah Newman<br>David Zensky<br>Jason Goldsmith<br>Mitchell Hurley<br>Nancy Chung<br>Sunny Gulati<br>Christine Doniak<br>Brian Carney<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park |

New York, NY 10036
aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com
mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com
bcarney@akingump.com

Brad B. Erens
**Jones Day**
77 West Wacker
Chicago, Illinois 60601
bberens@jonesday.com

Steven M. Bierman
Andrew D. Hart
**Sidley Austin LLP**
787 Seventh Avenue
New York, New York 10019
SBierman@Sidley.com
AHart@Sidley.com

Bryan Krakauer
Colleen M. Kenney
James F. Conlan
James W. Ducayet
Jen Peltz
Dale E. Thomas
Patrick Wackerly
**Sidley Austin LLP**
One South Dearborn
Chicago, Illinois 60603
bkrakaue@sidley.com
ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

David Adler
**McCarter English**
245 Park Avenue
27th Floor
New York, NY 10167
dadler@mccarter.com

Daniel L. Cantor
Daniel Shamah
Bradley Butwin
**O'Melveny & Myers LLP**
7 Times Square
New York, NY 10036
dcantor@omm.com
dshamah@omm.com
bbutwin@omm.com

Evan D. Flaschen
**Bracewell & Giuliani LLP**
225 Asylum Street
Suite 2600
Hartford, CT 06103
evan.flaschen@bgllp.com

Howard J. Kaplan
Johnny Yeh
**Arkin Kaplan Rice LLP**
590 Madison Avenue
35th Floor
New York, NY 10022
hkaplan@arkin-law.com
jyeh@arkin-law.com

Joseph M. Drayton
Jonathan Agudelo
Jane Parver
Madlyn Primoff
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022
jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

Katharine L. Mayer
**McCarter English**
405 N. King Street, 8th Floor
Wilmington, DE 19801
kmayer@mccarter.com

J. Kate Stickles
**Cole, Schotz, Meisel, Forman &
Leonard, P.A.**
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

Kevin T. Lantry
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, California 90013
klantry@sidley.com

Lynn DiPaola Marvin
**Jones Day**
222 East 41st Street
New York, New York  10017
lmarvin@jonesday.com

Laurie Silverstein
R. Stephen McNeill
**Potter Anderson & Corroon LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
lsilverstein@potteranderson.com
rmcneill@potteranderson.com

John Henry Schanne, II
David Stratton
**Pepper Hamilton LLP**
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899
schannej@pepperlaw.com
strattond@pepperlaw.com

Rachel Mauceri
**Morgan, Lewis & Bockius**
1701 Market St.
Philadelphia, PA 19103-2921
rmauceri@morganlewis.com

Menachem Zelmanovitz
**Morgan, Lewis & Bockius**
101 Park Avenue
New York, NY 10178
mzelmanovitz@morganlewis.com

Charles Jackson
Deborah Davidson
Theodore Becker
Matthew A. Russell
James E. Bayles
**Morgan, Lewis & Bockius**
77 West Wacker Dr.
Chicago, IL 60601
Charles.jackson@morganlewis.com
ddavidson@morganlewis.com
tbecker@morganlewis.com
marussell@morganlewis.com
jbayles@morganlewis.com

Beth E. Levine
**Pachulski Stang Ziehl & Jones**
780 Third Avenue
36th Floor
New York, NY 10017
blevine@pszjlaw.com

Brent Truitt
**Hennigan, Bennett & Dorman LLP**
245 Park Avenue
39th Floor
New York, NY 10167
truittb@hbdlawyers.com

William D. Sullivan
Elihu Allinson
**Sullivan Hazeltine Allinson**
4 East 8th Street, Suite 400
Wilmington, DE 19801
zallinson@sha-llc.com
bsullivan@sha-llc.com