**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that, on February 11, 2011, Aurelius Capital Management, LP, by and through its counsel, served the Notice of Rule 30(b)(6) Deposition of JPMorgan, a copy of which is attached as Exhibit A hereto, on the parties on the attached service list via electronic mail:

[Signature Page to Follow]

Dated: February 14, 2011
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*

| Email Address | Attorney |
|---|---|
| jconlan@sidley.com<br>bkrakauer@sidley.com<br>klantry@sidley.com<br>jbendernagel@sidley.com<br>jducayet@sidley.com<br>dmiles@sidley.com<br>pwackerly@sidley.com<br>jpeltz@sidley.com<br>ckenney@sidley.com<br>sbierman@sidley.com<br>dthomas@sidley.com<br>rflagg@sidley.com | James F. Conlan<br>Bryan Krakauer<br>James Bendernagel<br>James W. Ducayet<br>Patrick J. Wackerly<br>Jen Peltz<br>Colleen M. Kenney<br>Dale E. Thomas<br>**Sidley Austin LLP**<br>One South Dearborn Street<br>Chicago, IL 60603<br><br>Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>David M. Miles<br>Ronald S. Flagg<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br><br>Steven M. Bierman<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019 |
| msiegel@brownrudnick.com<br>kbromberg@brownrudnick.com<br>gnovod@ brownrudnick.com<br>jellias@brownrudnick.com | Martin S. Siegel<br>Katherine S. Bromberg<br>G. Novod<br>Jared A. Ellias<br>**Brown Rudnick LLP**<br>Seven Times Square<br>New York, NY 10036 |
| hseife@chadbourne.com<br>dlemay@chadbourne.com<br>mashley@chadbourne.com<br>tmccormack@chadbourne.com | Howard Seife<br>David M. LeMay<br>Marc D. Ashley<br>Thomas J. McCormack<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| gbush@zuckerman.com<br>agoldfarb@zuckerman.com<br>jsottile@zuckerman.com | Graeme Bush<br>Andrew N. Goldfarb<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036-5807 |

{00469456;v1}

| Email Address | Attorney |
|---|---|
| hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com | Dana C. Hobart<br>James O. Johnston<br>Joshua M. Mester<br>**Hennigan Bennett & Dorman**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
| donald.bernstein@davispolk.com<br>elliott.moskowitz@davispolk.com<br>michael.russano@davispolk.com<br>sasha.polonsky@davispolk.com<br>ben.kaminetzky@davispolk.com | Donald S. Bernstein<br>Elliott Moskowitz<br>Michael Russano<br>Sasha Polonsky<br>Benjamin S. Kaminetzky<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 |
| skorpus@kasowitz.com<br>mstein@kasowitz.com<br>drosner@kasowitz.com<br>cmontenegro@kasowitz.com | David S. Rosner<br>Sheron Korpus<br>Matthew B. Stein<br>Christine A. Montenegro<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 |
| dadler@mccarter.com | David Adler<br>**McCarter & English LLP**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 |
| dhille@whitecase.com<br>ahammond@whitecase.com<br>bfritz@whitecase.com | David G. Hille<br>Andrew W. Hammond<br>Brian E. Fritz<br>**White & Case**<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| hkaplan@arkin-law.com<br>jyeh@arkinlaw.com | Howard J. Kaplan<br>Johnny Yeh<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue<br>New York, NY 10022 |
| lsilverstein@potteranderson.com | Laurie Selber Silverstein<br>**Potter Anderson & Carroon LLP**<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801 |

| Email Address | Attorney |
|---|---|
| mprimoff@kayescholer.com<br>jagudelo@kayescholer.com<br>jparver@kayescholer.com<br>jdrayton@kayescholer.com | Madlyn Gleich Primoff<br>Jonathan Agudelo<br>Jane W. Parver<br>Joseph M. Drayton<br>**Kaye Scholer**<br>425 Park Avenue<br>New York, NY 10022-3598 |
| bbutwin@omm.com<br>dcantor@omm.com<br>dshamah@omm.com | Bradley J. Butwin<br>Daniel L. Cantor<br>Daniel S. Shamah<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| schannej@pepperlaw.com<br>strattond@pepperlaw.com | John Henry Schanne<br>David B. Stratton<br>**Pepper Hamilton LLP**<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington Delaware 19899-1709 |
| dbrown@paulweiss.com<br>agordon@paulweiss.com<br>emccolm@paulweiss.com<br>alevy@paulweiss.com | David W. Brown<br>Andrew G. Gordon<br>Elizabeth McColm<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006-1047 |
| dgheiman@jonesday.com<br>bberens@jonesday.com<br>dahall@jonesday.com<br>lmarvin@jonesday.com | David G. Heiman<br>Brad Erens<br>**Jones Day**<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br><br>Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York 10017-6702<br><br>David A. Hall<br>**Jones Day**<br>77 West Wacker<br>Chicago, Illinois 60601-1692 |

| Email Address | Attorney |
|---|---|
| andrew.goldman@wilmerhale.com<br>charles.platt@wilmerhale.com<br>dawn.wilson@wilmerhale.com | Andrew Goldman<br>Charles Platt<br>Dawn Wilson<br>**WilmerHale**<br>399 Park Avenue<br>New York, NY 10022 |
| dgolden@akingump.com<br>dzensky@akingump.com<br>nchung@akingump.com<br>aqureshi@akingump.com<br>djnewman@akingump.com<br>jgoldsmith@akingump.com<br>bcarney@akingump.com<br>cdoniak@akingump.com<br>mhurley@akingump.com<br>sgulati@akingump.com | Daniel H. Golden, Esquire<br>Philip C. Dublin, Esquire<br>Jason Goldsmith<br>Brian Carney<br>Nancy Chung<br>Abid Qureshi<br>Mitchell P. Hurley<br>Deborah Newman<br>Sunny Gulati<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 |

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                              :
                                    :     **Chapter 11 Cases**
                                    :     **Case No. 08-13141 (KJC)**
**TRIBUNE COMPANY, et al.,**        :     **(Jointly Administered)**
                                    :
              **Debtors.**          :
---------------------------------------------------X

## NOTICE OF RULE 30(b)(6) DEPOSITION OF JPMORGAN

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure), and the case management order entered by the Court in the above-captioned case, Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius"), by and through its undersigned attorneys, will take the deposition upon oral examination of a witness or witnesses to be designated by JPMorgan (as defined on Schedule A) who are competent to testify regarding the matters set forth on Schedule A to this deposition notice, at the offices of Akin Gump Strauss Hauer & Feld, LLP, One Bryant Park, New York, New York 10036, on February 18, 2011 at 9:00 a.m Eastern Standard Time and shall be continued from day to day until completed. The deposition shall be taken before a notary public or other officer authorized by law to administer oaths, shall be recorded by stenographic means, and will be videotaped. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure. Aurelius requests that JPMorgan identify, in writing, before February 15, 2011, the person or person(s) who will testify and the matters about which he or she will testify.

1

New York, New York
February 11, 2011

        By: /s/ David M. Zensky
           William P. Bowden (I.D. No. 2553)
           Amanda M. Winfree (I.D. No. 4615)
           Ashby & Geddes, P.A.
           500 Delaware Avenue
           P.O. Box 1150
           Wilmington, DE 19899
           (302) 654-1888

            -and-

           Daniel H. Golden (admitted *pro hac vice*)
           David M. Zensky (admitted *pro hac vice*)
           Abid Qureshi (admitted *pro hac vice*)
           Mitchell Hurley (admitted *pro hac vice*)
           Akin Gump Strauss Hauer & Feld, LLP
           One Bryant Park
           New York, New York 10036
           (212) 872-1000
           *Counsel to Aurelius Capital Management, LP*

## Schedule A

**JPMorgan** means JPMorgan Chase Bank, N.A. and its affiliates.

**Key Person** means Brian L. Greenspun, Sam Zell, Randy Michaels, Mark Shapiro, Maggie Wilderotter, Jeff Berg, Frank Wood, Don Liebentritt, Chandler Bigelow, Nils Larsen, Ed Hartenstein, Betsy D. Holden, William A. Osborn, William Pate, William Niese, M. William Salganick, any entity or entities directly or indirectly controlled by any of them, Warner Brothers Television, Buena Vista Television, Chadbourne & Parke LLC, Sidley Austin LLP and Zuckerman Spaeder LLP.

## TOPICS FOR EXAMINATION

1. JPMorgan's purchase, sale, assignment, or other acquisition or disposition of any economic interest in or tied to Tribune prior to the petition date, including, but not limited to, debt or equity interests, swaps, derivatives, or options.

2. Any analysis, evaluation, and valuation of the LBO-Related Causes of Action and any other causes of action or claims preserved under the Debtor/Committee/Lender Plan or the Noteholder Plan (as those terms are defined in Aurelius's Document Requests).

3. All topics listed in Exhibit A to the Debtors' Notice of Deposition of Aurelius Capital Management, LP, dated January 26, 2011.

4. The projected valuation and capitalization of the Debtors post-bankruptcy, including the Debtors' leverage, liquidity, and pro-forma cap structure.

5. All discussions with the Debtors and/or their counsel respecting the Debtors retaining the authority to settle the LBO-Related Causes of Action (as defined in Aurelius's Document Requests).

6. Any prior, current or prospective business, professional or economic relationship, between JP Morgan and any Key Person, including any matter with respect to which JP Morgan and any Key Person have done or sought to do business with one another (including any commercial, charitable, personal finance or other type of matters) or have been recommended or considered for a position or engagement, at any time within the past five years, provided however that the such relationship shall not include the transactions constituting the LBO itself, or any personal checking, savings, credit card or investment accounts between, on the one hand, JPMorgan, and a Key Person on the other.

7. Whether any JPMorgan Person was a Step One Selling Shareholder (as defined in Aurelius's Document Requests).

8. All JPMorgan Persons who would receive a release of liability in any capacity pursuant to the Proposed LBO Settlement, the Debtor/Committee/Lender Plan or any Other Potential Settlement (as those terms are defined in Aurelius's Document Requests).