**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
|   |   |   |
|---|---|---|
| In re: | : | **Chapter 11 Cases** |
|   | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al,** | : | **(Jointly Administered)** |
|   | : |   |
| Debtors. | : |   |

-------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 10, 2011, Law Debenture Trust Company of New York, by and through its undersigned counsel, caused the (1) Subpoena in a Bankruptcy Case to Gabrielle Davis and (2) Subpoena in a Bankruptcy Case to Craig Yamaoka to be served on the following via Electronic Mail:

David M. Miles
Ronald S. Flagg
dthomas@sidley.com
rflagg@sidley.com
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Kevin T. Lantry
klantry@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Steven M. Bierman
sbierman@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

David Adler
dadler@mccarter.com
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Martin S. Siegel
Katherine S. Bromberg
G. Novod
Jared A. Ellias
msiegel@brownrudnick.com
kbromberg@brownrudnick.com
gnovod@ brownrudnick.com
jellias@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

David G. Hille
Andrew W. Hammond
Brian E. Fritz
dhille@whitecase.com
ahammond@whitecase.com
bfritz@whitecase.com
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

1

James F. Conlan
Bryan Krakauer
James Bendernagel
James W. Ducayet
Patrick J. Wackerly
Jen Peltz
Colleen M. Kenney
Dale E. Thomas
jconlan@sidley.com
blcrakauer@sidley.com
jbendernagel@sidley.com
jducayet@sidley.com
dmiles@sidley.com
pwackerly@sidley.com
jpeltz@sidley.com
ckenney@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Howard Seife
David M. LeMay
Marc D. Ashley
Thomas J. McCormack
hseife@chadbourne.com
dlemay@chadbourne.com
mashley@chadbourne.com
tmccormack@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

David A. Hall
dahall@jonesday.com
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Howard J. Kaplan
Johnny Yeh
hkaplan@arkin-law.com
jyeh@arkinlaw.com
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Graeme Bush
Andrew N. Goldfarb
James Sottile
gbush@zuckerman.com
agoldfarb@zuckerman.com
jsottile@zuckerman.com
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807

Dana C. Hobart
James O. Johnston
Joshua M. Mester
A. Brent Truitt
hobartd@hbdlavvyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
truittb@hbdlawyers.com
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Donald S. Bernstein
Elliott Moskowitz
Michael Russano
Sasha Polonsky
Benjamin S. Kaminetzky
donald.bernstein@davispolk.com
elliott.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonslcy@davispolk.com
ben.kaminetzky@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Laurie Selber Silverstein
lsilverstein@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801
Andrew J. Puglia Levy
alevy@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
2001 K Street, NW
Washington, DC 20006-1047

Madlyn Gleich Primoff
Jonathan Agudelo
Jane W. Parver
Joseph M. Drayton
mprimoff@kayescholer.com
jagudelo@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
bbutwin@omm.com
dcantor@omm.com
dshamah@omm.com
O'Melveny & Myers LLP
Times Square Tower 7 Times Square
New York, NY 10036

John Henry Schanne
David B. Stratton
schannej@pepperlaw.com
strattond@pepperlaw.com
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington Delaware 19899-1709

Lynn DiPaola Marvin
lmarvin@jonesday.com
Jones Day
222 East 41st Street
New York, New York 10017-6702

David W. Brown
Andrew G. Gordon
Elizabeth McColm
dbrown@paulweiss.com
agordon@paulweiss.com
emccolm@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

David G. Heiman
Brad Erens
dgheiman@jonesday.com
bberens@jonesday.com
Jones Day North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Andrew Goldman
Charles Platt
Dawn Wilson
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com
dawn.wilson@wilmerhale.com
WilmerHale
399 Park Avenue
New York, NY 10022

Menachem O. Zelmanovits
mzelmanovitz@morganlewis.com
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Rachel Jaffee Mauceri
rmauceri@morganlewis.com
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921

Gregory P. Abrams
James E. Bayles, Jr.
Matthew A. Russell
gabrams@morganlewis.com
jbayles@morganlewis.com
marussell@morganlewis.com
Morgan Lewis & Bockius LLP
77 West Wacker Dr.
Chicago, IL 60601-5094

Daniel H. Golden

David M. Zensky

Jason Goldsmith

Brian Carney

Nancy Chung

Abid Qureshi

Mitchell P. Hurley

Deborah Newman

Sunny Gulati

dgolden@akingump.com

dzensky@akingump.com

nchung@akingump.com

aqureshi@akingump.com

djnewman@akingump.com

jgoldsmith@akingump.com

bcarney@akingump.com

cdoniak@akingump.com

mhurley@akingump.com

sgulati@akingump.com

Akin Gump Strauss Hauer & Feld LLP

One Bryant Park

New York, NY 10036

Dated: Wilmington, Delaware
          February 14, 2011

As to Subpoena to Gabrielle Davis Only

Henry J. Ricardo

hricardo@deweyleboeuf.com

Dewey LeBouef LLP

1301 Avenue of the Americas

New York, NY 10019-6092

As to Subpoena to Craig Yamaoka Only

Frank Anderson

Anderson.frank@pbgc.com

Office of the Chief Counsel (22500)

Pension Benefit Guaranty Corporation

1200 K Street, NW.

Washington, DC 20005-4026

By: /s/ *Garvan F. McDaniel*

**BIFFERATO GENTILOTTI LLC**

Garvan F. McDaniel (No. 4167)

800 N. King Street, Plaza Level

Wilmington, Delaware 19801

Tel: (302) 429-1900

Fax: (302) 429-8600

– and –

David S. Rosner

Andrew K. Glenn

Sheron Korpus

**KASOWITZ BENSON TORRES & FRIEDMAN LLP**

1633 Broadway

New York, NY 10019

Tel: (212) 506-1700

Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*