# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF THERESE KING NOHOS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Therese King Nohos, Esquire of Dewey & LeBoeuf LLP, Two Prudential Plaza, Suite 3700, 180 North Stetson Avenue, Chicago, Illinois 60601 to represent Daniel Kazan in the above-referenced bankruptcy cases.

Dated:  February 14, 2011
           Wilmington, Delaware

**POLSINELLI SHUGHART PC**

  /s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

Counsel for Daniel Kazan

1923632.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois, United States District Court for the Northern District of Illinois, and the 7th, Circuit for the United States Court of Appeals, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

                                           */s/ Therese King Nohos*
                                           Therese King Nohos, Esq.
                                           **Dewey & LeBoeuf LLP**
                                           Two Prudential Plaza
                                           Suite 3700
                                           180 North Stetson Avenue
                                           Chicago, Illinois 60601
                                           Telephone: (312) 794-8027
                                           Facsimile: (312) 794-8100
                                           tnohos@dl.com

Dated: February 14, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: February ___, 2011

                                           The Honorable Kevin J. Carey
                                           United States Bankruptcy Judge