**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that Alan Salpeter, Esq. and Therese King Nohos, Esq. of Dewey & LeBoeuf LLP and Christopher A. Ward, Esq. and Shanti Katona, Esq. of POLSINELLI SHUGHART PC hereby enter their appearances on behalf of Daniel Kazan in the above-captioned case. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the attorneys listed below hereby request that all notices given or required to be given in the above-captioned Chapter 11 case be given to and served upon them at the addresses set forth below.

| | |
|---|---|
| Christopher A. Ward, Esq.<br>Shanti M. Katona, Esq.<br>**POLSINELLI SHUGHART PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>(302) 252-0920 (Telephone)<br>(302) 252-0921 (Facsimile)<br>cward@polsinelli.com<br>skatona@polsinelli.com | Alan Salpeter, Esq.<br>Therese King Nohos, Esq.<br>**Dewey & LeBoeuf LLP**<br>Two Prudential Plaza<br>Suite 3700<br>180 North Stetson Avenue<br>Chicago, Illinois 60601<br>(312) 794-8000 (Telephone)<br>(312) 794-8100 (Facsimile)<br>asalpeter@dl.com<br>tnohos@dl.com |

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive Daniel Kazan's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case,

controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to make any objection that may be made to jurisdiction of the Court; (v) right to have an attorney accept service of process or of a pleading or other paper initiating a contested matter; or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which Daniel Kazan is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 14, 2011
Wilmington, Delaware

**POLSINELLI SHUGHART PC**

　　_/s/  Shanti M. Katona_
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware  19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)
cward@polsinelli.com
skatona@polsinelli.com

- and -

Alan Salpeter, Esq.
Therese King Nohos, Esq.
Dewey & LeBoeuf LLP
Two Prudential Plaza
Suite 3700
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 794-8000 (Telephone)
(312) 794-8100 (Facsimile)
asalpeter@dl.com
tnohos@dl.com

Counsel to Daniel Kazan

## CERTIFICATE OF SERVICE

I, Shanti M. Katona, Esq., of Polsinelli Shughart PC, hereby certify that on the 14th day of February, 2011, I caused to be served a copy of the **Notice of Appearance and Request for Notices** upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

                                           */s/ Shanti M. Katona*
                                           Shanti M. Katona (Del. Bar No. 5352)