```
                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE

IN RE:                         )   Chapter 11
                               )
                               )
TRIBUNE COMPANY, et al.,       )   Case No. 08-13141 (KJC)
                               )
                               )   Jointly Administered
                               )   Related to Docket #7812
                               )
           Debtors.            )   Courtroom 5
                               )   824 Market Street
                               )   Wilmington, Delaware
                               )
                               )   February 8, 2011
                               )   11:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtor:                 Sidley Austin, LLP
                            BY:  JAMES BENDERNAGEL, ESQ.
                            BY:  KEVIN LANTRY, ESQ.
                            BY:  COLLEEN KENNEY, ESQ.
                            BY:  KENNETH KANSA, ESQ.
                            One South Dearborn
                            Chicago, IL  60603
                            (213) 896-6022

                            Cole, Schotz, Meisel, Forman &
                            Leonard, PA
                            BY:  NORMAN PERNICK, ESQ.
                            1000 North West Street
                            Suite 1200
                            Wilmington, DE  19801
                            (302) 652-3131

ECRO:                       AL LUGANO

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1   APPEARANCES:
     (Continued)
 2
     For The Creditors Committee:  Landis Rath & Cobb
 3                                 BY:  DANIEL B. RATH, ESQ.
                                   919 Market Street Suite 1800
 4                                 P.O. Box 2087
                                   Wilmington, DE 19899
 5                                 (302) 467-4400

 6                                 Chadbourne & Parke LLP
                                   BY:  DAVID LEMAY, ESQ.
 7                                 BY:  THOMAS MCCORMACK, ESQ.
                                   BY:  ROBERT SCHWINGER, ESQ.
 8                                 30 Rockefeller Plaza
                                   New York, NY 10112
 9                                 (212) 408-5100

10   For JP Morgan Chase:          Richards Layton & Finger
                                   BY:  ROBERT J. STEARN, JR., ESQ.
11                                 One Rodney King Square
                                   920 North King Street
12                                 Wilmington, DE 19801
                                   (302) 651-7612
13
                                   Davis Polk & Wardwell
14                                 BY:  BENJAMIN KAMINETZKY, ESQ.
                                   BY:  KAREN LUFTGLASS, ESQ.
15                                 450 Lexington Avenue
                                   New York, NY 10017
16                                 (212) 450-4000

17   For Merrill Lynch:            Potter Anderson & Corroon LLP
                                   BY: LAURIE SELBER SILVERSTEIN
18                                 Hercules Plaza
                                   1313 North Market Street
19                                 6th Floor
                                   Wilmington, DE 19801
20                                 (302) 984-6000

21                                 Kaye Scholer, LLP
                                   BY:  JOSEPH DRAYTON, ESQ.
22                                 425 Park Avenue
                                   New York, NY  10022-3598
23                                 (212) 836-7042

24   For Wilmington Trust:         Brown Rudnick
                                   BY:  WILLIAM A. HAZELTINE, ESQ.
25                                 BY:  GORDON Z. NOVOD, ESQ.
                                   BY:  MARTIN SIEGEL, ESQ.
                                   Seven Times Square
                                   New York, NY 10036
                                   (212) 209-4800
```

```
 1   APPEARANCES:
     (Continued)
 2
     For DBTCA:                    McCarter & English LLP
 3                                 BY:  DAVID ADLER, ESQ.
                                   BY:  KATHARINE MAYER, ESQ.
 4                                 245 Park Avenue
                                   27th Floor
 5                                 New York, NY 10167
                                   (212) 609-6800
 6
     For Barclays Bank:            Edwards Angell Palmer & Dodge
 7                                 BY:  MICHELLE MARINO, ESQ.
                                   919 North Market Street
 8                                 15th Floor
                                   Wilmington, DE 19801
 9                                 (302) 777-7770

10   For Aurelius Capital          Ashby & Geddes, P.A.
     Management LP:                BY:  WILLIAM P. BOWDEN, ESQ.
11                                 BY:  AMANDA M. WINFREE, ESQ.
                                   500 Delaware Avenue
12                                 P.O. Box 1150
                                   Wilmington, DE 19899-1150
13                                 (302) 654-1888

14                                 Akin Gump Strauss Hauer & Feld
                                   BY:  MITCH HURLEY, ESQ.
15                                 BY:  DAVID M. ZENSKY, ESQ.
                                   BY:  ABID QURESHI, ESQ.
16                                 One Bryant Park
                                   New York, NY 10036
17                                 (212) 872-1000

18   For Credit Agreement          Young Conaway Stargatt & Taylor
     Lenders:                      BY:  ROBERT BRADY, ESQ.
19                                 The Brandywine Building
                                   1000 West Street 17th Floor
20                                 P.O. Box 391
                                   Wilmington, DE 19801
21                                 (302) 571-6600

22                                 Dewey & LeBoeuf
                                   BY:  JAMES JOHNSTON, ESQ.
23                                 333 South Grand Avenue
                                   Suite 2600
24                                 Los Angeles, CA  90071
                                   (213) 621-6000

25
```

```
 1   APPEARANCES:
     (Continued)
 2
     For Wells Fargo              Fox Rothschild LLP
 3   As Bridge Agent:             BY:  ERIC SUTTY, ESQ.
                                  Citizens Bank Center
 4                                919 North Market Street
                                  Suite 1300
 5                                P.O. Box 2323
                                  Wilmington, DE 19899-2323
 6                                (302) 654-7444

 7                                White & Case LLP
                                  BY:  SCOTT GREISSMAN, ESQ.
 8                                1155 Avenue of the Americas
                                  New York, NY 10036-2787
 9                                (212) 819-8200

10   For Law Debenture:           Bifferato Gentilotti
                                  BY:  GARVAN F. MCDANIEL, ESQ.
11                                800 North King Street
                                  Plaza Level
12                                Wilmington, DE 19801
                                  (302) 429-1900
13
                                  Kasowitz Benson Torres &
14                                Friedman LLP
                                  BY:  SHERON KORPUS, ESQ.
15                                BY:  MATTHEW STEIN, ESQ.
                                  1633 Broadway
16                                New York, NY 10019
                                  (212) 506-1700
17
     For Morgan Stanley:          Barnes & Thornburg
18                                BY:  DAVID POWLEN, ESQ.
                                  1000 North West St., Suite 1200
19                                Wilmington, DE  19801-1058
                                  (302) 888-4536
20
     For Great Banc:              Womble, Carlyle, Sandridge &
21                                Rice
                                  BY:  THOMAS HORAN, ESQUIRE
22                                222 Delaware Avenue
                                  Suite 1501
23                                Wilmington, DE  19801
                                  (302) 252-4320
24
     For the Special Committee:   Jones Day
25                                BY:  FREDERICK SHERMAN, ESQ.
                                  BY:  LYNN MARVIN, ESQ.
                                  222 East 41st Street
                                  New York, NY  10017
                                  (212) 326-3939
```

1   APPEARANCES:
    (Continued)
2
    For U.S. Trustee:            Office of the U.S. Trustee
3                                BY:   DAVID KLAUDER, ESQ.
                                 844 King Street, Suite 2201
4                                Wilmington, DE   19801
                                 (302) 573-6491
5
    TELEPHONIC APPEARANCES:
6
    For Debtor:                  Tribune Company
7                                BY:   DAVID ELDERSVELD
                                 BY:   MICHAEL D. O'NEAL
8                                BY:   DONALD LIEBENTRITT
                                 BY:   GARY WEITMAN
9                                (312) 853-7778

10                               Sidley Austin
                                 BY:   JAMES DUCAYET, ESQ.
11                               BY:   JESSICA BOELTER, ESQ.
                                 BY:   JILLIAN LUDWIG, ESQ.
12                               BY:   CANDACE KLINE, ESQ.
                                 BY:   DAVID MILES, ESQ.
13                               BY:   BRIAN KRAKAUER, ESQ.
                                 (312) 853-7030
14
    For Bank of America:         O'Melveny & Myers
15                               BY:   DANIEL CANTOR, ESQ.
                                 (212) 326-2000
16                               BY:   DANIEL S. SHAMAH, ESQ.
                                 (212) 326-2138
17
                                 Bank of America
18                               BY:   ESTHER CHUNG
                                 (646) 855-6705
19
    For Wilmington Trust         Brown Rudnick, LLP
20  Company:                     BY:   JARED ELLIAS, ESQ.
                                 (212)209-4889
21                               BY:   KATHERINE BROMBERG, ESQ.
                                 (212)209-4929
22
    For EGI-TRB LLC:             Jenner & Block LLP
23                               BY:   ANDREW VAIL, ESQ.
                                 (312) 840-8688
24
    For Citigroup:               Paul Weiss Rifkind Wharton &
25                               Garrison LLP
                                 BY:   ANDREW LEVY, ESQ.
                                 BY:   KIRA DAVIS, ESQ.
                                 BY:   ANDREW GORDON, ESQ.
                                 (212) 373-3543

```
 1  TELEPHONIC APPEARANCES:
    (Continued)
 2
    For JP Morgan Chase Bank:    BY:  KEVIN C. KELLEY
 3                               (212) 648-0427

 4  For Barclays:                Mayer Brown LLP
                                 BY:  MICHAEL L. SIMES, ESQ.
 5                               BY:  AMIT K. TREHAN, ESQ.
                                 BY:  JEAN-MARIE ATAMIAN, ESQ.
 6                               (212) 506-2607

 7  For Kramer Levin:            BY:  DAVID E. BLABEY, JR., ESQ.
                                 (212) 715-9100
 8
    For SuttonBrook Capital      BY:  CAROL L. BALE
 9  Management:                  (212) 588-6640

10  For David & Kempner:         DK Partners
                                 BY:  EPHRAIM DIAMOND
11                               (646) 282-5841

12  For Aurelius Capital         Akin Gump Strauss Hauer & Feld
    Management:                  BY:  PHILLIP DUBLIN, ESQ.
13                               BY:  DANIEL H. GOLDEN, ESQ.
                                 BY:  KRISTINA WESCH, ESQ.
14                               (212) 872-1000

15                               Aurelius Capital Management
                                 BY:  MATTHEW ZLOTO, ESQ.
16                               (646) 445-6518

17                               The Lerman Senter
                                 BY:  MEREDITH S. SENTER, ESQ.
18                               (202)416-6762

19                               Friedman Kaplan Seller & Adelman
                                 BY:  KIZZY L. JARASHOW, ESQ.
20                               (212)833-1115

21  For Oaktree Capital          Hennigan, Bennett & Dorman, LLP
    Management:                  BY:  BRUCE BENNETT, ESQ.
22                               (213) 694-1012

23  For George Dougherty:        Grippo & Elden, LLC
                                 BY:  GEORGE DOUGHERTY
24                               (312) 719-8723

25  For Great Banc Trust:        Morgan Lewis & Bockius LLP
                                 BY:  RACHEL MAUCERI, ESQ.
                                 (215) 963-5000
```

```
1   TELEPHONIC APPEARANCES:
    (Continued)
2
    For EOS Partners:            BY:  MIKE J. SCHOTT
3                                (212) 593-4046

4   For The Official Committee   Chadbourne & Parke LLP
    of Unsecured Creditors:      BY:  DOUGLAS DEUTSCH, ESQ.
5                                BY:  HOWARD SEIFE, ESQ.
                                 BY:  DAVID LEMAY, ESQ.
6                                BY:  MARC ROITMAN, ESQ.
                                 (212) 408-5169
7
    For Katten Muchin Rosenman:  BY:  JOHN SIEGER, ESQ.
8                                BY:  ANDREW L. WOOL, ESQ.
                                 (312) 902-5294
9
    For Deutsche Bank:           McCarter & English
10                               BY:  DAVID J. ADLER, ESQ.
                                 (212)609-6800
11
    For Special Committee of the Jones Day
12  Board of Directors:          BY:  ALAN M. RABINOWITZ, ESQ.
                                 (312)269-4050
13
    For Credit Agreement Lenders: Hennigan, Bennett & Dorman, LLP
14                               BY:  JOSHUA M. MESTER, ESQ.
                                 (213) 694-1103
15
    For Committee of             Zuckerman Spaeder, LLP
16  Unsecured Creditors:         BY:  GRAEM BUSH, ESQ.
                                 BY:  ANDREW GOLDFARB, ESQ.
17                               (2020 778-1800

18  For Morgan Stanley:          Weil Gotshal & Manges, LLP
                                 BY:  ANDREA SAAVEDRA, ESQ.
19                               BY:  ASHISH D. GANDHI, ESQ.
                                 BY:  DAVID LITVACK, ESQ.
20                               (212)310-8024

21  For Wells Fargo:             White & Case, LLP
                                 BY:  SCOTT GREISSMAN, ESQ.
22                               (212)819-8567

23  For Schulte, Roth & Zabel:   Schulte, Roth & Zabel
                                 BY:  TAE KIM
24                               (212) 756-2586

25
```

```
1    TELEPHONIC APPEARANCES:
     (Continued)
2

3    For Goldman Sachs & Co.:      Goldman Sachs & Co.
                                   BY:  SCOTT BYNUM, ESQ.
4                                  (212) 902-8060

5    For Buena Vista Television:   Dewey & LeBoeuf, LLP
                                   BY:  MATTHEW OXMAN, ESQ.
6                                  BY:  HENRY RICARDO, ESQ.
                                   (212) 259-8000
7
     For William A. Niese:         Teitelbaum & Baskin
8                                  BY:  JAY TEITELBAUM, ESQ.
                                   (914) 437-7670
9
     For Emerson Tucker:           Emerson Tucker-Inmate
10                                 BY:  EMERSON TUCKER
                                   (312) 853-7523
11
     For Chandler Bigelow:         Sperling & Slater
12                                 BY:  Clarie P. Murphy, ESQ.
                                   (312) 641-3200
13
     For Merrill Lynch:            Kaye Scholer, LLP
14                                 BY:  MADLYN G. PRIMOFF, ESQ.
                                   (212) 836-7042
15

16

17

18

19

20

21

22

23

24

25
```

1  WILMINGTON, DELAWARE, TUESDAY, FEBRUARY 8, 2011, 11:09 A.M.

2            THE CLERK:  Please be seated.

3            THE COURT:  Good morning, everyone.

4            ALL:  Good morning, Your Honor.

5            MR. PERNICK:  Your Honor, Norman Pernick on

6  behalf of the debtor, Tribune.

7            I'll walk through the details with the Court in a

8  moment because I probably have a couple of further updates

9  that the Court doesn't have that are last minute

10  developments.  But as the Court can see from the agenda,

11  many of the issues for today have been resolved.

12

13            In addition, the Court may have seen that we

14  resolved another large issue in the case as we move towards

15  the March 7 confirmation hearing.  The mediator, Judge Gross

16  filed his third report reflecting a bridge settlement and

17  they now accept the debtor, committee, lender plan.

18            THE COURT:  Okay.

19            MR PERNICK:  I believe that was filed on Friday.

20            THE COURT:  I have not seen that.  Is there a

21  docket number?

22            MR PERNICK:  Your Honor, I can get -- actually,

23  hold on, I have it right here.  It's Docket Number 7656 file

24  on January 28.

25            THE COURT:  Thank you.

1        MR PERNICK:  And the bridge plan was actually

2  withdrawn yesterday and the related discovery requests were

3  withdrawn for that reason.  So we now have two competing

4  plans going forward for the confirmation hearing.

5        Your Honor, if I can take the Court's time I'll

6  just -- let me run through where we are just to make sure

7  that we're both on the same page.

8        THE COURT:  Go ahead.

9        MR PERNICK:  I have as withdrawn Item No. 1 which

10  is the Sprint Nextel motion to amend the schedules.

11

12        Then I have as adjourned No. 2, the tenth omnibus

13  objection with respect to GE Capital Fleet Services and

14  Robby Wells, that's till March 1.

15        No. 3, the twenty-fourth omnibus objection with

16  respect to Marbury von Briesen and Herbert Eye.  Those are

17  to March 1.  And Terry Godbey, that's to the May 25 hearing.

18        No. 4, the twenty-seventh omnibus objection with

19  respect to Marcia Willette, that's to the March 1 hearing.

20        No. 5, the thirty-third omnibus objection with

21  respect to Albert Togut, the Chapter 7 Trustee of PLVTZ,

22  Inc., and the City of Chicago.  Those are both to March 1.

23        And No. 6, the thirty-fourth omnibus objection

24  with respect to EMC, that's to March 1 also.

25

1    Then the Court was kind enough to enter orders on

2    Item No. 7 which is the Campbell and Levine retention.

3    No. 8, the stipulation regarding the use of the

4    examiner's report.

5    No. 9, the thirty-seventh omnibus objection.

6    No. 10, the thirty-eighth omnibus objection.

7    No. 11, the motion for an entry of Section 502(d)

8    order.

9    No. 13, Aurelius' motion to compel versus JP

10    Morgan Chase.

11    And No. 16, Law Debenture's motion to compel

12    versus Angelo Gordon in part.  There will be another part of

13    that is down a little bit later.

14    I have as either certification of counsel or

15    resolved No. 14, the noteholders' motion to compel regarding

16    the crime of fraud exception.  No. 16, Law Debenture's

17    motion to compel versus Angelo Gordon, the second part of

18    that.  And No. 18, Law Debenture's letter from Sheron Korpus

19    except with respect to the Niese issue and I understand that

20    Mr. Korpus will speak to the Court a little bit later just

21    explaining a little bit more detail on that.

22    That leave us with Item No. 12 was going forward

23    this morning.  That's the thirty-sixth omnibus objection.

1  We just had a conversation prior to the hearing with Mr.

2  Tucker's social worker and apparently he's in the hospital.

3            THE COURT:  I received a letter which I saw

4  literally just moments ago handwritten from Mr. Tucker

5  indicating that he has a procedure that has been scheduled

6  and rescheduled and ended up being rescheduled for today.

7  He asks that we defer his matter to a time when he's able to

8  participate.  So I would suggest pushing that over to March

9  1 as well.

10           MR PERNICK:  Will do, Your Honor.  We'll get a

11 notice to Mr. Tucker on that.

12

13           THE COURT:  All right.

14           MR PERNICK:  No. 15, I have as going forward.

15 That's Law Debenture's motion to compel versus Merrill

16 Lynch.

17           No. 16, Law Debenture's motion to compel versus,

18 Angelo Gordon, et cetera, that's in part.

19           No. 17, relating to the noteholders' letter from

20 Mitchell Hurley to the Court.

21           And then I'm going to take a few of these

22 together, No. 19 which is the debtors' letter from James

23 Bendernagel, No. 20 -- I believe these all have to do with

24 attorney depositions, Your Honor.  No. 21 which is the

25 committees' letter from Thomas McCormack versus Aurelius.

1  No. 22, JP Morgan Chase's letter from Benjamin Kaminetzky.

2  And No. 23, the Oaktree Angelo Gordon letter from James

3  Johnson.  I believe those are all going forward only as a

4  status conference today.

5        And that leaves us with No. 20 which is the joint

6  motion for an order clarifying the CMO.  I believe that's on

7  page briefing -- pages for the briefs.

8        And No. 24 which was just put on the agenda I

9  think last night or this morning, a noteholder letter from

10  David Zensky.  I think that's a status conference only, too,

11  Your Honor.

12        So unless the Court prefers, we could probably

13  proceed -- so that would leave us with I believe -- oh, I'm

14  sorry.  Mr. Bendernagel just told me that No. 18, Law

15  Debenture's letter from Mr. Korpus is actually all -- none

16  of it is going forward today.

17

18        THE COURT:  Okay.

19        MR PERNICK:  So I think unless the Court prefers

20  a different order, we can probably just start -- actually,

21  maybe we should start with the status conferences on 19, 21,

22  22, and 23 and then we come back to the matters that are

23  going forward starting with 15.

24        THE COURT:  That's fine.  Before we do that

25  though, obviously, the parties have been talking and

1  continue to talk.  Is there anyone here on a matter that

2  thinks they need a little more time now?

3         MR. KORPUS:  Your Honor, Sheron Korpus of

4  Kasowitz Benson for Law Debenture.

5         We don't need more time, but just was we do

6  scheduling, I just want to let the Court know that with

7  respect to Items 15 and 16, the motion of Law Debenture with

8  respect to Merrill Lynch and with respect to Oaktree and

9  Angelo Gordon, we have resolved most issues except for one

10  issue on each one of those.  And if we could just have them

11  adjourned for the next available day, we'll continue to talk

12  and hopefully resolve it at that time.

13

14         THE COURT:  That would be March 1.

15         MR. KORPUS:  That would be fine, Your Honor.

16         UNKNOWN SPEAKER:  That's after discovery.

17         UNKNOWN SPEAKER:  After discovery cutoff.

18         MR. KORPUS:  All right, right.

19         THE COURT:  Okay.  Well bear with me for a moment

20  then.

21         MR. KORPUS:  And we can deal with it

22  telephonically, too, if there's any need, Your Honor.

23         THE COURT:  Well, I'm thinking February 15.

24         MR. KORPUS:  That will be fine, Your Honor.

25         THE COURT:  10:00.

1       MR. KORPUS:  Was it in person or by telephone?

2       THE COURT:  No, let's -- it depends, I guess.

3       MR. KORPUS:  That's fine, Your Honor.

4       THE COURT:  All right.

5       MR. KORPUS:  I am hoping to resolve it by then.

6       THE COURT:  Okay, thank you.  So nothing to be

7  heard in 15 or 16 today?

8       MR. KORPUS:  That's correct, Your Honor.

9       THE COURT:  Okay.  Anyone else think a little

10  more time would be useful here?

11              (No audible response heard.)

12      THE COURT:  Okay.  I hear no further response.

13  Mr. Pernick, we'll proceed as you suggest then.

14      MR. BENDERNAGEL:  Your Honor, Jim Bendernagel.

15  And let me start where Mr. Pernick left off with respect to

16  19, 21, 22 and 23 or whatever the numbers were that relate

17  to this whole question of attorney depositions.

18      I believe you go a letter last night from Mr.

19  Zensky where Mr. Zensky made a proposal with respect to how

20  to deal -- how he would like to move forward with these

21  proceedings.  And as I understand that letter, what he was

22  suggesting was that for the present time, the noteholders

23  would wish to move forward with the depositions of the two

24  counsel for the committee, but that they would defer until a

1    later date and maybe never, the depositions of Mr.

2    Bernstein, Mr. Bennett, Mr. Conlan, and Mr. Teitelbaum.

3              And he explains in his letter, his rational for

4    doing that.  And I think I can summarize it that they are

5    taking the depositions of business people with respect to

6    the debtors, JP Morgan, Oaktree, Angelo Gordon, and Mr.

7    Teitelbaum's client and that that may be sufficient and they

8    may not have to get the lawyers, whereas they view the

9    situation with the committee somewhat differently.

10             To the extent that you're amenable to moving in

11   that direction, I suppose that really does suggest that the

12   real issue for today is between the noteholders and the

13   committee.  We continue to stand by our position as

14   articulated in our letter from last week.  We don't think

15   these types of depositions are appropriate in these

16   circumstances, but of course, one of the arguments we made

17   in that regard was that we are putting forward Mr.

18   Liebentritt and Mr. Kurtz with respect to the negotiations

19   and to consequence under the first prong of the *Shelton*

20   standard.  They haven't demonstrated that they really need

21   this particular individual as opposed to those other

22   individuals which is a defense in and of itself.

23             There are two other prongs of the *Shelton* case

24   that we don't think that they meet either, but since they

25

1    don't seem intent on moving forward with Mr. Conlan at this

2    juncture, it seems I ought to step aside and let the

3    committee and the noteholders talk about this issue.

4               THE COURT:  Okay.

5               MR. QURESHI:  Your Honor, good morning.  For the

6    record Abid Qureshi, Akin, Gump, Strauss, Hauer & Feld on

7    behalf of Aurelius Capital.

8               Very briefly before I cede the podium to the

9    committee.  Mr. Bendernagel, I think correctly described the

10   letter Your Honor received from my partner, Mr. Zensky last

11   night.  It is our position that for the moment we stand down

12   with respect to all of the attorney depositions, except

13   those of the creditors' committee.

14

15               So I'll turn it over to the committee counsel.

16               THE COURT:  Thank you.

17               MR. MCCORMACK:  Good morning, Your Honor.  Tom

18   McCormack from Chadbourne on behalf of the committee.

19               And we do, in fact, oppose the depositions of Mr.

20   Seiffe and Mr. Bush, thinking they are inappropriate.  Let

21   me give you several reasons why we think that is the case.

22               First of all, I have read all of those cases, the

23   *Shelton* case and its progeny.  And, of course, the *Shelton*

24   case has the three prongs, but there's no other means to

25   obtain the information.  That the information that they seek

1  is not privileged or would do harm to the privilege.  And

2  that the information is crucial to the preparation of the

3  case.

4         If you read all the cases, what you find out is

5  Court's don't like it.  And the opportunity to depose

6  opposing counsel is granted only sparingly.  There was a

7  good quote that I'll to you from a Bankruptcy Judge in

8  Georgia who was facing this issue, Judge Dallas.  And he

9  said deposition of opposing counsel "disrupt the adversarial

10  system, lower the standards of the profession, add to the

11  time and cost of litigation, and detract from the quality of

12  client representation.  These negative effects can be

13  justified only in limited circumstance."  That was Judge

14  Dallas in the *Douglas Asphalt* case *436 Bankruptcy Reporter*

15  *246.*  Citing for *Shelton* with approval.

16

17         Let me talk about some facts for a moment.

18  What's going on here?  So far, Aurelius has taken a few

19  depositions in this scenario as far as I can tell, maybe

20  three, I think two.  All of the LBL related witness -- all

21  of LBL related witnesses.  They haven't really focused in

22  yet on the negotiation sessions, but here's what they've got

23  on the line up, all right?  They're going to take the

24  deposition of Don Liebentritt who's the chief restructuring

25  officer of Tribune.  They're going to take the deposition of

1  Mark Shapiro from the debtors who's the chairman of the

2  special committee or I should say the chairman of the

3  special committee of the debtors' board.   David Kurtz who's

4  the debtors' financial advisor.   They're going to take all

5  of those depositions.   They haven't taken them yet.   They're

6  going to take the deposition of Maryanne Kunis [ph] who is

7  the JP Morgan representative on the committee and also co-

8  chair of the committee and also obviously involved with JP

9  Morgan.   They haven't taken her depositions.   They're going

10 to take the deposition of Bruce Karsh, one of the key

11 principals of Oaktree.   They're going to take the deposition

12 of Ken Moran, a principal of Oaktree.   None of them have

13 been taken yet.   They're going to take the deposition of

14 Gavin Vieira [ph] from Angelo Gordon.   They're going to take

15 the deposition of Tom Fuller from Angelo Gordon.   None of

16 them have been taken yet.

17        They didn't just take the depositions of other

18 people, they've also got plans to take a lot of depositions

19 of committee people as well.   You saw today that there's

20 lots of activity and document production requests and

21 subpoenas being directed at committee members.   But who's

22 already been noticed for deposition from the committee,

23 Wayne Smith.   Wayne Smith is the co-chair of the committee

24 along with Ms. Kunis from JP Morgan who they're going to

25

1    take.  They're going to take Wayne Smith, he's from Warner

2    Brothers.  They haven't taken his deposition yet.  They just

3    noticed yesterday, Bill Niese, another member of the

4    committee.  He's a representative of certain retirees.  They

5    haven't taken his deposition yet.  They're going to take Fin

6    Carlson for the committee, Kunis who's the financial advisor

7    for the committee.  They haven't take his deposition yet.

8    And they've also indicated that they may take the deposition

9    of Bill Siganic [ph], another member of the committee who is

10   on the Washington/Baltimore Guild and represents that guild

11   on the committee.

12

13        So they have lots of witnesses that they have

14   listed to talk about and to look at with regard to the

15   settlement negotiations.  That's what we're talking about,

16   the settlement negotiations involving all of the parties.

17        Now in addition to that, the other thing you

18   should keep in mind is we've been doing lots of homework

19   responding to Aurelius' immensely broad discovery requests,

20   in addition to everything I just laid out here.  So for

21   instance, all of the co-proponents in the last month or so

22   have produced 1,800,000 pages of documents to Aurelius and

23   its allies with regard to the negotiation and settlement

24   process, 1,800,000 pages.  The committee, its counsel, its

25   members, their counsel, the financial advisor and committee

1  all been subpoenaed.  We produced 320,000 pages of documents

2  in the last month.

3          So this notion that they have to take Mr.

4  Seiffe's deposition and Mr. Bush's deposition because it's

5  to use the language of the cases because they -- there's no

6  other means to obtain the information is not supportable

7  said most generously.

8          The other thing to keep in mind, of course, is

9  that Mr. Seiffe and Mr. Bush are lawyers and under the

10 *Shelton* decision you -- one of the reasons the Court's are

11 so hesitant to make lawyers be deposed is because so much of

12 what they know is privileged and that's certainly true here.

13

14          And finally, they say, I suppose, that they meet

15 the *Shelton* requirements because it's critical to the case.

16 Well, I had some kind of fun with this because what I did is

17 I looked at the emails that they attached to their letter to

18 you.  And I just want to give you some examples.  Here is an

19 email that was attached to their letter to suggest that this

20 is the reason why they need to take the lawyer's

21 depositions.  Here's an email dated August 11, 2010.  It's

22 from Howard Seiffe to Don Bernstein.  And it says are you

23 free for a call?  That's one of the emails they cite.

24 Here's another email that they cite.  This is one dated

25 Sunday, August 15, 2010 from James Conlan to Howard Seiffe

1  in which he -- or it starts actually with an email from Mr.

2  Seiffe to Mr. Conlan that says it's been awfully quiet.

3  Where do we stand?  Shall we talk?  And Mr. Conlan responds

4  with his phone number, 312-927 -- I won't give the rest of

5  it.

6              (Laughter)

7              MR. MCCORMACK:  And hopefully, he'll appreciate

8  that.

9              All right, that's the second and here's the third

10  that's in their list of emails.  It's from Howard Seiffe to

11  James Conlan on August 23.  It says Jim, I'd like to set up

12  a call with you and your colleagues to further discuss the

13  plan amendments.  What time today would be good for you?  I

14  don't think those are devastating emails that suggests that

15  there's something going on between and among these lawyers

16  that would move it into that range where the case law says

17  special circumstances exist.  Those are types of emails that

18  are as bland and as bangle as they can be and reflect

19  exactly what you'd expect to be happening among lawyers who

20  are given special protections.

21              One thing I would want to mention in their

22  letter, they said and this wasn't quite right.  He said in

23  his letter that we identified these lawyers as parties who

24  would testify at trial.  That's a shaky proposition.  They

25

1   gave us a list of 40 names on it and the co-proponents group

2   wrote back and said we reserve the right to call anybody on

3   your list.  And they're pointing to that as saying that

4   we've identified these guys as people who are going to

5   testify at trial.  That's simply not true.  So I thought

6   that was a pretty shaky point they brought up.

7           You've seen the emails that I mentioned.  And

8   again, I'll go the point which I think is an important one,

9   too, philosophically, Your Honor, which is is this what we

10  want to be doing?  Do we want to be making lawyers in

11  connection with bankruptcy proceedings forced to give

12  depositions?  Do we want to create a chilling effect on what

13  they'll say and do amongst each other when they're trying to

14  work with their clients to reach settlements?  Is that where

15  we want to go?  I mean, I think to me that it would have a

16  chilling effect and something to keep in mind.

17

18          Now it is interesting for me at least, that they

19  essentially decided that they had a special category for

20  Howard and Graham because they represented the committee.

21  And, you know, I have some theories about that.  The truth

22  is, Your Honor, that the committee, the majority of the

23  committee and its members and their counsel disagree with

24  Aurelius on what should be done here.  They disagree with

25  them.  They don't think that what Aurelius wants to do is

1  the best way to resolve this bankruptcy or to resolve the

2  LBL claims.  They simply disagree.  The majority of the

3  committee members and the counsel ultimately, I think it

4  could be said.

5          And I think in Aurelius' mind that they can't

6  just accept that it's a disagreement.  Instead, they think

7  the lawyers must be compromised, the members of the

8  committee must be compromised, the process must be

9  compromised, its judgments must be compromised.  It takes a

10  particularly strong view of your own needs to feel that way

11  when people disagree with you to think that the people on

12  the other side of that are somehow compromised.

13

14          And as I mentioned to you before, this isn't the

15  first time they've come after lawyers.  You may recall that

16  they had moved -- when they first arrived on the scene, the

17  first thing out of the gate was they moved to disqualify

18  Chadbourne.  And, of course, after deliberations on that

19  issue and discussions, it was withdrawn with prejudice, law

20  of the case, with prejudice the same kind of notional sense

21  that there was something about it, but they went through it

22  with prejudice so but -- well here we are again.  We're back

23  again taking specific shots at the committee and its

24  counsel.

25

1          But as I mentioned to you, there's no -- and well

2    this is a theme that we've heard a lot.  And that is that

3    there's been no evidence to demonstrate that there's

4    anything not to worry, anything that's happened here.  Even

5    the mails they sent today are about as prosaic as they could

6    possibly be.  And they continue to scream their mantra over

7    and over again is there's something wrong, there's something

8    wrong, there's something wrong.  No, we just disagree with

9    them.  And it's a little tiresome actually to continue to be

10   attacked for that purpose.  But be that as it may, there

11   isn't anything wrong, except Aurelius not getting what it

12   wants and so it continues to strike out against those who it

13   perceives to be stopping it from getting what it wants.  And

14   that now apparently is Howard and Graham.

15   

16          We've seen it before and we'll see it again

17   probably, okay, fine.  I'm a big boy.  But here we are today

18   specifically seeking to preclude those depositions from

19   proceeding for all the reasons the *Shelton* case points out.

20   For all the public policy reasons that Judge Dallas in

21   Georgia raised in his excellent opinion.  And for all the

22   reasons that I've suggested to you today, just it isn't

23   warranted in these circumstances.  It's an extremely rare

24   thing and I've tried to layout.  They haven't even taken a

25

1  shot at getting information from other people to be able to

2  make the argument that they can get it from no other way.

3         So to me, this is another example of them

4  focusing on a matter and proceeding on a matter when they

5  really haven't really got the goods to do it.  And, Your

6  Honor, for that reason and everything else I've said before,

7  I would ask that subpoenas against Howard Seiffe and Graham

8  Bush be quashed.  Thank you, Your Honor.

9         THE COURT:  Thank you.

10         MR. QURESHI:  Good morning, again, Your Honor.

11  For the record, Abid Qureshi, Akin, Gump on behalf of

12  Aurelius.

13         Let me start with the reference that was made to

14  all of the other witnesses that Aurelius intends to depose

15  that we have either noticed or subpoenaed to just point out

16  one thing, Your Honor.  That I think, Your Honor, should

17  fairly consider today and that we may be back on which is

18  we're having a scheduling problem to say the least.  On the

19  debtors' side, days and days went by where they simply

20  refused to respond to dates that we had noticed depositions

21  for.  On the committees' side, many of the committee members

22  refused to produce documents.  And what we are therefore

23  left with is a situation that may very well become untenable

24  because the end of fact discovery is February the 25th and

25

1  we are increasingly looking like we're going to have a

2  schedule where the vast majority of the depositions of the

3  parties will all demand take place in the last week of the

4  discovery period.  That's a separate problem that, Your

5  Honor, we may be back to you on.

6        With respect to this motion.  First, let me start

7  with who has the burden here because I think they got it

8  wrong in their letters.  It is clearly the committee in this

9  case as the party moving for a protective order that bears

10  the burden of demonstrating good cause to preclude the

11  deposition.  There is no rule, Your Honor, in the federal

12  rules that prohibits attorney depositions and nor is there

13  any case law that should ban them outright.

14  

15        With respect to the *Shelton* decision that they

16  are all relying upon, again, Your Honor, that decision is

17  quite clear in that it is talking about depositions of

18  opposing trial counsel.  And that's an important distinction

19  because that is not what's going on here.  We are not

20  seeking to depose opposing trial counsel.  We are seeking to

21  depose counsel who was involved in negotiating the deal that

22  Your Honor has to now approve or not approve in the context

23  of a plan of reorganization.

24        And we think, therefore, that the *Shelton*

25  standard is the wrong standard and that the *Johnson*

1    *Development* case that was cited in the debtors' letter

2    correctly articulates how the matter ought to be considered

3    when you are not dealing with requests to depose opposing

4    trial counsel, but instead, counsel involved in negotiations

5    as was the case here.  But, Your Honor, it doesn't matter

6    because I think we can satisfy the *Shelton* criteria as well.

7         First of all, let's look at the first of the

8    *Shelton* criteria.  No other means exist to obtain the

9    information that we are seeking.  The reason we are seeking

10   these depositions, Your Honor, is that we have reason to

11   believe and it is corroborated in the documents that the

12   lawyers on behalf of the committee were directly involved in

13   the negotiations with the debtors and with the LBL lenders

14   that ultimately led to the settlement that is now embodied

15   in their plan.  And, Your Honor, there's no dispute about

16   that.  Committee counsel points to the --

17        THE COURT:  In fact, you would be surprised if it

18   were otherwise.

19        MR. QURESHI:  Of course, of course.  And the

20   emails that committee counsel cites to, Your Honor, where

21   there is discussion about call me, we need to discuss this

22   or that, counsel suggests well they're banal, they're

23   uninteresting, they're hardly an earth shattering document,

24   but, Your Honor, they establish our very point which is that

1    there were negotiations that were going on.  The committee

2    does not dispute that.  And those negotiations were being

3    conducted by among others Mr. Seiffe and Mr. Bush and that's

4    not in dispute.  And we have no other way to get at what was

5    discussed in those conversations other than to depose those

6    lawyers.

7             Your Honor, we can't ask and don't intend to ask

8    about committee deliberations.  We understand that those are

9    privileged.  We don't intend to ask Mr. Seiffe or Mr. Bush

10   their thought process, their reasons for taking a particular

11   position or not taking a particular position.  The purpose

12   of the deposition is to find out what did they say to the

13   debtors?  What did they say to the lenders?

14

15            And, Your Honor, there are some unique situations

16   concerning the committee that ultimately caused us to seek

17   this relief only against committee counsel and not also

18   against counsel for the debtors and the lenders.

19            First of all, it's important to remember that the

20   committee is the fiduciary representative of my client.

21   They are estate professionals, negotiating in a fiduciary

22   capacity and we believe that we are fairly entitled to

23   explore as this process that led to the settlement unfolded

24   whether in the negotiations they were making the appropriate

25

1    demands and appropriately looking out for the interests of

2    the pre-LBL lenders.

3              Your Honor, there are also unique circumstances

4    here with respect to the conflict that Chadbourne has with

5    the banks that are the defendants in the lawsuits that have

6    been brought by the committee and, therefore, the need to

7    bring in Mr. Bush's firm to be involved in that process.

8    That's another factor that again we think makes it important

9    to have the ability to explore these negotiations.

10             Now, Your Honor, in the committees' letter, the

11   committee suggests among other things, well we're going to

12   take the deposition of Ms. Kunis, co-chair of the committee

13   from JPM, so why do we need the lawyers?  Well, I'm

14   assuming, I hope safely, Your Honor, that Ms. Kunis, the JPM

15   representative and co-chair of the committee was not the one

16   negotiating with the banks on behalf of the committee.  And

17   I hope that's a good assumption.

18             And so, Your Honor, what the emails show and

19   there are many more like it.  We've attached only a sampling

20   is exactly what Your Honor would expect that in a committee

21   situation, it is common.  We all know from experience that

22   committee counsel takes the lead in negotiating.  That's

23   what happened here.  This isn't a matter that's somehow

24   peripheral to the issues that Your Honor needs to decide.

1   Your Honor needs to assess the reasonableness of the

2   settlement and Your Honor needs to assess whether this plan

3   was proposed in good faith.

4          And respectfully, Your Honor, it is our position

5   that the negotiating history, the positions that the

6   committee took, the demands that the made or the demands

7   that they did make, the conversations that occurred between

8   Mr. Seiffe and Mr. Bush on the one hand and the debtors'

9   representatives and the banks' representatives on the other

10  squarely relate to both those points, whether the settlement

11  on its merits on its substance is a reasonable one and

12  whether the plan that the committee is jointly proposing

13  with the debtors and with the lenders is a plan that was

14  proposed in good faith.

15

16         THE COURT:  Other than the fact that I think it's

17  fair to say you don't like the proposed settlement, what

18  makes the dynamics here different from any other case?

19  What's different?

20         MR. QURESHI:  Well first of all the --

21         THE COURT:  I guess to state it another way is if

22  I grant you the relief that you're -- or deny the relief

23  that's been requested, why wouldn't I make the same decision

24  in every case?

25

1          MR. QURESHI:  Well, first of all, the first

2  obvious response to that, Your Honor is that not every case

3  involves a plan which encompasses a 9019 settlement.

4          THE COURT:  I see so many more of them these

5  days.

6          MR. QURESHI:  Okay.  And secondly, Your Honor,

7  there are a lot of aspects about this that we think justify

8  it here.  First of all, the settlement was reached in a

9  mediation where we know there was no representation of the

10  pre-LBL lenders at the time that that settlement was arrived

11  at.

12

13          The -- there is a unique aspect of this case

14  insofar as there was an examiner report that came out that

15  very extensively dealt with these claims and that again,

16  from our perspective, Your Honor, we don't think that in the

17  settlement that ultimately resulted, there was appropriate

18  deference, if you will, given to the findings and the

19  conclusions that the examiner made after an exhaustive

20  investigation.  And that is another factor which I think

21  makes this case unique, the magnitude of the settlement.

22  This isn't a small case.  This isn't a small settlement.

23  There is a lot at stake.

24

25          And ultimately, Your Honor, if we're precluded

   from these depositions, where we have evidence in the form

1  of the documents that they've produced of what the Court

2  would expect which is that the lawyers for the committee

3  were having these negotiations, there's no other way to get

4  at that information.  We will never find out if we don't

5  depose Mr. Conlan or Mr. Seiffe what the two of them said to

6  one another.  And we think that here that is relevant, Your

7  Honor, that that does go to both the good faith and the

8  reasonableness.

9          Now in other cases, maybe it's the case on the

10  facts that might be before Your Honor that there were more

11  principals involved in the negotiations, that the process

12  that led to the settlement is something that isn't being

13  questioned, but here it is.  And we will be effectively shut

14  out of exploring that process solely because the committee

15  elected to have as its principal negotiators it's counsel.

16          THE COURT:  I continue to struggle, I confess

17  with the notion that I've discussed on the record here

18  before and in the opinion I recently issued in connection

19  with another dispute and that is you know, it seems to me

20  that settlements and plans rise or fall on their merits.

21  And that except in some extraordinary situation, I can't

22  envision the collateral activity that you want to

23  investigate and I call it that, it could be described

24  otherwise I suppose is going to be very probative one way or

25

1   the other.  Now I suppose as I said before in theory, you

2   know, you could find a smoking gun somewhere, but I don't

3   smell any smoke and that's the problem I have here.

4          So what I'm inclined to do for now is carry this

5   as well to February 15 to direct that no attorney

6   depositions of Mr. Seiffe or Bush go forward at this point.

7   I understand Aurelius has temporarily put on hold its

8   request for others and we'll revisit the issue on the 15th.

9   But I will tell you now, I feel like I need more.  Okay?

10         MR. QURESHI:  Understood, Your Honor, thank you.

11         THE COURT:  All right.  What's next?

12         MR. BENDERNAGEL:  Your Honor, Mr. Pernick says we

13  should go to No. 20 and that's what I'll do.  This has to do

14  with the briefing and this is actually fairly important in

15  terms of timing because the 15th is when the objections are

16  due and --

17         THE COURT:  Well let me ask this.  How many trees

18  are the parties intending to burn down here?

19                        (Laughter)

20         MR. BENDERNAGEL:  I think the problem is the

21  parties don't know and that's what the difficulty is.  And I

22  think our problems are different because I don't -- I think

23  there's a recognition that the briefing may be asymmetric in

24  the sense that the objections to our plan may be

25

1   significantly longer than our objections to the noteholders'

2   plan and that our brief on the 25th may be significantly

3   longer than the noteholders brief.  And that as a

4   consequence, we sat down and we've talked to Mr. Zensky

5   about this over the last two weeks to try to come up with,

6   you know, some alternative.  We both agreed that 40 pages

7   wasn't the right answer.  We both saw that because the

8   parties have agreed in the CMO that they're going to brief

9   as a group and not as individual parties, that that's a good

10  thing, but it's going to result in greater pages.

11

12          The debtors specific concerns are more focused on

13  our February 25 brief.  And we essentially see that as

14  having four parts, broadly speaking.  One is a part that's

15  going to go to the main event which is the whole

16  reasonableness of the settlement under our plan and, you

17  know, and the like and that's one part.  Another part will

18  be the technical criteria that we have to brief that is

19  probably not very controversial, but can take up a lot of

20  pages.  Then there is this great unknown as to how many

21  pages we'll need to respond to the objections.  And then

22  there is the whole issue of our response, you know, to the

23  extent we're going to discuss the relative merits of our

24  plan versus the Aurelius plan and we see that as, you know,

25  taking up a fair amount of pages.

1          And as a consequence, nobody's come to a

2    determination as to what a suitable page limit would be.  We

3    recognize that it's not going to serve us well to provide

4    you with an unlimited number of pages because all that's

5    going to do is annoy you.

6          THE COURT:  Well, there was discussion earlier

7    about Chapter 11 fatigue.  I guess I could suffer from

8    briefing fatigue.  So yeah, I -- hundreds and hundreds of

9    pages, you know, you're best arguments get lost in that I

10   guess.

11         MR. BENDERNAGEL:  And we all recognize that.  And

12   I think the incentive is to try to minimize the amount of

13   pages to the maximum extent possible.  The problem is that

14   given the pace we're on, the concern is that if we're

15   constrained by a page limitation that we just guess at right

16   now, that's just going to add an added pressure.  I mean,

17   the consequence of over briefing in this instance is

18   obvious.  You've also made it absolutely clear to us that

19   you prefer to see post-trial briefing as opposed to pre-

20   trial briefing and we're aware of that.  And I don't think

21   there, you know --

22         THE COURT:  Well, if I feel I need it.

23         MR. BENDERNAGEL:  That's right.  Well, in this

24   case, that may be the case, but maybe not.

25

1        THE COURT:  Okay, I'll concede that point.

2                    (Laughter)

3        MR. BENDERNAGEL:  The other thing that I was

4   asked to bring to your attention which will help keep the

5   pages to a limit is even though it's not on the CMO, in

6   Paragraph 54 of the solicitation procedures order has a

7   paragraph that also talks about February 25.  And it

8   actually says that the parties will submit proposed findings

9   of fact and conclusions of law.  I think everybody

10  recognizes that that's not a good idea.  That that would be

11  better to do after the trial in part because by February 25,

12  we're not even going -- we're just going to be closing

13  discovery and then as a consequence that will keep the page

14  limits down as well.

15

16        But we're committed to working together as a

17  group and I think between the groups to try and lighten your

18  burden and it's to our advantage.  I mean, to the extent

19  that we just bore you to death, that's not going to help

20  either party get their points across and we just don't want

21  to have the artificial constraint right now of a page

22  limitation when we're really not sure what we're facing.

23  The hope is that we'll be in a better position to do that.

24  You know, the hope is you'll just trust us now given our

25

1  performance.  In that case, that might be asking a lot, but

2  that's the ask.

3          THE COURT:  Does anyone else wish to be heard?

4          MR. QURESHI:  Your Honor, Abid Qureshi, Akin,

5  Gump again on behalf of Aurelius.

6          And we agree with Mr. Bendernagel on this one.

7  Our expectation is, Your Honor, that our opening brief in

8  which we lay out all of the reasons why we think the

9  debtors' plan can't be confirmed is going to be much longer

10 than our second brief in which we respond to the objections

11 made to the noteholder plan.  Another reason why the 40 page

12 limitation wouldn't work.  And so we agree that at this

13 point, it would just be extraordinarily difficult given the

14 pace that this is moving on to have to deal with the page

15 limitation and understand very clearly, Your Honor's

16 preference to keep it shorter rather than longer.

17

18         THE COURT:  All right, thank you.  Does anyone

19 else wish to be heard?

20              (No audible response heard.)

21         THE COURT:  The order setting hearing on this

22 motion provided that any objections could be presented at

23 the time of hearing.  Are there any?

24              (No audible response heard.)

25

1        THE COURT:  I hear no further response.  Is there

2  a form of order?

3        MR. BENDERNAGEL:  We'll get that, Your Honor --

4        THE COURT:  All right.

5        MR. BENDERNAGEL:  -- and hand it up as the

6  proceeding goes on.

7        There's one other clarification we'd like to make

8  and I think this again in the interest of not creating more

9  problems than not.  The CMO suggests, can be read to

10  suggest, that the expert reports which are due today are to

11  be filed.  I don't think that's anybody's understanding and

12  I don't think that would be beneficial to the Court and the

13  like.  I just wanted to make sure on the record that it was

14  noted.  I think the intention was that it would be exchanged

15  between the parties and that's what our intention is.  And I

16  believe we've sent an email out to make sure that everybody

17  else is operating under that premise so that you're not hit

18  with an on slot of more stuff you'll eventually see, but not

19  today.

20        THE COURT:  Anyone else wish to weigh in on that?

21              (No audible response heard.)

22        THE COURT:  I hear no further response.

23        MR. BENDERNAGEL:  I have the order, Your Honor,

24  if I can hand it up.

25

1              THE COURT:  You may.  Thank you.  That order has

2     been signed.  Now that means we have two matters left, No.

3     17 and No. 24?

4              MR. BENDERNAGEL:  That's correct, Your Honor.

5              THE COURT:  Okay.  Which would you like to take

6     first?

7              MR. BENDERNAGEL:  Since the noteholders are the

8     moving party on both, I believe it's probably their choice.

9              THE COURT:  All right.

10             MR. HURLEY:  Good morning, Your Honor.  Mitch

11    Hurley with Akin, Gump on behalf of Aurelius.

12             Your Honor, there are -- our motion to compel

13    production of communications between Don Liebentritt and

14    members of the special committee is one of the items and the

15    other item, I believe is the Wilderotter matter.  With your

16    permission, I would start with the Liebentritt issues and

17    then very short, a brief presentation on the Wilderotter

18    issue.

19             THE COURT:  That's fine.

20             MR. HURLEY:  Okay, thank you.  Your Honor, what

21    we're seeking to compel are communications between Don

22    Liebentritt and the four members of the special committee of

23    independent directors.  Mr. Liebentritt is not and never did

24    act as the lawyer for the special committee.  The special

25

1    committee members did not go to him for advice regarding the

2    business of the special committee.

3              Now our motion, we think is quite limited, Your

4    Honor.  The debtors and the special committee each produced

5    a privilege log with Liebentritt entries on it.  Between

6    those two logs, Your Honor, and just from August of 2010 to

7    December of 2010, there are more than 1,600 entries on the

8    log that include Mr. Liebentritt as one of the persons

9    communicating.  We have not and are not seeking 1,600

10   communications.  We are not even seeking all of the

11   communications after Mr. Liebentritt transitioned from the

12   general counsel role to chief restructuring officer formally

13   in early September of this year, including the dozens of

14   communications after that period of time where it's asserted

15   that he is providing legal advice to officers and directors

16   of the debtor.

17

18             We're not going after those documents, Your

19   Honor.  We've limited our motion just to the materials that

20   are between Liebentritt and the special committee.  Our

21   original motion sought about 95 communications.  That was in

22   connection with the letter that we filed on February 1.

23   Since filing that letter, we have communicated with the

24   debtors and with the special committee.  They agreed to

25

1   remove 13 communications from their logs and produce those

2   documents.

3          In addition, we had previously asked for

4   information concerning which of the entries they claimed

5   involved one of these special committee members acting in

6   his or her capacity as a member of the plenary board of the

7   debtors.  We finally got that information on Saturday and

8   that along with some additional communications with the

9   debtors and special committee counsel resulted in us

10  withdrawing our challenge with respect to about 15

11  additional communications on the log.

12         What that means, Your Honor, is that they are now

13  around 60 communications that remain in dispute.  And if you

14  would, Your Honor, I have a binder that has a few documents

15  I'd like to talk about briefly today.  The first one it

16  actually has a list of the -- what's now in dispute.  If I

17  could hand it up?

18         THE COURT:  You may.  Thank you.

19         MR. HURLEY:  Now I gave a copy of this already to

20  counsel for the debtors.  I didn't have an opportunity to

21  give it to counsel for the special committee, but I think

22  they're here so I'm going -- yeah.

23         So, Your Honor, the first tab there has the

24  excerpts from the logs that were provided by the debtors and

25

1  the special committee and it eliminates the whatever it is

2  30 or so that we've agreed either they decided -- agreed to

3  produce to us or we agreed we would not challenge anymore.

4  So that is the full list of documents subject to challenge

5  on our motion.

6          Now I just want to talk for a second about what

7  the special committee is and why it was created.  As Your

8  Honor is aware, the special committee was created in August

9  of this year.  It's a body of independent directors, four of

10  the nine directors of the company -- they're the four

11  directors who were not on the board at the time that the LBL

12  transaction was agreed to and consummated.  The whole

13  purpose of the special committee was to remain independent

14  from the Board and from management of the company.

15

16          Indeed, when the special committee applied to

17  retain or when there was an application for the special

18  committee to retain its own counsel, the special committee

19  put in a statement to Your Honor about the need for separate

20  counsel.  This is from Docket No. 5664, the special

21  committees' separate statement Paragraph 5.  The special

22  committee asserted that "for the special committee to use

23  counsel who reports to the company and directors who others

24  could assert are not disinterested in these matters, would

25  undermine the entire purpose of the special committee."

1          And the record reflects, Your Honor, that since

2     the time that the special committee was formed and the days

3     before that, that the actual members of the special

4     committee, the "independent directors" have acted

5     accordingly and that they agreed with that assertion.  The

6     record shows that the members of the special committee did

7     not seek legal advice from Mr. Liebentritt and that they

8     had, in fact, concluded that it would be inappropriate for

9     them to do so for various reasons.

10         Now it's axiomatic that for there to be a

11    privilege, there has to be an attorney/client relationship

12    between the person communication with the lawyer and that

13    the communication has to be for the purpose of obtaining

14    legal advice concerning the topic of the communications.

15    And if you go through the log and the excerpted briefer log

16    that I've handed up to Your Honor, you'll see that these are

17    all circumstances, they're all communications that relate

18    directly to the business of the special committee.  And

19    since Mr. Liebentritt clearly was never acting as a lawyer

20    for the special committee, we assert that that the privilege

21    is not well taken.

22         In opposition to our motion, the primary argument

23    that's been made both by the special committee and the

24    debtors, I think really is a straw man.  They argue that we

25

1  are trying to say that it would somehow be metaphysically

2  impossible for the special committee to have looked for

3  legal advice from Liebentritt.  Of course that's not true.

4  They could have.  It is true that they were authorized to

5  either look to professionals of the company or hire their

6  own in the resolution that created the special committee,

7  but the fact is that they did not.  And that's what all of

8  the evidence that has been adduced to date shows.

9          Mr. Shapiro, the chairman of the special

10  committee was deposed on October 13 of this year and he said

11  flatly that with respect to affairs of the special

12  committee, he only looked to outside counsel, meaning Jones

13  Day.

14

15          THE COURT:  And what if upon review of the

16  documents that you've identified it appears that, in fact,

17  he was giving and there was evidence that legal advice was

18  sought from him, then what?

19          MR. HURLEY:  Well, if that's the case, we think

20  that it would be inconsistent with the impetus in the first

21  place for the special committee to hire their own separate

22  counsel.  And it may be there was a question about whether

23  or not a privilege under those circumstances should stand.

24  But it would certainly get them a lot farther than they are

25  here right now which is that all of the evidence including

1   Shapiro's own sworn testimony says that the special

2   committee and its members were not seeking that kind of

3   advice for Mr. Liebentritt.

4           Now another response they have to our motion is

5   that some of the documents on the log predate August 26

6   which is the date of the resolution creating the special

7   committee.  The special committee identifies the, I guess

8   the consents to that special committee resolution as being

9   dated on the 27th.  The special committee in particular has

10  argued, well, we didn't exist before August 27, so

11  obviously, you know, any communications between the four

12  members of the special committee before August 27 was in

13  their capacity as members of the debtors' plenary board.

14

15          I think there are at least two reactions to that,

16  Your Honor.  First, the first meeting for the special

17  committee, we have minutes for the first meeting of the

18  special committee and that was -- that took place on August

19  24.  So the special committee clearly was engaged in acting

20  out the business of the independent directors before it was

21  formally created the first meeting on the 24th.

22          In addition, the handful of documents that

23  predate the 27th, I should say there are more than a

24  handful, but the documents that predate August 27 that we're

25  seeking are documents that on the face of the log relate

1  directly to special committee business.  Things like

2  selection of counsel.  Things like -- if you can give me a

3  moment, Your Honor, whether or not Randy Michaels was

4  independent, the formation, structure, and responsibilities

5  of the special committee.  So these are all items on the log

6  that directly relate to the special committee, but there

7  were some before we agreed to withdraw our challenge that

8  were arguably plenary board business and not special

9  committee business, but submit that that is no longer the

10  case.

11          And I think when you look at things like well,

12  would it have made sense that these independent directors

13  were looking to Mr. Liebentritt for advice regarding whether

14  or not the special committee should hire special -- should

15  hire its own separate counsel, we think that the record

16  demonstrates that it's very unlikely that they would have

17  been doing that.  That they, in fact, recognized very early

18  that it would not have been appropriate to do so.

19          Finally, when you have a motion of this kind,

20  it's pretty typical or common place for the party whose

21  privilege is being challenged to come forward with an

22  affidavit from the person on the log who's claiming that

23  there was privilege between -- related to the communication

24  to demonstrate that, in fact, when that communication was

25

1  made that the employee believed that they were talking to

2  their own lawyer and that they were seeking legal advice

3  with respect to the identified topic.

4          And I think it speaks volumes that you haven't

5  seen an affidavit like that from Shapiro, from Wilderotter,

6  from Burke, from Woods.  All we have in the record

7  establishes exactly the opposite.  They did not view

8  Liebentritt as their lawyer.  And there's nobody coming

9  forward now to try and dispute that and say oh, no, no, the

10  record is wrong, in fact, we viewed him as a lawyer.

11

12          For those reasons, Your Honor, we submit that the

13  documents in the log should all be produced or at a minimum

14  be provided, Your Honor, for review in camera.

15          THE COURT:  Thank you.

16          MR. HURLEY:  Okay.  Would you like me to address

17  the Wilderotter issue or give the --

18          THE COURT:  Let's address this first and then go

19  to Wilderotter.

20          MR. HURLEY:  Okay.

21          MR. SIEGEL:  Your Honor, I just want to make a

22  very brief opening.  Martin Siegel from Brown Rudnick on

23  behalf of Wilmington Trust.

24          Just so the record's clear, Your Honor, although

25  people in the earlier motion talked to Aurelius' motion or

1    Aurelius did this.  Aurelius is one of four plan proponents.

2    This motion was made by Akin, Gump, counsel for Aurelius on

3    behalf of all the noteholder plan proponents.  This is not

4    Aurelius' motion or an Aurelius only issue.  It's an issue

5    that all the noteholder plan proponents support and feel

6    strongly about.  Thank you.

7            THE COURT:  Okay, thank you.

8            MR. BENDERNAGEL:  Your Honor, I'll go first.

9    Counsel from the special committee is here and he'll also

10   want to address this issue.  For the record, Jim Bendernagel

11   on behalf of the debtors.

12           First, a couple of broad observations.  One is

13   there's been a mischaracterization here of the purpose of

14   the special committee.  And I think the special committees'

15   purpose is clear from the resolutions as opposed to what Mr.

16   Hurley describes as the purpose.

17           What the company was trying to accomplish with

18   the special committee was to formalize a process by which

19   the independent directors oversaw the aspects of the

20   bankruptcy process that could be called into question in

21   terms of some possibility of non-independence.  And that

22   process had been -- there had been a process there in place.

23   The special committee was to formalize that.  It's important

1  to understand that that's how this developed and I think

2  that's clear from the resolution.

3  The second thing is the resolutions absolutely

4  make clear that while the special committee can retain

5  separate counsel, that it is expected that it will continue

6  to have the benefit of the debtors' counsel and the debtors'

7  advisors.  And it's very, very clear that that was done by

8  the special committee.

9  Those are the two observations to start with.

10  Another observation is the parties both the special

11  committee and the debtors worked hard in putting together

12  these logs.  Logs are not the general rule in this case.

13  It's been categories.  We were specifically asked to do a

14  log with respect to all of Mr. Liebentritt's communications

15  that we were claiming privilege from from July 26 to the end

16  which we did.  And Mr. Liebentritt because he's heavily

17  involved in the case and there's a lot of emails and there's

18  a lot of lawyers, had a lot of emails to begin with.  And I

19  think we started out with 3,000 emails and pared that down

20  quite a bit over a long period of time and have put

21  together, I think a pretty good log in a very short period

22  of time.  And I think that's clear.  The special committee

23  tried to do the same thing.

24

25

1      We've also worked with the noteholders and

2  they've worked with us to try and narrow these issues down.

3  And I supposed there's some possibility we can continue to

4  do that and the like.  But there are some fundamental issues

5  here.  And the documents despite the description, fall into

6  two big buckets.

7      One is the bucket of documents that relate to the

8  time period before Mr. Liebentritt became CRO which is

9  around September 7 and 8 and the period after he became CRO.

10  Before he was CRO, he was the general counsel of this

11  company and for a two year period, he had been providing

12  advice to the board about a number of issues including the

13  bankruptcy and the plan process.  And the documents that are

14  on the log that Mr. Hurley drew your attention to, half of

15  them relate to that earlier time period.

16

17      If you just take a look at the log, the first

18  couple of pages were all about this time period before

19  September 7.  In fact, you go pretty deep into this log

20  before you get to that situation.  If you look and just so

21  it's clear how this is organized Tab 1, the first few pages

22  are the committees', the special committees' log.  And you

23  can see Page 1, Page 2, all before that time period.  It's

24  not until you get to the bottom of Page 4 that you're really

25  to the time period after which Mr. Liebentritt has --

1   becomes CRO and is no longer the general counsel of the

2   company.  And even if you go to the very last page of their

3   log, there's a couple of more entries from that earlier

4   timeframe.

5           If you look at the very last page of Tab 1, the

6   log that the debtors put together, all but three of the

7   documents are from that earlier time period where he was

8   still general counsel and he's providing advice to the board

9   and he's providing advice to these individuals first as

10  board members and then as their transitioning to becoming

11  special counsel, special committee members that -- and the

12  like.

13

14          The idea that the special committee before it was

15  formulated, before it was even a resolution, before it was

16  even authorized to hire counsel, didn't have any counsel,

17  doesn't make any sense.  And essentially, that's why we've

18  withheld those documents because it's our view that the

19  documents that are on these two logs from that time period

20  relate to a classic situation where the general counsel is

21  consulting with certain members of the board about the

22  formulation of the special committee and there is back and

23  forth.  And these documents are going to reflect the fact

24  that the special committee members are talking to Mr.

25  Liebentritt as to whom to get as counsel.

1          I mean, it's not a question that anybody said

2    they shouldn't have counsel.  I think it's very clear that

3    we've taken the position in this case from the get go over

4    the objection of the trustee that they should have counsel.

5    But they were consulting Mr. Liebentritt on that issue and

6    that's what these documents reflect.  And as a consequence,

7    they ought to be protected.  That's the first bucket of

8    material.

9          The second bucket of material relates to the time

10   period after Mr. Liebentritt becomes the chief restructuring

11   officer.  And the argument as I understand their position is

12   twofold.  One is that Liebentritt isn't general counsel

13   anymore, he's acting as a business person so there can't be

14   a privilege.  Secondly, that there's no common interest

15   between the special committee and the debtors.  In this

16   consequence, debtors cannot provide counsel.

17

18         And I submit they have it wrong with respect to

19   both of these issues and I'll -- and they're missing five

20   critical points.  And the critical points that we looked at

21   in putting together our log and I believe that the special

22   committee looked at.

23         First, they don't recognize that these special

24   committee members continue to be members of the board of

25   directors.  And that as a consequence, they will be

1   receiving advice in their capacity as board members, as well

2   as, possibly special committee members.  And that that

3   advice to the extent it's given by the director, given to

4   them is protected.

5           Secondly, they ignore the fact that the

6   resolution basically says that they can continue to depend

7   or rely on the advice of the debtors' counsel and the

8   debtors' advisors.  They have the option which they

9   exercised to get their own special counsel, but that doesn't

10  mean that the -- they can't have the best of both worlds.

11  They can.

12          The cases they talk about, that they talk to us

13  about, they don't cite them in their one page letter, but I

14  mean, their four page letter, but are situations that are

15  different.  It's a situation where the special counsel is

16  retained.  He has a relationship with the special committee

17  and then he discloses documents from that relationship

18  broader to the company.

19          Now that's not the situation we're talking about

20  here.  Here, we're talking about the opposite situation.

21  You have a situation where the company is continuing to

22  converse with these people and share their information.  The

23  fact that they have the benefit of yet another counsel

24

25

1   doesn't mean that there isn't a relationship as far as this

2   information that's being transmitted.

3           The third point that they ignore is there's

4   clearly a common interest here that overwhelms the idea that

5   there's a potential for conflict and that the committee was

6   put in place to essentially make sure that there was no

7   problem in terms of that potential conflict.  The common

8   interest is getting this company out of bankruptcy, coming

9   up with a plan that meets the bankruptcy requirements, and

10  exercises the fiduciary duty of the company.  And the

11  special committee is being put in place to facilitate that,

12  not on conflict with that.

13          The third point is that Mr. Liebentritt both

14  before and after is acting as a conduit to some degree to

15  advise -- where he advises the board as their chief liaison

16  and he was doing this when he was general counsel, he's

17  doing it when he's CRO as to what the company's advice is.

18  So to the extent he's not a lawyer is not determinative of

19  that fact.  The fact that's important in this situation is

20  that the advice that's being conveyed is legal advice and

21  that's what we attempted to do.

22          And finally, the fact that he becomes CRO doesn't

23  mean he's no longer a lawyer.  And to the extent that he's -

24  - you know, you can't look at this thing with that narrow a

25

1    view.  I think you have to take a more broad view in that

2    regard.

3            Now with -- so it's those five criteria that

4    guided our, you know, attempt to figure out what ought to be

5    on the privilege log and what ought to be produced.  We've

6    produced a lot of documents that Mr. Liebentritt has.

7    There's a lot of documents in Mr. Liebentritt's

8    communications with the committee that people did not

9    withhold from production.  But the ones that are on the log

10   and on our log there were only three that fall into that

11   category, we believe fall within the five criteria that I've

12   identified and I presume, You know, it's my understanding

13   the special committee has approached this thing in a similar

14   manner.

15           We're committed to working with these guys to try

16   to get them that information.  I think this issue is going

17   to come up again because Mr. Liebentritt is going to be

18   deposed and there may be issues that arise in that regard

19   that will require us to revisit that.  And we're committed

20   to working with these folks to accomplish that point because

21   we really do want to get this company out of bankruptcy.

22   But in terms of these logs, I think they're put together

23   well and I think that we've approached this in a sound

24   manner and the like and that's all I have, Your Honor.

25

1          THE COURT:  Thank you.

2          MS. MARVIN:  Good morning, Your Honor.  Lynn

3  Marvin from Jones Day on behalf of the special committee of

4  the board of directors.

5          Mr. Bendernagel has nicely summed up most of the

6  argument, so I don't want to repeat what he has already told

7  you.  Just a couple of points.  First on a logistical issue.

8  The Aurelius has provided you with excerpts in Tab 1 of the

9  binder that they gave you, but we noted in our letter and I

10 just want to note again that there are a number of errors

11 whether they be typographical or leaving out portions of

12 chain emails that were logged apparently because they don't

13 challenge the other portions of the chain.

14

15          So we would just ask, Your Honor, when you look

16 at this recreated excerpts of the privilege log that you

17 were given, that you also look at the full entries provided

18 in Tab 6 of the binder that you were given as well so that

19 you can see who was on the other chains and make sure that

20 the subject matter descriptions are accurate because we have

21 noted a few additional mistakes with those.

22          With respect to what Mr. Bendernagel said was the

23 first bucket of documents and what Mr. Hurley argued.  Mr.

24 Hurley made the point that the first meeting of the special

25 committee was on August 24, however, the consent creating

1   the special committee is dated, I'm sorry, August 24 was the

2   first meeting and the consent creating the committee is

3   dated August 27.

4           For purposes of this motion, it's not important

5   because if you look at the log that you have been provided,

6   excerpts of the log in Tab 1, I think all but one that fall

7   into this first bucket are dated prior to August 27, so

8   about half of the -- prior to August 24.  So about half of

9   the entries being disputed on the log all are from prior to

10  August 24.

11          So whether the special committee was formed on

12  August 24 or August 27, it just doesn't matter for purposes

13  of the disputed entries on the privilege log.  And as Mr.

14  Bendernagel pointed out, you can see most of those in the

15  first three pages of the log provided at Tab 1.  And if you

16  look at the date column, you'll see 8/21, 8/22.

17          With respect to the second bucket which is after

18  the special committee was formed or after Mr. Liebentritt

19  became CRO, we just want to point out that the vast majority

20  of the entries on the log don't reflect that Mr. Liebentritt

21  was actually providing legal advice.  If you look at the

22  descriptions on the special committee log, the majority of

23  them say they are reflecting or regarding legal advice.  And

24  as Mr. Bendernagel summed up, there is no reason why the

25

1    special committee, especially because they were specifically

2    authorized to work on behalf of the company and with counsel

3    for the debtor, that they can't have been discussing legal

4    advice rendered by debtors' counsel, discussing legal advice

5    rendered by Jones Day with Mr. Liebentritt at the company.

6              Finally, Mr. Bendernagel alluded to this, but the

7    special -- with respect to the special committee, but the

8    special committee did not simply not review or not provide

9    every document between the special committee and Mr.

10   Liebentritt at all.  In fact, the special committee and

11   counsel for the special committee undertook a review of

12   every single document from this time period to determine

13   whether or not legal advice was reflected in it or was being

14   discussed, whether it was actually privileged.  And, in

15   fact, the special committee produced approximately 200

16   documents from the time period after Mr. Liebentritt became

17   CRO either to or from Mr. Liebentritt which were deemed not

18   privileged by counsel.

19             I think that's all we wanted to say in addition

20   to what Mr. Bendernagel has already said, but if there's any

21   questions, Your Honor, I'd be happy to answer them.

22             THE COURT:  I don't have any, thank you.

23             MS. MARVIN:  Thank you.

24             THE COURT:  Briefly, Mr. Hurley.

1          MR. HURLEY:  Your Honor, again for the record,

2     Mitch Hurley with Akin, Gump on behalf of Aurelius.  I will

3     respond very briefly, Your Honor.

4          First, the CRO, the GC to CRO distinction has not

5     been particularly important on our motion.  We're not

6     arguing that there was a time that Liebentritt may have been

7     providing legal advice to the special committee, but then he

8     took on the title CRO so after that he must not have been.

9     On the contrary, what we're arguing is that during this

10    entire period, all of the evidence that's been produced to

11    us and that's before Your Honor, demonstrates that those

12    members of the special committee did not look to Mr.

13    Liebentritt for legal advice regarding the affairs of the

14    special committee at any time, whether he was CRO or had the

15    title of general counsel.

16

17         Regarding the common interest claim, I think the

18    most important thing to observe about that, Your Honor, is

19    that they didn't make an assertion of common interest with

20    respect to the vast majority of entries on Exhibit 1.  So

21    you'll take a look through there and you'll see there are

22    just a handful that remain where there is included a common

23    interest claim.  Given the circumstances of the log and the

24    fact that it is Liebentritt and most of the descriptions are

25    basically indistinguishable from descriptions where there is

1   no common interest claim and considering the relatively

2   small burden of Your Honor if you decide to do any camera

3   review, also reviewing that handful of additional common

4   interest documents, we would submit that that would be

5   appropriate under the circumstances.  But with respect to

6   the vast majority, there is no such claim.

7           Regarding the conduit argument.  Originally,

8   there were entries on the log that said things like

9   forwarding legal advice from, you know, Sidley to members of

10  the special committee.  With respect to those types of

11  entries, although we really struggled with it, we agreed

12  that we would not object.  So with respect to those types of

13  entries, we're no longer challenging those claims.

14

15          What remains as I think Ms. Martin just pointed

16  out are documents like where it's just there's a claim that

17  the communication reflects or regards legal advice.  Well,

18  that doesn't say it's forwarding legal advice.  That could

19  just as well mean that Mr. Liebentritt is communicating his

20  own legal advice.  And, Your Honor, of course, it is the

21  special committees' and the debtors' burden to carry to

22  prove that you have a privileged communication and I would

23  submit that type of description doesn't come anywhere close,

24  particularly given how reasonable we've been where they have

25  said they're forwarding legal advice.

1          Just turning quickly to points made by the

2   special committees' counsel.  As she pointed out, we

3   provided full copies of the logs at the end of the binder.

4   I'm sorry, I meant to say that in my opening presentation.

5          THE COURT:  Now what are the other tabs, by the

6   way?

7          MR. HURLEY:  The other tabs are let's see the Tab

8   4 is a copy of the minutes from the special committee

9   meeting that I identified before and you can see that it

10  says that the special committees' first meeting was on

11  August 24.  And if, Your Honor has that page in front of

12  you, you'll also see how Mr. Liebentritt is identified and

13  I'm trying to tread kind of careful here because this

14  document has been marked attorney's eyes only.

15

16          THE COURT:  I see it.

17          MR. HURLEY:  Okay.  Tab 2 is a document from

18  August 23.  It's an email among special committee members.

19  And you can see that in the email on August 23, they're

20  talking about who should be special committee counsel and

21  how that decision should be made.  And they identify that

22  there are certain issues related to Mr. Liebentritt that

23  they should take advice on from "our counsel" meaning not

24  Mr. Liebentritt.

25          THE COURT:  Proceed.

1          MR. HURLEY:  Under Tab 3, you see an email from

2    Mark Shapiro to Mr. Liebentritt among others.  And this is

3    dated August 30.  And you can see that Mr. Shapiro in this

4    document and Mr. Liebentritt are having what appears to be a

5    disagreement about the role that Mr. Liebentritt should have

6    in connection with the special committee.

7          So again, we would just submit that all of the

8    evidence that has been provided, Your Honor, suggests these

9    people and actually, I'm sorry.  Let me just come back to

10   one other Jones Day point which is that there is now I guess

11   they're saying well sure, the first meeting was on the 24th,

12   but a bunch of these documents are before even the 24th.

13   And our point was not to try and establish the August 24 as

14   the hard cutoff date, but just to point out that obviously

15   before the 27th, the special committee was convened and

16   undertaking some business.

17          Each of the documents on the logs that we're

18   challenging including the ones that go back several days

19   before August 24, but I think none go back before August 24,

20   on their face say that they're talking about items like

21   counsel for the special committee, what does its structure

22   going to look like, et cetera.  And I think the question is

23   with all the information before Your Honor, is it reasonable

24   to conclude that Mr. Shapiro, Ms. Wilderotter, et cetera,

1  were looking to Mr. Liebentritt for advice on those topics

2  and we submit that the answer is no.

3          THE COURT:  All right, thank you.  How long will

4  it take the debtor to get together these documents for in

5  camera review?

6          MR. BENDERNAGEL:  I don't think it will take all

7  that long, Your Honor.  They had asked us to bring some of

8  this material.  We can provide that to you either today or

9  later today or --

10          THE COURT:  Submit it to chambers at your

11  earliest convenience, I'll review it in camera and then

12  decide what to do with respect to the requested relief.

13  We'll carry this matter for calendar purposes to the 15th.

14

15          MR. BENDERNAGEL:  Fine, Your Honor.

16          THE COURT:  I may decide it before then, but at

17  least we'll have a trigger on the calendar.

18          MR. HURLEY:  Thank you, Your Honor.

19          THE COURT:  Thank you.

20          MR. HURLEY:  Can I proceed to Ms. Wilderotter or

21  would you --

22          THE COURT:  Yes, please.

23          MR. HURLEY:  Okay, thank you.  Your Honor,

24  Aurelius and the noteholders have sought to take the

25  depositions of Maggie Wilderotter who is one of the four

1  members of the special committee that we've been talking

2  about this morning.  And I guess it was last Friday we were

3  advised by the special committee that they object to

4  producing Ms. Wilderotter for a deposition.

5        I would start by saying in a 9019 motion setting

6  of this kind, we submit that it would be fairly typical for

7  adversaries of a motion to have an opportunity to take the

8  deposition of the directors who reviewed and either signed

9  off or didn't sign off on the settlement for a lot of

10 reasons, but one of them obviously the main reason or aiming

11 reason is that the debtors have the burden of coming forward

12 and showing that the settlement was a product of arm's

13 length bargaining.

14

15       And here, we're talking about a person who wasn't

16 just a member of the plenary board, but was also a member of

17 the special committee that was among other things set up

18 specifically to undertake reviewing the settlement and

19 settlement terms and plan terms.

20       And again, we think that the noteholders have

21 been careful to not seek more depositions than we need in

22 this regard.  We're not trying take all nine directors.

23 We're not even trying to take all four of the special

24 committee members just Shapiro the chairman of the special

25 committee and Ms. Wilderotter.

1    Now Mr. Shapiro was the chairman of the special

2  committee, but Wilderotter actually was originally

3  considered to act as the chairperson.  She was nominated to

4  act as chairperson by Mr. Shapiro and that's actually in our

5  binder as well. I believe it's Tab 5.  You can see that Mr.

6  Shapiro had suggested that Ms. Wilderotter take on the role.

7  And in that email, he makes clear that he views her as a

8  very active person in connection with Tribune matters and

9  that's one of the reasons why he thinks it would be

10  appropriate for her to assume that role.

11

12    Now I think that if it were not for the fact that

13  Wilderotter was deposed once before, October 13, I suspect

14  we probably wouldn't be having an argument about this.  So I

15  want to address why it is that the noteholders believe that

16  the mere fact that she was deposed on October 13 is not a

17  basis for forbidding us from deposing her, continuing her

18  deposition now in connection with the 9019 motion.

19    First, the October 13 deposition took place in

20  connection with the trustee motion.  The trustee motion was

21  explicitly about process effectively or primarily what the

22  special committee's role was.  Whether it could sufficiently

23  discharge that role, or whether a trustee should be

24  involved.  The October 13 deposition took place just one day

25  after the second term sheet emerged from the mediation.  It

1    obviously took place prior to production of many pages of

2    documents relating to the actual negotiation and structure

3    of the deal; part of which, of course, took place after

4    October 13.

5              Counsel, I think at some point today, one of the

6    parties pointed out that there have been since that time

7    some, I'm not sure exactly which part of this -- what was

8    counted, but 1.8 million pages of documents concerning

9    negotiations, et cetera.  And we should be entitled and some

10   of those may have been available to us before, so I

11   apologize if I'm speaking out of turn, but certainly many

12   hundreds of thousands of pages, Your Honor, have been

13   produced since the October 13 deposition.  And we'd submit

14   that that alone gives us -- entitles the noteholders to

15   renew the deposition of Ms. Wilderotter with a more fulsome

16   record available to them for taking the deposition.

17              Also, the deposition notice for the October 13

18   deposition was expressly limited to three topics.  It also

19   was limited to just three hours.  She was produced for her

20   deposition at about 3:00 p.m. and the noteholders or I'm

21   sorry, Aurelius was told at that time that she had a hard

22   stop at 6:00.  And, in fact, the deposition ended

23   effectively, I think it started at 3:15 and ended at 6:15 or

24   something like that.  So it was only three hours of time.

1         There was at least one instance where when

2 counsel got into an area that debtors' counsel believed

3 exceeded or went beyond the scope of the deposition, that

4 there was an objection and it appeared as though it was not

5 going to be -- that line of questioning was not going to be

6 permitted to continue and in any case, the examiner backed

7 off from that line of questions.  I think that in particular

8 related to an investigation that I understand was undertaken

9 after the examiner's report came out and there was some -- a

10 couple of questions asked about that and drew some pretty

11 forceful objections that that was beyond the scope. Well,

12 certainly those kinds of inquiries are no longer beyond the

13 scope now that we're on a 9019 footing.

14

15         Let's see.  And then, you know, finally, Ms.

16 Wilderotter herself testified at her deposition that one of

17 the reasons for creation of the special committee was to try

18 and avoid a conflict of interest or the appearance of a

19 conflict.

20         And, Your Honor, we identified in a letter to

21 you, an email that was of particular concern to my client

22 which was an email from Ms. Wilderotter to one of the banks

23 involved in the case.  And suggests at least to us and to

24 our client that there is concern about bias on the part of

25 this member of the special committee that would be a concern

1 that we would feel like we really had to address in any

2 case, but in a circumstance where she's actually been put on

3 a committee that is supposed to vitiate concerns about

4 conflicts of interest, we think it's doubly important that

5 we have an opportunity to explore what she meant in that

6 email or what kind of relationship she has with that bank

7 and what effects, impact that might have on her ability to

8 actually discharge her role, the role that was assigned to

9 her and the special committee.

10 And finally, we're not interested in wasting her

11 time or anybody else's time.  To the extent we get her back

12 for a deposition and it's not necessary we go the whole

13 seven hours, it's not going to last the whole seven hours.

14 We will do our absolute best to make sure that there is no

15 unnecessary duplication of items that were covered during

16 the first deposition, but we do believe under the

17 circumstances, we're entitled to finish the deposition and

18 do it with all the events that have developed since the

19 13th.  Thank you.

20 THE COURT:  Thank you.

21 MR. SIEGEL:  Martin Siegel from Brown Rudnick for

22 Wilmington Trust.

23 Your Honor, Wilmington Trust did not take a

24 position on the trustee motion.  We weren't a supporter of

25

1    it and didn't ask any questions at the deposition that was

2    limited to topics on the trustee motion.  Wilmington Trust

3    is a proponent of the noteholder plan and we have not had an

4    opportunity to depose Ms. Wilderotter on issues relating to

5    the plan.  That was not part of the first deposition.  We

6    didn't have an opportunity to depose that -- to ask her

7    questions on that.  And so we not only support the motion,

8    but feel in particular that the other proponents of the

9    noteholder plan did not have an opportunity to depose her at

10   a prior deposition.  Thank you.

11            THE COURT:  Thank you.

12            MR. ADLER:  Your Honor, just briefly.  David

13   Adler form McCarter & English on behalf of DBTCA a plan

14   proponent with the noteholders.

15            We echo the comments of Mr. Siegel as well.  We

16   did not take a position on the trustee motion.  We did not

17   ask Ms. Wilderotter any questions at the deposition and we

18   think in light of the submission and the attachments to the

19   letter as exhibits, that her deposition should take place.

20   Thank you.

21            THE COURT:  Okay.  Now Mr. Bendernagel, before

22   you say anything, let me just note for the record, this is

23   set for a status.  The reason I did this was because the

24   letter came in just yesterday and technically haven't gone

25

1  through the CMO process with respect to discovery disputes.

2  So I'll ask you now is the debtor prepared to argue the

3  request or would you like an opportunity to submit something

4  in writing?

5          MR. BENDERNAGEL:  Your Honor --

6          THE COURT:  If you have already, I haven't seen

7  it.

8          MR. BENDERNAGEL:  No, we have not and I don't

9  think the debtor intends to submit papers in this regard.  I

10 believe the special committee counsel who I think is

11 standing behind me is going to want to speak to that issue.

12         THE COURT:  But not in a threatening manner or

13 anything.

14                         (Laughter)

15         MR. BENDERNAGEL:  I'm happy to hear that.  Maybe

16 it will change as I talk, but the one -- the reason I stood

17 up is to respond to something Mr. Siegel said because I

18 don't believe what he said is completely accurate.  I did

19 not attend the Wilderotter deposition, but I was at the

20 Shapiro deposition with was taking place at the same time

21 and Wilmington Trust asked questions at that deposition.

22 Ms. Romberg was there and she had about 20 minutes worth of

23 questions at the end.

24

25

1          So the idea that Wilmington Trust and the

2   representatives on the phones didn't have an opportunity and

3   didn't take advantage of that opportunity in connection with

4   the trustee motion isn't 100 percent true.  It may be that

5   they didn't ask questions of Ms. Wilderotter, but they

6   certainly didn't seem constrained about participating in the

7   other deposition that was taking place with respect to the

8   trustee motion regarding Mr. Shapiro and asked a bunch of

9   questions even though people asked them at the time as I

10  remember, why are you doing this if you haven't taken a

11  position and they went ahead anyway.

12          So I just felt compelled to set the record

13  straight in that regard that there were questions by other

14  parties at those depositions and I -- that's all I have to

15  say on this issue at this juncture.

16

17          THE COURT:  All right, thank you.

18          MR. SHERMAN:  Fred Sherman of Jones Day and we

19  are counsel for the special committee.

20          On the procedural issue, we received the letter

21  on behalf of the noteholders about 9:00 last night.  This

22  appeared on the agenda for status conference thereafter.

23  We'd like a response.  I'm willing to speak about the

24  objection, but we would like to put in a written response

25  within the time permitted by the CMO.

1           THE COURT:  Okay.

2           MR. SHERMAN:  A couple of things.  I don't know

3    whether Wilmington Trust asked questions of Wilderotter,

4    although I was at the Wilderotter deposition.  But I will

5    tell you that it was a room full of lawyers and three, or

6    four, or five other parties beyond Aurelius' counsel did ask

7    questions.

8           Second, the suggestion that it was a very limited

9    deposition and didn't include questioning about the

10   substance of the settlement of the plan is just plain

11   incorrect and we will as part of our submission, provide you

12   with the deposition transcript and you will see that Ms.

13   Wilderotter was questioned and at some length by the then

14   counsel representing Aurelius about the details of the

15   settlement and the details of the term sheet for the plan

16   that was being proposed by the settling parties.

17

18          As I listen to Mr. Hurley, it seems to me what's

19   really being said today is that they ought to get a second

20   crack at Ms. Wilderotter who is in her own right, the chief

21   executive of a large company with plenty to do other than

22   answer lawyer's questions that repeat themselves.  But we're

23   being told that they ought to get a second crack at her

24   because at one point she was considered for the chairmanship

25   of the committee, although that didn't happen and Mr.

1    Shapiro was appointed and his deposition will be taken for a

2    second time, principally because he is apparently going to

3    be a witness for the debtor in the hearings Your Honor will

4    have in March.

5            And second, because there is an exchange of

6    emails that have been provided to Your Honor basically

7    innocuous emails between a JP Morgan executive and Ms.

8    Wilderotter in which she suggests that there could be useful

9    meeting between JP Morgan who she rightly thought was a

10    large stakeholder and would have a lot to say about the

11    management of the company in the future and an executive of

12    one of the newspapers who she deemed an important management

13    asset.  Those seem to be --

14    

15            THE COURT:  Although you have to understand that

16    the February 10, 2010 email might cause me and perhaps

17    especially Aurelius, I guess to scratch their heads and say,

18    you know, what does the --

19            MR. SHERMAN:  Scratch their heads and say well,

20    why do people write emails like that, yeah.

21            THE COURT:  Well, you know, look, I've said

22    before one of these days people are going to learn to go

23    back to the phone, but --

24                        (Laughter)

25            THE COURT:  -- apparently --

1              MR. SHERMAN:  But as a practical matter --

2              THE COURT:  Yeah.

3              MR. SHERMAN:  -- consider whether that -- those

4    emails which they have and are free to use as it will, but

5    really provide an important basis for a seven hour

6    deposition.

7              THE COURT:  Well --

8              MR. SHERMAN:  I mean, are they going to say what

9    did you mean?  And she's going to say what?  She's going to

10   say, I didn't mean anything by it.  I use exclamations all

11   the point, all the time.  You know, I've been involved in

12   financing with these people over the years. You know, what

13   substantively is going to transpire?  What really it is is

14   they want to ask the same questions over the same areas, you

15   know, about the substance of the plan.  And as I say,

16   although the suggestion is that there were no questions

17   about those matters in the first deposition, in fact, they

18   were.  Their, you know, the main effort is a redo.  Is a

19   rehearsal of a deposition that was taken on October 13.

20            And I suppose it comes down to a question of some

21   fairness.  Yes, at that point they thought they were doing

22   that in support of their motion for a trustee, but in fact,

23   the substantive matter was the same and, in fact, the

24   special committee since that date has not engaged in a great

25

1  deal of substantive activity.  The one activity and they

2  asked about that activity around the formation of the

3  committee, about the committees' role in reviewing the

4  settlement and approving the proposed plan and the

5  settlement, and that all happened by the 13th, by the time

6  her deposition was taken.  There hasn't been a great deal of

7  activity since then and there isn't much to ask about since

8  then.

9          So they want to ask about those, you know, the JP

10  Morgan emails.  Is that really what they want to ask her

11  about in this deposition?  I doubt it.

12          THE COURT:  Well, I'm sure it's part of it.  I'm

13  sure it's part of it.

14

15          MR. SHERMAN:  Yeah, I'm sure that they can bother

16  her for -- or torture her for ten or twelve minutes about

17  the -- that exchange of emails, but I don't think that's

18  what it's about.  I think what they want to do is get this

19  woman for another day and go over the exact ground that they

20  covered on October 13 and that's -- that isn't right and

21  that's not fair and the objection is they shouldn't be able

22  to have this do over.

23          THE COURT:  All right.  Mr. Sherman, let's do

24  this.  The CMO provides that you may submit a response

25

1    within two business days after receipt of the initial

2    letter.

3             MR. SHERMAN:  Right.

4             THE COURT:  I ask that you do so within that time

5    frame.  I will entertain no replies.  I'll carry this matter

6    for calendar purposes to February 15, but I may decide it on

7    the papers after I receive your response.  Are there any

8    questions about that?

9             MR. HURLEY:  Your Honor, may I be heard just very

10   briefly in response?

11            THE COURT:  Very brief.

12            MR. HURLEY:  Thank you.  First, I didn't meant to

13   suggest that counsel for the special committee or counsel

14   for Ms. Wilderotter was impeding the deposition.  Only that

15   the deposition itself specifically was for limited purposes.

16   It only lasted three hours and the examiners tailored their

17   questioning, I believe to the fact that they had limited

18   time and limited scope.  And there was one point where it

19   appeared there was going to be an instruction not to answer.

20            You know, we have an enormous amount to do.  We

21   certainly don't intend to waste time asking questions that

22   have already been asked.  That is absolutely not something

23   that we're going to do.  You heard the --

24

25

1          THE COURT:  If I were to order the deposition, I

2    would preclude repetition anyway, so.

3          MR. HURLEY:  Of course.  You heard an assertion

4    that we want to ask the same questions that were asked about

5    the plan before on the 13th.  Well, the plan wasn't filed

6    until October 22, so that was after the deposition took

7    place.  You also heard that since the time of the

8    deposition, the special committee hasn't engaged in a lot of

9    substantive activity.  Well, I don't know whether that's

10   true or not, but if it is true, that's something that we're

11   entitled to hear about given the charge of the special

12   committee in connection with formulating the plan and

13   settlement.  So that's all I have, Your Honor, thank you.

14

15          THE COURT:  All right, thank you.

16          MR. SIEGEL:  And, Your Honor, one more brief

17   thing.  I'm glad that Jones Day is going to submit the whole

18   transcript, but I think my statement earlier was correct.

19   Wilmington Trust asked a few questions to follow up on the

20   limited scope of what was there, but did not ask any

21   questions or did not ask any substantive questions about the

22   plan which as you know it was only the day before that the

23   term sheet which included, you know, the other parties, we

24   couldn't have asked questions about any of that stuff at

25   that time.  Thank you.

1          THE COURT:  All right.  Is there anything further

2   for today?

3          MR. BENDERNAGEL:  I just want to revisit this

4   issue with respect to submitting a log in camera and ask you

5   if it would make sense given the fact that the parties have

6   made a fair amount of progress calling back this log before

7   we submit the log in camera to you, that we take another

8   swing at a meet and confer to see if we can make any further

9   progress in eliminating difficulties and then submit it to

10  you so that you're in a position to decide this by the 15th?

11         THE COURT:  Let's say -- that's fine with me,

12  just submit no later than noon on Friday.

13

14         MR. BENDERNAGEL:  That sounds great.  We'll do

15  that, Your Honor.

16         THE COURT:  Okay.

17         MR. KAMINETZKY:  Benjamin Kaminetzky of Davis,

18  Polk, Your Honor.  Counsel for JP Morgan Chase as agent.

19         I just want to make a brief response to something

20  that Mr. Qureshi said of Akin, Gump said earlier.  I think

21  he tried to plant a seed about he mentioned that there was

22  problems getting depositions scheduled and everyone's

23  pushing them to the back of the discovery cutoff period.

24  I'm a little surprised that he said that because I'm

25  actually glad I have an opportunity to raise this with Your

1   Honor.                                      Akin, Gump and Aurelius have

2   taken a rather bizarre approach to scheduling depositions.

3   Rather than giving us all the deposition notices at once,

4   they've been dripping them out on almost a daily basis.  For

5   example, I mean, I just got the count on January 19 they

6   gave us three notices;  January 31, three; January 30, one;

7   February 1, three; February 2, one; February 3, one;

8   February 4, two; February 7, one.

9           So instead of telling us who they want to depose

10  all at once, what they've done is almost every day they give

11  us one or two deposition notices of new people.  And the

12  reason why it's turning a backlog is because obviously if

13  we're going to get a deposition notice yesterday, tomorrow,

14  we can't have the person deposed three weeks ago.  So, you

15  know, that we're in this very short discovery timeframe and

16  the way that they're dripping out these deposition notices

17  is just quite simply bizarre.

18           I also mention that we've only noticed two people

19  for Aurelius, only two of their clients.  We sent them their

20  deposition notice on January 26 and we're still waiting for

21  them to confirm deposition dates for those people.  So I

22  agree that, you know, things are getting backed up, but it's

23  really only because of Aurelius' kind of strategy here to

24  stretch things out.  And as you know, we're kind of now if

25

1    this things does get stretched out or everything gets

2    backlogged, I mean, that's Aurelius' dream in this case is

3    to push off the March 7 hearing.  We're absolutely not going

4    to let that happen or don't want that happen.  So we're kind

5    of between a rock and hard place.  On one hand, you want to

6    get these depositions done and scheduled, on the other hand,

7    we're facing this very strange procedure of giving us a

8    deposition notice or two every day.

9         So that's, you know, kind of I wanted to bring

10   that up, Your Honor, just because I think Mr. Qureshi tried

11   to plant a seed that quite frankly is not appropriate.  And

12   just --

13

14        THE COURT:  Oh, it's okay to plant the seed.  I

15   don't know if it will ever grow into anything but --

16                         (Laughter)

17        MR. KAMINETZKY:  Okay.  But we are faced with

18   this very kind of bizarre process.

19        Also, Your Honor, you know, you've been hearing a

20   lot about kind of enormous burden that the debtors', the

21   debtor, committee, lenders plan proponents have gone through

22   with respect to discovery.  You know, we also served

23   discovery on Aurelius and we basically didn't get we would

24   think anything or very much from them so, unfortunately,

25   Your Honor, just a preview, we're going to have to it looks

1 like where we've met and conferred and burdened the Court

2 with respect to Aurelius and Akin, Gump's document

3 production and I think you'll be hearing from us in the next

4 day or so about that unfortunately.

5          THE COURT:  Okay.  Will put that seed in the

6 garden for the moment, too.

7          MR. KAMINETZKY:  Okay.

8          THE COURT:  Understanding that the deponents may

9 not be present in the courtroom.  As long as you're here,

10 let me ask that counsel confer at least briefly today to see

11 if they can work out any of the bugs in the deposition

12 schedule before they leave here.  Otherwise, to have a meet

13 and confer as soon afterwards as possible once everyone's

14 schedule is known to everyone else.  Thank you.

15

16          MR. KAMINETZKY:  Thank you.

17          MR. QURESHI:  Your Honor, may I just briefly

18 respond to Mr. Kaminetzky?  I just don't think that should

19 be left un-responded to.  Your Honor, we have --

20          THE COURT:  If you must.

21          MR. QURESHI:  Very quickly.  We have noticed the

22 depositions in the way that we have only because JPM

23 together with many of the other parties that we have served

24 discovery on have been very slow to get us documents.  And

25 we don't want to notice unnecessary depositions and,

1  therefore, we don't notice them until we receive the

2  documents and make a determination as to who we need.

3        THE COURT:  All right.

4        MR. QURESHI:  That's all I will say, Your Honor,

5  thank you.

6        THE COURT:  Okay.  Mr. Qureshi, let me just add

7  this.  As you've heard previously or your colleagues have

8  anyway, I would be loathe to push off the confirmation date,

9  except under some extraordinary circumstance or absent

10 agreement of the parties.  But I don't know really to whose

11 advantage or disadvantage that ultimately will work out, but

12 I want to reaffirm that point with the parties here.  Mr.

13 Bendernagel?

14

15        MR. BENDERNAGEL:  It's always important to end on

16 a high note, Your Honor.  Just so it's clear, maybe this is

17 a high note, maybe it isn't.

18        THE COURT:  Yes, we will -- you know, half full.

19                    (Laughter)

20        MR. BENDERNAGEL:  Mr. Zensky and I talked last

21 about what you just essentially identified which is the need

22 right after this meeting to have a meet and confer and try

23 to rationalize the schedule moving forward to March 7 and

24 both parties are committed to doing that.  And I just wanted

25 to put that on the record that we had talked about that that

1  we had intended to do that.  I mean, obviously, people are

2  going to have to make decisions.  People have started to

3  pare back their lists and we'll work together and try to

4  accomplish that.

5          THE COURT:  All right, thank you.  Is there

6  anything further for today?

7               (No audible response heard.)

8          THE COURT:  Thank you all very much.  That

9  concludes this hearing.  Court will stand in recess.

10     (Whereupon at 12:43 p.m., the hearing was adjourned.)

11

12

13                    CERTIFICATION

14     I certify that the foregoing is a correct

15  transcript from the electronic sound recording of the

16  proceedings in the above-entitled matter.

17

18

19  _____        8 February 2011

20  Traci L. Calaman                              Date

21  Transcriber

22

23

24

25

| Word | Page:Line |
|------|-----------|

**a.m**(2) 1:17  9:1

**abid**(4) 3:30  17:6  26:11  38:4
**ability**(2) 30:9  69:7
**able**(3) 12:7  26:1  76:20
**about**(69) 17:3  18:16  20:13  20:14  23:20
24:20  25:5  27:16  28:15  28:21  29:8  32:7
35:5  36:7  37:7  41:20  42:10  42:15  43:6
43:18  45:21  49:6  51:12  51:17  52:20  54:1
54:13  54:19  54:20  58:8  58:8  60:17  62:19
63:5  63:20  65:2  65:14  66:13  66:20  67:20
68:10  68:23  69:3  71:22  72:6  72:20  72:22
73:9  73:14  74:10  75:13  75:17  76:2  76:3
76:7  76:9  76:11  76:15  76:17  77:8  78:4
78:11  78:20  78:23  79:20  81:19  82:4  83:20
83:24

**aboveentitled**  (1) 84:15
**absent**(1) 83:9
**absolute**(1) 69:14
**absolutely**(4) 36:18  50:3  77:22  81:3
**accept**(2) 9:16  24:6
**accomplish**(3) 49:17  56:20  84:4
**accordingly**(1) 44:5
**accurate**(2) 57:19  71:18
**across**(1) 37:19
**act**(3) 40:24  66:3  66:4
**acted**(1) 44:4
**acting**(5) 42:5  44:19  46:18  53:13  55:14
**active**(1) 66:8
**activity**(7) 19:20  33:22  76:1  76:1  76:2
76:7  78:9

**actual**(2) 44:3  67:2
**actually**(17) 9:21  10:1  13:15  13:19  22:1
25:9  34:14  37:8  42:15  50:24  58:21  59:14  63:9
66:2  66:4  69:2  69:8  79:24

**add**(3) 18:10  36:16  83:6
**added**(1) 36:16
**addition**(6) 9:12  20:16  20:19  42:3  46:21
59:19

**additional**(4) 42:8  42:11  57:20  61:3
**address**(5) 48:15  48:17  49:10  66:14  69:1
**adduced**(1) 45:8
**adelman**(1) 6:37
**adjourned**(3) 10:11  14:11  84:10
**adler**(4) 3:5  7:19  70:12  70:13
**administered**(1) 1:9
**advantage**(3) 37:17  72:3  83:11
**adversarial**(1) 18:9
**adversaries**(1) 65:7
**advice**(32) 41:1  41:15  44:7  44:14  45:3
45:16  46:3  47:13  48:2  51:12  52:8  52:9
54:1  54:3  54:7  55:17  55:20  55:20  58:21
58:23  59:4  59:4  59:13  60:7  60:13  61:9
61:16  61:17  61:19  61:24  62:22  64:1

**advise**(1) 55:15
**advised**(1) 65:3
**advises**(1) 55:15
**advisor**(3) 19:4  20:6  20:24
**advisors**(2) 50:7  54:8
**affairs**(2) 45:11  60:13
**affidavit**(2) 47:22  48:5
**after**(24) 14:15  14:16  24:14  24:17  32:18
37:11  41:11  41:14  41:17  51:9  51:24  53:10
55:14  58:17  58:18  59:16  60:8  66:24  67:3
68:9  77:1  77:7  78:6  83:21

**afterwards**(1) 82:13
**again**(16) 23:8  24:21  24:22  25:7  25:15
26:10  27:15  30:8  32:14  38:5  39:8  56:17
57:10  60:1  63:7  65:19

**against**(4) 25:12  26:7  29:16  29:17
**agenda**(3) 9:10  13:8  72:21
**agent**(2) 4:5  79:17
**ago**(2) 12:4  80:14

**agree**(3) 38:6  38:12  80:22
**agreed**(10) 35:6  35:8  41:23  43:2  43:2  43:3
43:12  44:5  47:7  61:11

**agreement**(3) 3:35  7:26  83:10
**ahead**(2) 10:8  72:11
**aiming**(1) 65:10
**akin**(11) 3:27  6:23  17:6  26:11  38:4  40:11
49:2  60:2  79:19  80:1  82:2

**alan**(1) 7:23
**albert**(1) 10:20
**all**(80) 9:4  12:12  12:22  13:3  13:15  14:17
15:4  17:12  17:21  17:21  18:4  18:19  18:19
18:22  19:4  20:15  20:20  21:1  22:9  25:18
25:19  25:20  26:14  27:3  27:15  28:7  29:18
38:8  38:17  39:4  40:9  41:10  44:17  44:17
45:7  45:24  47:5  48:6  48:12  49:3  49:5
50:14  51:17  51:22  52:6  56:24  58:6  58:9
59:10  59:19  60:10  63:7  63:23  64:3  64:6
65:21  65:22  69:18  72:14  72:16  75:10
75:11  76:5  76:22  78:13  78:14  79:1  80:3
80:10  83:3  83:4  84:5  84:8

**allies**(1) 20:22
**alluded**(1) 59:6
**almost**(2) 80:4  80:10
**alone**(1) 67:14
**along**(2) 19:24  42:8
**already**(6) 19:22  42:19  57:6  59:20  71:6
77:22

**also**(21) 10:23  19:7  19:8  19:18  20:8  29:16
30:3  34:18  37:7  49:9  51:1  57:16  61:3
62:12  65:15  67:17  67:18  78:7  80:18  81:18
81:21

**alternative**(1) 35:6
**although**(6) 48:23  61:11  73:4  73:24  74:14
75:16

**always**(1) 83:14
**amanda**(1) 3:21
**amenable**(1) 16:10
**amend**(1) 10:10
**amendments**(1) 22:13
**america**(2) 5:28  5:34
**americas**(1) 4:15
**amit**(1) 6:9
**among**(7) 22:15  22:19  29:3  30:11  62:17
63:2  65:16

**amongst**(1) 23:13
**amount**(4) 35:24  36:12  77:20  79:6

**and**(301) 9:15  10:1  10:2  10:12  10:15
10:16  10:21  10:22  11:2  11:11  11:18  11:19
12:2  12:6  12:6  12:20  13:2  13:5  13:8
13:21  13:21  13:24  14:7  14:8  14:8  14:10
14:12  14:20  15:15  15:16  15:21  16:1  16:2
16:3  16:4  16:6  16:7  16:7  16:12  16:18
16:19  16:22  17:2  17:3  17:18  17:19  17:22
17:22  18:1  18:5  18:8  18:11  18:11  19:7
19:8  19:20  19:20  20:8  20:10  20:13  20:21
20:22  20:24  21:4  21:19  21:9  21:12  21:13
21:17  21:21  22:3  22:7  22:9  22:12  22:15
22:18  22:18  22:22  23:1  23:2  23:3  23:7
23:13  23:16  23:19  23:20  23:22  23:22  24:1
24:5  24:13  24:17  24:18  24:22  25:1  25:2
25:6  25:7  25:9  25:12  25:13  25:14  25:15
25:20  25:23  26:4  26:5  26:6  26:7  26:17
26:19  26:22  26:24  27:12  27:17  27:23
27:24  28:11  28:13  28:15  28:19  29:2  29:3
29:3  29:4  29:7  29:14  29:16  29:17  29:21
30:1  30:6  30:15  30:16  30:18  30:18  31:2
31:4  31:8  31:8  31:9  31:11  31:13  32:6
32:14  32:17  32:19  32:23  33:6  33:7  33:13
33:18  33:19  33:20  33:21  33:23  34:3  34:8
34:14  34:16  34:21  34:21  35:2  35:3
35:4  35:9  35:12  35:15  35:16  35:16  35:20
35:23  36:1  36:8  36:11  36:11  36:20  36:20
37:7  37:9  37:13  37:16  37:16  37:17  37:19
38:6  38:12  38:15  39:9  39:10  39:11  39:12
39:15  39:15  40:3  40:13  40:14  40:16  40:22
42:1  42:7  42:9  42:13  42:24  43:1  43:7
43:12  43:14  43:22  44:1  44:2  44:5  44:7
44:12  44:15  44:18  44:23  45:7  45:10
45:14  45:16  45:21  46:2  46:17  47:4  47:8
47:11  48:2  48:4  48:8  48:9  48:9  48:17
49:5  49:9  49:14  49:21  50:1  50:6  50:7
50:11  50:16  50:17  50:17  50:18  50:19
50:20  50:22  51:1  51:2  51:4  51:4  51:5
51:9  51:9  51:11  51:13  51:13  51:19  51:21
52:1  52:2  52:8  52:9  52:10  52:11  52:16
52:18  52:19  52:20  52:23  53:5  53:6  53:11
53:17  53:18  53:18  53:19  53:20  53:24  54:2
54:7  54:17  54:22  55:5  55:9  55:10  55:14
55:16  55:20  55:22  55:23

**and**(153) 56:5  56:10  56:12  56:18  56:19
56:23  56:24  56:24  57:9  57:18  57:22  58:2
58:13  58:15  58:23  59:2  59:9  59:10  59:14
60:11  60:20  60:22  60:23  61:1  61:19  61:20
61:21  62:9  62:11  62:12  62:18  62:19  62:22
63:2  63:3  63:4  63:9  63:13  63:15  63:15
63:22  64:2  64:11  64:23  65:2  65:8  65:12
65:14  65:17  65:18  65:19  65:24  66:4  66:7
66:8  67:2  67:9  67:9  67:13  67:20  67:22
68:19  68:22  68:22  69:7  69:9  69:10  69:12
69:17  70:1  70:3  70:7  70:17  70:18  70:24
71:8  71:21  71:22  72:1  72:2  72:8  72:11
72:14  72:17  73:5  73:9  73:11  73:12  73:13
73:15  73:24  74:1  74:5  74:7  74:10  74:11
74:15  74:16  74:18  75:4  75:9  75:15  75:20
75:23  76:1  76:4  76:4  76:5  76:7  76:18
76:19  76:19  76:20  77:16  77:18  77:18
78:12  78:15  79:4  79:8  79:9  79:21  80:1
80:11  80:15  80:20  80:24  81:5  81:6  81:13
81:22  82:1  82:1  82:2  82:3  82:13  82:23
82:24  83:2  83:19  83:21  83:21  83:22  83:2
84:3  84:3

**anderson**(1) 2:33
**andrea**(1) 7:36
**andrew**(5) 5:45  5:50  5:52  7:15  7:32
**angeles**(1) 3:47
**angell**(1) 3:12
**angelo**(8) 11:12  11:17  12:17  13:2  14:9
16:6  19:14  19:15

**annoy**(1) 36:5
**another**(18) 9:13  11:12  20:3  20:9  21:23
26:3  30:8  31:20  32:19  33:6  33:19  35:16
38:11  46:4  50:10  54:23  76:18  79:7

**answer**(5) 35:7  59:21  64:2  73:21  77:19

**any**(23) 14:21  27:13  31:17  34:3  38:21
38:22  46:11  52:15  52:16  59:20  59:22
60:14  61:2  68:6  69:1  70:1  70:17  77:7
78:19  78:20  78:23  79:8  82:11

**anybody**(3) 23:2  53:1  69:11
**anybody's**(1) 39:11
**anymore**(2) 43:3  53:13
**anyone**(5) 14:1  15:9  38:3  38:17  39:20
75:10  79:1  81:14  81:23  84:6

**anyway**(3) 72:11  78:2  83:8
**anywhere**(1) 61:22
**apologize**(1) 67:11
**apparently**(5) 12:2  25:14  57:12  74:2  74:24
**appearance**(1) 68:17
**appearances**(4) 5:10  6:1  7:1  8:1
**appeared**(3) 68:4  72:21  77:19
**appears**(2) 45:15  63:4
**application**(1) 43:16
**applied**(1) 43:15
**appointed**(1) 74:1
**appreciate**(1) 22:7
**approach**(1) 80:2
**approached**(2) 56:13  56:23
**appropriate**(7) 16:15  29:23  32:16  47:18
61:5  66:10  81:11

**appropriately**(1) 30:1
**approval**(1) 18:15
**approve**(2) 27:21  27:21
**approving**(1) 76:4
**approximately**(1) 59:15
**are**(98) 9:9  10:6  10:15  10:21  13:3  13:21
14:4  16:16  16:17  16:23  17:19  21:9  21:10
21:21  22:14  22:17  22:18  22:20  23:4  24:12
24:21  25:5  25:16  26:22  27:1  27:15  27:18
27:19  28:3  28:9  28:9  29:8  29:14  29:20
29:21  30:3  30:5  30:19  32:7  34:15  34:18
34:22  35:11  38:22  39:10  39:10  40:7  40:12
40:21  41:7  41:9  41:10  41:19  42:12  43:23
44:16  45:1  45:23  46:14  46:22  46:24  47:5
50:9  50:12  51:14  51:13  51:21  52:7  52:18
52:22  52:23  54:14  54:14  56:9  57:10  57:19
58:7  58:9  58:23  60:20  60:23  61:15  62:5
62:7  62:21  63:4  63:12  68:12  72:10  72:18
74:21  75:4  75:8  77:7  80:22  81:16  83:23
84:1

**area**(1) 68:2
**areas**(1) 75:14
**arguably**(1) 47:8
**argue**(2) 44:24  71:2
**argued**(2) 46:10  57:22
**arguing**(2) 60:6  60:9
**argument**(6) 26:2  44:22  53:11  57:6  61:7
66:13

**arguments**(2) 16:16  36:9
**arm's**(1) 65:12
**around**(4) 42:13  51:9  76:2
**arrived**(2) 24:15  32:10
**articulated**(1) 16:14
**articulates**(1) 28:2
**artificial**(1) 37:20
**ashby**(1) 3:19
**ashish**(1) 7:37
**aside**(1) 17:2
**ask**(23) 26:7  29:7  29:7  29:9  34:17  38:2
57:14  70:1  70:6  70:17  71:2  72:5  73:6
75:14  76:7  76:9  76:10  77:4  78:4  78:19
78:20  79:4  82:10

**asked**(14) 37:4  42:3  50:13  64:7  68:10
71:21  72:8  72:9  73:3  76:2  77:22  78:4
78:18  78:23

**asking**(2) 38:1  77:21
**asks**(1) 12:7

| Word | Page:Line |
|---|---|
| aspect(1) 32:12 | |
| aspects(2) 32:7 49:19 | |
| asphalt(1) 18:14 | |
| assert(2) 43:23 44:20 | |
| asserted(2) 41:14 43:21 | |
| assertion(3) 44:5 60:18 78:3 | |
| assess(2) 31:1 31:2 | |
| asset(1) 74:13 | |
| assigned(1) 69:8 | |
| assume(1) 66:10 | |
| assuming(1) 30:14 | |
| assumption(1) 30:17 | |
| asymmetric(1) 34:23 | |
| atamian(1) 6:10 | |
| attached(3) 21:16 21:18 30:19 | |
| attachments(1) 70:18 | |
| attacked(1) 25:10 | |
| attempt(1) 56:4 | |
| attempted(1) 55:21 | |
| attend(1) 71:19 | |
| attention(2) 37:4 51:14 | |
| attorney(5) 12:23 15:17 17:12 27:12 34:5 | |
| attorney's(1) 61:3 | |
| attorney/client(1) 44:11 | |
| audible(5) 18:19 38:19 38:23 39:21 84:7 46:5 46:10 46:12 46:17 46:23 57:24 58:1 58:3 58:7 58:8 58:10 58:12 58:12 62:11 62:17 62:18 63:3 63:13 63:19 63:19 | |
| aurelius(38) 3:19 6:23 6:29 11:9 12:24 17:7 18:17 20:18 20:21 23:23 23:24 24:5 25:11 26:12 26:14 34:7 35:23 38:5 40:11 48:24 49:1 49:2 49:4 49:4 57:8 60:2 64:23 67:21 73:6 73:14 74:16 80:1 80:19 80:23 81:2 81:22 82:2 | |
| austin(2) 1:25 5:19 | |
| authorized(3) 45:4 52:15 59:2 | |
| available(3) 14:11 67:10 67:16 | |
| avenue(7) 2:29 2:43 3:7 3:22 3:45 4:15 4:43 | |
| avoid(1) 68:17 | |
| aware(2) 36:20 43:8 | |
| awfully(1) 22:2 | |
| axiomatic(1) 44:10 | |
| back(13) 13:21 23:2 24:21 26:17 27:5 52:21 63:9 63:18 63:19 69:11 74:22 79:6 79:22 84:3 | |
| backed(2) 68:6 80:22 | |
| backlog(1) 80:12 | |
| backlogged(1) 81:2 | |
| bale(1) 6:16 | |
| ban(1) 27:13 | |
| banal(1) 28:22 | |
| banc(2) 4:40 6:49 | |
| bangle(1) 22:11 | |
| bank(7) 3:12 4:6 5:28 5:34 6:4 7:18 69:6 | |
| bankruptcy(11) 1:1 1:21 18:7 18:14 23:11 24:1 49:20 51:13 55:8 55:9 56:21 | |
| banks(4) 30:5 30:16 31:9 68:21 | |
| barclays(2) 3:12 6:7 | |
| bargaining(1) 65:13 | |
| barnes(1) 4:34 | |
| basically(4) 54:6 60:24 74:6 81:22 | |
| basis(3) 66:16 75:5 80:4 | |
| baskin(1) 8:14 | |
| bear(1) 14:18 | |
| bears(1) 27:9 | |
| became(4) 34:4 51:9 58:19 59:16 | |
| because(36) 9:8 21:4 21:5 21:11 21:14 21:15 23:19 26:24 27:7 27:18 28:6 33:4 34:15 34:22 35:7 36:4 37:11 50:16 52:17 56:17 56:20 57:12 57:19 58:5 59:1 62:13 70:23 71:17 73:23 74:2 74:5 79:23 80:12 80:23 81:10 82:21 | |

| Word | Page:Line |
|---|---|
| become(1) 26:23 | |
| becomes(3) 52:1 53:10 55:22 | |
| becoming(1) 52:10 | |
| been(44) 9:11 12:5 13:24 19:13 19:16 19:22 20:17 21:1 22:2 25:3 30:6 31:22 40:2 44:23 45:8 47:17 47:18 49:13 49:22 49:22 50:13 51:11 58:5 59:3 60:5 60:6 60:8 60:10 61:23 62:14 63:8 65:1 65:20 67:6 67:10 67:12 69:2 74:6 75:11 76:6 77:22 80:4 81:18 82:23 | |
| before(39) 1:20 13:23 17:8 24:13 25:15 26:6 33:10 33:18 34:1 44:3 46:10 46:12 46:19 47:7 51:8 51:10 51:17 51:19 52:12 52:13 52:14 52:14 55:14 60:11 62:9 63:12 63:15 63:19 63:19 63:23 64:15 66:12 67:10 70:21 74:21 78:5 78:21 79:6 82:12 | |
| begin(1) 50:18 | |
| behalf(16) 9:6 17:7 17:17 26:11 28:12 30:16 38:5 40:11 48:22 49:3 49:11 57:3 59:2 60:2 70:13 72:20 | |
| behind(1) 71:11 | |
| being(14) 16:21 19:21 29:2 33:12 46:8 47:21 55:2 55:11 55:20 58:9 59:13 73:16 73:18 73:22 | |
| believe(19) 9:18 12:22 13:3 13:6 13:13 15:18 28:11 29:21 39:16 40:8 40:15 53:20 56:11 66:5 66:14 69:16 71:10 71:18 77:1 | |
| believed(2) 48:1 68:2 | |
| bendernagel(36) 1:26 12:22 13:14 15:14 15:14 17:9 34:12 34:20 36:11 36:23 37:3 38:6 39:3 39:5 39:23 40:4 40:7 48:24 49:8 49:10 57:5 57:21 58:14 58:24 59:6 59:20 64:6 64:14 70:21 71:5 71:8 71:15 79:3 79:13 83:13 83:14 83:19 | |
| beneficial(1) 39:12 | |
| benefit(2) 50:6 54:23 | |
| benjamin(3) 2:27 13:1 79:16 | |
| bennett(4) 6:41 6:42 7:26 16:2 | |
| benson(2) 4:26 14:4 | |
| bernstein(2) 16:2 21:21 | |
| best(4) 24:1 36:9 54:10 69:14 | |
| better(2) 37:11 37:22 | |
| between(7) 16:12 22:15 31:7 37:16 39:15 40:13 40:21 41:5 41:19 44:12 46:11 47:22 53:15 59:9 74:7 74:9 81:5 | |
| beyond(4) 68:3 68:11 68:12 73:6 | |
| bias(1) 68:23 | |
| big(2) 25:16 51:6 | |
| bigelow(1) 8:22 | |
| bill(2) 20:3 20:9 | |
| binder(5) 42:14 57:9 57:17 62:3 66:5 | |
| bit(4) 11:13 11:20 11:21 50:20 | |
| bizarre(3) 80:2 80:17 81:17 | |
| blabey(1) 6:13 | |
| bland(1) 22:18 | |
| block(1) 5:44 | |
| board(16) 7:23 19:3 42:6 43:11 43:14 46:13 47:8 51:12 52:8 52:10 52:20 53:23 54:1 55:15 57:4 65:15 | |
| bockius(1) 6:49 | |
| body(1) 43:9 | |
| boelter(1) 5:21 | |
| bore(1) 37:18 | |
| both(3) 10:7 10:21 31:10 33:7 35:6 35:7 40:8 44:23 50:10 53:18 54:10 55:13 83:23 | |
| bother(1) 76:14 | |
| bottom(1) 51:23 | |
| bowden(1) 3:20 | |
| box(4) 2:7 3:23 3:39 4:9 | |
| boy(1) 25:16 | |
| brady(1) 3:36 | |

| Word | Page:Line |
|---|---|
| brandywine(1) 3:37 | |
| brian(1) 5:25 | |
| bridge(3) 4:5 9:15 10:1 | |
| brief(12) 35:2 35:3 35:8 35:12 35:17 38:7 38:10 40:17 48:21 77:11 78:15 79:18 | |
| briefer(1) 44:15 | |
| briefing(7) 13:7 34:14 34:23 36:8 36:17 36:19 36:20 | |
| briefly(8) 17:8 42:15 59:24 60:3 70:12 77:10 82:10 82:16 | |
| briefs(1) 13:7 | |
| briesen(1) 10:15 | |
| bring(4) 30:7 37:4 64:7 81:9 | |
| broad(3) 20:18 49:12 56:1 | |
| broader(1) 54:18 | |
| broadly(1) 35:13 | |
| broadway(1) 4:30 | |
| bromberg(1) 5:41 | |
| brothers(1) 20:2 | |
| brought(2) 23:6 30:6 | |
| brown(5) 2:47 5:38 6:7 48:21 69:21 | |
| bruce(2) 6:42 19:10 | |
| bryant(1) 3:31 | |
| bucket(5) 51:7 53:7 53:9 57:22 58:7 58:17 | |
| buckets(1) 51:6 | |
| buena(1) 8:9 | |
| bugs(1) 82:11 | |
| building(1) 3:37 | |
| bunch(2) 63:12 72:8 | |
| burden(7) 27:7 27:10 37:17 61:2 61:20 65:11 81:19 | |
| burdened(1) 82:1 | |
| burke(1) 48:6 | |
| burn(1) 34:18 | |
| bush(5) 7:31 17:19 21:9 26:8 29:3 29:9 31:8 34:6 | |
| bush's(2) 21:4 30:7 | |
| business(10) 16:5 41:2 44:18 46:19 47:1 47:8 47:9 53:13 63:16 77:1 | |
| but(79) 9:10 14:5 15:24 16:16 16:24 17:23 18:21 19:21 24:20 24:21 25:1 25:10 25:16 28:4 28:5 28:24 33:13 34:2 34:9 35:10 35:18 36:24 37:15 38:1 39:18 42:2 45:7 45:23 46:23 47:6 47:9 51:4 52:6 53:5 54:9 54:13 54:14 56:9 56:22 57:9 58:6 59:6 59:7 59:20 60:7 61:5 63:12 63:14 63:19 64:15 65:10 65:15 66:3 67:8 67:11 69:2 69:16 70:8 71:12 71:16 71:19 72:5 72:23 73:4 73:21 74:22 75:1 75:4 75:22 76:16 77:6 78:9 78:17 78:19 80:22 81:14 81:16 83:10 83:11 | |
| bynum(1) 8:6 | |
| calaman(1) 84:19 | |
| calendar(3) 64:13 64:16 77:6 | |
| call(5) 21:22 22:12 23:2 28:21 33:23 | |
| called(1) 49:20 | |
| calling(1) 79:6 | |
| came(3) 32:13 68:9 70:24 | |
| camera(6) 48:13 61:2 64:5 64:11 79:2 | |
| campbell(1) 11:2 | |
| can(31) 9:10 9:21 10:5 13:19 14:20 16:4 18:12 18:18 22:18 26:2 28:6 35:18 39:9 39:24 47:2 50:4 51:3 51:22 54:6 54:11 57:18 58:14 62:9 62:18 63:3 64:8 64:19 66:5 76:14 79:8 82:11 | |
| can't(9) 24:5 29:7 33:21 38:9 53:13 54:10 55:24 59:3 80:14 | |
| candace(1) 5:23 | |
| cannot(1) 53:16 | |
| cantor(1) 5:29 | |

| Word | Page:Line |
|---|---|
| capacity(4) 29:21 42:6 46:13 54:1 | |
| capital(7) 3:19 6:16 6:23 6:29 6:41 10:12 17:7 | |
| careful(2) 62:13 65:20 | |
| carey(1) 1:20 | |
| carlson(1) 20:6 | |
| carlyle(1) 4:40 | |
| carol(1) 6:16 | |
| carry(4) 34:4 61:20 64:13 77:5 | |
| case(37) 1:7 4:13 7:41 9:13 16:23 17:20 17:22 17:23 18:3 18:14 21:14 22:16 24:19 25:18 27:9 27:13 28:1 28:5 31:17 31:23 32:2 32:12 32:20 32:21 33:9 36:24 36:24 38:1 45:18 47:10 50:12 50:17 53:3 68:6 68:22 69:2 81:2 | |
| cases(5) 17:21 18:4 21:5 33:9 54:12 | |
| categories(1) 50:13 | |
| category(2) 23:18 56:11 | |
| cause(2) 27:10 74:15 | |
| caused(2) 29:15 | |
| cede(1) 17:8 | |
| center(1) 4:6 | |
| certain(3) 20:4 52:20 62:21 | |
| certainly(6) 21:12 45:23 67:11 68:12 72:6 77:21 | |
| certification(2) 11:14 84:12 | |
| certify(1) 84:13 | |
| cetera(4) 1:17 63:22 63:24 67:9 | |
| chadbourne(5) 2:11 7:7 17:17 24:17 30:4 | |
| chain(2) 57:12 57:13 | |
| chains(1) 57:18 | |
| chair(1) 19:8 | |
| chairman(5) 19:1 19:2 45:9 65:23 66:1 | |
| chairmanship(1) 73:23 | |
| chairperson(2) 66:3 66:4 | |
| challenge(5) 42:10 43:3 43:4 47:7 57:13 | |
| challenged(1) 47:21 | |
| challenging(2) 61:13 63:18 | |
| chambers(1) 64:10 | |
| chandler(1) 8:22 | |
| change(1) 71:16 | |
| chapter(3) 1:4 10:20 36:7 | |
| charge(1) 78:11 | |
| chase(4) 2:19 6:4 11:10 79:17 | |
| chase's(1) 13:1 | |
| chicago(2) 1:31 10:21 | |
| chief(5) 18:23 41:12 53:10 55:15 73:19 | |
| chilling(2) 23:12 23:16 | |
| choice(1) 40:8 | |
| chung(1) 5:35 | |
| circumstance(3) 18:13 69:2 83:9 | |
| circumstances(9) 16:16 22:17 25:22 30:3 44:17 45:22 60:22 61:5 69:17 | |
| cite(3) 21:22 21:23 54:13 | |
| cited(1) 28:1 | |
| cites(1) 28:20 | |
| citigroup(1) 5:48 | |
| citing(1) 18:15 | |
| citizens(1) 4:6 | |
| city(1) 10:21 | |
| claim(5) 60:16 60:22 61:1 61:6 61:15 | |
| claimed(1) 42:4 | |
| claiming(1) 47:22 50:15 | |
| claims(3) 24:2 32:14 61:13 | |
| clarie(1) 8:23 | |
| clarification(1) 39:7 | |
| clarifying(1) 13:6 | |
| classic(1) 52:19 | |
| clear(12) 27:16 36:18 48:23 49:15 50:2 50:4 50:7 50:22 51:20 53:2 66:7 83:15 | |
| clearly(5) 27:8 38:15 44:19 46:18 55:4 | |
| clerk(1) 9:3 | |
| client(5) 16:7 18:12 29:19 68:20 68:23 | |
| clients(2) 23:14 80:19 | |

| Word | Page:Line |
| --- | --- |
| close(1) 61:22 | |
| closing(1) 37:12 | |
| cmo(7) 13:6 35:8 37:5 39:9 71:1 72:24 76:23 | |
| co-chair(3) 19:23 30:12 30:15 | |
| co-proponents(2) 20:20 23:1 | |
| cobb(1) 2:4 | |
| cole(1) 1:34 | |
| collateral(1) 33:22 | |
| colleagues(2) 22:12 83:7 | |
| colleen(1) 1:28 | |
| column(1) 58:16 | |
| come(8) 13:21 24:14 35:5 36:1 47:21 56:17 61:22 63:9 | |
| comes(1) 75:20 | |
| coming(3) 48:8 55:8 65:11 | |
| comments(1) 70:15 | |
| committed(4) 37:15 56:15 56:19 83:23 | |
| committee(166) 2:4 4:48 7:7 7:22 7:30 9:16 15:24 16:9 16:13 17:3 17:9 17:13 17:14 17:17 19:2 19:3 19:7 19:8 19:11 19:21 19:22 19:23 20:4 20:6 20:7 20:9 20:11 20:23 20:24 23:19 23:21 23:22 24:3 24:8 24:22 26:21 27:8 28:12 28:16 28:20 29:1 29:8 29:15 29:16 29:19 30:6 30:11 30:12 30:15 30:16 30:20 30:22 31:6 31:13 33:2 33:14 40:14 40:22 40:24 41:1 41:2 41:4 41:19 41:23 42:5 42:9 42:21 43:1 43:7 43:8 43:13 43:15 43:17 43:17 43:21 43:21 43:24 44:2 44:4 44:6 44:18 44:20 44:23 45:2 45:6 45:10 45:12 45:20 46:2 46:7 46:7 46:8 46:9 46:12 46:16 46:17 46:18 47:1 47:5 47:6 47:9 47:14 49:9 49:14 49:18 49:23 50:4 50:8 50:11 50:22 52:11 52:13 52:23 52:23 53:15 53:21 53:23 54:2 54:16 55:5 55:11 56:8 56:13 57:3 57:24 58:1 58:2 58:11 58:18 58:22 59:1 59:7 59:8 59:9 59:10 59:11 59:15 60:7 60:12 60:14 61:10 62:8 62:17 62:19 63:6 63:15 63:21 65:1 65:3 65:16 65:23 65:24 66:2 68:16 68:24 69:3 69:9 71:10 72:18 73:24 75:24 76:3 77:13 78:8 78:12 81:20 | |
| committee's(1) 66:21 | |
| committees(11) 12:24 26:21 30:10 43:20 49:14 51:21 51:21 61:20 62:2 62:10 76:3 | |
| common(10) 30:21 47:20 53:14 55:4 55:7 60:16 60:18 60:21 61:1 61:3 | |
| communicated(1) 41:22 | |
| communicating(2) 41:9 61:18 | |
| communication(6) 44:12 44:13 47:23 47:24 61:16 61:21 | |
| communication(15) 40:13 40:21 41:10 41:11 41:14 41:20 42:1 42:8 42:11 42:13 44:14 44:17 46:11 50:14 56:8 | |
| company(19) 1:7 5:12 5:39 43:10 43:14 43:22 45:5 49:17 51:11 52:2 54:18 54:21 55:8 55:10 56:21 59:2 59:5 73:20 74:11 | |
| company's(1) 55:17 | |
| compel(8) 11:9 11:11 11:15 11:17 12:14 12:16 40:12 40:21 | |
| compelled(1) 72:12 | |
| competing(1) 10:3 | |
| completely(1) 71:18 | |
| compromised(5) 24:7 24:8 24:9 24:9 24:12 | |
| conaway(1) 3:35 | |
| concede(1) 24:4 | |
| concern(4) 36:14 68:20 68:23 68:24 | |
| concerning(4) 29:15 42:4 44:14 67:8 | |
| concerns(2) 35:11 69:3 | |
| conclude(1) 63:24 | |
| concluded(1) 44:8 | |
| concludes(1) 84:9 | |
| conclusions(2) 32:18 37:9 | |
| conducted(1) 29:3 | |
| conduit(2) 55:14 61:7 | |
| confer(4) 79:8 82:10 82:13 83:21 | |
| conference(3) 13:4 13:10 72:21 | |
| conferences(1) 13:20 | |
| conferred(1) 82:1 | |
| confess(1) 33:16 | |
| confirm(1) 80:21 | |
| confirmation(3) 9:14 10:4 83:8 | |
| confirmed(1) 38:9 | |
| conflict(6) 30:4 55:5 55:7 55:12 68:17 68:18 | |
| conflicts(1) 69:4 | |
| conlan(7) 16:2 17:1 21:24 22:2 22:3 22:11 33:5 | |
| connection(9) 23:11 33:18 41:21 63:6 66:3 66:17 66:19 72:3 78:12 | |
| consent(2) 57:24 58:2 | |
| consents(1) 46:8 | |
| consequence(8) 16:19 35:4 36:1 36:17 37:13 53:6 53:16 53:24 | |
| consider(2) 26:17 75:3 | |
| considered(3) 28:2 66:3 73:23 | |
| considering(1) 61:1 | |
| constrained(2) 36:15 72:6 | |
| constraint(1) 37:20 | |
| consulting(2) 52:20 53:5 | |
| consummated(1) 43:12 | |
| context(1) 27:21 | |
| continue(1) 14:1 14:11 16:13 25:6 25:9 33:16 50:5 51:3 53:23 54:6 68:6 | |
| continued(7) 2:2 3:2 4:2 5:2 6:2 7:2 8:2 | |
| continues(1) 25:12 | |
| continuing(2) 54:21 66:16 | |
| contrary(1) 60:9 | |
| controversial(1) 35:18 | |
| convened(1) 63:15 | |
| convenience(1) 64:11 | |
| conversation(1) 12:1 | |
| conversations(2) 29:5 31:7 | |
| converse(1) 54:22 | |
| conveyed(1) 55:20 | |
| copies(1) 62:3 | |
| copy(2) 42:19 62:8 | |
| correct(4) 15:8 40:4 78:17 84:13 | |
| correctly(1) 17:9 28:2 | |
| corroborated(1) 28:11 | |
| corroon(1) 2:33 | |
| cost(1) 18:11 | |
| could(15) 13:12 14:10 24:4 25:5 33:23 34:2 36:7 38:21 42:17 43:23 45:4 49:20 61:17 66:21 74:8 | |
| couldn't(1) 78:23 | |
| counsel(74) 11:14 15:24 17:14 18:6 18:9 20:23 20:24 23:22 24:3 24:23 27:17 27:15 27:20 28:4 28:4 28:16 28:20 28:22 29:16 29:17 30:22 33:15 41:12 42:9 42:20 42:2 43:17 43:19 43:24 45:12 45:21 47:2 47:11 49:2 49:9 50:5 50:6 51:10 52:1 52:8 52:11 52:15 52:15 52:19 53:7 53:10 53:12 53:16 54:7 54:9 54:15 54:23 55:16 59:2 59:4 59:11 59:18 60:15 62:2 62:19 62:22 63:21 67:5 68:2 68:2 71:10 72:18 73:6 73:14 77:13 77:13 79:17 82:10 | |
| count(1) 80:5 | |
| counted(1) 67:8 | |
| couple(7) 9:8 49:12 51:17 52:3 57:7 68:10 73:2 | |
| course(10) 16:16 17:22 21:8 24:17 28:19 28:19 45:3 61:19 67:3 78:3 | |
| court(103) 1:1 9:3 9:7 9:9 9:10 9:12 9:17 9:19 9:24 10:8 11:1 11:20 12:3 12:12 12:19 13:12 13:17 13:18 13:23 14:6 14:13 14:18 14:22 14:24 15:2 15:4 15:6 15:9 15:12 17:4 17:15 26:9 28:17 31:15 31:20 32:4 33:1 33:16 34:11 34:17 36:6 36:22 37:1 38:3 38:17 38:20 39:1 39:4 39:12 39:20 39:22 40:1 40:5 40:9 40:19 42:18 45:14 48:14 48:17 49:7 57:1 59:22 59:24 62:5 62:15 62:24 64:3 64:10 64:15 64:18 64:21 69:20 70:11 70:21 71:6 71:12 72:16 73:1 74:14 74:20 74:24 75:7 75:12 76:12 76:22 77:4 77:11 78:1 78:9 79:1 79:11 79:15 81:13 82:1 82:5 82:8 82:19 83:3 83:6 83:17 84:5 84:8 84:9 | |
| court's(2) 10:5 18:5 21:10 | |
| courtroom(2) 1:12 82:9 | |
| covered(2) 69:15 76:19 | |
| crack(2) 73:19 73:22 | |
| create(1) 23:12 | |
| created(4) 43:7 43:8 45:6 46:20 | |
| creating(4) 39:8 46:6 57:24 58:2 | |
| creation(1) 68:16 | |
| credit(2) 3:35 7:26 | |
| creditors(4) 2:4 7:8 7:31 17:13 | |
| crime(1) 11:16 | |
| criteria(5) 28:6 28:8 35:17 56:3 56:11 | |
| critical(3) 21:14 53:19 53:19 | |
| cro(12) 51:8 51:9 51:10 52:1 55:17 55:22 58:19 59:17 60:4 60:4 60:8 60:14 | |
| crucial(1) 18:2 | |
| cutoff(3) 14:16 63:14 79:22 | |
| daily(1) 80:4 | |
| dallas(3) 18:8 18:14 25:19 | |
| daniel(4) 2:5 5:29 5:31 6:25 | |
| data(1) 14:1 | |
| date(8) 16:1 45:8 46:6 58:16 63:14 75:24 83:8 84:19 | |
| dated(7) 21:20 21:23 46:9 58:1 58:3 58:7 63:3 | |
| dates(2) 26:20 80:21 | |
| david(15) 2:12 3:5 3:29 4:35 5:5 5:13 5:24 6:13 6:19 7:10 7:19 7:38 13:10 19:3 70:12 | |
| davis(3) 2:26 5:51 79:16 | |
| day(15) 4:48 7:22 14:11 45:13 57:3 59:5 63:10 66:23 72:17 76:18 78:16 78:21 80:10 81:8 82:4 | |
| days(7) 26:19 26:19 32:5 44:2 63:18 74:21 77:1 | |
| dbtca(2) 3:4 70:13 | |
| deal(7) 14:20 15:20 27:20 38:14 67:3 76:1 76:6 | |
| dealing(1) 28:3 | |
| dealt(1) 32:14 | |
| dearborn(1) 1:30 | |
| death(1) 37:18 | |
| debenture(3) 4:19 14:4 14:7 | |
| debenture's(6) 11:11 11:16 11:18 12:14 12:16 13:15 | |
| debtor(11) 1:25 5:12 9:6 9:16 41:16 59:3 64:4 71:2 71:9 74:3 81:20 | |
| debtors(37) 1:12 12:21 16:6 19:1 19:3 19:4 26:19 28:1 28:13 29:13 29:17 31:8 31:13 35:11 38:9 41:4 41:23 42:7 42:9 42:20 42:24 44:24 46:13 49:11 50:6 50:6 50:11 52:5 53:15 53:16 54:7 54:8 59:4 61:20 65:11 68:2 81:19 | |
| december(1) 41:7 | |
| decide(6) 30:24 61:2 64:12 64:15 77:6 79:10 | |
| decided(2) 23:18 43:2 | |
| decision(5) 21:10 27:14 27:15 31:22 62:20 | |
| decisions(1) 84:2 | |
| deemed(2) 59:17 74:12 | |
| deep(1) 51:18 | |
| defendants(1) 30:5 | |
| defense(1) 16:22 | |
| defer(2) 12:7 15:24 | |
| deference(1) 32:17 | |
| degree(1) 55:14 | |
| delaware(5) 1:2 1:14 3:22 4:43 9:1 | |
| deliberations(2) 24:17 29:8 | |
| demand(1) 27:3 | |
| demands(3) 30:1 31:6 31:6 | |
| demonstrate(2) 25:3 47:24 | |
| demonstrated(1) 16:20 | |
| demonstrates(2) 47:16 60:11 | |
| demonstrating(1) 27:10 | |
| deny(1) 31:21 | |
| depend(1) 54:6 | |
| depends(1) 15:2 | |
| deponents(1) 82:8 | |
| depose(11) 18:5 26:14 27:19 27:20 28:3 29:5 33:5 70:4 70:6 70:9 80:9 | |
| deposed(6) 21:11 45:10 56:18 66:12 66:15 80:14 | |
| deposing(1) 66:16 | |
| deposition(66) 18:9 18:23 18:24 19:6 19:10 19:11 19:13 19:15 19:22 20:2 20:5 20:7 20:8 21:4 21:4 21:17 29:12 30:12 65:4 65:8 66:17 66:18 66:23 67:13 67:15 67:16 67:17 67:18 67:20 67:22 68:3 68:15 69:12 69:16 69:17 70:1 70:5 70:10 70:17 70:19 71:19 71:20 71:21 72:7 73:4 73:9 73:12 74:1 75:6 75:17 75:19 76:6 76:11 77:14 77:15 78:1 78:6 78:8 80:3 80:11 80:13 80:16 80:20 80:21 81:8 82:11 | |
| depositions(31) 12:23 15:17 15:23 16:1 16:5 16:15 17:12 17:18 18:18 19:5 19:4 19:17 19:18 21:20 23:12 25:17 26:20 27:2 27:12 27:16 28:10 32:24 34:6 64:24 65:20 72:14 79:21 80:2 81:6 82:21 82:24 | |
| described(2) 17:9 33:23 | |
| describes(1) 49:16 | |
| description(2) 51:5 61:22 | |
| descriptions(4) 57:19 58:22 60:23 60:24 | |
| despite(1) 51:5 | |
| detail(1) 11:21 | |
| details(3) 9:7 73:14 73:15 | |
| determination(2) 36:2 83:2 | |
| determinativ(1) 55:18 | |
| determine(1) 59:12 | |
| detract(1) 18:11 | |
| deutsch(1) 7:8 | |
| deutsche(1) 7:18 | |
| devastating(1) 22:14 | |
| developed(2) 50:1 69:18 | |
| development(1) 28:1 | |
| developments(1) 9:10 | |
| dewey(2) 3:43 8:9 | |
| diamond(1) 6:20 | |
| diaz(1) 1:44 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| did(24) 21:15 29:12 29:13 31:7 40:23 41: 44:6 45:7 48:7 49:1 50:16 56:8 59:8 60:12 69:23 70:9 70:16 70:16 70:16 73:21 73:6 75:9 78:19 78:20 | | dougherty(2) 6:45 6:46 douglas(2) 7:8 18:14 down(8) 11:13 17:11 34:18 35:4 37:14 50:19 51:2 75:20 | | errors(1) 57:10 especially(2) 59:1 74:16 esq(82) 1:26 1:27 1:28 1:29 1:36 2:5 2:12 2:13 2:14 2:20 2:27 2:28 2:42 2:48 2:49 2:50 3:5 3:6 3:13 3:20 3:21 3:28 3:29 3:30 3:36 3:44 4:5 4:14 4:20 4:28 4:29 4:35 4:49 4:50 5:5 5:20 5:21 5:22 5:23 5:24 5:25 5:29 5:31 5:39 5:41 5:45 5:50 5:51 5:52 6:8 6:9 6:10 6:13 6:24 6:25 6:26 6:30 6:34 6:38 6:42 6:50 7:8 7:9 7:10 7:11 7:14 7:15 7:19 7:22 7:27 7:31 7:32 7:36 7:37 7:38 7:42 8:6 8:10 8:11 8:15 8:23 8:27 | | eyes(1) 62:14 face(2) 46:24 63:20 faced(1) 81:16 facilitate(1) 55:11 facing(3) 18:8 37:21 81:7 fact(29) 17:18 26:24 28:17 31:15 37:9 44:8 45:7 45:15 47:17 47:24 48:10 51:18 52:22 54:5 54:23 55:19 55:19 55:20 59:10 59:15 60:23 66:11 66:15 67:22 75:17 75:22 75:23 77:17 79:5 | |
| didn't(17) 19:17 42:20 46:10 52:15 60:18 65:9 70:1 70:6 72:2 72:3 72:5 72:6 73:9 73:24 75:10 77:12 81:22 | | dozens(1) 41:13 drayton(1) 2:42 dream(1) 81:2 drew(2) 51:14 68:10 | | | | factor(2) 30:8 32:19 facts(2) 18:16 33:10 | |
| different(5) 13:19 31:17 31:18 34:22 54:15 | | dripping(2) 80:4 80:16 dublin(1) 6:24 | | esquire(1) 4:42 essentially(2) 53:18 55:12 52:16 55:6 83:24 | | fair(4) 31:16 35:24 76:20 79:6 fairly(4) 26:17 29:21 34:14 65:6 fairness(1) 75:21 | |
| differently(1) 16:9 difficult(1) 38:13 difficulties(1) 79:9 difficulty(1) 34:21 | | ducayet(1) 5:20 due(2) 34:16 39:10 duplication(1) 69:15 during(2) 60:9 69:15 | | establish(2) 28:24 63:13 establishes(1) 48:7 estate(1) 29:20 esther(1) 5:35 | | faith(3) 31:3 31:14 33:7 fall(5) 33:20 51:5 56:10 56:11 58:6 far(3) 18:17 18:18 55:1 | |
| direct(1) 34:5 directed(1) 19:21 direction(1) 16:11 directly(4) 28:12 44:18 47:1 47:6 director(1) 54:3 directors(15) 7:23 40:23 41:15 43:9 43:10 43:11 43:22 44:4 44:6 44:19 47:12 49:19 53:24 57:4 65:8 65:21 | | dynamics(1) 31:17 each(4) 14:10 23:13 41:4 63:17 earlier(7) 36:6 48:24 51:15 52:3 52:7 78:17 79:19 | | even(11) 25:4 25:23 37:5 37:12 41:10 52:2 52:14 52:15 63:12 65:22 72:9 event(1) 35:14 events(1) 69:19 eventually(1) 39:18 ever(1) 81:14 | | farther(1) 45:23 fatigue(2) 36:7 36:8 february(17) 1:16 9:1 14:22 26:24 34:5 35:12 37:7 37:11 41:21 74:15 77:6 80:7 80:7 80:7 80:8 80:8 84:18 | |
| disadvantage(1) 83:11 disagree(5) 23:22 23:23 24:2 24:11 25:8 disagreement(2) 24:6 63:5 discharge(2) 66:22 69:8 discloses(1) 54:17 | | earliest(1) 64:11 early(2) 41:13 47:17 earth(1) 28:23 east(1) 4:51 echo(1) 70:15 ecro(1) 1:42 edwards(1) 3:12 | | every(6) 31:23 32:2 59:9 59:12 80:10 81: everybody(2) 37:9 39:16 everyone(2) 9:3 82:14 everyone's(2) 79:21 82:13 everything(3) 20:19 26:6 81:1 evidence(7) 25:3 32:24 45:8 45:16 45:24 60:10 63:8 | | federal(1) 27:11 feel(6) 24:10 34:9 36:22 49:5 69:1 70:8 feld(3) 3:27 6:23 17:6 felt(1) 72:12 few(6) 12:20 18:17 42:14 51:20 57:20 fiduciary(2) 29:19 29:20 55:10 figure(1) 56:4 | |
| discovery(13) 10:2 14:15 14:16 20:18 26:24 27:4 37:13 71:1 79:22 80:15 81:21 81:22 82:23 discuss(3) 22:12 28:21 35:22 discussed(3) 29:5 33:17 59:14 discussing(2) 59:3 59:4 discussion(2) 28:21 36:6 discussions(1) 24:18 disinterested(1) 43:23 dispute(7) 28:15 29:2 29:4 33:19 42:13 42:16 48:9 | | either(9) 11:14 16:24 26:15 37:19 43:2 45:5 59:17 64:8 65:8 elden(1) 6:45 eldersveld(1) 5:13 elected(1) 33:15 electronic(1) 1:50 84:14 eliminates(1) 43:1 eliminating(1) 79:9 ellias(1) 5:39 else(7) 15:9 26:6 38:3 38:18 39:17 39:20 82:14 | | exact(1) 76:18 exactly(1) 29:19 30:20 48:7 67:7 examiner(3) 32:13 32:18 68:6 examiner's(2) 11:4 68:9 examiners(1) 77:16 example(2) 26:3 80:5 examples(1) 21:17 exceeded(1) 68:3 excellent(1) 53:20 except(6) 11:19 14:9 17:12 25:11 33:21 83:9 | | figure(1) 56:4 file(1) 9:22 filed(5) 9:15 9:18 39:11 41:21 78:5 filing(1) 41:22 fin(1) 20:5 finally(2) 21:13 42:7 47:19 55:22 59:6 68:14 69:10 | |
| disputed(2) 58:9 58:13 disputes(1) 71:1 disqualify(1) 24:16 disrupt(1) 18:9 distinction(2) 27:17 60:4 district(1) 1:2 | | else's(1) 69:11 email(13) 21:18 21:20 21:23 22:1 39:16 62:17 62:18 63:1 66:7 68:20 68:21 69:6 74:15 | | exception(1) 11:16 excerpted(1) 44:15 excerpts(4) 42:24 57:8 57:15 58:6 exchange(2) 74:5 76:16 exchanged(1) 39:14 | | financial(3) 19:4 20:6 20:24 financing(1) 75:12 find(4) 18:4 29:12 33:4 34:2 findings(2) 32:17 37:8 fine(8) 13:23 14:14 14:23 15:3 25:16 40:19 64:14 79:11 | |
| docket(4) 1:10 9:20 9:22 43:19 document(8) 19:20 28:23 59:9 59:12 62:14 62:16 63:4 82:2 | | emails(18) 21:16 21:22 22:10 22:14 22:17 23:7 28:20 30:18 50:17 50:18 50:19 57:12 74:6 74:7 74:19 75:4 76:10 76:16 | | exclamations(1) 75:10 executive(3) 73:20 74:7 74:11 exercised(1) 54:9 exercises(1) 55:10 exhaustive(1) 32:18 | | fine(8)... finger(1) 2:19 finish(1) 69:17 firm(1) 30:7 | |
| documents(37) 20:21 21:1 26:22 28:11 33:1 41:17 42:22 42:14 43:4 45:15 46:5 46:21 46:23 46:24 48:11 51:5 51:7 51:13 52:7 52:17 52:18 52:22 53:6 54:17 56:6 56:7 57:22 59:16 61:4 61:15 63:17 64:4 67:2 67:8 82:23 83:2 | | embodied(1) 28:14 emc(1) 10:23 emerged(1) 66:24 emerson(3) 8:18 8:18 8:19 employee(1) 48:1 encompasses(1) 32:3 end(5) 26:24 50:15 62:3 71:23 83:14 | | exhibit(1) 60:19 exhibits(1) 70:19 exist(3) 22:17 28:8 46:10 expect(3) 22:19 30:20 33:2 expectation(1) 38:7 expected(1) 50:5 experience(1) 30:21 expert(1) 39:10 | | first(43) 16:19 17:21 24:14 24:15 24:16 27:6 28:7 28:7 29:18 31:19 32:1 32:1 32:8 40:6 42:15 42:23 45:19 46:15 46:15 46:16 46:20 48:17 49:8 49:12 51:16 51:20 52:9 53:7 53:22 57:7 57:22 57:23 58:2 58:7 58:15 60:4 62:10 63:11 66:18 69:16 70:5 75:17 77:12 | |
| dodge(1) 3:12 does(8) 16:11 29:2 33:7 38:3 38:17 63:21 74:17 81:1 | | ended(1) 12:6 67:22 67:23 engaged(3) 46:18 75:24 78:8 english(3) 3:4 7:18 70:13 enormous(1) 77:20 81:19 | | expectation(1) 38:7 explaining(1) 11:21 explains(1) 16:3 explicitly(1) 66:20 | | five(4) 53:18 56:3 56:11 73:6 flatly(1) 45:11 fleet(1) 10:12 floor(2) 2:37 3:8 3:15 3:38 | |
| doesn't(9) 9:9 28:5 52:16 54:9 55:1 55:22 58:12 61:17 61:22 | | enough(1) 11:1 enter(1) 11:1 entertain(1) 77:5 | | explore(3) 29:22 30:9 69:5 exploring(1) 33:14 expressly(1) 67:18 | | focused(1) 18:20 35:11 focusing(1) 26:4 folks(1) 56:20 | |
| doing(9) 16:4 20:17 23:10 47:17 55:16 55:17 72:10 75:21 83:23 | | entire(2) 43:24 60:10 entitled(4) 29:21 67:9 69:17 78:11 entitles(1) 67:14 entries(12) 41:5 41:7 42:4 52:3 57:16 58: 58:13 58:20 60:19 61:8 61:11 61:13 | | extensively(1) 32:14 extent(8) 16:10 35:22 36:13 37:17 54:3 55:18 55:23 69:11 | | follow(1) 78:18 footing(1) 68:13 | |
| don(4) 18:23 31:21 40:13 40:21 don't(38) 14:5 16:14 16:24 17:1 18:5 22:14 23:24 29:7 29:9 31:16 32:15 33:4 34:2 34:21 34:22 36:20 37:19 39:11 39:12 53:22 54:13 57:6 57:12 58:20 59:22 64:6 71:8 71:18 73:2 76:16 77:21 78:9 81:4 81:14 82:17 82:24 83:1 83:10 | | entry(1) 11:7 envision(1) 33:22 eos(1) 7:4 ephraim(1) 6:20 eric(1) 4:5 | | extraordinarily(1) 38:13 extraordinary(2) 33:21 83:9 extremely(1) 25:22 eye(1) 10:15 | | |
| donald(1) 5:15 done(4) 23:23 50:7 80:10 81:6 dorman(2) 6:41 7:26 doubly(1) 69:4 doubt(1) 76:11 | | | | | | | |

| Word | Page:Line |
|---|---|
| for(162) | 1:2 1:25 2:4 2:19 2:33 2:47 3:4 3:12 3:19 3:35 4:4 4:19 4:34 4:40 4:48 5:4 5:12 5:28 5:38 5:44 5:48 6:4 6:7 6:1 6:16 6:19 6:23 6:41 6:45 6:49 7:4 7:7 7:14 7:18 7:22 7:26 7:30 7:35 7:41 7:45 8:5 8:9 8:14 8:18 8:22 8:26 9:11 10:3 10:4 11:7 12:6 13:6 13:7 14:4 14:9 14:11 14:18 15:12 15:24 16:3 16:12 17:5 17:11 18:15 18:16 19:22 20:6 20:7 20:19 21:22 22:13 23:17 23:18 25:10 25:18 25:19 25:20 26:6 26:11 26:21 27:9 29:10 29:17 30:1 33:2 34:4 34:8 40:24 41:1 42:3 42:20 42:21 43:6 43:16 43:18 44:21 44:8 44:9 44:10 44:13 44:40 45:2 45:2 45:20 46:3 46:15 46:16 47:13 47:20 48:11 48:1 49:2 49:10 51:11 55:5 58:4 58:12 59:3 59:11 60:1 60:13 63:21 64:1 64:4 64:13 65:4 65:6 65:9 66:10 66:11 66:16 67:16 67:17 67:19 68:16 69:12 69:21 70:22 70:23 72:18 72:21 73:15 73:23 74:1 74:3 75:5 75:22 76:15 76:15 76:18 77:6 77:13 77:14 77:15 79:2 79:17 80:4 80:19 80:20 80:21 82:6 84:6 |
| forbidding(1) | 66:16 |
| forced(1) | 23:11 |
| forceful(1) | 68:11 |
| foregoing(1) | 84:13 |
| form(3) | 32:24 39:2 70:13 |
| formalize(2) | 49:18 49:23 |
| formally(2) | 41:12 46:20 |
| forman(1) | 1:34 |
| formation(2) | 47:4 76:2 |
| formed(3) | 44:2 58:11 58:18 |
| formulated(1) | 52:14 |
| formulating(1) | 78:12 |
| formulation(1) | 52:21 |
| forth(1) | 52:22 |
| forward(15) | 10:4 11:22 12:13 13:3 13:16 13:22 15:20 15:23 16:17 17:1 34:6 47:21 48:9 65:11 83:22 |
| forwarding(3) | 61:9 61:17 61:24 |
| four(10) | 35:13 40:22 43:9 43:10 46:11 49:1 54:14 64:24 65:22 73:6 |
| fox(1) | 4:4 |
| frame(1) | 77:5 |
| frankly(1) | 81:11 |
| fraud(1) | 11:16 |
| fred(1) | 72:17 |
| frederick(1) | 4:49 |
| free(2) | 21:22 75:4 |
| friday(3) | 9:18 65:2 79:12 |
| friedman(2) | 4:27 6:37 |
| from(82) | 9:10 11:18 12:18 12:21 12:24 13:1 13:2 13:9 13:15 15:18 16:14 17:10 17:17 18:7 18:11 19:1 19:14 19:15 19:22 19:24 20:1 21:21 21:24 22:1 22:10 25:13 25:17 26:1 26:2 30:13 30:21 31:17 32:15 32:24 36:7 41:6 41:11 42:1 42:24 43:14 43:14 43:19 44:7 45:3 45:17 47:22 48:5 48:5 48:6 48:6 48:21 49:9 49:15 50:2 50:15 50:15 52:3 52:7 52:18 53:3 54:17 56:9 57:3 58:9 59:12 59:16 59:17 60:24 61:9 62:8 62:16 62:22 83:3 84:14 66:24 68:7 68:21 69:21 81:23 82:3 84:14 |
| front(1) | 62:11 |
| full(5) | 43:4 57:16 62:3 73:5 83:17 |
| fuller(1) | 19:15 |
| fulsome(1) | 67:15 |
| fun(1) | 21:15 |
| fundamental(1) | 51:4 |
| further(8) | 9:8 15:12 22:12 39:1 39:22 79:1 79:8 84:6 |
| future(1) | 74:11 |
| gandhi(1) | 7:37 |
| garden(1) | 82:6 |
| garrison(1) | 5:49 |
| garvan(1) | 4:20 |
| gary(1) | 5:16 |
| gate(1) | 24:16 |
| gave(4) | 23:1 42:19 57:9 80:6 |
| gavin(1) | 19:14 |
| geddes(1) | 3:19 |
| general(9) | 41:12 50:12 51:10 52:1 52:8 52:19 53:12 55:16 60:15 |
| generously(1) | 21:7 |
| gentilotti(1) | 4:19 |
| george(2) | 6:45 6:46 |
| georgia(2) | 18:8 25:20 |
| get(27) | 9:21 12:10 16:8 26:2 29:4 33:3 36:9 37:19 39:3 45:23 51:19 51:23 52:24 53:3 54:9 56:16 56:21 64:4 66:11 73:18 73:22 76:17 80:13 81:1 81:6 81:22 82:23 |
| gets(1) | 81:1 |
| getting(6) | 25:11 25:13 26:1 56:8 79:21 80:22 |
| give(8) | 17:20 21:17 22:4 23:11 42:21 47:... 48:16 80:10 |
| given(13) | 22:20 32:17 36:14 37:23 38:13 54:3 54:3 57:16 57:17 60:22 61:23 78:11 79:5 |
| gives(1) | 67:14 |
| giving(3) | 45:16 80:3 81:7 |
| glad(2) | 78:16 79:24 |
| godbey(1) | 10:16 |
| goes(1) | 39:6 |
| going(60) | 10:4 11:22 12:13 12:20 13:3 13:16 13:16 18:17 18:22 18:24 19:4 19:6 19:9 19:11 19:13 19:14 19:24 20:1 20:5 22:15 23:4 27:1 27:18 29:1 30:11 33:24 35:8 35:17 37:20 38:14 39:23 40:2 41:9 41:22 42:14 42:20 44:4 45:2 45:4 46:4 46:16 47:12 47:16 47:18 47:19 48:6 50:6 50:20 52:15 53:2 53:4 53:17 54:8 54:10 54:21 54:23 56:1 56:24 57:19 58:5 59:3 59:22 60:6 60:8 61:21 61:23 63:5 64:16 64:23 65:7 65:11 65:19 67:6 67:10 67:12 69:5 69:7 69:8 70:3 70:6 70:9 71:6 71:8 72:7 72:14 74:4 74:6 74:10 74:14 75:4 76:21 77:20 77:22 78:13 78:23 79:5 79:24 80:1 80:14 81:20 81:24 82:12 82:18 82:22 83:23 83:7 83:21 84:2 84:2 |
| golden(1) | 6:25 |
| goldfarb(1) | 7:32 |
| goldman(2) | 8:5 8:5 |
| gone(2) | 70:24 81:20 |
| good(17) | 9:3 9:4 17:5 17:16 18:7 22:13 26:10 27:10 30:17 31:3 31:14 33:7 35:9 37:10 40:10 50:21 57:2 |
| goods(1) | 26:5 |
| gordon(10) | 2:49 5:52 11:12 11:17 12:17 13:2 14:9 16:6 19:14 19:15 |
| got(7) | 18:21 19:18 26:5 27:7 42:7 42:7 80:5 |
| gotshal(1) | 7:35 |
| graem(1) | 7:31 |
| graham(3) | 23:19 25:14 26:7 |
| grand(1) | 3:45 |
| grant(1) | 31:21 |
| granted(1) | 18:6 |
| great(6) | 4:40 6:49 35:19 75:24 76:6 79:13 |
| greater(1) | 35:10 |
| greissman(2) | 4:14 7:42 |
| grippo(1) | 6:45 |
| gross(1) | 9:14 |
| ground(1) | 76:18 |
| group(3) | 23:1 35:9 37:16 |
| groups(1) | 37:16 |
| grow(1) | 83:14 |
| guess(9) | 15:2 31:20 36:7 36:10 36:15 46:7 63:10 65:2 74:16 |
| guided(1) | 56:4 |
| guild(2) | 20:10 20:10 |
| gump(10) | 3:27 6:23 17:6 26:11 38:5 40:11 49:2 60:2 79:19 80:1 |
| gump's(1) | 82:2 |
| gun(1) | 34:2 |
| guys(2) | 34:6 56:15 |
| had(21) | 12:1 21:15 23:18 24:15 26:20 42:3 44:8 49:22 49:22 50:18 51:11 60:14 64:7 66:6 67:21 69:1 70:3 71:22 77:17 83:24 84:1 |
| half(4) | 51:14 58:8 58:8 83:17 |
| hand(6) | 31:8 39:5 39:24 42:17 81:5 81:6 |
| handed(1) | 44:16 |
| handful(4) | 46:21 46:23 60:21 61:3 |
| handwritten(1) | 12:4 |
| happen(3) | 73:24 81:4 81:4 |
| happened(3) | 25:4 30:23 76:5 |
| happening(1) | 22:19 |
| happy(2) | 59:21 71:15 |
| hard(4) | 50:11 63:14 67:21 81:5 |
| hardly(1) | 28:23 |
| harm(1) | 18:1 |
| harrisburg(1) | 1:46 |
| has(32) | 12:5 12:5 17:23 18:17 27:7 27:21 30:4 34:7 34:13 37:6 40:1 42:14 42:16 42:23 44:11 44:13 45:8 46:9 51:24 54:16 56:6 56:13 57:5 57:6 57:8 59:20 60:4 62:11 62:14 63:8 69:6 75:24 |
| hasn't(2) | 76:6 78:8 |
| hauer(3) | 3:27 6:23 17:6 |
| have(119) | 9:8 9:9 9:11 9:12 9:19 9:22 10:3 10:9 10:11 11:14 12:3 12:22 13:24 14:9 14:10 16:8 17:21 19:12 19:16 20:12 20:12 20:21 21:3 23:15 23:20 26:15 27:1 28:10 29:4 30:5 30:9 32:24 33:15 34:3 35:8 35:17 37:20 38:14 39:23 40:2 41:9 41:22 42:14 42:20 44:4 45:2 45:4 46:4 46:16 47:12 47:16 47:18 47:19 48:6 50:6 50:20 52:15 53:2 53:4 53:17 54:8 54:10 54:21 54:23 56:1 56:24 57:19 58:5 59:3 59:22 60:6 60:8 61:21 61:23 63:5 64:16 64:23 65:7 65:11 65:19 67:6 67:10 67:12 69:5 69:7 69:8 70:3 70:6 70:9 71:6 71:8 72:7 72:14 74:4 74:6 74:10 74:14 75:4 76:21 77:20 77:22 78:13 78:23 79:5 79:24 80:1 80:14 81:20 81:24 82:12 82:18 82:22 83:7 83:21 84:2 84:2 |
| haven't(13) | 16:20 18:20 19:5 19:9 20:2 20:5 20:7 25:23 26:5 48:4 70:24 71:6 72:10 |
| having(5) | 26:18 33:3 35:13 63:4 66:13 |
| hazeltine(1) | 2:48 |
| he'll(2) | 22:7 49:9 |
| he's(13) | 12:12 20:1 20:4 50:16 52:8 52:9 53:13 55:16 55:17 55:18 55:23 55:2... |
| heads(2) | 74:16 74:18 |
| hear(5) | 15:12 39:1 39:22 71:15 78:11 |
| heard(14) | 15:7 15:11 25:3 38:3 38:18 38:19 38:23 39:21 77:9 77:23 78:3 78:7 83:7 84:7 |
| hearing(12) | 9:14 10:4 10:16 10:18 12:1 38:20 38:22 81:3 81:18 82:3 84:9 84:10 |
| hearings(1) | 74:3 |
| heavily(1) | 50:16 |
| help(2) | 37:4 37:18 |
| hennigan(2) | 6:41 7:26 |
| henry(1) | 8:11 |
| her(22) | 19:9 42:6 66:7 66:10 66:16 66:16 67:19 68:15 69:7 69:8 69:9 69:10 69:11 70:6 70:9 70:19 73:19 73:22 76:6 76:10 76:15 76:15 |
| herbert(1) | 10:15 |
| hercules(1) | 2:35 |
| here(37) | 9:22 14:1 15:10 18:17 20:19 21:12 21:17 23:23 24:21 25:4 25:16 27:7 27:18 28:5 30:4 30:23 31:17 32:8 33:6 33:13 33:17 34:3 34:18 42:22 45:24 49:9 49:13 51:5 54:20 54:20 55:4 62:13 65:14 80:23 82:9 82:12 83:12 |
| here's(4) | 18:21 21:20 21:23 22:9 |
| herself(1) | 68:15 |
| hesitant(1) | 21:11 |
| high(2) | 83:15 83:16 |
| him(3) | 41:1 45:17 48:10 |
| hire(5) | 45:5 45:20 47:14 47:15 52:15 |
| his(13) | 9:15 12:7 16:3 16:3 20:2 20:5 20:7 22:4 22:23 25:20 42:6 61:18 74:1 |
| history(1) | 31:5 |
| hit(1) | 39:17 |
| hold(2) | 9:22 34:7 |
| homework(1) | 20:17 |
| honor(114) | 9:4 9:5 9:21 10:5 12:10 12:23 13:11 14:3 14:14 14:21 14:23 15:3 15:8 15:14 17:5 17:10 17:16 23:9 23:21 26:6 26:8 26:10 26:16 26:16 26:7 27:15 27:21 28:5 28:10 28:15 28:20 28:24 29:7 29:14 30:3 30:10 30:14 30:18 30:20 30:24 31:1 31:2 31:4 32:2 32:6 32:15 32:23 33:7 33:10 34:10 34:12 38:4 38:7 39:3 39:23 40:4 40:10 40:12 40:20 41:4 41:6 41:18 42:12 42:14 42:23 43:8 43:18 44:1 44:16 46:15 47:3 48:1 48:13 48:20 48:23 49:8 56:24 57:2 57:14 59:21 60:1 60:3 60:11 60:17 61:2 61:19 61:21 63:8 63:23 64:7 64:14 64:17 64:22 67:12 68:19 69:23 70:12 71:5 74:3 74:6 77:9 78:13 78:15 79:14 79:17 80:1 81:10 81:18 81:24 82:16 82:18 83:4 83:15 |
| honor's(1) | 38:15 |
| honorable(1) | 1:20 |
| hope(4) | 30:14 30:17 37:22 37:23 |
| hopefully(2) | 14:12 22:7 |
| hoping(1) | 15:5 |
| horan(1) | 4:42 |
| hospital(1) | 12:2 |
| hour(1) | 75:5 |
| hours(5) | 67:19 67:24 69:13 69:13 77:16 |
| how(11) | 15:19 15:20 28:2 34:17 35:19 50:1 52:10 61:23 62:12 62:20 64:3 |
| howard(7) | 7:9 21:21 21:24 22:10 23:19 25:14 26:7 |
| however(1) | 57:24 |
| hundreds(3) | 36:8 36:8 67:12 |
| hurley(26) | 3:28 12:19 40:10 40:11 40:20 42:19 45:18 48:15 48:19 49:16 51:14 57:22 57:23 59:24 60:1 60:2 62:7 62:16 63:1 64:17 64:19 64:22 73:17 77:9 77:12 78:3 |
| i'd(3) | 22:11 42:15 59:21 |
| i'll(12) | 9:7 10:5 17:14 18:7 23:8 34:13 37:1 49:8 53:18 64:11 71:2 77:5 |
| i'm(22) | 12:20 13:13 14:22 25:6 34:13 34:4 42:22 58:1 62:4 62:13 63:9 67:7 67:11 67:20 71:15 72:22 76:12 76:12 76:14 78:16 79:23 79:23 |
| i've(8) | 25:21 25:23 26:6 33:17 44:16 56:11 74:20 75:11 |
| idea(4) | 37:10 52:13 55:4 72:1 |
| identified(9) | 22:23 23:4 45:15 48:3 56:12 62:9 62:12 68:19 83:20 |
| identifies(1) | 46:7 |
| identify(1) | 60:2 |
| ignore(2) | 54:5 55:3 |
| immensely(1) | 20:18 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| impact(1) 69:7 | | item(4) 10:9 11:2 11:22 40:15 | | know(42) 14:6 21:12 23:20 30:21 32:9 | | letter(30) 11:18 12:3 12:18 12:21 12:24 |
| impeding(1) 77:14 | | items(5) 14:7 40:14 47:5 63:20 69:15 | | 33:19 34:2 34:21 35:6 35:16 35:23 | | 13:1 13:2 13:9 13:15 15:18 15:21 16:3 |
| impetus(1) 45:19 | | its(15) 17:22 20:22 20:23 20:23 23:22 | | 36:9 36:21 37:23 46:11 55:24 56:4 56:12 | | 16:14 17:10 21:16 21:18 22:22 22:23 28:1 |
| important(14) 23:8 27:17 29:18 30:8 | | 24:9 24:22 31:11 31:11 33:15 34:7 43:17 | | 61:9 68:14 73:2 74:17 74:20 75:11 75:12 | | 30:10 41:21 41:22 54:13 54:14 57:9 68:19 |
| 34:14 49:23 55:19 58:4 60:5 60:17 69:4 | | 46:2 47:15 63:21 | | 75:15 75:18 76:9 77:20 78:9 78:21 78:22 | | 70:19 70:24 72:19 77:2 |
| 74:12 75:5 83:14 | | | | 80:15 80:22 80:24 81:9 81:14 81:18 81:21 | | |
| | | itself(2) 16:22 77:15 | | 83:10 83:17 | | letters(1) 27:8 |
| impossible(1) 45:2 | | james(7) 1:26 3:44 5:20 12:21 13:2 21:24 | | | | level(1) 4:12 |
| inappropriate(2) 17:19 44:8 | | 22:11 | | known(1) 82:14 | | levin(1) 6:13 |
| inc(1) 10:21 | | | | korpus(14) 4:28 11:18 11:20 13:15 14:3 | | levine(1) 11:2 |
| incentive(1) 36:12 | | january(5) 9:23 80:5 80:6 80:6 80:20 | | 14:3 14:14 14:17 14:20 14:23 15:1 15:3 | | levy(1) 5:50 |
| inclined(1) 34:4 | | jarashow(1) 6:38 | | 15:5 15:8 | | lewis(1) 6:49 |
| include(2) 41:8 73:9 | | jared(1) 5:39 | | | | lexington(1) 2:29 |
| included(2) 60:21 78:22 | | jay(1) 8:15 | | krakauer(1) 5:25 | | liaison(1) 55:15 |
| including(4) 41:13 45:24 51:12 63:18 | | jean-marie(1) 6:10 | | kramer(1) 6:13 | | liebentritt(44) 5:15 16:18 18:23 40:13 |
| inconsistent(1) 45:19 | | jenner(1) 5:44 | | kristina(1) 6:26 | | 40:16 40:22 40:23 41:5 41:8 41:11 41:19 |
| incorrect(1) 73:11 | | jessica(1) 5:21 | | kunis(5) 19:6 19:24 20:6 30:12 30:14 | | 44:7 44:19 45:3 46:3 47:13 48:8 50:16 |
| increasingly(1) 27:1 | | jillian(1) 5:22 | | kurtz(2) 16:18 19:3 | | 51:8 51:24 52:24 53:5 53:10 53:12 55:13 |
| indeed(1) 43:15 | | jim(3) 15:14 22:11 49:10 | | laid(1) 20:19 | | 56:6 56:17 58:18 58:20 59:5 59:10 59:16 |
| independent(8) 40:23 43:9 43:13 44:4 | | john(1) 7:14 | | landis(1) 2:4 | | 59:17 60:6 60:13 60:23 61:18 62:12 62:21 |
| 46:19 47:4 47:12 49:19 | | johnson(2) 13:3 27:24 | | language(1) 21:5 | | 62:23 63:2 63:4 63:5 64:1 |
| | | johnston(1) 3:44 | | lantry(1) 1:27 | | |
| indicated(1) 20:8 | | joint(1) 13:5 | | large(3) 9:13 73:20 74:10 | | liebentritt's(2) 50:14 56:7 |
| indicating(1) 12:5 | | jointly(2) 1:9 31:12 | | last(15) 9:9 13:9 15:18 16:14 17:10 20:20 | | light(1) 70:18 |
| indistinguishabl(1) 60:24 | | jones(8) 4:48 7:22 45:12 57:3 59:5 63:10 | | 21:2 27:3 35:5 52:2 52:5 65:2 69:13 | | lighten(1) 37:16 |
| individual(6) 16:21 35:9 | | 72:17 78:16 | | 72:20 83:19 | | like(31) 15:20 18:5 22:11 27:1 30:19 |
| individuals(2) 16:22 52:9 | | | | | | 31:16 34:9 35:16 39:7 39:13 40:5 42:15 |
| information(13) 17:24 17:24 18:2 21:6 | | joseph(1) 2:42 | | lasted(1) 77:16 | | 47:1 47:2 47:11 48:5 48:15 51:4 52:12 |
| 26:1 28:9 33:4 42:4 42:7 54:22 55:2 | | joshua(1) 7:27 | | later(5) 11:20 16:1 64:9 79:12 | | 56:24 61:8 61:15 63:20 63:22 67:24 69:1 |
| 56:16 63:23 | | jpm(3) 30:13 30:14 82:21 | | laughter(7) 22:6 34:19 37:2 71:14 74:23 | | 71:3 72:22 72:23 74:19 82:1 |
| initial(1) 77:1 | | judge(6) 1:21 9:14 18:7 18:8 18:13 25:19 | | 81:15 83:18 | | |
| innocuous(1) 74:7 | | judgments(1) 24:9 | | | | limit(2) 36:2 37:5 |
| inquiries(1) 68:12 | | july(1) 50:15 | | laurie(1) 2:34 | | limitation(4) 36:15 37:21 38:12 38:15 |
| insofar(1) 32:13 | | juncture(2) 17:2 72:15 | | law(13) 4:19 11:11 11:16 11:18 12:14 | | limited(11) 18:13 41:3 41:18 67:18 67:19 |
| instance(3) 20:20 36:17 68:1 | | just(71) 10:6 10:6 11:20 12:1 12:4 13:8 | | 12:16 13:14 14:4 14:7 22:16 24:18 27:13 | | 70:2 73:8 77:15 77:17 77:17 77:18 78:19 |
| instead(3) 24:6 28:4 80:9 | | 13:14 13:19 14:5 14:6 14:10 19:17 20:2 | | 37:9 | | |
| instruction(1) 77:19 | | 20:19 21:17 24:6 25:8 25:21 26:15 36:15 | | lawsuits(1) 30:5 | | limits(1) 37:14 |
| intend(3) 29:7 29:9 77:21 | | 36:16 37:12 37:18 37:19 37:23 38:13 | | lawyer(8) 40:24 44:12 44:19 48:2 48:8 | | line(3) 18:22 68:5 68:7 |
| intended(1) 84:1 | | 39:13 41:6 41:18 43:6 48:20 48:23 51:16 | | 48:10 55:18 55:23 | | list(5) 22:10 23:1 23:3 42:16 43:4 |
| intending(1) 34:18 | | 51:19 57:7 57:10 57:14 58:12 58:19 60:21 | | | | listed(1) 20:13 |
| intends(2) 26:14 71:9 | | 61:14 61:15 61:18 62:1 63:7 63:9 63:14 | | lawyer's(2) 21:19 73:21 | | listen(1) 73:17 |
| intent(1) 17:1 | | 65:15 65:23 66:23 67:19 70:12 70:22 | | lawyers(15) 16:8 21:9 21:11 22:15 22:19 | | lists(1) 84:3 |
| intention(2) 39:14 39:15 | | 70:24 72:12 73:10 77:9 79:3 79:12 79:18 | | 22:23 23:10 24:7 24:14 28:12 29:6 30:13 | | literally(1) 12:4 |
| interest(11) 39:8 53:14 55:4 55:8 60:16 | | 80:5 80:17 81:10 81:12 81:22 82:16 82:17 | | 32:2 50:18 73:5 | | litigation(1) 18:11 |
| 60:18 60:22 61:1 61:4 68:17 69:4 | | 83:6 83:15 83:20 83:23 | | | | little(7) 11:13 11:20 11:21 14:2 15:9 25:9 |
| | | | | lay(1) 38:8 | | 79:23 |
| interested(1) 69:10 | | justified(1) 18:13 | | layout(1) 25:23 | | |
| interesting(1) 23:17 | | justify(1) 32:7 | | layton(1) 2:19 | | litvack(1) 7:38 |
| interests(1) 30:1 | | kaminetzky(8) 2:27 13:1 17:9 79:16 79:16 | | lbl(5) 18:19 18:20 24:2 28:13 43:11 | | llc(2) 5:04 9:16 |
| into(8) 22:16 49:20 51:5 51:18 56:10 58:7 | | 81:16 82:7 82:15 82:17 | | lead(1) 30:22 | | llp(21) 1:25 2:11 2:33 2:41 3:4 4:4 4:13 |
| 68:2 81:14 | | kansa(1) 1:29 | | learn(1) 74:21 | | 4:27 5:38 5:44 5:49 6:7 6:41 6:49 7:7 |
| | | kaplan(1) 6:37 | | least(7) 23:17 26:18 46:14 64:16 68:1 | | 7:26 7:30 7:35 7:41 8:9 8:26 |
| investigate(1) 33:23 | | karen(1) 2:28 | | 68:22 82:10 | | |
| investigation(2) 32:19 68:8 | | karsh(1) 19:10 | | | | loathe(1) 83:8 |
| involved(11) 19:8 27:20 28:4 28:12 30:7 | | kasowitz(2) 4:26 14:4 | | leave(3) 11:22 13:13 82:12 | | log(35) 41:5 41:8 42:11 44:15 44:15 46:5 |
| 33:11 42:5 50:17 66:23 68:22 75:11 | | katharine(1) 3:6 | | leaves(1) 13:5 | | 46:24 47:5 47:22 48:12 50:14 50:21 51:4 |
| | | katherine(1) 5:41 | | leaving(1) 57:11 | | 51:16 51:18 51:21 52:3 52:6 53:20 56:5 |
| involves(1) 32:3 | | katten(1) 7:14 | | leboeuf(2) 3:43 8:9 | | 56:9 56:10 57:15 58:5 58:6 58:9 58:13 |
| involving(1) 20:15 | | kaye(2) 2:41 8:26 | | led(3) 28:14 29:22 33:12 | | 58:15 58:20 58:22 60:22 61:8 79:4 79:6 |
| isn't(52) 9:22 21:4 21:14 21:20 22:2 22:10 | | keep(6) 20:17 21:8 23:16 37:4 37:13 38:1 | | left(14) 15:3 26:23 40:2 82:18 | | 79:7 |
| 24:6 25:9 25:22 29:18 31:15 33:9 33:15 | | kelley(1) 6:4 | | legal(19) 41:15 44:7 44:14 45:3 45:16 | | logged(1) 57:12 |
| 35:10 36:3 37:5 37:17 40:8 41:14 43:9 | | kempner(1) 6:19 | | 48:2 55:20 58:21 58:23 59:3 59:4 59:13 | | logistical(1) 57:7 |
| 44:10 47:16 47:20 49:4 49:23 50:7 50:13 | | ken(1) 19:12 | | 60:7 60:13 61:9 61:16 61:17 61:19 61:24 | | logs(9) 41:6 42:1 42:24 50:12 50:12 52:18 |
| 51:20 51:22 52:17 53:1 53:2 54:3 54:15 | | kenneth(1) 1:29 | | | | 56:22 62:3 63:17 |
| 56:3 56:12 58:4 61:15 61:17 62:17 66:5 | | kenney(1) 1:28 | | lemay(2) 2:12 7:10 | | |
| 69:4 69:12 69:13 76:12 76:13 76:17 80:12 | | kevin(3) 1:20 1:27 6:4 | | lender(1) 9:16 | | long(4) 50:20 64:3 64:7 82:9 |
| 80:22 81:13 83:14 83:15 | | key(1) 19:10 | | lenders(9) 3:36 7:26 28:13 29:13 29:17 | | longer(9) 35:1 35:3 38:9 38:16 47:9 52:1 |
| | | kim(1) 7:46 | | 30:2 31:13 32:10 81:20 | | 55:23 61:13 68:12 |
| it's(52) 9:22 21:4 21:14 21:20 22:2 22:10 | | kind(14) 11:1 21:15 24:19 46:2 47:19 | | | | |
| 24:6 25:9 25:22 29:18 31:15 33:9 33:15 | | 62:13 65:6 69:6 80:23 80:24 81:4 81:9 | | length(2) 65:13 73:13 | | look(17) 20:13 28:7 45:5 47:11 51:16 |
| 35:10 36:3 37:5 37:17 40:8 41:14 43:9 | | 81:17 81:19 | | leonard(1) 1:35 | | 51:19 52:5 55:24 57:14 57:16 58:5 58:16 |
| 44:10 47:16 47:20 49:4 49:23 50:7 50:13 | | kinds(1) 68:12 | | lerman(1) 6:33 | | 58:21 60:12 60:20 63:22 74:20 |
| 51:20 51:22 52:17 53:1 53:2 54:3 54:15 | | king(2) 1:21 2:22 4:21 5:6 | | let(14) 10:6 14:6 15:15 17:2 17:19 18:16 | | |
| 56:3 56:12 58:4 61:15 61:17 62:17 66:5 | | kira(1) 5:51 | | 26:13 27:6 34:17 63:9 70:22 81:4 82:10 | | looked(5) 21:16 45:2 45:12 53:19 53:21 |
| 69:4 69:12 69:13 76:12 76:13 76:17 80:12 | | kizzy(1) 6:38 | | 83:6 | | looking(4) 27:1 30:1 47:13 64:1 |
| 80:22 81:13 83:14 83:15 | | kjc(1) 1:7 | | let's(7) 15:2 28:7 48:17 62:7 68:14 76:22 | | looks(1) 81:24 |
| | | klauder(1) 5:5 | | 79:11 | | los(1) 3:47 |
| | | kline(1) 5:23 | | | | lost(1) 36:9 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| lot(16) 19:18 25:2 32:7 32:22 35:18 38:1 45:23 50:17 50:18 50:18 56:6 56:7 65:9 74:10 78:8 81:19 | | means(5) 17:23 21:6 28:8 40:2 42:12 meant(3) 62:4 69:5 77:12 mediation(2) 32:9 66:24 mediator(1) 9:14 | | narrow(1) 51:2 55:24 necessary(1) 69:12 need(15) 14:2 14:5 14:21 16:20 21:19 28:21 30:6 30:13 34:9 35:20 36:22 43:18 65:20 83:2 83:20 | | o'neal(1) 5:14 oaktree(6) 6:41 13:2 14:8 16:6 19:11 object(2) 61:22 65:3 objection(12) 10:12 10:14 10:17 10:19 10:22 11:5 11:6 11:23 53:4 68:4 72:23 76:20 |
| lots(3) 19:20 20:12 20:17 lower(1) 18:10 ludwig(1) 5:22 luftglass(1) 2:28 lugano(1) 1:42 lynch(4) 2:33 8:26 12:15 14:8 lynn(2) 4:50 57:2 | | meet(5) 16:24 21:13 79:8 82:12 83:21 meeting(10) 46:15 46:16 46:20 57:23 58:2 62:9 62:10 63:11 74:9 83:21 meets(1) 55:9 meisel(1) 1:34 member(6) 20:3 20:9 42:6 65:15 65:15 68:24 | | needs(4) 24:10 30:24 31:1 31:2 negative(1) 18:12 negotiating(5) 27:20 29:20 30:16 30:22 negotiation(3) 18:21 20:7 20:24 negotiations(12) 16:18 20:14 20:15 28:4 28:13 29:1 29:2 29:23 30:9 33:3 33:11 67:9 | | objections(7) 34:15 34:24 35:1 35:20 38:10 38:21 68:11 observation(1) 50:10 observations(2) 49:12 50:9 observe(1) 60:17 |
| made(15) 15:19 16:16 16:19 26:13 31:6 32:18 36:18 38:11 44:23 47:12 48:1 49:2 57:23 62:1 62:20 79:6 madlyn(1) 8:27 maggie(1) 64:24 magnitude(1) 32:20 mails(1) 25:5 main(3) 35:14 65:10 75:18 majority(1) 23:21 24:2 27:2 58:19 58:22 60:19 61:6 | | members(28) 19:21 20:24 23:22 24:3 24:7 26:21 40:14 40:22 41:1 42:5 44:3 44:6 46:2 46:12 46:13 52:10 52:11 52:20 52:2 53:23 53:23 54:1 54:2 60:12 61:9 62:17 65:1 65:23 mention(2) 22:21 80:18 mentioned(4) 23:7 24:13 25:1 79:20 mere(1) 66:15 meredith(1) 6:34 | | negotiators(1) 33:15 never(4) 16:1 33:4 40:23 44:19 new(10) 2:16 2:30 2:44 2:52 3:9 3:32 4:16 4:31 4:52 80:11 newspapers(1) 74:12 next(3) 14:11 34:11 82:3 nextel(1) 10:10 | | obtain(1) 17:24 21:6 28:8 obtaining(1) 44:13 obvious(2) 32:2 36:18 obviously(8) 13:24 19:8 46:11 63:14 65:10 67:1 80:12 84:1 occurred(1) 31:7 october(11) 45:10 66:12 66:15 66:18 66:23 67:4 67:13 67:17 75:19 76:19 78:6 |
| make(20) 10:6 21:11 26:2 31:7 31:22 39:7 39:13 39:16 48:20 50:4 52:16 55:6 57:18 60:18 69:14 79:5 79:8 79:18 83:2 84:2 makes(4) 30:8 31:17 32:20 66:7 making(2) 23:10 29:23 man(1) 44:24 management(8) 3:20 6:17 6:24 6:29 6:42 43:14 74:11 74:12 | | merits(5) 31:11 33:20 35:22 merrill(4) 2:33 8:26 12:14 14:8 mester(1) 7:27 met(1) 82:1 metaphysically(1) 45:1 michael(2) 5:14 6:8 michaels(1) 47:3 michelle(1) 3:13 might(4) 33:10 38:1 69:7 74:15 mike(1) 7:4 miles(1) 5:24 | | nicely(1) 57:5 niese(3) 8:14 11:19 20:3 night(4) 13:9 15:18 17:11 72:20 nine(2) 43:10 65:21 nobody(1) 48:8 nobody's(1) 36:1 nominated(1) 66:3 non-independency(1) 49:21 none(4) 13:15 19:12 19:15 63:19 noon(1) 79:12 | | officer(3) 18:24 41:12 53:11 officers(1) 41:15 official(1) 7:7 okay(26) 9:17 13:17 14:18 15:6 15:9 15:12 17:4 25:16 32:6 34:9 37:1 40:5 40:20 48:15 48:19 49:7 62:16 64:22 70:21 73:1 79:15 81:13 81:16 82:5 82:7 83:6 |
| manges(1) 7:35 manner(3) 56:14 56:24 71:12 mantra(1) 25:6 many(9) 9:11 26:21 30:19 32:4 34:17 35:19 67:1 67:11 82:22 marbury(1) 10:15 marc(1) 7:11 | | million(1) 67:8 mind(4) 20:17 21:8 23:16 24:5 minimize(1) 36:12 minimum(1) 48:12 minute(1) 9:9 minutes(4) 46:16 62:8 71:22 76:15 mischaracterization(1) 49:13 | | nor(1) 27:12 norman(2) 1:36 9:5 north(7) 1:37 2:22 2:36 3:14 4:7 4:21 not(103) 9:19 16:8 18:1 21:6 23:5 25:4 25:11 27:18 27:18 27:21 28:3 29:2 29:4 29:11 29:16 30:15 32:2 35:9 35:18 36:3 | | omnibus(8) 10:11 10:14 10:17 10:19 10:22 11:5 11:16 11:23 once(4) 66:12 80:3 80:10 82:13 one(93) 1:30 2:21 3:31 14:9 14:10 14:16 19:10 21:10 21:22 21:23 22:21 23:8 26:16 |
| march(11) 9:14 10:13 10:16 10:18 10:21 10:23 12:8 14:13 74:4 81:3 83:22 marcia(1) 10:18 marino(1) 3:13 mark(2) 19:1 63:2 marked(1) 62:14 market(5) 1:13 2:6 2:36 3:14 4:7 martin(4) 2:50 48:21 61:14 69:21 | | missing(1) 53:18 mistakes(1) 57:20 mitch(3) 3:28 40:10 60:2 mitchell(1) 12:19 moment(6) 9:8 14:18 17:11 18:16 47:3 moments(1) 12:4 month(2) 20:20 21:2 moran(1) 19:12 | | 36:24 37:5 37:10 37:12 37:13 37:21 39:8 39:9 39:17 39:18 40:23 41:1 41:9 41:9 41:10 41:17 43:3 43:11 43:23 44:7 44:21 45:3 45:7 45:22 46:2 47:3 47:8 47:14 47:18 48:7 49:3 50:12 51:23 53:1 54:19 55:12 55:18 55:18 56:8 58:4 59:8 59:8 59:8 59:13 59:17 60:4 60:5 60:8 60:12 61:12 62:22 63:13 65:20 65:21 65:22 66:11 66:15 67:7 68:4 68:5 69:10 69:12 69:13 69:23 70:3 70:5 70:7 70:9 70:16 70:16 71:8 71:12 71:19 75:24 76:20 77:15 77:22 78:10 78:19 78:20 81:3 81:11 82:9 | | 30:15 31:8 31:11 33:6 33:24 35:3 35:16 38:6 39:7 40:14 41:8 42:5 42:15 49:1 49:12 51:7 53:12 54:13 58:6 63:10 64:24 65:10 66:9 66:23 67:5 68:1 68:15 68:21 71:16 73:23 74:12 74:21 76:1 77:18 78:15 80:6 80:7 80:7 80:8 80:11 81:5 ones(2) 56:9 63:18 only(13) 13:13 13:10 18:6 18:13 29:16 30:19 45:12 49:4 56:10 62:14 67:24 70:7 77:14 77:16 78:21 80:18 80:19 80:23 82:21 |
| marvin(4) 4:50 57:2 57:3 59:23 maryanne(1) 19:6 material(3) 53:8 53:9 64:8 materials(1) 41:18 matter(15) 12:7 14:1 26:4 26:4 28:2 28:5 30:23 40:15 57:19 58:12 64:13 75:1 75:23 77:5 84:15 matters(5) 13:21 40:2 43:23 66:8 75:17 matthew(3) 4:29 6:30 8:10 mauceri(1) 6:50 maximum(1) 36:13 | | more(18) 11:21 14:2 14:5 15:10 30:19 32:4 33:4 34:9 35:11 39:8 39:18 41:7 46:22 52:3 56:1 65:20 67:15 78:15 morgan(15) 2:19 4:34 6:4 6:49 7:35 11:10 13:1 16:6 19:7 19:9 19:24 74:7 74:9 76:10 79:17 morning(10) 9:3 9:4 11:23 13:9 17:5 17:16 26:10 40:10 57:2 65:2 | | note(4) 57:10 70:22 83:15 83:16 noted(3) 39:14 57:9 57:20 noteholder(6) 13:9 38:11 49:3 49:5 70:3 70:9 noteholders(16) 11:15 12:18 15:22 16:12 17:3 35:1 35:3 40:7 51:1 64:23 65:19 66:14 67:14 67:20 70:14 72:20 nothing(1) 15:6 notice(7) 12:11 67:17 80:13 80:20 81:8 82:24 83:1 | | opening(3) 38:7 48:21 62:4 operating(1) 39:17 opinion(2) 25:20 33:18 opportunity(11) 18:5 42:20 65:7 69:5 70:4 70:6 70:9 71:3 72:2 72:3 79:24 oppose(1) 17:18 opposed(5) 16:21 36:19 49:15 opposing(5) 18:6 27:17 27:19 28:3 opposite(2) 48:7 54:20 opposition(1) 44:22 option(1) 54:8 |
| may(27) 9:12 10:16 16:7 16:8 20:8 24:14 25:10 26:17 26:23 27:5 34:23 36:4 36:24 40:1 42:18 45:21 56:18 60:6 64:15 67:10 72:4 76:23 77:6 77:9 82:8 82:16 maybe(8) 13:20 16:1 18:18 33:9 36:24 71:15 83:15 83:16 mayer(2) 3:6 6:7 mccarter(3) 3:4 7:18 70:13 | | most(6) 14:9 21:7 57:5 58:14 60:17 60:23 motion(38) 10:10 11:7 11:9 11:11 11:15 11:17 12:14 12:16 13:6 14:7 27:6 38:21 40:12 41:3 41:18 41:20 42:3 42:4 44:2 44:6 47:19 48:24 48:24 49:2 49:4 58:4 60:5 65:5 65:7 66:17 66:19 66:24 69:24 70:2 70:7 70:16 72:4 72:8 75:22 move(4) 9:13 15:20 15:23 22:16 | | noticed(6) 19:22 20:3 26:15 26:20 80:18 82:20 notices(4) 80:3 80:6 80:11 80:16 notion(2) 21:3 33:17 notional(1) 24:19 novod(1) 2:49 now(37) 9:16 10:3 14:2 20:16 23:17 25:14 27:21 28:14 30:10 33:9 34:1 34:4 34:9 36:16 37:20 37:23 40:2 41:3 42:12 42:16 42:19 43:6 44:10 45:24 46:4 48:9 54:19 56:3 62:5 63:10 66:1 66:4 66:11 66:17 68:13 70:21 71:2 80:24 | | order(10) 11:8 13:6 13:19 27:9 37:6 38:20 39:2 39:23 40:1 78:1 orders(1) 11:1 organized(1) 51:20 original(1) 41:20 originally(2) 61:7 66:2 other(39) 16:21 16:23 17:23 19:17 20:16 21:16 21:8 23:13 24:12 26:1 26:2 26:14 28:8 29:4 29:5 30:1 31:6 31:7 31:17 33:3 33:9 34:1 37:3 39:7 40:15 57:13 57:18 62:5 62:7 63:10 65:16 70:8 72:7 72:13 73:6 73:20 78:22 81:6 82:7 |
| mccormack(5) 2:13 12:24 17:16 17:17 mcdaniel(1) 4:20 mean(15) 23:15 36:16 37:17 53:1 54:10 54:14 55:1 55:23 61:18 75:8 75:9 75:10 80:5 81:2 84:1 meaning(2) 45:12 62:22 | | moved(2) 24:15 24:16 moving(6) 16:10 17:1 27:9 38:14 40:8 83:22 much(5) 21:11 38:9 76:7 81:23 84:8 muchin(1) 7:14 murphy(1) 8:23 must(6) 24:7 24:8 24:8 24:9 60:8 82:19 myers(1) 5:28 names(1) 23:1 | | number(6) 9:20 9:22 22:4 36:4 51:12 numbers(1) 15:16 o'melveny(1) 5:28 | | others(4) 29:3 34:8 43:22 63:2 otherwise(3) 28:18 33:24 82:12 |

| Word | Page:Line |
|------|-----------|

ought(7) 17:2 28:2 53:7 56:4 56:5 73:18 73:22

our(41) 16:13 16:14 17:11 28:24 31:4 32:15 34:22 34:24 35:1 35:2 35:12 35:15 35:21 35:22 37:17 37:23 38:7 38:7 38:10 39:15 40:12 41:3 41:18 41:19 42:10 43:5 44:22 46:4 47:7 52:17 53:20 56:4 56:10 57:9 60:5 62:22 63:13 66:4 68:23 69:14 73:11

out(33) 18:4 20:19 24:16 25:12 25:18 26:15 29:12 30:1 32:13 33:4 33:14 38:8 39:16 46:19 50:19 55:8 56:4 56:21 57:11 58:14 58:19 61:15 62:2 63:14 67:6 67:11 68:9 80:4 80:16 80:24 81:1 82:11 83:11

outright(1) 27:13
outside(1) 45:12
over(12) 12:8 17:14 25:6 25:7 35:5 36:17 50:20 53:3 75:12 75:14 76:18 76:21
oversaw(1) 49:19
overwhelms(1) 55:4
own(10) 24:10 43:17 45:6 45:20 46:1 47:15 48:2 54:9 61:19 73:19
oxman(1) 8:10
p.a(1) 3:19
p.m(2) 67:20 84:10
p.o(4) 2:7 3:23 3:39 4:9
pace(2) 36:14 38:14
page(16) 10:7 13:7 36:2 36:15 37:13 37:20 38:11 38:14 51:22 51:22 51:23 52:2 52:5 54:13 54:14 62:11

pages(19) 13:7 20:21 20:23 21:1 35:6 35:10 35:19 35:20 35:24 36:4 36:9 36:13 37:5 51:17 51:20 58:15 67:1 67:8 67:12

palmer(1) 3:12
papers(2) 71:9 77:7
paragraph(3) 37:6 37:7 43:20
pare(1) 84:3
pared(1) 50:19
park(3) 2:43 3:7 3:31
parke(2) 2:11 7:7
part(15) 11:12 11:12 11:17 12:17 35:13 35:16 35:16 37:11 67:3 67:7 68:23 70:5 73:11 76:12 76:13

participate(1) 12:8
participating(1) 72:6
particular(7) 16:21 29:10 29:11 46:9 68:7 68:20 70:8

particularly(3) 24:10 60:5 61:23
parties(21) 13:24 20:15 22:23 27:3 34:18 34:21 35:8 35:9 37:8 39:15 50:10 67:6 72:14 73:6 73:16 78:22 79:5 82:22 83:10 83:12 83:23

partner(1) 17:10
partners(2) 61:9 7:4
parts(1) 35:13
party(4) 27:9 37:19 40:8 47:20
paul(1) 5:48
pennsylvania(1) 1:46
people(10) 19:18 19:19 23:4 24:11 24:11 26:1 48:24 54:22 56:8 63:9 72:9 74:19 74:21 75:12 80:11 80:18 80:21 84:2

perceives(1) 25:13
percent(1) 72:4
performance(1) 38:1
perhaps(1) 74:15
period(18) 27:4 41:14 50:20 50:21 51:8 51:9 51:11 51:15 51:17 51:22 54:22 52:7 52:18 53:10 59:12 59:16 60:10 79:22

peripheral(1) 30:24
permission(1) 40:16
permitted(2) 68:6 72:24
pernick(13) 1:36 9:5 9:5 9:18 9:21 10:1 10:9 12:10 12:13 13:18 15:13 15:15 34:12
person(7) 15:1 44:12 47:22 53:13 65:14 66:8 80:14

persons(1) 41:8
perspective(1) 32:15
phillip(1) 6:24
philosophically(1) 23:9
phone(2) 22:4 74:22
phones(1) 72:2
place(16) 27:3 45:20 46:17 47:20 49:22 55:6 55:11 66:18 66:23 67:1 67:3 70:19 71:20 72:7 78:7 81:5

plain(1) 73:10
plan(35) 9:16 10:1 22:13 27:22 28:15 31:2 31:12 31:13 32:3 34:24 35:2 35:15 35:23 35:23 38:9 38:11 49:1 49:3 49:5 51:13 55:9 65:18 70:3 70:5 70:9 70:13 73:10 73:15 75:15 76:4 78:5 78:8 78:12 78:21 81:20

plans(3) 10:4 19:18 33:20
plant(3) 79:20 81:11 81:13
plaza(3) 2:15 2:35 4:22
please(2) 9:2 64:21
plenary(4) 42:6 46:13 47:8 65:15
plenty(1) 73:20
plvtz(1) 10:20
podium(1) 17:8
point(21) 23:6 23:8 26:15 28:24 34:7 38:13 55:3 55:13 56:20 57:23 58:19 63:10 63:13 63:14 67:5 73:23 75:11 75:21 77:1 83:12

pointed(4) 58:14 61:14 62:2 67:6
pointing(1) 23:3
points(8) 25:18 28:16 31:10 37:19 53:19 53:19 57:7 62:1
policy(1) 25:19
polk(2) 2:26 59:17
portions(2) 57:11 57:13
position(12) 16:13 17:11 29:11 29:11 31:4 37:22 53:3 53:11 69:24 70:16 72:11 79:1
positions(1) 31:5
possibility(2) 49:21 51:3
possible(2) 36:13 82:13
possibly(2) 25:6 54:2
post-trial(1) 36:19
potential(2) 55:5 55:7
potter(1) 2:33
powlen(1) 4:35
ppearances(5) 1:23 2:1 3:1 4:1 5:1
practical(1) 75:1
pre(1) 36:19
pre-lbl(2) 30:2 32:10
preclude(3) 25:17 27:10 78:2
precluded(1) 32:23
predate(3) 46:5 46:22 46:23
prefer(1) 36:19
preference(1) 38:16
prefers(3) 13:12 13:18
prejudice(3) 24:18 24:19 24:21
premise(1) 39:17
preparation(1) 18:2
prepared(1) 71:2
present(2) 15:22 82:9
presentation(2) 40:17 62:4
presented(1) 38:21
pressure(1) 36:16
presume(1) 56:12
pretty(5) 23:6 47:20 50:21 51:18 68:10
preview(1) 81:24

previously(2) 42:3 83:7
primarily(1) 66:20
primary(1) 44:22
primofl(1) 8:27
principal(2) 19:12 33:15
principally(1) 74:2
principals(2) 19:11 33:11
prior(6) 12:1 58:7 58:8 58:9 67:1 70:10
privilege(12) 18:1 41:5 44:11 44:20 45:22 47:21 47:23 50:15 53:14 56:5 57:15 58:13

privileged(6) 18:1 21:12 29:9 59:14 59:18 61:21

probably(7) 9:8 13:12 13:19 25:16 35:18 40:8 66:13

probative(1) 33:24
problem(2) 26:18 27:4 34:3 34:20 36:13 55:7

problems(3) 34:22 39:9 79:21
procedural(1) 72:19
procedure(2) 12:5 81:7
procedures(1) 37:6
proceed(4) 13:13 15:13 62:24 64:19
proceeding(3) 25:18 26:4 39:6
proceedings(5) 1:19 1:50 15:21 15:23
process(15) 20:23 24:8 29:10 29:22 30:7 33:11 33:14 49:18 49:20 49:22 49:22 51:13 66:20 71:1 81:17
produce(3) 26:22 42:1 43:3
produced(12) 1:51 20:21 21:1 33:1 41:4 48:12 56:5 56:6 59:15 60:10 67:13 67:19
producing(1) 65:4
product(1) 65:12
production(5) 19:20 40:13 56:9 67:1 82:3
profession(1) 18:10
professionals(2) 29:20 45:5
progeny(1) 17:22
progress(2) 79:6 79:9
prohibits(1) 27:12
prong(1) 16:19
prongs(2) 16:23 17:23
proponent(2) 70:3 70:14
proponents(5) 49:1 49:3 49:5 70:8 81:20
proposal(1) 15:19
proposed(6) 31:3 31:14 31:16 37:8 73:16 76:4

proposing(1) 31:12
proposition(1) 22:24
prosaic(1) 25:5
protected(2) 53:7 54:4
protections(1) 22:20
protective(1) 27:9
prove(1) 61:21
provide(6) 36:3 53:16 59:8 64:8 73:11
provided(10) 38:21 42:24 48:13 57:8 57:16 58:5 58:15 62:3 63:8 74:6
provides(1) 76:23
providing(6) 41:15 51:11 52:8 52:9 58:21 60:7
public(1) 25:19
purpose(8) 25:10 29:11 43:13 43:24 44:13 49:13 49:15 49:16

purposes(5) 58:4 58:12 64:13 77:6 77:15
push(2) 81:3 83:8
pushing(2) 1:4 78:22
put(12) 13:8 34:7 43:18 50:20 52:6 55:6 55:11 56:22 69:2 72:23 82:5 83:24
putting(3) 16:17 50:11 53:20
quality(1) 18:11

quashed(1) 26:8
question(6) 15:17 45:21 49:20 53:1 63:22 75:20

questioned(2) 33:13 73:13
questioning(3) 68:5 73:9 77:17
questions(23) 59:21 68:7 68:10 70:1 70:7 70:17 71:21 71:23 72:5 72:9 72:13 73:3 73:7 73:21 75:14 75:16 77:8 77:21 78:4 78:18 78:20 78:20 78:23

quickly(2) 62:1 82:20
quiet(1) 22:2
quite(6) 22:22 27:16 41:3 50:20 80:17 81:11

quote(1) 18:7
qureshi(18) 5:33 3:30 17:5 17:6 26:10 26:11 28:19 31:19 32:1 32:6 34:10 38:4 38:4 79:19 81:10 82:16 82:20 83:6

rabinowitz(1) 7:23
rachel(1) 6:50
raise(1) 79:24
raised(1) 25:20
randy(1) 47:3
range(1) 22:16
rare(1) 25:22
rath(2) 2:4 2:5
rather(3) 38:16 80:2 80:3
rational(1) 16:3
rationalize(1) 83:22
reach(1) 23:14
reached(1) 32:8
reactions(1) 46:14
read(3) 17:21 18:4 39:9
reaffirm(1) 83:12
real(1) 16:12
really(17) 16:11 16:20 18:20 26:5 26:5 37:21 43:23 56:21 61:11 69:1 73:18 75:5 75:13 76:10 80:23 83:10

reason(12) 10:3 21:19 26:6 28:9 28:10 38:11 58:24 65:10 65:11 70:23 71:16 80:12

reasonable(3) 31:11 61:23 63:23
reasonableness(3) 31:1 33:8 35:15
reasons(12) 17:20 21:10 25:18 25:19 25:21 29:10 38:8 44:9 48:11 65:10 66:9 68:16

recall(1) 24:14
receipt(1) 77:1
receive(2) 77:7 83:1
received(2) 12:3 17:10 72:19
receiving(1) 54:1
recently(1) 33:18
recess(1) 84:9
recognition(1) 34:23
recognize(3) 36:3 36:11 53:22
recognized(1) 47:17
recognizes(1) 37:10
record(15) 17:6 26:11 33:17 39:13 44:1 44:6 47:15 48:6 48:10 49:10 60:1 67:16 70:22 72:12 83:24

record's(1) 48:23
recorded(1) 1:50
recording(2) 1:50 84:14
recreated(1) 57:15
redo(1) 75:18
reference(1) 26:13
reflect(4) 22:18 52:22 53:6 58:20
reflected(1) 59:13
reflecting(2) 9:15 58:23
reflects(4) 44:1 61:16
refused(2) 26:20 26:22
regard(8) 16:17 20:13 20:22 56:2 56:18 65:21 71:9 72:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **regarding**(9) 11:3  11:15  41:1  47:13  58:23  60:13  60:16  61:7  72:8 | | **review**(7) 45:14  48:13  59:8  59:11  61:3  64:5  64:11 | | **second**(13) 11:17  22:9  38:10  43:6  50:3  53:9  58:17  66:24  73:8  73:18  73:22  74:2  74:5 | | **shouldn't**(2) 53:2  76:20 | |
| **regards**(1) 61:16 | | **reviewed**(1) 65:8 | | **secondly**(3) 32:6  53:14  54:5 | | **show**(1) 30:18 | |
| **rehearsal**(1) 75:19 | | **reviewing**(3) 61:3  65:17  76:3 | | **section**(1) 11:7 | | **showing**(1) 65:12 | |
| **relate**(8) 15:16  31:10  44:17  46:24  47:6  51:7  51:15  52:19 | | **revisit**(3) 34:8  56:19  79:3 | | **see**(25) 9:10  25:15  32:4  35:12  35:23  36:19  39:18  44:16  51:22  57:18  58:14  58:16  60:20  62:7  62:9  62:12  62:15  62:18  63:1  63:3  66:5  68:14  73:12  79:8  82:10 | | **shows**(2) 44:6  45:8 | |
| | | **ricardo**(1) 8:11 | | | | **shut**(1) 33:13 | |
| | | **rice**(1) 41:1 | | | | **side**(3) 24:12  26:19  26:21 | |
| **related**(7) 1:10  10:2  18:19  18:20  47:23  62:21  68:8 | | **richards**(1) 2:19 | | | | **sidley**(1) 1:25  5:19  61:9 | |
| | | **rifkind**(1) 5:48 | | | | **siegel**(8) 2:50  48:20  48:21  69:21  69:21  70:15  71:17  78:15 | |
| **relates**(1) 53:9 | | **right**(29) 9:22  12:12  14:17  14:17  15:4  18:22  22:9  22:22  23:2  34:11  35:7  36:15  36:23  37:20  38:17  39:4  40:9  45:24  64:3  72:16  73:19  76:19  76:22  77:3  78:14  79:1  83:3  83:21  84:5 | | **seed**(4) 79:20  81:11  81:13  82:5 | | | | |
| **relating**(3) 12:18  67:2  70:4 | | | | **seek**(4) 17:24  29:15  44:7  65:20 | | **sieger**(1) 7:14 | |
| **relationship**(5) 44:11  54:16  54:17  55:1 | | | | **seeking**(11) 25:17  27:19  27:19  28:9  28:9  40:21  41:9  41:10  46:2  46:24  48:2 | | **siganic**(1) 20:9 | |
| **relative**(1) 35:22 | | | | | | **sign**(1) 65:9 | |
| **relatively**(1) 61:1 | | **rightly**(1) 74:9 | | | | **signed**(2) 40:2  65:8 | |
| **relevant**(1) 33:6 | | **rise**(1) 33:20 | | **seem**(3) 17:1  72:6  74:13 | | **significantly**(2) 35:1  35:2 | |
| **relief**(4) 29:16  31:21  31:21  64:12 | | **robby**(1) 10:13 | | **seems**(3) 17:2  33:19  73:17 | | **silverstein**(1) 2:34 | |
| **rely**(1) 54:7 | | **robert**(3) 2:14  2:20  3:36 | | **seen**(6) 9:12  9:19  23:7  25:15  48:5  71:6 | | **simes**(1) 6:8 | |
| **relying**(1) 27:15 | | **rock**(1) 81:5 | | **seife**(1) 7:9 | | **similar**(1) 56:13 | |
| **remain**(3) 42:13  43:13  60:21 | | **rockefeller**(1) 2:15 | | **seiffe**(12) 17:19  21:9  21:21  21:24  22:2  22:10  26:7  29:3  29:9  31:8  33:5  34:6 | | **simply**(5) 23:5  24:2  26:19  59:8  80:17 | |
| **remains**(1) 61:14 | | **rodney**(1) 2:21 | | | | **since**(12) 16:24  40:7  41:22  44:1  44:19  67:6  67:13  69:18  75:24  76:7  76:7  78:7 | |
| **remember**(2) 29:18  72:10 | | **roitman**(1) 7:11 | | | | | | |
| **remove**(1) 42:1 | | **role**(9) 41:12  63:5  66:6  66:10  66:21  66:22  69:8  69:8  76:3 | | **seiffe's**(1) 21:4 | | | | |
| **rendered**(2) 59:4  59:5 | | | | **selber**(1) 2:34 | | **single**(1) 59:12 | |
| **renew**(1) 67:15 | | | | **selection**(1) 47:2 | | **situation**(11) 16:9  26:23  30:21  33:21  51:19  52:19  54:15  54:19  54:20  54:21  55:19 | |
| | | **romberg**(1) 71:22 | | **seller**(1) 6:37 | | | | |
| **reorganization**(1) 27:22 | | **room**(1) 73:5 | | | | | | |
| **repeat**(2) 57:6  73:21 | | **rosenman**(1) 7:14 | | **sense**(5) 24:19  34:24  47:12  52:16  79:5 | | **situations**(2) 29:14  54:14 | |
| **repetition**(1) 74:7 | | **roth**(2) 7:45  7:45 | | **sent**(3) 25:5  39:16  80:19 | | **slater**(1) 8:22 | |
| **replies**(1) 77:5 | | **rothschild**(1) 4:4 | | **senter**(2) 6:33  6:34 | | **slot**(1) 39:18 | |
| **report**(4) 9:15  11:4  32:13  68:9 | | **rudnick**(4) 2:47  5:38  48:21  69:21 | | **separate**(6) 27:4  43:18  43:20  45:20  47:15  50:5 | | **slow**(1) 82:23 | |
| **reporter**(1) 18:14 | | **rule**(2) 27:11  50:12 | | | | **small**(3) 32:21  32:21  61:2 | |
| **reports**(2) 39:10  43:22 | | **rules**(1) 27:12 | | | | **smell**(1) 34:3 | |
| **representation**(2) 18:12  32:9 | | **run**(1) 10:6 | | **september**(3) 41:13  51:9  51:18 | | **smith**(3) 19:23  19:23  20:1 | |
| **representative**(4) 19:7  20:4  29:19  30:15 | | **saavedra**(1) 7:36 | | **serve**(1) 36:3 | | **smoke**(1) 34:3 | |
| **representatives**(3) 31:9  31:9  72:2 | | **sachs**(2) 8:5  8:5 | | **served**(2) 81:21  82:22 | | **smoking**(1) 34:2 | |
| **represented**(1) 23:19 | | **safely**(1) 30:14 | | **service**(2) 1:44  1:51 | | **social**(1) 12:2 | |
| **representing**(1) 73:14 | | **said**(22) 18:9  21:7  22:22  22:22  23:2  24:4  26:6  33:5  34:1  45:10  53:1  57:21  59:20  61:8  61:24  71:17  71:18  73:18  74:20  79:15  79:19  79:23 | | **services**(1) 1:44  10:12 | | **solely**(1) 43:4 | |
| **represents**(1) 20:10 | | | | **sessions**(1) 18:21 | | **solicitation**(1) 37:6 | |
| **request**(2) 34:8  71:3 | | | | **set**(4) 22:11  65:16  70:23  72:12 | | **some**(24) 18:16  21:15  21:17  23:20  29:14  33:21  35:6  42:8  46:5  47:7  49:21  51:3  51:4  55:14  63:16  64:7  67:5  67:7  67:9  68:9  68:10  73:13  75:20  83:9 | |
| **requested**(2) 31:22  64:12 | | | | **setting**(2) 38:20  65:5 | | | | |
| **requests**(4) 10:2  19:20  20:18  28:3 | | **same**(9) 10:7  24:19  31:22  50:23  71:20  75:14  75:14  75:23  78:4 | | **settlement**(26) 9:15  20:14  20:15  20:22  28:14  29:22  31:2  31:10  31:16  32:3  32:8  32:10  32:16  32:20  32:21  33:12  35:15  65:9  65:12  65:17  65:18  73:10  73:15  76:4  76:5  78:13 | | | | |
| **require**(1) 56:19 | | | | | | **somehow**(3) 24:12  30:23  45:1 | |
| **requirements**(2) 21:14  55:9 | | | | | | **something**(13) 22:15  23:16  24:20  25:7  25:7  25:8  33:12  67:24  71:3  71:17  77:22  78:10  79:18 | |
| **rescheduled**(2) 12:6  12:6 | | **sampling**(1) 30:19 | | | | | | |
| **reserve**(1) 23:2 | | **sandridge**(1) 4:40 | | | | | | |
| **resolution**(6) 45:6  46:6  46:8  50:2  52:14  54:6 | | **sat**(1) 35:4 | | **settlements**(2) 23:14  33:20 | | **somewhat**(1) 16:9 | |
| | | **satisfy**(1) 28:6 | | **settling**(1) 73:3 | | **somewhere**(1) 34:2 | |
| **resolutions**(2) 49:15  50:3 | | **saturday**(1) 42:7 | | **seven**(4) 2:51  69:13  69:13  75:5 | | **soon**(1) 82:13 | |
| **resolve**(4) 14:12  15:5  24:1  24:1 | | **saw**(3) 12:3  19:19  35:7 | | **several**(2) 17:20  63:18 | | **sorry**(5) 13:14  58:1  62:4  63:9  67:21 | |
| **resolved**(4) 9:11  9:13  11:15  14:9 | | **say**(26) 19:2  21:13  23:13  26:18  29:12  29:13  31:16  41:1  46:22  48:9  58:23  59:19  60:17  62:4  63:20  70:22  72:15  74:10  74:16  74:18  75:8  75:9  75:10  75:15  79:11  83:4 | | **shaky**(2) 22:24  23:6 | | **sought**(3) 41:20  45:17  64:23 | |
| **respect**(35) 10:12  10:15  10:18  10:20  10:23  11:19  14:7  14:8  14:18  15:15  15:19  16:5  16:18  17:12  27:6  27:14  30:4  42:10  45:11  48:3  50:14  53:17  57:21  58:17  59:7  60:19  61:5  61:10  61:12  64:12  71:1  72:7  79:4  81:21  82:2 | | | | **shall**(1) 22:3 | | **sound**(3) 1:50  56:23  84:14 | |
| | | | | **shamah**(1) 5:31 | | **sounds**(1) 79:13 | |
| | | | | **shapiro**(13) 19:1  45:9  48:5  63:2  63:3  63:24  65:23  66:1  66:4  66:6  71:20  72:8  74:1 | | **south**(2) 1:30  3:45 | |
| | | | | | | **spaeder**(1) 7:30 | |
| | | **saying**(3) 23:3  63:11  65:5 | | | | **sparingly**(1) 18:6 | |
| | | **says**(9) 21:21  22:2  22:11  22:16  34:12  37:8  46:1  54:6  62:10 | | **shapiro's**(1) 46:1 | | **speak**(3) 11:20  71:11  72:22 | |
| **respectfully**(1) 31:4 | | | | **share**(1) 54:22 | | **speaker**(2) 14:15  14:16 | |
| | | | | **shattering**(1) 28:23 | | **speaking**(2) 35:13  67:11 | |
| **respond**(6) 26:20  35:20  38:10  60:3  71:17  82:17 | | **scenario**(1) 18:18 | | **she**(12) 62:2  66:3  66:15  67:19  67:21  69:5  69:6  71:22  73:23  74:8  74:9  74:12 | | **speaks**(1) 48:4 | |
| | | **scene**(1) 24:15 | | | | | | |
| **responding**(1) 20:18 | | **schedule**(4) 27:2  82:12  82:14  83:22 | | | | | | |
| **responds**(1) 22:3 | | **scheduled**(3) 12:5  79:21  81:6 | | **she's**(3) 69:2  75:9  75:9 | | | | |
| **response**(15) 15:11  15:12  32:2  35:21  38:19  38:23  39:1  39:21  39:22  46:4  72:22  72:23  76:23  77:7  77:10  79:18  84:7 | | **schedules**(1) 10:10 | | **sheet**(3) 66:24  73:15  78:22 | | | | |
| | | **scheduling**(3) 14:6  26:18  80:2 | | **shelton**(12) 16:19  16:23  17:17  17:22  18:15  21:10  21:14  25:18  27:14  27:23  28:6  28:8 | | | | |
| | | **scholer**(2) 2:41  8:26 | | | | | | |
| **responsibilities**(1) 47:4 | | **schott**(1) 7:4 | | | | | | |
| **rest**(1) 22:4 | | **schotz**(1) 1:34 | | **sheron**(3) 4:28  11:18  14:3 | | | | |
| **restructuring**(3) 18:23  41:12  53:10 | | **schulte**(2) 7:45  7:45 | | **short**(3) 40:17  50:21  80:15 | | | | |
| **result**(1) 35:10 | | **schuylkill**(1) 1:45 | | **shorter**(1) 38:16 | | | | |
| **resulted**(2) 32:16  42:9 | | **schwinger**(1) 2:14 | | **shot**(1) 26:1 | | | | |
| **retain**(3) 43:16  43:17  50:4 | | **scope**(5) 68:3  68:11  68:13  77:18  78:19 | | **shots**(1) 24:22 | | | | |
| **retained**(1) 54:16 | | **scott**(3) 4:14  7:42  8:6 | | **should**(21) 13:20  19:2  20:17  23:23  26:16  27:13  34:13  45:22  46:22  47:14  47:14  48:12  53:4  62:19  62:20  62:22  63:5  66:22  67:9  70:19  82:17 | | | | |
| **retention**(1) 11:2 | | **scratch**(2) 74:16  74:18 | | | | | | |
| **retirees**(1) 20:4 | | **scream**(1) 25:6 | | | | | | |
| | | **seated**(1) 9:2 | | | | | | |

| Word | Page:Line |
| --- | --- |

**special**(122) 4:48 7:22 19:2 19:3 22:17 22:20 23:18 40:14 40:22 40:24 40:24 41:3 41:4 41:19 41:23 42:5 42:9 42:21 43:1 43:7 43:8 43:13 43:15 43:16 43:17 43:19 43:20 43:21 43:24 44:2 44:3 44:6 44:18 44:20 44:23 45:2 45:6 45:9 45:11 45:20 46:1 46:6 46:7 46:8 46:9 46:12 46:15 46:17 46:18 47:1 47:5 47:6 47:8 47:14 47:14 49:9 49:14 49:14 49:18 49:23 50:4 50:8 50:10 50:22 51:21 52:11 52:13 52:21 52:23 53:15 53:20 53:22 54:2 54:9 54:15 54:16 55:11 56:13 57:3 57:23 58:1 58:11 58:18 58:22 59:1 59:7 59:7 59:8 59:9 59:10 59:11 59:15 60:7 60:12 60:14 61:10 61:20 62:2 62:8 62:10 62:17 62:19 63:6 63:15 63:21 65:1 65:3 65:16 65:22 65:23 66:1 66:21 68:16 68:24 69:9 71:10 72:18 75:24 77:13 78:8 78:11

**specific**(2) 24:22 35:11
**specifically**(5) 25:17 50:13 59:1 65:17
**sperling**(1) 8:22
**sprint**(1) 10:10
**square**(2) 2:21 2:51
**squarely**(1) 31:10
**stake**(1) 32:22
**stakeholder**(1) 74:10
**stand**(5) 16:13 17:11 22:3 45:22 84:9
**standard**(3) 16:20 27:24 27:24
**standards**(1) 18:10
**standing**(1) 71:11
**stanley**(2) 4:34 7:35
**stargatt**(1) 3:35
**start**(8) 13:19 13:20 15:15 26:13 27:6 40:16 50:9 65:5
**started**(3) 50:19 67:23 84:2
**starting**(1) 13:22
**starts**(1) 22:1
**state**(1) 31:20
**statement**(3) 43:18 43:20 78:17
**states**(2) 1:1 1:21
**status**(5) 13:4 13:10 13:20 70:23 72:21
**stearn**(1) 2:20
**stein**(1) 4:29
**step**(1) 17:2
**still**(2) 52:8 80:20
**stipulation**(1) 11:3
**stood**(1) 71:16
**stop**(1) 67:22
**stopping**(1) 25:13
**straight**(1) 72:13
**strange**(1) 81:7
**strategy**(1) 80:23
**strauss**(3) 3:27 6:23 17:6
**straw**(1) 44:24
**street**(12) 1:13 1:37 1:45 2:6 2:22 2:36 3:14 3:38 4:7 4:21 4:51 5:6

**stretch**(1) 80:24
**stretched**(1) 81:1
**strike**(1) 25:12
**strong**(1) 24:10
**strongly**(1) 49:6
**structure**(3) 47:4 63:21 67:2
**struggle**(1) 33:16
**struggled**(1) 61:11
**stuff**(2) 39:18 78:23
**subject**(2) 43:4 57:19
**submission**(2) 70:18 73:11
**submit**(18) 37:8 47:9 48:11 53:17 61:4 61:22 63:7 64:2 64:10 65:6 67:13 71:3 71:9 76:23 78:16 79:7 79:9 79:12

**submitting**(1) 79:4
**subpoenaed**(2) 21:1 26:15
**subpoenas**(2) 19:21 26:7
**substance**(3) 31:11 73:10 75:15
**substantive**(4) 75:23 76:1 78:9 78:20

**substantively**(1) 75:13
**such**(1) 61:6
**suffer**(1) 36:7
**sufficient**(1) 16:7
**sufficiently**(1) 66:21
**suggest**(6) 12:8 15:13 16:11 21:18 39:10 77:13

**suggested**(2) 25:21 66:6
**suggesting**(1) 15:22
**suggestion**(2) 73:8 75:16
**suggests**(7) 22:14 28:22 30:11 39:9 63:8 68:22 74:8

**suitable**(1) 36:2
**suite**(7) 1:38 2:6 3:46 4:8 4:36 4:44 5:6
**summarize**(1) 16:4
**summed**(2) 57:5 58:24
**sunday**(1) 21:24
**support**(3) 49:5 70:7 75:22
**supportable**(1) 21:6
**supporter**(1) 69:24
**suppose**(5) 16:11 21:13 33:24 34:1 75:20
**supposed**(2) 51:3 69:3
**sure**(12) 10:6 37:21 39:13 39:16 55:6 57:18 63:11 67:7 69:14 76:12 76:13 76:14

**surprised**(2) 28:17 79:23
**suspect**(1) 66:12
**suttonbrook**(1) 6:16
**sutty**(1) 4:5
**swing**(1) 79:8
**sworn**(1) 46:1
**system**(1) 18:10

**tab**(11) 42:23 51:20 52:5 57:8 57:17 58:6 58:15 62:7 62:16 63:1 66:5

**tabs**(2) 62:5 62:7
**tae**(1) 7:46
**tailored**(1) 77:16
**take**(39) 10:5 12:20 18:22 18:24 19:4 19:6 19:10 19:11 19:13 19:14 19:17 19:18 20:1 20:5 20:7 20:8 21:3 21:19 27:3 30:12 35:18 40:5 51:16 56:1 60:20 62:22 64:4 64:6 64:23 65:7 65:21 65:22 66:6 69:23 70:16 70:19 72:3 79:7

**taken**(15) 18:17 19:5 19:9 19:13 19:16 20:2 20:5 25:23 44:21 53:3 72:10 74:1 75:19 76:6 80:2

**takes**(2) 24:9 30:22
**taking**(8) 16:5 24:22 29:10 29:11 35:24 67:16 71:20 72:7

**talk**(11) 14:1 14:11 17:3 18:16 20:13 22:3 42:15 43:6 54:12 54:12 71:16

**talked**(4) 35:4 48:24 83:19 83:24
**talking**(11) 13:24 20:14 27:16 48:1 52:23 54:19 54:20 62:19 63:20 65:1 65:14

**talks**(1) 37:7
**taylor**(1) 3:35
**technical**(1) 35:17
**technically**(1) 70:24
**teitelbaum**(3) 8:14 8:15 16:2
**teitelbaum's**(1) 16:7
**telephone**(1) 15:1
**telephonic**(4) 5:10 6:1 7:1 8:1
**telephonically**(1) 14:21
**television**(1) 8:9
**tell**(3) 18:18 34:9 73:5
**telling**(1) 80:9
**temporarily**(1) 34:7
**ten**(1) 76:15
**tenth**(1) 10:11
**term**(3) 66:24 73:15 78:22

**terms**(6) 34:15 49:21 55:7 56:22 65:18 65:18

**terry**(1) 10:16
**testified**(1) 68:15
**testify**(2) 22:24 23:5
**testimony**(1) 46:1
**than**(14) 29:5 31:15 35:1 35:3 38:10 38:16 39:9 41:7 45:23 46:22 65:20 73:20 79:12 80:3
**thank**(35) 9:24 15:6 17:15 26:8 26:9 34:10 38:17 40:1 40:20 42:18 48:14 49:6 49:7 57:1 57:21 59:22 59:23 64:3 64:17 64:18 64:22 69:19 69:20 70:10 70:11 70:20 72:16 77:12 78:13 78:14 78:24 82:14 82:15 83:5 84:5 84:8

**that**(301) 9:9 9:9 9:12 9:18 9:19 10:3 10:7 11:13 11:18 11:19 11:21 11:22 12:5 12:5 12:7 12:8 12:11 13:5 13:13 13:14 13:21 13:23 14:1 14:6 14:12 14:13 14:14 14:23 15:16 15:21 15:22 15:24 16:4 16:4 16:7 16:7 16:10 16:11 16:11 16:11 16:17 16:17 16:20 16:24 16:17 17:1 17:20 17:24 17:20 18:2 18:7 18:13 19:19 20:8 20:10 20:12 20:16 21:3 21:9 21:13 21:16 22:16 22:16 22:17 22:22 22:8 22:14 22:14 22:16 22:16 22:17 22:22 23:6 23:6 23:7 23:14 23:15 23:17 23:18 23:20 23:2 23:24 24:5 24:6 24:10 24:11 24:12 24:14 24:17 24:20 25:2 25:2 25:2 25:3 25:10 25:10 25:14 25:19 25:22 26:6 26:7 26:13 26:14 26:15 26:16 26:17 26:20 26:23 27:4 27:9 27:12 27:13 27:14 27:15 27:16 27:18 27:20 27:23 27:24 28:1 28:9 28:10 28:11 28:14 28:14 28:16 28:20 28:22 28:24 29:1 29:2 29:9 29:15 29:18 29:21 29:22 30:4 30:5 30:5 30:7 30:8 30:14 30:20 30:21 30:24 31:5 31:5 31:6 31:7 31:7 31:12 31:13 31:15 31:21 32:2 32:2 32:7 32:10 32:10 32:13 32:13 32:14 32:15 32:16 32:18 32:19 33:1 33:2 33:4 33:6 33:6 33:7 33:7 33:10 33:10 33:11 33:12 33:12 33:14 33:17 33:19 33:20 33:21 33:22 33:23 34:5 34:23 34:24 35:2 35:3 35:6 35:7 35:8 35:9 35:12 35:17 35:17 35:23 36:3 36:9 36:11 36:13 36:14 36:15 36:18 36:20 36:24 37:1 37:3 37:7 37:8 37:10 37:10 37:10 37:13 37:18 37:23 38:2 38:11 38:7 38:12 38:14 38:21 39:3 39:10 39:12 39:13 39:14 39:16 39:17 39:17 39:20 40:1 40:2 41:8 41:14 41:15 41:18 41:20 41:21 41:22 42:7 42:8 42:12 42:12 42:13 42:14 43:2 43:4 43:11 43:21 44:1 44:2 44:3 44:3 44:5 44:5 44:6 44:7 44:8 44:10 44:12 44:16 44:20 44:20 44:24 45:1 45:4 45:6 45:7 46:1 46:2 46:5 46:8 46:14 46:17 46:17 46:21 46:23 46:23 46:24 47:6 47:7 47:9 47:9 47:12 47:15 47:16

**that**(294) 47:16 47:17 47:17 47:18 47:22 47:24 47:24 48:1 48:1 48:2 48:4 48:5 48:9 48:11 49:5 49:20 49:21 49:23 50:1 50:4 50:5 50:5 50:7 50:7 50:15 50:19 51:4 51:7 51:13 51:14 51:15 51:19 51:22 51:23 52:3 52:6 52:7 52:11 52:13 52:17 52:18 52:18 52:23 53:1 53:2 53:4 53:5 53:12 53:14 53:19 53:20 53:22 53:24 54:2 54:2 54:5 54:6 54:9 54:10 54:12 54:14 54:17 54:23 55:1 55:3 55:4 55:4 55:5 55:6 55:7 55:9 55:11 55:12 55:13 55:19 55:20 55:22 55:23 55:24 56:1 56:3 56:6 56:8 56:9 56:10 56:10 56:11 56:16 56:18 56:18 56:19 56:20 56:23 57:9 57:10 57:12 57:15 57:16 57:17 57:17 57:18 57:23 58:5 58:6 58:19 58:20 59:3 60:6 60:6 60:8 60:9 60:11 60:17 60:18 60:21 60:23 61:3 61:4 61:4 61:8 61:12 61:15 61:17 61:17 61:18 61:21 61:22 62:4 62:9 62:9 62:10 62:11 62:18 62:20 62:20 62:21 63:3 63:5 63:7 63:8 63:10 63:14 63:17 63:18 63:20 63:24 64:2 64:7 64:8 65:1 65:3 65:6 65:11 65:12 65:16 65:19 66:5 66:6 66:7 66:9 66:10 66:11 66:11 66:14 66:14 66:15 66:22 67:6 67:6 67:14 67:14 67:21 67:21 67:24 68:2 68:3 68:5 68:7 68:7 68:8 68:10 68:11 68:11 68:13 68:15 68:20 68:23 68:24 69:1 69:3 69:4 69:5 69:6 69:7 69:8 69:14 69:15 69:18 70:1 70:5 70:6 70:7 70:8 70:19 71:11 71:15 71:21 72:1 72:2 72:7 72:13 72:13 73:5 73:8 73:12 73:13 73:18 73:21 73:22 73:24 74:6 74:8 74:14 74:19 75:3 75:16 75:19 75:21 75:22 75:24 76:2 76:5 76:10 76:14 76:16 76:18 76:19 76:23 77:4 77:4 77:8 77:13 77:14 77:17 77:21 77:22 77:23 78:4 78:4 78:6 78:7 78:10 78:16 78:21 78:23 78:24 79:5 79:9 79:10 79:13 79:14 79:19 79:20 79:23 79:23 80:15 80:16 80:18 80:22 81:4 81:4 81:10 81:11 81:19 82:4 82:5 82:8 82:10 82:17 82:21 82:22 83:11 83:12 83:23 83:24 83:24 83:24 84:1 84:4 84:8 84:13

**that's**(77) 10:13 10:16 10:18 10:23 11:23 12:14 12:17 13:6 13:10 13:24 14:15 15:3 15:8 20:14 21:12 21:22 22:9 22:10 22:24 23:5 25:4 27:4 27:17 29:3 30:8 30:17 30:22 30:23 31:22 34:3 34:13 34:21 35:9 35:13 35:16 36:4 36:16 36:23 37:10 37:18 38:2 39:11 39:15 40:4 40:19 44:23 45:3 45:7 45:18 50:1 50:2 50:22 52:16 53:6 53:7 54:19 55:2 55:19 55:20 55:21 56:24 59:19 60:10 60:11 66:4 66:9 72:14 76:16 76:19 76:20 78:9 78:10 78:13 79:11 81:2 81:9 83:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 1:1  1:2  1:20  2:4  3:37  4:15  4:48  5:4  6:33  7:7  7:22  9:2  9:3  9:6  9:7  9:7  9:9  9:10  9:10  9:11  9:12  9:13  9:14  9:14  9:16  9:17  9:19  9:24  10:1  10:2  10:4  10:5  10:7  10:8  10:10  10:10  10:11  10:14  10:16  10:17  10:18  10:19  10:20  10:21  10:22  11:1  11:2  11:3  11:3  11:3  11:5  11:6  11:7  11:15  11:16  11:17  11:19  11:20  11:23  12:1  12:2  12:3  12:12  12:18  12:19  12:21  12:23  13:2  13:5  13:6  13:7  13:8  13:12  13:17  13:18  13:20  13:21  13:23  13:24  14:6  14:7  14:11  14:13  14:18  14:22  14:24  15:2  15:4  15:6  15:9  15:12  15:16  15:22  15:22  15:23  15:23  15:24  16:1  16:5  16:6  16:8  16:16  16:10  16:11  16:12  16:12  16:16  16:18  16:19  16:19  16:23  17:2  17:3  17:4  17:5  17:8  17:8  17:9  17:11  17:12  17:13  17:14  17:15  17:17  17:18  17:20  17:21  17:22  17:23  17:24  17:24  18:1  18:2  18:2  18:4  18:5  18:9  18:10  18:10  18:10  18:11  18:14  18:19  18:21  18:22  18:22  18:23  18:24  19:1  19:1  19:1  19:2  19:2  19:3  19:4  19:6  19:7  19:7  19:8  19:10  19:10  19:11  19:13  19:15  19:17  19:19  19:23  20:3  20:6  20:6  20:7  20:8  20:9  20:10  20:11  20:13  20:15  20:15  20:16  20:20  20:20  20:22  20:23  20:24  21:2  21:5  21:5  21:6  21:8  21:9  21:10  21:10  21:14  21:14  21:16  21:19  21:19  21:22  22:4  22:9  22:9  22:12  22:16  23:1  23:2  23:7  23:8  23:19  23:20  23:21  23:21  23:21  24:1  24:1  24:2  24:2  24:3  24:7  24:7  24:7  24:8  24:11  24:12  24:13  24:15  24:16  24:19  24:19  24:22  25:5  25:18  25:18  25:19  25:20  26:2  26:5  26:9  26:11  26:13  26:14  26:18  26:18  26:21  26:21  26:24  26:24  27:2  27:2  27:2  27:3  27:3  27:7  27:8  27:9  27:10  27:10  27:11  27:14  27:20  27:21  27:23  27:24  27:24  28:1  28:2  28:5  28:6  28:7  28:7  28:8  28:9  28:11  28:11  28:12  28:13  28:13  28:18  28:14  28:16  28:17  28:19  29:1  29:11  29:1  29:12  29:13  29:15  29:17  29:17  29:18  29:19  29:22  29:23  29:23  30:1  30:2  30:4

**the(301)** 30:5  30:5  30:5  30:6  30:6  30:9  30:10  30:10  30:12  30:12  30:13  30:14  30:15  30:15  30:16  30:16  30:18  30:22  30:24  31:1  31:1  31:5  31:5  31:5  31:6  31:6  31:7  31:8  31:8  31:9  31:9  31:10  31:12  31:12  31:13  31:13  31:15  31:15  31:16  31:17  31:19  31:20  31:21  31:21  31:22  32:1  32:4  32:8  32:9  32:10  32:12  32:15  32:17  32:17  32:18  32:20  32:20  32:24  33:1  33:1  33:2  33:2  33:5  33:7  33:7  33:9  33:9  33:11  33:11  33:12  33:14  33:16  33:17  33:17  33:18  33:22  34:1  34:3  34:8  34:11  34:14  34:14  34:15  34:17  34:18  34:20  34:20  34:21  34:23  34:24  34:24  35:1  35:2  35:3  35:5  35:7  35:8  35:11  35:14  35:15  35:16  35:17  35:20  35:21  35:21  35:22  35:23  36:6  36:12  36:12  36:13  36:13  36:14  36:16  36:17  36:22  36:24  37:1  37:3  37:4  37:5  37:6  37:8  37:11  37:13  37:16  37:17  37:20  37:22  37:23  38:2  38:3  38:8  38:8  38:10  38:11  38:11  38:14  38:17  38:20  38:20  38:22  39:1  39:4  39:5  39:8  39:9  39:10  39:12  39:13  39:14  39:15  39:20  39:22  39:23  40:1  40:5  40:7  40:9  40:14  40:14  40:14  40:15  40:16  40:17  40:19  40:22  40:22  40:24  40:24  41:1  41:2  41:4  41:4  41:7  41:8  41:10  41:11  41:13  41:16  41:18  41:19  41:21  41:22  41:23  42:4  42:6  42:6  42:8  42:11  42:15  42:16  42:18  42:20  42:21  42:23  42:23  42:24  42:24  43:1  43:1  43:4  43:7  43:8  43:10  43:10  43:11  43:11  43:11  43:12  43:13  43:14  43:15  43:16  43:17  43:18  43:19  43:20  43:21  43:22  43:24  43:24  44:1  44:2  44:2  44:3  44:3  44:4  44:4  44:6  44:12  44:12  44:13  44:14  44:14  44:15  44:15  44:18  44:18  44:20  44:20  44:22  44:23  45:5  45:5  45:6  45:6  45:7  45:8  45:9  45:9  45:11  45:14  45:14  45:14  45:18  45:19  45:19  45:20  45:24  46:1  46:5  46:5  46:6  46:6  46:6  46:7  46:7  46:8  46:9  46:9  46:11  46:12  46:13  46:15  46:15  46:16  46:16  46:18  46:19  46:19  46:20  46:20  46:21  46:22  46:23  46:24  46:24

**the(301)** 47:4  47:5  47:5  47:6  47:9  47:11  47:15  47:20  47:22  47:22  47:23  48:1  48:3  48:6  48:7  48:9  48:11  48:12  48:14  48:16  48:16  48:17  48:23  48:24  49:3  49:5  49:7  49:9  49:10  49:11  49:13  49:14  49:14  49:16  49:16  49:17  49:18  49:19  49:19  49:19  49:23  50:2  50:3  50:3  50:4  50:6  50:6  50:6  50:8  50:9  50:10  50:10  50:11  50:12  50:15  51:2  51:5  51:14  51:5  51:5  51:15  51:7  51:7  51:9  51:11  51:12  51:12  51:13  51:13  51:14  51:16  51:16  51:20  51:21  51:21  51:23  51:24  52:1  52:1  52:2  52:5  52:5  52:6  52:6  52:8  52:11  52:13  52:13  52:17  52:19  52:20  52:20  52:21  52:22  52:23  53:3  53:3  53:4  53:4  53:7  53:9  53:9  53:10  53:11  53:15  53:15  53:19  53:20  53:21  54:3  54:3  54:5  54:5  54:7  54:7  54:7  54:8  54:10  54:10  54:12  54:15  54:16  54:18  54:19  54:20  54:21  54:22  54:23  55:3  55:4  55:5  55:7  55:9  55:10  55:10  55:10  55:13  55:15  55:17  55:18  55:19  55:20  55:22  55:23  56:5  56:8  56:9  56:9  56:11  56:13  56:24  57:1  57:3  57:4  57:5  57:8  57:8  57:13  57:13  57:15  57:16  57:17  57:18  57:19  57:21  57:23  57:23  57:23  57:24  58:1  58:2  58:2  58:5  58:6  58:8  58:9  58:9  58:11  58:13  58:13  58:14  58:15  58:16  58:17  58:18  58:19  58:20  58:20  58:21  58:22  58:22  58:24  59:2  59:3  59:5  59:6  59:7  59:9  59:9  59:10  59:11  59:15  59:16  59:22  59:24  60:1  60:4  60:4  60:7  60:8  60:9  60:10  60:12  60:13  60:14  60:15  60:16  60:19  60:22  60:22  60:23  61:1  61:5  61:6  61:7  61:8  61:10  61:16  61:19  61:20  62:1  62:3  62:3  62:5  62:5  62:5  62:7  62:7  62:8  62:8  62:10  62:15  62:18  62:24  63:5  63:6  63:7  63:11  63:11  63:12  63:13  63:14  63:15  63:15  63:17  63:17  63:18  63:21  63:22  63:23  64:2  64:3  64:4  64:10  64:12  64:13  64:15  64:16  64:18  64:21  64:23  64:23  64:24  65:1  65:3  65:7  65:8  65:9  65:10  65:11  65:11  65:12  65:15  65:16  65:17  65:19  65:22  65:23  65:23  66:1  66:3  66:6  66:9  66:11  66:14

**the(236)** 66:15  66:17  66:18  66:19  66:20  66:23  66:24  66:24  67:2  67:3  67:5  67:13  67:14  67:15  67:16  67:17  67:17  67:20  67:22  68:3  68:3  68:6  68:9  68:11  68:12  68:16  68:16  68:17  68:21  68:22  68:23  68:24  69:8  69:9  69:11  69:12  69:13  69:16  69:16  69:17  69:18  69:18  69:20  69:24  70:1  70:2  70:2  70:3  70:5  70:7  70:8  70:8  70:11  70:14  70:15  70:16  70:17  70:18  70:18  70:18  70:21  70:22  70:23  70:23  71:1  71:2  71:2  71:6  71:10  71:12  71:12  71:16  71:16  71:19  71:19  71:20  71:23  72:1  72:1  72:2  72:4  72:6  72:7  72:9  72:12  72:16  72:18  72:19  72:19  72:20  72:21  72:22  72:24  72:24  73:1  73:4  73:8  73:9  73:10  73:10  73:12  73:13  73:14  73:14  73:15  73:15  73:15  73:16  73:19  73:23  73:24  74:3  74:3  74:10  74:11  74:11  74:12  74:14  74:15  74:17  74:20  74:22  74:24  75:2  75:7  75:11  75:11  75:12  75:14  75:14  75:15  75:16  75:17  75:18  75:23  75:23  75:23  76:1  76:2  76:2  76:3  76:3  76:4  76:4  76:5  76:5  76:9  76:12  76:16  76:18  76:20  76:22  76:23  77:1  77:4  77:7  77:11  77:13  77:14  77:15  77:16  77:17  77:23  78:1  78:1  78:4  78:5  78:5  78:6  78:7  78:7  78:8  78:11  78:11  78:12  78:14  78:18  78:18  78:20  78:21  78:21  78:22  79:1  79:5  79:5  79:7  79:10  79:11  79:15  79:22  79:22  80:3  80:5  80:11  80:14  80:16  81:3  81:6  81:13  81:13  81:19  81:19  82:1  82:3  82:5  82:5  82:6  82:8  82:8  82:9  82:11  82:11  82:19  82:20  82:21  82:22  82:23  83:6  83:8  83:10  83:12  83:17  83:20  83:22  83:24  84:5  84:8  84:10  84:13  84:14  84:14  84:15

**their(39)** 20:24  21:16  21:18  22:10  22:21  23:14  23:22  25:6  27:8  28:15  29:10  29:10  33:20  37:19  40:8  42:1  45:5  45:20  46:13  48:2  48:8  52:2  52:10  53:11  54:1  54:9  54:13  54:14  54:22  55:15  63:20  74:16  74:18  75:18  75:22  77:16  80:19  80:19  84:3

**them(27)** 14:10  19:5  19:12  19:16  23:24  25:9  26:3  27:13  32:4  33:5  44:9  45:23  51:15  54:4  54:13  56:16  58:23  59:21  65:10  67:16  72:9  79:22  80:4  80:19  80:21  81:23  83:1

**theme(1)** 25:2

**themselves(1)** 73:21

**then(23)** 10:11  11:1  12:20  13:21  14:19  15:5  15:13  15:19  35:20  37:13  40:17  45:17  48:17  52:10  54:17  60:7  64:11  64:15  68:14  73:13  76:7  76:8  79:9

**theories(1)** 23:20

**theory(1)** 34:1

**there(79)** 9:19  11:12  14:1  16:23  18:6  24:20  25:10  27:11  27:12  28:21  29:1  29:14  30:3  30:19  32:7  32:9  32:12  32:13  32:16  32:22  33:10  35:19  35:21  36:6  36:21  38:22  39:1  40:12  41:7  42:23  43:16  44:10  44:11  45:16  45:21  46:14  46:22  47:6  47:23  49:22  49:22  51:4  52:13  52:13  55:1  55:6  56:10  56:18  57:10  58:24  60:6  60:20  60:20  60:21  60:24  61:6  61:8  62:13  63:10  67:6  68:1  68:4  68:9  68:23  69:14  71:22  72:13  74:5  74:8  75:16  76:7  76:7  77:7  77:18  77:19  78:19  79:1  79:20  84:5

**there's(27)** 14:21  17:23  19:19  21:5  22:15  25:1  25:3  25:3  25:7  25:7  25:8  28:15  33:3  34:23  39:7  48:8  49:13  50:17  50:17  51:3  52:3  53:14  55:3  55:5  56:7  59:20  61:15

**thereafter(1)** 72:21

**therefore(4)** 26:22  27:23  30:6  83:1

**these(40)** 12:10  12:22  15:20  16:15  16:15  18:12  22:15  22:23  22:23  28:10  30:9  32:4  32:14  32:24  33:3  42:5  43:23  44:16  47:5  47:12  50:12  51:2  52:9  52:18  52:22  53:6  53:18  53:22  54:22  56:15  56:20  56:22  63:8  63:12  64:23  66:10  66:13  80:16  81:6

**they(134)** 9:16  14:2  15:24  16:4  16:7  16:8  16:20  16:20  16:24  16:24  17:19  17:24  18:20  19:5  19:9  19:17  20:2  20:2  20:4  20:7  20:8  20:12  20:12  21:3  21:5  21:12  21:13  21:13  21:16  21:19  21:22  21:23  22:18  22:22  22:24  23:6  23:17  23:18  23:19  23:23  23:24  24:2  24:5  24:6  24:15  24:15  24:16  24:20  25:5  25:5  25:6  25:23  26:2  26:4  26:19  27:7  27:14  28:24  29:12  29:13  29:20  29:23  31:7  41:23  42:4  42:12  43:2  44:5  44:7  44:24  45:4  45:4  45:7  45:23  46:4  47:16  47:17  48:1  48:2  48:7  53:2  53:3  53:5  53:7  53:17  53:22  53:24  54:5  54:6  54:8  54:8  54:10  54:11  54:12  54:12  54:13  54:23  55:3  57:9  57:11  57:12  58:23  59:1  59:3  60:18  61:23  62:20  62:22  64:7  65:3  72:5  72:5  72:11  73:18  73:22  75:4  75:8  75:14  75:17  75:21  75:21  76:1  76:9  76:10  76:14  76:17  76:16  76:20  77:17  80:5  80:9  80:10  82:11  82:12

**they'll(1)** 23:13

**they're(27)** 18:22  18:24  19:4  19:5  19:9  19:11  19:13  19:14  19:24  20:1  20:5  23:3  23:13  28:22  28:22  28:23  35:8  42:22  43:10  44:17  53:18  56:22  61:24  62:18  63:11  63:20  80:16

**they've(8)** 18:21  19:18  20:8  24:14  33:1  51:2  80:4  80:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **thing**(14) 20:16 21:8 22:21 24:16 25:23 26:16 35:10 37:3 50:3 50:23 55:24 56:13 60:17 78:16 | | **today**(22) 9:11 12:6 13:4 13:16 15:7 16:12 19:19 22:13 25:5 25:16 25:21 26:17 39:16 39:19 42:15 64:8 64:9 67:5 73:18 79:2 82:10 84:6 | | **under**(9) 16:19 21:9 35:15 39:17 45:22 61:5 63:1 69:16 83:9 | | **was**(142) 9:18 10:1 11:1 11:22 13:8 14:5 15:1 15:21 15:22 16:17 18:6 18:8 18:13 21:18 23:6 24:16 24:18 24:20 26:13 27:20 28:1 28:5 29:4 30:15 31:3 31:13 32:8 |
| | | | | **undermine**(1) 43:24 | | 32:9 32:10 32:13 32:16 36:6 37:3 39:13 |
| **things**(10) 30:11 47:1 47:2 47:11 61:8 65:16 73:2 80:22 80:24 81:1 | | **togut**(1) 10:20 | | **understand**(9) 11:19 15:21 29:8 34:7 38:15 50:1 53:11 68:8 74:14 | | 39:14 41:20 43:7 43:8 43:12 43:13 43:16 44:2 44:19 45:10 45:16 45:16 45:16 45:21 |
| | | **told**(4) 13:14 57:6 67:21 73:22 | | | | 46:12 46:17 46:18 46:19 47:3 47:23 47:24 |
| **think**(82) 13:9 13:10 13:18 15:9 16:4 16:14 16:24 17:9 17:20 18:19 22:14 23:8 | | **tom**(2) 17:16 19:15 | | **understanding**(3) 39:11 56:12 82:8 | | 49:2 49:17 49:18 49:23 50:7 51:10 51:10 |
| 23:15 23:24 24:3 24:5 24:6 24:11 26:16 | | **tomorrow**(1) 80:13 | | **understood**(1) 34:10 | | 52:7 52:13 52:14 52:14 55:5 55:6 55:16 |
| 27:7 27:23 28:6 30:8 31:15 32:7 32:15 | | **too**(4) 13:10 14:21 23:9 82:6 | | **undertake**(1) 65:17 | | 55:16 57:18 57:21 57:24 58:1 58:11 58:18 |
| 32:19 33:6 34:20 34:22 34:22 36:2 36:20 | | **took**(8) 31:6 46:17 60:8 66:18 66:23 67:1 | | **undertaken**(1) 68:8 | | 58:21 59:13 59:13 59:14 60:6 60:14 62:10 |
| 37:9 37:16 38:8 39:8 39:11 39:12 39:14 | | 67:3 78:6 | | **undertaking**(1) 63:16 | | 63:11 63:13 63:15 65:2 65:12 65:15 65:16 |
| 41:3 42:21 44:24 45:18 46:14 47:11 47:15 | | | | **undertook**(1) 59:11 | | 66:1 66:2 66:3 66:12 66:15 66:19 66:21 |
| 48:4 49:14 50:1 50:19 50:21 50:22 53:2 | | **topic**(2) 44:14 48:3 | | **unfolded**(1) 29:22 | | 67:7 67:18 67:19 67:19 67:21 67:24 68:1 |
| 56:1 56:16 56:22 56:23 58:6 59:19 60:16 | | **topics**(3) 64:1 67:18 70:2 | | **unfortunately**(2) 81:23 82:4 | | 68:4 68:4 68:5 68:8 68:8 68:11 68:16 |
| 61:14 63:19 63:22 64:6 65:19 66:11 67:5 | | **torres**(1) 4:26 | | **uninteresting**(1) 28:23 | | 68:20 68:21 69:8 70:1 70:5 70:23 71:19 |
| 67:23 68:7 69:4 70:18 71:9 71:10 76:16 | | **torture**(1) 76:15 | | **unique**(4) 29:14 30:3 32:12 32:20 | | 71:20 71:22 72:7 73:4 73:5 73:8 73:13 |
| 76:17 78:17 79:19 81:10 81:23 82:3 82:17 | | **towards**(1) 9:13 | | **united**(2) 1:1 1:21 | | 73:16 73:23 74:1 74:9 75:19 75:23 76:6 |
| | | **traci**(1) 84:19 | | **unknown**(3) 14:15 14:16 35:19 | | 77:14 77:15 77:18 77:19 78:6 78:17 78:19 |
| **thinking**(2) 14:22 17:19 | | **transaction**(1) 43:12 | | **unless**(2) 13:12 13:18 | | 78:21 79:20 84:10 |
| **thinks**(2) 12:4 66:9 | | **transcript**(5) 1:19 1:51 73:12 78:17 84:14 | | **unlikely**(1) 47:16 | | |
| **third**(4) 9:15 22:9 55:3 55:13 | | **transcription**(2) 1:44 1:51 | | **unlimited**(1) 36:4 | | **washington/baltimor**(2) 20:10 |
| **thirty-eighth**(1) 11:6 | | **transitioned**(1) 41:11 | | **unnecessary**(2) 69:15 82:24 | | **wasn't**(4) 42:22 35:7 65:14 78:5 |
| **thirty-fourth**(1) 10:22 | | **transitioning**(1) 52:10 | | **unsecured**(2) 7:8 7:31 | | **waste**(1) 77:21 |
| **thirty-seventh**(1) 11:5 | | **transmitted**(1) 55:2 | | **untenable**(1) 26:23 | | **wasting**(1) 69:10 |
| **thirty-sixth**(1) 11:23 | | **transpire**(1) 75:13 | | **until**(4) 15:24 51:23 78:6 83:1 | | **way**(10) 24:1 24:10 26:2 29:4 31:20 33:3 |
| **thirty-third**(1) 10:19 | | **tread**(1) 62:13 | | **updates**(1) 59:11 | | 33:24 62:6 80:16 82:21 |
| **this**(114) 11:23 13:9 15:17 16:21 17:1 | | **trees**(1) 34:17 | | **upon**(2) 27:15 45:14 | | |
| 17:3 18:8 18:18 21:3 21:15 21:18 21:23 | | **trehan**(1) 6:9 | | **use**(5) 11:3 21:5 43:21 75:4 75:10 | | **wayne**(3) 19:23 19:23 20:1 |
| 22:22 23:9 24:1 24:13 25:2 26:3 27:6 | | **trial**(7) 22:24 23:5 27:17 27:19 28:4 36:20 | | **useful**(2) 15:10 74:8 | | **we'd**(3) 39:7 67:13 72:22 |
| 27:8 28:21 29:16 29:22 30:23 31:2 32:7 | | 37:11 | | **vail**(1) 5:45 | | **we'll**(12) 12:10 14:11 15:13 25:15 34:8 |
| 32:12 32:20 32:21 32:21 34:4 34:6 34:13 | | | | **various**(1) 44:9 | | 35:20 37:22 39:3 64:13 64:16 79:13 84:3 |
| 34:14 34:17 35:5 35:19 36:17 36:23 38:6 | | **tribune**(5) 1:7 5:12 9:6 18:24 66:8 | | **vast**(45) 27:2 58:19 60:19 61:6 | | |
| 38:12 38:14 38:20 39:8 41:13 42:19 43:8 | | **tried**(4) 25:23 50:23 79:20 81:10 | | **versus**(7) 11:9 11:12 11:17 12:14 12:16 | | **we're**(44) 10:7 20:14 24:21 26:18 27:1 |
| 43:19 45:10 47:19 48:17 49:1 49:2 49:3 | | **trigger**(1) 64:16 | | 12:24 35:23 | | 30:11 32:23 35:22 36:14 36:14 36:20 |
| 49:10 50:1 50:12 51:10 51:17 51:18 51:20 | | **true**(7) 21:12 23:5 45:3 45:4 72:4 78:10 | | | | 37:12 37:12 37:15 37:21 37:21 40:21 |
| 53:3 53:15 55:1 55:8 55:16 55:19 55:24 | | 78:10 | | **very**(29) 17:8 26:23 28:24 32:14 33:24 | | 41:17 46:23 54:19 54:20 56:15 56:19 60:5 |
| 56:13 56:16 56:21 56:23 57:15 58:4 58:7 | | | | 35:18 38:15 40:17 47:16 47:17 48:21 50:7 | | 60:9 61:13 63:17 65:14 65:21 65:22 68:13 |
| 59:6 59:12 60:9 62:13 63:2 63:5 64:8 | | **trust**(12) 2:47 5:38 6:49 37:23 48:22 | | 50:7 50:21 52:2 52:5 53:2 60:3 66:8 73:8 | | 69:10 69:17 73:21 77:23 78:10 80:13 |
| 64:13 65:22 65:6 66:11 66:13 67:7 68:24 | | 69:22 69:23 70:2 71:21 72:1 73:3 78:18 | | 77:9 77:11 80:15 81:7 81:17 81:23 82:20 | | 81:4 81:7 81:24 |
| 70:22 70:23 71:9 72:10 72:15 72:15 72:20 | | | | 82:23 84:8 | | |
| 76:11 76:17 76:21 76:23 77:5 79:3 79:6 | | **trustee**(13) 5:4 5:4 10:20 53:4 66:19 | | | | **we've**(18) 20:17 23:4 25:2 25:15 30:19 |
| 79:10 79:24 80:15 81:1 81:2 81:7 81:17 | | 66:19 66:22 69:24 70:2 70:16 72:4 72:8 | | **vieira**(1) 19:14 | | 35:4 39:16 41:18 43:2 51:1 52:16 53:3 |
| 83:7 83:15 83:23 84:1 | | 75:22 | | **view**(6) 16:8 24:10 48:7 52:17 56:1 56:1 | | 56:5 56:23 61:6 65:1 80:18 82:1 |
| | | **truth**(1) 23:20 | | **viewed**(1) 48:10 | | |
| **thomas**(3) 2:13 4:42 12:24 | | **try**(10) 35:5 36:12 37:16 48:9 51:2 56:15 | | **views**(1) 66:7 | | **week**(2) 16:14 27:3 |
| **thornburg**(1) 4:34 | | 63:13 68:16 83:21 84:3 | | **vista**(1) 8:9 | | **weeks**(2) 35:5 80:14 |
| **those**(40) 10:15 10:21 13:3 14:10 16:21 | | | | **vitiate**(1) 69:3 | | **weigh**(1) 39:20 |
| 17:13 17:21 19:5 22:14 22:17 25:12 25:17 | | **trying**(6) 23:13 45:1 49:17 62:13 65:21 | | **volumes**(1) 48:4 | | **weil**(1) 7:35 |
| 29:2 29:5 29:5 29:8 31:3 41:10 41:6 41:17 | | 65:22 | | **von**(1) 10:15 | | **weiss**(1) 5:48 |
| 42:1 45:22 48:11 50:9 52:17 56:3 57:20 | | | | **waiting**(1) 80:20 | | **weitman**(1) 5:16 |
| 58:14 60:11 61:10 61:12 61:13 64:7 67:10 | | **tucker**(4) 8:18 8:19 12:4 12:11 | | **walk**(1) 9:17 | | **well**(40) 12:9 14:18 14:22 19:19 21:15 |
| 68:12 72:14 74:13 75:3 75:17 76:9 80:21 | | **tucker's**(1) 12:2 | | **want**(30) 14:6 21:17 22:21 23:10 23:10 | | 24:21 25:1 26:23 28:6 28:22 30:11 30:13 |
| | | **tucker-inmate**(1) 8:18 | | 23:12 23:15 33:22 37:19 43:6 48:20 49:1 | | 31:19 32:1 34:5 34:17 36:3 36:6 36:22 |
| **though**(4) 13:24 37:5 68:4 72:9 | | **tuesday**(1) 9:1 | | 56:21 57:6 57:10 58:19 66:14 71:11 75:14 | | 56:23 57:17 61:16 61:18 63:11 66:5 68:11 |
| **thought**(4) 23:5 29:24 59:10 74:9 75:21 | | **turn**(2) 17:14 67:11 | | 76:9 76:10 76:17 78:4 79:3 79:18 80:9 | | 70:15 74:18 74:20 75:7 76:12 78:5 78:9 |
| **thousands**(1) 67:12 | | **turning**(2) 62:1 80:12 | | 81:4 81:5 82:24 83:12 | | |
| **threatening**(1) 71:12 | | **twelve**(1) 76:15 | | | | **wells**(3) 4:4 7:41 10:13 |
| **three**(14) 17:23 18:19 52:6 56:10 58:15 | | **twenty-fourth**(1) 10:14 | | **wanted**(4) 39:13 59:19 81:9 83:23 | | **went**(4) 24:20 26:19 68:3 72:11 |
| 67:18 67:19 67:24 73:5 77:16 80:6 80:6 | | **twenty-seventh**(1) 10:17 | | **wants**(3) 23:24 25:12 25:13 | | **were**(40) 10:2 15:16 28:12 28:18 29:1 |
| 80:7 80:14 | | **two**(19) 10:3 15:23 16:23 18:19 33:5 35:5 | | **wardwell**(1) 2:26 | | 29:1 29:2 29:23 33:3 33:10 42:24 43:11 |
| | | 40:2 41:6 46:14 50:9 51:6 51:11 52:18 | | **warner**(1) 20:1 | | 45:4 46:2 47:7 47:8 47:13 48:1 48:2 |
| **through**(7) 9:7 10:6 24:20 44:15 60:20 | | 77:1 80:8 80:11 80:18 80:19 81:8 | | **warranted**(1) 25:22 | | 50:13 50:15 51:17 53:5 56:10 57:12 57:16 |
| 71:1 81:20 | | | | | | 57:17 59:1 59:17 61:8 64:1 65:2 66:11 |
| | | **twofold**(1) 53:12 | | | | 69:15 72:13 75:16 75:18 75:21 78:1 78:4 |
| **till**(1) 10:13 | | **type**(1) 61:22 | | | | |
| **time**(45) 10:5 12:7 14:2 14:5 14:12 15:10 | | **types**(4) 16:15 22:17 61:10 61:12 | | | | **weren't**(1) 69:24 |
| 15:22 18:11 22:13 24:14 32:10 38:22 | | **typical**(2) 47:20 65:6 | | | | **wesch**(1) 6:26 |
| 41:14 43:11 44:2 50:20 50:22 51:8 51:15 | | **typographical**(1) 57:11 | | | | **west**(3) 1:37 3:38 4:36 |
| 51:17 51:22 52:14 52:7 52:18 53:9 59:12 | | **u.s**(2) 5:4 5:4 | | | | **wharton**(1) 5:48 |
| 59:16 60:6 60:14 67:6 67:21 67:24 69:11 | | **ultimately**(6) 24:3 28:14 29:15 32:16 | | | | |
| 69:11 71:20 72:19 72:24 74:2 75:11 76:5 | | 32:23 83:11 | | | | |
| 77:4 77:18 77:21 78:7 78:24 | | | | | | |
| | | **un-responded**(1) 82:18 | | | | |
| **timeframe**(2) 52:4 80:15 | | | | | | |
| **times**(1) 2:51 | | | | | | |
| **timing**(1) 34:15 | | | | | | |
| **tiresome**(1) 25:9 | | | | | | |
| **title**(2) 60:8 60:15 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**what**(70) 15:21 18:4 18:21 20:14 21:12 21:15 22:13 22:19 23:9 23:12 23:23 23:24 25:11 25:13 26:22 29:4 29:12 29:13 30:18 30:20 30:23 31:16 33:1 33:5 34:4 34:13 34:21 36:2 37:21 39:15 40:20 42:12 43:6 45:7 45:14 45:17 49:15 49:17 53:6 55:17 55:21 56:4 56:5 57:6 57:21 57:22 59:20 60:9 61:14 62:5 63:4 63:21 64:12 66:20 67:7 69:5 69:6 69:7 71:18 74:17 75:8 75:9 75:12 75:13 76:10 76:17 76:17 78:19 80:10 83:20

**what's**(6) 18:17 27:18 31:18 34:11 42:16 73:17

**whatever**(2) 15:16 43:1

**when**(17) 12:7 23:13 24:11 24:15 26:4 28:3 34:15 37:21 43:15 43:16 47:11 47:19 47:24 55:16 55:17 57:14 68:1

**where**(25) 10:6 15:15 15:19 22:3 22:16 23:14 26:19 27:2 28:20 32:9 32:24 41:14 52:7 52:19 54:15 54:21 55:15 60:21 60:22 61:15 61:23 68:1 69:2 77:18 82:1

**whereas**(1) 16:8
**whereupon**(1) 84:10
**whether**(17) 29:23 31:2 31:10 31:12 42:5 47:3 47:13 57:11 58:11 59:13 59:14 60:1 66:21 66:22 73:3 75:3 78:9

**which**(41) 10:9 11:2 12:3 12:21 12:23 13:5 13:8 16:22 22:1 23:8 23:9 26:17 28:24 32:3 32:19 33:2 35:14 37:4 38:8 38:10 39:10 40:5 42:4 45:24 46:6 49:18 50:16 51:8 51:24 54:8 58:17 59:17 63:10 67:3 67:7 68:21 74:8 75:4 78:21 78:22 83:20

**while**(1) 50:4
**white**(2) 4:13 7:41
**who**(24) 18:8 19:6 19:24 20:9 22:19 22:23 23:4 25:12 27:7 27:20 43:11 43:22 43:22 57:18 62:19 64:24 65:8 65:14 71:10 73:19 74:9 74:12 80:9 83:2

**who's**(6) 18:23 19:1 19:3 19:21 20:6 47:22
**whole**(7) 15:17 35:14 35:21 43:12 69:12 69:13 78:16

**whom**(1) 52:24
**whose**(2) 47:20 83:10
**why**(14) 17:20 21:19 30:13 31:22 38:8 38:11 43:7 52:16 58:24 66:9 66:14 72:10 74:19 80:12
**wilderotter**(26) 40:15 40:17 48:5 48:16 48:18 63:24 64:19 64:24 65:4 65:24 66:2 66:6 66:12 67:15 68:15 68:21 70:4 70:17 71:19 72:5 73:3 73:4 73:13 73:19 74:8 77:14

**will**(34) 11:12 11:20 12:10 14:23 27:3 32:17 33:4 33:13 34:9 35:16 37:4 37:8 37:13 50:5 53:24 56:19 60:2 64:3 64:6 69:14 71:16 73:4 73:11 73:12 74:1 74:3 75:4 77:5 81:14 82:5 83:4 83:11 83:17 84:9

**willette**(1) 10:18
**william**(3) 2:48 3:20 8:14
**willing**(1) 72:22
**wilmington**(24) 1:14 1:39 2:8 2:23 2:38 2:47 3:16 3:24 3:40 4:10 4:23 4:37 4:45 5:7 5:38 9:1 48:22 69:22 69:23 70:2 71:21 72:1 73:3 78:18

**winfree**(1) 3:21
**wish**(4) 15:23 38:3 38:18 39:20

**with**(141) 9:7 10:12 10:14 10:17 10:19 10:23 11:19 11:22 12:1 12:22 13:5 13:13 13:20 13:22 14:6 14:7 14:8 14:18 14:20 14:21 15:15 15:19 15:20 15:23 16:5 16:9 16:18 17:1 17:12 18:15 19:8 19:24 20:13 20:22 21:15 22:1 22:4 22:12 23:11 23:14 23:22 23:23 24:11 24:18 24:19 24:21 25:8 26:13 26:23 27:6 27:7 27:14 28:3 28:13 28:13 30:4 30:4 30:16 31:13 31:13 32:14 33:17 33:19 34:14 35:5 36:4 38:6 38:14 39:18 40:11 40:15 40:16 41:5 41:21 41:22 41:23 42:8 42:8 42:10 44:5 44:12 45:11 45:19 47:21 48:3 49:17 50:9 50:14 50:18 50:19 51:1 51:2 52:20 53:17 54:16 54:22 55:9 55:12 55:24 56:3 56:8 56:15 56:20 57:8 57:20 57:21 58:17 59:2 59:5 59:7 60:2 60:18 61:5 61:10 61:11 61:12 63:6 63:23 64:12 66:8 66:17 66:19 67:15 69:6 69:18 70:14 71:1 71:20 72:3 72:7 73:12 73:20 75:12 78:12 79:4 79:11 79:24 81:16 81:22 82:2 82:22 83:12

**withdraw**(1) 47:7
**withdrawing**(1) 42:10
**withdrawn**(4) 10:2 10:3 10:9 24:18
**withheld**(1) 52:17
**withhold**(1) 56:9
**within**(4) 56:11 72:24 77:1 77:4
**witness**(2) 18:19 74:3
**witnesses**(3) 18:20 20:12 26:14
**woman**(1) 76:18
**womble**(1) 4:40
**won't**(1) 22:4
**woods**(1) 48:6
**wool**(1) 7:15
**work**(6) 23:14 38:12 59:2 82:11 83:11
**worked**(3) 50:11 51:1 51:2
**worker**(1) 12:2
**working**(3) 37:15 56:15 56:20
**worlds**(1) 54:10
**worry**(1) 25:4
**worth**(1) 71:22
**would**(55) 12:8 13:13 14:13 14:14 15:10 15:20 15:23 15:24 18:1 22:13 22:16 22:21 23:15 26:7 28:17 30:20 33:2 36:2 37:10 38:13 39:12 39:14 40:5 40:16 42:14 43:3 43:23 44:8 45:1 45:9 45:23 47:12 47:16 47:18 48:15 57:14 61:4 61:4 61:12 61:21 63:7 64:20 65:5 65:6 66:9 68:24 69:1 71:3 72:23 74:10 78:2 79:5 81:22 83:8
**wouldn't**(3) 31:22 38:12 66:13
**write**(1) 74:19
**writing**(1) 71:4
**written**(1) 72:23
**wrong**(8) 25:7 25:8 25:8 25:11 27:8 27:24 48:10 53:17

**wrote**(1) 23:2
**www.diazdata.com**(1) 1:48
**yeah**(5) 36:8 42:22 74:19 75:2 76:14
**year**(4) 41:13 43:9 45:10 51:11
**years**(1) 75:12
**yes**(3) 64:21 75:21 83:17
**yesterday**(4) 10:2 20:3 70:24 80:13
**yet**(8) 18:21 19:5 19:13 19:16 20:2 20:5 20:7 54:23
**york**(9) 2:16 2:30 2:44 2:52 3:9 3:32 4:16 4:31 4:52

**you**(167) 9:24 15:6 15:13 15:18 17:15 17:20 18:4 18:4 18:7 19:19 20:16 21:10 21:17 21:17 21:21 22:12 22:13 23:20 24:11 24:13 24:14 25:1 25:21 26:8 26:9 27:5 28:3 28:17 31:16 31:21 32:17 33:19 33:22 34:1 34:2 34:9 34:10 35:6 35:15 35:21 35:23 36:4 36:5 36:9 36:19 36:21 37:18 37:23 38:17 40:1 40:1 40:5 40:20 42:13 42:18 42:18 44:15 46:11 47:2 47:11 47:19 48:4 48:14 48:15 49:6 49:7 51:16 51:18 51:19 51:19 51:21 51:23 52:2 52:5 54:21 55:24 55:24 56:1 56:4 56:12 57:1 57:7 57:8 57:9 57:14 57:15 57:16 57:17 57:18 58:5 58:5 58:14 58:15 58:21 59:22 59:23 61:2 61:9 61:21 62:9 62:12 62:18 63:1 63:3 64:3 64:8 64:17 64:18 64:20 64:22 66:5 68:14 68:20 69:19 69:20 70:10 70:11 70:20 70:22 71:2 71:3 71:6 72:10 72:10 72:16 73:5 73:11 73:12 74:14 74:17 74:20 75:9 75:11 75:12 75:14 75:18 76:9 76:23 77:4 77:12 77:20 77:23 78:3 78:7 78:13 78:14 78:21 78:22 78:24 79:4 79:7 79:10 80:14 80:22 80:24 81:5 81:9 81:18 81:21 82:12 82:15 82:19 83:5 83:17 83:20 84:5 84:8

**you'd**(1) 82:19
**you'll**(8) 37:23 39:18 44:16 58:16 60:20 60:20 62:12 82:3

**you're**(7) 16:10 31:21 36:9 39:17 51:23 79:10 82:9

**you've**(5) 23:7 36:18 45:15 81:18 83:7
**young**(1) 3:35
**your**(125) 9:4 9:5 9:21 10:5 12:10 12:23 13:11 14:3 14:14 14:21 14:23 15:3 15:8 15:14 17:5 17:10 17:16 22:12 23:3 23:9 23:21 24:10 26:5 26:8 26:10 26:16 26:16 27:4 27:11 27:15 27:21 28:5 28:10 28:15 28:20 28:24 29:7 29:14 30:3 30:10 30:14 30:18 30:20 30:24 31:1 31:2 31:4 32:2 32:6 32:15 32:23 33:6 33:10 34:10 34:12 37:4 37:16 38:4 38:7 38:15 39:3 39:23 40:4 40:10 40:20 41:3 41:6 41:17 42:12 42:14 42:23 43:7 43:18 44:1 44:16 46:15 47:3 48:11 48:13 48:20 48:23 49:8 51:14 56:24 57:2 57:14 59:21 60:1 60:3 60:11 60:17 61:2 61:21 63:8 63:23 64:7 64:10 64:14 64:17 64:22 67:12 68:19 69:23 70:12 71:5 74:3 74:6 77:7 77:9 78:13 78:15 79:14 79:17 79:24 81:10 81:18 81:24 82:16 82:18 83:4 83:7 83:15

**zabel**(2) 7:45 7:45
**zensky**(7) 3:29 13:10 15:19 15:19 17:10 35:4 83:19

**zloto**(1) 6:30
**zuckerman**(1) 7:30