# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 7928** |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 15, 2011 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by phone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## RESOLVED MATTERS

1.    Noteholder Plan Proponent Group's Notice of Filing of Corrected Letter to Judge Carey from Mitchell Hurley and Corrected Exhibits 6, 7, and 8 Thereto (Filed February 2, 2011) (Docket No. 7729)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Objection Deadline:  Pursuant to the Court's directive, responses to the letter were due by 4:00 p.m. on February 4, 2011.

Pursuant to the Court's directive, after a meet and confer, a new privilege log and the documents are to be submitted to Chambers for *in camera* review by 12:00 p.m. on February 11, 2011.

Responses Received:

> (a)    Debtors' Letter Response to Judge Carey regarding Letter to Judge Carey from Mitchell Hurley (Filed February 2, 2011) (Docket No. 7726)

> (b)    Noteholder Plan Proponent Group's Letter to Judge Carey (Filed February 2, 2011) (Docket No. 7741)

> (c)    Noteholder Plan Proponent Group's Letter to Judge Carey (Filed February 3, 2011) (Docket No. 7758)

> (d)    Letter Response from James F. Bendernagel Jr., on behalf of the Debtors, to Judge Carey relating to Docket No. 7729 (Filed February 4, 2011) (Docket No. 7787)

> (e)    Letter Response from David G. Heiman, on behalf of Special of the Board of Directors. to Judge Carey relating to Docket No. 7729 (Filed February 4, 2011) (Docket No. 7789)

> (f)    Letter from James F. Bendernagel Jr., on behalf of the Debtors, to Chief Judge Kevin J. Carey relating to privilege (Filed February 11, 2011) (Docket No. 7907)

Status:    Pursuant to the Court's directive, this matter was continued from the February 8, 2011 hearing.  This matter is resolved.  This matter will not be going forward.

## **MATTERS GOING FORWARD**

2.    Motion by Law Debenture Trust Company to Compel Production of Documents by Merrill Lynch, Pierce, Fenner & Smith Inc. (Filed January 14, 2011) (Docket No. 7521)

Objection Deadline:  January 19, 2011 at 4:00 p.m.

Responses Received:

> (a)    Objection of Merrill Lynch, Pierce, Fenner & Smith, Incorporated to the Motion of Law Debenture Trust Company of New York for an Order Compelling the Production of Documents (Filed January 19, 2011) (Docket No. 7566)

> (b)    Declaration of Michael E. O'Brien (Filed January 19, 2011) (Docket No. 7567)

46429/0001-7361266v4

(c)     Declaration of Joseph M. Drayton (Filed January 19, 2011) (Docket No. 7568)

Related Document(s):

(a)     Declaration of Paul Burgo (Filed January 14, 2011) (Docket No. 7530)

(b)     Declaration of Garvan F. McDaniel (Filed January 14, 2011) (Docket No. 7531)

Status:     This matter was continued from the February 8, 2011 hearing. This matter will be going forward.

3.     Law Debenture Trust Company of New York's Motion to Compel Angelo, Gordon & Co., L.P., Oaktree Capital Management, L.P., and Hennigan, Bennett & Dorman LLP to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37 (Filed January 14, 2011) (Docket No. 7522)

Objection Deadline: January 19, 2011 at 4:00 p.m.

Responses Received:

(a)     Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and Hennigan, Bennett & Dorman LLP's Opposition to Motion of Law Debenture Company of New York to Compel Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and Hennigan, Bennett & Dorman LLP to Produce Documents (Filed January 19, 2011) (Docket No. 7558)

(b)     Declaration of Joshua M. Mester in Support of Opposition to Motion of Law Debenture Company of New York to Compel Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and Hennigan, Bennett & Dorman LLP to Produce Documents (Filed January 19, 2011) (Docket No. 7559)

(c)     Declaration of Dawn M. Wilson (Filed January 19, 2011) (Docket No. 7560)

(d)     Angelo, Gordon & Co., L.P. and Oaktree Capital Management, L.P.'s Response to Law Debenture Trust Company of New York's Motion to Compel the Production of Documents (Filed January 19, 2011) (Docket No. 7561)

(e)     Certification of Counsel Regarding Stipulation Concerning Law Debenture Trust Company of New York's Motion (D.I. 7561) to Compel Angelo Gordon & Co., L.P., Oaktree Capital Management, L.P., and Hennigan, Bennett & Dorman LLP to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37 (Filed February 4, 2011) (Docket No. 7803)

3

  (f)  Order Approving Stipulation Concerning Law Debenture's Motion (D.I. 7522) to Compel Angelo Gordon to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37 (Entered February 8, 2011) (Docket No. 7843)

  (g)  Order Approving Stipulation Concerning Law Debenture's Motion (D.I. 7522) to Compel Oaktree to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37 (Entered February 10, 2011) (Docket No. 7886)

Related Document(s):

  (a)  Declaration of Matthew Stein (Filed January 14, 2011) (Docket No. 7532)

  (b)  Declaration of Garvan F. McDaniel (Filed January 14, 2011) (Docket No. 7533)

Status:  This matter was continued from the February 8, 2011 hearing. The Court entered Orders approving Stipulations with respect to Angelo, Gordon & Co., LP and Oaktree Capital Management, L.P., respectively (Docket Nos. 7843 and 7886). This matter will be going forward.

4. Letter to Judge Carey from James F. Bendernagel, Jr., on behalf of the Debtors, regarding a discovery dispute (Filed February 3, 2011) (Docket No. 7752)

Responses Received:

  (a)  Letter [Redacted] to Chief Judge Kevin J. Carey from David Zensky, on behalf of the Noteholder Plan Proponents (Filed February 7, 2011) (Docket No. 7836)

Status:  This matter was continued from the February 8, 2011 hearing. The Noteholder Plan Proponents' have agreed to defer the deposition. The Court directed that this matter be continued to the February 15, 2011 hearing.

5. Letter from Thomas J. McCormack, on behalf of the Official Committee of Unsecured Creditors, requesting the Court's assistance in resolving a discovery dispute with Aurelius Capital Management, LP and Law Debenture Trust Company of New York (Filed February 3, 2011) (Docket No. 7778)

Responses Received:

  (a)  Letter [Redacted] to Chief Judge Kevin J. Carey from David Zensky, on behalf of the Noteholder Plan Proponents (Filed February 7, 2011) (Docket No. 7836)

Status: This matter was continued from the February 8, 2011 hearing.  The Court ruled that the depositions of Messrs. Seife and Bush should not go forward.  The Court directed that this matter be continued to the February 15, 2011 hearing.

6. Letter to the Honorable Chief Judge Kevin J. Carey from Benjamin S. Kaminetzky, on behalf of JPMorgan Chase Bank, N.A., regarding subpoena for deposition of Donald Bernstein (Filed February 4, 2011) (Docket No. 7783)

Responses Received:

 (a) Letter [Redacted] to Chief Judge Kevin J. Carey from David Zensky, on behalf of the Noteholder Plan Proponents (Filed February 7, 2011) (Docket No. 7836)

Status: This matter was continued from the February 8, 2011 hearing. The Noteholder Plan Proponents' have agreed to defer the deposition.  The Court directed that this matter be continued to the February 15, 2011 hearing.

7. Letter to the Honorable Chief Judge Kevin J. Carey from James O. Johnston, on behalf of Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P., regarding subpoena for deposition of Bruce Bennett (Filed February 4, 2011) (Docket No. 7799)

Status: This matter was continued from the February 8, 2011 hearing. The Noteholder Plan Proponents' have agreed to defer the deposition.  The Court directed that this matter be continued to the February 15, 2011 hearing.

8. Letter [Redacted] to Chief Judge Kevin J. Carey from David Zensky, on behalf of the Noteholder Plan Proponents, concerning an objection to notice of deposition of Maggie Wilderotter (Filed February 7, 2011) (Docket No. 7827)

Response Deadline:  February 9, 2011

Responses Received:

 (a) Letter to Chief Judge Kevin J. Carey from Frederick E. Sherman, counsel for the Special Committee of Board of Directors of Tribune Company, in response to Noteholder Plan Proponent Group's letter regarding notice of deposition of Maggie Wilderotter (Filed February 9, 2011) (Docket No. 7875)

Status: Pursuant to the Court's directive, this matter was continued from the February 8, 2011 hearing.  This matter will be going forward.

46429/0001-7361266v4

9.     Letter to Chief Judge Kevin J. Carey from Benjamin Kaminetzky, on behalf of the
Debtor/Committee/Lender Plan Proponent Group, regarding discovery dispute with
Aurelius Capital Management, LP (Filed February 8, 2011) (Docket No. 7862)

Objection Deadline: February 10, 2011 at 4:00 p.m.

Responses Received:

      (a)     Letter Response to Chief Judge Kevin J. Carey from John W. Berry, on
behalf of Aurelius Capital Management, LP (Filed February 11, 2011)
(Docket No. 7920)

Status:     This matter will be going forward.

10.     Letter [Redacted] to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of
Wilmington Trust Company, regarding discovery dispute between Citigroup Global
Markets Inc. and Aurelius Capital Management, LP (Filed February 10, 2011) (Docket
No. 7900)

Related Document(s):

      (a)     Motion of Wilmington Trust Company for Authorization to Seal Portions
of Letter to Chief Judge Carey from Martin Siegel Including Certain
Exhibits Thereto (Filed February 10, 2011) (Docket No. 7901)

Status:     This matter will be going forward as a status conference only.

11.     Letter to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of Wilmington Trust
Company, regarding discovery dispute between Citibank, N.A. and Aurelius Capital
Management, LP (Filed February 10, 2011) (Docket No. 7902)

Status:     This matter will be going forward as a status conference only.

12.     Letter to Chief Judge Kevin J. Carey from David Zensky, on behalf of the Noteholder
Plan Proponents, concerning depositions of Daniel Kazan, Kathleen Waltz, Robert
Bellack and Peter Knapp (Filed February 11, 2011) (Docket No. 7915)

Responses Received:

      (a)     Letter to Chief Judge Kevin J. Carey from Charles S. Bergen, on behalf of
Kathleen Waltz, regarding Motion to Quash Deposition Subpoena (Filed
February 11, 2011) (Docket No. 7916)

      (b)     Letter Response to Chief Judge Kevin J. Carey from James F.
Bendernagel, Jr., on behalf of the Debtors, regarding David Zensky's
Letter dated February 11, 2011 (Filed February 14, 2011) (Docket No.
7927)

46429/0001-7361266v4

    (c)    **Letter Response to Chief Judge Kevin J. Carey from Alan N. Salpeter, on behalf of Daniel Kazan (Filed February 14, 2011) (Docket No. 7929)**

Status:    This matter will be going forward.

Dated: February 14, 2011

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7361266v4