# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, <u>et</u>. <u>al</u>.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF REED A. HEILIGMAN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Reed A. Heiligman, Esq., of Frank/Gecker LLP, to represent Employee Compensation Defendants Group in the above-captioned proceeding.

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
Attorney for Employee Compensation
Defendants Group

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (D.I. 43) (collectively the "Debtors" or "Tribune"). An additional Debtor, CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) commenced a chapter 11 case on October 12, 2009 as one of the steps necessary to complete a transaction involving the Chicago Cubs and certain related assets. In all, the Debtors now comprise 111 entities.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court of Delaware.

_____
Reed A. Heiligman (Illinois ID No. 6294312)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60610
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
rheiligman@fgllp.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____   _____
United States Bankruptcy Judge

W:\WDOX\CLIENTS\TRIBUNE\001\00025408.DOC