## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### REVISED MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF ALAN SALPETER

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Alan Salpeter, Esquire of Dewey & LeBoeuf LLP, Two Prudential Plaza, Suite 3700, 180 North Stetson Avenue, Chicago, Illinois 60601 to represent Daniel Kazan in the above-referenced bankruptcy cases.

Dated:  February 14, 2011
        Wilmington, Delaware

**POLSINELLI SHUGHART PC**

  /s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

Counsel for Daniel Kazan

1923630.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois, Supreme Court of Illinois, United States District Court for the Northern District of Illinois, and the 2nd, 3rd, 4th, 7th, 8th, 9th, 10th and 11th Circuits for the United States Court of Appeals, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Alan Salpeter
Alan Salpeter, Esq.
**Dewey & LeBoeuf LLP**
Two Prudential Plaza
Suite 3700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone:  (312) 794-8088
Facsimile:  (312) 794-8100
asalpeter@dl.com

Dated:  February 14, 2011

**ORDER GRANTING REVISED MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:  February ___, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Judge

1923630.1                                    2