# Exhibit B

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

WRITER'S DIRECT FACSIMILE

212 373-3543

WRITER'S DIRECT E-MAIL ADDRESS

212 492-0543

agordon@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828 6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100 0011, JAPAN
TELEPHONE (81 3) 3597-8101

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON*
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
JAMES M DUBIN
ALICE BELISLE EATON
ANDREW J EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C FINCH
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
KENNETH A GALLO
MICHAEL E GERTZMAN
PAUL D GINSBERG
ROBERT D GOLDBAUM
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
DAVID S HUNTINGTON
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
JOHN C KENNEDY
ALAN W KORNBERG

DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
JULIA TARVER MASON
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O'NEIL
KELLEY D PARKER
ROBERT P PARKER*
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CAREY R RAMOS
CARL L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
PETER J ROTHENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
JUDITH R THOYER
DANIEL J TOAL
MARK A UNDERBERG
LIZA M VELAZQUEZ
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

January 13, 2010

**By Electronic Mail**

Katherine S. Bromberg, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036

*In re Tribune Company et al.*
Case No. 08-13141 (KJC) (Jointly Administered)

Dear Ms. Bromberg:

      We write regarding Aurelius Capital Management, LP's Requests for Production of Documents (the "Aurelius Requests") served on Citigroup, Inc. ("Citigroup") and Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"). As agreed to during our meet and confer last evening, below is a description of the search parameters employed by Citigroup and Paul, Weiss in connection with responding to these and prior document requests propounded in the above-captioned cases. By providing this information, neither Citigroup nor Paul, Weiss waives or intends to waive any of their objections to the Aurelius Requests.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq.                                                                                         2

       In addition to its current efforts to respond to the Aurelius Requests, Citigroup has previously engaged in substantial collection, review and production efforts in connection with Rule 2004 requests served by the Unsecured Creditors Committee, and in connection with document requests served by Wilmington Trust Company and the Bridge Agent. We list below the date ranges, custodians, and parameters applied in the course of responding to each of these requests.

       As we indicated on our call, we believe that Citigroup has undertaken substantial efforts to respond to the various document requests propounded to date and has produced documents sufficient for purposes of the upcoming confirmation hearing. For that reason, we believe that collecting and reviewing documents for all of the additional custodians set forth in your memorandum of yesterday and employing all of the additional search terms listed therein would be unduly burdensome. As we explained, however, we are providing the below information in good faith and are happy to discuss any reasonable proposals you may have once you have had an opportunity to review and assess our prior production efforts.

       Please let me know when you are available to meet and confer further.

Very truly yours,

*Andrew Gordon /AL*

Andrew G. Gordon

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq.                                            3

## I.   Search parameters for production to the Document Depository in response to UCC requests (hard copy documents)

    *A.*    *Date range*

January 1, 2006 and December 8, 2008.

    *B.*    *Custodians/files*

| |
|---|
| 1. Christina Mohr |
| 2. Julio Ojea-Quintana |
| 3. Mark Simonian |
| 4. Brian Egwele |
| 5. Michael Canmann |
| 6. John Messina |
| 7. John (Ben) Erdel |
| 8. Jeff Roth |
| 9. Timothy Dilworth |
| 10. John Apostolides |
| 11. Non-custodial institutional file for Investment Banking Division |

    *C.*    *Search terms*

N/A (searched for all documents relating to Tribune)

## II.   Search parameters for production to the Document Depository in response to UCC requests (electronic documents)

    *A.*    *Date range*

October 27, 2006 to December 20, 2007.

    *B.*    *Custodians*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq. 4

| |
|---|
| 1. Christina Mohr |
| 2. Rosanne Kurmaniak |
| 4. Brian Egwele |
| 5. Michael Canmann |
| 6. John Messina |

        *C.*    *Search terms*

| |
|---|
| 1. Tribune |
| 2. Trib |
| 3. Trb |
| 4. Cantigny |
| 5. Chandler |
| 6. Chai Trust |
| 7. Duff & Phelps |
| 8. D&P |
| 9. Duff |
| 10. EGI |
| 11. EGI |
| 12. EGII |
| 13. ESOP |
| 14. TESOP |
| 15. Equity Group Investments |
| 16. Equity Office Properties |
| 17. FitzSim* |
| 18. Foundation AND (Tribune; Trib; Trb; Zell; EGI; EGI-TRB; EGII; ESOP) |
| 19. GreatBanc |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq.                                                                                     5

| |
|---|
| 20. Grenesko |
| 21. McCormick |
| 22. Navigant |
| 23. Osborn* |
| 24. Sam Investment Trust |
| 25. (Step 1; Step One; First Step) AND (Tribune; Trib; Trb; Zell; EGI; EGI-TRB; EGII; ESOP) |
| 26. (Step 2; Step Two; Second Step) AND (Tribune; Trib; Trb; Zell; EGI; EGI-TRB; EGII; ESOP) |
| 27. (S-Corp*/ S Corp*) AND (Tribune; Trib; Trb; Zell; EGI; EGI-TRB; EGII; ESOP) |
| 28. Tower AND (Tribune; Trib; Trb; Zell; EGI; EGI-TRB; EGII; ESOP) |
| 29. Tranche X |
| 30. Tranche B |
| 31. Valuation Research |
| 32. VRC |
| 33. Zell |

**III. Search parameters for production to the Document Depository in response to Wilmington Trust's requests relating to the LBO**

  *A.   Date range*

October 27, 2006 to December 20, 2007.

  *B.   Custodians*

| |
|---|
| 1. Julie Persily |
| 2. All custodians listed in II.B above. |

  *C.   Search terms*

| |
|---|
| 1. If not already applied (i.e., for J. Persily), all 33 terms listed in II.C above. |
| 2. PHONES |
| 3. Cushion |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq.                                                    6

| 4. "Equity cushion" |
| --- |
| 5. Kirchner |
| 6. Forte |
| 7. Cupo |
| 8. Citibank, Citi or bank w/i 5 indenture. |
| 9. Subordinated |
| 10. Subdebt |
| 11. Sub |
| 12. "Junior debt" |
| 13. "Jr. debt" |

**IV.  Search parameters for production to the Document Depository in response to Wilmington Trust and the Bridge Agent's requests relating to the April Settlement**

  *A.    Date range*

April 1, 2010 to May 25, 2010.

  *B.    Custodian*

| Tatiana Illiczewa |
| --- |

  *C.    Search terms*

| 1. All 30 terms listed in II.C above |
| --- |
| 2. "Disclosure statement" |
| 3. "Support Agreement" |
| 4. Settle* |
| 5. Reorg* |

**V.  Search parameters for current Aurelius requests directed to Citigroup**

  *A.    Date range*

May 26, 2010 to December 3, 2010.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq.                                                                 7

    *B.*    *Custodian*

| Tatiana Illiczewa |
|---|

    *C.*    *Search terms.* The following search terms were applied to all emails prior to review:

| |
|---|
| 1. LBO and (TRB or Trib) |
| 2. LBO w/i 20 "Tribune" |
| 3. Releases and (TRB or Trib) |
| 4. Releases w/i 20 "Tribune" |
| 5. Plan and (TRB or Trib) |
| 6. Plan w/i 20 "Tribune" |
| 7. ("Angelo Gordon" or "AG") and (TRB or Trib) |
| 8. ("Angelo Gordon" or "AG") w/i 20 "Tribune" |
| 9. ("Oaktree" or "OT") and (TRB or Trib) |
| 10. ("Oaktree" or "OT") w/i 20 "Tribune" |
| 11. "Wells Fargo" and (TRB or Trib) |
| 12. "Wells Fargo" w/i 20 "Tribune" |
| 13. Wilmington and (TRB or Trib) |
| 14. Wilmington w/i 20 "Tribune" |
| 15. "Deutsche Bank" and (TRB or Trib) |
| 16. "Deutsche Bank" w/i 20 "Tribune" |
| 17. Centerbridge and (TRB or Trib) |
| 18. Centerbridge w/i 20 "Tribune" |
| 19. PHONES and (TRB or Trib or Tribune) |
| 20. Aurelius (and TRB or Trib or Tribune) |
| 21. "DB Trust" and (TRB or Trib or Tribune) |
| 22. Negotiation w/i 10 (TRB or Trib or Tribune) |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq.                                                                8

| |
|---|
| 23. Settlement and (TRB or Trib) |
| 24. Settlement w/i 20 "Tribune" |
| 25. Bridge and (TRB or Trib) |
| 26. Bridge w/i 20 "Tribune" |
| 27. LBO and (TRB or Trib) |
| 28. LBO w/i 20 "Tribune" |
| 29. Releases and (TRB or Trib) |
| 30. Releases w/i 20 "Tribune" |

**VI.    Search parameters for current Aurelius requests directed to Paul, Weiss**

*A.    Date range*

April 1, 2010 to December 3, 2010.

*B.    Custodians*

| |
|---|
| 1. Andrew Gordon |
| 2. Steve Shimshak |

*C.    Search terms.* All emails containing any of the following domain names were collected and then the search terms in V.C above were applied against them prior to review:

| |
|---|
| 1.  zuckerman.com |
| 2.  chadbourne.com |
| 3.  moelis.com |
| 4.  alixpartners.com |
| 5.  tribune.com |
| 6.  sidley.com |
| 7.  henniganbennett.com |
| 8.  hbdlawyers.com |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq.                                               9

| |
|---|
| 9. centerbridge.com |
| 10. centerbridgepartners.com |
| 11. kasowitz.com |
| 12. lawdeb.com |
| 13. akingump.com |
| 14. angelogordon.com |
| 15. wilmerhale.com |
| 16. paulhastings.com |
| 17. alvarezandmarsal.com |
| 18. alvaraz&marsal.com |
| 19. a&m.com |
| 20. lazard.com |
| 21. lazardmm.com |
| 22. oaktreecapital.com |
| 23. judge_kevin_gross@deb.uscourts.gov |
| 24. aurelius-capital.com |
| 25. wilmingtontrust.com |
| 26. brownrudnick.com |
| 27. kingstreet.com |
| 28. marathonfund.com |
| 29. wellsfargo.com |
| 30. whitecase.com |
| 31. foxrothschild.com |
| 32. jonesday.com |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Katherine S. Bromberg, Esq. 10

| |
|---|
| 33. db.com |
| 34. bgllp.com |
| 35. bracewellgiuliani.com |
| 36. arkin-law.com |
| 37. olshanlaw.com |
| 38. mccarter.com |
| 39. jenner.com |
| 40. saul.com |
| 41. ktbslaw.com |
| 42. lecg.com |
| 43. klee@law.ucla.edu |
| 44. maggie.wilderotter@czn.com |
| 45. maggie.wilderotter@fronteircorp.com |
| 46. maggie.wilderotter@ftr.com |
| 47. mshapiro@sftp.com |
| 48. mshapiro@dickclark.com |
| 49. fwood@therebedragons.com |
| 50. jberg@icmtalent.com |