# Exhibit C

### Bromberg, Katherine S.

| | |
|---|---|
| **From:** | Bromberg, Katherine S. |
| **Sent:** | Tuesday, February 08, 2011 11:14 AM |
| **To:** | 'Andrew Levy' |
| **Cc:** | Dash, Andrew S.; Andrew Gordon; Varella, Amanda B.; bcarney@akingump.com; djnewman@akingump.com; Kletter, Dylan P.; Kira Davis; Siegel, Martin S.; nchung@AkinGump.com |
| **Subject:** | RE: In re Tribune, 08-13141 (KJC) |

Yes, that works for us.

---

**From:** Andrew Levy [mailto:ALevy@paulweiss.com]
**Sent:** Tuesday, February 08, 2011 11:14 AM
**To:** Bromberg, Katherine S.
**Cc:** Dash, Andrew S.; Andrew Gordon; Varella, Amanda B.; bcarney@akingump.com; djnewman@akingump.com; Kletter, Dylan P.; Kira Davis; Siegel, Martin S.; nchung@AkinGump.com
**Subject:** RE: In re Tribune, 08-13141 (KJC)

Is it possible to start a bit earlier — say, 2:30 p.m.?

**Andrew J.P. Levy**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7328 (Direct Phone) | (202) 870-4040 (Cell)
(202) 204-7385 (Direct Fax)
alevy@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
| To: | Andrew Levy/PaulWeiss@PAULWEISS |
| Cc: | "Dash, Andrew S." <ADash@brownrudnick.com>, Andrew Gordon/PaulWeiss@PaulWeiss, "Varella, Amanda B." <AVarella@brownrudnick.com>, bcarney@akingump.com, djnewman@akingump.com, "Kletter, Dylan P." <DKletter@brownrudnick.com>, Kira Davis/PaulWeiss@PaulWeiss, "Siegel, Martin S." <MSiegel@brownrudnick.com>, nchung@AkinGump.com |
| Date: | 02/07/2011 04:32 PM |
| Subject: | RE: In re Tribune, 08-13141 (KJC) |

Andrew:

Great, thank you. We look forward to speaking then and may use this call information:

2/9/2011

Dial-in: 888-255-1499
Passcode: 212-209-4865

Please let us know where you stand on the narrowed requests?

Thanks,

Kate

OWNRUDNICK

**Katherine S. Bromberg**
Associate

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4865
F: 212.938.2839
kbromberg@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Andrew Levy [mailto:ALevy@paulweiss.com]
**Sent:** Monday, February 07, 2011 4:26 PM
**To:** Bromberg, Katherine S.
**Cc:** Dash, Andrew S.; Andrew Gordon; Varella, Amanda B.; bcarney@akingump.com; djnewman@akingump.com; Kletter, Dylan P.; Bromberg, Katherine S.; Kira Davis; Siegel, Martin S.; nchung@AkinGump.com
**Subject:** RE: In re Tribune, 08-13141 (KJC)


We are available tomorrow at 3 p.m. EST.

**Andrew J.P. Levy**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7328 (Direct Phone) | (202) 870-4040 (Cell)
(202) 204-7385 (Direct Fax)
alevy@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
| To: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com>, Andrew Gordon/PaulWeiss@PaulWeiss |
| Cc: | "Dash, Andrew S." <ADash@brownrudnick.com>, Andrew Levy/PaulWeiss@PAULWEISS, "Varella, Amanda B." <AVarella@brownrudnick.com>, bcarney@akingump.com, djnewman@akingump.com, "Kletter, Dylan P." <DKletter@brownrudnick.com>, "Siegel, Martin S." <MSiegel@brownrudnick.com>, nchung@AkinGump.com, Kira Davis/PaulWeiss@PaulWeiss |
| Date: | 02/07/2011 02:19 PM |
| Subject: | RE: In re Tribune, 08-13141 (KJC) |

---

2/9/2011

Andrew:

Please let us know as soon as you're able: (1) when you are available to meet and confer; and (2) your position on our narrowed proposal.

Regards,

Kate



**Katherine S. Bromberg**
Associate

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4865
F: 212.938.2839
kbromberg@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Bromberg, Katherine S.
**Sent:** Sunday, February 06, 2011 4:45 PM
**To:** 'agordon@paulweiss.com'
**Cc:** Dash, Andrew S.; 'ALevy@paulweiss.com'; Varella, Amanda B.; 'bcarney@akingump.com'; 'djnewman@akingump.com'; Kletter, Dylan P.; Siegel, Martin S.; 'nchung@AkinGump.com'; 'KDavis@paulweiss.com'
**Subject:** Re: In re Tribune, 08-13141 (KJC)

Andrew:

We would like to meet and confer as soon as possible. We are available anytime tomorrow to accommodate you. If not, the earlier Tuesday the better. Also, we would appreciate your response to our narrowed proposal in advance of our meet and confer to make it as productive as possible.

Regards,

Kate

**From:** Andrew Gordon [mailto:agordon@paulweiss.com]
**Sent:** Saturday, February 05, 2011 10:45 AM
**To:** Bromberg, Katherine S.
**Cc:** Dash, Andrew S.; Andrew Levy <ALevy@paulweiss.com>; Varella, Amanda B.; Carney, Brian <bcarney@akingump.com>; Newman, Deborah <djnewman@akingump.com>; Kletter, Dylan P.; Siegel, Martin S.; Chung, Nancy <nchung@AkinGump.com>; Kira Davis <KDavis@paulweiss.com>
**Subject:** RE: In re Tribune, 08-13141 (KJC)

Kate:

2/9/2011

We are unavailable on Monday. We can do Tuesday afternoon.

**Andrew Gordon | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3543 (Direct Phone) | (212) 492-0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
| To: | Andrew Gordon/PaulWeiss@PaulWeiss |
| Cc: | "Dash, Andrew S." <ADash@brownrudnick.com>, Andrew Levy/PaulWeiss@PAULWEISS, "Varella, Amanda B." <AVarella@brownrudnick.com>, "Kletter, Dylan P." <DKletter@brownrudnick.com>, "Siegel, Martin S." <MSiegel@brownrudnick.com>, "Newman, Deborah" <djnewman@akingump.com>, "Chung, Nancy" <nchung@AkinGump.com>, "Carney, Brian" <bcarney@akingump.com> |
| Date | 02/04/2011 05:23 PM |
| Subject: | RE: In re Tribune, 08-13141 (KJC) |

Andrew:

I write to follow up on our previous correspondence both in connection with (1) Citibank and Robert Kirchner; and (2) the meet and confers relating to Akin's document requests.

We would like to meet and confer with you on these topics on Monday at 11:00 am. Please let us know if that time works, and if not, alternative times.

In advance of our meet and confer, we include the following greatly narrowed proposal relating to (2) Akin's document requests.

**Search Terms:**

Trib!, TRB

**Custodians:**

For the period March 25 – April 2, 2007:

Chad Leat
Frank Yeary
Richard Zogheb

For the period November 1, 2007 – December 31, 2007:

Richard Trask
Aimee Mills
Sachin Samobat
Rob Ziemer
Diana Lee

2/9/2011

Chad Leat
Karen Kirchen
Timothy Dilworth

For the period February 1, 2007 – December 31, 2007

John Apostolides

Please let us know as soon as possible your availability for a meet and confer Monday.

Regards,

Kate


BROWNRUDNICK

**Katherine S. Bromberg**
Associate

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4865
F: 212.938.2839
kbromberg@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Andrew Gordon [mailto:agordon@paulweiss.com]
**Sent:** Wednesday, February 02, 2011 2:21 PM
**To:** Bromberg, Katherine S.
**Cc:** Dash, Andrew S.; Andrew Levy; Varella, Amanda B.; Kletter, Dylan P.; Siegel, Martin S.; Stuart McPhail
**Subject:** RE: In re Tribune, 08-13141 (KJC)

Kate –

Sorry for the delay in responding.

    1.    As I mentioned yesterday, Mr. Kirchner no longer works at Citibank. We are attempting to contact him to understand whether we can accept service on his behalf. We will get you an answer on that score by the end of this week. However, we reserve all rights to challenge the taking of this deposition.

    2.    We are happy to meet and confer about your documents requests. Please let us know when you are available.

    3.    As for the point made in our July 9 letter, it was simple: we previously produced to the Document Depository emails relating to the LBO from the key personnel at CGMI and Citicorp, who were involved with that deal. Our production captured emails sent or received by those individuals. To the extent communications about the LBO exist between those individuals and any individuals at Citibank, including the individuals listed in your e-mail, they would have already been produced. Our view on this point has not changed.

Andrew

**Andrew Gordon** | Partner

2/9/2011

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3543 (Direct Phone) | (212) 492-0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
| To: | "Andrew Gordon" <agordon@paulweiss.com> |
| Cc: | "Andrew Levy" <ALevy@paulweiss.com>, "Varella, Amanda B." <AVarella@brownrudnick.com>, "Siegel, Martin S." <MSiegel@brownrudnick.com>, "Stuart McPhail" <SMcPhail@PAULWEISS.COM>, "Kletter, Dylan P." <DKletter@brownrudnick.com>, "Dash, Andrew S." <ADash@brownrudnick.com> |
| Date: | 01/28/2011 03:23 PM |
| Subject: | RE: In re Tribune, 08-13141 (KJC) |

Andrew:

We would like to proceed with a deposition of Kirchner. Please let us know dates ASAP.

We continue to request that Citibank search the files of and produce documents response to Wilmington Trust's document requests, including, but not limited to, those custodians that you identified as being most involved with Citibank's tenure as indenture trustee, Robert Kirchner, Nancy Forte and Jennifer Cupo.

Moreover, you stated in your July 9, 2010 letter that you "believe that 'to the extent they exist, Wilmington Trust already has any communications regarding the PHONES made in connection with recommending the LBO, as well as any communications between the key personnel at Citibank and CGMI regarding the PHONES or any other LBO-related issue.'" Are you able to confirm not simply that you "believe" that we have these documents, but that we have them in fact? If you do so confirm, please advise us specifically how and when you claim Wilmington Trust obtained such documents.
We would like to schedule a meet and confer as soon as possible to discuss these issues.

Regards,

Kate


**BROWNRUDNICK**

**Katherine S. Bromberg**
Associate

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4865
F: 212.938.2839
kbromberg@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Andrew Gordon [mailto:agordon@paulweiss.com]

2/9/2011

**Sent:** Thursday, August 05, 2010 10:37 AM
**To:** Bromberg, Katherine S.
**Cc:** Elias, Amber L.; Andrew Levy; Varella, Amanda B.; Siegel, Martin S.; Stuart McPhail
**Subject:** RE: In re Tribune, 08-13141 (KJC)


Persily is no issue. Still trying to get in touch with Kirchner.

**Andrew Gordon | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3543 (Direct Phone) | (212) 492-0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
| To: | Andrew Gordon/PaulWeiss@PaulWeiss |
| Cc: | "Elias, Amber L." <AElias@brownrudnick.com>, Andrew Levy/PaulWeiss@PAULWEISS, "Siegel, Martin S." <MSiegel@brownrudnick.com>, Stuart McPhail/PaulWeiss@PAULWEISS, "Varella, Amanda B." <AVarella@brownrudnick.com> |
| Date: | 08/05/2010 10:11 AM |
| Subject: | RE: In re Tribune, 08-13141 (KJC) |

---

Andrew,

Have you discussed service with Julie Persily and with Robert Kirchner?

Please let us know.

Thanks,

Kate

---

**From:** Andrew Gordon [mailto:agordon@paulweiss.com]
**Sent:** Tuesday, July 13, 2010 6:20 PM
**To:** Bromberg, Katherine S.
**Cc:** Elias, Amber L.; Andrew Levy; Bromberg, Katherine S.; Siegel, Martin S.; Stuart McPhail
**Subject:** RE: In re Tribune, 08-13141 (KJC)


I will see what I can do. Thanks.

**Andrew Gordon | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3543 (Direct Phone) | (212) 492-0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
| To: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com>, Andrew Gordon/PaulWeiss@PaulWeiss |
| Cc: | Andrew Levy/PaulWeiss@PAULWEISS, "Siegel, Martin S." <MSiegel@brownrudnick.com>, Stuart McPhail/PaulWeiss@PAULWEISS, |

"Elias, Amber L " <AElias@brownrudnick.com>

Date    07/13/2010 05:07 PM

Subject    RE: In re Tribune, 08-13141 (KJC)

---

Andrew:

As discussed, this is the address we have for Robert Kirchner:

Robert T. Kirchner
6524 79th Pl.
Middle Village, NY 11379

Please let us know if you're able to contact him and accept service for him and also how Julie Persily would like to proceed.

Thanks,

Kate


BROWNRUDNICK

**Katherine S. Bromberg**
Associate

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4865
F: 212.938.2839
kbromberg@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Bromberg, Katherine S.
**Sent:** Monday, July 12, 2010 5:18 PM
**To:** 'Andrew Gordon'
**Cc:** Andrew Levy; Siegel, Martin S.; Stuart McPhail; Elias, Amber L.
**Subject:** RE: In re Tribune, 08-13141 (KJC)

Andrew:

Let's use this information for our call at 2:30 pm tomorrow:

Dial-in: 888-255-1499
Passcode: 212-209-4865

Regards,

2/9/2011

Kate

---

**From:** Andrew Gordon [mailto:agordon@paulweiss.com]
**Sent:** Monday, July 12, 2010 4:29 PM
**To:** Bromberg, Katherine S.
**Cc:** Andrew Levy; Siegel, Martin S.; Stuart McPhail
**Subject:** RE: In re Tribune, 08-13141 (KJC)


ok

**Andrew Gordon | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3543 (Direct Phone) | (212) 492-0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
|---|---|
| To: | Andrew Gordon/PaulWeiss@PaulWeiss |
| Cc: | Andrew Levy/PaulWeiss@PAULWEISS, "Siegel, Martin S." <MSiegel@brownrudnick.com>, Stuart McPhail/PaulWeiss@PAULWEISS |
| Date: | 07/12/2010 01:52 PM |
| Subject: | RE: In re Tribune, 08-13141 (KJC) |

---

Andrew:

What about 2:30 pm?

Thanks,

Kate

---

**From:** Andrew Gordon [mailto:agordon@paulweiss.com]
**Sent:** Monday, July 12, 2010 11:02 AM
**To:** Bromberg, Katherine S.
**Cc:** Andrew Levy; Siegel, Martin S.; Stuart McPhail
**Subject:** RE: In re Tribune, 08-13141 (KJC)


I am unavailable today, but can speak tomorrow at any time except from 1230 to 230.

**Andrew Gordon | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3543 (Direct Phone) | (212) 492-0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

| From: | "Bromberg, Katherine S." <KBromberg@brownrudnick.com> |
|---|---|
| To: | Stuart McPhail/PaulWeiss@PAULWEISS |

| | |
|---|---|
| Cc | Andrew Gordon/PaulWeiss@PaulWeiss, Andrew Levy/PaulWeiss@PAULWEISS, "Siegel, Martin S." <MSiegel@brownrudnick.com> |
| Date: | 07/12/2010 11:01 AM |
| Subject: | RE: In re Tribune, 08-13141 (KJC) |

Counsel:

We are in receipt of your letter and would like to propose a meet and confer. Please let us know times today that work for you. We are largely available.

Regards,

Kate

---

**From:** Stuart McPhail [mailto:SMcPhail@PAULWEISS.COM]
**Sent:** Friday, July 09, 2010 5:38 PM
**To:** Bromberg, Katherine S.
**Cc:** Andrew Gordon; Andrew Levy
**Subject:** In re Tribune, 08-13141 (KJC)

Counsel,

The attached correspondence was mailed today.

Sincerely,

**Stuart McPhail | Associate**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3789 (Direct Phone) | (212) 492-0789 (Direct Fax)
smcphail@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential.  If you are
not the
intended recipient, you are hereby notified that any dissemination of
this
communication is strictly prohibited.  If you have received this
communication
in error, please erase all copies of the message and its attachments
and
notify us immediately.

2/9/2011