**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al*.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: March 7, 2011 @ 10:00 a.m. |
| | Objection Deadline: February 15, 2011 @ 4:00 p.m. |

**LIMITED OBJECTION OF CAPTION COLORADO, L.L.C. TO CONFIRMATION OF PLANS OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES**

Caption Colorado, L.L.C. ("Caption Colorado"), by and through its undersigned counsel, hereby objects (the "Limited Objection") to the two plans of reorganization that have been proposed for Tribune Company and certain of its subsidiaries (collectively, the "Debtors") in the above-captioned chapter 11 cases, as follows: (1) Second Amended Joint Plan of Reorganization

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Tribune Company (0355); 435 Production Company (8655); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH, Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxnet Publishing Company (4223); Publishers Forest Brook Productions, Inc. (2598); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, Inc. (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

4834-4836-5576\2

for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [D.I. 7801] (the "Debtor/Committee/Lender Plan"); and (2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes [D.I. 7127] (the "Noteholder Plan," and together with the Debtor/Committee/Lender Plan, the "Plans" ).[2]  In support of the Limited Objection, Caption Colorado respectfully states the following:

## BACKGROUND

1.   On January 26, 2011, Caption Colorado filed its Motion of Caption Colorado, L.L.C. For Allowance of Administrative Expense Claim [D.I. 7637] (the "Administrative Expense Motion").  The Administrative Expense Motion seeks allowance of an administrative expense claim pursuant to 11 U.S.C. § 503(b) for damages in the total amount of $1,313,449 (the "Administrative Expense Claim") as a result of the Debtors' post-petition breach of that certain Agreement, dated as of January 3, 2000, between Tribune Company or its subsidiaries and Caption Colorado, for closed captioning services, as amended.  A hearing on the Administrative Expense Motion is scheduled for March 1, 2011 [D.I. 7898].

---

[2]   On February 7, 2011, King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. withdrew the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. [D.I. 7089] (the "Bridge Lender Plan"), and affirmed that they will not seek confirmation of the Bridge Lender Plan [D.I. 7821].

2.  Both Plans provide that administrative expense claims will be paid in full in cash. *See* Debtor/Committee/Lender Plan, p. 33, § 2.2; Noteholder Plan, p. 47, § 2.2.

## LIMITED OBJECTION

3.  By this Limited Objection, Caption Colorado objects to each of the Plans to the extent that their calculations of the total amount of administrative expense claims do not take into account the Administrative Expense Claim. Caption Colorado requests that the Debtors be ordered to place sufficient funds in escrow to pay Caption Colorado's Administrative Expense Claim in full pending determination of the status of the Administrative Expense Claim as an allowable administrative expense.

**WHEREFORE**, Caption Colorado requests that the Court require that the Debtors place sufficient funds in escrow to pay Caption Colorado's Administrative Expense Claim in full, and grant such other relief as the Court deems just and proper.

Dated:  February 15, 2011  
        Wilmington, Delaware

Respectfully submitted,

DORSEY & WHITNEY (DELAWARE) LLP

 /s/ Eric Lopez Schnabel  
Eric Lopez Schnabel (DE # 3672)  
Robert W. Mallard (DE # 4279)  
300 Delaware Avenue, Suite 1010  
Wilmington, DE 19801  
Tel: (302) 425-7171  
Fax: (302) 425-7177

and

Katherine A. Constantine (MN # 123341)  
Steven D. Bell (CO # 22419)  
Pamela Foohey (MN # 389566)  
DORSEY & WHITNEY LLP  
50 South Sixth Street, Suite 1500  
Minneapolis, MN  55402  
Tel: (612) 340-3600  
Fax: (612) 340-2643

*Counsel for Caption Colorado, L.L.C.*