## CERTIFICATE OF SERVICE

I, Christopher S. Chow, Esquire, do hereby certify that, on this 15th day of February, 2011, I caused a true and correct copy of the Limited Objection and Reservation of Rights of CCI Europe A/S To Confirmation Of Proposed Plans Of Reorganization, to be served on the addressees listed on the attached service list in the manner indicated.

/s/ Christopher S. Chow
Christopher S. Chow (I.D. No. 4172)
BALLARD SPAHR, LLP

Dated: February 15, 2011
Wilmington, Delaware

DMEAST #13388687 v1

# SERVICE LIST

**VIA HAND DELIVERY and E-MAIL:**

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P. O. Box 391
Wilmington, DE 19899
E-mail: rbrady@ycst.com
　　　　mbcleary@ycst.com

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
E-mail: wbowden@ashby-geddes.com
　　　　awinfree@ashby-geddes.com

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
E-mail: npernick@coleschotz.com
　　　　kstickles@coleschotz.com
　　　　preilley@coleschotz.com

Adam G. Landis, Esquire
LANDIS, RATH & COBB, LLC
919 Market Street, Suite 1800
Wilmington, DE 19801
E-mail: landis@lrclaw.com

Mark Collins, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
E-mail: collins@rlf.com

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
Jay Strock, Esquire
FOX ROTHSCHILD, LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
E-mail: jschlerf@foxrothschild.com
　　　　esutty@foxrothschild.com
　　　　jstrock@foxrothschild.com

Katherine L. Mayer, Esquire
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
E-mail: kmayer@mccarter.com

Garvan F. McDaniel, Esquire
BIFFERATO GENTILOTTI, LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
E-mail: gmcdaniel@bglawde.com

William D. Sullivan, Esq.
Elihu E. Allinson III, Esq.
SULLIVAN HAZELTINE ALLINSON
LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
E-mail: bsullivan@sha-llc.com
　　　　zallinson@sha-llc.com

**VIA FACSIMILE and E-MAIL:**

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Janet E. Henderson, Esquire
Kevin T. Lantry, Esquire
Kerriann S. Mills, Esquire
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: 312.853.7000
Facsimile: 312.853.7036
E-mail: jconlan@sidley.com
bkrakauer@sidley.com
jhenderson@sidley.com
klantry@sidley.com
kmills@sidley.com

Howard Seife, Esquire
David M. LeMay, Esquire
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
Phone: 212.408.5100
Facsimile: 212.541.5369
E-mail: hseife@chadbourne.com
dlemay@chadbourne.com

Graeme W. Bush, Esquire
James Sottile, Esquire
ZUCKERMAN SPAEDER, LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202.778.1800
Facsimile: 202.822.8106
E-mail: gbush@zuckerman.com
jsottile@zuckerman.com

Donald S. Bernstein, Esquire
Damian S. Schaible, Esquire
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, New York 10017
Phone: 212.450.4000
Facsimile: 212.701.5800
E-mail: donald.bernstein@davispolk.com
damian.schaible@davispolk.com

Thomas E. Lauria, Esquire
David Hille, Esquire
Andrew Hammond, Esquire
Scott Greissman, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Phone: 212.819.8200
Facsimile: 212.354.8113
E-mail: tlauria@whitecase.com
dhille@whitecase.com
ahammond@whitecase.com
sgreissman@whitecase.com

David J. Adler, Esquire
McCARTER & ENGLISH, LLP
245 Park Avenue
New York, New York 10167
Phone: 212.609.6800
Facsimile: 212.609.6921
E-mail: dadler@mccarter.com

David S. Rosner, Esquire
Richard F. Casher, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
E-mail: drosner@kasowitz.com
rcasher@kasowitz.com

Andrew Goldman, Esquire
WILMER CUTLER PICKERING HALE & DORR, LLP
399 Park Avenue
New York, New York 10022
Phone: 212.230.8800
Facsimile: 212.230.8888
E-mail: andrew.goldman@wilmerhale.com

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
AKIN GUMP STRAUSS HAUER &
FELD, LLP
One Bryant Park
New York, New York 10036
Phone: 212.872.1000
Facsimile: 212.872.1002
E-mail: dgolden@akingump.com
       pdublin@akingump.com

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Phone: 212-209-4800
Facsimile: 212.209.4801
E-mail: rstark@brownrudnick.com
       msiegel@brownrudnick.com
       gnovod@brownrudnick.com

**VIA FACSIMILE ONLY:**
HENNIGAN, BENNETT & DORMAN,
LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Phone: 213.694.1200
Facsimile: 213.694.1234