## CERTIFICATE OF SERVICE

I, Richard M. Beck, Esq. of Klehr Harrison Harvey Branzburg LLP hereby certify that on this 15th day of February 2011, I caused to be served a copy of the foregoing *Limited Objection of California Franchise Tax Board to Confirmation of the Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes* upon the parties listed below in the manner indicated:

/s/ Richard M. Beck
Richard M. Beck (DE Bar No. 3370)

**Via Facsimile:**
Jessica C.K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: 312-853-7036

**Via Facsimile:**
J. Kate Stickles
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Facsimile: 302-652-3117

**Via Facsimile:**
David M. LeMay
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile: 212-541-5369

**Via Facsimile:**
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Facsimile: 302-467-4450

**Via Facsimile:**
Daniel H. Golden
Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: 212-872-1000

**Via Facsimile:**
William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE 19899
Facsimile: 302-654-1888

PHIL1 1395910-1

**Via Facsimile:**
David J. Adler
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
Facsimile: 212-609-6800

**Via Facsimile:**
Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
Facsimile: 302-984-6300

**Via Facsimile:**
David S. Rosner
Richard F. Casher
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Facsimile: 212-506-1800

**Via Hand Delivery:**
US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Via Facsimile:**
Tribune Company
Attn: Chief Legal Officer
435 Michigan Avenue
Chicago, IL 60611
Fax: 312-222-4206

**Via Facsimile:**
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Facsimile: 302-429-8600

**Via Facsimile:**
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Facsimile: 212-209-4800

**Via Facsimile:**
William D. Sullivan
Elihu E. Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Facsimile: 302-428-8191