IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, : | Case No.: 08-13141 (KJC) |
| Debtors. : | Jointly Administered |
| : | Objection Deadline: February 15, 2011 at 4:00 p.m. ET |
| : | Hearing Date: March 7, 2011 at 10:00 a.m. ET |
| : | Related to Docket Nos. 7089, 7127 & 7136 |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF COMCAST CORPORATION AND COMCAST CABLE TO CONFIRMATION OF PROPOSED PLANS OF REORGANIZATION

Comcast Corporation and Comcast Cable, on behalf of themselves and certain of their subsidiaries and affiliates (collectively, the "Comcast Entities"), by and through their undersigned counsel, hereby file this limited objection and reservation of rights (together, the "Objection") with respect to the proposed assumption of the executory contracts with the Comcast Entities under the proposed Plans (as defined below), and as grounds for such Objection, respectfully state as follows:

1. The Comcast Entities and one or more of the above-captioned debtors (collectively, the "Debtors") are parties to certain executory contracts (the "Comcast Contracts") under which the Debtors owe outstanding amounts, which amounts are memorialized in the Debtors' schedules and/or in proofs of claim filed by the Comcast Entities in the Debtors' chapter 11 cases.

2. Pursuant to Section 6.1.1 of (i) the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and

JPMorgan Chase Bank, N.A. (Docket No. 7136) (as amended, the "Debtor/Committee/Lender Plan"); (ii) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of Its Managed Entities, Deutsche Bank Trust Company Americas, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in Its Capacity as Successor Indenture Trustee for the Phones Notes (Docket No. 7127) (as amended, the "Noteholder Plan"); and (iii) the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P. (Docket No. 7089) (as amended, the "Bridge Lender Plan", and together with the Debtor/Committee/Lender Plan and the Noteholder Plan, the "Plans"), all executory contracts will be deemed assumed in accordance with, and subject to the provisions of Bankruptcy Code sections 365 and 1123 unless such executory contracts were previously assumed or rejected, previously expired or terminated, are subject to certain pending assumption or rejection motions or are otherwise subject to certain conditions set forth in the Plans. See Debtor/Committee/Lender Plan Section 6.1.1; Noteholder Plan Section 6.1.1; Bridge Lender Plan Section 6.1.1. As of the date of this Objection, it appears that the Comcast Contracts will be assumed and assigned to the applicable Reorganized Debtor pursuant to Section 6.1.1 of each of the Plans if confirmed.

3. The Comcast Entities conditionally do not oppose confirmation of any of the Plans and do not oppose the proposed assumption and assignment of the Comcast Contracts *provided* that such assumption and assignment is in accordance with the provisions of Bankruptcy Code section 365, including the provisions regarding cure.

4.  Section 6.2 of each of the Plans states that the proposed cure amount for any executory contract shall be zero dollars unless otherwise indicated in a schedule to be filed with the Bankruptcy Court as part of a plan supplement. See Debtor/Committee/Lender Plan Section 6.2; Noteholder Plan Section 6.2; Bridge Lender Plan Section 6.2. However, as of the date of this Objection, no schedule has been filed setting forth a specific cure amount with respect to the Comcast Contracts. The Comcast Entities accordingly object to the proposed cure amount of zero dollars with respect to the assumption of each of the Comcast Contracts.

5.  It is the Comcast Entities' understanding that the Debtors and other plan proponents are currently engaged in an ongoing cure reconciliation process that may resolve the Objection. However, to the extent that any dispute regarding cure is not fully resolved prior to the plan confirmation hearing, the Comcast Entities respectfully request that any confirmed Plan and/or proposed confirmation order be revised to include (i) a specific process by which the Debtors and contract counterparties will resolve or litigate any outstanding cure disputes that arise in connection with the proposed assumption and assignment of executory contracts; and (ii) the timing of payment of any cure amounts due in connection with the assumption and assignment of executory contracts, including, without limitation, the timing of payment of any undisputed cure amounts in the event a dispute arises over only a portion of an asserted cure amount.

6.  The Comcast Entities have not yet received a copy of any proposed confirmation order, and accordingly reserve the right to review any proposed confirmation order and raise any issues in connection with such proposed confirmation order(s) at or prior to the confirmation hearing.

WHEREFORE, the Comcast Entities respectfully request that (i) the Debtors be required to cure all defaults under the Comcast Contracts as a condition to the assumption and assignment of such contracts pursuant to Bankruptcy Code section 365(b)(1)(A); (ii) the provisions set forth in paragraph 5 above be included in any confirmation order entered in connection with any of the Plans; and (iii) the Comcast Entities be granted such other relief as this Court deems just and proper.

Dated: February 15, 2011
Wilmington, Delaware

Respectfully Submitted,

By: /s/ Leslie C. Heilman
    Christopher C. Chow (I.D. No. 4172)
    Leslie C. Heilman (I.D. No. 4617)
    BALLARD SPAHR LLP
    919 N. Market Street, 11th Floor
    Wilmington, DE 19801
    Telephone: (302) 252-4465
    Facsimile: (302) 252-4466
    Email: chowc@ballardspahr.com
          heilmanl@ballardspahr.com

Counsel for Comcast Corporation
and Comcast Cable