## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, do hereby certify that, on this 15th day of February, 2011, I caused a true and correct copy of the Limited Objection and Reservation of Rights of Comcast Corporation and Comcast Cable to Confirmation of Proposed Plans of Reorganization, to be served on the addressees listed on the attached service list in the manner indicated.

/s/ Leslie C. Heilman
Leslie C. Heilman (I.D. No. 4617)
BALLARD SPAHR, LLP

Dated: February 15, 2011
Wilmington, Delaware

# SERVICE LIST

**VIA HAND DELIVERY and E-MAIL:**

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P. O. Box 391
Wilmington, DE 19899
E-mail: rbrady@ycst.com
    mbcleary@ycst.com

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
E-mail: wbowden@ashby-geddes.com
    awinfree@ashby-geddes.com

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
E-mail: npernick@coleschotz.com
    kstickles@coleschotz.com
    preilley@coleschotz.com

Adam G. Landis, Esquire
LANDIS, RATH & COBB, LLC
919 Market Street, Suite 1800
Wilmington, DE 19801
E-mail: landis@lrclaw.com

Mark Collins, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
E-mail: collins@rlf.com

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
Jay Strock, Esquire
FOX ROTHSCHILD, LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
E-mail: jschlerf@foxrothschild.com
    esutty@foxrothschild.com
    jstrock@foxrothschild.com

Katherine L. Mayer, Esquire
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
E-mail: kmayer@mccarter.com

Garvan F. McDaniel, Esquire
BIFFERATO GENTILOTTI, LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
E-mail: gmcdaniel@bglawde.com

William D. Sullivan, Esq.
Elihu E. Allinson III, Esq.
SULLIVAN HAZELTINE ALLINSON
LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
E-mail: bsullivan@sha-llc.com
    zallinson@sha-llc.com

**VIA FACSIMILE and E-MAIL:**

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Janet E. Henderson, Esquire
Kevin T. Lantry, Esquire
Kerriann S. Mills, Esquire
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone:  312.853.7000
Facsimile:  312.853.7036
E-mail: jconlan@sidley.com
         bkrakauer@sidley.com
         jhenderson@sidley.com
         klantry@sidley.com
         kmills@sidley.com

Howard Seife, Esquire
David M. LeMay, Esquire
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
Phone: 212.408.5100
Facsimile: 212.541.5369
E-mail: hseife@chadbourne.com
         dlemay@chadbourne.com

Graeme W. Bush, Esquire
James Sottile, Esquire
ZUCKERMAN SPAEDER, LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202.778.1800
Facsimile: 202.822.8106
E-mail: gbush@zuckerman.com
         jsottile@zuckerman.com

Donald S. Bernstein, Esquire
Damian S. Schaible, Esquire
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, New York 10017
Phone: 212.450.4000
Facsimile: 212.701.5800
E-mail: donald.bernstein@davispolk.com
         damian.schaible@davispolk.com

Thomas E. Lauria, Esquire
David Hille, Esquire
Andrew Hammond, Esquire
Scott Greissman, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Phone: 212.819.8200
Facsimile: 212.354.8113
E-mail: tlauria@whitecase.com
         dhille@whitecase.com
         ahammond@whitecase.com
         sgreissman@whitecase.com

David J. Adler, Esquire
McCARTER & ENGLISH, LLP
245 Park Avenue
New York, New York 10167
Phone: 212.609.6800
Facsimile: 212.609.6921
E-mail: dadler@mccarter.com

David S. Rosner, Esquire
Richard F. Casher, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
E-mail: drosner@kasowitz.com
         rcasher@kasowitz.com

Andrew Goldman, Esquire
WILMER CUTLER PICKERING HALE & DORR, LLP
399 Park Avenue
New York, New York 10022
Phone: 212.230.8800
Facsimile: 212.230.8888
E-mail: andrew.goldman@wilmerhale.com

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
AKIN GUMP STRAUSS HAUER &
FELD, LLP
One Bryant Park
New York, New York 10036
Phone: 212.872.1000
Facsimile: 212.872.1002
E-mail: dgolden@akingump.com
         pdublin@akingump.com

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Phone: 212-209-4800
Facsimile: 212.209.4801
E-mail: rstark@brownrudnick.com
         msiegel@brownrudnick.com
         gnovod@brownrudnick.com

**VIA FACSIMILE ONLY:**
HENNIGAN, BENNETT & DORMAN,
LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Phone: 213.694.1200
Facsimile: 213.694.1234