IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Cook County Department of Revenue (the "DOR"), hereby appears by its co-counsel, Quarles & Brady LLP ("Q & B") and Bayard, P.A. ("Bayard"). Q & B and Bayard hereby request that the undersigned attorneys be added to the official mailing matrix and service lists in these cases. The DOR requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the DOR through service upon Q & B and Bayard, at the address, emails, and/or facsimile numbers set forth below:

| | |
|---|---|
| QUARLES & BRADY LLP<br>Philip V. Martino, Esquire<br>101 East Kennedy Boulevard, Suite 3400<br>Tampa, Florida 33602<br>Telephone: (813) 387-0263<br>Facsimile: (813) 387-1763<br>Email: philip.martino@quarles.com | BAYARD, P.A.<br>Justin R. Alberto, Esquire<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: jalberto@bayardlaw.com |

{BAY:01743597v1}

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the DOR's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the DOR is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  February 15, 2011
        Wilmington, Delaware            BAYARD, P.A.

                                                        */s/ Justin R. Alberto*
                                                        Justin R. Alberto (No. 5126)
                                                        222 Delaware Avenue, Suite 900
                                                        Wilmington, Delaware 19899
                                                        Telephone: (302) 655-5000
                                                        Facsimile:  (302) 658-6395
                                                        Email: jalberto@bayardlaw.com

                                                                    -and-

3

          QUARLES & BRADY LLP
          Philip V. Martino
          101 East Kennedy Boulevard, Suite 3400
          Tampa, Florida 33602
          Telephone: (813) 387-0263
          Facsimile: (813) 387-1763
          Email: philip.martino@quarles.com

*Co-counsel for the Cook County Department of Revenue*