**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Richard W. Riley, hereby certify that I am not less than 18 years of age, and that on February 15, 2011, I caused a true and correct copy of the *Objection Of Robert R. McCormick Tribune Foundation And Cantigny Foundation To (I) Second Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., And JP Morgan Chase Bank, N.A. And (II) Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Successor Indenture Trustee For The Phones Notes* to be served on the attached service list as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 15, 2011  
       Wilmington, Delaware

*/s/ Richard W. Riley*  
Richard W. Riley (DE 4052)  
DUANE MORRIS LLP  
222 Delaware Avenue, Suite 1600  
Wilmington, DE 19801-1659  
Tel: (302) 657-4900  
Fax: (302) 657-4901  
E-Mail: rwriley@duanemorris.com

## SERVICE LIST

***VIA FACSIMILE AND U.S. MAIL***

Tribune Company
Attn:  Chief Legal Officer
435 Michigan Avenue
Chicago, IL 60611
Facsimile:  (312) 222-4206

*Counsel to the Debtors*

***VIA E-MAIL AND U.S. MAIL***

SIDLEY AUSTIN LLP
Attn:   James F. Conlan
            Bryan Krakauer
            Janet E. Henderson
            Kevin T. Lantry
            Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603
Email:  jconlan@sidley.com
            bkrakauer@sidley.com
            jhenderson@sidley.com
            klantry@sidley.com
            jboelter@sidley.com

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

***VIA E-MAIL AND HAND DELIVERY***

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attn:   Norman L. Pernick
            J. Kate Stickles
            Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email:  npernick@coleschotz.com
            kstickles@coleschotz.com
            preilley@coleschotz.com

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

***VIA E-MAIL AND U.S. MAIL***

CHADBOURNE & PARKE, LLP
Attn:   Howard Seife
            David M. LeMay
30 Rockefeller Plaza
New York, NY 10112
Email:  hseife@chadbourne.com
            dlemay@chadbourne.com

*Counsel to the Official Committee of Unsecured Creditors*

***VIA E-MAIL AND HAND DELIVERY***

LANDIS, RATH & COBB, LLP
Attn:   Adam G. Landis
919 Market Street, Suite 1800
Wilmington, DE 19801
Email:  landis@lrclaw.com

*Counsel to the Official Committee of Unsecured Creditors*

2

***VIA E-MAIL AND U.S. MAIL***
ZUCKERMAN SPAEDER LLP
Attn:   Graeme Bush
          James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Email: gbush@zuckerman.com
          jsottile@zuckerman.com

*Counsel to the Official Committee of Unsecured Creditors*


***VIA U.S. MAIL***
HENNIGAN, BENNETT & DORMAN LLP
Attn:   Bruce Bennett
          James O. Johnston
          Joshua M. Mester
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

***VIA E-MAIL AND  HAND DELIVERY***
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Attn:   Robert S. Brady
          M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
Email: rbrady@ycst.com
          mbcleary@ycst.com

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*


***VIA E-MAIL AND U.S. MAIL***
WILMER CUTLER PICKERING HALE
 & DORR LLP
Attn:  Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Email: andrew.goldman@wilmerhale.com

*Co-Counsel to Angelo Gordon & Co., L.P.*

***VIA E-MAIL AND U.S. MAIL***
DAVIS POLK & WARDWELL LLP
Attn:   Donald S. Bernstein
          Damian S. Schaible
450 Lexington Avenue
New York, NY 10017
Email: donald.bernstein@davispolk.com
          damian.schaible@davispolk.com

*Counsel to JPMorgan Chase Bank, N.A.*

***VIA E-MAIL AND HAND DELIVERY***
RICHARDS, LAYTON & FINGER, P.A.
Attn:   Mark D Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com

*Counsel to JPMorgan Chase Bank, N.A.*

***VIA E-MAIL AND U.S. MAIL***
AKIN GUMP STRAUSS HAUER
 & FELD LLP
Attn:   Daniel H. Golden
          Philip C. Dublin
One Bryant Park
New York, NY 10036
Email: dgolden@akingump.com
          pdublin@akingump.com

*Counsel to Aurelius Capital Management, LP*

***VIA E-MAIL AND HAND DELIVERY***
ASHBY & GEDDES, P.A.
Attn:   William P. Bowden
          Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Email: wbowden@ashby-geddes.com
          awinfree@ashby-geddes.com

*Counsel to Aurelius Capital Management, LP*

***VIA E-MAIL AND U.S. MAIL***
MCCARTER & ENGLISH, LLP
Attn:   David Adler
245 Park Avenue, 27th floor
New York, NY 10167
E-mail:dadler@mccarter.com

*Counsel to Deutsche Bank Trust Company Americas*

***VIA E-MAIL AND HAND DELIVERY***
MCCARTER & ENGLISH, LLP
Attn:   Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801
E-mail:kmayer@mccarter.com

*Counsel to Deutsche Bank Trust Company Americas*

3

***VIA E-MAIL AND U.S. MAIL***
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Attn:   David S. Rosner
            Richard F. Casher
1633 Broadway
New York, NY 10019
Email: drosner@kasowitz.com
            rcasher@kasowitz.com

*Counsel to Law Debenture Trust Company of New York*

***VIA E-MAIL AND HAND DELIVERY***
BIFFERATO GENTILOTTI LLC
Attn:   Garvan F. McDaniel, Esquire
800 N. King Street, Plaza Level
Wilmington, DE 19801
Email: gmcdaniel@bglawde.com

*Counsel to Law Debenture Trust Company of New York*

***VIA E-MAIL AND U.S. MAIL***
Brown Rudnick LLP
Attn:   Robert J. Stark
            Martin S. Siegel
            Gordon Z. Novod
Seven Times Square
New York, NY 10036
Email: rstark@brownrudnick.com
            msiegel@brownrudnick.com
            gnovod@brownrudnick.com

*Counsel to Wilmington Trust Company*

***VIA E-MAIL AND HAND DELIVERY***
Sullivan Hazeltine Allinson LLC
Attn:   William D. Sullivan
            Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE 19801
Email: bsullivan@sha-llc.com
            zallinson@sha-llc.com

*Counsel to Wilmington Trust Company*

***VIA E-MAIL AND HAND DELIVERY***
David M. Klauder
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE  19801

*Office of the United States Trustee*