IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>       Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Scott J. Leonhardt, hereby certify that on the 15th day of February, 2011, I served *The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Debtors' Plan of Reorganization* upon the parties listed below by first class mail:

Tribune Company
435 Michigan Avenue
Chicago, IL 60611
Attn: Chief Legal Officer

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Attn: Jessica C.K. Boelter

Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: J. Kate Stickles

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: David M. LeMay

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Attn: Adam G. Landis

Hennigan, Bennet & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Attn: Bruce Bennett

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19801
Attn: Robert S. Brady

Wilmer Cutler Perking Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Attn: Andrew Goldman

{00006117. }

| Davis Polk & Wardell LLP | Richards Layton & Finger |
|---|---|
| 450 Lexington Avenue | One Rodney Square |
| New York, NY 10017 | 920 north King Street |
| Attn: Damian S. Schaible | Wilmington, DE 19801 |
| | Attn: Mark Collins |

THE ROSNER LAW GROUP LLC

<u>/s/ Scott J. Leonhardt</u>
Scott J. Leonhardt (No. 4885)
824 N. market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 319-6301
Email: Leonhardt@teamrosner.com

*Local Counsel to the Ad Hoc Committee of Subsidiary Trade Creditors*

{00006117. }