IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that I caused a copy of each of the following documents to be served upon the parties listed on the attached service list by first class mail, postage prepaid and electronic mail, unless otherwise noted, on February 15, 2011:

    1.  Limited Objection of The ACE Companies To The Plans; and

    2.  the Certificate of Service

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 15, 2011                                             */s/ Richard W. Riley*
                                                                                                Richard W. Riley

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## SERVICE LIST

**Debtors:**
Tribune Company
Attn: Chief Legal Officer
435 Michigan Avenue
Chicago, IL 60611
Facsimile: (312) 222-4206

**Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates:**

SIDLEY AUSTIN LLP
Attn:   James F. Conlan
         Bryan Krakauer
         Janet E. Henderson
         Kevin T. Lantry
         Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603
Email: jconlan@sidley.com
       bkrakauer@sidley.com
       jhenderson@sidley.com
       klantry@sidley.com
       jboelter@sidley.com

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attn:   Norman L. Pernick
         J. Kate Stickles
         Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: npernick@coleschotz.com
       kstickles@coleschotz.com
       preilley@coleschotz.com

**Counsel to the Official Committee of Unsecured Creditors:**

CHADBOURNE & PARKE, LLP
Attn:   Howard Seife
         David M. LeMay
30 Rockefeller Plaza
New York, NY 10112
Email: hseife@chadbourne.com
       dlemay@chadbourne.com

LANDIS, RATH & COBB, LLP
Attn:   Adam G. Landis
919 Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com

ZUCKERMAN SPAEDER LLP
Attn:   Graeme Bush
         James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Email: gbush@zuckerman.com
       jsottile@zuckerman.com

**Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.:**

HENNIGAN, BENNETT & DORMAN LLP
Attn:  Bruce Bennett
       James O. Johnston
       Joshua M. Mester
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Attn:  Robert S. Brady
       M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
Email: rbrady@ycst.com
       mbcleary@ycst.com

**Co-Counsel to Angelo Gordon & Co., L.P.:**

WILMER CUTLER PICKERING HALE
& DORR LLP
Attn: Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Email: andrew.goldman@wilmerhale.com

**Counsel to JPMorgan Chase Bank, N.A.:**

DAVIS POLK & WARDWELL LLP
Attn:  Donald S. Bernstein
       Damian S. Schaible
450 Lexington Avenue
New York, NY 10017
Email: donald.bernstein@davispolk.com
       damian.schaible@davispolk.com

RICHARDS, LAYTON & FINGER, P.A.
Attn:  Mark D Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com

**Counsel to Aurelius Capital Management, LP:**

AKIN GUMP STRAUSS HAUER
& FELD LLP
Attn:  Daniel H. Golden
       Philip C. Dublin
One Bryant Park
New York, NY 10036
Email: dgolden@akingump.com
       pdublin@akingump.com

ASHBY & GEDDES, P.A.
Attn:  William P. Bowden
       Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Email: wbowden@ashby-geddes.com
       awinfree@ashby-geddes.com

**Counsel to Deutsche Bank Trust Company Americas:**

MCCARTER & ENGLISH, LLP
Attn:  David Adler
245 Park Avenue, 27th floor
New York, NY 10167
E-mail: dadler@mccarter.com

MCCARTER & ENGLISH, LLP
Attn:  Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801
E-mail: kmayer@mccarter.com

**Counsel to Law Debenture Trust Company of New York:**

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
Attn:   David S. Rosner
        Richard F. Casher
1633 Broadway
New York, NY 10019
Email: drosner@kasowitz.com
       rcasher@kasowitz.com

BIFFERATO GENTILOTTI LLC
Attn:   Garvan F. McDaniel, Esquire
800 N. King Street, Plaza Level
Wilmington, DE 19801
Email: gmcdaniel@bglawde.com

**Counsel to Wilmington Trust Company:**

Brown Rudnick LLP
Attn:   Robert J. Stark
        Martin S. Siegel
        Gordon Z. Novod
Seven Times Square
New York, NY 10036
Email: rstark@brownrudnick.com
       msiegel@brownrudnick.com
       gnovod@brownrudnick.com

Sullivan Hazeltine Allinson LLC
Attn:   William D. Sullivan
        Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE 19801
Email: bsullivan@sha-llc.com
       zallinson@sha-llc.com