# IRON MOUNTAIN®
The Leader in Records & Information Management

## CLAIM SUBMISSION FORM

LEAD CASE: TRIBUNE COMPANY

| DATE: | February 3, 2011 | CURE | | CHAPTER | 11 |
|---|---|---|---|---|---|
| PRE-PETITION CLAIM | | | | CASE NUMBER | 08-13141 |
| REJECTION DAMAGE CLAIM | | | | COURT | D DE |
| ADMINISTRATIVE EXPENSE CLAIM | | | | FILING DATE | 12/8/2008 |
| UNITED STATES | X | | | | |
| CANADA | | | | | |

| | Tribune Company | Hartford Courant | The Baltimore Sun | Tribune Television Company | WPIX | Hartford Courant | WGN Radio | Chicago Publishing Company | Tribune Broadcasting | Pautuxent Publishing | Tribune Company | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NAME | | | | | | | | | | | | |
| CUSTOMER LOCATION (S) | Chicago, IL | Hartford, CT | Baltimore, MD | Hartford, CT | New York, NY | Hartford, CT | Chicago, IL | Oak Brook, IL | Chicago, IL | Columbia, MD | Melville, NY | |
| CUSTOMER NUMBER (S) | 03121.00TRIB | 02242.00C007 | 04221.0M278K | 02242.0C2427 | 02003.0408VS | 02242.00C864 | 03121.0GD609 | 03121.0G1591 | 01151.0CW981 | 55243.062119 | 03121.0G2993 | |
| DISTRICT (S) | Chicago/Dt | Hartford | Baltimore | Hartford | Pittsburgh | Hartford | Chicago/Dt | Chicago/Dt | Denver | Baltimore | Chicago/Dt | |
| BOXES IN STORAGE | 17,993 | 16,390 | 1,977 | 688 | 43 | 0 | 524 | 454 | 0 | N/A | 14,032 | 38069 |
| CUBIC FEET | 27,559.12 | 19,800.12 | 2,464.20 | 1,699.20 | 41.7 | 0 | 1034.8 | 650.2 | 0 | N/A | 32,109.72 | 53249.34 |
| BUSINESS UNIT | | | | | | | | | | | | |
| HARDCOPY | X | X | X | X | X | X | X | X | X | | X | |
| TAPE | | | | | | | | | | X | | |
| SHREDDING | | | | | | | | | | | | |
| OUTSTANDING INVOICE TOTAL TO DATE | $ 74,087.84 | $ 11,235.46 | $ 1,638.52 | $ 973.28 | $ 877.63 | $ 262.02 | $ 633.86 | $ 406.43 | $ 81.00 | $ 2,310.39 | $ 58,040.62 | $ 150,547.05 |
| PRE-PETITION INVOICE TOTAL | $ 32,583.28 | $ 3,348.11 | $ 676.69 | $ 294.36 | $ 352.63 | $ 262.02 | $ 200.66 | $ 115.46 | $ 81.00 | $ 1,632.16 | $ 17,796.04 | $ 57,342.41 |
| POST-PETITION TOTAL | $ 41,504.56 | $ 7,887.35 | $ 961.83 | $ 678.92 | $ 525.00 | $ - | $ 433.20 | $ 290.97 | $ - | $ 678.23 | $ 40,244.58 | $ 93,204.64 |
| CLOSING COSTS (DEL) | | | | | | | | | | | | |
| REJECTION DAMAGE TOTAL | | | | | | | | | | | | |
| ADMINISTRATIVE EXPENSE TOTAL | | | | | | | | | | | | |
| CURE CLAIM TOTAL | $ 74,087.84 | $ 11,235.46 | $ 1,638.52 | $ 973.28 | $ 877.63 | $ 262.02 | $ 633.86 | $ 406.43 | $ 81.00 | $ 2,310.39 | $ 58,040.62 | $ 150,547.05 |

SEE ATTACHED SPREADSHEET FOR MONTHLY ACCRUAL(S)

SUBMITTED BY: CAROL ALTHOUSE

SIGNATURE: