## CERTIFICATE OF SERVICE

I, Gregg M. Galardi, hereby certify that on February 15, 2011, I caused the foregoing **Limited Objection of Warren Beatty To Plans of Reorganization of Tribune Company and Its Subsidiaries** to be served on the parties listed on Exhibit A, attached hereto, by first-class mail unless otherwise indicated.

                                                */s/ Gregg M. Galardi*
                                                Gregg M. Galardi

**EXHIBIT A**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole Schotz Meisel Forman
 & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: 302-652-3131
**By Hand Delivery**

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
Gregory V. Demo, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
Tel: 312-853-70000

Office of The United States Trustee
844 North Market Street
Room 2207, Lock Box #37
Wilmington, DE 19801
**By Hand Delivery**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel: 302-467-4400
**By Hand Delivery**

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: 212-408-5100

Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Ste 1000
Washington, DC 20036
Tel: 202-778-1800

Attn: Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, De 19801
Tel: 302-651-7700
**By Hand Delivery**

Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4500

Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: 212-230-8800

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor, LLP
The Bradywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
Tel: 302-571-6600
**By Hand Delivery**

Bruce Bennett, Esq.
James O. Johnson, Esq.
Joshua D. Morse, Esq.
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel: 213-694-1200

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
**By Hand Delivery**

Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel: 212-872-1000

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801
Tel: 302-984-6300
**By Hand Delivery**

David Adler, Esq.
McCarter & English, LLP
245 Park Ave, 27th Fl
New York, NY 10167
Tel: 212-609-6800

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Tel: 302-429-1900
**By Hand Delivery**

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Tel: 212-609-6800

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: 302-428-8191
**By Hand Delivery**

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Tel: 212-209-4800

Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
John H. Strock, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Tel: 302-654-7444
**By Hand Delivery**

Thomas E. Lauria, Esq.
David Hille, Esq.
Andrew Hammond, Esq.
Scott Greissman, Esq.
White & Case LLP
1155 Avenue of The Americas
New York, NY 10036-2787
Tel: 212-819-8200