## CERTIFICATE OF SERVICE

I hereby certify that on this, the 15th day of February, 2011, a copy of the foregoing *Objection of Neil Plaintiffs to Plans of Reorganization and Joinder to Objection of the Secretary of Labor* was caused to be served on the following in the manner indicated on the attached service list.

_____
Kevin G. Collins (No. 5149)

**US FIRST CLASS MAIL**
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Janet E. Henderson, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**FIRST CLASS MAIL**
Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**FIRST CLASS MAIL**
Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

**HAND DELIVERY**
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building - 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391

**FIRST CLASS MAIL**
Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**FIRST CLASS MAIL**
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

**FIRST CLASS MAIL**
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

**HAND DELIVERY**
Mark Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**HAND DELIVERY**
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**FIRST CLASS MAIL**
David J. Adler, Esq.
McCarter & English LLP
245 Park Avenue
New York, NY 10167

**HAND DELIVERY**
Katherine L. Mayer, Esq.
McCarter & English LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**HAND DELIVERY**
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**FIRST CLASS MAIL**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**HAND DELIVERY**
William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Streetm, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035