**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 7127, 7801 and 7981** |

**JOINDER OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND
CANTIGNY FOUNDATION IN OBJECTION OF CERTAIN CURRENT AND
FORMER OFFICERS AND DIRECTORS TO: (I) SECOND AMENDED JOINT PLAN
OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES
PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON &
CO., L.P. , AND JP MORGAN CHASE BANK, N.A. AND (II) JOINT PLAN OF
REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES
PROPOSED BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS
MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS
CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF
SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS
CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF
SENIOR NOTES AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY
AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES**

Robert R. McCormick Tribune Foundation and Cantigny Foundation (together, the

"<u>Foundations</u>"), by its attorneys, hereby files this joinder to the February 15, 2011 Objection of

Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of

Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official

Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co.,

L.P., and JPMorgan Chase Bank, N.A., and (II) Joint Plan of Reorganization for Tribune

Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of Its

Managed Entities, Deutsche Bank Trust Company of New York, in Its Capacity as Successor

Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New

York, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and

1

Wilmington Trust Company, in Its Capacity as Successor Indenture Trustee for the PHONES

Notes (the "<u>Objection</u>").

      1.      The Foundations join in the Directors and Officers' Objection for each of the

reasons set forth in the Objection, including, without limitation, on the grounds that the Bar

Order renders the DCL Plan non-confirmable under sections 1129(a)(1) and (3) of the

Bankruptcy Code.

      WHEREFORE, the Foundations respectfully request that this Court enter an order

denying confirmation of the Competing Plans and granting such further relief as is just and

equitable.

Dated: February 15, 2011

Respectfully submitted,

**ROBERT R. MCCORMICK TRIBUNE FOUNDATION and CANTIGNY FOUNDATION**

By: <u>/s/ Richard W. Riley</u>
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Tel: (302) 657-4900
Fax: (302) 657-4901
E-Mail: rwriley@duanemorris.com

and

John P. Sieger (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5200
Fax: (312) 902-1061
E-Mail: john.sieger@kattenlaw.com