**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et</u> <u>al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Richard W. Riley, hereby certify that I am not less than 18 years of age, and that on February 15, 2011, I caused a true and correct copy of the *Joinder Of Robert R. McCormick Tribune Foundation And Cantigny Foundation In Objection Of Certain Current And Former Officers And Directors To: (I) Second Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. , And JP Morgan Chase Bank, N.A. And (II) Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Successor Indenture Trustee For The Phones Notes* to be served on the attached service list as indicated.

DM1\2506750.1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 15, 2011  /s/ Richard W. Riley
       Wilmington, Delaware  Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Tel: (302) 657-4900
Fax: (302) 657-4901
E-Mail: rwriley@duanemorris.com

2

**SERVICE LIST**

*VIA FACSIMILE AND U.S. MAIL*
Tribune Company
Attn: Chief Legal Officer
435 Michigan Avenue
Chicago, IL 60611
Facsimile: (312) 222-4206

*Counsel to the Debtors*

| *VIA E-MAIL AND U.S. MAIL* | *VIA E-MAIL AND HAND DELIVERY* |
|---|---|
| SIDLEY AUSTIN LLP<br>Attn: James F. Conlan<br>　　　Bryan Krakauer<br>　　　Janet E. Henderson<br>　　　Kevin T. Lantry<br>　　　Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br>Email: jconlan@sidley.com<br>　　　bkrakauer@sidley.com<br>　　　jhenderson@sidley.com<br>　　　klantry@sidley.com<br>　　　jboelter@sidley.com<br><br>*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates* | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Attn: Norman L. Pernick<br>　　　J. Kate Stickles<br>　　　Patrick J. Reilley<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: npernick@coleschotz.com<br>　　　kstickles@coleschotz.com<br>　　　preilley@coleschotz.com<br><br>*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates* |
| *VIA E-MAIL AND U.S. MAIL*<br>CHADBOURNE & PARKE, LLP<br>Attn: Howard Seife<br>　　　David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Email: hseife@chadbourne.com<br>　　　dlemay@chadbourne.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | *VIA E-MAIL AND HAND DELIVERY*<br>LANDIS, RATH & COBB, LLP<br>Attn: Adam G. Landis<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

2

***VIA E-MAIL AND U.S. MAIL***
ZUCKERMAN SPAEDER LLP
Attn:   Graeme Bush
            James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Email: gbush@zuckerman.com
            jsottile@zuckerman.com

*Counsel to the Official Committee of Unsecured Creditors*

***VIA U.S. MAIL***
HENNIGAN, BENNETT & DORMAN LLP
Attn:   Bruce Bennett
            James O. Johnston
            Joshua M. Mester
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

***VIA E-MAIL AND  HAND DELIVERY***
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Attn:   Robert S. Brady
            M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
Email: rbrady@ycst.com
            mbcleary@ycst.com

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

***VIA E-MAIL AND U.S. MAIL***
WILMER CUTLER PICKERING HALE
 & DORR LLP
Attn:  Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Email: andrew.goldman@wilmerhale.com

*Co-Counsel to Angelo Gordon & Co., L.P.*

***VIA E-MAIL AND U.S. MAIL***
DAVIS POLK & WARDWELL LLP
Attn:   Donald S. Bernstein
            Damian S. Schaible
450 Lexington Avenue
New York, NY 10017
Email: donald.bernstein@davispolk.com
            damian.schaible@davispolk.com

*Counsel to JPMorgan Chase Bank, N.A.*

***VIA E-MAIL AND HAND DELIVERY***
RICHARDS, LAYTON & FINGER, P.A.
Attn:   Mark D Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com

*Counsel to JPMorgan Chase Bank, N.A.*

***VIA E-MAIL AND U.S. MAIL***
AKIN GUMP STRAUSS HAUER
 & FELD LLP
Attn:   Daniel H. Golden
            Philip C. Dublin
One Bryant Park
New York, NY 10036
Email: dgolden@akingump.com
            pdublin@akingump.com

*Counsel to Aurelius Capital Management, LP*

***VIA E-MAIL AND HAND DELIVERY***
ASHBY & GEDDES, P.A.
Attn:   William P. Bowden
            Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
Email: wbowden@ashby-geddes.com
            awinfree@ashby-geddes.com

*Counsel to Aurelius Capital Management, LP*

***VIA E-MAIL AND U.S. MAIL***
MCCARTER & ENGLISH, LLP
Attn:   David Adler
245 Park Avenue, 27th floor
New York, NY 10167
E-mail: dadler@mccarter.com

*Counsel to Deutsche Bank Trust Company Americas*

***VIA E-MAIL AND HAND DELIVERY***
MCCARTER & ENGLISH, LLP
Attn:   Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801
E-mail: kmayer@mccarter.com

*Counsel to Deutsche Bank Trust Company Americas*

*__VIA E-MAIL AND U.S. MAIL__*
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Attn:   David S. Rosner
           Richard F. Casher
1633 Broadway
New York, NY 10019
Email: drosner@kasowitz.com
           rcasher@kasowitz.com

*Counsel to Law Debenture Trust Company of New York*

*__VIA E-MAIL AND HAND DELIVERY__*
BIFFERATO GENTILOTTI LLC
Attn:   Garvan F. McDaniel, Esquire
800 N. King Street, Plaza Level
Wilmington, DE 19801
Email: gmcdaniel@bglawde.com

*Counsel to Law Debenture Trust Company of New York*

*__VIA E-MAIL AND U.S. MAIL__*
Brown Rudnick LLP
Attn:   Robert J. Stark
           Martin S. Siegel
           Gordon Z. Novod
Seven Times Square
New York, NY 10036
Email: rstark@brownrudnick.com
           msiegel@brownrudnick.com
           gnovod@brownrudnick.com

*Counsel to Wilmington Trust Company*

*__VIA E-MAIL AND HAND DELIVERY__*
Sullivan Hazeltine Allinson LLC
Attn:   William D. Sullivan
           Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE 19801
Email: bsullivan@sha-llc.com
           zallinson@sha-llc.com

*Counsel to Wilmington Trust Company*

*__VIA E-MAIL AND HAND DELIVERY__*
David M. Klauder
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE  19801

*Office of the United States Trustee*

4