**Certificate of Service**

I, Daniel K. Hogan, Esquire, of  The Hogan Firm hereby certify that on this 15th day of February 2011, I caused to be served a copy of the foregoing **LIMITED OBJECTION OF THE TRIBUNE COMPANY EMPLOYEE COMPENSATION DEFENDANTS GROUP TO SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A.**, upon the parties listed below in the manner indicated:

*/s/ Daniel K. Hogan*

Daniel K. Hogan (DE Bar No. 2814)

**Via Facsimile:**
Jessica C.K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
Facsimile: 312-853-7036

**Via Facsimile:**
J. Kate Stickles
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Facsimile: 302-652-3117

**Via Facsimile:**
David M. LeMay
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Facsimile:  212-541-5369

**Via Facsimile:**
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
Facsimile:  302-467-4450

**Via Facsimile:**
Bruce Bennett
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Ste. 2900
Los Angeles, CA  90017
Facsimile:  213-694-1234

**Via Facsimile:**
Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899-0391
Facsimile:  302-571-1253

- 2 -

**Via Facsimile:**
Andrew Goldman
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Facsimile: 212-230-8888

**Via Facsimile:**
Damian S. Schaible
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Facsimile: 212-701-5800

**Via Facsimile:**
Mark Collins
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Facsimile: 302-651-7701

**Via Hand Delivery:**
US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Via Facsimile:**
Tribune Company
Attn: Chief Legal Officer
435 Michigan Avenue
Chicago, IL 60611
Fax: 312-222-4206

**Via Facsimile:**
Graeme W. Bush
James Sottile
Zuckerman Spaeder LLP
1800 M Street, NW, Ste. 1000
Washington, DC 20036
Facsimile: 202-822-8106

- 3 -