IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br> Jointly Administered <br><br> Objection Deadline: 02/15/11 <br> Hearing Date: 03/07/11 <br> Related to Docket Nos. 7136 and 7801 |

## JOINDER OF CRANE KENNEY TO (I) OBJECTION OF CERTAIN CURRENT AND FORMER OFFICERS AND DIRECTORS [DOCKET NO. 7981] AND (II) OBJECTION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION [DOCKET NO. 7972]

Crane Kenney hereby joins in the following objections (collectively, the "Objections"), filed on February 15, 2011, and herein reserves all rights to be heard before this Court in connection therewith:

(A) Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Successor Indenture Trustee For The Phones Notes **[Docket No. 7981]**; and

(B) Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Successor Indenture Trustee For The Phones Notes **[Docket No. 7972]**.

WHEREFORE, for the reasons set forth in the Objections, Crane Kenney respectfully requests that this Court enter an order denying confirmation of the (i) Second Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P. Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A., and (ii) Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Successor Indenture Trustee For The Phones Notes, and granting such further relief as is just and equitable.

Respectfully submitted,

Dated: February 15, 2011

*Smith, Katzenstein* & Jenkins LLP

By: /s/ *Kathleen M. Miller*

Richard A. Saldinger (IL ARDC #6209930)
Allen J. Guon (IL ARDC #6244526)
Kimberly Bacher (IL ARDC #6285677)
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60610
Tel: (312) 276-1325
Fax: (312) 275-0566
rsaldinger@shawgussis.com
aguon@shawgussis.com
kbacher@shawgussis.com

Kathleen M. Miller (#2898)
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, Delaware  19899
(Courier 19801)
(302) 652-8400 – telephone
(302) 652-8405 – telecopy
Kmiller@skfdelaware.com – email

*One of His Attorneys*