**James D. Newbold**
**Assistant Attorney General**
**Office of the Illinois Attorney General**
**Revenue Litigation Bureau**
**100 W. Randolph Street**
**Chicago, Il 60601**
**(312) 814-4557**
**James.Newbold@illinois.gov**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Dkt. No. 7801 |
| | Hearing: March 7, 2011 at 10:00 a.m. |

**LIMITED OBJECTION OF STATE OF ILLINOIS, DEPARTMENTS OF REVENUE
AND EMPLOYMENT SECURITY TO CONFIRMATION OF THE SECOND
AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND
ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P.,
ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A.
AND
NOTICE OF JOINDER IN OBJECTION FILED BY CALIFORNIA FRANCHISE TAX
BOARD [Dockt. No. 7959]**

The Illinois Departments of Revenue ("IDR") and Employment Security ("IDES")(IDR

and IDES are jointly referred to as the "Illinois Taxing Agencies"), by their attorney, Lisa

Madigan, Illinois Attorney General, object to the Second Amended Joint Plan of Reorganization

for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of

Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and

JPMorgan Chase Bank, N.A. (the "**Debtors' Plan**"), and in support of this objection state as

follows:

1.    The IDR and IDES are taxing agencies of the State of Illinois. They have both filed numerous claims in substantial amounts. The IDES has filed pre-petition priority tax claims in an amount in excess of $50 thousand. The IDR has filed pre-petition priority tax claims in an amount in excess of $70 million and has reserved the right to amend the claims based on the completion of audits and based on any federal changes.

2.    The Debtors' Plan has a number of objectionable provisions which have already been addressed in the objection filed by the California Franchise Tax Board (the "FTB Objection") at Docket No. 7959. The Illinois Taxing Agencies therefore adopt by reference and join in all objections to the Plan set forth in the FTB Objection.

3.    In addition to adopting all objections raised in the FTB Objection, the Illinois Taxing Agencies, with respect to Section 11.1.2 of the Plan, state that to the extent that the Debtors may have claims against the State of Illinois or any of its agencies, the Illinois Taxing Agencies hereby reserve the right to setoff or recoup their claims against any amounts due the Debtors.

4.    With respect to Section 11.2.2 of the Plan, the Illinois Taxing Agencies, in order to avoid any doubt, state that they do not consent to the releases in Section 11.2.2 of the Plan.

WHEREFORE, Illinois requests that the Court deny confirmation of the Debtors' Plan

unless and until the proponents of the Plan remedy all matters raised in this objection.

By:    Lisa Madigan
       Illinois Attorney General

By:    /s/ James D. Newbold
       James D. Newbold
       Assistant Attorney General
       Revenue Litigation bureau
       100 W. Randolph Street
       Chicago, IL 60601
       (312) 814-4557

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of this objection on the parties listed below by faxing a copy from Chicago, Illinois on February 15, 2011:

Jessica Boelter
Sidley Austin LLP
(312) 853-7036

J. Kate Stickles
Cole Schotz Meisel Forman & Leonard PA
(302) 652-3117

David LeMay
Chadbourne & Parke LLP
(212) 541-5369

Adam Landis
Landis Rath & Cob LLP
(302) 467-4450

Bruce  Bennett
Hennigan Bennett & Dorman LLP
(213) 694-1234

Robert Brady
Young Conway Stargatt & taylor LLP
(302) 571-1253

Daniel Golden
Akin Gump Strauss Hauer & Feld LLP
(212) 872-1000

Andrew Goldman
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 230-8888

Damian Schaible
Davis Polk & Wardell LLP
(212) 701-5800

Mark Collins
Richards Layton & Finger
(302) 651-7701

Graeme Bush
Zuckerman Spaeder LLP
(202) 822-8106

William Holden
Ashby & Geddes PA
(302) 654-1888

David Adler
McCarter & English LLP
(212) 609-6800

Katharine Mayer
McCarter & English LLP
(302) 984-6300

David Rosner
Kasowitz, Benson, Torres & Friedman LLP
(212) 506-1800

Office of U.S. Trustee
Wilmington, DE
(302) 573-6497

Tribune Co.
Attn: Chief Legal Officer
(312) 222-4206

Garvan McDaniel
Bifferato Gentilotti LLC
(302) 429-8600

Robert Stark
Brown Rudnick LLP
(212) 209-4800

William Sullivan
Sullivan Hazeltine Allinson LLC
(302) 428-8191

In addition, copies of this objection were emailed to:

Patrick Mullarkey
Tax Division
Department of Justice
D.Patrick.Mullarkey@usdoj.gov

Todd Bailey
California Franchise Tax board
Sacramento, CA
Todd.Bailey@ftb.ca.gov

Richard Beck
Klehr Harrison Harvey Branzburg LLP
rbeck@klehr.com

James Burke
Orrick Herrington & Sutcliffe LLP
jburke@orrick.com

Jonathan Guy
Orrick Herrington & Sutcliffe LLP
jguy@orrick.com

/s/ James D. Newbold