**James D. Newbold**
**Assistant Attorney General**
**Office of the Illinois Attorney General**
**Revenue Litigation Bureau**
**100 W. Randolph Street**
**Chicago, Il 60601**
**(312) 814-4557**
James.Newbold@illinois.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Dkt. No. 7127 |
| | ) | Hearing:  March 7, 2011 at 10:00 a.m. |

**LIMITED OBJECTION OF STATE OF ILLINOIS, DEPARTMENTS OF REVENUE AND EMPLOYMENT SECURITY TO CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY AURELIUS CAPITAL MANAGEMENT, LP., ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN FOR CERTAIN SERIES OF SENIOR NOTES, LAW INDENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR TRUSTEE FOR CERTAIN SERIES OF SERIOR NOTES AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR TRUSTEE FOR THE PHONE NOTES**
**AND**
**NOTICE OF JOINDER IN OBJECTION FILED BY CALIFORNIA FRANCHISE TAX BOARD [Dockt. No. 7964]**

The Illinois Departments of Revenue ("IDR") and Employment Security ("IDES")(IDR and IDES are jointly referred to as the "Illinois Taxing Agencies"), by their attorney, Lisa Madigan, Illinois Attorney General, object to the Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor

Indenture Trustee for Certain Series of Senior Notes, Law Indenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phone Notes (the "**Noteholders' Plan**"), and in support of this objection state as follows:

1.  The IDR and IDES are taxing agencies of the State of Illinois. They have both filed numerous claims in substantial amounts. The IDES has filed pre-petition priority tax claims in an amount in excess of $50 thousand. The IDR has filed pre-petition priority tax claims in an amount in excess of $70 million and has reserved the right to amend the claims based on the completion of audits and based on any federal changes.

2.  The Noteholders' Plan contains a number of objectionable provisions which have already been addressed in the objection filed by the California Franchise Tax Board (the "FTB Objection") at Docket No. 7964. The Illinois Taxing Agencies therefore adopt by reference and join in all objections to the Plan set forth in the FTB Objection.

3.  In addition to adopting all objections raised in the FTB Objection, the Illinois Taxing Agencies, with respect to Section 11.1.2 of the Plan, state that to the extent that the Debtors may have claims against the State of Illinois or any of its agencies, the Illinois Taxing Agencies hereby reserve the right to setoff or recoup their claims against any amounts due the Debtors.

4.  With respect to Section 11.2.2 of the Plan, the Illinois Taxing Agencies, in order to avoid any doubt, state that they do not consent to the releases in Section 11.2.2 of the Plan.

WHEREFORE, Illinois requests that the Court deny confirmation of the Noteholders' Plan unless and until the proponents of the Plan remedy all matters raised in this objection.

                By:    Lisa Madigan
                          Illinois Attorney General

                By:   /s/ James D. Newbold
                          James D. Newbold
                          Assistant Attorney General
                          Revenue Litigation bureau
                          100 W. Randolph Street
                          Chicago, IL 60601
                          (312) 814-4557

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of this objection on the parties listed below by faxing a copy from Chicago, Illinois on February 15, 2011:

Jessica Boelter
Sidley Austin LLP
(312) 853-7036

J. Kate Stickles
Cole Schotz Meisel Forman & Leonard PA
(302) 652-3117

David LeMay
Chadbourne & Parke LLP
(212) 541-5369

Adam Landis
Landis Rath & Cob LLP
(302) 467-4450

Bruce Bennett
Hennigan Bennett & Dorman LLP
(213) 694-1234

Robert Brady
Young Conway Stargatt & taylor LLP
(302) 571-1253

Daniel Golden
Akin Gump Strauss Hauer & Feld LLP
(212) 872-1000

Andrew Goldman
Wilmer Cutler Pickering Hale & Dorr LLP
(212) 230-8888

Damian Schaible
Davis Polk & Wardell LLP
(212) 701-5800

Mark Collins
Richards Layton & Finger
(302) 651-7701

Graeme Bush
Zuckerman Spaeder LLP
(202) 822-8106

William Holden
Ashby & Geddes PA
(302) 654-1888

David Adler
McCarter & English LLP
(212) 609-6800

Katharine Mayer
McCarter & English LLP
(302) 984-6300

David Rosner
Kasowitz, Benson, Torres & Friedman LLP
(212) 506-1800

Office of U.S. Trustee
Wilmington, DE
(302) 573-6497

Tribune Co.
Attn: Chief Legal Officer
(312) 222-4206

Garvan McDaniel
Bifferato Gentilotti LLC
(302) 429-8600

Robert Stark
Brown Rudnick LLP
(212) 209-4800

William Sullivan
Sullivan Hazeltine Allinson LLC
(302) 428-8191

In addition, copies of this objection were emailed to:

| | |
|---|---|
| Patrick Mullarkey | Todd Bailey |
| Tax Division | California Franchise Tax board |
| Department of Justice | Sacramento, CA |
| D.Patrick.Mullarkey@usdoj.gov | Todd.Bailey@ftb.ca.gov |

| | |
|---|---|
| Richard Beck<br>Klehr Harrison Harvey Branzburg LLP<br>rbeck@klehr.com | James Burke<br>Orrick Herrington & Sutcliffe LLP<br>jburke@orrick.com |
| Jonathan Guy<br>Orrick Herrington & Sutcliffe LLP<br>jguy@orrick.com | |

                                                  /s/ James D. Newbold