# EXHIBIT A

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF **Delaware** | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>**Tribune Company.** | Case Number:<br>08-13141 (KJC) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Oracle USA, Inc.**

Name and address where notices should be sent:
Shawn Christianson, Esq.
Buchalter Nemer P.C.
333 Market Street, 25th Floor
San Francisco CA  94105
Telephone number: 415-227-0900

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):




Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $ 8,560.19

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  Oracle License & Services / Agreement & Related Contracts
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:$** _____  **Annual Interest Rate** _____ **%**

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____    **Basis for perfection:** _____

**Amount of Secured Claim: $** _____   **Amount Unsecured: $** _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(_____).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.    If the documents are not available, please explain:

| Date: 5/08/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Shawn M. Christianson* <br>Shawn M. Christianson, Esq. for Buchalter Nemer P.C., counsel to Oracle USA, Inc. | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>MAY 2 9 2009<br><br>EPIQ BANKRUPTCY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# ORACLE

Enabling the Information Age™

## INVOICE

Federal Tax ID: 84-1332677

| | |
|---|---|
| INVOICE NUMBER | 40849697 |
| INVOICE DATE | 26-Feb-2008 |
| YOUR PO NUMBER | cc-2134 |
| PAYMENT TERMS | IMMEDIATE |
| DUE DATE | 26-Feb-2008 |

BILL TO :
Tribune Company
Kasthuri Seelra
435 North Michigan Avenue
CHICAGO, IL 60601
UNITED STATES

**PAYMENT INSTRUCTIONS:**

REFERENCE    40849697    ON YOUR REMITTANCE

MAIL CHECKS TO:    Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:    WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

SHIP TO :
Tribune Company
435 North Michigan Avenue
CHICAGO, IL 60601
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Canonaco, John | 1783287 | Kasthuri Seelra | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Database Enterprise Edition - Named User Perpetual: 27-FEB-2007 : 26-FEB-2008 | 20 | N | 2,091.25 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL (USD) |
|---|---|---|---|---|
| | 2,091.25 | 0.00 | 0.00 | 2,091.25 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 23-Mar-2009 | | | 2,091.25 |

# ORACLE®

Enabling the Information Age™

Page 1 of 1

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 40849902 |
|---|---|
| INVOICE DATE | 26-Feb-2008 |
| YOUR PO NUMBER | cc-2134 |
| PAYMENT TERMS | IMMEDIATE |
| DUE DATE | 26-Feb-2008 |

BILL TO :
Tribune Company
Kasthuri Seelra
435 North Michigan Avenue
CHICAGO, IL 60601
UNITED STATES

**PAYMENT INSTRUCTIONS:**

REFERENCE    40849902    ON YOUR REMITTANCE

MAIL CHECKS TO:    Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:    WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

SHIP TO :
Tribune Company
435 North Michigan Avenue
CHICAGO, IL  60601
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Canonaco, John | 1880332 | Kasthuri Seelra | |

| ITEM NO. | DESCRIPTION | QTY NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Support - Internet Application Server Enterprise Edition - Processor Perpetual: 27-FEB-2007 : 26-FEB-2008 | 2 | N | 6,441.79 |

SPECIAL INSTRUCTIONS:

| SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|
| 6,441.79 | 0.00 | 0.00 | 6,441.79 |
| Less payments | | | 0.00 |
| Credits/Adjustments | | | 0.00 |
| Outstanding Balance as of 23-Mar-2009 | | | 6,441.79 |

Page 1 of 1

# ORACLE®

Enabling the Information Age™

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 40997041 |
|---|---|
| INVOICE DATE | 18-Mar-2009 |
| YOUR P.O. NUMBER | CHK # 2426332 |
| PAYMENT TERMS | IMMEDIATE |
| DUE DATE | 18-Mar-2009 |

**BILL TO :**
Tribune Media Services Inc
Accounts Payable
435 North Michigan Avenue
CHICAGO, IL 60611
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 40997041 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:  Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:  WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

**SHIP TO :**
Tribune Media Services Inc
435 North Michigan Avenue
CHICAGO, IL 60611
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Canonaco, John | 2038778 | Accounts Payable | |

| ITEM NO. | DESCRIPTION | QTY NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Database Standard Edition - Named User Plus Perpetual: 01-NOV-2008 : 30-APR-2009 | 45 | Y | 434.45 |

**SPECIAL INSTRUCTIONS:**

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL USD |
|---|---|---|---|
| 434.45 | 27.15 | 0.00 | 461.60 |
| Less payments | | | 434.45 |
| Credits/Adjustments | | | 0.00 |
| Outstanding Balance as of 18-May-2009 | | | 27.15 |

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF **Delaware** | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Los Angeles Times Newspapers. | Case Number:<br>08-13187 (KJC) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Oracle USA, Inc.

Name and address where notices should be sent:
Shawn Christianson, Esq.
Buchalter Nemer P.C.
333 Market Street, 25th Floor
San Francisco CA 94105
Telephone number: 415-227-0900

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $ 15,738.90

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Oracle License & Services Agreement & Related Contracts
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(_____).

**Amount entitled to priority:**

$ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.   If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 5/28/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Shawn M. Christianson, Esq. for Buchalter Nemer P.C., counsel to Oracle USA, Inc.

FOR COURT USE ONLY
**FILED / RECEIVED**
MAY 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Page 1 of 1

# ORACLE°

**Enabling the Information Age™**

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2248444 |
|---|---|
| INVOICE DATE | 22-Feb-2008 |
| YOUR P.O. NUMBER | POEF1/ARTEAGA |
| PAYMENT TERMS | NET 30 DAYS |
| DUE DATE | 23-Mar-2008 |

BILL TO :
LOS ANGELES TIMES
Kristina Gelazis
202 West First St.
Los Angeles, CA 90012
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2248444 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:   Oracle USA, Inc.
                  PO BOX 44471
                  SAN FRANCISCO CA
                  94144-4471

WIRE TRANSFERS TO:   WELLS FARGO BANK
                     ABA    121000248
                     ACCT  4522-020841

SHIP TO :
LOS ANGELES TIMES
Kristina Gelazis
202 West First St.
Los Angeles, CA  90012
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Dahlan, Mr Jimmy J. | 8260464 | Kristina Gelazis | LOS ANGELES TIMES |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Hyperion SQR Server - SQR License (Server Class 1) Perpetual | 10 | Y | 12,000.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 12,000.00 | 990.00 | 0.00 | 12,990.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 26-Jun-2008 | | | 12,990.00 |

# ORACLE®

**Enabling the Information Age™**

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2248453 |
|---|---|
| INVOICE DATE | 22-Feb-2008 |
| YOUR P.O. NUMBER | POEF1/ARTEAGA |
| PAYMENT TERMS | NET 30 DAYS |
| DUE DATE | 23-Mar-2008 |

BILL TO :
LOS ANGELES TIMES
Kristina Gelazis
202 West First St.
Los Angeles, CA 90012
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2248453 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA    121000248<br>ACCT  4522-020841 |

SHIP TO :
LOS ANGELES TIMES
Kristina Gelazis
202 West First St.
Los Angeles, CA  90012
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Dahlan, Mr Jimmy J. | 8260464 | Kristina Gelazis | LOS ANGELES TIMES |

| ITEM NO. | DESCRIPTION | QTY/NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Support - 1 Hyperion SQR Server - SQR License (Server Class 1) Perpetual: 14-FEB-08 - 13-FEB-09 | 10 | Y | 2,640.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 2,640.00 | 108.90 | 0.00 | 2,748.90 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 26-Jun-2008 | | | 2,748.90 |

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 4091, 4230, 4326, 4327, 4395, 4406 and 6563 |

## ORDER APPROVING STIPULATION BETWEEN CERTAIN OF THE DEBTORS AND ORACLE CORPORATION ORACLE AMERICA, INC., AS SUCCESSOR-BY-MERGER TO SUN MICROSYSTEMS, INC., REGARDING (I) RESOLUTION OF DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO THE CLAIMS OF ORACLE AND (II) ALLOWANCE OF CERTAIN PREPETITION CLAIMS OF ORACLE

This matter having come before the Court on the *Debtors' Twenty-Fourth*

*Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

*Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (Docket No. 4091) (the "Objection"),[2]

by which the Debtors requested this Court to disallow and expunge, among other Proofs of

Claim, Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750, and 4751 held by Oracle

America, Inc., as successor-by-merger to Sun Microsystems, Inc. ("Oracle") against certain of

the Debtors, on the basis that no liability for such claim were reflected in the Debtors' books and

records; and upon consideration of the Objection, the Bigelow Declaration, the Responses to the

Objection filed by Oracle (Docket Nos. 4326 and 4327); the *Certification of Counsel Regarding*

*Order Approving Stipulation Between Certain of the Debtors and Oracle America, Inc., as*

*successor-by-merger to Sun Microsystems, Inc., Regarding (i) Resolution of Debtors' Twenty-*

*Fourth Omnibus (Substantive) Objection To Claims As It Relates to the Claims of Oracle and (ii)*

*Allowance of Certain Prepetition Claims of Oracle*, and the Stipulation (the "Stipulation")

between Debtors Chicago Tribune Company ("CTC") and Los Angeles Times Communications

LLC ("LATC") and Oracle resolving the Objection and allowing certain prepetition claims of

Oracle against CTC and LATC (the "Allowed Claims") as set forth therein, a copy of which is

attached hereto as Exhibit A; and it appearing that the Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

        ORDERED that the Stipulation is APPROVED; and it is further

        ORDERED that Oracle shall have an allowed general unsecured claim against

CTC, Claim No. 4634, in the modified amount of $282,072.00 and an allowed general unsecured

claim against LATC, Claim No. 4751, in the modified amount of $227,760.00; and it is further

        ORDERED that the Objection is deemed withdrawn with prejudice solely as it

relates to the Allowed Claims; and it is further

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

ORDERED that, by consent of the Debtors and Oracle, the Objection is

SUSTAINED as to the Duplicate Claims (being Claim Nos. 4635, 4636, 4640, 4748, 4749, and

4750) set forth on Exhibit B attached hereto, and such Duplicate Claims are hereby disallowed

and expunged on the alternative grounds that such claims duplicate the liability of the Allowed

Claims; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to

comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
       Nov 23 , 2010

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

3

## EXHIBIT A

**Stipulation Between Certain of the Debtors and Oracle America, Inc., as successor-by-merger to Sun Microsystems, Inc. Regarding (i) Resolution of Debtors' Twenty-Fourth Omnibus (Substantive) Objection To Claims As It Relates to the Claims of Oracle and (ii) Allowance of Certain Prepetition Claims of Oracle**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 4091, 4326, 4327 |

## STIPULATION BETWEEN CERTAIN OF THE DEBTORS AND ORACLE AMERICA, INC., AS SUCCESSOR-BY-MERGER TO SUN MICROSYSTEMS, INC., REGARDING (I) RESOLUTION OF DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO THE CLAIMS OF ORACLE AND (II) ALLOWANCE OF CERTAIN PREPETITION CLAIMS OF ORACLE

This stipulation (the "Stipulation") between Oracle America, Inc., as successor-by-merger to Sun Microsystems, Inc. ("Oracle" or the "Claimant"), on the one hand, and Chicago Tribune Company ("CTC") and Los Angeles Times Communications LLC ("LATC"), on the other hand, regarding the modification and allowance of certain prepetition claims

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

asserted by Oracle against CTC and LATC is entered into by and among CTC, LATC, and

Oracle (collectively, the "Parties"), by and through their respective counsel.

## RECITALS

A.    On December 8, 2008 (the "Petition Date"), Tribune and certain of its

affiliates (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11

of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy

Court for the District of Delaware (the "Bankruptcy Court").  An additional Debtor, Tribune

CNLBC, LLC,[2] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on

October 12, 2009.  In all, the Debtors comprise 111 entities.

B.    On April 16, 2010, the *Debtors' Twenty-Fourth Omnibus Objection*

*(Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules*

*3003 and 3007, and Local Rule 3007-1* (the "Objection") (D.I. 4091) was filed with the

Bankruptcy Court, which requested the Bankruptcy Court to disallow and expunge certain proofs

of claim asserted against the Debtors' estates on substantive grounds enumerated therein.

C.    Among the claims identified on Exhibit A to the Objection were the

following eight (8) claims held by Oracle against the Debtors (collectively, the "Oracle Claims"):

| CLAIMANT | CASE NO. | DEBTOR | CLAIM NO. | AMOUNT |
|---|---|---|---|---|
| SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13152 | Chicago Tribune Company | 4634 | $1,001,426.00 |
| SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 4635 | $1,001,426.00 |

---

[2] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

| | | | | |
|---|---|---|---|---|
| SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13153 | Chicago Tribune Newspapers, Inc. | 4636 | $1,001,426.00 |
| SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13154 | Chicago Tribune Press Service, Inc. | 4640 | $1,001,426.00 |
| SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BAILSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13187 | Los Angeles Times Newspapers, Inc. | 4748 | $829,473.00 |
| SUN MICROSYSTEMS, INC. BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 4749 | $829,473.00 |
| SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BAILSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13186 | Los Angeles Times International, Ltd. | 4750 | $829,473.00 |
| SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BAILSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13185 | Los Angeles Times Communications LLC | 4751 | $829,473.00 |

D.    On or about May 11, 2010, Oracle filed the following responses to the

Objection with the Court:

1.    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Los Angeles Times Companies](Claims ## 4748, 4749, 4750, & 4751) (D.I. 4326); and

2.    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Chicago Tribune Companies](Claims ## 4634, 4635, 4636, & 4640) (D.. 4327)

(collectively, the "Responses").

E.    As a result of the Parties' subsequent discussions regarding the Objection

and exchange of additional records, the Parties have agreed that Oracle shall have an allowed

3

general unsecured claim against CTC, Claim No. 4634, in the modified amount of $282,072.00

and an allowed general unsecured claim against LATC, Claim No. 4751, in the modified amount

of $227,760.00 (collectively, the "Allowed Claims").  The Debtors have further agreed that upon

the approval of this Stipulation by the Bankruptcy Court, the Objection shall be deemed to be

withdrawn as it relates to the Allowed Claims.

      F.    Oracle has further agreed that Claim Nos. 4635, 4636, 4640, 4748, 4749,

and 4750 reflect duplicate liability of the foregoing Allowed Claims (collectively, the "Duplicate

Claims").  Oracle consents to the entry of an order by the Bankruptcy Court sustaining the

Objection as to the Duplicate Claims on the alternative grounds that such claims duplicate the

liability of the Allowed Claims.

      G.    Tribune and Oracle have reached an agreement as to the treatment of the

Oracle Claims and have agreed to enter into this Stipulation to resolve the Objection, to establish

the allowed amount of Claim Nos. 4634 and 4751, and to effect the disallowance of the

Duplicate Claims.  For the avoidance of doubt, this Stipulation shall not affect any other claims

held by Oracle or its affiliates, whether scheduled or filed against the Debtors in these chapter 11

cases, and the Debtors and Oracle reserve all rights with respect to such other claims.

    NOW, THEREFORE, THE DEBTORS AND ORACLE STIPULATE AND AGREE AS

FOLLOWS:

### AGREEMENT

    1.    The recitals set forth above are incorporated herein by reference.

    2.    The Parties agree that Claim No. 4634 of Oracle, originally asserted in the

amount of $1,001,426.00, shall be allowed as a general unsecured claim against CTC in the

modified amount of $282,072.00 and that Claim No. 4751 of Oracle, originally asserted in the

amount of $829,473.00, shall be allowed as a general unsecured claim against LATC in the modified amount of $227,760.00.

      3.    Upon the full execution of this Stipulation, the Debtors will file with the Bankruptcy Court a certification of counsel, together with a proposed form of order, requesting that the Bankruptcy Court (i) approve the Stipulation and allow the Allowed Claims, and (ii) sustain the Objection in part and disallow the Duplicate Claims by consent of the Parties on the alternative grounds that such claims duplicate the liability of the Allowed Claims.

      4.    Upon the approval of this Stipulation by the Bankruptcy Court, the Objection shall be deemed to be withdrawn as it relates to the Allowed Claims. The Parties acknowledge and agree that the Claimant does not need to take any further action to seek to allow the Allowed Claims in the Debtors' chapter 11 cases. The Debtors and/or the Bankruptcy Court-appointed claims agent may amend the claims register to reflect that the Allowed Claims are to be allowed as set forth herein.

      5.    The Allowed Claims, as modified hereby, shall be satisfied in accordance with the provisions for the satisfaction of general unsecured claims set forth in the chapter 11 plan of reorganization, and any amendments thereto, that is ultimately confirmed for CTC (in the case of Claim No. 4634) and LATC (in the case of Claim No. 4751) (collectively, and as applicable to CTC and LATC, the "Plan"), when such Plan becomes effective. The satisfaction of the Allowed Claims in accordance with the Plan shall be in full and final satisfaction of all claims arising out of or relating to the liabilities asserted in the Allowed Claims. Oracle further agrees not to file any other or further proofs of claim in any of the Debtors' chapter 11 cases arising out of or relating to the liabilities asserted in the Allowed Claims.

6.    This Stipulation constitutes the Parties' entire agreement and supersedes and amends any and all agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein.  This Stipulation is not intended to confer upon any other person any rights or remedies hereunder.

7.    The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

8.    This Stipulation may be executed in counterparts, all of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

9.    This Stipulation shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to principles of conflict of laws.

10.    This Stipulation may not be amended without the express written consent of all Parties hereto.

11.    The Parties acknowledge that each Party has participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either Party on account of such drafting.

12.    The Bankruptcy Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

13.    All contentions made in this Stipulation are made in furtherance of a proposed settlement and neither the Claimant nor the Debtors admit or concede the validity of

6

any of the Parties' claims or defenses, nor shall anything herein be deemed an admission of fact

or law.

STIPULATED AND CONSENTED TO AS OF NOVEMBER 22, 2010 BY:


BUCHALTER NEMER, A PROFESSIONAL
CORPORATION

By: _____
Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-3519


ATTORNEYS FOR ORACLE AMERICA,
INC., SUCCESSOR-BY-MERGER TO SUN
MICROSYSTEMS, INC.


SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT B

## Duplicate Claims to Be Disallowed

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 24: DUPLICATE CLAIMS OF ORACLE AMERICA, INC., AS SUCCESSOR-BY-MERGER TO SUN MICROSYSTEMS, INC.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/11/2009 | 4635 | $1,001,426.00 | Duplicates liability of Claim No. 4634, as modified, against Debtor Chicago Tribune Company |
| 2 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13153 | Chicago Tribune Newspapers, Inc. | 06/11/2009 | 4636 | $1,001,426.00 | Duplicates liability of Claim No. 4634, as modified, against Debtor Chicago Tribune Company |
| 3 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13154 | Chicago Tribune Press Service, Inc. | 06/11/2009 | 4640 | $1,001,426.00 | Duplicates liability of Claim No. 4634, as modified, against Debtor Chicago Tribune Company |
| 4 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/11/2009 | 4748 | $829,473.00 | Duplicates liability of Claim No. 4751, as modified, against Debtor Los Angeles Times Communications, LLC |
| 5 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/11/2009 | 4749 | $829,473.00 | Duplicates liability of Claim No. 4751, as modified, against Debtor Los Angeles Times Communications, LLC |
| 6 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13186 | Los Angeles Times International, Ltd. | 06/11/2009 | 4750 | $829,473.00 | Duplicates liability of Claim No. 4751, as modified, against Debtor Los Angeles Times Communications, LLC |

CHI 5509591v.1

Ratkowiak, Pauline

From:       DEBdb_ECF_Reply@deb.uscourts.gov
Sent:       Tuesday, November 23, 2010 6:10 PM
To:         dummail@deb.uscourts.gov
Subject:    Ch-11 08-1314 1-KJC Tribune Company Order

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from SG entered on 11/23/2010 at 6:09 PM EST and filed on 11/23/2010
Case Name:       Tribune Company and Chicago Tribune Company
Case Number:     08-13141-KJC
Document Number: 6593

Docket Text:
Order Approving Stipulation Between Certain Of The Debtors And Oracle Corporation Oracle America, Inc., As Successor-By-Merger To Sun Microsystems, Inc., Regarding (I) Resolution Of Debtors' Twenty-Fourth Omnibus (Substantive) Objection To Claims As It Relates To The Claims Of Oracle And (II) Allowance Of Certain Prepetition Claims Of Oracle. (related document(s)[4091], [4230], [4326], [4327], [4395], [4406], [6563]) Order Signed on 11/23/2010. (Attachments: # (1) Exhibits A-B) (SG)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\Documents and Settings\StephenG\My Documents\2.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=983460418 [Date=11/23/2010] [FileNumber=9084116-0

] [7e8201eae85583480f66e5e1242c574a424912364d3f0d0db4ad982a2c8e41e75e5

d7854e12d5225c316b98ed2b9630740aad458b29729285b2f1954783f02e8]]
Document description:Exhibit A-B
Original filename:C:\Documents and Settings\StephenG\My Documents\2a.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=983460418 [Date=11/23/2010] [FileNumber=9084116-1

] [69c3ec3d923a3f7969bb57222520804187fddaacebaf74ecf8d6b586597be7d896
07ca08f4ee6680c4edd561d214371b19048a18a99f66f882e89aed65e2338]]

08-13141-KJC Notice will be electronically mailed to:

Michael S. Amato on behalf of Creditor Esther Rhein
mamato@rmfpc.com

Frank A. Anderson on behalf of Creditor Pension Benefit Guaranty Corporation
anderson.frank@pbgc.gov, efile@pbgc.gov

Thomas V. Askounis on behalf of Creditor Banc of America Leasing & Capital, LLC
taskounis@askounisdarcy.com

Jean-Marie L. Atamian on behalf of Interested Party Barclays Bank PLC
jatamian@mayerbrown.com

John M. August on behalf of Creditor Canon U.S.A., Inc.
jaugust@herrick.com, courtnotices@herrick.com

Mary E. Augustine on behalf of Interested Party Cantigny Foundation
maugustine@bglawde.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com

Ian Connor Bifferato on behalf of Defendant Corie Brown
cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com

Mark M. Billion on behalf of Interested Party CenterPoint Energy Services, Inc.
mbillion@pszjlaw.com

William Pierce Bowden on behalf of Creditor Morgan Stanley Capital Services Inc.
wbowden@ashby-geddes.com

Robert S. Brady on behalf of Debtor Tribune Company
bankfilings@ycst.com

Patrick M. Brannigan on behalf of Interested Party JPMorgan Chase Bank, N.A.
pbrannigan@crosslaw.com