# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Related Docket No. 7995 |

## CERTIFICATE OF SERVICE

    I, James E. Huggett, Esquire, hereby certify that on February 15, 2011, I served a copy of **ORACLE'S OPPOSITION TO AND RIGHTS RESERVATION REGARDING (1) SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK N.A. ("DEBTOR COMMITTEE LENDER PLAN") (2) JOINT PLAN OF REORGANIZATION FOR THE TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAS DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE ("AURELIUS PLAN") AND (3) ALL PLANS PROPOSED IN THESE CASES** on the parties listed on the attached service list via electronic mail.

                                                                  /s/James E. Huggett
                                                               James E. Huggett (#3956)