Aaron L. Hammer
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60603-3441
ahammer@freebornpeters.com

Adam Friedman
Olshan Grundman Frome Rosenzweig &
Wolosky LLP
65 East 55th Street
New York, NY 10022
dbr@aol.com

Adam Hiller
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street
Suite 950
Wilmington, DE 19801
ahiller@phw-law.com

Adam Scott Moskowitz
ASM Capital, LP
22 Jennings Lane
Woodbury, NY 11797
asmcapital@aol.com

Alan Michael Root
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801
root@blankrome.com

Alexander S. Vesselinovitch
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
avesselinovitch@kattenlaw.com

Amanda Marie Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor, PO Box 1150
Wilmington, DE 19899
awinfree@ashby-geddes.com

Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
aqureshi@akingump.com

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
landis@lrclaw.com

Adam L Hirsch
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022
adam.hirsch@srz.com

Adolph F. Fellmeth
The Schmerling Group
261 Old York Road
Suite 514
Jenkintown, PA 19046
fred.fellmeth@vitecgroup.com

Alan Salpeter
Dewey & LeBoeuf LLP
Two Prudential Plaza
Suite 3700
180 North Stetson Avenue
Chicago, IL 60601
asalpeter@dl.com

Allison R Axenrod
Claims Recevery Group LLC
92 Union Avenue
Cresskill, NJ 07626
allison@claimsrecoveryllc.com

Amit K. Trehan
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
atrehan@mayerbrownrowe.com

Andrew Levy  
Paul Weiss Rifkind Wharton Garrison LLP  
2001 K Street NW  
Washington, DC 20006  
alevy@paulweiss.com  

Andrew S. Conway  
The Taubman Company  
Suite 300  
200 East Long Lake Road  
Bloomfield Hills, MI 48304  
Aconway@taubman.com  

Andrew Schoulder  
Bracewell & Giuliani LLP  
1251 Avenue of the Americas  
49th Floor  
New York, NY 10020-11401  
andrew.schoulder@bgllp.com  

Benjamin W. Keenan  
Ashby & Geddes  
222 Delaware Avenue  
17th Floor, PO Box 1150  
Wilmington, DE 19899  
bkeenan@ashby-geddes.com  

Brian E. Lutness  
Silverman McDonald & Friedman  
1010 N. Bancroft Parkway  
Suite 22  
Wilmington, DE 19805  
brian@silverman-mcdonald.psemail.com  

Brian T. Carney  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036-6745  
bcarney@akingump.com  

C B Blackard  
301 E Dave Ward Drive  
P.O. Box 2000  
Conway, AR 72033-2000  
cbblac@acxiom.com  

Andrew N. Goldman  
Wilmer Cutler Picking Hale & Dorr, LLP  
399 Park Avenue  
New York, NY 10022  
andrew.goldman@wilmerhale.com  

Andrew S. Dash  
Brown Rudnick LLP  
Seven Times Square  
New York, NY 10036  
adash@brownrudnick.com  

Angie M. Cowan  
Allison, Slutsky & Kennedy, P.C.  
230 West Monroe Street, Suite 2600  
Chicago, IL 60606  
cowan@ask-attorneys.com  

Brian A. Sullivan  
Werb & Sullivan  
300 Delaware Avenue  
13th Floor  
P.O. Box 25046  
Wilmington, DE 19899  
bsullivan@werbsullivan.com  

Brian G. Esders  
Abato Rubenstein and Abato P.A.  
809 Gleneagles Court  
Suite 320  
Baltimore, MD 21286  
besders@abato.com  

Bryan Krakauer  
Sidley, Austin, Brown & Wood LLP  
One S. Dearborn Street  
Chicago, IL 60603  
bkrakauer@sidley.com  

Camela J. Chapman  
Howard County Office of Law  
3430 Courthouse Drive  
Ellicott City, MD 21043  
cchapman@co.ho.md.us

Carol E. Momjian
PA Office of Attorney General
21 South 12 Street
3rd Floor
Philadelphia, PA 19107
cmomjian@attorneygeneral.gov

Catherine Steege
Jenner & Block
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com

Charles O. Monk, II
Saul Ewing LLP
Lockwood Place
500 East Pratt Street
Suite 900
Baltimore, MD 21202-3171
cmonk@saul.com

Christine Zuehlke Heri
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn, Rm 844
Chicago, IL 60604
heri-christine@dol.gov

Christopher Dean Loizides
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE 19801
loizides@loizides.com

Christopher S. Chow
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market St., 12th Flr.
Wilmington, DE 19801
chowc@ballardspahr.com

Curtis S. Miller
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
cmiller@mnat.com

Caroline R. Djang
Jeffers,Mangels,Butler & Marmaro LLP
1900 Avenue of the stars 7th floor
Los Angles, CA 90067
crd@jmbm.com

Charles J. Brown
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
cbrown@archerlaw.com

Christine A. Montenegro
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
cmontenegro@kasowitz.com

Christopher A. Ward
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
cward@polsinelli.com

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19899
csimon@crosslaw.com

Colm F. Connolly
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
cconnolly@morganlewis.com

Dana S. Plon
Sirlin Gallogly & Lesser, P.C.
123 South Broad Street
Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

Daniel B. Butz
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
dbutz@mnat.com

Daniel J. Polatsek
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
daniel.polatsek@kattanlaw.com

David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
strattond@pepperlaw.com

David M. Powlen
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204
dpowlen@btlaw.com

David M. Zensky
Akin, Gump, Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
dzensky@akingump.com

David W. Carickhoff
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
carickhoff@blankrome.com

Deanna Davidian
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022
ddavidian@arkin-law.com

Daniel H. Golden
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
dgolden@akingump.com

Daniel K. Hogan
The Hogan Firm
1311 Delaware Ave
Wilmington, DE 19806
dkhogan@dkhogan.com

David G. Litvack
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.litvack@weil.com

David M. Stern
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067
dstern@ktbslaw.com

David S. Leinwand
Amroc Invenstments, LLC
535 Madison Avenue
15th Floor
New York, NY 10022
dleinwand@amroc.com

David William Reimann
The Reimann Law Group
1960 E. Grand Avenue
Suite 1665
El Segundo, CA 90245
dreimann@reimannlawgroup.com

Deborah J. Newman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
djnewman@akingump.com

Deborah Waldmeir
State of Michigan Dept of Attorney Gener
3030 W. Grand Blvd
Suite 10-200
Detroit, MI 48202
waldmeird@michigan.gov

Donald L. Gouge, Jr.
Donald L. Gouge, Jr., LLC
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE 19899
dgouge@gougelaw.com

Douglas R. Gonzales
Weiss Serota Helfman
200 E. Broward Blvd
Suite 1900
Fort lauderdale, FL 33301
dgonzales@wsh-law.com

Eamonn O'Hagan
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
eohagan@fklaw.com

Edward A. Friedman
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
efriedman@fklaw.com

Edward Patrick O'Brien
Stempel Bennett Claman & Hochbery, P.C.
655 Third Avenue
New York, NY 10017
eobrien@sbchlaw.com

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801
ZAllinson@SHA-LLC.com

Dennis A. Meloro
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
bankruptcydel@gtlaw.com

Donna L. Harris
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street
Suite 950
Wilmington, DE 19801
dharris@phw-law.com

Drew G. Sloan
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
dsloan@rlf.com

Edmon L. Morton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
bankfilings@ycst.com

Edward J. Tredinnick
Greene Radovsky Maloney Share & Hennigh
Four Embarcadero Center
Suite 4000
San Francisco, CA 94111-4106
etredinnick@greeneradovsky.com

Elaine M Seid
McPharlin Sprinkles &Thomas, LLP
10 Almaden Blvd
Ste 1460
San Jose, CA 95113
emseid@mstpartners.com

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
emccolm@paulweiss.com

Elizabeth Sara Goldberg
US Department of Labor
200 Constitution Avenue NW
Rm N4611
Washington, DC 20210
goldberg.elizabeth@dol.gov

Eric Michael Sutty
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, De 19899-2323
esutty@foxrothschild.com

Ericka Fredricks Johnson
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
erjohnson@wcsr.com

Francis A. Monaco Jr.
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
fmonaco@wcsr.com

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com

Frederick Brian Rosner
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801
rosner@teamrosner.com

Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. Market Street, Plaza Level
Wilmington, DE 19801
gmcdaniel@bglawde.com

Eric Lopez Schnabel
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com

Eric R. Wilson
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178
ewilson@kelleydrye.com

Evan S. Lederman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
evan.lederman@weil.com

Frank A. Anderson
Pension Benefit Guaranty Corporation
1200 K Street N.W.
Suite 340
Washington, DC 20005
anderson.frank@pbgc.gov

Fred B. Ringel
Robinson Brog Leinward et al.
875 Third Avenue
9th Floor
New York, NY 10022
fbr@robinsonbrog.com

Fredrick E. Sherman
Jones Day
222 East 41st Street
New York, NY 10017-6702
fsherman@jonesday.com

Gayle C. Sproul
Levine Sullivan Koch & Schulz, LLP
2112 Walnut Street
Third Floor
Philadelphia, PA 19103
gsproul@lskslaw.com

George R. Mesires
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL 60602
grmesires@uhlaw.com

Gilbert B. Weisman
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701
notices@becket-lee.com

Glen Silverstein
Leader and Berkon LLP
630 Third Avenue
New York, NY 10017
gsilverstein@leaderberkon.com

Gregory W. Fox
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
gfox@fklaw.com

Heather L. Donald
State of Michigan
Department of Attorney General
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202
donaldh@michigan.gov

Howard J. Kaplan
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022
hkaplan@arkin-law.com

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

Gerard Uzzi
White & Case LLP
1155 Avenue of the America
New York, NY 10036-2787
guzzi@whitecase.com

Gina S. Spiegelman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
gina.spiegelman@kirkland.com

Gordon Z. Novod
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
gnovod@brownrudnick.com

Hal Neier
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
hneier@fklaw.com

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
dallas.bankruptcy@publicans.com

Ian Connor Bifferato
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801
cbifferato@bifferato.com

James D. Newbold
Office of the Illinois Attorney General
100 W Randolph Street
Chicago, IL 60601
James.Newbold@illinois.gov

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jconlan@sidley.com

Jami B. Nimeroff
Brown Stone Nimeroff LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801
jnimeroff@bsnlawyers.com

Jason Beram Sanjana
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
jason.sanjana@lw.com

Jean-Marie L. Atamian
Mayer Brown LLP
1675 Broadway
New York, NY 10019
jatamian@mayerbrown.com

Jeffrey M. Schlerf
Fox Rothschild LLP
Ctizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
jschlerf@foxrothschild.com

Jennifer R. Hoover
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
jhoover@beneschlaw.com

Joan E. Pilver
State of Connecticut
PO Box 120
55 Elm Street 4th Floor
Hartford, CT 06141-0120
Joan.Pilver@ct.gov

James S. Yoder
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
yoderj@whiteandwilliams.com

Jamie Lynne Edmonson
Bayard PA
222 Delaware Avenue
Wilmington, DE 19801
jedmonson@bayardlaw.com

Jason Goldsmith
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
jgoldsmith@akingump.com

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
Assigned: 12/29/2008

Jeffrey N. Rich
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
jeff.rich@klgates.com

Jerome Bennett Friedman
Friedman Law Group
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
jfriedman@jbflawfirm.com

Joanne P. Pinckney
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19382
jpinckney@phw-law.com

John C. Phillips, Jr
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

John H. Strock, III
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323
jstrock@foxrothschild.com

John Louis Decker
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
j.decker@smmj.com

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

John V. Fiorella
Archer & Greiner
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
jfiorella@archerlaw.com

Jonathan D. Polkes
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jonathan.polkes@weil.com

Joseph Emil Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
jshickich@riddellwilliams.com

John D. Demmy, Esq
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
jdd@stevenslee.com

John Henry Schanne, II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
schannej@pepperlaw.com

John M. August
Herrick, Feinstein LLP
One Gateway Center
22nd Floor
Newark, NJ 07102
jaugust@herrick.com

John P. Sieger
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
john.sieger@kattenlaw.com

Johnny White
Blakeley & Blakeley LLP
2 Park Plaza
Suite 400
Irvine, CA 92614
jwhite@blakeleyllp.com

Joseph D. Frank
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654
jfrank@fgllp.com

Joseph Grey
Cross & Simon LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
jgrey@crosslaw.com

Joseph L. Christensen
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
500 Delaware Ave Suite 200
P.O. Box 32
Wilmington, DE 19899-0032
jchristensen@paulweiss.com

Joshua G. Losardo
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016
jlosardo@bbwg.com

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233
jdt@jdthompsonlaw.com

Justin Cory Falgowski
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
jfalgowski@reedsmith.com

Kate R. Buck
McCarter & English, LLP
405 N. King Street
8th Floor
Wilmington, DE 19801
kbuck@mccarter.com

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
kmiller@skjlaw.com

Kenneth Miller
Ervin Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
kmiller@ecjlaw.com

Joshua A. Gadharf
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
joshua.gadharf@kattenlaw.com

Joshua M. Mester
Dewey & LeBoeuf LLP
333 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071
jmester@dl.com

Julie A. Manning
Shipman & Goodwin
One American Row
Hartford, CT 06103
bankruptcy@goodwin.com

Justin R. Alberto
Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
jalberto@bayardlaw.com

Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
kmayer@mccarter.com

Katisha D. Fortune
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
fortune@rlf.com

Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801
kcollins@bifferato.com

Kevin M. Capuzzi
Pinckney, Harris & Weidinger, LLC
1220 North Market Street
Suite 950
Wilmington, DE 19801
kcapuzzi@phw-law.com

Kizzy L. Jarashow
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
kjarashow@fklaw.com

Landon Ellis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
ellis@lrclaw.com

Lawrence Joel Kotler
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103
ljkotler@duanemorris.com

Lawrence Robbins
1801 K Street NW
Suite 411L
Washington, DC 20006
irobbins@robbinsrussell.com

Leonard H. Gerson
United States Department of Labor
P.O. Box 1914 (N-4611)
Washington, DC 20013
gerson.leonard@dol.gov

Linda K Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
l.cooper@smmj.com

Kevin P. Garland
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
garlandk@gtlaw.com

Kristina M. Wesch
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
kwesch@akingump.com

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza
6th Floor
Wilmington, DE 19801
lsilverstein@potteranderson.com
Lawrence M. Jacobson
Glickfeld Fields & Jacobson LLP
315 South Beverly Drive
Suite 415
Beverly Hills, CA 90212-4301
lmj@gfjlawfirm.com

Lawrence V. Gelber
Schulte Roth & Zobel LLP
919 Third Avenue
New York, NY 10022
lawrence.gelber@srz.com

Leslie C. Heilman
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, DE 19801
heilmanl@ballardspahr.com

M. Blake Cleary
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
bankfilings@ycst.com

Margaret Fleming England
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801
mengland@eckertseamans.com

Marilyn Ann Wethekam
Horwood Marcus & Berk Chartered
180 North LaSalle Street
Suite 3700
Chicago, IL 60601
mwethekam@hmblaw.com

Mark E. Felger
Cozen O'Connor
1201 N. Market Street, Ste 1400
Wilmington, DE 19801
mfelger@cozen.com

Martha E. Romero
Romero Law Firm
7743 South Painter Avenue
Suite E
Whittier, CA 90602
romero@dslextreme.com

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
mcguire@lrclaw.com

Maurie J. Shalmone
Longacre Master Fund LTD
1700 Broadway
Suite 1403
New York, NY 10019
maurie@longacrellc.com

Menachem O. Zelmanovitz
Mortgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
mzelmanovitz@morganlewis.com

Maria Ann Milano
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
mmilano@riddellwilliams.com

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
collins@RLF.com

Mark M. Billion
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19702
mbillion@pszjlaw.com

Mary E. Augustine
Bifferato Gentilotti
800 N. King St.
Plaza Level
Wilmington, DE 19801
maugustine@bglawde.com

Matthew J. Troy
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875
matthew.troy@usdoj.gov

Meghan Colleen Horn
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
mhorn@abato.com

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060
mhenry@grossmcginley.com

Michael Alan Schloss
US Department of Labor
200 Constitution Avenue
N.W. Room N-4611
Washington, DC 20210
schloos.michael@dol.gov

Michael J. Farnan
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
PO BOX 1266
Wilmington, DE 19899
mfarnan@saul.com

Michael L. Simes
Mayer Brown LLP
1675 Broadway
New York, NY 10019
msimes@mayerbrown.com

Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg LLP
919 Market St., Suite 1000
Wilmington, DE 19801
myurkewicz@klehr.com

Mitchell P. Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
mhurley@akingump.com

Nancy Chung
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
nchung@akingump.com

Neil Raymond Lapinski
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19899
nrl@elliottgreenleaf.com

Michael E. Emrich
Reverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY 10024
notice@regencap.com

Michael Joseph Joyce
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801
mjoyce@crosslaw.com

Michael S. Amato
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza
Uniondale, NY 11556
mamato@rmfpc.com

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
michelle.mcmahon@bryancave.com

Mona A. Parikh
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228
mona.parikh@bipc.com

Nathan Jones
US Debt Recovery
940 Southwood Blvd. Suite 101
Incline Village, NV 89451
nate@usdrllc.com

Nicholas J. Nastasi
Saul Ewing, LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186
nnastasi@saul.com

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
bankruptcy@coleschotz.com

Pamela K. Webster
Buchalter Nemer
1000 Welshire Blvd.
Suite 1500
Los Angeles, CA 90017
pwebster@buchalter.com

Patricia P. McGonigle
Seitz, Van Ogtrop & Green P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19899
pmcgonigle@svglaw.com

Patrick M. Brannigan
Cross and Simon
913 N. Market Steet
P.O. Box 1380
11th Floor
Wilmington, DE 19899
pbrannigan@crosslaw.com

Paul J. Catanese
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
pcatanese@mcguirewoods.com

Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
pdublin@akingump.com

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P. O. Box 68
Wilmington, DE 19899
khill@svglaw.com

Norman P. Fivel
NYS Department of Law
The Capitol
Albany, NY 12224
norman.fivel@oag.state.ny.us

Patricia K. Smoots
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
psmoots@mcguirewoods.com

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
garveyp@jbltd.com

Paul N. Silverstein
Andrews & Kurth L.L.P.
450 Lexington Avenue
15 Floor
New York, NY 10017
samuelfrank@andrewskurth.com

R. Craig Martin
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801
rcmartin@eapdlaw.com

R. Stephen McNeill
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 651
Wilmington, DE 19899
bankruptcy@potteranderson.com

Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801
rlemisch@beneschlaw.com

Richard A. Robinson
Reed Smith
1201 Market Street
Suite 1500
Wilmington, DE 19801
rrobinson@reedsmith.com

Richard W. Riley
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
rwriley@duanemorris.com

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, 46 floor
New York, NY 10019-6708
rlack@fklaw.com

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
robert.rosenberg@lw.com

Robert J. Stearn Jr.
Richards, Layton & Finger, P. A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
stearn@rlf.com

Rachel Jaffe Mauceri
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
rmauceri@morganlewis.com

Rebecca L. Butcher
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
butcher@lrclaw.com

Richard Michael Beck
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801
rbeck@klehr.com

Robert J Pfister
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067
rpfister@ktbslaw.com

Robert J. Pfister
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067
rpfister@ktbslaw.com

Robert J. Stearn
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
stearn@rlf.com

Robert K. Minkoff
Jefferies
One Station Place
Stamford, CT
rminkoff@jefferies.com

Robert L. Cook
Office of Counsel, New York State
333 East Washington St., 3rd floor
Syracuse, NY 13202
robert_cook@tax.state.ny.us

Robert W. Mallard
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
mallard.robert@dorsey.com

Ronald Mark Tucker
Simon Property Group, LP
225 West Washington Street
Indianapolis, IN 46204
rtucker@simon.com

Scott A Zuber
Day Pitney, LLP
PO Box 1945
Morristown, NJ 07962-1945
szuber@daypitney.com

Scott Golden
Hogan & Hartson LLP
875 Third Avenua
New York, NY 10022
sagolden@hhlaw.com

Scott J. Leonhardt
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801
leonhardt@teamrosner.com

Shanti M. Katona
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
skatona@polsinelli.com

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
bankfilings@ycst.com

Ronald K. Brown
Law Office of Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach, CA 92660
rkbgwhw@aol.com

Ronald S. Gellert
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
rgellert@eckertseamans.com

Scott D. Cousins
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
bankruptcydel@gtlaw.com

Scott Greissman
White & Case LLP
1155 Avenue of the America
New York, NY 10036-2787
sgreissman@whitecase.com

Shai Y. Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
shai.waisman@weil.com

Shawn M. Christianson
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
schristianson@buchalter.com

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899
sfallon@trplaw.com

Sommer Leigh Ross
Duane Morris, LLP
1100 North Market Street
Wilmington, DE 19801
slross@duanemorris.com

Susan E. Kaufman
Cooch and Taylor, P.A.
1000 West Street
10th Floor
Wilmington, DE 19801
skaufman@coochtaylor.com

Tara Hannon
Mandel, Katz, Manna & Brosnan LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
thannon@loan-law.com

Therese King Nohos
Dewey & LeBoeuf LLP
Two Prudential Plaza
Suite 3700
180 North Stetson Avenue
Chicago, IL 60601
tnohos@dl.com

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899
bankr@zuckerman.com

Thomas V. Askounis
Askounis & Darcy. PC
401 North Michigan Ave
Suite 550
Chicago, IL 60611
taskounis@askounisdarcy.com

Sommer L. Ross
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
slross@duanemorris.com

Steven C. Schwendemann
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63301
s.schwendemann@smmj.com

Susan L Lissant
Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105
deecf@dor.mo.gov

Theodore M. Becker
Morgan Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
tbecker@morganlewis.com

Thomas E. Lauria
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
tlauria@whitecase.com

Thomas P. Carroll
U.S Dept of Justice, Env. & Nat.Res.Div.
P.O.Box 7611
Washington, DC 20044-7611
thomas.carroll@usdoj.gov

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
tscobb@vorys.com

Timothy J. Conklin
Foster & Buick
2040 Aberdeen Court
Sycamore, IL 60178
tconklin@fosterbuick.com

Virginia Whitehill Guldi
Zuckerman Spaeder LLP
919 Market Street
Suite 990
Wilmington, DE 19801
vguldi@zuckerman.com

Wayne M. Smith
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522
wayne.smith@warnerbros.com

William David Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
bsullivan@sha-llc.com

William E. Chipman, Jr.
Landis Rath & Cobb LLC
919 North Market Street
Suite 1800
Wilmington, DE 19801
chipman@lrclaw.com

William P. Weintraub
Friedman Kaplan Seiler & Adelman
1633 Broadway
46th Floor
New York, NY 10019
wweintraub@fklaw.com

Yonatan Gelblum
U.S. Department of Justice Tax Division
P.O.Box 227
Washington, DC 20044
yonatan.gelblum@usdoj.gov

Timothy M. Riffin
Greenberg Traurig, LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
riffinm@gtlaw.com

W. Andrew Dalton
Stuart Maue Mitchell & James, Ltd.
3840 McKelvey Road
St. Louis, MO 63044
a.dalton@smmj.com

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801
Bankruptcy001@sha-llc.com

William Douglas White
McCarthy & White PLLC
1751 Pinnacle Drive
Suite 1115
McLean, VA 22102
wdw@mccarthywhite.com

William M. Kelleher
Gordon Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806
wkelleher@gfmlaw.com

William Pierce Bowden
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com