# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 15, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kate Davis | " | " |
| Laurie Selber Silverstein | Potter Anderson Corroon | Merrill Lynch |
| Chris Ward | Polsinelli Shughart | Daniel Kazan |
| Theresa King Nichol | Dewey + LeBoeuf | Daniel Kazan |
| Abid Qureshi | Akin Gump | Aurelius Capital |
| Amanda M Winfree | Ashby Geddes PA | Aurelius Capital |
| Norman Pernick | Cole Schotz | Debtor |
| Ryan Czerstki | Wombls Carlyle | Great Banc |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 15, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Elliot Moskovitz | Davis Polk & Wardwell LLP | JPMorgan Chase Bank, N.A. |
| Karen Lafayette | " | " |
| Matthew McGuire | Landis Rath & Cobb | Committee |
| David Leffroy | Chadbourne & Parke | Committee |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Martin Siegel | Brown Rudnick | Wilmington Trust |
| Blake Cleary | Young Conaway Stargatt & Taylor | certain radial holders/Lenders |
| Michelle Marino | Elliott Angell | Barclays |
| Joseph Drayton | Kaye Scholer | Merrill Lynch |
| Jim Bendernagel | Sidley Austin | Debtors |
| Rob Stearn | RLF | JPMorgan Chase |
| Andrew Conlon | Paul Weiss | Citigroup |
| Andrew Levy | " " | " " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 02/15/2011
Calendar Time: 10:00 AM ET

Amended Calendar 02/15/2011 04:58 AM
#5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4039399 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4037186 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4037703 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4037185 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4037757 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4035610 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4037170 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4037922 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4038444 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4037776 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4038626 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4038336 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4037731 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4038453 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4036819 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4037197 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4037310 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4036957 | Amy Dieterich | (212) 373-3688 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4036274 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037204 | James Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037284 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037897 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4029192 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037842 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4036892 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037774 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037761 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037797 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037214 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4040517 | Tae Kim | (212) 756-2586 ext. 00 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037257 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037260 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4029202 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037140 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037177 | Kevin Lantry | 213-896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037314 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037154 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037989 | Lynn Marvin | (212) 326-3978 | Jones Day | Creditor, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4038531 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Creditor, Trade Claim Holders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4038317 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Banc Trust Co. / LISTEN ONLY |

| Peggy Drasal | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4037237 | David Miles | 202-736-8556 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4039179 | Claire P. Murphy | 312-641-3200 Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037839 | Deborah Newman | 212-872-1000 Akin, Gump, Strauss, Hauer & Feld, | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4036969 | Michael D. Oneal | (312) 222-3490 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4036814 | Shannon Pennock | (212) 373-3000 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4028734 | Madlyn G. Primoff | 212-836-7042 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corp / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037998 | Alan M. Rabinowitz | (212) 326-3765 Jones Day | Creditor, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037318 ~~Marc Roitman~~ *BSwaMariero* | | (212) 408-5271 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4029207 | Andrea Saavedra | (212) 310-8544 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037810 | Robert Schwinger | (213) 892-1000 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037305 | Howard Seife | 212-408-5361 ext. 00 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4039479 | Fredrick E. Sherman | (212) 326-3905 Jones Day - New York | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037777 | John Sieger | (312) 902-5294 Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4038339 | Daniel S. Shamah | (212) 326-2138 O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4038545 | Paul Silverstein | (212) 850-2819 Andrews Kurth | Creditor, Trade Claim Holders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037193 | Michael L. Simes | (212) 506-2607 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4038168 | Matthew Stein | (212) 506-1717 Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037199 | Amit Treham | (212) 506-2198 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4035540 | Andrew Vail | (312) 840-8688 Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4037290 | Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4037780 | Andrew L. Wool | (312) 902-5623 Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |

Peggy Drasal

Tribune Company    08-13141    Hearing    4037064    Matthew A Zloto    (646) 445-6518    Aurelius Capital Management, LP    Interested Party, Aurelius Capital Management, LP / LISTEN ONLY

CourtConfCal2009