## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                                    :    Chapter 11
                                                          :
TRIBUNE COMPANY, et al.,                                  :    Case No. 08-13141 (KJC)
                                                          :
                                 Debtors.                 :    (Jointly Administered)
                                                          :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 15th day of February, 2011, a copy of the

*Responses and Objections to the Notice of Deposition of JPMorgan Chase Bank, N.A.*

*Pursuant to Federal Rule of Civil Procedures 30(b)(6)* was served on the following

counsel via electronic mail:

| |
|---|
| David M. Miles<br>Donald Flagg<br>James F. Bendernagel, Jr.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>dmiles@sidley.com<br>dflagg@sidley.com<br>jbendern@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |

Elizabeth Goldberg
Leonard Gerson
Christine Heri
Michael Schloss
**U.S. Department of Labor**
P.O. Box 1914
Washington, D.C. 20013
Goldberg.Elizabeth@dol.gov
Gerson.Leonard@dol.gov
Heri.Christine@dol.gov
Schloss.Michael@dol.gov

C. Dana Hobart
James O. Johnston
Joshua Mester
A. Brent Truitt
**Hennigan, Bennett & Dorman LLP**
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017
hobartd@hbdlawyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
truittb@hbdlawyers.com

Jared A. Ellias
Gordon Z. Novod
Kate Bromberg
Martin Siegel
Andrew Dash
Robert Stark
**Brown Rudnick**
Seven Times Square
New York, NY 10036
jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com
adash@brownrudnick.com
rstark@brownrudnick.com

Alitia Faccone
Joseph T. Boccassini
John C. Kelley
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102
afaccone@mccarter.com
jboccassini@mccarter.com

2

jkelly@mccarter.com

Andrew N. Goldfarb
Graeme W. Bush
James Sottile
**Zuckerman Spaeder LLP**
1800 M Street, NW
Ste 1000
Washington, DC 20036
agoldfarb@zuckerman.com
gbush@zuckerman.com
jsottile@zuckerman.com

Andrew G. Gordon
David W. Brown
Elizabeth McColm
Kira Davis
**Paul, Weiss, Rifkind, Wharton &
Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com
kdavis@paulweiss.com

Andrew W. Hammond
Brian E. Fritz
David Hille
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036
ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

Andrew J. Puglia Levy
**Paul, Weiss, Rifkind, Wharton &
Garrison LLP**
2001 K Street, NW
Washington, DC 20006
alevy@paulweiss.com

Andrew N. Goldman
Charles C. Platt
Dawn M. Wilson
**Wilmer Hale**
399 Park Avenue
 New York, NY 10022
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com

RLF1 3808347v. 1

| |
|---|
| dawn.wilson@wilmerhale.com |
| Alexandra K. Nellos |
| David M. LeMay |
| Howard Seife |
| Marc Ashley |
| Robert A. Schwinger |
| Thomas McCormack |
| Eric Przybylko |
| **Chadbourne & Parke LLP** |
| 30 Rockefeller Plaza |
| New York, NY 10112 |
| anellos@chadbourne.com |
| dlemay@chadbourne.com |
| hseife@chadbourne.com |
| mashley@chadbourne.com |
| rschwinger@chadbourne.com |
| tmccormack@chadbourne.com |
| EPrzybylko@chadbourne.com |
| Abid Qureshi |
| Daniel Golden |
| Deborah Newman |
| David Zensky |
| Jason Goldsmith |
| Mitchell Hurley |
| Nancy Chung |
| Sunny Gulati |
| Christine Doniak |
| Philip Dublin |
| **Akin Gump Strauss Hauer & Feld LLP** |
| One Bryant Park |
| New York, NY 10036 |
| aqureshi@akingump.com |
| dgolden@akingump.com |
| djnewman@akingump.com |
| dzensky@akingump.com |
| jgoldsmith@akingump.com |
| mhurley@akingump.com |
| nchung@akingump.com |
| sgulati@akingump.com |
| cdoniak@akingump.com |
| pdublin@akingump.com |
| Brad B. Erens |
| **Jones Day** |
| 77 West Wacker |
| Chicago, Illinois 60601 |
| bberens@jonesday.com |

4

Barney J. Skladany Jr.
**Akin Gump Strauss Hauer & Feld LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
bcarney@akingump.com

Steven M. Bierman
Andrew D. Hart
**Sidley Austin LLP**
787 Seventh Avenue
New York, New York 10019
SBierman@Sidley.com
AHart@Sidley.com

Bryan Krakauer
Colleen M. Kenney
James F. Conlan
James W. Ducayet
Jen Peltz
Dale E. Thomas
Patrick Wackerly
**Sidley Austin LLP**
One South Dearborn
Chicago, Illinois 60603
bkrakaue@sidley.com
ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

David Adler
**McCarter English**
245 Park Avenue
27th Floor
New York, NY 10167
dadler@mccarter.com

Daniel L. Cantor
Daniel Shamah
Bradley Butwin
**O'Melveny & Myers LLP**
7 Times Square
New York, NY 10036
dcantor@omm.com
dshamah@omm.com
bbutwin@omm.com

Evan D. Flaschen
**Bracewell & Giuliani LLP**

5

225 Asylum Street
Suite 2600
Hartford, CT 06103
evan.flaschen@bgllp.com

Howard J. Kaplan
Johnny Yeh
**Arkin Kaplan Rice LLP**
590 Madison Avenue
35th Floor
New York, NY 10022
hkaplan@arkin-law.com
jyeh@arkin-law.com

Joseph M. Drayton
Jonathan Agudelo
Jane Parver
Madlyn Primoff
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022
jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

Katharine L. Mayer
**McCarter English**
405 N. King Street, 8th Floor
Wilmington, DE 19801
kmayer@mccarter.com

J. Kate Stickles
**Cole, Schotz, Meisel, Forman &
Leonard, P.A.**
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

Kevin T. Lantry
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, California 90013
klantry@sidley.com

Lynn DiPaola Marvin
**Jones Day**
222 East 41st Street
New York, New York  10017
lmarvin@jonesday.com

Laurie Silverstein

6

| |
|---|
| R. Stephen McNeill<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>**Pepper Hamilton LLP**<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>schannej@pepperlaw.com<br>starttond@pepperlaw.com |
| Rachel Mauceri<br>**Morgan, Lewis & Bockius**<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>rmauceri@morganlewis.com |
| Menachem Zelmanovitz<br>**Morgan, Lewis & Bockius**<br>101 Park Avenue<br>New York, NY 10178<br>mzelmanovitz@morganlewis.com |
| Charles Jackson<br>Deborah Davidson<br>Theodore Becker<br>Gregory P. Abrams<br>James E. Bayles<br>Matthew A. Russell<br>**Morgan, Lewis & Bockius**<br>77 West Wacker Dr.<br>Chicago, IL 60601<br>Charles.jackson@morganlewis.com<br>ddavidson@morganlewis.com<br>tbecker@morganlewis.com<br>gabrams@morganlewis.com<br>jbayles@morganlewis.com<br>marussell@morganlewis.com |
| William D. Sullivan<br>Elihu Allinson<br>**Sullivan Hazeltine Allinson**<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>zallinson@sha-llc.com<br>bsullivan@sha-llc.com |

7

RLF1 3808347v. 1

Beth E. Levine
**Pachulski Stang Ziehl & Jones**
780 Third Avenue
36th Floor
New York, NY 10017
blevine@pszjlaw.com

Dated:  February 15, 2011
       Wilmington, Delaware

                  Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Benjamin S. Kaminetzky
Elliot Moskowitz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4500
Facsimile:  (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*

RLF1 3808347v. 1