## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of February, 2011, he caused a copy of the foregoing *Notice of Service* to be served on the following counsel via first class mail:

| **Via First Class Mail** |
|---|
| David M. Miles |
| Donald Flagg |
| James F. Bendernagel, Jr. |
| **Sidley Austin LLP** |
| 1501 K Street, N.W. |
| Washington, D.C. 20005 |
| dmiles@sidley.com |
| dflagg@sidley.com |
| jbendern@sidley.com |
| David S. Rosner |
| Sheron Korpus |
| Christine A. Montenegro |
| Matthew Stein |
| **Kasowitz, Benson, Torres & Friedman LLP** |
| 1633 Broadway |
| New York, NY 10019 |
| drosner@kasowitz.com |
| skorpus@kasowitz.com |
| cmontenegro@kasowitz.com |
| mstein@kasowitz.com |
| Elizabeth Goldberg |
| Leonard Gerson |
| Christine Heri |
| Michael Schloss |
| **U.S. Department of Labor** |
| P.O. Box 1914 |
| Washington, D.C. 20013 |
| Goldberg.Elizabeth@dol.gov |
| Gerson.Leonard@dol.gov |
| Heri.Christine@dol.gov |
| Schloss.Michael@dol.gov |
| C. Dana Hobart |
| James O. Johnston |
| Joshua Mester |
| A. Brent Truitt |

| |
|---|
| **Hennigan, Bennett & Dorman LLP**<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br>hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com<br>truittb@hbdlawyers.com |
| Jared A. Ellias<br>Gordon Z. Novod<br>Kate Bromberg<br>Martin Siegel<br>Andrew Dash<br>Robert Stark<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036<br>jellias@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com<br>adash@brownrudnick.com<br>rstark@brownrudnick.com |
| Alitia Faccone<br>Joseph T. Boccassini<br>John C. Kelley<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>afaccone@mccarter.com<br>jboccassini@mccarter.com<br>jkelly@mccarter.com |
| Andrew N. Goldfarb<br>Graeme W. Bush<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Ste 1000<br>Washington, DC 20036<br>agoldfarb@zuckerman.com<br>gbush@zuckerman.com<br>jsottile@zuckerman.com |
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>Kira Davis |

| |
|---|
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com<br>kdavis@paulweiss.com |
| Andrew W. Hammond<br>Brian E. Fritz<br>David Hille<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>alevy@paulweiss.com |
| Andrew N. Goldman<br>Charles C. Platt<br>Dawn M. Wilson<br>**Wilmer Hale**<br>399 Park Avenue<br>New York, NY 10022<br>andrew.goldman@wilmerhale.com<br>charles.platt@wilmerhale.com<br>dawn.wilson@wilmerhale.com |
| Alexandra K. Nellos<br>David M. LeMay<br>Howard Seife<br>Marc Ashley<br>Robert A. Schwinger<br>Thomas McCormack<br>Eric Przybylko<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>anellos@chadbourne.com<br>dlemay@chadbourne.com<br>hseife@chadbourne.com<br>mashley@chadbourne.com |

RLF1 3808347v. 1

| |
|---|
| rschwinger@chadbourne.com<br>tmccormack@chadbourne.com<br>EPrzybylko@chadbourne.com |
| Abid Qureshi<br>Daniel Golden<br>Deborah Newman<br>David Zensky<br>Jason Goldsmith<br>Mitchell Hurley<br>Nancy Chung<br>Sunny Gulati<br>Christine Doniak<br>Philip Dublin<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com<br>mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com<br>pdublin@akingump.com |
| Brad B. Erens<br>**Jones Day**<br>77 West Wacker<br>Chicago, Illinois 60601<br>bberens@jonesday.com |
| Barney J. Skladany Jr.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>bcarney@akingump.com |
| Steven M. Bierman<br>Andrew D. Hart<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>SBierman@Sidley.com<br>AHart@Sidley.com |
| Bryan Krakauer<br>Colleen M. Kenney<br>James F. Conlan |

RLF1 3808347v. 1

| |
|---|
| James W. Ducayet<br>Jen Peltz<br>Dale E. Thomas<br>Patrick Wackerly<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>bkrakaue@sidley.com<br>ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| David Adler<br>**McCarter English**<br>245 Park Avenue<br>27th Floor<br>New York, NY 10167<br>dadler@mccarter.com |
| Daniel L. Cantor<br>Daniel Shamah<br>Bradley Butwin<br>**O'Melveny & Myers LLP**<br>7 Times Square<br>New York, NY 10036<br>dcantor@omm.com<br>dshamah@omm.com<br>bbutwin@omm.com |
| Evan D. Flaschen<br>**Bracewell & Giuliani LLP**<br>225 Asylum Street<br>Suite 2600<br>Hartford, CT 06103<br>evan.flaschen@bgllp.com |
| Howard J. Kaplan<br>Johnny Yeh<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue<br>35th Floor<br>New York, NY 10022<br>hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Joseph M. Drayton<br>Jonathan Agudelo<br>Jane Parver |

RLF1 3808347v. 1

| |
|---|
| Madlyn Primoff<br>**Kaye Scholer LLP**<br>425 Park Avenue<br>New York, NY 10022<br>jdrayton@kayescholer.com<br>jonathan.agudelo@kayescholer.com<br>jparver@kayescholer.com<br>mprimoff@kayescholer.com |
| Katharine L. Mayer<br>**McCarter English**<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com |
| J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>kstickles@coleschotz.com |
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013<br>klantry@sidley.com |
| Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York 10017<br>lmarvin@jonesday.com |
| Laurie Silverstein<br>R. Stephen McNeill<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>**Pepper Hamilton LLP**<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>schannej@pepperlaw.com<br>starttond@pepperlaw.com |
| Rachel Mauceri |

| |
|---|
| **Morgan, Lewis & Bockius** <br> 1701 Market St. <br> Philadelphia, PA 19103-2921 <br> rmauceri@morganlewis.com |
| Menachem Zelmanovitz <br> **Morgan, Lewis & Bockius** <br> 101 Park Avenue <br> New York, NY 10178 <br> mzelmanovitz@morganlewis.com |
| Charles Jackson <br> Deborah Davidson <br> Theodore Becker <br> Gregory P. Abrams <br> James E. Bayles <br> Matthew A. Russell <br> **Morgan, Lewis & Bockius** <br> 77 West Wacker Dr. <br> Chicago, IL 60601 <br> Charles.jackson@morganlewis.com <br> ddavidson@morganlewis.com <br> tbecker@morganlewis.com <br> gabrams@morganlewis.com <br> jbayles@morganlewis.com <br> marussell@morganlewis.com |
| William D. Sullivan <br> Elihu Allinson <br> **Sullivan Hazeltine Allinson** <br> 4 East 8th Street, Suite 400 <br> Wilmington, DE 19801 <br> zallinson@sha-llc.com <br> bsullivan@sha-llc.com |
| Beth E. Levine <br> **Pachulski Stang Ziehl & Jones** <br> 780 Third Avenue <br> 36th Floor <br> New York, NY 10017 <br> blevine@pszjlaw.com |

/s/ Drew G. Sloan
_____
Drew G. Sloan (No. 5069)

RLF1 3808347v. 1