# EXHIBIT A

**[Proposed Order Granting Motion to Seal]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re: : Chapter 11 Cases
 : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al., : (Jointly Administered)
 :
Debtors. : Re: D.I. 7996, _____
------------------------------------------------------X

### ORDER APPROVING MOTION OF WILMINGTON TRUST COMPANY FOR AUTHORIZATION TO SEAL PORTIONS OF OBJECTION TO THE SECOND AMENDED DEBTOR/COMMITTEE/LENDER PLAN

Upon consideration of the *Motion of Wilmington Trust Company for Authorization to Seal Portions of Objection to the Second Amended Debtor/Committee/Lender Plan* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Wilmington Trust Company is hereby granted permission to file under seal portions of the *[Redacted] Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan* [Docket No. 7996], pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: February _____, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge