## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 15th day of February 2011, I caused copies of the within *Motion of Wilmington Trust Company for Authorization to Seal Portions of Objection to the Second Amended Debtor/Committee/Lender Plan* to be served upon the parties listed on the attached service list via U.S. Mail, First Class, postage pre-paid.

February 15, 2011  
Date

*/s/ William D. Sullivan*  
William D. Sullivan

James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7036

Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3117

Bruce Bennett
James O. Johnston
Joshua M. Mester
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
(213) 694-1234

Robert S. Brady
M. Blake Cleary
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-1253

Andrew Goldman
WILMER HALE llp
399 Park Avenue
New York, NY 10022
(212) 230-8888

David M. Klauder
OFFICE OF THE UNITED STATES
TRUSTEE
844 King Street, Suite 2207
Wilmington, DE 19801
(302) 573-6497

Howard Seife
David M. Le May
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 541-5369

Adam G. Landis
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4450

Graeme W. Bush
James Sottile
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 822-8106

Donald S. Bernstein
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 701-5800

Mark Collins
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7701

William P. Bowden
Amanda M. Winfree
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(302) 654-2067

Daniel Golden
Philip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1002

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-8600

David S. Rosner
Andrew K. Glenn
Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1800

Jeffrey M. Schlerf
Eric M. Sutty
John H. Strock
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 656-8920

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 354-8113

Thomas E. Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
(305) 358-5744

Katharine L. Mayer
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6399

David Adler
MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
(212) 609-6921