## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket Nos. 7928 & 7939** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 14, 2011, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

a. "Notice of Amended Agenda of Matters Scheduled for Hearing on February 15, 2011 at 10:00 A.M. before the Honorable Kevin J. Carey," dated February 14, 2011 [Docket No. 7928], (the "Amended Agenda"), and

b. "Notice of Second Amended Agenda of Matters Scheduled for Hearing on February 15, 2011 at 10:00 A.M. before the Honorable Kevin J. Carey," dated February 14, 2011 [Docket No. 7939], (the "Second Amended Agenda"),

by causing true and correct copies of the:

i.   Amended Agenda and Second Amended Agenda, to be delivered via facsimile to those parties listed on the annexed Exhibit A,

ii.  Second Amended Agenda to be delivered via facsimile to Alan N. Salpeter at 312-729-6588,

iii. Amended Agenda to be delivered via electronic mail to: msenter@lermansenter.com and sbuckman@lermansenter.com, and

iv.  Second Amended Agenda to be delivered via electronic mail to: skaufman@coochtaylor.com, and mfelger@cozen.com.

Eleni Kossivas

Sworn to before me this
15th day of February, 2011

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\TRIBUNE\Affidavits\Amended Agenda, Second Amended Agenda_DI 7928 & 7939_Aff_2-14-11.doc

**EXHIBIT A**

| Name | Fax |
|------|-----|
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley  VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| Ellen W Slights | 302-573-6431 |
| Stuart M Brown | 302-777-7263 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon   Tara M DiRocco | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   LA Raport   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Margaret F England | 302-984-3939 |
| Rachel B Mersky | 302-656-2769 |
| Adam Hiller   Donna Harris | 302-442-7046 |
| Sherry Ruggiero Fallon | 302-658-4018 |
| Ian Connor Bifferato   Kevin Collins | 302-254-5383 |
| MR Lastowski  SL Ross  RW Riley  LK Kotler | 302-657-4901 |
| William P Bowden   Amanda Winfree | 302-654-2067 |
| LD Jones    TP Cairns  MM Billion | 302-652-4400 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Jamie L Edmonson | 302-658-6395 |
| Dennis A Meloro | 302-661-7360 |
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James F Conlan   Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   D LeMay   D Deutsche  T McCormack | 212-541-5369 |
| Graeme W Bush    James Sottile | 202-822-8106 |
| B Kamunetzky D Glazer E Moskowitz M Russano | 212-607-7999 |
| MG Primoff  JW Parver | 212-836-6525 |
| F Hyman   J Tougas   B Trust   A Trehan   B Yan | 212-262-1910 |
| Joseph L Christensen | 302-655-4420 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |

| | |
|---|---|
| W Hazeltine  WD Sullivan   EE Allinson III | 302-428-8195 |
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow  David T May | 302-252-4466 |
| James E Huggett | 302-888-1119 |
| MS Senter Jr   SA Buckman | 202-429-4618 |
| David G Hille   Scott Greissman | 212-354-8113 |
| Thomas E Lauria | 305-358-5744 |
| Thomas E Lauria | 305-358-5766 |
| AH Friedman   S Wolosky   FJ Levy | 212-451-2222 |
| D Golden   D Zensky  A Qureshi  M Hurley | 212-872-1002 |
| DS Rosner   AK Glenn   S Korpus | 212-506-1800 |
| David Adler | 212-609-6921 |
| RJ Stark   MS Siegel   GZ Novod | 212-209-4801 |
| P Silverstein  R Russell  JB Reckmeyer | 212-850-2929 |
| B Bennett   JO Johnston  JM Mester | 213-694-1234 |
| Andrew Goldman | 212-230-8888 |
| DL Bradford  CL Steege  AW Vail | 312-840-7375 |
| Steven A Beckelman | 973-624-7070 |
| Steven A Beckelman | 973-297-3847 |
| DG Heiman  FE Sherman | 312-782-8585 |
| Tom W Davidson | 202-887-4288 |
| Charles S Bergen | 312-558-1195 |