IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                              :    Chapter 11
                                                    :
TRIBUNE COMPANY, et al.,                            :    Case No. 08-13141 (KJC)
                                                    :
                    Debtors.                        :    Jointly Administered
                                                    :
                                                    :    Hearing Date: March 7, 2011 at 10:00 a.m.
                                                    :    Objections Due: February 28, 2011 at 4:00 p.m.
---                                                      Related to Docket Nos. 7801 & 8013

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 16, 2011, Aurelius Capital Management, LP, filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal the Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a hearing on the Motion for **March 7, 2011 at 10:00 a.m. (E.T.)** before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **February 28, 2011 at 4:00 p.m. (ET)**. Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00487491;v1}

Dated: February 16, 2011
      Wilmington, Delaware

                            **ASHBY & GEDDES, P.A.**

                            BY: /s/ Amanda M. Winfree
                            William P. Bowden (I.D. No. 2553)
                            Amanda M. Winfree (I.D. No. 4615)
                            Leigh-Anne M. Raport (I.D. No. 5055)
                            500 Delaware Avenue
                            P.O. Box 1150
                            Wilmington, DE 19899
                            (302) 654-1888

                            -and-

                            Daniel H. Golden
                            David M. Zensky
                            Abid Qureshi
                            Mitchell Hurley
                            Akin Gump Strauss Hauer & Feld LLP
                            One Bryant Park
                            New York, New York 10036
                            (212) 872-1000

                            *Co-counsel to Aurelius Capital Management, LP*

{00487491;v1}