# EXHIBIT A

**[Proposed Order Granting Motion to Seal]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                    )  Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )  Case No. 08-13141 (KJC)
                                          )
       Debtors.                           )  Jointly Administered
                                          )
                                             **Related D.I. No. 7801, 8013 & ___**
------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal the Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan Of Reorganization* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP ("Aurelius") is hereby granted permission to file under seal the *Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization* (the "Plan Objection"), pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

3. Aurelius shall file a redacted copy of the Plan Objection by February 16, 2011.

Dated: February____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

{00487049;v1}