John H. Aspelin
220 Montgomery St. Suite 1009
San Francisco, CA. 94104
tel. 415 296 9812
fax 415 296 9814
jaspelin@aspelinbridgman.com

FEB 1 5 REC'D

Hon. Kevin J. Carey
Chief United States Bankruptcy Judge
United States Bankruptcy Court
for the District of Delaware
824 Market Street  Fifth Floor
Wilmington, Delaware 19801

February 10, 2011

In re: Tribune Company, et. al.
Chapter 11 Cases
Case No. 08-13141 (KJC)
(Jointly Administered)

Dear Judge Carey,

I am writing regarding the Tribune bankruptcy and the circumstances for small bondholders such as myself. I own 6 shares which I purchased for my SEP IRA. At the time of purchase the bonds were rated investment grade and with a maturity of less than 10 years. It is my practice to only purchase investment grade bonds with maturities of less than 10 years.

I think it is outrageous that the examiner has found the debtor acted fraudulently with respect to 4 billion dollars of indebtedness. I purchased the bonds so that they would have the preferred status ahead of shareholders. From what I understand, bond money was used to benefit the shareholders in taking the company private. This upsets the fundamental standing of bond holders vis-a-vie the shareholders, effectively giving shareholders priority over bond holders.

I believe that the plan involving further litigation with the possibility of full recovery for the bondholders as opposed to final settlements with payment of only 1/3rd of the bond values represents the best interests of the small bondholders.

Sincerely yours,

*[signature]*

John H. Aspelin
JHA:hs