# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br>　　　　　　　　　　　Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Objection Deadline:** 02/15/11<br>**Hearing Date:** 03/07/11<br>Related to Docket Nos. 7136 and 7801 |

## JOINDER OF TIMOTHY P. KNIGHT TO OBJECTION OF CERTAIN CURRENT AND FORMER OFFICERS AND DIRECTORS [DOCKET NO. 7981]

Timothy P. Knight hereby joins in the following objection that was made by Certain Current and Former Officers and Directors on February 15, 2011: *Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes* [Docket No. 7981].

**WHEREFORE**, for the reasons set forth in the Objection by Certain Current and Former Officers and Directors, Timothy P. Knight respectfully requests that this Court enter an order denying confirmation of the (i) Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JP Morgan

Chase Bank, N.A. and (ii) Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes, and granting such further relief as is just and equitable.

Dated: February 15, 2011        Respectfully submitted,

**HANNAFAN & HANNAFAN, LTD.**

By: *Michael T. Hannafan*
Michael T. Hannafan
Blake T. Hannafan
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220
Attorneys for Timothy P. Knight

## CERTIFICATE OF SERVICE

I, Michael T. Hannafan, Esq. of Hannafan & Hannafan, Ltd hereby certify that on this 15th day of February 2011, I caused a true and correct copy of **Joinder of Timothy P. Knight to Objection of Certain Current and Former Officers and Directors [Docket No. 7981]** to be served upon the parties listed below via ECF and first class mail with proper postage prepaid:

*Michael T. Hannafan*
Michael T. Hannafan
One of the Attorneys for Timothy P. Knight

Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone:   (312) 527-0055
Facsimile:   (312) 527-0220

## SERVICE LIST

Tribune Company
Attn: Chief Legal Officer
435 Michigan Avenue
Chicago, IL 60611

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

David M. LeMay
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Graeme W. Bush
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

Bruce Bennett
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

Andrew Goldman
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

Damian S. Schaible
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Mark Collins
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Daniel H. Golden
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899

David Adler
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Martin S. Siegel
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801