# HANNAFAN & HANNAFAN, LTD.

One East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 527-0055
Fax: (312) 527-0220

www.hannafanlaw.com

February 15, 2011

**Via Federal Express**

Clerk of Court
United States Bankruptcy Court, District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Re:  *In re: Tribune Company, et al.*
     Chapter 11
     Case No. 08-13141 (KJC)

Dear Sir/Madam:

Enclosed please find the following document to be filed electronically in the above-captioned matter: **Joinder of Timothy P. Knight to Objection of Certain Current and Former Officers and Directors [Docket No. 7981]**.

As I explained over the telephone to a member of your staff earlier today, we do not yet have local counsel in this matter and do not yet have CM/ECF access to the United States Bankruptcy Court for the District of Delaware (both of which we will remedy shortly in accordance with the local rules). If you have any questions, please do not hesitate to contact me. Thank you for your cooperation.

Very truly yours,

James A. McGuinness

| From: (312) 527-0055<br>Michael T. Hannafan<br>Hannafan & Hannafan, Ltd.<br>One East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Origin ID: CHIA | FedEx Express | Ship Date: 15FEB11<br>ActWgt 1.0 LB<br>CAD: 9829593/INET3130 |

**E**

J11101012220225

Delivery Address Bar Code



SHIP TO: (302) 252-2900        BILL SENDER

**Clerk of the Court**
**U.S. Bankruptcy Ct. Dist. of Delaw**
**824 North Market Street**
**3rd Floor**
**Wilmington, DE 19801**

Ref #        KNIGHT
Invoice #
PO #
Dept #



TRK#  7944 2977 4910
0201

WED - 16 FEB  A1
**STANDARD OVERNIGHT**

**XB ZWIA**

19801
DE-US
**PHL**





50DG1/82C2/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html        2/15/2011