**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY,** *et al.***,** | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**JOINDER OF MEMBERS OF THE TRIBUNE COMPANY
EMPLOYEE COMPENSATION DEFENDANTS GROUP IN JOINT
OBJECTION OF THE DEBTORS, THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, ANGELO, GORDON & CO., L.P., OAKTREE
CAPITAL MANAGEMENT, L.P. AND JPMORGAN CHASE BANK, N.A.
TO CONFIRMATION OF THE NOTEHOLDER PLAN [DOCKET NO. 8011]**

Certain members of the Tribune Company Employee Compensation Defendants Group

(the "ECDG"),[1] by and through their undersigned counsel, hereby join in the Joint Objection (the

"Joint Objection") of the Debtors, the Official Committee of Unsecured Creditors, Angelo,

Gordon & Co., L.P., Oaktree Capital Management, L.P. and JPMorgan Chase Bank, N.A. to

Confirmation of the Noteholder Plan, and respectfully state as follows:

**BACKGROUND AND STANDING**

1.      On December 8, 2008 (the "Petition Date"), the Debtors filed voluntary petitions

for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the

"Bankruptcy Code").  The Debtors continue to operate their businesses as debtors in possession

pursuant to 11 U.S.C. §§ 1107 and 1108.

---

[1] This joinder  is filed on behalf of the following employees of the Debtors and members of the ECDG:  Julie Anderson, Tom Anischik, Mike Asher, Roger A. Bare, Thomas (MCall) Brown, Becky Brubaker, David Bucknor, Thomas Caputo, Vince Casanova, Patti Cazeaux, Bob Christie, Ray Daley, Cathy Davis, Larry Delia, Phil B. Doherty, Steve Farber, Rich Feeney, James Feher, Jay Fehnel, Karen H. Flax, Chris Fricke, Mike Gart, Vince Giannini, Karlene Goller, Richard Graziano, Howard Greenberg, John Hendricks, Alice Iskra, Janice Jacobs, Judy A. Juds, Anne S. Kelly, Gerould W. Kern, Avido Khahaifa, Patty Kolb, Tom Langmyer, Brian F. Litman, Walter Mahoney, Jerry Martin, Gina M. Mazzaferri, Nancy A Meyer, Eric Meyrowitz, Susan Mitchell, Dan Mitrovich, Robyn Motley, Robin Mulvaney, Gwen Murakami, Russ Newton, Thomas Nork, Bill O'Donovan, John O'Loughlin, Norbert Ortiz, Dan O'Sullivan, Pam Pearson, Scott Pompe, Charles Ray, Justo Rey, Sheau-ming Ross, Rob Rounce, Tim Ryan, Henry Segal, Stephen Seidl, Charles J. Sennet, Patrick Shanahan, Shaun Sheehan, Sharon Silverman, Digby Solomon, Laura Tarvainen, Lou Tazioli, Doug Thomas, Tim Thomas, Stephen Tippie, Cam B. Trinh, Deborah B. Vinakos, Michael Weiner, Gary Weitman, Feli Wong, Julie Xanders, Joseph Young and John Zelenka.

2.      On or about December 4, 2010, the Official Committee of Unsecured Creditors commenced adversary proceedings, pursuant to 11 U.S.C. §§ 547, 548 and 550, against certain of the Debtors' employees who comprise the ECDG (the "ECDG Adversary Proceedings").  The ECDG Adversary Proceedings seek to avoid and recover purported preferential and/or fraudulent transfers made by certain of the Debtors to individual members of the ECDG.

3.      On December 9, 2010, the Noteholders filed the Noteholder Plan [Docket No. 7127].[2]

4.      On February 15, 2011, the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (collectively, the "Debtor Plan Proponents") filed their Joint Objection to confirmation of the Noteholder Plan [Docket No. 8011].

5.      The members of the ECDG, as adversary proceeding defendants, are parties in interest to this bankruptcy case and have standing to join in the Joint Objection pursuant to 11 U.S.C. § 1109(b), which states: "[a] party in interest . . . may raise and may appear and be heard on any issue in a case under this chapter." 11 U.S.C. §1109(b); *see, e.g., In re Quigley Co.*, 391 B.R. 695, 703 (Bankr. S.D.N.Y. 2008).

## **JOINDER**

6.      Certain members of the ECDG as identified in footnote 1 herein adopt and incorporate by reference the arguments set forth in the Introduction and Section IV of the Joint Objection in their entirety.[3]

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Joint Objection.

[3] The failure of the members of the ECDG to join in any argument set forth in the Joint Objection should not be construed as disagreement with those arguments.  Rather, those particular arguments address issues only indirectly related to the impact of the Noteholder Plan on the ECDG.

WHEREFORE, certain members of the ECDG request that the Court enter an order:

(i)      denying confirmation of the Noteholder Plan; and

(ii)     granting such further relief as this Court deems just.


Dated: February 16, 2011                    */s/Daniel K. Hogan*
                                            Daniel K. Hogan (DE Bar #2814)
                                            THE HOGAN FIRM
                                            1311 Delaware Avenue
                                            Wilmington, DE 19806
                                            Telephone: (302) 656-7540
                                            Facsimile: (302) 656-7599
                                            dkhogan@dkhogan.com

                                            -and-

                                            Frances Gecker (IL ARDC # 6198450)
                                            Joseph D. Frank (IL ARDC # 6216085)
                                            Reed Heiligman (IL ARDC # 6294312)
                                            FRANK/GECKER LLP
                                            325 North LaSalle Street, Suite 625
                                            Chicago, Illinois  60654
                                            Telephone:     (312) 276-1400
                                            Facsimile:     (312) 276-0035
                                            fgecker@fgllp.com
                                            jfrank@fgllp.com
                                            rheiligman@fgllp.com

                                            Attorneys for Employee Compensation
                                            Defendants Group