**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, Esquire, of The Hogan Firm hereby certify that on this 16th day of February 2011, I caused to be served a copy of the foregoing **JOINDER OF MEMBERS OF THE TRIBUNE COMPANY EMPLOYEE COMPENSATION DEFENDANTS GROUP IN JOINT OBJECTION OF THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ANGELO, GORDON & CO., L.P., OAKTREE CAPITAL MANAGEMENT, L.P. AND JPMORGAN CHASE BANK, N.A. TO CONFIRMATION OF THE NOTEHOLDER PLAN [DOCKET NO. 8011) ,** upon the parties listed on the attached service list as indicated via email.

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)

James F. Conlan, Esquire
Bryan Krakauer, Esquire
James F. Bendernagel, Jr., Esquire
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (Fax)
jconlan@sidley.com
bkrakauer@sidley.com
jbendernagel@sidley.com

Norman L. Pernick, Esquire J.
Kate Stickles, Esquire
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
CHADBOURNE & PARKE LLP
30 Rockerfeller Plaza
New York, NY 10012
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com

Graeme W. Bush, Esquire
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036-5807
gbush@zuckerman.com

Adam G. Landis, Esquire
LANDIS, RATH & COBB, LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
landis@lrclaw.com

Robert J. Stark, Esquire
Martin J. Siegel, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10007
rstark@brownrudnick.com
msiegel@brownrudnick.com

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
bsul1ivan@sha-11c.com

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
(212) 506-1800 (Fax)
drosner@kasowitz.com
aglenn@kasowitz.com

Garvan F. McDaniel, Esquire
BIFFERATO GENTILOTTI
800 North King Street, Plaza Level
Wilmington, DE 19801
gmcdaniel@bgdelaw.com

Donald S. Bernstein, Esquire
Dennis E. Glazer, Esquire
Damian S. Schaible, Esquire
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
donald.bernstein@dpw.com
dennis.glazer@dpw.com
damian.schaible@dpw.com

Mark D. Collins, Esquire
Robert Stearn, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
stearn@rlf.com

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue
Wilmington, DE 19899
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com

Bruce Bennett, Esquire
James 0. Johnston, Esquire
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com

David J. Adler, Esquire
MCCARTER & ENGLISH LLP
245 Park Avenue
New York, NY 10167
dadler@mccarter.com

Robert Brady, Esquire
M. Blake Cleary, Esquire
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
P.O. Box 391
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19888
rbrady@ycst.com
mbcleary@ycst.com

Katherine L. Mayer, Esquire
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
kmayer@mccarter.com

Daniel H. Golden, Esquire
Philip Dublin, Esquire
AKIN, GUMP, STRAUSS,
HAUER & FELD LLP
One Byrant Park
New York, NY 10036
dgolden@akingump.com
pdublin@akingump.com