```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE



                                    )
IN RE:                              ) Chapter 11
                                    )
TRIBUNE COMPANY, et al.,            ) Case No. 08-13141 (KJC)
                                    )
                                    ) Courtroom 5
                                    ) 824 Market Street
_____Debtors._____    ) Wilmington, Delaware


                                      February 15, 2011
                                      10:03 a.m.


                        TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE KEVIN J. CAREY
                   UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

| | |
|---|---|
| For Debtors: | Sidley Austin LLP<br>BY: JAMES BENDERNAGEL, JR., ESQ.<br>One South Dearborn<br>Chicago, IL 60603<br>(213) 896-6022 |
| | Cole, Schotz, Meisel, Forman &<br>Leonard, PA<br>BY:  NORMAN PERNICK, ESQ.<br>500 Delaware Ave., Suite 1410<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 652-3131 |
| ECRO: | AL LUGANO |
| Transcription Service: | DIAZ DATA SERVICES<br>331 Schuylkill Street<br>Harrisburg, Pennsylvania 17110<br>(717) 233-6664<br>www.diazdata.com |

Proceedings recorded by electronic sound recording; transcript produced by transcription service

APPEARANCES:
(Continued)

For The Creditors Committee:    Landis Rath & Cobb
                                BY:   MATTHEW MCGUIRE, ESQ.
                                919 Market Street Suite 1800
                                P.O. Box 2087
                                Wilmington, DE 19899
                                (302) 467-4400

                                Chadbourne & Parke LLP
                                BY:   DAVID LEMAY, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100

For JP Morgan Chase:            Davis Polk & Wardwell
                                BY:   DAVID MOSKOWITZ, ESQ.
                                BY:   KAREN LUFTGLASS, ESQ.
                                450 Lexington Avenue
                                New York, NY 10017
                                (212) 450-4000

                                Richards Layton & Finger
                                BY:   ROBERT J. STEARN, JR., ESQ.
                                One Rodney King Square
                                920 North King Street
                                Wilmington, DE 19801
                                (302) 651-7612

For Merrill Lynch:              Potter Anderson & Corroon LLP
                                BY: LAURIE SELBER SILVERSTEIN
                                Hercules Plaza
                                1313 North Market Street
                                6th Floor
                                Wilmington, DE 19801
                                (302) 984-6000

                                Kaye Scholer, LLP
                                BY:   JOSEPH DRAYTON, ESQ.
                                425 Park Avenue
                                New York, NY  10022-3598
                                (212) 836-7042

APPEARANCES:
(Continued)


For Wilmington Trust:          Brown Rudnick
                               BY:  MARTIN SIEGEL, ESQ.
                               Seven Times Square
                               New York, NY 10036
                               (212) 209-4800

For Barclays Bank:             Edwards Angell Palmer & Dodge
                               BY:  MICHELLE MARINO, ESQ.
                               919 North Market Street
                               15th Floor
                               Wilmington, DE 19801
                               (302) 777-7770

For Aurelius Capital           Ashby & Geddes, P.A.
Management LP:                 BY:  AMANDA M. WINFREE, ESQ.
                               500 Delaware Avenue
                               P.O. Box 1150
                               Wilmington, DE 19899-1150
                               (302) 654-1888

                               Akin Gump Strauss Hauer & Feld
                               BY:  ABID QURESHI, ESQ.
                               One Bryant Park
                               New York, NY 10036
                               (212) 872-1000

For Credit Agreement           Young Conaway Stargatt & Taylor
Lenders:                       BY:  BLAKE CLEARY, ESQ.
                               The Brandywine Building
                               1000 West Street 17th Floor
                               P.O. Box 391
                               Wilmington, DE 19801
                               (302) 571-6600

For Law Debenture:             Bifferato Gentilotti
                               BY:  GARVAN F. MCDANIEL, ESQ.
                               800 North King Street
                               Plaza Level
                               Wilmington, DE 19801
                               (302) 429-1900

For Citigroup:                 Paul Weiss Rifkind Warton &
                               Garrison, LLP
                               BY:  ANDREW GORDON, ESQ.
                               BY:  ANDREW LEVY, ESQ.
                               BY:  KIRA DAVIS, ESQ.
                               1285 Avenue of the Americas
                               New York, NY 10019-6064
                               (212) 373-3000

APPEARANCES:
(Continued)

For Daniel Kazan:                   Polsinelli Shughart, PC
                                    BY:   CHRISTOPHER WARD, ESQ.
                                    222 Delaware Avenue, Ste. 1101
                                    Wilmington, DE  19801
                                    (302) 252-0920

                                    Dewey & LeBoeuf
                                    BY:   THERESE KING NOHOS, ESQ.
                                    Two Prudential Plaza, Ste. 3700
                                    180 North Stetson Avenue
                                    Chicago, IL  60601
                                    (312) 794-8000

For Great Bank:                     Womble Carlyle Sandridge & Rice
                                    BY:  RYAN C. CICOSKI, ESQ.
                                    222 Delaware Ave., Ste. 1501
                                    Wilmington, DE  19801
                                    (302) 252-4336

TELEPHONIC APPEARANCES:

For Official Committee
Of Unsecured Creditors:             Zuckerman Spaeder, LLP
                                    BY:  GRAEM BUSH, ESQ.
                                    (202) 778-1800

For Deutsche Bank:                  McCarter & English
                                    BY:  DAVID J. ADLER, ESQ.
                                    (212) 609-6800

For Interested Party:               SuttonBrook Capital Management
                                    BY:  CAROL L. BALE
                                    (212) 588-6640

For Interested Party:               Kramer Levin Naftalis & Frankel
                                    BY:  DAVID E. BLABEY, JR.,ESQ.
                                    (212) 715-9100

For Dow Jones News Wires:           Dow Jones & Company
                                    BY:  PEG BRICKLEY
                                    (215) 462-0953

For Interest Party:                 Goldman Sachs & Company
                                    BY:  SCOTT BYNUM, ESQ.
                                    (212) 902-8060

For Interest Party:                 Bank of America
                                    BY:  ESTHER CHUNG, ESQ.
                                    (646) 855-6705

TELEPHONIC APPEARANCES:
(Continued)

For Debtor:                     Tribune Company
                                BY:  DAVID ELDERSVELD
                                (312) 222-4704
                                BY:  DON LIEBENTRITT
                                (312) 222-3651
                                BY:  GARY WEITMAN
                                (312) 222-3394
                                BY:  MICHAEL D. O'NEAL
                                (312) 222-3490

                                Sidley Austin
                                BY:  JESSICA BOELTER, ESQ.
                                (312) 853-7030
                                BY:  JAMES BENDERNAGEL, ESQ.
                                (202) 736-8136
                                BY:  GREG DEMO, ESQ.
                                (312) 853-7758
                                BY:  JAMES DUCAYET, ESQ.
                                (312) 853-7621
                                BY:  COLLEEN KENNEY, ESQ.
                                (312)853-2931
                                BY:  CANDICE KLINE, ESQ.
                                (312) 853-7778
                                BY:  BRIAN KRAKAUER, ESQ.
                                (312) 853-7515
                                BY:  KEVIN LANTRY, ESQ.
                                (213) 896-6022
                                BY:  JILLIAN LUDWIG, ESQ.
                                (312) 853-7523
                                BY:  DAVID MILES, ESQ.
                                (202) 736-8556


For Bank of America:            O'Melveny & Myers
                                BY:  DANIEL S. SHAMAH, ESQ.
                                BY:  DANIEL CANTOR, ESQ.
                                (212) 326-2138
For Wilmington Trust
Company:
                                Brown Rudnick, LLP
                                BY:  JARED ELLIAS, ESQ.
                                (212)209-4889
                                BY:  ANDREW DASH, ESQ.
                                (212) 209-4811
                                BY:  KATHERINE BROMBERG, ESQ.
                                (212) 209-4929


For EGI-TRB LLC:                Jenner & Block LLP
                                BY:  ANDREW VAIL, ESQ.
                                (312) 840-8688

TELEPHONIC APPEARANCES:
(Continued)

For Citigroup:                    Paul Weiss Rifkind Wharton &
                                  Garrison LLP
                                  BY:  AMY DIETERICH, ESQ.
                                  (212) 373-3688
                                  BY:  SHANNON PENNOCK, ESQ.
                                  (212) 373-3000

For JPMorgan Chase Bank:          BY:  KEVIN C. KELLEY
                                  (212) 648-0427

For Barclays:                     Mayer Brown LLP
                                  BY:  MICHAEL L. SIMES, ESQ.
                                  (212) 506-2607
                                  BY:  AMIT K. TREHAN, ESQ.
                                  (212) 506-2198
                                  BY:  JEAN-MARIE ATAMIAN, ESQ.
                                  (212) 506-2678

For Aurelius Capital              Akin Gump Strauss Hauer & Feld
Management:                       BY:  DANIEL H. GOLDEN, ESQ.
                                  BY:  DEBORAH NEWMAN, ESQ.
                                  (212) 872-1000

                                  Aurelius Capital Management
                                  BY:  MATTHEW ZLOTO, ESQ.
                                  (646) 445-6518

                                  Friedman Kaplan Seller & Adelman
                                  BY:  KIZZY L. JARASHOW, ESQ.
                                  (212)833-1115

For Great Banc Trust:             Morgan Lewis & Bockius LLP
                                  BY:  RACHEL MAUCERI, ESQ.
                                  (215) 963-5000

For The Official Committee        Chadbourne & Parke LLP
of Unsecured Creditors:           BY:  DOUGLAS DEUTSCH, ESQ.
                                  BY:  HOWARD SEIFE, ESQ.
                                  BY:  DAVID LEMAY, ESQ.
                                  (212) 408-5169
                                  BY:  JESSICA MARRERO, ESQ.
                                  (212) 408-5271
                                  BY:  ROBERT SCHWINGER, ESQ.
                                  (213) 892-1000

TELEPHONIC APPEARANCES:
(Continued)

For Trade Claim Holders:       Andrew & Kurth LLP
                               BY:  ABHISHEK MATHUR, ESQ.
                               (212) 850-2822
                               BY:  PAUL SILVERSTEIN, ESQ.
                               (212) 850-2819

For Katten Muchin Rosenman:    BY:  JOHN SIEGER, ESQ.
                               (312) 902-5294
                               BY:  ANDREW L. WOOL, ESQ.
                               (312) 902-5623

For Special Committee of the
Board of Directors:            Jones Day
                               BY:  LYNN MARVIN, ESQ.
                               (212) 326-3978
                               BY:  ALAN M. RABINOWITZ, ESQ.
                               (212) 326-3765
                               BY:  FREDRICK E. SHERMAN, ESQ.
                               (212) 326-3905

For Morgan Stanley:            Weil Gotshal & Manges, LLP
                               BY:  ASHISH D. GANDHI, ESQ.
                               (212)310-8024
                               BY:  DAVID LITVACK, ESQ.
                               (212)310-8361
                               BY:  ANDREA SAAVEDRA, ESQ.
                               (212) 310-8544

For Debenture Trust Company:   Kasowitz Benson Torres &
                               Friedman
                               BY:  MATTHEW STEIN, ESQ.
                               (212)506-1717

For Wells Fargo:               White & Case, LLP
                               BY:  SCOTT GREISSMAN, ESQ.
                               (212)819-8567

For George Dougherty:          Grippo & Elden, LLC
                               BY:  GEORGE DOUGHERTY
                               (312) 704-7700

For Credit Agreement
Lenders:                       Hennigan Bennett & Dorman, LLP
                               BY:  JAMES O. JOHNSON, ESQ.
                               (213) 694-1030
                               BY:  BRUCE BENNETT, ESQ.
                               (213) 694-1012

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:          Schulte Roth & Zabel
                               BY:  TAE KIM, ESQ.
                               (212) 756-2856

For Chandler Bigelow:          Sperling & Slater
                               BY:  CLAIRE P. MURPHY, ESQ.
                               (312) 641-3200

For Merrill Lynch
Capital Corp.:                 Kay Scholer, LLP
                               BY:  MADLYN G. PRIMOFF, ESQ.
                               (212) 836-7042

1  <u>WILMINGTON, DELAWARE, TUES., FEBRUARY 15, 2011, 10:03 A.M.</u>

2          THE COURT:  Good morning, everyone.

3          MR. PERNICK:  Good morning, Your Honor.  Your

4  Honor, Norman Pernick from Cole Schotz on behalf of the

5  Debtor, Tribune Company.  Your Honor, I'll just run through

6  the agenda quickly, but I want to make sure the Court has the

7  third amended agenda that we filed.

8          THE COURT:  I do.

9          MR. PERNICK:  And it covers the two letters that

10  were filed I guess late last night on Numbers 10 and 11.

11  That's the only change.  Your Honor, Number 1 is resolved.

12  That was noted on the original agenda and I have a further

13  update on some others that have since been resolved.  I was

14  just advised.  Number 2, which is Law Debenture's Motion to

15  Compel vs. Merrill Lynch, Number 3, which is Law Debenture's

16  Motion vs. Hennigan, Bennett, and then the attorney

17  depositions, 4, 5, 6, and 7 on the agenda, those are not

18  going forward today.  They're just adjourned to an open date.

19          THE COURT:  We'll figure out what that means in a

20  minute.

21          MR. PERNICK:  And -- right.

22          THE COURT:  All right.

23          MR. PERNICK:  I think it means right now there's

24  no dispute.  I believe it releases or all the parties are

25  reserving their rights, but hopefully it won't come back

1  before Your Honor, but no promises.  And then Number 12, I

2  understand that Number 12 is only going forward with respect

3  to Kazan, that with respect to Waltz, Bellack, and Knapp

4  depositions, it's just not ripe yet before the Court and

5  nobody -- the Noteholders will not be pressing those

6  depositions, except for Kazan.  So that would leave 8 and 9

7  going forward.  8 is Mr. Zensky's letter with respect to the

8  Wilderotter deposition.  9 is Mr. Kaminetzky's letter

9  regarding Aurelius.  And then 10 and 11, the two letters from

10  Mr. Siegel, are both on for -- just for a status conference.

11          THE COURT:  Okay.

12          MR. PERNICK:  I think Mr. Bendernagel has one

13  housekeeping matter with respect to an order and then we can

14  go to Number 8.

15          THE COURT:  All right.

16          MR. BENDERNAGLE:  Your Honor, this is Jim

17  Bendernagel for the Debtors.  Last week we addressed the

18  issue of proposed findings of fact and we had pointed out to

19  you that there was a passage in paragraph 54 of the

20  Solicitations Procedures Order that suggested proposed

21  findings of fact would be due on the 25th and we indicated

22  that none of the parties thought that was a good idea and I

23  believe you agreed with that.

24          THE COURT:  I did.

25          MR. BENDERNAGLE:  And Kate Stickles suggested that

1  we ought to memorialize that in an order, I've shown the

2  order to other parties, that basically just makes it clear

3  that that part of that paragraph in the Solicitations

4  Procedures Order is not operative and we'd have it on the

5  docket and I'd hand this up, if you'd like.

6         THE COURT:  If you would.  Thank you.  Does anyone

7  wish to be heard with respect to the Proposed Form of Order?

8  No response.  I've reviewed the Form of Order.  I don't have

9  any questions.  I'm going to redate it for today.

10         MR. BENDERNAGLE:  Okay.

11         THE COURT:  If that's okay.  That's been signed.

12         MR. BENDERNAGLE:  Thank you, Your Honor.

13         MR. DRAYTON:  Your Honor, if it may please the

14  Court, my name is Joseph Drayton with Kaye Scholer LLP and I

15  represent Merrill Lynch.  I just wanted to provide you an

16  update on matter Number 2.  It has been resolved, but I

17  wanted the Court to know that Merrill Lynch and Law Debenture

18  have agreed to resolve its dispute relating to its -- 10 of

19  its document request, 1 through 10 relating to relationships,

20  by having Merrill Lynch answer an interrogatory in lieu of

21  the document request.  The interrogatory is limited to four

22  specific individuals at Merrill Lynch, who will respond to a

23  form of questionnaire.  The parties still have to mutually

24  agree on the form of questionnaire, but we resolved all other

25  items related to the interrogatory and have agreed upon the

1   terms that will govern the interrogatory.  Also, all issues

2   related to Law Debenture's December 15 subpoena to Merrill

3   Lynch have been resolved, so we just wanted to let the Court

4   know that as well.  Thank you, Your Honor.

5            THE COURT:  Thank you, Mr. Drayton.  Anything else

6   preliminarily?

7            MR. MOSKOWITZ:  Your Honor, Elliot Moskowitz of

8   Davis Polk for JP Morgan.  I just want to report as a

9   housekeeping matter that we'll be submitting I think, upon

10  consent, one small adjustment to the CMO with respect to the

11  exchange of exhibit lists.  That's a deadline that would be -

12  - that would have been the 18th.  It's going to be moved, on

13  the consent of the parties and with the blessing of the

14  Court, to the 23rd and then objections to that would be moved

15  from the 25th to the 1st.  That would be the adjustment that

16  the parties are discussing making.

17           THE COURT:  Okay.  Anyone wish to be heard on that

18  issue?  I hear no response.  Okay.  I'll wait submission of a

19  Proposed Form of Order.  Anything else preliminarily?  All

20  right.  Let's move to Item 8.

21           MR. QURESHI:  Good morning, Your Honor.  For the

22  record, Abid Qureshi, Akin, Gump, Strauss, Hauer, & Feld on

23  behalf of Aurelius Capital Management.  Your Honor, this

24  motion concerns the deposition that the Noteholders are

25  seeking for Ms. Wilderotter, a member of the Special

1   Committee.  Your Honor may recall that at last week's

2   hearing, we actually presented argument on the issue and

3   since then Ms. Wilderotter's Counsel has submitted an

4   additional letter.  Your Honor, that letter really doesn't

5   raise anything new at all, so unless the Court has any

6   questions or would like to -- like me to refresh the Court on

7   anything said last week, we really only have one new piece of

8   information, Your Honor, and that is that one of the other

9   disputes before Your Honor last week concerned the

10  Liebentritt privilege log and Your Honor may recall that Your

11  Honor ruled that those documents should be submitted to the

12  Court in camera.  The parties subsequently resolved that

13  dispute.  The Debtors agreed to produce those documents and

14  in those documents, though I'm not at liberty because of

15  confidentiality to discuss them in open Court, suffice to say

16  there are a number of documents in that production that

17  involved communications to or from Ms. Wilderotter that we

18  think are very germane, along the lines of some of the

19  communications we attached to our original letter that was

20  submitted under seal.  So beyond that development, Your

21  Honor, there is nothing new.  If the Court has any questions,

22  of course I'd be happy to answer them.

23          THE COURT:  I do not.

24          MR. QURESHI:  Thank you.

25          THE COURT:  I'll hear from Ms. Wilderotter's

1  Counsel.

2         MS. MARVIN:  Good morning, Your Honor, Lynn Marvin

3  from Jones Day, Counsel for the Special Committee of the

4  Tribune Board of Directors.  I don't have much more to add

5  other than what was in our letter, although I would just like

6  to note for the Court that we have submitted a full copy of

7  Ms. Wilderotter's transcript for Your Honor's review.  And I

8  think, Your Honor, if you take -- if you browse through that

9  will see that a significant portion of that deposition was

10  spent questioning Ms. Wilderotter about the term sheet that

11  was filed the day before her deposition and the related

12  settlements to that and you know to the extent that Aurelius

13  is arguing that that's the purpose of this deposition and

14  what they want to cover, I think most of that was already

15  covered.  To the extent they want to cover the actual plan

16  that was filed on October 22, we just want to note that they

17  are taking a second deposition of Mr. Shapiro, the Chair of

18  the Special Committee, in upcoming weeks and they certainly

19  will have a full opportunity to question him about that plan

20  and the Special Committee's position on that plan.  And to

21  the extent, just to address the point that was just raised,

22  the Special Committee produced approximately 50 new emails.

23  I don't know what emails Aurelius's Counsel is referring to,

24  although I would just note that if it's a handful of

25  additional emails they want to question Ms. Wilderotter

1  about, we think that there are alternative methods that they

2  could do so, such as an interrogatory.  We just don't think

3  it's worth the burden to have Ms. Wilderotter, who is an

4  extremely busy woman, CEO of a major telecommunications

5  company, as well as a roomful of lawyers sitting around to

6  ask questions about a handful of documents that they want to

7  ask her about.

8          THE COURT:  Thank you.

9          MS. MARVIN:  Thank you, Your Honor.

10         THE COURT:  The Court is appreciative and

11  respectful of Ms. Wilderotter's other commitments, but I will

12  order that her deposition be taken.  I will also order that

13  there should be no repetitive questioning or except as it

14  relates to a flow of questioning, that earlier questions

15  should not be repeated.  I'd like Counsel to confer and

16  submit a Form of Order that provides for that.  Are there any

17  questions?  All right.  Number 9?

18  MR. MOSKOWITZ:  Good morning again, Your Honor.  For the

19  record, Elliot Moskowitz of the law firm of Davis Polk &

20  Wardwell, representing JP Morgan Chase.  Your Honor, I'm

21  happy to report that on our later application, there are

22  really actually only two issues that are in dispute for the

23  Court's consideration.  The first of these two issues is the

24  question of whether Aurelius should be required to submit a

25  document by document privilege log to help test the privilege

1    assertions that have resulted in them producing just a

2    handful of emails, while withholding 5,700 admittedly

3    responsive emails in response to our document request on the

4    basis of privilege.

5    THE COURT:  Yeah.  Has -- what has been produced?  Has there

6    been a category privilege log at all?

7    MR. MOSKOWITZ:  There has been a category privilege log.

8        THE COURT:  Okay.

9        MR. MOSKOWITZ:  So that's the first question that we're

10   proposing that Your Honor consider.  And --

11       THE COURT:  I'm sorry.  But it doesn't identify any

12   individual documents or does it list the documents, but just

13   under a category?

14       MR. MOSKOWITZ:  It's -- no, it does not identify

15   individual documents.  It is a series of bullet points that

16   identifies generally what categories of documents are being

17   withheld.  And I should be clear, Your Honor, that's

18   perfectly acceptable we think in most contexts in this case.

19   What's -- the reason why we're - and JP Morgan has produced a

20   category log for some of its documents and an individual

21   document by document log for others.  The question is not

22   whether a category log is per se sufficient.  The question is

23   when you get just a handful of emails and an assertion that

24   the rest of the emails are covered by privilege, do we need

25   more to test those assertions of privilege and that's what

1   we're putting before the Court.  The second issue and I'll

2   get into it in just a few minutes in greater detail is should

3   Aurelius be required to produce documents concerning the

4   circumstances of its post-petition purchases that have led it

5   to propose its own plan of reorganization before the Court?

6   I'll go into detail about that in a few minutes.  I just want

7   to talk first about the initial issue regarding the

8   assertions of privilege.  Regarding the production

9   deficiencies, I think the numbers really do speak for

10  themselves.  For key people in this case, Aurelius, even

11  after it's conducted a re-review of its documents, has

12  produced just a smattering of emails.  And what do I mean by

13  a smattering?  They've produced 151 emails in total and I

14  don't think that these numbers are in dispute.  They've

15  produced 14 emails, just 14 emails for Mr. Brodsky, a key

16  player with respect to Aurelius and his deposition was taken

17  yesterday under some difficult circumstances because it's not

18  like we had too many documents to ask him questions about.

19  And I should note that we repeatedly asked Aurelius to defer

20  that deposition so that we could come before the Court to

21  address this document dispute initially.  And then they

22  produced 11 emails for Mr. Dan Groper.  Mr. Groper is the

23  person that they are designating as their 30(b)(6) witness.

24  Right now we only have 11 emails for him in total.  Now their

25  email production amounts -- I don't have to go into too many

1   numbers, but it amounts to you know 12 or 13 emails per

2   month, given Aurelius's time on this case.  And just to give

3   Your Honor a reason to be even more skeptical about this, at

4   Mr. Brodsky's deposition yesterday, we asked him about his

5   email usage habits because who knows, maybe he's a person who

6   in today's day and age doesn't use a Blackberry, doesn't use

7   the email so much, could be old-fashioned in that way.  But

8   in fact he says that he sends over -- around 100 emails a day

9   and that he emails Mr. Groper frequently.  He has a

10  Blackberry.  It's very difficult for us to believe that in

11  the course of his entire involvement in this case, the man

12  has only 14 responsive emails that are not privileged.  Now

13  Aurelius attempted to justify these numbers and you saw this

14  in the letter that they submitted with all manor of excuses.

15  They said that they have lawyers climbing up the walls at

16  Aurelius, lawyers that are involved in every communication

17  that they have, they said that everyone sits near each other

18  and they don't use you know email that much.  Again, that's

19  belied by Mr. Brodsky's testimony yesterday about how many

20  emails he sends on a daily basis and I think perhaps we can

21  all agree that it is surprising that he only would have 14

22  emails in the course of his involvement in the case that were

23  not protected by a privilege.  Now there's been a lot of

24  discussion, including in the letter and including a few

25  minutes ago, people have pointed to Mr. Liebentritt in about

1  how many emails have been withheld with respect for him.

2  I'll just remind the parties, I'll remind opposing Counsel

3  that Mr. Liebentritt also had 3,100 documents produced for

4  him and critically I understand that there was a document by

5  document privilege log produced for a certain of Mr.

6  Liebentritt's materials and that's all that we're asking

7  Aurelius to produce here, a document by document privilege

8  log, so we can test the assertions.  Now we have tried to

9  narrow our differences.  We've tried to forge a compromise.

10  I'll just report to Your Honor, since it was not reported in

11  opposing Counsel's letter, that we asked them okay, don't

12  produce a log for the entire year of Aurelius's involvement.

13  We'll go ahead and narrow our focus to the important piece of

14  the case, which is the April through November 23 timeframe

15  and even there our proposal was rejected.  They don't want to

16  do a document by document log for anything and we believe

17  that a document by document priv log is necessary to

18  determine whether Aurelius continues to improperly withhold

19  documents on the basis of any asserted privileges and I think

20  the person who once explained it best to this Court, about

21  why that's necessary, is none other than Counsel for

22  Aurelius, Mr. David Zensky, who -- I'm going to quote from

23  him now.  He articulated to this Court the following on

24  December 6 at a hearing where it was debated about the

25  sufficiency of document by document logs and category

1  privilege logs and Mr. Zensky said the following to this

2  Court, quote, on the privilege log, Your Honor, I don't

3  believe it's an issue of distrust, as much as the utility of

4  being able to have Your Honor get to the bottom of what are

5  going to become -- what are going to be some thorny privilege

6  questions.  And then he went on to say and the Decisions show

7  that it's really for a line by line log that the Court can

8  get to the bottom of whether a document is privileged because

9  the most important piece of this is going to be describing

10 what is in the nature of this document, the subject matter of

11 it, who it was sent to, and you can't make a reason challenge

12 to a document if they put 7,000 documents under a category.

13 And that's what Mr. Zensky told you and I think he was right.

14 At least he would be right in this context where a party has

15 produced basically nothing and has said that everything else

16 is privileged, 98 percent is privileged, 2 percent is

17 responsive.  One final point on all this, Your Honor, to sort

18 of make it real, we took the deposition again of Mr. Brodsky

19 yesterday and I want to just show you a document, if I may

20 approach and hand it up to the Court, that was discussed at

21 the deposition as sort of like the exemplar of what they're

22 doing with respect to privilege.  Even as to the documents

23 that they've produced, this is a notebook from a Mr. Pietro

24 [ph] at Aurelius.  He's the main analyst on the Tribune

25 matter, had frequent communications we think with Mr.

1  Brodsky.  They produced a notebook for him, but you will see,

2  if I may approach and hand this to the Court, is that

3  virtually every page of this is completely redacted and the

4  notebook is entitled Tribune Company.  How are we supposed to

5  know what's in here or even to test the privilege assertions

6  if we're just told blanket, this is privileged and that's it?

7  I'd like permission to approach the Court with this document.

8      THE COURT:  You've shown it to opposing Counsel?

9      MR. MOSKOWITZ:  It's their document, but I can give it

10 -- I have multiple copies.

11     THE COURT:  Let them take a look.

12     MR. MOSKOWITZ:  Of course.

13     MR. QURESHI:  Your Honor, the document is a couple

14 hundred pages long.  May I have a moment?

15     THE COURT:  You may.

16     MR. MOSKOWITZ:  It's not difficult to get through it

17 since just about every page is redacted.  And Your Honor,

18 this is just an example in terms of making it a more concrete

19 picture of what we're facing and I'll just conclude this

20 portion of my argument by saying all we want right now is a

21 document by document log, let's see what's on there, let's

22 see -- let's test their assertions and then we can all

23 reserve our rights as to what happens after that.  If Your

24 Honor has no questions about that, I'd like to move on just

25 to the second issue in dispute.

1       THE COURT:  Go ahead.

2       MR. MOSKOWITZ:  And that is the issue of documents

3  related to Aurelius's acquisitions of interest in Tribune.

4  We just have a disagreement with Aurelius's position on this.

5  Just for context, Aurelius is not any Objector.  They've

6  certainly advanced their own plan of reorganization before

7  the Court and specifically under Section 1129 of the

8  Bankruptcy Code, Aurelius is obligated to demonstrate that

9  its plan was proposed in good faith.  That's an element of

10  1129.  The circumstances surrounding Aurelius's acquisition

11  of its significant holdings in these cases we believe bears

12  on that point.

13       THE COURT:  So let me ask you this.

14       MR. MOSKOWITZ:  Sure.

15       THE COURT:  What is it that you could find that would

16  indicate or be evidence of Aurelius's bad faith and I'm

17  asking the question because I'm trying to think of and in

18  preparing for the hearing, you know what's the worst case

19  scenario, let's buy up that at a discount, propose our own

20  plan, and get what we want in the Bankruptcy?  Let's maximize

21  our recovery, perhaps to the expense of others?  I mean

22  what's -- what are you looking for?

23       MR. MOSKOWITZ:  Those thoughts make me shudder, Your

24  Honor, but I think we're looking for something more than

25  that.  I acknowledge that.  And I think what we're looking

1  for is specifically, I'll just give two examples, documents

2  surrounding their transaction with Center Bridge, which I

3  think was particularly puzzling and is suspect in the minds

4  of many.  We don't understand why they paid what they did or

5  what they reported to have paid because it's only reported

6  right now, for the Center Bridge debt and we believe that

7  perhaps there is a side deal, a side arrangement with Center

8  Bridge that would cause Aurelius to not propose its plan in

9  good faith, but instead to have let's say some litigation

10  model of recovery together with Center Bridge, splitting the

11  risk, splitting the upside, splitting the downside, that I

12  think would just bear on their position when they're

13  proposing their plan before the Court - their plan of

14  reorganization before the Court.  That's one example.  The

15  second example is that they have been -- we understand that

16  they have been out there buying phones notes and we think

17  that that's very interesting, since under their plan the

18  phones don't recover.  Even under their plan the phones don't

19  recover anything until some point in the distant future,

20  depending on litigation recoveries.  And thereto, we'd like

21  to understand whether or not that's being done as part of an

22  investment strategy or that's being done perhaps in an effort

23  to wield more authority before this Court and maybe the Court

24  doesn't have any problem with that and that's fine, but I

25  think that we're entitled at least to get those documents and

1   to argue before the Court underpinned by legal citation why

2   that is something that is challenging to Aurelius's good

3   faith.   I think that and these are not just -- we just think

4   that these are atypical transactions and there's not a great

5   deal by the way of case law that goes into what it means to

6   propose a plan in good faith, but all I would note is that

7   for the allegations that have come to us from Aurelius and

8   you know they've made many allegations as to our good faith,

9   our being the Debtors, the Committee, the Lenders with

10  respect to our plan and we have spent months producing

11  documents relating thereto.   Why is it that it's only in one

12  direction that documents that go to good faith are being

13  produced?   We -- they can ask us for all the documents in the

14  world that go to these subjects.   We, on the other hand, are

15  apparently precluded from asking them for documents that go

16  to those subjects as well.   And I want to also make another

17  thing clear, not in terms of a burden issue, not asking them

18  to go back and like research and run new search terms and

19  look at everything anew.   We think that the search terms that

20  they used should be adequate to have pulled any documents

21  relating to the transaction with Center Bridge and their

22  recent purchases of phones notes.   And so all we're asking

23  them to do is to just look at the stuff that they have

24  sitting there, that they've actually looked at already in the

25  course of conducting their document review, and producing

1  materials that are responsive to our requests from that pile.

2  And I also would point out that in response to our 30(b)(6)

3  Notice directed to them, they've already opened the door on

4  this issue helpfully.  I mean they've said and I'm quoting

5  from their response, that they -- I mean they have all kinds

6  of objections, but then they said that they will designate a

7  witness to produce documents as to the quote, non-price terms

8  and conditions to Aurelius's purchase of such interests.

9  Well, okay, that's great.  If they're willing to produce a

10 witness as to that, then why can't they also produce

11 documents so we can question the witness effectively?  The

12 notion that they can just produce witnesses and not give us

13 documents to question those witnesses is something that

14 affects not only this issue, but the other issue that I

15 mentioned before the Court before, that we're stuck deposing

16 these people without having documents.  And finally, Your

17 Honor, if it's an issue of confidentiality, this case has one

18 of the most robust confidentiality agreements I think that

19 I've ever seen in Bankruptcy Court practice and so we can

20 surely assure them that any documents that they produce on

21 these subjects would be kept strictly confidential,

22 attorneys' eyes only, and any documents with the Court would

23 be filed under seal.  I just don't think that it's

24 appropriate to be concerned too much about a confidentiality

25 issue.  So for all those reasons, Your Honor, we respectfully

1  request that the second part of our application, relating to

2  the disputed categories, also be granted.  If Your Honor has

3  nothing further, I --

4        THE COURT:  No.

5        MR. MOSKOWITZ:  Thank you.

6        MR. QURESHI:  Thank you, Your Honor.  Again for the

7  record, Abid Qureshi of Akin Gump on behalf of Aurelius.

8  Your Honor, if I may, I'd like to address the issues in the

9  reverse order and deal first with the trading information.

10 And I say that, Your Honor, because frankly I find it a

11 little difficult to contain my outrage at what Your Honor

12 just heard.  Your Honor, Mr. Brodsky's deposition was

13 yesterday.  In Davis Polk's letter to this Court, they set

14 forth a bunch of what in effect I would describe as

15 conspiracy theories as to why they needed to inquire into

16 side agreements, side deals, and the like of Mr. Brodsky and

17 that somehow their possession of Aurelius's basis in their

18 investment was critical to that.

19       THE COURT:  Not the first charge of conspiracy --

20       MR. QURESHI:  Understood, Your Honor.

21       THE COURT:  -- made in this case.

22       MR. QURESHI:  That is fair, Your Honor.  Here's the

23 difference, Mr. Brodsky was asked every one of those

24 questions, Your Honor.  We have not had the ability to ask

25 those questions of their witnesses yet.  They did.  They

1  asked the questions, they asked every one of them, and every

2  one of them Mr. Brodsky answered, he answered directly, he

3  answered without any direction not to answer by Counsel, and

4  he revealed, Your Honor, that there are no side agreements,

5  specifically with respect to Center Bridge.  There was many

6  questions asked about all of the circumstances surrounding

7  Aurelius's purchase of the debt from Center Bridge.  Mr.

8  Brodsky was asked whether there are any side agreements.  The

9  answer was no.  He was asked about every conversation that he

10  had with representatives of Center Bridge surrounding Tribune

11  generally and that transaction specifically and he answered

12  again with respect to the phones and Aurelius's purchase of

13  the phones.  He was asked the questions, the very questions

14  that are laid out in their letter to Your Honor on page 3 and

15  he answered them.  No agreements, no side deals.

16       THE COURT:  Well, let me ask this, if that were

17  sufficient in this case, why wouldn't it be sufficient in any

18  case for a witness to say oh, no, there are no documents,

19  there's no side deals, there's nothing that you need to look

20  at?  I mean isn't that really the point of and part of

21  document discovery is to have another source of verifying the

22  accuracy of witness testimony?

23       MR. QURESHI:  Yes, Your Honor, but that is not the

24  nature of this dispute.  The nature of this dispute is a

25  little different.  What they are seeking by the trading

1  information, what they specifically want to know and the only

2  issue on which there were directions not to answer at the

3  deposition is what Aurelius's basis is and to be clear, Your

4  Honor, Mr. --

5      THE COURT:  Well, they say, at least as I hear the

6  argument today, they're not asking for that.

7      MR. QURESHI:  That's news to me, Your Honor, because

8  they pressed that at the deposition yesterday.

9      THE COURT:  Well, as I just heard it with respect to

10  the disclosure issue, it's look, we've already been offered a

11  witness to talk about non-price terms, why can't we have

12  documents which reflect non-price terms?  And that seems to

13  me to be a fair question.

14      MR. QURESHI:  Well, Your Honor, first of all Aurelius

15  has produced many documents about these various transactions,

16  but when it comes to documents that would reveal Aurelius's

17  trading strategy, this is what we're talking about.

18      THE COURT:  Well, let me ask this.

19      MR. QURESHI:  Sure.

20      THE COURT:  Have the dates of acquisition been

21  disclosed or are they otherwise known?

22      MR. QURESHI:  Only generally.  In Mr. Brodsky's

23  deposition yesterday, he was asked to identify specific dates

24  of acquisition.  As Your Honor well knows, revealing the

25  specific date is tantamount to revealing the price because

1  those things can be --

2       THE COURT:  That's why I asked the question.

3       MR. QURESHI:  Right.  And so the answer is Mr. Brodsky

4  answered in general terms.  He gave on numerous instances the

5  month that a purchase was made and then in general terms the

6  time periods that followed where purchases were made.  What

7  he did not do was reveal a specific date.  And in addition,

8  Your Honor, he was asked about Aurelius's investment thesis.

9  He was asked to explain why did he buy these notes, what was

10 his thinking, what was his strategy?  And Your Honor, we

11 allowed answers to those questions, which frankly I think was

12 very generous on our part.  I think that was more than they

13 were entitled to.  And in addition and this now bleeds into

14 the question of the documents and what we did produce, Your

15 Honor, we are I believe the only party in this case that has

16 produced Aurelius's recovery models.  They have them.  Not

17 only do they have them, they have the live Excel models of

18 those recovery models, those recovery scenarios.  And they

19 were permitted to ask questions about them.  So the

20 suggestion that we have somehow been hiding the ball on

21 trading strategies and with respect specifically, Your Honor,

22 to these five or six bullet points in their letter about what

23 they want to inquire into, where Mr. Brodsky was questioned

24 yesterday and testified that there were no agreements, I can

25 represent to Your Honor that there are no documents.  There

1  are no documents discussing a side deal with Center Bridge

2  because there was none.  There are no documents --

3      THE COURT:  Well, you would figure --

4      MR. QURESHI:  Right.

5      THE COURT:  -- if there was a side deal, it wouldn't be

6  in a document, but you never know.

7      MR. QURESHI:  Right.  So my point is they've had the

8  testimony and the testimony was crystal clear.  There are no

9  such deals and Your Honor, there are no documents relating to

10  the non-existent deals, which in itself doesn't come as a

11  surprise.  So if in light of that, Your Honor, they are now

12  backing off of the request to know Aurelius's basis in these

13  investments or to know the precise date on which Aurelius

14  made a purchase, which we directed not to answer in

15  yesterday's deposition, then it sounds like perhaps there's

16  no dispute because we have no documents, not on the specific

17  points of these side deals and side agreements that were

18  alleged and that Mr. Brodsky answered.

19      THE COURT:  Well, have these questions been asked in

20  the form of interrogatories or request for admission?

21      MR. QURESHI:  Your Honor, I don't know the answer

22  offhand.  I can certainly check.  I don't know.  Perhaps Mr.

23  Cutler does.

24      MR. MOSKOWITZ:  I can tell you -- I can answer, Your

25  Honor.  These questions have not been asked in that form.

1  The CMO as it stands I think might not permit that, but in

2  any event they've not been asked in that form.

3       THE COURT:  Well, seems to me if they were, you know

4  you'd be entitled to the response if it's true that Mr.

5  Qureshi just gave.  I mean it seems to me that asked in that

6  form and responded in that form would at least put of record

7  the information that you're seeking.  And beyond that, it

8  seems to me not an unreasonable request.  I don't know if one

9  has been made specifically or agreed to yet, but to offer a

10 witness with respect to non-price terms is something that's

11 entirely appropriate.  Let's turn to the privilege log issue.

12      MR. QURESHI:  Sure.  Your Honor --

13      THE COURT:  And I will tell you where I start is I

14 think one ought to be produced.

15      MR. QURESHI:  Okay.  Well, first of all, Your Honor,

16 Mr. Cutler quoted from Mr. Zensky when we were before --

17      MR. MOSKOWITZ:  Mr. -- I apologize.  It's Mr.

18 Moskowitz.

19      MR. QURESHI:  I'm sorry.

20      MR. MOSKOWITZ:  No worries.

21      MR. QURESHI:  Mr. Moskowitz.  I apologize.  We're all

22 very tired, me in particular.  Your Honor, we argued the

23 other side of this issue before Your Honor several weeks ago,

24 where we were the ones making the demand that Mr. Moskowitz

25 is making today for a document by document log.  And you

1  heard a quote from Mr. Zensky's argument that apparently Your

2  Honor found unpersuasive, but there was --

3         THE COURT:  Well, at that stage.

4         MR. QURESHI:  Understood.

5         THE COURT:  But we're now drilling down and you know --

6         MR. QURESHI:  Understood, Your Honor, but I do want to

7  let Your Honor know what they argued last time.  They said --

8  first of all, the compromise that was reached last time that

9  all the parties agreed to, including them, was that where an

10 attorney was in the CC field of a document, that that

11 document would go on a category log.  Where there was an

12 attorney in either the To or the From field in a direct

13 communication between the attorney and the client, that not

14 only would that document not get logged, but it wouldn't even

15 get reviewed.  And here's what JPM said in their objection to

16 our Motion to Compel.  They said this sensible compromise

17 recognizes documents to or from an attorney to his or her

18 client in the midst of a contentious dispute are

19 overwhelmingly likely to be privileged.  And that the burden

20 of having to review and log such documents far outweighs any

21 possible benefit.  Now let me address, Your Honor, the

22 specifics of Aurelius's production and the comparisons that

23 were drawn to the productions of other parties.  First of

24 all, Aurelius didn't settle any claims.  Aurelius didn't

25 negotiate a plan that included releases.  Aurelius, for much

1  of this case, was on the outside looking in.  And so right

2  off the bat, one would expect, as indeed the production

3  reveals, a far lower volume of communications, particularly

4  among third parties, which is where the vast majority of the

5  production comes from, than for example the productions from

6  JPM or from the other parties on the Debtor, Committee,

7  Lender side, who were negotiating with one another and where

8  for periods of time there was no privilege protecting those

9  communications.  Secondly, Your Honor, and this is an area

10  that was testified to by Mr. Brodsky in his deposition

11  yesterday, from the outset of Aurelius's involvement in

12  Tribune, they had retained outside Counsel.  From the outset

13  of Aurelius's involvement in Tribune, it was readily apparent

14  that this Bankruptcy's principle issue was fraudulent

15  conveyance claims and the ultimate settlement of those claims

16  and whether that is reasonable.  So again, it's not

17  surprising that Aurelius had many communications with its

18  Counsel.

19      THE COURT:  Listen, and I remember in connection with

20  the disqualification motion, Mr. Bennett arguing that you

21  know lawyers were just crawling all over Aurelius.  You know

22  I remember.

23      MR. QURESHI:  Right.

24      THE COURT:  But we're now at the point where the other

25  side says okay, we'd like to test that and I think they're

1  entitled to test it.  So the question is how do we do that

2  that's a way that's revealing and fair enough to both

3  parties?

4       MR. QURESHI:  Well, Your Honor, first of all if there

5  should be any testing, I see no reason why it shouldn't be a

6  two-way street.  And one other point that I think Your Honor

7  ought to consider, respectfully, our document production was

8  made on January the 18th.  Okay?  The first time we heard,

9  Your Honor, the very first time we heard that JPM now expects

10 us to make a document by document log of 5,000 documents was

11 in its letter to the Court.  Your Honor, we're three weeks

12 away from trial.  The fact that they waited that long from

13 January 18 until the day their letter was submitted to the

14 Court to make this demand seems tactical, frankly.

15      THE COURT:  You know what?  Funny you should say that.

16 Scarcely a position has been taken in this case that is not

17 tactical.  The question is at what point do I start saying

18 no?  You know I could probably legitimately start doing that

19 now, but you know I will say in a way you know the parties

20 have created their own circumstances and so on one level the

21 exercise the Court has to undertake is okay, who do I save

22 from themselves or from others as we you know get closer and

23 closer to the confirmation hearing?  And it's a -- just a

24 situation by situation decision to be made.  You know I -- at

25 this point I'd rather not be dealing with discovery disputes

1  you know, for the very reason that you mentioned.

2      MR. QURESHI:  I'm sure that's right, Your Honor.

3      THE COURT:  Yeah.

4      MR. QURESHI:  But believe me, we all would far prefer

5  that these disputes could be resolved without the Court's

6  intervention, but unfortunately --

7      THE COURT:  And the parties have you know resolved a

8  number of them and that's a good thing.

9      MR. QURESHI:  We have.  Your Honor, if I may also just

10 reference one other point because again, Mr. Moskowitz was I

11 think a little misleading in the testimony he cited from Mr.

12 Brodsky.  Mr. Brodsky was asked how many emails do you send

13 and receive a day?  And indeed he said something like 100 or

14 100 to 200, whatever the exact number was.  That's all he was

15 asked.  Well, when Mr. Zensky then questioned about the -- at

16 the end of the deposition, Your Honor, he testified that

17 Aurelius at any given time has many dozens of positions and

18 that Mr. Brodsky receives emails on all of those.  So the

19 implication that he's somehow receiving hundreds of emails a

20 day with respect to Tribune, if that's what Mr. Moskowitz was

21 trying to suggest, just isn't the case.

22      THE COURT:  Look, and that may be true, but I -- but

23 what I'm going to order Counsel to do is confer and I don't

24 know whether you do by selecting some of the categories, a

25 couple of the categories, limited timeframes within the

1  categories for specific document production, but there needs

2  to be some kind of test.  I don't think you need to prepare a

3  detailed log with respect to each one of the thousands of

4  communications, but I think some limited test is in order and

5  I'll give Counsel a chance to confer and see if you can agree

6  on something before I order that everything be produced.

7       MR. QURESHI:  And Your Honor is addressing this as a

8  one-way street, that only Aurelius is obligated to do this?

9       THE COURT:  Well, that's all I've been asked at the

10  moment.

11       MR. QURESHI:  Okay.  Very well, Your Honor.

12       THE COURT:  No, but I'm not interested in -- you know

13  when anyone gets up and says look, I've produced hundreds of

14  thousands of documents and the other side has given me three,

15  that in and of itself doesn't mean anything to me and when

16  the other side says well, okay, now I've got to impose a

17  greater burden on the other side because I'm being asked to

18  undertake a burden, that doesn't carry much -- standing alone

19  doesn't carry much weight with me either.

20       MR. QURESHI:  Right.  Understood, Your Honor, but do

21  bear in mind the vast majority of the privileged

22  communications that Aurelius has withheld from its

23  production, the vast majority are communications between

24  attorney and client.  And those fall into a category that we

25  agreed, that Davis Polk didn't even have to review.

1        THE COURT:  I heard you the first time.

2        MR. QURESHI:  Okay.

3        THE COURT:  Let's do this -- well, let's limit the

4   first test to 150 documents.

5        MR. QURESHI:  Okay.

6        THE COURT:  Okay?  And see if Counsel can agree on

7   which category and which timeframe they should come from.

8        MR. QURESHI:  Very well, Your Honor.

9        THE COURT:  Okay?

10        MR. QURESHI:  Thank you.

11        THE COURT:  All right.

12        MR. MOSKOWITZ:  Your Honor, I -- Elliot Moskowitz, for

13   the record.  I don't mean to belabor this discussion at all,

14   just a couple of quick points of clarification, if I may.  On

15   the first issue in -- or I guess it's the second issue in

16   dispute, the matter of which categories of documents relating

17   to their prior transactions they need to produce.  Just so I

18   make sure that Your Honor's ruling is clear to the parties so

19   we don't come back to you quickly with questions and

20   disputes, Your Honor is saying that it would be okay for us

21   to submit interrogatories and/or RFA's as to the questions

22   that we have with respect to these transactions?

23        THE COURT:  Well, with --

24        MR. MOSKOWITZ:  Or -- I'm sorry.  Go ahead, Your Honor.

25        THE COURT:  With respect to the documents, the question

1   is are there -- produce all the documents which reflect side

2   deals and the answer is none.  Seems to me it ends there.

3       MR. MOSKOWITZ:  Okay.  And Your Honor, is it -- maybe

4   we can just cut to the chase of this whole thing.  I mean I

5   think that probably a document is not going to be labeled

6   this is the side deal.  I think it probably -- I mean I don't

7   know, but I'm just -- I'm suggesting, based on my years of

8   experience.  I think that probably it's a little bit more

9   nuanced than that and so my question is if they redact the

10  price terms, one thing I think that might go to the heart of

11  our questions and maybe could just get this dispute resolved

12  quickly is to see if they can produce to us the purchase and

13  sale agreements with Center Bridge and with respect to their

14  phones note transactions.  Again, with the non-economic price

15  terms redacted.  That might be a very satisfactory result

16  from our perspective, perhaps not for theirs.

17      THE COURT:  Okay.  And what if I said they could redact

18  the date terms as well?

19      MR. MOSKOWITZ:  That would be -- let me say that that

20  would be acceptable to us, although subject to knowing

21  generally when it occurred, so that we have at least a

22  general sense of where in the case we were.

23      THE COURT:  Well, so long as -- well, I haven't seen

24  the transcript of Mr. Brodsky's deposition, it seems to me as

25  Mr. Qureshi describes it, the general dating by month is --

1  if it fits within that confine, it seems to me that doesn't

2  impair Aurelius in any way.

3       MR. MOSKOWITZ:  I would agree with that, Your Honor,

4  and that's something that we would like to have produced.

5       THE COURT:  All right.  Well, see -- again confer on

6  that and see if you can make agreement and then come back to

7  me and if you can do that here and now before we leave for

8  the day, that would be even better.

9       MR. MOSKOWITZ:  We would be happy to, Your Honor.  And

10  then just two other points about the privilege log issue.

11  I'm a little bit concerned with respect to the resolution of

12  testing 150 documents.  I mean I think we're -- can I just

13  put a tweak on that?  Would it be possible if that would be -

14  - if we could start with documents on which no lawyers were

15  copied?  This way those are the ones that perhaps are most

16  suspect with respect to privilege assertions, if we are going

17  to use a test set.

18       THE COURT:  Well, not if it's 2,000 documents.

19       MR. MOSKOWITZ:  No.  Even if we're going with Your

20  Honor's formulation of you know a certain test field.  I just

21  would be concerned that they would pick -- cherry pick the

22  ones that are most likely to be defensible on a privilege

23  basis as opposed to others.

24       THE COURT:  Oh, you think?

25       MR. MOSKOWITZ:  Yes.

1          THE COURT:  Well, I'd like Counsel to discuss that

2     first and then come back to me.

3          MR. MOSKOWITZ:  Okay.

4          THE COURT:  But let's do that today before you leave.

5          MR. MOSKOWITZ:  Fair enough.  And then one final point,

6     Your Honor, I think I heard mention and I don't know if this

7     is still their request, but I felt that it was a little bit

8     of a tit for tat type of request about JP Morgan then going

9     ahead and -- or other parties having to produce such a log.

10    I don't know if Your Honor wants to hear anything about that,

11    but --

12         THE COURT:  No.  My comment to Mr. Qureshi was I

13    haven't been asked that and it's not before me today.

14         MR. MOSKOWITZ:  Well, you may -- knowing my opponents,

15    you may be asked that and I would just make one sentence and

16    then I'll leave it there.  We're not the ones that produced

17    only a couple of emails.  We've produced many, many, many,

18    many thousands and we produced --

19         THE COURT:  Okay.  Mr. Moskowitz --

20         MR. MOSKOWITZ:  -- a document by document log.

21         THE COURT:  -- you can stop there.

22         MR. MOSKOWITZ:  I've now gilded the lily, Your Honor.

23    I am done.

24         THE COURT:  Thank you.

25         MR. MOSKOWITZ:  Thank you.

1        THE COURT:  Number 10?

2        MR. SIEGEL:  Good morning, Your Honor, Martin Siegel

3   for Wilmington Trust.

4        THE COURT:  Good morning.

5        MR. SIEGEL:  Your Honor, we're here today on a status

6   conference for two disputes between the Noteholders and Citi,

7   Citigroup in one instance and Citibank in another.  Although

8   Your Honor has set this for a status conference, yesterday

9   Paul Weiss on behalf of Citigroup and Citibank, filed

10  responses.  So the matter is now before Your Honor, so I

11  don't know whether you want argument or just keeping it as a

12  status conference.

13       THE COURT:  Well, as long as you're here you might as

14  well tell me what you'd like to tell me.

15       MR. SIEGEL:  Okay.  Let me deal first with the

16  Citigroup issue.  And Your Honor, in both instances part of

17  my arguments are somewhat constrained because virtually every

18  one of the documents that caused us to ask for more documents

19  or for additional searches to be made, everything was marked

20  confidential or highly confidential or attorneys' eyes only.

21  So at least with regard to the Citigroup issue, we've

22  submitted a letter, highly redacted, that contains references

23  to various documents, that contains references to various

24  transcripts.  We have also submitted to Your Honor an

25  unredacted form of that agreement.  What these emails show is

1   that there are various persons at Citibank -- I'm sorry, at

2   Citigroup, who were involved in assessing Tribune's financial

3   condition, its solvency, its deteriorating condition, at two

4   very crucial times.  One was just before step one and the

5   other is essentially just before step two.  And what we've

6   asked for are additional documents that go directly to those

7   issues.  With regard to the step one documents, we've asked

8   for -- we've asked Citigroup to search the files of three

9   custodians for a nine-day period, which is the nine days just

10  before a Decision was made by Citigroup to fund.  With

11  respect to step two, we've asked for documents from

12  approximately a two-month period with regard to I believe

13  nine additional individuals and with respect to one person

14  who was watching the credit throughout and did numerous

15  models.  We've asked for I think it's eight or nine months.

16  Now the reason these come up at this time, Your Honor,

17  discovery is a strange thing.  Most requests ask for all

18  documents and when people produce all documents you know then

19  maybe you have all the documents.  But the issue here is back

20  in 2009 or '10, Citi produced some documents to the --

21  Citigroup produced some documents to the Creditors Committee.

22  They later produced some additional documents to Wilmington

23  Trust when Wilmington Trust was essentially the only Objector

24  to the April plan.  And the matter stood there until after

25  the examiner report came out.  And that changed a lot of

1  things.  We knew a lot more about what happened.  Parties

2  received documents from the examiner's report that hadn't

3  been produced in any of the prior productions.  The examiner

4  found that information that didn't come out in some of the

5  other depositions that were taken -- I think there were seven

6  2004 examinations taken.  And facts change.  So we now found

7  ourselves reviewing mountains of documents and in particular

8  from documents that were produced from the six Citigroup -- I

9  have to keep my Citi entities straight -- employees, one of

10  which was Ms. Persalee [ph], who I think you've heard about

11  on other occasions.  She was in the leverage finance group

12  and her deposition was taken I believe February 1.  In

13  December, after the examiner's report, Aurelius served a new

14  document request and the parties started a series of meet and

15  confers.  Now Citigroup says oh, it's unfair to ask us to do

16  all these additional searches now.  It's too late.  Well,

17  Your Honor, everybody is still producing documents and we all

18  have been working under a very tight timeframe, which in fact

19  is a timeframe sought by the Debtor, Creditor, and Lender --

20  I'm sorry -- Debtor Committee and Lender proponents.  And

21  starting in January when the Citi documents were reviewed

22  before, all of these documents that we're now talking about

23  came from people who were not searched, whose emails were not

24  searched during any of the productions previously by

25  Citigroup.  So over a number of meet and confers, the

1  Noteholder proponents narrowed the request and said we could

2  -- how about for this period for this person, for this period

3  for that person?  And the response just before we filed our

4  motion was with regard to -- in this nine-day period, we'll

5  look at two of those people and consider whether or not,

6  after we review the documents, and we'll tell you later.

7  Given the time constraints, Your Honor, we felt compelled

8  that we had to come to Court and the next morning after we

9  filed our motion, we had another meet and confer and nobody's

10 position changed.  So waiting an additional day would have

11 meant that we weren't here today.  The bottom line with all

12 of these things, Your Honor, is we've made narrow focused

13 requests, we may be able to narrow them further if there was

14 some consideration by Citigroup to look, but each of these

15 requests go to people who were directly involved in analyzing

16 Tribune's solvency at crucial times, before Citi decided to

17 lend.  Those are issues that will be at the heart of the

18 confirmation hearing.  Those are issues Your Honor will have

19 to make a Determination on.  And the Noteholders are entitled

20 to receive this focused discovery.  We've told them who we're

21 looking for, what period we're looking for.  We may or may

22 not be able to narrow some of the search terms, but it's hard

23 to narrow the search terms when they say we're not going to

24 search them at all.  With regard to the step two people,

25 again we've picked people who were in the various groups,

1  whether it was the leverage buyout group or the credit risk

2  group.  There are emails that talk about the analysis that

3  these people were doing.  Ms. Persalee had emails saying she

4  got an analysis and she -- what she did about it.  I can't

5  discuss it further because I guess it's confidential.  And

6  before we made our motion, Your Honor, we waited not only

7  additional meet and confers to see if we could narrow it, but

8  to see what Ms. Persalee will say.  And it turned out with

9  regard to the emails in question, she said I don't remember

10  the details of that.  So that's why we decided we had to come

11  to Court.  If we couldn't get them from the witness that they

12  proffered, that we sought to take, we had to go to people who

13  actually wrote the emails and we want to search their emails

14  and we think it's not a burden.  It is not too late, as they

15  say.  It's -- and we don't think that they have a valid

16  excuse for not producing them.  Most of the rest is set forth

17  in the papers, Your Honor.  I don't know if you want to go on

18  to the Citibank or you want to wait.

19       THE COURT:  Yeah, as long as you're there.

20       MR. SIEGEL:  Okay.  Citibank is somewhat different.  It

21  is true that Wilmington Trust sought to bring a lawsuit at

22  one point.  That lawsuit was stayed by Your Honor.  And part

23  of the -- one of the issues in that lawsuit, only one, was

24  does -- do the phones holders have a claim against Citibank

25  because Citibank was its indenture trustee during the time of

1 the LBO, didn't resign, didn't -- and didn't do anything, and

2 we made an allegation that Citibank's failure to act during

3 the LBO on behalf of the phones was a breach of fiduciary

4 duty and the other Defendants aided and abetted that breach

5 of fiduciary duty.  The fact that those claims are out there

6 does not mean that the underlying facts are not relevant to

7 the confirmation hearing.  As with the Citigroup issue, good

8 faith, knowledge, all are issues that are relevant that Your

9 Honor is going to have to determine at the confirmation

10 hearing.  And while we have documents -- I'm sorry -- let me

11 back up.  Citibank's response is, well, you're not entitled

12 to any of these -- any discovery with regard to Citibank

13 because we gave you discovery from Citigroup and anything

14 important would have been caught in that.  Not true.  At some

15 point either today or after this hearing, Your Honor, I'd

16 like to hand up a few emails.  Unfortunately I got their

17 letter last night, didn't enable me to make enough copies.

18 So I'll show them to Counsel before I do hand them up, which

19 are emails related to the theory involving Citibank that are

20 relevant to the issues at confirmation.  And again, these do

21 not come from Citibank's files because they've refused to

22 give us any documents from Citibank's files.  But what these

23 emails will show and again they're all marked confidential so

24 I can't go into too much detail, in essence that there were

25 discussions, the fact that Citibank did not resign was not

1  coincidental, although they had talked about resigning during

2  the time period.  There were discussions between Tribune and

3  Citigroup people about whether or not now is the right time

4  for Citibank to resign.  We believe that discovery into

5  exactly why -- what that influence was, what the reasons for

6  that Decision, will go directly to the issues of the bank's

7  good faith.  And we're not seeking this discovery to prove

8  that there was a breach of fiduciary duty, that will wait for

9  another day, or that certain of the Lenders aided and abetted

10 that breach of fiduciary duty.  But the underlying facts that

11 relate to that issue, the Lenders' good faith, whether --

12 that's relevant, for example, Your Honor, there's a provision

13 in the phones indenture that's a -- the contractual

14 subordination that's at issue with regard to the phones is

15 not enforceable if somebody does not act in good faith.  We

16 believe the documents that relate to Citibank's non-

17 resignation or the delay in its resignation until after the

18 LBO closes, will go directly to the issue of the bank's good

19 faith.  And the interesting thing, the emails that I will

20 hand up at some appropriate point, Your Honor, none of them

21 are emails with the people that Citibank searched.  Again,

22 their position is we searched emails of the relevant

23 Citigroup people, chosen by them, and that's all you need to

24 know.  Well, in fact from -- of the four emails I'll hand up,

25 two come from Tribune, two come from Citi.  And they are

1   emails with other people at Citigroup about the resignation

2   of Citibank and that's why just searching -- their choice of

3   searching certain people is not enough.  And we've only asked

4   in this request to search the request of the people at

5   Citibank who were involved in Citibank's resignation, the

6   delay of that resignation.  It's relevant to the issues that

7   are going to come up, Your Honor, and at some point I'd like

8   to hand up these emails.

9       THE COURT:  Why don't you do that now?

10      MR. SIEGEL:  Your Honor, could we take a couple minute

11  break while --

12      UNKNOWN:  I don't know if we need a break, Your Honor,

13  just look at them and --

14      THE COURT:  We'll take a ten-minute break.  Court will

15  stand in recess.

16  OFF THE RECORD

17      MR. SIEGEL:  Your Honor, I -- there are five

18  emails that I'd like to hand up to the Court.  I've shown

19  them to Counsel for Citi and Counsel to Chase.

20      THE COURT:  Okay.  Thank you.

21      MR. SIEGEL:  And again, I apologize for not having

22  other copies and Your Honor, what these emails show are, as

23  we said, again I can't get into the details because they're

24  all marked confidential, but that Trib wanted Citi to hold

25  off on resigning as trustee and went to people at Citigroup

1  to accomplish that goal.  And none of the people from

2  Citigroup, who are involved in these emails, are among the

3  people that Citigroup searched for and that Citigroup,

4  Citibank has said you don't need any more emails because we

5  gave you everything you need to have.  And that's why we've

6  asked for emails from the Citibank people involved in making

7  -- in implementing the resignation, the delay in the

8  resignation, and we think that is crucial and very important

9  to our allegations of a lack of good faith.

10        THE COURT:  Thank you.

11        MR. SIEGEL:  Thank you.

12        MR. GORDON:  Good morning, Your Honor, Andrew

13  Gordon from Paul Weiss.  No offense, I've tried avoiding the

14  courtroom and getting Citi involved in this, but it seems

15  three weeks short and I failed.  Your Honor, let me address

16  the two issues that Mr. Siegel raised, first starting with

17  the document requests of the entity he referred to as

18  Citigroup.  It's actually Citigroup Capital Markets.  Your

19  Honor, Citigroup Capital Markets is not a plan proponent here

20  and I've in one of the early arguments you remarked that the

21  parties created their own circumstances and CGMI comes here

22  having created no circumstances.  What we've done is we've --

23  THE COURT:  I was in the neighborhood, I guess.

24  MR. GORDON:  We have searched our files three times for

25  responsive documents and it's our view that at some point

1  parties have to live with their tactical choices and so if

2  ever there was an instance where Your Honor could start

3  saying no about discovery, we believe this is one such

4  instance because at bottom we don't think there's any

5  legitimate basis to go forward with what we think are going

6  to be broad searches that just can't be accomplished in the

7  time remaining before the fact discovery cuts off.

8      THE COURT:  Well, with respect to Capital Markets, Mr.

9  Siegel tells me today that with respect to step one, there

10  were only three custodians covering a nine-day period and

11  with respect to step two, nine individuals covering a two-

12  month period, plus one that goes eight to nine months.

13      MR. GORDON:  And what we told Mr. Siegel's colleagues

14  when we had the meet and confer and Your Honor, I think it's

15  important to note that that meet and confer came well after -

16  - I mean we've been in -- no one has really bothered us until

17  out of the blue people came knocking at our door saying we

18  need these documents, they're critically important,

19  notwithstanding a long delay, but what we told them is we

20  cannot produce -- it will take us a week or two at the

21  minimum just to collect those documents.  We said we could

22  not collect them, review them within the timeframe set

23  forward by the CMO.  We had -- what we had said was let's

24  pick two, the two that they seem to be jumping up and down

25  about.  One was the guy from step two, Chad Leit [ph], who

1  was the head of lev fin.  And another one was the step one

2  guy, Frank Yasery [ph].  Let's collect those, let's see what

3  the number of emails are, and then we can discuss whether

4  we'd be in a position to produce those, but it's not like we

5  said we're -- I think the sense of that argument was we said

6  oh, no, we're not doing anything.  I think we have tried

7  throughout this process.  You know this will be our fourth

8  time trying at working with the parties, the Noteholder plan

9  proponents or the Creditors Committee, whomever, producing

10  documents, but we just can't do it without twisting ourselves

11  up in a pretzel and we think it's unfair and it's unduly

12  burdensome at this late point when they've known about our

13  positions since December, they've known what we've done with

14  our document production since June, we've already produced

15  documents in response to Mr. Siegel's request once before.

16  We just think at some point the Court should say no and it is

17  unfair to make Citi, CGMI, go through this process.  It's not

18  going to be, we fear, as a narrow of a set for these 12, 13

19  custodians that they want.  Over two months or eight to nine

20  months, people generate a huge amount of emails, especially

21  if you use search terms like Trib or Tribune.  So we tried to

22  work with them.  We took a stab at saying rather than the 12,

23  we think we could get two done.  Let's see what that email

24  search looks like and then we can talk about the burdens of

25  producing.  They were uninterested in that.  And there's just

1  no reason in our mind why so much delay has gone on here and

2  why we should have to pay the penalty and the cost of now

3  collecting the documents.

4      THE COURT:  All right.  Shall we move to the next one?

5      MR. GORDON:  Sure.  Your Honor, Citibank I think is a

6  little bit more egregious.  Citibank is of course not a plan

7  proponent or supporter either.  They weren't even involved in

8  the LBO.  What they were were the trustees for the phones.

9  When we got a request from Wilmington Trust nine months ago,

10  we made our position known that we weren't producing

11  documents.  We had two reasons.  One, we believe that those

12  document requests, which seek documents related to our tenure

13  as trustee and other things like that, are just trying to

14  improperly obtain discovery for the action Wilmington Trust

15  filed at one point and I guess has indicated may pursue at

16  some later date and none of that discovery relates to

17  anything about the LBO.  What's more, Your Honor, the

18  documents you have, they weren't produced in December or

19  January.  I mean they were produced nine months ago, too.  So

20  the lay of the land has been set for nine months.  Nothing

21  has changed in those nine months except that Counsel for

22  Wilmington Trust apparently woke up one day and said we think

23  we need this discovery.  And again, we don't believe the

24  documents are relevant.  To the extent that they're

25  interested in communications between people at Tribune or

1  people at Citigroup as opposed to Citibank concerning the LBO

2  or Tribune, as those emails show you and there are others I'm

3  sure, we believe those documents would have necessarily had

4  been produced by virtue of either the parties' or Citigroup's

5  prior searches.  But to have Citibank now again in a very

6  short timeframe go about trying to search for documents, we

7  just believe that the burdens and costs outweigh the remote

8  chance of discovering anything even tangentially new or

9  relevant to the upcoming confirmation hearing.  So we

10 respectfully submit, Your Honor, just like with CGMI that at

11 this point this Court should say no.  We're not a party.

12 We're a plan supporter, but there are a lot of plan

13 supporters.  We've done everything we've been asked to do up

14 to this point.  We have searched not once, not twice, but

15 three times we've searched for documents and at this point we

16 respectfully submit, given the burdens and costs on Citi and

17 Citibank, the parties should have to live with tactical

18 decisions they have made.  There's nothing new that's

19 happened in the last two or three weeks as far as Citi is

20 concerned that wasn't known over the summer, wasn't included

21 in the examiner materials, wasn't included in the deposition

22 transcripts the examiner made available.  So --

23        THE COURT:  Thank you.

24        MR. SIEGEL:  May I briefly respond?

25        THE COURT:  Yes.

1        MR. SIEGEL:  First of all, Your Honor, while they may

2  not be a plan proponent, Citigroup or CGMI is getting a

3  release under the plan and they are one of the LBO Lenders.

4  It's unclear, but we think Citibank is -- may also be getting

5  a release because they are an affiliate of a release party

6  and there's a whole bunch of definitions that we can't

7  actually tell whether Citibank is released, but they may even

8  be released from the claims that they talk about that

9  Wilmington Trust has individually that are stayed.  Secondly,

10  with regard to -- I feel a little bit to use the phrase,

11  rope-a-dope.  You know we started these discussions before.

12  We'll think about it, we'll think about it, we'll think about

13  it.  Whoops, we haven't thought about it and all of a sudden

14  now it's too late.  I mean we did start these discussions

15  back in January and it's true it's taken awhile because we're

16  obligated to meet and confer, but the fact that we were

17  trying to resolve the issues and couldn't doesn't mean that

18  it's too late.  I mean if they had responded properly the

19  first time and produced all the documents, remember I started

20  off with most requests.  The request asked for all documents

21  and they chose only to get some of the documents, which is

22  how you get to a situation when you start reviewing the

23  documents that were produced, wait a second, where are

24  documents from these people?  Just -- their offer to search

25  two people.  Well, the reason that offer was rejected as

1  being the only -- because it was conditioned one, we'll

2  search and then we'll consider whether we'll produce it.  It

3  was rejected because neither of those two people were in the

4  credit risk group that performed solvency work in advance of

5  step two and they also refused to give us the person who did

6  a solvency analysis.  So we said well, you haven't given us

7  the right people.  You know those people did have

8  communications we can tell and they expressed concern over

9  the solvency, but the work on doing the analysis over which

10  they expressed concern, you haven't given us those people.

11  That's why their offer was unacceptable.

12      THE COURT:  So if you were to pick two people, those

13  would not be the two.

14      MR. SIEGEL:  Correct.  Then -- and the other thing and

15  you know in a case in which lots of things have happened, you

16  know it's hard to pick what should we be incensed about.  But

17  one reason why the Citibank issue is arising sort of in

18  January, even though we served requests back in the spring

19  and summer, is because they refused to give us the documents.

20  When he said you know we gave documents to Wilmington Trust,

21  Citibank at all times refused to give us documents.  When we

22  had meet and confers last year, we were considering whether

23  bringing it to the Court's attention, and then we -- not only

24  did our lawsuit get stayed, but the examiner order -- while

25  the examiner investigation was going on, we couldn't conduct

1    discovery.  Then when the mediation was going on, we couldn't

2    conduct discovery.  So while it may be true that the requests

3    to Citibank have been out there for a long time, during most

4    of that time we couldn't conduct discovery and that's why

5    when we started discovery again and started finding these

6    communications between Citigroup people and Tribune regarding

7    the phones, we said hey, this is relevant, too.  It does go

8    directly to the issue of good faith, what their knowledge of

9    issues were, and we needed to press forward with that, too.

10   That's what happens in discovery, but for most of the period

11   we were precluded from bringing this issue to the Court's

12   attention.  So it's not just -- it's just not true that we

13   delayed.  Thank you.

14        MR. GORDON:  Your Honor, may I make one comment,

15   please?

16        THE COURT:  Briefly.

17        MR. GORDON:  Very briefly.  I just don't like being

18   accused of engaging in rope-a-dopes, Your Honor.  On January

19   10 we held a meet and confer.  We -- it was clear that the

20   folks from Wilmington Trust had no clue what we had done to

21   produce documents, even in response to their own requests.

22   We had to tell them that we produced from the files of Julie

23   Persalee in direct response to them.  We sent them a letter

24   within 24 hours telling them exactly what we had done.  The

25   next we heard from them was February 4.  So this idea that we

1  learned things in discovery and that things suddenly became

2  critical is not true.  They were asleep at the switch.

3  They've woken up.  And it is unfair to make my client pay for

4  the price for them engaging in what amounts to a tactical

5  decision not to pursue discovery from Citigroup.  Thank you.

6       THE COURT:  Thank you.  I'll take the matters under

7  advisement.  Let's turn to Number 12.

8       MR. QURESHI:  Thank you, Your Honor.  Again, for the

9  record, Abid Qureshi of Akin Gump on behalf of Aurelius.

10  Your Honor, this concerns the Noteholders' desire to take the

11  deposition of Mr. Kazan.  He is a current employee of the

12  Debtors.  His Counsel has written a letter to the Court, Your

13  Honor, asking that we be denied the ability to proceed with

14  that deposition.  And Your Honor, I think I can be brief

15  about this.  I think the importance of Mr. Kazan is fairly

16  self-evident, just from reading the examiner's report.  There

17  is -- there are a number of what we certainly view to be very

18  important emails cited in the examiner's report concerning

19  statements made by Mr. Kazan during the time of the LBO that

20  we think bear directly upon the -- ultimately the merits of

21  the settlement.  And Your Honor, Mr. Kazan was not subjected

22  to a 2004 deposition, was interviewed by the examiner, but

23  this is one of those interviews that was not transcribed, so

24  we have no record of what he was asked, of what topics were

25  explored or were not explored with him.  And in addition, our

1    desire to take Mr. Kazan's deposition goes beyond just the

2    half a dozen or so emails that are cited and quoted in the

3    examiner's report.  In fact, in the production we have

4    identified approximately 650 documents that have Mr. Kazan's

5    name on them and so it's frankly self-evident that he played

6    an important role in the transaction and certainly has

7    relevant evidence that we think we're entitled to.  Now let

8    me turn to the reasons offered by his Counsel as to why he

9    should not be required to sit for a deposition.  First, they

10   say the deposition is unnecessary for confirmation because he

11   had no role in the settlement.  That's true.  We don't

12   dispute that he had a role in the settlement and indeed

13   that's not why we are seeking his deposition.  We're seeking

14   his deposition because of his role in the underlying LBO

15   transaction in the critical time periods referenced in the

16   examiner's report.  The second and frankly primary argument

17   as far as we can tell that they say Mr. Kazan should not be

18   required to sit for a deposition is that he is named

19   Defendant in the adversary proceedings.  And Your Honor,

20   first let me --

21       THE COURT:  You can stop there.  I don't think the

22   argument has merit.  I mean if you have more to say, but on

23   that issue that argument doesn't have merit.

24       MR. QURESHI:  Okay.  I certainly won't belabor that

25   issue.  The last point, Your Honor, is burden on his Counsel.

1   I'm sure his Counsel can cooperate with the Debtors' Counsel

2   to get assistance in identifying the documents that they

3   think we're likely to use at the deposition.  Frankly, I just

4   don't think that argument has much weight, given the

5   timeframes we're all working under.  Thank you.

6           THE COURT:  Thank you.

7           MR. WARD:  Good morning, Your Honor.  For the record,

8   Chris Ward, Polsinelli Shughart on behalf of Daniel Kazan.  I

9   have with me Therese King Nohos of Dewey & LeBoeuf.  We filed

10  a pro hac vice motion on her behalf and I asked the Court to

11  hear her, with respect to our argument.

12          THE COURT:  Welcome.

13          MR. WARD:  Thank you.

14          MS. KING:  Your Honor, thank you for hearing us this

15  morning and allowing me to appear.  For the record, Therese

16  King Nohos of Dewey & LeBoeuf on behalf of Mr. Kazan.  Your

17  Honor, I want to preface my comments by saying clearly what

18  our position is.  Our position is not that Mr. Kazan should

19  never be deposed.  It's that he should not be deposed at this

20  time for plan confirmation discovery.  If the adversary

21  proceedings now pending go forward, which are currently

22  stayed, Mr. Kazan no doubt will be deposed as part of an

23  orderly course of discovery in that case.  But what we don't

24  think should happen is that Aurelius should get two bites at

25  the apple and force us, while we're behind the eight ball, to

1  hurry up and get ready for this deposition.  Aurelius noted

2  this morning that there are 650 documents with Mr. Kazan's

3  name on it that were produced in discovery and frankly,

4  that's news to me.  I submitted to the Court with our letter,

5  an email from Debtors' Counsel saying that we still do not

6  have full access to all of the documents that have been

7  produced in discovery.  And to say that it would be unfair to

8  require Mr. Kazan to appear without the benefit of Counsel

9  having the full opportunity to review all those documents and

10  I certainly don't think two weeks is a sufficient amount of

11  time to do that, would be an understatement.  Your Honor, if

12  I could have the Court's indulgence because Mr. Kazan has

13  never appeared before, I'd like to tell you a little about

14  what his role is in this case.  He's in a little bit of a

15  unique and unenviable position because on the one hand, he is

16  by all accounts a valued and contributing member of the

17  employee -- of the Tribune's management today.  He was a

18  practicing attorney before he started in their law department

19  as an M & A attorney.  He's worked there for 12 years and he

20  currently works as an officer of the company.  At the time of

21  the LBO, he was a vice-president of development.  In that

22  role it was his job to guide deals to their conclusion.  He

23  wasn't a quote, unquote finance guy.  He reported to a senior

24  vice-president, who then in turn reported to executive

25  management.  He wasn't a member of executive management at

1  the board -- at the time and he wasn't a member of the board.

2  As the Debtors noted in their letter to the Court on this

3  issue, he was not a decision maker.  He was more one who put

4  -- he was more of a person who shepherded deals and a lot of

5  information passed through his hands.  But he was not a

6  decision maker.  Up until now, Your Honor, whenever Mr. Kazan

7  has had to take any action in these cases, he's been

8  represented by Sidley & Austin, who represents Tribune.

9  Sidley represented to us that they have produced his

10 documents and Sidley sat with him for his examiner's report,

11 but obviously, Your Honor, there's a patent conflict with

12 having Sidley, who also represents the Debtor, now represent

13 Mr. Kazan because the Debtors are suing Mr. Kazan.  So

14 approximately two months ago, Mr. Kazan retained Dewey &

15 LeBoeuf.  And in those two months we've done the amount of

16 work we've had to do to protect our client's interest and

17 fulfill our obligations of diligence, but at the same time

18 we've been very mindful of the fact that the cases against

19 him are stayed and frankly, Your Honor, no one has told us

20 they're going to pay our fees and we have an individual who

21 doesn't have a few extra hundred thousand dollars sitting

22 around to pay for our legal fees in the event that he doesn't

23 get paid by the DNO insured.  We recently sought access to

24 the document repository, which we didn't even know existed

25 until the end of January, and as I mentioned we still don't

1   have full access to that document repository.  So to say that

2   we still have a big learning curve would be a grave

3   understatement.  In any case, Your Honor, you have to balance

4   the need for discovery against a potential prejudice to Mr.

5   Kazan.  And here I think the potential need for it is far

6   outweighed by the potential prejudice to him.  He's an

7   individual.  He only recently retained Counsel.  We do not

8   have access to the documents right now that Aurelius has said

9   they've identified that they want to ask him about.  And Your

10  Honor I've only briefly reviewed some of the transcripts in

11  the prior hearings before Your Honor and others have said it

12  more eloquently than I have or that I will, but this hearing

13  in March will not be to relitigate or to litigate a full

14  trial on whether the LBO was a fraudulent transfer or not.

15  We simply cannot uncover every stone at this point.  And I

16  think the minimal amount, if any, of new information that a

17  discovery -- that a deposition at this time of Mr. Kazan

18  could provide, is far outweighed by the prejudice to him.

19  It's unfair to force him to sit for a deposition, which no

20  doubt will be used later in a case against him.  The

21  allegations in the two pending proceedings against him are

22  all about the LBO.  It's unfair to have him making admissions

23  under oath about documents he's never seen before, which then

24  could be incorporated in a pleading or used against him

25  later.

1      THE COURT:  Well, let me ask you a question.  Could I

2 order as a condition of allowing the deposition that it not

3 be used in any other proceeding?

4      MS. KING:  Your Honor, I -- yes, you could and it would

5 certainly go a long way to alleviating part of our concern,

6 but our other concern, Your Honor, is not just that it could

7 be used against him, but once the cat is out of the bag, the

8 cat's out of the bag, the bell is rung.  I mean if he says

9 something now, they're no doubt just going to ask him the

10 same question later.  And we all know what it's like to be on

11 the hot seat, thinking out loud.  It's just a very bad

12 position to put a witness in, especially when he's personally

13 liable for potentially millions of dollars.  I mean that's

14 the allegations here, that he, along with hundreds of other

15 Defendants, have very real liability in these cases.  So I

16 don't think it would be fair to force him to be surprised or

17 be ambushed in a deposition with documents he's never seen

18 before and never had a chance to think about because it's

19 still going to give Aurelius a roadmap to use in litigation

20 later against him.  So Your Honor, those are the two key

21 issues that we wanted to raise is the prejudice to Mr. Kazan.

22 I know you said you didn't think it was a very persuasive

23 argument that he's -- the cases against him are stayed, but

24 we do think it's a very real prejudice to him to have

25 discovery going in a one-way street right now when we don't

1    even know what the final pleadings are going to be, where

2    that deposition could be used as a fishing expedition to

3    include things in a pleading against him.  He has very real

4    basis for filing a motion to dismiss and asserting defenses

5    to those claims and like any other case, he should be allowed

6    to assert those defenses before he's required to sit for a

7    deposition in those cases.  And again, Your Honor, I don't

8    want to belabor the point, but two weeks at this point to

9    prepare for a deposition, even if Debtors did hand over to us

10   the 650 documents that they say have been produced, I just

11   don't think is a fair amount of time in a case of this

12   magnitude with transactions of this complexity, Your Honor.

13   Thank you.

14         THE COURT:  Thank you.

15         MR. BENDERNAGLE:  Your Honor, Jim Bendernagel for the

16   Debtor.  And there's two things that I think should be

17   brought to your attention, in fairness to Mr. Kazan.  One is

18   that the first time we found out that the Noteholders were

19   interested in his deposition in this proceeding was on

20   January 28, Friday night.  The Noteholders had given us a

21   list, as you'll recall, of potential witnesses back in

22   December to justify the count of 40.  His name was not on

23   that list.  His name wasn't on the list of potential

24   witnesses on December 22.  So the first time that Mr. Kazan

25   legitimately finds out he's a witness is on January 28.

1   That's point number one.  Point number two is I believe Mr.

2   Qureshi has taken some liberties with the examiner's report

3   and specifically what the examiner says about Mr. Qureshi --

4   I mean Mr. Kazan.  The examiner report, as you know, has two

5   volumes.  The first volume is a factual discussion and that

6   is where Mr. Kazan's name appears.  His name never appears in

7   the 400 pages that is volume two that discusses the

8   conclusions.  He is not implicated in any of the assertions

9   the examiner makes with respect to senior financial

10  management.  He's not even discussed in that section.  The

11  emails that Mr. Kazan is discussed -- the emails that Mr.

12  Kazan has that are discussed by the examiner, as I recall,

13  relate to step one.  Step one, the examiner finds no credible

14  evidence of intentional fraudulent conduct and finds that --

15  you know does not find that it's likely that the company was

16  insolvent during that time period and makes no statement one

17  way or another about Mr. Kazan and his views during that time

18  period.  And I think it's just important for you to be aware

19  of that because that didn't come out.  It's not surprising.

20  Mr. Kazan's attorney hasn't had an opportunity to page

21  through the full examiner's report, but we felt compelled

22  just to make that available.  I think there's a real question

23  as to how important he is in the overall scheme of things

24  here.

25       MR. QURESHI:  Very briefly, Your Honor.  Again, for the

1   record, Abid Qureshi.  Just a couple of quick points.  First

2   of all, Mr. Kazan's role was characterized as being not that

3   of a decision maker, but instead a person through whom a lot

4   of information flowed.  We agree completely with that and

5   that is indeed why we want to depose Mr. Kazan, precisely

6   because a lot of information flowed through him from the

7   company and to among others, some of the banks.  With respect

8   to --

9        THE COURT:  Well, give me some specific examples of

10  information you might expect to gain from him that was not

11  otherwise available to you.

12       MR. QURESHI:  Well, Your Honor, I have not personally

13  conducted the review of the 658 documents in the production

14  that has his name on it, but certainly he appears to have

15  been involved in very important communications concerning the

16  company's 2007 budget, the company's operating plans for

17  2007, the extent to which those plans may have been updated

18  or may not have been updated.  There are some interesting

19  emails concerning communications between the company and Sam

20  Zell [ph] about the operating plans for the first two periods

21  of 2007, that we understand from the examiner's report, Mr.

22  Kazan was involved in, and he also attended meetings where

23  apparently from the examiner's report again, Mr. Zell was

24  told that Tribune had not changed its 2007 projections.

25  Well, Your Honor, the status of Tribune's 2007 projections,

1  when those projections were updated, whether they were

2  updated, whether they were realistic at the time that they

3  were updated, when that information was shared, if that

4  information was shared, when the company had it, all of that

5  relates very centrally to the strength of the underlying

6  claims and therefore the reasonableness of the settlement.

7      THE COURT:  But Mr. Kazan's Counsel says he's not a

8  quote, finance guy.  Sounds to me like those are questions

9  you'd normally direct to a finance guy.

10     MR. QURESHI:  Your Honor, it is readily apparent from

11 the emails that Mr. Kazan was involved in this communication

12 chain and clearly had knowledge of what the state of these

13 projections was, clearly was involved from everything we can

14 see in communications going from the company to the banks,

15 and within the company concerning the projections.  The fact

16 that he may be a finance guy doesn't mean he didn't receive

17 the information.

18     THE COURT:  Okay.  So --

19     MR. QURESHI:  Okay?

20     THE COURT:  -- let's say he received the information.

21 So what?

22     MR. QURESHI:  Well, the so what, Your Honor, is what

23 the information is that he received, the so what is what

24 communications he may have had at the time he received the

25 information, the so what is perhaps he expressed doubt as to

1   the veracity of the information that was received, perhaps he

2   had communications with Sam Zell or with the banks.  We know

3   he had communications with Citibank.  We know he was involved

4   in at least looking at the VRC solvency opinion.  And so the

5   so what is that we have good reason to believe based on the

6   documents that in addition to the emails there were

7   conversations that he was involved with and that we think we

8   should fairly be entitled to explore.

9        THE COURT:  All right.  Thank you.

10       MR. QURESHI:  And Your Honor, just two other quick

11  points.  On the burden to their Counsel, we are more than

12  happy to give them a little more time, take this deposition

13  after the fact discovery cutoff date, if the other parties

14  consent to that, to give their Counsel a few more days.  And

15  then last question -- last point with respect to the

16  continuing allegations that we are somehow dilatory in

17  getting these deposition notices out the door and just

18  briefly on this point, Your Honor.  We pushed for discovery

19  in this LBO period to commence weeks before the CMO hearing

20  that occurred I think finally on December 20.  We asked for

21  that discovery to start long before then.  They resisted at

22  every step.  They said no because their position at the time

23  was the door should be shut entirely on any discovery related

24  to the LBO period and so they've refused to start the process

25  earlier.  To put some numbers around it, since February 1,

1  Your Honor, since February 1 we have received 300,000 pages

2  of documents.  I'm not complaining that we received it.  I'm

3  merely pointing out that before we can make an informed

4  decision of who it is we need to depose, we obviously need to

5  receive the documents and we need to review the documents.

6  And so yes, it's true that this notice did not come out until

7  the end of January, but given the timing with which the

8  documents have been produced, the meet and confer process

9  that we have been put to on virtually every one of our

10  requests and the resultant delay in actually getting the

11  documents, I just don't think it's fair to say that we were

12  somehow dilatory.  And then Your Honor, I will only address

13  the point about Mr. Kazan being a Defendant, if Your Honor

14  wants to hear it.

15        THE COURT:  I do not.  Thank you.

16        MR. QURESHI:  Thank you.

17        MS. KING:  Your Honor, may I be heard briefly on --

18        THE COURT:  Yes, you may.

19        MS. KING:  Your Honor, I want to echo Mr. Bendernagel's

20  point that Mr. Kazan's role is being overstated here.  The

21  latest email I could find was in May of 2007 quoted in the

22  thousand plus exhibits attached to the examiner's report.  So

23  the idea that somehow Mr. Kazan has unique knowledge

24  regarding the step two phase of this LBO, I think is a gross

25  overstatement.  And the idea that there is somehow these

1  conversations that he was a party to that the examiner

2  doesn't make any reference to in his report, is also just a

3  fishing expedition.  Presumably the examiner, who was

4  represented by good and able Counsel and did a good job,

5  produced a huge report, would have quoted from those

6  statements or at least made reference to those communications

7  had they occurred.  So we shouldn't be allowing a fishing

8  expedition.  The second point I want to make, Your Honor, and

9  I think this is critical, I beg the Court to recognize that

10 Mr. Kazan is not one of the parties who have been bickering

11 back and forth for the past two months about when discovery

12 should have began, when documents should have produced.  I

13 understand the Court's frustration and you might want to let

14 the parties lay in the beds they made, but we were not hired

15 by Tribune to represent one of its executives.  We were hired

16 by an individual who faces very real prejudice in these

17 proceedings and very real exposure in these cases.  We didn't

18 make any decisions about when discovery should start or when

19 it should be delayed.  The parties apparently did.  Mr. Kazan

20 had no role in that, Your Honor, and it wasn't until two and

21 a half weeks ago and I did my homework, I talked to other

22 parties who had been part of the proceedings, to find out if

23 Mr. Kazan was a target for a deposition.  Two and a half

24 weeks ago on Friday night the 28th is the first time I heard

25 about this proposed deposition.  And as Counsel just stood

1  before you, he could not recall one email to you that was

2  unique in all of these documents that have been since

3  produced.  The only emails and the only reason they want to

4  talk to him now in a deposition is because of a report that

5  was done by the examiner over six months ago.  They've known

6  about him for months.  They could have called us in December

7  and said hey, you know this is one of the people that we want

8  to depose, they could have put him on their potential witness

9  list, if nothing else out of an abundance of caution, they

10 didn't.  They just produced a lengthy expert report which

11 references Mr. Kazan's emails, but they didn't try to depose

12 him before preparing their expert report and presumably if he

13 had such critical and unique knowledge that goes to these

14 issues of solvency, they would have wanted that before they

15 did their expert report, but they sat on their hands.  So

16 Your Honor, I can't judge whether the parties have been

17 diligent or dilatory, but what I can tell you is that Mr.

18 Kazan hasn't had anything to do with the situation that is

19 now before your Court.  And I would just again ask the Court

20 to bear in mind that this is an individual we're dealing with

21 who faces very substantial prejudice and very substantial

22 exposure.  He's not a big corporation.  Thank you.

23     THE COURT:  All right.  Mr. Bendernagel, I take it the

24 Debtor is -- has identified the 650 documents that everybody

25 has been talking about?

1      MR. BENDERNAGLE:  I don't think that's true.

2      THE COURT:  Okay.

3      MR. BENDERNAGLE:  I mean I think that they went and did

4  a search.  I'm not sure what the 650 documents are, Your

5  Honor.

6      THE COURT:  Who has them and who knows what they are?

7      MR. BENDERNAGLE:  I don't, Your Honor.

8      MR. QURESHI:  Your Honor, we did a search

9  electronically for his name in the document production and we

10  found 658 hits.

11      THE COURT:  Okay.  And I take it they've not yet been

12  given to Mr. Kazan's Counsel?

13      MR. QURESHI:  Certainly not, Your Honor.

14      THE COURT:  Well, I order that you deliver them to his

15  Counsel immediately.  I will reconsider and we'll pick a day

16  and time next week, after Counsel has had a chance to review

17  those documents, whether I should grant the relief that's

18  been requested here.  If I -- and if I do order a deposition

19  and I'm not sure that I will because he doesn't sound like a

20  central player in the matters that are primarily at issue, it

21  would be with a caveat that his testimony could not be used

22  for any other purpose besides confirmation.  Are there any

23  questions?

24      MS. KING:  No, Your Honor.  Again, thank you for

25  hearing us.

1       THE COURT:  All right.  Let's go back and revisit --

2   yes, Mr. Bendernagel?

3       MR. BENDERNAGLE:  Before you move off of that, Your

4   Honor, I know that Mr. Qureshi said that the only issue they

5   were moving forward with was Mr. Kazan today and that clearly

6   is from their perspective.  I do think you got a letter,

7   though, from the lawyers for one of the other individuals

8   indicating that they had filed a motion to quash down in

9   Florida and they were seeking from you some indication as to

10  whether you wanted to be -- you wanted that heard here or

11  whether it should proceed in Florida and probably ought to be

12  clarified one way or another so that we just don't have

13  multiple circuses -- well, let me not use the term circus.

14      THE COURT:  That's been tried before you know.

15      MR. BENDERNAGLE:  With disastrous results for some, but

16  so we just don't have two different Courts dealing with this

17  at the same time.

18      THE COURT:  Well, give me a refresher on the rules.  If

19  I remember correctly, don't they provide that in the first

20  instance the contest begins in the district out of which the

21  subpoena was issued?

22      MR. BENDERNAGLE:  That's correct.

23      THE COURT:  Okay.

24      MR. BENDERNAGLE:  And they can proceed there unless the

25  Court that has the actual case sort of suggests that that

1    Court would like to take it and then generally the Court in

2    the district will defer to the Court that has the case.

3    That's generally my understanding and quite frankly the

4    letter that was written to you suggested that -- I think this

5    is the Florida Plaintiff and I think it was from Grippo and I

6    think they basically said that they would come here if you

7    asked them to.  They just were asking for guidance.  I can go

8    look for the letter, if it would be helpful to you, Your

9    Honor.

10        THE COURT:  No, I have them here somewhere.

11        MR. BERGEN:  Your Honor, if I may interject.  This is

12    Charles Bergen of Grippo and Elden and I'm here by phone and

13    I appreciate Mr. Bendernagel raising the issue.  I had

14    thought in the letter we had received from Counsel for

15    Aurelius that they were saying let's go ahead in Florida.

16    Our plan was to schedule a motion in Florida and get that

17    heard, but if you'd like to hear it as well.  My

18    understanding is we have to go there first and that's what we

19    intend to do.

20        THE COURT:  Yeah.  I mean I -- that was my

21    understanding as well.  I wouldn't have any problem and it

22    probably ought to be determined here, but let me just recheck

23    the rule and see what's doing.  What I'm going to do is put

24    this matter over to February 22 at 2:00 and on the rule issue

25    let me see if I can't get something to the parties before

1  then, but otherwise for calendar purposes I'm going to carry

2  everything over.  That's the best I can tell you at this

3  point.

4       MR. BERGEN:  Thank you, Your Honor.

5       THE COURT:  All right.  Anything else on Number 12?

6  Okay.  Let's go back and recap those matters that we passed.

7       MR. MOSKOWITZ:  Good morning, Your Honor.  For the

8  record, Elliot Moskowitz of Davis Polk for JP Morgan Chase.

9  We've met and conferred and let me I guess summarize where we

10  are as to the two disputed issues.  I think that there is a

11  minor dispute still remaining for purposes of right now with

12  respect to one and a more significant dispute still remaining

13  with respect to the other.  I'll start with the minor

14  dispute.  With respect to the privilege log issue, what we've

15  agreed to do, pursuant to Your Honor's guidance, is to have a

16  sampling of 150 documents that are logged in the first

17  instance.  In terms of the selection for that sampling, in

18  order to avoid you know any cherry picking and in order to

19  sort of crystallize the documents that are likely to be most

20  disputed, they are going to in the first instance include on

21  that log any documents where no lawyer is copied.  And if

22  that doesn't lead up to 150 documents, which I'm told that it

23  does not, then the balance will be a random selection

24  selected by the electronic vendor.  Furthermore, though, so

25  as to that part I think we have agreement and --

1       MR. QURESHI:  That's right, Your Honor, just with one

2   caveat that the time period for these documents will be

3   between April 1 and November 23.

4       MR. MOSKOWITZ:  Yes.  And thank you and I agree with

5   that as well, Your Honor.

6       THE COURT:  Okay.

7       MR. MOSKOWITZ:  The one item, though, that remains in

8   dispute with respect to the privilege log issue is with

9   regard to the notebook that we handed up to Your Honor

10  before, we requested that that be also included in the log

11  because of the substantial number of redactions and also

12  because of a lot of the things Mr. Brodsky said yesterday

13  about this particular individual having a lot of information

14  that he doesn't have.  It's -- all we're requesting is that

15  that be included among the things that will be logged.  They

16  have not agreed to do that and that is a dispute that is

17  still before the Court.  I think it's a modest request,

18  personally, but that is -- it's disputed.

19      MR. QURESHI:  And Your Honor, we would agree to do that

20  if however many entries that process yields counts towards

21  the 150 Your Honor asked that we log.

22      THE COURT:  Well, how many -- any notion of how many

23  that's going to be?

24      MR. QURESHI:  I'm not sure exactly.  It's approximately

25  from what I could tell from the copy, roughly a 60-page

1  notebook.  The majority of the pages are redacted.  I would

2  think that for purposes of a -- I guess it depends on the

3  nature of the log Mr. Moskowitz is seeking and I have not

4  seen the unredacted version of that, Your Honor, but assuming

5  that it contains notes from multiple conversations that Mr.

6  Pietro had with his Counsel over a period of time, that for

7  each day or each separate conversation, that that would

8  require a separate entry on the log, unless Counsel believes

9  that this can be some kind of a category log.  I'm frankly

10 not entirely clear on the request.

11      MR. MOSKOWITZ:  If I may, Your Honor.  Probably it

12 won't require 57 different entries because I assume that you

13 know several of the entries probably you know each page is

14 not presumably its own discreet matter.  Having said that, we

15 would oppose the -- we would oppose using this notebook as an

16 attempt to eat up most of the 150.  I don't think it's too

17 burdensome for them to just also include this in the things

18 that they're willing to do.  It's a lot less than 5,700.

19      THE COURT:  Well, if it adds up to an additional 50,

20 that's okay.

21      MR. MOSKOWITZ:  So it's 150 plus potentially 50?

22      THE COURT:  Correct.

23      MR. MOSKOWITZ:  Okay.  Thank you, Your Honor.  And

24 that's the more minor issue.  The more significant issue that

25 I think is still in dispute is with respect to the deal

1    documents, I'll call them.  In meet and confer discussions

2    that we have had with them just now, we're now advised and I

3    know that they've consulted with their client, it's not just

4    Counsel's representation, we've now been advised that there

5    actually are no deal documents per se.  This is what we're

6    being told, but that there are emails that would evidence the

7    terms of the transactions.  And so our request -- I mean

8    first of all we're going to ask them to -- I appreciate

9    Counsel's representation, but we are going to require a more

10   formal representation, either in the form of an

11   interrogatory, an RFA, or at deposition.  Leaving that aside,

12   our request then if there are no deal documents, our request

13   then is for the emails that set forth the transactions in the

14   post-petition period and we agree -- we would be satisfied if

15   they want to redact the price terms and also the date, the

16   specific date, so that it would be not traceable to an exact

17   price and needless to say we would of course agree to the

18   highest level of confidentiality with respect to these

19   materials and that is our position.  Their position is that

20   they do not want -- I'll let opposing Counsel articulate

21   their position.

22        MR. QURESHI:  Thank you, Your Honor.  Again, the

23   request that was made was there was a suggestion from Mr.

24   Moskowitz that there were contracts or other formal

25   agreements that would evidence each of these transactions and

1  as Mr. Moskowitz stated, my understanding is that that is not

2  the case, that these transactions are done over the phone

3  between the two traders at the two institutions and then

4  ultimately settled in a brokerage account somewhere and that

5  there may be emails contemporaneous with the transaction that

6  memorialized the price and the amount of the purchase.  And

7  we do object to producing that, even in redacted form.  Your

8  Honor, the reason is simply nobody else has and I just fail

9  to see why Aurelius should be put to that burden of producing

10  these type of documents and why Aurelius should be the only

11  party in the case that should be required to do that.  I just

12  don't see any justification for it.  Your Honor, when we were

13  here asking for depositions and other things about the

14  process, Your Honor used the phrase I don't see any smoke.

15  Well, here, too, Your Honor, respectfully, there's no smoke.

16  They asked about side deals, handshake deals, and were told

17  under oath by Mr. Brodsky repeatedly that none exist.

18  There's no smoke.  There's just no basis for a request like

19  that to be complied with by only one party in the case.

20      THE COURT:  Well, let me ask this question, Mr.

21  Qureshi, if I were to order that redacted copies of the

22  emails be produced revealing only non-price and non-date

23  information, would there be anything that would show?

24      MR. QURESHI:  Your Honor, I do not know the answer

25  because I have not personally seen these emails.  I can

1   certainly make a phone call if we take another break and try

2   to find out the answer.  I just can't make a representation.

3   I just don't know.

4        THE COURT:  Okay.  I'd like to know the answer.

5        MR. QURESHI:  Okay.  Can we take a short break?

6        THE COURT:  Yes, we will in a minute.

7        MR. QURESHI:  Okay.

8        THE COURT:  Okay.

9        MR. MOSKOWITZ:  Your Honor, may I just make one other

10  comment?

11       THE COURT:  Go ahead.

12       MR. MOSKOWITZ:  Not to reargue anything.  This is

13  really a separate comment.  I think needless to say and I

14  mentioned this before that we reserve the right to recall any

15  witness that they have -- well, recall Mr. Brodsky so far in

16  the event that additional responsive documents are produced

17  that go to questions that we need to ask him.  It's just a

18  reservation of rights.  Thank you, Your Honor.

19       THE COURT:  Okay.  Mr. Siegel, I am inclined to allow

20  you something, both with respect to Citigroup Capital Markets

21  and Citibank, but very little.  So if after conferring with

22  opposing Counsel you can convince me on a very limited basis

23  you should have more, I would be willing to consider that.

24  So I'll ask you to have another conversation.

25       MR. SIEGEL:  Thank you, Your Honor.

1     THE COURT:  And I'd like you to do that now.

2     MR. SIEGEL:  Okay.

3     THE COURT:  If you can.

4     MR. SIEGEL:  We will.

5     THE COURT:  All right.  Now I don't -- I think

6  addresses all the things we passed around which I did not

7  rule.  We'll take a break now, reconvene at 12:30, see where

8  people stand.  Court will stand in recess.

9  OFF THE RECORD

10     THE COURT:  All right.  Anyone have anything to report

11  to me?

12     MR. SIEGEL:  I think we have an agreement, at least for

13  now, to see where we stand.  Citigroup has agreed to search

14  the emails of four people for a somewhat narrower period than

15  we had requested, at least with step two and one person for

16  Citibank, a total of five people.  And we're going to find

17  out what the universe is and see if we can narrow the

18  searches, so hopefully we will be able to start the

19  production.  If we can't, we'll come back, but having gotten

20  this far, maybe we'll be able to get a little further --

21     THE COURT:  All right.

22     MR. SIEGEL:  -- once we know the universe of documents.

23     THE COURT:  All right.  Shall I continue these for

24  calendar purposes over the -- to the 22nd at 2?

25     MR. SIEGEL:  Yes.

1      THE COURT:  Okay.  And if there's either very little or

2  nothing to talk about, you may join us by phone.

3      MR. SIEGEL:  Okay.

4      THE COURT:  Okay?

5      MR. SIEGEL:  Thank you very much, Your Honor.

6      THE COURT:  All right.

7      MR. QURESHI:  Your Honor, again for the record, Abid

8  Qureshi on behalf of Aurelius.  I do have answers, Your

9  Honor, to the question you posed before the break.  What I

10  would propose, Your Honor, is to give the Court those answers

11  off the record.  Mr. Moskowitz agrees to that request.  I

12  think the answers reveal more than I would like to publicly

13  about how Aurelius trades.

14      THE COURT:  All right.  I'll see Counsel in chambers.

15      MR. QURESHI:  Thank you.

16      THE COURT:  Is there any -- other than that matter, is

17  there anything further that I've left unaddressed?  Okay.

18  Shall I simply adjourn the hearing or do Counsel see a need

19  to go back on the record after we're done our conference?

20      MR. QURESHI:  Your Honor, again Abid Qureshi.  No need

21  to go back on the record.  I did have one housekeeping

22  question for the Court, which if I could raise now.

23      THE COURT:  Go ahead.

24      MR. QURESHI:  It relates to expert reports.  A lot of

25  expert reports have been exchanged, I think five by the

1  Debtors and I believe three on our side.  Rebuttal reports

2  are coming up on the 21st.  Does Your Honor want at some

3  point to receive those before trial or is Your Honor's

4  preference that we just hold those to ourselves until we show

5  up on March 7?

6        THE COURT:  I don't read them before trial.

7        MR. QURESHI:  Okay.

8        THE COURT:  And that's not out of laziness or neglect.

9  I just find that I prefer the live testimony first and if I

10 have to drill deeper later, which I normally do, I do that

11 later.  I know other Judges approach it differently, but

12 that's what I do.

13       MR. QURESHI:  And that's why I asked.  Thank you, Your

14 Honor.

15       THE COURT:  Thank you.  All right.  Court is adjourned.

16 (Whereupon, at 12:35 p.m., the hearing was adjourned.)

17                      CERTIFICATION

18       I certify that the foregoing is a correct

19 transcript from the electronic sound recording of the

20 proceedings in the above-entitled matter.

21

22
   _____          16 February 2011
23 Wendy Evans                                    Date
   Transcriber
24

25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **30(b)(6)**(2) 17:23 25:2 | | **against**(10) 45:24 61:18 62:4 62:20 62:21 62:24 63:7 63:20 63:23 64:3 | | **and**(301) 9:9 9:10 9:12 9:16 9:17 9:21 10:1 10:3 10:4 10:6 10:9 10:9 10:13 10:18 10:21 10:22 10:25 11:4 11:5 11:14 11:17 11:25 12:13 12:14 13:2 13:8 13:10 13:13 14:7 14:11 14:12 14:13 14:18 14:20 14:20 15:10 15:15 16:10 16:17 16:19 16:20 16:23 16:25 17:1 17:12 17:13 17:16 17:19 17:21 18:2 18:6 18:9 18:13 18:18 18:20 18:24 19:4 19:6 19:13 19:15 19:16 19:19 19:25 20:1 20:6 20:6 20:11 20:13 20:13 20:15 20:19 20:20 21:2 21:3 21:6 21:17 21:19 21:22 22:2 22:7 22:16 22:17 22:20 22:25 23:3 23:6 23:16 23:20 23:23 23:24 23:25 24:3 24:4 24:7 24:10 24:16 24:18 24:18 24:21 24:22 24:25 25:2 25:4 25:8 25:12 25:16 25:19 25:22 26:9 26:10 26:16 26:16 27:1 27:3 27:11 27:11 27:12 27:14 27:20 28:1 28:3 28:12 29:3 29:5 29:7 29:10 29:13 29:13 29:14 29:18 29:21 29:24 30:8 30:9 30:17 30:18 31:6 31:7 31:13 31:25 32:5 32:13 32:15 32:19 32:20 32:22 33:1 33:7 33:9 33:15 33:16 33:19 33:25 34:2 34:6 34:20 34:22 34:23 35:7 35:8 35:13 35:13 35:17 35:22 35:23 36:4 36:5 36:7 36:13 36:14 36:15 36:15 36:24 36:24 37:6 37:7 37:19 38:2 38:3 38:9 38:11 38:12 38:13 38:17 39:4 39:6 39:6 39:7 39:7 39:9 40:2 40:5 40:6 40:9 40:13 40:15 40:15 40:18 41:6 41:7 41:9 41:16 42:4 42:5 42:13 42:14 42:18 42:24 42:25 43:6 43:7 43:12 43:14 43:14 43:17 44:4 44:5 44:7 44:8 44:9 44:9 44:10 44:14 44:15 44:15 45:8 45:13 45:14 45:15 45:22 46:1 46:1 46:4 46:4 46:10 46:13 46:20 46:23 47:7 47:9 47:9 47:19 47:23 47:25 48:2 48:3 48:7 48:13 48:19 48:21 48:22 48:25 49:1 49:3 49:5 49:8 49:8 49:14 49:15 49:20 49:21 49:25 50:1 50:10 50:13 50:14 50:14 50:15 50:24 51:1 51:3 51:11 51:11 51:16 51:24 51:25 52:1 52:2 52:13 52:15 52:16 52:22 52:23 53:2 53:7 53:15 53:16 53:16 54:3 54:6 54:13 54:15 54:16 54:17 54:19 | | **answer**(13) 11:20 13:22 27:3 27:9 28:2 29:3 30:14 30:21 30:24 38:2 79:24 80:2 80:4 |
| **60-page**(1) 76:25 | | | | | | **answered**(5) 27:2 27:2 27:3 27:11 27:15 29:4 30:18 |
| _____**debtors.**____  1:13 | | | | | | |
| **a.m**(2) 1:16 9:1 | | **age**(1) 18:6 | | | | **answers**(4) 29:11 82:8 82:10 82:12 |
| **abetted**(2) 46:4 47:9 | | **agenda**(4) 9:6 9:7 9:12 9:17 | | | | **any**(46) 11:9 13:5 13:21 15:16 16:11 |
| **abhishek**(1) 7:5 | | **ago**(8) 18:25 31:23 52:9 52:19 61:14 70:21 70:24 71:5 | | | | 19:19 22:5 23:24 24:20 25:20 25:22 27:3 27:8 27:17 31:2 32:20 32:24 34:5 35:17 39:2 43:3 43:24 46:12 46:12 46:20 49:4 50:4 61:7 62:3 62:16 63:3 64:5 65:8 68:23 70:2 70:18 72:22 72:22 74:21 75:18 75:21 76:22 79:12 79:14 80:14 82:16 |
| **abid**(7) 3:26 12:22 26:7 57:9 66:1 82:7 82:20 | | | | | | |
| | | **agree**(10) 11:24 18:21 36:5 37:6 39:3 66:1 76:4 76:19 78:14 78:17 | | | | |
| **ability**(2) 26:24 57:13 | | | | | | |
| **able**(6) 20:4 44:13 44:22 70:4 81:18 81:20 | | **agreed**(10) 10:23 11:18 11:25 13:13 31:9 32:9 36:25 75:15 76:16 81:13 | | | | **anyone**(4) 11:6 12:17 36:13 81:10 |
| **about**(70) 14:10 14:19 15:1 15:6 15:7 17:6 17:7 17:18 18:3 18:4 18:19 18:25 19:10 19:24 21:17 21:24 25:24 27:6 27:9 28:11 28:15 28:17 29:8 29:19 29:22 35:15 39:10 40:8 40:10 43:1 43:10 43:22 44:2 45:2 45:4 47:1 47:3 48:1 50:3 50:25 51:12 51:24 52:17 53:6 54:8 54:12 54:12 54:12 54:13 55:16 57:15 60:13 62:9 62:22 62:23 63:18 65:3 65:17 66:20 69:13 70:11 70:18 70:25 71:6 71:25 76:13 79:13 79:16 82:2 82:13 | | **agreement**(6) 3:31 7:45 39:6 41:25 75:25 81:12 | | | | **anything**(19) 12:5 12:19 13:5 13:7 19:16 23:19 36:15 40:10 46:1 46:13 51:6 52:17 53:8 71:18 75:5 79:23 80:12 81:10 82:17 |
| | | **agrees**(1) 82:11 | | | | |
| | | **ahead**(7) 19:13 22:1 37:24 40:9 74:15 80:11 82:23 | | | | **apologize**(3) 31:17 31:21 48:21 |
| | | | | | | **apparent**(2) 33:13 67:10 |
| | | **aided**(2) 46:4 47:9 | | | | **apparently**(5) 24:15 32:1 52:22 66:23 |
| **aboveentitled**  (1) 83:20 | | **akin**(5) 3:25 6:22 12:22 26:7 57:9 | | | | **appear**(2) 59:15 60:8 |
| **abundance**(1) 71:9 | | **alan**(1) 7:19 | | | | **appearances**(5) 4:22 5:1 6:1 7:1 8:1 |
| **acceptable**(2) 16:18 38:20 | | **all**(78) 9:22 9:24 10:15 11:24 12:1 12:19 13:5 15:17 16:6 18:14 18:21 19:6 20:17 21:20 21:22 24:6 24:13 24:22 25:5 25:25 27:6 28:14 31:15 31:21 32:8 32:9 32:24 33:21 34:4 35:4 35:14 35:18 36:9 37:11 37:13 38:1 39:5 42:17 42:18 43:9 43:17 43:22 44:11 44:24 46:8 46:23 47:2 48:24 52:4 54:1 54:3 54:19 54:20 55:21 59:5 60:6 60:9 60:16 62:22 63:10 66:2 67:4 68:9 71:2 71:23 73:1 75:5 76:14 78:8 81:5 81:6 81:10 81:21 81:23 82:6 82:14 83:15 | | | | **appeared**(1) 60:13 |
| **access**(4) 60:6 61:23 62:1 62:8 | | | | | | **appears**(3) 65:6 65:6 66:14 |
| **accomplish**(1) 49:1 | | | | | | **apple**(1) 59:25 |
| **accomplished**(1) 50:6 | | | | | | **application**(2) 15:21 26:1 |
| **account**(1) 79:4 | | | | | | **appreciate**(2) 74:13 78:8 |
| **accounts**(1) 60:16 | | | | | | **appreciative**(1) 15:10 |
| **accuracy**(1) 27:22 | | | | | | **approach**(4) 20:20 21:2 21:7 83:11 |
| **accused**(1) 56:18 | | | | | | **appropriate**(3) 25:24 31:11 47:20 |
| **acknowledge**(1) 22:25 | | | | | | **approximately**(5) 14:22 42:12 58:4 61:14 76:24 |
| **acquisition**(3) 22:10 28:20 28:24 | | **allegation**(1) 46:2 | | | | |
| **acquisitions**(1) 22:3 | | **allegations**(6) 24:7 24:8 49:9 62:21 63:14 68:16 | | | | |
| **act**(2) 46:2 47:15 | | | | | | **april**(3) 19:14 42:24 76:3 |
| **action**(2) 52:14 61:7 | | **alleged**(1) 30:18 | | **and**(165) 54:21 55:2 55:5 55:8 55:14 55:14 55:19 55:22 55:23 56:4 56:5 56:6 56:9 56:19 57:1 57:3 57:14 57:21 57:25 58:2 58:5 58:6 58:12 58:16 58:19 59:10 59:15 59:25 60:1 60:3 60:7 60:9 60:15 60:16 60:19 61:1 61:6 61:10 61:15 61:16 61:19 61:20 61:25 62:5 62:9 62:11 62:15 63:4 63:10 63:18 64:4 64:5 64:7 64:16 65:7 66:19 66:22 67:6 67:12 67:15 68:4 68:7 68:10 68:14 68:17 68:24 69:5 69:6 69:8 69:10 69:12 69:25 70:4 70:4 70:8 70:11 70:13 70:17 70:20 70:20 70:21 70:23 70:25 71:3 71:7 71:12 71:13 71:19 71:21 72:3 72:6 72:9 72:11 72:15 72:16 72:18 72:19 73:1 73:5 73:9 73:11 73:24 74:1 74:3 74:5 74:5 74:12 74:12 74:16 74:18 74:21 74:23 74:24 75:6 75:9 75:9 75:12 75:18 75:21 75:25 76:3 76:4 76:4 76:11 76:16 76:19 77:3 77:23 78:1 78:2 78:7 78:14 78:15 78:17 78:19 78:25 79:3 79:4 79:6 79:6 79:8 79:10 79:13 79:16 79:22 80:1 80:13 80:21 81:1 81:15 81:16 81:17 82:1 83:1 83:1 83:8 83:9 83:13 | | **argue**(1) 33:9 |
| **actual**(2) 14:15 73:25 | | **alleviating**(1) 63:5 | | | | **argue**(1) 24:1 |
| **actually**(8) 13:2 15:22 24:24 45:13 49:18 54:7 69:10 78:5 | | **allow**(1) 80:19 | | | | **argued**(2) 31:22 32:7 |
| | | **allowed**(2) 29:11 64:5 | | | | **arguing**(2) 14:13 33:20 |
| | | **allowing**(3) 59:15 63:2 70:7 | | | | **argument**(12) 13:21 20:1 28:6 32:1 41:11 51:5 58:16 58:22 58:23 59:4 59:11 63:23 |
| **add**(1) 14:4 | | **alone**(1) 36:18 | | | | |
| **addition**(4) 29:7 29:13 57:25 68:6 | | **along**(2) 13:18 63:14 | | | | |
| **additional**(11) 13:4 14:25 41:19 42:6 42:13 42:22 43:16 44:10 45:7 77:19 80:1 | | **already**(5) 14:14 24:24 25:3 28:10 51:14 | | | | **arguments**(2) 41:17 49:20 |
| | | **also**(18) 12:1 15:12 19:3 24:16 25:2 25:10 26:2 35:9 41:24 54:4 55:5 61:12 66:22 70:2 76:10 76:11 77:17 78:15 | | | | **arising**(1) 75:18 |
| **address**(6) 14:21 17:21 26:8 32:21 49:15 69:12 | | | | | | **around**(5) 15:5 18:8 61:22 68:25 81:6 |
| | | | | | | **arrangement**(1) 23:7 |
| **addressed**(1) 10:17 | | **alternative**(1) 15:1 | | | | **articulate**(1) 78:20 |
| **addresses**(1) 81:6 | | **although**(5) 14:5 14:24 38:20 41:7 47:1 | | | | **articulated**(1) 19:23 |
| **addressing**(1) 36:7 | | **amanda**(1) 3:19 | | | | **ashby**(1) 3:18 |
| **adds**(1) 77:19 | | **ambushed**(1) 63:17 | | | | **ashish**(1) 7:25 |
| **adelman**(1) 6:31 | | **amended**(1) 9:7 | | | | **aside**(1) 78:11 |
| **adequate**(1) 24:20 | | **america**(2) 4:49 5:37 | | **and/or**(1) 37:21 | | |
| **adjourn**(1) 82:18 | | **americas**(1) 3:51 | | **anderson**(1) 2:31 | | **ask**(20) 15:6 15:7 17:18 22:13 24:13 26:24 27:16 28:18 29:19 41:18 42:17 43:15 62:9 63:1 63:9 71:19 78:8 79:20 80:17 80:24 |
| **adjourned**(3) 9:18 83:15 83:16 | | **amit**(1) 6:17 | | **andrea**(1) 7:29 | | |
| **adjustment**(2) 12:10 12:15 | | **among**(4) 33:4 49:2 66:7 76:15 | | **andrew**(7) 3:48 3:49 5:46 5:52 7:4 7:12 49:12 | | |
| **adler**(1) 4:30 | | **amount**(6) 51:20 60:10 61:15 62:16 64:11 79:6 | | | | |
| **admission**(1) 30:20 | | | | | | |
| **admissions**(1) 62:22 | | | | **anew**(1) 24:19 | | |
| **admittedly**(1) 16:2 | | **amounts**(3) 17:25 18:1 57:4 | | **angell**(1) 3:11 | | |
| **advance**(1) 55:4 | | **amy**(1) 6:6 | | **another**(11) 24:16 27:21 33:7 41:7 44:9 47:9 51:1 65:17 73:12 80:1 80:24 | | |
| **advanced**(1) 22:6 | | **analysis**(4) 45:2 45:4 55:6 55:9 | | | | |
| **adversary**(2) 58:19 59:20 | | **analyst**(1) 20:24 | | | | |
| **advised**(3) 9:14 78:2 78:4 | | **analyzing**(1) 44:15 | | | | |
| **advisement**(1) 57:7 | | | | | | |
| **affects**(1) 25:14 | | | | | | |
| **affiliate**(1) 54:5 | | | | | | |
| **after**(13) 17:11 21:23 42:24 43:13 44:6 44:8 46:15 47:17 50:15 68:13 72:16 80:2 82:19 | | | | | | |
| **again**(27) 15:18 18:18 20:18 26:6 27:12 33:16 35:10 38:14 39:5 44:25 46:20 46:23 47:21 48:21 48:23 52:23 53:5 56:5 57:8 64:7 65:25 66:23 71:19 72:24 78:22 82:7 82:20 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

asked(40) 17:19 18:4 19:11 26:23 27:1 27:1 27:6 27:8 27:9 27:13 28:23 29:2 29:8 29:9 30:19 30:25 31:2 31:5 35:12 35:15 36:9 36:17 40:13 40:15 42:6 42:7 42:8 42:11 42:15 48:3 49:6 53:13 54:20 57:24 59:10 68:20 74:7 76:21 79:16 83:13

asking(9) 19:6 22:17 24:15 24:17 24:22 28:6 57:13 74:7 79:13

asleep(1) 57:2
assert(1) 64:6
asserted(1) 19:19
asserting(1) 64:4
assertion(1) 16:23
assertions(8) 16:1 16:25 17:8 19:8 21:5 21:22 39:16 65:8

assessing(1) 42:2
assistance(1) 59:2
assume(1) 77:12
assuming(1) 77:4
assure(1) 25:20
atamian(1) 6:19
attached(2) 13:19 69:22
attempt(1) 77:16
attempted(1) 18:13
attended(1) 66:22
attention(5) 55:23 56:12 64:17

attorney(9) 9:16 32:10 32:12 32:13 32:17 36:24 60:18 60:19 65:20

attorneys(2) 25:22 41:20
atypical(1) 24:4
aurelius(44) 3:18 6:22 6:27 10:9 12:23 14:12 15:24 17:3 17:10 17:16 17:19 18:13 18:16 19:7 19:18 19:22 20:24 22:5 22:8 23:8 24:7 26:7 28:14 30:13 32:24 32:24 32:25 33:17 33:21 35:17 36:8 36:22 39:2 43:13 57:9 59:24 60:1 62:8 63:19 74:15 79:9 79:10 82:8 82:13

aurelius's(20) 14:23 18:2 19:12 22:3 22:4 22:10 22:16 24:2 25:8 26:17 27:7 27:12 28:3 28:16 29:8 29:16 30:12 32:22 33:11 33:13

austin(3) 1:25 5:14 61:8
authority(1) 23:23
available(3) 52:22 65:22 66:11
ave(2) 1:34 4:19
avenue(6) 2:20 2:41 3:20 3:51 4:6 4:13
avoid(1) 75:18
avoiding(1) 49:13
aware(1) 65:18
away(1) 34:12
awhile(1) 54:15
back(16) 9:25 24:18 37:19 39:6 40:2 42:19 46:11 54:15 55:18 64:21 70:11 73:4 75:6 81:19 82:19 82:21

backing(1) 30:12
bad(2) 22:16 63:11
bag(2) 63:7 63:8
balance(2) 62:3 75:23
bale(1) 4:34
ball(2) 29:20 59:25
banc(1) 6:35
bank(6) 3:11 4:17 4:29 4:49 5:37 6:11
bank's(2) 47:6 47:18
bankruptcy(5) 1:1 1:21 22:8 22:20 25:19
bankruptcy's(1) 33:14
banks(3) 66:7 67:14 68:2
barclays(2) 3:11 6:14
based(2) 38:7 68:5
basically(3) 11:2 20:15 74:6
basis(11) 16:4 18:20 19:19 26:17 28:3 30:12 39:23 50:5 64:4 79:18 80:22

bat(1) 33:2

bear(4) 23:12 36:21 57:20 71:20
bears(1) 22:11
became(1) 57:1
because(41) 13:14 17:17 18:5 20:8 22:17 23:5 26:10 28:7 28:25 30:2 30:16 35:10 36:17 41:17 45:5 45:25 46:13 46:21 48:2 49:4 50:4 54:5 54:15 55:1 55:3 55:19 58:10 58:14 60:12 60:15 61:13 63:18 65:19 66:6 68:22 71:4 72:19 76:11 76:12 77:12 79:25

become(1) 20:5
beds(1) 70:14
been(49) 9:13 11:11 11:16 12:3 12:12 16:5 16:6 16:7 18:23 19:1 23:15 23:16 28:10 28:20 29:20 30:19 30:25 31:2 31:9 34:16 36:9 40:13 43:3 43:18 46:14 50:16 52:20 53:4 53:13 56:3 60:6 61:7 61:18 64:10 66:15 66:17 66:18 69:8 69:9 70:10 70:22 71:2 71:16 71:25 72:11 72:18 73:14 78:4 82:25

before(55) 1:20 10:1 10:4 13:9 14:11 17:17:5 17:20 22:6 23:13 23:14 23:23 24:1 25:15 25:15 31:16 31:23 36:6 39:7 40:4 40:13 41:10 42:4 42:5 42:10 42:22 44:3 44:16 45:6 46:18 50:7 51:15 54:1 60:18 60:18 62:11 62:23 63:18 64:6 68:19 68:2 69:3 71:1 71:12 71:14 71:19 73:3 73:14 74:25 76:10 76:17 80:14 82:9 83:3 83:6

beg(1) 70:9
began(1) 70:12
begins(1) 73:20
behalf(10) 9:4 12:23 26:7 41:9 46:3 57:9 59:8 59:10 59:16 82:8

behind(1) 59:25
being(13) 16:16 20:4 23:21 23:22 24:9 24:12 36:17 55:1 56:17 66:2 69:13 69:20 78:6

belabor(3) 37:13 58:24 64:8
belied(1) 18:19
believe(21) 9:24 10:23 18:10 19:16 20:3 22:11 23:6 29:15 35:4 42:12 43:12 47:4 47:16 50:3 52:11 52:23 53:3 53:7 65:1 68:5 83:1

believes(1) 77:8
bell(1) 63:8
bellack(1) 10:3
bendernagel(8) 1:26 5:17 10:12 10:17 64:15 71:23 73:2 74:13

bendernagel's(1) 69:19
bendernagle(12) 10:16 10:25 11:10 11:12 64:15 72:1 72:3 72:7 73:3 73:15 73:22 73:24

benefit(2) 32:21 60:8
bennett(4) 7:46 7:49 9:16 33:20
benson(1) 7:32
bergen(3) 74:11 74:12 75:4
besides(1) 72:22
best(2) 19:20 75:2
better(1) 39:8
between(9) 32:13 36:23 41:6 47:2 52:25 56:6 66:19 76:3 79:3

beyond(3) 13:20 31:7 58:1
bickering(1) 70:10
bifferato(1) 3:39
big(2) 62:2 71:22
bigelow(1) 8:8
bit(6) 38:8 39:11 40:7 52:6 54:10 60:14
bites(1) 59:24
blabey(1) 4:38
blackberry(2) 18:6 18:10
blake(1) 3:32
blanket(1) 21:6
bleeds(1) 29:13
blessing(1) 12:13

block(1) 5:51
blue(1) 50:17
board(4) 7:16 14:4 61:1 61:1
bockius(1) 6:35
boelter(1) 5:15
both(4) 40:10 34:2 41:16 80:20
bothered(1) 50:16
bottom(4) 20:4 20:8 44:11 50:4
box(3) 2:7 3:21 3:35
brandywine(1) 3:33
breach(4) 46:4 47:8 47:10
break(7) 48:11 48:12 48:14 80:1 80:5 81:7 82:9

brian(1) 5:27
brickley(1) 4:42
bridge(10) 23:2 23:6 23:8 23:10 24:21 27:5 27:7 27:10 30:1 38:13

brief(1) 57:14
briefly(7) 53:24 56:16 56:17 62:10 65:25 68:18 69:17

bring(1) 45:21
bringing(2) 55:23 56:11
broad(1) 50:6
brodsky(17) 17:15 20:18 21:1 26:16 26:23 27:2 27:18 29:3 29:23 30:18 33:10 35:12 35:12 35:18 76:12 79:17 80:15

brodsky's(5) 18:4 18:19 26:12 28:22 38:24
brokerage(1) 79:4
bromberg(1) 5:48
brought(1) 64:17
brown(3) 3:5 5:43 6:14
browse(1) 14:8
bruce(1) 7:49
bryant(1) 3:27
budget(1) 66:16
building(1) 3:33
bullet(2) 16:15 29:22
bunch(2) 26:14 54:6
burden(9) 15:3 24:17 32:19 36:17 36:18 45:14 58:25 68:11 79:9

burdens(3) 51:24 53:7 53:16
burdensome(2) 51:12 77:17
bush(1) 4:26
busy(1) 15:4
but(93) 9:6 9:25 10:1 11:16 11:24 15:11 16:11 16:12 18:1 18:7 21:1 21:9 22:24 23:9 23:24 24:6 25:6 25:14 27:23 28:16 30:6 31:1 31:9 32:2 32:5 32:6 32:14 33:24 34:19 35:4 35:6 35:22 35:23 36:1 36:4 36:12 36:20 38:7 40:4 40:7 40:11 42:19 44:14 44:22 45:7 46:22 47:10 48:24 49:14 50:19 51:4 51:10 53:5 53:12 53:14 54:4 54:7 54:16 55:9 55:24 56:10 57:22 58:22 59:23 61:5 61:11 61:17 62:21 63:6 63:7 63:23 64:8 65:21 66:3 66:14 67:7 69:7 69:7 70:14 71:11 71:15 71:17 73:15 74:17 74:22 75:1 76:18 77:4 78:6 78:9 80:21 81:19 83:11

buy(2) 22:19 29:9
buying(1) 23:16
buyout(1) 45:1
bynum(1) 4:46
calendar(2) 75:1 81:24
call(2) 78:1 80:1
called(1) 71:6
came(4) 42:25 43:23 50:15 50:17
camera(1) 13:12

can(42) 10:13 18:20 19:8 20:7 21:9 21:22 24:13 25:11 25:12 25:19 29:1 29:24 30:22 30:24 30:24 36:5 37:6 38:4 38:12 39:6 39:7 39:12 40:21 51:3 51:24 55:8 57:14 58:17 58:21 59:1 67:13 69:3 71:17 73:24 74:7 75:2 77:9 79:25 80:5 80:22 81:3 81:17

can't(13) 20:11 25:10 28:11 45:4 46:24 48:23 50:6 51:10 54:9 71:16 74:25 80:2 81:19

candice(1) 5:25
cannot(2) 50:20 62:15
cantor(1) 5:39
capital(10) 3:18 4:33 6:22 6:27 8:13 12:23 49:18 49:19 50:8 80:20

carey(1) 1:20
carlyle(1) 4:17
carol(1) 4:34
carry(3) 36:18 36:19 75:1
case(31) 1:9 7:37 16:18 17:10 18:2 18:11 18:22 19:14 22:18 24:5 25:17 26:21 27:17 27:18 29:15 33:1 34:16 35:21 38:22 55:15 59:23 60:14 62:3 62:20 64:5 64:11 73:25 74:2 79:2 79:11 79:19

cases(7) 22:11 61:7 61:18 63:15 63:23 64:7 70:17

cat(1) 63:7
cat's(1) 63:8
categories(6) 16:16 26:2 35:24 35:25 36:1 37:16

category(11) 16:6 16:7 16:13 16:20 16:24 19:25 20:12 32:11 36:24 37:7 77:9

caught(1) 46:14
cause(1) 23:8
caused(1) 41:18
caution(1) 57:16
caveat(2) 72:21 76:2
center(10) 23:2 23:6 23:7 23:10 24:21 27:5 27:7 27:10 30:1 38:13

central(1) 72:20
centrally(1) 67:5
ceo(1) 15:4
certain(4) 19:5 39:20 47:9 48:3
certainly(11) 14:18 22:6 30:22 57:17 58:6 58:24 60:10 63:5 66:14 72:13 80:1

certification(1) 83:17
certify(1) 83:18
cgmi(4) 49:21 51:17 53:10 54:2
chad(1) 50:25
chadbourne(2) 2:11 6:40
chain(1) 67:12
chair(1) 14:17
challenge(1) 20:11
challenging(1) 24:2
chambers(1) 82:14
chance(4) 36:5 53:8 63:18 72:16
chandler(1) 8:8
change(2) 9:11 43:6
changed(4) 42:25 44:10 52:21 66:24
chapter(1) 1:7
characterized(1) 66:2
charge(1) 26:19
charles(1) 74:12
chase(6) 2:17 6:11 15:20 38:4 48:19 75:8
check(1) 30:22
cherry(3) 39:21 75:18
chicago(2) 1:28 4:14
choice(1) 48:2
choices(1) 50:1
chose(1) 54:21
chosen(1) 47:23
chris(1) 59:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**christopher**(1) 4:5
**chung**(1) 4:50
**cicoski**(1) 4:18
**circumstances**(7) 17:4 17:17 22:10 27:6 34:20 49:21 49:22

**circus**(1) 73:13
**circuses**(1) 73:13
**citation**(1) 24:1
**cited**(3) 35:11 57:18 58:2
**citi**(12) 41:6 42:20 43:9 43:21 44:16 47:25 48:19 48:24 49:14 51:17 53:16 53:19

**citibank**(29) 41:7 41:9 42:1 45:18 45:20 45:24 45:25 46:12 46:19 46:25 47:4 47:21 48:2 48:5 49:4 49:6 52:5 52:6 53:1 53:5 53:17 54:4 54:7 55:17 55:21 56:3 68:3 80:21 81:16

**citibank's**(6) 46:2 46:11 46:21 46:22 47:16 48:5

**citigroup**(32) 3:46 6:4 41:7 41:9 41:16 41:21 42:2 42:8 42:10 42:21 43:8 43:15 43:25 44:14 46:7 46:13 47:3 47:23 48:1 48:25 49:2 49:3 49:18 49:18 49:18 49:19 53:1 54:2 56:6 57:6 80:20 81:13

**citigroup's**(1) 53:4
**claim**(2) 7:4 45:24
**claims**(7) 32:24 33:15 33:15 46:5 54:8 64:5 67:6

**claire**(1) 8:9
**clarification**(1) 37:14
**clarified**(1) 73:12
**clear**(6) 11:2 16:17 24:17 28:3 30:8 37:18 56:19 77:10

**clearly**(4) 59:17 67:12 67:13 73:5
**cleary**(1) 3:32
**client**(5) 32:13 32:18 36:24 57:3 78:3
**client's**(1) 61:16
**climbing**(1) 18:15
**closer**(2) 34:22 34:23
**closes**(1) 47:18
**clue**(1) 56:20
**cmo**(4) 12:10 31:1 50:23 68:19
**cobb**(1) 2:4
**code**(1) 22:8
**coincidental**(1) 47:1
**cole**(1) 1:31 9:4
**colleagues**(1)
**collect**(3) 50:21 50:22 51:2
**collecting**(1) 52:3
**colleen**(1) 5:23
**come**(20) 9:25 17:20 24:7 30:10 37:7 37:19 39:6 40:2 42:16 43:4 44:8 45:10 46:21 47:25 47:25 48:7 65:19 66:9 74:6 81:19

**comes**(3) 28:16 33:5 49:21
**coming**(1) 83:2
**commence**(1) 68:19
**comment**(4) 40:12 56:14 80:10 80:13
**comments**(1) 59:17
**commitments**(1) 15:11
**committee**(13) 2:4 4:24 6:40 7:15 13:1 14:3 14:18 14:22 24:9 33:6 42:21 43:20 51:9

**committee's**(1) 14:20
**communication**(3) 18:16 32:13 67:11
**communication**(19) 13:17 13:19 20:25 33:3 33:9 33:17 36:4 36:22 36:23 52:25 55:8 56:6 66:15 66:19 67:14 67:24 68:2 68:3 70:6

**company**(16) 1:9 4:41 4:45 5:4 5:42 7:32 9:5 15:5 21:4 60:20 65:15 66:6 66:19 67:4 67:14 67:15

**company's**(2) 66:16 66:16

**comparisons**(1) 32:22
**compel**(2) 9:15 32:16
**compelled**(2) 44:7 65:21
**complaining**(1) 69:2
**completely**(2) 21:3 66:4
**complexity**(1) 64:12
**complied**(1) 79:19
**compromis**(3) 19:9 32:8 32:16

**conaway**(1) 3:31
**concern**(4) 55:8 55:10 63:5 63:6
**concerned**(5) 13:9 25:24 39:11 39:21 53:21
**concerning**(6) 17:3 53:1 57:18 66:15 66:19 67:15

**concerns**(2) 12:24 57:10
**conclude**(1) 21:19
**conclusion**(1) 60:22
**conclusions**(1) 65:8
**concrete**(1) 21:18
**condition**(3) 42:3 42:3 63:2
**conditioned**(1) 55:1
**conditions**(2) 55:8
**conduct**(4) 55:25 56:2 56:4 65:14
**conducted**(2) 17:11 66:13
**conducting**(1) 24:25

**confer**(11) 15:15 35:23 36:5 39:5 44:9 50:14 50:15 54:16 56:19 69:8 78:1

**conference**(5) 10:10 41:6 41:8 41:12 82:19
**conferred**(1) 75:9
**conferring**(1) 80:21
**confers**(4) 43:15 43:25 45:7 55:22
**confidential**(6) 25:21 41:20 41:20 45:5 46:23 48:24

**confidentiality**(5) 13:15 25:17 25:18 25:24 78:18

**confine**(1) 39:1
**confirmation**(9) 34:23 44:18 46:7 46:9 46:20 53:9 58:10 59:20 72:22

**conflict**(1) 61:11
**connection**(1) 33:19
**consent**(3) 12:10 12:13 68:14
**consider**(5) 16:10 34:7 44:5 55:2 80:23
**consideration**(2) 15:23 44:14
**considering**(1) 55:22
**conspiracy**(2) 26:15 26:19
**constrained**(1) 41:17
**constraints**(1) 44:7
**consulted**(1) 78:3
**contain**(1) 26:11
**contains**(3) 41:22 41:23 77:5
**contemporaneous**(1) 79:5
**contentious**(1) 32:18
**contest**(1) 73:20
**context**(2) 20:14 22:5
**contexts**(1) 16:18
**continue**(1) 81:23
**continued**(7) 2:2 3:2 4:2 5:2 6:2 7:2 8:2
**continues**(1) 19:18
**continuing**(1) 68:16
**contracts**(1) 78:24
**contractual**(1) 47:13
**contributing**(1) 60:16
**conversation**(3) 27:9 77:7 80:24
**conversations**(3) 68:7 70:1 77:5
**conveyance**(1) 33:15
**convince**(1) 80:22
**cooperate**(1) 59:1
**copied**(3) 39:15 75:21
**copies**(4) 21:10 46:17 48:22 79:21
**copy**(2) 14:6 76:25
**corp**(1) 8:13
**corporation**(1) 71:22
**correct**(4) 55:14 73:22 77:22 83:18
**correctly**(1) 73:19

**corroon**(1) 2:31
**cost**(1) 54:2
**costs**(2) 53:7 53:16
**could**(29) 15:2 17:20 18:7 22:15 34:18 35:5 38:11 38:17 39:14 44:1 45:7 48:10 50:2 50:21 51:23 60:12 62:18 62:24 63:1 63:4 63:6 64:2 69:21 71:1 71:6 71:8 72:21 76:25 82:22

**couldn't**(5) 45:11 54:17 55:25 56:1 56:4
**counsel**(42) 13:3 14:1 14:3 14:23 15:15 19:2 19:21 21:8 27:3 33:12 33:18 35:23 36:5 37:6 40:1 46:18 48:19 48:19 52:21 57:12 58:8 58:25 59:1 59:1 60:5 60:8 62:7 67:7 68:11 68:14 70:4 70:22 72:12 72:15 72:16 74:14 77:6 77:8 78:20 80:22 82:14 82:18

**counsel's**(3) 19:11 78:4 78:9

**count**(1) 64:22
**counts**(1) 76:20
**couple**(6) 21:13 35:25 37:14 40:17 48:10 66:1

**course**(8) 13:22 18:11 18:22 21:12 24:25 52:6 59:23 78:17

**court**(190) 1:1 9:2 9:6 9:8 9:19 9:22 10:4 10:11 10:15 10:24 11:6 11:11 11:14 11:17 12:3 12:5 12:14 12:17 13:5 13:6 13:12 13:15 13:21 13:23 13:25 14:6 15:8 15:10 15:10 16:5 16:8 16:11 17:1 17:5 17:20 19:20 19:23 20:2 20:7 20:20 21:2 21:7 21:8 21:11 21:15 22:1 22:7 22:13 22:15 23:13 23:14 23:23 23:23 24:1 25:15 25:19 25:22 26:4 26:13 26:19 26:21 27:16 28:5 28:9 28:18 28:20 29:2 30:3 30:5 30:19 31:3 31:13 32:3 32:5 33:19 33:24 34:11 34:14 34:15 34:21 35:3 35:7 35:22 36:9 36:12 37:1 37:3 37:6 37:9 37:11 37:23 37:25 38:17 38:23 39:5 39:18 39:24 40:1 40:4 40:12 40:19 40:21 40:24 41:1 41:4 41:13 44:8 45:11 45:19 48:9 48:14 48:14 48:18 48:20 49:10 49:23 50:8 51:16 52:4 53:11 53:23 53:25 55:12 56:16 57:6 57:12 58:21 59:6 59:10 59:12 60:4 61:2 63:1 64:14 66:9 67:7 67:18 67:20 68:9 69:15 69:18 70:9 71:19 71:19 71:23 72:2 72:6 72:11 72:14 73:1 73:14 73:18 73:23 73:25 74:1 74:1 74:2 74:10 74:20 75:5 76:6 76:17 76:22 77:19 77:22 79:20 80:4 80:6 80:8 80:11 80:19 81:1 81:3 81:5 81:8 81:10 81:21 81:23 82:1 82:4 82:6 82:10 82:14 82:16 82:22 82:23 83:6 83:8 83:15 83:15

**court's**(6) 15:23 35:5 55:23 56:11 60:12 70:13

**courtroom**(2) 1:11 49:14
**courts**(1) 73:16
**cover**(2) 14:14 14:15
**covered**(2) 14:15 16:24
**covering**(2) 50:10 50:11
**covers**(1) 9:9
**crawling**(1) 33:21
**created**(3) 34:20 49:21 49:22
**credible**(1) 65:13
**credit**(5) 3:31 7:45 42:14 45:1 55:4
**creditor**(1) 43:19
**creditors**(5) 2:4 4:25 6:41 42:21 51:9
**critical**(5) 26:18 57:2 58:15 70:9 71:13
**critically**(2) 19:4 50:18
**crucial**(3) 42:4 44:16 49:8
**crystal**(1) 30:8
**crystallize**(1) 75:19
**current**(1) 57:11
**currently**(2) 59:21 60:20
**curve**(1) 62:2
**custodians**(3) 42:9 50:10 51:19
**cut**(1) 38:4
**cutler**(2) 30:23 31:16

**cutoff**(1) 68:13
**cuts**(1) 50:7
**daily**(1) 18:20
**dan**(1) 17:22
**daniel**(5) 4:4 5:38 5:39 6:23 59:8
**dash**(1) 5:46
**data**(1) 1:42
**date**(10) 9:18 28:25 29:7 30:13 38:18 52:16 68:13 78:15 78:16 83:24

**dates**(2) 28:20 28:23
**dating**(1) 38:25
**david**(9) 2:12 2:18 4:30 4:38 5:5 5:33 6:43 7:27 19:22

**davis**(7) 2:17 3:50 12:8 15:19 26:13 36:25 75:8

**day**(14) 7:16 14:3 14:11 18:6 18:8 34:13 35:13 35:20 39:8 44:10 47:9 52:22 72:15 77:7

**days**(2) 42:9 68:14
**deadline**(1) 12:11
**deal**(10) 23:7 24:5 26:9 30:1 30:5 38:6 41:15 77:25 78:5 78:12

**dealing**(3) 34:25 71:20 73:16
**deals**(11) 26:16 27:15 27:19 30:9 30:10 30:17 38:22 62:20 61:4 79:16 79:16

**dearborn**(1) 1:27
**debated**(1) 19:24
**debenture**(3) 3:39 7:32 11:17
**debenture's**(3) 9:14 9:15 12:2
**deborah**(1) 6:24
**debt**(2) 23:6 27:7
**debtor**(8) 5:4 9:5 33:6 43:19 43:20 61:12 64:16 71:24

**debtors**(11) 1:25 10:17 13:13 24:9 57:12 59:1 60:5 61:2 61:13 64:9 83:1

**december**(9) 12:2 19:24 43:13 51:13 52:18 64:22 64:24 68:20 71:6

**decided**(2) 44:16 45:10
**decision**(8) 34:24 42:10 47:6 57:5 61:3 61:6 66:3 69:4

**decisions**(3) 20:6 53:18 70:18
**deeper**(1) 83:10
**defendant**(2) 58:19 69:13
**defendants**(2) 46:4 63:15
**defenses**(2) 64:4 64:6
**defensible**(1) 39:22
**defer**(2) 17:19 74:2
**deficiencies**(1) 17:9
**definitions**(1) 54:9
**delaware**(7) 1:2 1:13 1:34 3:20 4:6 4:19 9:1

**delay**(6) 47:17 48:6 49:7 50:19 52:1 69:10
**delayed**(2) 56:13 70:19
**deliver**(1) 72:14
**demand**(2) 31:24 34:14
**demo**(1) 5:19
**demonstrate**(1) 22:8
**denied**(1) 57:13
**department**(1) 60:18
**depending**(1) 23:20
**depends**(1) 77:2
**depose**(4) 66:5 69:4 71:8 71:11
**deposed**(3) 59:19 59:19 59:22
**deposing**(1) 25:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **deposition**(48) 10:8 12:24 14:9 14:11 14:13 14:17 15:12 17:16 17:20 18:4 20:18 20:21 26:12 28:3 28:8 28:23 30:15 33:10 35:16 38:24 43:12 53:21 57:11 57:14 57:22 58:1 58:9 58:10 58:13 58:14 58:18 59:3 60:1 62:17 62:19 63:2 63:17 64:2 64:7 64:9 64:19 68:12 68:17 70:23 70:25 71:4 72:18 78:11 | | **disputed**(4) 26:2 75:10 75:20 76:18 | | **each**(7) 18:17 36:3 44:14 77:7 77:7 77:13 78:25 | | **ever**(2) 25:19 50:2 | |
| **depositions**(5) 9:17 10:4 10:6 43:5 79:13 | | **disputes**(5) 13:9 34:25 35:5 37:20 41:6 **disqualification**(1) 33:20 | | **earlier**(2) 15:14 68:25 | | **every**(11) 18:16 21:3 21:17 26:23 27:1 27:1 27:9 41:17 62:15 68:22 69:9 | |
| **describe**(1) 26:14 **describes**(1) 38:25 **describing**(1) 20:9 **designate**(1) 25:6 **designating**(1) 17:23 **desire**(2) 57:10 58:1 **detail**(3) 17:2 17:6 46:24 **detailed**(1) 36:3 **details**(2) 45:10 48:23 **deteriorating**(1) 42:3 **determination**(1) 44:19 **determine**(2) 19:18 46:9 **determined**(1) 74:22 **deutsch**(1) 6:41 **deutsche**(1) 4:29 **development**(3) 13:20 60:21 **dewey**(4) 4:10 59:9 59:16 61:14 **diaz**(1) 1:42 **did**(23) 10:24 23:4 26:25 29:7 29:9 29:14 42:14 45:4 46:25 54:14 55:5 55:7 55:24 64:9 69:6 70:4 70:19 70:21 71:15 72:3 72:8 81:6 82:21 | | **distant**(1) 23:19 **district**(3) 1:2 73:20 74:2 **distrust**(1) 20:3 **dno**(1) 61:23 **docket**(1) 11:5 **document**(49) 11:19 11:21 15:25 15:25 16:3 16:21 16:21 17:21 19:4 19:5 19:7 19:7 19:16 19:16 19:17 19:17 19:25 19:25 20:8 20:10 20:12 20:19 21:7 21:9 21:13 21:21 21:21 24:25 27:21 30:6 31:25 31:25 32:10 32:11 32:14 34:7 34:10 34:10 36:1 38:5 40:20 40:20 43:14 49:17 51:14 52:1 61:24 62:1 72:9 | | **early**(1) 49:20 **eat**(1) 77:16 **echo**(1) 69:19 **ecro**(1) 1:40 **edwards**(1) 3:11 **effect**(1) 26:14 **effectively**(1) 25:11 **effort**(1) 23:22 **egi-trb**(1) 5:51 **egregious**(1) 52:6 **eight**(4) 42:15 50:12 51:19 59:25 **either**(7) 32:12 36:19 46:15 52:7 53:4 78:10 82:1 | | **everybody**(2) 43:17 71:24 **everyone**(2) 9:2 18:17 **everything**(8) 20:15 24:19 36:6 41:19 49:5 53:13 67:13 75:2 **evidence**(5) 22:16 58:7 65:14 78:6 78:25 **exact**(2) 35:14 78:16 **exactly**(3) 47:5 56:24 76:24 **examinations**(1) 43:6 **examiner**(15) 42:25 43:3 53:21 53:22 55:24 55:25 57:22 65:3 65:4 65:9 65:12 65:13 70:1 70:3 71:5 | |
| **didn't**(15) 32:24 32:24 36:25 43:4 46:1 46:1 46:1 46:4 46:17 61:24 63:22 65:19 67:16 70:17 71:10 71:11 | | **documents**(129) 13:11 13:11 13:13 13:14 13:16 15:6 16:12 16:12 16:15 16:16 16:20 17:3 17:11 17:18 19:3 19:19 20:12 20:22 22:2 23:1 23:25 24:11 24:12 24:13 24:15 24:20 25:7 25:11 25:13 25:16 25:20 25:22 27:1 28:12 28:15 28:16 29:14 29:25 30:1 30:2 30:9 30:16 32:17 32:20 34:10 36:14 37:4 37:16 37:25 38:1 39:12 39:14 39:18 41:18 41:18 41:23 42:6 42:7 42:11 42:18 42:18 42:19 42:20 42:21 42:22 43:2 43:7 43:8 43:17 43:21 43:22 44:6 46:10 46:22 47:1 49:25 50:18 50:21 51:10 51:15 52:3 52:11 52:12 52:18 52:24 53:3 53:6 53:15 54:19 54:20 54:21 54:23 54:24 55:19 55:20 55:21 56:21 58:4 59:2 60:2 60:6 60:9 61:10 62:8 62:23 63:17 64:10 66:13 68:6 69:2 69:5 69:5 69:8 69:11 70:12 71:2 71:24 72:2 72:17 75:16 75:19 75:21 76:2 78:1 78:5 78:12 79:10 80:16 81:22 | | **elden**(2) 7:42 74:12 **eldersveld**(1) 5:5 **electronic**(3) 1:49 75:24 83:19 **electronically**(1) 72:9 **element**(1) 22:1 **ellias**(1) 5:44 **elliot**(4) 12:7 15:19 37:12 75:8 **eloquently**(1) 62:12 **else**(6) 12:5 12:19 20:15 71:9 75:5 79:8 **email**(8) 17:25 18:5 18:7 18:18 51:23 60:5 69:21 71:1 | | **examiner's**(12) 43:2 43:13 57:16 57:18 58:3 58:16 61:10 65:2 65:21 66:21 66:23 69:22 **example**(5) 21:18 23:14 23:15 33:5 47:12 **examples**(2) 23:1 66:9 **excel**(1) 29:17 **except**(3) 10:6 15:13 52:21 **exchange**(1) 12:11 **exchanged**(1) 82:25 **excuse**(1) 45:16 **excuses**(1) 18:14 **executive**(2) 60:24 60:25 **executives**(1) 70:15 **exemplar**(1) 20:21 **exercise**(1) 34:21 **exhibit**(1) 12:11 **exhibits**(1) 69:22 **exist**(1) 79:17 **existed**(1) 61:24 | |
| **dieterich**(1) 6:6 **difference**(1) 26:23 **differences**(1) 19:9 **different**(4) 27:25 45:20 73:16 77:12 **differently**(1) 83:11 **difficult**(4) 17:17 18:10 21:16 26:11 **dilatory**(3) 68:16 69:12 71:17 **diligence**(1) 61:17 **diligent**(1) 71:17 **direct**(3) 32:12 56:23 67:9 **directed**(2) 25:3 30:14 **direction**(2) 24:12 27:3 **directions**(1) 28:2 **directly**(7) 27:2 42:6 44:15 47:6 47:18 56:8 57:20 | | **dodge**(1) 3:11 **does**(11) 11:6 16:12 16:14 30:23 45:24 46:6 41:15 56:7 65:15 75:23 83:2 | | **emails**(63) 14:22 14:23 14:25 16:2 16:3 16:23 16:24 17:12 17:13 17:15 17:15 17:22 17:24 18:1 18:8 18:9 18:12 18:20 18:22 19:1 35:12 35:18 35:19 40:17 41:2 43:25 45:3 45:5 45:9 45:13 45:13 46:16 46:19 46:23 47:19 47:21 47:22 47:24 48: 48:8 48:18 48:22 49:2 49:4 49:6 51:3 51:20 52:7 57:18 58:2 65:11 65:11 66:19 67:11 68:6 71:3 71:11 78:6 78:13 79:5 79:22 79:25 81:14 | | **expect**(2) 33:2 66:10 **expects**(1) 34:9 **expedition**(3) 64:2 70:3 70:8 **expense**(1) 22:21 **experience**(1) 38:8 **expert**(5) 71:10 71:12 71:15 82:24 82:25 **explain**(1) 29:9 **explained**(1) 19:20 **explore**(1) 68:8 **explored**(2) 57:25 57:25 **exposure**(2) 70:17 71:22 **expressed**(3) 55:8 55:10 67:25 **extent**(5) 14:12 14:15 14:21 52:24 66:17 **extra**(1) 61:21 **extremely**(1) 15:4 **eyes**(2) 25:22 41:20 **faces**(2) 70:16 71:21 **facing**(1) 21:19 | |
| **directors**(2) 7:16 14:4 **disagreement**(1) 22:4 **disastrous**(1) 73:15 **disclosed**(1) 28:21 **disclosure**(1) 25:8 **discount**(1) 22:19 **discovering**(1) 53:8 **discovery**(33) 27:21 34:25 42:17 44:20 46:12 46:13 47:4 47:7 50:3 50:7 52:14 52:16 52:23 56:1 56:2 56:4 56:5 56:10 57:1 57:5 59:20 59:23 60:3 60:7 62:4 62:17 63:25 68:13 68:18 68:21 68:23 70:11 70:18 **discreet**(1) 77:14 **discuss**(4) 13:15 40:1 45:5 51:3 **discussed**(4) 20:20 65:10 65:11 65:12 **discusses**(1) 65:7 **discussing**(2) 12:16 30:1 **discussion**(3) 18:24 37:13 65:5 **discussions**(5) 46:25 47:2 54:11 54:14 78:1 **dismiss**(1) 64:4 **dispute**(20) 9:24 11:18 13:13 15:22 17:14 17:21 21:25 27:24 27:24 30:16 32:18 37:16 38:11 58:12 75:11 75:12 75:14 76:8 76:16 77:25 | | **doesn't**(19) 13:4 46:11 18:6 18:6 23:24 30:10 36:16 36:18 36:19 39:1 54:17 58:2 61:21 61:22 67:16 70:2 72:19 75:22 76:1 **doing**(6) 20:22 34:18 45:3 51:6 55:9 74:2 **dollars**(2) 61:21 63:13 **don**(1) 5:7 **don't**(56) 11:8 14:4 14:23 15:2 17:14 17:25 18:18 19:11 19:15 20:2 23:4 23:18 23:18 25:23 30:21 30:22 31:8 35:23 36:2 37:13 37:19 38:6 40:6 40:10 41:11 45:9 45:15 45:17 48:9 48:12 49:4 52:23 56:17 58:11 58:21 59:4 59:23 60:10 61:25 63:16 63:25 64:7 64:11 69:11 72:1 72:7 73:12 73:16 73:19 77:16 79:12 79:14 80:25 81:5 83:6 **done**(13) 21:21 23:22 40:23 49:22 51:13 51:23 53:13 56:20 56:24 61:15 71:5 79:2 82:19 | | **employee**(2) 57:11 60:17 **employees**(1) 43:9 **enable**(1) 46:17 **end**(3) 35:16 61:25 69:7 **ends**(1) 38:2 **enforceable**(1) 44:17 **engaging**(2) 56:18 57:4 **english**(1) 4:29 **enough**(4) 34:2 40:5 46:17 48:3 **entire**(2) 18:11 19:12 **entirely**(3) 31:11 68:23 77:10 **entities**(1) 43:9 **entitled**(9) 21:4 23:25 29:13 31:4 34:1 44:19 46:11 58:7 68:8 | | **fact**(14) 10:18 10:21 18:8 34:12 43:18 46:5 46:25 47:24 50:7 54:16 58:3 61:12 67:15 68:13 **facts**(3) 43:6 46:6 47:10 **factual**(1) 66:5 **fail**(1) 79:8 **failed**(1) 49:15 **failure**(1) 46:2 **fair**(7) 26:22 28:13 34:2 40:5 63:16 64:11 69:11 | |
| | | **door**(4) 25:3 50:17 68:17 68:23 **dorman**(1) 7:46 **doubt**(4) 59:22 62:20 63:9 67:25 **dougherty**(2) 7:42 7:43 **douglas**(1) 6:41 **dow**(2) 4:41 4:41 **down**(3) 32:5 50:24 73:8 **downside**(1) 23:11 **dozen**(1) 58:2 **dozens**(1) 35:17 **drawn**(1) 32:23 **drayton**(4) 2:40 11:13 11:14 12:5 **drill**(1) 83:10 **drilling**(1) 32:5 **ducayet**(1) 5:21 **due**(1) 10:21 **during**(8) 43:24 45:25 46:2 47:1 56:3 57:19 65:16 65:17 **duty**(4) 46:4 46:5 47:8 47:10 | | **entity**(1) 49:17 **entries**(3) 76:20 77:12 77:13 **entry**(1) 77:8 **especially**(2) 51:20 63:12 **esq**(72) 1:26 1:33 2:5 2:12 2:18 2:19 2:25 2:40 3:6 3:12 3:19 3:26 3:32 3:40 3:48 3:49 3:50 4:5 4:11 4:18 4:26 4:30 4:46 4:50 5:15 5:17 5:19 5:21 5:23 5:25 5:27 5:29 5:31 5:33 5:38 5:39 5:44 5:46 5:48 5:52 6:6 6:8 6:15 6:17 6:19 6:23 6:24 6:28 6:32 6:36 6:41 6:42 6:43 6:45 6:47 7:5 7:7 7:10 7:12 7:17 7:19 7:21 7:25 7:27 7:29 7:34 7:38 7:47 7:49 8:5 8:9 8:14 **essence**(1) 46:24 **essentially**(2) 42:5 42:23 **esther**(1) 4:50 **evans**(1) 83:24 **even**(20) 17:10 18:3 19:15 20:22 21:5 23:18 32:14 36:25 39:8 54:7 55:18 56:21 61:24 64:1 64:9 65:10 79:7 **event**(3) 31:2 61:22 80:16 | | **fairly**(2) 57:15 68:8 **fairness**(1) 64:17 **faith**(14) 22:9 22:16 23:9 24:3 24:6 24:8 24:12 46:12 47:7 47:11 47:15 47:19 49:9 56:8 **fall**(1) 36:24 **far**(9) 30:24 33:3 35:4 53:19 58:17 62:5 62:18 80:15 81:20 **fargo**(1) 7:37 **fear**(1) 51:18 **february**(8) 1:15 9:1 43:12 56:25 68:25 69:1 74:24 83:23 | |

| Word | Page:Line |
|---|---|

**feel**(1) 54:10
**fees**(2) 61:20 61:22
**feld**(3) 3:25 6:22 12:22
**felt**(3) 40:7 44:7 65:21
**few**(6) 17:2 17:6 18:24 46:16 61:21 68:14
**fiduciary**(4) 46:3 46:5 47:8 47:10
**field**(3) 32:10 32:12 39:20
**figure**(2) 9:19 30:3
**filed**(11) 9:7 9:10 14:11 14:16 25:23 41:9 44:3 44:9 52:15 59:9 73:8
**files**(5) 42:8 46:21 46:22 49:24 56:22
**filing**(1) 64:4
**fin**(1) 51:1
**final**(3) 20:17 40:5 64:1
**finally**(2) 25:16 68:20
**finance**(5) 43:11 60:23 67:8 67:9 67:16
**financial**(2) 42:2 65:9
**find**(8) 22:15 26:10 65:15 69:21 70:22 80:2 81:16 83:9

**finding**(1) 56:5
**findings**(2) 10:18 10:21
**finds**(5) 64:25 65:13 65:14
**fine**(1) 23:24
**finger**(1) 2:24
**firm**(1) 15:19
**first**(34) 15:23 16:9 17:7 26:9 26:19 28:14 31:15 32:8 32:23 34:4 34:8 34:9 37:1 37:4 37:15 40:2 41:15 49:16 54:1 54:19 58:9 58:20 64:18 64:24 65:5 66:1 66:20 70:24 73:19 74:18 75:16 75:20 78:8 83:9

**fishing**(3) 64:2 70:3 70:7
**fits**(1) 39:1
**five**(4) 29:22 48:17 81:16 82:25
**floor**(3) 2:35 3:14 3:34
**florida**(5) 73:9 73:11 74:5 74:15 74:16
**flow**(1) 51:14
**flowed**(2) 66:4 66:6
**focus**(1) 19:13
**focused**(2) 44:12 44:20
**folks**(1) 56:20
**followed**(1) 29:6
**following**(2) 19:23 20:1
**for**(191) 1:2 1:25 2:4 2:17 2:31 3:5 3:11 3:18 3:31 3:39 3:46 4:4 4:17 4:24 4:29 4:33 4:37 4:41 4:45 4:49 5:4 5:37 5:41 5:51 6:4 6:11 6:14 6:22 6:35 6:40 7:4 7:10 7:15 7:24 7:32 7:37 7:42 7:45 8:4 8:8 8:12 10:6 10:10 10:10 10:17 11:9 12:8 12:21 12:25 14:3 14:6 14:7 15:16 15:18 15:22 16:20 16:21 17:9 17:10 17:15 17:22 17:24 18:10 19:1 19:3 19:5 19:12 19:16 19:21 20:7 21:1 22:5 22:18 22:22 22:24 23:1 23:6 24:7 24:13 24:15 25:25 26:6 27:18 28:6 30:20 31:25 32:25 33:5 33:8 35:1 36:1 37:12 37:20 38:16 39:7 40:8 41:3 41:6 41:8 41:18 41:19 42:6 42:8 42:9 42:12 42:15 42:17 44:2 44:2 44:2 44:3 44:21 44:21 45:16 47:4 47:5 47:8 47:12 48:19 48:21 49:3 49:6 49:24 51:18 52:8 52:14 52:20 52:21 53:6 53:15 54:20 56:3 56:10 57:3 57:4 57:8 58:9 58:10 58:18 59:7 59:14 59:15 59:20 60:1 60:19 61:10 61:22 62:4 62:5 62:19 63:13 64:4 64:6 64:15 65:18 65:25 66:16 66:20 68:18 68:20 70:11 70:23 71:6 72:9 72:22 72:24 73:7 73:15 74:7 74:8 74:14 75:1 75:7 75:8 75:11 75:17 76:2 77:2 77:6 77:17 78:13 79:12 79:13 79:18 81:11 81:14 81:15 81:23 82:7 82:22

**force**(3) 59:25 62:19 63:16
**foregoing**(1) 83:18
**forge**(1) 19:9
**form**(14) 11:7 11:8 11:23 11:24 12:19 15:16 30:20 30:25 31:2 31:6 31:6 41:25 78:10 79:7
**formal**(2) 78:10 78:24

**forman**(1) 1:31
**formulation**(1) 39:20
**forth**(4) 26:14 45:16 70:11 78:13
**forward**(8) 9:18 10:2 10:7 50:5 50:23 56:9 59:21 73:5

**found**(5) 32:2 43:4 43:6 64:18 72:10
**four**(3) 11:21 47:24 81:14
**fourth**(1) 51:7
**frank**(1) 51:2
**frankel**(1) 4:37
**frankly**(10) 26:10 29:11 34:14 58:5 58:16 59:3 60:3 61:19 74:3 77:9

**fraudulent**(3) 33:14 62:14 65:14
**fredrick**(1) 7:21
**frequent**(1) 20:25
**frequently**(1) 18:9
**friday**(2) 64:20 70:24
**friedman**(2) 6:31 7:33
**from**(74) 9:4 10:9 12:15 13:17 13:25 14:3 19:22 22:21 24:7 24:15 25:1 25:5 27:7 31:16 32:1 32:12 32:17 33:5 33:5 33:6 33:11 33:12 34:12 34:12 34:22 34:22 35:11 36:22 37:7 38:16 42:11 43:2 43:8 43:8 43:23 45:11 46:13 46:21 46:22 47:2 47:25 47:25 49:1 49:6 49:13 50:25 52:9 54:8 54:24 56:11 56:20 56:22 56:25 57:5 57:16 60:5 66:6 66:10 66:21 66:23 67:10 67:13 67:14 70:5 73:6 73:7 73:9 74:5 74:14 74:25 76:25 77:5 78:23 83:19

**frustration**(1) 70:13
**fulfill**(1) 61:17
**full**(7) 14:6 14:19 60:6 60:9 62:1 62:13 65:21

**fund**(1) 42:10
**funny**(1) 34:15
**further**(6) 9:12 26:3 44:13 45:5 81:20 82:17

**furthermore**(1) 75:24
**future**(1) 23:19
**gain**(1) 66:10
**gandhi**(1) 7:25
**garrison**(2) 3:47 6:5
**garvan**(1) 3:40
**gary**(1) 5:9
**gave**(5) 29:4 31:5 46:13 49:5 55:20
**geddes**(1) 3:18
**general**(4) 29:4 29:5 38:22 38:25
**generally**(6) 16:16 27:11 28:22 38:21 74:1 74:3

**generate**(1) 51:20
**generous**(1) 29:12
**gentilotti**(1) 3:39
**george**(2) 7:42 7:43
**germane**(1) 13:18
**get**(24) 16:23 17:2 20:4 20:8 21:16 22:20 23:25 32:14 32:15 34:22 38:11 45:11 48:23 51:23 54:21 54:22 55:24 59:2 59:24 60:1 61:23 74:16 74:25 81:20
**gets**(1) 36:13
**getting**(5) 49:14 54:2 54:4 68:17 69:10
**give**(15) 18:2 21:9 23:1 25:12 36:5 46:22 55:5 55:19 55:21 63:19 66:9 68:12 68:14 73:18 82:10

**given**(11) 18:2 35:17 36:14 44:7 53:16 55:6 55:10 59:4 64:20 69:7 72:12

**goal**(1) 49:1
**goes**(4) 24:5 50:12 58:1 71:13

**going**(34) 9:18 10:2 10:7 11:9 12:12 19:22 20:5 20:5 20:9 33:23 38:5 39:16 39:19 40:8 44:23 46:9 48:7 50:5 51:18 55:25 56:1 61:20 63:9 63:19 63:25 64:1 67:14 74:23 75:1 75:20 76:23 78:8 78:9 81:16

**golden**(1) 6:23
**goldman**(1) 4:45
**gone**(1) 52:1
**good**(28) 9:2 9:3 10:22 12:21 14:2 15:18 22:9 23:9 24:2 24:6 24:8 24:12 35:8 41:2 41:4 46:7 47:7 47:11 47:15 47:18 49:9 49:12 56:9 59:7 68:5 70:4 70:4 75:7
**gordon**(8) 3:48 49:12 49:13 49:24 50:13 52:5 56:14 56:17

**got**(5) 36:16 45:4 46:16 52:9 73:6
**gotshal**(1) 7:24
**gotten**(1) 81:19
**govern**(1) 12:1
**graem**(1) 4:26
**grant**(1) 72:17
**granted**(1) 26:2
**grave**(1) 62:2
**great**(4) 4:17 6:35 24:4 25:9
**greater**(2) 17:2 36:17
**greg**(1) 5:19
**greissman**(1) 7:38
**grippo**(3) 7:42 74:5 74:12
**groper**(3) 17:22 17:22 18:9
**gross**(1) 69:24
**group**(4) 43:11 45:1 45:2 55:4
**groups**(1) 44:25
**guess**(7) 9:10 37:15 45:5 49:23 52:15 75:9 77:2

**guidance**(2) 74:7 75:15
**guide**(1) 60:22
**gump**(5) 3:25 6:22 12:22 26:7 57:9
**guy**(6) 50:25 51:2 60:23 67:8 67:9 67:16

**habits**(1) 18:5
**hac**(1) 59:10
**had**(51) 10:18 17:18 19:3 20:25 26:24 27:10 30:7 33:12 33:17 44:8 44:9 45:3 45:10 45:12 47:1 50:14 50:23 50:23 52:1 53:3 54:18 55:22 56:20 56:20 56:22 56:24 58:11 58:12 61:7 61:16 63:18 64:20 65:20 66:24 67:4 67:12 67:24 68:2 68:3 70:7 70:20 70:22 71:13 71:18 72:16 73:8 74:13 74:14 77:6 78:2 81:15

**hadn't**(1) 65:20
**half**(3) 58:2 70:21 70:23
**hand**(12) 11:5 20:20 21:2 24:14 46:16 46:18 47:20 47:24 48:8 48:18 60:15 64:9
**handed**(1) 76:9
**handful**(4) 14:24 15:6 16:2 16:23
**hands**(2) 61:5 71:15
**handshake**(1) 79:16
**happen**(1) 59:24
**happened**(5) 43:1 53:19 55:15
**happens**(2) 21:23 56:10
**happy**(4) 13:22 15:21 39:9 68:12
**hard**(2) 44:22 55:16
**harrisburg**(1) 1:44
**has**(57) 9:6 10:12 11:16 13:3 13:5 13:21 16:5 16:5 16:5 16:7 16:19 17:11 18:9 18:12 20:14 20:15 21:24 25:7 26:2 28:15 29:15 31:9 34:16 34:21 35:17 36:14 36:21 41:8 49:4 50:16 52:1 52:22 52:21 54:9 57:12 58:6 58:22 59:4 60:12 61:7 61:19 62:8 64:3 65:2 65:4 65:23 66:14 69:23 71:24 71:25 72:6 72:16 73:25 74:2 79:8 81:13

**hasn't**(2) 65:20 71:18
**hauer**(3) 3:25 6:22 12:22

**have**(142) 9:12 9:13 11:4 11:8 11:18 11:23 11:25 12:3 12:12 13:7 14:4 14:6 14:19 15:3 16:1 17:4 17:24 17:25 18:15 18:17 18:21 18:25 19:1 19:8 20:4 21:10 21:14 22:4 23:5 23:9 23:15 23:16 23:24 24:7 24:10 24:20 24:23 25:5 26:24 27:21 28:11 28:20 29:16 29:17 29:17 29:20 30:16 30:19 30:25 34:20 35:7 35:9 36:25 37:22 38:21 39:4 41:24 42:19 43:9 43:18 44:10 44:18 45:15 45:24 46:10 46:14 49:5 49:24 50:1 51:6 52:2 52:18 53:3 53:5 53:14 53:17 53:18 55:7 55:15 56:3 57:24 58:3 58:4 58:22 58:23 59:9 60:6 60:6 60:12 61:9 61:20 61:21 62:1 62:2 62:3 62:8 62:11 62:12 62:22 63:15 63:24 64:10 66:12 66:14 66:18 67:24 68:5 69:1 69:8 69:9 70:5 70:10 70:12 70:12 71:2 71:6 71:8 71:14 71:16 73:12 73:16 74:10 74:18 74:21 75:15 75:25 76:14 76:16 77:3 78:22 79:25 80:15 80:23 80:24 81:10 81:12 82:8 82:21 82:25 83:10

**haven't**(5) 38:23 40:13 54:13 55:6 55:10
**having**(11) 11:20 26:13 32:20 40:9 48:21 49:22 60:9 61:12 76:13 77:14 81:19
**he's**(16) 18:5 20:24 35:19 60:14 60:19 61:7 62:6 62:23 63:12 63:17 63:23 64:6 64:25 65:10 67:7 71:22

**head**(1) 51:1
**hear**(7) 12:18 13:25 28:5 40:10 59:11 69:14 74:17
**heard**(15) 11:7 12:17 26:12 28:9 32:1 34:8 34:9 37:1 40:6 43:10 56:25 69:17 70:24 73:10 74:17

**hearing**(15) 13:2 19:24 22:18 34:23 44:18 46:7 46:10 46:15 53:9 59:14 62:12 68:19 72:25 82:18 83:16

**hearings**(1) 62:11
**heart**(2) 38:10 44:17
**held**(1) 56:19
**help**(1) 15:25
**helpful**(1) 74:8
**helpfully**(1) 25:4
**hennigan**(2) 7:46 9:16
**her**(7) 14:11 15:7 15:12 32:17 43:12 59:10 59:11

**hercules**(1) 2:33
**here**(22) 19:7 21:5 39:7 41:5 41:13 42:19 44:11 49:19 49:21 52:1 62:5 63:14 65:24 69:20 72:18 73:10 74:6 74:12 74:22 79:13 79:15

**here's**(2) 26:22 32:15
**hey**(2) 56:7 71:7
**hiding**(1) 29:20
**highest**(1) 78:18
**highly**(2) 41:20 41:22
**him**(33) 14:19 17:18 17:24 18:4 19:1 19:4 19:23 21:1 57:25 61:10 61:19 62:6 62:9 62:18 62:19 62:20 62:21 62:22 62:24 63:7 63:9 63:16 63:20 63:23 63:24 64:3 66:6 66:10 71:4 71:6 71:8 71:12 80:17

**his**(31) 17:16 18:4 18:11 18:22 29:9 32:17 33:10 57:12 58:8 58:13 58:14 58:14 58:25 59:1 60:14 60:22 61:5 61:9 61:10 64:19 64:22 64:23 65:6 65:17 66:14 70:2 72:9 72:14 72:21 77:6

**hits**(1) 72:10
**hold**(2) 48:24 83:4
**holders**(2) 7:4 45:24
**holdings**(1) 22:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **homework**(1) 70:21 | | **include**(3) 64:3 75:20 77:17 | | **it's**(69) 10:4 12:12 14:24 15:3 16:14 17:11 | | **kazan's**(10) 58:1 58:4 60:2 65:6 65:20 |
| **honor**(197) 9:3 9:4 9:5 9:11 10:1 10:16 | | **included**(5) 32:25 53:20 53:21 76:10 76:15 | | 18:10 20:3 20:7 21:9 21:16 23:5 24:11 | | 66:2 67:7 69:20 71:11 72:12 |
| 11:12 11:13 12:4 12:7 12:21 12:23 13:1 | | **including**(3) 18:24 18:24 32:9 | | 25:17 25:23 28:10 31:4 31:17 33:16 34:23 | | |
| 13:4 13:8 13:9 13:10 13:11 13:21 14:2 | | **incorporated**(1) 62:24 | | 37:15 38:8 39:18 40:13 42:15 43:15 43:16 | | **keep**(1) 43:9 |
| 14:8 15:9 15:18 15:20 16:10 16:17 18:3 | | **indeed**(4) 33:2 35:13 58:12 66:5 | | 44:22 45:5 45:14 45:15 48:6 49:18 49:25 | | **keeping**(1) 41:11 |
| 19:10 20:2 20:4 20:17 21:13 21:17 21:24 | | **indenture**(2) 45:25 47:13 | | 50:14 51:4 51:11 51:11 51:17 54:4 54:14 | | **kelley**(1) 6:11 |
| 22:24 25:17 25:25 26:2 26:6 26:8 26:10 | | **indicate**(1) 22:16 | | 54:15 54:15 54:18 55:16 56:12 56:12 58:19 | | **kenney**(1) 5:23 |
| 26:11 26:12 26:20 26:22 26:24 27:4 27:14 | | **indicated**(2) 10:21 52:15 | | 59:19 62:19 62:22 63:10 63:11 63:18 | | **kept**(1) 25:21 |
| 27:23 28:4 28:7 28:14 28:24 29:8 29:10 | | **indicating**(1) 73:8 | | 63:24 65:15 65:18 65:19 69:6 69:11 76:14 | | **kevin**(3) 1:20 5:29 6:11 |
| 29:15 29:21 29:25 30:9 30:11 30:21 30:23 | | **indication**(1) 73:9 | | 76:17 76:18 76:24 77:16 77:18 77:21 78:5 | | **key**(3) 17:10 17:15 63:20 |
| 31:12 31:15 31:22 31:23 32:2 32:6 32:7 | | **individual**(8) 16:12 16:15 16:20 61:20 | | 80:17 | | **kim**(1) 8:5 |
| 32:21 33:9 34:4 34:6 34:9 34:11 35:2 | | 62:7 70:16 71:20 76:13 | | | | **kind**(2) 36:2 77:9 |
| 35:9 35:16 36:7 36:11 36:20 37:8 37:17 | | | | **item**(2) 12:20 76:7 | | **kinds**(1) 25:5 |
| 37:20 37:24 38:3 39:3 39:9 40:6 40:10 | | **individually**(1) 54:9 | | **items**(1) 11:25 | | **king**(11) 2:26 2:27 3:41 4:11 59:9 59:14 |
| 40:22 41:2 41:5 41:8 41:10 41:16 41:24 | | **individuals**(4) 11:22 42:13 50:11 73:7 | | **its**(20) 11:18 11:19 16:20 17:4 17:5 | | 59:16 63:4 69:17 69:19 72:24 |
| 42:16 43:17 44:7 44:12 44:18 45:6 45:17 | | **indulgence**(1) 60:12 | | 17:11 22:9 22:11 23:8 33:17 34:11 36:22 | | |
| 45:22 46:9 46:15 47:12 47:20 48:7 48:10 | | **influence**(1) 47:9 | | 42:3 42:3 45:25 47:17 66:24 70:15 77:14 | | **kira**(1) 3:50 |
| 48:12 48:17 48:22 49:12 49:15 49:19 50:7 | | **information**(19) 13:8 26:9 28:1 31:7 43:4 | | | | **kizzy**(1) 6:32 |
| 50:14 52:5 52:17 53:10 54:1 56:14 56:18 | | 61:5 62:16 66:4 66:6 66:10 67:3 67:4 | | **itself**(2) 30:10 36:15 | | **kjc**(1) 1:9 |
| 57:8 57:10 57:13 57:14 57:21 58:19 58:25 | | 67:17 67:20 67:23 67:25 68:1 76:13 79:2 | | **it's**(1) 17:17 | | **kline**(1) 5:25 |
| 59:7 59:14 59:17 60:11 61:6 61:11 61:19 | | | | | | **knapp**(1) 10:3 |
| 62:3 62:10 62:11 63:4 63:6 63:20 64:7 | | **informed**(1) 69:3 | | **james**(4) 1:26 5:17 5:21 7:47 | | **knew**(1) 43:1 |
| 64:12 64:15 65:25 66:12 66:25 67:10 | | **initial**(1) 17:7 | | **january**(11) 34:8 34:13 43:21 52:19 54:15 | | |
| 67:22 68:10 68:18 69:1 69:12 69:13 69:17 | | **initially**(1) 17:21 | | 55:18 56:18 61:25 64:20 64:25 69:7 | | **knocking**(1) 50:17 |
| 69:19 70:8 70:20 71:16 72:5 72:7 72:8 | | **inquire**(2) 26:15 29:23 | | | | **know**(66) 11:17 12:4 14:12 14:23 18:1 |
| 72:13 72:24 73:4 74:9 74:11 75:4 75:7 | | **insolvent**(1) 65:16 | | **jarashow**(1) 6:32 | | 18:18 21:5 22:18 24:8 28:1 30:6 30:12 |
| 76:1 76:5 76:9 76:19 76:21 77:4 77:11 | | **instance**(6) 41:7 50:2 50:4 73:20 75:17 | | **jared**(1) 5:44 | | 30:13 30:21 30:22 31:3 31:8 32:5 32:7 |
| 77:23 78:22 79:8 79:12 79:14 79:15 79:24 | | 75:20 | | **jean-marie**(1) 6:19 | | 33:21 33:21 34:15 34:18 34:19 34:19 |
| 80:9 80:18 80:25 82:5 82:7 82:9 82:10 | | | | **jenner**(1) 5:51 | | 34:22 34:24 35:1 35:7 35:24 36:12 38:7 |
| 82:20 83:2 83:14 | | **instances**(2) 29:4 41:16 | | **jessica**(2) 5:15 6:45 | | 39:20 40:6 40:10 41:11 42:18 45:17 47:24 |
| | | **instead**(2) 23:9 66:3 | | **jillian**(1) 5:31 | | 48:12 51:7 54:11 55:7 55:15 55:16 55:20 |
| **honor's**(5) 14:7 37:18 39:20 75:15 83:3 | | **institutions**(1) 79:3 | | **jim**(2) 10:16 64:15 | | 61:24 63:10 63:22 64:5 65:15 68:2 |
| **honorable**(1) 1:20 | | **insured**(1) 61:23 | | **job**(2) 60:22 70:4 | | 68:3 71:7 73:4 73:14 75:18 77:13 77:13 |
| **hopefully**(2) 9:25 81:18 | | **intend**(1) 74:19 | | **john**(1) 7:10 | | 78:3 79:24 80:3 80:4 81:22 83:11 |
| **hot**(1) 63:11 | | **intentional**(1) 65:14 | | **johnson**(1) 7:47 | | |
| **hours**(1) 65:14 | | **interest**(4) 4:45 4:49 22:3 61:16 | | **join**(1) 82:2 | | **knowing**(2) 38:20 40:14 |
| **housekeeping**(3) 10:13 12:9 82:21 | | **interested**(6) 4:33 4:37 8:4 36:12 52:25 | | **jones**(4) 4:41 4:41 7:16 14:3 | | **knowledge**(5) 46:8 56:8 67:12 69:23 71:13 |
| **how**(11) 18:19 19:1 21:4 34:1 35:12 44:2 | | 64:19 | | **joseph**(2) 2:40 11:14 | | **known**(6) 28:21 51:12 51:13 52:10 53:20 |
| 54:22 65:23 76:22 76:22 82:13 | | | | **jpm**(2) 32:15 33:6 34:9 | | 71:5 |
| | | **interesting**(3) 23:17 47:19 66:18 | | **jpmorgan**(1) 6:11 | | |
| **howard**(1) 6:42 | | **interests**(1) 25:8 | | **jr.,esq**(1) 4:38 | | **knows**(3) 18:5 28:24 72:6 |
| **however**(1) 76:20 | | **interject**(1) 74:11 | | **judge**(2) 1:21 71:16 | | **krakauer**(1) 5:27 |
| **huge**(2) 51:20 70:5 | | **interrogatories**(2) 30:20 37:21 | | **judges**(1) 83:11 | | **kramer**(1) 4:37 |
| **hundred**(2) 21:14 61:21 | | **interrogatory**(6) 11:20 11:21 11:21 11:25 | | **julie**(1) 56:22 | | **kurth**(1) 7:4 |
| **hundreds**(3) 35:19 36:13 63:14 | | 15:2 78:11 | | **jumping**(1) 50:24 | | **labeled**(1) 38:5 |
| **hurry**(1) 60:1 | | | | **june**(1) 51:14 | | **lack**(1) 49:9 |
| | | **intervention**(1) 35:6 | | **just**(109) 9:5 9:14 9:18 10:4 10:10 11:2 | | **laid**(1) 27:14 |
| **i'd**(14) 11:5 13:22 15:15 21:7 21:24 26:8 | | **interviewed**(1) 57:22 | | 11:15 12:3 12:8 14:5 14:16 14:21 14:21 | | **land**(1) 52:20 |
| 34:25 40:1 46:15 48:7 48:18 60:13 80:4 | | **interviews**(1) 57:23 | | 14:24 15:2 16:1 16:12 16:23 17:2 17:6 | | **landis**(1) 2:4 |
| 81:1 | | **into**(11) 17:2 17:6 17:25 24:5 26:15 29:13 | | 17:12 17:15 18:2 19:2 19:10 20:19 21:6 | | **lantry**(1) 5:29 |
| **i'll**(20) 9:5 12:18 13:25 17:1 17:6 19:2 | | 29:23 36:24 46:24 47:4 48:23 | | 21:17 21:18 21:19 21:24 22:4 22:5 23:1 | | **last**(13) 9:10 10:17 13:1 13:7 13:9 32:7 |
| 19:2 19:10 21:19 23:1 36:5 40:16 46:18 | | | | 23:12 24:3 24:3 24:23 25:12 25:23 26:12 | | 32:8 46:17 53:19 55:22 58:25 68:15 68:15 |
| 47:24 57:6 75:13 78:1 78:20 80:24 82:14 | | **investigation**(1) 55:25 | | 28:9 31:5 33:21 34:23 34:23 35:21 37:14 | | |
| | | **investment**(3) 23:22 26:11 28:9 | | 37:17 38:4 38:7 38:11 39:10 39:12 39:20 | | **late**(6) 9:10 43:16 45:14 51:12 54:14 54:18 |
| **i'm**(32) 11:9 13:14 15:20 16:11 19:22 | | **investments**(1) 30:13 | | 40:15 41:11 42:4 42:5 42:9 44:3 48:2 | | 55:6 |
| 22:16 22:17 25:4 31:19 35:2 35:23 36:12 | | **involved**(15) 13:17 18:16 42:2 44:15 48:5 | | 48:13 50:6 50:21 51:10 51:16 51:25 52:12 | | **later**(10) 15:21 42:22 44:6 52:16 62:20 |
| 36:17 37:24 38:7 39:11 42:1 43:20 | | 49:2 49:6 49:14 52:7 66:15 66:22 67:11 | | 53:7 53:10 54:24 56:12 56:12 56:17 57:16 | | 62:25 63:10 63:20 83:10 83:11 |
| 46:10 53:22 59:1 69:2 69:2 72:4 72:19 | | 67:13 68:3 68:7 | | 58:1 59:3 63:6 63:9 63:11 64:10 65:18 | | |
| 74:12 74:23 75:1 75:22 76:24 77:9 | | | | 65:22 66:1 68:10 68:17 69:11 70:2 70:25 | | **latest**(1) 69:21 |
| | | **involvement**(5) 18:11 18:22 19:12 33:11 | | 71:10 71:19 73:12 73:20 74:5 74:22 76:1 | | **laurie**(1) 2:32 |
| **i've**(12) 11:1 11:8 25:19 36:9 36:13 36:16 | | 33:13 | | 77:17 78:2 78:3 79:8 79:11 79:18 80:2 | | **law**(8) 3:39 9:14 9:15 11:17 12:2 15:19 |
| 40:22 48:18 49:13 49:20 62:10 82:17 | | | | 80:3 80:9 80:17 83:4 83:9 | | 24:5 60:18 |
| | | **involving**(1) 46:19 | | | | |
| **idea**(4) 10:22 56:25 69:23 69:25 | | **isn't**(2) 27:20 35:21 | | **justification**(1) 79:12 | | **lawsuit**(4) 45:21 45:22 45:23 55:24 |
| **identified**(3) 58:4 62:9 71:24 | | **issue**(43) 10:6 12:18 13:2 17:1 17:7 20:3 | | **justify**(2) 18:13 64:22 | | **lawyer**(1) 75:21 |
| **identifies**(1) 16:16 | | 21:25 22:2 24:17 25:4 25:14 25:14 25:17 | | **kaminetzky's**(1) 10:8 | | **layton**(1) 2:24 |
| **identify**(3) 16:11 16:14 28:23 | | 25:25 28:2 30:21 31:11 31:23 33:14 37:1 | | **kaplan**(1) 6:31 | | **laziness**(1) 83:8 |
| **identifying**(1) 59:2 | | 37:15 39:10 41:16 41:21 42:19 46:7 47:1 | | **karen**(1) 2:19 | | **lbo**(15) 46:1 46:3 47:18 52:8 52:17 53:1 |
| **immediately**(1) 72:15 | | 47:14 47:15 55:17 56:8 56:11 58:23 58:25 | | **kasowitz**(1) 7:32 | | 54:3 57:19 58:14 60:21 62:14 62:22 68:19 |
| **impair**(1) 39:2 | | 61:3 72:20 73:4 74:13 74:24 75:14 76:8 | | **kate**(1) 10:25 | | 68:24 69:24 |
| **implementing**(1) 49:7 | | 77:24 77:24 | | **katherine**(1) 5:48 | | |
| **implicated**(1) 65:8 | | | | **katten**(1) 7:10 | | **lead**(1) 75:22 |
| **implication**(1) 35:19 | | **issued**(1) 73:21 | | **kay**(1) 8:13 | | **learned**(1) 57:1 |
| **importance**(1) 67:15 | | **issues**(18) 12:1 15:22 15:23 26:8 42:7 | | **kaye**(2) 2:39 11:14 | | **learning**(1) 62:2 |
| **important**(11) 19:13 20:9 46:14 49:8 | | 44:17 44:18 45:23 46:8 46:20 47:6 48:6 | | **kazan**(37) 4:4 10:3 10:6 57:11 57:15 | | **least**(10) 20:14 23:25 28:5 31:6 38:21 |
| 50:15 50:18 57:18 58:6 65:18 65:23 66:19 | | 49:16 54:17 56:9 63:21 71:14 75:10 | | 57:19 57:21 58:17 59:8 59:16 59:18 59:22 | | 41:21 68:4 70:6 81:12 81:15 |
| | | | | 60:8 60:12 61:6 61:13 61:13 61:14 62:5 | | |
| **impose**(1) 36:16 | | | | 62:17 63:21 64:17 64:24 65:4 65:11 65:13 | | |
| **improperly**(2) 19:18 52:14 | | | | 65:17 66:5 66:22 67:11 69:13 69:23 70:10 | | |
| **incensed**(1) 55:16 | | | | 70:19 70:23 71:18 73:5 | | |
| **inclined**(1) 80:19 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **leave**(4) 10:6 39:7 40:4 40:16 | | **log**(32) 13:10 15:25 16:6 16:7 16:20 16:21 16:22 19:5 19:8 19:12 19:16 19:17 20:2 20:7 21:21 31:11 31:25 32:11 32:20 34:11 36:3 39:10 40:9 40:20 75:14 75:21 76:8 76:10 76:21 77:3 77:8 77:9 | | **may**(35) 11:13 13:1 13:10 20:19 21:2 21:14 21:15 26:8 35:9 35:22 37:14 40:14 40:15 44:13 44:21 44:21 52:15 53:24 54:2 54:4 54:7 56:2 56:14 66:7 66:18 67:16 67:24 69:17 69:18 69:21 74:11 77:17 79:5 80:9 82:2 | | **moskowitz**(52) 2:18 12:7 12:7 15:18 15:19 16:7 16:9 16:14 21:9 21:12 21:16 22:2 22:14 22:23 26:5 30:24 31:17 31:18 31:20 31:21 31:24 35:10 35:20 37:12 37:12 37:24 38:3 38:19 39:3 39:9 39:19 39:25 40:3 40:5 40:14 40:19 40:22 40:25 75:7 75:8 76:4 76:7 77:3 77:11 77:21 77:23 78:24 79:1 80:9 80:12 82:11 |
| **leaving**(1) 78:11 | | | | | | | |
| **lebœuf**(4) 4:10 59:9 59:16 61:15 | | | | **maybe**(6) 18:5 23:23 38:3 38:11 42:19 81:20 | | **most**(13) 14:14 16:18 20:9 25:18 39:15 39:22 42:17 45:16 54:20 56:3 56:10 75:19 77:16 |
| **led**(1) 17:4 | | **logged**(3) 32:14 75:16 76:15 | | | | | |
| **left**(1) 82:17 | | **logs**(2) 19:25 20:1 | | **mayer**(1) 6:14 | | | |
| **legal**(2) 24:1 61:22 | | **long**(9) 21:14 34:12 38:23 41:13 45:19 50:19 56:3 63:5 68:21 | | **mccarter**(1) 4:29 | | **motion**(12) 9:14 9:16 12:24 32:16 33:20 44:4 44:9 45:6 59:10 64:4 73:8 74:16 |
| **legitimate**(1) 50:5 | | | | **mcdaniel**(1) 3:40 | | | |
| **legitimately**(2) 34:18 64:25 | | | | **mcguire**(1) 2:5 | | **mountains**(1) 43:7 |
| **leit**(1) 50:25 | | **look**(11) 21:11 24:19 24:23 27:19 28:10 35:22 36:13 44:5 44:14 48:13 74:8 | | **mean**(25) 17:12 22:21 25:4 25:5 27:20 31:5 36:15 37:13 38:4 38:6 39:12 46:6 50:16 52:19 54:14 54:17 54:18 58:22 63:8 63:13 65:4 67:16 72:3 74:20 78:7 | | **move**(4) 12:20 21:24 52:4 73:3 |
| **lemay**(2) 2:12 6:43 | | | | | | **moved**(2) 12:12 12:14 |
| **lend**(1) 44:17 | | **looked**(1) 24:24 | | | | **moving**(1) 73:5 |
| **lender**(3) 33:7 43:19 43:20 | | **looking**(7) 22:22 22:24 22:25 33:1 44:21 44:21 68:4 | | | | **much**(12) 14:4 18:7 18:18 20:3 25:24 32:25 36:18 36:19 46:24 52:1 59:4 82:5 |
| **lenders**(6) 3:32 7:46 24:9 47:9 47:11 54:3 | | | | **means**(3) 9:19 9:23 24:5 | | |
| **lengthy**(1) 71:10 | | **looks**(1) 51:24 | | **meant**(1) 44:11 | | **muchin**(1) 7:10 |
| **leonard**(1) 1:32 | | **lot**(11) 18:23 42:25 43:1 53:12 61:4 66:3 66:6 76:12 76:13 77:18 82:24 | | **mediation**(1) 56:1 | | **multiple**(3) 21:10 73:13 77:5 |
| **less**(1) 77:18 | | | | **meet**(11) 43:14 43:25 44:9 45:7 50:14 50:15 54:16 55:22 56:19 69:8 78:1 | | **murphy**(1) 8:9 |
| **let**(21) 12:3 21:11 22:13 27:16 28:18 32:7 32:21 38:19 41:15 46:10 49:15 58:7 58:20 63:1 70:13 73:13 74:22 74:25 75:9 78:20 79:20 | | **lots**(1) 55:15 | | | | **mutually**(1) 11:23 |
| | | **loud**(1) 63:11 | | | | **myers**(1) 5:37 |
| | | **lower**(1) 33:3 | | **meetings**(1) 66:22 | | **naftalis**(1) 4:37 |
| **let's**(20) 12:20 21:21 21:21 21:21 21:22 22:19 22:20 23:9 31:11 37:3 37:3 40:4 50:23 51:2 51:2 51:23 57:7 67:20 73:1 74:15 75:6 | | **ludwig**(1) 5:31 | | **meisel**(1) 1:31 | | **name**(9) 11:14 58:5 60:3 64:22 64:23 65:6 65:6 66:14 72:9 |
| | | **luftglass**(1) 2:19 | | **member**(4) 12:25 60:16 60:25 61:1 | | |
| | | **lugano**(1) 1:40 | | **memorialize**(1) 11:1 | | |
| **letter**(24) 10:7 10:8 13:4 13:4 13:19 14:5 18:14 18:24 19:11 26:13 27:14 29:22 34:11 34:13 41:22 46:17 56:23 57:12 60:13 61:2 73:6 74:4 74:8 74:14 | | **lynch**(8) 2:31 8:12 9:15 11:15 11:17 11:20 11:22 12:3 | | **memorialized**(1) 79:6 | | **named**(1) 58:18 |
| | | | | **mention**(1) 40:6 | | **narrow**(9) 19:9 19:13 44:12 44:13 44:22 44:23 45:7 51:18 81:17 |
| **letters**(2) 9:9 10:9 | | **lynn**(2) 7:17 14:2 | | **mentioned**(4) 25:15 35:1 61:25 80:14 | | |
| **lev**(1) 51:1 | | | | **merely**(1) 69:3 | | **narrowed**(1) 44:1 |
| **level**(3) 3:42 34:20 78:18 | | **made**(7) 24:8 26:21 29:5 29:6 30:14 31:5 34:8 34:24 41:19 42:10 44:12 45:6 46:2 52:10 53:18 53:22 57:19 70:6 70:14 78:23 | | **merit**(2) 58:22 58:23 | | **narrower**(1) 81:14 |
| **leverage**(2) 43:11 45:1 | | | | **merits**(1) 57:20 | | **nature**(4) 20:10 27:24 27:24 77:3 |
| **levin**(1) 4:37 | | | | **merrill**(8) 2:31 8:12 9:15 11:15 11:17 11:20 11:22 12:2 | | **near**(1) 18:17 |
| **levy**(1) 3:23 | | **madlyn**(1) 8:14 | | | | **necessarily**(1) 53:3 |
| **lewis**(1) 6:35 | | **magnitude**(1) 64:12 | | | | **necessary**(2) 19:17 19:21 |
| **lexington**(1) 2:20 | | **main**(1) 20:24 | | **met**(1) 75:9 | | **need**(18) 16:24 27:19 36:2 37:17 47:23 48:12 49:4 49:5 50:18 52:23 62:4 62:5 69:4 69:4 69:5 80:17 82:18 82:20 |
| **liability**(1) 63:15 | | **major**(1) 15:4 | | **methods**(1) 15:1 | | |
| **liable**(1) 63:13 | | **majority**(4) 33:4 36:21 36:23 77:1 | | **michael**(2) 5:11 6:15 | | |
| **liberties**(1) 65:2 | | **make**(23) 9:6 20:11 20:18 22:23 24:16 34:10 34:14 37:18 39:6 40:15 44:19 46:1 51:17 56:14 57:3 65:22 69:3 70:2 70:8 70:18 80:1 80:2 80:9 | | **michelle**(1) 3:12 | | |
| **liberty**(1) 13:14 | | | | **midst**(1) 32:18 | | **needed**(2) 26:15 56:9 |
| **liebentritt**(4) 5:7 13:10 18:25 19:3 | | | | **might**(6) 31:1 38:10 38:15 41:13 66:10 70:13 | | **needless**(2) 78:17 80:13 |
| **liebentritt's**(1) 19:6 | | **maker**(3) 61:3 61:6 66:3 | | | | **needs**(1) 36:1 |
| **lieu**(1) 11:20 | | **makes**(1) 11:2 65:9 65:16 | | **miles**(1) 5:33 | | **neglect**(1) 83:8 |
| **light**(1) 30:11 | | **making**(6) 12:16 21:18 31:24 31:25 49:6 62:22 | | **millions**(1) 63:13 | | **negotiate**(1) 32:25 |
| **like**(39) 11:5 13:6 13:6 14:5 15:15 17:18 20:21 21:7 21:24 23:20 24:18 26:8 26:16 30:15 33:25 35:13 39:4 40:1 41:14 46:16 48:7 48:18 51:4 51:21 51:24 52:13 53:10 56:17 60:13 63:10 64:5 67:8 72:19 74:1 74:17 79:18 80:4 81:1 82:12 | | | | **mind**(3) 36:21 52:1 71:20 | | **negotiating**(1) 33:7 |
| | | **man**(1) 18:11 | | **mindful**(1) 61:18 | | **neighborhood**(1) 49:23 |
| | | **management**(9) 3:19 4:33 6:23 6:27 12:23 60:17 60:25 60:25 65:10 | | **minds**(1) 23:3 | | **neither**(1) 55:3 |
| | | | | **minimal**(1) 62:16 | | **never**(7) 30:6 59:19 60:13 62:23 63:17 63:18 65:6 |
| | | | | **minimum**(1) 50:21 | | |
| **likely**(5) 32:19 39:22 59:3 65:15 75:19 | | **manges**(1) 7:24 | | **minor**(3) 75:11 75:13 77:24 | | **new**(15) 2:14 2:21 2:42 3:8 3:28 3:52 13:5 13:7 13:21 14:22 24:18 43:13 53:8 53:18 62:16 |
| **lily**(1) 40:22 | | **manor**(1) 18:14 | | **minute**(3) 9:20 48:10 80:6 | | |
| **limit**(1) 37:3 | | **many**(18) 17:18 17:25 18:19 19:1 23:4 24:8 27:5 28:15 33:17 35:12 35:17 40:17 40:17 40:17 41:18 76:20 76:22 76:22 | | **minutes**(3) 17:2 17:6 18:25 | | **newman**(1) 6:24 |
| **limited**(4) 11:21 35:25 36:4 80:22 | | | | **misleading**(1) 35:11 | | **news**(3) 4:41 28:7 60:4 |
| **line**(3) 20:7 20:7 44:11 | | | | **model**(1) 23:10 | | **next**(4) 44:8 52:4 56:25 72:16 |
| **lines**(1) 13:18 | | **march**(2) 62:13 83:5 | | **models**(4) 29:16 29:17 29:18 42:15 | | **night**(4) 9:10 46:17 64:20 70:24 |
| **list**(5) 16:12 64:21 64:23 64:23 71:9 | | **marino**(1) 3:12 | | **modest**(1) 76:17 | | **nine**(10) 42:9 42:13 42:15 50:11 50:12 51:19 52:9 52:19 52:20 52:21 |
| **listen**(1) 33:19 | | **marked**(3) 41:19 46:23 48:24 | | **moment**(2) 21:14 36:10 | | |
| **lists**(1) 12:11 | | **market**(4) 1:12 2:6 2:34 3:13 | | **month**(4) 18:2 29:5 38:25 50:12 | | **nine-day**(1) 42:9 44:4 50:10 |
| **litigate**(1) 62:13 | | **markets**(4) 49:18 49:19 50:8 80:20 | | **months**(14) 24:10 42:15 50:11 51:19 51:20 52:9 52:19 52:20 52:21 61:14 61:15 70:1 71:5 71:6 | | **nobody**(2) 10:5 79:8 |
| **litigation**(3) 23:9 23:20 63:19 | | **marrero**(1) 6:45 | | | | **nobody's**(1) 44:9 |
| **little**(14) 16:21 27:25 35:11 38:8 39:11 40:7 52:6 54:10 60:13 64:6 68:12 80:21 81:20 82:1 | | **martin**(2) 3:6 41:2 | | | | **nohos**(3) 4:11 59:9 59:16 |
| | | **marvin**(4) 7:17 14:2 14:2 15:9 | | **more**(26) 14:4 16:25 18:3 21:18 22:24 23:23 29:12 38:8 41:18 43:1 49:4 52:6 52:17 58:22 61:3 61:4 62:11 68:12 68:14 75:12 77:24 77:24 78:9 80:23 82:21 | | **non**(1) 47:16 |
| | | **materials**(4) 19:16 25:1 53:21 78:19 | | | | **non-date**(1) 79:22 |
| **litvack**(1) 7:27 | | **mathur**(1) 7:5 | | | | **non-economic**(1) 38:14 |
| **live**(4) 29:17 50:1 53:17 83:9 | | **matter**(12) 10:13 11:16 12:9 20:10 20:25 37:16 41:10 42:24 74:24 77:14 82:16 83:20 | | | | **non-existent**(1) 30:10 |
| **llc**(2) 5:51 7:42 | | | | **morgan**(8) 2:17 6:35 7:24 12:8 15:20 16:19 40:8 75:8 | | **non-price**(5) 25:7 28:11 28:12 31:10 79:22 |
| **llp**(18) 1:25 2:11 2:31 2:39 3:47 4:25 5:4 5:51 6:5 6:14 6:35 6:40 7:4 7:24 7:37 7:46 8:13 11:14 | | **matters**(3) 57:6 72:20 75:6 | | | | **none**(8) 10:22 19:21 30:2 38:2 47:20 49:11 52:16 79:17 |
| | | **matthew**(3) 2:5 6:28 7:34 | | **morning**(13) 9:2 9:3 12:21 14:2 15:18 41:2 41:4 44:8 49:12 59:7 59:15 60:2 75:7 | | |
| | | **mauceri**(1) 6:36 | | | | |
| | | **maximize**(1) 22:20 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **normally**(2) 67:9 83:10 | | **offer**(4) 31:9 54:24 54:25 55:11 | | **out**(26) 9:19 10:18 23:16 25:2 27:14 42:25 43:4 45:8 46:5 50:17 56:3 63:7 63:8 63:11 64:18 64:25 65:19 68:17 69:3 69:6 70:22 71:9 73:20 80:2 81:17 83:8 | | **pernick**(7) 1:33 9:3 9:4 9:9 9:21 9:23 | |
| **norman**(2) 1:33 9:4 | | **offered**(2) 28:10 58:8 | | | | **persalee**(4) 43:10 45:3 45:8 56:23 | |
| **north**(5) 2:27 2:34 3:13 3:41 4:13 | | **offhand**(1) 30:22 | | | | **person**(10) 17:23 18:5 19:20 42:13 44:2 44:3 55:5 61:4 66:3 81:15 | |
| **not**(141) 9:17 10:4 10:5 11:4 13:14 13:23 15:15 16:14 16:21 17:17 18:12 18:23 19:10 21:16 22:5 23:8 23:21 24:3 24:4 24:17 24:17 25:12 25:14 26:19 26:24 27:13 27:23 28:2 28:6 29:7 29:16 30:14 30:16 30:25 31:1 31:2 31:8 32:13 32:14 33:16 34:16 34:25 36:12 38:5 38:16 39:8 40:15 40:16 43:23 43:23 44:5 44:22 44:23 45:6 45:14 45:14 45:16 46:6 46:6 46:11 46:16 46:21 46:25 46:25 47:3 47:17 47:15 47:15 48:3 48:21 49:19 50:22 51:4 51:6 51:17 52:6 53:11 53:14 53:14 54:2 55:13 55:23 56:12 56:12 57:2 57:5 57:21 57:23 57:25 58:9 58:13 58:17 59:18 59:19 60:5 61:3 61:5 62:7 62:13 62:14 63:2 63:6 64:22 65:8 65:10 65:15 65:19 66:2 66:10 66:18 66:24 67:7 69:2 69:6 69:15 70:10 70:14 71:1 71:22 72:4 72:11 72:13 72:19 72:21 73:13 75:23 76:16 76:24 77:3 77:10 77:14 78:3 78:16 78:20 79:1 79:24 79:25 80:12 81:6 83:8 | | **office**(1) 6:40 | | | | **personally**(4) 63:12 66:12 76:18 79:25 | |
| | | **official**(2) 4:24 6:40 | | | | **persons**(2) 42:1 | |
| | | **okay**(47) 10:11 11:10 11:11 12:17 12:18 16:8 19:11 25:9 31:15 33:25 34:8 34:21 36:11 36:16 37:2 37:5 37:6 37:9 37:20 38:3 38:17 40:3 40:19 41:15 45:20 48:20 58:24 67:18 67:19 72:2 72:11 73:23 75:6 76:6 77:20 77:23 80:4 80:5 80:7 80:8 80:19 81:2 82:1 82:1 82:3 82:4 82:17 83:7 | | **outrage**(1) 26:11 | | **perspective**(2) 38:16 73:6 | |
| | | | | **outset**(2) 33:11 33:12 | | **persuasive**(1) 63:22 | |
| | | | | **outside**(2) 33:1 33:12 | | **phase**(1) 69:24 | |
| | | | | **outweigh**(1) 53:7 | | **phone**(4) 74:12 79:2 80:1 82:2 | |
| | | | | **outweighed**(2) 62:6 62:18 | | **phones**(13) 23:16 23:18 23:18 24:22 27:12 27:13 38:14 45:24 46:3 47:13 47:14 52:8 56:7 | |
| | | | | **outweighs**(1) 32:20 | | | |
| | | | | **over**(14) 18:8 33:21 43:25 51:19 53:20 55:8 55:9 64:9 71:5 74:24 75:2 77:6 79:2 81:24 | | **phrase**(2) 54:10 79:14 | |
| **note**(17) 14:6 14:16 14:24 17:19 24:6 38:14 50:15 | | **old-fashioned**(1) 18:7 | | | | **pick**(6) 39:21 39:21 50:24 55:12 55:16 72:15 | |
| | | **once**(5) 19:20 51:15 53:14 63:7 81:22 | | **overall**(1) 65:23 | | | |
| | | **one**(74) 1:27 2:26 3:27 10:12 12:10 13:7 13:8 20:17 23:14 24:11 25:17 26:23 27:1 27:2 31:8 31:14 33:2 33:7 34:6 34:20 35:10 36:3 38:10 40:5 40:15 41:7 41:18 42:4 42:4 42:7 42:13 43:9 45:22 45:23 45:23 49:20 50:3 50:9 50:12 50:16 50:25 51:1 51:1 52:4 52:11 52:15 52:22 54:3 55:15 57:16 54 57:23 60:15 61:3 61:19 64:17 65:1 65:13 65:13 65:16 69:9 70:10 70:15 71:1 71:7 73:7 73:12 75:12 76:1 76:7 79:19 80:9 81:15 82:21 | | **overstated**(1) 69:20 | | **picked**(1) 44:25 | |
| | | | | **overstatement**(1) 69:25 | | **picking**(1) 75:18 | |
| | | | | **overwhelmingly**(1) 32:19 | | **picture**(1) 21:19 | |
| | | | | **own**(7) 17:5 22:6 22:19 34:20 49:21 56:21 77:14 | | **piece**(3) 13:7 19:13 20:9 | |
| **notebook**(6) 20:23 21:1 21:4 76:9 77:1 77:15 | | | | | | **pierto**(2) 20:23 77:6 | |
| | | | | | | **pile**(1) 25:1 | |
| | | | | **p.a**(1) 3:18 | | **plaintiff**(1) 74:5 | |
| **noted**(3) 9:12 60:1 61:2 | | | | **p.m**(1) 83:16 | | **plan**(25) 14:15 14:19 14:20 17:5 22:6 22:9 22:20 23:8 23:13 23:13 23:17 23:18 24:6 24:10 32:25 42:24 49:19 51:8 52:6 53:12 53:12 54:2 54:3 59:20 74:16 | |
| **noteholder**(2) 44:1 51:8 | | | | **p.o**(3) 2:7 3:21 3:35 | | | |
| **noteholders**(7) 10:5 12:24 41:6 44:19 57:10 64:18 64:20 | | | | **page**(5) 21:3 21:17 27:14 65:20 77:13 | | | |
| | | | | **pages**(2) 21:14 65:7 69:1 77:1 | | | |
| | | | | **paid**(3) 23:4 23:5 61:23 | | **plans**(3) 66:16 66:17 66:20 | |
| **notes**(4) 23:16 24:22 29:9 77:5 | | **open**(2) 9:18 13:15 | | **palmer**(1) 3:11 | | **played**(1) 58:5 | |
| **nothing**(8) 13:21 20:15 26:3 27:19 52:20 53:18 71:9 82:2 | | **opened**(1) 25:3 | | **papers**(1) 45:17 | | **player**(2) 17:16 72:20 | |
| | | **operating**(2) 66:16 66:20 | | **paragraph**(2) 10:19 11:3 | | **plaza**(4) 2:13 2:33 3:42 4:12 | |
| | | **operative**(1) 11:4 | | **park**(2) 2:41 3:27 | | **pleading**(2) 62:24 64:3 | |
| **notice**(2) 25:3 69:6 | | **opinion**(1) 68:4 | | **parke**(2) 2:11 6:40 | | **pleadings**(1) 64:1 | |
| **notices**(1) 68:17 | | **opponents**(1) 40:14 | | **part**(11) 11:3 23:21 26:1 27:20 29:12 41:16 45:22 59:22 63:5 70:22 75:25 | | **please**(2) 11:13 56:15 | |
| **notion**(2) 25:12 76:22 | | **oppose**(2) 77:15 77:15 | | | | **plus**(3) 50:12 69:22 77:21 | |
| **notwithstanding**(1) 50:19 | | **opposed**(2) 39:23 53:1 | | | | **point**(37) 14:21 20:17 22:12 23:19 25:2 27:20 30:7 33:24 34:6 34:17 34:25 35:10 40:5 45:22 46:15 47:20 48:7 49:25 51:12 51:16 52:15 53:11 53:14 53:15 58:25 62:15 64:8 64:8 65:1 65:1 68:15 68:18 69:13 69:20 70:8 75:3 83:3 | |
| **november**(2) 19:14 76:3 | | **opposing**(5) 19:2 19:11 21:8 78:20 80:22 | | **particular**(3) 31:22 43:7 76:13 | | | |
| **now**(48) 9:23 17:24 17:24 18:12 18:23 19:8 19:23 21:24 23:6 23:10 29:13 30:11 32:21 33:24 34:9 34:19 36:16 39:7 40:22 41:10 42:16 43:6 43:15 43:16 44:22 47:3 48:9 52:22 53:5 54:14 58:7 59:21 61:6 61:12 62:8 63:9 63:25 71:4 71:19 75:1 78:2 78:2 78:4 81:1 81:5 81:7 81:13 82:22 | | **order**(22) 10:13 10:20 11:1 11:2 11:4 11:12 11:16 26:9 35:23 36:4 36:6 55:24 63:2 72:14 72:18 75:18 75:18 79:21 | | **particularly**(2) 23:3 33:3 | | | |
| | | | | **parties**(31) 9:24 10:22 11:2 11:23 12:13 12:16 13:12 19:2 32:9 32:23 33:4 33:6 34:3 34:19 35:7 37:18 40:9 43:1 43:14 49:21 50:1 51:8 53:14 57:18 68:13 70:10 70:14 70:19 71:22 71:16 74:25 | | **pointed**(2) 10:18 18:25 | |
| | | | | | | **pointing**(1) 69:3 | |
| | | | | | | **points**(7) 16:15 29:22 30:17 37:14 39:10 66:1 68:11 | |
| | | | | **party**(12) 4:33 4:37 4:45 4:49 8:4 20:14 29:15 53:11 54:5 70:1 79:11 79:19 | | | |
| **nuanced**(1) 38:9 | | **orderly**(1) 59:23 | | | | **polk**(5) 2:17 12:8 15:19 36:25 75:8 | |
| **number**(20) 9:11 9:14 9:15 10:1 10:2 10:14 11:16 13:16 15:17 35:8 35:14 41:1 43:25 51:3 57:7 57:17 65:1 65:1 75:5 76:11 | | **original**(2) 9:12 13:19 | | **passage**(1) 10:19 | | **polk's**(1) 26:13 | |
| | | **other**(43) 11:2 11:24 13:8 14:5 15:11 18:17 19:21 24:14 25:14 33:2 33:23 33:33 33:24 34:6 35:10 36:14 36:16 36:17 39:1 40:9 42:5 43:5 43:11 46:4 48:1 48:22 52:13 55:14 63:3 63:6 63:14 64:3 68:13 70:21 72:22 73:7 75:13 78:24 79:1 80:9 82:16 83:11 | | **passed**(3) 61:5 75:16 81:6 | | **polsinelli**(2) 4:4 59:8 | |
| | | | | **past**(1) 70:11 | | **portion**(2) 14:9 21:20 | |
| | | | | **patent**(1) 61:11 | | **posed**(1) 82:9 | |
| | | | | **paul**(5) 3:46 6:4 7:7 41:9 49:13 | | **position**(16) 14:20 22:4 23:12 34:16 44:10 47:22 51:12 50:19 59:18 59:18 60:15 63:12 68:22 78:19 78:19 78:21 | |
| | | | | **pay**(4) 52:2 57:3 61:20 61:22 | | | |
| **numbers**(6) 9:10 17:9 17:14 18:1 18:13 68:25 | | | | **peg**(1) 4:42 | | | |
| | | | | **penalty**(1) 52:2 | | **positions**(2) 35:17 51:13 | |
| | | **others**(8) 9:13 16:21 22:21 34:22 39:23 53:2 62:11 66:7 | | **pending**(2) 59:21 62:21 | | **possession**(1) 26:17 | |
| | | | | **pennock**(1) 6:8 | | **possible**(2) 32:21 39:13 | |
| **numerous**(2) 29:4 42:14 | | | | **pennsylvania**(1) 1:44 | | **post-petition**(2) 17:4 78:14 | |
| **o'melveny**(1) 5:37 | | | | **people**(37) 17:10 18:25 25:16 42:18 43:23 44:5 44:15 44:24 44:25 45:3 45:12 47:3 47:21 47:23 48:1 48:3 48:4 48:25 49:1 49:3 49:6 50:17 51:20 52:25 53:1 54:24 54:25 55:3 55:7 55:7 55:10 55:12 56:6 71:7 81:8 81:16 | | | |
| **o'neal**(1) 5:11 | | **otherwise**(3) 28:21 66:11 75:1 | | | | **potential**(6) 62:4 62:5 62:6 64:21 64:23 71:8 | |
| **oath**(2) 62:23 79:17 | | **ought**(5) 11:1 31:14 34:7 73:11 74:22 | | | | | |
| **object**(1) 79:7 | | **our**(54) 13:19 14:5 15:1 16:3 19:9 19:13 19:15 21:23 22:19 22:21 24:8 24:9 24:10 25:1 25:2 26:1 29:12 32:16 34:7 38:11 38:16 44:3 44:9 45:6 49:9 49:24 49:25 50:17 51:17 51:12 51:14 52:12 55:24 57:25 59:11 59:18 59:18 60:4 61:16 61:17 61:20 61:22 63:5 63:6 69:9 74:16 78:7 78:12 78:12 78:19 82:19 83:1 | | **per**(3) 16:22 18:1 78:5 | | **potentially**(2) 63:13 77:21 | |
| **objection**(1) 32:15 | | | | **percent**(2) 20:16 20:16 | | **potter**(1) 2:31 | |
| **objections**(2) 12:14 25:6 | | | | **perfectly**(1) 16:18 | | **ppearances**(4) 1:23 2:1 3:1 4:1 | |
| **objector**(2) 22:5 42:23 | | | | **performed**(1) 55:4 | | **practice**(1) 25:19 | |
| **obligated**(3) 22:8 36:8 54:16 | | | | **perhaps**(10) 20:22 22:21 23:7 23:22 30:15 30:22 38:16 39:15 67:25 68:1 | | **practicing**(1) 60:18 | |
| **obligations**(1) 61:17 | | | | | | **precise**(1) 30:13 | |
| **obtain**(1) 52:14 | | | | **period**(18) 42:9 42:12 44:2 44:2 44:4 44:21 47:2 50:10 50:12 56:10 65:16 65:18 68:19 68:24 76:2 77:6 78:14 81:14 | | **precisely**(1) 66:5 | |
| **obviously**(2) 61:11 69:4 | | **ourselves**(3) 43:7 51:10 83:4 | | | | **precluded**(2) 24:15 56:11 | |
| **occasions**(1) 43:11 | | | | | | **preface**(1) 59:17 | |
| **occurred**(3) 38:21 68:20 70:7 | | | | | | **prefer**(2) 35:4 83:9 | |
| **occurred**(1) 14:16 | | | | **periods**(4) 29:6 33:8 58:15 66:20 | | **preference**(1) 83:4 | |
| **off**(9) 30:12 33:2 48:16 48:25 50:7 54:20 73:3 81:9 83:2 | | | | **permission**(1) 21:7 | | | |
| | | | | **permit**(1) 31:1 | | | |
| **offense**(1) 49:13 | | | | **permitted**(1) 29:19 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **prejudice**(7) 62:4 62:6 62:18 63:21 63:24 70:16 71:21 | | **prove**(1) 47:7 | | **reasonableness**(1) 67:6 | | **report**(24) 12:8 15:21 19:10 42:25 43:2 43:13 57:16 57:18 58:3 58:16 61:10 65:2 65:4 65:21 66:21 66:23 69:22 70:2 70:5 71:4 71:10 71:12 71:15 81:10 | |
| | | **provide**(3) 11:15 62:18 73:19 | | **reasons**(4) 25:25 47:5 52:11 58:8 | | | |
| **preliminarily**(2) 12:6 12:19 | | **provides**(1) 15:16 | | **rebuttal**(1) 83:1 | | | |
| **prepare**(2) 36:2 64:9 | | **provision**(1) 47:12 | | **recall**(7) 13:1 13:10 64:21 65:12 71:1 80:14 80:15 | | **reported**(5) 19:10 23:5 23:5 60:23 60:24 | |
| **preparing**(2) 22:18 71:12 | | **prudential**(1) 4:12 | | | | **reports**(3) 82:24 82:25 83:1 | |
| **presented**(1) 13:2 | | **publicly**(1) 82:12 | | | | **repository**(2) 61:24 62:1 | |
| **press**(1) 56:9 | | **pulled**(1) 24:20 | | **recap**(1) 75:6 | | **represent**(4) 11:15 29:25 61:12 70:15 | |
| **pressed**(1) 28:8 | | **purchase**(7) 25:8 27:7 27:12 29:5 30:14 38:12 79:6 | | **receive**(5) 35:13 44:20 67:16 69:5 83:3 | | **representation**(4) 78:4 78:9 78:10 80:2 | |
| **pressing**(1) 10:5 | | | | **received**(8) 43:2 67:20 67:23 67:24 68:1 69:1 69:2 74:14 | | **representatives**(1) 27:10 | |
| **presumably**(3) 70:3 71:12 77:14 | | **purchases**(3) 17:4 24:22 29:6 | | | | **represented**(3) 61:8 61:9 70:4 | |
| **pretzel**(1) 51:11 | | **purpose**(2) 14:13 72:22 | | **receives**(1) 35:18 | | **representing**(1) 15:20 | |
| **previously**(1) 43:24 | | **purposes**(4) 75:11 77:2 81:24 | | **receiving**(1) 35:19 | | **represents**(2) 61:8 61:12 | |
| **price**(7) 28:25 38:10 38:14 57:4 78:15 78:17 79:6 | | **pursuant**(1) 75:15 | | **recent**(1) 24:22 | | **request**(24) 11:19 11:21 16:3 26:1 30:12 30:20 31:8 40:7 40:8 43:14 44:1 48:4 48:4 51:15 52:9 54:20 76:17 77:10 78:7 78:12 78:12 78:23 79:18 82:11 | |
| | | **pursue**(2) 52:15 57:5 | | **recently**(2) 61:23 62:7 | | | |
| **primarily**(1) 72:20 | | **pushed**(1) 68:18 | | **recess**(2) 48:15 81:8 | | | |
| **primary**(1) 58:16 | | **put**(10) 20:12 31:6 39:13 61:3 63:12 68:25 69:9 71:8 74:23 79:9 | | **recheck**(1) 74:22 | | | |
| **primoff**(1) 8:14 | | | | **recognize**(1) 70:9 | | | |
| **principle**(1) 33:14 | | **putting**(1) 17:1 | | **recognizes**(1) 32:17 | | **requested**(3) 72:18 76:10 81:15 | |
| **prior**(4) 37:17 43:3 53:5 62:11 | | **puzzling**(1) 23:3 | | **reconsider**(1) 72:15 | | **requesting**(1) 76:14 | |
| **priv**(1) 19:17 | | **quash**(1) 73:8 | | **reconvene**(1) 81:8 | | **requests**(11) 25:1 42:17 44:13 44:15 49:17 52:12 54:20 55:18 56:2 56:21 69:10 | |
| **privilege**(24) 13:10 15:25 15:25 16:4 16:6 16:7 16:24 16:25 17:8 18:23 19:5 19:7 20:1 20:2 20:5 20:22 21:5 31:11 33:8 39:10 39:16 39:22 75:14 76:8 | | **question**(24) 14:19 14:25 15:24 16:9 16:21 16:22 22:17 25:11 25:13 28:13 29:2 29:21 34:1 34:17 37:25 38:9 45:9 63:1 63:10 65:22 68:15 79:20 82:9 82:22 | | **record**(17) 12:22 15:19 26:7 31:6 37:13 48:16 57:9 57:24 59:7 59:15 66:1 75:8 81:9 82:7 82:11 82:19 82:21 | | **require**(4) 60:8 77:8 77:12 78:9 | |
| | | | | | | **required**(6) 15:24 17:3 58:9 58:18 64:6 79:11 | |
| | | | | **recorded**(1) 1:49 | | | |
| **privileged**(7) 18:12 20:8 20:16 20:16 21:6 32:19 36:21 | | **questioned**(2) 29:23 35:15 | | **recording**(2) 1:49 83:19 | | **research**(1) 24:18 | |
| | | **questioning**(3) 14:10 15:13 15:14 | | **recover**(2) 23:18 23:19 | | **reservation**(1) 80:18 | |
| | | **questionnaire**(2) 11:23 11:24 | | **recoveries**(1) 23:20 | | **reserve**(2) 21:23 80:14 | |
| **privileges**(1) 19:19 | | **questions**(25) 11:19 13:6 13:21 15:6 15:14 15:17 17:18 20:6 21:24 26:24 26:25 27:1 27:6 27:13 27:13 29:11 29:19 30:19 30:25 37:19 37:21 38:11 67:8 72:23 80:17 | | **recovery**(5) 22:21 23:10 29:16 29:18 29:18 29:1 79:7 79:21 | | **reserving**(1) 9:25 | |
| **pro**(1) 59:10 | | | | | | **resign**(3) 46:1 46:25 47:4 | |
| **probably**(8) 34:18 38:5 38:6 38:8 73:11 74:22 77:11 77:13 | | | | **redact**(3) 38:9 38:17 78:15 | | **resignation**(7) 47:17 47:17 48:1 48:5 48:6 49:7 49:8 | |
| | | **quick**(3) 37:14 66:1 68:10 | | **redacted**(7) 21:3 21:17 38:15 41:22 77:1 79:7 79:21 | | | |
| **problem**(2) 23:24 74:21 | | **quickly**(3) 9:6 37:19 38:12 | | | | **resigning**(2) 47:1 48:25 | |
| **procedures**(2) 10:20 11:4 | | **quite**(1) 74:3 | | **redactions**(1) 76:11 | | **resisted**(1) 68:21 | |
| **proceed**(3) 57:13 73:11 73:24 | | **quote**(6) 19:22 20:2 25:7 32:1 60:23 67:8 | | **redate**(1) 11:9 | | **resolution**(1) 39:11 | |
| **proceeding**(2) 63:5 64:19 | | **quoted**(4) 31:16 58:2 69:21 70:5 | | **reference**(3) 35:10 70:2 70:6 | | **resolve**(1) 11:18 54:17 | |
| **proceedings**(8) 1:19 1:49 58:19 59:21 62:21 70:17 70:22 83:20 | | **quoting**(1) 25:4 | | **referenced**(1) 58:15 | | **resolved**(9) 9:11 9:13 11:16 11:24 12:3 13:12 35:5 35:7 38:11 | |
| | | **qureshi**(71) 3:26 12:21 12:22 13:24 21:13 26:6 26:7 26:20 26:22 27:23 28:7 28:14 28:19 28:22 29:3 30:4 30:7 30:21 31:5 31:12 31:15 31:19 31:21 32:4 32:6 33:23 34:4 35:2 35:4 35:9 36:7 36:11 36:20 37:2 37:5 37:8 37:10 38:25 40:12 57:8 58:24 65:2 65:3 65:25 66:1 66:12 67:10 67:19 67:22 68:10 69:16 71:8 73:4 76:1 76:19 76:24 78:22 79:21 79:24 82:24 83:7 83:13 | | **references**(3) 41:22 41:23 71:11 | | | |
| | | | | **referred**(1) 49:17 | | | |
| **process**(6) 51:7 51:17 68:24 69:8 76:20 79:14 | | | | **referring**(1) 14:23 | | **respect**(38) 10:2 10:3 10:7 10:13 11:7 12:10 17:16 19:1 20:22 24:10 27:5 27:12 28:9 29:21 31:10 35:20 36:3 37:22 37:25 38:13 39:11 39:16 42:11 42:13 50:8 50:9 50:11 59:11 65:9 66:7 68:15 75:12 75:13 75:14 76:8 77:25 78:18 80:20 | |
| | | | | **reflect**(2) 28:12 38:1 | | | |
| | | | | **refresh**(1) 13:6 | | | |
| **produce**(19) 13:13 17:3 19:7 19:12 25:7 25:9 25:10 25:12 25:20 29:14 37:17 38:1 38:12 40:9 42:18 50:20 51:4 55:2 56:2 | | | | **refresher**(1) 73:18 | | | |
| | | | | **refused**(5) 46:21 55:5 55:19 55:21 68:24 | | **respectful**(1) 15:11 | |
| | | **quickly**(3) ... | | **rejected**(3) 19:11 54:25 55:3 | | **respectfully**(5) 25:25 34:7 53:10 53:16 79:15 | |
| **produced**(46) 1:50 14:22 16:5 16:19 17:12 17:13 17:15 17:22 19:3 19:5 20:15 20:23 21:1 24:13 28:15 29:16 31:14 36:6 36:13 39:4 40:16 40:17 40:18 42:20 42:21 42:22 43:3 43:8 51:14 52:18 52:19 53:4 54:19 54:23 56:22 60:3 60:7 61:9 64:10 69:8 70:5 70:12 71:3 71:10 79:22 80:16 | | **rabinowitz**(1) 7:19 | | **regard**(10) 41:21 42:7 42:12 44:4 44:24 45:9 46:12 47:14 54:10 76:9 | | **respond**(2) 11:22 53:24 | |
| | | **rachel**(1) 6:36 | | | | **responded**(2) 31:6 54:18 | |
| | | **raise**(3) 13:5 63:21 82:22 | | | | **response**(11) 11:8 12:18 16:3 25:2 25:5 31:4 44:3 46:11 51:15 56:21 56:23 | |
| | | **raised**(2) 14:21 49:16 | | **regarding**(5) 10:9 17:7 17:8 56:6 69:24 | | | |
| | | **raising**(1) 74:13 | | **rejected**(3) 19:11 54:25 55:3 | | | |
| | | **random**(1) 75:23 | | **relate**(3) 47:11 47:16 65:13 | | **responses**(1) 41:10 | |
| **producing**(10) 16:1 24:10 24:25 43:17 45:16 51:9 51:25 52:10 79:7 79:9 | | **rath**(1) 2:4 | | **related**(7) 11:25 12:2 14:11 22:3 46:19 52:12 68:23 | | **responsive**(6) 16:3 18:12 20:17 25:1 49:25 80:16 | |
| | | **rather**(4) 34:25 51:22 | | | | | |
| | | **re-review**(1) 17:11 | | **relates**(4) 15:14 52:16 67:5 82:24 | | **rest**(2) 16:24 45:16 | |
| **production**(14) 13:16 17:8 17:25 32:22 33:2 33:5 34:7 36:1 36:23 51:14 58:3 66:13 72:9 81:19 | | **reached**(1) 32:8 | | **relating**(7) 11:18 11:19 24:11 24:21 26:1 30:9 37:16 | | **result**(1) 38:15 | |
| | | **read**(1) 83:6 | | | | **resultant**(1) 69:10 | |
| | | **readily**(2) 33:13 67:10 | | **relationships**(1) 11:19 | | **resulted**(1) 16:1 | |
| **productions**(4) 32:23 33:5 43:3 43:24 | | **reading**(1) 57:16 | | **release**(3) 54:3 54:5 54:5 | | **results**(1) 73:15 | |
| **proffered**(1) 45:12 | | **ready**(1) 60:1 | | **released**(2) 54:7 54:8 | | **retained**(3) 33:12 61:14 62:7 | |
| **projections**(5) 66:24 66:25 67:1 67:13 | | **real**(7) 20:18 63:15 63:24 64:3 65:22 70:16 70:17 | | **releases**(2) 9:24 32:25 | | **reveal**(3) 28:16 29:7 82:12 | |
| **promises**(1) 10:1 | | | | **relevant**(10) 46:6 46:8 46:20 47:12 47:22 48:6 52:24 53:9 56:7 58:7 | | **revealed**(1) 27:4 | |
| **properly**(1) 54:18 | | **realistic**(1) 67:2 | | | | **revealing**(4) 28:24 28:25 34:2 79:22 | |
| **proponent**(3) 49:19 52:7 54:2 | | **really**(8) 13:4 13:7 15:22 17:9 20:7 27:20 50:16 80:13 | | **relief**(1) 72:17 | | **reveals**(1) 33:3 | |
| **proponents**(3) 43:20 44:1 51:9 | | | | **relitigate**(1) 62:13 | | **reverse**(1) 26:9 | |
| **proposal**(1) 19:15 | | **reargue**(1) 80:12 | | **remaining**(3) 50:7 75:11 75:12 | | **review**(10) 14:7 24:25 32:20 36:25 44:6 50:22 60:9 66:13 69:5 72:16 | |
| **propose**(5) 17:5 22:19 23:8 24:6 82:10 | | **reason**(12) 16:19 18:3 20:11 34:5 35:1 42:16 52:1 54:25 55:17 68:5 71:3 79:8 | | **remains**(1) 76:7 | | | |
| **proposed**(6) 10:18 10:20 11:7 12:19 22:9 70:25 | | | | **remarked**(1) 49:20 | | | |
| | | **reasonable**(1) 33:16 | | **remember**(5) 33:19 33:22 45:9 54:19 73:1 | | **reviewed**(4) 11:8 32:15 43:21 62:10 | |
| **proposing**(2) 16:10 23:13 | | | | **remind**(2) 19:2 19:2 | | **reviewing**(2) 43:7 54:22 | |
| **protect**(1) 61:16 | | | | **remote**(1) 53:7 | | | |
| **protected**(1) 18:23 | | | | **reorganization**(3) 17:5 22:6 23:14 | | | |
| **protecting**(1) 33:8 | | | | **repeated**(1) 15:15 | | | |
| | | | | **repeatedly**(2) 17:19 79:17 | | | |
| | | | | **repetitive**(1) 15:13 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

revisit(1) 73:1
rfa(1) 78:11
rfa's(1) 37:21
rice(1) 4:17
richards(1) 2:24
rifkind(2) 3:46 6:4
right(39) 9:21 9:22 9:23 10:15 12:20
15:17 17:24 20:13 20:14 21:23 23:6 29:3
30:4 30:7 33:1 33:23 35:2 36:20 37:11
39:5 47:3 52:4 62:25 63:25 68:9
71:23 73:1 75:5 75:11 76:1 80:14 81:5
81:10 81:21 81:23 82:6 82:14 83:15

rights(3) 9:25 21:23 80:18
ripe(1) 10:4
risk(3) 23:11 45:1 55:4
roadmap(1) 63:19
robert(2) 2:25 6:47
robust(1) 25:18
rockefeller(1) 2:13
rodney(1) 2:7
role(9) 58:6 58:11 58:12 58:14 60:14
60:22 66:2 69:20 70:20

roomful(1) 15:5
rope-a-dope(1) 54:11
rope-a-dopes(1) 56:18
rosenman(1) 7:10
roth(1) 8:4
roughly(1) 76:25
rudnick(2) 3:5 5:43
rule(3) 74:23 74:24 81:7
ruled(1) 13:11
rules(1) 73:18
ruling(1) 37:18
run(2) 9:5 24:18
rung(1) 63:8
ryan(1) 4:18

saavedra(1) 7:29
sachs(1) 4:45
said(33) 13:7 18:15 18:17 20:1 20:15 25:4
25:6 32:7 32:15 32:16 35:13 38:17 44:1
45:9 48:23 49:4 50:21 50:23 51:5 51:5
52:22 55:6 55:20 56:7 62:8 62:11 63:22
68:22 71:7 73:4 74:6 76:12 77:14

sale(1) 38:13
sam(2) 66:19 68:2
sandridge(1) 4:17
sat(2) 61:10 71:15
satisfactory(1) 38:15
satisfied(1) 78:14
save(1) 34:21
say(24) 13:15 20:6 23:9 26:10 27:18 28:5
34:15 34:19 38:19 44:23 45:8 45:15 51:16
53:11 58:10 58:17 58:22 60:7 62:1 64:10
67:20 69:11 78:17 80:13

saying(10) 21:20 34:17 37:20 45:3 50:3
50:17 51:22 59:17 60:5 74:15

says(8) 18:8 33:25 36:13 36:16 43:15 63:8
65:3 67:7

scarcely(1) 34:16
scenario(1) 22:19
scenarios(1) 29:18
schedule(1) 74:16
scheme(1) 65:23
scholer(3) 2:39 8:13 11:14
schotz(1) 1:31 9:4
schulte(1) 8:4
schuylkill(1) 1:43
schwinger(1) 6:47
scott(2) 4:46 7:38
seal(2) 13:20 25:23

search(16) 24:18 24:19 42:8 44:22 44:23
44:24 45:13 48:4 51:21 51:24 53:6 54:24
55:2 72:4 72:8 81:13

searched(8) 43:23 43:24 47:21 47:22 49:3
49:24 53:14 53:15

searches(5) 41:19 43:16 50:6 53:5 81:18
searching(1) 48:2 48:3
seat(1) 63:11
second(9) 14:17 17:1 21:25 23:15 26:1
37:15 54:23 58:16 70:8

secondly(2) 33:9 54:9
section(2) 22:7 65:10
see(25) 14:9 21:1 21:21 21:22 34:5 36:5
37:6 38:12 39:5 39:6 45:7 45:8 51:2
51:23 67:14 74:23 74:25 79:9 79:12 79:1
81:7 81:13 81:17 82:14 82:18

seek(1) 52:12
seeking(8) 12:25 27:25 31:7 47:7 58:13
58:13 73:9 77:3

seem(1) 50:24
seems(9) 28:12 31:3 31:5 31:8 34:14 38:2
38:24 39:1 49:14

seen(6) 25:19 38:23 62:23 63:17 77:4
seife(1) 6:42
selber(1) 2:32
selected(1) 75:24
selecting(1) 35:24
selection(2) 75:17 75:23
self-evident(1) 57:16 58:5
seller(1) 6:31
send(1) 35:12
sends(2) 18:8 18:20
senior(2) 60:23 65:9
sense(2) 38:22 51:5
sensible(1) 32:16
sent(2) 20:11 56:23
sentence(1) 40:15
separate(2) 77:7 77:8 80:13
series(2) 16:15 43:14
served(2) 43:13 55:18
service(2) 1:42 1:50
services(1) 1:42
set(8) 26:13 39:17 41:8 45:16 50:22 51:18
52:20 78:13

settle(1) 32:24
settled(1) 79:4
settlement(5) 33:15 57:21 58:11 58:12 67:
settlements(1) 14:12
seven(2) 3:7 43:5
several(1) 31:23 77:13
shall(1) 52:4 81:23 82:18
shamah(1) 5:38
shannon(1) 6:8
shapiro(1) 14:17
shared(2) 67:3 67:4
she(5) 43:11 45:3 45:4 45:4 45:9
sheet(1) 14:10
shepherded(1) 61:4
sherman(1) 7:21
short(3) 49:15 53:6 80:5
should(36) 13:11 15:13 15:15 15:24 16:17
17:2 17:19 24:20 34:5 34:15 37:7 51:16
52:2 53:11 53:17 55:16 58:9 58:17 59:18
59:19 59:24 59:24 64:5 64:16 68:8 68:23
70:12 70:12 70:18 70:19 72:17 73:11 79:
79:10 79:11 80:23

shouldn't(2) 34:5 70:7
show(9) 20:6 20:19 41:25 46:18 46:23
48:22 53:2 79:23 83:4

shown(3) 11:1 21:8 48:18

shudder(1) 22:23
shughart(2) 4:4 59:8
shut(1) 68:23
side(22) 23:7 23:7 26:16 26:16 27:4 27:8
27:15 27:19 30:1 30:5 30:17 30:17 31:23
33:7 33:25 36:14 36:16 36:17 38:1 38:6
79:16 83:1

sidley(6) 1:25 5:14 61:8 61:9 61:10 61:12
siegel(25) 3:6 10:10 41:2 41:2 41:5 41:15
45:20 48:10 48:17 48:21 49:11 49:16 50:
53:24 54:1 55:14 80:19 80:25 81:2 81:4
81:12 81:22 81:25 82:3 82:5

siegel's(2) 50:13 51:15
sieger(1) 7:10
signed(1) 11:11
significant(4) 14:9 22:11 75:12 77:24
silverstein(2) 2:32 7:7
simes(1) 6:15
simply(3) 62:15 79:8 82:18
since(10) 9:13 13:3 19:10 21:17 23:17
51:13 51:14 68:23 69:1 71:2

sit(4) 58:9 58:18 62:19 64:6
sits(1) 18:17
sitting(3) 15:5 24:24 61:21
situation(4) 34:24 34:24 54:22 71:18
six(3) 29:22 43:8 71:5
skeptical(1) 18:3
slater(1) 8:8
small(1) 12:10
smattering(2) 17:12 17:13
smoke(3) 79:14 79:15 79:18
solicitations(1) 10:20 11:3
solvency(7) 42:3 44:16 55:4 55:6 55:9
68:4 71:14

some(33) 9:13 13:18 16:20 17:17 20:5
23:9 23:19 35:24 36:2 36:4 42:20 42:21
42:22 43:4 44:14 44:22 46:14 47:20 48:7
49:25 51:16 52:16 54:21 62:10 65:2 66:7
66:9 66:18 68:25 73:9 73:15 77:9 83:2

somebody(1) 47:15
somehow(7) 26:17 29:20 35:19 68:16
69:12 69:23 69:25

something(10) 22:24 24:2 25:13 31:10
35:13 36:6 39:4 63:9 74:25 80:20

somewhat(3) 41:17 45:20 81:14
somewhere(2) 74:10 79:4
sorry(6) 16:11 31:19 37:24 42:1 43:20
46:10

sort(5) 20:17 20:21 55:17 73:25 75:19
sought(4) 43:19 45:12 45:21 61:23
sound(1) 1:49 72:19 83:19
sounds(2) 30:15 67:8
source(1) 27:21
south(1) 1:27
spaeder(1) 4:25
speak(1) 17:9
special(6) 7:15 12:25 14:3 14:18 14:20
14:22

specific(8) 11:22 28:23 28:25 29:7 30:16
36:1 66:9 78:16

specifically(8) 22:7 23:1 27:5 27:11 28:1
29:21 31:9 65:3

specifics(1) 32:22
spent(2) 14:10 24:10
sperling(1) 8:8
splitting(3) 23:10 23:11 23:11
spring(1) 55:18
square(2) 2:26 3:7

stab(1) 51:22
stage(1) 32:3
stand(4) 48:15 81:8 81:8 81:13
standing(1) 36:18
stands(1) 31:1
stanley(1) 7:24
stargatt(1) 3:31
start(12) 31:13 34:17 34:18 39:14 50:2
54:14 54:22 68:21 68:24 70:18 75:13
81:18

started(6) 43:14 54:11 54:19 56:5 56:5
60:18

starting(2) 43:21 49:16
state(1) 67:12
stated(1) 79:1
statement(1) 65:16
statements(2) 57:19 70:6
states(2) 1:1 1:21
status(5) 10:10 41:5 41:8 41:12 66:25
stayed(2) 45:22 54:9 55:24 59:22 61:19
63:23

ste(3) 4:6 4:12 4:19
stearn(1) 2:25
stein(1) 7:34
step(15) 42:24 42:5 42:7 42:11 44:24 50:9
50:11 50:25 51:1 55:5 65:13 65:13 68:22
69:24 81:15

stetson(1) 4:13
stickles(1) 10:25
still(11) 11:23 40:7 43:17 60:5 61:25 62:2
63:19 75:11 75:12 76:17 77:25

stone(1) 62:15
stood(2) 42:24 70:25
stop(2) 40:21 58:21
straight(1) 43:9
strange(1) 42:17
strategies(1) 39:21
strategy(3) 23:22 28:17 29:10
strauss(3) 3:25 6:22 12:22
street(11) 1:12 1:43 2:6 2:27 2:34 3:13
3:34 3:41 34:6 36:8 63:25

strength(1) 67:5
strictly(1) 25:21
stuck(1) 25:15
stuff(1) 24:23
subject(2) 20:10 38:20
subjected(1) 57:21
subjects(3) 24:14 24:16 25:21
submission(1) 1:42
submit(5) 15:16 15:24 37:21 53:10 53:16
submitted(9) 13:3 13:11 13:20 14:6 18:14
34:13 41:22 41:24 60:4

submitting(1) 12:9
subordination(1) 47:14
subpoena(2) 12:2 73:21
subsequently(1) 13:12
substantial(3) 71:21 71:21 76:11
such(7) 15:2 25:8 30:9 32:20 40:9 50:3
71:13

sudden(1) 54:13
suddenly(1) 57:1
suffice(1) 13:15
sufficiency(1) 19:25
sufficient(4) 16:22 27:17 27:17 60:10
suggest(1) 35:21
suggested(3) 10:20 10:25 74:4
suggesting(1) 38:7
suggestion(2) 29:20 78:23
suggests(1) 73:25
suing(1) 61:13
suite(3) 1:34 1:35 2:6
summarize(1) 75:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **summer**(2) 53:20 55:19 | | **that**(301) 9:7 9:9 9:12 9:13 9:19 10:2 | | **that**(264) 47:10 47:10 47:11 47:16 47:19 | | **the**(301) 1:1 1:2 1:20 2:4 3:33 3:51 6:40 | |

Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line

**summer**(2) 53:20 55:19
**supporter**(2) 52:7 53:12
**supporters**(1) 53:13
**supposed**(1) 21:4
**sure**(12) 9:6 22:14 28:19 31:12 35:2 37:18
52:5 53:3 59:1 72:4 72:19 76:24

**surely**(1) 25:20
**surprise**(1) 30:11
**surprised**(1) 63:16
**surprising**(3) 18:21 33:17 65:19
**surrounding**(4) 22:10 23:2 27:6 27:10
**suspect**(2) 23:3 39:16
**suttonbrook**(1) 4:33
**switch**(1) 57:2
**tactical**(5) 34:14 34:17 50:1 53:17 57:4
50:20 57:6 57:10 58:1 61:7 68:12 71:23
72:11 74:1 80:1 80:5 81:7

**taken**(8) 15:12 17:16 34:16 43:5 43:6
43:12 54:15 65:2

**taking**(1) 14:17
**talk**(7) 17:7 28:11 45:2 51:24 54:8 71:4
82:2

**talked**(2) 47:1 70:21
**talking**(3) 28:17 43:22 71:25
**tangentially**(1) 53:8
**tantamount**(1) 28:25
**target**(1) 70:23
**tat**(1) 40:8
**taylor**(1) 3:31
**telecommunication**(1) 15:4
**telephonic**(5) 4:22 5:1 6:1 7:1 8:1
**tell**(13) 30:24 31:13 41:14 41:14 44:6 54:7
55:8 56:22 58:17 60:13 71:17 75:2 76:25

**telling**(1) 56:24
**tells**(1) 50:9
**ten-minute**(1) 48:14
**tenure**(1) 52:12
**term**(2) 14:10 73:13
**terms**(20) 12:1 21:18 24:17 24:18 24:19
25:7 28:11 28:12 29:4 29:5 31:10 38:10
38:15 38:18 44:22 44:23 51:21 75:17 78:7
78:15

**test**(12) 15:25 16:25 19:8 21:5 21:22
33:25 34:1 36:2 36:4 37:4 39:17 39:20

**testified**(3) 29:24 33:10 35:16
**testimony**(7) 18:19 27:22 30:8 30:8 35:11
72:21 83:9

**testing**(2) 34:5 39:12
**than**(13) 14:5 19:21 22:24 29:12 33:5
38:9 51:22 62:12 68:11 77:18 81:14 82:12
82:16

**thank**(41) 11:6 11:12 12:4 12:5 13:24
15:8 15:9 26:5 26:6 37:10 40:24 40:25
48:20 49:10 49:11 53:23 56:13 57:5 57:6
57:8 59:5 59:6 59:13 59:14 64:13 64:14
68:9 69:15 69:16 71:22 72:24 75:4 76:4
77:23 78:22 80:18 80:25 82:5 82:15 83:13
83:15

**that**(301) 9:7 9:9 9:12 9:13 9:19 10:2
10:3 10:6 10:19 10:20 10:22 10:22 10:23
10:25 11:1 11:2 11:3 11:3 11:3 11:17
12:1 12:4 12:9 12:11 12:12 12:14 12:15
12:15 12:17 12:24 13:1 13:4 13:8 13:8
13:10 13:11 13:12 13:16 13:16 13:17
13:19 13:20 14:6 14:8 14:9 14:9 14:10
14:12 14:12 14:13 14:14 14:16 14:16
14:19 14:20 14:21 14:24 15:1 15:1 15:6
15:12 15:12 15:14 15:16 15:16 15:21
15:22 16:1 16:9 16:10 16:15 16:23 17:4
17:6 17:14 17:19 17:20 17:20 17:23 18:7
18:8 18:9 18:10 18:12 18:14 18:15 18:16
18:17 18:17 18:18 18:21 18:21 18:22 19:2
19:4 19:6 19:11 19:17 20:7 20:7 20:15
20:20 20:23 21:2 21:23 21:24 22:2 22:8
22:12 22:15 22:15 22:19 22:25 22:25 23:5
23:8 23:11 23:15 23:17 23:24 23:25 24:1
24:2 24:2 24:3 24:4 24:5 24:6 24:7 24:11
24:12 24:12 24:14 24:15 24:19 24:19
24:23 24:24 25:1 25:1 25:2 25:5 25:6
25:10 25:12 25:13 25:14 25:15 25:18
25:20 25:20 25:23 26:1 26:10 26:17 26:18
26:22 27:4 27:9 27:11 27:14 27:16 27:19
27:20 27:23 28:6 28:8 28:12 28:16 29:5
29:6 29:12 29:15 29:20 29:24 29:25 30:1
30:17 30:18 30:25 31:1 31:2 31:4 31:5
31:5 31:6 31:7 31:7 31:24 32:1 32:3 32:8
32:8 32:9 32:10 32:10 32:13 32:14 32:19
32:22 32:25 33:10 33:14 33:16 33:17
33:20 33:25 34:1 34:6 34:9 34:12 34:12
34:15 34:16 34:18 35:1 35:5 35:6 35:16
35:19 35:22 36:6 36:8 36:15 36:16 36:22
36:24 36:25 37:18 37:20 37:22 38:5 38:8
38:9 38:10 38:15 38:19 38:19 38:19 38:22
39:1 39:1 39:3 39:4 39:6 39:7 39:8 39:13
39:13 39:15 39:21 39:22 40:1 40:4 40:7
40:10 40:13 40:15 40:16 41:18 41:22
41:23 41:25 42:1 42:6 42:25 43:2 43:4
43:4 43:5 43:8 43:22 44:3 44:8 44:11
44:17 45:2 45:2 45:10 45:11 45:12 45:15
45:21 45:22 45:23 46:2 46:4 46:5 46:6
46:8 46:8 46:14 46:19 46:24 46:25 47:4
47:5 47:6 47:8 47:8 47:9

**that**(264) 47:10 47:10 47:11 47:16 47:19
47:21 48:6 48:6 48:9 48:18 48:24 49:1
49:3 49:3 49:8 49:16 49:20 49:25 50:6
50:9 50:12 50:15 50:15 50:24 51:5 51:19
51:23 51:25 52:10 52:11 52:13 52:16
54:4 54:6 54:9 54:16 54:17 54:23 54:25 55:4
54:8 54:4 56:9 56:12 56:19 56:22 56:25
57:1 57:13 57:14 57:19 57:23 58:2 58:4
58:5 58:7 58:12 58:17 58:18 58:23 58:23
58:24 59:2 59:4 59:18 59:19 59:19 59:23 59:24
61:9 61:18 61:22 62:1 62:1 62:8 62:9
62:12 62:16 62:17 63:2 63:6 63:14 63:21
63:23 64:2 64:10 64:16 64:18 64:18 64:21
64:24 65:5 65:7 65:7 65:10 65:11 65:11
65:12 65:14 65:15 65:15 65:16 65:17
65:19 65:19 65:22 66:2 66:4 66:5 66:10
66:14 66:21 66:24 67:2 67:3 67:3 67:4
67:11 67:16 67:23 68:1 68:5 68:6 68:7
68:7 68:14 68:16 68:20 68:21 69:2 69:3
69:6 69:9 69:11 69:20 69:23 69:25 70:1
70:7 70:9 70:20 71:1 71:2 71:4 71:7
71:13 71:14 71:17 71:18 71:20 71:24 72:2
72:14 72:19 72:20 72:21 73:3 73:4 73:4
73:5 73:8 73:10 73:12 73:19 73:25 73:25
74:20 75:6 75:10 75:16 75:17 75:19 75:23
75:22 75:25 76:2 76:5 76:7 76:9
76:10 76:10 76:14 76:14 76:15 76:15
76:16 76:16 76:16 76:18 76:19 76:20
76:21 77:2 77:4 77:5 77:5 77:6 77:7 77:7
77:9 77:14 77:14 77:18 77:24 78:2 78:5
78:4 78:6 78:6 78:11 78:13 78:16 78:19
78:19 78:23 78:24 78:25 79:1 79:1 79:2
79:4 79:5 79:7 79:9 79:11 79:11 79:17
79:19 79:21 79:23 80:14 80:15 80:16
80:17 80:17 80:23 81:1 82:11 82:16 82:11
83:4 83:9 83:10 83:18

**that's**(61) 9:11 11:11 11:11 12:11 14:13
16:9 16:17 16:25 18:18 19:6 19:21 20:13
21:6 22:9 23:14 23:17 23:21 23:22 23:24
25:9 28:7 29:2 31:10 34:2 34:2 35:2 35:8
35:14 35:20 36:9 39:4 45:10 47:12 47:13
47:14 47:23 48:2 49:5 53:18 55:11 56:4
56:10 58:11 58:13 60:4 63:13 65:1 72:1
72:17 73:14 73:22 74:3 74:18 75:2 76:1
76:23 77:20 77:24 83:8 83:12 83:13

**the**(301) 1:1 1:2 1:20 2:4 3:33 3:51 6:40
7:15 9:2 9:4 9:6 9:6 9:6 9:8 9:9 9:11
9:12 9:16 9:17 9:19 9:22 9:24 10:4 10:5
10:7 10:9 10:11 10:15 10:17 10:17 10:19
10:21 10:22 10:24 11:1 11:3 11:4 11:6
11:7 11:8 11:11 11:13 11:17 11:21 11:21
11:23 11:24 11:25 11:25 12:1 12:3 12:5
12:10 12:10 12:12 12:12 12:13 12:13 12:13
12:13 12:14 12:15 12:15 12:15 12:16
12:17 12:21 12:24 12:24 12:25 13:2 13:5
13:6 13:8 13:9 13:11 13:12 13:13 13:18
13:18 13:21 13:23 13:25 14:3 14:3 14:6
14:10 14:11 14:11 14:12 14:13 14:15
14:15 14:17 14:18 14:20 14:21 14:21
14:22 15:3 15:8 15:10 15:10 15:18 15:19
15:22 15:23 15:23 15:25 16:3 16:3 16:5 16:8
16:9 16:11 16:12 16:19 16:21 16:22 16:24
16:24 17:1 17:1 17:3 17:5 17:7 17:7 17:8
17:9 17:10 17:22 18:7 18:11 18:11 18:14
18:15 18:22 18:22 18:24 19:2 19:8 19:12
19:13 19:14 19:14 19:19 19:20 19:23
19:24 20:1 20:2 20:3 20:4 20:6 20:7 20:8
20:9 20:10 20:10 20:18 20:20 20:21 20:21
20:22 20:24 20:24 21:2 21:3 21:5 21:7
21:8 21:11 21:13 21:15 21:25 22:1 22:2
22:7 22:7 22:10 22:13 22:15 22:17 22:18
22:18 22:20 22:21 23:3 23:6 23:10 23:11
23:11 23:13 23:14 23:14 23:17 23:18
23:19 23:23 24:1 24:5 24:7 24:9 24:9
24:9 24:13 24:13 24:14 24:19 24:21 24:23
24:24 25:3 25:7 25:11 25:11 25:14 25:15
25:18 25:22 26:1 26:2 26:4 26:6 26:8
26:8 26:9 26:16 26:19 26:19 26:21 26:22
26:24 27:1 27:6 27:7 27:8 27:12 27:13
27:13 27:16 27:16 27:20 27:21 27:23
27:24 27:25 28:1 28:2 28:5 28:5 28:8
28:9 28:10 28:18 28:20 28:20 28:24 28:25
29:2 29:2 29:3 29:4 29:5 29:14 29:14
29:15 29:17 29:19 29:20 30:3 30:5 30:7
30:8 30:10 30:12 30:13 30:16 30:19 30:20
30:21 31:1 31:3 31:4 31:7 31:11 31:13
31:22 31:24 31:24 32:3 32:5 32:8 32:9
32:10 32:12 32:12 32:13 32:13 32:18
32:19 32:21 32:22

Page : 11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 32:23 33:1 33:2 33:2 33:4 33:4 33:5 33:6 33:6 33:11 33:12 33:15 33:19 33:20 33:24 33:24 33:24 34:1 34:8 34:8 34:9 34:11 34:12 34:13 34:13 34:15 34:15 34:19 34:20 34:21 34:23 35:1 35:3 35:5 35:7 35:7 35:11 35:14 35:15 35:16 35:16 35:18 35:21 35:22 35:24 35:25 35:25 36:1 36:9 36:9 36:12 36:14 36:16 36:17 36:21 36:21 36:23 37:1 37:1 37:3 37:6 37:9 37:11 37:13 37:15 37:15 37:16 37:18 37:21 37:23 37:25 37:25 37:25 38:1 38:2 38:4 38:6 38:9 38:10 38:12 38:14 38:17 38:18 38:22 38:23 38:24 38:25 39:5 39:8 39:10 39:11 39:15 39:18 39:21 39:24 40:4 40:12 40:16 40:19 40:21 40:22 40:24 41:1 41:4 41:6 41:10 41:13 41:15 41:18 41:21 42:4 42:7 42:8 42:9 42:14 42:16 42:19 42:19 42:20 42:21 42:23 42:24 42:24 42:25 43:2 43:3 43:3 43:4 43:8 43:11 43:13 43:14 43:19 43:21 43:24 43:25 44:1 44:3 44:6 44:7 44:8 44:11 44:17 44:17 44:19 44:22 44:23 44:24 44:25 45:1 45:1 45:2 45:9 45:10 45:11 45:13 45:16 45:17 45:18 45:20 45:22 45:23 45:24 45:25 46:1 46:3 46:3 46:4 46:5 46:6 46:7 46:7 46:9 46:19 46:20 46:25 47:2 47:3 47:5 47:6 47:6 47:9 47:10 47:11 47:13 47:13 47:14 47:16 47:17 47:17 47:18 47:18 47:19 47:19 47:21 47:22 47:24 48:1 48:4 48:4 48:5 48:6 48:9 48:14 48:16 48:18 48:20 48:23 49:1 49:2 49:6 49:7 49:7 49:7 49:10 49:13 49:16 49:17 49:17 49:20 49:20 49:23 49:23 50:6 50:7 50:8 50:14 50:20 50:22 50:23 50:24 50:25 51:1 51:1 51:3 51:5 51:8 51:8 51:9 51:16 51:22 51:24 52:2 52:2 52:3 52:4 52:4 52:8 52:8 52:8 52:14 52:17 52:17 52:20 52:20 52:22 52:24 53:1 53:4 53:7 53:7 53:9 53:16 53:17 53:19 53:20 53:21 53:21 53:22 53:23 53:25 54:3 54:3 54:8 54:10 54:16 54:17 54:18 54:19 54:20 54:21 54:22 54:25 55:1 55:3 55:5 55:7 55:9 55:9 55:12 55:13 55:14 55:17 55:18 55:19 55:23 55:24

**the(301)** 55:25 56:1 56:2 56:7 56:8 56:10 56:11 56:16 56:19 56:22 56:24 57:2 57:4 57:6 57:6 57:8 57:10 57:10 57:11 57:12 57:13 57:15 57:16 57:18 57:19 57:19 57:20 57:20 57:21 57:22 58:1 58:2 58:3 58:6 58:8 58:10 58:11 58:12 58:14 58:15 58:15 58:16 58:19 58:21 58:21 58:25 59:1 59:2 59:3 59:4 59:6 59:7 59:10 59:12 59:15 59:20 59:25 59:25 60:4 60:6 60:8 60:9 60:12 60:15 60:16 60:17 60:20 60:20 60:21 61:1 61:1 61:2 61:2 61:6 61:13 61:15 61:17 61:18 61:18 61:22 62:10 62:11 62:14 62:16 62:18 62:20 62:21 62:22 63:1 63:2 63:7 63:7 63:8 63:8 63:9 63:11 63:14 63:20 63:21 63:23 64:1 64:8 64:10 64:14 64:15 64:18 64:18 64:20 64:22 64:23 64:24 65:2 65:3 65:4 65:5 65:7 65:7 65:8 65:9 65:10 65:11 65:12 65:13 65:15 65:21 65:23 65:25 66:6 66:7 66:9 66:13 66:13 66:15 66:16 66:17 66:19 66:20 66:20 66:21 66:23 66:25 67:2 67:4 67:5 67:7 67:6 67:6 67:7 67:11 67:12 67:14 67:14 67:15 67:15 67:15 67:17 67:18 67:20 67:20 67:22 67:23 67:23 67:24 67:24 67:25 68:1 68:1 68:2 68:4 68:4 68:5 68:6 68:9 68:11 68:13 68:13 68:15 68:17 68:19 68:22 68:23 68:24 68:24 69:5 69:5 69:7 69:7 69:9 69:8 69:10 69:10 69:13 69:15 69:18 69:20 69:21 69:22 69:23 69:24 69:25 70:1 70:3 70:8 70:9 70:10 70:11 70:13 70:14 70:14 70:19 70:22 70:24 70:24 71:3 71:3 71:5 71:7 71:16 71:18 71:19 71:21 71:23 71:24 72:2 72:4 72:6 72:9 72:11 72:14 72:17 72:20 73:1 73:4 73:7 73:7 73:13 73:14 73:17 73:18 73:18 73:25 74:1 74:2 74:2 74:2 74:3 74:5 74:8 74:10 74:13 74:14 74:20 74:23 74:24 74:25 75:2 75:5 75:7 75:10 75:13 75:13 75:14 75:16 75:17 75:19 75:20 75:23 75:24 76:2 76:6 76:7 76:8 76:9 76:10 76:11 76:12 76:15 76:17 76:21 76:22 76:25 77:1 77:1 77:2 77:3

**the(91)** 77:4 77:8 77:10 77:13 77:15 77:16 77:17 77:19 77:22 77:24 77:24 77:25 78:1 78:7 78:10 78:13 78:13 78:13 78:15 78:15 78:17 78:22 79:2 79:2 79:3 79:3 79:5 79:6 79:6 79:6 79:8 79:10 79:11 79:13 79:14 79:19 79:20 79:21 79:24 80:2 80:4 80:4 80:6 80:8 80:11 80:14 80:16 80:19 81:1 81:3 81:5 81:6 81:9 81:10 81:14 81:17 81:17 81:18 81:21 81:22 81:23 81:24 81:24 82:1 82:4 82:6 82:7 82:9 82:9 82:10 82:11 82:12 82:14 82:16 82:18 82:19 82:21 82:22 82:23 82:25 83:2 83:6 83:8 83:9 83:15 83:16 83:18 83:19 83:19 83:20

**their(50)** 9:25 17:23 17:24 21:9 21:22 22:6 23:2 23:12 23:13 23:13 23:17 23:18 24:21 24:25 25:5 26:17 26:25 27:14 29:22 32:15 34:13 34:20 37:17 38:13 40:15 45:13 46:16 47:22 48:2 49:7 50:1 54:24 55:11 56:8 56:21 60:18 60:22 61:2 68:11 68:14 68:22 71:8 71:12 71:15 71:15 73:6 78:3 78:19 78:21

**theirs(1)** 38:16

**them(50)** 13:15 13:22 16:1 19:11 21:11 24:15 24:17 24:23 25:3 25:20 27:1 27:2 27:15 29:16 29:17 29:19 32:9 35:8 44:13 44:20 44:24 45:11 45:16 46:18 46:18 47:20 47:23 48:13 48:19 50:19 50:22 50:22 51:22 56:22 56:23 56:23 56:24 56:25 57:4 58:5 68:12 72:8 72:14 74:7 74:10 77:10 78:1 78:2 78:8 83:6

**themselves(2)** 17:10 34:22

**then(38)** 9:16 10:1 10:9 10:13 12:14 13:3 17:21 20:6 21:22 25:6 25:10 29:5 30:15 35:15 39:6 39:10 40:2 40:5 40:8 40:16 42:18 51:3 51:24 55:1 55:14 55:23 56:1 60:24 62:23 68:15 68:21 69:12 74:1 75:1 75:23 78:12 78:13 79:3

**theories(1)** 26:15

**theory(1)** 46:19

**there(74)** 10:19 13:16 13:21 15:1 15:13 23:7 23:16 24:24 27:4 27:5 27:8 27:18 28:2 29:24 29:25 29:25 30:2 30:2 30:5 30:8 30:9 32:2 32:11 33:8 34:4 36:1 38:1 38:2 40:16 40:21 42:1 42:24 43:5 44:13 45:2 45:19 46:5 46:24 47:2 47:7 50:2 50:9 53:2 53:12 56:3 57:16 57:17 58:21 60:2 60:19 66:18 68:6 69:25 72:22 73:24 74:18 75:10 78:4 78:18 78:22 78:23 78:24 79:5 79:23 82:16 82:17

**there's(18)** 9:23 18:23 24:4 27:19 27:19 30:15 47:12 50:4 51:25 53:18 54:6 61:11 64:16 65:22 79:15 79:18 79:18 82:1

**therefore(1)** 67:6

**therese(3)** 4:11 59:9 59:15

**thereto(2)** 23:20 24:11

**these(53)** 15:23 17:14 18:13 22:11 24:3 24:4 24:14 25:16 25:21 28:9 29:22 30:12 30:17 30:19 30:25 35:5 37:22 41:25 42:16 43:16 43:22 44:12 44:14 45:3 46:11 46:20 46:22 48:8 48:22 49:2 50:18 51:18 54:11 54:14 54:24 56:5 61:7 63:15 67:12 68:17 69:25 70:16 70:17 71:2 71:13 76:2 78:18 78:25 79:2 79:10 79:25 81:23

**thesis(1)** 29:8

**they(128)** 14:14 14:15 14:16 14:18 14:25 15:1 15:6 17:21 17:23 18:14 18:15 18:15 18:17 18:17 18:18 19:15 20:12 21:1 23:4 23:4 23:5 23:15 23:16 23:17 24:20 24:23 25:5 25:5 25:6 25:6 25:10 25:12 25:20 26:13 26:15 26:25 26:25 27:1 27:25 28:1 28:5 28:8 28:21 29:12 29:16 29:17 29:17 29:18 29:23 30:11 31:3 32:7 32:7 32:16 33:12 34:12 37:7 38:9 38:12 38:17 39:21 42:22 44:23 45:11 45:14 45:15 47:25 50:24 51:19 51:25 52:7 52:8 52:18 52:19 53:18 54:1 54:3 54:5 54:7 54:8 54:18 54:21 55:5 55:8 55:10 55:19 57:2 58:9 58:17 59:2 61:9 62:9 64:10 67:1 67:2 67:2 68:21 68:22 70:7 70:14 71:3 71:6 71:8 71:9 71:10 71:11 71:14 71:14 71:15 72:3 72:6 73:4 73:8 73:9 73:19 73:24 74:6 74:6 74:7 74:15 75:20 76:15 78:15 78:20 79:16 80:15

**they're(13)** 9:18 20:21 23:12 25:9 28:6 33:25 46:23 48:23 50:18 52:24 61:20 63:9 77:18

**they've(19)** 17:13 17:14 20:23 22:5 24:8 24:24 25:3 25:4 30:7 31:2 46:21 51:12 51:13 57:3 62:9 68:24 71:5 72:11 78:3

**thing(7)** 24:17 35:8 38:4 38:10 42:17 47:19 55:14

**things(15)** 29:1 43:1 44:12 52:13 55:15 57:1 57:1 64:3 64:16 65:23 76:12 76:15 77:17 79:13 81:6

**think(104)** 9:23 10:12 12:9 13:18 14:8 14:14 15:1 15:2 16:18 17:9 17:14 18:20 19:19 20:13 20:25 22:17 22:24 22:25 23:3 23:12 23:16 23:25 24:3 24:3 24:19 25:18 25:23 29:11 29:12 31:1 31:14 33:25 34:6 35:11 36:2 36:4 38:5 38:6 38:8 38:10 39:12 39:20 44:6 42:15 43:5 43:10 45:14 45:15 49:8 50:4 50:5 50:14 51:5 51:6 51:11 51:16 51:23 52:5 52:22 54:4 54:12 54:12 54:12 57:14 57:15 57:20 58:7 58:21 59:3 59:4 59:24 60:10 62:5 62:16 63:16 63:18 63:22 63:24 64:11 64:16 65:18 65:22 68:7 68:20 69:11 69:24 70:9 72:1 72:3 73:6 74:4 74:5 74:6 75:10 75:25 76:17 77:2 77:16 77:25 80:13 81:5 81:12 82:12 82:25

**thinking(2)** 29:10 63:11

**third(2)** 9:7 33:4

**this(122)** 10:16 11:5 12:23 14:13 16:18 17:10 17:21 18:2 18:3 18:11 18:13 19:20 19:23 20:1 20:9 20:10 20:14 20:17 20:23 21:2 21:3 21:6 21:7 21:18 21:19 22:4 22:13 23:23 25:4 25:14 25:17 26:13 26:21 27:16 27:17 27:24 27:24 28:17 28:18 29:13 29:15 31:23 32:16 33:1 33:9 33:14 34:14 34:16 34:25 36:7 36:8 37:3 37:13 38:4 38:6 38:11 39:15 40:6 41:8 42:16 44:2 44:2 44:2 44:4 44:20 46:15 46:7 48:4 49:14 50:3 51:7 51:7 51:12 51:17 52:23 53:11 53:13 54:3 53:15 56:7 56:11 56:25 57:10 57:15 57:23 59:14 59:19 60:1 60:2 60:14 61:6 62:12 62:15 62:17 64:8 64:11 64:12 64:19 67:11 68:12 68:18 68:19 69:6 69:24 70:9 70:25 71:7 71:20 73:16 74:4 74:11 74:24 75:2 76:13 77:9 77:15 77:17 78:5 79:20 80:12 80:14 81:20

**thorny(1)** 20:5

**those(55)** 9:17 10:5 13:11 13:13 13:14 16:25 22:23 23:25 24:16 25:13 25:25 26:23 26:25 29:1 29:11 29:18 29:18 33:8 33:15 35:18 36:24 39:15 42:6 44:3 44:5 44:17 44:18 46:5 50:21 51:2 51:4 52:11 52:21 53:2 53:3 55:3 55:7 55:8 55:12 56:12 57:23 60:9 61:15 63:20 64:5 64:6 64:7 66:17 67:1 67:8 70:5 70:6 72:17 75:6 82:10 83:3 83:4

**though(5)** 13:14 55:18 73:7 75:24 76:7

**thought(3)** 10:22 54:13 74:14

**thoughts(1)** 22:23

**thousand(2)** 61:21 69:22

**thousands(3)** 36:3 36:14 40:18

**three(19)** 34:11 36:14 42:8 49:15 49:24 50:10 53:15 53:19 83:1

**through(10)** 9:5 11:19 14:8 19:14 21:16 51:17 61:5 65:21 66:3 66:6 66:6

**throughout(2)** 42:14 51:7

**tight(1)** 43:18

**time(41)** 18:2 29:6 32:7 32:8 33:8 34:8 34:9 35:17 37:1 42:16 44:7 45:25 47:2 47:3 50:7 51:8 54:19 56:3 56:4 57:19 58:15 59:20 60:11 60:20 61:1 61:17 62:17 64:11 64:18 64:24 65:16 65:17 67:2 67:24 68:12 68:22 70:24 72:16 73:17 76:2 77:6

**timeframe(6)** 19:14 37:7 43:18 43:19 50:22 53:6

**timeframes(2)** 35:25 59:5

**times(6)** 3:7 42:4 44:16 49:24 53:15 55:21

**timing(1)** 69:7

**tired(1)** 31:22

**tit(1)** 40:8

**today(12)** 9:18 11:9 28:6 31:25 40:4 40:13 41:5 44:11 46:15 50:9 60:17 73:5

**today's(1)** 18:6

**together(1)** 23:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**told**(10) 20:13  21:6  44:20  50:13  50:19  61:19  66:24  75:22  78:6  79:16

**too**(13) 17:18  17:25  25:24  43:16  45:14  46:24  52:19  54:14  54:18  56:7  56:9  77:16  79:15

**took**(2) 20:18  51:22
**topics**(1) 57:12
**torres**(1) 7:32
**total**(3) 17:13  17:24  81:16
**towards**(1) 76:20
**traceable**(1) 78:16
**trade**(1) 7:4
**traders**(1) 79:3
**trades**(1) 82:13
**trading**(4) 26:9  27:25  28:17  29:21
**transaction**(6) 23:2  24:21  27:11  58:6  58:15  79:5

**transactions**(10) 24:4  28:15  37:17  37:22  38:14  64:12  78:7  78:13  78:25  79:2

**transcribed**(1) 57:23
**transcriber**(1) 83:25
**transcript**(5) 1:19  1:49  14:7  38:24  83:19
**transcription**(2) 1:42  1:50
**transcripts**(1) 83:22
**transfer**(1) 62:14
**trehan**(1) 6:17
**trial**(4) 34:12  62:14  83:3  83:6
**trib**(2) 48:24  51:21
**tribune**(20) 1:9  5:4  9:5  14:4  20:24  21:4  22:3  27:10  33:12  33:13  35:20  47:2  47:25  51:21  52:25  53:2  56:6  61:8  66:24  70:15

**tribune's**(4) 42:2  44:16  60:17  66:25
**tried**(6) 19:8  19:9  49:13  51:6  51:21  73:14
**true**(11) 31:4  35:22  45:21  46:14  54:15  56:2  56:12  57:2  58:11  69:6  72:1

**trust**(14) 3:5  5:41  6:35  7:32  41:3  42:23  42:23  45:21  52:9  52:14  52:22  54:9  55:20  56:20

**trustee**(3) 45:25  48:25  52:13
**trustees**(1) 52:8
**try**(2) 71:11  80:1
**trying**(6) 22:17  35:21  51:8  52:13  53:6  54:17

**tues**(1) 9:1
**turn**(4) 31:11  57:7  58:8  60:24
**turned**(1) 45:8
**tweak**(1) 39:13
**twice**(1) 53:14
**twisting**(1) 51:10
**two**(53) 4:12  9:9  10:9  15:22  15:23  23:1  39:10  41:6  42:3  42:5  42:11  44:5  44:24  47:25  47:25  49:16  50:11  50:19  50:24  50:24  50:25  51:19  51:23  52:11  53:19  54:25  55:3  55:5  55:5  55:12  55:13  59:24  60:10  61:14  61:15  62:21  63:20  64:8  64:16  65:1  65:4  65:7  66:20  68:10  69:24  70:11  70:20  70:23  73:16  79:3  79:3  81:15

**two-month**(1) 42:12
**two-way**(1) 34:6
**type**(2) 40:8  79:10
**ultimate**(1) 33:15
**ultimately**(2) 57:20  79:4
**unacceptable**(1) 55:11
**unaddressed**(1) 82:17
**unclear**(1) 54:4
**uncover**(1) 62:15
**under**(14) 13:20  16:13  17:17  20:12  22:7  23:17  23:18  43:18  54:3  57:6  59:5  62:23  79:17

**underlying**(4) 46:6  47:10  58:14  67:5
**underpinned**(1) 24:1

**understand**(7) 10:2  19:4  23:4  23:15  23:21  66:21  70:13

**understanding**(4) 74:3  74:18  74:21  79:1
**understatement**(2) 60:11  62:3
**understood**(4) 26:20  32:4  32:6  36:20
**undertake**(2) 34:21  36:18
**unduly**(1) 51:11
**unenviable**(1) 60:15
**unfair**(7) 43:15  51:11  51:17  57:3  60:7  62:19  62:22

**unfortunately**(2) 35:6  46:16
**uninterested**(1) 51:25
**unique**(4) 60:15  69:23  71:2  71:13
**united**(2) 1:1  1:21
**universe**(2) 81:17  81:22
**unknown**(1) 48:12
**unless**(3) 13:5  73:24  77:8
**unnecessary**(1) 58:10
**unpersuasive**(1) 32:2
**unquote**(1) 60:23
**unreasonable**(1) 31:8
**unredacted**(2) 41:25  77:4
**unsecured**(2) 4:25  6:41
**until**(10) 23:19  34:13  42:24  47:17  50:16  61:6  61:25  69:6  70:20  83:4

**upcoming**(2) 14:18  53:9
**update**(2) 9:13  11:16
**updated**(5) 66:17  66:18  67:1  67:2  67:3
**upon**(3) 11:25  12:9  57:20
**upside**(1) 23:11
**usage**(1) 18:5
**use**(9) 18:6  18:6  18:18  39:17  51:21  54:10  59:3  63:19  73:13

**used**(8) 24:20  62:20  62:24  63:3  63:7  64:2  72:21  79:14

**using**(1) 77:15
**utility**(1) 20:3
**vail**(1) 5:52
**valid**(1) 45:15
**valued**(1) 60:16
**various**(5) 28:15  41:23  41:23  42:1  44:25
**vast**(3) 33:4  36:21  36:23
**vendor**(1) 75:24
**veracity**(1) 68:1
**verifying**(1) 27:21
**version**(1) 77:4
**very**(34) 13:18  18:10  23:17  27:13  29:12  31:22  34:9  35:1  36:11  37:8  38:15  42:4  43:18  49:8  53:5  56:17  57:17  61:8  63:15  63:22  63:24  64:3  65:25  66:15  67:5  70:16  70:17  71:21  71:21  80:21  80:22  82:5

**vice**(1) 59:10
**vice-president**(2) 60:21  60:24
**view**(2) 49:25  57:17
**views**(1) 65:17
**virtually**(3) 21:3  41:17  69:9
**virtue**(1) 53:4
**volume**(3) 33:3  65:5  65:7
**volumes**(1) 65:5
**vrc**(1) 68:4
**wait**(4) 12:18  45:18  47:8  54:23
**waited**(2) 34:12  45:6
**waiting**(1) 44:10
**walls**(1) 18:15
**waltz**(1) 10:3
**want**(33) 9:6  12:8  14:14  14:15  14:16  14:25  15:6  17:6  19:15  20:19  21:20  22:20  24:16  28:1  29:23  32:6  41:11  45:13  45:17  45:18  51:19  59:17  62:9  64:8  66:5  69:19  70:8  70:13  71:3  71:7  78:15  78:20  83:2

**wanted**(8) 11:15  11:17  12:3  48:24  63:21  71:14  73:10  73:10

**wants**(2) 40:10  69:14
**ward**(4) 4:5  59:7  59:8  59:13
**wardwell**(2) 2:17  15:20
**warton**(1) 3:46
**was**(140) 9:12  9:13  10:19  10:22  13:19  14:5  14:9  14:11  14:14  14:16  14:21  17:16  19:4  19:10  19:15  19:24  20:11  20:13  20:20  22:9  23:3  26:12  26:18  26:23  27:5  27:8  27:9  27:19  27:13  28:23  29:5  29:7  29:8  29:9  29:9  29:10  29:11  29:12  29:23  30:2  30:5  30:8  32:2  32:8  32:9  32:10  32:11  33:1  33:8  33:10  33:13  33:14  34:7  34:10  34:13  35:10  35:12  35:14  35:15  35:20  40:12  41:19  42:4  42:10  42:14  42:23  43:15  43:11  43:12  44:4  44:13  45:1  45:22  45:23  45:25  46:3  46:25  47:5  47:8  49:23  50:2  50:23  50:25  51:1  51:5  51:24  54:25  55:3  55:11  55:25  56:1  56:19  56:25  57:21  57:22  57:23  57:24  60:17  60:21  60:24  61:3  61:4  61:5  62:14  63:22  64:19  64:22  65:15  66:2  66:10  66:22  66:23  67:3  67:4  67:11  67:13  67:13  68:1  68:3  68:7  68:23  69:21  70:1  70:3  70:23  71:1  71:5  73:5  73:21  74:4  74:5  74:14  74:20  78:23  78:23  78:23  83:16

**wasn't**(8) 53:20  53:20  53:21  60:23  60:25  61:1  64:23  70:20

**watching**(1) 42:14
**way**(9) 18:7  24:5  34:2  34:19  39:2  39:15  63:5  65:17  73:12

**we'd**(4) 11:4  23:20  33:25  51:4
**we'll**(16) 9:19  12:9  19:13  44:4  44:6  48:14  54:12  54:12  54:12  55:1  55:2  55:2  72:15  81:7  81:19  81:20

**we're**(42) 16:9  16:19  17:1  19:6  21:6  21:19  22:24  22:25  23:25  24:22  25:15  28:9  31:21  32:5  33:24  34:11  39:12  39:19  40:16  41:5  43:22  44:20  44:21  44:23  47:7  51:5  51:6  53:11  53:12  54:15  58:7  58:13  59:3  59:5  59:25  71:20  76:14  78:2  78:5  78:8  81:16  82:19

**we've**(28) 19:9  28:10  40:17  41:21  42:5  42:7  42:8  42:11  42:15  44:12  44:20  44:25  48:3  49:5  49:22  49:22  50:16  51:13  51:14  53:13  53:13  53:15  61:15  61:16  61:18  75:14  78:4

**week**(5) 10:17  13:7  13:9  50:20  72:16
**week's**(1) 13:1
**weeks**(10) 14:18  31:23  34:11  49:15  53:19  60:10  64:8  68:19  70:21  70:24

**weight**(2) 36:19  59:4
**weil**(1) 7:24
**weiss**(3) 3:46  6:41  41:9  49:13
**weitman**(1) 5:9
**welcome**(1) 59:12
**well**(55) 12:4  15:5  24:16  25:9  27:16  28:5  28:9  28:14  28:18  28:24  30:9  31:3  31:15  32:3  34:4  35:15  36:9  36:11  36:16  37:3  37:8  37:23  38:18  38:23  38:23  39:5  39:18  40:1  40:14  41:13  41:14  43:16  46:1  47:24  50:8  50:15  54:25  55:6  63:1  66:9  66:12  66:25  67:22  72:14  73:13  73:18  74:17  74:21  76:5  76:22  77:19  79:15  79:20  80:15

**wells**(1) 7:37
**wendy**(1) 83:24
**went**(3) 20:6  48:25  72:3

**were**(63) 9:10  18:22  27:16  28:2  29:6  29:13  29:19  29:24  30:17  31:3  31:16  31:24  32:23  33:7  33:21  38:22  39:14  42:2  43:5  43:5  43:8  43:21  43:23  43:23  44:15  44:25  45:3  46:24  47:2  48:5  50:10  51:25  52:8  52:8  52:19  54:16  54:23  55:3  55:12  55:22  56:9  56:11  57:2  57:24  57:25  60:3  64:18  67:1  67:1  67:2  67:3  68:6  69:11  70:14  70:15  73:3  73:9  74:7  74:15  78:24  79:12  79:16  79:21

**weren't**(4) 44:11  52:7  52:10  52:18
**west**(1) 3:34
**wharton**(1) 6:4
**what**(94) 9:19  14:5  14:14  14:23  16:5  16:16  16:25  17:12  20:4  20:5  20:10  20:13  20:21  21:19  21:23  22:15  22:20  22:22  22:25  23:4  23:25  24:6  26:11  26:14  27:25  28:1  28:3  28:17  29:6  29:9  29:10  29:14  29:22  32:7  32:15  34:15  34:17  35:20  35:23  38:17  41:14  41:25  42:5  43:1  44:21  45:4  45:8  46:22  47:5  47:5  48:22  49:22  50:5  50:13  50:19  50:23  51:2  51:13  51:23  52:8  55:16  56:8  56:10  56:20  56:24  57:4  57:17  57:24  57:24  59:17  59:23  60:14  63:10  64:1  65:3  67:12  67:21  67:22  67:22  67:23  67:25  68:5  71:2  72:4  72:6  74:18  74:23  75:14  76:25  78:5  81:17  82:9  83:12

**what's**(7) 16:19  21:5  21:21  22:18  22:22  52:17  74:23

**whatever**(1) 35:14
**when**(30) 16:23  23:12  28:16  31:16  35:15  36:13  36:15  38:21  42:18  42:23  43:21  44:23  50:14  51:12  52:9  54:22  55:20  55:21  56:1  56:5  63:12  63:25  67:1  67:3  67:4  70:11  70:12  70:18  70:18  79:12

**whenever**(1) 61:6
**where**(21) 19:24  20:14  29:6  29:23  31:13  31:24  32:9  32:11  33:4  33:7  33:24  38:22  50:2  54:23  64:1  65:6  66:22  75:9  75:21  81:7  81:13

**whereupon**(1) 83:16
**whether**(24) 15:24  16:22  19:18  20:8  23:21  27:8  33:16  35:24  41:11  44:5  45:1  47:3  47:11  51:3  54:7  55:2  55:22  62:14  67:1  67:2  71:16  72:17  73:10  73:11

**which**(36) 9:14  9:15  19:14  23:2  28:2  28:12  29:11  30:10  30:13  30:14  33:4  37:7  37:7  37:16  38:1  39:14  42:9  43:10  43:18  46:18  52:12  54:21  55:9  55:15  59:21  61:24  62:19  62:23  66:17  69:7  71:10  73:20  75:22  81:6  82:22  83:10

**while**(7) 16:2  46:10  48:11  54:1  55:24  56:2  59:25

**white**(1) 7:37
**who**(35) 11:22  15:3  18:5  18:15  19:20  20:11  33:7  34:21  42:2  42:14  43:10  43:20  44:15  44:20  44:25  45:12  48:5  49:2  50:25  55:5  60:24  61:3  61:4  61:8  61:12  61:20  69:4  70:3  70:16  70:22  71:21  72:6  72:6

**whole**(2) 38:4  54:6
**whom**(1) 66:3
**whomever**(1) 51:9
**whoops**(1) 54:13
**whose**(1) 43:23
**why**(36) 16:9  19:21  23:4  24:1  24:11  25:10  26:15  27:17  28:11  29:2  29:9  34:5  45:10  47:5  48:2  48:9  49:5  52:1  52:2  55:11  55:17  56:4  58:8  58:13  66:5  79:9  79:10  83:13

**wield**(1) 23:23

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **wilderotter**(6) 10:8  12:25  13:17  14:10  14:25  15:3 | | **yeah**(4) 16:5  35:3  45:19  74:20 | |
| | | **year**(2) 19:12  55:22 | |
| **wilderotter's**(4) 13:3  13:25  14:7  15:11 | | **years**(2) 38:7  60:19 | |
| **will**(37) 10:5  11:22  12:1  14:9  14:19  15:11  15:12  21:1  25:6  31:13  34:19  44:17  44:18  45:8  46:23  47:6  47:8  47:18  47:19  48:14  50:20  51:7  59:22  62:12  62:13  62:20  69:12  72:15  72:19  74:2  75:23  76:2  76:15  80:6  81:4  81:8  81:18 | | **yes**(10) 27:23  39:25  53:25  63:4  69:6  69:18  73:2  76:4  80:6  81:25 | |
| | | **yesterday**(11) 17:17  18:4  18:19  20:19  26:13  28:8  28:23  29:24  33:11  41:8  76:12 | |
| **willing**(3) 25:9  77:18  80:23 | | **yesterday's**(1) 30:15 | |
| **wilmington**(24) 1:13  1:36  2:8  2:28  2:36  3:5  3:15  3:22  3:36  3:43  4:7  4:20  5:41  9:  41:3  42:22  42:23  45:21  52:9  52:14  52:22  54:9  55:20  56:20 | | **yet**(4) 10:4  26:25  31:9  72:11 | |
| | | **yields**(1) 76:20 | |
| | | **york**(6) 2:14  2:21  2:42  3:8  3:28  3:52 | |
| **winfree**(1) 3:19 | | **you**(166) 10:19  10:23  11:6  11:6  11:12  11:15  12:4  12:5  13:24  14:8  14:8  14:12  15:8  15:9  16:23  18:1  18:13  18:18  20:11  20:13  20:19  21:1  21:15  22:13  22:15  22:18  22:22  24:8  26:5  26:6  27:19  30:3  30:6  30:24  31:3  31:13  31:25  32:5  33:20  33:21  34:15  34:15  34:18  34:19  34:19  34:22  34:24  35:1  35:1  35:7  35:12  35:24  36:2  36:5  36:12  37:1  37:10  37:19  39:6  39:7  39:20  39:24  40:4  40:14  40:15  40:21  40:24  40:25  41:11  41:13  42:18  42:19  44:6  45:17  45:18  46:13  47:23  48:9  48:20  49:4  49:5  49:5  49:10  49:11  49:20  51:7  51:21  52:18  53:2  53:23  54:11  54:22  54:22  55:6  55:7  55:10  55:12  55:15  55:15  55:20  56:13  57:5  57:6  57:8  58:21  58:22  59:5  59:6  59:13  59:14  60:13  62:3  63:1  63:4  63:22  63:22  64:13  64:14  65:4  65:15  65:18  66:10  66:11  68:9  69:15  69:16  69:18  70:13  71:1  71:1  71:7  71:17  71:22  72:14  72:24  73:3  73:6  73:9  73:10  73:10  73:14  74:4  74:6  74:8  75:2  75:4  75:18  76:4  77:12  77:13  77:23  78:22  80:18  80:20  80:22  80:23  80:24  80:25  81:1  81:3  82:2  82:5  82:9  82:15  83:13  83:15 | |
| **wires**(1) 4:41 | | | |
| **wish**(2) 11:7  12:17 | | | |
| **with**(125) 10:2  10:3  10:7  10:13  10:23  11:7  11:14  12:10  12:13  17:16  18:14  19:1  20:22  20:25  21:7  22:4  23:2  23:7  23:10  23:24  24:9  24:21  25:22  26:9  27:5  27:10  27:12  28:9  29:21  30:1  31:10  33:7  33:17  33:19  34:25  35:20  36:3  36:19  37:19  37:22  37:23  37:25  38:13  38:13  38:14  39:3  39:1  39:14  39:16  39:19  41:15  41:21  42:7  42:10  42:12  42:13  44:4  44:11  44:24  45:8  46:7  46:12  47:14  47:21  48:1  49:16  50:1  50:5  50:8  50:9  50:11  51:8  51:13  51:22  53:10  53:17  54:10  54:20  56:9  57:13  57:25  59:1  59:9  59:11  60:2  60:4  61:10  61:11  63:14  63:17  64:12  65:2  65:9  66:4  66:7  68:2  68:2  68:3  68:7  68:15  69:7  71:18  71:20  72:21  73:5  73:15  73:16  75:11  75:13  75:1  75:14  76:1  76:4  76:8  76:8  77:6  77:25  78:2  78:3  78:18  79:5  79:19  80:20  80:21  81:15 | | | |
| **withheld**(3) 16:17  19:1  36:22 | | **you'd**(5) 11:5  31:4  41:14  67:9  74:17 | |
| **withhold**(1) 19:18 | | **you'll**(1) 64:21 | |
| **withholding**(1) 16:2 | | **you're**(4) 31:7  41:13  45:19  46:11 | |
| **within**(5) 35:25  39:1  50:22  56:24  67:15 | | **you've**(2) 21:8  43:10 | |
| **without**(5) 25:16  27:3  35:5  51:10  60:8 | | **young**(1) 3:31 | |
| **witness**(13) 17:23  25:7  25:10  25:11  27:18  27:22  28:11  31:10  45:11  63:12  64:25  71:  80:15 | | **your**(204) 9:3  9:3  9:5  9:11  10:1  10:16  11:12  11:13  12:4  12:7  12:21  12:23  13:1  13:4  13:8  13:9  13:10  13:10  13:20  14:2  14:7  14:8  15:9  15:18  15:20  16:10  16:17  18:3  19:10  20:2  20:4  20:17  21:13  21:17  21:23  22:23  25:16  25:25  26:2  26:6  26:8  26:10  26:11  26:12  26:20  26:22  26:24  27:4  27:14  27:23  28:3  28:7  28:14  28:24  29:8  29:10  29:14  29:21  29:25  30:9  30:11  30:21  30:24  31:12  31:15  31:22  31:23  32:1  32:6  32:7  32:21  33:9  34:4  34:6  34:9  34:11  35:2  35:9  35:16  36:7  36:11  36:20  37:8  37:12  37:18  37:20  37:24  38:3  39:3  39:9  39:19  40:6  40:10  40:22  41:2  41:5  41:8  41:10  41:16  41:24  42:16  43:17  44:7  44:12  44:18  45:6  45:17  45:22  46:8  46:15  47:12  47:20  48:7  48:10  48:12  48:17  48:22  49:12  49:15  49:18  50:2  50:14  52:5  52:17  53:10  54:1  56:14  56:18  57:8  57:10  57:12  57:14  57:21  58:19  58:25  59:7  59:14  59:16  60:11  61:6  61:11  61:19  62:3  62:9  62:11  63:4  63:6  63:20  64:7  64:12  64:15  64:17  65:25  66:12  66:25  67:10  67:22  68:10  68:18  69:1  69:12  69:13  69:17  69:19  70:8  70:20  71:16  71:19  72:4  72:7  72:8  72:13  72:24  73:3  74:8  74:11  75:4  75:7  75:15  76:1  76:5  76:9  76:19  76:21  77:4  77:11  77:23  78:22  79:7  79:12  79:14  79:15  79:24  80:9  80:18  80:25  82:5  82:7  82:8  82:10  82:20  83:2  83:3  83:13 | |
| **witnesses**(5) 25:12  25:13  26:25  64:21 | | | |
| **woke**(1) 52:22 | | | |
| **woken**(1) 57:3 | | | |
| **woman**(1) 15:4 | | | |
| **womble**(1) 4:17 | | | |
| **won't**(3) 9:25  58:24  77:12 | | | |
| **wool**(1) 7:12 | | | |
| **work**(4) 51:22  55:4  55:9  61:16 | | | |
| **worked**(1) 60:19 | | | |
| **working**(3) 43:18  51:8  59:5 | | | |
| **works**(1) 60:20 | | | |
| **world**(1) 24:14 | | | |
| **worries**(1) 31:20 | | | |
| **worst**(1) 22:18 | | | |
| **worth**(1) 15:3 | | | |
| **would**(70) 10:6  10:21  11:6  12:11  12:12  12:14  12:15  13:6  14:3  14:5  14:24  18:21  20:14  22:15  23:8  23:12  24:6  25:2  25:21  25:22  26:14  28:16  30:3  31:6  32:11  32:14  33:2  35:4  37:20  38:19  38:20  39:3  39:4  39:8  39:9  39:13  39:13  39:21  39:21  40:15  44:1  46:14  53:3  55:13  60:7  60:11  62:2  63:4  63:16  70:5  71:14  71:19  72:21  74:1  74:6  74:8  76:19  77:1  77:7  77:15  77:15  78:6  78:14  78:16  78:17  78:25  79:23  79:23  80:23  82:10  82:12 | | **zabel**(1) 8:4 | |
| | | **zell**(3) 66:20  66:23  68:2 | |
| | | **zensky**(5) 19:22  20:1  20:13  31:16  35:15 | |
| | | **zensky's**(2) 10:7  32:1 | |
| | | **zloto**(1) 6:28 | |
| | | **zuckerman**(1) 4:25 | |
| **wouldn't**(4) 27:17  30:5  32:14  74:21 | | | |
| **written**(2) 57:12  74:4 | | | |
| **wrote**(1) 45:13 | | | |
| **www.diazdata.com**(1) 1:46 | | | |
| **yasery**(1) 51:2 | | | |