## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13431 (KJC) |
| Debtors. | Jointly Administered   Related to DI 139, 267, 424, 2333, 2408, 2483 and 3143 |

**SUPPLEMENTAL AFFIDAVIT OF KENNETH P. KANSA IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )  ss: |
| COUNTY OF COOK | ) |

KENNETH P. KANSA declares as follows:

1.      I am a partner in the law firm of Sidley Austin LLP ("Sidley" or the

"Firm") and am resident at its office located at One South Dearborn Street in Chicago, Illinois

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

60603. I submit this supplemental affidavit (the "Sixth Supplemental Affidavit") in support of

the proposed employment and retention of Sidley by each of the above-captioned entities, all of

which are debtors and debtors in possession herein (collectively, the "Debtors"), as their general

reorganization and bankruptcy counsel in the above-referenced chapter 11 cases pursuant to

sections 327(a) and 1107(a) of title 11 of the Bankruptcy Code and Rule 2014(a) of the Federal

Rules of Bankruptcy Procedure, nunc pro tunc to December 8, 2008 (the "Petition Date").[2]

Unless otherwise stated in this Sixth Supplemental Affidavit, I have personal knowledge of the

facts set forth herein.

       2.      This Sixth Supplemental Affidavit augments Sidley's disclosures to the

Court concerning its engagement, which are set forth in the original affidavit submitted by James

F. Conlan in support of Sidley's retention on December 26, 2008 ("Original Affidavit"), the first

supplemental affidavit submitted on January 23, 2009, the second supplemental affidavit

submitted on February 19, 2009, the third supplemental affidavit submitted on October 23, 2009,

(the "Third Supplemental Affidavit"), the fourth supplemental affidavit submitted on November

3, 2009, and the fifth supplemental affidavit submitted on January 19, 2010 (the "Fifth

Supplemental Affidavit" and, together with all other affidavits referenced in this paragraph, the

"Retention Affidavits").

       3.      In connection with Sidley's ongoing review and updating of its conflicts

disclosures, and for the purpose of supplementing the disclosures already made in the Retention

Affidavits, I requested Sidley's personnel to search Sidley's electronic conflicts database for all

current and former representations by Sidley of (i) all defendants in (a) that certain Complaint

filed by the Official Committee of Unsecured Creditors (the "Committee") on or about

---

[2] The chapter 11 petition for one of the Debtors, Tribune CNLBC, LLC, was filed on October 12, 2009, and the term "Petition Date" shall mean October 12, 2009 with respect to Tribune CNLBC, LLC.

CHI 5723844v 1

November 1, 2010, which commenced adversary proceeding no. 10-53963 in the Bankruptcy

Court, (b) that certain Complaint filed by the Committee on or about November 1, 2010, which

commenced adversary proceeding no. 10-54010 in the Bankruptcy Court, and (c) the various

complaints filed by the Committee in December 2010, which commenced adversary proceeding

nos. 10-55585, 10-55593 through 10-55609 (inclusive), 10-55611 through 10-55617 (inclusive),

10-55619 through 10-55802 (inclusive), 10-55824, 10-55841, 10-55956, 10-55957, 10-55967

and 10-55968, and (ii) all defendants in the various complaints filed by the Debtors in December

2010 in this Court, which commenced adversary proceeding nos. 10-55803 through 10-55823

(inclusive), 10-55825 through 10-55835 (inclusive), 10-55837, 10-55839, 10-55842 through 10-

55861 (inclusive), 10-55863, 10-55866, 10-55867, 10-55869 through 10-55871 (inclusive), 10-

55873 through 10-55876 (inclusive), 10-55878, 10-55880, 10-55881, 10-55883, 10-55885, 10-

55886, 10-55889, 10-55891 through 10-55893 (inclusive), 10-55895, 10-55901, 10-55902, 10-

55909 through 10-55912 (inclusive), 10-55941 through 10-55951 (inclusive), 10-55955, and 10-

55958 through 10-55960 (inclusive).[3]

        4.      Attached to this Sixth Supplemental Affidavit as <u>Exhibit A</u> is a list of all

parties described in this paragraph that were searched for current and former representations by

Sidley. Attached to this Sixth Supplemental Affidavit as <u>Exhibit B</u> is a list of all parties

identified by Sidley as part of that search that Sidley either (i) represents currently on matters

unrelated to the Debtors and/or their chapter 11 cases, or (ii) represented in the past on matters

unrelated to the Debtors and/or their chapter 11 cases. Many of these searches were redundant,

---

[3] Certain of the complaints filed by the Committee identify defendants by group, such as "The 2006 Bank Debt
Lenders" or "LBO Lender Disgorgement Defendants." Other categories in the complaints are aimed at picking up
potential unknown defendants (e.g., "Does 1-100"). The Committee complaints provide that such designations are
placeholders for potential defendants whose identities are not yet known. Sidley is accordingly unable to search
these entities for potential current or former representations, but will do so if and when new defendants are identified
by the Committee. Sidley further notes that lenders to the Debtors as of the Petition Date were searched for current
and former representations when the original application for Sidley's retention as counsel to the Debtors was filed,
and the results of that search were disclosed on Exhibit B to the Original Affidavit.

as many of the parties identified on Exhibit A have been involved in the Debtors' chapter 11 cases since the Petition Date and were searched for current or former representations previously as set forth in the Original Affidavit and the other Retention Affidavits. As a result, many of the disclosures set forth on Exhibit B are also redundant of disclosures previously made in the Retention Affidavits. However, out of an abundance of caution, all current and former representations by Sidley of the parties listed on Exhibit A are set forth on Exhibit B.

5.    In addition, since the filing of the Fifth Supplemental Affidavit, Aurelius Capital Management, L.P. ("Aurelius") has appeared in the Debtors' chapter 11 cases as a proponent of a plan of reorganization for the Debtors. Sidley hereby discloses that it has in the past represented Aurelius Capital Management GmbH, which Sidley understands is an affiliate of Aurelius Capital Management, L.P., on matters unrelated to the Debtors and/or their chapter 11 cases. Sidley does not currently represent Aurelius Capital Management GmbH on any matters. Sidley has previously disclosed its relationships with the other proponents of the plan of reorganization for which Aurelius is a co-proponent in the Original Affidavit (for Deutsche Bank National Trust Company and Wilmington Trust Company) and the Third Supplemental Affidavit (for Law Debenture Trust Company of New York).

6.    For the avoidance of doubt, Sidley has not represented, and will not represent, any of the entities listed on Exhibits A or B to this Sixth Supplemental Affidavit, or Aurelius, in connection with any matters relating to the Debtors and/or their chapter 11 cases.

7.    This Sixth Supplemental Affidavit is made without prejudice to Sidley's rights to supplement further its disclosures in the Debtors' chapter 11 cases.

CHI 5723844v.1

I declare under penalty of perjury that the foregoing is true and correct.

Kenneth P. Kansa

Sworn to and subscribed
before me this _16_ th day of
_February_ 2011.

Notary Public

```
"OFFICIAL SEAL"
DIANA R. MANHEIM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/31/2014
```

5

CHI 5723844v.1

**Exhibit A – Parties Searched**

**I.     Defendants in Complaints filed by Official Committee of Unsecured Creditors against Current and Former Employees of the Debtors**

1. Acanfora, John F.
2. Adamson, Lynne Anne
3. Agarwal, Deepak
4. Aldape, Javier J.
5. Allen, Craig
6. Allen, F. Ashley
7. Amsden, Harry A.
8. Anderson, Julie D.
9. Anischik, Thomas J.
10. Arroyo, Gladys M.
11. Asher, Michael D.
12. Baker, Cynthia
13. Bare, Roger A.
14. Barrett, Henry R.
15. Bazanos, Alexa A.
16. Bellack, Bob
17. Bennett, David A.
18. Benson, Kelly F.
19. Berlamino, Betty Ellen
20. Biedron, Theodore J.
21. Bigelow, Chandler
22. Birmingham, John
23. Brewer, Lisa E.
24. Brown, Thomas F.
25. Brubaker, Rebecca M.
26. Bucknor, David A.
27. Budihas, Stephen M.
28. Caputo, Thomas
29. Carver, Stephen D.
30. Casanova, Vincent
31. Catania, Matthew
32. Cazeaux, Patricia G.
33. Christie, Robert
34. Conway, Susan M.
35. Daley, Raymond
36. Davis. Catherine A.
37. Delia, Lawrence
38. Depaola, Kenneth J.
39. Doherty, Philip
40. Donnelly, Cindy
41. Donovan, Dianne

CH1 5723844v.1

42. Ehlmann, Tom E.
43. Ellis, James L.
44. Engberg, Richard
45. Farber, Steve
46. Farrington, Audrey L.
47. Feeney, Richard S.
48. Feher, James F.
49. Fehnel, James D.
50. Felty, Richard D.
51. Filice, Peter D.
52. Finke, Thomas S.
53. Flax, Karen H.
54. Foux, Michael C.
55. Franklin, Timothy
56. Fricke, Chris L.
57. Gart, Michael
58. Gates, Earnest C.
59. Gates, Michael C.
60. Giannini, Vincent R.
61. Goldstone, Ira
62. Goller, Karlene W.
63. Graziano, Richard J.
64. Greenberg, Howard
65. Gremillion, Robert J.
66. Grenesko, Donald C.
67. Hall, Charlotte H.
68. Hano, Randy
69. Haselden, William B.
70. Hayes, Dana C.
71. Healy, Greg
72. Healy, Jane E.
73. Hendricks, John R.
74. Hertz, Catherine M.
75. Hianik, Mark W.
76. Hiller, David Dean
77. Hilliard, Audrith
78. Holm, Robert
79. Hudspeth, Carolyn
80. Hunter, Bonnie B.
81. Hutzler, Linda
82. Inouye, Richard E.
83. Iskra, Alice T.
84. Jacobs, Janice
85. Jimenez, Terry
86. Jones, Gordon L.
87. Juds, Judith A.

CH1 5723844v.1

88. Kazan, Daniel G.
89. Kelly, Anne S.
90. Kelly, Jr., Paul R.
91. Kennedy, Timothy R.
92. Kenney, Crane H.
93. Kern, Gerould
94. Khahaifa, Avido Dikari
95. Klunder, Jack D.
96. Knapp, Peter A.
97. Kniffin, David
98. Knight, Timothy P.
99. Kolb, Patricia A.
100.	Koller, Timothy L.
101.	Kranzley, Glenn G.
102.	Kuo Ross, Sheau-Ming
103.	Landon, Timothy J.
104.	Lanesey, William A.
105.	Langmyer, Thomas E.
106.	Leach, Thomas D.
107.	Levine, Jeffrey S.
108.	Lewin, Luis E.
109.	Lipinski, Ann Marie
110.	Litman, Brian F.
111.	Mahoney, Walter F.
112.	Malcolm, Vincent A.
113.	Malee, Michael J.
114.	Mallory, R. Mark
115.	Malone, Richard H.
116.	Manzi, John M.
117.	Maranto, Louis
118.	Martin, Jerome P.
119.	Maucker, Earl R.
120.	Mazzaferri, Gina M.
121.	McClearly la France, Kim A.
122.	Meyer, Nancy A.
123.	Meyrowitz, Eric J.
124.	Mitchell, Kenneth,
125.	Mitchell, Susan M.
126.	Mitrovich, Dan
127.	Molchany, Richard D.
128.	Morehouse III, L. Clark
129.	Morrill, Christopher C.
130.	Motley, Robyn L.
131.	Mulderrig, Stephen J.
132.	Mulvaney, Robin A.
133.	Murakami, Gwen P.

8

| | |
|---|---|
| 134. | Murphy, David P. |
| 135. | Nejame, George C. |
| 136. | Newtown, Russell J. |
| 137. | Nork, Thomas J. |
| 138. | O'Brien, Dennis G. |
| 139. | O'Donovan, William C. |
| 140. | O'Loughlin, John T. |
| 141. | Ortiz, Norbert E. |
| 142. | O'Shea, James |
| 143. | O'Sullivan, Daniel A. |
| 144. | Palermini, Robert J. |
| 145. | Pearson, Pamela S. |
| 146. | Pedersen, Gregory C. |
| 147. | Pisani, Joseph F. |
| 148. | Poelking, John F. |
| 149. | Pompe, Scott G. |
| 150. | Posada, Julian G. |
| 151. | Quimby, Irving L. |
| 152. | Ramirez, Myrna G. |
| 153. | Ramsey, Robert J. |
| 154. | Ray, Charles F. |
| 155. | Reardon, John E. |
| 156. | Rey, Gusto |
| 157. | Riggle, John A. |
| 158. | Rodden, John B. |
| 159. | Rounce, Robert R. |
| 160. | Ryan, Timothy E. |
| 161. | Santay, Stephen G. |
| 162. | Scanlon, Kevin P. |
| 163. | Schacher, Marc S. |
| 164. | Schaible, Linda A. |
| 165. | Scholly, Alison R. |
| 166. | Schrepf, Robert K. |
| 167. | Segal, Henry M. |
| 168. | Segall, Lynne A. |
| 169. | Seidl, Stephen G. |
| 170. | Sennet, Charles |
| 171. | Sewell, Irene M. F. |
| 172. | Shanahan, Patrick |
| 173. | Shaw, William P. |
| 174. | Sheehan, Shaun M. |
| 175. | Silverman, Sharon A. |
| 176. | Skipper, Kathy H. |
| 177. | Slason, Michael D. |
| 178. | Smist, Erik A. |
| 179. | Smith, Scott C. |

CHI 5723844v.1

| | |
|---|---|
| 180. | Solomon, Digby A. |
| 181. | Stancampiano, Louis J. |
| 182. | Tarvainen, Laura L. |
| 183. | Tazioli, Lou |
| 184. | Teutsch, Clifford L. |
| 185. | Thomas, Douglas |
| 186. | Thomas, Timothy, J. |
| 187. | Tippie, Stephen P. |
| 188. | Trinh, Cam B. |
| 189. | Twohey, John C. |
| 190. | Vinakos, Deborah B. |
| 191. | Vitanovec, John J. |
| 192. | Waltz, Kathleen M. |
| 193. | Weiner, Michael E. |
| 194. | Weinstein, Howard G. |
| 195. | Weitman, Gary |
| 196. | Whisler, Jack |
| 197. | Williams, David D. |
| 198. | Williams, Roger D. |
| 199. | Windsor, Timothy F. |
| 200. | Wollinskey, Leo C. |
| 201. | Wollney, John |
| 202. | Wong, Feli M. |
| 203. | Worthington IV, John D. |
| 204. | Xanders, Julie K. |
| 205. | Young, Joseph A. |
| 206. | Youngman, Owen |
| 207. | Zelenka, John E. |
| 208. | Zerwekh, James D. |

## II.    Defendants in Other Complaints Filed by the Official Committee of Unsecured Creditors

1. Eagle Aircraft & Transportation Management, Inc.
2. Dennis J. Fitzsimons
3. Enrique Hernandez, Jr.
4. Betsy D. Holden
5. Robert S. Morrison
6. William A. Osborn
7. Christopher Reyes
8. Dudley S. Taft
9. Miles D. White
10. Jeffrey Chandler
11. Roger Goodan
12. William Stinehart, Jr.
13. Chandler Bigelow

CHI 5723844v.1

14. Donald C. Grenesko
15. Mark W. Hianik
16. Daniel G. Kazan
17. Crane H. Kenney
18. Thomas D. Leach
19. Luis E. Lewin
20. R. Mark Mallory
21. Ruthellyn Musil
22. Harry Amsden
23. Stephen D. Carver
24. Thomas S. Finke
25. Robert Gremillion
26. David Dean Hiller
27. Timothy P. Knight
28. Timothy J. Landon
29. Richard H. Malone
30. Durham J. Monsma
31. Irving L. Quimby
32. John E. Reardon
33. Scott C. Smith
34. John J. Vitanovec
35. Kathleen M. Waltz
36. David D. Williams
37. John D. Worthington IV
38. Chandler Trust No. 1
39. Chandler Trust No. 2
40. Robert R. McCormick Foundation
41. Cantigny Foundation
42. Samuel Zell
43. EGI-TRB, L.L.C.
44. Sam Investment Trust
45. Tower CH, L.L.C.
46. Tower DC, L.L.C.
47. Tower DL, L.L.C.
48. Tower EH, L.L.C.
49. Tower Greenspun DGSPT, LLC
50. Tower Greenspun JGGSTP, LLC
51. Tower Greenspun SGFFT, LLC
52. Tower Greenspun, L.L.C.
53. Tower HZ, L.L.C.
54. Tower JB, L.L.C.
55. Tower JK, L.L.C.
56. Tower JP, L.L.C.
57. Tower JS, L.L.C.
58. Tower KS, L.L.C.
59. Tower LL, L.L.C.

CHI 5723844v.1

60. Tower LM, L.L.C.
61. Tower LZ, L.L.C.
62. Tower MH, L.L.C.
63. Tower MS, L.L.C.
64. Tower MZ, L.L.C.
65. Tower NL, L.L.C.
66. Tower PH, L.L.C.
67. Tower PT, L.L.C.
68. Tower SF, L.L.C.
69. Tower TT, L.L.C.
70. Tower VC, L.L.C.
71. Tower WP, L.L.C.
72. GreatBanc Trust Company
73. Duff & Phelps, LLC
74. Valuation Research Corporation
75. Morgan Stanley & Co., Inc.
76. Morgan Stanley Capital Services, Inc.
77. Merrill, Lynch, Pierce, Fenner & Smith Incorporated
78. Citigroup Global Markets, Inc.
79. The DFA Investment Trust Company
80. DFA Investment Dimensions Group, Inc.
81. The Alliance Bernstein Portfolios
82. Frank W. Denius
83. Donald M. Hinman Jr.
84. Lewis Tatman
85. William F. Warchol
86. Equity Group Investments, L.L.C.
87. WT Mutual Fund,
88. New York State Common Retirement Fund
89. JPMorgan Chase Bank, N.A.
90. Merrill Lynch Capital Corporation
91. Wells Fargo Bank, N.A.
92. J.P. Morgan Securities Inc.
93. Citicorp North America, Inc.
94. Citigroup Global Markets, Inc.
95. Bank of America, N.A.
96. Banc of America Securities, LLC
97. Oaktree Capital Management, L.P.
98. Angelo Gordon & Co., L.P.
99. Alden Global Distressed Opportunities Fund, L.P.
100.    Barclays Bank, PLC
101.    LaSalle Bank, N.A.
102.    Sumitomo Mitsui Banking Corporation
103.    Katten Muchin Rosenman LLP
104.    Paul Hastings, Janofsky & Walker LLP

12

### III.    Defendants in Complaints filed by the Debtors

1. Florida East Coast Railway Corp.
2. Acutech, L.L.C.
3. Aditya Birla Minacs IT Services Ltd.
4. Advanced Media Research Group, Inc.
5. Ano-Coil Corporation
6. Around the World for Free, LLC, Around The World Productions, LLC
7. Association for Maximum Service Television, Inc.
8. AT&T Inc. d/b/a AT&T Teleconference Services, AT&T Inc., AT&T Inc. et al *d/b/a* AT&T Teleconference Services BellSouth Communication Systems, Inc., BellSouth Telecommunications, Inc., BellSouth Communication System, LLC, *d/b/a* AT&T Communications Systems Southeast SBC Communications
9. Atkinson, David
10. Atlantic Press, Inc.
11. Body by Jake Global LLC
12. Broadcast Marketing International, LTD
13. Carlisle Staffing Ltd.
14. Central Valley Engineering & Asphalt Inc.
15. Constellation NewEnergy, Inc.
16. Crown Equipment, Corporation, Crown Lift Trucks LLC
17. CW Licensing, LLC
18. Cynergis Tek Inc.
19. D.R.D. Inc.
20. Direct Energy Business LLC, Direct Energy Marketing Inc., Direct Energy, LP
21. DVSAnalytics, Inc., f/k/a TeleDirect International
22. Eckland Consultants Inc.
23. Edison Media Research Inc.
24. Epsilon Data Management LLC
25. Fathom Online Corp., Fathom Online, Inc.
26. G66 LLC
27. Genco Entertainment Inc.
28. Howard S. Wright Constructors, LP
29. Howe Sound Pulp and Paper LP
30. IBM Daksh Business Process Services, n/k/a IBM Global Process Services, a Subsidiary of IBM Business Consulting Services, *d/b/a* IBM Daksh Business Process Services Private Ltd. International Business Machines Corporation
31. Industrial Staffing Services Inc.
32. Interviewing Service of America, Inc.
33. Kamakazee Kiwi Corporation
34. LaSalle Staffing, Inc.
35. Loconte 2, LLC, Loconte.2, Inc.
36. Magellan Behavioral Health, Inc., Magellan Health Services, Inc., *d/b/a/* Magellan Behavioral Health, Inc.
37. McCann-Erickson USA, Inc.
38. Midwest Media Group Inc.

CHI 5723844v.1

39. Navigant Consulting, Inc.
40. Nightmare Inc.
41. Nixon Peabody, LLP
42. NTT Data Corporation, MISI Company Ltd.
43. Program Partners Inc.
44. Prosoft Technology Group, Inc.
45. PSOMAS
46. Quality Storage Products, Inc.
47. Radian Communication Services (Canada) Ltd., Prestige Telecom Inc., Rohn Products, LLC
48. Reed, Alexander
49. Round 2 Communications LLC
50. Ryder Integrated Logistics Inc.
51. San Diego Transit Corporation, San Diego Metropolitan Transit System
52. Screenvision Cinema Network LLC
53. ServiceSource International, LLC
54. Stardust Visions, Inc.
55. Stroz Friedberg LLC
56. TBWA Chiat/Day, Inc.
57. Telemetrics, Inc.
58. Thinair Communications, Inc.
59. Twentieth Century Fox Film Corporation
60. Wendling Printing Company
61. Weston Business Plaza, LLC
62. Xerox Corporation

CHI 5723844v.1

### Exhibit B – Current and Former Representations of Entities on Exhibit A

| Current Unrelated Representations | Former Unrelated Representations |
|---|---|
| **I. Director/Officer/Employee Defendants in Complaints Filed by Committee** | |
| Donald C. Grenesko | Theodore J. Biedron |
| David D. Hiller | Thomas S. Finke |
| Thomas D. Leach | Crane H. Kenney |
| | Samuel Zell |
| **II. Defendants in Additional Committee Complaints** | |
| AllianceBernstein, L.P. | Aditya Birla Nuvo Limited (as an affiliate/potential affiliate of Aditya Birla Minacs IT Services Ltd.) |
| Angelo, Gordon & Co., L.P. | Citicorp North America, Inc. |
| Bank of America, N.A.[4] | Thomas S. Finke |
| Banc of America Securities LLC | Katten Muchin Rosenman LLP (f/k/a Katten Muchin & Zavis) |
| Barclays Bank, PLC | Crane H. Kenney |
| Citigroup Global Markets, Inc. | Valuation Research Corporation |
| Duff & Phelps, LLC | Samuel Zell |
| Equity Group Investments, L.L.C. | |
| Donald C. Grenesko | |
| David D. Hiller | |
| J.P. Morgan Chase Bank, N.A. | |
| J.P. Morgan Securities Inc. | |
| Thomas D. Leach | |
| Merrill, Lynch, Pierce, Fenner & Smith[5] | |
| Morgan, Stanley & Co., Inc. | |
| Oaktree Capital Management, L.P. | |
| Paul, Hastings, Janofsky & Walker LLP | |
| Sumitomo Mitsui Banking Corporation | |
| Wells Fargo Bank | |
| | |
| **III. Defendants in Complaints Filed by Debtors** | |
| AT&T Inc. | Ryder Integrated Logistics, Inc. |
| Constellation Energy | Twentieth Century Fox Film Corporation |
| Epsilon Data Management, LLC[6] | Xerox Corporation |
| Florida East Coast Railway Company | |
| Magellan Health Services, Inc. | |
| Navigant Consulting, Inc. | |
| | |

[4] Includes the former LaSalle Bank, N.A.
[5] Includes various Merrill Lynch-denominated affiliates.
[6] Sidley currently represents Alliance Data Systems, an affiliate of Epsilon Data Management, LLC, on matters unrelated to the Debtors or their chapter 11 cases.

CHI 5723844v 1
CHI 4922347v 2