**CERTIFICATE OF SERVICE**

I, Katharine L. Mayer, hereby certify that on the 16th day of February 2011, I caused a true and correct copy of the foregoing *Joinder of Deutsche Bank Trust Company Americas to the Objection of Wilmington Trust Company as Successor or Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan* to be served upon the attached service list by first class mail.

By: /s/ Katharine L. Mayer
     Katharine L. Mayer (DE # 3758)

ME1 11226999v.1