James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

David M. Klauder
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Wilmington, DE 19801

Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Howard Seife
David M. Le May
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112

Bruce Bennett
James O. Johnston
Joshua M. Mester
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Adam G. Landis
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Bruce Bennett
James O. Johnston
Joshua M. Mester
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Graeme W. Bush
James Sottile
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036

Robert S. Brady
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Donald S. Bernstein
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Andrew Goldman
WILMER HALE LLP
399 Park Avenue
New York, NY 10022

Mark Collins
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

Thomas E. Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

Jeffrey M. Schlerf
Eric M. Sutty
John H. Strock
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801

William P. Bowden
Amanda M. Winfree
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Daniel Golden
Philip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

David S. Rosner
Andrew K. Glenn
Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036

William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
SULLIVAN HAZELTINE ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801