# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Re: Docket Nos. 243, 395, 2037, 2469, 3045, 5430, 7082 |

## FIFTH SUPPLEMENTAL AFFIDAVIT OF DAVID M. LEMAY IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF CHADBOURNE & PARKE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF NEW YORK        )
                                           )  ss.
COUNTY OF NEW YORK    )

DAVID M. LEMAY declares as follows:

1. I am an attorney-at-law, duly admitted to practice before all of the courts of the State of New York, as well as the United States District Court for the Southern District of New York, the United States District Court for the Northern District of California, and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

United States District Court for the Eastern District of Michigan. I am a member of the law firm of Chadbourne & Parke LLP ("Chadbourne"), which maintains (i) a principal office for the practice of law at 30 Rockefeller Plaza, New York, New York 10112, (ii) regional offices in Washington, D.C. and Los Angeles, and (iii) foreign offices in Mexico City, London, Moscow, Warsaw, Kyiv, Almaty, Dubai, Beijing and São Paulo.

2. I submit this fifth supplemental affidavit (the "Fifth Supplemental Affidavit") on behalf of Chadbourne in accordance with Federal Rule of Bankruptcy Procedure 2014(a). This Fifth Supplemental Affidavit augments the disclosures to the Court concerning Chadbourne's engagement in (a) my original affidavit in support of Chadbourne's retention sworn to on January 16, 2009 [Docket No. 243] (the "Retention Affidavit"), my first supplemental affidavit sworn to on February 16, 2009 [Docket No. 395], my second supplemental affidavit sworn to on January 8, 2010 [Docket No. 3045], my third supplemental affidavit sworn to on August 19, 2010 [Docket No. 5430] and my fourth supplemental affidavit sworn to on December 7, 2010 [Docket No. 7082], and (b) the supplemental affidavits of Douglas E. Deutsch sworn to on August 27, 2009 [Docket No. 2037] and October 30, 2009 [Docket No. 2469].

3. In Exhibit 2 of the Retention Affidavit, Chadbourne disclosed its representation of Deutsche Bank AG - New York Branch in certain matters unrelated to the Debtors or these Chapter 11 cases, and such disclosure remains accurate. In connection with its previously disclosed representation of Deutsche Bank AG - New York Branch, Chadbourne is also representing DB Energy Trading LLC, an affiliate of Deutsche Bank AG - New York Branch, in a specific corporate matter that is unrelated to the Debtors or these Chapter 11 cases.

4. Unless otherwise stated in this Fifth Supplemental Affidavit, I have personal knowledge of the facts set forth herein. This Fifth Supplemental Affidavit is made without prejudice to Chadbourne's rights to supplement further its disclosures in the Debtors' chapter 11 cases. To the extent that any information disclosed herein requires amendment or modification upon Chadbourne's completion of further review, or as additional information becomes available to Chadbourne, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

_____
David M. LeMay

Sworn to and subscribed before
me this 15 day of February 2011.

_____
Notary Public

DAVID M. BAVA
NOTARY PUBLIC, State of New York
No. 01BA6175197
Qualified in New York County
Commission Expires Oct. 9, 20 11