# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 22, 2011 AT 2:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1. Letter to Chief Judge Kevin J. Carey from Benjamin Kaminetzky, on behalf of the Debtor/Committee/Lender Plan Proponent Group, regarding discovery dispute with Aurelius Capital Management, LP (Filed February 8, 2011) (Docket No. 7862)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objection Deadline: February 10, 2011 at 4:00 p.m.

Responses Received:

    (a) Letter Response to Chief Judge Kevin J. Carey from John W. Berry, on behalf of Aurelius Capital Management, LP (Filed February 11, 2011) (Docket No. 7920)

Status: This matter was continued from the February 15, 2011 hearing. This matter will be going forward.

2. Letter [Redacted] to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of Wilmington Trust Company, regarding discovery dispute between Citigroup Global Markets Inc. and Aurelius Capital Management, LP (Filed February 10, 2011) (Docket No. 7900)

Responses Received:

    (a) Letter Response to Judge Carey from Andrew Gordon, on behalf of Citigroup Global Markets Inc., regarding Letter from Noteholder Plan Proponents dated February 10, 2011 (Filed February 14, 2011) (Docket No. 7949)

Related Document(s):

    (a) Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto (Filed February 10, 2011) (Docket No. 7901)

Status: This matter was continued from the February 15, 2011 hearing. This matter will be going forward.

3. Letter to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of Wilmington Trust Company, regarding discovery dispute between Citibank, N.A. and Aurelius Capital Management, LP (Filed February 10, 2011) (Docket No. 7902)

Responses Received:

    (a) Letter Response to Judge Carey from Andrew Gordon, on behalf of Citibank, N.A., regarding Letter from Noteholder Plan Proponents dated February 10, 2011 (Filed February 14, 2011) (Docket No. 7950)

Status: This matter was continued from the February 15, 2011 hearing. This matter will be going forward.

46429/0001-7378052v1

4. Letter to Chief Judge Kevin J. Carey from David Zensky, on behalf of the Noteholder Plan Proponents, concerning depositions of Daniel Kazan, Kathleen Waltz, Robert Bellack and Peter Knapp (Filed February 11, 2011) (Docket No. 7915)

Responses Received:

(a) Letter to Chief Judge Kevin J. Carey from Charles S. Bergen, on behalf of Kathleen Waltz, regarding Motion to Quash Deposition Subpoena (Filed February 11, 2011) (Docket No. 7916)

(b) Letter Response to Chief Judge Kevin J. Carey from James F. Bendernagel, Jr., on behalf of the Debtors, regarding David Zensky's Letter dated February 11, 2011 (Filed February 14, 2011) (Docket No. 7927)

(c) Letter Response to Chief Judge Kevin J. Carey from Alan N. Salpeter, on behalf of Daniel Kazan (Filed February 14, 2011) (Docket No. 7929)

Status: This matter was continued from the February 15, 2011 hearing. This matter will be going forward.

Dated: February 17, 2011

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7378052v1