IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ x

In re:

TRIBUNE COMPANY, et al.,

　　　　　Debtors.

‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ x

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

Re: Docket No. 7239

CERTIFICATION OF COUNSEL REGARDING STIPULATION
EXTENDING CERTAIN DEADLINES IN THE DISCOVERY AND
SCHEDULING ORDER FOR PLAN CONFIRMATION

On December 20, 2010, the Court entered the *Discovery and Scheduling Order for Plan Confirmation* [Docket No. 7239] (the "Case Management Order") setting certain dates for pre-trial submissions, including dates for service of the list of exhibits the parties reasonably anticipate offering into evidence at the Confirmation Hearing ("Trial Exhibits") and objections thereto.

The above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (collectively, the "Debtor/Committee/Lender Plan Proponents") and Aurelius Capital Management, LP, Law Debenture Trust Company of New York, Wilmington Trust Company, and Deutsche Bank Trust Company Americas (collectively, the "Noteholder Plan Proponents") have had discussions regarding the deadlines set for certain pre-trial submissions and have agreed to extend the deadlines to exchange Trial Exhibit lists and objections thereto.

RLF1 3809961v. 1

JPMorgan Chase Bank, N.A. therefore respectfully requests the entry of an order approving the extension of these deadlines, substantially in the form attached hereto as Exhibit A, at the earliest convenience of the Court.

Dated: February 17, 2011
Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone (302) 651-7700

-and-

Donald S. Bernstein
Dennis E. Glazer
Damian S. Schaible
Elliot Moskowitz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone (212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*

RLF1 3809961v. 1