# **EXHIBIT A**

RLF1 3809961v. 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re:                              :  Chapter 11
                                    :
TRIBUNE COMPANY, et al.,            :  Case No. 08-13141 (KJC)
                                    :
            Debtors.                :  (Jointly Administered)
                                    :
                                    :  Re: Docket No. 7239
------------------------------------x

**ORDER APPROVING STIPULATION EXTENDING CERTAIN DEADLINES IN THE DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION**

The Court having reviewed the *Discovery and Scheduling Order for Plan Confirmation* [Docket No. 7239] (the "Case Management Order") and having considered the comments of counsel at the hearing on February 15, 2011; and upon the record in these proceedings; and after due deliberation it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. Paragraph 27 of the Case Management Order is hereby modified so that the date for all Parties to serve on one another the list of exhibits they reasonably anticipate offering into evidence at the Confirmation Hearing ("Trial Exhibits") is extended to **February 23, 2011**.

2. Paragraph 29 of the Case Management Order is hereby modified so that the deadline for objections to the lists of Trial Exhibits is extended to **March 1, 2011**.

RLF1 3809969v. 1

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February \_\_\_\_\_, 2011
       Wilmington, Delaware

                                     THE HONORABLE KEVIN J. CAREY
                                     CHIEF UNITED STATES BANKRUPTCY JUDGE