# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et. al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## REVISED MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOSEPH D. FRANK

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Joseph D. Frank, Esq., of Frank/Gecker LLP, to represent Employee Compensation Defendants Group in the above-captioned proceeding.

>       /s/Daniel K. Hogan
> Daniel K. Hogan (DE Bar #2814)
> THE HOGAN FIRM
> 1311 Delaware Avenue
> Wilmington, DE 19806
> (302) 656-7540
> Attorney for Employee Compensation
> Defendants Group

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (D.I. 43) (collectively the "Debtors" or "Tribune"). An additional Debtor, CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) commenced a chapter 11 case on October 12, 2009 as one of the steps necessary to

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
Joseph D. Frank, Esq. (Ill. ID No. 6216085)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
(312) 276-1400- telephone
(312) 276-0035- facsimile
jfrank@fgllp.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for Joseph D. Frank's admission pro hac vice is GRANTED.

Dated: _____         _____
                               Honorable Kevin J. Carey
                               United States Bankruptcy Chief Judge

---

complete a transaction involving the Chicago Cubs and certain related assets. In all, the Debtors now comprise 111 entities.