IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: February 22, 2011 at 4:00 p.m.<br>Hearing Date: March 1, 2011 at 10:00 a.m. |

**RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' FORTY-FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

The New York State Department of Taxation and Finance ("DTF"), by and through New York State Attorney General Eric T Schneiderman, responds to the Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), as follows:

1. The Objection seeks to expunge four (4) tax claims filed by DTF on the grounds that each of these claims have been amended and superseded by subsequent claims. The claims which are to be expunged are as follows:

| **CLAIM NO.** | **DATE FILED** |
|---|---|
| 6442 | March 22, 2010 |
| 6571 | July 12, 2010 |
| 6581 | July 12, 2010 |
| 68 | December 29, 2008 |

2.  The Objection states that DTF subsequently filed the following claims (listed in the Objection under "Surviving Claims"), which are intended to amend and supersede each of the claims identified in paragraph "1" hereinabove:

| CLAIM NO. | DATE FILED | CLAIM WHICH IS AMENDED |
|---|---|---|
| 6684 | January 14, 2011 | 6442 |
| 6681 | December 16, 2010 | 6571 |
| 6680 | December 16, 2010 | 6581 |
| 6595 | July 19, 2010 | 68 |

3.  Claim No. 6680 is a 3rd amended prepetition claim. It was filed to amend and supersede a 2nd amended prepetition claim which is dated July 12, 2010. It was not filed as an amendment to Claim No. 6581, as alleged in the Objection. Claim No. 6581 is in fact an administrative expense claim for taxes accruing post-petition. Therefore, DTF objects to the relief sought as to these claims.

4.  Claim No. 6681 is an administrative expense claim for post-petition taxes. It was filed as an amendment to Claim No. 6571 and is intended to supersede that claim. DTF therefore has no objection to the relief sought with respect to these claims.

5.  With respect to the two (2) remaining claims which are sought to be expunged, DTF will consent to the relief requested in the Objection so long as the Debtors, or any other party acting on their behalf, do not challenge DTF's surviving claims on the grounds of timeliness. DTF acknowledges that the surviving claims were all filed after the bar date. However, it is DTF's position that any tax liabilities set forth in the surviving claims that are for the same types of taxes for the same periods that were set forth in previous claims which were timely filed relate back to the earlier claims and are therefore not subject to being disallowed as untimely. When an amended claim

reasonably relates back to a timely-filed proof of claim, the amendment should be allowed, absent contrary equitable considerations. <u>In re Outdoor Sports Headquarters, Inc.,</u> 161 B.R. 414, 421 (Bankr. S.D. Ohio 1991).

Dated: February 17, 2011
      Albany, New York

                        Respectfully submitted,
                        Eric T. Schneiderman
                        Attorney General of the State of New York

                    By: /s/ Norman P. Fivel
                        Norman P. Fivel
                        Assistant Attorney General
                        Litigation Bureau
                        The Capitol
                        Albany, New York   12224-0341
                        NDNY Bar Roll No.: 101660
                        Telephone No.:  (518) 473-6082
                        Facsimile No.:  (518) 473-1572
                        E-mail:  Norman.Fivel@ag.ny.gov