IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.:  08-13141(KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 17th day of February, 2011, I electronically filed and served **Response by New York State Department of Taxation and Finance to Debtors' Forty-First Omnibus (non-substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 AND 3007, and Local Rule 3007-1** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Sidley Austin, LLP**  
**One South Dearborn Street**  
**Chicago, Illinois   60603**

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**  
**500 Delaware Avenue, Suite 1410**  
**Wilmington, DE   19801**

Executed on February 17, 2011

/s/Norman P. Fivel  
Norman P. Fivel

"Printed on Recycled Paper"