IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et. al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Docket Nos. 7940, 7941, 7942, 7943** |

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 7940, 7941, 7942, 7943

PLEASE TAKE NOTICE that the Employee Compensation Defendants Group wishes to withdrawal docket no. 7940, Motion and Order for Admission *Pro Hac Vice* of Joseph D. Frank; docket no. 7941, Motion and Order for Admission *Pro Hac Vice* of Frances Gecker; docket no. 7942, Motion and Order for Admission *Pro Hac Vice* of Reed A. Heiligman; and docket no. 7943, Motion and Order for Admission *Pro Hac Vice* of Micah R. Krohn. These filings incorrectly referenced the District Court Rule 83.5 in each respective Certification of Counsel thereto, and each will be re-filed referencing the applicable Local Rule 9010-1.

Respectfully submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
Attorney for Employee
Compensation Defendants Group

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (D.I. 43) (collectively the "Debtors" or "Tribune"). An additional Debtor, CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) commenced a chapter 11 case on October 12, 2009 as one of the steps necessary to complete a transaction involving the Chicago Cubs and certain related assets. In all, the Debtors now comprise 111 entities.