IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et. al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## REVISED MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF REED A. HEILIGMAN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Reed A. Heiligman, Esq., of Frank/Gecker LLP, to represent Employee Compensation Defendants Group in the above-captioned proceeding.

/s/Daniel K. Hogan
Daniel K. Hogan (DE Bar #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
Attorney for Employee Compensation
Defendants Group

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (D.I. 43) (collectively the "Debtors" or "Tribune"). An additional Debtor, CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) commenced a chapter 11 case on October 12, 2009 as one of the steps necessary to

Docket No. 8038
Filed on February 17, 2011

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
Reed A. Heiligman, Esq. (Ill. ID No. 6294312)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
(312) 276-1400- telephone
(312) 276-0035- facsimile
rheiligman@fgllp.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for Reed A. Heiligman's admission pro hac vice is GRANTED.

Dated: February 17, 2011

_____
Honorable Kevin J. Carey
United States Bankruptcy Chief Judge

---

complete a transaction involving the Chicago Cubs and certain related assets. In all, the Debtors now comprise 111 entities.