IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) Related to Docket Nos. 7827, 7836 & 7860<br>)<br>) Hearing Date: March 1, 2011 at 10:00 a.m.<br>) Objection Deadline: February 22, 2011 at 4:00 p.m. |

## NOTICE OF HEARING REGARDING MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL PORTIONS OF LETTERS TO CHIEF JUDGE CAREY FROM DAVID ZENSKY INCLUDING CERTAIN EXHIBITS THERETO [DOCKET NOS. 7827 & 7836]

**PLEASE TAKE NOTICE** that on February 8, 2011, Aurelius Capital Management, LP ("Aurelius") filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Letters to Chief Judge Carey from David Zensky Including Certain Exhibits Thereto [Docket Nos. 7827 & 7836]* (Docket No. 7860) (the "Motion to Seal"). You were previously served with a copy of the Motion to Seal.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion to Seal must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel for Aurelius on or before **February 22, 2011 at 4:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Seal will be held on **March 1, 2011 at 10:00 a.m.** prevailing Eastern Time before The Honorable Chief Judge Kevin J. Carey, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR HEARING.**

{00460688;v1}

Dated: February 17, 2011

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*

William P. Bowden (#2553)
Amanda M. Winfree (#4615)
Leigh-Anne M. Raport (#5055)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: 302-654-1888

-and-

Daniel H. Goldman (Admitted pro hac vice)
David M. Zensky (Admitted pro hac vice)
Abid Qureshi (Admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: 212-872-1000

*Counsel to Aurelius Management, LP*