# **EXHIBIT B**

BAY:01705814v1

| B10 (Official Form 10) (12/07) | SECOND AMENDED CLAIM |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
| Name of Debtor: TRIBUNE COMPANY | Case Number: 08-13141 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☒ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Court Claim Number: _____<br>(If known) |
| Telephone number: 312-603-6695 | Filed on: 01/11/2011 |
| Name and address where payment should be sent (if different from above):<br>COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: 312-603-6695 | ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 570,207.39

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** COOK COUNTY HOME RULE AMUSEMENT TAX
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 794837    (4837)

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____  Basis for perfection: _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$570,207.39

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 2/17/11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *U. Umar, Revenue Specialist* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/07)                                            SECOND AMENDED CLAIM

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor:
**CHICAGO NATIONAL LEAGUE BALL CLUB, LLC
AKA TRIBUNE CNLBC, LLC**

Case Number: **09-13496**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☒ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
**COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602**

Court Claim Number: _____
(*if known*)

Telephone number: **312-603-6695**

Filed on: **01/11/2011**

Name and address where payment should be sent (if different from above):
**COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: **312-603-6695**

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ **570,207.39**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** **COOK COUNTY HOME RULE AMUSEMENT TAX**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** **794837 (4837)**

   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ **570,207.39**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: **2/17/11**   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]*, Revenue Specialist

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Tax Audit Unit
Cook County Department of Revenue
Chicago National League Ball Club, LLC aka Tribune CNLBC, LLC
Reg. #794837/ File #12-03-2007
Jeopardy Assessment Amusement Tax Due Schedule
For the Period of October 13, 2006 thru October 12, 2009

Interest thru October 12, 2009

| Month/ Year | Estimated Tax Amount | Days/ Months Late | Interest @ 1.25% | Interest Amount | Late Payment Penalty @ 10% | Negligence Penalty @ 25% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| October 13, 2006 | $6,109.74 * | 37 | 46.25% | $2,825.75 | $610.97 | $1,527.44 | $11,073.90 |
| November-06 | 9,968.52 | 36 | 45.00% | 4,485.83 | 996.85 | 2,492.13 | 17,943.34 |
| December-06 | 9,968.52 | 35 | 43.75% | 4,361.23 | 996.85 | 2,492.13 | 17,818.73 |
| January-07 | 9,968.52 | 34 | 42.50% | 4,236.62 | 996.85 | 2,492.13 | 17,694.12 |
| February-07 | 9,968.52 | 33 | 41.25% | 4,112.01 | 996.85 | 2,492.13 | 17,569.52 |
| March-07 | 9,968.52 | 32 | 40.00% | 3,987.41 | 996.85 | 2,492.13 | 17,444.91 |
| April-07 | 9,968.52 | 31 | 38.75% | 3,862.80 | 996.85 | 2,492.13 | 17,320.30 |
| May-07 | 9,968.52 | 30 | 37.50% | 3,738.20 | 996.85 | 2,492.13 | 17,195.70 |
| June-07 | 9,968.52 | 29 | 36.25% | 3,613.59 | 996.85 | 2,492.13 | 17,071.09 |
| July-07 | 9,968.52 | 28 | 35.00% | 3,488.98 | 996.85 | 2,492.13 | 16,946.48 |
| August-07 | 9,968.52 | 27 | 33.75% | 3,364.38 | 996.85 | 2,492.13 | 16,821.88 |
| September-07 | 9,968.52 | 26 | 32.50% | 3,239.77 | 996.85 | 2,492.13 | 16,697.27 |
| October-07 | 9,968.52 | 25 | 31.25% | 3,115.16 | 996.85 | 2,492.13 | 16,572.66 |
| November-07 | 9,968.52 | 24 | 30.00% | 2,990.56 | 996.85 | 2,492.13 | 16,448.06 |
| December-07 | 9,968.52 | 23 | 28.75% | 2,865.95 | 996.85 | 2,492.13 | 16,323.45 |
| January-08 | 9,968.52 | 22 | 27.50% | 2,741.34 | 996.85 | 2,492.13 | 16,198.85 |
| February-08 | 9,968.52 | 21 | 26.25% | 2,616.74 | 996.85 | 2,492.13 | 16,074.24 |
| March-08 | 9,968.52 | 20 | 25.00% | 2,492.13 | 996.85 | 2,492.13 | 15,949.63 |
| April-08 | 9,968.52 | 19 | 23.75% | 2,367.52 | 996.85 | 2,492.13 | 15,825.03 |
| May-08 | 9,968.52 | 18 | 22.50% | 2,242.92 | 996.85 | 2,492.13 | 15,700.42 |
| June-08 | 9,968.52 | 17 | 21.25% | 2,118.31 | 996.85 | 2,492.13 | 15,575.81 |
| July-08 | 9,968.52 | 16 | 20.00% | 1,993.70 | 996.85 | 2,492.13 | 15,451.21 |
| August-08 | 9,968.52 | 15 | 18.75% | 1,869.10 | 996.85 | 2,492.13 | 15,326.60 |
| September-08 | 9,968.52 | 14 | 17.50% | 1,744.49 | 996.85 | 2,492.13 | 15,201.99 |
| October-08 | 9,968.52 | 13 | 16.25% | 1,619.88 | 996.85 | 2,492.13 | 15,077.39 |
| November-08 | 9,968.52 | 12 | 15.00% | 1,495.28 | 996.85 | 2,492.13 | 14,952.78 |
| December-08 | 9,968.52 | 11 | 13.75% | 1,370.67 | 996.85 | 2,492.13 | 14,828.17 |
| January-09 | 9,968.52 | 10 | 12.50% | 1,246.07 | 996.85 | 2,492.13 | 14,703.57 |
| February-09 | 9,968.52 | 9 | 11.25% | 1,121.46 | 996.85 | 2,492.13 | 14,578.96 |
| March-09 | 9,968.52 | 8 | 10.00% | 996.85 | 996.85 | 2,492.13 | 14,454.35 |
| April-09 | 9,968.52 | 7 | 8.75% | 872.25 | 996.85 | 2,492.13 | 14,329.75 |
| May-09 | 9,968.52 | 6 | 7.50% | 747.64 | 996.85 | 2,492.13 | 14,205.14 |
| June-09 | 9,968.52 | 5 | 6.25% | 623.03 | 996.85 | 2,492.13 | 14,080.53 |
| July-09 | 9,968.52 | 4 | 5.00% | 498.43 | 996.85 | 2,492.13 | 13,955.93 |
| August-09 | 9,968.52 | 3 | 3.75% | 373.82 | 996.85 | 2,492.13 | 13,831.32 |
| September-09 | 9,968.52 | 2 | 2.50% | 249.21 | 996.85 | 2,492.13 | 13,706.72 |
| October 12, 2009 | 3,858.78 ♥ | 1 | 1.25% | 48.23 | 385.88 | 964.70 | 5,257.59 |
| Totals | $358,866.72 | | | $85,737.31 | $35,886.67 | $89,716.68 | $570,207.39 |

* Prorated Estimated Tax Amount, from October 13, 2009. ($9,968.52/31 days x 19 days = $6,109.74)
♥ Prorated Estimated Tax Amount, thru October 12, 2009. ($9,968.52/31 days x 12 days = $3,858.78)

Purpose: To compute estimated amusemant tax due thru Bankruptcy Filling Date - October 12, 2009.
Procedure: Computed tax, interest and penalties due as of Chapter 11 filling date, October 12, 2009.
Conclusion: Total Amusement Tax Liability is $570,207.39 as of October 12, 2009.