IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) <br> ) **Related to D.I. Nos. 7762, 7827 & 7875** <br> ) |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER GRANTING MOTION TO COMPEL DEPOSITION OF MAGGIE WILDEROTTER

I, Leigh-Anne M. Raport, an attorney with the law firm of Ashby & Geddes, P.A., co-counsel to Aurelius Capital Management, LP ("Aurelius"), hereby certify the following:

1. On January 31, 2011, Aurelius noticed the deposition [D.I. No. 7762] (the "Notice") of Maggie Wilderotter, a member of the Board of Directors and a member of the Special Committee of Independent Directors (the "Special Committee" and, together with Aurelius, the "Parties") of Tribune Company;

2. On February 4, 2011, the Special Committee and Ms. Wilderotter objected to the Notice and refused to produce Ms. Wilderotter for a deposition, based in part on the fact that Ms. Wilderotter was deposed on October 13, 2010 in connection with the Trustee Motion (the "Trustee Motion Deposition");

3. Following unsuccessful efforts to resolve the dispute without Court intervention, pursuant to the Case Management Order, Aurelius wrote the Court on February 7, 2011 [D.I. No. 7827] seeking an order compelling production of Ms. Wilderotter for a deposition (the "Motion to Compel"), and the Special Committee responded to Aurelius in a letter to the Court dated February 9, 2011 [D.I. No. 7875];

{00488650;v1}

4.  Argument was heard in connection with the Motion to Compel at hearings before the Court on February 8 and 15, 2011 (the "Hearings");

5.  Attached hereto as <u>Exhibit 1</u> is a proposed order (the "<u>Proposed Order</u>") reflecting the Court's comments at the Hearings. The Proposed Order has been shared and approved by counsel for the Special Committee.

6.  The Parties respectfully request that the Court enter the Proposed Order at the Court's earliest convenience.

Dated: Wilmington, Delaware
February 18, 2011

                    **ASHBY & GEDDES, P.A.**

                    */s/ [signature]*
                    William P. Bowden (I.D. No. 2553)
                    Amanda M. Winfree (I.D. No. 4615)
                    Leigh-Anne M. Raport (I.D. No. 5055)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    (302) 654-1888

                    - and -

                    Daniel H. Golden (admitted pro hac vice)
                    David M. Zensky (admitted pro hac vice)
                    Abid Qureshi (admitted pro hac vice)
                    Mitchell Hurley (admitted pro hac vice)
                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
                    One Bryant Park
                    New York, NY 10036
                    (212) 872-1000

                    *Attorneys for Aurelius Capital Management, LP*