

GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700
FAX:     (312) 558-1195
         (312) 263-7356

To Call Writer Direct
(312) 704-7764
msolis@grippoelden.com

February 18, 2011

**By ECF Filing and Federal Express**

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge
824 North Market Street # 500
Wilmington, Delaware 19801

   Re: *In re Tribune Company, et al.*, Case No. 08-13141 (Bankr. D. Del.) (KJC)
      Motion To Quash Deposition Subpoena To Kathleen Waltz

Dear Chief Judge Carey:

  On February 11, 2011, we wrote to advise you that we had filed a Motion to Quash Deposition Subpoena of Kathleen M. Waltz in the United States Bankruptcy Court, Southern District of Florida.

  Yesterday we received the attached Notice of Hearing, by which the issuing Court has set our Motion to Quash for hearing on February 24, 2011 at 10:30 a.m.

            Yours very truly,

            Charles S. Bergen

Attachment
cc: Brian T. Carney
   James F. Bendernagel

1093399

Form CGFCRD3A (1/26/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 11-00100-EPK
Chapter: 0

In re:

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **February 24, 2011** at **10:30 AM**, at the following location:

**Flagler Waterview Building
1515 N Flagler Dr Room 801 Courtroom B
West Palm Beach FL 33401**

to consider the following:

**Motion to Quash Deposition Subpoena to Kathleen M. Waltz, filed by Kathleen M. Waltz. (1)**

**THIS MATTER HAS BEEN SCHEDULED FOR A TEN MINUTE HEARING. IF YOU REQUIRE MORE TIME YOU MUST CONTACT THE COURTROOM DEPUTY IMMEDIATELY FOR A SPECIAL SETTING. This matter has not been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service.** See Local Rule 5072-2.

Dated: 2/16/11

CLERK OF COURT
By: Sandra Manboard
Courtroom Deputy