## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        §
                                            §        SS:
NEW CASTLE COUNTY      §

    Larry S. Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., counsel to Cook County Department of Revenue in the above-captioned cases, that on the 18th day of February, 2011, he caused a copy of the **Response of Cook County Department of Revenue to Debtors' Forty-First Omnibus Objection (Docket No. 8061)** to be served upon the attached service list via hand delivery on local parties and first class United States mail on the remaining parties.

_____
Larry S. Morton

    *SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated:  February 18, 2011

_____
Notary Public

**JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE**
My commission expires April 28, 2014

Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801

Edward Cerasia, II
Seyfarth Shaw LLP
620 Eighth Avenue
32nd Floor
New York, NY 10018

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Stephen Novack
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 312-419-6900

Jared D. Zajac
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002

John H. Strock, III
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

William S. Brody
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

LAX:01746255v1)

Adam G. Landis
Landon Ellis
Matthew B. McGuire
Rebecca L. Butcher
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Cynthia Moh Baldwin
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801

Mona A. Parikh
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228

Scott G. Wilcox
Whiteford Taylor Preston LLC
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899

United States Trustee
David M. Klauder, Esquire
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035