# EXHIBIT A

## No Liability Claims

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, GRENESHIA<br>PO BOX 31532<br>PALM BEACH GARDENS, FL 33420-1532 | 08-13208 | Sun-Sentinel Company | 09/14/2009 | 6224 | Undetermined | Claimant indicated unsure of potential liability. Debtors' books and records show no liability. |
| 2 | BIRKENTALL, ROBERT<br>947 NORTH HUMPHREY AVENUE<br>OAK PARK, IL 60302 | 08-13141 | Tribune Company | 06/18/2009 | 5881 | $33,300.00 | Claimant was not employed by Debtor on payment date of bonus. No liability owed to claimant per Debtors books and records. |
| 3 | BROADSPIRE SERVICES INC.<br>1001 SUMMIT BOULEVARD<br>ATLANTA, GA 30319 | 08-13141 | Tribune Company | 06/12/2009 | 5335 | Undetermined | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 4 | CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SOFTWARE AG INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13185 | Los Angeles Times Communications LLC | 06/12/2009 | 5283 | $284,327.89 | No liability owed to claimant per Debtors books and records. |
| 5 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:MICROWAVE RADIO COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | 08-13183 | KTLA Inc. | 05/14/2009 | 2779 | $41,351.49 | Claimant indicated no amounts owed on claim for KTLA Inc. |
| 6 | DEMMA, JOSEPH<br>1912 N 56TH AVE<br>HOLLYWOOD, FL 33021-3906 | 08-13141 | Tribune Company | 04/30/2009 | 2160 | $200.00* | No liability owed to claimant per Debtors books and records. |
| 7 | GARY, KELLY<br>15520 CARS MILL ROAD<br>WOODBINE, MD 21797 | 08-13174 | Hoy, LLC | 04/23/2009 | 1665 | Undetermined | Claimant indicated no liabilities owed in claim form. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | JOHNSON, DENISE<br>760 PENN ST<br>PENNSBURG, PA 18073 | 08-13212 | The Morning Call, Inc. | 05/12/2010 | 6474 | $320.07 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |
| 9 | JOHNSON, STEVEN M<br>760 PENN ST<br>PENNSBURG, PA 18073 | 08-13212 | The Morning Call, Inc. | 05/12/2010 | 6473 | $125.87 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |
| 10 | PATINO, DAVID<br>C/O THE ORLOSKI LAW FIRM<br>111 N. CEDAR CREST BOULEVARD<br>ALLENTOWN, PA 18104-4602 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1874 | Undetermined | No supporting documents attached to proof of claim. After review of their book and records the Debtors have determined they have no liability. |
| 11 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 08-13141 | Tribune Company | 03/23/2009 | 835 | $1,356.30 | No liability owed to claimant per Debtors books and records. Equipment no longer resides with Debtor. |
| 12 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | 08-13251 | WDCW Broadcasting, Inc. | 06/12/2009 | 5401 | $650.00 | No liability owed to claimant per Debtors books and records as there was a delay in 2006/2007 season start date. |
| 13 | WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | 08-13141 | Tribune Company | 07/19/2010 | 6601 | $65,000.00 | Claimant and her family were receiving employee medical benefits from Debtor to which they were not entitled. Such benefits were discontinued, and Claimant and spouse are currently receiving retiree medical benefits from Debtor. No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | WESTPOINT, JOYCE<br>2101 SW 54 AVE<br>WEST PARK, FL 33023 | 08-13152 | Chicago Tribune Company | 05/13/2009 | 2766 | $1,200.00 | No liability owed to claimant per Debtors books and records. In addition, claimant has no documentation to support claim. |
| 15 | WORSHAM, MARK<br>306 LINCOLN ST S<br>WALNUTPORT, PA 18088 | 08-13212 | The Morning Call, Inc. | 09/23/2009 | 6252 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |

\* - Indicates claim contains unliquidated and/or undetermined amounts