# EXHIBIT A

**FEE SUMMARY FOR AUGUST 2010**

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $650 | .60 | $390.00 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $520 | 7.10 | $3,692.00 |
| **Monthly Total** | | | 7.70 | $4,082.00 |

## FEE SUMMARY FOR SEPTEMBER 2010

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $650 | 19.30 | $12,545.00 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $520 | 55.70 | $28,964.00 |
| Julie Johnston-Ahlen | Associate/Litigation/ 9 years/Admitted in 2002 | $315 | 14.70 | $4,630.50 |
| Adam T. Waskowski | Associate/Litigation/ 7 years/Admitted in 2004 | $295 | 35.60 | $10,502.00 |
| Rebekah H. Parker | Associate/Litigation/ 6 years/Admitted in 2005 | $260 | 11.00 | $2,860.00 |
| Josh Seib | Legal Assistant/Litigation/ 2.5 years | $165 | 8.50 | $1,402.50 |
| **Monthly Total** | | | 144.80 | $60,904.00 |

## FEE SUMMARY FOR OCTOBER 2010

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $650 | 10.20 | $6,630.00 |
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $325 (Travel Time Rate) | 8.10 | $2,632.50 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $520 | 25.60 | $13,312.00 |
| Adam T. Waskowski | Associate/Litigation/ 7 years/Admitted in 2004 | $295 | 15.50 | $4,572.50 |
| Rebekah H. Parker | Associate/Litigation/ 6 years/Admitted in 2005 | $260 | 3.70 | $962.00 |
| Josh Seib | Legal Assistant/Litigation/ 2.5 years | $165 | .50 | $82.50 |
| **Monthly Total** | | | 63.60 | $28,191.50 |

## FEE SUMMARY FOR NOVEMBER 2010

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $650 | .20 | $130.00 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $520 | 7.00 | $3,640.00 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $260 (Travel Time Rate) | 13.00 | $3,380.00 |
| **Monthly Total** | | | 20.20 | $7,150.00 |

**FEE SUMMARY FOR THE (SEVENTH) QUARTERLY**
**PERIOD FROM JUNE 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $650 | .60 | $390.00 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $520 | 7.10 | $3,692.00 |
| **Quarterly Total** | | | 7.70 | $4,082.00 |

## FEE SUMMARY FOR THE (EIGHTH) QUARTERLY
## PERIOD FROM SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $650 | 29.70 | $19,305.00 |
| Stephen Novack | Partner/Litigation/ 39 years/Admitted in 1972 | $325 (Travel Time Rate) | 8.10 | $2,632.50 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $520 | 88.30 | $45,916.00 |
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $260 (Travel Time Rate) | 13.00 | $3,380.00 |
| Julie Johnston-Ahlen | Associate/Litigation/ 9 years/Admitted in 2002 | $315 | 14.70 | $4,630.50 |
| Adam T. Waskowski | Associate/Litigation/ 7 years/Admitted in 2004 | $295 | 51.10 | $15,074.50 |
| Rebekah H. Parker | Associate/Litigation/ 6 years/Admitted in 2005 | $260 | 14.70 | $3,822.00 |
| Josh Seib | Legal Assistant/Litigation/ 2.5 years | $165 | 9.00 | $1,485.00 |
| **Quarterly Total** | | | 228.60 | $96,245.50 |

# EXHIBIT B

# novack▸macey

**Tax Identifying No.: 36-3331397**

November 30, 2010
Billed through 10/31/2010
Invoice No.  32857    TRIB 01001

Donald Liebentritt
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

Re: Dispute with Morgan Stanley

LEGAL SERVICES RENDERED

| Date | | Description | Hours |
|------|---|-------------|-------|
| 08/26/10 | DAT | Telephone conference with D. Liebentritt regarding new matter (.6); telephone conference with SN regarding same (.2). | 0.80 hrs |
| 08/27/10 | DAT | Read draft complaint (.7); telephone conference with D. Liebentritt regarding claims (.3); read examiner's report (4.3). | 5.30 hrs |
| 08/30/10 | DAT | Read examiner's report (.6); read settlement analysis (.4). | 1.00 hrs |
| 08/30/10 | SN | Read draft complaint. | 0.60 hrs |
| 09/01/10 | DAT | Read settlement analysis. | 0.50 hrs |
| 09/02/10 | DAT | Read examiner's report (2.2); meeting with D. Liebentritt and SN regarding same and other issues related to case(1.6); telephone conference with K. Kansa regarding case (.4); telephone conference with SN and J. Bendernagel regarding same (.2). | 4.40 hrs |
| 09/02/10 | SN | Meeting with D. Liebentritt regarding examiner's report and other facts and issues related to case (1.6); telephone conference with J. Bendernagel regarding same (.2). | 1.80 hrs |

# novack·macey

Invoice No.  32857                                                           PAGE        2

| 09/03/10 | DAT | Read background materials (.5); telephone conference with K. Kansa regarding same (.2); draft description of work (.5). | 1.20 hrs |
|---|---|---|---|
| 09/07/10 | DAT | Conflict analysis (1.0); edit description of engagement for purposes of retention letter (.2); read background materials (1.3). | 2.50 hrs |
| 09/08/10 | DAT | Work on conflict check (1.2); work on description of engagement (.2); office conference with SN regarding same (.2); read background documents (1.8). | 3.40 hrs |
| 09/09/10 | DAT | Read examiner's report. | 1.00 hrs |
| 09/12/10 | DAT | Review and analyze key documents. | 1.20 hrs |
| 09/13/10 | DAT | Telephone conference with D. Layden regarding documents(.6); read documents (.4); office conference with SN regarding same (.2). | 1.20 hrs |
| 09/13/10 | SN | Begin reading materials from client and Sidley (.7); telephone conferences with J. Bendernagel regarding same (.1). | 0.80 hrs |
| 09/19/10 | DAT | Review and analyze documents. | 1.70 hrs |
| 09/20/10 | DAT | Review and analyze documents. | 1.50 hrs |
| 09/21/10 | DAT | Meeting with SN and J. Bendernagel regarding case background (1.8); read background documents (2.2). | 4.00 hrs |
| 09/21/10 | SN | Meeting with J. Bendernagel regarding case background. | 1.80 hrs |
| 09/21/10 | ATW | Meeting with DAT regarding complaint (.2); begin analyzing complaint (.1). | 0.30 hrs |
| 09/22/10 | DAT | Work on motion to approve retention. | 1.50 hrs |

**novack·macey**

Invoice No.  32857

| | | | |
|---|---|---|---|
| 09/22/10 | SN | Telephone conference with D. Liebentritt regarding case. | 0.10 hrs |
| 09/22/10 | ATW | Analyze draft complaint and related materials. | 1.90 hrs |
| 09/23/10 | DAT | Meeting with clients regarding current issues and background (1.5); work on conflicts (1.5); work on retention application (3.9). | 6.90 hrs |
| 09/23/10 | SN | Attend meeting with client and debtor's counsel regarding case background, etc. (1.5); conference with DAT and ATW regarding to do (.3); work on application (1.7). | 3.50 hrs |
| 09/23/10 | ATW | Prepare for and participate in meeting with Sidley Austin LLP attorneys, SN and DAT regarding case (2.5); discussion with DAT regarding allegations (.1); analyze binders of key documents in connection with complaint (.6). | 3.20 hrs |
| 09/24/10 | DAT | Work on application and conflicts. | 4.30 hrs |
| 09/24/10 | SN | Work on application. | 0.30 hrs |
| 09/24/10 | ATW | Cross reference key documents against complaint to ensure that all allegations are properly supported (5.6); discussion with DAT regarding complaint (.4); send e-mail to DAT regarding complaint (.3); discussions with JS regarding document database (.3). | 6.60 hrs |
| 09/24/10 | JS | Review Concordance files on hard drive (.5); build databases from files (2.5); phone and e-mail with originating office regarding missing files (.2). | 3.20 hrs |
| 09/26/10 | DAT | Edit complaint. | 4.00 hrs |
| 09/26/10 | ATW | Continue analyzing underlying documents and factual information supporting allegation complaint. | 1.70 hrs |

Novack and Macey LLP
100 North Riverside Plaza  -  Chicago, IL  60606-1501  -  T: 312.419.6900  -  F: 312.419.6928

# novack·macey

Invoice No.    32857                                                                                        PAGE          4

| | | | | |
|---|---|---|---|---|
| 09/27/10 | DAT | Edit draft complaint (2.5); fact investigation (2.6). | 5.10 | hrs |
| 09/27/10 | SN | Work on draft complaint. | 1.50 | hrs |
| 09/27/10 | JJA | Office conference with DAT regarding case background, assignment, etc. (.7); office conference with RHP regarding case (.2); review draft complaint (.8); research regarding bankruptcy claims and the interplay between certain code sections (5.4). | 7.10 | hrs |
| 09/27/10 | ATW | Meeting with DAT regarding factual investigations (1.4); discussions with W. Thomson regarding factual issues (.4); analyze examiner's report (2.0); analyze exhibits to examiner's report (1.0); review and analyze various pleadings regarding bankruptcy proceedings (1.8); discussion with DAT regarding legal claims (.5). | 7.10 | hrs |
| 09/27/10 | JS | Build Concordance databases from load files. | 1.20 | hrs |
| 09/27/10 | RHP | Office conference with DAT regarding case background (.4); office conference with JJA regarding legal research (.3); research regarding certain claims under New York law (3.0). | 3.70 | hrs |
| 09/28/10 | DAT | Work on draft complaint. | 5.40 | hrs |
| 09/28/10 | SN | Work on complaint. | 5.60 | hrs |
| 09/28/10 | JJA | Prepare for meeting with DAT (0.4); office conference with DAT regarding research findings and follow-up research issues (0.9); follow-up research (1.3); office conference with RWG regarding assignment (0.5); review Morgan Stanley proofs of claim and associated exhibits (0.8); e-mails to/from RHP regarding edits to complaint (0.1); office conference with ATW regarding key documents (0.1). | 4.10 | hrs |

**novack·macey**

Invoice No.  32857

| | | | |
|---|---|---|---|
| 09/28/10 | ATW | Continue fact checking allegations in complaint and reviewing client and Morgan Stanley documents (5.2); discussions with Jenner & Block attorneys regarding factual investigation (.5); meeting with SN, DAT and RHP regarding complaint (1.4); revise and edit complaint (1.8); office conference with RHP regarding revised complaint (.5). | 9.40 hrs |
| 09/28/10 | JS | Continue building Concordance databases. | 0.70 hrs |
| 09/28/10 | RHP | Draft memo to file summarizing legal research regarding claims and analysis of sufficiency of pleading same (2.1); office conference with SN and ATW regarding revising counts of complaint (.3); legal research regarding elements of potential claim (.3); draft summary of same (.1); legal research regarding other potential claim (.5); draft summary of same (.2); review and revise counts of complaint (1.1); office conference with ATW regarding same (.5). | 5.10 hrs |
| 09/29/10 | DAT | Work on draft complaint. | 5.40 hrs |
| 09/29/10 | SN | Work on complaint (3.8); telephone conference with D. Liebentritt regarding same(.1). | 3.90 hrs |
| 09/29/10 | JJA | Telephone conference with ATW regarding proofs of claim, etc. (0.2); research regarding certain definitions under Bankruptcy Code (0.5); research regarding contracting around Code (1.0); e-mail to/from RWG regarding research (0.1). | 1.80 hrs |
| 09/29/10 | ATW | Continue fact checking allegations of complaint (1.9); revise/edit draft complaint (.8); strategy meetings with SN and DAT regarding complaint (.4); discussion with RHP regarding legal claims (.2); telephone conferences with Jenner & Block attorneys regarding various factual allegations (.6); discussions with JS regarding documents (.3); analyze additional documents (.5); analyze pleadings from bankruptcy case (.5); discussion with JJA regarding bankruptcy issues relevant to lawsuit (.2). | 5.40 hrs |

# novack·macey

Invoice No.   32857

| | | | |
|---|---|---|---|
| 09/29/10 | JS | Build Concordance databases for additional Tribune production. | 2.70 hrs |
| 09/29/10 | RHP | Telephone conference with SN regarding legal research pertaining to counts (.2); review and revise memo to file reflecting same (.2); legal research regarding damages (.9); review and revise memo to reflect same (.3); legal research regarding claims (.6). | 2.20 hrs |
| 09/30/10 | DAT | Office conference with SN regarding status of plans for filing (.1); office conference with ATW regarding fact investigation(.3); office conference with JJA regarding bankruptcy research (.1). | 0.50 hrs |
| 09/30/10 | JJA | E-mail to/from RWG regarding assignment (0.1); follow-up research regarding certain code section (1.5); office conference with DAT regarding same (0.1). | 1.70 hrs |
| 09/30/10 | JS | Complete Tribune production database. | 0.70 hrs |
| 10/04/10 | DAT | E-mail correspondence with J. Bendernagel regarding open issues (.1); office conference with ATW regarding fact investigation (.3); office conference with RHP regarding research issue (.2). | 0.60 hrs |
| 10/04/10 | SN | E-mails from Sidley regarding open issues (.1); conference with DAT regarding same (.1). | 0.20 hrs |
| 10/04/10 | ATW | Discussion with DAT regarding fact checking (.3); continue fact checking allegations in draft complaint (1.1); discussion with W. Thomson regarding allegations of complaint (.2). | 1.60 hrs |
| 10/04/10 | RHP | Office conference with DAT regarding legal research (.3); legal research regarding privilege issues (.9). | 1.20 hrs |

**novack·macey**

Invoice No.  32857                                                    PAGE        7

| | | | |
|---|---|---|---|
| 10/05/10 | DAT | Edit amended complaint (1.4); telephone conferences with D. Layden regarding fact investigation (.3); office conference with ATW regarding fact investigation (.2). | 1.90 hrs |
| 10/05/10 | ATW | Review background documents (.3); office conference with DAT regarding same (.2); discussion with W. Thomson regarding documents (.2); continue fact checking allegations in complaint (2.6). | 3.30 hrs |
| 10/05/10 | JS | Build Tribune pre-production Concordance database. | 0.50 hrs |
| 10/05/10 | RHP | Research regarding privilege issues (2.1); begin drafting memo to file summarizing same (.4). | 2.50 hrs |
| 10/06/10 | DAT | Review and edit complaint (3.2); office conference with ATW regarding results of fact investigation and changes to allegations (1.2); telephone conferences with J. Bendernagel regarding same (.4). | 4.80 hrs |
| 10/06/10 | ATW | Continue fact checking (.1); office conference with DAT regarding allegations of complaint (1.2); revise and edit complaint (.1); conduct follow-up research related to claims (.2). | 1.60 hrs |
| 10/07/10 | DAT | Telephone conference with D. Liebentritt regarding complaint (.3); e-mail to SN regarding same (.1). | 0.40 hrs |
| 10/13/10 | DAT | Read e-mail from D. Liebentritt regarding case (.1); note issues raised for inclusion in draft complaint (.2). | 0.30 hrs |
| 10/15/10 | DAT | Telephone conferences with ATW regarding comments on objection to Trustee motion (.3); read and comment on objection to Trustee meeting (.2); e-mail to J. Bendernagel regarding same (.3). | 0.80 hrs |

# novack·macey

Invoice No.  32857                                                    PAGE        8

| | | | | |
|---|---|---|---|---|
| 10/15/10 | ATW | Review draft response to motion (.3); analyze footnotes (.2); cite check materials regarding Morgan Stanley (1.2); telephone conference with DAT regarding cite checking (.1); office conference with DAT regarding brief (.2); draft e-mail to Tribune counsel regarding brief (.4). | 2.40 | hrs |
| 10/17/10 | SN | Review draft order and suggested changes. | 0.30 | hrs |
| 10/18/10 | DAT | Read litigation hold letter (.1); read and comment on proposed order of retention (.2); review draft order relating to Stanley and Trustee motions (.2); read and comment on discipline of Morgan Stanley claims in Plan (.8); call with clients regarding retention and claims (1.2). | 2.50 | hrs |
| 10/18/10 | SN | Conference call with clients and co-counsel regarding open issues (.5); telephone conference with D. Liebentritt regarding same (.2); review new e-mail from J. Bendernagel and read new draft order (.2). | 0.90 | hrs |
| 10/19/10 | DAT | Edit draft order (1.1); litigation hold (.2). | 1.30 | hrs |
| 10/19/10 | ATW | Conduct legal research regarding privilege issues (2.8); discussion with DAT regarding research (.3); discussion with DAT regarding litigation hold (.1). | 3.20 | hrs |
| 10/20/10 | DAT | Office conferences with SN regarding language in retention order (.8); review e-mails regarding same (.2); research regarding privilege issues (2.0); telephone conferences with B. Erens regarding Morgan Stanley issues (.3). | 3.30 | hrs |
| 10/20/10 | SN | Work on draft order. | 0.10 | hrs |

**novack▸macey**

Invoice No.  32857

| | | | |
|---|---|---|---|
| 10/20/10 | ATW | Conduct additional legal research regarding privilege issues (1.3); meetings with DAT regarding privilege issues (.6); conduct follow-up research regarding privilege issues (1.1); prepare for meeting with special committee and organize key documents pertaining to complaint (.4). | 3.40  hrs |
| 10/21/10 | DAT | Review draft order of reorganization and provide input on the definition of "Morgan Stanley Claims" (.3); review and comment on draft consent orders for standing motions (.2). | 0.50  hrs |
| 10/21/10 | SN | Conference with DAT regarding proposed order and hearing (0.5); telephone conference with D. Liebentritt regarding same (0.5); and telephone conference with J. Bendernagel regarding same (0.2). | 1.20  hrs |
| 10/21/10 | SN | Prepare for hearing. | 0.40  hrs |
| 10/22/10 | DAT | Read order regarding retention (.1); office conference with SN regarding retention hearing and order (.1). | 0.20  hrs |
| 10/22/10 | SN | Meet with client and co-counsel in preparation for hearing (3.5); attend court hearing (3.0). | 6.50  hrs |
| 10/22/10 | SN | Travel to/from Wilmington for hearing. | 8.10  hrs |
| 10/25/10 | DAT | Review order regarding retention and office conference with SN regarding same. | 0.10  hrs |
| 10/26/10 | DAT | Telephone conference with T. Macauley regarding Morgan Stanley claims (.3); e-mail correspondence with D. Liebentritt regarding same (.2); review draft complaint (.1); office conference with SN regarding privilege issues (.1); read cases regarding privilege issues (.8). | 1.50  hrs |
| 10/26/10 | SN | Telephone conference with D. Liebentritt regarding open issues. | 0.20  hrs |

# novack·macey

Invoice No.   32857

PAGE      10

| | | | |
|---|---|---|---|
| 10/28/10 | DAT | Telephone conferences with J. Bendernagel regarding open issues (.2); edit common interest agreement (.9); telephone conferences with T. Macauley regarding Morgan Stanley claims, etc. (.9); telephone conferences with K. Kansa regarding Golden's objections to retention disclosures (.4); telephone conference with D. Liebentritt regarding calls with Kansa and Macauley and Weil (.5); office conferences with SN regarding privilege issues (.5); review factual basis for Morgan Stanley claims and UCC's draft complaint (1.3). | 4.70 hrs |
| 10/29/10 | DAT | Telephone conferences with T. Macauley regarding Morgan Stanley claims (1.4); telephone conference with Weil Gotshall regarding Morgan Stanley claims (.4); review claim factual basis (.7); telephone conference with D. Liebentritt regarding calls to Weil and T. Macauley (.2). | 2.70 hrs |
| 10/29/10 | SN | Conference with DAT regarding new issues (.3); telephone conference with D. Liebentritt regarding same (.1). | 0.40 hrs |

|  |  |
|---|---|
| Total fees for this matter | $93,177.50 |

**DISBURSEMENTS**

|  |  |
|---|---|
| Westlaw | $973.11 |
| Total disbursements for this matter | $973.11 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stephen Novack | 30.10 hrs | $650.00 | $19,565.00 |
| Stephen Novack | 8.10 hrs | $325.00 | $2,632.50 |
| Donald A. Tarkington | 88.40 hrs | $520.00 | $45,968.00 |
| Julie Johnston-Ahlen | 14.70 hrs | $315.00 | $4,630.50 |
| Adam T Waskowski | 51.10 hrs | $295.00 | $15,074.50 |
| Rebekah H. Parker | 14.70 hrs | $260.00 | $3,822.00 |
| Josh Seib | 9.00 hrs | $165.00 | $1,485.00 |
| **TOTAL FEES** | 216.10 hrs | | $93,177.50 |
| **TOTAL DISBURSEMENTS** | | | $973.11 |
| **TOTAL AMOUNT DUE** | | | $94,150.61 |

# novack‣macey

Tax Identifying No.: 36-3331397

December 15, 2010
Billed through 11/30/2010
Invoice No. 32952    TRIB 01001

Donald Liebentritt
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Re: Dispute with Morgan Stanley

LEGAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 11/01/10 | DAT | Telephone conference with T. Macauley regarding draft UCC complaint (.3); review new draft UCC complaint (.8); telephone conference with J. Bendernagel regarding e-mail (.2); draft e-mail for client regarding open issue(.2); e-mails to D. Liebentritt regarding same (.1). | 1.60 hrs |
| 11/01/10 | SN | Work on consent issue. | 0.10 hrs |
| 11/03/10 | DAT | Draft letter to D. Golden regarding conflict search (.8); e-mail correspondence with K. Kansa regarding same (.1). | 0.90 hrs |
| 11/09/10 | DAT | Travel to Delaware; prepare for hearing while traveling (5.2). | 5.20 hrs |
| 11/09/10 | SN | Preparation with DAT regarding tomorrow's hearing. | 0.10 hrs |
| 11/10/10 | DAT | Prepare for hearing (2.0); attend MIP hearing (2.5). | 4.50 hrs |
| 11/10/10 | DAT | Travel to Chicago. | 7.80 hrs |

Total fees for this matter                    $7,150.00

**novack▸macey**

Invoice No.  32952

PAGE        2

DISBURSEMENTS

| | |
|---|---|
| Travel related expenses--DAT 11/09--11/10 trip to Wilmington, DE including airfare, lodging, and transportation. | $1,522.32 |
| Travel related expenses--SN 10/22/10 trip to Wilmington, DE including airfare, meal, and transportation. | $978.85 |
| Total disbursements for this matter | $2,501.17 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stephen Novack | 0.20 hrs | $650.00 | $130.00 |
| Donald A. Tarkington | 7.00 hrs | $520.00 | $3,640.00 |
| Donald A. Tarkington | 13.00 hrs | $260.00 | $3,380.00 |
| TOTAL FEES | 20.20 hrs | | $7,150.00 |
| TOTAL DISBURSEMENTS | | | $2,501.17 |
| AMOUNT DUE THIS INVOICE | | | $9,651.17 |
| BALANCE OUTSTANDING | | | $94,150.61 |
| TOTAL AMOUNT DUE | | | $103,801.78 |

# EXHIBIT C

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010[1]**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | see attached | $1,534.80 |
| Document Production | | |
| Duplicating Charges | | |
| Court Costs | | |
| Document Delivery Services | | |
| Document Services | | |
| Filing Fees | | |
| Car Services/Taxis/Parking | see attached | $737.00 |
| Meals Out-of-Town | | $14.45 |
| Meals | | |
| Messenger Services | | |
| Professional Services/Specialists | | |
| Publications | | |
| Search Services | | |
| Telephone Tolls | | |
| Travel/Lodging | Marriot Residence Inn (11/9/10-11/10/10) | $214.92 |
| Legal Research | Westlaw (See Exhibit D.) | $973.11 |
| **Total** | | **$3,474.28** |

---

[1]    There were no expenses billed for August, 2010.

| Expense Type | Transaction Date (do we need this?) | Description | Total Expenses |
|---|---|---|---|
| **Air Transportation** | | | |
| | | SN - Chicago to Wilmington, DE - American 10/22/10 | $569.40 |
| | | DAT - Chicago to Wilmington, DE - United 11/9/10-11/10/10 | $965.40 |
| | | **Subtotal** | **$1,534.80** |
| | | | |
| **Car Services/Taxis/Parking** | | | |
| | | SN - Chicago office to O'Hare - Alliance Limousine 10/22/10 | $182.00 |
| | | SN - O'Hare to home - Alliance Limousine 10/22/10 | $182.00 |
| | | SN - O'Hare parking 10/22/10 | $31.00 |
| | | DAT - Alliance Limousine 11/9/10 | $182.00 |
| | | DAT - Building parking 11/9/10 | $25.00 |
| | | DAT - O'Hare parking 11/9/10-11/10/10 | $35.00 |
| | | DAT - Cab 11/10/10 | $100.00 |
| | | **Subtotal** | **$737.00** |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | | **$2,271.80** |

# EXHIBIT D

**Account:** NOVACK & MACEY LLP, CHICAGO IL (1000583830)
**Date Range:** September 01, 2010 - September 30, 2010
**Report Format:** Summary-Account by Client by User by Day

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client TRIB 1001 | | | | | | | | |
| User Name JOHNSTON-AHLEN,JULIE A (5180656) | | | | | | | | |
| Day 09/27/2010 | | | | | | | $20.50 | $274.83 |
| Totals for Incident | $1,900. | | | $11,900. | $254.33 | | $20.50 | $274.83 |
| Totals for Day 09/27/2010 | $1,900. | | 14,791. | $14,900. | $254.33 | | | |
| Day 09/30/2010 | | | | | | | $7.61 | $102.03 |
| Totals for Incident | $3,898. | | | | $94.42 | | $7.61 | $102.03 |
| Totals for Day 09/30/2010 | $3,898. | | | | $84.43 | | | |
| Totals for User Name JOHNSTON-AHLEN,JULIE A (5180656) | 18,109. | | 14,781. | $4,885.78 | $346.76 | | $28.10 | $376.86 |
| User Name PARKER,REBEKAH (7265553) | | | | | | | | |
| Day 09/27/2010 | | | | | | | | |

**Account: NOVACK & MACEY LLP, CHICAGO IL (1000583630)**
Date Range: September 01, 2010 - September 30, 2010
Report Format: Summary Account by Client by User by Day

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Totals for [Account] | | | | | | $13.99 | $1.15 | $16.14 |
| Totals for Day 09/27/2010 | | | | | | $13.99 | $1.15 | $16.14 |
| Day 09/28/2010 | | 15 | | | | $19.69 | $1.60 | $21.29 |
| Totals for [Account] | | | | | | $19.69 | $1.60 | $21.29 |
| Totals for Day 09/28/2010 | | | | | | $19.69 | $1.60 | $21.29 |
| Day 09/29/2010 | | | | | | $17.48 | $1.56 | $19.54 |
| Totals for [Account] | | | | | | $17.48 | $1.46 | $18.94 |
| Totals for Day 09/29/2010 | | 26 | | | $55.37 | $41.16 | $4.21 | $55.37 |
| Totals for User Name TARKINGTON,DONALD A (5944530) | | | | | | | | |
| User Name TARKINGTON,DONALD A (5944530) | | | | | | | | |
| Day 09/07/2010 | | | | | | $46.62 | $3.90 | $49.52 |
| Totals for [Account] | | 19 | | | $47.40 | $46.62 | $3.90 | $50.52 |
| Totals for Day 09/07/2010 | | | | | | | | |
| Day 09/24/2010 | | | | | | $92.00 | $7.47 | $99.49 |
| Totals for [Account] | | 8 | 4.00 | | $1,484.30 | $92.02 | $7.47 | $99.49 |
| Totals for Day 09/24/2010 | | 13 | 4.00 | | $2,234.30 | $138.63 | $11.37 | $150.00 |
| Totals for User Name TARKINGTON,DONALD A (5944530) | | | | | | | | $249.23 |
| **Totals for Client TRB 1001** | | | | | | | | |

Client TRB1001
User Name PARKER,REBEKAH (7205555)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Day 09/28/2010 | | 9 | | | $34.25 | $21.34 | $1.76 | $23.10 |
| Totals for [Account] | | | | | $34.25 | $21.34 | $1.76 | $23.10 |
| Totals for Day 09/28/2010 | | 9 | | | $34.25 | $21.34 | $1.76 | $23.10 |
| Totals for User Name PARKER,REBEKAH (7205555) | | | | | | | | $23.10 |
| **Totals for Client TRB1001** | | | | | | | | $23.10 |

**Account:** NOVACK & MACEY LLP, CHICAGO IL (1000583630)
**Date Range:** October 01, 2010 - October 31, 2010
**Report Format:** Summary-Account by Client by User by Day

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|

Client TRHB 1001
User Name PARKER,REBEKAH (7205553)

Day 10/04/2010
Totals for Day 10/04/2010
Totals for Day 10/04/2010

Day 10/05/2010
Totals for Day 10/05/2010
Totals for Day 10/05/2010

Day 10/06/2010
Totals for Day 10/06/2010
Totals for Day 10/06/2010
Totals for User Name PARKER,REBEKAH (7205553)

User Name TARKINGTON,DONALD A (584530)

Day 10/21/2010
Totals for Day 10/21/2010
Totals for Day 10/21/2010
Totals for User Name TARKINGTON,DONALD A (584530)

User Name WASKOWSKI,ADAM T. (6314236)

Day 10/19/2010
Totals for Day 10/19/2010

Account: NOVACK & MACEY LLP, CHICAGO IL (1000583630)
Date Range: October 01, 2010 - October 31, 2010
Report Format: Summary-Account by Client by User by Day

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Totals for Day 10/18/2010 | 6.017 | | | 6.017 | $1,855.36 | $109.42 | $8.83 | $118.25 |
| Totals for User Name: WASKOWSKI,ADAM T. (6314236) | 6.017 | | | 6.017 | $1,855.36 | $109.42 | $8.83 | $118.25 |
| | | | | | | $104.42 | $4.58 | $109.00 |

**Account: NOVACK & MACEY LLP, CHICAGO IL (1000583530)**
Date Range: October 01, 2010 - October 31, 2010
Report Format: Summary-Account by Client by User by Day




| Account by Client by User by Day | Transactions | Database Time | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client TRIB 1001 | | | | | | | | |
| User Name WASKOWSKI,ADAM T. (6314235) | | | | | | | | |
| Day 10/19/2010 | | | | | | | | |
| Types for Database | | | | 404 | $156.20 | $156.19 | $12.59 | $168.78 |
| Totals for Day 10/19/2010 | | | | 404 | $156.20 | $156.19 | $12.59 | $168.78 |
| Totals for User Name WASKOWSKI,ADAM T. (6314235) | | | | 404 | $156.20 | $156.19 | $12.59 | $168.78 |
| Totals for Client TRIB 1001 | | | | 404 | $156.19 | $156.19 | $12.59 | $168.78 |

# EXHIBIT E

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF COOK | ) | |

## AFFIDAVIT OF DONALD A. TARKINGTON

Donald A. Tarkington, being first duly sworn, on oath states as follows:

1.      I am a partner of the applicant firm, Novack and Macey LLP, and have been admitted to the bar of the State of Illinois since 1983.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.       I have read the Consolidated First Interim Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from August 26, 2010 through November 30, 2010 (the "Application").

3.       I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed the requirements of Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with the same.

_____
Donald A. Tarkington

SUBSCRIBED AND SWORN to before
me this _17th_ day of February, 2011.

_____
NOTARY PUBLIC

```
"OFFICIAL SEAL"
MARY C. BIANCHI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/26/2014
```