**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| _____ ) | Chapter 11 |
| In re:                                                               ) | |
|                                                                          ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*,                      ) | |
|                                                                          ) | Jointly Administered |
|                                         Debtors.         ) | |
|                                                                          ) | Re:  Dkt. Nos.  7983 and 7988 |
|                                                                          ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I, *David W. Carickhoff*, certify that on February 15, 2011, I caused service of a copy of the (i) *Samuel Zell's Objection To Confirmation Of (A) The Second Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., And JPMorgan Chase Bank N.A. And (B) The Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Indenture Trustee For The Phones Notes* [Dkt. No. 7983] and (ii) *EGI-TRB LLC's Objection To Confirmation Of (A) The Second Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., And JPMorgan Chase Bank N.A. And (B) The Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As*

*Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Indenture Trustee For The Phones Notes* [Dkt. No. 7988] to be made upon all the parties listed on the Service List attached hereto in the manner indicated.

|  |  |
|---|---|
| Dated:  February 18, 2011 | */s/   David W. Carickhoff*<br>David W. Carickhoff (DE Bar. No. 3715) |

<u>Service List</u>

<u>Via Electronic Mail and First Class Mail</u>
James F. Conlan, Esquire
Bryan Krakauer, Esquire
Janet E. Henderson, Esquire
Kevin T. Lantry, Esquire
Jessica C.K. Boelter, Esquire
**Sidley Austin LLP**
One South Dearborn Street
Chicago, IL  60603
jconlan@sidley.com
bkrakauer@sidley.com
jhenderson@sidley.com
klantry@sidley.com
jboelter@sidley.com
*Counsel for the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

<u>Via Electronic Mail and Hand Delivery</u>
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleshotz.com
kstickles@coleshotz.com
*Counsel for the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

<u>Via Electronic Mail and First Class Mail</u>
Howard Seife, Esquire
David M. LeMay, Esquire
**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com
dlemay@chadbourne.com
*Counsel for the Official Committee of Unsecured Creditors*

<u>Via Electronic Mail and Hand Delivery</u>
Adam G. Landis, Esquire
**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
Wilmington, DE  19801
landis@lrclaw.com
*Counsel for the Official Committee of Unsecured Creditors*

<u>Via Electronic Mail and First Class Mail</u>
Graeme W. Bush, Esquire
James Sottile, Esquire
**Zuckerman Spaeder LLP**
1800 M. Street, N.W., Suite 1000
Washington, DC  20036
gbush@zuckerman.com
jsottile@zuckerman.com
*Counsel for the Official Committee of Unsecured Creditors*

<u>Via Electronic Mail and First Class Mail</u>
Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
**Hennigan, Bennett & Dorman LLP**
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
mesterj@hbdlawyers.com
*Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.*

Via Electronic Mail and Hand Delivery
Robert S. Brady, Esquire
M. Blake Cleary, Esquire
**Young Conaway Stargatt & Taylor, LLP**
The Brandywine Building – 17th Floor
1000 West Street, PO Box 391
Wilmington, DE  19899-0391
rbrady@ycst.com
mbcleary@ycst.com
*Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.*

Via Electronic Mail and First Class Mail
Andrew Goldman, Esquire
**Wilmer Cutler Pickering Hale & Dorr LLP**
399 Park Avenue
New York, NY  10022
Andrew.goldman@wilmerhale.com
*Co-Counsel for Angelo, Gordon & Co., L.P.*

Via Electronic Mail and First Class Mail
Donald S. Bernstein, Esquire
Damian S. Schaible, Esquire
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY  10017
Donald.bernstein@davispolk.com
Damian.schaible@davispolk.com
*Counsel for JPMorgan Chase Bank, N.A.*

Via Electronic Mail and Hand Delivery
Mark Collins, Esquire
**Richards Layton & Finger**
One Rodney Square
920 North King Street
Wilmington, DE  19801
Collins@rlf.com
*Counsel for JPMorgan Chase Bank, N.A.*

Via Electronic Mail and First Class Mail
Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY  10036
dgolden@akingump.com
pdublin@akingump.com
*Counsel for Aurelius Capital Management, LP*

Via Electronic Mail and Hand Delivery
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
**Ashby & Geddes, P.A.**
500 Delaware Avenue, PO Box 1150
Wilmington, DE  19899
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
*Counsel for Aurelius Capital Management, LP*

Via Electronic Mail and First Class Mail
David J. Adler, Esquire
**McCarter & English, LLP**
245 Park Avenue
New York, NY  10167
dadler@mccarter.com
*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

Via Electronic Mail and Hand Delivery
Katharine L. Mayer, Esquire
**McCarter & English, LLP**
Renaissance Centre
405 N. King Street
Wilmington, DE  19801
kmayer@mccarter.com
*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

<u>Via Electronic Mail and First Class Mail</u>
David S. Rosner, Esquire
Richard F. Casher, Esquire
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY  10019
drosner@kasowitz.com
rcasher@kasowitz.com
*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

<u>Via Electronic Mail and Hand Delivery</u>
Garvan F. McDaniel, Esquire
**Bifferato Gentilotti LLC**
800 N. King Street, Plaza Level
Wilmington, DE  19801
gmcdaniel@bglawde.com
*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

<u>Via Electronic Mail and First Class Mail</u>
Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
**Brown Rudnick LLP**
Seven Times Square
New York, NY  10036
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

<u>Via Electronic Mail and Hand Delivery</u>
William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
**Sullivan Hazeltine Allinson LLC**
4 East 8th Street, Suite 400
Wilmington, DE  19801
bsullivan@sha-llc.com
zallinson@sha-llc.com
*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

<u>Via Electronic Mail and Hand Delivery</u>
David Klauder, Esquire
**Office of the United States Trustee**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box #35
Wilmington, DE  19801
David.klauder@usdoj.gov