## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG

1633 BROADWAY
NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1102

WRITER'S DIRECT FAX
(212) 373-7902

E-MAIL
EFRIEDMAN@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
KEVIN L. OBERDORFER
TIMOTHY M. HAGGERTY
JOHN C. LIN
ANDREW S. PAK
PHILIP A. WELLNER
AMY K. PENN
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CARI FAIS
SAUMYA MANOHAR
BENJAMIN S. HOLZER

February 20, 2011

The Honorable Kevin J. Carey
Chief Judge, United States Bankruptcy Court
824 North Market Street, Fifth Floor
Wilmington, Delaware 19801

  Re: *In re Tribune Company, et al.*, Case No. 08-013161 (Bankr. D. Del.) (KJC)
     Discovery Dispute re: Depositions of Seife and Bush

Dear Chief Judge Carey:

  This firm represents Aurelius Capital Management, LP ("Aurelius"), one of the proponents of the "Noteholder Plan." This letter concerns Aurelius' request to take the depositions of Howard Seife, Esq. of Chadbourne & Park, LLP ("Chadbourne"), and Graeme Bush, Esq. of Zuckerman Spaeder LLP ("Zuckerman"). Messrs. Seife and Bush are counsel to the Official Committee of Unsecured Creditors (the "Committee"). As the Court is aware, the Committee opposes Aurelius' request, and the matter had been briefed and scheduled for a hearing on February 8, at which time it was adjourned to February 15, and then again adjourned *sine die*. I am writing to request that the matter be restored to the agenda for a hearing on the merits on February 22, 2011.

  Events that have transpired since February 15 have confirmed the need for the depositions of Messrs. Seife and Bush. Contrary to the representations of Committee counsel in Chadbourne's February 3, 2011 letter to the Court as well as at the February 8 and 15 hearings, these depositions are necessary because these witnesses are in many significant instances the only witnesses with personal knowledge of the negotiation of the DCL Plan, including the proposed settlements embodied therein. In particular, depositions of the co-chairs of the Committee, as well as those of other witnesses involved in the negotiation of the DCL Plan, have ████████████████████████████████████

961717.1

**Friedman Kaplan Seiler & Adelman LLP**

The Honorable Kevin J. Carey            - 2 -            February 20, 2011

████████████████████████████████
████████

        When asked about these negotiations during his February 16 deposition, Committee co-chair Wayne Smith testified that ████████████████████████████
████████████ (Smith Tr. 40:23-25.) Mr. Smith testified that ███████████████
████████████████████████████████████
███████████ (*Id.* 80:2-81:4, 160:15-25.) As to ██████████████████████
██████████████████████████ Mr. Smith testified that
████████████████████████████████
████████████████████████████████
████████████████████████████████
(*Id.* 106:24-107:6, 108:8-22.) As to ██████████████████████████████
██████████████ Mr. Smith ██████████████████████
████████ (*Id.* 108:23-109:4, 111:21-23.)

        Mr. Smith also testified ██████████████████████████
████████████████████████████████
██████████ (*Id.* 125:23-128:22.) As to ████████████████████
█████ Mr. Smith's testimony ████████████████████
████████████████████████████████
████████████████████████████████
████████████████████

\* \* \*

████████████████████████████████
████████████████████████████████
████████████

961717.1

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

The Honorable Kevin J. Carey      - 3 -      February 20, 2011

(Smith Tr. 177:15-25; 185:7-13.)

Mr. Smith further testified that ████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████ (*Id.*
129:11-13.)

Similarly, Mr. Smith ████████████████████████████████████
████████████████████████████████████████████████████████████
████████ (*Id.* 152:15-153:10.) When asked ████████████████████
████████████████████████████████████████████ Mr. Smith
testified, ████████████ (*Id.* 171:15-176:21.)

Testimony from other proponents of the DCL Plan, including Kenneth Liang of Oaktree, further confirms that ████████████████████████████
████████

- ████████████████████████████████
- ████████████████████████████████
- ████████████████████████████████████
- ████████████████████████████████████

(Liang Tr. 83:15-20.)

Without an opportunity to depose Messrs. Seife and Bush, Aurelius and other proponents of the Noteholder Plan will be completely stymied in their ability to obtain meaningful discovery into the Committee's role, participation and motivations in the negotiation process. We therefore respectfully request that this matter be restored to the agenda in order to be heard on February 22.

Respectfully submitted,

*Edward A. Friedman* (signature)

Edward A. Friedman

cc: All counsel entitled to notice under the Discovery and Scheduling Order (by e-mail)

961717.1