

GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700
FAX:    (312) 558-1195
        (312) 263-7356

To Call Writer Direct
(312) 704-7764
msolis@grippoelden.com

February 21, 2011

**By ECF Filing and Federal Express**

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge
824 North Market Street # 500
Wilmington, Delaware 19801

      Re:    *In re Tribune Company, et al.*, Case No. 08-13141 (Bankr. D. Del.) (KJC)
             Motion To Quash Deposition Subpoena To Robert Bellack

Dear Chief Judge Carey:

    We write on behalf of our client, Robert Bellack, a former employee of a Tribune subsidiary, the *Los Angeles Times*. Mr. Bellack has no current connection to the Tribune or its subsidiaries.

    On or about February 10, 2011, Mr. Bellack received a subpoena issued by the United States Bankruptcy Court for the Central District of California. The subpoena is improper and should be quashed for at least three reasons:

1. Mr. Bellack left the Tribune in May 2010 and has no information material to the Company's bankruptcy plans that is not already available elsewhere.

2. Mr. Bellack is an individual defendant, sued personally in the stayed Adversary Actions, and the deposition sought under the guise of Plan Confirmation discovery would negate this Court's order that "All rights of such defendants . . . shall be fully preserved."

3. The subpoena is cumulative and seeks information already available more efficiently from other sources. It constitutes an undue burden on Mr. Bellack.

    In accordance with Rule 9016 of the Federal Rules of Bankruptcy Procedure and Rule 45(c)(3)(A) and (B), Fed. R. Civ. P., we have moved to quash the subpoena in the issuing Court. See, *Rajala v. McGuire Woods, LLP*, 2010 WL 4683979 at *3 (D. Kan. Nov. 12, 2010) (only the issuing court can quash or modify a subpoena under Rule 45, *citing* other cases on

1094124



GRIPPO
&ELDEN

The Honorable Kevin J. Carey
February 21, 2011
Page 2

point.)  However, we are amenable to having this Court hear the issue if the Court believes this is the appropriate forum.  A copy of our Motion to Quash, which will be filed tomorrow in the Central District of California, is attached.  A courtesy copy of the Motion to Quash was sent on Friday, February 18, 2011 to counsel for Aurelius Capital Management LP, the issuer of the subpoena.

If it is the Court's view that this is the proper forum for this issue, we would appreciate an opportunity to be heard and will make ourselves available at the convenience of the Court.  Thank you.

Yours very truly,

Charles S. Bergen

Enclosure
cc:   Brian T. Carney
      James F. Bendernagel

1094124