# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**Thomas J. McCormack**
**direct tel** 212 408 5182  **fax** 646 710 5182
tmccormack@chadbourne.com

February 21, 2011

**BY HAND**

The Honorable Chief Judge Kevin J. Carey
United States Bankruptcy Court
824 North Market Street, Fifth Floor
Wilmington, Delaware  19801

      Re:  *In re Tribune Company, et al.*, Case No. 08-013141 (Bankr. D. Del.) (KJC)

Dear Chief Judge Carey:

    We represent the Official Committee of Unsecured Creditors (the "Committee") in this matter.

    We respond briefly to Aurelius's February 20, 2011 application to renew its efforts to depose Committee counsel Howard Seife and Graeme Bush.

    Aurelius has now noticed the depositions of five counsel to the Committee or its members (Seife, Bush, Teitelbaum, Novod and Adler), six members of the Committee (Smith, Salganik, Niese, Kulnis, Davis and Yamaoka) and one representative of the Committee's financial advisor (Carlston from Moelis & Co.).  Revealingly, Aurelius noticed all of these depositions <u>before</u> the first deposition of any Committee member or advisor was taken.  In our view, this reflects a strategy of harassment and annoyance more than anything else (and certainly not the result of any perceived inadequacy of testimony, as Aurelius professes). Apparently, Aurelius has always intended to press down this road.  The fact that three of those witnesses have now been deposed at length and a fourth is scheduled to be deposed this week is essentially irrelevant to Aurelius's strategy:  in their view, they are entitled to all the depositions, no matter what.

    On their current application, Aurelius presents no evidence of any "extraordinary situation" to justify these attorney depositions (Feb. 8 Tr. 33:17-34:3).  Rather, they merely cherry-pick two or three quotes from Mr. Smith's 275-page transcript that reflect attorney involvement in settlement discussions — an observation that is nothing new, as that was a subject matter specifically discussed at the February 8 hearing and this Court observed that there was hardly anything surprising about it.  (<u>Id</u>. at 26:11-33:12.)  Thus, Aurelius's proffer changes nothing.  Moreover, Aurelius simply ignores the lengthy testimonies of Carlston, Kulnis and Ken Liang (an Oaktree witness) that address settlement negotiations, as well as the 320,000 pages of documents (including voluminous e-mails) produced by the Committee, its



# CHADBOURNE
# & PARKE LLP

The Honorable Chief Judge Kevin J. Carey   -2-                    February 21, 2011

members and advisors that reflect hard, arms' length negotiations in the period leading up to the October plan.

    While Aurelius has apparently changed counsel to press this point yet again, the outcome remains the same: there is no justification for taking the depositions of attorney witnesses. This is particularly true here, as both Seife and Bush have significant obligations and responsibilities on behalf of the Committee over the next two weeks as we head to trial.

    In sum, while Aurelius is doing what Aurelius does, it cannot ignore the prior proceedings in this action, this Court's clear guidance, and the weight of case law that makes the deposition of attorney witnesses (especially those who will be counsel to interested parties at the confirmation hearing) wholly inappropriate, as more fully described in the prior submissions on this matter and before Your Honor.

    Accordingly, Aurelius's renewal of its efforts to depose Messrs. Seife and Bush should be summarily denied.

                                                    Respectfully submitted,

                                                    Thomas J. McCormack

cc (via e-mail):   All counsel entitled to notice under the Discovery and Scheduling Order

