IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                             :
                                                   :
                                                   :   Chapter 11 Cases
                                                   :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                           :   (Jointly Administered)
                                                   :
                                                   :
                    Debtors.                       :
---------------------------------------------------X

## ORDER GRANTING MOTION TO COMPEL DEPOSITION OF MAGGIE WILDEROTTER

WHEREAS, on January 31, 2011 Aurelius Capital Management, LP ("Aurelius") noticed the deposition (the "Notice") of Maggie Wilderotter, a member of the Board of Directors and a member of the Special Committee of Independent Directors (the "Special Committee") of Tribune Company, and;

WHEREAS, on February 4, 2011, the Special Committee and Ms. Wilderotter objected to the Notice and refused to produce Ms. Wilderotter for a deposition, based in part on the fact that Ms. Wilderotter was deposed on October 13, 2010 in connection with the Trustee Motion (the "Trustee Motion Deposition"), and;

WHEREAS, following unsuccessful efforts to resolve the dispute without Court intervention, pursuant to the Case Management Order, Aurelius wrote the Court on February 7, 2011 seeking an order compelling production of Ms. Wilderotter for a deposition (the "Motion to Compel"), and the Special Committee responded to Aurelius in a letter to the Court dated February 9, 2011 and;

WHEREAS, argument was heard in connection with the Motion to Compel at hearings before the Court on February 8 and 15, 2011;

IT IS HEREBY ORDERED THAT:

{00488648;v1}

1. the Motion to Compel is GRANTED, and

2. Ms. Wilderotter shall appear for a deposition at such time and place as the parties shall agree or the Court shall further order, *provided however,* that there shall be no repetitive questioning from the Trustee Motion Deposition. Counsel examining Ms. Wilderotter at her deposition shall not repeat questions asked of Ms. Wilderotter at the Trustee Motion Deposition, except as it relates to a flow of questioning.

Dated: February 18, 2011
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
United States Bankruptcy Judge, District of Delaware

{00488648;v1}