UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
TRIBUNE COMPANY, et al.,                                         :   Case No. 08-13141 (KJC)
a Delaware corporation,                                          :
                                                                 :   Jointly Administered
                               Debtors.                          :
---------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Katharine L. Mayer, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached certification, moves for the admission *pro hac vice* of William T. Reilly of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark NJ (the "Admittee"), to represent Deutsche Bank Trust Company Americas in the above-captioned bankruptcy case. The Admittee is a member in good standing of the Bar of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Federal Claims, United States Court of Appeals for the Third Circuit and Federal Circuit, and the United States Supreme Court and is not currently under suspension or subject to other disciplinary action with respect to his practice.

Dated: February 22, 2011
       Wilmington, DE

**MCCARTER & ENGLISH LLP**

By:    /s/ Katharine L. Mayer
Katharine L. Mayer (DE# 3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
kmayer@mccarter.com
*Counsel for*
*Deutsche Bank Trust Company Americas*

ME1 11248448v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above; and pursuant to Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or promptly will be paid to the Clerk of the Court for the District Court.

Date: February 2d, 2011

By: _____
William T. Reilly
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark NJ 07102
Telephone: (973) 639-2058
Facsimile: (973) 297-3910
E-mail: wreilly@mccarter.com

**Motion Granted.**

**BY THE COURT:**

Date:_____

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

ME1 11248448v.1