# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** February 22, 2011

### PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michelle Marino | Edwards Angell Palmer & Dodge | Barclays |
| Norman Pernick | Cole Schotz | Debtor |
| James Dloyet | Sidley | " |
| David Golden | Akin Gump | Aurelius |
| Abid Qureshi | Akin Gump | Aurelius |
| Ed Friedman | Friedman Kaplan | Aurelius |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Blake Cleary | Young Conaway | cotton credit Absant cubs |
| R. Stephen McNeill | Potter Anderson & Corroon | Merill Lynch |
| Chris Ward | Polsinelli Shughart | Daniel Kass |
| Therese King Nohos | Dewey & LeBoeuf | " |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5  
**DATE:** February 22, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath + Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| David LeMay | Chadbourne + Parke | " " |
| Thomas McCormack | " " | " " |
| Anna Soffile | Zuckerman Spaeder | " " |
| Bos Stearn | KnE | JPMorgan Chase |
| Elliot Moskowitz | Davis Polk | " |
| Robert A. Schwinger | Chadbourne + Parke | The Committee |
| Amanda M. Winfree | Ashby + Geddes PA | Aurelius Capital Management LP |
| Martin S. Siegel | Brown Rudnick LLP | Wilmington Trust Co. |
| Katharine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |
| Bill Reilly | " | " |

# U.S. Bankruptcy Court-Delaware
## Court Conference
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

Calendar Date: 02/22/2011
Calendar Time: 02:00 PM ET

Amended Calendar 02/22/2011 09:15 AM

Page #

| Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| | Tribune Company | 0813141 | Hearing | 4052443 | Frank A. Anderson | 202-326-4020 ext. 3759 Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4053352 | Jean-Marie Atamian | (212) 506-2678 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4046221 | Carol L. Bale | 212-588-6640 SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4049651 | Bruce Bennett | (213) 621-6000 ext. 6018 Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4047167 | David E. Blabey, Jr. | (212) 715-9100 Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4053142 | Scott Bynum | 212-902-8060 Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4046757 | Daniel Cantor | (212) 326-2000 O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4040941 | Kira Davis | (212) 373-3000 Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4047007 | Douglas Deutsch | 212-408-5169 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4046442 | Ephraim Diamond | (646) 282-5841 DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4040950 | Amy Dieterich | (212) 373-3688 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4041167 | George Dougherty | (312) 704-7700 Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4046992 | Joseph Drayton | (212) 836-7177 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4046675 | Dave Eldersveld | 312-222-4707 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4041698 | Ashish D. Gandhi | (212) 310-8024 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4047248 | Andrew Goldfarb | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal                                  CourtConfCal2009                                  Page 1 of 3

| Name | Case | Type | ID | Contact | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4040918 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046074 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046208 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4048306 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051872 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4049643 | James O. Johnston | (213) 621-6000 ext. 6018 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4053310 | Tae Kim | (212) 756-2586 ext. 00 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4046654 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4046643 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4049254 | Kevin Lantry | 213-896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4047011 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4040927 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4046662 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4041703 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046633 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4048767 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4046648 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4048476 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4050961 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4048430 | Deborah Newman | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4048477 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4040933 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4047016 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4048473 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4052658 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4041711 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4052262 | Richard A. Saldinger | (312) 276-1321 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenney / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4047344 | Robert Schwinger | (213) 892-1000 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046998 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046766 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4050574 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4053356 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4053361 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046147 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046687 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4050578 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4046278 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |