IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Objections Due: February 28, 2011 at 4:00 p.m. (ET)<br>Hearing Date: March 2, 2011 at 1:30 p.m. (ET) |

(SEALED) THE NOTEHOLDER PLAN PROPONENTS' MOTION IN LIMINE AND MEMORANDUM OF LAW IN SUPPORT THEREOF TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA

# DOCUMENT TO BE KEPT UNDER SEAL

{00489918;v1} 1