## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objections Due: February 28, 2011 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: March 2, 2011 at 1:30 p.m. (ET)** |

**(SEALED) THE NOTEHOLDER PLAN PROPONENTS' MOTION IN LIMINE AND
MEMORANDUM OF LAW IN SUPPORT THEREOF TO EXCLUDE
THE EXPERT TESTIMONY OF BERNARD BLACK**

# DOCUMENT TO BE KEPT UNDER SEAL