UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objections Due: February 28, 2011 at 4:00 p.m. (ET)<br>Hearing Date: March 2, 2011 at 1:30 p.m. (ET) |

### AFFIRMATION OF JOHN W. BERRY, ESQ. IN SUPPORT OF THE NOTEHOLDER PLAN PROPONENTS' (A) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK AND (B) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA

JOHN W. BERRY, under penalty of perjury under the laws of the United States of America, declares that the following is true and correct:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, attorneys for Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius").

2. Along with Aurelius, Deutsche Bank Trust Company Americas, in its capacity as successor Indenture Trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor Indenture Trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor Indenture Trustee for the PHONES Notes (collectively, the "Noteholder Plan Proponents) have moved to exclude the expert testimony of Bernard Black, John Chachas, David Kurtz and Suneel Mandava.

3. I respectfully submit this affirmation in support of the accompanying Noteholder Plan Proponents' (a) Motion *in Limine* to Exclude the Expert Testimony of Bernard Black and (b) Motion *in Limine* to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava.

{00489913;v1}

4. A true and correct copy of the Expert Report of Professor Bernard S. Black dated February 8, 2011 is attached as Exhibit A.

5. A true and correct copy of the Expert Report of David Kurtz and Suneel Mandava dated February 2011 is attached as Exhibit B.

6. A true and correct copy of the Expert Report of Professor John G. Chachas dated February 8, 2011 is attached as Exhibit C.

7. A true and correct copy of the Rebuttal Report of Dr. Bruce Beron dated February 21, 2011 is attached as Exhibit D.

8. A true and correct copy of the letter from A. Qureshi to J. Ducayet and A. Ruegger dated February 11, 2011 is attached as Exhibit E.

9. A true and correct copy of the email from J. Ducayet to A. Qureshi dated February 16, 2011 is attached as Exhibit F.

Dated: New York, New York
      February 22, 2010

                                                          /s/ John W. Berry
                                                          JOHN W. BERRY

{00489913;v1}