**ALL EXHIBITS TO REMAIN UNDER SEAL**

{00489937;v1}