IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Related to Docket No. 8100** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that on February 22, 2011, Aurelius Capital Management, L.P., filed the *Affirmation Of John W. Berry, Esq. In Support Of The Noteholder Plan Proponents (A) Motion In Limine To Exclude The Expert Testimony Of Bernard Black And (B) Motion In Limine To Exclude The Expert Testimony Of John Chachas, David Kurtz And Suneel Mandava* [Docket No. 8100] (the "Berry Affirmation").

**PLEASE TAKE FURTHER NOTICE** that the exhibits to the Berry Affirmation were inadvertently filed containing information designated by the parties as "highly confidential". In accordance with the Clerk's Office's *Procedures Regarding Removal/Replacement of Images*, all of the exhibits to the Berry Affirmation are hereby withdrawn.

Dated: February 23, 2011

ASHBY & GEDDES, P.A.

*/s/ Leigh-Anne M. Raport*
William P. Bowden (#2553)
Amanda M. Winfree (#4615)
Leigh-Anne M. Raport (#5055)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: 302-654-1888

-and-

Daniel H. Goldman (Admitted pro hac vice)
David M. Zensky (Admitted pro hac vice)
Abid Qureshi (Admitted pro hac vice)
Mitchell Hurley (Admitted pro hac vice)

{00460688;v1}

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: 212-872-1000

*Counsel to Aurelius Management, LP*