IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) ) ) ) Chapter 11 <br> ) ) ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) ) **Related to Docket No. 8100** ) |

**MOTION TO APPROVE PERMANENT REMOVAL OF IMAGES OF EXHIBITS TO THE AFFIRMATION OF JOHN W. BERRY, ESQ. IN SUPPORT OF THE NOTEHOLDER PLAN PROPONENTS (A) MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK AND (B) MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA [DOCKET NO. 8100]**

Aurelius Capital Management, LP ("Aurelius"), on behalf of its managed entities, by and through its undersigned counsel, respectfully submits this motion (the "Motion") for approval of the permanent removal of images from the public docket in connection with its *Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents (A) Motion in Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion in Limine to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava* [Docket No. 8100] (the "Berry Affirmation"), specifically all of the exhibits attached thereto, and respectfully represents as follows:

1. On February 22, 2011, Aurelius filed the Berry Affirmation. The exhibits to the Berry Affirmation included information designated "highly confidential" by the parties.

2. Contemporaneously with the filing of this Motion, and in accordance with the Clerk's Office's *Procedures Regarding Removal/Replacement of Images*, Aurelius has filed its *Notice of Withdrawal of Document* (the "Notice of Withdrawal") which withdraws all of the exhibits to the Berry Affirmation (together, the "Withdrawn Exhibits").

3.      Accordingly, and by this Motion, Aurelius respectfully requests that the Court approve the permanent removal of the Withdrawn Exhibits from the public docket of the above-referenced bankruptcy cases. The Withdrawn Exhibits contained information designated by the parties as "highly confidential" and therefore fall within the ambit of Federal Rule of Bankruptcy Procedure 9018.

## CONCLUSION

For the foregoing reasons, Aurelius respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, approving the permanent removal of the Withdrawn Exhibits from the public docket of the above-referenced bankruptcy proceeding.

Dated:  February 23, 2011
        Wilmington, Delaware

ASHBY & GEDDES, P.A.

/s/ Leigh-Anne M. Raport
William P. Bowden (No. 2533)
Amanda M. Winfree (No. 4615)
Leigh-Anne M. Raport (No. 5055)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Daniel H. Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Abid Qureshi (admitted pro hac vice)
Mitchell Hurley (admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*