IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                              :    Chapter 11
                                                    :
TRIBUNE COMPANY, *et al.*,                          :    Case No. 08-13141 (KJC)
                                                    :
                              Debtors.              :    Jointly Administered
                                                    :
                                                    :    Objections Due: February 28, 2011 at 4:00 p.m. (ET)
                                                    :    Hearing Date: March 2, 2011 at 1:30 p.m. (ET)

---

## NOTICE OF MOTION

Please take notice that on February 23, 2011, the Noteholder Plan Proponents filed a redacted copy of *The Noteholder Plan Proponents' Motion In Limine And Memorandum Of Law In Support Thereof To Exclude The Expert Testimony Of John Chachas, David Kurtz And Suneel Mandava* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **March 2, 2011 at 1:30 p.m. (E.T.)** before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **February 28, 2011 at 4:00 p.m.** Only properly and timely filed responses will be considered.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

{00490064;v1}

Dated: February 23, 2011
Wilmington, Delaware

                              ASHBY & GEDDES, P.A.

BY: /s/ Leigh-Anne M. Raport
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

-and-

Daniel H. Golden
David M. Zensky
Abid Qureshi
Mitchell Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000

*Co-counsel to Aurelius Capital Management, LP*

2

{00490064;v1}