**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------
In re:                                    :    Chapter 11
                                          :
TRIBUNE COMPANY, *et al.*,                :    Case No. 08-13141 (KJC)
                                          :
              Debtors.      :    Jointly Administered
                                          :
                                          :    **Objections Due: February 28, 2011 at 4:00 p.m. (ET)**
                                          :    **Hearing Date: March 2, 2011 at 1:30 p.m. (ET)**
---------------------------------------------------------

**AFFIRMATION OF JOHN W. BERRY, ESQ. IN SUPPORT OF THE NOTEHOLDER PLAN PROPONENTS' (A) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK AND (B) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA**

    JOHN W. BERRY, under penalty of perjury under the laws of the United States of America, declares that the following is true and correct:

    1.    I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, attorneys for Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius").

    2.    Along with Aurelius, Deutsche Bank Trust Company Americas, in its capacity as successor Indenture Trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor Indenture Trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor Indenture Trustee for the PHONES Notes (collectively, the "Noteholder Plan Proponents) have moved to exclude the expert testimony of Bernard Black, John Chachas, David Kurtz and Suneel Mandava.

    3.    I respectfully submit this affirmation in support of the accompanying Noteholder Plan Proponents' (a) Motion *in Limine* to Exclude the Expert Testimony of Bernard Black and (b) Motion *in Limine* to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava.

4. A true and correct copy of the Expert Report of Professor Bernard S. Black dated February 8, 2011 is attached as Exhibit A.

5. A true and correct copy of the Expert Report of David Kurtz and Suneel Mandava dated February 2011 is attached as Exhibit B.

6. A true and correct copy of the Expert Report of Professor John G. Chachas dated February 8, 2011 is attached as Exhibit C.

7. A true and correct copy of the Rebuttal Report of Dr. Bruce Beron dated February 21, 2011 is attached as Exhibit D.

8. A true and correct copy of the letter from A. Qureshi to J. Ducayet and A. Ruegger dated February 11, 2011 is attached as Exhibit E.

9. A true and correct copy of the email from J. Ducayet to A. Qureshi dated February 16, 2011 is attached as Exhibit F.

Dated: New York, New York
February 22, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/ John W. Berry
　　　　　　　　　　　　　　　　　　　　　　　JOHN W. BERRY

# Exhibits A-D Redacted

# Exhibit E

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

**ABID QURESHI**
212.872.8027/fax: 212.872.1002
aqureshi@akingump.com

February 11, 2011

James W. Ducayet
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
jducayet@sidley.com

Arthur H. Ruegger
SNR Denton
1221 Avenue of the Americas
New York, NY 10020
arthur.ruegger@snrdenton.com

   Re: *In re Tribune* (08-13141)

Dear Jim and Art:

  We write regarding the expert report of Lazard Frères & Co. LLC produced on behalf of the Debtors on February 8, 2011 (the "Lazard Report"). The Lazard Report is purportedly co-authored by David Kurtz and Suneel Mandava, but does not identify which opinions in the report are opinions of Mr. Kurtz and which opinions are opinions of Mr. Mandava. As you know, disclosure of this information is required by Federal Rule of Civil Procedure 26(a)(2). Accordingly, please let us know immediately which opinions Mr. Kurtz intends to proffer at the confirmation hearing, and which opinions Mr. Mandava intends to proffer.

  We reserve all rights with respect to this matter.

            Very truly yours,

            *Abid Qureshi/ss*

            Abid Qureshi

# Exhibit F

## Qureshi, Abid

**From:** Qureshi, Abid
**Sent:** Wednesday, February 16, 2011 7:35 PM
**To:** 'Ducayet, James W.'; arthur.ruegger@snrdenton.com
**Cc:** Chung, Nancy; Zensky, David; Bendernagel, James F.; Kenney, Colleen M.
**Subject:** RE: Tribune

Thanks, Jim. That is indeed what Jim Bendernagel told me in Court yesterday. As I explained to Jim, however, it does not answer my question. In addition to being a fact witness, Mr. Kurtz has signed an expert report and presumably intends to offer an expert opinion at trial. Given that Mr. Mandava also signed the same expert report, we are entitled to know which opinions in that report Mr. Kurtz plans to testify to, and which opinions Mr. Mandava plans to testify to. Telling me that Mr. Kurtz plans to "speak to the overall conclusions" does not answer the question.

I'm happy to discuss this further, but believe the request to be a reasonable one to which we should be entitled to an answer before Mr. Kurtz's deposition.

Thanks.

---

**From:** Ducayet, James W. [mailto:jducayet@Sidley.com]
**Sent:** Wednesday, February 16, 2011 4:26 PM
**To:** Qureshi, Abid; arthur.ruegger@snrdenton.com
**Cc:** Chung, Nancy; Zensky, David; Bendernagel, James F.; Kenney, Colleen M.
**Subject:** RE: Tribune

Abid, as I think Jim Bendernagel mentioned to you in court on Tuesday, our intention is to have David Kurtz testify as a fact witness with respect to process issues but he will also speak to the overall conclusions set forth in the Lazard report that he signed. Suneel Mandava, who was more directly involved in the preparation of the analysis reflected in the report, will testify as to the underlying details of the analysis that Lazard performed. Thanks.

Regards,
Jim

James W. Ducayet
SIDLEY AUSTIN LLP | 1 South Dearborn Street, Chicago, Illinois 60603 | jducayet@sidley.com | 312.853.7621

---

**From:** Qureshi, Abid [mailto:aqureshi@AkinGump.com]
**Sent:** Wednesday, February 16, 2011 3:36 PM
**To:** Ducayet, James W.; 'arthur.ruegger@snrdenton.com'
**Cc:** Chung, Nancy; Zensky, David
**Subject:** RE: Tribune

Jim/Art,

Following up again on my email below, to which I have not received a response. Our original request was made on February 11. It is now February 16, and you have not responded. As you know, we are operating under extreme time pressures here. Please just tell me whether or not you intend to provide us with the information requested. If not, and if there is nothing you wish to "meet and confer" about regarding this request, then we intend to get the issue on the Court's calendar for the hearing on February 22nd.

1

Thanks.

---

**From:** Qureshi, Abid
**Sent:** Monday, February 14, 2011 11:49 AM
**To:** 'jducayet@sidley.com'; 'arthur.ruegger@snrdenton.com'
**Subject:** RE: Tribune

Jim/Art,

Can you please tell me if/when you intend to respond to the letter below? Just trying to get a sense of whether we will be able to resolve this or whether we need to take it up with the court.

Thanks.

---

**From:** Gulati, Sunny
**Sent:** Friday, February 11, 2011 5:50 PM
**To:** 'jducayet@sidley.com'; 'arthur.ruegger@snrdenton.com'
**Cc:** Farmer, Matt; 'adash@brownrudnick.com'; 'afaccone@mccarter.com'; 'agoldfarb@zuckerman.com'; 'agordon@paulweiss.com'; 'ahammond@whitecase.com'; 'alevy@paulweiss.com'; Goldman, Andrew; 'anellos@chadbourne.com'; 'avail@jenner.com'; 'bberens@jonesday.com'; 'benjamin.kaminetzky@davispolk.com'; 'bfritz@ny.whitecase.com'; 'bkrakauer@sidley.com'; Carney, Brian; 'charles.jackson@morganlewis.com'; 'Charles.Platt@wilmerhale.com'; Chung, Nancy; 'ckenney@sidley.com'; 'CMontenegro@kasowitz.com'; 'dadler@mccarter.com'; 'damian.schaible@davispolk.com'; 'Dawn.wilson@wilmerhale.com'; 'dbradford@jenner.com'; 'dbrown@paulweiss.com'; 'dcantor@omm.com'; 'ddavidson@morganlewis.com'; 'dennis.glazer@davispolk.com'; 'dhille@whitecase.com'; 'DLeMay@chadbourne.com'; 'dmiles@sidley.com'; 'donald.bernstein@dpw.com'; Doniak, Christine; drosner@kasowitz.com; 'dshamah@omm.com'; 'DSondgeroth@jenner.com'; 'dthomas@sidley.com'; 'elliot.moskowitz@davispolk.com'; 'emccolm@paulweiss.com'; 'eprzybylko@chadbourne.com'; Flaschen, Evan D.; 'gabrams@morganlewis.com'; 'gbush@zuckerman.com'; 'Gerson.Leonard@dol.gov'; 'gnovod@brownrudnick.com'; 'Goldberg.Elizabeth@dol.gov'; Golden, Daniel; Goldsmith, Jason; 'Heri.Christine@dol.gov'; 'hkaplan@arkin-law.com'; 'hobartd@hbdlawyers.com'; 'HSeife@chadbourne.com'; Hurley, Mitchell; 'jbayles@morganlewis.com'; 'jbendernagel@sidley.com'; 'jboccassini@mccarter.com'; 'jconlan@sidley.com'; 'jdrayton@kayescholer.com'; 'jellias@brownrudnick.com'; 'johnstonj@hbdlawyers.com'; 'Jonathan.Agudelo@kayescholer.com'; 'JParver@kayescholer.com'; 'jpeltz@sidley.com'; 'jsottile@zuckerman.com'; 'jyeh@arkin-law.com'; 'karen.luftglass@davispolk.com'; 'kbromberg@brownrudnick.com'; 'klantry@sidley.com'; 'kmayer@mccarter.com'; 'kstickles@coleschotz.com'; 'lmarvin@jonesday.com'; 'lsilverstein@potteranderson.com'; 'marussell@morganlewis.com'; 'MAshley@chadbourne.com'; 'MesterJ@hbdlawyers.com'; 'Michael.russano@davispolk.com'; 'MPrimoff@kayescholer.com'; 'msiegel@brownrudnick.com'; 'MStein@kasowitz.com'; 'mzelmanovitz@morganlewis.com'; Newman, Deborah; 'pwackerly@sidley.com'; Qureshi, Abid; 'rflagg@sidley.com'; 'rmauceri@morganlewis.com'; 'rmcneill@potteranderson.com'; 'rschwinger@chadbourne.com'; 'sbierman@sidley.com'; 'schannej@pepperlaw.com'; 'Schloss.Michael@dol.gov'; 'SKorpus@kasowitz.com'; Stratton, David; 'tbecker@morganlewis.com'; 'TMcCormack@chadbourne.com'; 'truittB@hbdlawyers.com'; Zensky, David
**Subject:** RE: Tribune

All - please see the attached letter from Abid Qureshi to Jim Ducayet and Art Ruegger.

Best,

Sunny

**Sunny Gulati** | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park, New York, NY 10036 | Phone (212) 872-1045 | Fax (212) 872-1002 | sgulati@akingump.com | www.akingump.com

```
IRS Circular 230 Notice Requirement: This communication is not given in the form of
a covered opinion, within the meaning of Circular 230 issued by the United States
Secretary of the Treasury. Thus, we are required to inform you that you cannot rely
upon any tax advice contained in this communication for the purpose of avoiding
United States federal tax penalties. In addition, any tax advice contained in this
communication may not be used to promote, market or recommend a transaction to
another party.

The information contained in this e-mail message is intended only for the personal
and confidential use of the recipient(s) named above. If you have received this
communication in error, please notify us immediately by e-mail, and delete the
original message.
```

----------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
********************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

********************************************************************************
**********