**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: | * Chapter 11 |
| | * |
| TRIBUNE COMPANY, et al, | * Case No. 08-13141 (KJC) |
| | * |
| | * Jointly Administered |
| Debtors. | * |
| | * Related to Docket Nos: 7127 and 7136 |
| | * |
| | * Hearing Date: March 7, 2011 - 10:00 a.m. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF [CORRECTED] OBJECTION OF THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR TO THE CONFIRMATION OF EACH OF THE PROPOSED JOINT PLANS OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES  - DOCKET NO. 7975**

**PLEASE TAKE NOTICE** that on February 15, 2011, the United States Department of Labor filed an **Objection To The Confirmation Of Each Of The Proposed Joint Plans Of Reorganization For Tribune Company And Its Subsidiaries** [**Docket No. 7975**].

**PLEASE TAKE FURTHER NOTICE** that the Objection incorrectly cited ERISA § 407(d)(6) on page 12 and 11 U.S.C. § 1123(b) on page 36 in the footnote. Attached hereto as Exhibit "1" is a corrected Objection and Exhibit "2" is a redlined corrected Objection.

| | |
|---|---|
| Dated: February 23, 2011 | M.PATRICIA SMITH |
| | Solicitor of Labor |
| JOAN E. GESTRIN | TIMOTHY D. HAUSER |
| Chicago Regional Solicitor | Associate Solicitor of Labor |
| | |
| CHRISTINE Z. HERI | /s/ Michael Schloss |
| Senior Trial Attorney | MICHAEL SCHLOSS |
| United States Department of Labor | Counsel for Financial Litigation |
| Office of the Solicitor | LEONARD H. GERSON |
| 230 South Dearborn, Room 844 | ELIZABETH S. GOLDBERG |
| Chicago, Illinois 60604 | Trial Attorneys |
| | U.S. Department of Labor |
| | P.O. Box 1914 |
| | Washington, D.C.  20013 |
| | Tel (202) 693-5600 |
| | Fax (202) 693-5610 |

I, Michael Schloss, hereby certify that I am over the age of 18 years, am employed by the U.S. Department of Labor and that on February 23, 2011, I caused the **NOTICE OF FILING OF OBJECTION OF THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR TO THE CONFIRMATION OF EACH OF THE PROPOSED JOINT PLANS OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES  - DOCKET NO. 7975, EXHIBIT "1"and EXHIBIT "2"** to be served through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware and by electronic mail upon the following plan proponents:

| **Counsel to Tribune Company, et al.**<br><br>**Jessica C.K.Boelter**<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br>312-853-7036  (fax)<br>jboelter@sidley.com<br><br>**J. Kate Stickles**<br>Cole, Schotz, Meisel, Forman & Leonard,<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>302-652-3131<br>302-652-3117 (fax)<br> kstickles@coleschotz.com | **Counsel to Official Committee of Unsecured Creditors**<br><br>**David M. LeMay**<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-408-5100<br>212-541-5369 (fax)<br>dlemay@chadbourne.com<br><br>**Adam G. Landis**<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>302-467-4400<br>302-467-4450 (fax)<br> landis@lrclaw.com |
|---|---|
| **Counsel to JPMorgan Chase Bank, N.A.**<br><br>**Mark D. Collins**<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>302 651-7700<br>302-651-7701 (fax)<br>collins@RLF.com<br><br>**Damian S. Schaible**<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>212 701-5800 (fax)<br>damian.schaible@davispolk.com | **Counsel to Oaktree and Angelo Gordon**<br><br>**Bruce Bennett**<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>213-694-1200<br>213- 694-1234 (fax)<br>bbennett@dl.com<br><br>**Robert S. Brady**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>302-571-6600<br>302-571-1253 (fax)<br>bankfilings@ycst.com |

| **Counsel to Law Debenture Trust Company of New York** | **Co-Counsel to Angelo Gordon** |
|---|---|
| **David S. Rosner**<br>Kasowitz, Benson,Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>212-506-1700<br>212- 506-1800 (fax)<br>drosner@kasowitz.com<br><br>**Richard F. Casher**<br>Kasowitz, Benson,Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>212-506-1700<br>212- 506-1800 (fax)<br>rcasher@kasowitz.com<br><br>**Garvan F. McDaniel**<br>Bifferato Gentilotti LLC<br>800 N. Market Street, Plaza Level<br>Wilmington, DE 19801<br>302-429-1900<br>302-429-8600 (fax)<br>gmcdaniel@bglawde.com | **Andrew N. Goldman**<br>Wilmer Cutler Picking Hale & Dorr, LLP<br>399 Park Avenue<br>New York, NY 10022<br>212-230-8836<br>212-230-8888 (fax)<br>andrew.goldman@wilmerhale.com<br><br>**Counsel to Deutsche Bank Trust Company Americas**<br><br>**Katharine L. Mayer**<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>302-984-6300<br>302-984-6399 (fax)<br>kmayer@mccarter.com<br><br>**David J. Adler**<br>McCarter & English, LLP<br>245 Park Avenue<br>New York, NY 10167<br>(212) 609-6800<br>(212) 645-1025(fax)<br>dadler@mccarter.com |

| **Counsel to Wilmington Trust Company** | **Counsel to Aurelius Capital Management, LP** |
|---|---|
| **Robert J. Stark** <br> Brown Rudnick LLP <br> Seven Times Square <br> New York, NY 10036 <br> (212) 209-4940 <br> (212) 209-4801 (fax) <br> rstark@brownrudnick.com <br><br> **Martin S. Siegel** <br> Brown Rudnick LLP <br> Seven Times Square <br> New York, NY 10036 <br> (212) 209-4940 <br> (212) 209-4801 (fax) <br> msiegel@brownrudnick.com <br><br><br> **Gordon Z. Novod** <br> Brown Rudnick LLP <br> Seven Times Square <br> New York, NY 10036 <br> (212) 209-4940 <br> (212) 209-4801 (fax) <br> gnovod@brownrudnick.com <br><br> **William David Sullivan** <br> Sullivan Hazeltine Allinson LLC <br> 4 East 8th Street, Suite 400 <br> Wilmington, DE 19801 <br> 302-428-8191 <br> 302-428-8195 (fax) <br> bsullivan@sha-llc.com | **William Pierce Bowden** <br> Ashby & Geddes <br> 500 Delaware Avenue <br> 8th Floor, P.O. Box 1150 <br> Wilmington, DE 19899 <br> usa <br> 302 654-1888 <br> 302-654-2067 (fax) <br> wbowden@ashby-geddes.com <br><br> **Philip C. Dublin** <br> Akin Gump Strauss Hauer & Feld LLP <br> One Bryant Park <br> New York, NY 10036-6745 <br> 212-872-1000 <br> 212-872-1002 (fax) <br> pdublin@akingump.com <br><br> **Daniel H. Golden** <br> Akin Gump Strauss Hauer & Feld LLP <br> One Bryant Park <br> New York, NY 10036-6745 <br> 212-872-1000 <br> 212-872-1002 (fax) <br> dgolden@akingump.com <br><br> **Amanda Marie Winfree** <br> Ashby & Geddes, P.A. <br> 500 Delaware Avenue <br> 8th Floor, PO Box 1150 <br> Wilmington, DE 19899 <br> 302-654-1888 <br> 302-654-2067 (fax) <br> awinfree@ashby-geddes.com |

   /s/ Michael Schloss