IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               )
In re:                                                         )
                                                               )  Chapter 11
                                                               )
TRIBUNE COMPANY, et al.,                                       )  Case No. 08-13141 (KJC)
                                                               )
             Debtors.                                          )  Jointly Administered
                                                               )
                                                               )  Related to D.I. Nos. 8071, 8072 & 8074
                                                               )
                                                               )  Hearing Date: March 22, 2011 at 10:00 a.m.
                                                               )  Objection Deadline: March 15, 2011 at 4:00 p.m.
                                                               )
---------------------------------------------------------------x

## MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL PORTIONS OF LETTERS TO CHIEF JUDGE CAREY FROM EDWARD A. FRIEDMAN [DOCKET NOS. 8071, 8072 & 8074]

Aurelius Capital Management, LP ("Aurelius"), acting on behalf of its managed funds, respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an Order authorizing it to file under seal unredacted versions of its *[Redacted] Letter to Chief Judge Carey from Edward A. Friedman Related to the Novod and Adler Depositions* [Docket No. 8071], its *[Redacted] Letter to Chief Judge Carey from Edward A. Friedman Related to the Seife and Bush Depositions* [Docket No. 8072], and its *[Redacted] Letter to Chief Judge Carey from Edward A. Friedman Related to the Neise, PBGC, and Buena Vista Depositions* [Docket No. 8074] (collectively, the "Letters"). In support of the Motion to Seal, Aurelius respectfully represents as follows:

{00490159;v1}
920757.2

## JURISDICTION

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a).

2. The statutory predicates for the relief requested herein are Bankruptcy Code sections 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## RELIEF REQUESTED

3. On February 20 and 21, 2011, Aurelius filed the Letters in redacted form, because portions of the Letters included information that Aurelius understood may have been designated as "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" under the *Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(A)* [Docket No. 2858] (the "Document Depository Order").

4. Pursuant to the Document Depository Order, Aurelius files this Motion to Seal requesting that the Court grant it permission to file under seal unredacted versions of the Letters.

## BASIS FOR RELIEF REQUESTED

5. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; …

11 U.S.C. § 107(b). Rule 9018 of the Bankruptcy Rules sets forth the procedures by which a party may move for relief under section 107(b), providing that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information ..." Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

6. Paragraph "f" of the Document Depository Order states that, "No Depository or its Designated Representative may use Discovery Documents or Depository Information stamped or otherwise designated as "Financial Institution Highly Confidential Documents", "Highly Confidential – Attorneys' Eyes Only", or "Confidential" in a court filing in these chapter 11 cases unless such documents are filed under seal".

7. As set forth above, the Letters may have included information designated as confidential under this provision.

## NOTICE

8. Notice of this Motion to Seal has been given to all parties referenced in paragraph 35 of the Case Management Order. In light of the nature of the relief requested, Aurelius submits that no further or other notice is required.

## NO PRIOR REQUEST

9. No prior motion for the relief requested herein has been made to this or any other Court.

{00490159;v1}

WHEREFORE, Aurelius respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit A granting Aurelius authority to file unredacted versions of the Letters, and such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
February 23, 2011

                                    **ASHBY & GEDDES, P.A.**

                                    /s/ [signature]
                                  William P. Bowden (I.D. No. 2553)
                                  Amanda M. Winfree (I.D. No. 4615)
                                  Leigh-Anne M. Raport (I.D. No. 5055)
                                  500 Delaware Avenue, 8th Floor
                                  P.O. Box 1150
                                  Wilmington, DE 19899
                                  (302) 654-1888

                                          - and -

                                  Edward A. Friedman
                                  Robert J. Lack
                                  William P. Weintraub
                                  **FRIEDMAN KAPLAN SEILER &**
                                    **ADELMAN LLP**
                                  1633 Broadway
                                  New York, NY 10019
                                  Tel: (212) 833-1100

                                          - and -

                                  Daniel H. Golden
                                  David M. Zensky
                                  Abid Qureshi
                                  Mitchell Hurley
                                  **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                  One Bryant Park
                                  New York, NY 10036
                                  (212) 872-1000

                                  *Attorneys for Aurelius Capital Management, LP*