# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 8071, 8072 & 8074**<br><br>**Hearing Date: March 22, 2011 at 10:00 a.m.**<br>**Objection Deadline: March 15, 2011 at 4:00 p.m.** |

## NOTICE OF MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL PORTIONS OF LETTERS TO CHIEF JUDGE CAREY FROM EDWARD A. FRIEDMAN [DOCKET NOS. 8071, 8072 & 8074]

**PLEASE TAKE NOTICE** that on February 23, 2011, Aurelius Capital Management, LP ("Aurelius") filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Letters to Chief Judge Carey from Edward A. Friedman [Docket Nos. 8071, 8072 & 8074]* (the "Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion to Seal must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel for Aurelius on or before **March 15, 2011 at 4:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Seal will be held on **March 22, 2011 at 10:00 a.m.** prevailing Eastern Time before The Honorable Chief Judge Kevin J. Carey, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
February 23, 2011

         **ASHBY & GEDDES, P.A.**

         */s/ William P. Bowden*
         William P. Bowden (I.D. No. 2553)
         Amanda M. Winfree (I.D. No. 4615)
         Leigh-Anne M. Raport (I.D. No. 5055)
         500 Delaware Avenue, 8th Floor
         P.O. Box 1150
         Wilmington, DE 19899
         (302) 654-1888

         - and -

         Edward A. Friedman
         Robert J. Lack
         William P. Weintraub
         **FRIEDMAN KAPLAN SEILER &**
          **ADELMAN LLP**
         1633 Broadway
         New York, NY 10019
         Tel: (212) 833-1100

         - and -

         Daniel H. Golden
         David M. Zensky
         Abid Qureshi
         Mitchell Hurley
         **AKIN GUMP STRAUSS HAUER & FELD LLP**
         One Bryant Park
         New York, NY 10036
         (212) 872-1000

         *Attorneys for Aurelius Capital Management, LP*