# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | )<br>)<br>) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) Jointly Administered<br>)<br>) Related to Docket Nos. 8100, _8101, 8102_ |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors. | |

## ORDER APPROVING PERMANENT REMOVAL OF IMAGES

Aurelius Capital Management, LP ("Aurelius") having filed on February 22, 2011 the

*Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents (A) Motion in*

*Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion in Limine to Exclude the*

*Expert Testimony of John Chachas, David Kurtz and Suneel Mandava* [Docket No. 8100] (the

"Berry Affirmation"); and the Withdrawn Exhibits[1] having been removed from the public docket

of the above-captioned Chapter 11 cases; and the Court having considered the relief sought by

Aurelius; and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Court hereby approves the permanent removal of the Withdrawn

Exhibits from the public docket at Docket No. 8100.

Dated:    Wilmington, Delaware
      February 23 , 2011

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{00489940;v1}