UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: D.I. 7091** |

**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO CONFIRM STANDING
SOLELY AS TO SAMUEL ZELL AND EGI-TRB, L.L.C.**

The Official Committee of Unsecured Creditors (the "Committee") hereby withdraws without prejudice its motion, dated December 7, 2010, for entry of an order confirming that the Court's October 27, 2010 Order granted the Committee standing with respect to all claims asserted in the Amended Complaints in Adversary Proceeding Nos. 10-53963 and 10-54010, solely as to Samuel Zell and EGI-TRB, L.L.C.

Dated: Wilmington, Delaware
February 23, 2011

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and –

Graeme W. Bush, Esquire
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee
of Unsecured Creditors