# EXHIBIT A

# FEE AND EXPENSE DETAIL



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

ATTN: JULIE XANDERS
TRIBUNE PUBLISHING COMPANY
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

August 11, 2010

**Invoice No. 1233230**

Client/Matter: 09721777-0012

PROJECT PRINT SERVICES
0000001746

Payment Due Upon Receipt

**Total This Invoice**                           $        **5,304.00**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to R. Gullikson at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ATTN: JULIE XANDERS
TRIBUNE PUBLISHING COMPANY
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

August 11, 2010

**Invoice No. 1233230**

Client/Matter:  09721777-0012

PROJECT PRINT SERVICES
0000001746

---

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/06/10 | R. Gullikson | 1.00 | 520.00 | Call with J. Xanders and R. DeBoer regarding color print amendment with Dow Jones. |
| 07/07/10 | R. Gullikson | 2.20 | 1,144.00 | Calls with J. Xanders and R. DeBoer regarding agreement structure and business terms. |
| 07/10/10 | R. Gullikson | 3.00 | 1,560.00 | Finished drafting Amendment to Statement of Work 1, with Schedule. |
| 07/11/10 | R. Gullikson | 4.00 | 2,080.00 | Review emails from Tribune regarding Deal terms; drafting Amendment to Statement of Work 1. |

| | | |
|---|---|---|
| **Total Hours** | 10.20 | |
| **Fee Amount** | | **$5,304.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $520.00 | 10.20 | $5,304.00 |
| Totals | | 10.20 | $5,304.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,304.00 |
| Invoice Total | $ | 5,304.00 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

August 16, 2010

**Invoice No. 1234553**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receip

**Total This Invoice**      $     62.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to J. Klenk at (312) 876-8000

*Brussels Chicago Dallas Kansas City Los Angeles New York Phoenix*
*San Francisco Silicon Valley St. Louis Short Hills, N.J. Washington, D.C. Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

August 16, 2010

Invoice No. 1234553

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/21/10 | J. Klenk | 0.10 | L110 | | Email K. Flax re: bankruptcy disposition of claim. |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 0.10 | | | |
| Fee Amount | | | | | $62.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $625.00 | 0.10 | $62.50 |
| Totals | | 0.10 | $62.50 |

| | | |
|---|---|---|
| Fee Total | $ | 62.50 |
| Invoice Total | $ | 62.50 |



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

August 16, 2010

**Invoice No. 1234556**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

| | | |
|---|---|---|
| **Total This Invoice** | $ | **5,786.50** |

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to J. Klenk at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

August 16, 2010

Invoice No. 1234556

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/01/10 | N. Spears | 1.00 | L120 | | Various emails and phone conferences w/K. Flax re: reserved seat for Tribune at Peterson trial and drafting letters for same. |
| 07/06/10 | N. Spears | 1.00 | L120 | | Read letter from D. Saper (.10); multiple phone conferences w/K. Flax re: Scott Lee Cohen article and retraction (.50); draft letter to D. Saper (.40). |
| 07/07/10 | N. Spears | 0.60 | L120 | | Emails and phone conference w/S. Karottki re: Lit Hold for S. Lee Cohen threatened claim (.20); draft portion of Lit Hold Notice for S. Karottki, including review letters from K. Flax re: appropriate names and subject matter (.40). |
| 07/15/10 | M. Flessner | 0.20 | L120 | | Conference call with N. Spears, Karen Flax, G. Marx and D. Jenkins re: co-conspirator status. |
| 07/15/10 | N. Spears | 0.50 | L120 | | Confer with K. Flax re: unindicted co-conspirators and then with M. Flessner (.4); confer with K. Flax re: A. Sandev story (.10). |
| 07/20/10 | N. Spears | 0.70 | L120 | | Read D. Saper letter and Scott Lee Cohen related article and past articles re: massage club (.40); confer with K. Flax re: same and e-mail re: same (.30). |
| 07/27/10 | N. Spears | 1.30 | L120 | | Various calls and conference w/K. Flax re: access motion in Bankruptcy case (.40); conference w/G. Naron re: research on access issues (.30); review G. Naron summary and email to K. Flax (.10); review documents and report and motions briefly in BK case and conference w/K. Flax re: same (.50). |

EDITORIAL-GENERAL
0000001492

August 16, 2010

Matter: 09721775-1003
Invoice No.: 1234556

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 07/27/10 | S. Wowchuk | 1.30 | L110 | | Review docket for independent examiner's summary report, protective orders and motions relating to unsealing full examiner's report; review and circulate same. |
| 07/27/10 | G. Naron | 4.00 | L110 | | Teleconfs N. Spears, emails N. Spears, J. Klenk re possible motion for access to DE bankruptcy documents (.4); research re same (1.9); memo re same (1.1) review bankruptcy ct. materials re same (.6). |
| 07/28/10 | N. Spears | 0.90 | L120 | | Review emails and assist K. Flax with language from prior access motions for access motion in Bankruptcy case and locate examples for same (.50); draft letter for K. Flax to D. Saper and review new letter from D. Saper (.40). |

**Total Hours**          **11.50**

**Fee Amount**                                                    **$5,786.50**

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Flessner | $440.00 | 0.20 | $88.00 |
| N. Spears | $545.00 | 6.00 | $3,270.00 |
| G. Naron | $495.00 | 4.00 | $1,980.00 |
| S. Wowchuk | $345.00 | 1.30 | $448.50 |
| Totals | | 11.50 | $5,786.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 5,786.50 | |
| Invoice Total | $ | 5,786.50 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 10, 2010

**Invoice No. 1236041**

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receip

**Total This Invoice**                                    $        32,411.18

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ATTN: KAREN FLAX                                                                    September 10, 2010
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE                                                   **Invoice No. 1236041**
CHICAGO, IL 60611
USA

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 7/1/10 | G. Naron | 0.30 | Teleconferences N. Spears re: possible letter brief to 7th Circuit. |
| 7/2/10 | G. Naron | 1.50 | Review, analyze 7th Circuit decision (.3); teleconferences, emails N. Spears, J. Klenk, K. Flax re: same, ideas for hearing (.3); research re: same (.9). |
| 7/2/10 | K. Rodriguez | 0.30 | (NO CHARGE) Review opinion issued from 7th Circuit. |
| 7/2/10 | J. Klenk | 0.70 | Review opinion (.3); teleconference with N. Spears (.2); teleconferences with N. Spears, K. Flax (.2). |
| 7/2/10 | M. Flessner | 0.40 | Attend to e-mail regarding 7th Circuit Order. |
| 7/2/10 | N. Spears | 1.00 | Various phone conferences and email in response to appeal decision and strategy for hearing before Judge Zagel (.50); email to K. Flax re: summary of same (.50). |
| 7/3/10 | N. Spears | 0.60 | Phone conference w/M. Flessner re: hearing before Judge Zagel and strategy for same (.40); phone call to C. Niewohner (AUSA) re: hearing and possible resolution (.20). |
| 7/3/10 | M. Flessner | 0.80 | (NO CHARGE) Review 7th Circuit opinion on appeal from Judge Zagel's order denying Motion to Intervene; multiple conference calls with N. Spears regarding next steps. |
| 7/6/10 | N. Spears | 1.70 | Phone conference w/D. Bonamici (.20); follow up research in light of 7th Circuit Ruling and hearing, including with RCFP (.50); conference w/K. Flax re: same (.20); phone call to Defendants' counsel (.10); phone conference w/D. Bonamici following trial day re: hearing (.40); email to G. Naron et al re: hearing and strategy for same (.30). |
| 7/6/10 | G. Naron | 1.00 | Emails N. Spears, J. Klenk, S. Fifer re: research for hearing (.1); review file, prepare summary of case for client (.5); draft letter to Government re: discovery of evidence, emails re: same (.4). |
| 7/6/10 | J. Klenk | 0.40 | Emails and teleconferences with N. Spears re: remand. |
| 7/6/10 | K. Rodriguez | 0.60 | (NO CHARGE) Confer with N. Spears regarding action needed in preparation for hearing in front of district court following 7th Circuit's decision (.2); Research in preparation for hearing on remand (.4). |

2

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/7/10 | K. Rodriguez | 0.20 | (NO CHARGE) Review articles and research regarding jurors in other high profile cases. |
| 7/7/10 | G. Naron | 4.70 | Teleconferences, emails N. Spears re hearing, strategy (.4); review file, research, draft supplemental motion/brief for hearing (3.9); draft letter to judge re: hearing (.4). |
| 7/7/10 | M. Flessner | 0.40 | (NO CHARGE) Multiple conference calls with N. Spears regarding strategy to set hearing before Judge Zagel; e-mails with others in Team regarding juror issue. |
| 7/7/10 | N. Spears | 0.70 | Phone conference w/D. Bonamici (AUSA) re: Zagel and hearing (.30); phone conference w/G. Naron re: evidence and response to open issues from 7th Cir. Opinion (.40). |
| 7/8/10 | N. Spears | 0.50 | Phone conference w/M. Flessner, Judge Zagel's clerk re: hearing (.30); review notice of motion and motion for status hearing and discuss same w/K. Rodriguez (.20); email clients re: same (.10). |
| 7/8/10 | M. Flessner | 0.80 | (NO CHARGE) Review letter to Government; multiple conference calls with N. Spears regarding motion and letter to Government. |
| 7/8/10 | G. Naron | 4.00 | Draft supplemental motion/brief for hearing (.8); further research re: same (2.2); email, memos N. Spears re strategy, status hearing, research (1.0). |
| 7/8/10 | K. Rodriguez | 0.50 | Draft motion and notice of motion for status hearing in regarding 7th Circuit's decision and confer with N. Spears regarding filing of same (.2); Review research regarding juror interference in high profile cases (.3). |
| 7/9/10 | N. Spears | 0.50 | Letter to Government (.30); conference w/G. Naron re: hearing Monday and calls from media re: same (.20). |
| 7/12/10 | J. Klenk | 0.10 | Emails and teleconferences with N. Spears. |
| 7/12/10 | N. Spears | 2.60 | Read and analyze revised seventh circuit decision (.40); prepare for status hearing (.50); attend status hearing (1.0); download hearing w/G. Naron (.30); letter and email to AUSA re: hearing and briefing (.30); review order re: voicemails (.10). |
| 7/12/10 | G. Naron | 4.50 | Review, analyze amended Seventh Circuit Opinion (.4); teleconferences, emails N. Spears, K. Rodriguez re: same, status hearing (.5); draft memo re: amended Seventh Circuit Opinion (.5); research, draft brief for hearing on remand (3.1). |
| 7/12/10 | K. Rodriguez | 0.60 | Draft cover letter and compile briefs for submission to court, per court's request at status hearing (.3); Draft letter to AUSA regarding timeline for submissions of remand briefing (.3). |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/12/10 | K. Rodriguez | 2.40 | (NO CHARGE) Attend status hearing regarding remand from 7th Circuit (1.5) and confer with N. Spears and G. Naron regarding same (.5); Draft summary of status hearing (.4). |
| 7/13/10 | G. Naron | 2.50 | Review file, teleconferences, emails N. Spears re: hearing, brief on remand (.2); review, analyze Zagel order (.4) research, draft brief (1.9). |
| 7/13/10 | M. Flessner | 1.10 | (NO CHARGE) Conference call with N. Spears; review e-mails and amended opinion. |
| 7/13/10 | N. Spears | 1.00 | Attend court to hear voicemails to Judge Zagel (.7); de-brief re: same with K. Flax (.3). |
| 7/13/10 | K. Rodriguez | 0.60 | (NO CHARGE) Draft overview of today's hearing and draft letter to D. Bonamici (AUSA) regarding briefing schedule. |
| 7/13/10 | K. Rodriguez | 1.60 | (NO CHARGE) Attend hearing regarding voicemails received by Judge Zagel. |
| 7/14/10 | N. Spears | 0.70 | Review and analyze Posner opinion and discuss same with J. Klenk and then K. Flax. |
| 7/14/10 | K. Rodriguez | 0.40 | (NO CHARGE) Review dissent to denial of 7th Circuit's sua sponte motion for rehearing en banc. |
| 7/14/10 | K. Rodriguez | 0.70 | (NO CHARGE) Confer with N. Spears and G. Naron regarding briefing on remand. |
| 7/14/10 | G. Naron | 5.00 | Teleconferences, emails N. Spears re: hearing, brief on remand, new en banc opinion (.5); review, analyze en banc opinion (1.2); research, draft brief on remand (3.3). |
| 7/14/10 | M. Flessner | 0.60 | (NO CHARGE) Review J. Zagel's opinion and conference call with N. Spears re: brief to be submitted and arguments. |
| 7/15/10 | G. Naron | 2.60 | Teleconferences, emails N. Spears re: brief on remand, strategy (.3); review new version of 7th Circuit opinion (.2); research re: brief on remand (1.2); draft same (.9). |
| 7/15/10 | N. Spears | 1.20 | Analyze Posner dissent and original opinion in detail (.4); review transcript (.2); review draft brief (.3); read Posner Matt Hale decision (.3). |
| 7/16/10 | N. Spears | 0.30 | Read e-mail order from Zagel (.1); e-mail and phone call to government (.2). |
| 7/16/10 | G. Naron | 0.20 | Review file, brief, emails N. Spears re: proceedings on remand. |
| 7/18/10 | N. Spears | 1.50 | Work on brief, prepare for court and review instructions. |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/19/10 | G. Naron | 3.30 | Review file, analyze Government brief (1.2); teleconferences, emails N. Spears, K. Rodriguez re: same, proceedings on remand (.3); research, draft brief on remand (1.8). |
| 7/19/10 | K. Rodriguez | 0.40 | (NO CHARGE) Review government's brief on remand. |
| 7/19/10 | M. Flessner | 0.40 | Attend to e-mail requests for U.S. regarding knowledge of juror names in specific high-profile cases. |
| 7/19/10 | N. Spears | 1.50 | Attend court on status (1.0); read government's submission and discuss same with G. Naron and K. Flax via e-mail (.5) |
| 7/19/10 | J. Klenk | 0.30 | Teleconferences with N. Spears re: remand (.3). |
| 7/20/10 | J. Klenk | 0.90 | Review and comment on remand filing (.6); emails and teleconferences re: same (.3). |
| 7/20/10 | G. Naron | 3.00 | Review file, Government brief (.6); research, draft brief on remand (1.9); teleconferences, emails N. Spears, K. Rodriguez re: same (.5). |
| 7/20/10 | N. Spears | 1.00 | Review and edit draft reply brief and discuss same with G. Naron. |
| 7/20/10 | K. Rodriguez | 3.50 | Review cases cited by Government regarding improper jury contact and draft section of brief distinguishing each (2.5); Review and compile relevant jury instructions from different states for inclusion in remand brief (1.0). |
| 7/21/10 | N. Spears | 2.70 | Phone conference with Judge Zagel's chambers re: hearing (.20); finalize brief (.50); prepare for hearing (2.0). |
| 7/21/10 | G. Naron | 0.40 | Review file, draft brief on remand; teleconferences, emails N. Spears, K. Rodriguez re: same. |
| 7/21/10 | K. Rodriguez | 1.70 | Cite check and proofread brief for hearing on remand (.5); compile additional jury instruction exhibits (.9); Prepare brief for filing and coordinate with docketing for delivery to Judge Zagel (.3). |
| 7/22/10 | G. Naron | 0.40 | Teleconferences, emails N. Spears re: hearing, review file, cases, draft letter to court. |
| 7/22/10 | N. Spears | 2.50 | Prepare for and attend hearing (2.0); post-hearing discussion with K. Flax and e-mail to clients re: summary and response to new alternative raised by Judge Zagel. |
| 7/22/10 | K. Rodriguez | 2.50 | (NO CHARGE) Attend hearing on remand from 7th Circuit (2.3); Draft summary of hearing (.2). |
| 7/22/10 | M. Flessner | 2.60 | (NO CHARGE) Attend hearing before Judge Zagel on release of jurors names. |
| 7/23/10 | M. Flessner | 0.20 | (NO CHARGE) Review Letter to Judge and conference call with N. Spears. |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/23/10 | N. Spears | 0.80 | Draft, edit and finalize letter to court and e-mail and phone conferences with K. Flax, G. Freeman, and G. Naron re: same (.7); other e-mail from court (.10). |
| 7/23/10 | G. Naron | 0.20 | Review file, draft letter to court, teleconferences, emails N. Spears re: same. |
| 7/26/10 | G. Naron | 0.70 | Review Zagel decision on remand; teleconference N. Spears re: same; draft letter re: same. |
| 7/26/10 | M. Flessner | 0.50 | (NO CHARGE) Review memorandum opinion. |
| 7/26/10 | N. Spears | 0.60 | Read Zagel ruling and email summary to clients. |
| 7/27/10 | N. Spears | 0.40 | Email re: letter to Judge Zagel on release and edit same and phone conference w/K. Flax re: same. |
| 7/27/10 | G. Naron | 0.30 | Draft letter to Zagel re: release of names, addresses; teleconfs, emails NJSpears, K Flax re: same. |

| | | | |
|------|------|------|------|
| **Total Hours** | | **82.60** | |
| **Fee Amount** | | | **$38,999.00** |
| **Less Adjustments as Detailed Above:** | | | **($7,180.50)** |
| **Fee Total** | | | **$31,818.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $625.00 | 2.40 | $1,500.00 |
| M. Flessner | $545.00 | 7.80 | $4,251.00 |
| N. Spears | $545.00 | 21.80 | $11,881.00 |
| G. Naron | $495.00 | 34.60 | $17,127.00 |
| K. Rodriguez | $265.00 | 16.00 | $4,240.00 |
| Totals | | 82.60 | $38,999.00 |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/16/2010 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 77.60 |
| 7/16/2010 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 78.65 |
| 7/27/2010 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 332.75 |
| | | *SUBTOTAL* | 489.00 |
| 7/12/2010 | Outside Professional Services - - BLANCA I. LARA, CSR, RPR, CP Court reporter - proceedings taken 7/12/10 | | 77.60 |
| 7/7/2010 | Outside Professional Services - -    U.S. COURTS AO - PACER SERVICE CENTER Pacer/Racer 2nd quarter charges | | 26.08 |
| | | *SUBTOTAL* | 103.68 |
| **Total Disbursements** | | | **$592.68** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 31,818.50 | |
| **Disbursement Total** | $ | 592.68 | |
| **Invoice Total** | **$** | **32,411.18** | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

September 7, 2010

**Invoice No. 1235527**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

**Total This Invoice**                                          $        26,257.59

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

September 7, 2010

Invoice No. 1235527

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/01/10 | N. Spears | 0.60 | L120 | | Phone conference w/N. Toalson. |
| 07/06/10 | N. Spears | 0.40 | L120 | | Phone conference w/L. Washburn re: update, next steps and timing of same. |
| 07/07/10 | N. Spears | 0.30 | L120 | | Phone conference w/K. Rodriguez and review to direct preparation of answer and discovery. |
| 07/07/10 | K. Rodriguez | 0.20 | L210 | | Confer with N. Spears regarding strategy for answer and discovery requests (.2). |
| 07/09/10 | K. Rodriguez | 1.40 | L210 | | Review complaint in preparation for drafting answer (.2); Draft answer to complaint (1.2). |
| 07/11/10 | K. Rodriguez | 5.20 | L210 | | Draft and revise answer, affirmative defenses, and counterclaims to plaintiffs' complaint (1.8); Conduct research regarding potential counterclaims (.4); Draft and revise first set of interrogatories (1.7); Draft and revise first set of requests for admission (1.3). |
| 07/12/10 | N. Spears | 1.80 | L120 | | Review and edit draft joint representation letter (.50); review and edit draft answer (.80); draft budget (.50). |
| 07/13/10 | N. Spears | 0.60 | L190 | | Confer with L. Washburn via e-mail re: timing re: answer and engagement and budget issues (.3); finalize joint defense letter for engagement (.3). |

JENNIFER KELLEY, ET AL.

September 7, 2010

Matter: 09723590-0013
Invoice No.: 1235527

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/13/10 | K. Rodriguez | 5.70 | L210 | | Draft answer and counterclaims (.8); Research in support of potential counterclaims (.9); Revise answer, affirmative defenses, and counterclaims (1.2); Review correspondence between Howard and mothers (1.3); Review footage and compare to allegations in complaint (1.5). |
| 07/14/10 | K. Rodriguez | 3.70 | L210 | | Research in support of counterclaim based upon breach of terms of release (3.5); Confer with N. Spears regarding same (.2). |
| 07/14/10 | N. Spears | 1.10 | L120 | | Phone conferences with L. Washburn re: status, answer and further interviews (.4); e-mail with B. Schnoor and others and review file and notes in connection with drafting same (.3); confer with K. Rodriguez re: revised answer and counterclaim and review research on the counterclaim issues under Illinois law (.4). |
| 07/15/10 | N. Spears | 2.30 | L120 | | Interview Lisa Allen (.7); review notes to confirm and prepare list of witnesses and further interviews needed (.5); review answer and edit same (.5); analyze strategy for case (.5). |
| 07/15/10 | K. Rodriguez | 0.50 | L390 | | Draft email to E. Howard, producer, regarding discovery of her emails to plaintiffs (.2); Confer with in-house discovery production manager regarding process for capturing E. Howard's emails (.3). |
| 07/16/10 | K. Rodriguez | 1.20 | L110 | | Confer with N. Spears regarding interviews of crew members and sequence of events during taping (.3); Review footage surrounding bathing suit incident and draft summary of same(.7); Arrange for interviews with crew members (.1); Email to executive producer regarding contact information for crew members (.1). |
| 07/16/10 | N. Spears | 2.90 | L210 | | Various interview calls (.4); edit draft answer (2.5). |

JENNIFER KELLEY, ET AL.

September 7, 2010

Matter: 09723590-0013
Invoice No.: 1235527

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/17/10 | N. Spears | 4.10 | L190 | | Work on counterclaim (1.0); edit discovery and review notes and e-mail in connection with same (1.8); edit joint defense letter into the letter (.4); read research on claim for breach of release (.5); draft Rule 137 letter (.4). |
| 07/18/10 | N. Spears | 1.80 | L210 | | Final revisions to draft answer, discovery Rule 137/settlement letter and engagement letter. |
| 07/19/10 | K. Rodriguez | 3.40 | L410 | | Confer with N. Spears and L. Washburn regarding strategy in answering complaint (.4); Interview of Diana Soldo (.5); Analyze and work on further interviews of other witnesses, outstanding research, and discovery (.9); Conduct interview of Sarah Ebadi (.9); Prepare medical release forms for plaintiffs (.2); Review meails between Howard and mothers to confirm they support answer to complaint (.2); Review docket sheet in CNN case represented by same plaintiffs' attorney (.2); Contract fact witnesses to set up interviews (.1). |
| 07/19/10 | N. Spears | 2.20 | L210 | | Phone conferences with L. Washburn re: answer, discovery and letter to plaintiffs' counsel (1.0); phone interviews of witnesses and e-mails with witnesses (.80); confer with K. Rodriguez re: conducting additional interviews and collecting additional documents needed (.40). |
| 07/20/10 | N. Spears | 0.80 | L210 | | Edits to draft answer (.30); phone conference and interview with E. Schrammel (.50). |
| 07/20/10 | K. Rodriguez | 1.60 | L320 | | Confer with E. Howard and R. Shumway (in-house e-discovery technology manager) regarding capturing relevant emails; Conduct interview with E. Schrammel (.50); Revise answer (.50); Revise first set of discovery requests: interrogatories, requests to admit, and document requests (.50). |
| 07/20/10 | K. Rodriguez | 0.50 | L410 | | Conduct interview with E. Schrammel. |
| 07/20/10 | K. Rodriguez | 0.50 | L210 | | Revise answer. |

JENNIFER KELLEY, ET AL.

September 7, 2010

Matter: 09723590-0013
Invoice No.: 1235527

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/20/10 | K. Rodriguez | 0.50 | L310 | | Revise first set of discovery requests: interrogatories, requests to admit, and document requests. |
| 07/21/10 | K. Rodriguez | 0.60 | L410 | | Interview Dan Witkowski. |
| 07/23/10 | N. Spears | 0.50 | L190 | | Finalize and proof engagement letter and send e-mail with draft answer and discovery out to B. Cunningham and E. Howard. |
| 07/23/10 | K. Rodriguez | 0.10 | L410 | | Set up interview with N. McCreary (microphone assistant) and confer with E. Howard regarding email access. |
| 07/26/10 | K. Rodriguez | 3.90 | L210 | | Research regarding potential motion to dismiss based on release (1.1); Confer with N. Spears regarding edits to answer and case investigation and edit same (.9); Emails to E. Howard and R. Shumway regarding correspondence with plaintiffs (.2); Confer with N. Hall regarding emails (.1); Research and revise medical release forms (.6); Review standing orders for presiding judge (.1); Revise answer based on feedback from R. Michaels (.3); Research in support of affirmative defense (.4); Revise discovery requests based on feedback from R. Michaels regarding digital recording (.20). |
| 07/26/10 | J. Klenk | 0.20 | L110 | | Conference with N. Spears re: answer, Rule 137 letter. |
| 07/26/10 | R. Shumway | 3.00 | L390 | a110 | Download email from client gmail account, conduct keyword searches, extract results, and forward to attorney for review |
| 07/26/10 | N. Spears | 1.80 | L120 | | Email w/E. Howard and B. Cunningham (.20); phone conference and interview w/Matt (production manager) (.30); conference w/K. Rodriguez re: final interviews she conducted, research on releases and edits to answer required based on comments (.50); review research briefly (.40); analyze letter to plaintiffs' counsel and discovery issues (.40). |

JENNIFER KELLEY, ET AL.

September 7, 2010

Matter: 09723590-0013
Invoice No.: 1235527

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/27/10 | N. Spears | 0.60 | L120 | | Phone conference w/L. Washburn and E. Howard re: answer and edits to same (.40); conference w/K. Rodriguez re: CDs from L. Washburn and related issues (.20). |
| 07/27/10 | D. Boor | 1.00 | L140 | | Coordinate\Assist R.Shumway in DC lab and K.Rodriquez regarding viewing PST file in Outlook. |
| 07/27/10 | K. Rodriguez | 0.20 | L330 | | Draft deposition notices for plaintiffs. |
| 07/28/10 | N. Spears | 1.00 | L120 | | Edit and finalize answer and discovery and conference w/K. Rodriguez re: same. |
| 07/28/10 | K. Rodriguez | 0.40 | L310 | | Revise discovery and send current drafts to L. Washburn and E. Howard. |
| 07/29/10 | N. Spears | 0.90 | L120 | | Review L. Washburn final comments to answer and discovery (.30); email and phone conference w/L. Washburn re: same and other preservation issues (.30); review deposition notice and health care provider releases (.30). |
| 07/29/10 | K. Rodriguez | 2.10 | L310 | | Draft cover letter for discovery and medical releases to plaintiffs' counsel; Revise answer and discovery (.3); Review pre-show taped footage (.8); Confer with N. Spears and L. Washburn regarding edits to discovery and answer and regarding digital video preservation (.3); Edit deposition notices for minor children (.10). |
| 07/30/10 | N. Spears | 1.80 | L120 | | Review and finalize answer/counterclaim, interrogatories, document requests, requests to admit, deposition notices and medical releases (1.0); phone call from Plaintiffs' counsel re: same (.20); phone call to L. Washburn re: final edits (.10); conference w/K. Rodriguez re: various issues (.30). |

JENNIFER KELLEY, ET AL.

September 7, 2010

Matter: 09723590-0013
Invoice No.: 1235527

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/30/10 | K. Rodriguez | 2.50 | L210 | | Conduct final review of answer and confirm all quotes from emails and releases cited therein (.5); Confer with N. Spears regarding edits to answer (.3); Compile exhibits for answer (.5); Conduct final review of requests to admit, interrogatories, document requests, deposition notices, and medical releases and prepare to send to opposing counsel (.7); compile exhibits for requests to admit (.1); Confer with N. Spears regarding edits to interrogatories (.30); Correct redacting on release exhibits (.10). |

| | | | |
|---|---|---|---|
| **Total Hours** | | 63.90 | |
| **Fee Amount** | | | $24,085.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $625.00 | 0.20 | $125.00 |
| N. Spears | $545.00 | 25.50 | $13,897.50 |
| K. Rodriguez | $265.00 | 34.20 | $9,063.00 |
| D. Boor | $250.00 | 1.00 | $250.00 |
| R. Shumway | $250.00 | 3.00 | $750.00 |
| Totals | | 63.90 | $24,085.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/23/2010 | Court Costs - -    DOCKET PETTY CASH COURT COSTS | | 203.00 |
| | | *SUBTOTAL* | 203.00 |
| | Document reproduction | | 46.10 |
| | | *SUBTOTAL* | 46.10 |
| | Mics. Duplicating | | 10.00 |
| | | *SUBTOTAL* | 10.00 |
| 6/22/2010 | WESTLAW | | 353.89 |

JENNIFER KELLEY, ET AL.

September 7, 2010

Matter: 09723590-0013
Invoice No.: 1235527

| Date | Description | Amount |
|------|-------------|--------|
| 6/24/2010 | WESTLAW | 13.18 |
| 6/24/2010 | WESTLAW | 142.93 |
| 7/11/2010 | WESTLAW | 51.08 |
| 7/13/2010 | WESTLAW | 137.70 |
| 7/14/2010 | WESTLAW | 1,214.21 |
| | *SUBTOTAL* | 1,912.99 |
| | **Total Disbursements** | **$2,172.09** |

| | | |
|---|---|---|
| **Fee Total** | $ | 24,085.50 |
| **Disbursement Total** | $ | 2,172.09 |
| **Invoice Total** | $ | 26,257.59 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

ATTN:KAREN H. FLAX
CHICAGO TRIBUNE COMPANY                          August 4, 2010
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                **Invoice No. 1232300**
USA

Client/Matter: 09721775-0057

BLAGOJEVICH - MOTION IN DISTRICT COURT FOR ACCESS
TO JURORS' NAMES                                 Payment Due Upon Receipt

---

**Total This Invoice**                    $        **5,500.00**

**Please return this page with your payment**

**In the case of mail deliveries to:**              **In the case of overnight deliveries to:**
Sonnenschein Nath & Rosenthal LLP                   Sonnenschein Nath & Rosenthal LLP
Dept. 3078                              OR              Attention: Accounting
Carol Stream, IL 60132-3078                            233 South Wacker Drive
                                                       Chicago, IL 60606-6404

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 4, 2010

**Invoice No. 1232300**

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/25/10 | G. Naron | 0.30 | Teleconferences, emails N. Spears re: juror names motion (.2); review filings re: same (.1). |
| 5/26/10 | G. Naron | 7.20 | Teleconferences, emails N. Spears re: juror names motion (.2); review file, cases, briefs re: same (2.2); draft brief re: access to juror names (4.8). |
| 5/27/10 | G. Naron | 1.66 | Teleconferences, emails N. Spears re: juror names motion (.3); review file, research, analysis of same (1.2); draft brief re: access to juror names (.7). |
| 5/27/10 | Wohlfeil Tiffany L. | 2.30 | Attend pre-trial hearing related to access to juror information and prepare summary of same. |

| | | |
|---|---|---|
| **Total Hours** | **11.46** | |
| **Fee Amount** | | **$5,500.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| G. Naron | $495.00 | 9.16 | $4,534.00 |
| Wohlfeil Tiffany L. | $420.00 | 2.30 | $966.00 |
| **Totals** | | **11.46** | **$5,500.00** |

| | | |
|---|---|---|
| Fee Total | $ | 5,500.00 |
| Invoice Total | $ | 5,500.00 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

September 28, 2010

**Invoice No. 1243997**

Client/Matter: 09721775-0064

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER          Payment Due Upon Receipt

**Total This Invoice**                                    $          **5,447.50**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
| --- | --- | --- |
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

September 28, 2010

**Invoice No. 1243997**

Client/Matter:  09721775-0064

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/05/10 | N. Spears | 0.30 | L120 | | Read R. Kiley letter and call from R. Kiley re: same and return call. |
| 08/06/10 | N. Spears | 0.20 | L110 | | E-mail to K. Flax re: Horstman v. Hoffman reporter's privilege issue and follow up. |
| 08/13/10 | K. Rodriguez | 0.60 | L110 | | Confer with N. Spears regarding strategy for hearing scheduled on 8/20 (.20); Contact counsel for plaintiffs and counsel for Chicago Sun Times (.40). |
| 08/13/10 | N. Spears | 1.70 | L120 | | Follow up email w/K. Flax (.20); Read materials and brief (1.0); call to Plaintiffs' counsel (.40); call to D. Dunn (.10). |
| 08/17/10 | N. Spears | 0.40 | L120 | | Call w/D. Dunn. |
| 08/17/10 | K. Rodriguez | 0.30 | L190 | | Confer with counsel for Chicago Sun Times in preparation for Friday's hearing (.30). |
| 08/18/10 | K. Rodriguez | 1.00 | L210 | | Review motion to divest Long of the reporter's privilege and accompanying exhibits. |
| 08/19/10 | K. Rodriguez | 0.30 | L190 | | Confer with R. Kiley (defendant's counsel) regarding status of case in preparation for hearing on 8/20. |
| 08/19/10 | N. Spears | 0.60 | L120 | | Call w/K. Flax re: documents responsive to subpoena (.20); follow up calls w/C. Bender re: same (.40). |
| 08/20/10 | K. Rodriguez | 1.50 | L450 | | Attend hearing regarding defendant's reporters' privilege divestiture motion. |
| 08/20/10 | N. Spears | 1.50 | L120 | | Attend haring regarding defendant's reporters' privilege divestiture motion. |

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

September 28, 201

Matter: 09721775-0064
Invoice No.: 1243997

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/22/10 | K. Rodriguez | 1.10 | L120 | | Research viability of failure to exhaust argument based upon limited inquiry during depositions. |
| 08/23/10 | N. Spears | 0.40 | L120 | | Conference w/K. Rodriguez re: response and follow up needed. |
| 08/26/10 | N. Spears | 0.80 | L120 | | Analyze response to motion to divest and outline for same (.50); call w/C. Bender (.10); email from C. Bender (.10); call and email to S. Karrotki (.10). |
| 08/26/10 | K. Rodriguez | 1.90 | L120 | | Confer with C. Bender and K. Flax regarding comments to articles sought in subpoena (.2); Draft structure and strategy of brief with N. Spears (1.7). |
| 08/30/10 | K. Rodriguez | 0.30 | L120 | | Review order from Breen v. WBBM in preparation for drafting response (.30). |
| 08/30/10 | N. Spears | 0.40 | L120 | | Conference w/D. Dunn re: response brief to plaintiff's motion to divest and key arguments for same. |
| 08/31/10 | K. Rodriguez | 0.60 | L190 | | Review correspondence between K. Flax and counsel for petitioner (.4); Confer with N. Spears regarding same in preparation for drafting response to motion to divest reporter's privilege (.2). |

| | | | |
|---|---|---|---|
| **Total Hours** | **13.90** | | |
| **Fee Amount** | | | **$5,447.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $545.00 | 6.30 | $3,433.50 |
| K. Rodriguez | $265.00 | 7.60 | $2,014.00 |
| **Totals** | | 13.90 | $5,447.50 |

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

September 28, 201

Matter: 09721775-0064
Invoice No.: 1243997

| | | |
|---|---|---|
| Fee Total | $ | 5,447.50 |
| Invoice Total | $ | 5,447.50 |



**SONNENSCHEIN NATH & ROSENTHAL LLP**

www.sonnenschein.com

ATTN:  JULIE XANDERS
TRIBUNE PUBLISHING COMPANY
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

September 10, 2010

**Invoice No. 1239737**

Client/Matter: 09721777-0012

PROJECT PRINT SERVICES
0000001746

Payment Due Upon Receip

**Total This Invoice**                                    $       4,992.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
| --- | --- | --- |
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to R. Gullikson at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ATTN: JULIE XANDERS
TRIBUNE PUBLISHING COMPANY
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

September 10, 2010

Invoice No. 1239737

Client/Matter:  09721777-0012

PROJECT PRINT SERVICES
0000001746

---

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/02/10 | R. Gullikson | 1.80 | 936.00 | Met with R. DeBoer and call with J. Xanders re issues related to termination and termination payments; calls with V. Casanova, then Dow Jones lawyer re same; review Amendment draft sent to Dow Jones. |
| 08/03/10 | R. Gullikson | 0.50 | 260.00 | Calls with J. Xanders re open issues in Amendment and deal structure; review R. DeBoer summary of deal terms and Term Sheet drafts. |
| 08/04/10 | R. Gullikson | 0.50 | 260.00 | Review changes to Term Sheet; multiple emails to and from Tribune team re same; revise Term Sheet. |
| 08/17/10 | R. Gullikson | 1.50 | 780.00 | Review term sheet and Amended and Restated Statement of Work; call with R. DeBoer re same. |
| 08/23/10 | R. Gullikson | 2.30 | 1,196.00 | Call with R. DeBoer and J. Xanders re open issues in Dow Jones draft of Amended and Restated Statement of Work; revise Amended Statement of Work in accordance with Tribune comments (V. Casanova, B. Brubaker and M. Sacks mark ups). |
| 08/25/10 | R. Gullikson | 1.00 | 520.00 | Call with R. DeBoer, J. Xanders and M. Sacks re open issues in Dow Jones Amended Statement of Work. |
| 08/26/10 | R. Gullikson | 2.00 | 1,040.00 | Review M. Sacks's mark up of Amended Statement of Work; review and revise Amended Statement of Work. |

**Total Hours**     9.60

**Fee Amount**                                                                    **$4,992.00**

PROJECT PRINT SERVICES
0000001746

September 10, 2010

Matter: 09721777-0012
Invoice No.: 1239737

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $520.00 | 9.60 | $4,992.00 |
| Totals | | 9.60 | $4,992.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 4,992.00 | |
| Invoice Total | $ | 4,992.00 | |



www.sonnenschein.com

ATTN:  JULIE XANDERS
TRIBUNE COMPANY
202 WEST FIRST STREET
LOS ANGELES, CA 90012

September 10, 2010

**Invoice No. 1239738**

Client/Matter: 09722405-0024

PROJECT BOBCAT
0000001584

Payment Due Upon Receip

**Total This Invoice**                                    $        1,196.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to R. Gullikson at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ATTN: JULIE XANDERS
TRIBUNE COMPANY
202 WEST FIRST STREET
LOS ANGELES, CA 90012

September 10, 2010

**Invoice No. 1239738**

Client/Matter:  09722405-0024

PROJECT BOBCAT
0000001584

For Professional Services Rendered through August 31, 2010:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/2/10 | R. Gullikson | 0.50 | Review contractual provisions related to termination. |
| 8/3/10 | R. Gullikson | 1.80 | Email documentation governing Hewlett Packard outsourcing to Tribune; call with J. Xanders, J. Rodden and M. Stepuszek re termination of finance and accounting arrangement with Hewlett Packard; email to Tribune regarding third-party agreements. |

| Total Hours | 2.30 | |
|-------------|------|--|
| Fee Amount | | $1,196.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $520.00 | 2.30 | $1,196.00 |
| Totals | | 2.30 | $1,196.00 |

| | | |
|--|--|--|
| Fee Total | $ | 1,196.00 |
| Invoice Total | $ | 1,196.00 |



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

THE TRIBUNE COMPANY
ATTN: RITA DEBOER                                                September 10, 2010
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611                                                **Invoice No. 1239739**
USA

Client/Matter: 09722405-0052

TAT - THE ASTONISHING TRIBE AB, CONTRACT WITH -
TRIBUNE CONTACT:  RITA DEBOER                          Payment Due Upon Receip

**Total This Invoice**                                   $        **1,144.00**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to R. Gullikson at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

THE TRIBUNE COMPANY
ATTN:  RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 10, 2010

Invoice No. 1239739

Client/Matter:  09722405-0052

TAT - THE ASTONISHING TRIBE AB, CONTRACT WITH -
TRIBUNE CONTACT:  RITA DEBOER

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 8/2/10 | R. Gullikson | 2.00 | Met with J. Xanders, R. DeBoer, and M. Hendershot and K. Jurgeto re Statement of Work with TAT and open issues regarding terms with TAT and other deal issues. |
| 8/3/10 | R. Gullikson | 0.20 | Call with Denise and Tribune team. |
| **Total Hours** | | **2.20** | |
| **Fee Amount** | | | **$1,144.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $520.00 | 2.20 | $1,144.00 |
| Totals | | 2.20 | $1,144.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,144.00 |
| Invoice Total | $ | 1,144.00 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

THE TRIBUNE COMPANY
ATTN: RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 10, 2010

Invoice No. 1239740

Client/Matter: 09722405-0054

TELECA, CONTRACT WITH
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

**Total This Invoice**                                $      6,786.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to R. Gullikson at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

THE TRIBUNE COMPANY
ATTN:  RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 10, 2010

**Invoice No. 1239740**

Client/Matter:  09722405-0054

TELECA, CONTRACT WITH
TRIBUNE CONTACT: RITA DEBOER

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/23/10 | M. Petry | 1.00 | Review Teleca Agreement and NDA. |
| 8/24/10 | M. Petry | 5.00 | Discuss and revise Teleca Agreement; review TAT Agreement for related impacts. |
| 8/25/10 | M. Petry | 3.50 | Revise and discuss Teleca Agreement and Statement of Work. |
| 8/26/10 | M. Petry | 2.20 | Review and revise Teleca Statement of Work |
| **Total Hours** | | **11.70** | |
| **Fee Amount** | | | $6,786.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $580.00 | 11.70 | $6,786.00 |
| Totals | | 11.70 | $6,786.00 |

| | | |
|---|---|---|
| Fee Total | $ | 6,786.00 |
| Invoice Total | $ | 6,786.00 |



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY                                   September 13, 2010
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611                                     **Invoice No. 1240405**
USA

Client/Matter: 09722405-0055

AR3AR, INC., CONTRACT WITH
TRIBUNE CONTACT: RITA DeBOER                  Payment Due Upon Receip

**Total This Invoice**                         $       7,396.00

---

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to R. Gullikson at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 13, 2010

Invoice No. 1240405

Client/Matter:  09722405-0055

AR3AR, INC., CONTRACT WITH
TRIBUNE CONTACT: RITA DeBOER

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 8/2/10 | R. Gullikson | 0.50 | Met with J. Xanders and R. DeBoer re AR3AR Agreement and issues related to capitalization structure of AR3AR and risks. |
| 8/4/10 | M. Petry | 5.00 | Review RFP and draft SOW from AR3AR and prepare revised Agreement and Statement of work. |
| 8/5/10 | M. Petry | 3.00 | Prepare revised Agreement and Statement of Work. |
| 8/13/10 | R. Gullikson | 0.30 | Call with K. Jurgeto re revisions by Tribune team to Statement of Work scope document. |
| 8/23/10 | R. Gullikson | 1.00 | Call with R. DeBoer and K. Jurgeto re AR3AR mark up of Agreements and open issues. |
| 8/24/10 | R. Gullikson | 1.00 | Call with K. Jurgeto, R. DeBoer and R. Montgomery and AR3AR, K. Luptak and A. Ruiz re open issues in Master Agreement, Statement of Work and Scope document. |
| 8/26/10 | R. Gullikson | 2.50 | Review and revise the Scope of Services Schedule; review and revise Master Agreement and Statement of Work. |

**Total Hours**    13.30

**Fee Amount**                            $7,396.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Petry | $580.00 | 8.00 | $4,640.00 |
| R. Gullikson | $520.00 | 5.30 | $2,756.00 |
| **Totals** | | 13.30 | $7,396.00 |

AR3AR, INC., CONTRACT WITH
TRIBUNE CONTACT: RITA DeBOER

September 13, 201

Matter: 09722405-0055
Invoice No.: 1240405

| | | |
|---|---|---|
| Fee Total | $ | 7,396.00 |
| Invoice Total | $ | 7,396.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2010

**Invoice No. 1247911**

Client/Matter: 09722405-0055

AR3AR, INC., CONTRACT WITH
TRIBUNE CONTACT: RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                        $          580.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON 㣙

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2010

**Invoice No. 1247911**

Client/Matter:  09722405-0055

AR3AR, INC., CONTRACT WITH
TRIBUNE CONTACT: RITA DeBOER

For Professional Services Rendered through September 30, 2010:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 8/5/10 | M. Petry | 1.00 | Analyze and prepare information re Swedish and S.Korean US judgment enforcement. |

| | | | |
|---|---|---|---|
| Total Hours | | 1.00 | |
| Fee Amount | | | $580.00 |

### TIME AND FEE SUMMARY

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| M. Petry | $580.00 | <u>1.00</u> | <u>$580.00</u> |
| Totals | | 1.00 | $580.00 |

| | | |
|---|---|---|
| Fee Total | $ | 580.00 |
| Invoice Total | <u>$</u> | <u>580.00</u> |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 28, 2010

**Invoice No. 1244042**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

**Total This Invoice**                              $          887.70

Please return this page with your payment

**In the case of mail deliveries to:**
Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

**In the case of overnight deliveries to:**
Sonnenschein Nath & Rosenthal LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to J. Klenk at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 28, 2010

**Invoice No. 1244042**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/23/10 | N. Spears | 1.60 | L120 | | Review Berrios article (1.0); discuss with K. Flax (.60). |

| | | | | | |
|--|--|--|--|--|--|
| **Total Hours** | | **1.60** | | | |
| **Fee Amount** | | | | | $872.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 1.60 | $872.00 |
| Totals | | 1.60 | $872.00 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 8/12/2010 | Document reproduction | 15.70 |
| | *SUBTOTAL* | 15.70 |
| | | 0.00 |
| 7/27/2010 | WESTLAW | |
| | **Total Disbursements** | **$15.70** |

2

EDITORIAL-GENERAL
0000001492

September 28, 2010

Matter: 09721775-1003
Invoice No.: 1244042

| | | |
|---|---|---|
| **Fee Total** | $ | 872.00 |
| **Disbursement Total** | $ | 15.70 |
| **Invoice Total** | $ | 887.70 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

KAREN H. FLAX                                           September 29, 2010
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE, SIXTH FLOOR
CHICAGO, IL  60611                                **Invoice No. 1243998**

Client/Matter: 09811990-0100

CIRCULATION - CHICAGO
0000001208                                        Payment Due Upon Receip

| | | |
|---|---|---|
| **Total This Invoice** | $ | **6,803.27** |

Please return this page with your payment

In the case of mail deliveries to:              In the case of overnight deliveries to:
Sonnenschein Nath & Rosenthal LLP              Sonnenschein Nath & Rosenthal LLP
Dept. 3078                          OR             Attention: Accounting
Carol Stream, IL 60132-3078                       233 South Wacker Drive
                                                  Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

KAREN H. FLAX
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE, SIXTH FLOOR
CHICAGO, IL 60611

September 29, 2010

Invoice No. 1243998

Client/Matter:  09811990-0100

CIRCULATION - CHICAGO
0000001208

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/2/10 | N. Spears | 2.00 | Read ordinance (.70); various e-mails and phone calls with Tribune re: same (.6); phone conference with J. McDonough (.3); discuss objections at meeting with T. Wohlfeil (.4). |
| 8/3/10 | N. Spears | 2.90 | Call with B. Thomas, et al. re: Aurora proposed ordinance (.5); follow-up call with J. McDonough (.2); read SunTimes letter and forward same (.1); further call with B. Thomas re: hearing (.4); various e-mail re: hearing (.4); confer with T. Wohlfeil re: preparation, strategy and remarks for the hearing (.4); phone calls and e-mail with D. Craven re: IPA involvement and calls to Corp Counsel in Aurora (.4); update from T. Wohlfeil after court hearing (.3); e-mail update to K. Flax re: same (.2). |
| 8/3/10 | Wohlfeil Tiffany L. | 7.60 | Prepare for, travel to and attend public hearing regarding proposed legislation. |
| 8/4/10 | N. Spears | 0.40 | Read news story and follow-up e-mail re: Aurora issues. |
| 8/5/10 | N. Spears | 0.20 | Call to B. Thomas re: follow up on Aurora (.1); letter to Aurora counsel (.1). |
| 8/9/10 | N. Spears | 0.70 | Follow up w/K. Flax re: Aurora next steps (.10); phone call from D. Craven re: same (.30); draft letter to corporate counsel for Aurora (.30). |

**Total Hours**                 13.80

**Fee Amount**                                                    $6,761.00

CIRCULATION - CHICAGO
0000001208

September 29, 2010

Matter: 09811990-0100
Invoice No.: 1243998

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $545.00 | 6.20 | $3,379.00 |
| Wohlfeil Tiffany L. | $445.00 | 7.60 | $3,382.00 |
| **Totals** | | 13.80 | $6,761.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 8/5/2010 | Meals - - | TIFFANY WOHLFEIL ROUND TRIP TRAIN TO AURORA, IL | 42.27 |
| | | *SUBTOTAL* | 42.27 |
| | **Total Disbursements** | | **$42.27** |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,761.00 | |
| Disbursement Total | $ | 42.27 | |
| Invoice Total | $ | 6,803.27 | |

3

# SNR DENTON 卂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

October 5, 2010

**Invoice No. 1243627**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                                                   $        13,573.72

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

October 5, 2010

**Invoice No. 1243627**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through August 31, 2010:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/02/10 | K. Rodriguez | 2.80 | L110 | | Interview S. Farber regarding preservation of digital recordings (.70); Conference with N. Spears regarding remaining fact investigation, discovery and research needed (.70); Review line cut footage from show (1.40). |
| 08/02/10 | N. Spears | 0.50 | L110 | | Phone conference with L. Washburn re: video issues and confer with K. Rodriguez re: same. |
| 08/03/10 | N. Spears | 3.40 | L120 | | Review video sound and transcript and analyze same (1.5); phone conference with L. Washburn re: same (.4); further analyze final transcript and watch portions of videos (1.0); prepare for court hearing (.4); phone conference with plaintiff's counsel re: court hearing (.1). |
| 08/03/10 | K. Rodriguez | 2.20 | L110 | | Review audio portions of line cut footage to check transcript for accuracy (1.50); Edit transcript accordingly (.50); Coordinate with litigation support regarding uploading of videos to server for internal review (.2). |
| 08/04/10 | K. Rodriguez | 2.00 | L120 | | Confirm due dates for discovery and answer to counterclaim (.2); Conference with N. Spears re: research regarding jury demand timing in joint equity and law actions (.90); Draft and revise list of key dates and next steps (.50); Review N. Spears' overview of strategy regarding court date and strategy in handling audio during unedited footage (.30); Arrange for duplication of all videos (.10). |

JENNIFER KELLEY, ET AL.

October 5, 2010

Matter: 09723590-0013
Invoice No.: 1243627

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/04/10 | A. McKeel | 0.60 | L140 | | Review and copy data files for K. Rodriguez. |
| 08/04/10 | N. Spears | 2.40 | L190 | | Attend court (1.3); phone conference with L. Washburn re: same (.2); summary of same (.2); analyze jury demand issue (.4); review and edit list of dates and work for L. Washburn (.3). |
| 08/05/10 | A. McKeel | 0.30 | L140 | | Review and copy data files for K. Rodriguez. |
| 08/05/10 | K. Rodriguez | 2.20 | L310 | | Draft 213(f) interrogatories to plaintiffs (.60); Draft memo regarding digital creation and preservation of show recordings (1.60). |
| 08/06/10 | N. Spears | 0.40 | L190 | | Review draft Rule 213 interrogatores and memo on ESI preservation. |
| 08/06/10 | K. Rodriguez | 1.00 | L140 | | Coordinate organization of pleadings and dvds (.20); Draft and revise memo regarding record preservation of digital recordings (.50); Review Saturday night raw and edited footage (.30). |
| 08/09/10 | K. Rodriguez | 0.70 | L310 | | Revise 213(f) interrogatories (.3); Edit memo regarding digital preservation (.2); Review audience participant releases (.2). |
| 08/09/10 | N. Spears | 0.70 | L120 | | Review and edit 213 interrogatores (.30); review memo for preservation (.30); phone conference w/L. Washburn re: same and jury demand issue (.20). |
| 08/10/10 | N. Spears | 0.30 | L120 | | Review 213 draft interrogatories. |
| 08/10/10 | K. Rodriguez | 1.20 | L110 | | Draft script for audience survey (.6); Review chart of audience members (.1); Watch portions of footage from camera 1, 2, 3, and 6 (.50). |
| 08/11/10 | K. Rodriguez | 0.30 | L110 | | Revise memo regarding creation and preservation of recordings per feedback from Director of Engineering. |

JENNIFER KELLEY, ET AL.

October 5, 2010

Matter: 09723590-0013
Invoice No.: 1243627

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/12/10 | K. Rodriguez | 1.20 | L110 | | Confer with internal e-discovery team regarding digital recordings preservation memo and revise memo and confer with N. Spears regarding same. |
| 08/16/10 | N. Spears | 0.20 | L120 | A105 | Conference w/K. Rodriguez re: documents and preservation issues. |
| 08/16/10 | K. Rodriguez | 0.20 | L110 | | Update memo regarding digital preservation of records (.10); Confer with L. Washburn regarding same (.10). |
| 08/17/10 | K. Rodriguez | 2.40 | L110 | | Confer with S. Farber regarding preservation and creation of records (.2); Interview audience members along with N. Spears concerning J. Kelley's affidavit (.6); Confer with staff at post production studio, along with S. Farber and M. Drazin, concerning creation and preservation of recordings (.4), and revise memo concerning same (.4); Update audience interview script and draft memo recounting the interviews with audience members (.8). |
| 08/17/10 | K. Muhammad | 0.30 | L120 | A105 | Conference/e-mail correspondence with K. Rodriquez re: audience member interviews. |
| 08/18/10 | K. Muhammad | 2.00 | L120 | A105 | Interviews with K. Rodriquez and various Big Willie audience members (1.30); organize and summarize notes re: same (.70). |
| 08/18/10 | K. Rodriquez | 3.50 | L110 | | Review notes from audience member interviews and summarize and analyze the results of the audience member interviews in a memo to the file (1.90); Review and edit digital recording preservation and creation memo (.30); Review with K. Muhammad the purpose of audience survey calls (.3); Conduct interviews of audience members (1.0). |

JENNIFER KELLEY, ET AL.

October 5, 2010

Matter: 09723590-0013
Invoice No.: 1243627

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/19/10 | K. Rodriguez | 0.40 | L110 | | Review and edit memo to file summarizing and analyzing the results of the audience member interviews. |
| 08/19/10 | N. Spears | 0.20 | L120 | | Conference via email w/L. Washburn and S. Fifer re: talent agreements. |
| 08/20/10 | N. Spears | 1.80 | L120 | | Attend court on motion and follow up email (1.60); call from Plaintiff counsel (.20). |
| 08/20/10 | S. Fifer | 0.70 | L120 | | Telecon L. Washburn re revenue sharing arrangements for talent agreements; prepare and send excerpts re revenue sharing language for Ms. Washburn. |
| 08/24/10 | N. Spears | 0.50 | L120 | | Analyze due dates on answer and discovery and discuss w/K. Rodriguez (.30); email to W. Cunningham and E. Howard re: joint rep letter (.20). |
| 08/25/10 | K. Rodriguez | 0.10 | L190 | | Review docket to determine status of plaintiffs' response to our counterclaim. |
| 08/30/10 | K. Rodriguez | 0.10 | L120 | | Confer with N. Spears regarding strategy in alerting opposing counsel to late discovery responses and response to counterclaim. |
| 08/30/10 | N. Spears | 0.30 | L120 | | Conference w/K. Rodriguez re: upcoming due dates and draft letter to plaintiffs' counsel re: same. |

| Total Hours | 34.90 |
|-------------|-------|
| Fee Amount | $12,382.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 10.70 | $5,831.50 |
| S. Fifer | $625.00 | 0.70 | $437.50 |
| K. Rodriguez | $265.00 | 20.30 | $5,379.50 |
| K. Muhammad | $235.00 | 2.30 | $540.50 |

JENNIFER KELLEY, ET AL.

October 5, 2010

Matter: 09723590-0013
Invoice No.: 1243627

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| A. McKeel | $215.00 | 0.90 | $193.50 |
| Totals | | 34.90 | $12,382.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/30/2010 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 131.00 |
| | | SUBTOTAL | 131.00 |
| | Document reproduction | | 22.10 |
| | | SUBTOTAL | 22.10 |
| 6/21/2010 | WESTLAW | | 165.23 |
| 6/22/2010 | WESTLAW | | 124.80 |
| 6/22/2010 | WESTLAW | | 86.73 |
| 7/26/2010 | WESTLAW | | 67.27 |
| 7/26/2010 | WESTLAW | | 318.67 |
| 8/4/2010 | WESTLAW | | 252.59 |
| 8/12/2010 | WESTLAW | | 22.83 |
| | | SUBTOTAL | 1,038.12 |
| | Total Disbursements | | $1,191.22 |

| | | |
|---|---|---|
| Fee Total | $ | 12,382.50 |
| Disbursement Total | $ | 1,191.22 |
| Invoice Total | $ | 13,573.72 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 16, 2010

**Invoice No. 1248269**

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice                                        $        5,210.50

Please return this page with your payment

In the case of mail deliveries to:              In the case of overnight deliveries to:
SNR Denton US LLP                                    SNR Denton US LLP
Dept. 3078                        OR              Attention: Accounting
Carol Stream, IL 60132-3078                          233 South Wacker Drive
                                                     Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

November 16, 2010

**Invoice No. 1248269**

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH – ACCESS TO PRE-TRIAL

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/18/10 | N. Spears | 0.30 | Email w/K. Flax re: questionnaire. |
| 8/20/10 | N. Spears | 0.40 | Conference w/K. Flax re:  motion (.20); email w/G. Naron re: same (.20). |
| 8/20/10 | G. Naron | 2.20 | Draft motion for access to juror questionnaires. |
| 8/23/10 | G. Naron | 1.00 | Review cases re access to juror questionnaires, teleconferences, and e-mails NJSpears re same. |
| 8/23/10 | J. Klenk | 0.20 | Teleconference with N. Spears re: juror questionnaire. |
| 8/23/10 | N. Spears | 0.50 | Review and edit motion re: questionaires (.40); email to K. Flax re: same (.10). |
| 8/24/10 | N. Spears | 0.80 | Phone conferences w/R. Schar re: questionaires (.20); analyze letter issue and review same w/G. Naron and K. Flax (.40); phone conference w/M. O'Connor and K. Flax re: same (.20). |
| 8/24/10 | G. Naron | 1.30 | Teleconferences, emails N. Spears, K. Flax re: request for juror questionnaires (.3); review cases re: same (.6); draft letter to court re: same (.4). |
| 8/25/10 | G. Naron | 0.70 | Emails N. Spears re: request for juror questionnaires (.20); review file, N.D. Ill. jury plan re: same and email; memo N. Spears re: same (.50). |
| 8/25/10 | N. Spears | 0.40 | Emails re: destruction of questionnaires. |
| 8/26/10 | N. Spears | 0.60 | Conference w/D. Craven (.20); conference call w/G. Naron and K. Flax re: destruction issue (.40). |
| 8/26/10 | G. Naron | 0.50 | Teleconferences and emails with N. Spears, K. Flax re: request for juror questionnaires, strategy re: same. |
| 9/2/10 | N. Spears | 0.50 | Email w/K. Flax and G. Naron re: letter to Zagel about blank questionnaire (.40); email re: correspondence addressed to government and defense (.10). |
| 9/2/10 | G. Naron | 0.50 | Review file, cases, draft letter re: blank jury questionnaire (.40); emails N. Spears, K. Flax re: same (.10). |
| 9/20/10 | N. Spears | 0.20 | Email follow up and call w/R. Schar. |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

November 16, 2010

Matter: 09721775-0057
Invoice No.: 1248269

| | | |
|---|---|---|
| Total Hours | 10.10 | |
| Fee Amount | | $5,210.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $625.00 | 0.20 | $125.00 |
| N. Spears | $545.00 | 3.70 | $2,016.50 |
| G. Naron | $495.00 | 6.20 | $3,069.00 |
| Totals | | 10.10 | $5,210.50 |

| | | |
|---|---|---|
| Fee Total | $ | 5,210.50 |
| Invoice Total | $ | 5,210.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

October 14, 2010

**Invoice No. 1248232**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

Total This Invoice                                    $          1,522.40

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

October 14, 2010

**Invoice No. 1248232**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 08/31/10 | K. Rodriguez | 1.30 | L190 | | Draft and revise litigation hold for Lindgren case and confer with N. Spears regarding same. |
| 08/31/10 | N. Spears | 0.30 | L120 | | Review Lit Hold and email w/K. Flax re: same. |
| 09/03/10 | N. Spears | 0.40 | B101 | | Email to K. Flax re: service (.10); phone conference w/D. Dunn re: same (.30). |
| 09/08/10 | N. Spears | 0.10 | L120 | | Email to K. Flax. |
| 09/09/10 | N. Spears | 0.40 | L120 | | Review service form and conference w/K. Rodriguez re: same (.20); review complaint (.20). |
| 09/09/10 | K. Rodriguez | 0.40 | L101 | | Review summons and waiver of service rule (.2); Review docket sheet for case management call (.1); Update K. Flax and N. Spears regarding same (.2). |
| 09/20/10 | N. Spears | 0.10 | L120 | | Email follow up. |
| 09/24/10 | N. Spears | 0.10 | L120 | | Email w/K. Flax. |
| 09/27/10 | N. Spears | 0.20 | L120 | | Email w/K. Flax re: proper defendant (.10); review form of waiver from K. Rodriguez. |

| Total Hours | | 3.30 | | | |
| Fee Amount | | | | | $1,522.40 |

BRYAN AND CYNTHIA LINDGREN

October 14, 2010

Matter: 09721775-0066
Invoice No.: 1248232

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $654.00 | 1.60 | $1,046.40 |
| K. Rodriguez | $280.00 | 1.70 | $476.00 |
| Totals | | 3.30 | $1,522.40 |

| | | |
|---|---|---|
| Fee Total | $ | 1,522.40 |
| Invoice Total | $ | 1,522.40 |

# EXHIBIT B

# UNPAID INVOICES



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 10, 2010

**Invoice No. 1236041**

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

**Total This Invoice**                                                $        32,411.18

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 10, 2010

Invoice No. 1236041

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/1/10 | G. Naron | 0.30 | Teleconferences N. Spears re: possible letter brief to 7th Circuit. |
| 7/2/10 | G. Naron | 1.50 | Review, analyze 7th Circuit decision (.3); teleconferences, emails N. Spears, J. Klenk, K. Flax re: same, ideas for hearing (.3); research re: same (.9). |
| 7/2/10 | K. Rodriguez | 0.30 | (NO CHARGE) Review opinion issued from 7th Circuit. |
| 7/2/10 | J. Klenk | 0.70 | Review opinion (.3); teleconference with N. Spears (.2); teleconferences with N. Spears, K. Flax (.2). |
| 7/2/10 | M. Flessner | 0.40 | Attend to e-mail regarding 7th Circuit Order. |
| 7/2/10 | N. Spears | 1.00 | Various phone conferences and email in response to appeal decision and strategy for hearing before Judge Zagel (.50); email to K. Flax re: summary of same (.50). |
| 7/3/10 | N. Spears | 0.60 | Phone conference w/M. Flessner re: hearing before Judge Zagel and strategy for same (.40); phone call to C. Niewohner (AUSA) re: hearing and possible resolution (.20). |
| 7/3/10 | M. Flessner | 0.80 | (NO CHARGE) Review 7th Circuit opinion on appeal from Judge Zagel's order denying Motion to Intervene; multiple conference calls with N. Spears regarding next steps. |
| 7/6/10 | N. Spears | 1.70 | Phone conference w/D. Bonamici (.20); follow up research in light of 7th Circuit Ruling and hearing, including with RCFP (.50); conference w/K. Flax re: same (.20); phone call to Defendants' counsel (.10); phone conference w/D. Bonamici following trial day re: hearing (.40); email to G. Naron et al re: hearing and strategy for same (.30). |
| 7/6/10 | G. Naron | 1.00 | Emails N. Spears, J. Klenk, S. Fifer re: research for hearing (.1); review file, prepare summary of case for client (.5); draft letter to Government re: discovery of evidence, emails re: same (.4). |
| 7/6/10 | J. Klenk | 0.40 | Emails and teleconferences with N. Spears re: remand. |
| 7/6/10 | K. Rodriguez | 0.60 | (NO CHARGE) Confer with N. Spears regarding action needed in preparation for hearing in front of district court following 7th Circuit's decision (.2); Research in preparation for hearing on remand (.4). |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/7/10 | K. Rodriguez | 0.20 | (NO CHARGE) Review articles and research regarding jurors in other high profile cases. |
| 7/7/10 | G. Naron | 4.70 | Teleconferences, emails N. Spears re hearing, strategy (.4); review file, research, draft supplemental motion/brief for hearing (3.9); draft letter to judge re: hearing (.4). |
| 7/7/10 | M. Flessner | 0.40 | (NO CHARGE) Multiple conference calls with N. Spears regarding strategy to set hearing before Judge Zagel; e-mails with others in Team regarding juror issue. |
| 7/7/10 | N. Spears | 0.70 | Phone conference w/D. Bonamici (AUSA) re: Zagel and hearing (.30); phone conference w/G. Naron re: evidence and response to open issues from 7th Cir. Opinion (.40). |
| 7/8/10 | N. Spears | 0.50 | Phone conference w/M. Flessner, Judge Zagel's clerk re: hearing (.30); review notice of motion and motion for status hearing and discuss same w/K. Rodriguez (.20); email clients re: same (.10). |
| 7/8/10 | M. Flessner | 0.80 | (NO CHARGE) Review letter to Government; multiple conference calls with N. spears regarding motion and letter to Government. |
| 7/8/10 | G. Naron | 4.00 | Draft supplemental motion/brief for hearing (.8); further research re: same (2.2); email, memos N. Spears re strategy, status hearing, research (1.0). |
| 7/8/10 | K. Rodriguez | 0.50 | Draft motion and notice of motion for status hearing in regarding 7th Circuit's decision and confer with N. Spears regarding filing of same (.2); Review research regarding juror interference in high profile cases (.3). |
| 7/9/10 | N. Spears | 0.50 | Letter to Government (.30); conference w/G. Naron re: hearing Monday and calls from media re: same (.20). |
| 7/12/10 | J. Klenk | 0.10 | Emails and teleconferences with N. Spears. |
| 7/12/10 | N. Spears | 2.60 | Read and analyze revised seventh circuit decision (.40); prepare for status hearing (.50); attend status hearing (1.0); download hearing w/G. Naron (.30); letter and email to AUSA re: hearing and briefing (.30); review order re: voicemails (.10). |
| 7/12/10 | G. Naron | 4.50 | Review, analyze amended Seventh Circuit Opinion (.4); teleconferences, emails N. Spears, K. Rodriguez re: same, status hearing (.5); draft memo re: amended Seventh Circuit Opinion (.5); research, draft brief for hearing on remand (3.1). |
| 7/12/10 | K. Rodriguez | 0.60 | Draft cover letter and compile briefs for submission to court, per court's request at status hearing (.3); Draft letter to AUSA regarding timeline for submissions of remand briefing (.3). |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/12/10 | K. Rodriguez | 2.40 | (NO CHARGE) Attend status hearing regarding remand from 7th Circuit (1.5) and confer with N. Spears and G. Naron regarding same (.5); Draft summary of status hearing (.4). |
| 7/13/10 | G. Naron | 2.50 | Review file, teleconferences, emails N. Spears re: hearing, brief on remand (.2); review, analyze Zagel order (.4) research, draft brief (1.9). |
| 7/13/10 | M. Flessner | 1.10 | (NO CHARGE) Conference call with N. Spears; review e-mails and amended opinion. |
| 7/13/10 | N. Spears | 1.00 | Attend court to hear voicemails to Judge Zagel (.7); de-brief re: same with K. Flax (.3). |
| 7/13/10 | K. Rodriguez | 0.60 | (NO CHARGE) Draft overview of today's hearing and draft letter to D. Bonamici (AUSA) regarding briefing schedule. |
| 7/13/10 | K. Rodriguez | 1.60 | (NO CHARGE) Attend hearing regarding voicemails received by Judge Zagel. |
| 7/14/10 | N. Spears | 0.70 | Review and analyze Posner opinion and discuss same with J. Klenk and then K. Flax. |
| 7/14/10 | K. Rodriguez | 0.40 | (NO CHARGE) Review dissent to denial of 7th Circuit's sua sponte motion for rehearing en banc. |
| 7/14/10 | K. Rodriguez | 0.70 | (NO CHARGE) Confer with N. Spears and G. Naron regarding briefing on remand. |
| 7/14/10 | G. Naron | 5.00 | Teleconferences, emails N. Spears re: hearing, brief on remand, new en banc opinion (.5); review, analyze en banc opinion (1.2); research, draft brief on remand (3.3). |
| 7/14/10 | M. Flessner | 0.60 | (NO CHARGE) Review J. Zagel's opinion and conference call with N. Spears re: brief to be submitted and arguments. |
| 7/15/10 | G. Naron | 2.60 | Teleconferences, emails N. Spears re: brief on remand, strategy (.3); review new version of 7th Circuit opinion (.2); research re: brief on remand (1.2); draft same (.9). |
| 7/15/10 | N. Spears | 1.20 | Analyze Posner dissent and original opinion in detail (.4); review transcript (.2); review draft brief (.3); read Posner Matt Hale decision (.3). |
| 7/16/10 | N. Spears | 0.30 | Read e-mail order from Zagel (.1); e-mail and phone call to government (.2). |
| 7/16/10 | G. Naron | 0.20 | Review file, brief, emails N. Spears re: proceedings on remand. |
| 7/18/10 | N. Spears | 1.50 | Work on brief, prepare for court and review instructions. |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/19/10 | G. Naron | 3.30 | Review file, analyze Government brief (1.2); teleconferences, emails N. Spears, K. Rodriguez re: same, proceedings on remand (.3); research, draft brief on remand (1.8). |
| 7/19/10 | K. Rodriguez | 0.40 | (NO CHARGE) Review government's brief on remand. |
| 7/19/10 | M. Flessner | 0.40 | Attend to e-mail requests for U.S. regarding knowledge of juror names in specific high-profile cases. |
| 7/19/10 | N. Spears | 1.50 | Attend court on status (1.0); read government's submission and discuss same with G. Naron and K. Flax via e-mail (.5) |
| 7/19/10 | J. Klenk | 0.30 | Teleconferences with N. Spears re: remand (.3). |
| 7/20/10 | J. Klenk | 0.90 | Review and comment on remand filing (.6); emails and teleconferences re: same (.3). |
| 7/20/10 | G. Naron | 3.00 | Review file, Government brief (.6); research, draft brief on remand (1.9); teleconferences, emails N. Spears, K. Rodriguez re: same (.5). |
| 7/20/10 | N. Spears | 1.00 | Review and edit draft reply brief and discuss same with G. Naron. |
| 7/20/10 | K. Rodriguez | 3.50 | Review cases cited by Government regarding improper jury contact and draft section of brief distinguishing each (2.5); Review and compile relevant jury instructions from different states for inclusion in remand brief (1.0). |
| 7/21/10 | N. Spears | 2.70 | Phone conference with Judge Zagel's chambers re: hearing (.20); finalize brief (.50); prepare for hearing (2.0). |
| 7/21/10 | G. Naron | 0.40 | Review file, draft brief on remand; teleconferences, emails N. Spears, K. Rodriguez re: same. |
| 7/21/10 | K. Rodriguez | 1.70 | Cite check and proofread brief for hearing on remand (.5); compile additional jury instruction exhibits (.9); Prepare brief for filing and coordinate with docketing for delivery to Judge Zagel (.3). |
| 7/22/10 | G. Naron | 0.40 | Teleconferences, emails N. Spears re: hearing, review file, cases, draft letter to court. |
| 7/22/10 | N. Spears | 2.50 | Prepare for and attend hearing (2.0); post-hearing discussion with K. Flax and e-mail to clients re: summary and response to new alternative raised by Judge Zagel. |
| 7/22/10 | K. Rodriguez | 2.50 | (NO CHARGE) Attend hearing on remand from 7th Circuit (2.3); Draft summary of hearing (.2). |
| 7/22/10 | M. Flessner | 2.60 | (NO CHARGE) Attend hearing before Judge Zagel on release of jurors names. |
| 7/23/10 | M. Flessner | 0.20 | (NO CHARGE) Review Letter to Judge and conference call with N. Spears. |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 7/23/10 | N. Spears | 0.80 | Draft, edit and finalize letter to court and e-mail and phone conferences with K. Flax, G. Freeman, and G. Naron re: same (.7); other e-mail from court (.10). |
| 7/23/10 | G. Naron | 0.20 | Review file, draft letter to court, teleconferences, emails N. Spears re: same. |
| 7/26/10 | G. Naron | 0.70 | Review Zagel decision on remand; teleconference N. Spears re: same; draft letter re: same. |
| 7/26/10 | M. Flessner | 0.50 | (NO CHARGE) Review memorandum opinion. |
| 7/26/10 | N. Spears | 0.60 | Read Zagel ruling and email summary to clients. |
| 7/27/10 | N. Spears | 0.40 | Email re: letter to Judge Zagel on release and edit same and phone conference w/K. Flax re: same. |
| 7/27/10 | G. Naron | 0.30 | Draft letter to Zagel re: release of names, addresses; teleconfs, emails NJSpears, K Flax re: same. |

| | | | |
|---|---|---|---|
| **Total Hours** | | **82.60** | |
| **Fee Amount** | | | **$38,999.00** |
| **Less Adjustments as Detailed Above:** | | | **($7,180.50)** |
| **Fee Total** | | | **$31,818.50** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $625.00 | 2.40 | $1,500.00 |
| M. Flessner | $545.00 | 7.80 | $4,251.00 |
| N. Spears | $545.00 | 21.80 | $11,881.00 |
| G. Naron | $495.00 | 34.60 | $17,127.00 |
| K. Rodriguez | $265.00 | 16.00 | $4,240.00 |
| **Totals** | | **82.60** | **$38,999.00** |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

September 10, 2010

Matter: 09721775-0057
Invoice No.: 1236041

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/16/2010 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 77.60 |
| 7/16/2010 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 78.65 |
| 7/27/2010 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 332.75 |
| | | *SUBTOTAL* | 489.00 |
| 7/12/2010 | Outside Professional Services - - BLANCA I. LARA, CSR, RPR, CP Court reporter - proceedings taken 7/12/10 | | 77.60 |
| 7/7/2010 | Outside Professional Services - -    U.S. COURTS AO - PACER SERVICE CENTER Pacer/Racer 2nd quarter charges | | 26.08 |
| | | *SUBTOTAL* | 103.68 |

**Total Disbursements** $592.68

| | | |
|---|---|---|
| **Fee Total** | $ | 31,818.50 |
| **Disbursement Total** | $ | 592.68 |
| **Invoice Total** | $ | 32,411.18 |



**SONNENSCHEIN NATH & ROSENTHAL LLP**

www.sonnenschein.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

September 28, 2010

**Invoice No. 1243997**

Client/Matter: 09721775-0064

<u>MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER</u>         Payment Due Upon Receipt

**Total This Invoice**                                    $      5,447.50

---

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

September 28, 2010

**Invoice No. 1243997**

Client/Matter:  09721775-0064

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

For Professional Services Rendered through August 31, 2010:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/05/10 | N. Spears | 0.30 | L120 | | Read R. Kiley letter and call from R. Kiley re: same and return call. |
| 08/06/10 | N. Spears | 0.20 | L110 | | E-mail to K. Flax re: Horstman v. Hoffman reporter's privilege issue and follow up. |
| 08/13/10 | K. Rodriguez | 0.60 | L110 | | Confer with N. Spears regarding strategy for hearing scheduled on 8/20 (.20); Contact counsel for plaintiffs and counsel for Chicago Sun Times (.40). |
| 08/13/10 | N. Spears | 1.70 | L120 | | Follow up email w/K. Flax (.20); Read materials and brief (1.0); call to Plaintiffs' counsel (.40); call to D. Dunn (.10). |
| 08/17/10 | N. Spears | 0.40 | L120 | | Call w/D. Dunn. |
| 08/17/10 | K. Rodriguez | 0.30 | L190 | | Confer with counsel for Chicago Sun Times in preparation for Friday's hearing (.30). |
| 08/18/10 | K. Rodriguez | 1.00 | L210 | | Review motion to divest Long of the reporter's privilege and accompanying exhibits. |
| 08/19/10 | K. Rodriguez | 0.30 | L190 | | Confer with R. Kiley (defendant's counsel) regarding status of case in preparation for hearing on 8/20. |
| 08/19/10 | N. Spears | 0.60 | L120 | | Call w/K. Flax re: documents responsive to subpoena (.20); follow up calls w/C. Bender re: same (.40). |
| 08/20/10 | K. Rodriguez | 1.50 | L450 | | Attend hearing regarding defendant's reporters' privilege divestiture motion. |
| 08/20/10 | N. Spears | 1.50 | L120 | | Attend haring regarding defendant's reporters' privilege divestiture motion. |

2

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

September 28, 2010

Matter: 09721775-0064
Invoice No.: 1243997

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/22/10 | K. Rodriguez | 1.10 | L120 | | Research viability of failure to exhaust argument based upon limited inquiry during depositions. |
| 08/23/10 | N. Spears | 0.40 | L120 | | Conference w/K. Rodriguez re: response and follow up needed. |
| 08/26/10 | N. Spears | 0.80 | L120 | | Analyze response to motion to divest and outline for same (.50); call w/C. Bender (.10); email from C. Bender (.10); call and email to S. Karrotki (.10). |
| 08/26/10 | K. Rodriguez | 1.90 | L120 | | Confer with C. Bender and K. Flax regarding comments to articles sought in subpoena (.2); Draft structure and strategy of brief with N. Spears (1.7). |
| 08/30/10 | K. Rodriguez | 0.30 | L120 | | Review order from Breen v. WBBM in preparation for drafting response (.30). |
| 08/30/10 | N. Spears | 0.40 | L120 | | Conference w/D. Dunn re: response brief to plaintiff's motion to divest and key arguments for same. |
| 08/31/10 | K. Rodriguez | 0.60 | L190 | | Review correspondence between K. Flax and counsel for petitioner (.4); Confer with N. Spears regarding same in preparation for drafting response to motion to divest reporter's privilege (.2). |

**Total Hours**                    13.90

**Fee Amount**                                                                   $5,447.50


## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 6.30 | $3,433.50 |
| K. Rodriguez | $265.00 | 7.60 | $2,014.00 |
| **Totals** | | 13.90 | $5,447.50 |

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

September 28, 2010

Matter: 09721775-0064
Invoice No.: 1243997

| | | |
|---|---|---|
| **Fee Total** | $ | 5,447.50 |
| **Invoice Total** | $ | 5,447.50 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2010

**Invoice No. 1247911**

Client/Matter: 09722405-0055

AR3AR, INC., CONTRACT WITH
TRIBUNE CONTACT: RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                                      $            580.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 14, 2010

**Invoice No. 1247911**

Client/Matter: 09722405-0055

AR3AR, INC., CONTRACT WITH
TRIBUNE CONTACT: RITA DeBOER

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/5/10 | M. Petry | 1.00 | Analyze and prepare information re Swedish and S.Korean US judgment enforcement. |

| | | | |
|---|---|---|---|
| Total Hours | | 1.00 | |
| Fee Amount | | | $580.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $580.00 | 1.00 | $580.00 |
| Totals | | 1.00 | $580.00 |

| | | |
|---|---|---|
| Fee Total | $ | 580.00 |
| Invoice Total | $ | 580.00 |



www.sonnenschein.com

KAREN H. FLAX
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE, SIXTH FLOOR
CHICAGO, IL 60611

September 29, 2010

**Invoice No. 1243998**

Client/Matter: 09811990-0100

CIRCULATION - CHICAGO
0000001208

Payment Due Upon Receipt

**Total This Invoice**                    $        6,803.27

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to N. Spears at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

KAREN H. FLAX
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE, SIXTH FLOOR
CHICAGO, IL 60611

September 29, 2010

**Invoice No. 1243998**

Client/Matter: 09811990-0100

CIRCULATION - CHICAGO
0000001208

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/2/10 | N. Spears | 2.00 | Read ordinance (.70); various e-mails and phone calls with Tribune re: same (.6); phone conference with J. McDonough (.3); discuss objections at meeting with T. Wohlfeil (.4). |
| 8/3/10 | N. Spears | 2.90 | Call with B. Thomas, et al. re: Aurora proposed ordinance (.5); follow-up call with J. McDonough (.2); read SunTimes letter and forward same (.1); further call with B. Thomas re: hearing (.4); various e-mail re: hearing (.4); confer with T. Wohlfeil re: preparation, strategy and remarks for the hearing (.4); phone calls and e-mail with D. Craven re: IPA involvement and calls to Corp Counsel in Aurora (.4); update from T. Wohlfeil after court hearing (.3); e-mail update to K. Flax re: same (.2). |
| 8/3/10 | Wohlfeil Tiffany L. | 7.60 | Prepare for, travel to and attend public hearing regarding proposed legislation. |
| 8/4/10 | N. Spears | 0.40 | Read news story and follow-up e-mail re: Aurora issues. |
| 8/5/10 | N. Spears | 0.20 | Call to B. Thomas re: follow up on Aurora (.1); letter to Aurora counsel (.1). |
| 8/9/10 | N. Spears | 0.70 | Follow up w/K. Flax re: Aurora next steps (.10); phone call from D. Craven re: same (.30); draft letter to corporate counsel for Aurora (.30). |

**Total Hours**     13.80

**Fee Amount**                                                      $6,761.00

2

CIRCULATION - CHICAGO
0000001208

September 29, 2010

Matter: 09811990-0100
Invoice No.: 1243998

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $545.00 | 6.20 | $3,379.00 |
| Wohlfeil Tiffany L. | $445.00 | 7.60 | $3,382.00 |
| **Totals** | | **13.80** | **$6,761.00** |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 8/5/2010 | Meals - -    TIFFANY WOHLFEIL ROUND TRIP TRAIN TO AURORA, IL | | 42.27 |
| | | *SUBTOTAL* | 42.27 |
| | **Total Disbursements** | | **$42.27** |

| | | |
|---|---|---|
| Fee Total | $ | 6,761.00 |
| Disbursement Total | $ | 42.27 |
| Invoice Total | $ | 6,803.27 |

3

# SNR DENTON ⟁

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 16, 2010

**Invoice No. 1248269**

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice                                          $          5,210.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 16, 2010

**Invoice No. 1248269**

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 8/18/10 | N. Spears | 0.30 | Email w/K. Flax re: questionnaire. |
| 8/20/10 | N. Spears | 0.40 | Conference w/K. Flax re: motion (.20); email w/G. Naron re: same (.20). |
| 8/20/10 | G. Naron | 2.20 | Draft motion for access to juror questionnaires. |
| 8/23/10 | G. Naron | 1.00 | Review cases re access to juror questionnaires, teleconferences, and e-mails NJSpears re same. |
| 8/23/10 | J. Klenk | 0.20 | Teleconference with N. Spears re: juror questionnaire. |
| 8/23/10 | N. Spears | 0.50 | Review and edit motion re: questionaires (.40); email to K. Flax re: same (.10). |
| 8/24/10 | N. Spears | 0.80 | Phone conferences w/R. Schar re: questionaires (.20); analyze letter issue and review same w/G. Naron and K. Flax (.40); phone conference w/M. O'Connor and K. Flax re: same (.20). |
| 8/24/10 | G. Naron | 1.30 | Teleconferences, emails N. Spears, K. Flax re: request for juror questionnaires (.3); review cases re: same (.6); draft letter to court re: same (.4). |
| 8/25/10 | G. Naron | 0.70 | Emails N. Spears re: request for juror questionnaires (.20); review file, N.D. Ill. jury plan re: same and email; memo N. Spears re: same (.50). |
| 8/25/10 | N. Spears | 0.40 | Emails re: destruction of questionnaires. |
| 8/26/10 | N. Spears | 0.60 | Conference w/D. Craven (.20); conference call w/G. Naron and K. Flax re: destruction issue (.40). |
| 8/26/10 | G. Naron | 0.50 | Teleconferences and emails with N. Spears, K. Flax re: request for juror questionnaires, strategy re: same. |
| 9/2/10 | N. Spears | 0.50 | Email w/K. Flax and G. Naron re: letter to Zagel about blank questionnaire (.40); email re: correspondence addressed to government and defense (.10). |
| 9/2/10 | G. Naron | 0.50 | Review file, cases, draft letter re: blank jury questionnaire (.40); emails N. Spears, K. Flax re: same (.10). |
| 9/20/10 | N. Spears | 0.20 | Email follow up and call w/R. Schar. |

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

November 16, 2010

Matter: 09721775-0057
Invoice No.: 1248269

Total Hours                              10.10

Fee Amount                                                                    $5,210.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $625.00 | 0.20 | $125.00 |
| N. Spears | $545.00 | 3.70 | $2,016.50 |
| G. Naron | $495.00 | 6.20 | $3,069.00 |
| Totals | | 10.10 | $5,210.50 |

Fee Total           $      5,210.50

Invoice Total       $      5,210.50


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 28, 2010

**Invoice No. 1244042**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

**Total This Invoice**                          $        887.70

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to J. Klenk at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 28, 2010

**Invoice No. 1244042**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/23/10 | N. Spears | 1.60 | L120 | | Review Berrios article (1.0); discuss with K. Flax (.60). |

| | | | | | |
|---|---|---|---|---|---|
| **Total Hours** | | **1.60** | | | |
| **Fee Amount** | | | | | **$872.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 1.60 | $872.00 |
| **Totals** | | 1.60 | $872.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/12/2010 | Document reproduction | | 15.70 |
| | | *SUBTOTAL* | 15.70 |
| 7/27/2010 | WESTLAW | | 0.00 |
| | **Total Disbursements** | | **$15.70** |

EDITORIAL-GENERAL
0000001492

September 28, 2010

Matter: 09721775-1003
Invoice No.: 1244042

| | | |
|---|---|---|
| Fee Total | $ | 872.00 |
| Disbursement Total | $ | 15.70 |
| Invoice Total | $ | 887.70 |

# EXHIBIT C

# FEE SUMMARY

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JULY 1, 2010 THROUGH JULY 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rosemary Gullikson | Partner/Corporate | $520.00 | 10.20 | $5,304.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Project Print Services | 10.20 | $5,304.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JULY 1, 2010 THROUGH JULY 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James Klenk | Partner/Intellectual Property | $62.50 | .10 | $62.50 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Eddie Johnson | .10 | $62.50 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JULY 1, 2010 THROUGH JULY 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Natalie Spears | Partner/Litigation | $545.00 | 6.00 | $3,270.00 |
| Greg Naron | Counsel/Litigation | $495.00 | 4.00 | $1,980.00 |
| Mark Flessner | Partner/Litigation | $440.00 | 0.20 | $88.00 |
| Stefanie Wowchuk | Associate/Bankruptcy | $345.00 | 1.30 | $448.50 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Editorial - General | 11.50 | $5,786.50 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JULY 1, 2010 THROUGH JULY 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James Klenk | Partner/Intellectual Property | $625.00 | 2.40 | 1,500.00 |
| Mark Flessner | Partner/Litigation | $545.00 | 7.80 | $4,251.00 |
| Natalie Spears | Partner/Litigation | $545.00 | 21.80 | $11,881.00 |
| Greg Naron | Counsel/Litigation | $495.00 | 34.60 | $17,127.00 |
| Kristen Rodriguez | Associate/Litigation | $265.00 | 16.00 | $4,240.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Cellini/Blagojevich - Access to Pre-Trial | 82.60 | $38,999.00<br>7,180.50 (adj)<br>**$31,818.50** |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JULY 1, 2010 THROUGH JULY 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James Klenk | Partner/Intellectual Property | $625.00 | 0.20 | $125.00 |
| Natalie Spears | Partner/Litigation | $545.00 | 25.50 | $13,897.50 |
| Kristen Rodriguez | Associate/Litigation | $265.00 | 34.20 | $9,063.00 |
| Derek Boor | Professional/Litigation Support | $250.00 | 1.00 | $250.00 |
| Russell Shumway | Professional/E-Discovery | $250.00 | 3.00 | $750.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Jennifer Kelley, et al. | 63.90 | $24,085.50 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Greg Naron | Counsel/Litigation | $495.00 | 9.16 | $4,534.00 |
| Tiffany Wohlfeil | Associate/Litigation | $420.00 | 2.30 | $966.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Blagojevich - Motion in District Court for Access | 11.46 | $5,500.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM**
**AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Natalie Spears | Partner/Litigation | $545.00 | 6.30 | $3,433.50 |
| Kristen Rodriguez | Associate/Litigation | $265.00 | 7.60 | $2,014.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Margaret Horstman Reporters Privilege Matter | 13.90 | $5,447.50 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM**
**AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rosemary Gullikson | Partner/Corporate | $520.00 | 9.60 | $4,992.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Project Print Services | 9.60 | $4,992.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rosemary Gullikson | Partner/Corporate | $520.00 | 2.30 | $1,196.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Project Bobcat | 2.30 | $1,196.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM**
**AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rosemary Gullikson | Partner/Corporate | $520.00 | 2.20 | $1,144.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| TAT- The Astonishing Tribe AB | 2.20 | $1,144.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark Petry | Partner/Corporate | $580.00 | 11.70 | $6,786.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Teleca, Contract with Tribune Contact: Rita DeBoer | 11.70 | $6,786.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark Petry | Partner/Corporate | $580.00 | 9.00 | $5,220.00 |
| Rosemary Gullikson | Partner/Corporate | $520.00 | 5.30 | $2,756.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| AR3AR, Inc. Contract with Tribune Contact: Rita DeBoer | 14.30 | $7,976.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM**
**AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Natalie Spears | Partner/Litigation | $545.00 | 1.60 | $872.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Editorial - General | 1.60 | $872.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Natalie Spears | Partner/Litigation | $545.00 | 6.20 | $3,379.00 |
| Tiffany Wohlfeil | Associate/Litigation | 445.00 | 7.60 | $3,382.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Circulation Chicago | 13.80 | $6,761.00 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sam Fifer | Partner/Intellectual Property | $625.00 | 0.70 | $437.50 |
| Natalie Spears | Partner/Litigation | $545.00 | 10.70 | $5,831.50 |
| Kristen Rodriguez | Associate/Litigation | $265.00 | 20.30 | $5,379.50 |
| Kasey Muhammad | Paralegal | $235.00 | 2.30 | $540.50 |
| Angela McKeel | Professional/Litigation Support | $215.00 | .90 | $193.50 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Jennifer Kelley, et al. | 34.90 | $12,382.50 |

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James Klenk | Partner/Intellectual Property | $625.00 | 0.20 | 125.00 |
| Natalie Spears | Partner/Litigation | $545.00 | 3.70 | $2,016.50 |
| Greg Naron | Counsel/Litigation | $495.00 | 6.20 | $3,069.00 |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Cellini/Blagojevich - Access to Pre-Trial | 10.10 | $5,210.50 |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM**
**AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Natalie Spears | Partner/Litigation | $654.00 | 0.30 | $196.20 |
| Kristen Rodriguez | Associate/Litigation | $280.00 | 1.30 | $364.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Bryan and Cynthia Lindgren | 2.60 | $560.20 |

# **EXHIBIT D**

# **EXPENSE DETAIL**

**EXPENSE SUMMARY FOR THE PERIOD FROM
JULY 1, 2010 THROUGH AUGUST 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $2,951.11 |
| Outside Professional | | $103.68 |
| In-House Reproduction | | $93.90 |
| Filing/Court Fees | | $823.00 |
| In Town Travel | | $42.27 |
| **Total** | | **$4,013.96** |