# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

# SUPPLEMENTAL DECLARATION[2] OF STEPHENIE KJONTVEDT ON BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE JOINT PLANS OF REORGANIZATION PROPOSED FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]    This Supplemental Declaration replaces and supersedes the Supplemental Declaration filed on February 22, 2011 [Docket No. 8087], which was subsequently withdrawn [Docket No. 8090].

Stephenie Kjontvedt, being duly sworn, declares, under penalty of perjury:

1.      I am a Vice President, Senior Consultant of Epiq Bankruptcy Solutions, LLC ("Epiq"), located at 757 Third Avenue, 3rd Floor, New York, New York 10017. I am authorized to submit this Declaration on behalf of Epiq. I am over the age of 18 years and not a party to the within action.

2.      I submit this Supplemental Declaration with respect to the *Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.* (the "Debtor/Committee/Lender Plan") dated February 4, 2011 [Docket No. 7801] and the *Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes,* (the "Noteholder Plan") dated December 9, 2010 [Docket No. 7127] (together, and as may be amended or modified, the "Plans").[3] Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.      This Supplemental Declaration is filed to report election information that was not included in the Declaration of Tabulation Regarding Voting and Tabulation of Ballots

---

[3]     Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plans or the Solicitation Order as defined below. Reference is also made to the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P, and Marathon Asset Management (the "Bridge Lender Plan") dated December 7, 2010 [Docket No. 7089]. The Bridge Lender Plan was withdrawn by the Bridge Lender Plan Proponents on February 7, 2011 [Docket No. 7821]. Accordingly, tabulation results of the Bridge Lender Plan are not included in this Declaration.

Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and Its Subsidiaries filed on February 11, 2011, [Docket No. 7918] (the "Initial Declaration"). Specifically, since the Initial Declaration was filed, Epiq has continued to tabulate the results of (a) the Election Not to Transfer Disclaimed State Law Avoidance Claims Under the Debtor/Committee/Lender Plan made by Holders of Class 1E Senior Noteholder Claims against Tribune and Holders of the Class 1J PHONES Notes Claims against Tribune, and (b) the election for the Non-Contribution of State Law Avoidance Claims Under the Noteholder Plan made by Holders of Class 1F Senior Noteholder Claims and Class 1I PHONES Notes Claims (together, the "State Law Avoidance Claims Elections").  As reflected on the exhibits attached hereto, the tabulation of the State Law Avoidance Claims Elections is substantially complete, subject to further reconciliation.  I will file an additional supplemental declaration as soon as practicable after the final tabulation of all State Law Avoidance Claims Elections is complete.

      4.      I hereby declare that the results of the State Law Avoidance Claims Elections are as set forth on the exhibits attached hereto, as follows:

    a.    Exhibit A-1 is a summary report of the State Law Avoidance Claims Elections for the Debtor/ Committee/Lender Plan made by Holders of the Class 1E Senior Noteholder Claims against Tribune and Class 1J PHONES Notes Claims against Tribune;

    b.    Exhibit A-2 is a detailed report of the State Law Avoidance Claims Elections for the Debtor/ Committee/Lender Plan made by Holders of the Class 1E Senior Noteholder Claims against Tribune and Class 1J PHONES Notes Claims against Tribune;

c.  Exhibit B-1 is a summary report of the State Law Avoidance Claims Elections for the Noteholder Plan made by Holders of the Class 1F Senior Noteholder Claims and Class 1I PHONES Notes Claims;

d.  Exhibit B-2 is a detailed report of the State Law Avoidance Claims Elections for the Noteholder Plan made by Holders of the Class 1F Senior Noteholder Claims and Class 1I PHONES Notes Claims;

e.  Exhibit C is a detailed report of all elections subject to further reconciliation.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  New York, New York
        February 23 , 2011

Stephenie Kjontvedt
Vice President, Senior Consultant
Epiq Bankruptcy Solutions, LLC

Exhibit A-1

## Exhibit A-1

## TRIBUNE COMPANY, et al.

**Debtor/Committee/Lender Plan State Law Avoidance Claims Elections Summary Report for Class 1E and Class 1J**

| PLAN CLASS | AMOUNT | NUMBER |
|---|---|---|
| Class 1E Senior Noteholder Claims against Tribune | $933,094,000.00 | 178 |
| Class 1J PHONES Notes Claims against Tribune | $1,099,019,994.00 | 25 |
| **Total** | **$2,022,913,994.00** | **203** |

**Exhibit A-2**

Exhibit A-2
**TRIBUNE COMPANY, et al.**
Debtor/Committee/Lender Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election |
|---|---|---|---|---|
| 887364AB3 | 0756 | AMERICAN ENTERPRISE INV/BETA | $6,000.00 | X |
| 896047AE7 | 0756 | AMERICAN ENTERPRISE INV/BETA | $20,000.00 | X |
| 896047AE7 | 0216 | AMERICAN ENTERPRISE INVESTMENT SVC | $49,000.00 | X |
| 896047AE7 | 0216 | AMERICAN ENTERPRISE INVESTMENT SVC | $10,000.00 | X |
| 887364AF4 | 0955 | BANK OF AMERICA | $240,000.00 | X |
| 896047305 | 0955 | BANK OF AMERICA | $15,700.00 | X |
| 887364AA5 | 0771 | BLAIR (WILLIAM) & CO | $25,000.00 | X |
| 896047AF4 | 0771 | BLAIR (WILLIAM) & CO | $25,000.00 | X |
| 896047AF4 | 0771 | BLAIR (WILLIAM) & CO | $50,000.00 | X |
| 896047AE7 | 5385 | BRANCH BANKING & TRUST | $15,000.00 | X |
| 887364AF4 | 0010 | BROWN BROS | $100,000.00 | X |
| 896047AE7 | 0164 | CHARLES SCHWAB | $10,000.00 | X |
| 896047AE7 | 0164 | CHARLES SCHWAB | $2,000.00 | X |
| 896047AF4 | 0164 | CHARLES SCHWAB | $25,000.00 | X |
| PHONES NOTES | N/A | CITADEL | $12,560,000.00 | X |
| PHONES NOTES | N/A | CITADEL | $188,400,000.00 | X |
| 896047305 | 0418 | CITIGROUP | $785,000.00 | X |
| 896047305 | 0418 | CITIGROUP | $2,119,500.00 | X |
| 896047305 | 0418 | CITIGROUP | $10,730,322.00 | X |
| 896047305 | 0418 | CITIGROUP | $15,968,313.00 | X |
| 896047305 | 0418 | CITIGROUP | $1,973,490.00 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $6,280,000.00 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $4,670,750.00 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $2,853,475.00 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $5,788,276.00 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $1,978,200.00 | X |
| PHONES NOTES | N/A | CITIGROUP GLOBAL MARKETS HOLDING | $14,593,778.00 | X |
| 896047AF4 | 0274 | CITIGROUP GLOBAL MKTS/SAL BR | $5,000,000.00 | X |
| 89604KAN8 | 0274 | CITIGROUP GLOBAL MKTS/SAL BR | $2,000,000.00 | X |
| 89604KAN8 | 2032 | CITIGROUP PRIVATE BANK & TRUST | $110,000.00 | X |
| 887364AA5 | 2108 | COMERICA BANK | $1,500,000.00 | X |
| 896047305 | 2108 | COMERICA BANK | $5,526,400.00 | X |
| PHONES NOTES | 0355 | CREDIT SUISSE FOR SUTTONBROOK CAP | $27,057,380.00 | X |
| 896047305 | 0355 | CREDIT SUISSE SECURITIES USA | $344,338,994.00 | X |
| 896047305 | 0355 | CREDIT SUISSE SECURITIES USA | $24,651,669.00 | X |
| 896047305 | 0355 | CREDIT SUISSE SECURITIES USA | $65,569,009.00 | X |
| 887360AT2 | 0573 | DEUTSCHE BANK | $450,000.00 | X |
| TRUSTEE | | DEUTSCHE BANK | $2,900,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $550,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $50,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $25,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $100,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $80,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $10,000.00 | X |

Exhibit A-2
TRIBUNE COMPANY, et al.
Debtor/Committee/Lender Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election |
|---|---|---|---|---|
| 887364AA5 | 0141 | FIRST CLEARING | $50,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $30,000.00 | X |
| 887364AA5 | 0141 | FIRST CLEARING | $10,000.00 | X |
| 887364AF4 | 0141 | FIRST CLEARING | $5,000.00 | X |
| 887364AF4 | 0141 | FIRST CLEARING | $5,000.00 | X |
| 887364AF4 | 0141 | FIRST CLEARING | $10,000.00 | X |
| 887364AF4 | 0141 | FIRST CLEARING | $50,000.00 | X |
| 887364AF4 | 0141 | FIRST CLEARING | $25,000.00 | X |
| 887364AB3 | 0141 | FIRST CLEARING | $25,000.00 | X |
| 887364AB3 | 0141 | FIRST CLEARING | $30,000.00 | X |
| 887364AB3 | 0141 | FIRST CLEARING | $45,000.00 | X |
| 896047AE7 | 0141 | FIRST CLEARING | $20,000.00 | X |
| 896047AE7 | 0141 | FIRST CLEARING | $500,000.00 | X |
| 896047AE7 | 0141 | FIRST CLEARING | $30,000.00 | X |
| 887364AA5 | 0005 | GOLDMAN SACH & CO | $37,673,000.00 | X |
| 887364AA5 | 0005 | GOLDMAN SACH & CO | $255,000.00 | X |
| 887360AT2 | 0005 | GOLDMAN SACH & CO | $102,577,000.00 | X |
| 887364AF4 | 0005 | GOLDMAN SACH & CO | $61,418,000.00 | X |
| 887364AB3 | 0005 | GOLDMAN SACH & CO | $36,847,000.00 | X |
| 896047AE7 | 0005 | GOLDMAN SACH & CO | $216,429,000.00 | X |
| 896047AE7 | 0005 | GOLDMAN SACH & CO | $2,000,000.00 | X |
| 896047AE7 | 0005 | GOLDMAN SACH & CO | $1,000,000.00 | X |
| 896047AF4 | 0005 | GOLDMAN SACH & CO | $172,767,000.00 | X |
| 896047AF4 | 0005 | GOLDMAN SACH & CO | $3,274,000.00 | X |
| 896047AF4 | 0005 | GOLDMAN SACH & CO | $2,040,000.00 | X |
| 896047305 | 0005 | GOLDMAN SACH & CO | $228,694,050.00 | X |
| 896047305 | 0005 | GOLDMAN SACH & CO | $53,951,480.00 | X |
| 896047305 | 0005 | GOLDMAN SACH & CO | $4,983,808.00 | X |
| 896047305 | 0005 | GOLDMAN SACH & CO | $4,584,400.00 | X |
| 89604KAN8 | 0005 | GOLDMAN SACH & CO | $3,000,000.00 | X |
| 89604KAN8 | 0005 | GOLDMAN SACH & CO | $33,281,000.00 | X |
| 887364AA5 | 2941 | GOLDMAN SACHS BANK | $2,000,000.00 | X |
| 887360AT2 | 2941 | GOLDMAN SACHS BANK | $7,000,000.00 | X |
| 887364AF4 | 2941 | GOLDMAN SACHS BANK | $2,000,000.00 | X |
| 887364AB3 | 2941 | GOLDMAN SACHS BANK | $2,000,000.00 | X |
| 896047AE7 | 2941 | GOLDMAN SACHS BANK | $5,000,000.00 | X |
| 896047AE7 | 2941 | GOLDMAN SACHS BANK | $2,000,000.00 | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $326,000.00 | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $595,000.00 | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $664,000.00 | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $1,010,000.00 | X |
| 89604KAN8 | 2941 | GOLDMAN SACHS BANK | $1,980,000.00 | X |
| 887364AB3 | 2697 | HARRIS NA | $140,000.00 | X |
| 887364AA5 | 0352 | JP MORGAN CLEARING CORP | $5,000,000.00 | X |

Exhibit A-2
TRIBUNE COMPANY, et al.
Debtor/Committee/Lender Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election |
|-------|------|------|------|------|
| 887360AT2 | 0352 | JP MORGAN CLEARING CORP | $18,000,000.00 | X |
| 887364AF4 | 0352 | JP MORGAN CLEARING CORP | $5,000,000.00 | X |
| 887364AB3 | 0352 | JP MORGAN CLEARING CORP | $6,000,000.00 | X |
| 896047AE7 | 0352 | JP MORGAN CLEARING CORP | $60,094,000.00 | X |
| 896047AE7 | 0352 | JP MORGAN CLEARING CORP | $30,000,000.00 | X |
| 896047AF4 | 0352 | JP MORGAN CLEARING CORP | $20,060,000.00 | X |
| 896047AF4 | 0352 | JP MORGAN CLEARING CORP | $29,000,000.00 | X |
| 89604KAN8 | 0352 | JP MORGAN CLEARING CORP | $7,000,000.00 | X |
| TRUSTEE | | LAW DEBENTURE | $6,300,000.00 | X |
| 896047AF4 | 0075 | LPL FINANCIAL CO | $13,000.00 | X |
| PHONES NOTES | N/A | MARK E HOLLIDAY | $70,789,000.00 | X |
| 896047AE7 | 5198 | ML SFKPG | $50,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $25,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $50,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $13,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $12,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $25,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $5,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $5,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X |
| 896047AE7 | 0015 | MORGAN STANLEY | $65,000.00 | X |
| 896047AF4 | 0015 | MORGAN STANLEY | $10,000.00 | X |
| 896047AF4 | 0015 | MORGAN STANLEY | $7,000.00 | X |
| 896047AF4 | 0015 | MORGAN STANLEY | $72,000.00 | X |
| 896047305 | 0050 | MORGAN STANLEY | $157,000.00 | X |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $6,000.00 | X |
| 887364AB3 | 0226 | NATIONAL FINANCIAL SERVICES | $1,000.00 | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $43,000.00 | X |

**Exhibit A-2**
**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan State Law Avoidance Claims Elections**

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election |
|---|---|---|---|---|
| 887364AA5 | 0226 | NATIONAL FINANCIAL SERVICES | $3,000.00 | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $29,000.00 | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $54,000.00 | X |
| 896047AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $92,000.00 | X |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $10,000.00 | X |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $5,000.00 | X |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $50,000.00 | X |
| 887364AF4 | 0571 | OPPENHEIMER & CO | $140,000.00 | X |
| 896047AF4 | 0571 | OPPENHEIMER & CO | $45,000.00 | X |
| 896047AE7 | 0234 | PENSON FINANCIAL | $5,000.00 | X |
| 887364AA5 | 0443 | PERSHING | $359,000.00 | X |
| 887364AB3 | 0443 | PERSHING | $50,000.00 | X |
| 896047AE7 | 0443 | PERSHING | $25,000.00 | X |
| 896047AE7 | 0443 | PERSHING | $7,000.00 | X |
| 896047AE7 | 0443 | PERSHING | $10,000.00 | X |
| 896047AE7 | 0443 | PERSHING | $28,000.00 | X |
| 896047AE7 | 0443 | PERSHING | $10,000.00 | X |
| 896047AE7 | 0443 | PERSHING | $10,000.00 | X |
| 896047AF4 | 0443 | PERSHING | $10,000.00 | X |
| 896047AE7 | 0443 | PERSHING | $10,000.00 | X |
| 896047AE7 | 0547 | RW BAIRD | $19,000.00 | X |
| 896047AE7 | 2039 | SEI PRIVATE TRUST | $12,100,000.00 | X |
| 896047AF4 | 2039 | SEI PRIVATE TRUST | $17,550,000.00 | X |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000.00 | X |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000.00 | X |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $14,000.00 | X |
| 887364AB3 | 0793 | STIFEL NICOLAUS & COMPANY | $100,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $6,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $3,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $16,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $30,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $3,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |

Exhibit A-2
TRIBUNE COMPANY, et al.
Debtor/Committee/Lender Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election |
|-------|------|------|------|------|
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $30,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $59,000.00 | X |
| 896047AF4 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X |
| 896047AE7 | 0188 | TD AMERITRADE | $10,000.00 | X |
| 896047AE7 | 0901 | THE BANK OF NY MELLON | $255,000.00 | X |
| 896047AE7 | 0221 | UBS FINANCIAL | $45,000.00 | X |
| 896047AE7 | 0642 | UBS SECURITIES LLC | $2,510,000.00 | X |
| 89604KAN8 | 2145 | UNION BANK | $250,000.00 | X |
| 887364AA5 | 0062 | VANGUARD | $20,000.00 | X |
| 887364AA5 | 0062 | VANGUARD | $12,000.00 | X |
| 896047AE7 | 0062 | VANGUARD | $11,000.00 | X |

**Exhibit B-1**

## Exhibit B-1

## TRIBUNE COMPANY, et al.

**Noteholder Plan State Law Avoidance Claims Elections
Summary Report for Class 1F and Class 1I**

| PLAN CLASS | AMOUNT | NUMBER |
|---|---|---|
| Class 1F Senior Noteholder Claims | $76,603,000.00 | 161 |
| Class 1I PHONES Notes Claims | $5,856,100.00 | 4 |
| Total | $82,459,100.00 | 165 |

**Exhibit B-2**

Exhibit B-2
TRIBUNE COMPANY, et al.
Noteholder Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Noteholder Non-Contribtution Election | Comments |
|---|---|---|---|---|---|
| 896047AE7 | 0756 | AMERICAN ENTERPRISE INV/BETA | $20,000.00 | X | |
| 887364AB3 | 0756 | AMERICAN ENTERPRISE INV/BETA | $6,000.00 | X | |
| 896047AE7 | 0216 | AMERICAN ENTERPRISE INVESTMENT SVC | $10,000.00 | X | |
| 896047AE7 | 0216 | AMERICAN ENTERPRISE INVESTMENT SVC | $49,000.00 | X | |
| 896047305 | 0955 | BANK OF AMERICA | $15,700.00 | X | |
| 887364AF4 | 0955 | BANK OF AMERICA | $240,000.00 | X | |
| 887364AA5 | 0771 | BLAIR (WILLIAM) & CO | $25,000.00 | X | |
| 896047AF4 | 0771 | BLAIR (WILLIAM) & CO | $50,000.00 | X | |
| 896047AF4 | 0771 | BLAIR (WILLIAM) & CO | $25,000.00 | X | |
| 887364AF4 | 0954 | BNYMEL/TST | $20,000.00 | X | |
| 887364AF4 | 0954 | BNYMEL/TST | $50,000.00 | X | |
| 896047AE7 | 5385 | BRANCH BANKING & TRUST | $15,000.00 | X | |
| 887364AF4 | 0010 | BROWN BROS | $100,000.00 | X | |
| 896047AE7 | 0702 | CCS LLC | $20,000.00 | X | TENDERED INTO "ALL" BUT ELECTED NOTEHOLDER OPTION ONLY |
| 896047AF4 | 0164 | CHARLES SCHWAB | $25,000.00 | X | |
| 896047AE7 | 0164 | CHARLES SCHWAB | $2,000.00 | X | |
| 896047AE7 | 0164 | CHARLES SCHWAB | $10,000.00 | X | |
| 896047AE7 | 0164 | CHARLES SCHWAB | $150,000.00 | X | |
| 896047AE7 | 0164 | CHARLES SCHWAB | $1,000.00 | X | |
| 896047AF4 | 0908 | CITIBANK | $15,000,000.00 | X | |
| 896047AF4 | 0274 | CITIGROUP GLOBAL MKTS/SAL BR | $5,000,000.00 | X | |
| 89604KAN8 | 0274 | CITIGROUP GLOBAL MKTS/SAL BR | $2,000,000.00 | X | |
| 89604KAN8 | 2032 | CITIGROUP PRIVATE BANK & TRUST | $110,000.00 | X | |
| 887364AA5 | 2108 | COMERICA BANK | $1,500,000.00 | X | |
| 896047305 | 2108 | COMERICA BANK | $5,526,400.00 | X | |
| 887360AT2 | 0573 | DEUTSCHE BANK | $450,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $10,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $30,000.00 | X | |
| 896047AE7 | 0141 | FIRST CLEARING | $30,000.00 | X | |
| 896047AE7 | 0141 | FIRST CLEARING | $500,000.00 | X | |
| 896047AE7 | 0141 | FIRST CLEARING | $20,000.00 | X | |
| 887364AF4 | 0141 | FIRST CLEARING | $25,000.00 | X | |
| 887364AF4 | 0141 | FIRST CLEARING | $50,000.00 | X | |
| 887364AF4 | 0141 | FIRST CLEARING | $10,000.00 | X | |
| 887364AF4 | 0141 | FIRST CLEARING | $5,000.00 | X | |
| 887364AF4 | 0141 | FIRST CLEARING | $5,000.00 | X | |
| 887364AB3 | 0141 | FIRST CLEARING | $45,000.00 | X | |
| 887364AB3 | 0141 | FIRST CLEARING | $30,000.00 | X | |
| 887364AB3 | 0141 | FIRST CLEARING | $25,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $50,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $10,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $80,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $100,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $25,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $50,000.00 | X | |
| 887364AA5 | 0141 | FIRST CLEARING | $550,000.00 | X | |
| 896047305 | 0005 | GOLDMAN SACH & CO | $157,000.00 | X | |
| 887364AB3 | 2697 | HARRIS NA | $140,000.00 | X | |
| 896047AF4 | 0075 | LPL FINANCIAL CO | $13,000.00 | X | |
| 896047AE7 | 5198 | ML SFKPG | $50,000.00 | X | |
| 896047305 | 0050 | MORGAN STANLEY | $157,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $65,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X | |

Exhibit B-2
TRIBUNE COMPANY, et al.
Noteholder Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Noteholder Non-Contribtution Election | Comments |
|---|---|---|---|---|---|
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $5,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $5,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $15,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $25,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $12,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $20,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $13,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $50,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $25,000.00 | X | |
| 896047AE7 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AF4 | 0015 | MORGAN STANLEY | $72,000.00 | X | |
| 896047AF4 | 0015 | MORGAN STANLEY | $7,000.00 | X | |
| 896047AF4 | 0015 | MORGAN STANLEY | $10,000.00 | X | |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $100,000.00 | X | |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $50,000.00 | X | |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $5,000.00 | X | |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $10,000.00 | X | |
| 887364AA5 | 0226 | NATIONAL FINANCIAL SERVICES | $250,000.00 | X | |
| 887364AA5 | 0226 | NATIONAL FINANCIAL SERVICES | $400,000.00 | X | |
| 896047AE7 | 0226 | NATIONAL FINANCIAL SERVICES | $43,000.00 | X | |
| 887364AF4 | 0226 | NATIONAL FINANCIAL SERVICES | $6,000.00 | X | |
| 887364AB3 | 0226 | NATIONAL FINANCIAL SERVICES | $1,000.00 | X | |
| 887364AF4 | 0571 | OPPENHEIMER & CO | $140,000.00 | X | |
| 896047AF4 | 0571 | OPPENHEIMER & CO | $45,000.00 | X | |
| 887364AA5 | 0443 | PERSHING | $359,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $150,000.00 | X | |
| 887364AB3 | 0443 | PERSHING | $50,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $6,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $10,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $10,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $28,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $10,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $7,000.00 | X | |
| 896047AE7 | 0443 | PERSHING | $25,000.00 | X | |
| 896047AF4 | 0443 | PERSHING | $20,000.00 | X | |
| 896047AF4 | 0443 | PERSHING | $10,000.00 | X | |
| 896047AF4 | 0443 | PERSHING | $10,000.00 | X | |
| 896047AE7 | 0547 | RW BAIRD | $19,000.00 | X | |
| 896047AF4 | 2039 | SEI PRIVATE TRUST | $17,550,000.00 | X | |
| 896047AE7 | 2039 | SEI PRIVATE TRUST | $12,100,000.00 | X | |
| 896047AE7 | 0997 | STATE STREET BANK & TRUST | $4,800,000.00 | X | |

Exhibit B-2
TRIBUNE COMPANY, et al.
Noteholder Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Noteholder Non-Contribtution Election | Comments |
|-------|-------|------|-----------|------|------|
| 896047AE7 | 0997 | STATE STREET BANK & TRUST | $200,000.00 | X | |
| 887364AA5 | 0997 | STATE STREET BANK & TRUST | $2,000,000.00 | X | |
| 887364AA5 | 0997 | STATE STREET BANK & TRUST | $2,160,000.00 | X | |
| 887364AA5 | 0997 | STATE STREET BANK & TRUST | $115,000.00 | X | |
| 89604KAN8 | 0997 | STATE STREET BANK & TRUST | $3,000,000.00 | X | |
| 887364AF4 | 0997 | STATE STREET BANK & TRUST | $870,000.00 | X | |
| 887364AF4 | 0997 | STATE STREET BANK & TRUST | $60,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $59,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $30,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X | |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $14,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AF4 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $20,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $3,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $30,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $16,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $3,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $6,000.00 | X | |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $10,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $25,000.00 | X | |
| 896047AE7 | 0793 | STIFEL NICOLAUS & COMPANY | $15,000.00 | X | |
| 887364AB3 | 0793 | STIFEL NICOLAUS & COMPANY | $100,000.00 | X | |
| 887364AA5 | 0793 | STIFEL NICOLAUS & COMPANY | $5,000.00 | X | |
| 896047AF4 | 0793 | STIFEL NICOLAUS & COMPANY | $50,000.00 | X | |
| 896047AE7 | 0188 | TD AMERITRADE | $10,000.00 | X | |
| 896047AF4 | 0901 | THE BANK OF NY MELLON | $885,000.00 | X | |
| 896047AE7 | 0901 | THE BANK OF NY MELLON | $255,000.00 | X | |
| 896047AE7 | 0221 | UBS FINANCIAL | $100,000.00 | X | |
| 896047AE7 | 0221 | UBS FINANCIAL | $45,000.00 | X | |

Exhibit B-2
TRIBUNE COMPANY, et al.
Noteholder Plan State Law Avoidance Claims Elections

| CUSIP | Participant Number | Participant Name | Principal | Noteholder Non-Contribtution Election | Comments |
|-------|-------------------|------------------|-----------|--------------------------------------|----------|
| 896047AE7 | 0642 | UBS SECURITIES LLC | $2,510,000.00 | X | |
| 896047AE7 | 0062 | VANGUARD | $11,000.00 | X | |
| 887364AA5 | 0062 | VANGUARD | $12,000.00 | X | |
| 887364AA5 | 0062 | VANGUARD | $20,000.00 | X | |

**Exhibit C**

Exhibit C
TRIBUNE COMPANY, et al
Debtor/Committee/Lender Plan State Law Avoidance Claims Elections
Noteholder Plan State Law Avoidance Claims Elections
Subject to Further Reconciliation

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election | Noteholder Non-Contribution Election | Comments |
|---|---|---|---|---|---|---|
| 896604KAN8 | 0164 | CHARLES SCHWAB | Unknown Amount | X | | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 896604KAN8 | 0141 | FIRST CLEARING | $10,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 896047AE7 | 2424 | JPMORGAN CUSTODIAL TRUST | $4,500,000.00 | | | BOND TENDERED BUT SPECIFIC ELECTION NOT IDENTIFIED AND HOLDER WISHES TO WITHDRAW ELECTION(S) |
| 896047AF4 | 2424 | JPMORGAN CUSTODIAL TRUST | $1,971,000.00 | | | BOND TENDERED BUT SPECIFIC ELECTION NOT IDENTIFIED AND HOLDER WISHES TO WITHDRAW ELECTION(S) |
| 896047AF4 | 2424 | JPMORGAN CUSTODIAL TRUST | $1,529,000.00 | | | BOND TENDERED BUT SPECIFIC ELECTION NOT IDENTIFIED AND HOLDER WISHES TO WITHDRAW ELECTION(S) |
| 896604KAN8 | '0015 | MORGAN STANLEY | $5,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 896604KAN8 | 0015 | MORGAN STANLEY | $7,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 896604KAN8 | '0015 | MORGAN STANLEY | $7,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 896604KAN8 | 0015 | MORGAN STANLEY | $10,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 896604KAN8 | 0015 | MORGAN STANLEY | $10,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |

Page 1 of 3

**Exhibit C**
**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan State Law Avoidance Claims Elections**
**Noteholder Plan State Law Avoidance Claims Elections**
**Subject to Further Reconciliation**

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election | Noteholder Non-Contribution Election | Comments |
|---|---|---|---|---|---|---|
| 89604KAN8 | 0015 | MORGAN STANLEY | $10,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | 0015 | MORGAN STANLEY | $10,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | '0015 | MORGAN STANLEY | $10,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | '0015 | MORGAN STANLEY | $20,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | 0226 | NATIONAL FINANCIAL SERVICES | $10,000.00 | X | | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | 0226 | NATIONAL FINANCIAL SERVICES | $20,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | 443 | PERSHING | $5,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | 443 | PERSHING | $10,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 89604KAN8 | 0443 | PERSHING LLC | $20,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |
| 887364AB3 | 0701 | PRIMEVEST | $29,000.00 | | | BOND TENDERED IN ERROR, NO ELECTION WAS MADE |

Exhibit C
**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan State Law Avoidance Claims Elections**
**Noteholder Plan State Law Avoidance Claims Elections**
**Subject to Further Reconciliation**

| CUSIP | Participant Number | Participant Name | Principal | Debtor/ Committee/ Lender State Law Avoidance Election | Noteholder Non-Contribution Election | Comments |
|---|---|---|---|---|---|---|
| 896047AE7 | 0701 | PRIMEVEST | $11,000.00 | | | BOND TENDERED IN ERROR, NO ELECTION WAS MADE |
| 89604KAN8 | 0221 | UBS FINANCIAL | $12,000.00 | X | X | THIS CUSIP COULD ONLY TENDER IN AMOUNTS EQUAL TO OR GREATER THAN $100,000, WORKING WITH DTC TO MODIFY TENDER AMOUNT AND COMPLETE ELECTION |