# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING OF
## NOTICE OF STEP TWO/DISGORGEMENT SETTLEMENT

STATE OF NEW YORK    )
                           )   ss.:
COUNTY OF NEW YORK  )

        Stephenie Kjontvedt, being duly sworn, deposes and says, under the penalty of

perjury:

        1.    I am a Vice President, Senior Consultant at Epiq Bankruptcy Solutions, LLC,

("Epiq"), located at 757 Third Avenue, New York, New York 10017.  I am authorized to submit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

this affidavit on behalf of Epiq.  I am over the age of eighteen years and am not a party to the above-captioned action.  Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

      2.     I caused to be served a customized version of the Notice of Step Two/Disgorgement Settlement (the "Step Two Notice") a non-custom copy of which is attached hereto as Exhibit A.

        a.    On February 3, 2011 the Step Two Notice was served on via next day delivery to the parties listed on attached Exhibit B; and

        b.    On February 8, the Step Two Notice was served via next day delivery service to the party listed on attached Exhibit C.

      3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT

                                                  Stephenie Kjontvedt

Sworn to before me this
16[h] day of February, 2011

_____
Notary Public

James Daloia
Notary Public, State of New York
No. 02DA6171472
Qualified in Suffolk County
Commission Expires July 23, 2011

**Exhibit A**

## **Notice of Step Two/Disgorgement Settlement**

Reference is made to the First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. filed on December 9, 2010 (the "Plan").  Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Plan.

It has been alleged that the Debtors may have certain claims (the "Step Two/Disgorgement Claims") against _____ for disgorgement of principal, interest and/or fees received by you (i) under the Bridge Loan Agreement and/or (ii) under the Senior Loan Agreement in respect of the Incremental Senior Loans, in each case prior to the Petition Date.  This notice constitutes an offer by Tribune to settle the Step Two/Disgorgement Claims against you subject to the terms and conditions outlined herein and in the Plan and subject to the entry of the Confirmation Order.  If the Plan is not confirmed by the Bankruptcy Court this offer to settle will be terminated and any funds received from you will be returned.

According to the Debtors' records, the total amount of principal, interest and/or fees received by you (i) under the Bridge Loan Agreement and/or (ii) under the Senior Loan Agreement in respect of the Incremental Senior Loans, in each case prior to the Petition Date, is:

| | |
|---|---|
| Bridge Loan Fees: | $ |
| Bridge Loan P&I: | $ |
| Incremental Senior Loan Fees: | $ |
| Incremental Senior Loan P&I: | $ |
| TOTAL AMOUNT RECEIVED: | $ |

Your share of the aggregate Step Two/Disgorgement Settlement of $120,000,000 set forth in the Plan (your "Step Two/Disgorgement Settlement Amount") is comprised of (i) your pro rata share (based on amounts received in respect of the Bridge Loans) of $56,730,213, and (ii) your pro rata share (based on amounts received under the Senior Loan Agreement in respect of the Incremental Senior Loans) of $63,269,787, which equals:

| | |
|---|---|
| Bridge Loan Settlement Share: | $ |
| Incremental Senior Loan Settlement Share: | $ |
| YOUR TOTAL STEP TWO/DISGORGEMENT SETTLEMENT AMOUNT: | $ |

If you elect to participate in the Step Two/Disgorgement Settlement, as soon as practicable following the preparation by Tribune of an estimate of the Remaining Distributable Cash (which Tribune shall prepare as soon as practicable following entry by the Bankruptcy Court of the Confirmation Order), Tribune will distribute to you, via email and/or facsimile, a notice (the "Shortfall Notice") setting forth (i) the Claims (if any) that, according to the Debtors' records, were held by you as of the Distribution Record Date and the Cash distribution (if any) to which you would be entitled under the Plan on account of such Claims (from which all or a portion of your Step Two/Disgorgement Settlement Amount shall be deducted) and (ii) the amount (if any) by which your Step Two/Disgorgement Settlement Amount exceeds any expected Cash distribution (your "Settlement Payment Shortfall") and the wire instructions for payment of any such Settlement Payment Shortfall.

**Should you wish to participate in the Step Two/Disgorgement Settlement you must:**

> **(i) complete the "Election to Participate in the Step/Two Disgorgement Settlement" set forth below and submit this form to the Debtors at the address set forth below on or prior to the first day of the Confirmation Hearing (such date, which may be extended by the Step Two Arrangers, the "Step Two/Disgorgement Settlement Election Deadline"); AND**

> **(ii) pay via wire transfer to the account set forth in the Shortfall Notice your Settlement Payment Shortfall (if any) within five (5) Business Days after the date of the Shortfall Notice (such date, which may be extended by the Step Two Arrangers, the "Step Two/Disgorgement Settlement Payment Deadline") and pay any additional amounts due in the event of miscalculation of your Settlement Payment Shortfall as promptly as practicable upon receipt of notice thereof.**

**IF YOU FAIL TO SATISFY EITHER OF THE FOREGOING CONDITIONS, YOU WILL BE CONSIDERED A NON-SETTLING STEP TWO PAYEE UNDER THE PLAN AND STEP TWO/DISGORGEMENT CLAIMS AGAINST YOU WILL BE TRANSFERRED TO A LITIGATION TRUST FOR THE PURPOSE OF PROSECUTION OF SUCH CLAIMS.**

### Election to Participate in Step Two/Disgorgement Settlement

_____ hereby elects to participate in the Step Two/Disgorgement Settlement, and, in order to pay the Step Two/Disgorgement Settlement Amount authorizes [the Disbursing Agent] to deduct its Step Two/Disgorgement Settlement Amount from the Cash distribution to which _____ would otherwise be entitled under the Plan on account of Claims held by it as of the Distribution Record Date and agrees to pay its Settlement Payment Shortfall as set forth in its Shortfall Notice, on or prior to the Step Two/Disgorgement Settlement Payment Deadline.

By signing and submitting this Election to Participate in the Step/Two Disgorgement Settlement, _____ makes the election set forth above and:

> a.    certifies that it has been provided with a copy of the Plan and the Disclosure Statement and acknowledges that its participation in the Step Two/Disgorgement Settlement is subject to all of the terms and conditions set forth herein and in the Plan;

> b.    certifies that it has not submitted any other documents or instructions that are inconsistent with this Election to Participate in the Step/Two Disgorgement Settlement or that any such documents or instructions have been or are hereby revoked or modified to reflect the election set forth herein; and

> c.    unconditionally releases each and all of the Step Two Arrangers from any and all claims, obligations, suits, judgments, damages, debts, rights, remedies, causes of action and liabilities in any way arising out or relating to the LBO-Related Causes of Action, including, without limitation, the Step Two/Disgorgement Settlement.

2

Signature:_____

By:_____

Title:_____

Street Address:_____

_____

City, State, Zip Code:_____

Telephone Number:_____

**EMAIL ADDRESS FOR RECEIPT
OF SHORTFALL NOTICE**: _____

**FACSIMILE NUMBER FOR RECEIPT
OF SHORTFALL NOTICE**: _____

Date Completed:_____

An election to participate in the Step Two/Disgorgement Settlement shall not constitute or be deemed to be an admission of any kind or a submission to jurisdiction, consent or waiver with respect to any matter.

**ADDRESS FOR DEBTORS:**

    Tribune Company
    435 Michigan Avenue
    Chicago, Illinois 60611
    Facsimile: (312) 222-4206
    Attn: Chief Legal Officer

*With a copy to:*

**Counsel to Tribune:**

Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Facsimile: (312) 853-7036
Attn: Jessica C.K. Boelter

Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Facsimile: (302) 652-3117
Attn: J. Kate Stickles

**IF YOU HAVE ANY QUESTIONS REGARDING THE STEP TWO/DISGORGEMENT SETTLEMENT, PLEASE CONTACT THE VOTING AGENT AT (646) 282-2400.**

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| AIG ANNUITY INSURANCE COMPANY | WESTERN NATIONAL LIFE INSURANCE COMPANY ATTN:  TOKI SHAW, HOUSTON OPERATIONS 2929 ALLEN PARKWAY, A36-10 HOUSTON TX 77019-2155 |
| ARMY AND AIR FORCE MUTAL AID | C/O PIMCO SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| AVENUE INV LP | DAVID LICHT 535 MADISON AVENUE, 15 FLOOR NEW YORK NY 10022 |
| AVL LOAN FUNDING LLC | DYLAN JOHNSON BANK OF AMERICA MERRILL LYNCH 540 W. MADISON, SUITE 0950 CHICAGO IL 60661 |
| BARCLAYS BANK PLC | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| BASSO CR OPPORTUNITIES HLDG FD | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P. 1266 EAST MAIN ST., 4FL STAMFORD CT 06902 |
| BASSO FUND LTD | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P. 1266 EAST MAIN ST., 4FL STAMFORD CT 06902 |
| BASSO MULTI-STRATEGY HLDG FD L | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P 1266 EAST MAIN ST., 4FL STAMFORD CT 06902 |
| BLACKPORT CAP FD LTD | JOHN DIONNE 345 PARK AVENUE, 29TH FL NEW YORK NY 10154 |
| CONTRARIAN FUNDS LLC | JOHN HALLOWELL C/O CONTRARIAN CAPITAL MANAGEMENT 411 W PUTNAM AVE, S-225 GREENWICH CT 06830-6261 |
| DEUTSCHE BK-LONDON | MEIRAV AZOULAY 1 GREAT WINCHESTER STREET LONDON EC2N2DB ENGLAND |
| DEUTSCHE BK-NEW YORK | DANIEL ASTON 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| EATON VANCE CR OPPORTUNITY FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLTG RT INC TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSTL SR LN FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LTD DURATION INC F | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SR DEBT PF | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SR FLTG RT TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SR INC TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE VT FLTG RT INC FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EMERALD ORCHARD LTD | 720 KING STREET WEST, 2ND FLOOR TORONTO M5V2T3 CANADA |
| FBS CBNA LOAN FUNDING LLC | AARON RYSKIEWICZ BANK OF AMERICA MERRILL LYNCH GLOBAL SECURITIES SOLUTIONS 540 W. MADISON STREET, SUITE 1810 CHICAGO IL 60661 |
| FRANKLIN 4884 VIPT STRT INC SE | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRANKLIN STR INC FD CANADA | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRANKLIN TOT RTN FD | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRANKLIN-OLD WESTBURY FDS INC | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRASER SULLIVAN CLO I LTD | JOHN FRASER 400 MADISON AVENUE, SUITE 9A NEW YORK NY 10017 |
| FRASER SULLIVAN CLO II LTD | DAVID ENDLER 400 MADISON AVENUE, SUITE 9A NEW YORK NY 10017 |
| FT12460 - OPPORTUNISTIC DISTRE | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| GOLDENTREE 2004 TRUST | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDENTREE CR OPP FINCNG I LTD | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDENTREE LEV LOAN FIN I LTD | MAREK BROZYNA 1230 6TH AVE. NEW YORK NY 10020 |
| GOLDENTREE MULTI-STRAT FINCNG | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDENTREE MULTISTRATEGY SUBSI | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDMAN SACHS CR PARTS LP | ANDREW CADITZ 85 BROAD ST NEW YORK NY 10004-2434 |
| GRAND CENT ASSET TR CLAR | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| GRAND CENT ASSET TR CRU | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| GRAND CENT ASSET TR VCM | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| GSO ROYAL HLDGS CFPI LLC | GEORGE FAN GSO ROYAL FINANCING LLC C/O GSO CAPITAL PARTNERS LLC 280 PARK |

| Claim Name | Address Information |
|---|---|
| GSO ROYAL HLDGS CFPI LLC | AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| | |
| | |
| HARBOURVIEW CLO 2006-1 | THOMAS JI DEUTSCHE BANK TRUST COMPANY 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| HCSMF SCOTIA SWAP | HCSMF SCOTIA SWAP C/O SCOTIABANK (IRELAN ATTENTION: MR JOHN CAMPBELL IFSC HOUSE CUSTOM HOUSE QUAY DUBLIN 1 IRELAND |
| HIGHLAND CREDIT OPP CDO LTD | CARTER CHISM HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL RD., SUITE 800 DALLAS TX 75240 |
| HIGHLAND LOAN FD V LTD | CARTER CHISM HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| ING PIMCO HI YLD PF | JASON ALMIRO 7337 E DOUBLETREE RANCH RD SCOTTSDALE AZ 85258-2144 |
| | |
| JP MORGAN WHITEFRIARS INC | MIRIAM KULNIS 383 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10179 |
| | |
| KENAI SPIRET LOAN TRUST | CRAIG PEARSON UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR STAMFORD CT 06601 |
| KING STREET ACQUISITION COMPANY | RUDY AUSTIN 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KNIGHTHEAD MASTER FUND LP | DAVID RUDITZKY 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022-6842 |
| LASALLE BANK NA | SUSAN GREGAR 135 S LASALLE STREET CHICAGO IL 60603-4177 |
| LEHMAN BROTHERS COMMERCIAL | LIAM AHEARN 101 HUDSON ST JERSEY CITY NJ 07302-3915 |
| LEVINE LEICHTMAN CAP DV FD LP | JOHN KLINGE 335 N. MAPLE DRIVE, SUITE 240 BEVERLY HILLS CA 90210 |
| LOAN STAR STATE TR | JAMI NOLAN STONE TOWER CAPITAL LLC 152 W. 57TH STREET-34TH FLOOR NEW YORK NY 10019 |
| LONGHORN CR FDNG LLC | CARTER CHISM 13455 NOEL ROAD, STE 800 DALLAS TX 75240 |
| MIDTOWN ACQUISITIONS L P | CHRISTIAN CANTALUPO 65 E 55TH ST, 19TH FLOOR NEW YORK NY 10022-3355 |
| MONARCH MASTER FUNDING LTD | MATTHEW GLOWASKY VICE PRESIDENT MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE NEW YORK NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | SU YEO 1585 BROADWAY AVE, 2ND FLOOR NEW YORK NY 10036 |
| O'CONNOR CAP STRUCT OPP MST | CRAIG PEARSON UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR STAMFORD CT 06601 |
| O'CONNOR CREDIT OPP MST LTD | UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR, STAMFORD CT 06601 |
| OPPENHEIMER MSTR LN FD LLC | MYK PLEET OPPENHEIMERFUNDS 1-HYCDT 6803 S TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER SR FLTG RT FD | MYK PLEET OPPENHEIMERFUNDS 1-HYCDT 6803 S TUCSON WAY CENTENNIAL CO 80112 |
| OZ SPECIAL MASTER FUND LTD | NOAH CHARNEY 9 W 57TH ST, 39TH FLOOR NEW YORK NY 10019 |
| PEMBROKE CBNA LOAN FDG LLC | IRA BERG, AMIDA CAPITAL MANAGEMENT II LL 767 THIRD AVENUE, SUITE 800 NEW YORK NY 10017 |
| PIMCO1241-PRU-HY PORT | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO1252-ST TEACH RET SYS OH | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2042-IBM PER PEN PLN TR | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2493-HI INC FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2496-FLTG RT INC FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2497-FLTG RT STRT FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2603-RED RIVER HYPI LP | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2764-BBH-GBL HI INC FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2782-BBH-GBL HI INC(YEN-H | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2980-CA PUB EMP RET SYS | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO3716-BBH TR CO(CAYMAN) LT | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO3752-BBH TR IV-GBL HI YLD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO686-VIT HI YLD BD P | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO6975-AST HIGH YIELD PF | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO705-PIMCO HI YLD FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO706-FD PRIVATE HI YD PT | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| SATELLITE SR INCOME FD LLC | C/O SATELLITE ASSET MANAGEMENT LP GOICHEHREH ABTAHIAN 10 E 50TH ST 21ST FL NEW YORK NY 10022-6831 |
| SECONDARY LOAN AND DISTRESSED | MIRIAM KULNIS 383 MADISON AVENUE 23RD FLOOR NEW YORK NY 10179 |
| SILVER OAK CAP | TODD ARDEN 245 PARK AVENUE 26TH FLOOR NEW YORK NY 10167 |
| SOF INV, LP | C/O MSD CAPITAL, L.P. GURDEV DILLON 645 FIFTH AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| | |
| TACONIC CAP PTNRS 1 5 LP | MICHAEL J. ZACZYK 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FD L P | MICHAEL J. ZACZYK 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TEMPLETON 4290 GLB INV TR-INC | ED PERKS 500 E BROWARD BLVD FORT LAUDERDALE FL 33394-3000 |
| | |
| UBS AG STAMFORD BRANCH | UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR STAMFORD CT 06601 |
| VARDE INVEST PTNRS LP | MARKUS SPECKS 8500 NORMANDALE LAKE BLVD, #1570 MINNEAPOLIS MN 55437 |
| VEER CASH FLOW CLO LTD | DELIA GAMBOA 12 E 49TH STREET, 29TH FLOOR NEW YORK NY 10017 |
| WINDMILL MASTER FD LP | JEFFREY WERNER DUQUESNE FUND SERVICES LLC 2579 WASHINGTON ROAD SUITE 322 PITTSBURGH PA 15241 |
| WMC3G67 - SUN AM SR FLTG RT FD | JACK BURGESS 733 THIRD AVE NEW YORK NY 10017 |
| WOODLANDS COMMERCIAL BANK | SHANNON BASS 745 7TH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| XX - ZOHAR III LTD | SUSAN GREGAR 135 S LA SALLE ST CHICAGO IL 60603-4177 |
| YORK CAPITAL MANAGEMENT | LAUREN SEARING YORK CAPITAL MANAGEMENT, L.P. 767 5TH AVE, 17TH FL NEW YORK NY 10153 |
| ZOHAR II 2005-1 LTD | ADMINISTRATION LOAN C/O LASALLE BANK NA 135 S LASALLE ST CHICAGO IL 60603 |
| ZZ - FRANKLIN STRT SR-FRANKLIN | ONE FRANKLIN PARKWAY BUILDING 920, 1ST FLOOR SAN MATEO CA 94044 |
| ZZ GRAYSON & CO | RACHEL KATZ EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |

**Total Creditor count**   96

**Exhibit C**

TRS Venor LLC
Venor Capital Management
Attn: David S. Zemel
7 Times Square, Suite 3505
New York, NY 10036