```
                 IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE

IN RE:                          )     Chapter 11
                                )
                                )
TRIBUNE COMPANY, et al.,        )     Case No. 08-13141 (KJC)
                                )
                                )     Jointly Administered
                                )     Related to Docket #8076
                                )
            Debtors.            )     Courtroom 5
                                )     824 Market Street
                                )     Wilmington, Delaware
                                )
                                )     February 22, 2011
                                )     2:00 p.m.

                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE KEVIN J. CAREY
                    UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:                 Sidley Austin, LLP
                            BY:  JAMES DUCAYET, ESQ.
                            One South Dearborn
                            Chicago, IL  60603
                            (213) 896-6022

                            Cole, Schotz, Meisel, Forman &
                            Leonard, PA
                            BY:  NORMAN PERNICK, ESQ.
                            500 Delaware Avenue, Suite 1410
                            Wilmington, DE  19801
                            (302) 652-3131

ECRO:                       AL LUGANO

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1   APPEARANCES:
     (Continued)
 2
     For The Creditors Committee:   Landis Rath & Cobb
 3                                  BY:   ADAM G. LANDIS, ESQ.
                                    BY:   DANIEL B. RATH, ESQ.
 4                                  919 Market Street Suite 1800
                                    P.O. Box 2087
 5                                  Wilmington, DE 19899
                                    (302) 467-4400
 6
                                    Chadbourne & Parke LLP
 7                                  BY:   DAVID LEMAY, ESQ.
                                    BY:   THOMAS MCCORMACK, ESQ.
 8                                  BY:   ROBERT A. SCHWINGER, ESQ.
                                    30 Rockefeller Plaza
 9                                  New York, NY 10112
                                    (212) 408-5100
10
                                    Zuckerman Spaeder
11                                  BY:   JAMES SOTTILE, ESQ.
                                    1800 M Street, NW, Suite 1000
12                                  Washington, DC  20036
                                    (202) 778-1800
13
     For JP Morgan Chase:           Richards Layton & Finger
14                                  BY:   ROBERT J. STEARN, JR., ESQ.
                                    One Rodney King Square
15                                  920 North King Street
                                    Wilmington, DE 19801
16                                  (302) 651-7612

17                                  Davis Polk & Wardwell
                                    BY:   ELLIOT MOSKOWITZ, ESQ.
18                                  450 Lexington Avenue
                                    New York, NY 10017
19                                  (212) 450-4000

20   For Merrill Lynch:             Potter Anderson & Corroon LLP
                                    BY: R. STEPHEN MCNEILL, ESQ.
21                                  Hercules Plaza
                                    1313 North Market Street
22                                  6th Floor
                                    Wilmington, DE 19801
23                                  (302) 984-6000

24   For Wilmington Trust:          Brown Rudnick
                                    BY:   MARTIN SIEGEL, ESQ.
25                                  Seven Times Square
                                    New York, NY 10036
                                    (212) 209-4800
```

```
 1   APPEARANCES:
     (Continued)
 2
     For DBTCA:                   McCarter & English LLP
 3                                BY:  DAVID ADLER, ESQ.
                                  BY:  KATHARINE MAYE, ESQ.
 4                                BY:  WILLIAM REILLY, ESQ.
                                  245 Park Avenue
 5                                27th Floor
                                  New York, NY 10167
 6                                (212) 609-6800

 7   For Barclays Bank:           Edwards Angell Palmer & Dodge
                                  BY:  MICHELLE MARINO, ESQ.
 8                                919 North Market Street
                                  15th Floor
 9                                Wilmington, DE 19801
                                  (302) 777-7770
10
     For Aurelius Capital         Ashby & Geddes, P.A.
11   Management LP:               BY:  AMANDA M. WINFREE, ESQ.
                                  500 Delaware Avenue
12                                P.O. Box 1150
                                  Wilmington, DE 19899-1150
13                                (302) 654-1888

14                                Akin Gump Strauss Hauer & Feld
                                  BY:  DANIEL GOLDEN, ESQ.
15                                BY:  ABID QURESHI, ESQ.
                                  One Bryant Park
16                                New York, NY 10036
                                  (212) 872-1000
17
                                  Friedman, Kaplan, Seiler &
18                                Adelman, LLP
                                  BY:  EDWARD FRIEDMAN, ESQUIRE
19                                1633 Broadway, 46th Floor
                                  New York, NY  10019-6708
20                                (212) 833-1100

21   For Credit Agreement         Young Conaway Stargatt & Taylor
     Lenders:                     BY:  BLAKE CLEARY, ESQ.
22                                The Brandywine Building
                                  1000 West Street 17th Floor
23                                P.O. Box 391
                                  Wilmington, DE 19801
24                                (302) 571-6600

25
```

```
 1  APPEARANCES:
    (Continued)
 2
    For Daniel Kaza:                Dewey & LeBoeuf
 3                                  BY:   THERESE KING-NOHOS, ESQ.
                                    Two Prudential Plaza, Suite 3700
 4                                  180 North Stetson Avenue
                                    Chicago, IL  60601
 5                                  (312) 794-8000

 6                                  Polsinelli Shughart
                                    BY:   CHRISTOPHER WARD, ESQ.
 7                                  222 Delaware Avenue, Suite 1101
                                    Wilmington, DE  19801
 8                                  (302) 252-0920

 9  For Law Debenture:              Bifferato Gentilotti
                                    BY:   GARVAN F. MCDANIEL, ESQ.
10                                  800 North King Street
                                    Plaza Level
11                                  Wilmington, DE 19801
                                    (302) 429-1900
12
    TELEPHONIC APPEARANCES:
13
    For Debtor:                     Tribune Company
14                                  BY:   DAVID ELDERSVELD
                                    BY:   DONALD LIEBENTRITT
15                                  BY:   GARY WEITMAN
                                    (312) 853-7778
16
                                    Sidley Austin
17                                  BY:   COLLEEN KENNEY, ESQ.
                                    BY:   JILLIAN LUDWIG, ESQ.
18                                  BY:   CANDACE KLINE, ESQ.
                                    BY:   DAVID MILES, ESQ.
19                                  BY:   BRIAN KRAKAUER, ESQ.
                                    BY:   KEVIN LANTRY, ESQ.
20                                  BY:   ALLISON ROSS STROMBERG,
                                          ESQ.
21                                  (312) 853-7030

22  For Bank of America:            O'Melveny & Myers
                                    BY:   DANIEL CANTOR, ESQ.
23                                  (212) 326-2000
                                    BY:   DANIEL S. SHAMAH, ESQ.
24                                  (212) 326-2138

25  For Wilmington Trust            Brown Rudnick, LLP
    Company:                        BY:   GORDON NOVOD, ESQ.
                                    (212)209-4889
```

```
 1  TELEPHONIC APPEARANCES:
    (Continued)
 2
    For EGI-TRB LLC:              Jenner & Block LLP
 3                                BY:  ANDREW VAIL, ESQ.
                                  (312) 840-8688
 4
    For Citigroup:               Paul Weiss Rifkind Wharton &
 5                                Garrison LLP
                                  BY:  SHANNON PENNOCK, ESQ.
 6                                BY:  ANDREW LEVY, ESQ.
                                  BY:  KIRA DAVIS, ESQ.
 7                                BY:  ANDREW GORDON, ESQ.
                                  BY:  AMY DIETERICH, ESQ.
 8                                (212) 373-3543

 9  For JP Morgan Chase Bank:    BY:  KEVIN C. KELLEY
                                  (212) 648-0427
10
                                 Davis, Polk & Wardwell, LLP
11                                BY:  ELLIOT MOSKOWITZ, ESQ.
                                  (212) 450-4241
12
    For Barclays:                Mayer Brown LLP
13                                BY:  MICHAEL L. SIMES, ESQ.
                                  BY:  AMIT K. TREHAN, ESQ.
14                                BY:  JEAN-MARIE ATAMIAN, ESQ.
                                  (212) 506-2607
15
    For Kramer Levin:            Kramer Levin
16                                BY:  DAVID E. BLABEY, JR., ESQ.
                                  (212) 715-9100
17
    For SuttonBrook Capital      BY:  CAROL L. BALE
18  Management:                  (212) 588-6640

19  For David & Kempner:         DK Partners
                                  BY:  EPHRAIM DIAMOND
20                                (646) 282-5841

21  For Aurelius Capital         Akin Gump Strauss Hauer & Feld
    Management:                  BY:  DEBORAH NEWMAN, ESQ.
22                                (212) 872-1000

23                                Aurelius Capital Management
                                  BY:  MATTHEW ZLOTO, ESQ.
24                                (646) 445-6518

25                                Friedman Kaplan Seller & Adelman
                                  BY:  KIZZY L. JARASHOW, ESQ.
                                  (212)833-1115
```

```
 1
    TELEPHONIC APPEARANCES:
 2  (Continued)

 3  For George Dougherty:           Grippo & Elden, LLC
                                    BY:  GEORGE DOUGHERTY
 4                                  (312) 719-8723

 5  For The Official Committee      Chadbourne & Parke LLP
    of Unsecured Creditors:         BY:  DOUGLAS DEUTSCH, ESQ.
 6                                  BY:  HOWARD SEIFE, ESQ.
                                    BY:  DAVID LEMAY, ESQ.
 7                                  BY:  MARC ROITMAN, ESQ.
                                    BY:  ROBERT SCHWINGER, ESQ.
 8                                  (212) 408-5169

 9  For Katten Muchin Rosenman:     BY:  JOHN SIEGER, ESQ.
                                    BY:  ANDREW L. WOOL, ESQ.
10                                  (312) 902-5294

11  For Robert R. McCormick         Katten, Muchen, Rosenman, LLP
    Foundation & Cantigny           BY:  JOHN SIEGER, ESQ.
12  Foundation:                     (312) 902-5294

13  For Committee of                Zuckerman Spaeder, LLP
    Unsecured Creditors:            BY:  ANDREW GOLDFARB, ESQ.
14                                  (202) 778-1800

15  For Morgan Stanley:             Weil Gotshal & Manges, LLP
                                    BY:  ANDREA SAAVEDRA, ESQ.
16                                  BY:  ASHISH D. GANDHI, ESQ.
                                    BY:  DAVID LITVACK, ESQ.
17                                  (212) 310-8024

18  For Wells Fargo:                White & Case, LLP
                                    BY:  SCOTT GREISSMAN, ESQ.
19                                  (212)819-8567

20  For Schulte, Roth & Zabel:      Schulte, Roth & Zabel
                                    BY:  TAE KIM
21                                  (212) 756-2586

22  For Goldman Sachs & Co.:        Goldman Sachs & Co.
                                    BY:  SCOTT BYNUM, ESQ.
23                                  (212) 902-8060

24  For Oaktree Capital Mgmt:       Dewey & LeBoeuf, LLP
                                    BY:  BRUCE BENNETT, ESQ.
25                                  (213) 621-6000

    For Credit Lenders:             Dewey & LeBoeuf, LLP
                                    BY:  JAMES O. JOHNSTON, ESQ.
                                    (213) 621-6000
```

```
 1

 2   TELEPHONIC APPEARANCES:
     (Continued)
 3
     For Chandler Bigelow:          Sperling & Slater
 4                                  BY:   CLAIRE P. MURPHY, ESQ.
                                    (312) 641-3200
 5
     For Merrill Lynch:             Kaye Scholer, LLP
 6                                  BY:   JOSEPH DRAYTON, ESQ.
                                    (212) 836-7042
 7
     For Pension Benefit Guaranty:  BY:   FRANK A. ANDERSON, ESQ.
 8                                  (202) 326-4020

 9   For Great Banc Trust:          Morgan Lewis & Bockius, LLP
                                    BY:   RACHEL MAUCERI, ESQ.
10                                  (215) 963-5000

11   For Law Debenture Trust:       Kasowitz, Benson, Torres &
                                    Friedman
12                                  BY:   DAVID ROSNER, ESQ.
                                    (212) 506-1726
13
     For Crane Kenney:              Shaw Gussis Fishman Glantz
14                                  Wolfson
                                    BY:   RICHARD SALDINGER, ESQ.
15                                  (312) 276-1321

16

17

18

19

20

21

22

23

24

25
```

1   WILMINGTON, DELAWARE, TUESDAY, FEBRUARY 22, 2011, 2:04 P.M.

2              THE CLERK:  Be seated, please.

3              THE COURT:  Good afternoon, everyone.

4         ALL:  Good afternoon, Your Honor.

5              THE COURT:  I'm starting to get the feel of

6    groundhog day if you've ever seen that movie.

7                        (Laughter)

8              THE COURT:  Mr. Pernick?

9              MR. PERNICK:  Your Honor, Norman Pernick from

10   Cole Schotz for the debtors.

11

12             Today as you can see from the agenda, we have

13   several discovery issues.  So unless the Court would like to

14   proceed otherwise, there are all other parties writing

15   letters to the Court with those issues primarily, so I'm

16   just going to let the agenda proceed in the order that we

17   have.

18             THE COURT:  Very well.

19             MR. MOSKOWITZ:  Good afternoon, Your Honor.

20   Elliot Moskowitz with the law firm of Davis, Polk & Wardwell

21   representing JP Morgan Chase.

22             I rise with respect to the first item on the

23   agenda, the discovery dispute that we discussed last week.

24   I think the way we left it with the Court, there were

25

1    essentially two open issues and I want to report just on

2    each of those open issues.

3            The first issue is the privilege log question.

4    And Your Honor will recall that there was an order for a

5    production of a test privilege log.  That has not yet been

6    delivered to us, but I'm told that it will be delivered to

7    us hopefully by the end of the week.  Obviously, time is

8    running out in our discovery schedule.  We don't want the

9    clock to run out on us and we certainly reserve all rights,

10   but pending receipt of that log later this week, there's

11   probably nothing for Your Honor's consideration today with

12   respect to that issue.

13           THE COURT:  All right.

14           MR. MOSKOWITZ:  The second issue was with respect

15   to the disputed categories of documents.  Your Honor will

16   recall that we were seeking documents concerning the

17   transaction -- well, concerning all the post-petition

18   transactions of Aurelius, but in particular with respect to

19   the transactions with Centerbridge and with the PHONES

20   notes.  Where -- there's no open issue, I think for the

21   Court's consideration today.  Let me just give a quick

22   report as to where it stands.

23           With respect to Centerbridge, they went back and

24   they did take a look at the documents that had previously

25

1  been put aside.  And I'm told that there is going to be a

2  production, a small production of some Centerbridge related

3  documents as soon as today with price terms redacted.  And

4  so we'll just have to see what those look like and we

5  reserve all rights, but that issue is I think moving

6  forward.

7           With respect to the transaction with the PHONES

8  noteholders, I'm told by conferring with counsel prior to

9  this hearing, that they will also go back and take a look

10  and see if there are any emails or documents that evidence

11  those transactions.  If such documents exist, they'll also

12  be produced with price terms redacted.  But because those

13  issues remain at least for the moment still unresolved, I

14  would ask that the Court just carry the matter over to the

15  next hearing.

16  

17           THE COURT:  All right.  Which is Wednesday, March

18  2 at 1:30.

19           MR. MOSKOWITZ:  Thank you, Your Honor.

20           MR. QURESHI:  Your Honor, good afternoon.  Abid

21  Qureshi, Akin, Gump on behalf of Aurelius.  Maybe I briefly

22  be heard on that issue?

23           THE COURT:  Certainly.

24           MR. QURESHI:  And only for purposes of one

25  clarification, Your Honor, that again to the extent that we

1   do locate any material related to those issues that are

2   responsive and should be produced, it will not just be

3   price, but also date that will be redacted.  I just wanted

4   that to be clear on the record.  Mr. Moskowitz is right,

5   there is I believe it's one email chain that is going to be

6   produced today with -- regarding communications with

7   Centerbridge.  That will have date and price redacted.  To

8   the extent we locate anything else on the phone side, we'll

9   do the same.  Thank you.

10          THE COURT:  And now let me ask.  If I remember

11  correctly, I was told that previously provided information,

12  I forget whether it was by testimony or otherwise, did

13  indicate transactions by month for example.  Am I -- do I

14  recall correctly?

15

16          MR. QURESHI:  What you're recalling, Your Honor,

17  is with respect to the testimony that Mr. Brodsky [ph]

18  provided in his deposition, that's correct.

19          THE COURT:  Okay.

20          MR. QURESHI:  And we allowed him to answer with

21  respect to date and generalities which generally speaking

22  was the month.  And to the extent we're able to do that in

23  the redactions we'll be consistent.

24          THE COURT:  All right, thank you.

25          MR. QURESHI:  Thanks.

1          MR. SIEGEL:  Flip to Item 2, Your Honor.  Martin

2    Siegel Brown, Rudnick for Wilmington Trust.

3          There were two matters, Items 2 and 3 which were

4    carried from last week with regard to Citigroup and

5    Citibank.

6          We're sort of at the same status we hope as we

7    were last week.  Citigroup and Citibank has advised us that

8    they're pulling the documents, hopefully -- but they haven't

9    produced any yet.  So that hopefully today or tomorrow they

10   will start producing or at least tell us the scope of the

11   production that would be required so we can see if we can

12   work it out.  So as far as the motion itself, Your Honor,

13   we'll just carry it to the next date.  I think we are here

14   on March 2 anyway for the final pre-trial conference so that

15   would be okay.

16

17          The only other issue we have is we're faced with

18   a discovery cutoff on depositions of Friday.  One of the

19   four Citibank witnesses has been agreed upon, I believe for

20   Sunday which is already after the date.  And, Your Honor,

21   just informing you that to the extent we get the documents

22   and we're able to schedule depositions, it will have to be

23   after the cutoff and hopefully we can do that next week.

24          THE COURT:  All right.  Now Mr. Siegel, this is

25   both with respect to Citigroup Global Markets and Citibank?

1          MR. SIEGEL:  Yes.

2          THE COURT:  Okay.

3          MR. SIEGEL:  Thank you, Your Honor.

4          THE COURT:  So we'll carry them for calendar

5     purposes to the 2nd at 1:30.  Okay.  All right, No. 4?

6          MR. BERGEN:  Charles Bergen for Kathleen Waltz

7     and also for Bob Bellack [ph].  We're appearing by

8     telephone, Judge.

9          THE COURT:  Good afternoon.

10         MR. BERGEN:  Good afternoon.  I think we had

11    written to you most recently.  Ms. Waltz's motion to quash

12    has been set by the Court in Central Florida for the 24th of

13    this week.  And I think as we mentioned in our letter that

14    we sent to you yesterday and the served documents that we

15    gave to Aurelius' counsel on Friday so that they would know

16    about this in advance, we are filing today in California and

17    it's only about 10:00 there or 11:00 there now, a motion to

18    quash similar to the one for Ms. Waltz.  Rule 45 says that's

19    the right Court to be in.  I haven't had any response from

20    the party that had the subpoenas issued.  You know, we're

21    prepared to talk about them with you if you like.  We're

22    prepared to argue them in the Courts in which we filed them.

23         THE COURT:  Well, as I read the rule and the

24    related cases and treatises, it's the issue in Court in the

25

1  first instance that has the say of what should happen and/or

2  whether the matter should be transferred to the Trial Court.

3          MR. BERGEN:  That's my understanding, too, Your

4  Honor.

5          THE COURT:  Yeah.  So some of the cases say that

6  with consent transfer may be pretty much automatic, absent

7  that, I guess the issue in Court will decide, but I'll hear

8  from others.

9          MR. QURESHI:  Your Honor, again for the record,

10 Abid Qureshi, Akin Gump on behalf of Aurelius.

11         With respect to Ms. Waltz, Mr. Bellack, and Mr.

12 Knapp, all there have either filed or are about to file

13 motions to quash in various jurisdictions.  Your Honor, we

14 agree with the Court's interpretation of the rule that in

15 the first instance, that is the right place to address it

16 and we do intend to oppose the motions to quash in each of

17 those Courts.  Ms. Waltz in Florida, Mr. Bellack in

18 California, and Mr. Knapp, I believe has already also filed

19 in Chicago.  And so we will oppose those motions in those

20 jurisdictions.

21         The only issue I will raise for Your Honor,

22 subject of course to the outcome of those motions, if we

23 succeed in being able to take those depositions, we will

24 need relief in terms of the fact discovery cutoff, but we

25

1    will in the first instance of course ask our opponents here

2    if they will consent, we hope that they would in the

3    circumstances.  If they don't, we will need to get back in

4    front of Your Honor in short order, subject of course to the

5    outcome of those motions.

6          THE COURT:  All right, thank you.

7          MR. QURESHI:  Okay.  So that takes care of those

8    three.  And, Your Honor, I believe where that leaves us is

9    with respect to Mr. Kazan.  And where we left off last week

10    in terms of our desire for Mr. Kazan's deposition recall

11    that he is a current employee and, therefore, that one is

12    squarely in front of Your Honor.

13          We had identified in the order of 500 or 650 or

14    so documents last week.  Your Honor asked us to provide

15    those to Mr. Kazan's counsel and we did.  Your Honor,

16    subsequent to that, we have identified many more documents

17    that have Mr. Kazan's name on them.  And I should add that

18    the total continues to increase.  There were substantial

19    productions by the debtors, by the creditors' committee --

20    well, by the creditors' committee I'm told today we got

21    another more than 1,000 pages.  We haven't looked through it

22    yet.  The debtors produced something like 16,000 pages just

23    a few days ago.  So documents continue to roll in well after

24    the deadline, I might add, but that's another issue.

1            And the current statistic so that Your Honor has

2   them with respect to Mr. Kazan, there are 1,500 documents

3   produced by the debtors in connection with confirmation that

4   have his name on them.  There are approximately another

5   1,500 produced by other parties that have his name on them

6   that would not account for duplication.  We haven't yet de-

7   duped if you will, those numbers.  And in the pre-existing

8   document depository, we ran a search there as well and

9   identified approximately 16,000 documents that have his name

10  on them.

11          Our review of those given the numbers is of

12  course ongoing.  I have a selection of documents that I'm

13  happy to -- I should add by the way, the 1,500 in the

14  debtors' current production and the approximately additional

15  1,500 in the productions of other parties have been provided

16  to Mr. Kazan's counsel.  Those documents in the document

17  depository have not.  My understanding is that Mr. Kazan's

18  counsel either has or is working toward getting access to

19  the depository so they can look at those for themselves.

20          So our review is ongoing.  I have put together if

21  Your Honor would like to see it, a subset of the documents

22  based on our review to date that we think clearly

23  establishes the need for his deposition.  I'm happy to hand

24  that up if Your Honor would like to see them or if there are

25

1    no objections to that, I can perhaps first talk in general

2    terms about it.

3              And it starts, Your Honor, with the deposition

4    that we took last week of Mr. Hartenstein.  He is one of the

5    co-presidents of Tribune.  And during that deposition which

6    related almost entirely to the current business plans and

7    the current valuation issues surrounding Tribune, he

8    testified that the person at Tribune most knowledgeable with

9    respect to Tribune's equity investments, their equity stakes

10   in a number of other companies was Mr. Kazan.  And Mr. Kazan

11   was pointed to approximately four or five times in that

12   deposition as being the person who would have the most

13   knowledge of that portion of the debtors' projections

14   dealing with those minority equity positions.  That is a

15   very critical issue in terms of the debtors' current

16   enterprise value.

17

18             Not surprisingly, Your Honor, the documents that

19   we found in the production reveal a similar role that Mr.

20   Kazan appears to have played back in the LBO period in 2007.

21   There are a number of emails where Mr. Kazan says in his

22   words in an email that he is the one who prepared the

23   quarterly projections for cash that would be generated by

24   certain of Tribune's equity investments.  That's an email

25   from him where he's characterizing his own role.

1          We have in the emails, Your Honor, requests from

2     VRC to Mr. Kazan that he prepare a schedule of assets the

3     Tribune could sell in the event of a default including an

4     analysis of the potential cash proceeds that those asset

5     sales would generate.  There's a spreadsheet, the emails

6     seem to indicate that Mr. Kazan prepared it.

7          Your Honor, there are numerous communications

8     between Mr. Kazan and VRC that relate to VRC solvency

9     opinion, including a markup of a VRC solvency presentation

10    that was provided to Tribune that appears from the emails to

11    have Mr. Kazan's handwriting on it, in addition to that of

12    others.

13         There are a number of communications between Mr.

14    Kazan and the banks, including Citibank where they are

15    asking questions about the debtors' projections and why the

16    projections are showing certain things and why certain

17    information might not be in the projections.  And it is Mr.

18    Kazan that is providing the answers to these questions.

19         And so, Your Honor, we think that very

20    conclusively establishes our need for the deposition.  He

21    clearly played a central role in these issues both in the

22    2007 timeframe and in the current period.  And his

23    deposition is in our view indisputably relevant to the

1  issues that we intent to present to the Court in connection

2  with confirmation.

3          So, again, I have the documents, happy to hand

4  them up, if Your Honor would find that to be helpful.

5  Otherwise, unless the Court has any questions, that's all I

6  have.

7          THE COURT:  Thank you.

8          MS. KING-NOHOS:  Good afternoon, Your Honor.

9  Therese King-Nohos on behalf of Dan Kazan.

10         Needless to say, Your Honor, we're very

11  disappointed that counsel for Aurelius didn't share any of

12  these documents that they've told you about with us in any

13  meet and confer, and didn't attempt to meet and confer with

14  us.  So it's very difficult for me on the fly to try and

15  comment on any of the documents that they're prepared to

16  hand up.  If Your Honor would like us to look at them now,

17  we can do that and come back or I can tell you based on our

18  review of the documents why we don't think his deposition

19  based solely on our review of the documents should go

20  forward.

21         THE COURT:  Well, why don't you meet first and

22  look at what Mr. Qureshi intends to -- his universe of

23  documents and then come back to me before we adjourn today.

24         MS. KING-NOHOS:  Thank you, Your Honor.

25

1          THE COURT:  All right.

2          MR. QURESHI:  Your Honor, again, very briefly,

3    happy to do that, but to be clear, she has all the

4    documents.  We turned them all over.  I have a subset of

5    what we gave them that's in the binder.  Happy to share that

6    and there's no intention on my part to hide it, but she has

7    the documents.

8          THE COURT:  I'll tell you what.  Then tell me now

9    if you would why Mr. Kazan should not be deposed?

10         MS. KING-NOHOS:  Yes, Your Honor.  Just to

11   refresh the Court's recollection of this discovery dispute,

12   Aurelius is trying to depose Mr. Kazan who was a mid-level

13   officer at the time of the LBO and who is an individual that

14   no party has noticed up or has suggested is going to testify

15   on March 7.  But that's what the discovery is about is

16   whether this individual should be deposed before March 7.

17

18         Now, counsel just gave you -- rattled off many

19   numbers regarding the numbers of times Mr. Kazan's name

20   appears in the document database.  We don't think the number

21   sheds much light on anything.  We got the production of

22   debtors' documents Thursday evening.  And due to some

23   technical difficulties on our part, we were able to review

24   them in earnest starting Friday evening.  But based on the

25   review we were able to do over the weekend, what we saw was

1   that Mr. Kazan's name appears approximately I'll say 590-ish

2   times in the debtors' production.  And of those 590 times,

3   Your Honor, nearly half of those instances are related to

4   emails that were sent post-petition.

5           So we could have disregarded them out of hand,

6   but I personally reviewed each one of those that was sent

7   post-petition.  And what I found, Your Honor, were a lot of

8   emails between debtors' counsel and the examiner's counsel

9   mentioning Mr. Kazan's name because they wanted to schedule

10  his deposition.  What I also found, Your Honor is that I

11  think counsel is slightly mistaken when he says his name

12  shows up 1,500 times.  What happens is there's 1,500

13  documents that were produced to us because if one email has

14  five attachments, that's counted as six different documents,

15  although maybe his name only shows up in an attachment.

16

17          And what we found for the post-petition instances

18  is not surprisingly because Mr. Kazan's name shows up in the

19  examiner's report and that was an interesting topic, people

20  kept emailing that back and forth because his name shows up

21  in some adversary proceeding complaints, along with many

22  other current and former employees, the lawyers were

23  emailing that back and forth.  So at least half of the

24  instances, Your Honor, are pleadings, communications between

25

1    counsel, they shed no light whatsoever on his substantive

2    role during the LBO.

3            Now turning to the substantive communications

4    pre-petition, we found many instances, Your Honor, of emails

5    where Mr. Kazan is one of so many recipients, I stopped

6    counting after 50.  He got copied on all of the deal

7    documents along with parties, you know, there were not

8    surprisingly contact groups at each party to the deal, you

9    know, but to the banks, the debtor, and so he along with

10   everybody on the contact group would get a copy of the deal

11   documents that were being circulated.

12

13           So when you wipe all of that out, Your Honor, you

14   have very few substantive communications to or from Mr.

15   Kazan where he's actually commenting on anything of

16   substance.  Now counsel just mentioned to you certain

17   documents that I haven't had a chance to review, but

18   regarding equity investments.  This is a topic that I

19   personally brought up with Mr. Carney in a meet and confer

20   over a week ago.  I was very open about that and said the

21   only role that Mr. Kazan had was that of a business person

22   with respect to the projections.

23           That is as part of his role of development, Mr.

24   Kazan was also responsible for gathering numbers that he

25   would then feed to the finance people regarding what the

1  Tribune's equity investments were where they had joint

2  ventures and they owned less than 50 percent of a company.

3  For example, careerbuilders.com.  He would gather those

4  documents, those numbers, feed them to the finance people

5  and then those would be built into the projections.

6          Now unless Your Honor is inclined to let Aurelius

7  go and interview the head of each business group so that

8  there can be a trial on that level of grandeurlarity [ph],

9  we don't think that Mr. Kazan is any different of a role

10 than any other business person who fed documents to the

11 finance department.

12         THE COURT:  Well are you saying that he was a

13 mere conduit for this information?

14         MS. KING-NOHOS:  Yes, Your Honor.  There's two

15 ways that Mr. Kazan is a conduit.  I mean, one he is a deal

16 facilitator.  So with respect to closing the LBO, if someone

17 like Citi wanted information, Mr. Kazan was a logical choice

18 to go to and he would go get the information wherever it was

19 and forward it onto Citi, but he wasn't creating the

20 information.

21         But with respect to the equity investments, Your

22 Honor, he is acting sort of the equivalent as a business

23 person because he has his finger on the pulse of what's

24 going on with the equity investment.  So he would gather the

25

1  information as any business head person would do and then

2  forward it to the finance people to roll into the

3  projections.

4         THE COURT:  Counsel, I have to tell you, this

5  isn't always the case, but here I'm just struck with the

6  feeling that the more and the harder you argue against

7  allowing his deposition, the more I'm inclined to order it.

8  And if really his participation is central or was central,

9  it will come out and if it wasn't, that will come out, too.

10        MS. KING-NOHOS:  Your Honor, I can understand and

11 I will never dispute that Mr. Kazan was a witness to events

12 surrounding the LBO.  The only question is whether he should

13 be deposed at this time.  And if he were any ordinary

14 employee of any ordinary party to a litigation, you would

15 say sure, depose him.  But he's in a very unique situation

16 here, Your Honor.  He doesn't have the benefit of having

17 Sidley Austin sit with him and get him ready for the

18 deposition.

19        So number one, he's significantly prejudiced

20 because he doesn't have counsel who's had an opportunity to

21 get him ready for the deposition.  And number two, unlike an

22 individual, normal ordinary employee and a normal ordinary

23 litigation, he's being sued personally.  And while we hope

24 to show that those claims against him personally don't have

1  any merit, it's his reputation that's being personally

2  impugned by those allegations and it's his checkbook that

3  would have to write a check if he were actually found

4  liable.

5          So unlike your ordinary typical litigation, Your

6  Honor, he's the one on the hook here and he doesn't as a

7  matter of simple due process, doesn't have the same rights

8  of counsel that Aurelius' counsel has here.  Aurelius has

9  been in the game for much longer, has had full access to the

10 documents, and we considered --

11         THE COURT:  Even assuming, even assuming, you

12 know, there are significant economic disparities as between

13 these two parties alone, it just doesn't -- it's not

14 convincing me in weighing all the circumstances and being

15 sensitive to his situation as a defendant in an adversary

16 matter, but I gave you my views about that at the last

17 hearing.  I don't think that should stand in the way of --

18         MS. KING-NOHOS:  And to be clear, Your Honor --

19         THE COURT:  -- deposition of someone who's

20 evidence might be relevant.

21         MS. KING-NOHOS:  Well, just to be clear, Your

22 Honor, we're not talking about an economic disparity between

23 Mr. Kazan and Aurelius.  What we're talking about is a due

24 process disparity --

25

1    THE COURT:  Well, but what follows from that is

2  the, you know, is the legal representation side of it and

3  that's what I meant by that.  And I understand what you're

4  telling me.  My suggestion is that you go meet with Mr.

5  Qureshi and see if you can arrange a time.  Mr. Qureshi, I

6  will tell you that, you know, I'm not going to wait any

7  longer for the documents in number to continue to mount up.

8  You're going to have to be discreet in the number that you

9  choose to use at the deposition and we'll just move forward

10  on that basis.

11    MS. KING-NOHOS:  Your Honor, can I ask for two

12  points of relief if the deposition is going to go forward?

13  The first point of relief we would ask is because we still

14  do not have full access to the document depository and given

15  the limited number of days we have before discovery closes,

16  we'd ask that Your Court -- Your Honor order them to

17  identify specifically which exhibits they want to use with

18  Mr. Kazan and identify them for us at least 48 hours before

19  the deposition.

20    We'd also ask Your Honor that you enter an order

21  limiting the use of Mr. Kazan's deposition for discovery

22  purposes only so that it can never be used in a future

23  proceeding for evidentiary purposes or otherwise.

24

25

1      THE COURT:  Well, for confirmation purposes only.

2  And I told you I would grant that relief at the last

3  hearing.  Mr. Qureshi, the request with respect to

4  identification of exhibits doesn't seem to be unreasonable

5  to me.

6      MR. QURESHI:  Well, Your Honor, I would beg to

7  differ on that.  First of all, with respect to the number,

8  we have no intention of showing up with 1,500 exhibits.  It

9  will be a small subset.  But, Your Honor, that's our work

10  product.  We are working around the clock to prepare for

11  these depositions, to go through hundreds of thousands of

12  pages that continue to get produced up until the very last

13  minute.

14

15      Why the debtors have decided that Sidley is not

16  going to represent Mr. Kazan or pay for Mr. Kazan to be

17  represented when part of the deposition will most certainly

18  focus on 2010 business plan issues, that's their decision

19  and frankly, I don't understand it, Your Honor.  But I don't

20  know why just as with any other of their witnesses that

21  we're deposing, I should be required to hand over my work

22  product 48 hours in advance of the deposition so that they

23  have a road map in terms of preparing their witness and

24  getting the testimony that they want to get.

25

1      I just don't see why we should be required to do

2  -- we have already given her a relatively small universe,

3  approximately 3,000 documents which can be reviewed

4  relatively quickly of documents that appear to have his name

5  on it well before that.

6      THE COURT:  If you want to take the deposition,

7  you'll have to produce the exhibits 48 hours in advance.

8      MR. QURESHI:  Very well.  Your Honor, then I

9  would also ask for relief to take the deposition beyond the

10  close of fact discovery.

11      THE COURT:  Yeah, counsel should confer and pick

12  a date, that's okay with me.

13

14      MR. QURESHI:  Thank you.

15      MS. KING-NOHOS:  Thank you, Your Honor.  Can we

16  get a reasonable limitation on the number of exhibits?  What

17  we don't want to have happen is what happened with the

18  letter they sent us last week saying here's 650 documents,

19  here's 1,500 documents, and by the way, here's the rest of

20  the document depository that you can look through.  That's

21  what we don't want to have happen.

22      THE COURT:  What I think I just ordered was that

23  consistent with your request that what be produced is that

24  which is going to be used, you know.  And I don't know what

25  that's going to be today.  Okay?

1          MS. KING-NOHOS:  Thank you, Your Honor.

2          THE COURT:  I understand your concern.  All

3    right, let's move on.

4          MR. MCCORMACK:  Good afternoon, Your Honor. Tom

5    McCormack on behalf of Chadbourne representing the UCC.

6          Before I go, Your Honor, I know we have -- you've

7    gotten a flurry of letters from me and Mr. Friedman on

8    behalf of our respective clients.  Some of these issues are

9    old from my perspective.  I have obviously a statement that

10   I'd like to give or an argument, but I wanted to ask you

11   whether you'd want me to do something other than that first,

12   or whether I should just go ahead.

13

14         THE COURT:  Give it your best.

15         MR. MCCORMACK:  All right, thank you, Your Honor.

16                     (Laughter)

17         MR. MCCORMACK:  Well, Your Honor, as I said last

18   time, Aurelius has targeted the UCC and it just keeps coming

19   no matter what the law may be, no matter what we may say,

20   and at least from my perspective, no matter what you may say

21   for that matter.  But let's just review some of the basics

22   before I get into the arguments.

23         Aurelius has now noticed five depositions of

24   committee counsel and counsel to its members.  That would be

25   Mr. Seife, Mr. Bush, Mr. Teitelbaum, and most recently, Mr.

1  Adler and Mr. Novod.  They have noticed six committee

2  members, Mr. Smith from Warner Brothers, Ms. Kulnis [ph]

3  from JPM, Mr. Niese who represents retirees, Mr. Salganic

4  [ph] who represents a union guild, Mr. Yamaoka who

5  represents the PBGC, and Ms. Davis who represents Buena

6  Vista.  They have noticed the depositions of Moelis &

7  Company have taken the deposition of Mr. Carlston on behalf

8  of Moelis & Company.  And as I mentioned in the letter I

9  provided yesterday, Your Honor, every one of those notices,

10  now we're up to twelve was made before the very first

11  witness was deposed from the committee.

12

13          And so the first thing I want to do is dispel a

14  notion that was in some of the letters that were sent that

15  the depositions and the discovery had to expand as opposed

16  to contract because of anything that was being said at the

17  depositions.  That's not true.  All of those notices were

18  made before the first deposition was taken.  So that concept

19  that was sprinkled through the letters that they have to

20  take these depositions because the depositions aren't

21  getting what they want is not consistent with the facts.

22  And I --

23          THE COURT:  Well it may be true.

24          MR. MCCORMACK:  It may be true, but it's not --

25  in other words, they may have a second run at that notion,

1  but the idea that they serve these with that notion in mind

2  would not be true.

3          They have had a plan to pursue the UCC with vigor

4  and they've been doing that from the get-go.  And as I've

5  said, we certainly tried to negotiate some limitations, but

6  I think it might be said that this isn't the type a party

7  negotiations -- negotiates necessarily reasonable

8  compromises.  So they want to proceed on all of those

9  depositions and here we are on February 21, of course three

10  days from the discovery cutoff.

11

12          And let me just quickly review what has been --

13  what depositions have taken place, Your Honor, and perhaps

14  dispel another notion that is sprinkled through their

15  letters.  Mr. Smith was deposed for a day.  Ms. Kulnis was

16  deposed for a day.  Mr. Carlston was deposed also earlier

17  this week.  And Mr. Salganic is going to be deposed this

18  Friday.  They've also taken depositions of Oaktree and

19  debtors and others are ongoing.

20          I told you previously that we've produced over

21  320,000 pages of documents, Your Honor, with regard to the

22  process.  And, in fact, tomorrow, all the parties are going

23  to be identifying trial exhibits and the UCC has a long and

24  detailed chronological list of emails and documents that are

25  going to reflect what we've produced arm's length hard

1  negotiations leading to the October plan.  All of that has

2  already -- is out there and that's where we are.

3          The other thing I wanted to mention to you, Your

4  Honor, is to dispel another notion that was dispersed

5  through their letters and that is that somehow the UCC is

6  selecting their witnesses and standing in their way from

7  getting the witnesses that they want to take.

8          THE COURT:  Cherry picking they called it.

9          MR. MCCORMACK:  Cherry picking, indeed.  I think

10  I may have used the term, too, so it must have been in the

11  air, but let me dispel that quickly.  That notion is flat

12  out wrong.  And there's a statement contained in one of the

13  letters and I will forgive Mr. Friedman because he's the

14  third counsel that's been fighting the UCC and maybe he was

15  not familiar what the prior two had done.  But he says in

16  his letter that it has always been listed as these witnesses

17  especially now we're talking about the new UCC witnesses and

18  Mr. Adler and Mr. Novod.  That it's always been anticipated

19  that they would be deposed or certainly at least with regard

20  to Mr. Niese and Ms. Davis and Mr. Yamaoka, but that's

21  wrong.

22          And let me tell you, on the 22nd of December,

23  Your Honor, all the parties had to identify the parties and

24  the witnesses that they believed were relevant to this case.

25

1   And I went back and looked very carefully at those and I can

2   hand up, Your Honor, if you're interested, I'd be happy to

3   provide counsel a copy.  May I approach?  This is a

4   compendium of all of the designations made by the various

5   parties to this case for witnesses who might be deposed or

6   might be giving testimony, et cetera.

7           And I went through it very carefully this morning

8   as -- because my recollection was that these witnesses were

9   newcomers and I was right.  In fact, if you go back and look

10  through it, you'll see that on this list due on December 22,

11  Aurelius and Law Debenture listed the following witnesses

12  from the UCC; Wayne Smith, Marion Kulnis, Bill Salganic.

13  They also listed the lawyers Seife, Bush, and Teitelbaum

14  which was the subject of a prior motion.  But they're the

15  ones who picked these witnesses, not us.  And they've --

16  they did not list any other UCC witnesses on their list of

17  potential witnesses.

18          What did Wilmington Trust list?  Wilmington Trust

19  listed only Bob Kusher [ph] at Citibank.  They did not list

20  their own witnesses or any other of our witnesses.  Deutsche

21  Bank, who did they list?  They didn't list anybody.  They

22  said whatever Aurelius said.  So on the 22nd of December, it

23  is Aurelius and their allies who picked the witnesses from

24  the UCC they thought were going to be relevant to their

25

1  case.                          So in other words, they named

2  the very UCC witnesses that they have deposed and will

3  depose, Smith, Kulnis, and Salganic, plus they've also

4  gotten to take the deposition of the financial advisor.  So

5  that's another motion I want to dispel.  There was some

6  notion in the papers and letters that were signed that these

7  people had been on the list from the get-go, they haven't

8  been.

9

10        In other words, Your Honor, to put a -- to guild

11 it slightly, Aurelius and its allies have made this bed, not

12 us.  The UCC didn't make this bed.  Novod, Adler, Niese,

13 Davis, and Yamaoka are recent developments.  These are not

14 listed way back in December.

15        Now let's turn to the specific motions.  We'd

16 move to quash the subpoena served on Gordon Novod and on

17 David Adler.  Who are these guys?  You know them.  They've

18 been in Court here appearing on behalf of Wilmington Trust

19 and Deutsche Bank.  Gordon Novod is a lawyer at Brown

20 Rudnick, a litigator.  And he's appeared in this Court as

21 counsel to Wilmington Trust.  And David Adler is a litigator

22 from McCarter & English and he's appeared in this Court on

23 behalf of Deutsche Bank.  And that's who they are.

24        As a preliminary matter, even though they didn't

25 list them on their witness list, that is a witness from

1  Wilmington Trust or Deutsche Bank, if they want to take the

2  depositions of Wilmington Trust and Deutsche Bank for all

3  the reasons they said would be appropriate to take those

4  witnesses, in this Court, you decide that they are forgiven

5  for not listing them on the list that the CMO suggested they

6  should have put together back in December, then they can

7  take as far as we're concerned, they can take the

8  depositions of Deutsche Bank and Wilmington Trust committee

9  representative.  And that would be for Wilmington Trust an

10 individual named Pat Healy.  Pat Healy is an employee of

11 Wilmington Trust.  He is acting as the trustee for

12 Wilmington Trust.  And he has been involved in the UCC

13 activities from the very beginning.  Rodney Gohn and Stanley

14 Burg are two Deutsche Bank representatives.  Mr. Gohn has

15 been at -- they've both been at meetings from the very

16 beginning of the process.  They're employees of Deutsche

17 Bank.  They're acting as the trustee and they've been there

18 from the beginning of the process.

19

20            Now I doubt very seriously, Your Honor, whether

21 Mr. Healy or Mr. Gohn or Mr. Burg are particularly

22 interested in giving their depositions, but --

23            THE COURT:  No, but their lawyers seem anxious

24 enough.

25

1      MR. MCCORMACK:  Yeah, they certainly do.  And so

2  my -- and there's a couple of things I want to say about

3  that because I think their clients will be very interested

4  on some of the issues that I've been thinking about what

5  this constitutes and what it might mean for their clients.

6  They don't want to take those guys.  They want the lawyer

7  advocates to get up and carry the water.  Not necessarily

8  for what they're going to say, but for what they want to say

9  as part of being the plan proponents with Aurelius in their

10  group.  You see what they're doing.  And I think that's

11  immensely inappropriate to put lawyer advocates on the

12  stand.  And so how do they defend it?  They say well, you

13  know, they go to the committee meetings and you know, they

14  sort of act for the members of -- they sort of act for

15  Deutsche Bank and Wilmington Trust --

16

17      THE COURT:  Well, no, they didn't say sort of,

18  they said they did.

19      MR. MCCORMACK:  Yeah, yeah, they did.  And I have

20  two thoughts on that.  One, Your Honor, is that saying that

21  they act on behalf of them is a little bit tricky.  They got

22  to be a little bit cautious about that because there's good

23  case law in this circuit that suggests that a trustee acting

24  as such cannot delegate his authority, cannot delegate his

25  decision making to lawyers without risk.  And for instance,

1   here's a quote from a case *Dordavich vs. Holtzman [ph], 190*

2   *F.3rd, 125 Third Circuit 1999* --

3         THE COURT:  So Mr. McCormack, let me ask you

4   this.  Why are you so worried about that?

5         MR. MCCORMACK:  Why am I worried about?

6         THE COURT:  Somebody else's fiduciary duty.

7         MR. MCCORMACK:  Well, I guess -- well, because

8   here's the point I was going to make which is while they're

9   busy playing this sort of game where they're going to put

10  the lawyer advocates up for the witnesses, maybe they should

11  be thinking about their clients.  And from my perspective,

12  they are on the committee.  We treated them with respect.

13  I've never seen anything from Mr. Healy or these others that

14  I would have any problem having them testify.  So I guess

15  I'm suggesting that some of these sharp practices redound

16  potentially to the disadvantage of the very clients they're

17  professing to serve.

18        And so why do I care?  Well, it's an argument to

19  make for why these depositions should not go forward and why

20  lawyer advocates should not proceed.  And because these guys

21  are on the committees and we know them.  We haven't had any

22  trouble with them in the sense that would lead me to believe

23  that they wouldn't -- if they testified, they'll say what

1   they saw and it will be what they saw.  I just don't think

2   lawyer advocates should be doing that.

3        The last thing -- well, the other thing of course

4   that separates them out is they're not the lawyers, they're

5   not the actual trust officers, they're the lawyers of the

6   trust officers.  And as I mentioned, there's case law in

7   this district that suggests that you have to be cautious

8   about how you delegate that authority.

9        And then secondarily, the thing that

10  distinguishes them obviously is they've appeared before Your

11  Honor as counsel to plan participants.  I've seen Mr. Novod

12  and Mr. Adler up at this very podium advocating on behalf of

13  the plan proponents that have aligned themselves with

14  Aurelius.  And so they move in the category of attorney

15  witness.  So that's another reason why I would say that it

16  would be inappropriate for them to profess to be acting

17  simply as representatives of Wilmington Trust and Deutsche

18  Bank in these matters.

19       And finally, Your Honor, I'll go back to what I

20  talked about last time which was the *Shelton* case.  And what

21  the Courts were struggling with in *Shelton* is what are the

22  consequences of putting lawyer advocates up on the stand?

23  Is it a good, bad, or indifferent idea?  Well, the Courts

24  are pretty clear that it's not a very good idea.  And you

25

1  may recall, I mentioned that Judge in Georgia, Judge Dallas

2  in the *Douglas Asphalt* case.  And he said that such

3  activities "disrupt the adversarial system" and "lower the

4  standards of the profession".  And I think this is what he's

5  talking about, these kind of efforts to make lawyer

6  advocates witnesses.

7          And the last piece of that and I know it was in

8  the letter that I sent to you, this is unique in that it's

9  really worse than what we were fighting about last time, at

10  least from the Rule 37 perspective, the ethics rule because

11  you have a lawyer witness problem potentially.  And that is

12  it's one thing to try to force an opposing counsel to be

13  deposed and some of the issues that come with that, but when

14  you put yourself on the list of witnesses going to be

15  testifying on behalf of your client's interest, it's even

16  worse.  And there is a case that we cited to you from the

17  Bankruptcy Court in Maryland *Fisher v. Berson [ph]* which is

18  *Bankruptcy Court, Maryland, 2006 Bankruptcy, Lexus 4334*

19  saying essentially that when a lawyer puts himself on his

20  own client's list, he's looking at a much heightened set of

21  circumstances in terms of the inappropriateness of allowing

22  a lawyer advocate to be a witness at trial which of course

23  is the risk here.

1          And then the one thing, I thought about not

2    bringing it up, but I got to bring it up because I think

3    it's a bit cynical, at least it is from my perspective and I

4    want to explain how it ended up being the way that it was in

5    terms of the timing of this.  You may remember, we were in

6    on February 8 and I was seeking to quash the subpoenas

7    against Mr. Seife and Mr. Bush and also at that time they'd

8    subpoenaed Conlan, and Bernstein, and Bennett.  But as I

9    said to you then and I'm saying to you now, they have a

10   special interest in pounding us.  So on the 8th, I ended up

11   arguing about Howard and Graham.

12          Now you adjourned that till the 15th and I

13   thought I heard what you said which is you're going to have

14   to come up with something better than they were involved.

15   You got to come up with some -- I think the words were aroma

16   or smoke and that didn't happen by the 15th.  Now on the

17   15th, everybody stood up here and said oh, we're going to

18   push this off no problem.

19

20          Well, what I learned this week was over the prior

21   weekend, the 12th and the 13th, Akin called up Gordon and

22   they called up Adler and they said we're going to subpoena

23   you.  And I said to Gordon and Adler, well did you tell them

24   you didn't want to be subpoenaed?  Did you tell them that,

25

1   you know, that the Court doesn't like taking lawyers

2   deposition -- no.  Okay.  Okay.

3          So they knew they were going to be subpoenaed on

4   the 12th and the 13th.  So did Aurelius.  They waited until

5   the 15th for the hearing, when everybody walked away,

6   everything's fine.  They served the subpoenas that night,

7   after the hearing was over with.  I guess they did that

8   because they thought they were going to be able to, I don't

9   know, force this issue, run out the clock, I don't know what

10  they thought.

11         When I found that out, I didn't like that.  I

12  mean, I thought that was -- I thought we weren't going to go

13  down this road.  They knew the weekend before the 15th they

14  were.  And then on the night of the 15th after this hearing,

15  they served and low and behold they got Bush and Graham back

16  in the mix, too.  So I didn't -- well, I thought I would

17  bring up because I -- it struck me as not nice.  And I said

18  to myself, you know what, that's your practice.

19         Now, Your Honor, I think that taking these

20  depositions of Adler and Novod runs afoul of *Shelton* runs

21  afoul of good practice, and it certainly runs afoul

22  potentially of the attorney witness rule.  And I'll use the

23  word, it's a little harsh, but I think it's a cynical

24  attempt to bypass the UCC members and use lawyer advocates

25

1  as witnesses and I don't think it should be counted.

2          Accordingly, Your Honor, we would respectfully

3  ask that the subpoenas served on the lawyers Novod and Adler

4  be quashed.

5          Now I can move onto the other --

6          THE COURT:  Let's deal with them one at a time.

7          MR. MCCORMACK:  Okay.  Thank you, Your Honor.

8          MR. FRIEDMAN:  Good afternoon, Your Honor.  May

9  it please the Court, Edward Friedman for Aurelius and I'm

10  going to address the Novod and Adler issues.

11          To begin with, this is not a lawyer deposition

12  issue such as was previously discussed before Your Honor.

13  Novod and Adler are lawyers of course.  They are being

14  subpoenaed as fact witnesses because of their knowledge of

15  what transpired at Committee meetings and their ability to

16  testify as to matters that are within the proper scope of

17  discovery and not precluded by applicable privileges whether

18  it's attorney/client or mediation or any of the other

19  potentially applicable privileges.

20          The reason why it became necessary to subpoena

21  Novod and Adler who are obviously representatives of the

22  noteholders co-plan proponents is that Novod and Adler

23  explained to us and the committee will confirm this, that

24  because of the committee bylaws regarding confidentiality,

25

1  Novod and Adler cannot discuss even non-privileged matters

2  with Aurelius and their co-plan proponents absent the

3  compulsion of a subpoena.  And of course, if the committee

4  would consent to having Novod and Adler have a conversation

5  with Aurelius, the subpoena would not be necessary.  But the

6  subpoena is necessary in order to obtain information from

7  Wilmington Trust and Deutsche Bank who are co-plan

8  proponents.

9          In contrast to the positions taken by other

10  committee members where there have been objections on the

11  part of counsel or on the part of committee members to

12  having an attorney deposed here, Wilmington Trust and

13  Deutsche Bank appeared at committee meetings over the

14  relevant period of time, sometimes by non-lawyers, sometimes

15  by lawyers.  The lawyers, Novod and Adler were at important

16  meetings.  They voted on behalf of their committee member

17  and the committee members in question here, Wilmington Trust

18  and Deutsche Bank have indicated to us that for the

19  testimony by deposition of the committee member, they're not

20  objecting to Mr. Novod and Adler testifying, they prefer to

21  have Mr. Novod and Mr. Adler testify rather than other

22  individuals that Mr. McCormack and Chadbourne & Park might

23  select.

24

25

1          And that, Your Honor, we submit is really one of

2    the fundamental issues underlying the dispute today

3    concerning not only Novod and Adler and but some of the

4    other witnesses.  And that is quite simply that in the

5    course of preparing for the confirmation hearing and seeking

6    discovery as to relevant and non-privileged matters, the

7    committee is repeatedly trying to limit the discovery to

8    witnesses chosen by the committee.  It's as simple as that,

9    Your Honor, and it's not fair.

10         And the reason why we're here today is that

11   there's been a long process of deciding who should be

12   deposed.  There was a long list as Mr. McCormack said that

13   included a lot of witnesses.  Some of things were deferred.

14   Some -- and they were deferred.

15

16         What happened last week, Your Honor, were the

17   depositions of numerous committee representatives, including

18   the deposition of Committee Co-Chair, Wayne Smith of Warner

19   Brothers which is a deposition that I conducted.  We set

20   forth in our papers, Your Honor, excerpts from that

21   transcript which are illustrative.  It's not as if those

22   passages were selected out of context or in any way selected

23   to provide a perspective different from what would appear on

24   all the other pages in the transcript.

25

1          And the point is that when Mr. Smith was asked

2    about non-privileged matters concerning committee decisions

3    and negotiations with adverse parties, Mr. Smith was

4    virtually unable to testify.  What he said was that

5    committee counsel negotiated on behalf of the committee.

6    He, the co-chair, did not know or could not recall what

7    directions and decisions were made by the committee as to

8    negotiating positions.  He did not know and couldn't -- or

9    could not recall what did the committee through counsel

10   propose to the senior lenders or other parties in the

11   negotiations.  He would be shown documentary evidence that

12   the committee had made a proposal and he drew a complete

13   blank as to what the committee proposed to the LBO lenders

14   and others.  We had numerous questions concerning specific

15   and fundamental economic matters as to which the committee

16   has taken positions and he was asked what was the reason for

17   the decision?  What was counsel directed and he did not

18   know.

19          I'll mention without getting into the specifics

20   of some of these economic matters which are set forth in our

21   -- in the un-redacted letters submitted to Your Honor.  I'll

22   just mention as an example, Mr. Smith was asked with respect

23   to the change from the April plan to the mediation

24   settlement and ultimately the DCL plan in which the

1  consideration provided to the noteholders is now cash rather

2  than a strip of cash and debt and equity as per the April

3  plan.  Who made the decision to propose or accept that

4  change from cash -- from a strip to cash?  What was the

5  reason for the decision?  And we have been unable to obtain

6  any information.  Over and over again, what we heard from

7  the co-chair of the committee was counsel negotiated,

8  counsel reported back, I don't remember what they said about

9  what happened in the negotiations.

10        So when we come before Your Honor today and say

11 we're seeking depositions of committee counsel who engaged

12 in those negotiations or we're seeking depositions of other

13 committee members because of the memory blank that Mr. Smith

14 had, that's the background.

15

16        Now with respect to Mr. Novod and Mr. Adler in

17 particular, there's another dimension to it which is just to

18 state the obvious.  Mr. Novod and Mr. Adler as

19 representatives of Wilmington Trust and Deutsche Bank are

20 representatives of two committee members who disagree with

21 the committee's decision to support the debtor, creditor,

22 lender plan.

23        So for Chadbourne and the other committee counsel

24 to argue that these witnesses are cumulative and that

25 Aurelius is simply trying to depose too many people, it is I

1    would submit a transparent attempt to prevent Aurelius from

2    obtaining testimony from committee members who happen not to

3    agree with the decision that was made by the majority of the

4    committee.

5            THE COURT:  Of course, you know, if I were as

6    cynical as Mr. McCormack, I might suppose that these two

7    individuals were selected because they might most cogently

8    make the best record in favor of an argument that Aurelius

9    is making.

10           MR. FRIEDMAN:  And may I say, Your Honor, first

11   of all, these are discovery depositions.  If in connection

12   with trial there were an attempt on the part of the

13   noteholder proponents either to use the depositions at trial

14   or to call these individuals as trial witnesses, they would

15   be issues for the Court to consider at that time.  At this

16   time, our position is simply that Aurelius and the other

17   noteholders should be entitled to discovery that's not

18   limited to discovery from witnesses who are designated or

19   selected by the committee.

20           THE COURT:  Well, what, if anything, do you know

21   about their proposed role as trial counsel at a confirmation

22   hearing?

23           MR. FRIEDMAN:  If Mr. Novod and Adler appear as

24   trial counsel at the confirmation hearing, there are issues

25

1  that the Court will consider concerning whether it is or is

2  not appropriate or permissible for them to also be

3  witnesses.

4      THE COURT:  You know, for the Court here there's

5  really a competing dynamic.  And the one is not to decide

6  more than that which is necessary to move the case along.

7  Sometimes when a Court decides too much, it just turns out

8  to create unforeseen consequences.  The other side though is

9  that I'm reluctant to plant the seeds of yet another issue

10  to be disputed in this case.  That's, you know, to be

11  cliché-ish about it, those are the horns of the dilemma

12  that, you know, that I sit on.

13      MR. FRIEDMAN:  But I would submit, Your Honor,

14

15  and I've spoken to counsel for Wilmington Trust and Deutsche

16  Bank.  And it would be a totally different issue if

17  Wilmington Trust and Deutsche Bank said leave our lawyers

18  alone, here we are, we are ready to testify.

19      In fact, the -- and now I'm not talking about Mr.

20  Novod and Adler, I'm talking about the counsel with whom we

21  have spoken concerning these subpoenas.  These counsel for

22  Wilmington Trust and Deutsche Bank have said the

23  representatives who should be deposed, we're fine with them

24  being deposed, we don't want someone else being deposed.

25  It's Mr. Novod and Mr. Adler.

1          And this, Your Honor is fact discovery.  And

2   these representatives of Wilmington Trust and Deutsche Bank,

3   they're obviously representatives of committee members whose

4   views are at odds with the majority of the committee on

5   whose behalf Mr. McCormack is speaking.  But in terms of

6   having discovery, there's -- we would submit it's actually

7   unrelated to the issue that might or might not arise in the

8   future.  This is very basic discovery that's being sought

9   against the background of committee members, advisors who

10  have testified to a complete memory blank.

11          And what we have been facing at the depositions

12  thus far is a combination of it's the attorney/client

13  privilege, it's the mediation privilege, it's the common

14  interest privilege, or I don't remember.  And that's what we

15  see in the transcripts over and over again.  And what we're

16  simply trying to do, Your Honor, is obtain testimony from

17  fact witnesses who can provide testimony about non-privilege

18  matters concerning the process by which the settlements and

19  plans were arrived at.  Thank you.

20          THE COURT:  Thank you.  Very briefly.

21          MR. MCCORMACK:  A couple of things.  Mr. Friedman

22  raised again that somehow it was the UCC that had selected

23  their witnesses.  I thought I went through that originally

24  that if you look at their witness selections in December,

25

1   they're the ones who selected their witnesses.  And I'd

2   hasten to add, that was December of 2010 and the plan itself

3   was in October of 2010 and they didn't list anybody from

4   Wilmington Trust or Deutsche Bank.  Small point, but

5   something to remember.

6            The one thing that was painful to sit here and

7   listen to was the description by Mr. Friedman of Mr. Smith's

8   deposition testimony as if he had I think the word he used

9   was memory blank.  I thought Wayne did a great job at his

10  deposition and spoke at great length.  Now typically, if

11  someone's -- what I'd like to do Your Honor is I'll give you

12  this.  Rather than me describe what he said, I'll give you

13  what he said.  And, Your Honor, just so you know, there's

14  excerpts from four different testimonies in there and those

15  four different testimonies that took place were Thane [ph]

16  Carlston, Miriam Kulnis, Kenneth Lang, and Wayne Smith.

17  Kenneth Lang being from Oaktree.

18           And I will agree with Mr. Friedman that at least

19  in terms of the substance of a number of the issues that

20  came up during the depositions, there was a lot of privilege

21  involved.  He was very good about, I thought honoring that

22  privilege in most ways.  And that privilege does exist

23  there.  But I think my point of handing you that document

24  was for you to see that they are getting lots of testimony

25

1    on the iterations of the transaction.  They're getting lots

2    of testimony about why the April plan changed to the October

3    plan.  They're getting lots of testimony as to the substance

4    of the April plan versus the October plan.  They're getting

5    lots of testimony as to why the strip turned into a cash,

6    plus it carried interest in the litigation trust.  All of

7    which Mr. Smith testified to.

8            So rather than badmouth Mr. Smith or say what he

9    said which was all hearsay in any event, I thought I'd give

10   you the transcripts.  And you'll see from -- and that's not

11   even the full transcripts.  I asked my troops, hey, go get

12   me some folders with some testimony that dealt with the

13   iterations of the plans from the April to the October period

14   which is what they were primarily interested in.

15

16           So I reject summarily the notion that the reason

17   they have to take these lawyer witnesses is because they're

18   being incapable of getting that information from other

19   sources.

20           And, of course, there's depositions taking place

21   this week and Mr. Salganic is going to testify this week.

22   Again, someone they put on their list.  So the idea that

23   there was a memory blank there, I summarily reject it.  And

24   it should not be the basis of any decision about letting

25   these lawyer witnesses testify.

1          And the other thing I want to say is and I'll say

2   this again which is if you were the Wilmington Trust trustee

3   officer or you were the Deutsche Bank trustee officer,

4   wouldn't you want your lawyer to testify instead of you?  Of

5   course you would.  And we don't -- but that's not the way

6   it's supposed to happen.  I mean, I could put Mr. LeMay on

7   the stand.  He'd be a great witness for the committee.  You

8   know, I could put Mr. Conlan on the stand.  He'd be a great

9   witness for the debtor.  Why are they going to get to put

10  Novod and Adler on the stand?  If Deutsche Bank and

11  Wilmington Trust have got something to say to this Court,

12  let them come and say it, not their lawyers.  Thank you,

13  Your Honor.

14          THE COURT:  All right.  Let me --

15          MR. SIEGEL:  May I be heard?

16          THE COURT:  Yes, I'd like to hear both from

17  Wilmington Trust and Deutsche Bank.

18

19          MR. SIEGEL:  Martin Siegel from Brown Rudnick for

20  Wilmington Trust, Your Honor.

21          We did not join in a motion nor did we join in

22  the opposition, but certain statements made today compel me

23  to speak on what I call fact issues.

24          The first is frankly we resent Mr. McCormack

25  using the word sharp practices at least as he seems to be

1  implicating that Wilmington Trust may have engaged in some.

2  That's just not true.

3         We also sort of resent the fact that he's raising

4  issues that a trustee shouldn't be speaking through his

5  lawyer or citing some cases in an entirely different

6  context.  And I'll read you from paragraph -- Page 12, it's

7  Section 8B of the bylaws of the committee which say -- I'm

8  sorry, I'm in the wrong section.  I'll get to that one it's

9  1B, under membership which says any member of the committee

10 may designate a representative and one or more alternative

11 representatives to attend committee meetings, provided

12 number one, such representatives and alternatives are

13 officers of the member, employees of the member, attorney or

14 an attorney in fact for or other professional retained by

15 the member.

16

17        So the fact that at various times in its capacity

18 as a committee member, Wilmington Trust appeared by counsel,

19 was not only provided for in the minutes, in the bylaws, but

20 was the practice of other participants on the committee as

21 well.  And in that capacity, they're not acting -- although

22 they are a trustee, they acted as a committee member and so

23 there's no issue here as Mr. McCormack implied that

24 Wilmington Trust somehow delegated its trustee functions to

25 that attorney.

1        The second portion that I have to take issue with

2   is I guess to some degree it's because Wilmington Trust and

3   its counsel adhered as strictly as they could to the

4   requirements of the bylaws and took extra caution.  You

5   know, we've been accused of a lot of things in this case,

6   most of which the examiner said were not true, but we've

7   been very careful to make sure that at all times Wilmington

8   Trust acted in accordance with the bylaws and other

9   requirements of it in its capacity as a committee member.

10       And the reason why this became an issue was

11  because under Section 8B of the committee bylaws, it

12  provides that "confidential information shall all -- mean

13  all matters discussed at committee meetings."  And then it

14  goes on to say what happens if there's confidential matters.

15

16       So in its capacity as a committee member, neither

17  Wilmington Trust nor its counsel were allowed to discuss

18  with plan proponents, adversaries, people on the same side,

19  what may have happened at a committee meeting.  And any time

20  that subject came up, we said there's a provision in the

21  bylaws that if you want any information, subpoena us and

22  then there's a process as to what happens with regard to

23  confidential information.

24       And, in fact, the only provision in the bylaws,

25  Your Honor, deals with motions to quash based on the fact

1    that a committee member is asked to divulge confidential

2    information.  And I don't think that that's an issue.  It

3    was not the basis for the motion.

4            And in addition, some committee members have

5    testified to things that may have occurred at committee

6    meetings.  That's not the subject of this discussion.  When

7    Wilmington Trust was asked, okay, if we wanted to issue a

8    subpoena, who was the proper representative?  And Wilmington

9    Trust being concerned with the issue that the committee

10   seems to be concerned with of cumulative depositions said

11   Mr. -- during the relevant time, Mr. Novod attended all

12   meetings.  Was there present for all meetings in person,

13   whereas the other representative of Wilmington Trust

14   sometimes was on the phone.  So if there were handouts and

15   other things that might not have been as accessible to him.

16   And pursuant to the bylaws, Mr. Novod regularly was the

17   person who voted on behalf of Wilmington Trust because he

18   was permitted to do so.

19            THE COURT:  Is Wilmington Trust prepared to do

20   without the trial services at confirmation of Mr. Novod?

21            MR. SIEGEL:  Yes, Your Honor.  But we're not even

22   there yet because our position is if you want to take

23   Wilmington Trust's deposition through Mr. Novod or its other

24   witness, in their capacity as a representative, what

25

1  happened?  And again, there may or may not be privilege

2  issues or confidential issues that will happen at the

3  deposition.  Then we'll, you know, that's a different issue,

4  but it's our understanding of Mr. Novod is being asked to

5  testify pursuant to subpoena because that's the only way he

6  can say anything on what did he observe during the committee

7  meetings.  What was said?  What was handed out?  Who spoke?

8  Whatever those issues are.  I don't know exactly what the

9  questions are.  I've read Mr. Smith's deposition, so I

10  assume the questions will be similar to Mr. Novod.

11            And frankly, in that capacity, the fact that Mr.

12  Novod is an attorney is irrelevant.  He's not being asked to

13  testify as an attorney.  If he was, most of the things that

14  he could testify to would be privileged and he couldn't

15  testify to them anyway.

16            THE COURT:  Well, you don't need to argue what

17  might come up in confirmation yet.  I just wanted an answer

18  to that question.

19            MR. SIEGEL:  There is one other issue, Your

20  Honor.  And again, Mr. Novod doesn't object to being

21  deposed.  We take no position on their motion.  But if Mr.

22  Novod is deposed, his wife's due to give birth in the next

23  week.  So we do ask that if his deposition is going to

24

25

1  happen, it happen this week so that it doesn't interfere

2  with the birth of his child.

3          THE COURT:  Well, he has permission to come in

4  the scrubs if he wants.

5          MR. SIEGEL:  Thank you.

6          MS. MAYE:  Your Honor, Katharine Maye of McCarter

7  & English.  I'd like to introduce Bill Reilly of the firm of

8  McCarter & English.

9          THE COURT:  Okay.

10         MS. MAYE:  We did file a pro hoc application, but

11  due to the speed in which this matter happened, the order

12  hasn't been entered, but I'd ask that he be permitted to

13  address the Court today.

14         THE COURT:  Very well.

15         MS. MAYE:  Thank you.

16         THE COURT:  Welcome.

17  

18         MR. REILLY:  Thank you, Your Honor.  It's a

19  privilege to be here.

20         Let me just take a few I hate to use the word

21  potshots, but let me just hit a few items that Mr. McCormack

22  talked about.

23         Number one, he made an argument about a lawyer

24  putting himself or herself on a list and how that was a bad

25  thing.  Just to be very clear here, David Adler did not put

1    his name on a list.  He's been subpoenaed by a party to the

2    case, Aurelius and the subpoena is a matter of compulsion.

3    He did receive a call from Aurelius saying a week ago or so

4    we want to take the deposition or we're going to subpoena

5    someone from Deutsche Bank.  It can be you or a member and

6    the -- or someone employed by Deutsche Bank.  It was the

7    client's preference that Mr. Adler be proposed as the

8    witness and then he received a subpoena.

9            There's a suggestion that he agreed to the

10   subpoena.  He did not.  He agreed to accept service of the

11   subpoena, but it was Aurelius' choice and they were going to

12   take the deposition of Deutsche Bank or a representative of

13   Deutsche Bank.  And there wasn't much of a choice as to

14   whether you do it or not.

15

16           So I don't want to be here saying I'm arguing for

17   -- to make partner a deponent at a deposition, but the fact

18   of the matter, he has a subpoena and according to the rules

19   that I recall, he is compelled to appear at it unless the

20   subpoena is quashed.

21           THE COURT:  So is Deutsche Bank prepared to do

22   without his services as trial counsel at confirmation?

23           MR. REILLY:  If that issue comes up, yes, Your

24   Honor, it is.  And the rule talks about being advocate at

25

1    trial at which the lawyer may have to testify at the trial.

2    So we're not there yet.

3           And that's another thing.  This is a discovery

4    deposition.  It may or may not be that Mr. Adler's testimony

5    is relevant, pertinent to the case, or deemed by Aurelius

6    worthy of proffering to the Court.  That quite frankly, Your

7    Honor, is for another day.  But if Mr. Adler cannot perform

8    the duty as an advocate at trial before Your Honor, the rule

9    also allows another lawyer from our firm to be in as the

10   advocate of trial.  Rule 3.7 provides that.  That would be

11   something we'd have to live with.  You have to, I guess,

12   take under assumption, I won't tell you what we talked

13   about, that we had discussions with our client about the

14   issues involving Mr. Adler's deposition.

15

16          I don't think, although it came a little close,

17   Mr. Adler will come and tell the truth as he knows it.  And

18   I don't think Mr. McCormack made any suggestion that he

19   would do otherwise, but just to turn that in to say that

20   it's advocacy and that's sheer gamesmanship is I think a

21   little unfair.  Mr. Adler's been subpoenaed for a

22   deposition.  If he has to appear, he'll appear and he'll

23   tell the truth as he knows it.  Whether his testimony is

24   relevant and pertinent to put before your Court or not is

25   for -- put before the Court or not is for another day.

1          We -- and I gather from Aurelius, Mr. Freedman's

2     letter to Your Honor in response to the motion or the

3     application by the creditors' committee that he has no

4     intention of delving into privileged issues.

5          THE COURT:  That's what he says.

6          MR. REILLY:  And if he does, we will object to it

7     as far as privileged conversations between Mr. Adler and our

8     client.  We are not waiving the privilege.  So we take him

9     at his word there.  We also assume that -- I've never met

10    Mr. McCormack before, but I see from his performance he's a

11    very forceful advocate and I assume that creditors'

12    committee counsel will object to privileges that they think

13    exist, attorney/client privilege that may or may exist to

14    particular -- in connection with particular questions as to

15    counsel for the committee or committee privileges.

16

17         But so I guess I'm in sort of an odd position

18    here because I'm not fighting to have a deposition taken.

19    We have a subpoena and we will appear --

20         THE COURT:  Feels strange, doesn't it, really?

21         MR. REILLY:  It does a bit.  You know what's a

22    little strange, too, what struck me about this is generally

23    you want to take a deposition of the other side to see what

24    they're going to say so you're not surprised.  You know,

25    that's kind of deposition 101.

1          And I'm kind of surprised that the other side if

2    I can use that term, with the creditors' committee here is

3    fighting not to hear what a witness is going to say prior to

4    trial.  So it's kind of -- it's sort of flip-flopped as to

5    positions here.  So it's I guess unusual territory for me

6    besides my first day in Court before Your Honor, but it's --

7    both of those things seem a little odd.  I'm not fighting

8    for a deposition to be taken, but I am saying that we have a

9    subpoena and -- or Mr. Adler has a subpoena and if he's

10   compelled to appear, he'll appear.

11             THE COURT:  Okay.  Thank you.

12             MR. REILLY:  Thank you, Your Honor.

13             THE COURT:  I'd like to move on to the next

14   matter.  I' going to -- I'll tell you what I'm going to do.

15   I am going to read the deposition excerpts, unless, Mr.

16   Friedman, you think that's unfair.

17             MR. FRIEDMAN:  Yes, Your Honor, that's actually

18   the first thing I wanted to say.  We will submit to Your

19   Honor the complete transcripts of these four deponents.

20   Alternatively, we could submit our own excerpts, but I feel

21   comfortable that if Your Honor looks at the complete

22   transcript, then what you are hearing from myself and other

23   counsel on behalf of the noteholders will come through loud

1   and clear from the entire transcript.  I haven't had a

2   chance to look at the committees' selected excerpts.

3              THE COURT:  How many pages are we talking about?

4              MR. FRIEDMAN:  Well, the Wayne Smith transcript

5   is about 275 pages of which 50 pages are objections by

6   committee counsel and related colloquy.  And again, if it

7   would be more convenient for Your Honor, for each of these

8   depositions, we would be happy to submit what we believe are

9   excerpts that will be representative and will provide a

10  balance to whatever it is that committee counsel has

11  selected.  And if Your Honor would prefer to have excerpts

12  from both sides, we could certainly accommodate that or if

13  Your Honor would prefer simply to have the complete

14  transcript, whatever Your Honor chooses, we just object to

15  the selected excerpts by the committee being what the Court

16  reviews in connection with making a decision.

17             THE COURT:  What I'd like to do is decide this

18  matter expeditiously, given where we are in the schedule.

19             MR. MCCORMACK:  Your Honor, if --

20             MR. FRIEDMAN:  Well, let me just suggest then, I

21  would say, Your Honor, by the end of the day today, we could

22  submit excerpts to Your Honor.  So you have these excerpts

23  from Mr. McCormack for these four depositions.  I'm not sure

24  how long they are but we will submit excerpts that are

25

1  comparable if we believe necessary to provide a balanced

2  look at the testimony.

3          MR. MCCORMACK:  And I'm suggesting, Your Honor,

4  that that may not be necessary.  I told my troops just go

5  out there and take -- find places in these depositions where

6  the settlement process was discussed.  Or the UCC process

7  was discussed and put it in a folder for me, I'll look at

8  it.  And I didn't say put only the good stuff in there or

9  all the bad stuff.  You may find that it's more balanced

10 than you think --

11          MR. FRIEDMAN:  Whatever, Your Honor.  Obviously,

12 Mr. McCormack is an attorney for his client.  He should not

13 and cannot properly be in a position of relying on Mr.

14 McCormack to provide a balanced set of excerpts.

15

16          THE COURT:  Okay.  Do this.  I'd like them as

17 quickly as possible.  I'd like you to show them to Mr.

18 McCormack first so that I don't get another -- yet another

19 call saying well, but in the interest of completeness, you

20 need to put in the page before and the page after from what

21 you've submitted.  I'd like that to be the end of it and

22 I'll look at it and make a decision.

23          MR. FRIEDMAN:  But let me suggest, if it would be

24 more convenient for Your Honor, maybe we can collaborate

25 today and provide one joint excerpt for each deponent that

1  will include what Mr. McCormack has called out and what I

2  call out, and we'll put -- so Your Honor will get for each

3  of these four deponents, a reasonable excerpt that we'll try

4  to work out.  Basically, but whatever I want to put in,

5  we'll put in, and whatever he wants to put in we'll put in.

6          THE COURT:  If that's a process that can be

7  completed efficiently without creating a new set of

8  disputes, that would be easiest for me.

9          MR. FRIEDMAN:  I don't see why we could not do

10  that overnight.

11          THE COURT:  All right.

12          MR. FRIEDMAN:  We have his excerpts, I and other

13  counsel on behalf of Aurelius will send them our excepts and

14  then we'll just put everything together in page order.

15

16          THE COURT:  Okay.  Thank you.  Next?

17          MR. MCCORMACK:  Thank you, Your Honor.  The next

18  item on the agenda is our motion to quash the subpoenas of

19  Niese, Davis and Yamaoka.  And I don't have a whole deal --

20  I mean, you've sort of seen us run around the track on all

21  the issues that are before you.  But I would say this.

22          I'm here because I feel like the attention being

23  given to the UCC is above and beyond.  They've come at every

24  witness, every lawyer and we've given them all the

25  documents.  These witnesses were not listed on any of the

1  plan proponent, the Aurelius plan proponent's list of

2  witnesses for trial.  None of them were.  And I mean, I

3  don't know, I recognize that that's not etched in stone, but

4  that was important to me because it gave me a sense of what

5  our task was going to be getting ready for trial.  And none

6  of these witnesses were on that list.  And none of them were

7  noticed.  They were noticed only recently.  And I think they

8  were noticed primarily arising out of our efforts to stop

9  the depositions of Mr. Seife and Mr. Bush.  I thought it was

10 payback quite frankly, but be that as it may, these are --

11 Mr. Niese as I mentioned represents retirees, Ms. Davis

12 Buena Vista, and I didn't write Yoma --

13

14            UNIDENTIFIED WITNESS:  Yamaoka

15            MR. MCCORMACK:  And Mr. Yamaoka, thank you.  Mr.

16 Yamaoka is with the PBGC, Your Honor.  And I think that the

17 number of depositions has increased or their efforts to take

18 depositions has increased proportionately to their efforts

19 to find something untoward or improper.  Because they

20 haven't come in here today on any of these whether it was --

21 I won't go back to Adler and Novod or to Seife and Bush or

22 to these that would suggest it was anything that would make

23 sense to take these depositions.  I think they're

24 cumulative.

25

1    I think the point that we would make is that they

2    have cited nothing, they've cited no reasons for why they're

3    suddenly adding them to their list.  They simply decided

4    they wanted to take everybody.  And I think that to some

5    degree, if you're going to be taking all of the depositions

6    or all the discovery that they've got in mind, at least for

7    some of these witnesses, they're volunteers, Your Honor.  It

8    has chilling effect on people's willingness to be on

9    committees if every single committee member has to put

10   through the paces of every single deliberation that took

11   place at the committee level.  I think it's cumulative.

12   They've got the chairman's.  They're going to have Mr.

13   Salganic.  They're going to do Mr. -- they've done Carlston.

14

15   And, Your Honor, it may be that the trust members

16   of the committee get deposed, too, depending on what

17   happens.  So they're going to have plenty of people to tell

18   them about what happened at the committee process.  I think

19   these witnesses are duplicative and I don't think that they

20   add anything that would be worth the injury that goes to

21   putting them to the task.

22

23   And as I mentioned to you, it's an old issue and

24   I've said it before, they can take their own witnesses if

25   they want to take witnesses of people that have a different

1   view of how the committee should have come out and explain

2   their reasons for that.

3          THE COURT:  Well, they want to know the other

4   members advocated their fiduciary duty for the rest of the

5   creditor --

6          MR. MCCORMACK:  Yeah, I know.  They want to

7   harass them is what they want to do and they want to punish

8   them for serving on a committee that disagrees with them.  I

9   understand exactly what they're doing, but Judge, enough is

10  enough.  And so the reason I finally come into this Court,

11  you think I didn't try to negotiate some of this?  I got

12  nothing.  There's no negotiation with these folks.  So I

13  came to Court because I said look, I can't sit by and let

14  every member of the committee get deposed, every lawyer get

15  deposed, have them come and put lawyer advocates on the

16  stand.  I got to go to Court to say Judge, this is not

17  right.  So that's what I'm doing here and I'm saying Judge,

18  this is not right.  And I understand, you know, what do they

19  have at stake?  Money, okay.  They want more money.  All

20  right, I get it.

21         THE COURT:  In this Court it's usually about

22  money.

23         MR. MCCORMACK:  I know, I get it, but you know,

24  they're not entitled to any special consideration.  What

25

1  special consideration are they entitled to?  They're not.

2  They're just another member at the bar here.  All of us

3  trying to get to the point where this bankruptcy is resolved

4  and the matters are resolved sufficient for all the parties.

5  They're not entitled to any special consideration.  They're

6  entitled to get more discovery than anybody's ever taken in

7  the history of the world.  They're not entitled to bore down

8  on all these committee members and punish them for service.

9  They're not entitled to have lawyers deposed, put lawyers on

10  the stand.  They're not entitled to that.  For me, they're

11  just someone who wants more money, okay?  Just like

12  everybody else.  So they're not entitled to turn the world

13  upside down.  That's my view and I have to come to you

14  because you're the only one who can protect the committee

15  and the witnesses from their unrelenting efforts to, you

16  know, slice them up and that's what I'm doing here.

17  

18          So the point being for all the matters that I've

19  raised today, you're the one that has to decide, you make

20  decisions and I comply with them, that's how this works.

21  But, you know, they just want too much.  They're not

22  entitled to it, and I think you should quash all of it and

23  remind people when they come to this Court that they're not

24  entitled to special consideration or to turn the world

25

1  upside down every single time they decide that they want to

2  make a point.

3         Anyway, I've already made the point about the

4  chilling effect.  I mean, why would the PBGC, you know, what

5  would the PBGC basically does the same under both plans.

6  What do they need to be deposed for, you know?  What would

7  possibly benefit them?  Harassment, that's all, punishment.

8  Okay.  That's all I got to say on those, Your Honor, thank

9  you.

10        THE COURT:  Okay.

11        MR. FRIEDMAN:  All right, look, Your Honor.  I

12  don't know whether Mr. McCormack spoke intentionally or

13  inadvertently, but when he says there's no negotiation about

14  these deponents and these subpoenas, that is absolutely

15  false.  I do not think Your Honor wants us to get into what

16  was the back and forth in an effort to resolve these

17  matters.

18        THE COURT:  I think you're right about that.

19        MR. FRIEDMAN:  But I will say that the statement

20  was false.  There were proposals from us that would have

21  substantially reduced the number of deponents.  And the

22  reason why we're here today is that what the committee

23  insists on whether it's in these litigated proceedings or in

24

25

1  negotiations, the committee insists on trying to dictate who

2  will be deposed.

3           THE COURT:  How many --

4           MR. FRIEDMAN:  It's not about -- yes.

5           THE COURT:  -- depositions have you taken so far,

6  Just committee members?

7           MR. FRIEDMAN:  How many depositions of committee

8  members?

9           THE COURT:  Committee members.

10          MR. FRIEDMAN:  So far, Your Honor, there has been

11  the deposition of Wayne Smith who's the co-chair of the

12  committee.  There's also been a deposition of Miriam Kulnis

13  who is a co-chair of the committee, but she's the

14  representative of JP Morgan.  So she was excluded from

15  committee deliberations and processes concerning the

16  committee position and she's in this case testifying as a

17  representative of JP Morgan, not as a committee

18  representative.  We also, Aurelius also conducted the

19  deposition of a representative of the committee financial

20  advisor and we'd like Your Honor to see that transcript in

21  order to see the extent of the information that was

22  obtained.

23          The reason why I keep saying they tried to

24  dictate who the witnesses are is that they committee has

25

1   proposed or designated as their trial witnesses Mr. Smith

2   and Mr. Salganic.  Every effort by Aurelius to conduct a

3   deposition of a committee member other than Smith and

4   Salganic has been resisted and resisted mightily.

5           THE COURT:  And Mr. Salganic's has been

6   scheduled, but not taken?

7           MR. FRIEDMAN:  Correct.  And you hear, I believe

8   a lot of inflammatory rhetoric from Mr. McCormack, but the

9   simple fact is that when we look at Mr. Niese who's a

10  representative of the retirees and Ms. Davis who's a

11  representative of Buena Vista and Mr. -- pardon my

12  pronunciation, Yamaoka of the PVGC, we're talking about

13  three committee members who have decided to support the DCL

14  plan which is a plan that undoubtedly furthers the self

15  interests of the committee members who are supporting it.

16          And this is not about cumulative discovery, this

17  about finding out from the committee members who have made a

18  decision to support a plan which happens to be in their self

19  interest, doesn't necessarily mean that it's improper, but

20  that's a reason why these committee members are being

21  deposed -- are sought to be deposed so that we're not simply

22  limited to the designated representatives of the committee.

23          And we've heard repeated references to a December

24  list which included a couple of committee members on the

25

1  list by Aurelius.  My understanding is that was a

2  preliminary list based on information at the time.  I know

3  all the parties in this case have been working very hard,

4  scrambling very hard under intense pressure.  And my

5  understanding is in no way was that December list intended

6  to be preclusive of who could be deposed.

7          And Mr. McCormack repeatedly says there's extreme

8  attention being paid to the committee here by Aurelius, but

9  the fact of the matter is, Your Honor, that the committee

10 and the committee members as they have acknowledged, owe

11 fiduciary duties to Aurelius.  The senior lenders who

12 negotiated a settlement that was very advantageous to them,

13 they're not the ones who owed fiduciary duties to Aurelius.

14 It's the committee and that's why the committee members are

15 being asked what did you do?  What was proposed?  What did

16 you do to protect the interests of all the creditors,

17 including Aurelius?  And as Your Honor will see from the

18 transcripts that exist so far, we haven't been able to

19 obtain answers to these questions.

20         THE COURT:  Thank you.

21         MR. FRIEDMAN:  Thank you.

22         MR. MCCORMACK:  Your Honor, I actually have very

23 little to add other than there are several committee members

24 who's treatment is the same under both plans and including

25

1   the PBGC and the Washington and Baltimore Newspaper Guild.

2   That's Mr. Yamaoka and also Mr. Niese.  And I've already

3   given all of the other statements that I needed to make, I

4   think on the cumulative nature of the discovery and the

5   nature of what it does to the process.  Thank you, Your

6   Honor.

7           THE COURT:  All right, thank you.  I'll reserve

8   ruling until I've reviewed the excerpts that are coming my

9   way.  Let's go to the last matter.

10          MR. MCCORMACK:  This is the oldest matter back on

11  the books which is the Seife/Bush depositions.  I don't know

12  what to add other than what has already been said, Your

13  Honor.  Lawyers depositions are a rarity.  Court's don't

14  like them and absent as you described on February 8 "some

15  extraordinary circumstances" they should not proceed.

16  Nothing has changed, Your Honor.  They haven't been able to

17  adduce any extraordinary circumstance in the form of the

18  aroma or the smoke that you referred to in your prior

19  depositions -- in your prior statements.  The only thing

20  that they've pointed to is the fact that Mr. Smith indicated

21  that Mr. Bush and Mr. Seife were involved in negotiations on

22  behalf of the committee.  You knew that on February 8.  That

23  came up specifically on February 8.  You said it would have

24  been surprising if it were otherwise on February 8.

25

1    So I don't think that they have put anything into

2  the record, Your Honor, that changes where we were on

3  February 8 and anything that would suggest that it would be

4  any more appropriate today to take the depositions of Mr.

5  Seife or Mr. Bush than it was on February 8 or February 15

6  or today.

7    The last thing I would say, Your Honor is as to

8  everything we're talking about today, we're busy.  There's

9  lots going on.  And to some degree, well that's particularly

10  true for Mr. Seife and Mr. Bush who are getting prepared for

11  the hearing.  I know you're busy too, believe me.  But to

12  take time for a deposition which I don't think the law would

13  allow and which Your Honor was not inclined to grant when

14  there was no evidence and there's no evidence now of

15  untoward behavior.  I would suggest that it's even more

16  inappropriate now two weeks later, three weeks later.

17

18    Let me just close, Your Honor.  It's a long day

19  and I know you've been patient with us.  I said the UCC was

20  under attack.  It feels like we are.  Maybe I'm over

21  dramatic about it, but I feel that's what it feels like, I

22  must tell you.  And I mentioned to you it's not good for the

23  process, it's not good for the people who are in the

24  process.  And I would ask Your Honor that you come up with a

25

1   just and fair resolution of these motions.  And, of course,

2   you know what I think is just and fair --

3            THE COURT:  I have a pretty good idea.

4            MR. FRIEDMAN:  Yes, I think that Mr. Novod and

5   Mr. Adler's depositions should be quashed and let them take

6   the actual members of the committee.  I think you should

7   quash the deposition subpoenas on Mr. Seife and Mr. Bush.

8   And I think you should quash the subpoenas served on Mr.

9   Niese, Mr. Yamaoka and Ms. Davis as they were not on the

10  12/20 list, the 12/22 list, actually are duplicative, and I

11  think it constitutes harassment.  Thank you very much, Your

12  Honor.

13            THE COURT:  Thank you.

14

15            MR. FRIEDMAN:  Your Honor --

16            THE COURT:  Yes.

17            MR. FRIEDMAN:  -- with respect to Mr. Seife and

18  Mr. Bush, there is something new that was not before the

19  Court on February 8 or February 15 and that's why we're

20  here.  The something new is the testimony that has been

21  provided by the committee principals and the lack of

22  knowledge and the lack of recall that they have.  And in

23  particular, their statements about the role and authority of

24  committee counsel.

25

1    In particular, as Your Honor will see when the

2  transcripts are provided, the committee co-chair, Wayne

3  Smith was not able to provide testimony about what positions

4  were taken by the committee and what was proposed by the

5  committee in negotiation of the settlement with the senior

6  lenders.  Mr. Smith was not even able to say what direction

7  or guidance did the committee provide to committee counsel.

8  What he said on the contrary repeatedly is that committee

9  counsel had broad authority to negotiate.  But what did they

10  negotiate, he didn't know.  What parameters were they given,

11  he didn't know.

12

13    So we're faced with a kind of black box and we're

14  in a situation where there's no dispute that the proper

15  scope of discovery concerns non-privileged aspects of this

16  negotiation and settlement process, but so far we've drawn a

17  complete blank.  I could go through numerous other specifics

18  of terms that were negotiated which on behalf of the

19  noteholders we find inexplicable and unfair.  And Your Honor

20  will see in the transcript that each time the committee co-

21  chair was asked why this or who decided that or what was

22  proposed, the answer was I don't know, I don't remember.

23  That's what counsel did.  They reported back, but I don't

24  remember what they said.  Thank you.

25

1          MR. GOLDEN:  Good afternoon, Your Honor.  Daniel

2    Golden, Akin, Gump, Strauss, Hauer & Feld, counsel for

3    Aurelius Capital Management.

4          Your Honor, I know that Mr. Friedman has

5    principally made the argument.  I would like to add just

6    couple of minutes.  I will be brief.

7          With respect to this last motion, the letter

8    asking the Court to quash the subpoenas with respect to Mr.

9    Bush and Mr. Seife suggests that it was done, these

10   subpoenas were served primarily to or reflects a strategy of

11   harassment and annoyance.

12

13         Your Honor, that's just not true.  We are facing

14   a crushing trial commencement date, now March 7, a little

15   less than two weeks away.  Everybody in this courtroom has

16   felt the effects of that schedule.  But I would suggest none

17   have felt it quite as painfully as Aurelius has.  We're

18   dealing with ten law firms on the other side.  We're dealing

19   with tremendous thousands, hundreds of thousands, millions

20   of pages of discovery.  We don't have the time or the energy

21   to serve a subpoena simply to harass or annoy.  That was not

22   the purpose and that was not the motivation in sending those

23   subpoenas.

24

25         The second point raised by the committee was that

     its cumulative of the depositions that have already been

1    taken and they listed four depositions.  Thane Carlston,

2    chief engagement partner for Moelis, the committee's

3    financial advisor.  Miriam Kulnis, a committee co-chair, but

4    really the prime negotiator for JP Morgan.  And since she is

5    a senior lender and a defendant in the LBO actions, you've

6    already heard testimony that all of the committee meetings

7    in which the committee planned issues, LBO settlement

8    discussions, she's been excluded from.  And finally, Ken

9    Lang.  Not a committee member, but a representative, the

10   chief representative of Oaktree who holds a significant

11   amount of the LBO debt and, therefore, one of the most

12   significant defendants in the proposed litigation.  Those

13   are the depositions that they suggest are the basis for not

14   being able to take the depositions of Mr. Bush and Mr.

15   Seife.  It's exactly because of those depositions that the

16   need for the depositions of Mr. Bush and Mr. Seife are so

17   apparent.                          Now Mr. McCormack in

18   his zeal has actually done me a favor.  And I'm going to ask

19   some deference from the Court.  He has handed up to the

20   Court a selection of the depositions of Mr. Carlston, Miriam

21   Kulnis, Ken Lang and also Wayne Smith, the committee chair.

22           And, Your Honor, asked the question because I

23   know that it's not fair to burden the Court the way we've

24   been burdened, how many pages in the aggregate do these

25

1    depositions consist of?  And I think you heard an answer of

2    only one of them about 200 pages.  They're probably 600, 700

3    pages in total.  We'd ask the Court to read the entire

4    transcripts.  What I'm afraid that will happen when Mr.

5    McCormack and Mr. Friedman try as best they can and in good

6    faith to agree upon what segments should be presented to the

7    Court, I am very confident that that process is going to

8    break down.

9            And what I'd ask the Court to do and what I was

10   prepared to ask the Court to do before Mr. McCormack jumped

11   the gun and I appreciate his efforts.  Is that the Court

12   look at all of the transcripts because I think two things

13   will emerge once you've read those transcripts.  One is the

14   first one is that beyond the fact that all of those

15   deponents Messrs. Carlton -- Carlston and Lang and Ms.

16   Kulnis have seemed to come down with an acute case of

17   amnesia.

18           The one thing they do agree about and the testify

19   to and from different perspectives because they're not all

20   on the committee.  One's a committee financial advisor,

21   one's a committee co-chair, but doesn't participate in the

22   committee deliberations regarding the plan and the LBO

23   negotiations, and one's not even a committee member, but the

24   largest or among the largest of the LBO lenders.  The one

25

1  thing they all agree upon is that all the negotiations were

2  not done with committee members, they were done with

3  committee counsel.  And I think that will become evidently

4  clear to you when you read the transcripts.

5          The other purpose for reading the transcripts,

6  and Mr. McCormack discussed this as well today is you have

7  said on a couple of occasions almost always in the context

8  of discovery disputes, I don't see the aroma.  I don't see

9  the whiff.  I don't see the bad behavior that you're

10  referring to which would entitle you to these various forms

11  of discovery relief.  I think it would become quite clear

12  after you read these transcripts, what we're talking about

13  in terms of how this process got put together, who protected

14  who, who didn't protect who, and whose rights were violated.

15  So I would ask the Court with all respect and deference, if

16  you would take the responsibility of reading all of their

17  transcripts in their full condition.

18          Your Honor, you may ask, well -- and the answer

19  to Mr. McCormack's question, why are we pounding on the

20  creditors' committee?  Well, Mr. Friedman attempted to give

21  the answer.  We know why the LBO lenders negotiated what

22  they did.  They wanted a buck.  The wanted the same buck or

23  more money that Mr. McCormack complains about as be

24  Aurelius' motivation.  Well, Your Honor has sat through

1   enough of these contests to realize it's all about money.

2   Let's not make any mistake about it.  It's for money for

3   Aurelius' point of view, it's for money for the point of

4   view of the senior lenders here.

5           But the creditors' committee is in a much

6   different position.  Unlike the LBO lenders and unlike

7   Aurelius, they are a fiduciary and they have gone to great

8   lengths and great pains to publish the fact that they are

9   the only fiduciary acting on behalf of creditors who have

10  signed on to the DCL plan.  It's -- those reference are

11  replete in their specific disclosure statement and

12  throughout the plan process and I would expect throughout

13  the pleadings leading up to the creditors' committee.  And

14  that makes a lot of sense from their perspective.

15

16          You wouldn't expect the lenders to be looking out

17  for Aurelius.  You wouldn't expect the debtors who are so

18  conflicted by their own admission that they had to turn to

19  the creditors' committee and say you bring the LBO

20  litigation, we can't.

21          So it's the creditors' committee who has this

22  pivotal place in this case and says we are the only

23  fiduciary looking out for all of the unsecured creditors.

24  Well, it's -- we make no bones about it.  We don't think

25  that's the case and that is what all of this discovery has

1    been geared for us to elicit.  We think we're entitled to

2    it.  We think that given the pivotal place that the

3    committee has appointed itself to in this process, that it's

4    fair for us to take that discovery.

5              One last point, Your Honor.  I just can't resist.

6    There are so many character assassinations about Aurelius.

7    They won't negotiate.  They've never negotiated.  I don't

8    know how Mr. McCormack would know whether Aurelius would

9    ever negotiate or not because they've never attempted to

10   engage Aurelius in a negotiation.  And that will come out as

11   well in the transcripts.

12             So the request I make, Your Honor is to read the

13   transcripts in their complete version and then to make a

14   decision with respect to these three discovery motions.

15

16             THE COURT:  You know --

17             MR. GOLDEN:  Thank you.

18             THE COURT:  -- I didn't need reading glasses till

19   I took the bench.

20             MR. GOLDEN:  Well, I didn't need them till after

21   law school so it's an occupational hazard, Your Honor.

22             THE COURT:  All right.  I'll read the

23   transcripts, Mr. Golden.  I'll read the whole transcripts.

24   How quickly can I get them?

25

1          MR. GOLDEN:  We'll have them to you within two

2    hours, Your Honor.

3          THE COURT:  Okay.

4          MR. MCCORMACK:  Your Honor, another point I'd

5    like to make is I apologize for having given you the job of

6    reading these transcripts.  I supposed I --

7          THE COURT:  No, that was Mr. Golden.

8          MR. MCCORMACK:  Right, that Mr. Golden.  I was

9    trying to keep it limited.  But the other thing I would

10   remind you as well and the reason I mentioned it earlier

11   today is the exhibits for trial, the deposition of -- excuse

12   me, the exhibits are designated tomorrow.  And in addition

13   to whatever is in those transcripts, remember there's

14   380,000 pages of documents that were produced by the

15   committee and its counsel and we're going to be designating

16   lots of email traffic and the memos and other things that

17   reflect the iterations of the settlement process, the

18   dynamism of the settlement process, et cetera.  So they

19   haven't talked about that.

20          And I guess my point would be that there is going

21   to be deposition transcripts, there's some being taken

22   today.  There could be more depositions.  Mr. Salganic is

23   being deposed on Friday for instance about the committee --

24

25

1          THE COURT:  I'm just talking about four

2    depositions.

3          MR. MCCORMACK:  I understand.  But what I guess

4    I'm saying is the real question is going to be at trial when

5    you see all of the evidence that shows the dynamism of the

6    process and even more -- now remember, we're down to process

7    again.  This is something that I tried to listen to you very

8    carefully about.  This case shouldn't necessarily be about

9    process unless there's something there and I don't think

10   there is and whatever Mr. Golden says, I don't think you can

11   find anything in those transcripts.  It should be about the

12   ultimate merits of the settlement and I fear that we're

13   bogging down in the process when, in fact, the reality is

14   going to be even a flawed process that comes up with a good

15   result, I think is the dilemma that you face sometimes when

16   you're thinking about this.  But be that as it may, I don't

17   want us to be bogged down completely in process and forget

18   that at the end of the day, you have to approve a settlement

19   and a plan if you believe that it is, in fact, the

20   appropriate one under the circumstances.

21          THE COURT:  I'll keep that in mind.

22          MR. MCCORMACK:  Thank you, Your Honor.

23          MR. FRIEDMAN:  Your Honor, one scheduling and

24   procedural matter and it may be a question of some guidance

25

1  from the Court.  I'd like to put aside the Novod and Adler

2  issue and the Seife and Bush issue and just talk for a

3  moment about the three other committee depositions that are

4  the subject of one of the agenda items that's Mr. Niese, the

5  PBGC, and Buena Vista.

6          And the reason why I stand up now, Your Honor is

7  that the Niese deposition is actually scheduled to proceed

8  tomorrow at -- tomorrow February 23 at 9:00 a.m.  And what I

9  would like to raise and suggest and Your Honor obviously

10  will agree or disagree.  If it seems appropriate and I would

11  submit that it is, given the press and pressure on

12  everybody, of the three committee members that are at issue,

13  Niese, PBGC, and Buena Vista, we would request that we be

14  able to proceed with Mr. Niese tomorrow and if Your Honor

15  decides that those three committee members who are

16  supporters of the DCL plan are too many, we will have had

17  Mr. Niese's deposition completed and that would mean, Your

18  Honor would rule that Aurelius is not entitled to proceed

19  with the PBGC and Buena Vista.  But I mention it only

20  because if nothing else, there should be clarity as to what

21  Mr. Niese and his lawyer should be told for tomorrow and the

22  court reporter and all of that.  So thank you.

23          MR. MCCORMACK:  Well, Your Honor, I moved to

24  quash for a reason and this time problem is one of their

25

1  creations, not of ours.  They're the ones who noticed them

2  for February 24, the day before discovery ended.  And they

3  didn't notice him in the December period.  This was a late

4  arrival on the scene and they're the ones who created the

5  problem that they're now seeking to benefit from by saying

6  well, we're out of time so I got to go forward.  I moved to

7  quash for a reason.  I think it's cumulative, and I think

8  it's annoying and harassment.  And as I said, Niese's

9  constituency does the same under both plans.

10        So I -- no, sorry, wrong, forget -- I withdraw

11  that.  Niese's -- I was confusing with another person,

12  excuse me.  But anyway, I move to quash for a reason and I

13  don't see how taking the deposition while the pending to

14  motion to quash is an answer to that wrong.

15

16        THE COURT:  Well, I'll order that the deposition

17  not go forward till I've decided the dispute before me which

18  again, I hope to do promptly.  And just what I will do is I

19  do have hearings and other matters through the next couple

20  days.  I will get to the transcripts just as soon as I can.

21  And as soon as I have done that, I'll schedule a conference

22  call to make those rulings on the record.  And that I will

23  certainly do no later than Friday.  I will do it sooner if

24  time allows, but I can't say that it will.

25

1          Okay.  Do I need to return at all to the Kazan

2    matter before we adjourn?

3          MR. QURESHI:  Your Honor, I believe we're done

4    with that.  As my understanding of where it stands, we are

5    to give our exhibits that we intend to use at the deposition

6    48 hours before and we just need to work out a date.  I

7    don't think there's anything left to do.

8          THE COURT:  Okay.

9          MS. KING-NOHOS:  Your Honor, that is correct.  I

10   did just want to seek a clarification on the nature of the

11   order that the Court is going to enter to restrict the use

12   of his deposition.  I mean, is it going to be used only for

13   discovery purposes or would it be used, able to be used for

14   evidentiary purposes at the hearing?

15   

16         THE COURT:  It would be -- it can be used --

17   let's put it this way, without prejudicing your rights to

18   raise whatever objection you might raise at that time, for

19   now it's for use in connection with confirmation.  And I'll

20   ask counsel to confer and submit a form of order that advise

21   that.

22         MS. KING-NOHOS:  Okay, thank you.

23         THE COURT:  All right.  Is there anything further

24   for today?

25

1      MR. FRIEDMAN:  Your Honor, just if I may, this

2  may go without saying, but if Your Honor decides in our

3  favor on these matters as I hope Your Honor will, that we be

4  allowed to proceed with these depositions beyond the

5  February 25 cutoff.

6      THE COURT:  I haven't yet figured out a way to

7  make time stand still so it seems to me that would

8  necessarily follow, if I permit them to go forward.

9      MR. FRIEDMAN:  And our one final request is that

10  in view of Mr. Novod's personal situation and the

11  expectation that his wife is having a baby next week, he

12  would be our first priority in terms of getting something

13  scheduled.

14

15      THE COURT:  Yeah, because he'll be busy for a

16  while after that happens.

17      MR. FRIEDMAN:  Yes, thank you, Your Honor.

18      THE COURT:  Anything further for today?

19                  (No audible response.)

20      THE COURT:  Thank you all very much.  That

21  concludes this hearing, court is adjourned.

22      (Whereupon at 3:58 p.m., the hearing was adjourned.)

23

24                      CERTIFICATION

25      I certify that the foregoing is a correct

transcript from the electronic sound recording of the

proceedings in the above-entitled matter.


_____          23 February 2011

Traci L. Calaman                                      Date

Transcriber

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **590-ish**(1) 21:1 | | **advocated**(1) 67:4 | | **and**(301) 9:1 9:4 9:9 9:19 9:23 10:1 10:3 | | **and**(266) 50:1 50:2 50:3 50:6 50:10 50:13 | |
| **a.m**(1) 85:8 | | **advocates**(9) 36:7 36:11 37:10 37:20 38:2 | | 10:4 10:9 10:10 10:23 11:2 11:7 11:10 | | 50:14 50:16 50:18 50:22 51:10 51:10 | |
| **abid**(3) 3:29 10:19 14:10 | | 38:22 39:6 41:24 67:15 | | 11:19 11:21 11:21 12:3 12:4 12:7 12:19 | | 51:19 51:20 51:22 52:1 52:1 52:5 52:10 | |
| **ability**(1) 42:15 | | | | 12:21 12:22 12:24 13:7 13:13 13:14 13:15 | | 52:10 52:12 52:17 53:6 53:10 53:12 53:20 | |
| **able**(13) 11:21 12:21 14:23 20:22 20:24 | | **advocating**(1) 38:12 | | 13:23 13:24 14:11 14:16 14:18 14:19 15:8 | | 53:21 54:2 54:4 54:8 54:10 54:13 54:18 | |
| 41:8 72:18 73:16 76:3 76:6 78:14 85:14 | | **afoul**(3) 41:20 41:21 41:21 | | 15:9 15:11 15:15 15:17 16:1 16:7 16:8 | | 54:20 54:23 55:2 55:4 55:8 55:14 55:16 | |
| 87:13 | | **afraid**(1) 79:4 | | 16:14 17:3 17:5 17:6 17:10 18:8 18:14 | | 56:1 56:11 56:14 56:20 57:23 58:2 58:5 | |
| **about**(72) 13:16 13:17 13:21 14:12 17:2 | | **after**(10) 12:19 12:22 15:23 22:6 41:7 | | 18:15 18:16 18:17 18:19 18:22 18:22 | | 58:8 58:11 58:13 58:17 58:23 59:3 59:16 | |
| 18:15 19:12 20:15 22:19 25:16 25:22 | | 41:14 63:19 80:12 82:19 88:15 | | 19:13 19:13 19:13 19:14 19:17 19:21 | | 59:16 59:19 59:21 59:23 60:1 60:6 60:7 | |
| 25:23 32:17 36:2 36:4 36:21 37:4 37:5 | | | | 19:23 20:6 20:13 20:21 21:2 21:7 21:8 | | 60:11 60:18 61:1 61:9 61:9 61:22 62:1 | |
| 37:11 38:8 38:20 39:5 39:9 40:1 40:11 | | **afternoon**(10) 8:3 8:4 8:18 10:19 13:9 | | 21:16 21:18 21:19 21:21 21:22 22:9 22:18 | | 62:6 62:6 62:9 62:11 63:3 63:5 63:7 63:8 | |
| 45:2 46:8 47:21 48:11 48:18 48:19 49:7 | | 13:10 19:8 29:4 42:8 77:1 | | 22:19 23:2 23:3 23:7 23:18 23:19 24:1 | | 63:13 63:19 63:20 63:21 63:24 64:1 64:2 | |
| 50:21 51:2 51:23 57:21 57:22 58:23 59:13 | | | | 24:6 24:8 24:9 24:10 24:13 24:17 24:21 | | 64:5 64:12 64:13 64:18 64:18 64:22 64:23 | |
| 59:13 60:21 62:3 62:5 66:17 67:21 69:3 | | **again**(14) 10:24 14:9 19:3 20:2 46:6 49:15 | | 24:22 24:23 25:2 25:6 25:10 25:14 25:18 | | 65:2 65:5 65:6 65:7 65:9 65:12 65:14 | |
| 69:13 69:18 70:4 71:12 71:16 71:17 74:8 | | 49:22 51:21 52:2 56:1 56:20 62:6 84:7 | | 25:23 26:2 26:3 26:5 26:9 26:14 26:18 | | 65:15 65:20 65:20 66:4 66:14 66:18 66:21 | |
| 74:20 75:22 76:3 79:2 79:18 80:12 80:23 | | 86:17 | | 27:2 27:18 27:22 28:11 28:18 28:23 29:7 | | 66:21 67:1 67:7 67:10 67:13 67:15 67:17 | |
| 81:1 81:2 81:23 82:6 83:19 83:23 84:1 | | **against**(4) 24:6 24:24 40:7 49:9 | | 29:17 29:19 29:23 29:24 30:1 30:5 30:8 | | 67:18 68:4 68:8 68:13 68:15 68:16 68:19 | |
| 84:8 84:8 84:11 84:16 85:3 | | **agenda**(5) 8:11 8:15 8:22 64:17 85:4 | | 30:12 30:14 30:21 31:4 31:4 31:9 31:11 | | 68:21 68:21 69:14 69:16 69:21 70:15 | |
| | | **aggregate**(1) 78:24 | | 31:12 31:16 31:17 31:18 31:21 31:22 | | 70:16 70:20 71:2 71:3 71:4 71:5 71:7 | |
| **above**(1) 64:22 | | **ago**(3) 15:23 22:19 58:3 | | 31:22 31:23 32:2 32:5 32:6 32:12 32:13 | | 71:10 71:11 71:16 71:23 72:4 72:7 72:10 | |
| **aboveentitled**  (1) 89:2 | | **agree**(7) 14:14 47:3 50:18 79:6 79:18 80: | | 32:14 32:17 32:18 32:20 32:20 32:22 | | 72:14 72:17 72:24 73:1 73:1 73:2 73:2 | |
| **absent**(3) 14:6 43:2 73:14 | | 85:10 | | 32:23 33:1 33:1 33:1 33:7 33:9 33:9 | | 73:4 73:14 73:21 74:3 74:9 74:10 74:13 | |
| **absolutely**(1) 69:14 | | | | 33:11 33:13 33:15 33:23 34:2 34:3 34:6 | | 74:14 74:18 74:21 74:23 75:1 75:1 75:2 | |
| **accept**(2) 46:3 58:10 | | **agreed**(3) 12:18 58:9 58:10 | | 34:10 34:12 34:15 34:18 34:19 34:20 | | 75:4 75:5 75:7 75:8 75:9 75:10 75:16 | |
| **access**(3) 16:18 25:9 26:14 | | **agreement**(1) 3:41 | | 34:21 34:22 35:3 35:8 35:9 35:12 35:13 | | 75:18 75:20 75:21 75:21 75:22 76:4 76:12 | |
| **accessible**(1) 55:15 | | **ahead**(1) 29:12 | | 35:17 36:1 36:2 36:5 36:7 36:10 36:12 | | 76:15 76:18 76:18 77:9 77:11 77:21 78:1 | |
| **accommodate**(1) 62:12 | | **air**(1) 32:11 | | 36:13 36:15 36:18 36:24 37:11 37:18 | | 78:4 78:5 78:8 78:11 78:14 78:16 78:18 | |
| **accordance**(1) 54:8 | | **akin**(6) 3:27 5:41 10:20 14:10 40:20 77:2 | | 37:19 37:20 37:21 38:1 38:6 38:9 38:12 | | 78:21 78:22 79:1 79:5 79:5 79:9 79:9 | |
| **according**(1) 58:17 | | **aligned**(1) 38:13 | | 38:14 38:17 38:19 38:20 38:24 39:2 39:3 | | 79:11 79:15 79:15 79:18 79:18 79:19 79:22 | |
| **accordingly**(1) 42:2 | | **all**(75) 8:4 8:13 9:9 9:13 9:17 10:5 10:16 | | 39:4 39:7 39:7 39:11 39:13 39:16 40:1 | | 79:23 80:3 80:6 80:14 80:15 80:18 81:6 | |
| **account**(1) 16:6 | | 11:23 12:23 13:5 14:12 15:6 19:5 20:1 | | 40:3 40:6 40:7 40:7 40:8 40:8 40:9 40:11 | | 81:7 81:8 81:11 81:12 81:13 81:18 81:21 | |
| **accused**(1) 54:5 | | 20:3 20:4 22:6 22:12 25:14 27:7 29:2 | | 40:12 40:16 40:17 40:20 40:20 40:21 | | 81:24 82:10 82:13 83:10 83:12 83:15 | |
| **acknowledged**(1) 72:10 | | 29:14 30:16 31:8 31:21 32:1 32:23 33:4 | | 40:22 40:22 41:4 41:14 41:15 41:15 41:15 | | 83:15 83:16 83:16 83:20 84:6 84:9 84:10 | |
| **act**(3) 36:14 36:14 36:20 | | 35:2 44:23 47:11 51:6 51:9 52:14 54:7 | | 41:17 41:20 41:21 41:22 41:24 42:1 42:3 | | 84:12 84:17 84:19 84:23 84:24 85:1 85:10 | |
| **acted**(2) 53:21 54:8 | | 54:12 54:13 55:11 55:12 63:9 64:11 64:5 | | 42:9 42:10 42:13 42:15 42:17 42:21 42:22 | | 85:2 85:2 85:5 85:6 85:8 85:9 85:9 85:10 | |
| **acting**(7) 23:22 35:11 35:17 36:22 38:16 | | 64:23 66:5 66:6 67:19 68:2 68:4 68:8 | | 42:23 43:1 43:2 43:3 43:4 43:7 43:12 | | 85:11 85:13 85:14 85:17 85:19 85:21 | |
| 53:20 81:9 | | 68:17 68:21 69:7 69:8 69:11 72:3 72:16 | | 43:15 43:17 43:18 43:20 43:21 43:22 44: | | 85:21 85:22 85:24 86:2 86:4 86:7 86:8 | |
| | | 73:3 73:7 78:6 79:12 79:14 79:19 80:1 | | 44:3 44:3 44:4 44:5 44:6 44:9 44:10 | | 86:8 86:12 86:17 86:18 86:20 86:21 87:6 | |
| **actions**(1) 78:5 | | 80:1 80:15 80:16 81:1 81:22 81:24 82:21 | | 44:14 44:15 45:3 45:7 45:8 45:12 45:14 | | 87:18 87:19 88:9 88:10 | |
| **activities**(2) 35:13 39:3 | | 84:5 85:22 87:1 87:22 88:19 | | 45:15 45:16 45:17 45:24 46:2 46:5 | | | |
| **actual**(2) 38:5 75:6 | | | | 46:6 46:10 46:15 46:17 46:18 46:22 46:22 | | **and/or**(1) 14:1 | |
| **actually**(8) 22:14 25:3 49:6 61:17 72:22 | | **allegations**(1) 25:2 | | 47:10 47:16 47:23 48:5 48:14 48:14 48:15 | | **anderson**(2) 2:39 7:14 | |
| 75:10 78:18 85:7 | | **allies**(2) 33:23 34:10 | | 48:16 48:18 48:19 48:21 48:24 49:1 49:1 | | **andrea**(1) 6:30 | |
| | | **allison**(1) 4:39 | | 49:2 49:11 49:14 49:15 49:15 49:18 | | **andrew**(5) 5:5 5:11 5:13 6:18 6:26 | |
| **acute**(1) 79:16 | | **allow**(1) 74:13 | | | | **angell**(1) 3:13 | |
| **adam**(1) 2:5 | | **allowed**(3) 11:19 54:16 88:4 | | | | **annoy**(1) 77:20 | |
| **add**(8) 15:17 15:24 16:13 50:2 66:19 | | **allowing**(2) 24:7 39:21 | | | | **annoyance**(1) 77:11 | |
| 72:23 73:12 77:5 | | **allows**(2) 59:9 86:23 | | | | **annoying**(1) 86:18 | |
| | | **almost**(2) 17:6 80:7 | | | | **another**(18) 15:21 15:24 16:4 31:13 32:4 | |
| **adding**(1) 66:3 | | **alone**(2) 25:13 48:17 | | | | 34:5 38:15 46:16 48:9 59:3 59:7 59:9 | |
| **addition**(3) 18:11 55:4 83:12 | | **along**(4) 21:20 22:7 22:9 48:6 | | | | 59:24 63:17 63:17 68:2 83:4 86:11 | |
| **additional**(1) 16:14 | | **already**(9) 12:19 14:18 28:2 32:2 69:3 | | | | | |
| **address**(3) 14:15 42:10 57:13 | | 73:2 73:12 77:24 78:6 | | | | **answer**(7) 11:19 56:17 76:21 79:1 80:18 | |
| **adduce**(1) 73:17 | | | | | | 80:21 86:14 | |
| **adelman**(2) 3:35 5:49 | | **also**(23) 10:9 10:11 11:3 13:7 14:18 21:10 | | | | | |
| **adhered**(1) 54:3 | | 22:23 26:20 28:9 31:15 31:17 33:13 34:3 | | | | **answers**(2) 18:18 72:19 | |
| **adjourn**(2) 19:23 87:2 | | 40:7 48:2 53:3 59:9 60:9 70:12 70:18 | | | | **anticipated**(1) 32:18 | |
| **adjourned**(3) 40:12 88:20 88:21 | | 70:18 73:2 78:21 | | | | **anxious**(1) 35:22 | |
| **adler**(35) 3:5 30:1 32:18 34:11 34:16 | | | | | | **any**(36) 10:10 11:1 12:9 13:19 19:5 19:11 | |
| 34:20 38:12 40:21 40:22 41:20 42:3 42:10 | | **alternative**(1) 53:10 | | | | 19:12 19:15 23:9 23:10 24:1 24:13 24:14 | |
| 42:13 42:21 42:22 43:1 43:4 43:15 43:20 | | **alternatively**(1) 61:20 | | | | 25:1 26:6 27:19 33:16 33:20 37:14 37:21 | |
| 43:21 44:3 44:15 46:17 47:23 48:19 48:2 | | **alternatives**(1) 53:12 | | | | 42:18 44:21 46:6 51:9 51:23 53:9 54:18 | |
| 52:10 57:24 58:7 59:7 59:16 60:7 61:9 | | **although**(3) 21:15 53:20 59:15 | | | | 54:20 59:17 64:24 65:19 67:24 68:5 73:17 | |
| 65:20 85:1 | | **always**(4) 24:5 32:16 32:18 80:7 | | | | 74:4 81:2 | |
| **adler's**(4) 59:4 59:14 59:20 75:5 | | **amanda**(1) 3:21 | | | | | |
| **administered**(1) 1:9 | | **america**(1) 4:43 | | | | **anybody**(2) 33:21 50:3 | |
| **admission**(1) 81:17 | | **amit**(1) 5:26 | | | | **anybody's**(1) 68:6 | |
| **advance**(3) 13:16 27:21 28:7 | | **amnesia**(1) 79:17 | | | | **anything**(15) 11:8 20:20 22:14 30:15 | |
| **advantageous**(1) 72:12 | | **among**(1) 79:24 | | | | 37:13 47:20 56:6 65:21 66:19 74:1 74:3 | |
| **adversarial**(1) 39:3 | | **amount**(1) 78:11 | | | | 84:11 87:7 87:22 88:17 | |
| **adversaries**(1) 54:17 | | **amy**(1) 5:14 | | | | | |
| **adversary**(2) 21:20 25:15 | | **analysis**(1) 18:4 | | | | **anyway**(4) 12:14 56:15 69:3 86:12 | |
| **adverse**(1) 45:3 | | | | | | **apologize**(1) 83:5 | |
| **advise**(1) 87:19 | | | | | | **apparent**(1) 78:17 | |
| **advised**(1) 12:7 | | | | | | **appear**(9) 28:4 44:22 47:23 58:18 59:21 | |
| **advisor**(4) 34:4 70:20 78:3 79:20 | | | | | | 59:21 60:18 61:10 61:10 | |
| **advisors**(1) 49:9 | | | | | | | |
| **advocacy**(1) 59:19 | | | | | | **appearances**(4) 4:24 5:1 6:2 7:3 | |
| **advocate**(5) 39:22 58:23 59:8 59:10 60:11 | | | | | | **appeared**(5) 34:19 34:21 38:10 43:13 | |
| | | | | | | **appearing**(2) 13:7 34:17 | |

| Word | Page:Line |
|------|-----------|
| **appears**(4) 17:19  18:10  20:19  21:1 | |
| **applicable**(2) 42:17  42:19 | |
| **application**(2) 57:10  60:3 | |
| **appointed**(1) 82:3 | |
| **appreciate**(1) 79:11 | |
| **approach**(1) 33:3 | |
| **appropriate**(5) 35:3  48:2  74:4  84:20  85:18 | |
| **approve**(1) 84:18 | |
| **approximately**(6) 16:4  16:9  16:14  17:11  21:1  28:3 | |
| **april**(5) 45:23  46:2  51:2  51:4  51:13 | |
| **are**(102) 8:13  10:10  11:1  12:13  13:16  14:12  16:2  16:4  16:24  17:20  18:7  18:13  18:14  18:16  21:3  21:23  23:12  23:12  25:12  27:10  29:8  31:9  31:18  31:21  31:23  32:2  34:12  34:12  34:14  34:22  35:4  35:14  35:20  37:4  37:12  37:21  38:21  38:24  42:13  42:13  42:16  42:21  43:7  44:20  45:20  46:18  46:23  47:11  47:18  47:24  48:11  48:17  48:17  49:24  50:24  52:9  53:12  58:23  59:6  60:8  61:22  62:3  62:5  62:8  62:18  62:24  62:24  64:20  65:10  66:18  68:1  68:4  70:24  71:15  71:20  71:21  72:14  72:23  73:8  73:13  74:10  74:19  74:22  75:10  76:2  77:12  78:13  78:16  80:19  81:7  81:8  81:10  81:16  81:21  82:6  83:12  85:3  85:12  85:15  85:16  87:4 | |
| **aren't**(1) 30:19 | |
| **argue**(4) 13:22  24:6  46:23  56:16 | |
| **arguing**(2) 40:11  58:15 | |
| **argument**(5) 29:10  37:18  47:8  57:22  77:5 | |
| **arguments**(1) 29:21 | |
| **arise**(1) 49:7 | |
| **arising**(1) 65:8 | |
| **arm's**(1) 31:24 | |
| **aroma**(3) 40:15  73:18  80:8 | |
| **around**(2) 27:10  64:19 | |
| **arrange**(1) 26:5 | |
| **arrival**(1) 86:4 | |
| **arrived**(1) 49:19 | |
| **ashby**(1) 3:20 | |
| **ashish**(1) 6:31 | |
| **aside**(2) 10:1  85:1 | |
| **ask**(21) 10:14  11:10  15:1  26:11  26:13  26:16  26:20  28:9  29:10  37:3  42:3  56:23  57:12  74:23  78:18  79:3  79:9  79:10  80:15  80:18  87:19 | |
| **asked**(12) 15:14  45:1  45:16  45:22  51:11  55:1  55:7  56:4  56:12  72:15  76:20  78:22 | |
| **asking**(2) 18:15  77:8 | |
| **aspects**(1) 76:14 | |
| **asphalt**(1) 39:2 | |
| **assassination**(1) 82:6 | |
| **asset**(1) 18:4 | |
| **assets**(1) 18:2 | |
| **assume**(3) 56:10  60:9  60:11 | |
| **assuming**(2) 25:11  25:11 | |
| **assumption**(1) 59:12 | |
| **atamian**(1) 5:27 | |
| **attachment**(1) 21:15 | |
| **attachments**(1) 21:14 | |
| **attack**(1) 74:19 | |
| **attempt**(4) 19:13  41:24  47:1  47:12 | |
| **attempted**(2) 80:20  82:9 | |
| **attend**(1) 53:11 | |
| **attended**(1) 55:11 | |
| **attention**(2) 64:21  72:8 | |
| **attorney**(9) 38:14  41:22  43:12  53:13  53:14  53:24  56:12  56:13  63:12 | |
| **attorney/client**(3) 42:18  49:12  60:13 | |
| **audible**(1) 88:18 | |

| Word | Page:Line |
|------|-----------|
| **aurelius**(3) 3:20  5:41  5:45  9:18  10:20  13:15  14:10  19:11  20:12  23:6  25:8  25:8  25:23  29:17  29:22  33:11  33:22  33:23  34:10  36:9  38:14  41:4  42:9  43:2  43:5  46:24  47:1  47:8  47:16  58:2  58:3  58:11  59:5  60:1  64:13  65:1  70:18  71:2  72:1  72:8  72:11  72:13  72:17  77:3  77:16  80:24  81:3  81:7  81:16  82:6  82:8  82:10  85:18 | |
| **austin**(1) 1:25  4:32  24:17 | |
| **authority**(4) 36:23  38:8  75:22  76:9 | |
| **automatic**(1) 61:6 | |
| **avenue**(6) 1:34  2:35  3:8  3:22  4:7  4:13 | |
| **away**(2) 41:5  77:14 | |
| **baby**(1) 88:11 | |
| **back**(19) 9:23  10:9  15:3  17:19  19:17  19:23  21:19  21:22  33:1  33:9  34:13  35:6  38:19  41:15  46:8  65:20  69:16  73:10  76:2 | |
| **background**(2) 46:14  49:9 | |
| **bad**(4) 38:23  57:23  63:9  80:9 | |
| **badmouth**(1) 51:8 | |
| **balance**(1) 62:10 | |
| **balanced**(3) 63:1  63:9  63:14 | |
| **bale**(1) 5:34 | |
| **baltimore**(1) 73:1 | |
| **banc**(1) 7:17 | |
| **bank**(30) 3:13  4:43  5:17  33:21  34:18  34:22  35:1  35:2  35:8  35:14  35:17  38:18  43:7  43:13  43:18  46:18  48:15  48:16  48:21  49:2  50:4  52:3  52:10  52:17  58:7  58:6  58:12  58:13  58:20 | |
| **bankruptcy**(6) 1:1  1:21  39:17  39:18  39:18  68:3 | |
| **banks**(2) 18:14  22:9 | |
| **bar**(1) 68:2 | |
| **barclays**(2) 3:13  5:24 | |
| **based**(6) 16:22  19:17  19:19  20:23  54:24  72:2 | |
| **basic**(1) 49:8 | |
| **basically**(2) 64:4  69:5 | |
| **basics**(1) 29:20 | |
| **basis**(4) 26:10  51:23  55:3  78:13 | |
| **because**(43) 10:12  21:9  21:13  21:17  21:19  23:23  24:20  26:13  30:15  30:19  32:13  33:8  36:3  36:21  37:7  37:20  39:10  40:2  41:8  41:17  42:14  42:24  46:13  47:7  51:16  54:2  54:11  55:17  55:22  56:5  60:17  64:21  65:4  65:18  67:13  68:14  78:15  78:22  79:12  79:19  82:9  85:20  88:14 | |
| **become**(2) 80:3  80:11 | |
| **bed**(2) 34:10  34:11 | |
| **been**(45) 9:5  10:1  12:18  13:12  16:15  25:9  31:4  31:11  32:10  32:14  32:16  32:18  34:7  34:8  34:17  35:12  35:15  35:15  35:17  36:4  43:10  44:11  46:5  49:11  54:5  54:7  55:15  57:12  58:1  59:20  70:10  70:12  71:4  71:5  72:3  72:18  73:12  73:16  73:24  74:18  75:16  77:24  78:8  78:24  82:1 | |
| **before**(28) 1:20  19:23  20:16  26:15  26:18  28:5  29:6  29:21  30:10  37:22  41:13  42:12  46:10  59:8  59:23  59:24  60:10  61:6  63:19  64:20  66:22  75:17  79:10  86:2  86:16  87:2  87:6 | |
| **beg**(1) 27:6 | |
| **begin**(1) 42:11 | |
| **beginning**(3) 35:13  35:16  35:18 | |
| **behalf**(20) 10:20  14:10  19:9  29:5  29:8  30:7  34:17  34:22  36:20  38:12  39:15  43:16  45:5  49:5  55:17  61:23  64:13  73:22  76:17  81:9 | |
| **behavior**(2) 74:15  80:9 | |
| **behold**(1) 41:15 | |

| Word | Page:Line |
|------|-----------|
| **being**(29) 14:23  17:12  22:11  24:23  25:1  25:14  30:15  36:9  40:4  42:13  48:23  48:23  49:8  50:17  51:17  55:9  56:4  56:12  56:20  58:23  62:15  64:21  68:17  71:20  72:8  72:15  78:14  83:21  83:23 | |
| **believe**(11) 11:5  12:18  14:18  15:8  37:22  62:8  63:1  71:7  74:11  84:19  87:3 | |
| **believed**(1) 32:24 | |
| **bellack**(3) 13:7  14:11  14:17 | |
| **bench**(1) 82:8 | |
| **benefit**(4) 7:14  24:16  69:7  86:5 | |
| **bennett**(2) 6:48  40:8 | |
| **benson**(1) 7:21 | |
| **bergen**(4) 13:6  13:6  13:10  14:3 | |
| **bernstein**(1) 40:8 | |
| **berson**(1) 39:17 | |
| **besides**(1) 61:6 | |
| **best**(3) 29:13  47:8  79:5 | |
| **better**(1) 40:14 | |
| **between**(7) 18:8  18:13  21:8  21:23  25:12  25:22  60:7 | |
| **beyond**(4) 28:9  64:22  79:14  88:4 | |
| **bifferato**(1) 4:17 | |
| **bigelow**(1) 7:6 | |
| **bill**(2) 33:12  57:7 | |
| **binder**(1) 20:5 | |
| **birth**(2) 56:22  57:2 | |
| **bit**(4) 36:20  36:21  40:3  60:20 | |
| **blabey**(1) 5:31 | |
| **black**(1) 76:12 | |
| **blake**(1) 3:42 | |
| **blank**(6) 45:13  46:13  49:10  50:9  51:22  76:16 | |
| **block**(1) 5:4 | |
| **bob**(2) 13:7  33:19 | |
| **bockius**(1) 7:17 | |
| **bogged**(1) 84:17 | |
| **bogging**(1) 84:13 | |
| **bones**(1) 81:23 | |
| **books**(1) 73:11 | |
| **bore**(1) 68:7 | |
| **both**(9) 12:24  18:21  35:15  52:16  61:7  62:12  69:5  72:24  86:9 | |
| **box**(4) 2:8  3:23  3:45  76:12 | |
| **brandywine**(1) 3:43 | |
| **break**(1) 79:8 | |
| **brian**(1) 4:37 | |
| **brief**(1) 77:6 | |
| **briefly**(3) 19:10  20:2  49:20 | |
| **bring**(2) 40:2  41:17  81:18 | |
| **bringing**(1) 40:2 | |
| **broad**(1) 76:9 | |
| **broadway**(1) 3:37 | |
| **brodsky**(1) 11:16 | |
| **brothers**(2) 30:2  44:18 | |
| **brought**(1) 22:18 | |
| **brown**(6) 2:47  4:49  5:24  12:2  34:18  52:18 | |
| **bruce**(1) 6:48 | |
| **bryant**(1) 3:30 | |
| **buck**(2) 80:22  80:22 | |
| **buena**(6) 30:5  65:12  71:11  85:5  85:13  85:19 | |
| **building**(1) 3:43 | |
| **built**(1) 23:5 | |
| **burden**(1) 78:23 | |
| **burdened**(1) 78:24 | |
| **burg**(2) 35:14  35:20 | |
| **bush**(15) 29:24  33:13  40:7  41:15  65:9  65:20  73:21  74:5  74:10  75:7  75:17  77:9  78:14  78:16  85:22 | |

| Word | Page:Line |
|------|-----------|
| **business**(7) 17:6  22:20  23:7  23:10  23:22  24:1  27:17 | |
| **busy**(4) 37:9  74:8  74:11  88:14 | |
| **but**(101) 9:6  9:10  9:18  10:5  10:12  11:3  12:8  14:7  14:24  15:24  20:3  20:6  20:15  20:23  21:6  22:9  22:16  23:19  23:21  24:5  24:15  25:16  26:1  27:9  27:18  29:10  29:20  30:23  31:1  31:5  32:11  32:15  32:20  33:14  35:21  35:22  36:8  39:13  40:2  40:8  41:23  43:5  44:3  48:13  49:5  50:4  50:23  52:5  52:21  53:18  54:6  55:21  56:4  56:21  57:10  57:12  57:20  58:11  58:16  59:7  59:18  60:10  60:16  61:6  61:8  61:20  62:24  63:18  63:22  64:4  64:20  65:3  65:10  67:9  67:23  68:20  69:13  69:19  70:13  71:6  71:7  71:19  72:8  74:11  74:20  76:9  76:15  76:22  77:15  78:3  78:9  79:21  79:23  81:5  83:9  84:3  84:16  85:19  86:12  86:23  88:2 | |
| **bylaws**(9) 42:24  53:7  53:18  54:4  54:8  54:11  54:20  54:23  55:16 | |
| **bynum**(1) 6:44 | |
| **bypass**(1) 41:24 | |
| **calaman**(1) 89:6 | |
| **calendar**(1) 13:4 | |
| **california**(2) 13:16  14:18 | |
| **call**(6) 47:14  52:22  58:3  63:18  64:2  86:21 | |
| **called**(4) 32:8  40:20  40:21  64:1 | |
| **came**(5) 50:20  54:19  59:15  67:13  73:23 | |
| **can**(33) 8:11  12:11  12:11  12:22  16:19  17:1  19:17  19:17  23:8  24:10  26:5  26:11  26:22  28:3  28:14  28:19  33:1  35:6  35:7  42:5  49:17  56:6  61:2  63:23  64:6  66:22  68:14  79:5  82:23  84:10  86:19  87:15 | |
| **can't**(4) 67:13  81:19  82:5  86:23 | |
| **candace**(1) 4:35 | |
| **cannot**(5) 36:23  36:23  43:1  59:7  63:13 | |
| **cantigny**(1) 6:22 | |
| **cantor**(1) 4:44 | |
| **capacity**(6) 53:16  53:20  54:9  54:15  55:24  56:11 | |
| **capital**(6) 3:20  5:34  5:41  5:45  6:47  77:3 | |
| **care**(2) 15:7  37:18 | |
| **careerbuilders.com**(1) 23:3 | |
| **careful**(1) 54:7 | |
| **carefully**(3) 33:1  33:7  84:8 | |
| **carey**(1) 1:20 | |
| **carlston**(3) 30:7  31:15  50:16  66:13  78:1  78:20  79:15 | |
| **carlton**(1) 79:15 | |
| **carney**(1) 22:18 | |
| **carol**(1) 5:34 | |
| **carried**(2) 12:4  51:6 | |
| **carry**(4) 10:14  12:13  13:4  36:7 | |
| **case**(23) 1:7  6:35  24:5  32:24  33:5  34:1  36:22  37:1  38:6  38:20  39:2  39:16  48:6  48:10  54:5  58:2  59:5  70:16  72:3  79:16  81:21  81:24  84:8 | |
| **cases**(3) 13:24  14:5  53:5 | |
| **cash**(7) 17:22  18:4  46:1  46:2  46:4  46:4  51:5 | |
| **categories**(1) 9:15 | |
| **category**(1) 38:14 | |
| **caution**(1) 54:4 | |
| **cautious**(2) 36:21  38:7 | |
| **centerbridge**(4) 9:19  9:23  10:2  11:7 | |
| **central**(4) 13:12  18:21  24:8  24:8 | |
| **certain**(5) 17:23  18:16  18:16  22:15  52:21 | |
| **certainly**(9) 9:9  10:22  27:16  31:5  32:19  36:1  41:21  62:12  86:22 | |
| **certification**(1) 88:23 | |
| **certify**(1) 88:24 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**cetera(2)** 33:6 83:18
**chadbourne(5)** 2:12 6:9 29:5 43:22 46:22
**chain(1)** 11:5
**chair(2)** 76:20 78:21
**chairman's(1)** 66:12
**chance(2)** 22:16 62:2
**chandler(1)** 7:6
**change(2)** 45:23 46:4
**changed(2)** 51:2 73:16
**changes(1)** 74:2
**chapter(1)** 1:4
**character(1)** 82:6
**characterizing(1)** 17:24
**charles(1)** 13:6
**chase(3)** 2:26 5:17 8:20
**check(1)** 25:3
**checkbook(1)** 25:2
**cherry(2)** 32:8 32:9
**chicago(3)** 1:28 4:8 14:19
**chief(2)** 78:2 78:10
**child(1)** 57:2
**chilling(2)** 66:8 69:4
**choice(3)** 23:17 58:11 58:13
**choose(1)** 26:9
**chooses(1)** 62:14
**chosen(1)** 44:8
**christopher(1)** 4:12
**chronological(1)** 31:23
**circuit(2)** 36:22 37:2
**circulated(1)** 22:11
**circumstance(1)** 73:17
**circumstances(5)** 15:3 25:14 39:21 73:15 84:20

**cited(3)** 39:16 66:2 66:2
**citi(2)** 23:17 23:19
**citibank(6)** 12:5 12:7 12:18 12:24 18:14 33:19

**citigroup(5)** 5:8 12:4 12:7 12:24
**citing(1)** 53:5
**claims(1)** 24:24
**claire(1)** 7:7
**clarification(2)** 10:24 87:10
**clarity(1)** 85:20
**clear(8)** 11:4 20:3 25:18 25:21 38:24 57:24 62:1 80:4 80:11

**clearly(2)** 16:22 18:21
**cleary(1)** 3:42
**clerk(1)** 8:2
**cliché-ish(1)** 48:11
**client(3)** 59:13 60:8 63:12
**client's(3)** 39:15 39:20 58:7
**clients(5)** 29:8 36:3 36:5 37:11 37:16
**clock(3)** 9:9 27:10 41:9
**close(3)** 28:10 59:15 74:17
**closes(1)** 26:15
**closing(1)** 23:16
**cmo(1)** 35:5
**co-chair(8)** 44:17 45:6 46:7 70:11 70:13 76:2 78:3 79:21

**co-plan(3)** 42:22 43:2 43:7
**co-presidents(1)** 17:5
**cobb(1)** 2:4
**cogently(1)** 47:7
**cole(1)** 1:31 8:10
**collaborate(1)** 63:23
**colleen(1)** 4:33
**colloquy(1)** 62:6
**combination(1)** 49:12
**come(23)** 19:17 19:23 24:9 24:9 39:13 40:14 40:15 46:10 52:12 56:17 57:3 59:16 61:23 64:22 65:19 67:1 67:10 67:15 68:13 68:22 74:23 79:16 82:10

**comes(2)** 58:22 84:14
**comfortable(1)** 61:21

**coming(2)** 29:17 73:8
**commencemen(1)** 77:13
**comment(1)** 19:15
**commenting(1)** 22:14
**committee(138)** 2:4 6:9 6:25 15:19 15:20 29:23 30:1 30:11 35:8 36:13 37:12 42:15 42:23 42:24 43:3 43:10 43:11 43:11 43:16 43:17 43:19 44:7 44:8 44:16 44:17 45:2 45:5 45:5 45:7 45:9 45:12 45:13 45:15 46:7 46:11 46:13 46:19 46:22 47:2 47:4 47:19 49:3 49:4 49:9 52:7 53:7 53:9 53:11 53:17 53:19 53:21 54:4 54:11 54:13 54:15 54:18 55:1 55:4 55:5 55:9 56:6 60:3 60:12 60:15 60:15 61:2 62:6 62:10 62:15 66:9 66:11 66:15 66:17 67:1 67:8 67:14 68:8 68:14 69:22 70:1 70:6 70:7 70:9 70:12 70:13 70:15 70:16 70:17 70:15 70:24 71:3 71:13 71:15 71:17 71:20 71:22 71:24 72:8 72:9 72:10 72:14 72:14 72:23 73:22 75:6 75:20 75:23 76:2 76:4 76:5 76:7 76:7 76:8 76:19 77:2 78:3 78:6 78:7 78:9 78:21 79:20 79:20 79:21 79:22 79:23 80:2 80:3 80:20 81:5 81:13 81:18 81:20 82:3 83:15 83:23 85:3 85:12 85:15

**committee's(4)** 46:20 78:2
**committees(3)** 37:21 62:2 66:9
**common(1)** 49:13
**communications(6)** 11:6 18:7 18:13 21:23 22:3 22:13

**companies(1)** 17:10
**company(6)** 1:7 4:26 4:50 23:2 30:7 30:8
**comparable(1)** 63:1
**compel(1)** 52:21
**compelled(2)** 58:18 61:10
**compendium(1)** 33:4
**competing(1)** 48:5
**complains(1)** 80:23
**complaints(1)** 21:20
**complete(7)** 45:12 49:10 61:19 61:21 62:13 76:16 82:13

**completed(2)** 64:7 85:17
**completely(1)** 84:17
**completeness(1)** 63:18
**comply(1)** 68:19
**compromises(1)** 31:8
**compulsion(2)** 43:3 58:2
**conaway(1)** 3:41
**concept(1)** 30:17
**concern(1)** 29:2
**concerned(3)** 35:7 55:9 55:10
**concerning(5)** 9:16 9:17 44:3 45:2 45:14 48:1 48:20 49:18 70:15

**concerns(1)** 76:14
**concludes(1)** 88:20
**conclusively(1)** 18:20
**condition(1)** 80:17
**conduct(1)** 71:2
**conducted(2)** 44:18 70:18
**conduit(2)** 23:13 23:15
**confer(5)** 19:13 19:13 22:18 28:11 87:19
**conference(2)** 12:14 86:20
**conferring(1)** 10:8
**confident(1)** 79:7
**confidential(5)** 54:12 54:14 54:22 55:1
**confidentiality(1)** 42:24
**confirm(1)** 42:13
**confirmation(10)** 16:3 19:2 27:1 44:5 47:21 47:24 55:20 56:17 58:21 87:18

**conflicted(1)** 81:17
**confusing(1)** 86:11
**conlan(2)** 40:8 52:8
**connection(6)** 16:3 19:1 47:11 60:14 61:22 87:18

**consent(3)** 14:6 15:2 43:4
**consequences(2)** 38:22 48:8
**consider(2)** 47:15 48:1
**consideration(7)** 9:11 9:21 46:1 67:24 68:1 68:5 68:23

**considered(1)** 25:10
**consist(1)** 79:1
**consistent(3)** 11:22 28:22 30:20
**constituency(1)** 49:6
**constitutes(2)** 36:5 75:11
**contact(2)** 22:8 22:10
**contained(1)** 32:12
**contests(1)** 81:1
**context(3)** 44:21 53:6 80:7
**continue(1)** 15:23 26:7 27:12
**continued(6)** 2:2 3:2 4:2 5:2 6:3 7:4
**continues(1)** 15:18
**contract(1)** 30:15
**contrary(1)** 76:8
**contrast(1)** 43:9
**convenient(2)** 62:7 63:23
**conversation(1)** 43:4
**conversations(1)** 60:7
**convincing(1)** 25:14
**copied(1)** 22:6
**copy(2)** 22:10 33:3
**correct(3)** 11:17 71:7 87:9 88:24
**correctly(2)** 11:11 11:14
**corroon(1)** 2:39
**could(15)** 18:3 21:5 45:6 45:9 52:6 52:8 54:3 56:14 61:20 62:12 62:21 64:9 72:6 76:16 83:22

**couldn't(2)** 45:8 56:14
**counsel(55)** 10:8 13:15 15:15 16:16 16:18 19:11 20:17 21:8 21:8 21:11 22:1 22:15 24:4 24:20 25:8 25:8 28:11 29:23 29:23 32:14 33:3 34:20 38:11 39:12 43:11 45:5 45:9 45:17 46:7 46:8 46:11 46:22 47:21 47:24 48:14 48:19 48:22 53:17 54:3 54:1 58:21 60:12 60:15 61:23 62:6 62:10 64:1 75:23 76:7 76:9 76:22 77:2 80:3 83:15 87:19

**counted(2)** 21:14 42:1
**counting(1)** 21:14
**couple(6)** 36:2 49:21 71:24 77:6 80:7
**course(14)** 14:22 15:1 15:4 16:12 31:9 38:3 39:22 42:13 43:3 44:5 47:5 51:19 52:5 75:1

**court(142)** 1:1 1:1 8:3 8:5 8:8 8:12 8:14 8:17 8:23 9:13 10:14 10:16 10:22 11:10 11:18 11:23 12:23 13:2 13:4 13:9 13:12 13:19 13:23 13:24 14:2 14:5 14:7 15:6 19:1 19:5 19:7 19:21 20:1 20:8 23:12 24:4 25:11 25:19 26:1 26:16 27:1 28:6 28:11 28:21 29:2 29:13 30:22 32:8 34:17 34:19 34:21 35:4 35:22 36:16 37:3 37:6 39:17 39:18 41:1 42:6 42:9 47:5 47:15 47:20 48:1 48:4 48:4 48:7 49:20 52:11 52:14 52:16 55:19 56:16 57:3 57:13 57:14 57:16 58:20 59:6 59:23 59:24 60:5 60:19 64:6 64:11 64:15 67:3 67:10 67:13 67:16 67:21 67:21 68:22 69:10 69:18 70:3 70:5 70:9 71:5 72:20 73:7 75:3 75:13 75:15 75:18 77:8 78:19 78:20 78:23 79:3 79:7 79:9 79:10 79:11 80:15 82:15 82:17 82:21 83:3 83:7 84:1 84:21 85:1 82:6 86:15 87:8 87:11 87:15 87:22 88:6 88:14 88:17 88:19 88:20

**court's(4)** 9:21 14:14 20:11 73:13
**courtroom(2)** 1:12 77:14
**courts(4)** 13:22 14:17 38:21 38:23
**crane(1)** 7:26
**create(1)** 48:8
**created(1)** 86:4
**creating(2)** 23:19 64:7

**creations(1)** 86:1
**credit(2)** 3:41 65:5
**creditor(2)** 46:20 67:5
**creditors(16)** 2:4 6:10 6:26 15:19 15:20 60:3 60:11 61:2 72:16 80:20 81:5 81:9 81:13 81:18 81:20 81:22

**critical(1)** 17:15
**crushing(1)** 77:13
**cumulative(8)** 46:23 55:10 65:23 66:11 71:16 73:4 77:24 86:7

**current(8)** 15:11 16:1 16:14 17:6 17:7 17:15 18:22 21:21

**cutoff(5)** 12:17 12:22 14:24 31:10 88:5
**cynical(2)** 40:3 41:23 47:6
**dallas(1)** 39:1
**dan(1)** 19:9
**daniel(2)** 2:6 3:28 4:4 4:44 4:46 77:1
**data(1)** 1:40
**database(1)** 20:19
**date(10)** 11:3 11:7 11:20 12:13 12:19 16:22 28:12 77:13 87:6 89:6

**david(12)** 2:13 3:5 4:27 4:36 5:31 5:37 6:12 6:32 7:23 34:16 34:20 57:24

**davis(1)** 2:33 5:12 5:20 8:19 30:5 32:20 34:12 64:18 65:11 71:10 75:9

**day(10)** 8:6 31:14 31:15 59:7 59:24 61:6 62:21 74:17 84:18 86:2

**days(4)** 15:23 25:16 31:10 86:19
**dbtca(1)** 3:4
**dcl(4)** 45:24 71:13 81:10 85:16
**deadline(1)** 15:24
**deal(2)** 22:6 22:8 22:10 23:15 42:6 64:18
**dealing(3)** 17:14 77:17 77:17
**deals(1)** 54:24
**dealt(1)** 51:12

**dearborn(1)** 1:27
**debenture(3)** 4:17 7:21 33:11
**deborah(1)** 5:42
**debt(2)** 46:2 78:11
**debtor(5)** 1:25 4:26 22:9 46:20 52:9
**debtors(15)** 1:12 8:10 15:19 15:22 16:3 16:14 17:12 17:15 18:15 20:21 21:2 21:8 27:14 31:18 81:16

**december(10)** 32:22 33:10 33:22 34:13 35:6 49:24 50:2 71:23 72:5 86:3

**decide(6)** 14:7 35:4 48:5 62:17 68:18 69:1
**decided(5)** 27:14 66:3 71:13 76:20 86:16
**decides(3)** 48:7 85:15 88:2
**deciding(1)** 44:11
**decision(12)** 27:17 36:24 45:17 46:3 46:5 46:20 47:3 51:23 62:16 63:21 71:18 82:14

**decisions(3)** 45:2 45:7 68:19
**deemed(1)** 59:5
**default(1)** 18:3
**defend(1)** 36:12
**defendant(2)** 25:15 78:5
**defendants(1)** 78:12
**deference(2)** 78:19 80:15
**deferred(2)** 44:13 44:14
**degree(1)** 54:2 66:5 74:9
**delaware(6)** 1:2 1:14 1:34 3:22 4:13 8:1
**delegate(3)** 36:23 36:23 38:8
**delegated(1)** 53:23
**deliberation(1)** 66:10
**deliberations(2)** 70:15 79:22
**delivered(2)** 9:6 9:6
**delving(1)** 60:4
**department(1)** 23:11
**depending(1)** 66:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| deponent(2) 58:16 63:24 | | discovery(35) 8:12 8:22 9:8 12:17 14:24 | | dynamism(2) 83:18 84:5 | | events(1) 24:11 |
| deponents(5) 61:19 64:3 69:14 69:21 79:1 | | 20:11 20:15 26:15 26:21 28:10 30:14 | | each(9) 9:2 14:16 21:6 22:8 23:7 62:7 | | ever(3) 8:6 68:6 82:9 |
| depose(4) 20:12 24:15 34:3 46:24 | | 31:10 42:17 44:6 44:7 47:11 47:17 47:18 | | 63:24 64:2 76:19 | | every(3) 30:9 64:22 64:23 66:9 66:10 |
| deposed(29) 20:9 20:16 24:13 30:11 31:14 | | 49:1 49:6 49:8 59:3 66:6 68:6 71:16 73:4 | | | | 67:14 67:14 69:1 71:2 |
| 31:15 31:15 31:16 32:19 33:5 34:2 39:13 | | 76:14 77:19 80:8 80:11 81:24 82:4 82:14 | | earlier(2) 31:15 83:10 | | everybody(7) 22:10 40:17 41:5 66:4 68:12 |
| 43:12 44:12 48:22 48:23 48:23 56:21 | | 86:2 87:13 | | earnest(1) 20:23 | | 77:14 85:12 |
| 56:22 66:15 67:14 67:15 68:9 69:6 70:2 | | | | easiest(1) 64:8 | | |
| 71:21 71:21 72:6 83:23 | | discreet(1) 26:8 | | economic(4) 25:12 25:22 45:15 45:20 | | everyone(1) 8:3 |
| | | discuss(2) 43:1 54:16 | | ecro(1) 1:38 | | everything(2) 64:14 74:8 |
| deposing(1) 27:20 | | discussed(6) 8:22 42:12 54:13 63:6 63:7 | | edward(2) 3:36 42:9 | | everything's(1) 41:6 |
| deposition(61) 11:17 15:10 16:23 17:3 | | 80:6 | | edwards(1) 3:13 | | evidence(6) 10:10 15:20 45:11 74:14 74:14 |
| 17:5 17:12 18:20 18:23 19:18 21:10 24:7 | | | | effect(2) 66:8 69:4 | | 84:5 |
| 24:18 24:21 25:19 26:9 26:12 26:19 26:2 | | discussion(1) 55:6 | | effects(1) 77:15 | | |
| 27:16 27:21 28:6 28:9 30:7 30:17 34:4 | | discussions(2) 59:13 78:8 | | efficiently(1) 64:7 | | evidentiary(2) 26:23 87:14 |
| 41:2 42:11 43:19 44:17 44:18 50:8 50:10 | | disparities(1) 25:12 | | effort(2) 69:16 71:2 | | evidently(1) 80:3 |
| 55:23 56:3 56:9 56:23 58:4 58:12 58:16 | | disparity(2) 25:22 25:24 | | efforts(6) 39:5 65:8 65:16 65:17 68:15 | | exactly(3) 56:8 67:9 78:15 |
| 59:4 59:14 59:21 60:17 60:22 60:24 61:8 | | dispel(5) 30:12 31:13 32:4 32:11 34:5 | | 79:11 | | examiner(1) 54:6 |
| 61:15 70:11 70:12 70:19 71:3 74:2 75:2 | | dispersed(1) 32:4 | | | | examiner's(2) 21:8 21:18 |
| 83:11 83:21 85:7 85:17 86:13 86:15 87:5 | | dispute(6) 8:22 20:11 24:11 44:2 76:13 | | egi-trb(1) 5:4 | | example(3) 11:13 23:3 45:22 |
| 87:12 | | 86:16 | | either(3) 14:12 16:18 47:13 | | excepts(1) 64:13 |
| | | disputed(2) 9:15 48:10 | | elden(1) 6:5 | | excerpt(2) 63:24 64:3 |
| depositions(54) 12:17 12:21 14:23 27:11 | | disputes(2) 64:8 80:8 | | eldersveld(1) 4:27 | | excerpts(14) 44:19 50:14 61:15 61:20 62:2 |
| 29:22 30:6 30:14 30:16 30:19 30:19 31:3 | | disregarded(1) 21:5 | | electronic(2) 1:46 89:1 | | 62:9 62:11 62:15 62:22 62:22 62:24 63:14 |
| 31:12 31:17 35:2 35:8 35:21 37:19 41:20 | | disrupt(1) 39:3 | | elicit(1) 82:1 | | 64:12 73:8 |
| 44:16 46:11 46:12 47:11 47:13 49:11 | | distinguishes(1) 38:10 | | elliot(3) 2:34 5:21 8:19 | | |
| 50:20 51:19 55:10 62:8 62:23 63:5 65:9 | | district(2) 1:24 38:7 | | else(4) 11:8 48:23 68:12 85:20 | | excluded(2) 70:14 78:8 |
| 65:16 65:17 67:22 68:6 70:5 70:7 73:1 | | divulge(1) 55:1 | | else's(1) 37:6 | | excuse(1) 83:11 86:12 |
| 73:13 73:19 74:4 75:5 77:24 78:1 78:13 | | docket(1) 1:10 | | email(1) 11:5 17:21 17:23 21:13 83:16 | | exhibits(9) 26:17 27:4 27:18 28:7 28:15 |
| 78:14 78:15 78:16 78:20 79:1 83:22 84:2 | | document(6) 12:16 16:16 20:19 26:14 | | emailing(2) 21:19 21:22 | | 31:22 83:11 83:12 87:5 |
| 85:3 88:4 | | 28:19 50:23 | | emails(9) 10:10 17:20 18:1 18:5 18:10 | | |
| | | documentary(1) 45:11 | | 21:4 21:8 22:4 31:23 | | exist(5) 10:11 50:22 60:13 60:13 72:18 |
| depository(5) 16:8 16:17 16:19 26:14 | | documents(44) 9:15 9:16 9:24 10:3 10:10 | | | | expand(1) 30:14 |
| describe(1) 50:12 | | 10:11 12:8 12:20 13:14 15:14 15:16 15:2 | | emerge(1) 79:13 | | expect(3) 81:12 81:15 81:16 |
| described(1) 73:14 | | 16:2 16:9 16:12 16:16 16:21 17:17 19:3 | | employed(1) 58:6 | | expectation(1) 88:11 |
| description(1) 50:7 | | 19:12 19:15 19:18 19:19 19:23 20:4 20:7 | | employee(4) 15:11 24:14 24:22 35:10 | | expeditiously(1) 62:18 |
| designate(1) 53:10 | | 20:21 21:13 21:14 22:7 22:11 22:16 23:4 | | employees(3) 21:21 35:16 53:13 | | explain(2) 40:4 67:1 |
| designated(4) 47:18 71:1 71:22 83:12 | | 23:10 25:10 26:7 28:3 28:4 28:17 28:18 | | end(4) 9:7 62:21 63:20 84:18 | | explained(1) 42:23 |
| designating(1) 83:15 | | 31:20 31:23 64:24 83:14 | | ended(3) 40:4 40:10 86:2 | | extent(5) 10:24 11:8 11:21 12:20 70:21 |
| designations(1) 33:4 | | | | energy(1) 77:19 | | extra(1) 54:4 |
| desire(1) 15:10 | | dodge(1) 3:13 | | engage(1) 82:10 | | extraordinary(2) 73:15 73:17 |
| detailed(1) 31:23 | | does(6) 50:22 60:6 60:20 69:5 73:5 86:9 | | engaged(2) 46:11 53:1 | | extreme(1) 72:7 |
| deutsch(1) 6:10 | | doesn't(12) 24:16 24:20 25:6 25:7 25:13 | | engagement(1) 78:2 | | f.3rd(1) 37:2 |
| deutsche(27) 33:20 34:18 34:22 35:1 35:2 | | 27:4 41:1 56:20 57:1 60:19 71:19 79:21 | | english(4) 3:4 34:21 57:7 57:8 | | face(1) 84:15 |
| 35:8 35:14 35:16 36:15 38:17 43:7 43:15 | | | | enough(4) 35:23 67:9 67:10 81:1 | | faced(2) 12:16 76:12 |
| 43:18 46:18 48:14 48:16 48:21 49:2 50:4 | | doing(6) 31:4 36:10 38:2 67:9 67:17 68:14 | | enter(2) 26:20 87:11 | | facilitator(1) 23:16 |
| 52:3 52:10 52:17 58:5 58:6 58:12 58:13 | | don't(53) 9:8 15:3 19:18 19:21 20:19 23:9 | | entered(1) 57:12 | | facing(2) 49:11 77:12 |
| 58:20 | | 24:24 25:17 27:18 27:18 28:1 28:16 28:2 | | enterprise(1) 17:16 | | fact(23) 14:24 28:10 31:21 33:9 42:14 |
| | | 28:23 36:6 38:1 41:8 41:9 42:1 46:8 | | entire(2) 62:1 79:3 | | 48:18 49:1 49:17 49:17 52:22 53:3 53:14 |
| development(1) 22:22 | | 48:23 49:14 52:5 55:2 56:6 64:18 65:3 66:18 | | entirely(2) 17:6 53:5 | | 54:23 54:24 56:11 58:16 71:9 72:9 73:20 |
| developments(1) 34:12 | | 69:12 73:11 73:13 74:1 74:12 76:21 76:2 | | entitle(1) 80:10 | | 79:14 81:18 84:13 84:19 |
| dewey(3) 4:4 6:47 6:51 | | 76:22 77:19 80:8 80:8 80:9 81:23 82:7 | | entitled(13) 47:17 67:24 68:1 68:5 68:6 | | |
| diamond(1) 5:38 | | 84:9 84:10 84:16 86:13 87:7 | | 68:7 68:9 68:10 68:12 68:21 68:23 82:1 | | facts(1) 30:20 |
| diaz(1) 1:40 | | | | 85:18 | | fair(5) 44:9 75:1 75:2 78:23 82:4 |
| dictate(2) 70:1 10:24 | | donald(1) 4:28 | | ephraim(1) 5:38 | | faith(1) 79:6 |
| did(32) 9:24 11:12 15:15 33:16 33:18 | | done(8) 32:15 66:13 77:9 78:18 80:2 80:2 | | equity(9) 17:9 17:9 17:14 17:23 22:17 | | false(2) 69:15 69:20 |
| 33:19 33:21 36:17 36:18 40:22 40:23 | | 86:20 87:3 | | 23:1 23:21 23:24 46:2 | | familiar(1) 32:15 |
| 41:7 45:6 45:8 45:9 45:17 50:9 52:20 | | | | | | far(8) 12:12 35:7 49:12 60:7 70:5 70:10 |
| 52:20 56:6 57:10 57:24 58:3 58:10 72:15 | | dordavich(1) 37:1 | | equivalent(1) 23:22 | | 72:18 76:15 |
| 72:15 76:7 76:9 76:22 80:22 87:10 | | doubt(1) 35:19 | | especially(1) 32:17 | | |
| | | dougherty(2) 6:5 6:6 | | esq(69) 1:26 1:33 2:5 2:6 2:13 2:14 2:15 | | fargo(1) 6:35 |
| didn't(20) 19:11 19:13 33:21 34:11 34:23 | | douglas(2) 6:10 39:2 | | 2:21 2:27 2:34 2:40 2:48 3:5 3:6 3:7 3:14 | | favor(3) 47:8 77:18 88:3 |
| 36:16 40:16 40:23 41:11 41:16 50:3 63:8 | | down(9) 41:13 68:7 68:13 69:1 79:8 79:14 | | 3:21 3:28 3:29 3:42 4:5 4:12 4:18 4:33 | | fear(1) 84:12 |
| 65:12 67:11 76:10 76:11 80:14 82:17 | | 84:6 84:13 84:17 | | 4:34 4:35 4:36 4:37 4:38 4:40 4:44 4:46 | | february(17) 1:16 8:1 31:9 40:6 73:14 |
| 82:19 86:3 | | | | 4:50 5:5 5:10 5:11 5:12 5:13 5:14 5:21 | | 73:22 73:23 73:24 74:3 74:5 74:5 75:18 |
| | | dramatic(1) 74:20 | | 5:25 5:26 5:27 5:31 5:42 5:46 5:50 6:10 | | 75:18 85:8 86:2 88:5 89:5 |
| dieterich(1) 5:14 | | drawn(1) 76:15 | | 6:11 6:12 6:13 6:14 6:17 6:18 6:22 6:26 | | |
| differ(1) 27:7 | | drayton(1) 7:11 | | 6:30 6:31 6:32 6:36 6:44 6:48 6:52 7:7 | | fed(1) 23:10 |
| different(11) 21:14 23:9 44:22 48:15 | | drew(1) 45:12 | | 7:11 7:14 7:18 7:23 7:28 | | feed(2) 22:24 23:4 |
| 50:14 50:15 53:5 56:3 66:23 79:19 81:6 | | ducayet(1) 1:26 | | | | feel(4) 8:5 61:20 64:21 74:20 |
| | | due(6) 20:21 25:7 25:23 33:10 56:22 57:1 | | esquire(1) 3:36 | | feeling(1) 24:6 |
| difficult(1) 19:14 | | duped(1) 16:7 | | essentially(2) 9:1 39:19 | | feels(3) 60:19 74:19 74:20 |
| difficulties(1) 20:22 | | duplication(1) 16:6 | | establishes(2) 16:23 18:20 | | feld(3) 3:27 5:41 77:2 |
| dilemma(2) 48:11 84:15 | | duplicative(2) 66:18 75:10 | | etched(1) 65:3 | | felt(2) 77:15 77:16 |
| dimension(1) 46:16 | | during(5) 17:5 22:2 50:20 55:11 56:6 | | ethics(1) 39:17 | | few(4) 15:23 22:13 57:19 57:20 |
| directed(1) 45:17 | | duties(2) 72:11 72:13 | | even(12) 25:11 25:11 34:23 39:15 43:1 | | fiduciary(7) 37:6 67:4 72:11 72:13 81:7 |
| direction(1) 75:6 | | duty(3) 37:6 59:8 67:4 | | 51:11 55:21 74:15 76:6 79:23 84:6 84:14 | | 81:9 81:22 |
| directions(1) 45:7 | | dynamic(1) 48:5 | | | | |
| disadvantage(1) 37:16 | | | | evening(2) 20:21 20:23 | | fighting(5) 32:14 39:9 60:17 61:3 61:7 |
| disagree(2) 46:19 85:10 | | | | event(2) 18:3 51:9 | | |
| disagrees(1) 67:8 | | | | | | |
| disappointed(1) 19:11 | | | | | | |
| disclosure(1) 81:11 | | | | | | |

Page : 4                                                                                                      02/23/11 12:56:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**figured**(1) 88:6
**file**(2) 14:12 57:10
**filed**(3) 13:22 14:12 14:18
**filing**(1) 13:16
**final**(2) 12:14 88:9
**finally**(3) 38:19 67:10 78:8
**finance**(4) 22:24 23:4 23:11 24:2
**financial**(4) 34:4 70:19 78:3 79:20
**find**(6) 19:4 63:5 63:9 65:18 76:18 84:11
**finding**(1) 71:17
**fine**(2) 41:6 48:22
**finger**(2) 2:26 23:23
**firm**(3) 8:19 57:7 59:9
**firms**(1) 77:17
**first**(20) 8:21 9:3 14:1 14:15 15:1 17:1
19:21 26:13 27:7 29:11 30:10 30:12 30:17
47:10 52:23 61:6 61:18 63:17 79:14 88:12
**fisher**(1) 39:17
**fishman**(1) 7:26
**five**(3) 17:11 21:14 29:22
**flat**(1) 32:11
**flawed**(1) 84:14
**flip**(1) 12:1
**flip-flopped**(1) 61:4
**floor**(5) 2:43 3:9 3:16 3:37 3:44
**florida**(2) 13:12 14:17
**flurry**(1) 29:7
**fly**(1) 19:14
**focus**(1) 27:17
**folder**(1) 63:7
**folders**(1) 51:12
**folks**(1) 67:12
**follow**(1) 88:8
**following**(1) 33:11
**follows**(1) 26:1
**for**(182) 1:2 1:25 2:4 2:26 2:39 2:47 3:4
3:13 3:20 3:41 4:4 4:17 4:26 4:43 4:49
5:4 5:8 5:17 5:24 5:30 5:34 5:37 5:41 6:2
6:9 6:17 6:21 6:25 6:29 6:35 6:39 6:43
6:47 6:51 7:6 7:10 7:14 7:17 7:21 7:26
8:10 9:4 9:11 9:20 10:13 10:23 11:13
12:2 12:14 12:18 13:4 13:6 13:7 13:12
13:18 14:9 14:21 15:10 16:6 16:19 16:23
17:22 18:20 19:11 19:14 21:16 22:23 23:3
23:13 24:17 24:21 25:9 26:7 26:11 26:18
26:21 26:23 27:1 27:10 27:15 28:9 29:20
31:14 31:15 33:5 35:2 35:5 35:9 35:11
36:5 36:8 36:8 36:14 36:14 36:24 37:10
37:19 38:16 41:5 42:9 43:18 44:5 45:16
46:5 46:22 47:15 48:2 48:4 48:14 48:20
50:24 52:7 52:9 52:18 53:14 53:18 55:3
55:12 58:15 59:7 59:20 59:24 59:24 60:15
61:5 61:8 62:7 62:7 62:23 63:7 63:12
63:23 63:24 64:2 64:8 65:2 65:5 66:2
66:6 67:2 67:4 67:8 68:4 68:8 68:10
68:17 69:6 74:10 74:10 74:12 74:21 74:22
77:2 78:2 78:4 78:13 78:16 80:5 81:2
81:2 81:3 81:3 81:16 81:22 82:1 82:4
83:5 83:11 83:23 85:2 85:21 85:24 86:2
86:7 86:12 87:12 87:13 87:17 87:18 87:21
88:14 88:17
**force**(2) 39:12 41:9
**forceful**(1) 60:11
**foregoing**(1) 88:24
**forget**(3) 11:12 84:17 86:10
**forgive**(1) 32:13
**forgiven**(1) 35:4
**form**(2) 73:17 87:19
**forman**(1) 1:31
**former**(1) 21:21
**forms**(1) 80:10
**forth**(5) 21:19 21:22 44:19 45:20 69:16
26:12 37:19 86:6 86:16 88:8
**found**(7) 17:18 21:7 21:10 21:16 22:4
25:3 41:11

**foundation**(2) 6:22 6:23
**four**(9) 12:18 17:11 50:14 50:15 61:19
62:23 64:3 78:1 84:1

**frank**(1) 7:14
**frankly**(5) 27:18 52:23 56:11 59:6 65:10
**freedman's**(1) 60:1
**friday**(6) 12:17 13:15 20:23 31:17 83:23
86:22

**friedman**(39) 3:34 3:36 5:49 7:22 29:7
32:13 42:8 42:9 47:10 47:23 48:13 49:21
50:7 50:18 61:16 61:17 62:4 62:20 63:11
63:22 64:9 64:12 69:11 69:19 70:4 70:7
70:10 71:7 72:21 75:4 75:14 75:16 77:4
79:5 80:20 84:23 88:1 88:9 88:16
**from**(76) 8:9 8:11 12:4 13:19 14:8 17:24
18:1 18:10 22:13 26:1 29:7 29:9 29:19
30:2 30:3 30:11 31:4 31:10 32:6 33:1
33:23 34:7 34:21 34:24 35:13 35:15 35:18
37:1 37:11 37:13 39:10 39:16 40:3 43:6
44:19 44:22 45:23 46:4 46:4 46:6 47:1
47:2 47:18 49:16 50:3 50:14 50:17 51:10
51:13 51:17 52:16 52:18 53:6 58:3 58:5
59:9 60:1 60:10 61:22 62:1 62:12 62:23
63:19 68:15 69:20 70:14 71:8 71:17 72:1
78:8 78:19 79:19 81:14 85:1 86:5 89:1
**front**(2) 15:4 15:12
**full**(4) 25:9 26:14 51:11 80:17
**functions**(1) 53:23
**fundamenta**(2) 44:2 45:15
**further**(2) 87:22 88:17
**furthers**(1) 71:14
**future**(2) 26:22 49:8
**game**(2) 25:9 37:9
**gamesmanship**(1) 59:19
**gandhi**(1) 6:31
**garrison**(1) 5:9
**garvan**(1) 4:18
**gary**(1) 4:29
**gather**(3) 23:3 23:24 60:1
**gathering**(1) 22:23
**gave**(5) 13:15 20:5 20:17 25:16 65:4
**geared**(1) 82:1
**geddes**(1) 3:20
**general**(1) 17:1
**generalities**(1) 11:20
**generally**(1) 11:20 60:21
**generate**(1) 18:5
**generated**(1) 17:22
**gentilotti**(1) 4:17
**george**(2) 6:5 6:6
**georgia**(1) 39:1
**get**(27) 8:5 12:20 15:3 22:10 23:18 24:17
24:21 27:12 27:23 28:15 29:21 36:7 51:1
52:9 53:8 63:17 64:2 66:15 67:8 76:17
67:20 67:23 68:3 68:6 69:15 82:23 86:19
**get-go**(2) 31:4 34:7
**getting**(13) 16:18 27:23 30:20 32:7 45:19
50:24 51:1 51:3 51:4 51:17 65:5 74:10
88:12
**give**(9) 9:21 29:10 29:13 50:11 50:12 51:7
56:22 80:20 87:5
**given**(11) 6:11 26:14 28:2 62:18 64:22
64:23 73:3 76:10 82:2 83:5 85:11

**giving**(2) 33:6 35:21
**glantz**(1) 7:26
**glasses**(1) 82:17
**global**(1) 12:24
**goes**(2) 54:14 66:19
**gohn**(3) 35:13 35:14 35:20

**going**(50) 8:15 10:1 11:5 20:14 23:24 26:9
26:8 26:12 27:15 28:23 28:24 31:5 31:12
31:24 33:24 36:8 37:8 37:9 39:14 40:13
40:17 40:21 41:3 41:8 41:12 42:10 52:10
52:9 56:23 58:4 58:11 60:23 61:3 61:14
61:14 61:15 65:5 66:5 66:12 66:13 66:16
74:9 78:18 79:7 83:15 83:20 84:4 84:14
87:11 87:12
**golden**(10) 3:28 77:1 77:2 82:16 82:19
82:22 83:1 83:7 83:8 84:10
**goldfarb**(1) 6:26
**goldman**(2) 6:43 6:43
**gone**(1) 81:7
**good**(21) 8:3 8:4 8:18 10:19 13:9 13:10
19:8 29:4 36:21 38:23 38:24 41:21 42:8
50:21 63:8 74:21 74:22 75:3 77:1 79:5
84:14
**gordon**(6) 4:50 5:13 34:15 34:18 40:20
40:22

**got**(15) 15:20 20:20 22:6 36:20 40:2 40:15
41:15 52:11 66:6 66:12 67:11 67:16 69:8
80:13 86:6

**gotsha**(1) 6:29
**gotten**(2) 29:7 34:4
**graham**(2) 40:11 41:15
**grandeurlarity**(1) 23:8
**grant**(2) 27:2 74:13
**great**(7) 7:17 50:19 50:22 52:7 52:8 81:7
81:8

**greissman**(1) 6:36
**grippo**(1) 6:5
**groundhog**(1) 8:6
**group**(3) 22:10 23:7 36:10
**groups**(1) 22:8
**guaranty**(1) 7:14
**guess**(10) 14:7 37:7 37:14 41:7 54:2 59:11
60:16 61:5 83:20 84:3

**guidance**(2) 76:7 84:24
**guild**(3) 30:4 34:9 73:1
**gump**(5) 3:27 5:41 10:20 14:10 77:2
**gun**(1) 79:11
**gussis**(1) 7:26
**guys**(3) 34:16 36:6 37:20
**had**(26) 9:24 13:10 13:19 13:20 15:13
22:16 22:20 23:1 24:20 25:9 30:14 31:3
32:15 32:23 34:7 37:21 45:12 45:14 46:9
49:22 50:8 59:13 62:1 76:9 81:17 85:16
**half**(2) 21:3 21:22
**hand**(6) 16:23 19:3 19:16 21:5 27:20 33:2
**handed**(2) 56:7 78:19
**handing**(1) 50:23
**handouts**(1) 55:14
**handwriting**(1) 18:11
**happen**(10) 14:1 28:16 28:20 40:16 47:2
52:6 56:2 57:1 57:1 79:4

**happened**(8) 28:16 44:15 46:9 54:18 56:1
57:11 66:17

**happens**(6) 21:12 54:14 54:21 66:16 71:18
88:15

**happy**(7) 16:13 16:23 19:3 20:3 20:5 33:2
62:8

**harass**(2) 67:7 77:20
**harassment**(4) 69:7 75:11 77:11 86:8
**hard**(3) 31:24 72:3 72:4
**harder**(1) 24:6
**harrisburg**(1) 1:42
**harsh**(1) 41:23
**hartenstein**(1) 17:4

**has**(55) 9:5 12:7 12:18 13:12 14:1 14:18
16:1 16:18 19:5 20:3 20:6 20:14 20:14
21:13 23:23 25:8 25:8 25:9 29:17 29:22
31:11 31:22 32:1 32:16 35:12 35:14 45:16
57:3 58:17 59:21 60:3 61:9 62:10 64:1
65:16 65:17 66:8 66:9 68:18 70:10 70:24
71:4 71:5 73:12 73:16 75:19 77:4 77:14
77:16 78:18 78:19 80:24 81:20 81:24 82:3

**hasn't**(1) 57:12
**hasten**(1) 50:2
**hate**(1) 57:19
**hauer**(3) 3:27 5:41 77:2
**have**(123) 8:11 8:16 10:4 11:7 12:16
12:21 14:12 15:16 15:17 16:4 16:5 16:9
16:12 16:15 16:17 16:20 17:12 17:19 18:1
18:11 19:3 19:6 20:4 21:5 22:13 24:4
24:16 24:20 24:24 25:3 25:7 26:8 26:14
26:15 27:8 27:14 27:22 28:2 28:4 28:7
28:16 28:20 29:6 29:9 30:1 30:6 30:7
30:18 30:24 31:3 31:12 32:10 32:10 34:2
34:10 35:6 36:18 37:14 38:7 38:13 39:11
40:9 40:13 43:4 43:10 43:18 43:21 46:5
48:20 48:21 49:10 49:11 51:6 52:11 53:1
54:1 54:18 55:4 55:5 55:15 59:1 59:11
59:11 60:17 60:18 61:8 62:11 62:13 62:22
64:12 64:18 66:2 66:12 66:16 66:23 67:1
67:15 67:19 68:9 68:13 69:20 70:5 71:13
71:17 72:3 72:10 72:22 73:23 74:1 75:3
75:21 77:16 77:19 77:24 79:16 80:6 81:7
81:9 83:1 84:18 85:16 86:18 86:20

**haven't**(13) 12:8 13:19 15:21 16:6 22:16
34:7 37:21 62:1 65:19 72:18 73:16 83:19
88:6

**having**(7) 24:16 37:14 43:4 43:12 49:6
83:5 88:11

**hazard**(1) 82:20
**he'd**(2) 52:7 52:8
**he'll**(4) 59:21 59:21 61:10 88:14
**he's**(16) 17:24 22:14 24:15 24:19 24:23
25:6 32:13 34:19 34:21 39:4 39:20 53:3
56:12 58:1 60:10 61:9

**head**(2) 23:7 24:1
**healy**(4) 35:10 35:10 35:20 37:13
**hear**(4) 14:7 52:16 61:3 71:7
**heard**(7) 10:21 40:13 46:6 52:15 71:23
78:6 79:1

**hearing**(15) 10:9 10:15 25:17 27:3 41:5
41:7 41:14 44:5 47:22 47:24 61:22 74:11
87:14 88:20 88:21

**hearings**(1) 86:18
**hearsay**(1) 51:9
**heightened**(1) 39:20
**helpful**(1) 19:4
**her**(1) 28:2
**hercules**(1) 2:41
**here**(32) 12:13 15:1 24:5 24:16 25:6 25:8
31:9 34:17 39:23 40:17 43:12 43:17 44:10
48:4 48:17 50:6 53:22 57:18 57:24 58:15
60:17 61:2 61:5 64:19 65:19 67:17 68:2
68:16 69:22 72:8 75:19 81:4

**here's**(5) 28:17 28:18 28:18 37:1 37:8
**herself**(1) 57:23
**hey**(1) 51:11
**hide**(1) 20:6
**him**(10) 11:19 17:24 24:15 24:17 24:17
24:21 24:24 55:15 60:8 86:3

**himself**(2) 39:19 57:23

| Word | Page:Line |
| --- | --- |

his(44) 11:7 16:4 16:5 16:9 16:23 17:20 17:24 18:22 19:18 19:22 21:10 21:11 21:15 21:19 22:1 22:22 23:23 24:7 24:8 25:1 25:2 25:15 28:4 32:16 36:23 36:23 39:19 50:9 53:4 56:22 56:23 57:2 58:1 58:21 59:22 60:9 60:10 63:12 64:12 78:18 79:11 85:21 87:12 88:11

history(1) 68:7
hit(1) 57:20
hoc(1) 57:10
holds(1) 78:10
holtzman(1) 37:1
honor(167) 8:4 8:9 8:18 9:4 9:15 10:18 10:19 10:24 11:15 12:1 12:12 12:19 13:3 14:4 14:9 14:13 14:21 15:4 15:8 15:12 15:14 15:15 16:1 16:21 16:24 17:3 17:17 18:1 18:7 18:19 19:4 19:8 19:10 19:16 19:24 20:2 20:10 21:3 21:7 21:10 21:23 22:4 22:12 23:6 23:14 23:22 24:10 24:16 25:6 25:18 25:22 26:11 26:16 26:20 27:6 27:9 27:18 28:8 28:14 29:1 29:4 29:6 29:14 29:16 30:9 31:12 31:20 32:4 33:2 34:9 35:19 36:19 38:11 38:19 41:19 42:2 42:7 42:8 42:12 44:1 44:9 44:15 44:19 45:21 46:10 47:10 48:21 49:1 49:16 50:11 50:13 52:13 52:19 54:24 55:21 56:20 57:6 57:17 58:23 59:7 59:8 60:2 61:6 61:12 61:17 61:19 61:21 62:7 62:11 62:13 62:14 62:19 62:21 62:22 63:3 63:11 63:23 64:2 64:16 65:15 66:7 66:14 69:8 69:11 69:15 70:10 70:20 72:9 72:17 72:22 73:6 73:13 73:16 74:2 74:7 74:13 74:17 74:23 75:12 75:14 76:1 76:18 77:1 77:4 77:12 78:22 80:18 80:24 82:5 82:12 82:20 83:2 83:4 84:22 84:23 85:6 85:9 85:14 85:18 85:23 87:3 87:9 88:1 88:2 88:3 88:16

honor's(1) 9:11
honorable(1) 1:20
honoring(1) 50:21
hook(1) 25:6
hope(5) 12:6 15:2 24:23 86:17 88:3
hopefully(4) 9:7 12:8 12:9 12:22
horns(1) 48:11
hours(5) 26:18 27:21 28:7 83:2 87:6
how(51) 36:12 38:8 40:4 57:23 62:3 62:24 67:1 68:19 70:3 70:7 78:24 80:13 82:8 82:23 86:13

howard(2) 6:11 40:11
hundreds(2) 27:11 77:18

i'd(16) 29:10 33:2 50:1 50:11 51:9 52:16 57:7 57:12 61:13 62:17 63:15 63:16 63:20 79:9 83:4 85:1

i'll(22) 14:7 20:8 21:1 38:19 41:22 45:19 45:21 50:11 50:12 52:1 53:6 53:8 61:14 63:7 63:21 73:7 82:21 82:22 84:21 86:15 86:20 87:18

i'm(36) 8:5 8:14 9:6 10:1 10:8 15:20 16:12 16:23 24:5 24:7 26:6 37:15 40:9 42:9 48:9 48:18 48:19 53:7 53:8 58:15 60:16 60:17 61:1 61:7 61:14 62:23 63:5 64:21 67:17 67:17 68:16 74:19 78:18 79:4 84:1 84:4

i've(31) 31:4 36:4 37:13 38:11 48:14 56:9 60:9 66:22 68:17 73:2 73:8 86:16

idea(5) 31:1 38:23 38:24 51:21 75:3
identification(1) 27:4
identified(3) 15:13 15:16 16:9
identify(3) 26:17 26:18 32:23
identifying(1) 31:22
illustrative(1) 44:20
immensely(1) 36:11
implicating(1) 53:1
implied(1) 53:22
important(2) 43:15 65:4

improper(2) 65:18 71:19
impugned(1) 25:2
inadvertently(1) 69:13
inappropriate(3) 36:11 38:16 74:16
inappropriateness(1) 39:21
incapable(1) 51:17
inclined(3) 23:6 24:7 74:13
include(1) 64:1
included(2) 44:13 71:24
including(6) 18:3 18:9 18:14 44:16 72:17 72:24

increase(1) 15:18
increased(2) 65:16 65:17
indeed(1) 32:9
indicate(2) 11:13 18:6
indicated(2) 43:18 73:20
indifferent(1) 38:23
indispensably(1) 18:23
individual(4) 20:13 20:16 24:22 35:10
individuals(3) 43:22 47:7 47:14
inexplicable(1) 76:18
inflammatory(1) 71:8
information(16) 11:11 18:17 23:13 23:17 23:18 23:20 24:1 43:6 46:6 51:17 54:12 54:20 54:22 55:2 70:21 72:2

informing(1) 12:20
injury(1) 66:19
insists(2) 69:23 70:1
instance(5) 14:1 14:15 15:1 36:24 83:23
instances(4) 21:3 21:16 21:23 22:4
instead(1) 52:4
intend(2) 14:16 87:5
intended(1) 72:5
intends(1) 19:22
intense(1) 72:4
intent(1) 19:1
intention(3) 20:6 27:8 60:4
intentionally(1) 69:12
interest(6) 39:15 40:10 49:14 51:6 63:18 71:19

interested(4) 33:2 35:21 36:3 51:14
interesting(1) 21:18
interests(2) 71:15 72:16
interfere(1) 57:1
interpretation(1) 14:14
interview(1) 23:7
into(9) 23:5 24:2 29:21 45:19 51:5 60:4 67:10 69:15 74:1

introduce(1) 57:7
investment(1) 23:24
investments(2) 17:9 17:23 22:17 23:1
involved(4) 35:12 40:14 50:21 73:21
involving(1) 59:14
irrelevant(1) 56:12
isn't(2) 24:5 31:6

issue(30) 9:3 9:12 9:14 9:20 10:5 10:21 12:16 13:24 14:7 14:21 15:24 17:15 41:9 42:12 48:9 48:15 49:7 53:22 54:1 54:10 55:2 55:7 55:9 56:3 56:19 58:22 66:21 85:2 85:12 85:12

issued(1) 13:20
issues(27) 8:12 8:14 9:1 9:2 10:13 11:1 17:7 18:21 19:1 27:17 29:8 36:4 39:13 42:10 44:2 47:15 47:24 50:19 52:22 53:4 56:2 56:2 56:8 59:14 60:4 64:20 78:7

it's(62) 11:5 13:17 13:24 19:14 25:1 25:2 25:13 30:23 32:18 37:18 38:24 39:8 44:9 39:15 40:3 41:23 41:23 42:18 44:8 44:9 44:20 48:24 49:6 49:12 49:13 49:13 52:6 53:6 53:8 54:2 56:4 57:17 59:19 61:4 61:4 61:5 61:6 63:9 66:11 66:21 67:21 69:23 70:4 71:19 72:14 74:15 74:17 74:22 74:22 78:15 78:23 81:1 81:2 81:3 81:10 81:20 81:23 82:3 82:20 86:7 87:18

item(3) 8:21 12:1 64:17
items(3) 12:3 57:20 85:4
iterations(3) 51:1 51:13 83:17
its(11) 29:23 34:10 53:16 53:23 54:3 54:9 54:15 54:16 55:23 77:24 83:15

itself(3) 12:12 50:2 82:3
james(1) 1:26 2:21 6:52
jarashow(1) 5:50
jean-marie(1) 5:27
jenner(1) 5:4
jillian(1) 4:34
job(2) 50:9 83:5
john(2) 6:17 6:22
johnston(1) 6:52
join(2) 52:20 52:20
joint(2) 23:1 63:24
jointly(1) 1:9
joseph(1) 7:11
jpm(1) 30:3
judge(7) 1:21 13:8 39:1 39:1 67:9 67:16 67:17

jumped(1) 79:10
jurisdictions(2) 14:13 14:20
just(57) 8:15 9:1 9:21 10:4 10:14 11:2 11:3 12:13 12:20 15:22 20:10 20:17 22:15 24:5 25:13 25:21 26:9 27:19 28:1 28:21 29:12 29:17 29:20 31:1 38:1 45:22 46:16 48:7 50:13 53:2 56:17 57:19 57:20 57:24 59:18 62:14 62:20 63:4 64:14 68:2 68:11 68:11 68:20 70:6 74:17 75:1 75:2 77:5 77:12 82:5 84:1 85:2 86:17 86:19 87:6 87:10 88:1

kaplan(2) 3:34 5:49
kasowitz(1) 7:21
katharine(2) 3:6 57:6
kathleen(1) 13:6
katten(2) 6:17 6:21
kaye(1) 7:10
kaza(1) 4:4
kazan(27) 15:9 16:2 17:10 17:10 17:19 17:20 18:2 18:6 18:8 18:14 18:18 19:9 20:9 20:12 22:5 22:14 22:20 22:23 23:9 23:15 23:17 24:11 25:23 26:18 27:15 27:15 87:1

kazan's(11) 15:10 15:15 15:17 16:16 16:17 18:11 20:18 21:1 21:9 21:17 26:21
keep(3) 70:23 83:9 84:21
keeps(1) 29:17
kelley(1) 5:17
kempner(1) 5:37
ken(2) 78:8 78:21
kenneth(2) 50:16 50:17
kenney(2) 4:33 7:26
kept(1) 21:19
kevin(3) 1:20 4:38 5:17
kim(1) 6:40
kind(5) 39:5 60:24 61:1 61:4 76:12
king(3) 2:28 2:29 4:19
king-nohos(14) 4:5 19:8 19:9 19:24 20:10 23:14 24:10 25:18 25:21 26:11 28:14 29:1 87:9 87:21

kira(1) 5:12
kizzy(1) 5:50
kjc(1) 1:7

kline(1) 4:35
knapp(2) 14:12 14:18
knew(3) 41:3 41:13 73:22
know(60) 13:15 13:20 22:7 22:9 25:12 26:2 26:6 27:19 28:23 28:23 29:6 34:16 36:13 36:13 37:21 39:7 41:1 41:9 41:9 41:18 45:6 45:8 45:18 47:5 47:20 48:4 48:10 48:12 50:13 52:8 54:5 56:3 56:8 60:20 60:23 65:3 67:3 67:6 67:18 67:23 67:23 68:16 68:20 68:24 69:6 69:12 72:2 73:11 74:11 74:18 75:2 76:10 76:11 76:15 77:4 78:23 80:21 82:8 82:8 82:15

knowledge(3) 17:13 42:14 75:21
knowledgeable(1) 17:8
knows(2) 59:16 59:22
krakauer(1) 4:37
kramer(2) 5:30 5:30
kulnis(9) 30:2 31:14 33:12 34:3 50:16 70:12 78:3 78:21 79:16

kusher(1) 33:19
lack(2) 75:20 75:21
landis(2) 2:4 2:5
lang(5) 50:16 50:17 78:9 78:21 79:15
lantry(1) 4:38
largest(2) 79:24 79:24
last(20) 8:22 12:4 12:7 15:9 15:14 17:4 25:16 27:2 27:12 28:17 29:16 38:3 38:20 39:7 39:9 40:15 73:9 74:7 77:7 82:5

late(1) 86:3
later(4) 9:10 74:16 74:16 86:22
laughter(2) 8:7 29:15
law(10) 4:17 7:21 8:19 29:18 33:11 36:22 38:6 74:12 77:17 82:20

lawyer(24) 34:18 36:6 36:11 37:10 37:20 38:2 38:22 39:5 39:11 39:19 39:22 41:24 42:11 51:16 51:24 52:4 53:5 57:22 59:1 59:9 64:23 67:14 67:15 85:21

lawyers(16) 21:21 33:13 35:22 36:24 38:4 38:5 41:1 42:3 42:13 43:15 43:15 48:16 52:12 68:9 68:9 73:13

layton(1) 1:26
lbo(14) 17:19 20:13 22:2 23:16 24:12 45:13 78:5 78:7 78:11 79:22 79:24 80:21 81:6 81:18

lead(1) 37:22
leading(2) 32:1 81:13
learned(1) 40:19
least(11) 10:13 12:10 21:22 26:18 29:19 32:19 39:10 40:3 50:18 52:24 66:6

leave(1) 48:16
leaves(1) 15:8
leboeuf(4) 4:4 6:47 6:51
left(3) 8:23 15:9 87:7
legal(1) 26:2
lemay(3) 2:13 6:12 52:6
lender(2) 46:21 78:5
lenders(11) 3:42 6:51 45:10 45:13 72:11 76:6 79:24 80:21 81:4 81:6 81:15

length(2) 31:24 50:10
lengths(1) 81:8
leonard(1) 1:32
less(2) 23:2 77:14
let(17) 8:15 9:21 11:10 23:6 31:11 32:11 32:22 37:3 52:2 52:14 57:19 57:20 62:20 63:22 67:13 74:17 75:5

let's(7) 29:3 29:20 34:14 42:6 73:9 81:2 87:16

letter(7) 13:13 28:17 30:8 32:16 39:8 39:10 77:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **letters**(9) 8:14 29:7 30:13 30:18 31:14 32:5 32:13 34:6 45:21 | | **management**(5) 3:21 5:35 5:42 5:45 77:3 | | **mere**(1) 23:13 | | **need**(12) 14:24 15:3 16:23 18:20 56:16 63:19 69:6 78:16 82:17 82:19 87:1 87:6 |
| | | **manges**(1) 6:29 | | **merit**(1) 25:1 | | |
| **letting**(1) 51:23 | | **many**(12) 15:16 20:17 21:20 22:4 22:5 | | **merits**(1) 84:12 | | **needed**(1) 73:3 |
| **level**(3) 4:20 23:8 66:11 | | 46:24 62:3 70:3 70:7 78:24 82:6 85:16 | | **merrill**(2) 2:39 7:10 | | **needless**(1) 19:10 |
| **levin**(2) 5:30 5:30 | | | | **messrs**(1) 79:15 | | **negotiate**(6) 31:5 67:11 76:9 76:10 82:7 |
| **levy**(1) 5:11 | | **map**(1) 27:22 | | **met**(1) 60:9 | | 82:9 |
| **lewis**(1) 7:17 | | **marc**(1) 6:13 | | **mgmt**(1) 6:47 | | |
| **lexington**(1) 2:35 | | **march**(5) 10:16 12:14 20:15 20:16 77:13 | | **michael**(1) 5:25 | | **negotiated**(6) 45:5 46:7 72:12 76:17 80:21 |
| **lexus**(1) 39:18 | | **marino**(1) 3:14 | | **michelle**(1) 3:14 | | 82:7 |
| **liable**(1) 25:4 | | **marion**(1) 33:12 | | **mid-level**(1) 20:12 | | |
| **liebentritt**(1) 4:28 | | **market**(4) 1:13 2:7 2:42 3:15 | | **might**(15) 15:24 18:17 25:20 31:6 33:5 | | **negotiates**(1) 31:7 |
| **light**(2) 20:20 22:1 | | **markets**(1) 12:24 | | 33:6 36:5 43:22 47:6 47:7 49:7 49:7 | | **negotiating**(1) 45:8 |
| **like**(29) 8:12 10:4 13:21 15:22 16:21 | | **markup**(1) 18:9 | | 55:15 56:17 87:7 | | **negotiation**(5) 67:12 69:13 76:5 76:15 |
| 16:24 19:16 23:17 29:10 41:1 41:11 50:1 | | **martin**(3) 2:48 12:1 52:18 | | | | **negotiations**(10) 31:7 32:1 45:3 45:11 46:9 |
| 52:16 57:7 61:13 62:17 63:15 63:16 63:20 | | **maryland**(2) 39:17 39:18 | | **mightily**(1) 71:4 | | 46:12 70:1 73:21 79:23 80:1 |
| 64:21 68:11 70:20 73:14 74:19 74:20 77:5 | | **material**(1) 11:1 | | **miles**(1) 4:36 | | |
| 83:5 85:1 85:9 | | **matter**(20) 10:14 14:2 25:7 25:16 29:18 | | **millions**(1) 77:18 | | **negotiator**(1) 78:4 |
| | | 29:18 29:19 29:20 34:23 57:11 58:2 58:1 | | **mind**(3) 31:1 66:6 84:21 | | **neither**(1) 54:15 |
| **limit**(1) 44:7 | | 61:14 62:18 72:9 73:9 73:10 84:24 87:2 | | **minority**(1) 17:14 | | **never**(6) 24:11 16:22 37:13 60:9 82:7 82:9 |
| **limitation**(1) 28:15 | | 89:2 | | **minute**(1) 27:13 | | **new**(10) 2:17 2:36 2:50 3:10 3:31 3:38 |
| **limitations**(1) 31:5 | | | | **minutes**(2) 53:18 77:6 | | 32:17 64:7 75:17 75:19 |
| **limited**(4) 26:15 47:18 71:22 83:9 | | **matters**(16) 12:3 38:18 42:16 43:1 44:6 | | **miriam**(4) 50:16 70:12 78:3 78:20 | | |
| **limiting**(1) 26:21 | | 45:2 45:15 45:20 49:18 54:13 54:14 68:4 | | **mistake**(1) 81:2 | | **newcomers**(1) 33:9 |
| | | 68:17 69:17 86:18 88:3 | | **mistaken**(1) 21:11 | | **newman**(1) 5:42 |
| **list**(28) 31:23 33:10 33:16 33:16 33:18 | | | | **mix**(1) 41:16 | | **newspaper**(1) 73:1 |
| 33:19 33:21 33:21 34:7 34:24 34:24 35:5 | | **matthew**(1) 5:46 | | **moelis**(3) 30:6 30:8 78:2 | | **next**(9) 10:15 12:13 12:22 56:22 61:13 |
| 39:14 39:20 44:1 58:1 58:1 58:1 58:1 72:5 | | **mauceri**(1) 7:18 | | **moment**(2) 10:13 85:3 | | 64:15 64:16 86:18 88:11 |
| 65:1 65:6 66:3 71:24 72:1 72:2 72:5 | | **may**(34) 14:6 29:18 29:18 29:19 30:22 | | **money**(8) 67:19 67:19 67:22 68:11 80:23 | | |
| 75:10 75:10 | | 30:23 30:24 32:10 33:3 39:1 40:5 42:8 | | 81:1 81:2 81:3 | | **nice**(1) 41:17 |
| **listed**(7) 32:16 33:11 33:13 33:19 34:13 | | 47:10 52:15 53:1 53:10 54:18 55:5 56:1 | | | | **niese**(13) 30:3 32:20 34:11 64:18 65:11 |
| 64:24 78:1 | | 56:1 59:1 59:4 59:4 60:13 60:13 63:4 | | **month**(2) 11:13 11:21 | | 71:9 73:2 75:9 85:4 85:7 85:13 85:14 |
| | | 63:9 65:10 66:14 80:18 84:16 84:24 88:1 | | **more**(17) 15:16 15:21 24:6 24:7 48:6 | | 85:21 |
| **listen**(1) 50:7 84:7 | | 88:2 | | 53:10 62:7 63:9 63:23 67:19 68:6 68:11 | | **niese's**(3) 85:17 86:8 86:11 |
| **listing**(1) 35:5 | | | | 74:4 74:15 80:23 83:22 84:6 | | **night**(2) 41:6 41:14 |
| **litigated**(1) 69:23 | | **maybe**(6) 10:20 21:15 32:14 37:10 63:23 | | | | **non-lawyers**(1) 43:14 |
| **litigation**(6) 24:14 24:23 25:5 51:6 78:12 | | 74:19 | | **morgan**(8) 2:26 5:17 6:29 7:17 8:20 70:14 | | **non-privileg**(1) 49:17 |
| 81:19 | | | | 70:17 78:4 | | **non-privileged**(4) 43:1 44:6 45:2 76:14 |
| | | **maye**(5) 3:6 57:6 57:6 57:10 57:15 | | | | **none**(4) 65:2 65:5 65:6 77:15 |
| **litigator**(2) 34:19 34:20 | | **mayer**(1) 5:24 | | **morning**(1) 33:7 | | **nor**(2) 52:20 54:16 |
| **little**(9) 36:20 36:21 41:23 59:15 59:20 | | **mccarter**(4) 3:4 34:21 57:6 57:8 | | **moskowitz**(7) 2:34 5:21 8:18 8:19 9:14 | | **normal**(2) 24:22 24:22 |
| 60:21 61:7 72:23 77:13 | | **mccormack**(50) 2:14 29:4 29:5 29:14 | | 10:18 11:4 | | **norman**(2) 1:33 8:9 |
| | | 29:16 30:23 32:0 36:1 36:18 37:3 37:5 | | | | **north**(5) 2:29 2:42 3:15 4:7 4:19 |
| **litvack**(1) 6:32 | | 37:7 42:7 43:22 44:12 47:6 49:5 49:21 | | **most**(10) 13:11 17:8 17:12 27:16 29:24 | | **not**(124) 9:5 11:12 16:6 16:17 17:17 18:17 |
| **live**(1) 59:11 | | 52:23 53:22 57:20 59:17 60:10 62:19 | | 47:7 50:22 54:6 56:13 78:11 | | 20:9 21:17 22:7 25:13 25:22 26:6 26:14 |
| **llc**(2) 5:4 6:5 | | 62:23 63:13 63:12 63:14 63:17 64:1 64:6 | | | | 27:14 30:16 30:20 30:23 31:2 32:15 33:15 |
| **llp**(19) 1:25 2:12 2:39 3:4 3:35 4:49 5:4 | | 65:14 67:6 67:23 69:12 71:8 72:7 72:22 | | **motion**(12) 12:12 13:11 13:17 33:14 34:5 | | 33:16 33:19 34:10 34:12 35:5 36:7 37:19 |
| 5:9 5:20 5:24 6:9 6:21 6:25 6:29 6:35 | | 73:10 78:17 79:5 79:10 80:6 80:23 82:8 | | 52:20 55:3 56:21 60:2 64:17 77:7 86:14 | | 37:20 38:4 38:5 38:24 40:1 41:17 42:11 |
| 6:47 6:51 7:10 7:17 | | 83:4 83:8 84:3 84:22 85:23 | | | | 42:17 43:5 43:19 44:3 44:9 44:20 45:6 |
| | | | | **motions**(9) 14:13 14:16 14:19 14:22 15:5 | | 45:8 48:18 49:7 51:10 51:23 52:5 52:12 |
| **locate**(2) 11:1 11:8 | | **mccormack's**(1) 80:19 | | 34:14 54:24 75:1 82:14 | | 52:20 53:2 53:18 53:20 54:6 55:3 55:6 |
| **log**(3) 9:3 9:5 9:10 | | **mccormick**(1) 6:21 | | | | 55:15 55:21 56:1 56:12 57:24 58:10 58:14 |
| **logical**(1) 23:17 | | **mcdaniel**(1) 4:18 | | **motivation**(2) 77:21 80:24 | | 59:2 59:4 59:23 59:24 60:8 60:17 60:23 |
| **long**(5) 31:22 44:11 44:12 62:24 74:17 | | **mcneill**(1) 2:40 | | **mount**(1) 26:7 | | 61:3 61:7 62:23 63:4 63:12 64:9 64:24 |
| **longer**(2) 25:9 26:7 | | **mean**(11) 23:15 36:5 41:12 52:6 54:12 | | **move**(8) 26:9 29:3 34:15 38:14 42:5 48:6 | | 65:3 67:16 67:18 67:24 68:1 68:5 68:7 |
| **look**(17) 9:24 10:4 10:9 16:19 19:16 19:22 | | 64:19 65:2 69:4 71:19 85:17 87:12 | | 61:13 86:12 | | 68:9 68:10 68:12 68:20 68:22 69:15 70:4 |
| 28:19 33:9 49:24 62:2 63:2 63:7 63:21 | | | | | | 70:17 71:6 71:16 71:21 72:13 73:15 74:13 |
| 67:13 69:11 71:9 79:12 | | **meant**(1) 26:3 | | **moved**(2) 85:23 86:6 | | 74:21 74:22 75:9 75:17 76:3 76:6 77:12 |
| | | **mediation**(3) 42:18 45:23 49:13 | | **movie**(1) 8:6 | | 77:20 77:21 78:9 78:13 78:23 79:19 79:23 |
| **looked**(2) 15:21 33:1 | | **meet**(5) 19:13 19:13 19:21 22:18 26:4 | | **moving**(1) 10:5 | | 80:2 81:2 82:9 85:18 86:1 86:16 |
| **looking**(3) 39:20 81:15 81:22 | | **meeting**(1) 54:18 | | **much**(10) 14:6 20:20 25:9 39:20 48:7 | | |
| **looks**(1) 61:21 | | **meetings**(12) 35:15 36:13 42:15 43:13 | | 58:13 68:20 75:11 81:5 88:19 | | **noteholder**(1) 47:13 |
| | | 43:16 53:11 54:13 55:6 55:12 55:12 56:7 | | | | **noteholders**(6) 10:8 42:22 46:1 47:17 |
| **lot**(6) 21:7 44:13 50:20 54:5 71:8 81:14 | | 78:6 | | **muchen**(1) 6:21 | | 61:23 76:18 |
| **lots**(6) 50:24 51:1 51:3 51:5 74:9 83:16 | | | | **muchin**(1) 6:17 | | |
| **loud**(1) 61:23 | | **meisel**(1) 1:31 | | **murphy**(1) 7:7 | | **notes**(1) 9:20 |
| **low**(1) 41:15 | | **member**(18) 43:16 43:19 53:9 53:13 53:13 | | **must**(2) 32:10 74:21 | | **nothing**(5) 9:11 66:2 67:12 73:16 85:20 |
| **lower**(1) 39:3 | | 53:15 53:17 53:21 54:9 54:15 55:1 58:5 | | **myers**(1) 4:43 | | **notice**(1) 86:3 |
| **ludwig**(1) 4:34 | | 66:9 67:14 68:2 71:3 78:9 79:23 | | **myself**(2) 41:18 61:22 | | **noticed**(8) 20:14 29:22 30:1 30:6 65:7 |
| **lugano**(1) 1:28 | | | | | | 65:7 65:8 86:1 |
| **lynch**(2) 2:39 7:10 | | **membership**(1) 53:9 | | **name**(13) 15:17 16:4 16:5 16:9 20:18 21:1 | | |
| | | **memory**(4) 46:13 49:10 50:9 51:22 | | 21:9 21:11 21:15 21:17 21:19 28:4 58:1 | | **notices**(2) 30:9 30:16 |
| **made**(14) 30:10 30:17 33:4 34:10 45:7 | | **memos**(1) 83:16 | | | | **notion**(8) 30:13 30:24 31:1 31:13 32:4 |
| 45:12 46:3 47:3 52:21 57:22 59:17 69:3 | | **mention**(4) 32:3 45:19 45:22 85:19 | | **named**(2) 34:1 35:10 | | 32:11 34:6 51:15 |
| 71:17 77:5 | | **mentioned**(9) 13:13 22:15 30:8 38:6 39:1 | | **nature**(3) 73:4 73:5 87:10 | | |
| | | 65:11 66:21 74:21 83:10 | | **nearly**(1) 21:3 | | |
| **majority**(2) 47:3 49:4 | | | | **necessarily**(5) 31:7 36:7 71:19 84:8 88:8 | | |
| **make**(20) 34:11 37:8 37:19 39:5 47:8 54:7 | | **mentioning**(1) 21:9 | | **necessary**(6) 42:20 43:5 43:6 48:6 63:1 | | |
| 58:16 63:21 65:21 66:1 68:18 69:2 73:3 | | | | 63:4 | | |
| 81:2 81:23 82:12 82:13 83:5 86:21 88:7 | | | | | | |
| | | | | | | |
| **makes**(1) 81:14 | | | | | | |
| **making**(5) 36:24 47:9 62:16 | | | | | | |

| Word | Page:Line |
| --- | --- |

**novod**(37) 4:50 30:1 32:18 34:11 34:15 34:18 38:11 41:20 42:3 42:10 42:13 42:22 42:22 43:1 43:4 43:15 43:20 43:21 44:3 46:15 46:17 47:23 48:19 48:24 52:10 55:11 55:16 55:20 55:23 56:4 56:10 56:12 56:20 56:22 65:20 75:4 85:1

**novod's**(1) 88:10

**now**(31) 11:10 12:23 13:17 19:16 20:8 20:17 22:3 22:15 23:6 29:22 30:10 32:7 34:14 35:19 40:9 40:12 40:16 41:19 42:5 46:1 46:15 48:18 50:10 74:14 74:16 77:11 78:17 84:6 85:6 86:5 87:18

**number**(16) 17:10 17:20 18:13 20:19 24:19 24:21 26:7 26:8 26:15 27:7 28:15 50:19 53:12 57:22 65:16 69:21

**numbers**(6) 16:7 16:11 20:18 20:18 23:2 23:4

**numerous**(4) 18:7 44:16 45:14 76:16
**o'melveny**(1) 4:43
**oaktree**(4) 4:47 31:17 50:17 78:10
**object**(4) 56:20 60:6 60:12 62:14
**objecting**(1) 43:20
**objection**(1) 87:17
**objections**(3) 17:1 43:10 62:5
**observe**(1) 56:6
**obtain**(4) 43:6 46:5 49:16 72:19
**obtained**(1) 70:22
**obtaining**(1) 47:2
**obvious**(1) 46:17
**obviously**(7) 9:7 29:9 38:10 42:21 49:3 63:11 85:9

**occasions**(1) 80:7
**occupational**(1) 82:20
**occurred**(1) 55:5
**october**(5) 32:1 50:3 51:2 51:4 51:13
**odd**(2) 60:16 61:7
**odds**(1) 49:4
**off**(3) 15:10 40:17 40:18
**officer**(3) 20:13 52:3 52:3
**officers**(3) 38:5 38:6 53:13
**official**(1) 6:9
**okay**(23) 11:10 11:21 12:12 13:5 15:7 28:12 28:24 41:2 41:2 42:7 55:7 57:9 61:11 63:15 64:15 67:19 68:11 69:8 69:10 83:3 87:1 87:8 87:21

**old**(2) 29:9 66:21
**oldest**(1) 73:19
**once**(1) 79:13
**one**(45) 1:27 2:28 3:30 10:23 11:5 12:17 13:18 15:11 17:4 17:21 21:6 21:13 22:5 23:15 24:19 25:6 30:9 32:12 36:19 39:12 40:1 42:6 44:1 48:5 50:6 53:8 53:10 53:12 56:19 57:22 63:24 68:14 68:18 78:11 79:2 79:13 79:14 79:18 79:24 82:5 84:20 84:23 85:4 85:24 88:9

**one's**(3) 79:20 79:20 79:20
**ones**(5) 33:15 50:1 72:13 86:1 86:4
**ongoing**(3) 16:12 16:20 31:18
**only**(23) 10:23 12:16 13:17 14:21 21:15 22:20 24:12 26:22 27:1 33:19 44:3 53:18 54:23 56:5 63:8 65:7 68:14 73:19 79:2 81:9 81:21 85:19 87:12

**onto**(2) 23:19 42:5
**open**(4) 9:1 9:2 9:20 22:19
**opinion**(1) 18:9
**opponents**(1) 15:1
**opportunity**(1) 24:20
**oppose**(2) 14:16 14:19
**opposed**(1) 30:14
**opposing**(1) 39:12
**opposition**(1) 52:21

**order**(14) 8:15 9:4 15:4 15:13 24:7 26:16 26:20 43:6 57:11 64:14 70:21 86:15 87:1 87:19

**ordered**(1) 28:21
**ordinary**(5) 24:13 24:14 24:22 24:22 25:5
**originally**(1) 49:23
**other**(52) 8:13 12:16 16:5 16:15 17:10 21:21 23:10 27:19 29:11 30:24 32:3 33:1 33:20 34:1 34:9 38:3 42:5 42:18 43:9 42:21 44:4 44:23 45:10 46:12 46:22 47:11 55:15 55:23 56:19 60:22 61:1 61:22 64:17 67:3 71:3 72:23 73:3 73:12 76:16 77:17 80:5 83:9 83:16 85:3 86:18

**others**(5) 14:8 18:12 31:18 37:13 45:14
**otherwise**(6) 8:13 11:12 19:5 26:23 59:18 73:24

**our**(33) 9:8 13:13 15:1 15:10 16:11 16:20 16:22 18:20 18:23 19:17 19:19 20:22 27:4 29:8 33:20 44:19 45:20 47:16 48:16 55:22 56:4 59:9 59:13 60:7 61:20 64:13 64:17 65:5 65:8 87:5 88:2 88:9 88:12

**ours**(1) 86:1
**out**(28) 9:8 9:19 12:12 21:5 22:12 24:9 24:9 32:2 32:12 38:4 41:9 41:11 44:21 48:7 56:7 63:5 64:1 64:2 64:4 65:8 67:1 71:17 81:15 81:22 82:10 86:6 87:6 88:6

**outcome**(2) 14:22 15:5

**over**(14) 10:14 20:4 20:24 22:19 27:20 31:19 40:19 41:7 43:13 46:6 46:6 49:15 49:15 74:19

**overnight**(1) 64:10
**owe**(1) 72:10
**owed**(1) 72:13
**own**(6) 17:24 33:20 39:20 61:20 66:22 81:17

**owned**(1) 23:2
**p.a**(1) 3:20
**p.m**(3) 1:17 8:1 88:21
**p.o**(3) 2:8 3:23 3:45
**paces**(1) 66:10
**page**(4) 53:6 63:19 63:19 64:14
**pages**(13) 15:21 15:22 27:12 31:20 44:23 62:3 62:5 62:5 77:19 78:24 79:2 79:3 83:14
**paid**(1) 72:8
**painful**(1) 50:6
**painfully**(1) 77:16
**pains**(1) 81:8
**palmer**(1) 3:13
**papers**(2) 34:6 44:19
**paragraph**(1) 53:6
**parameters**(1) 76:10
**pardon**(1) 71:11
**park**(3) 3:8 3:10 43:22
**parke**(2) 2:12 6:9
**part**(3) 20:6 20:22 22:22 27:16 36:9 43:1 43:11 47:12

**participants**(2) 38:11 53:19
**participate**(1) 79:21
**participation**(1) 24:8
**particular**(6) 9:18 46:16 60:14 60:14 75:22 76:1

**particularly**(2) 35:20 74:9
**parties**(13) 8:13 16:5 16:15 22:7 25:13 31:21 32:23 32:23 33:5 45:3 45:10 68:4 72:3
**partner**(2) 58:16 78:2
**partners**(1) 5:37
**party**(6) 13:20 20:14 22:8 24:14 31:6 58:1
**passages**(1) 44:21

**pat**(2) 35:10 35:10
**patient**(1) 74:18
**paul**(1) 5:8
**pay**(1) 27:15
**payback**(1) 65:10
**pbg**(8) 30:5 65:15 69:4 69:5 73:1 85:5 85:13 85:19

**pending**(2) 9:10 86:13
**pennock**(1) 5:10
**pennsylvania**(1) 1:42
**pension**(1) 7:14
**people**(11) 21:18 22:24 23:4 24:2 34:7 46:24 54:17 66:16 66:23 68:22 74:22

**people's**(1) 66:8
**per**(1) 46:2
**percent**(1) 23:2
**perform**(1) 59:7
**performance**(1) 60:10
**perhaps**(2) 17:1 31:12
**period**(5) 17:19 18:22 43:14 51:13 86:3
**permissible**(1) 48:2
**permission**(1) 57:3
**permit**(1) 88:8
**permitted**(2) 55:18 57:12
**pernick**(4) 1:33 8:8 8:9 8:9
**person**(9) 17:8 17:12 22:20 23:10 23:23 24:1 55:12 55:17 86:11

**personal**(1) 88:10
**personally**(5) 21:6 22:18 24:23 24:24 25:1
**perspective**(7) 29:9 29:19 37:11 39:10 40:3 44:22 81:14

**perspectives**(1) 79:19
**pertinent**(2) 59:5 59:23
**phone**(2) 11:8 55:14
**phones**(2) 9:19 10:7
**pick**(1) 28:11
**picked**(2) 33:15 33:23
**picking**(2) 32:8 32:9
**piece**(1) 39:7
**pivotal**(2) 81:21 82:2
**place**(7) 14:15 31:12 50:15 51:19 66:11 81:21 82:2

**places**(1) 63:5
**plan**(26) 27:17 31:3 32:1 36:9 38:11 38:11 45:23 45:24 46:3 46:21 50:2 51:2 51:3 51:4 51:4 54:17 65:1 71:14 71:14 71:18 79:22 81:10 81:12 84:19 85:16

**planned**(1) 78:7
**plans**(6) 17:6 49:19 51:13 69:5 72:24 86:9
**plant**(1) 48:9
**played**(2) 17:19 18:21
**playing**(1) 37:9
**plaza**(4) 2:16 2:41 4:6 4:20
**pleadings**(2) 21:23 81:13
**please**(2) 8:2 42:9
**plenty**(1) 66:16
**plus**(2) 34:3 51:6
**podium**(1) 38:12
**point**(16) 26:13 37:8 45:1 50:4 50:23 66:1 68:3 68:17 69:2 69:3 77:23 81:3 81:3 82:5 83:4 83:20

**pointed**(2) 17:11 73:20
**points**(1) 26:12
**polk**(3) 2:33 5:20 8:19
**polsinelli**(1) 4:11
**portion**(2) 17:13 54:1
**position**(7) 47:16 55:22 56:21 60:16 63:13 70:16 81:6

**positions**(6) 17:14 43:9 45:8 45:16 61:5 76:3

**possible**(1) 63:16
**possibly**(1) 69:7
**post-petition**(4) 9:17 21:4 21:7 21:16
**potential**(2) 18:4 33:17
**potentially**(4) 37:16 39:11 41:22 42:19
**potshots**(1) 57:20
**potter**(1) 2:39
**pounding**(2) 40:10 80:19
**ppearances**(4) 1:23 2:1 3:1 4:1
**practice**(3) 41:18 41:21 53:19
**practices**(2) 37:15 52:24
**pre-existing**(1) 16:7
**pre-petition**(1) 22:4
**pre-trial**(1) 12:14
**precluded**(1) 42:17
**preclusive**(1) 72:6
**prefer**(3) 43:20 62:11 62:13
**preference**(1) 58:7
**prejudiced**(1) 24:19
**prejudicing**(1) 87:16
**preliminary**(2) 34:23 72:2
**prepare**(2) 18:2 27:10
**prepared**(9) 13:21 13:22 17:21 18:6 19:15 55:19 58:20 74:10 79:10

**preparing**(2) 27:22 44:5
**present**(2) 19:1 55:12
**presentation**(1) 18:9
**presented**(1) 79:6
**press**(1) 85:11
**pressure**(2) 72:4 85:11
**pretty**(3) 14:6 38:24 75:3
**prevent**(1) 47:1
**previously**(4) 9:24 11:11 31:19 42:12
**price**(4) 10:3 10:12 11:3 11:7
**primarily**(4) 8:14 51:14 65:8 77:10
**prime**(1) 78:4
**principally**(1) 77:5
**principals**(1) 75:20
**prior**(7) 10:8 32:15 33:14 40:19 61:3 73:18 73:19

**priority**(1) 88:12
**privilege**(12) 9:3 9:5 49:13 49:13 49:14 50:20 50:22 50:22 56:1 57:18 60:8 60:13

**privileged**(3) 56:14 60:4 60:7
**privileges**(4) 42:17 42:19 60:12 60:15
**pro**(1) 57:10
**probably**(2) 9:11 79:2
**problem**(5) 37:14 39:11 40:18 85:24 86:5
**procedural**(1) 84:24
**proceed**(9) 8:13 8:15 31:8 37:20 73:15 85:7 85:14 85:18 88:4

**proceeding**(2) 21:20 26:23
**proceedings**(4) 1:19 1:46 69:23 89:2
**proceeds**(1) 18:4
**process**(28) 25:7 25:24 31:21 35:16 35:18 44:11 49:18 54:21 63:6 63:6 64:6 66:17 73:5 74:22 74:23 76:15 79:7 80:13 81:12 82:3 83:17 83:18 84:6 84:6 84:9 84:13 84:14 84:17

**processes**(1) 70:15
**produce**(1) 28:7
**produced**(14) 1:47 10:12 11:2 11:6 12:9 15:22 16:3 16:5 21:13 27:12 28:22 31:9 31:24 83:14

**producing**(1) 12:10
**product**(2) 27:10 27:21
**production**(8) 9:5 10:2 10:2 12:11 16:14 17:18 20:20 21:2

**productions**(2) 15:19 16:15
**profess**(1) 38:16
**professing**(1) 37:17
**profession**(1) 39:4

| Word Page:Line | Word Page:Line | Word Page:Line | Word Page:Line |
|---|---|---|---|
| professional(1) 53:14 | rarity(1) 73:13 | representativ(15) 35:9 53:10 55:8 55:13 55:24 58:12 62:9 70:14 70:17 70:18 70:19 71:10 71:11 78:9 78:10 | runs(3) 41:20 41:20 41:21 |
| proffering(1) 59:6 | rath(2) 2:4 2:6 | | saavedra(1) 6:30 |
| projections(8) 17:13 17:22 18:15 18:16 18:17 22:21 23:5 24:3 | rather(4) 43:21 46:1 50:12 51:8 | | sachs(2) 6:43 6:43 |
| | rattled(1) 20:17 | | said(37) 22:19 29:16 30:15 31:5 31:6 33:22 33:22 35:3 36:17 39:2 40:9 40:13 40:17 40:21 40:22 41:17 41:12 45:4 46:8 48:16 48:21 50:12 50:13 51:9 54:6 54:19 55:10 56:7 66:22 67:13 73:12 73:23 74:18 76:8 76:23 80:7 86:8 |
| promptly(1) 86:17 | read(11) 13:23 53:6 56:9 61:15 79:3 79:13 80:4 80:12 82:12 82:21 82:22 | representatives(12) 35:14 38:17 42:21 44:16 46:18 46:19 48:22 49:2 49:3 53:11 53:12 71:22 | |
| pronunciation(1) 71:12 | reading(4) 80:5 80:16 82:17 83:6 | represented(1) 27:16 | |
| proper(3) 42:16 55:8 76:13 | ready(4) 24:17 24:21 48:17 65:5 | representing(3) 8:20 29:5 | saldinger(1) 7:28 |
| properly(1) 63:13 | real(1) 84:4 | represents(5) 30:3 30:4 30:5 30:5 65:11 | sales(1) 18:5 |
| proponent(1) 65:1 | reality(1) 84:13 | reputation(1) 25:1 | salganic(9) 30:3 31:16 33:12 34:3 51:20 66:13 71:2 71:4 83:22 |
| proponent's(1) 65:1 | realize(1) 81:1 | request(5) 27:3 28:22 82:12 85:13 88:9 | |
| proponents(7) 36:9 38:13 42:22 43:2 43:8 47:13 54:17 | really(6) 24:8 39:9 44:1 48:5 60:19 78:4 | requests(1) 18:1 | |
| | reason(16) 38:15 42:20 44:10 45:16 46:5 51:15 54:10 67:10 69:22 70:23 71:20 83:10 85:6 85:24 86:7 86:12 | required(3) 12:11 27:20 28:1 | salganic's(1) 71:5 |
| proportionately(1) 65:17 | | requirements(2) 54:4 54:9 | same(8) 11:9 12:6 25:7 54:17 69:5 72:24 80:22 86:9 |
| proposal(1) 45:12 | | resent(2) 52:23 53:3 | |
| proposals(1) 69:20 | reasonable(3) 28:15 31:7 64:3 | reserve(3) 9:9 10:5 73:7 | |
| propose(2) 45:10 46:3 | reasons(3) 35:3 66:2 67:2 | resist(1) 82:5 | sat(1) 80:24 |
| proposed(8) 45:13 47:21 58:7 71:1 72:15 76:4 76:21 78:12 | recall(9) 9:4 9:16 11:14 15:10 39:1 45:6 45:9 58:18 75:21 | resisted(2) 71:4 71:4 | saw(3) 20:24 38:1 38:1 |
| | | resolution(1) 75:1 | say(38) 14:1 14:5 19:10 21:1 24:15 29:18 29:19 36:2 36:8 36:8 36:8 36:12 36:16 37:23 38:15 46:10 47:10 51:8 52:1 52:1 52:11 52:12 53:7 54:14 56:6 59:18 60:23 61:3 61:18 62:21 63:8 64:20 67:16 69:8 69:19 74:7 76:6 81:18 86:23 |
| protect(3) 68:14 72:16 80:14 | recalling(1) 11:15 | resolve(1) 69:16 | |
| protected(1) 80:13 | receipt(1) 9:10 | resolved(2) 68:3 68:4 | |
| provide(10) 15:14 33:3 44:22 49:17 62:9 63:1 63:14 63:24 76:3 76:7 | receive(1) 58:3 | respect(26) 8:21 9:12 9:14 9:18 9:23 10:7 11:16 11:20 12:24 14:11 15:9 16:2 17:9 22:21 23:16 23:21 27:3 27:7 37:12 45:22 46:15 75:16 77:7 77:8 80:15 82:14 | |
| provided(10) 11:11 11:17 16:15 18:10 30:9 46:1 53:11 53:18 75:20 76:2 | received(1) 58:8 | | saying(14) 23:12 28:17 36:19 39:19 40:9 58:3 58:15 61:8 63:18 67:17 70:23 84:4 86:5 88:2 |
| | recent(1) 34:12 | | |
| provides(2) 54:12 59:10 | recently(3) 13:11 29:24 65:7 | respectfully(1) 42:2 | |
| providing(1) 18:18 | recipients(1) 22:5 | respective(1) 29:8 | says(10) 13:18 17:20 21:11 32:15 53:9 60:5 69:13 72:7 81:21 84:10 |
| provision(2) 54:19 54:23 | recognize(1) 65:3 | response(3) 13:19 60:2 88:18 | |
| prudential(1) 4:6 | recollection(2) 20:11 33:8 | responsibility(1) 80:16 | |
| publish(1) 81:8 | record(5) 11:4 14:9 47:8 74:2 86:21 | responsible(1) 22:23 | scene(1) 86:4 |
| pulling(1) 12:8 | recorded(1) 1:46 | responsive(1) 11:2 | schedule(7) 9:8 12:21 18:2 21:9 62:18 77:15 86:20 |
| pulse(1) 23:23 | recording(2) 1:46 89:1 | rest(2) 28:18 67:4 | |
| punish(2) 67:7 68:8 | redacted(4) 10:3 10:12 11:3 11:7 | restrict(1) 87:11 | |
| punishment(1) 69:7 | redactions(1) 11:22 | result(1) 84:15 | scheduled(3) 71:6 85:7 88:13 |
| purpose(2) 77:21 80:5 | redound(1) 37:15 | retained(1) 53:14 | scheduling(1) 84:23 |
| purposes(7) 10:23 13:5 26:22 26:23 27:1 87:13 87:14 | reduced(1) 69:21 | retirees(3) 30:3 65:11 71:10 | scholer(1) 7:10 |
| | reference(1) 81:10 | return(1) 87:1 | school(1) 82:20 |
| pursuant(2) 55:16 56:5 | references(1) 71:23 | reveal(1) 17:18 | schotz(2) 1:31 8:10 |
| pursue(1) 31:3 | referred(1) 73:18 | review(10) 16:11 16:20 16:22 19:18 19:19 20:22 20:24 22:16 29:20 31:11 | schulte(2) 6:39 6:39 |
| push(1) 40:18 | referring(1) 80:10 | | schwinger(2) 2:15 6:14 |
| put(30) 10:1 16:20 34:9 35:6 36:11 37:9 39:14 51:21 52:6 52:8 52:9 57:24 59:23 59:24 63:7 63:8 63:19 64:2 64:4 64:5 64:5 64:5 64:14 66:9 67:15 68:9 74:1 80:13 85:1 87:16 | reflect(2) 31:24 83:17 | reviewed(3) 21:6 28:3 73:8 | scope(3) 12:10 42:16 76:14 |
| | reflects(1) 77:10 | reviews(1) 62:16 | scott(2) 6:36 6:44 |
| | refresh(1) 20:11 | rhetoric(1) 71:8 | scrambling(1) 72:4 |
| puts(1) 39:19 | regard(4) 12:4 31:20 32:19 54:21 | richard(1) 7:28 | scrubs(1) 57:4 |
| putting(3) 38:22 57:23 66:20 | regarding(6) 11:6 20:18 22:17 22:24 42:24 79:22 | richards(1) 2:26 | search(1) 16:8 |
| pvge(1) 71:12 | | rifkind(1) 5:8 | seated(1) 8:2 |
| | | rights(24) 9:13 10:16 11:4 11:23 12:23 13:5 13:19 14:15 15:6 20:1 29:3 29:14 33:9 52:14 64:11 67:17 67:18 67:20 69:1 69:18 73:7 82:21 83:8 87:22 | second(4) 9:14 30:24 54:1 77:23 |
| quarterly(1) 17:22 | regularly(1) 55:16 | | secondarily(1) 38:9 |
| quash(6) 13:11 13:18 14:13 14:16 34:15 40:6 54:24 64:17 68:21 75:7 75:8 77:8 85:24 86:7 86:12 | reilly(7) 3:7 57:7 57:17 58:22 60:6 60:20 61:12 | | section(3) 53:7 53:8 54:11 |
| | reject(2) 51:15 51:22 | | see(20) 8:11 10:14 10:10 12:11 16:21 16:24 26:5 28:1 33:10 36:10 49:15 50:24 51:10 60:10 60:22 64:9 70:20 70:21 72:17 76:1 76:19 80:8 80:8 80:9 84:5 86:13 |
| quashed(1) 42:4 58:19 75:5 | relate(1) 18:8 | rights(5) 9:9 10:5 25:7 80:14 87:16 | |
| question(8) 9:3 24:12 43:17 56:18 78:22 80:19 84:4 84:24 | related(7) 1:10 10:2 11:1 13:24 17:6 21:3 62:6 | rise(1) 8:21 | |
| | | risk(2) 36:24 39:23 | |
| questions(8) 18:15 18:18 19:5 45:14 56:9 56:10 60:14 72:19 | relatively(2) 28:2 28:4 | road(2) 27:22 41:13 | seeds(1) 48:9 |
| | relevant(9) 18:23 25:20 32:24 33:24 43:14 44:6 55:11 59:5 59:23 | robert(4) 2:15 2:27 6:14 6:21 | seek(1) 87:10 |
| | | rockefeller(1) 2:16 | seeking(5) 9:16 40:6 44:5 46:11 46:12 |
| quick(1) 9:21 | relief(6) 14:24 26:12 26:13 27:2 28:9 | rodney(2) 2:28 35:13 | seem(4) 18:6 27:4 35:22 61:7 |
| quickly(5) 28:4 31:11 32:11 63:16 82:23 | reluctant(1) 48:9 | roitman(1) 6:13 | seemed(1) 79:16 |
| quite(5) 44:4 59:6 65:10 77:16 80:11 | remain(1) 10:13 | role(9) 17:18 17:24 18:21 22:2 22:20 22:22 23:9 47:21 75:22 | seems(4) 52:24 55:10 85:10 88:7 |
| quote(1) 37:1 | remember(9) 11:10 40:5 46:8 49:14 50:5 76:21 76:23 83:13 84:6 | | seen(4) 8:6 37:13 38:11 64:19 |
| qureshi(19) 3:29 10:19 10:20 10:23 11:5 11:19 11:24 14:9 14:10 15:7 19:22 20:2 26:5 26:5 27:3 27:6 28:8 28:13 87:3 | remind(2) 68:22 83:10 | roll(2) 15:23 24:2 | segments(1) 79:6 |
| | repeated(1) 71:23 | rosenman(2) 6:17 6:21 | seife(15) 6:11 29:24 33:13 40:7 65:9 65:20 73:21 74:5 74:10 75:7 75:16 77:9 78:15 78:16 85:2 |
| | repeatedly(3) 44:7 72:7 76:8 | rosner(1) 7:23 | |
| | replete(1) 81:11 | ross(1) 4:39 | |
| rachel(1) 7:18 | report(3) 9:1 9:22 21:18 | roth(2) 6:34 6:39 | |
| raise(4) 14:21 85:9 87:17 87:17 | reported(2) 46:8 76:22 | rudnick(5) 2:47 4:49 12:2 34:19 52:18 | seife/bush(1) 73:11 |
| raised(3) 49:22 68:18 77:23 | reporter(1) 85:22 | rule(10) 13:18 13:23 14:14 39:10 39:10 41:22 58:23 59:8 59:10 85:18 | seiler(1) 3:34 |
| raising(1) 53:3 | represent(1) 27:15 | | select(1) 43:23 |
| ran(1) 16:8 | representation(1) 26:2 | rules(1) 58:17 | selected(9) 44:21 44:21 47:7 47:19 49:22 50:1 62:2 62:11 62:15 |
| | | ruling(1) 73:8 | |
| | | rulings(1) 86:21 | |
| | | run(4) 9:30 30:24 41:9 64:19 | |
| | | running(1) 9:8 | |

| Word | Page:Line |
|------|-----------|

**selecting**(1) 32:6
**selection**(2) 16:12 78:20
**selections**(1) 49:24
**self**(2) 71:14 71:18
**sell**(1) 18:3
**seller**(1) 5:49
**send**(1) 64:13
**sending**(1) 77:21
**senior**(5) 45:10 72:11 76:5 78:5 81:4
**sense**(4) 37:22 65:4 65:22 81:14
**sensitive**(1) 25:15
**sent**(6) 13:14 21:4 21:6 28:17 30:13 39:8
**separates**(1) 38:4
**seriously**(1) 35:19
**serve**(3) 31:1 37:17 77:20
**served**(7) 13:14 34:15 41:6 41:15 42:3 75:8 77:10
**service**(1) 1:40 1:47 58:10 68:8
**services**(3) 1:40 55:20 58:21
**serving**(1) 67:8
**set**(6) 13:12 39:20 44:18 45:20 63:14 64:7
**settlement**(10) 45:24 63:6 72:12 76:5 76:15 78:7 83:12 83:17 83:18 84:12 84:18
**settlements**(1) 49:18
**seven**(1) 2:49
**several**(2) 8:12 72:23
**shall**(1) 54:12
**shamah**(1) 4:46
**shannon**(1) 5:10
**share**(2) 19:11 20:5
**sharp**(2) 37:15 52:24
**shaw**(1) 7:26
**she**(4) 20:3 20:6 70:14 78:4
**she's**(3) 70:13 70:16 78:8
**shed**(1) 22:1
**sheds**(1) 20:20
**sheer**(1) 59:19
**shelton**(3) 38:20 38:21 41:20
**short**(1) 15:4
**should**(35) 11:2 14:1 14:2 15:17 16:13 19:19 20:9 20:16 24:12 25:17 27:20 28:1 28:11 29:12 35:6 37:10 37:19 37:20 38:2 42:1 44:11 47:17 48:22 51:23 63:12 67:1 68:21 73:15 75:5 75:6 75:8 79:6 84:11 85:20 85:21
**shouldn't**(2) 53:4 84:8
**show**(2) 24:24 63:16
**showing**(2) 18:16 27:8
**shown**(1) 45:11
**shows**(5) 21:12 21:15 21:17 21:19 84:5
**shughart**(1) 4:11
**side**(7) 11:8 26:2 48:8 54:17 60:22 61:1 77:17
**sides**(1) 62:12
**sidley**(1) 1:25 4:32 24:17 27:14
**siegel**(12) 2:48 12:1 12:2 12:23 13:1 13:3 52:15 52:18 52:18 55:21 56:19 57:5
**sieger**(2) 6:17 6:22
**signed**(2) 34:6 81:10
**significant**(3) 25:12 78:10 78:12
**significantly**(1) 24:19
**simes**(1) 5:25
**similar**(3) 13:18 17:18 56:10
**simple**(3) 25:7 44:8 71:9
**simply**(9) 38:17 44:4 46:24 47:16 49:16 62:13 66:3 71:21 77:20
**since**(1) 78:4
**single**(3) 66:9 66:10 69:1
**sit**(4) 24:17 44:12 50:6 67:13
**situation**(4) 24:15 25:15 76:13 88:10
**six**(2) 21:14 30:1
**slater**(1) 7:6
**slice**(1) 68:16
**slightly**(2) 21:11 34:10

**small**(4) 10:2 27:9 28:2 50:4
**smith**(20) 30:2 31:14 33:12 34:3 44:17 45:1 45:3 45:22 46:13 50:16 51:7 51:8 62:4 70:11 71:1 71:3 73:20 76:3 76:6 78:21
**smith's**(2) 50:7 56:9
**smoke**(2) 40:16 73:18
**solely**(1) 19:19
**solvency**(2) 18:8 18:9
**some**(31) 10:2 14:5 20:21 21:20 29:8 29:20 30:13 31:5 34:5 36:4 37:15 39:13 40:15 44:3 44:13 44:14 45:20 51:12 51:13 53:1 53:5 54:2 55:4 66:4 66:7 67:11 73:14 74:9 78:19 83:21 84:24
**somebody**(1) 37:6
**somehow**(3) 32:5 49:22 53:23
**someone**(7) 23:16 25:19 48:23 51:21 58:5 58:6 68:11
**someone's**(1) 50:11
**something**(12) 15:22 29:11 40:14 50:5 52:11 59:11 65:18 75:17 75:19 84:7 84:9 88:12
**sometimes**(5) 43:14 43:14 48:7 55:14 84:1
**soon**(3) 10:3 86:19 86:20
**sooner**(1) 86:22
**sorry**(2) 53:8 86:10
**sort**(10) 12:6 23:22 36:14 36:14 36:16 37:9 53:3 60:16 61:4 64:19
**sottile**(1) 2:21
**sought**(2) 49:8 71:21
**sound**(2) 1:46 89:1
**sources**(1) 51:18
**south**(1) 1:27
**spaeder**(2) 2:20 6:25
**speak**(1) 52:22
**speaking**(3) 11:20 49:5 53:4
**special**(5) 40:10 67:24 68:1 68:5 68:23
**specific**(3) 34:14 45:14 81:11
**specifically**(2) 26:17 73:23
**specifics**(2) 45:19 76:16
**speed**(1) 57:11
**sperling**(1) 7:6
**spoke**(3) 50:10 56:7 69:12
**spoken**(2) 48:14 48:20
**spreadsheet**(1) 18:5
**sprinkled**(2) 30:18 31:13
**square**(2) 2:28 2:49
**squarely**(1) 15:12
**stake**(1) 67:19
**stakes**(1) 17:9
**stand**(10) 25:17 36:12 38:22 52:7 52:8 52:10 67:16 68:10 85:6 88:7
**standards**(1) 39:4
**standing**(1) 32:6
**stands**(2) 9:22 87:4
**stanley**(2) 6:29 35:13
**stargatt**(1) 3:41
**start**(1) 12:10
**starting**(2) 8:5 20:23
**starts**(1) 17:3
**state**(1) 46:17
**statement**(4) 29:9 32:12 69:19 81:11
**statements**(4) 52:21 73:3 73:19 75:22
**states**(2) 1:1 1:21
**statistic**(1) 16:1
**status**(1) 12:6
**stearn**(1) 2:27
**stephen**(1) 2:40
**stetson**(1) 4:7
**still**(3) 10:13 26:13 88:7
**stone**(1) 65:3
**stood**(1) 40:17
**stop**(1) 65:8
**stopped**(1) 22:5
**strange**(2) 60:19 60:21

**strategy**(1) 77:10
**strauss**(3) 3:27 5:41 77:2
**street**(9) 1:13 1:41 2:7 2:22 2:29 2:42 3:15 3:44 4:19
**strictly**(1) 54:3
**strip**(3) 46:2 46:4 51:5
**stromberg**(1) 4:39
**struck**(3) 24:5 41:17 60:21
**struggling**(1) 38:21
**stuff**(2) 63:8 63:9
**subject**(6) 14:22 15:4 33:14 54:19 55:6
**submit**(11) 44:1 47:1 48:13 49:6 61:18 61:20 62:8 62:22 62:24 85:11 87:19
**submitted**(2) 45:21 63:20
**subpoena**(20) 34:15 40:21 42:20 43:3 43:5 43:6 54:20 55:8 56:5 58:2 58:4 58:8 58:10 58:11 58:17 58:19 60:18 61:9 61:9 77:20
**subpoenaed**(6) 40:8 40:23 41:3 42:14 58:1 59:20
**subpoenas**(12) 13:20 40:6 41:6 42:3 48:20 64:17 69:14 75:7 75:8 77:8 77:10 77:22
**subsequent**(1) 15:16
**subset**(3) 16:21 20:4 27:9
**substance**(3) 22:15 50:19 51:3
**substantial**(1) 15:18
**substantially**(1) 69:21
**substantive**(3) 22:1 22:3 22:13
**succeed**(1) 14:23
**such**(5) 10:11 36:23 39:2 42:12 53:12
**suddenly**(1) 66:3
**sued**(1) 24:23
**sufficient**(1) 68:4
**suggest**(8) 62:20 63:22 65:21 74:3 74:15 77:15 78:13 85:9
**suggested**(2) 20:14 35:5
**suggesting**(2) 37:15 63:3
**suggestion**(3) 26:4 58:9 59:17
**suggests**(3) 36:22 38:7 77:9
**suite**(5) 1:34 2:7 2:22 4:6 4:13
**summarily**(2) 51:15 51:22
**sunday**(1) 12:19
**support**(3) 46:20 71:13 71:18
**supporters**(1) 85:16
**supporting**(1) 71:15
**suppose**(1) 47:6
**supposed**(2) 52:6 83:6
**sure**(3) 24:15 54:7 62:23
**surprised**(2) 60:23 61:1
**surprising**(1) 73:24
**surprisingly**(3) 17:17 21:17 22:8
**surrounding**(2) 17:7 24:12
**suttonbrook**(1) 5:34
**system**(1) 39:3
**tae**(1) 6:40
**take**(35) 9:24 10:9 14:23 28:6 28:9 30:19 32:7 34:4 35:1 35:3 35:7 35:7 36:6 51:16 54:1 55:22 56:21 57:19 58:4 58:12 59:12 60:8 60:22 63:5 65:16 65:22 66:4 66:22 66:23 74:4 74:12 75:5 78:14 80:16 82:4
**taken**(14) 30:7 30:17 31:12 31:17 43:9 45:16 60:17 61:8 68:6 70:5 71:6 76:4 78:1 83:21
**takes**(1) 15:7
**taking**(5) 41:1 41:19 51:19 66:5 86:13
**talk**(3) 13:21 17:1 85:2
**talked**(4) 38:20 57:21 59:12 83:19
**talking**(11) 55:22 55:23 32:17 39:5 48:18 48:19 62:3 71:12 74:8 80:12 84:1
**talks**(1) 58:23
**targeted**(1) 29:17

**task**(2) 65:5 66:20
**taylor**(1) 3:41
**technical**(1) 20:22
**teitelbaum**(2) 29:24 33:13
**telephone**(1) 13:8
**telephonic**(4) 4:24 5:1 6:2 7:3
**tell**(15) 12:10 19:17 20:8 20:8 24:4 26:6 32:22 40:22 40:23 59:12 59:16 59:22 61:14 66:16 74:21
**telling**(1) 26:4
**ten**(1) 77:17
**term**(2) 32:10 61:2
**terms**(14) 10:3 10:12 14:24 15:10 17:2 17:15 27:22 39:21 40:5 49:5 50:19 76:17 80:13 88:12
**territory**(1) 61:5
**test**(1) 9:5
**testified**(5) 17:8 37:23 49:10 51:7 55:5
**testify**(15) 20:14 37:14 42:16 43:21 45:4 48:17 51:20 51:24 52:4 56:5 56:13 56:14 56:15 59:1 79:18
**testifying**(3) 39:15 43:20 70:16
**testimonies**(2) 50:14 50:15
**testimony**(20) 11:12 11:16 27:23 33:6 43:19 47:2 49:16 49:17 50:8 50:24 51:2 51:3 51:5 51:12 59:4 59:22 63:2 75:19 76:3 78:6
**than**(19) 15:21 22:3 23:10 29:11 39:9 40:14 43:21 46:2 48:6 50:12 51:8 63:10 68:6 71:3 72:23 73:12 74:5 77:14 86:22
**thane**(2) 50:15 78:1
**thank**(37) 10:18 11:9 11:23 13:3 15:6 19:7 19:24 28:13 28:14 29:1 29:14 42:7 49:19 49:20 52:12 57:5 57:15 57:17 61:11 61:12 64:15 64:16 65:14 69:8 72:20 72:21 73:5 73:7 75:11 75:13 76:23 82:16 84:22 85:22 87:21 88:16 88:19
**thanks**(1) 11:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that**(301) | 8:6 8:15 8:22 9:4 9:5 9:6 9:10 9:12 9:16 9:24 10:1 10:5 10:9 10:10 10:14 10:21 10:24 10:24 11:1 11:3 11:4 11:5 11:7 11:11 11:16 11:21 12:7 12:9 12:11 12:14 12:20 12:22 13:13 13:14 13:15 13:20 14:1 14:5 14:7 14:14 14:15 15:2 15:7 15:8 15:11 15:11 15:16 15:17 15:17 16:1 16:3 16:5 16:6 16:9 16:12 16:17 16:22 16:24 17:1 17:4 17:5 17:8 17:11 17:13 17:14 17:17 17:18 17:21 17:22 18:2 18:4 18:6 18:8 18:10 18:10 18:11 18:18 18:19 19:1 19:4 19:11 19:12 19:15 19:17 20:3 20:5 20:13 21:1 21:4 21:6 21:10 21:13 21:18 21:19 21:22 22:1 22:12 22:16 22:17 22:19 22:20 22:20 22:22 22:23 23:7 23:8 23:9 23:12 23:15 24:6 24:9 24:11 24:24 25:2 25:8 25:16 25:17 26:1 26:3 26:4 26:6 26:8 26:10 26:16 26:20 26:22 27:2 27:7 27:12 27:14 27:19 27:21 27:23 28:4 28:5 28:19 28:21 28:22 28:22 29:9 29:11 29:20 29:23 30:1 30:13 30:13 30:15 30:17 30:18 30:18 30:24 31:1 31:1 31:4 31:6 31:13 31:19 31:23 32:1 32:4 32:5 32:5 32:7 32:11 32:11 32:16 32:18 32:19 32:24 33:8 33:10 34:2 34:6 34:6 34:24 35:4 35:5 35:9 36:2 36:4 36:19 36:19 36:19 36:21 36:22 36:22 37:4 37:13 37:15 37:22 37:23 38:2 38:4 38:7 38:17 38:18 38:19 38:13 38:15 38:24 39:1 39:2 39:7 39:8 39:8 39:11 39:13 39:13 39:16 39:19 40:4 40:7 40:12 40:16 40:23 41:1 41:6 41:7 41:11 41:11 41:12 41:19 42:3 42:16 42:22 42:23 43:18 43:22 44:1 44:4 44:4 44:8 44:10 44:12 44:18 44:19 45:1 45:4 45:11 46:3 46:13 46:23 46:23 47:6 47:8 47:15 47:16 48:1 48:6 48:9 48:12 48:12 49:7 49:22 49:22 49:23 49:24 50:2 50:6 50:15 50:18 50:19 50:21 50:22 50:23 50:24 51:12 51:15 51:17 51:21 53:1 53:3 53:4 53:8 53:20 53:22 53:24 54:1 54:7 54:12 54:19 54:20 55:1 55:2 55:5 55:9 55:15 56:2 56:11 56:11 56:13 56:18 56:23 57:1 57:12 57:20 57:23 58:7 58:9 | **the**(301) | 1:1 1:2 1:20 2:4 3:43 6:9 8:2 8:5 8:5 8:8 8:10 8:11 8:12 8:14 8:15 8:15 8:17 8:19 8:21 8:21 8:22 8:23 8:23 9:3 9:3 9:7 9:7 9:8 9:13 9:14 9:15 9:16 9:17 9:19 9:19 9:20 9:24 10:7 10:7 10:13 10:14 10:14 10:14 10:16 10:22 10:24 11:1 11:8 11:8 11:9 11:10 11:16 11:18 11:21 11:21 11:22 11:23 12:6 12:8 12:10 12:10 12:12 12:13 12:14 12:16 12:17 12:19 12:20 12:20 12:22 12:23 13:2 13:4 13:5 13:9 13:12 13:12 13:14 13:18 13:19 13:22 13:24 14:1 14:2 14:2 14:5 14:7 14:9 14:14 14:14 14:14 14:15 14:15 14:16 14:21 14:22 14:24 15:1 15:2 15:4 15:6 15:13 15:18 15:19 15:19 15:20 15:22 15:24 16:1 16:3 16:7 16:11 16:13 16:13 16:13 16:14 16:15 16:16 16:19 16:21 16:23 17:3 17:4 16:17 16:17 17:8 17:12 17:12 17:13 17:15 17:17 17:18 17:19 17:21 17:21 18:1 18:2 18:3 18:4 18:5 18:10 18:14 18:15 18:15 18:17 18:18 18:20 18:21 18:22 18:23 19:1 19:3 19:5 19:7 19:14 19:15 19:18 19:19 19:21 20:1 20:3 20:5 20:7 20:8 20:11 20:13 20:13 20:15 20:18 20:19 20:19 21:20 21:21 21:22 22:2 22:3 22:6 22:8 22:9 22:9 22:10 22:10 22:19 22:21 22:24 22:24 22:9 23:4 23:5 23:7 23:10 23:12 23:16 23:18 23:19 23:21 23:22 23:23 23:24 24:2 24:4 24:5 24:6 24:6 24:7 24:12 24:12 24:16 24:17 24:21 25:6 25:6 25:7 25:9 25:11 25:14 25:16 25:17 25:19 26:2 26:2 26:7 26:8 26:9 26:12 26:13 26:14 26:15 26:19 26:21 27:1 27:2 27:3 27:7 27:10 27:12 27:14 27:16 27:21 27:23 28:6 28:6 28:7 28:9 28:9 28:11 28:15 28:16 28:18 28:18 28:19 28:21 29:9 29:5 29:13 29:17 29:18 29:20 29:21 30:5 30:6 30:7 30:8 30:10 30:17 30:18 30:19 30:20 30:22 31:1 31:3 31:4 31:6 31:10 31:20 31:21 31:22 32:1 | **the**(301) | 32:3 32:5 32:7 32:8 32:10 32:10 32:12 32:13 32:14 32:15 32:17 32:22 32:23 32:23 32:24 33:4 33:4 33:11 33:12 33:13 33:14 33:14 33:22 33:23 33:24 34:7 34:4 34:4 34:6 34:7 34:7 34:11 34:14 34:15 35:1 35:3 35:5 35:5 35:7 35:11 35:12 35:13 35:15 35:16 35:17 35:18 35:18 35:22 36:4 36:6 36:7 36:9 36:11 36:13 36:14 36:16 37:3 37:6 37:8 37:10 37:10 37:12 37:16 37:16 37:21 37:22 38:38:3 38:4 38:5 38:5 38:5 38:9 38:13 38:14 38:20 38:21 38:21 38:22 38:23 39:39:3 39:3 39:4 39:7 39:8 39:10 39:10 40:5 40:6 40:10 40:12 40:15 40:16 40:16 40:19 40:20 40:20 41:1 41:4 41:4 41:5 41:5 41:6 41:7 41:9 41:13 41:13 41:14 42:5 42:6 42:9 42:10 42:16 42:18 42:20 42:22 42:23 42:24 43:3 43:5 43:5 43:9 43:10 43:11 43:13 43:15 43:17 43:18 44:2 44:2 44:3 44:5 44:6 44:7 44:8 44:10 44:15 44:17 44:23 44:23 45:1 45:5 45:6 45:7 45:9 45:10 45:12 46:2 46:3 46:4 46:5 46:7 46:7 46:9 46:13 46:16 46:20 46:22 47:3 47:17 47:3 47:5 47:8 47:12 47:12 47:13 47:15 47:16 47:19 47:20 47:24 48:1 48:4 48:4 48:5 48:6 48:8 48:9 48:11 48:11 48:18 48:19 48:21 49:4 49:4 49:7 49:7 49:8 49:11 49:12 49:13 49:13 49:15 49:18 49:19 49:20 49:22 50:1 50:2 50:6 50:7 50:8 50:19 50:19 50:20 51:1 51:1 51:2 51:2 51:3 51:4 51:4 51:5 51:6 51:10 51:11 51:12 51:13 51:13 51:13 51:15 51:15 51:21 51:23 52:1 52:2 52:3 52:5 52:7 52:8 52:9 52:10 52:14 52:16 52:21 52:23 52:24 53:3 53:7 53:8 53:9 53:13 53:13 53:15 53:16 53:18 53:18 53:19 54:1 54:3 54:4 54:6 54:8 54:10 54:11 54:17 54:19 54:23 54:23 54:24 55:3 55:3 55:6 55:8 | **the**(301) | 55:9 55:9 55:11 55:13 55:14 55:16 55:16 55:19 55:9 56:2 56:5 56:6 56:8 56:10 56:11 56:13 56:16 56:22 57:2 57:3 57:5 57:7 57:9 57:11 57:11 57:13 57:14 57:16 57:19 58:1 58:2 58:4 58:6 58:6 58:7 58:9 58:10 58:12 58:16 58:7 58:17 58:18 58:20 58:23 59:1 59:1 59:5 59:6 59:8 59:9 59:9 59:13 59:16 59:22 59:24 60:2 60:2 60:3 60:5 60:8 60:15 60:19 60:22 61:1 61:2 61:11 61:13 61:13 61:15 61:18 61:19 61:21 61:23 62:1 62:2 62:3 62:4 62:13 62:15 62:15 62:17 62:18 62:21 62:21 63:2 63:6 63:6 63:8 63:9 63:15 63:18 63:19 63:19 63:20 64:6 64:11 64:15 64:16 64:17 64:17 64:19 64:20 64:21 64:22 64:23 64:24 65:1 65:9 65:15 65:15 66:1 66:5 66:6 66:10 66:11 66:12 66:14 66:15 66:17 66:19 66:20 67:1 67:3 67:3 67:4 67:4 67:10 67:14 67:15 67:21 68:2 68:3 68:4 68:4 68:7 68:7 68:8 68:12 68:14 68:14 68:15 68:17 68:17 68:18 68:23 69:3 69:3 69:4 69:5 69:5 69:10 69:16 69:18 69:19 69:21 69:21 69:22 70:1 70:3 70:5 70:9 70:11 70:11 70:11 70:13 70:15 70:18 70:19 70:21 70:21 70:23 70:24 71:5 71:8 71:10 71:12 71:13 71:14 71:15 71:17 71:22 71:22 71:24 72:2 72:3 72:8 72:9 72:9 72:9 72:10 72:11 72:13 72:14 72:16 72:16 72:17 72:20 72:24 73:1 73:1 73:3 73:4 73:4 73:4 73:5 73:7 73:8 73:9 73:10 73:11 73:11 73:17 73:17 73:18 73:19 73:20 73:22 74:2 74:4 74:7 74:11 74:12 74:18 74:21 74:22 74:22 75:3 75:6 75:6 75:7 75:8 75:9 75:10 75:13 75:15 75:17 75:19 75:19 75:20 75:20 75:21 75:22 76:1 76:2 76:4 76:4 76:5 76:5 76:7 76:8 76:13 76:17 76:19 76:19 76:21 77:5 77:7 77:8 77:8 77:15 77:17 77:19 77:19 77:21 77:21 77:23 77:23 77:24 78:2 78:4 78:5 78:6 78:7 78:9 78:11 78:11 78:12 78:13 78:13 78:14 78:15 78:16 78:19 78:19 78:20 78:21 78:22 78:23 78:23 78:24 79:3 79:3 79:6 79:9 79:10 79:11 79:11 79:12 |
| **that**(173) | 58:18 58:22 59:4 59:6 59:10 59:10 59:13 59:17 59:18 59:18 60:3 60:9 60:11 60:12 60:15 61:1 61:2 61:8 61:21 62:9 62:10 62:12 62:24 63:4 63:4 63:9 63:17 63:20 64:3 64:3 64:6 64:8 64:10 64:20 65:3 65:4 65:6 65:10 65:15 65:21 65:21 66:1 66:1 66:4 66:6 66:10 66:18 66:19 66:19 66:23 67:2 67:8 68:10 68:17 68:18 68:22 69:1 69:14 69:18 69:19 69:20 69:22 70:20 70:21 70:24 71:9 71:14 71:19 71:21 72:1 72:5 72:9 72:12 72:18 73:3 73:8 73:18 73:20 73:20 73:21 73:22 73:22 74:1 74:2 74:3 74:3 74:15 74:23 75:4 75:17 75:19 75:21 76:8 76:13 76:17 76:19 76:20 77:4 77:9 77:15 77:20 77:21 77:23 77:24 78:6 78:13 78:15 78:23 79:4 79:7 79:7 79:11 79:14 79:14 79:14 80:1 80:3 80:9 80:23 81:8 81:14 81:17 81:24 82:2 82:2 82:3 82:4 82:10 83:7 83:8 83:14 83:16 83:19 83:20 84:5 84:7 84:12 84:14 84:15 84:16 84:18 84:19 84:21 85:3 85:7 85:11 85:12 85:13 85:15 85:17 85:18 85:22 86:5 86:11 86:14 86:15 86:20 86:21 86:23 87:4 87:5 87:9 87:11 87:17 87:19 87:20 88:3 88:7 88:9 88:11 88:15 88:19 88:24 | | | | | |
| **that's**(61) | 11:17 13:18 14:3 15:24 17:23 19:5 20:5 20:15 21:14 25:1 26:3 27:9 27:17 28:12 28:19 28:24 30:16 32:2 32:14 32:20 34:5 34:22 36:10 38:15 41:18 46:14 47:17 48:10 49:8 49:14 51:10 52:5 53:2 55:2 55:6 56:3 56:5 59:3 59:19 60:5 60:24 61:16 61:17 64:6 65:3 67:17 68:13 68:16 68:19 69:7 69:8 71:20 72:14 73:2 74:9 74:20 75:18 76:22 77:12 81:24 85:4 | | | **the**(137) | 79:13 79:14 79:18 79:18 79:20 79:21 79:22 79:22 79:23 79:24 79:24 79:24 80:1 80:4 80:5 80:5 80:7 80:8 80:9 80:9 80:15 80:16 80:18 80:19 80:21 80:21 80:22 80:22 81:3 81:4 81:5 81:6 81:8 81:9 81:10 81:12 81:13 81:13 81:15 81:16 81:18 81:18 81:20 81:21 81:22 81:24 82:2 82:2 82:11 82:12 82:12 82:15 82:17 82:18 82:21 82:21 82:22 83:3 83:5 83:7 83:9 83:10 83:11 83:11 83:12 83:14 83:16 83:17 83:17 83:17 83:18 83:23 84:1 84:4 84:5 84:5 84:5 84:11 84:12 84:13 84:13 84:15 84:18 84:18 84:19 84:20 84:21 85:1 85:1 85:2 85:3 85:4 85:4 85:6 85:7 85:11 85:12 85:16 85:19 85:21 86:1 86:2 86:3 86:4 86:4 86:4 86:9 86:13 86:13 86:15 86:15 86:16 86:19 86:21 87:1 87:5 87:8 87:10 87:10 87:11 87:11 87:14 87:15 87:22 88:4 88:16 88:17 88:19 88:21 88:24 89:1 89:1 89:2 |
| | | | | | | **their**(48) | 17:9 27:17 27:19 27:22 31:13 32:5 32:6 32:6 33:16 33:20 33:23 33:24 34:24 35:21 35:22 36:3 36:5 36:9 37:11 42:14 42:15 43:2 43:16 47:21 49:23 49:24 50:1 51:21 52:12 55:24 56:21 65:16 65:17 66:3 66:22 67:2 67:4 68:15 71:1 71:18 75:22 80:16 80:17 81:11 81:14 81:17 82:13 85:24 |

| Word | Page:Line |
|---|---|
| **them**(63) | 13:4  13:21  13:22  13:22  15:17  16:2  16:4  16:5  16:10  16:24  19:4  19:16  20:4  20:5  20:23  21:5  23:4  26:16  26:18  34:16  34:24  35:5  36:20  37:12  37:14  37:21  37:22  38:4  38:10  38:16  40:22  40:23  42:6  48:2  48:22  52:12  56:15  63:15  63:16  64:11  64:23  65:2  65:6  66:3  66:17  66:20  67:7  67:8  67:8  68:8  68:16  68:19  69:7  72:12  73:14  75:5  79:2  82:19  82:23  83:1  86:1  88:8 |
| **themselves**(2) | 16:19  38:13 |
| **then**(19) | 19:23  20:8  22:24  23:5  24:1  28:8  35:6  38:9  40:1  40:9  41:14  54:13  54:21  56:3  58:8  61:22  62:20  64:14  82:13 |
| **there**(56) | 8:13  8:23  9:4  10:1  10:10  11:5  12:3  13:17  13:17  14:12  15:18  16:2  16:4  16:8  16:24  17:20  18:7  18:13  22:7  23:8  25:12  32:2  34:5  35:17  39:16  43:10  44:12  47:12  47:24  50:14  50:20  50:23  51:22  51:22  55:12  55:14  55:22  56:1  56:19  58:13  59:2  60:9  63:5  63:8  69:20  70:10  72:23  74:14  75:17  82:6  83:20  83:22  84:9  84:10  85:20  87:22 |
| **there's**(32) | 9:10  9:20  18:5  20:6  21:12  23:14  32:12  36:2  36:21  38:6  44:11  46:16  48:4  49:6  50:13  51:19  53:22  54:14  54:19  54:21  58:9  67:12  69:13  70:12  72:7  74:8  74:14  76:13  83:13  83:21  84:9  87:7 |
| **therefore**(2) | 15:11  78:11 |
| **therese**(2) | 4:5  19:9 |
| **these**(63) | 18:18  18:21  19:12  25:13  27:11  29:8  30:19  31:1  32:16  33:8  33:15  34:6  34:12  34:16  37:13  37:15  37:19  37:20  38:18  39:5  41:19  45:20  46:23  47:6  47:15  47:14  48:20  48:20  49:2  51:16  51:24  61:19  62:7  62:22  62:23  63:5  64:3  64:24  65:6  65:10  65:19  65:21  65:22  66:17  66:18  67:12  68:8  69:14  69:14  69:16  69:23  71:20  72:19  75:1  77:9  78:24  80:10  80:12  83:1  83:6  88:3  88:4 |
| **they**(154) | 9:23  9:24  10:9  12:8  12:9  13:15  15:2  15:2  15:3  16:19  18:14  21:9  22:1  23:1  23:2  26:17  27:21  27:23  28:17  30:1  30:6  30:18  30:20  30:24  31:1  31:3  31:8  32:7  32:8  32:19  32:24  33:13  33:16  33:19  33:21  33:21  33:21  33:24  34:1  34:2  34:7  34:22  34:23  35:1  35:3  35:4  35:5  35:6  35:7  36:1  36:6  36:6  36:8  36:12  36:12  36:13  36:13  36:14  36:16  36:17  36:17  36:18  36:20  36:20  37:10  37:12  37:23  37:23  38:1  38:1  38:14  40:9  40:14  40:21  40:21  41:3  41:3  41:4  41:6  41:7  41:8  41:8  41:10  41:11  41:13  41:15  41:15  42:13  43:16  43:20  44:14  46:8  47:7  47:14  50:3  50:24  51:14  51:16  51:21  52:9  53:21  53:21  54:3  58:11  60:12  62:24  65:7  65:7  65:18  66:1  66:3  66:4  66:18  66:22  66:23  67:5  67:6  67:7  67:7  67:18  67:19  68:1  68:20  68:22  69:1  69:1  69:6  70:23  70:24  72:10  73:15  73:16  74:1  75:9  75:21  76:9  76:10  76:22  76:23  78:1  78:13  79:5  79:18  80:1  80:2  80:22  80:22  81:7  81:7  81:8  81:17  82:7  83:18  86:2 |
| **they'd**(1) | 40:7 |
| **they'll**(2) | 10:11  37:23 |
| **they're**(47) | 12:8  19:15  33:14  35:16  35:17  36:8  36:10  37:3  37:7  37:16  38:4  38:4  38:5  43:19  49:3  50:1  51:1  51:3  51:4  51:16  53:20  60:23  65:22  66:2  66:7  66:12  66:13  66:16  67:9  67:24  68:1  68:5  68:5  68:7  68:9  68:10  68:10  68:12  68:20  68:22  72:13  79:2  79:19  86:1  86:4  86:5 |
| **they've**(17) | 19:12  31:4  31:17  33:15  34:3  34:16  35:15  35:17  38:10  44:22  66:2  66:6  66:12  66:13  73:20  82:7  82:9 |
| **thing**(17) | 30:12  32:3  38:3  38:3  38:9  39:12  37:22  56:2  52:1  57:24  59:3  61:18  73:19  74:7  79:18  80:1  83:9 |
| **things**(11) | 18:16  36:2  44:13  49:21  54:5  55:5  55:15  56:13  61:7  79:12  83:16 |
| **think**(67) | 8:23  9:20  10:5  12:13  13:10  13:13  16:22  18:19  18:20  19:11  21:11  23:20  25:17  28:21  31:6  32:9  36:3  36:10  38:1  39:4  40:2  40:15  41:19  41:23  42:1  50:8  50:23  55:2  59:15  59:17  59:19  60:12  61:20  63:10  65:7  65:15  65:22  66:1  66:4  66:11  66:18  67:11  68:21  69:15  69:18  73:4  74:1  74:12  75:2  75:4  75:6  75:8  75:11  79:1  79:12  80:3  80:11  81:23  82:1  82:2  84:9  84:10  84:15  86:7  86:7  87:7 |
| **thinking**(3) | 36:4  37:11  84:16 |
| **third**(2) | 32:14  37:2 |
| **this**(90) | 9:10  9:10  12:23  13:13  13:16  20:11  20:16  22:17  23:13  24:4  24:13  31:6  31:16  31:16  32:24  33:3  33:5  33:7  33:10  34:10  34:11  34:19  34:21  35:4  36:5  36:22  37:4  37:9  38:7  38:12  39:4  39:8  40:5  40:18  40:19  41:9  41:13  41:14  42:11  42:2  47:15  48:10  49:1  49:8  50:12  51:20  51:20  52:2  52:11  54:5  54:10  55:6  57:1  57:11  59:3  60:21  62:17  63:15  64:20  67:10  67:1  67:16  67:18  67:21  68:3  68:19  68:22  70:1  71:16  71:16  72:3  73:10  76:14  76:20  77:7  77:14  80:6  80:13  81:20  81:21  81:24  82:3  84:7  84:8  84:16  85:24  86:3  87:16  88:1 |
| **thomas**(1) | 2:14 |
| **those**(51) | 8:14  9:2  10:4  10:11  10:12  11:1  14:17  14:19  14:19  14:22  14:23  15:5  15:7  15:15  16:7  16:11  16:16  16:19  17:14  18:4  21:2  21:3  21:6  23:3  23:4  23:5  24:24  25:2  30:9  30:16  31:8  33:1  35:3  36:6  44:20  46:12  48:11  50:14  56:8  61:7  69:8  77:21  78:12  78:15  79:13  79:14  81:10  83:13  84:11  85:15  86:21 |
| **though**(2) | 34:23  48:8 |
| **thought**(13) | 33:24  40:1  40:13  41:8  41:10  41:12  41:12  41:16  49:23  50:9  50:21  51:9  65:9 |
| **thoughts**(1) | 36:19 |
| **thousands**(3) | 27:11  77:18  77:18 |
| **three**(8) | 15:8  31:9  71:13  74:16  82:14  85:3  85:12  85:15 |
| **through**(17) | 15:21  27:11  28:19  30:18  31:13  32:5  33:7  33:10  45:9  49:23  53:4  53:23  61:23  66:10  76:16  80:24  86:18 |
| **throughout**(2) | 81:12  81:12 |
| **thursday**(1) | 20:21 |
| **thus**(1) | 49:12 |
| **till**(4) | 40:12  82:17  82:19  86:16 |
| **time**(24) | 9:7  20:13  24:13  26:5  29:17  38:20  39:9  40:7  42:6  43:14  47:15  47:16  54:18  55:11  69:1  72:2  74:12  76:19  77:19  85:24  86:6  86:23  87:17  88:7 |
| **timeframe**(1) | 18:22 |
| **times**(8) | 2:49  17:11  20:18  21:2  21:2  21:12  53:16  54:7 |
| **timing**(1) | 40:5 |
| **today**(28) | 8:11  9:11  9:21  10:3  11:6  12:9  13:16  15:20  19:23  28:24  44:2  44:10  46:10  52:21  57:13  62:21  63:24  65:19  68:18  69:22  74:4  74:6  74:8  80:6  83:11  83:22  87:23  88:17 |
| **together**(4) | 16:20  35:6  64:14  80:13 |
| **told**(10) | 9:6  10:1  10:8  11:11  15:20  19:12  27:2  31:19  63:4  85:21 |
| **tom**(1) | 29:4 |
| **tomorrow**(7) | 12:9  31:21  83:12  85:8  85:8  85:14  85:21 |
| **too**(11) | 14:3  24:9  32:10  41:16  46:24  48:7  60:21  66:15  68:20  74:11  85:16 |
| **took**(5) | 17:4  50:15  54:4  66:10  82:18 |
| **topic**(2) | 21:18  22:17 |
| **torres**(1) | 7:21 |
| **total**(2) | 15:18  79:3 |
| **totally**(1) | 48:15 |
| **toward**(1) | 16:18 |
| **traci**(1) | 89:6 |
| **track**(1) | 64:19 |
| **traffic**(1) | 83:16 |
| **transaction**(3) | 9:17  10:7  51:1 |
| **transactions**(4) | 9:18  9:19  10:11  11:13 |
| **transcript**(11) | 1:19  1:47  44:20  44:23  61:22  62:1  62:4  62:14  70:20  76:19  89:1 |
| **transcription**(2) | 1:40  1:47 |
| **transcripts**(22) | 49:15  51:10  51:11  61:19  72:18  76:2  79:14  79:12  79:13  80:4  80:5  80:12  80:17  82:11  82:13  82:22  82:22  83:23  83:23  83:21  84:11  86:19 |
| **transfer**(1) | 14:6 |
| **transferred**(1) | 14:2 |
| **transparent**(1) | 47:1 |
| **transpired**(1) | 42:15 |
| **treated**(1) | 37:12 |
| **treatises**(1) | 13:24 |
| **treatment**(1) | 72:24 |
| **trehan**(1) | 5:26 |
| **tremendous**(1) | 77:18 |
| **trial**(22) | 14:2  23:8  31:22  39:22  47:12  47:13  47:14  47:21  47:24  55:20  58:21  59:1  59:1  59:8  59:10  61:4  65:2  65:5  71:1  77:13  83:11  84:4 |
| **tribune**(7) | 1:7  4:26  17:5  17:7  17:8  18:3  18:10 |
| **tribune's**(3) | 17:9  17:23  23:1 |
| **tricky**(1) | 36:20 |
| **tried**(3) | 31:5  70:23  84:7 |
| **troops**(2) | 51:11  63:4 |
| **trouble**(1) | 37:22 |
| **true**(8) | 30:16  30:22  30:23  31:2  53:2  54:6  74:10  77:12 |
| **trust**(45) | 2:47  4:49  7:17  7:21  12:2  33:18  33:18  34:17  34:20  35:1  35:2  35:8  35:9  35:11  35:12  36:5  35:8  38:17  43:7  43:13  43:17  46:18  48:14  48:16  48:21  49:22  50:4  51:6  52:2  52:11  52:17  52:19  53:1  53:17  53:23  54:2  54:8  54:16  55:7  55:9  55:13  55:17  55:19  66:14 |
| **trust's**(1) | 55:23 |
| **trustee**(8) | 35:11  35:17  36:22  52:2  52:3  53:4  53:21  53:23 |
| **truth**(2) | 59:16  59:22 |
| **try**(5) | 19:14  39:12  64:3  67:11  79:5 |
| **trying**(7) | 20:12  44:7  46:24  49:16  68:3  70:1  83:9 |
| **tuesday**(1) | 8:1 |
| **turn**(5) | 34:14  59:18  68:12  68:23  81:17 |
| **turned**(2) | 20:4  51:5 |
| **turning**(1) | 22:3 |
| **turns**(1) | 48:7 |
| **twelve**(1) | 30:10 |
| **two**(16) | 4:6  9:1  12:3  23:14  24:21  25:13  26:11  32:15  35:14  36:19  46:19  47:6  74:16  77:14  79:12  83:1 |
| **type**(1) | 31:6 |
| **typical**(1) | 25:5 |
| **typically**(1) | 50:10 |
| **ucc**(18) | 29:5  29:17  31:3  31:22  32:5  32:14  32:17  33:12  33:16  33:24  34:2  34:11  35:12  41:24  49:22  63:6  64:22  74:18 |
| **ultimate**(1) | 84:12 |
| **ultimately**(1) | 45:24 |
| **un-redacted**(1) | 45:21 |
| **unable**(2) | 45:4  46:5 |
| **under**(9) | 53:9  54:11  59:12  69:5  72:4  72:24  74:19  84:20  86:9 |
| **underlying**(1) | 44:2 |
| **understand**(7) | 24:10  26:3  27:18  29:2  67:9  67:18  84:3 |
| **understanding**(6) | 14:3  16:17  56:4  72:1  72:5  87:4 |
| **undoubtedly**(1) | 71:14 |
| **unfair**(3) | 59:20  61:16  76:18 |
| **unforeseen**(1) | 48:8 |
| **unidentified**(1) | 65:13 |
| **union**(1) | 30:4 |
| **unique**(2) | 24:15  39:8 |
| **united**(2) | 1:1  1:21 |
| **universe**(2) | 19:22  28:2 |
| **unless**(6) | 6:12  19:5  23:6  58:18  61:15  84:9 |
| **unlike**(4) | 24:21  25:5  81:6  81:6 |
| **unreasonable**(1) | 27:4 |
| **unrelated**(1) | 49:7 |
| **unrelenting**(1) | 68:15 |
| **unresolved**(1) | 10:13 |
| **unsecured**(3) | 6:10  6:26  81:22 |
| **until**(3) | 27:12  41:4  73:8 |
| **untoward**(2) | 65:18  74:15 |
| **unusual**(1) | 61:5 |
| **upon**(3) | 12:18  79:6  80:1 |
| **upside**(2) | 68:13  69:11 |
| **use**(11) | 26:9  26:17  26:21  41:22  41:24  47:13  57:19  61:2  87:5  87:11  87:18 |
| **used**(8) | 26:22  28:23  32:10  50:8  87:12  87:13  87:13  87:15 |
| **using**(1) | 52:24 |
| **usually**(1) | 67:21 |
| **vail**(1) | 5:5 |
| **valuation**(1) | 17:7 |
| **value**(1) | 17:16 |
| **various**(4) | 14:13  33:4  53:16  80:10 |
| **ventures**(1) | 23:2 |
| **version**(1) | 82:13 |
| **versus**(1) | 51:4 |
| **very**(37) | 8:17  17:15  18:19  19:10  19:14  20:2  22:13  22:19  24:15  27:12  28:8  30:10  33:1  33:7  34:2  35:3  35:15  35:19  36:3  37:16  38:12  38:24  49:8  49:20  50:21  54:7  57:14  57:24  60:11  72:3  72:4  72:12  72:22  75:11  79:7  84:7  88:19 |
| **view**(6) | 18:23  67:1  68:13  81:3  81:4  88:10 |
| **views**(2) | 25:16  49:4 |
| **vigor**(1) | 31:3 |
| **violated**(1) | 80:14 |
| **virtually**(1) | 45:4 |
| **vista**(6) | 30:6  65:12  71:11  85:5  85:13  85:19 |
| **volunteers**(1) | 66:7 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| voted(2) 43:16 55:17 | | well(47) 8:17 9:17 13:23 15:20 15:23 16:8 | | who(55) 17:12 17:21 20:12 20:13 23:10 | | witnesses(45) 12:18 27:19 32:6 32:7 32:16 |
| vrc(4) 18:2 18:8 18:8 18:9 | | 19:21 23:12 25:21 26:1 27:1 27:6 28:5 | | 30:3 30:4 30:4 30:5 33:5 33:15 33:21 | | 32:17 32:24 33:5 33:8 33:11 33:15 33:16 |
| wait(1) 26:6 | | 28:8 29:16 30:22 36:12 36:16 37:7 37:7 | | 33:23 34:16 34:22 42:21 43:7 44:11 46:3 | | 33:17 33:20 33:20 33:23 34:2 35:4 37:10 |
| waited(1) 41:4 | | 37:18 38:3 38:23 40:19 40:22 41:16 47:24 | | 46:11 46:19 47:2 47:18 48:22 49:9 49:17 | | 39:6 39:14 42:1 42:14 44:4 44:8 44:13 |
| waiving(1) 60:8 | | 53:20 56:16 57:3 57:14 62:4 62:20 63:18 | | 50:1 55:8 55:17 56:7 68:11 68:14 70:1 | | 46:23 47:14 47:18 48:3 49:17 49:23 50:1 |
| walked(1) 41:5 | | 67:3 74:9 80:6 80:18 80:20 80:24 81:23 | | 70:13 70:24 71:13 71:15 71:17 72:6 72:11 | | 51:16 51:24 64:24 65:2 65:6 66:7 66:18 |
| waltz(4) 13:6 13:18 14:11 14:17 | | 82:11 82:19 83:10 85:23 86:6 86:15 | | 72:13 74:10 74:22 76:20 78:10 80:13 | | 66:22 66:23 68:15 70:24 71:1 |
| waltz's(1) 13:11 | | | | 80:14 80:14 80:14 81:9 81:16 81:20 85:15 | | |
| want(39) 9:1 9:8 26:17 27:23 28:6 28:16 | | wells(1) 6:35 | | 86:1 86:4 | | wolfson(1) 7:27 |
| 28:20 29:11 30:12 30:20 31:8 32:7 34:5 | | went(4) 9:23 33:1 33:7 49:23 | | who's(6) 24:20 25:19 70:11 71:9 71:10 | | won't(3) 59:12 65:20 82:7 |
| 35:1 36:2 36:6 36:6 36:8 40:4 40:23 | | were(68) 8:23 9:16 12:3 12:3 12:7 15:18 | | 72:24 | | wool(1) 6:18 |
| 48:23 52:1 52:4 54:20 55:22 58:4 58:15 | | 20:22 20:24 21:4 21:7 21:13 21:21 22:7 | | | | word(5) 41:23 50:8 52:24 57:19 60:9 |
| 60:22 64:4 66:23 67:3 67:6 67:7 67:7 | | 22:11 23:1 24:13 25:3 30:13 30:16 32:24 | | whole(2) 64:18 82:22 | | words(5) 17:21 30:24 34:1 34:9 40:15 |
| 67:19 68:20 69:1 84:17 87:10 | | 33:8 33:24 34:6 38:21 39:9 40:5 40:14 | | whom(1) 48:19 | | work(5) 12:12 27:9 27:20 64:4 87:6 |
| | | 40:15 41:3 41:8 41:14 43:15 44:13 44:14 | | whose(3) 49:3 49:5 80:14 | | working(3) 16:18 27:10 72:3 |
| wanted(11) 11:3 21:9 23:17 29:10 32:3 | | 44:15 44:21 45:7 47:5 47:7 47:12 49:19 | | why(32) 18:15 18:16 19:18 19:21 20:9 | | works(1) 68:19 |
| 55:7 56:17 61:18 66:4 80:22 80:22 | | 50:15 51:14 52:2 52:3 54:6 54:16 55:14 | | 27:14 27:19 28:1 37:4 37:5 37:18 37:19 | | world(3) 68:7 68:12 68:23 |
| | | 58:11 64:24 65:2 65:6 65:6 65:7 65:8 | | 37:19 38:15 42:20 44:10 51:2 51:5 52:9 | | worried(2) 37:4 37:5 |
| wants(4) 57:4 64:5 68:11 69:15 | | 69:20 73:21 73:24 74:2 75:9 76:4 76:10 | | 54:10 64:9 66:2 69:4 69:22 70:23 71:20 | | worse(2) 39:9 39:16 |
| ward(1) 4:12 | | 76:17 77:10 80:1 80:2 80:14 83:14 | | 72:14 75:18 76:20 80:19 80:21 85:6 | | worth(1) 66:19 |
| wardwell(3) 2:33 5:20 8:19 | | | | | | worthy(1) 59:6 |
| warner(3) 30:2 44:17 | | weren't(1) 41:12 | | wife(1) 88:11 | | would(95) 8:12 10:14 12:11 12:15 13:15 |
| was(119) 9:4 9:14 11:11 11:12 11:21 | | west(1) 3:44 | | wife's(1) 56:22 | | 15:2 16:6 16:21 16:24 17:12 17:22 18:5 |
| 17:10 17:11 18:10 20:12 20:24 21:6 21:18 | | wharton(1) 5:8 | | will(62) 9:4 9:6 9:15 10:9 11:2 11:3 11:7 | | 19:4 19:16 20:9 22:10 22:24 23:3 23:5 |
| 22:19 22:20 22:23 23:12 23:17 23:24 24:8 | | what(135) 10:4 11:15 14:1 19:22 20:5 | | 12:10 12:21 14:7 14:19 14:21 14:23 15:1 | | 23:18 23:24 24:1 24:24 25:3 26:13 27:2 |
| 24:11 28:21 30:10 30:11 30:13 30:15 | | 20:8 20:15 20:24 21:7 21:10 21:12 21:24 | | 15:2 15:3 16:7 24:9 24:9 24:11 26:6 27:9 | | 27:6 28:9 29:23 31:2 32:19 35:3 35:9 |
| 30:17 30:18 31:14 31:14 31:15 32:4 32:14 | | 22:24 25:23 26:1 26:3 26:3 28:15 28:16 | | 27:16 32:13 34:2 36:3 38:1 42:23 48:1 | | 37:14 37:22 38:15 38:16 41:6 42:2 43:4 |
| 33:8 33:9 33:14 34:5 37:8 38:20 39:7 | | 28:20 28:21 28:22 28:23 29:18 29:18 | | 50:18 56:2 56:10 59:16 60:6 60:12 60:18 | | 43:5 44:22 45:11 47:1 47:14 48:13 48:15 |
| 40:4 40:6 40:19 41:7 41:12 42:12 44:12 | | 29:19 30:20 31:11 31:12 31:24 32:15 | | 61:18 61:23 62:9 62:24 64:1 64:2 | | 49:6 52:5 56:14 59:10 59:18 62:7 62:8 |
| 45:1 45:3 45:4 45:16 45:16 45:17 45:22 | | 33:18 36:4 36:5 36:8 36:8 36:17 38:11 | | 64:13 69:19 70:2 72:17 76:1 76:19 77:6 | | 62:11 62:13 62:21 63:22 64:8 64:20 65:21 |
| 46:4 46:7 47:3 49:22 50:2 50:3 50:6 50:7 | | 38:1 38:19 38:20 38:21 39:4 39:9 40:13 | | 79:4 79:13 80:3 82:10 85:10 85:16 86:17 | | 65:21 66:1 66:19 69:4 69:5 69:6 69:20 |
| 50:9 50:20 50:21 50:24 51:9 51:22 53:18 | | 40:19 41:9 41:18 42:15 44:15 44:22 45:4 | | 86:19 86:21 86:22 86:23 88:3 | | 70:23 74:3 74:3 74:7 74:12 74:15 74:23 |
| 53:19 54:10 55:3 55:7 55:8 55:12 55:14 | | 45:9 45:9 45:13 45:16 45:17 46:4 46:6 | | | | 77:5 77:15 80:10 80:11 80:15 80:16 81:12 |
| 55:16 55:18 56:7 56:7 56:13 57:23 58:6 | | 46:8 46:9 47:20 49:11 49:14 49:15 50:11 | | william(1) 3:7 | | 82:8 82:8 83:9 83:20 85:9 85:10 85:13 |
| 58:11 63:6 63:7 65:4 65:5 65:9 65:19 | | 50:12 50:13 51:8 51:14 52:22 54:14 54:18 | | willingness(1) 66:8 | | 85:17 85:18 87:13 87:15 88:7 88:12 |
| 65:21 69:16 69:20 70:14 70:21 72:1 72:5 | | 54:21 55:24 56:6 56:7 56:7 56:8 56:16 | | wilmington(51) 1:14 1:35 2:9 2:30 2:44 | | |
| 72:12 72:15 74:5 74:13 74:14 74:18 75:15 | | 59:12 60:5 60:21 60:22 61:3 61:14 61:22 | | 2:47 3:17 3:24 3:46 4:14 4:21 4:49 8:1 | | wouldn't(4) 37:23 52:4 81:15 81:16 |
| 76:3 76:4 76:6 76:20 76:20 76:21 77:9 | | 62:8 62:15 62:17 63:19 64:1 64:1 65:4 | | 12:2 33:18 33:18 34:17 34:20 35:1 35:2 | | write(2) 25:3 65:12 |
| 77:20 77:21 77:23 79:9 83:7 83:8 86:3 | | 66:15 66:17 67:7 67:9 67:17 67:18 67:24 | | 35:8 35:9 35:11 35:12 36:15 38:17 43:7 | | writing(1) 8:13 |
| 86:11 88:21 | | 68:16 69:4 69:6 69:6 69:15 72:12 72:15 | | 43:12 43:17 46:18 48:14 48:16 48:19 49:7 | | written(1) 13:11 |
| | | 72:15 72:15 73:5 73:12 73:12 74:20 75:2 | | 50:4 52:2 52:11 52:17 52:19 53:1 53:17 | | wrong(5) 32:12 32:21 53:8 86:10 86:14 |
| washington(2) 2:23 73:1 | | 76:3 76:4 76:6 76:8 76:9 76:10 76:20 | | 53:23 54:2 54:7 54:16 55:7 55:8 55:13 | | www.diazdata.com(1) 1:44 |
| wasn't(3) 23:19 24:9 58:13 | | 76:22 76:23 79:4 79:6 79:9 79:9 80:12 | | 55:17 55:19 55:23 | | yamaoka(10) 30:4 32:20 34:12 64:18 |
| water(1) 36:7 | | 80:21 81:24 84:3 85:8 85:20 86:17 | | | | 65:13 65:14 65:15 71:12 73:2 75:9 |
| way(15) 8:23 16:13 25:17 28:18 32:6 | | | | winfree(1) 3:21 | | |
| 34:13 40:4 44:21 52:5 56:5 72:5 73:9 | | what's(2) 23:23 60:20 | | wipe(1) 22:12 | | yeah(7) 14:5 28:11 36:1 36:18 36:18 67:6 |
| 78:23 87:16 88:6 | | whatever(10) 33:22 56:8 62:10 62:14 | | with(122) 8:14 8:19 8:21 8:23 9:11 9:14 | | 88:14 |
| | | 63:11 64:4 64:5 83:13 84:10 87:17 | | 9:18 9:19 9:19 9:23 10:3 10:7 10:7 10:8 | | |
| wayne(8) 33:12 44:17 50:9 50:16 62:4 | | | | 10:12 11:6 11:6 11:16 12:24 13:21 14:16 | | yes(11) 13:1 20:10 23:14 52:16 55:21 |
| 70:11 76:2 78:21 | | whatsoever(1) 22:1 | | 12:24 13:21 14:6 14:11 14:14 15:9 16:2 | | 58:22 61:17 70:4 75:4 75:15 88:16 |
| | | when(21) 21:11 22:12 27:16 39:13 39:19 | | 16:3 17:3 17:8 17:14 19:2 19:12 19:13 | | |
| ways(2) 23:15 50:22 | | 41:5 41:15 41:5 46:10 48:7 55:6 68:22 | | 21:20 22:7 22:9 22:18 22:21 23:16 23:21 | | yesterday(2) 13:14 30:9 |
| we'd(6) 26:6 26:20 34:14 59:11 70:20 | | 71:19 74:13 76:1 79:4 80:4 84:4 | | 23:24 24:5 24:17 26:4 26:17 27:3 27:7 | | yet(10) 9:5 12:9 15:22 16:6 48:9 55:22 |
| we'll(13) 10:4 11:8 11:22 12:13 13:4 26:9 | | 84:13 84:15 | | 27:8 27:19 28:12 28:16 28:22 30:20 31:1 | | 56:17 59:2 63:17 88:6 |
| 56:3 64:2 64:3 64:5 64:5 64:14 83:1 | | | | 31:3 31:20 32:19 36:9 37:12 37:22 38:13 | | |
| we're(41) 11:21 12:6 12:16 12:21 13:7 | | where(19) 9:20 9:22 15:8 15:9 17:20 | | 38:21 39:13 40:14 40:15 41:7 42:6 42:11 | | yoma(1) 65:12 |
| 13:20 13:21 19:10 25:22 25:23 27:20 | | 17:24 18:14 22:5 22:14 23:1 32:2 37:9 | | 43:2 43:5 45:3 45:22 46:15 46:19 47:3 | | york(6) 2:17 2:36 2:50 3:10 3:31 3:38 |
| 30:10 32:17 35:7 40:17 40:21 44:10 46:1 | | 43:10 62:18 63:5 68:3 74:2 86:6 86:16 | | 47:12 48:19 48:22 49:4 50:18 51:12 51:12 | | |
| 46:12 48:22 49:15 50:1 58:4 59:2 69:22 | | | | 54:1 54:8 54:17 54:21 54:24 55:9 55:10 | | |
| 71:12 71:21 74:8 74:8 75:18 76:12 76:12 | | whereas(1) 55:13 | | 57:2 59:11 59:13 60:14 61:2 62:16 65:15 | | |
| 77:16 77:17 80:12 82:1 83:15 84:6 84:12 | | whereupon(1) 88:21 | | 67:8 67:12 68:19 74:18 74:23 75:16 76:5 | | |
| 86:6 87:3 | | wherever(1) 23:18 | | 76:12 77:7 77:8 77:17 77:18 79:16 80:2 | | |
| | | whether(15) 11:12 14:2 20:16 24:12 29:11 | | 80:2 80:15 82:14 84:14 85:14 85:19 86:1 | | |
| we've(8) 31:19 31:24 34:5 54:5 54:6 64:23 | | 29:12 35:19 42:17 48:1 58:14 59:22 65:1 | | 87:4 87:18 88:4 | | |
| 71:23 76:15 78:23 | | 69:12 69:23 82:8 | | | | |
| | | | | withdraw(1) 86:10 | | |
| wednesday(1) 10:16 | | which(43) 10:16 11:20 12:3 12:19 13:22 | | within(2) 42:16 83:1 | | |
| week(21) 8:22 9:7 9:10 12:4 12:7 12:22 | | 17:5 26:17 28:3 28:23 33:14 37:8 38:20 | | without(7) 36:24 45:19 55:20 58:21 64:7 | | |
| 13:13 15:9 15:14 17:4 22:19 28:17 31:16 | | 39:17 39:22 40:13 44:18 44:20 45:15 | | 87:16 88:2 | | |
| 40:19 44:15 51:20 51:20 56:23 57:1 58:3 | | 45:20 45:24 46:16 48:6 49:18 51:7 51:9 | | | | |
| 88:11 | | 51:14 52:2 53:7 53:9 54:6 57:11 59:1 | | witness(17) 24:11 27:22 30:11 34:24 34:24 | | |
| weekend(3) 20:24 40:20 41:13 | | 62:5 71:14 71:18 71:24 73:11 74:12 74:13 | | 38:15 39:11 39:22 41:22 49:24 52:7 52:9 | | |
| weeks(3) 74:16 74:16 77:14 | | 76:17 78:7 80:10 86:16 | | 55:24 58:6 61:3 64:23 65:13 | | |
| weighing(1) 25:14 | | | | | | |
| weil(1) 6:29 | | whiff(1) 80:9 | | | | |
| weiss(1) 5:8 | | while(4) 24:23 37:8 86:13 88:15 | | | | |
| weitman(1) 4:29 | | white(1) 6:35 | | | | |
| welcome(1) 57:16 | | | | | | |

| Word | Page:Line |
|------|-----------|

**you**(192) 8:11 10:18 11:9 11:23 12:20
13:3 13:11 13:14 13:20 13:21 13:21 15:6
16:7 19:7 19:12 19:17 19:21 19:24 20:8
20:9 20:17 22:7 22:8 22:12 22:12 22:15
23:12 24:4 24:6 24:14 25:11 25:16 26:2
26:4 26:5 26:6 26:6 26:8 26:20 27:2 28:6
28:13 28:14 28:19 28:23 29:1 29:10 29:14
29:19 31:19 32:3 32:22 33:9 34:16 35:4
36:10 36:12 36:13 37:3 37:4 38:7 38:8
38:24 39:8 39:11 39:14 39:16 40:5 40:9
40:9 40:12 40:13 40:15 40:22 40:22 40:23
40:23 41:1 41:18 42:7 47:5 47:20 48:4
48:10 48:12 49:19 49:20 49:24 50:11
50:12 50:13 50:23 50:24 51:10 52:2 52:3
52:4 52:4 52:5 52:7 52:12 53:6 54:4
54:20 55:22 56:3 56:16 57:5 57:15 57:17
58:5 58:14 59:11 59:12 60:20 60:22 60:23
61:11 61:12 61:14 61:16 61:22 62:22 63:9
63:10 63:16 63:18 64:15 64:16 64:20
65:14 66:21 67:11 67:18 67:23 68:13
68:15 68:18 68:20 68:21 69:4 69:6 69:9
70:5 71:7 72:15 72:16 72:20 72:21 73:5
73:7 73:14 73:18 73:22 73:23 74:21 74:21
74:23 75:2 75:6 75:8 75:11 75:13 76:23
79:1 80:4 80:4 80:6 80:10 80:12 80:16
80:18 81:15 81:16 81:18 82:15 82:16 83:1
83:5 83:10 84:5 84:7 84:10 84:15 84:18
84:19 84:22 85:22 87:17 87:21 88:16
88:19
**you'd**(1) 29:11
**you'll**(3) 28:7 33:10 51:10
**you're**(13) 11:15 26:3 26:8 33:2 40:13
60:23 66:5 68:14 68:18 69:18 74:11 80:9
84:16
**you've**(7) 8:6 29:6 63:20 64:19 74:18 78:5
79:13

**young**(1) 3:41
**your**(180) 8:4 8:9 8:18 9:4 9:11 9:15
10:18 10:19 10:24 11:15 12:1 12:12 12:19
13:3 14:3 14:9 14:13 14:21 15:4 15:8
15:12 15:14 15:15 16:1 16:21 16:24 17:3
17:17 18:1 18:7 18:19 19:4 19:8 19:10
19:16 19:24 20:2 20:10 21:3 21:7 21:10
21:23 22:4 22:12 23:6 23:14 23:21 24:10
24:16 25:5 25:5 25:18 25:21 26:11 26:16
26:16 26:20 27:6 27:9 27:18 28:8 28:14
28:22 29:1 29:2 29:4 29:6 29:13 29:14
29:16 30:9 31:12 31:20 32:3 32:23 33:2
34:9 35:19 36:19 38:10 38:19 39:15 41:18
41:19 42:2 42:7 42:8 42:12 44:1 44:9
44:15 44:19 45:21 46:10 47:10 48:13 49:1
49:16 50:11 50:13 52:4 52:13 52:19 54:24
55:21 56:19 57:6 57:17 58:22 59:6 59:8
59:23 60:2 61:6 61:12 61:17 61:18 61:21
62:7 62:11 62:13 62:14 62:19 62:21 62:22
63:3 63:11 63:23 64:2 64:16 65:15 66:7
66:14 69:8 69:11 69:15 70:10 70:20 72:9
72:17 72:22 73:5 73:12 73:16 73:18 73:19
74:2 74:7 74:13 74:17 74:23 75:11 75:14
76:1 76:18 77:1 77:4 77:12 78:22 80:18
80:24 82:5 82:12 82:20 83:2 83:4 84:22
84:23 85:6 85:9 85:14 85:17 85:23 87:3
87:9 87:16 88:1 88:2 88:3 88:16

**yourself**(1) 39:14
**zabel**(2) 6:39 6:39
**zeal**(1) 78:18
**zloto**(1) 5:46
**zuckerman**(2) 2:20 6:25