IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
)
In re:                                          )  Chapter 11
)
TRIBUNE COMPANY, et al.,              )  Case No. 08-13141 (KJC)
)
Debtors.                              )  Jointly Administered
)
)  Related to D.I. Nos. 7744
)
)  Hearing Date: March 1, 2011 at 10:00 a.m.
)  Objection Deadline: February 22, 2011 at 4:00 p.m.
)
------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL PORTIONS OF THE LETTER TO CHIEF JUDGE CAREY FROM MITCHELL HURLEY AND EXHIBITS 6, 7, AND 8 THERETO [DOCKET No. 7718]

I, Amanda M. Winfree, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Aurelius Capital Management, LP ("Aurelius") in the above captioned cases, hereby certify the following:

1. On February 2, 2011, Aurelius filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of the Letter to Chief Judge Carey from Mitchell Hurley and Exhibits 6, 7, and 8 Thereto [Docket No. 7718]* (the "Motion") [Docket No. 7744].

2. Pursuant to the Notice of Motion [Docket No. 7744], any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on February 22, 2011.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

{00490739;v1}

WHEREFORE Aurelius respectfully request the order approving the Motion be entered at the Court's earliest convenience.

Dated: Wilmington, Delaware
February 24, 2011

                                      **ASHBY & GEDDES, P.A.**

                                      */s/ Amanda Winfree*
                                      William P. Bowden (I.D. No. 2553)
                                      Amanda M. Winfree (I.D. No. 4615)
                                      Leigh-Anne M. Raport (I.D. No. 5055)
                                      500 Delaware Avenue, 8th Floor
                                      P.O. Box 1150
                                      Wilmington, DE 19899
                                      (302) 654-1888

                                                - and -

                                      Daniel H. Golden (admitted pro hac vice)
                                      David M. Zensky (admitted pro hac vice)
                                      Abid Qureshi (admitted pro hac vice)
                                      Mitchell Hurley (admitted pro hac vice)
                                      **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                      One Bryant Park
                                      New York, NY 10036
                                      (212) 872-1000

                                      *Attorneys for Aurelius Capital Management, LP*

{00490739;v1}