IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                          )
In re:                                    )   Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )   Case No. 08-13141 (KJC)
                                          )
         Debtors.                         )   Jointly Administered
                                          )
                                          )   Related to D.I. No. 7860
                                          )
                                          )   Hearing Date: March 1, 2011 at 10:00 a.m.
                                          )   Objection Deadline: February 22, 2011 at 4:00 p.m.
                                          )
------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL PORTIONS OF LETTERS TO CHIEF JUDGE CAREY FROM DAVID ZENSKY INCLUDING CERTAIN EXHIBITS THERETO [DOCKET NOS. 7827 & 7836]

I, Amanda M. Winfree, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Aurelius Capital Management, LP ("Aurelius") in the above captioned cases, hereby certify the following:

1. On February 8, 2011, Aurelius filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Letters to Chief Judge Carey from David Zensky Including Certain Exhibits Thereto [Docket Nos. 7827 & 7836]*(the "Motion") [Docket No. 7860].

2. Pursuant to the Motion [Docket No. 7860], any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on February 22, 2011.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this

{00490726;v1}

date, no responses or objections to the Motion have been filed.

WHEREFORE Aurelius respectfully request the order approving the Motion be entered at the Court's earliest convenience.

Dated: Wilmington, Delaware
February 24, 2011

                **ASHBY & GEDDES, P.A.**

                */s/ Amanda Winfree*
                William P. Bowden (I.D. No. 2553)
                Amanda M. Winfree (I.D. No. 4615)
                Leigh-Anne M. Raport (I.D. No. 5055)
                500 Delaware Avenue, 8th Floor
                P.O. Box 1150
                Wilmington, DE 19899
                (302) 654-1888

                - and -

                Daniel H. Golden (admitted pro hac vice)
                David M. Zensky (admitted pro hac vice)
                Abid Qureshi (admitted pro hac vice)
                Mitchell Hurley (admitted pro hac vice)
                **AKIN GUMP STRAUSS HAUER & FELD LLP**
                One Bryant Park
                New York, NY 10036
                (212) 872-1000

                *Attorneys for Aurelius Capital Management, LP*