IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>Related to Docket Nos. 7675, 8040, 8061, 8127 |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' FORTY-FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

The undersigned, counsel to the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), hereby certifies as follows:

1. On January 28, 2011, the Debtors filed the Forty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (the "Objection") [Docket No. 7675] with the Court.

2. Pursuant to the notice filed and served with the Objection, responses, if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. on February 22, 2011 (the "Response Deadline").

4. Responses to the Objection were filed by the following claimants on or before the Response Deadline: (i) New York State Department of Taxation and Finance ("New York"), filed February 17, 2011 [Docket No. 8040]; and Cook County Department of Revenue ("Cook County"), filed February 18, 2011 [Docket No. 8061]. The undersigned certifies that she has reviewed the Court's docket in these cases and no answers, objections, or other responsive pleadings to the Objection appears thereon.

5. New York stated in its response that it does not oppose the relief requested by the Debtors with respect to Claim No. 6571, and does not oppose the relief requested by the Debtors with respect to Claim Nos. 68 and 6642 provided that the Order provides that each of the Surviving Claims (as defined in the Objection) is deemed timely filed to the extent that it relates back to a claim which was filed on or before the applicable bar date. With respect to the Objection as it relates to Claim No. 6581, the Debtors and New York concur that the claim that was superseded by Claim No. 6680 is actually Claim No. 6578. Accordingly, the Debtors withdraw the Objection as to Claim No. 6581 and have modified the Objection on consent of the parties to replace that claim with Claim No. 6578 as being subject to disallowance.

6. On February 24, 2011, the Debtors filed a reply to the response of Cook County, which requests this Court to overrule the response and sustain the Objection. [Docket No. 8127]. This matter is scheduled for hearing on March 1, 2011.

7.      Attached hereto as Exhibit A is a revised proposed order (the "Revised Order"), which (i) incorporates agreed-upon language to resolve the response of New York and (ii) modifies Exhibit C to the Revised Order to reflect that Claim No. 6578, and not Claim No. 6581 shall be disallowed as having been amended by Claim No. 6680.  Attached hereto as Exhibit B is a black line of the Revised Order which reflects all changes to the proposed order filed with the Objection.

7.      The Debtors respectfully request the Court enter the Revised Order.

Dated:  February 24, 2011

                SIDLEY AUSTIN LLP
                James F. Conlan
                Bryan Krakauer
                Kenneth P. Kansa
                Jillian K. Ludwig
                One South Dearborn Street
                Chicago, IL  60603
                Telephone: (312) 853-7000

                -and-

                COLE, SCHOTZ, MEISEL,
                FORMAN & LEONARD, P.A.

By: _____
                Norman L. Pernick (No. 2290)
                J. Kate Stickles (No. 2917)
                500 Delaware Avenue, Suite 1410
                Wilmington, DE 19801
                Telephone: (302) 652-3131

                ATTORNEYS FOR DEBTORS
                AND DEBTORS IN POSSESSION