# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 7674, 7906 |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' FORTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On January 28, 2011, the Debtors filed the Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and 3007, and Local Rule 3007-1 (the "Objection") [Docket No. 7674] with the Court.

2. On February 11, 2011, the Debtors filed the Notice of Submission of Proofs of Claim Regarding Debtors' Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 7906].

3. Pursuant to the notice filed and served with the Objection, responses, if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. on February 22, 2011 (the "Response Deadline").

4. The following claimants filed responses to the Objection: (i) United States Debt Recovery III LP ("USDR"), a creditor via sale and assignment of Claim No. 1672 of CNI Corporation [Docket No. 7932]; (ii) USDR, a creditor via sale and assignment of the Claim No. 2827 of My Web Pal [Docket No. 7932]; and (iii) USDR, a creditor via sale and assignment of Claim No. 2279 of Caruso Management [Docket No. 7932]. Counsel for the Debtors also received informal responses from the following claimants: (i) ASM Capital III, L.P. ("ASM Capital"), a creditor via sale and assignment of Claim No. 1170 of Wendling Printing; (ii) ASM Capital, a creditor via sale and assignment of the Claim Nos. 749, 753, and 754 of Accent Energy; (iii) ASM Capital, a creditor via sale and assignment of Claim No. 3504 of Online Resources (FKA Princeton Ecom)("Online Resources"); (iv) ASM Capital, a creditor via sale and assignment of Claim No. 402 of Pepco; (v) Hess Corporation with respect to Claim No. 3756; and (vi) Corre Opportunities Fund, L.P. ("Corre Opportunities Fund"), a creditor via sale and assignment of Claim No. 2554 of Corporate Disk Company. The foregoing formal and informal responses are hereinafter collectively referred to as the "Responses" and the parties filing such Responses are hereinafter collectively referred to as the "Responding Parties."

5. Upon a review of the Responses by the Debtors, further discussions with the Responding Parties, and review of relevant supporting documentation in support of the claims asserted by the Responding Parties, the Debtors and the Responding Parties have agreed to the following treatment of the claims that are subject to the Responses:

- With respect to Claim Nos. 749, 753, and 754 of ASM Capital – Accent Energy, the Debtors and counsel for ASM Capital have agreed to adjourn the hearing on the Objection to the Debtors' next scheduled omnibus hearing, or such other time as the parties agree or the Court directs, to pursue a consensual resolution of such claims;

- With respect to the Claim No. 2279 of USDR – CNI Corporation, the Debtors and counsel for USDR have agreed to adjourn the hearing on the Objection to the Debtors' next scheduled omnibus hearing, or such other time as the parties agree or the Court directs, to pursue a consensual resolution of all of such claim;

- With respect to Claim Nos. 1170, and 3504 of ASM Capital - Wendling Printing and Online Resources, the Debtors request entry of an order sustaining the Objection on consent of the parties;

- With respect to Claim No. 2279 of USDR – Caruso Management and Claim No. 3756 of Hess Corporation, the Debtors withdraw the Objection;

- With respect to Claim No. 2554 of Corre Opportunities Fund – Corporate Disk Company, following further discussions between the parties and the Debtors' additional review of documentation supporting the claim, the parties have agreed upon the proposed reduction to the claim amount and the Debtors agree that

Claim No. 2554, as modified by the Objection, is entitled to priority under section 503(b)(9) of the Bankruptcy Code.

6. Attached hereto as Exhibit A is a revised proposed order (the "Revised Order"), which (i) sustains the Objection as to those claimants who did not file or otherwise notify counsel to the Debtors of any response to the Objection; (ii) sustains the Objection as to (a) Claim No. 2827 of USDR – My Web Pal; (b) Claim No. 3504 of ASM – Online Resources; (c) Claim No. 1170 of ASM – Wendling Printing; and (d) solely with respect to the reduction in amount, Claim No. 2554 of Corre Opportunities Fund – Corporate Disk Company; (iii) reflects the withdrawal the Objection solely as to (a) Claim No. 2279 of USDR – Caruso Management; (b) Claim No. 6683 of the Hess Corporation; and (c) solely with respect to the objection to 503(b)(9) priority status, Claim No. 2554 of Corre Opportunities Fund; and (iv) adjourns the hearing solely with respect to the Objection as to (a) Claim Nos. 749, 753, and 754 of ASM – Accent Energy, and (b) Claim No. 1672 of USDR – CNI Corporation. Attached hereto as Exhibit B is a black-line of the Revised Order which reflects all changes to the proposed order filed with the Objection.

7. The Debtors respectfully request the Court enter the Revised Order.

Dated: February 24, 2011

<div style="margin-left: 3em;">
SIDLEY AUSTIN LLP<br>
James F. Conlan<br>
Bryan Krakauer<br>
Kenneth P. Kansa<br>
Jillian K. Ludwig<br>
Steven W. Robinson<br>
One South Dearborn Street<br>
Chicago, IL 60603<br>
Telephone: (312) 853-7000<br>
<br>
-and-
</div>

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION