**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Parties Listed On Attachment 1,<br><br>Defendants. | Adv. Pro. No. Various (KJC)<br><br>**Hearing Date: March 1, 2011 at 10:00 a.m.**<br>**Objection Deadline: February 22, 2011 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION AND OF COUNSEL REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR EXTENSION OF TIME TO EFFECT SERVICE OF ORIGINAL PROCESS AND SUBMITTING REVISED FORM OF PROPOSED ORDER**

1. On February 11, 2011, the Official Committee of Unsecured Creditors of Tribune Company (the "Committee") filed its Motion for Extension of Time to Effect Service of Original Process (the "Motion") [Docket No. 7917]. Objections to the relief requested in the Motion were to be filed and served no later than February 22, 2011 at 4:00 p.m. (ET) (the "Objection Deadline").

2. Counsel to the Committee certifies that a review of the Court's docket in these cases reflects that no objection or other response to the Motion has been filed.

3. Subsequent to the filing of the Motion and the proposed order granting the relief requested in the Motion (the "Original Proposed Order"), counsel to the Committee discovered that a typographical error was made with regard to an adversary defendant's name on the

exhibits attached to the Motion. The defendant's correct last name has been incorporated into the revised form of proposed order attached hereto as Exhibit A (the "Revised Proposed Order").

4. For the Court's convenience, a blacklined form of the Revised Prosed Order highlighting the revisions to the Original Proposed Order is annexed hereto as Exhibit B.

5. Counsel to the Committee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: February 25, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
Landon J. Ellis (No. 4852)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors*

- and -

Graeme W. Bush
James Sottile
**ZUCKERMAN SPAEDER LLP**
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Special Counsel to the Official Committee of Unsecured Creditors*

## Attachment 1

### List of Preference Actions

| Defendant | Adversary No. |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP | 10-55967 |
| Katten Muchin Rosenman LLP | 10-55957 |
| Timothy P. Knight | 10-55956 |
| Eagle Aircraft & Transportation Management, Inc. | 10-55824 |
| Michael C. Gates | 10-55802 |
| Thomas S. Finke | 10-55801 |
| Kathy H. Skipper | 10-55800 |
| Alison R. Scholly | 10-55799 |
| Matthew Catania | 10-55798 |
| Richard H. Malone | 10-55797 |
| Michael J. Malee | 10-55796 |
| Lisa E. Brewer | 10-55795 |
| Timothy J. Landon | 10-55794 |
| Julie D. Anderson | 10-55793 |
| Greg Healy | 10-55792 |
| Lynne Anne Adamson | 10-55791 |
| Dana C. Hayes Jr. | 10-55790 |
| Robin A. Mulvaney | 10-55789 |
| Stephen J. Mulderrig | 10-55788 |
| Richard D. Molchany | 10-55787 |
| Dan Mitrovich | 10-55786 |
| Robyn L. Motley | 10-55785 |
| Kenneth Mitchell | 10-55784 |
| Christopher C. Morrill | 10-55783 |
| Susan M. Mitchell | 10-55782 |
| L. Clark Morehouse III | 10-55781 |
| Eric J. Meyrowitz | 10-55780 |
| Nancy A. Meyer | 10-55779 |
| Kim A. McCleary La France | 10-55778 |
| Gina M. Mazzaferri | 10-55777 |
| Earl R. Maucker | 10-55776 |
| Jerome P. Martin | 10-55775 |
| Louis Maranto | 10-55774 |

| | |
|---|---|
| John M. Manzi | 10-55773 |
| Vincent A. Malcolm | 10-55772 |
| Jeffrey S. Levine | 10-55771 |
| Ardith Hilliard | 10-55770 |
| Walter F. Mahoney | 10-55769 |
| Thomas E. Langmyer | 10-55768 |
| David Dean Hiller | 10-55767 |
| Ann Marie Lipinski | 10-55766 |
| William A. Lanesey | 10-55765 |
| Glenn G. Kranzley | 10-55764 |
| Catherine M. Hertz | 10-55763 |
| Timothy L. Koller | 10-55762 |
| John R. Hendricks | 10-55761 |
| Jane E. Healy | 10-55760 |
| Patricia A. Kolb | 10-55759 |
| William B. Haselden | 10-55758 |
| David Kniffin | 10-55757 |
| Randy Hano | 10-55756 |
| Peter A. Knapp | 10-55755 |
| Paul R. Kelly Jr. | 10-55754 |
| Jack D. Klunder | 10-55753 |
| Avido Dikari Khahaifa | 10-55752 |
| Anne S. Kelly | 10-55751 |
| Charlotte H. Hall | 10-55750 |
| Gerould Kern | 10-55749 |
| Judith A. Juds | 10-55748 |
| Timothy R. Kennedy | 10-55747 |
| Gordon L. Jones | 10-55746 |
| Robert J. Gremillion | 10-55745 |
| Terry Jimenez | 10-55744 |
| Janice Jacobs | 10-55743 |
| Howard Greenberg | 10-55742 |
| Alice T. Iskra | 10-55741 |
| Richard J. Graziano | 10-55740 |
| Karlene W. Goller | 10-55739 |
| Richard E. Inouye | 10-55738 |
| Linda Hutzler | 10-55737 |
| Ira Goldstone | 10-55736 |
| Tony Hunter | 10-55735 |
| Vincent R. Giannini | 10-55734 |
| Bonnie B. Hunter | 10-55733 |

| | |
|---|---|
| Carolyn Hudspeth | 10-55732 |
| Ernest C. Gates | 10-55731 |
| Susan M. Conway | 10-55730 |
| Michael Gart | 10-55729 |
| Robert Christie | 10-55728 |
| Patricia G. Cazeaux | 10-55727 |
| Chris L. Fricke | 10-55726 |
| Vincent Casanova | 10-55725 |
| Stephen D. Carver | 10-55724 |
| Timothy Franklin | 10-55723 |
| Stephen M. Budihas | 10-55722 |
| Michael C. Foux | 10-55721 |
| David A. Bucknor | 10-55720 |
| Audrey L. Farrington | 10-55719 |
| Rebecca M. Brubaker | 10-55718 |
| Peter D. Filice | 10-55717 |
| Steve Farber | 10-55716 |
| Thomas F. Brown | 10-55715 |
| Richard D. Felty | 10-55714 |
| Richard Engberg | 10-55713 |
| John Birmingham | 10-55712 |
| James L. Ellis | 10-55711 |
| Theodore J. Biedron | 10-55710 |
| James D. Fehnel | 10-55709 |
| Tom E. Ehlmann | 10-55708 |
| Betty Ellen Berlamino | 10-55707 |
| Dianne Donovan | 10-55706 |
| James F. Feher Jr. | 10-55705 |
| Cindy Donnelly | 10-55704 |
| Philip Doherty | 10-55703 |
| Richard S. Feeney | 10-55702 |
| Kenneth J. DePaola | 10-55701 |
| Lawrence Delia | 10-55700 |
| Catherine A. Davis | 10-55699 |
| Raymond Daley | 10-55698 |
| Kelly F. Benson | 10-55697 |
| David A. Bennett | 10-55696 |
| Bob Bellack | 10-55695 |
| James D. Zerwekh | 10-55694 |
| Alexa A. Bazanos | 10-55693 |
| John E. Zelenka | 10-55692 |

| | |
|---|---|
| Henry R. Barrett | 10-55691 |
| Owen Youngman | 10-55690 |
| Roger A. Bare | 10-55689 |
| David D. Williams | 10-55688 |
| Joseph A. Young | 10-55687 |
| Cynthia Baker | 10-55686 |
| Craig Allen | 10-55685 |
| Jack Whisler | 10-55684 |
| Michael D. Asher | 10-55683 |
| F. Ashley Allen | 10-55682 |
| Howard G. Weinstein | 10-55681 |
| Gladys M. Arroyo | 10-55680 |
| Michael E. Weiner | 10-55679 |
| Thomas J. Anischik | 10-55678 |
| Harry A. Amsden | 10-55677 |
| Kathleen M. Waltz | 10-55676 |
| Javier J. Aldape | 10-55675 |
| John J. Vitanovec | 10-55674 |
| Deepak Agarwal | 10-55673 |
| John F. Acanfora | 10-55672 |
| Julie K. Xanders | 10-55671 |
| John D. Worthington IV | 10-55670 |
| Deborah B. Vinakos | 10-55669 |
| Feli M. Wong | 10-55668 |
| John Wollney | 10-55667 |
| John C. Twohey | 10-55666 |
| Leo C. Wolinsky | 10-55665 |
| Cam B. Trinh | 10-55664 |
| Timothy F. Windsor | 10-55663 |
| Roger D. Williams | 10-55662 |
| Stephen P. Tippie | 10-55661 |
| Daniel A. O'Sullivan | 10-55660 |
| Timothy J. Thomas | 10-55659 |
| James O'Shea | 10-55658 |
| Kevin P. Scanlon | 10-55657 |
| John T. O'Loughlin | 10-55656 |
| Douglas Thomas | 10-55655 |
| Stephen G. Santay | 10-55654 |
| Timothy E. Ryan | 10-55653 |
| William C. O'Donovan | 10-55652 |
| Dennis G. O'Brien | 10-55651 |

| | |
|---|---|
| Michael D. Slason | 10-55650 |
| Sharon A. Silverman | 10-55649 |
| Clifford L. Teutsch | 10-55648 |
| Shaun M. Sheehan | 10-55647 |
| Lou Tazioli | 10-55646 |
| William P. Shaw | 10-55645 |
| Laura L. Tarvainen | 10-55644 |
| Stephen G. Seidl | 10-55643 |
| Lynne A. Segall | 10-55642 |
| Louis J. Stancampiano | 10-55641 |
| Henry M. Segal | 10-55640 |
| Digby A. Solomon | 10-55639 |
| Robert K. Schrepf | 10-55638 |
| Scott C. Smith | 10-55637 |
| Linda A. Schaible | 10-55636 |
| Marc S. Schacher | 10-55635 |
| Erik A. Smist | 10-55634 |
| Robert R. Rounce | 10-55633 |
| Sheau-ming Kuo Ross | 10-55632 |
| John A. Riggle | 10-55631 |
| Justo Rey | 10-55630 |
| John E. Reardon | 10-55629 |
| Joseph F. Pisani | 10-55628 |
| Gregory C. Pedersen | 10-55627 |
| Charles F. Ray | 10-55626 |
| Pamela S. Pearson | 10-55625 |
| Robert J. Ramsey | 10-55624 |
| Robert J. Palermini | 10-55623 |
| Myrna G. Ramirez | 10-55622 |
| Irving L. Quimby Jr. | 10-55621 |
| Julian G. Posada | 10-55620 |
| Norbert E. Ortiz | 10-55619 |
| Scott G. Pompe | 10-55617 |
| John F. Poelking | 10-55616 |
| Thomas J. Nork | 10-55615 |
| Russell J. Newton | 10-55614 |
| George C. NeJame | 10-55613 |
| David P. Murphy | 10-55612 |
| Gwen P. Murakami | 10-55611 |
| Charles Sennet | 10-55609 |
| Gary Weitman | 10-55608 |

| | |
|---|---|
| John B. Rodden | 10-55607 |
| Patrick Shanahan | 10-55606 |
| Irene M. F. Sewell | 10-55605 |
| R. Mark Mallory | 10-55604 |
| Luis E. Lewin | 10-55603 |
| Brian F. Litman | 10-55602 |
| Thomas D. Leach | 10-55601 |
| Crane H. Kenney | 10-55600 |
| Mark W. Hianik | 10-55599 |
| Daniel G. Kazan | 10-55598 |
| Robert Holm | 10-55597 |
| Donald C. Grenesko | 10-55596 |
| Karen H. Flax | 10-55595 |
| Dennis J.FitzSimons | 10-55594 |
| Thomas Caputo | 10-55593 |
| Chandler Bigelow | 10-55585 |