# EXHIBIT A

## ADVERSARY PROCEEDINGS FILED BY DEBTORS AND DEBTORS IN POSSESSION[1]

| Adversary Proceeding | Adv. Proc. No. |
| --- | --- |
| Tribune Company and Chicago Tribune Company v. Servicesource International, LLC | 10-55803 |
| Tribune Company and Chicago Tribune Company v. Quality Storage Products, Inc. | 10-55804 |
| Tribune Company and Channel 40, Inc. v. Radian Communication Services (Canada), Ltd.; Prestige Telecom Inc.; and Rohn Products, LLC | 10-55805 |
| Tribune Company and Chicago Tribune Company v. D.R.D., Inc., d/b/a Power Direct, Inc. | 10-55806 |
| Tribune Company and Gold Coast Publications, Inc. v. Alexander Reed, an Individual | 10-55807 |
| Tribune Co. and Los Angeles Times Communications LLC v. Prosoft Technology Group, Inc. d/b/a Prosoft Cyberworld Group | 10-55808 |
| Tribune Company and Tribune Broadcasting Company v. Association for Maximum Service Television, Inc., d/b/a MSTV, Inc. | 10-55809 |
| Tribune Co. v. Psomas | 10-55810 |
| Tribune Company and WGN Continental Broadcasting Company v. Nightmare, Inc. | 10-55811 |
| Tribune Co. and WGN Continental Broadcasting Co. v. Program Partners, Inc. | 10-55812 |
| Tribune Company and Chicago Tribune Company v. Constellation Newenergy, Inc. | 10-55813 |
| Tribune Company and Chicagoland Television News, Inc. v. Constellation Newenergy, Inc. | 10-55814 |
| Tribune Company and The Hartford Courant Company v. Constellation Newenergy, Inc. | 10-55815 |
| Tribune Company v. Constellation Newenergy, Inc. | 10-55816 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Constellation Newenergy, Inc. | 10-55817 |
| Tribune Company and WGN Continental Broadcasting Company v. Constellation Newenergy, Inc. | 10-55818 |
| Tribune Company and Los Angeles Times Communications LLC v. Interviewing Service of America, Inc. d/b/a Qualitative Insights, d/b/a Field by Design | 10-55819 |
| Tribune Company v. Lasalle Staffing, Inc. d/b/a The Lasalle Network | 10-55820 |
| Tribune Company and Los Angeles Times Communications, LLC v. Edison Media Research, Inc. | 10-55821 |
| Tribune Company and Magic T Music Publishing Company v. Kamakazee Kiwi Corporation | 10-55822 |
| Tribune Company v. Eckland Consultants Inc. | 10-55823 |
| Tribune Company and WPIX, Inc. v. Broadcast Marketing International Ltd. d/b/a Prosource | 10-55825 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Carlisle Staffing, Ltd. | 10-55826 |
| Tribune Company v. David Atkinson | 10-55827 |
| Tribune Company and Los Angeles Times Communications LLC v. David Atkinson | 10-55828 |
| Tribune Company and Chicago Tribune Company v. Atlantic Press, Inc. | 10-55829 |
| Tribune Company and Channel 40, Inc. v. Central Valley Engineering & Asphalt, Inc. | 10-55830 |
| Tribune Company and WGN Continental Broadcasting Company v. Midwest Media Group Inc. | 10-55831 |
| Tribune Company and KSWB Inc. v. Midwest Media Group Inc. | 10-55832 |
| Tribune Company and Channel 39, Inc. v. Midwest Media Group Inc. | 10-55833 |
| Tribune Company and KSWB Inc. v. Telemetrics, Inc. | 10-55835 |
| Tribune Company and KWGN Inc. v. Thinair Communications, Inc. | 10-55837 |
| Tribune Company and Los Angeles Times Communications LLC v. Ryder Integrated Logistics, Inc. | 10-55839 |
| Tribune Company and Los Angeles Times Communications LLC v. Stardust Visions, Inc. | 10-55842 |
| Tribune Company and Chicago Tribune Company v. AT&T Inc. d/b/a AT&T Teleconference Services | 10-55843 |

---

[1] Sidley Austin LLP and Cole, Schotz, Meisel, Forman & Leonard, P.A. are counsel to all Adversary Plaintiffs except Adv. Nos. 10-55958-10-55960, in which Plaintiff is represented by Novack and Macey LLP and Campbell & Levine, LLC.

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Orlando Sentinel Communications Company v. AT&T Inc. | 10-55844 |
| Tribune Company and KIAH Inc. v. AT&T Inc. | 10-55845 |
| Tribune Company and KTLA Inc. v. AT&T Inc. | 10-55846 |
| Tribune Company and Los Angeles Times Communications LLC v. AT&T Inc. d/b/a AT&T Teleconference Services; Bellsouth Communication Systems, Inc.; Bellsouth Telecommunications, Inc.; Bellsouth Communication System, LLC d/b/a AT&T Communications Systems Southeast; and SBC Communications | 10-55847 |
| Tribune Company and Sun-Sentinel Company v. AT&T Inc. | 10-55848 |
| Tribune Company and The Baltimore Sun Company v. AT&T Inc. | 10-55849 |
| Tribune Company and The Daily Press, Inc. v. AT&T Inc. | 10-55850 |
| Tribune Company and The Hartford Courant Company v. AT&T Inc. | 10-55851 |
| Tribune Company and The Morning Call, Inc. v. AT&T Inc. | 10-55852 |
| Tribune Company and The Tribune Broadcasting Company v. AT&T Inc. | 10-55853 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Crown Equipment Corporation and Crown Lift Trucks LLC | 10-55854 |
| Tribune Company and Tribune Media Net, Inc. v. AT&T Inc. d/b/a AT&T Teleconference Services; and Bellsouth Communication Systems, Inc. d/b/a AT&T Communication Systems Southeast | 10-55855 |
| Tribune Company and Tribune Television Company v. AT&T Inc. | 10-55856 |
| Tribune Company and Los Angeles Times Communications LLC v. IBM Daksh Business Process Services, n/k/a IBM Global Process Services, a Subsidiary of IBM Business Consulting Services, d/b/a IBM Daksh Business Process Services Private Ltd., and International Business Machines Corporation | 10-55857 |
| Tribune Company and KIAH Inc. v. Direct Energy Business LLC, Direct Energy Marketing Inc., and Direct Energy LP, d/b/a Direct Energy Business Services | 10-55858 |
| Tribune Company and California Community News Corporation v. Crown Equipment Corporation and Crown Lift Trucks LLC | 10-55859 |
| Tribune Company and Tribune Media Services, Inc. v. AT&T Inc. | 10-55860 |
| Tribune Company and WPIX, Inc. v. AT&T Inc. | 10-55861 |
| Tribune Company and WGN Continental Broadcasting Company v. Loconte.2, LLC and Loconte.2, Inc. | 10-55863 |
| Tribune Company and Los Angeles Times Communications LLC v. Aditya Birla Minacs IT Services Ltd., f/k/a PSI Data Systems, Ltd. | 10-55866 |
| Tribune Company and Sun-Sentinel Company v. Weston Business Plaza, LLC and Weston Business Plaza Partnership | 10-55867 |
| Tribune Company and Los Angeles Times Communications LLC v. Dvsanalytics, Inc. f/k/a Teledirect International, Inc. | 10-55869 |
| Tribune Company and Sun-Sentinel Company v. Ano-Coil Corporation | 10-55870 |
| Tribune Company and Los Angeles Times Communications LLC v. TBWA CHIAT/DAY, Inc. | 10-55871 |
| Tribune Company and Sun-Sentinel Company v. Florida East Coast Railway Corp., as successor in interest to Codina Real Estate Management, Inc. | 10-55873 |
| Tribune Company and Sun-Sentinel Company v. Dvsanalytics, Inc. f/k/a Teledirect International, Inc. | 10-55874 |
| Tribune Company and Los Angeles Times Communications LLC v. NTT Data Corporation and MISI Company, Ltd. | 10-55875 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Industrial Staffing Services, Inc. | 10-55876 |
| Tribune Company and Channel 39, Inc. v. G66, LLC | 10-55878 |
| Tribune Company and Chicago Tribune Company v. Cynergistek, Inc. | 10-55880 |
| Tribune Company and Los Angeles Times Communications LLC v. Fathom Online Corp and Fathom Online Inc. | 10-55881 |
| Tribune Company and WPIX, Inc. v. Screenvision Cinema Network, LLC | 10-55883 |

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Tribune Publishing Company v. Acutech, LLC | 10-55885 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Xerox Corporation | 10-55886 |
| Tribune Company and Tribune Media Services, Inc. v. Advanced Media Research Group, Inc. | 10-55889 |
| Tribune Company and Tribune Media Services, Inc. v. Wendling Printing Company | 10-55891 |
| Tribune Company and Tribune Television Northwest, Inc. v. Howard S. Wright Constructors, LP | 10-55892 |
| Tribune Company v. Magellan Behavioral Health, Inc. and Magellan Health Services, Inc. d/b/a Magellan Behavioral Health, Inc. | 10-55893 |
| Tribune Company and WGN Continental Broadcasting Company v. Genco Entertainment, Inc. | 10-55895 |
| Tribune Company and WGN Continental Broadcasting Company v. Around the World for Free, LLC and Around the World Productions, LLC | 10-55901 |
| Tribune Company and WGN Continental Broadcasting Company v. Body by Jake Global LLC | 10-55902 |
| Tribune Company and Los Angeles Times Communications LLC v. Round 2 Communications, LLC | 10-55909 |
| Tribune Company and KIAH, Inc. v. McCann-Erickson USA, Inc. d/b/a Universal McCann | 10-55910 |
| Tribune Company and Magic T Music Publishing Company v. McCann-Erickson USA, Inc. d/b/a Universal McCann | 10-55912 |
| Tribune Company and Tribune Publishing Company v. Howe Sound Pulp and Paper LP | 10-55941 |
| Tribune Company v. Stroz Friedberg, LLC | 10-55942 |
| Tribune Company and WGN Continental Broadcasting Company v. CW Licensing, LLC | 10-55943 |
| Tribune Company and Tribune Television Company v. CW Licensing, LLC | 10-55944 |
| Tribune Company and Tribune Television Holdings, Inc. v. CW Licensing, LLC | 10-55945 |
| Tribune Company and WGN Continental Broadcasting Company v. AT&T Inc. | 10-55946 |
| Tribune Company and Tribune Television Northwest, Inc. v. Twentieth Century Fox Film Corporation | 10-55947 |
| Tribune Company and WDCW Broadcasting, Inc. v. Twentieth Century Fox Film Corporation | 10-55948 |
| Tribune Company and Tribune Television Company v. Twentieth Century Fox Film Corporation | 10-55949 |
| Tribune Company and Tribune Broadcast Holdings, Inc. v. Twentieth Century Fox Film Corporation | 10-55950 |
| Tribune Company and Channel 40, Inc. v. Twentieth Century Fox Film Corporation | 10-55951 |
| Tribune Company and KSWB Inc. v. San Diego Transit Corporation and San Diego Metropolitan Transit System | 10-55953 |
| Tribune Company, *et al.* v. Nixon Peabody, LLP | 10-55958 |
| Tribune Company, *et al.* v. Navigant Consulting, Inc. | 10-55959 |
| Tribune Company, *et al.* v. Epsilon Data Management, LLC | 10-55960 |

46429/0001-7376706v1