

GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700
FAX:      (312) 558-1195
            (312) 263-7356

To Call Writer Direct
(312) 704-7780
cbergen@grippoelden.com

February 25, 2011

**By ECF Filing and Federal Express**

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge
824 North Market Street # 500
Wilmington, Delaware 19801

> Re:    *In re Tribune Company, et al.*, Case No. 08-13141 (Bankr. D. Del.) (KJC)
> Proposed Order Regarding Deposition of Kathleen Waltz

Dear Chief Judge Carey:

We are writing to inform you that on February 24, 2011, the United States Bankruptcy Court for the Southern District of Florida denied the Motion to Quash Deposition Subpoena to Kathleen Waltz. The parties plan to take the deposition of Ms. Waltz during the week of February 28th.

In the Proposed Order Denying Motion to Quash Deposition Subpoena to Ms. Waltz, the parties agreed, consistent with this Court's order regarding the deposition of Dan Kazan, that any testimony provided at such depositions (a) may be used solely at or in connection with the Plan Confirmation hearing in this bankruptcy case and (b) cannot be used for any other purpose or in connection with any other action or proceeding, including but not limited to:  (i) *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons et al.*, Adv. Pro. No. 10-55010-KJC; (ii) *Official Committee of Unsecured Creditors of Tribune Co. v. Waltz*, Adv. Pro. No. 10-55676-KJC; or (iii) *Official Committee of Unsecured Creditors of Tribune Co. v. Knapp*, Adv. Pro. No. 10-55755-KJC. (Ex. 1, Proposed Order Denying Motion to Quash at ¶ C.)

The parties were not able to agree that Aurelius would provide any exhibits that it planned to use at the Waltz deposition to counsel 48 hours in advance of the deposition, as it was ordered to do with respect to non-party Dan Kazan. (Ex. 2, Feb. 24, 2011 e-mail from B. Carney to M. Solís.) We ask for this relief from the Court.

Ms. Waltz left employment with the Tribune in February of 2008. Having the exhibits in advance of the deposition will help Ms. Waltz to provide accurate information for the Court to use in connection with Confirmation Proceedings. Production of the exhibits in advance of the



The Honorable Kevin J. Carey
February 25, 2011
Page 2

deposition may also help mitigate potential prejudice to Ms. Waltz in connection with the pending adversary proceedings. We respectfully request that the Court order Aurelius to identify each exhibit it intends to use in Ms. Waltz's deposition at least 48 hours prior to the deposition, in accordance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Rule 26(c), Fed. R. Civ. P., as it was ordered to do with respect to Dan Kazan's deposition. (Ex. 3, Proposed Protective Order at ¶ 2.)

We understand that a telephonic hearing has been scheduled for today at 2 p.m. ET and respectfully request that the Court consider this issue so that it can be resolved in advance of Ms. Waltz's deposition. Thank you in advance for your time and consideration.

Very Truly Yours,

Charles S. Bergen

Charles S. Bergen
Counsel for Kathleen M. Waltz

Enclosure
cc:     Brian T. Carney
        James F. Bendernagel

1097499

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

|  |  |
|---|---|
| IN RE:<br><br>TRIBUNE COMPANY, et al.,<br><br>          Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br><br>Pending in the United States Bankruptcy<br>Court for the District of Delaware<br><br>Misc. No. 11-00100-EPK |

## ORDER DENYING MOTION TO QUASH
## DEPOSITION SUBPOENA TO KATHLEEN M. WALTZ

THIS MATTER came before the Court on February 24, 2011 at 10:30 a.m. upon the *Motion to Quash Deposition Subpoena to Kathleen M. Waltz* [ECF No. 1] (the "Motion"). The Court, having considered the Motion, Aurelius Capital Management, LP's *Objection to the Motion to Quash*, the record in the cases and being otherwise duly advised in the premises, and for the reasons stated on the record, finds that good cause exists to deny the Motion. Accordingly, it is **ORDERED** and **ADJUDGED** that:

    **A.**    The Motion is **DENIED** in its entirety.

    **B.**    Ms. Waltz shall appear for a deposition on or before March 1, 2011 at such time and place as the parties shall agree or the Court shall further order.

    **C.**    Any testimony provided at such deposition: (A) may be used solely at or in connection with the Plan Confirmation hearing in the above-captioned bankruptcy case pending before Chief Judge Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware (the "Confirmation Hearing"); and (B) cannot be used for any other purpose or in connection with any other action or proceeding, including but not limited to:  (i) *Official*

*Committee of Unsecured Creditors of Tribune Co. v. Fitzsimmons et al.*, Adv. Pro. No. 10-55010-KJC, or (ii) *Official Committee of Unsecured Creditors of Tribune Co. v. Waltz*, Adv. Pro. No. 10-55676-KJC.

  **D.**  Nothing in this Order shall limit any party's right to object to the use of Ms. Waltz's deposition testimony at the Confirmation Hearing on any ground.

  **E.**  Nothing herein shall be construed to modify in any respect any order entered by Chief Judge Carey.

  **F.**  The Court retains jurisdiction to interpret and enforce the terms of this Order.

Submitted by:
Matthew I. Kramer, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

Copy furnished to:
Matthew I. Kramer, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service

# EXHIBIT 2

**Cho, Amy Y.**

| | |
|---|---|
| **From:** | Carney, Brian [bcarney@akingump.com] |
| **Sent:** | Thursday, February 24, 2011 9:52 PM |
| **To:** | Solis-Szukala, Maile H. |
| **Cc:** | Bergen, Charles S.; Dougherty, George R.; Cho, Amy Y.; Mahoney, Joshua W.; Qureshi, Abid; Chung, Nancy; Zensky, David |
| **Subject:** | RE: Proposed Order Denying Motion to Quash |

We'll do our best to call, but to be clear, we do not consent to the submission of this order as written.

**From:** Solis-Szukala, Maile H. [mailto:MSolis@grippoelden.com]
**Sent:** Thursday, February 24, 2011 10:49 PM
**To:** Carney, Brian
**Cc:** Bergen, Charles S.; Dougherty, George R.; Cho, Amy Y.; Mahoney, Joshua W.
**Subject:** RE: Proposed Order Denying Motion to Quash

Sorry that you are swamped, but because of the hearing tomorrow and the fact that you might want this deposition to proceed as early as Monday, we need to try to get the issue resolved and the Order entered. I'll be submitting this in the a.m., but I'm happy to talk to you about it anytime between now and then (especially since you're an hour ahead). Feel free to call me on my cell. No time is too late (or early).

**Maile H. Solis-Szukala**
Direct Dial: 312.704.7764
MSolis@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Carney, Brian [mailto:bcarney@akingump.com]
**Sent:** Thursday, February 24, 2011 9:40 PM
**To:** Solis-Szukala, Maile H.
**Cc:** Bergen, Charles S.; Dougherty, George R.; Cho, Amy Y.; Mahoney, Joshua W.
**Subject:** RE: Proposed Order Denying Motion to Quash

Maile – I think that this needs some work before we can submit it. We don't have a problem with an order agreeing to extend the fact discovery deadline for the remaining depositions (not necessarily just Waltz and Knapp), and we also don't have a problem with the court entering an order limiting the use of the depositions. We should have some time tomorrow afternoon to work on revising it.

Thanks,
Brian

**From:** Solis-Szukala, Maile H. [mailto:MSolis@grippoelden.com]
**Sent:** Thursday, February 24, 2011 10:07 PM
**To:** Carney, Brian
**Cc:** Bergen, Charles S.; Dougherty, George R.; Cho, Amy Y.; Mahoney, Joshua W.
**Subject:** RE: Proposed Order Denying Motion to Quash

Just confirming our conversation. You agree that we should submit an Order for Judge Carey to enter extending the fact discovery deadline in order to take the remaining depositions (Waltz and Knapp). Based on our agreements on the Order in Florida, I understand that you agree that the deposition testimony will not be used for any other purpose or in any other proceeding. You would not agree to provide exhibits for the depositions 48 hours in advance of the deposition. Therefore, I understand that we are in agreement on the terms of the att'd proposed Order except as to para. 3. We will send the proposed order to Judge Carey tomorrow for his consideration.

In terms of dates, you said you'd check on Wed. March 2. I will check on Thurs. March 3 and Friday 4. I neglected to mention that Ms. Waltz will be in Orlando on March 2 so it should take place there rather than WPB. I will check on her whereabouts on March 3 and 4.

Thanks,
Maile

**Maile H. Solis-Szukala**
Direct Dial: 312.704.7764
MSolis@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Carney, Brian [mailto:bcarney@akingump.com]
**Sent:** Thursday, February 24, 2011 7:12 PM
**To:** Solis-Szukala, Maile H.
**Subject:** RE: Proposed Order Denying Motion to Quash

It's going to be a bit later because I got tied up. If you're not still around, I can either call your cell or we can touch base in the morning.

**From:** Solis-Szukala, Maile H. [mailto:MSolis@grippoelden.com]
**Sent:** Thursday, February 24, 2011 7:24 PM
**To:** Carney, Brian
**Subject:** RE: Proposed Order Denying Motion to Quash

Actually, please call me on my work phone instead of my cell, which does not get good reception here. (312) 704-7764. Thanks.

**Maile H. Solis-Szukala**
Direct Dial: 312.704.7764
MSolis@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Carney, Brian [mailto:bcarney@akingump.com]
**Sent:** Thursday, February 24, 2011 4:09 PM
**To:** Solis-Szukala, Maile H.; 'Matthew I. Kramer'; 'Amuni A. Beck'; Zensky, David; Bergen, Charles S.; Dougherty, George R.; 'aspector@bergersingerman.com'; McCambridge, John R.; Mahoney, Joshua W.; Cho, Amy Y.
**Subject:** RE: Proposed Order Denying Motion to Quash

I'm tied up for the next few hours, but I should be able to call you around 7 or 8 EST.

**From:** Solis-Szukala, Maile H. [mailto:MSolis@grippoelden.com]
**Sent:** Thursday, February 24, 2011 5:07 PM
**To:** Carney, Brian; 'Matthew I. Kramer'; 'Amuni A. Beck'; Zensky, David; Bergen, Charles S.; Dougherty, George R.; 'aspector@bergersingerman.com'; McCambridge, John R.; Mahoney, Joshua W.; Cho, Amy Y.
**Subject:** RE: Proposed Order Denying Motion to Quash

Why don't you give me a call.  If necessary, we will need to raise the exhibit issue with Judge Carey tomorrow, but we think he would appreciate the parties working this out.  We should also talk logistics and dates.

Thanks,
Maile

**Maile H. Solis-Szukala**
Direct Dial: 312.704.7764
MSolis@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Carney, Brian [mailto:bcarney@akingump.com]
**Sent:** Thursday, February 24, 2011 4:03 PM
**To:** Solis-Szukala, Maile H.; 'Matthew I. Kramer'; 'Amuni A. Beck'; Zensky, David; Bergen, Charles S.; Dougherty, George R.; 'aspector@bergersingerman.com'; McCambridge, John R.; Mahoney, Joshua W.; Cho, Amy Y.
**Subject:** RE: Proposed Order Denying Motion to Quash

Please delete Paragraph D.  That was neither requested by Mr. Bergen nor ordered by the Court.  Otherwise, it's fine.  As I think we're all aware, Mr. Kazan's situation is much different from Ms. Waltz's.

Regards,
Brian

**From:** Solis-Szukala, Maile H. [mailto:MSolis@grippoelden.com]
**Sent:** Thursday, February 24, 2011 4:58 PM
**To:** 'Matthew I. Kramer'; Amuni A. Beck; Zensky, David; Carney, Brian; Bergen, Charles S.; Dougherty, George R.; aspector@bergersingerman.com; McCambridge, John R.; Mahoney, Joshua W.; Cho, Amy Y.
**Subject:** RE: Proposed Order Denying Motion to Quash

All, attached are clean and redline copies of a proposed Order, which is based on the Order that we understand the parties have agreed to in the Dan Kazan deposition.

Thanks,
Maile

**Maile H. Solis-Szukala**
Direct Dial: 312.704.7764
MSolis@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Matthew I. Kramer [mailto:mkramer@bilzin.com]
**Sent:** Thursday, February 24, 2011 1:03 PM
**To:** Amuni A. Beck; dzensky@akingump.com; Carney, Brian; Bergen, Charles S.; Dougherty, George R.; Solis-Szukala, Maile H.; aspector@bergersingerman.com
**Subject:** Proposed Order Denying Motion to Quash

Attached please find a proposed order denying the motion to quash.  We would like to upload the order today.  Kindly provide comments upon receipt.  Thank you.

⌖ Bilzin Sumberg
ATTORNEYS AT LAW

Matthew I. Kramer
**Bilzin Sumberg Baena Price & Axelrod LLP**          Tel 305.350.7246
1450 Brickell Avenue, 23rd Floor                       Direct Fax 305.351.2182
Miami, Florida 33131-3456                              Cell 305.710.3895
www.bilzin.com                                         mkramer@bilzin.com

**From:** Amuni A. Beck
**Sent:** Wednesday, February 23, 2011 1:47 PM
**To:** 'dzensky@akingump.com'; Carney, Brian; 'cbergen@grippoelden.com'; 'gdougherty@grippoelden.com'; 'msolis@grippoelden.com'

**Cc:** Matthew I. Kramer
**Subject:** Tribune Company, et al., (11-00100-EPK) Documents for Service

Attached please find the Unredacted *Emergency Motion by Aurelius Capital Management, LP to Seal (A) Unredacted Objection to Motion to Quash Deposition Subpoena to Kathleen M. Waltz and (B) Highly Confidential Documents Produced During Discovery* with the unredacted exhibits.



Amuni A. Beck
Insolvency Project Assistant
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor          Tel 305.374.7580 x 3063
Miami, Florida 33131-3456                 Direct Fax 305.374.7593
www.bilzin.com                            ABeck@bilzin.com

**From:** Amuni A. Beck
**Sent:** Wednesday, February 23, 2011 1:21 PM
**To:** 'dzensky@akingump.com'; Carney, Brian; 'jmccambridge@grippoelden.com'; 'cbergen@grippoelden.com'; 'gdougherty@grippoelden.com'; 'msolis@grippoelden.com'
**Cc:** Matthew I. Kramer
**Subject:** Tribune Company, et al., (11-00100-EPK) Documents for Service

Attached please find the following documents:

- Emergency Motion by Aurelius Capital Management, LP to Seal (A) Unredacted Objection to Motion to Quash Deposition Subpoena to Kathleen M. Waltz and (B) Highly Confidential Documents Produced During Discovery [ECF No. 12]
- Notice of Hearing [ECF No. 13]



Amuni A. Beck
Insolvency Project Assistant
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor          Tel 305.374.7580 x 3063
Miami, Florida 33131-3456                 Direct Fax 305.374.7593
www.bilzin.com                            ABeck@bilzin.com

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 is

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 is

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 is

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 is

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 is

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If

# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 6255,7235 |

### [PROPOSED] PROTECTIVE ORDER

WHEREAS on February 24, 2011 the United States Bankruptcy Court for the Southern District of Florida denied the Motion to Quash Deposition Subpoena to Kathleen Waltz. Aurelius Capital Management, LP will be taking the deposition of Ms. Waltz the week of February 28, 2011.

The Court upon the record in these proceedings; and after due deliberation it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    Any testimony provided at such depositions: (A) may be used solely at or in connection with the Plan Confirmation hearing in the above-captioned bankruptcy case pending before Chief Judge Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware (the "Confirmation Hearing"); and (B) cannot be used for any other purpose or in connection with any other action or proceeding, including but not limited to: (i) *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons et al.*, Adv. Pro. No. 10-55010-KJC or (ii) *Official Committee of Unsecured Creditors of Tribune Co. v. Waltz*, Adv. Pro. No. 10-55676-KJC.

2.    [At least 48 hours prior to the start of Ms. Waltz's deposition, Aurelius shall identify by Bates number each exhibit it intends to use in Ms. Waltz's deposition and shall

1097582

serve such list on Ms. Waltz's counsel by email. Any exhibit not identified within 48 hours prior to the start of Ms. Waltz's deposition shall not be used at the deposition.]

3.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February __, 2011
      Wilmington, Delaware

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

1097582