IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL

I, Barry M. Klayman, Esquire, counsel for Peter A. Knapp, hereby certify that Aurelius Capital Management, LP and Peter A. Knapp (collectively, the "Parties") have agreed to a form of Consent Order, subject to Court approval, which extends the discovery deadline in the Case Management Order [D.I. 7239] so that the Noteholders' deposition of Mr. Knapp can take place after February 25, 2011, and which provides that any testimony by Mr. Knapp at his deposition will be used solely at or in connection with the Plan Confirmation hearing in the above-captioned bankruptcy matter and for no other purpose.

Counsel respectfully requests that the Court enter the proposed Consent Order, a copy of which is attached hereto as Exhibit "A," at the Court's earliest convenience.

Dated: February 25, 2011

COZEN O'CONNOR

/s/ Barry Klayman
Barry M. Klayman (#3676)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel to Peter A. Knapp*