# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

January 1, 2011 through and including January 31, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 35.30 | $24,357.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 78.80 | $48,068.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 5.50 | $3,355.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 73.90 | $35,102.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 42.10 | $17,892.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 47.40 | $18,249.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 63.60 | $18,762.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 67.60 | $19,942.00 |
| Frances A. Panchak | Paralegal | N/A | $225.00 | 84.80 | $19,080.00 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | .70 | $140.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | .80 | $152.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Linda M. Rogers | Paralegal | N/A | $200.00 | 29.50 | $5,900.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 4.50 | $562.50 |
| | | | Total | 534.50 | $211,562.50 |

**Blended Rate: $395.81**