# EXHIBIT "C"

{698.001-W0013157.DOCX.}

Official Committee of Unsecured Creditors February 25, 2011
Account No: 698-001
Statement No: 13264
Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Overtime Wages | 904.51 |
| Postage | 2.10 |
| Travel expense | 159.87 |
| Copying | 178.80 |
| Overnight Delivery | 38.84 |
| Service fee | 170.00 |
| Courier Fees | 935.40 |
| Online research LEXIS | 56.11 |
| Outside Duplication Services | 1,861.62 |
| US Postage | 643.14 |
| Court Reporter fees | 445.50 |
| Client meals | 345.50 |
| Conference Call Service | 546.54 |
| **Total Expenses Thru 01/31/2011** | **$6,287.93** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H P | Tcode/Task Code | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 11/29/2010 | AGL | U | B100 E111 | | 167.00 | Meals Toscana - working lunch for LRC (3), Chadbourne (8) and Zuckerman (2) | 1343 |

Subtotal for Transaction Date 11/29/2010    Billable    167.00

| 698.001 | 12/15/2010 | AGL | U | B100 E226 | | 108.54 | Conference Call Service American Teleconferencing Services Ltd. (MBM) | 1323 |

Subtotal for Transaction Date 12/15/2010    Billable    108.54

| 698.001 | 01/05/2011 | AGL | U | B100 E202 | | 85.00 | Service Fee - Subpoena - Parcels, Inc. #290450 - Returned Fedex from London | 1274 |
| 698.001 | 01/05/2011 | AGL | U | B100 E211 | | 81.61 | Outside printing - Advance Digital Legal Services, LLC - 56204 | 1276 |
| 698.001 | 01/05/2011 | AGL | U | B100 E210 | | 24.75 | US Postage # Digital Legal Services, LLC - 56204 | 1277 |

Subtotal for Transaction Date 01/05/2011    Billable    191.36

| 698.001 | 01/06/2011 | AGL | U | B100 E211 | | 46.51 | Outside printing - Advance Digital Legal Services, LLC - 56238 | 1278 |
| 698.001 | 01/06/2011 | AGL | U | B100 E210 | | 11.20 | US Postage # Digital Legal Services, LLC - 56238 | 1279 |
| 698.001 | 01/06/2011 | AGL | U | B100 E101 | 0.100 | 46.20 | Copying | 1285 |

Subtotal for Transaction Date 01/06/2011    Billable    103.91

| 698.001 | 01/07/2011 | AGL | U | B100 E202 | | 85.00 | Service Fee - Subpoena - Parcels, Inc. #290712 - Returned Fedex from London | 1275 |
| 698.001 | 01/07/2011 | AGL | U | B100 E211 | | 118.32 | Outside printing - Advance Digital Legal Services, LLC - 56251 | 1280 |
| 698.001 | 01/07/2011 | AGL | U | B100 E210 | | 48.44 | US Postage # Digital Legal Services, LLC - 56251 | 1281 |
| 698.001 | 01/07/2011 | AGL | U | B100 E216 | | 81.00 | Courier Fee - Advance TriState Courier & Carriage | 1299 |

Subtotal for Transaction Date 01/07/2011    Billable    332.76

| 698.001 | 01/10/2011 | AGL | U | B100 E101 | 0.100 | 5.80 | Copying | 1286 |

Subtotal for Transaction Date 01/10/2011    Billable    5.80

| 698.001 | 01/11/2011 | AGL | U | B100 E209 | | 339.40 | Overtime wages - 1/3 - 1/11 - Scanned, copied and organized subpoena responses for Rebecca L. Butcher | 1300 |

Subtotal for Transaction Date 01/11/2011    Billable    339.40

| 698.001 | 01/12/2011 | AGL | U | B100 E101 | 0.100 | 4.20 | Copying | 128 |
| 698.001 | 01/12/2011 | AGL | U | B100 E211 | | 290.04 | Outside printing - Advance Digital Legal Services, LLC - 56282 | 129 |
| 698.001 | 01/12/2011 | AGL | U | B100 E210 | | 190.80 | US Postage # Digital Legal Services, LLC - 56282 | 129 |

Subtotal for Transaction Date 01/12/2011    Billable    485.04

| 698.001 | 01/13/2011 | AGL | U | B100 E101 | 0.100 | 25.00 | Copying | 128 |
| 698.001 | 01/13/2011 | AGL | U | B100 E211 | | 126.88 | Outside printing - Advance Digital Legal Services, LLC - 56359 | 129 |
| 698.001 | 01/13/2011 | AGL | U | B100 E216 | | 312.20 | Courier Fee - Advance TriState Courier & Carriage | 131 |

Subtotal for Transaction Date 01/13/2011    Billable    464.08

| 698.001 | 01/14/2011 | AGL | U | B100 E108 | | 2.10 | Postage | 128 |
| 698.001 | 01/14/2011 | AGL | U | B100 E101 | 0.100 | 5.40 | Copying | 128 |
| 698.001 | 01/14/2011 | AGL | U | B100 E211 | | 826.61 | Outside printing - Advance Digital Legal Services, LLC - 56298 | 129 |
| 698.001 | 01/14/2011 | AGL | U | B100 E210 | | 296.40 | US Postage # Digital Legal Services, LLC - 56298 | 129 |

Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 01/14/2011 | AGL | U | B100 | E221 | | 17.51 Overnight Delivery FedEx - Subpoena The Bank of New York Mellon (JSG) | 1306 |
| 698.001 | 01/14/2011 | AGL | U | B100 | E216 | | 15.00 Courier Fee - Advance TriState Courier & Carriage | 1314 |
| Subtotal for Transaction Date 01/14/2011 | | | | | Billable | 1,163.02 | | |
| 698.001 | 01/17/2011 | AGL | U | B100 | E216 | | 325.20 Courier Fee - Advance TriState Courier & Carriage #36885 | 1320 |
| Subtotal for Transaction Date 01/17/2011 | | | | | Billable | 325.20 | | |
| 698.001 | 01/18/2011 | AGL | U | B100 | E217 | | 46.50 Court Reporter fee Diaz Data Services (#7231) | 1265 |
| 698.001 | 01/18/2011 | AGL | U | B100 | E101 | 0.100 | 21.00 Copying | 1290 |
| 698.001 | 01/18/2011 | AGL | U | B100 | E226 | | 37.00 Telephonic Court Appearance - Court Call (Amex) Douglas Deutsch - Chadbourne & Park (#3958794) | 1325 |
| 698.001 | 01/18/2011 | AGL | U | B100 | E226 | | 37.00 Telephonic Court Appearance - Court Call (Amex) Marc D. Ashley - Chadbourne & Park, LLP (#3958810) | 1326 |
| 698.001 | 01/18/2011 | AGL | U | B100 | E226 | | 37.00 Telephonic Court Appearance - Court Call (Amex) Andrew Goldfarb - Zuckerman Spaeder LLP (#3958570) | 1327 |
| 698.001 | 01/18/2011 | AGL | U | B100 | E226 | | 30.00 Telephonic Court Appearance - Court Call (Amex) - Robert Schwinger - Chadbourne & Park LLP (#3958777) | 1328 |
| 698.001 | 01/18/2011 | AGL | U | B100 | E226 | | 44.00 Telephonic Court Appearance - Court Call (Amex) - Daniel Rath - Landis Rath & Cobb LLP (#3958562) | 1329 |
| Subtotal for Transaction Date 01/18/2011 | | | | | Billable | 252.50 | | |
| 698.001 | 01/20/2011 | AGL | U | B100 | E211 | | 11.54 Outside printing - Advance Digital Legal Services, LLC - 56338 | 1296 |
| 698.001 | 01/20/2011 | AGL | U | B100 | E210 | | 6.10 US Postage # Digital Legal Services, LLC - 56338 | 1297 |
| 698.001 | 01/20/2011 | AGL | U | B100 | E101 | 0.100 | 8.60 Copying | 130 |
| 698.001 | 01/20/2011 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage - 36885 | 132 |
| Subtotal for Transaction Date 01/20/2011 | | | | | Billable | 62.24 | | |
| 698.001 | 01/22/2011 | AGL | U | B100 | E101 | 0.100 | 48.40 Copying | 130 |
| Subtotal for Transaction Date 01/22/2011 | | | | | Billable | 48.40 | | |
| 698.001 | 01/24/2011 | AGL | U | B100 | E217 | | 79.50 Court Reporter fee Diaz Data Services - USBC - #7258 | 129 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E217 | | 319.50 Court Reporter fee Diaz Data Services - #7278 | 130 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E110 | | 75.00 Transportation standby Dave's Limousine, Inc. - car service Howard Seife & David LeMay | 130 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E221 | | 21.33 Overnight Delivery FedEx - to David M. LeMay, Chadbourne & Parke LLP (AGL) | 130 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E218 | | 66.50 Client meals Sugarfoot Fine Food - breakfast Chadbourne & Parke (4) LRC (2) and Zuckerman (1) #408870 | 131 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E218 | | 112.00 Client meals Sugarfoot Fine Food - lunch Chadbourne & Parke (4) LRC (2) and Zuckerman (1) (#409000) | 131 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E226 | | 30.00 Telephonic Court Appearance - Court Call (Amex) Howard Seife - Chadbourne & Park LLP (#3962940) | 133 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E226 | | 30.00 Telephonic Court Appearance - Court Call (Amex) Douglas Deutsch - Chadbourne & Park LLP (#3962951) | 133 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E226 | | 30.00 Telephonic Court Appearance - Court Call (Amex) David LeMay - Chadbourne & Park LLP (#3962959) | 133 |
| 698.001 | 01/24/2011 | AGL | U | B100 | E110 | | 84.87 transportation - DND Limousine Car Service from Bankruptcy Court to Philadelphia airport for H. Seife and D. LeMay | 133 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

Subtotal for Transaction Date 01/24/2011
Billable  848.70

| 698.001 | 01/25/2011 | AGL | U | B100 | E101 | 0.100 | 14.20 | Copying | 1303 |
| 698.001 | 01/25/2011 | AGL | U | B100 | E211 | | 62.30 | Outside printing - Advance Digital Legal Services, LLC - 56381 | 1310 |
| 698.001 | 01/25/2011 | AGL | U | B100 | E210 | | 13.75 | US Postage # Digital Legal Services, LLC - 56381 | 1311 |
| 698.001 | 01/25/2011 | AGL | U | B100 | E209 | | 490.24 | Overtime wages - Scanned, copied and organized subpoena responses (RLB) | 1318 |

Subtotal for Transaction Date 01/25/2011
Billable  580.49

| 698.001 | 01/26/2011 | AGL | U | B100 | E211 | | 77.22 | Outside printing - Advance Digital Legal Services, LLC - 56379 | 1308 |
| 698.001 | 01/26/2011 | AGL | U | B100 | E210 | | 24.75 | US Postage # Digital Legal Services, LLC - 56379 | 1309 |
| 698.001 | 01/26/2011 | AGL | U | B100 | E209 | | 74.87 | Overtime wages - Editing draft invoices for the 24th fee app. | 1319 |

Subtotal for Transaction Date 01/26/2011
Billable  176.84

| 698.001 | 01/27/2011 | AGL | U | B100 | E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - 56383 | 1312 |
| 698.001 | 01/27/2011 | AGL | U | B100 | E210 | | 2.20 | US Postage # Digital Legal Services, LLC - 56383 | 1313 |

Subtotal for Transaction Date 01/27/2011
Billable  6.05

| 698.001 | 01/28/2011 | AGL | U | B100 | E216 | | 166.00 | Courier Fee - Advance TriState Courier & Carriage - 36946 | 1322 |
| 698.001 | 01/28/2011 | AGL | U | B100 | E211 | | 216.74 | Outside printing - Advance Digital Legal Services, LLC - 56413 | 1336 |
| 698.001 | 01/28/2011 | AGL | U | B100 | E210 | | 24.75 | US Postage # Digital Legal Services, LLC - 56413 | 1337 |

Subtotal for Transaction Date 01/28/2011
Billable  407.49

| 698.001 | 01/31/2011 | AGL | U | B100 | E215 | | 56.11 | Online research LEXIS - Advance LexisNexis | 1324 |
| 698.001 | 01/31/2011 | AGL | U | B100 | E226 | | 163.00 | Telephonic Court Appearance - Court Call (Amex) Graem Bush - Zuckerman Spaeder LLP (#3995643) | 1334 |

Subtotal for Transaction Date 01/31/2011
Billable  219.11

**Total for Client ID 698.001**  Billable  6,287.93  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy

**GRAND TOTALS**

Billable  6,287.93