# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 17, 2011 at 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
AND THE NOTICE PARTIES

The Twenty-Second Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 Through January 31, 2011 (the "**Application**") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $77,937.50 and interim expenses in the amount of $420.16.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before March 17, 2011, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn: J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent: Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn: Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn: Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    February 25, 2011
          Saint Louis, Missouri

**STUART MAUE**

By: _____
    W. Andrew Dalton
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 17, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

## TWENTY-SECOND MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *nunc pro tunc* to February 20, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2011 through January 31, 2011 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of compensation sought
as actual, reasonable, and necessary:          $77,937.50

Amount of expense reimbursement sought
as actual, reasonable, and necessary:          $    420.16

This is a monthly application.

This monthly application includes 0.90 hour incurred in connection with the preparation of fee applications.

Prior applications:  This is the Twenty-Second Monthly Application filed by Stuart Maue.  The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | $0.00 |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | $55,960.00 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.20 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $76,880.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $64,308.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $28,928.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $52,016.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $68,424.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2010 | $75,320.00 | $313.31 | $60,256.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $50,532.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $46,564.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $37,260.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $32,822.00 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $58,014.00 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $50,744.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $51,900.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $70,870.00 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |
| 12/02/2010 | 10/01/2010 – 10/31/2010 | $83,692.50 | $1,011.13 | $66,954.00 | $1,011.13 |
| 12/28/2010 | 11/01/2010 – 11/30/2010 | $57,522.50 | $34.43 | $46,018.00 | $34.43 |
| 02/03/2011 | 12/01/2010 – 12/31/2010 | $34,180.00 | $291.83 | $27,344.00 | $291.83 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 17, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

## TWENTY-SECOND MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011

Stuart Maue, Fee Examiner to the Court, hereby submits this Twenty-Second Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 Through January 31, 2011 (the "**Application**").  In support thereof, Stuart Maue respectfully states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (5347); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BACKGROUND

1.     On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.     The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.     On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.     The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.     Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.     The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from January 1, 2011 through January 31, 2011 (the "**Application Period**").

9.      On January 1, 2011, Stuart Maue raised the hourly rates of firm attorneys. The new rate structure is as follows: $375.00 per hour for the project manager, $350.00 per hour for the Senior Legal Auditor, and $325.00 per hour for attorney Legal Auditors. The hourly rate for the accountant Legal Auditor remained at $275.00. The effective date of Stuart Maue's retention is February 20, 2009, and from that date through December 31, 2010 (a period of more than 22 months) Stuart Maue did not raise the hourly rate of any timekeeper. The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients, and the increase brings the hourly rates charged in these cases to the same level as the rates charged in two other active bankruptcy matters in the District of Delaware where Stuart Maue serves as Fee Examiner.

10.      A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**. A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**. A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**. All time entries and requested expense are in compliance with Local Rule 2016-2.

11.      On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the

expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

12.    In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During the Application Period, Stuart Maue incurred fees of $77,937.50 and expenses in the amount of $420.16.

13.    Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

14.    Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

15.    All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

### SUMMARY OF SERVICES RENDERED

16.    The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

17.    During January 2011 Stuart Maue received, reconciled, and performed the initial analysis of multiple fee applications filed by case professionals.  The Fee Examiner issued several Preliminary reports to the firms for review and comment, and filed five Final Reports with the Court.

18.    When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis.  Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses.  The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

19.    After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application.  This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation.  In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

20.    Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries.  The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional.  With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.  While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

21.    The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives.  Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses.

However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

22.    Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question.  The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred.  In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals.  After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

23.    Stuart Maue expended 248.70 hours during the Application Period in furtherance of work performed on behalf of the Court.  Stuart Maue requests allowance of compensation in the amount of $77,937.50 for services performed as Fee Examiner at a blended hourly rate of $313.38.  Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $62,350.00.  None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

24.    During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C.  Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

25.    Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $420.16.

## NOTICE

26.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    February 25, 2011
            Saint Louis, Missouri


**STUART MAUE**

By: _____
        W. Andrew Dalton
        3840 McKelvey Road
        St. Louis, Missouri  63044
        Telephone:  (314) 291-3030
        Facsimile:  (314) 291-6546
        tribunebkr@smmj.com

        *Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| W. Andrew Dalton | Manager | $375.00 | 15.40 | $5,775.00 |
| Kathryn Hough | Legal Auditor | $325.00 | 51.70 | $16,802.50 |
| Tami Z. Morrissey | Legal Auditor | $325.00 | 40.60 | $13,195.00 |
| Phyllis Schauffler | Legal Auditor | $325.00 | 54.20 | $17,615.00 |
| Kathy C. Tahan | Legal Auditor | $325.00 | 13.60 | $4,420.00 |
| Pamela S. Snyder | Legal Auditor | $275.00 | 73.20 | $20,130.00 |
| | | Total: | 248.70 | $77,937.50 |
| | | Blended Hourly Rate: | $313.38 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 247.80 | $77,600.00 |
| Stuart Maue Retention/Compensation | 0.90 | $337.50 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (2,863 copies @ $0.10 per page) | $286.30 |
| Postage | $133.86 |
| Total | $420.16 |

# Exhibit B

*STUART MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1026295
Matter Number: 1026295
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/03/2011 | WD | 0.70 | Continue drafting Fee Examiner's Final Report. | 262.50 |
| 01/04/2011 | WD | 1.90 | Revision and verification of fee entry classification in light of Chadbourne's response to the Preliminary Report. | 712.50 |
| | | 0.30 | Edit Final Report. | 112.50 |
| 01/05/2011 | WD | 0.30 | Draft and edit e-mail to Doug Deutsch concerning remaining billing issues in 4th and 5th fee applications. | 112.50 |
| 01/06/2011 | WD | 0.10 | Second call with Doug Deutsch regarding resolution to billing issues. | 37.50 |
| | | 0.40 | Telephone conference with Doug Deutsch regarding fee issues in fourth and fifth applications. | 150.00 |
| 01/10/2011 | PSS | 1.70 | Preparation of final exhibits and Appendix A to accompany final report. | 467.50 |
| 01/10/2011 | WD | 0.30 | Revise and complete Final Report. | 112.50 |
| | | **5.70** | | **$1,967.50** |

Exhibit: B

# STUART MAUE
### LEGAL COST / MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1026295**
**Matter Number: 1026295**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 4.00 = | $1,500.00 |
| Total for Legal Audit Managers: | | | 4.00 | $1,500.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.70 = | $467.50 |
| Total for Legal Auditors: | | | 1.70 | $467.50 |
| Total Hours Worked: | | | 5.70 | |
| Total Hours Billed: | | | 5.70 | $1,967.50 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1027315**
**Matter Number: 1027315**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/04/2011 | WD | 2.10 | Revision and verification of fee entry classification in consideration of additional information provided by Chadbourne. | 787.50 |
| | | 0.90 | Draft Fee Examiner's Final Report. | 337.50 |
| 01/10/2011 | PSS | 1.00 | Prepare final exhibits and Appendix A to accompany final report. | 275.00 |
| 01/10/2011 | WD | 0.20 | Complete Fee Examiner's Final Report. | 75.00 |
| 01/11/2011 | PSS | 0.40 | Final review of amounts and exhibits in final report. | 110.00 |
| | | **4.60** | | **$1,585.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST ✓ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1027315
Matter Number: 1027315
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2011**

**Legal Audit Managers**

| W. Andrew Dalton | WD | 375.00 x | 3.20 = | $1,200.00 |
|------|----------|------|-------|--------|
| | Total for Legal Audit Managers: | | 3.20 | $1,200.00 |

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 1.40 = | $385.00 |
|------|----------|------|-------|--------|
| | Total for Legal Auditors: | | 1.40 | $385.00 |

| | Total Hours Worked: | | 4.60 | |
|------|----------|------|-------|--------|
| | Total Hours Billed: | | 4.60 | $1,585.00 |

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1028096**
**Matter Number: 1028096**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/04/2011 | WD | 0.80 | Revise fee entry classification based upon past communication with the firm. | 300.00 |
| | | 0.50 | Revise and edit Preliminary Report. | 187.50 |
| 01/05/2011 | PSS | 1.10 | Review preliminary report and exhibits to verify amounts and calculations. | 302.50 |
| 01/05/2011 | WD | 0.30 | Revise and complete Preliminary Report. | 112.50 |
| | | **2.70** | | **$902.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1028096
Matter Number: 1028096
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 1.60 = | $600.00 |
| **Total for Legal Audit Managers:** | | | 1.60 | $600.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.10 = | $302.50 |
| **Total for Legal Auditors:** | | | 1.10 | $302.50 |
| **Total Hours Worked:** | | | 2.70 | |
| **Total Hours Billed:** | | | 2.70 | $902.50 |

**STUART MAUE**
LEGAL COST ⋁ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029736
Matter Number: 1029736
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/05/2011 | PSS | 1.30 | Reconcile fees in database to fees requested in Nov monthly application. | 357.50 |
| 01/06/2011 | PSS | 5.90 | Reconcile fees in database to fees requested in Nov monthly application. | 1,622.50 |
| 01/07/2011 | PSS | 3.80 | Continue to reconcile fees in database to fees requested in Nov monthly application. | 1,045.00 |
| 01/10/2011 | PSS | 3.30 | Review expenses requested in application and draft expense section of the report. | 907.50 |
| 01/11/2011 | PSS | 2.10 | Continue to review expenses requested in application and draft expense section of the report. | 577.50 |
| 01/18/2011 | KH | 2.40 | Perform analysis of fee entries of timekeeper Marc Alpert for purpose of identifying potentially improper billing practices. | 780.00 |
| | | 2.40 | Analyze the fee entries of various timekeepers for purpose of identifying potentially improper billing practices. | 780.00 |
| | | 1.10 | Perform analysis of fee entries of timekeeper David Bava for purpose of identifying potentially improper billing practices. | 357.50 |
| 01/18/2011 | PSS | 0.20 | Reconcile fees and expenses in database to amounts requested in interim application. | 55.00 |
| 01/19/2011 | KH | 2.60 | Perform analysis of fee entries of various timekeepers for purpose of identifying potentially improper billing practices. | 845.00 |
| | | 5.40 | Perform analysis of fee entries of timekeeper Douglas Deutsch for purpose of identifying potentially improper billing practices. | 1,755.00 |
| 01/21/2011 | KH | 1.00 | Perform analysis of fee entries of timekeeper Christy Rivera for purpose of identifying potentially improper billing practices. | 325.00 |
| | | 1.10 | Perform analysis of fee entries of timekeeper Alexandra Nellos for purpose of identifying potentially improper billing practices. | 357.50 |
| | | 1.70 | Perform analysis of fee entries of timekeeper Thomas McCormack for purpose of identifying potentially improper billing practices. | 552.50 |
| | | 1.40 | Perform analysis of fee entries of timekeeper Jessica Marrero for purpose of identifying potentially improper billing practices. | 455.00 |
| | | 1.60 | Perform analysis of fee entries of timekeeper Marc Roitman for purpose of identifying potentially improper billing practices. | 520.00 |
| 01/24/2011 | KH | 2.00 | Review fee entries describing conferences for purposes of identifying intraoffice and non-firm conference attendance. | 650.00 |
| | | 0.70 | Perform analysis of fee entries of timekeeper Young Yoo for purpose of identifying potentially improper billing practices. | 227.50 |
| | | 1.90 | Perform analysis of fee entries of timekeeper Howard Seife for purpose of identifying potentially improper billing practices. | 617.50 |
| | | 1.10 | Analyze fee entries of timekeeper David LeMay for purpose of identifying potentially improper billing practices. | 357.50 |
| | | 0.50 | Perform analysis of fee entries of timekeeper Francisco Vazquez for purpose of identifying potentially improper billing practices. | 162.50 |
| 01/25/2011 | KH | 3.10 | Analyze fee entries for purpose of identifying time and fees associated with fee applications and retention. | 1,007.50 |
| | | 4.90 | Continue to review fee entries describing conferences for purposes of identifying intraoffice and non-firm conference attendance. | 1,592.50 |

Exhibit: B

**STUART MAUE**
LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029736
Matter Number: 1029736
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/26/2011 | KH | 2.10 | Analyze fees and identify entries for inappropriate block billing. | 682.50 |
| 01/27/2011 | KH | 0.60 | Analyze time entries describing non-working travel to ensure time was billed at one-half the normal billing rate. | 195.00 |
| | | 2.70 | Analyze fee entries describing non-firm conferences for purpose of identifying multiple attendance. | 877.50 |
| 01/27/2011 | PSS | 0.50 | Revise fee entries to proportionalize time entries block billed by the firm. | 137.50 |
| 01/28/2011 | KH | 5.70 | Continue to analyze fee entries describing non-firm conferences for purpose of identifying billing for multiple attendance. | 1,852.50 |
| | | 2.30 | Begin analysis of fee entries describing intraoffice conferences for purpose of identifying potentially improper billing by multiple timekeepers. | 747.50 |
| 01/31/2011 | KH | 3.40 | Continue to perform analysis of non-firm conferences for purpose of identifying billing for multiple attendance. | 1,105.00 |
| | | **68.80** | | **$21,505.00** |

Exhibit: B

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029736
Matter Number: 1029736
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 325.00 x | 51.70 = | $16,802.50 |
| Pamela S. Snyder | PSS | 275.00 x | 17.10 = | $4,702.50 |
| | | **Total for Legal Auditors:** | **68.80** | **$21,505.00** |
| | | **Total Hours Worked:** | **68.80** | |
| | | **Total Hours Billed:** | **68.80** | **$21,505.00** |

**Exhibit: B**

# STUART/MAUE
### LEGAL COST \/ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1028256**
**Matter Number: 1028256**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/25/2011 | TZM | 0.50 | Review and analysis of fee entries and classify travel. | 162.50 |
| | | 1.50 | Review of fee entries and classsify tasks into other firm compensation category. | 487.50 |
| | | 1.80 | Review and evaluate fee entries and classify tasks describing Cole compensation. | 585.00 |
| | | **3.80** | | **$1,235.00** |

Exhibit: B

# STUART/MAUE
## LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1028256
Matter Number: 1028256
Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Tami Z. Morrissey | TZM | 325.00 x | 3.80 = | $1,235.00 |
| Total for Legal Auditors: | | | 3.80 | $1,235.00 |
| Total Hours Worked: | | | 3.80 | |
| Total Hours Billed: | | | 3.80 | $1,235.00 |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029835
Matter Number: 1029835
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/05/2011 | PSS | 0.60 | Begin review of expenses requested in monthly applications. | 165.00 |
| | | 1.80 | Reconcile fees in database to fees requested in monthly applications. | 495.00 |
| 01/11/2011 | PSS | 2.40 | Review expenses requested in interim application and draft expense section of report. | 660.00 |
| | | 0.60 | Received interim application and reconcile to database. | 165.00 |
| 01/18/2011 | TZM | 0.50 | Review and evaluate fee entries and classify attendance at events. | 162.50 |
| | | 1.90 | Analysis of fee entries and classify conferences. | 617.50 |
| | | 5.20 | Review of fee entries and classify clerical tasks. | 1,690.00 |
| 01/19/2011 | TZM | 0.30 | Review and evaluate fee entries and classify conflict checks. | 97.50 |
| | | 0.70 | Review of fee entries and classify legal research. | 227.50 |
| | | 1.90 | Review and evaluate fee entries and classify tasks into multiple attendance at intraoffice conferences. | 617.50 |
| | | 1.10 | Analysis and review of fee entries and classify intraoffice conferences and non-firm conferences. | 357.50 |
| 01/20/2011 | TZM | 4.40 | Analysis of fee entries and classify intraoffice conference multiple attendance. | 1,430.00 |
| 01/21/2011 | TZM | 2.30 | Classify block billed fee entries. | 747.50 |
| | | 2.10 | Review and evaluate fee entries and classify vague communication. | 682.50 |
| 01/23/2011 | TZM | 1.20 | Analysis and review of fee entries and classify vaguely described tasks. | 390.00 |
| 01/24/2011 | TZM | 0.30 | Analysis and review of fee entries and classify legal research. | 97.50 |
| | | 0.20 | Review of fee entries for double billed tasks. | 65.00 |
| | | 0.50 | Classify block billed entries. | 162.50 |
| 01/25/2011 | TZM | 0.70 | Analysis of fee entries for potential double billed entries. | 227.50 |
| 01/26/2011 | TZM | 0.40 | Verification of exhibit regarding multiple attendance at non-firm conferences and events. | 130.00 |
| | | 0.50 | Analysis of fee entries and classify Cole compensation activities. | 162.50 |
| | | 0.90 | Review of fee entries and classify other firm compensation. | 292.50 |
| | | 1.20 | Analysis of fee entries for improper time increments. | 390.00 |
| | | 0.90 | Review and evaluate timekeeper rules. | 292.50 |
| | | 1.70 | Analysis and review of fee entries for duplication of effort. | 552.50 |
| | | 0.40 | Verification of exhibit regarding blocked billing. | 130.00 |
| | | 0.50 | Verification of exhibit regarding vague communications. | 162.50 |
| | | 0.30 | Verification of exhibit regarding questioned timekeepers. | 97.50 |
| | | 0.20 | Verification of exhibit regarding potential double billing. | 65.00 |
| | | 0.30 | Verification of exhibit regarding vague tasks. | 97.50 |
| 01/27/2011 | PSS | 0.20 | Revise fee entries to proportionalize time entries block billed by the firm. | 55.00 |
| 01/27/2011 | TZM | 0.40 | Review and edit multiple attendance at non-firm conference exhibit. | 130.00 |
| | | 0.70 | Review and edit multiple attendance at intraoffice conference exhibit. | 227.50 |
| 01/28/2011 | TZM | 1.90 | Review and evaluate fee entries for duplication of effort. | 617.50 |
| | | 2.10 | Draft preliminary report. | 682.50 |
| | | 0.70 | Draft bankruptcy categories for review. | 227.50 |

Exhibit: B

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1029835**
**Matter Number: 1029835**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/31/2011 | TZM | 0.40 | Draft table of exhibits. | 130.00 |
| | | **42.40** | | **$13,500.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029835
Matter Number: 1029835
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Tami Z. Morrissey | TZM | 325.00 | x | 36.80 | = | $11,960.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.60 | = | $1,540.00 |
| | | **Total for Legal Auditors:** | | 42.40 | | **$13,500.00** |
| | | **Total Hours Worked:** | | 42.40 | | |
| | | **Total Hours Billed:** | | 42.40 | | **$13,500.00** |

**Exhibit: B**

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1028195**
**Matter Number: 1028195**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/24/2011 | WD | 0.10 | Review firm's response to the Preliminary Report. | 37.50 |
| | | 0.30 | Draft and verify Fee Examiner's Final Report. | 112.50 |
| 01/28/2011 | PSS | 0.10 | Verify accuracy of amounts in final report. | 27.50 |
| | | **0.50** | | **$177.50** |

Exhibit: B

### STUART MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1028195
Matter Number: 1028195
Firm: Daniel J. Edelman, Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 0.40 = | $150.00 |
| **Total for Legal Audit Managers:** | | | 0.40 | $150.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.10 = | $27.50 |
| **Total for Legal Auditors:** | | | 0.10 | $27.50 |
| **Total Hours Worked:** | | | 0.50 | |
| **Total Hours Billed:** | | | 0.50 | $177.50 |

**Exhibit: B**

# *STUART MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1026916**
**Matter Number: 1026916**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/13/2011 | WD | 0.10 | Analysis of additional spreadsheet provided by E&Y. | 37.50 |
| | | 0.40 | Revise and complete Fee Examiner's Final Report. | 150.00 |
| 01/14/2011 | PSS | 0.30 | Review final report and verify amounts. | 82.50 |
| | | **0.80** | | **$270.00** |

Exhibit: B

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1026916**
**Matter Number: 1026916**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 × | 0.50 = | $187.50 |
| Total for Legal Audit Managers: | | | 0.50 | $187.50 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 × | 0.30 = | $82.50 |
| Total for Legal Auditors: | | | 0.30 | $82.50 |
| Total Hours Worked: | | | 0.80 | |
| Total Hours Billed: | | | 0.80 | $270.00 |

Exhibit: B



**STUART MAUE**
LEGAL COST V MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1030297**
**Matter Number: 1030297**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/12/2011 | PSS | 3.00 | Reconcile fees in database to fees requested in interim application. | 825.00 |
| | | 2.30 | Review expenses requested in application and draft expense section of the report. | 632.50 |
| 01/13/2011 | PSS | 1.60 | Continue to review expenses requested in application and draft expense section of the report. | 440.00 |
| 01/19/2011 | KCT | 0.40 | Review and analyze timekeepers' roles. | 130.00 |
| | | 0.20 | Review and analyze intraoffice multiple attendance. | 65.00 |
| | | 0.20 | Review and analyze fee entries related to travel. | 65.00 |
| | | 0.50 | Analyze fee entries describing potential clerical/administrative activity. | 162.50 |
| | | 0.40 | Review and analyze firm's application for retention and retention orders. | 130.00 |
| | | 0.20 | Review and analyze firm's fifth quarterly fee application. | 65.00 |
| | | 1.20 | Review and analyze fee entries describing conferences and events. | 390.00 |
| | | 0.20 | Review and analzye nonfirm conferences. | 65.00 |
| | | 1.00 | Review and analyze nonfirm multiple attendance. | 325.00 |
| | | 0.40 | Review and analyze intraoffice conferences. | 130.00 |
| | | 0.10 | Review potential double billing and extended days. | 32.50 |
| 01/19/2011 | PSS | 0.20 | Revise fee entries to proportionalize time entries block billed by the firm. | 55.00 |
| 01/21/2011 | KCT | 0.60 | Verification of fee entries categorized nonfirm multiple attendance and multiple attendance questioned. | 195.00 |
| | | 0.20 | Verification of fee entries categorized administrative or clerical activity. | 65.00 |
| | | 0.20 | Review and analyze fee entries related to vague communications. | 65.00 |
| | | 1.50 | Review and analyze blocked billing entries. | 487.50 |
| | | 0.20 | Review and analyze fee entries related to firm's retention/compensation. | 65.00 |
| | | 0.20 | Verification of fee entries categorized intraoffice conferences and intraoffice multiple attendance. | 65.00 |
| | | 1.20 | Review and analyze improper time increments with particular attention to billing in whole or half-hour increments. | 390.00 |
| | | 0.70 | Review and analyze all uncategorized fee entries. | 227.50 |
| 01/24/2011 | KCT | 0.20 | Verification of duplicative billing. | 65.00 |
| | | 0.20 | Verification of timekeepers' roles. | 65.00 |
| | | 0.80 | Review and analyze fee entries that coincide with dates for expenses for airfare. | 260.00 |
| | | 2.80 | Draft fee examiner's preliminary report regarding firm's fith interim fee application. | 910.00 |
| | | **20.70** | | **$6,372.50** |

Exhibit: B

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1030297**
**Matter Number: 1030297**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 7.10 = | $1,952.50 |
| Kathy C. Tahan | KCT | 325.00 x | 13.60 = | $4,420.00 |
| | Total for Legal Auditors: | | 20.70 | $6,372.50 |
| | Total Hours Worked: | | 20.70 | |
| | Total Hours Billed: | | 20.70 | $6,372.50 |



**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1024399**
**Matter Number: 1024399**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/19/2011 | PS | 0.30 | Analysis of activities performed by Adam Schaeffer. | 97.50 |
| | | 0.30 | Analysis of activities performed by Thomas Cullen. | 97.50 |
| | | 0.20 | Analysis of activities performed by Joseph Montgomery. | 65.00 |
| | | 0.20 | Analysis of activities performed by Edward Purnell. | 65.00 |
| | | 1.10 | Review application and retention documents. | 357.50 |
| | | 0.20 | Analysis of activities performed by Dennis Chi. | 65.00 |
| | | 0.40 | Analysis of activities performed by Timothy Hoffman. | 130.00 |
| | | 0.40 | Analysis of activities performed by David Shafer. | 130.00 |
| | | 0.40 | Analysis of activities performed by Fredrick Sherman. | 130.00 |
| | | 0.40 | Analysis of activities performed by Elizabeth Kitslaar. | 130.00 |
| | | 0.20 | Analysis of activities performed by Lynne Fischer. | 65.00 |
| | | 0.30 | Analysis of activities performed by Lynn Marvin. | 97.50 |
| | | 0.20 | Analysis of activities performed by Mary Hemann. | 65.00 |
| | | 0.30 | Analysis of activities performed by Alan Rabinowitz. | 97.50 |
| | | 0.80 | Analysis of activities performed by Brad Erens. | 260.00 |
| | | 0.80 | Analysis of activities performed by David Heiman. | 260.00 |
| | | 0.60 | Analysis of activities performed by David Hall. | 195.00 |
| | | 0.30 | Analysis of activities performed by Arleta Sobczak. | 97.50 |
| 01/20/2011 | PS | 0.50 | Review fees for legal research. | 162.50 |
| | | 0.70 | Review fees for retention/preparation of fee applications. | 227.50 |
| | | 1.20 | Review fees for committee matters/meetings. | 390.00 |
| | | 0.40 | Review fees for travel. | 130.00 |
| | | 0.40 | Review clerical tasks. | 130.00 |
| | | 1.20 | Review fees for duplicative activities. | 390.00 |
| | | 0.70 | Review vague tasks. | 227.50 |
| 01/21/2011 | PS | 1.70 | Review fees for orientation and duplicative tasks. | 552.50 |
| | | 0.30 | Prepare preliminary report re administrative activities. | 97.50 |
| | | 0.30 | Review fees for administrative activities. | 97.50 |
| | | 0.40 | Prepare preliminary report re: fees for retention and fee applications. | 130.00 |
| | | 0.30 | Review fees for application work. | 97.50 |
| | | 1.20 | Review fees for intraoffice conferences. | 390.00 |
| | | 1.20 | Review fees for multiple attendance. | 390.00 |
| | | 0.30 | Prepare preliminary report re: block billing. | 97.50 |
| | | 0.40 | Review fees for block billing. | 130.00 |
| | | 0.20 | Prepare preliminary report re: time increments. | 65.00 |
| | | 0.70 | Prepare background for preliminary report. | 227.50 |
| | | 0.90 | Prepare preliminary report re multiple attendance at events. | 292.50 |

| | | **20.40** | | **$6,630.00** |

**Exhibit: B**

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1024399**
**Matter Number: 1024399**
**Firm: Jones Day**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Phyllis Schauffler | PS | 325.00 x | 20.40 = | $6,630.00 |
| | **Total for Legal Auditors:** | | **20.40** | **$6,630.00** |
| | **Total Hours Worked:** | | **20.40** | |
| | **Total Hours Billed:** | | **20.40** | **$6,630.00** |


STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1029795**
**Matter Number: 1029795**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/13/2011 | PSS | 1.70 | Reconcile fees in database to fees requested in interim application. | 467.50 |
| 01/14/2011 | PSS | 1.90 | Continue to reconcile fees in database to fees requested in interim application. | 522.50 |
| 01/17/2011 | PSS | 3.40 | Review expenses requested in interim application and draft expense section of report. | 935.00 |
| | | 4.10 | Continue to reconcile fees in database to fees requested in interim application. | 1,127.50 |
| 01/18/2011 | PSS | 0.80 | Continue to review expenses requested in interim application and draft expense section of report. | 220.00 |
| 01/19/2011 | PS | 0.80 | Review fee application. | 260.00 |
| 01/20/2011 | PS | 1.80 | Review fees for Litigation Matters. | 585.00 |
| 01/25/2011 | PS | 0.20 | Review UST objection to retention. | 65.00 |
| | | 0.90 | Review fees for conferences. | 292.50 |
| | | 0.30 | Review declaration in support of application for retention. | 97.50 |
| | | 0.40 | Review application for retention. | 130.00 |
| | | 0.20 | Review Debtors' reply to UST objection. | 65.00 |
| | | 0.40 | Review statement of special committee in support of retention. | 130.00 |
| | | 0.30 | Review supplemental declaration in support of retention. | 97.50 |
| | | 0.60 | Review transcript from retention hearing. | 195.00 |
| | | 0.70 | Review September 2010 Monthly Fee Application. | 227.50 |
| | | 0.20 | Review retention order. | 65.00 |
| | | 0.80 | Review October 2010 Monthly Fee Application. | 260.00 |
| | | 0.80 | Review November 2010 Monthly Fee Application. | 260.00 |
| 01/26/2011 | PS | 2.20 | Review potentially duplicative fees. | 715.00 |
| | | 1.30 | Prepare preliminary report re: duplicative activities. | 422.50 |
| | | 2.10 | Review fees related Plan and Disclosure Statement. | 682.50 |
| | | 1.20 | Review fees related to Examiner's Report. | 390.00 |
| 01/27/2011 | PS | 0.60 | Review fees for administrative activities. | 195.00 |
| | | 0.70 | Revise preliminary report re administrative activities. | 227.50 |
| | | 0.40 | Revise preliminary report re: vague tasks. | 130.00 |
| | | 0.40 | Review vague tasks. | 130.00 |
| | | 0.90 | Revise preliminary report re intraoffice conferences. | 292.50 |
| | | 0.60 | Review fees for intraoffice conferences. | 195.00 |
| | | 0.80 | Review fees for attendance at events. | 260.00 |
| | | 0.90 | Revise preliminary report re: attendance at events. | 292.50 |
| | | 0.70 | Review fees for committee matters. | 227.50 |
| 01/28/2011 | PS | 1.20 | Revise preliminary report re duplicative activities. | 390.00 |
| | | 0.50 | Revise preliminary report re block billing. | 162.50 |
| | | 0.60 | Review fees for block billing. | 195.00 |
| 01/31/2011 | PS | 1.80 | Review fees for plan of reorganization tasks | 585.00 |
| | | 2.10 | Revise preliminary report re: duplicative activities. | 682.50 |
| | | **39.30** | | **$12,177.50** |

**Exhibit: B**

# STUART⁄MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029795
Matter Number: 1029795
Firm: Jones Day

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Phyllis Schauffler | PS | 325.00 x | 27.40 = | $8,905.00 |
| Pamela S. Snyder | PSS | 275.00 x | 11.90 = | $3,272.50 |
| **Total for Legal Auditors:** | | | 39.30 | $12,177.50 |
| **Total Hours Worked:** | | | 39.30 | |
| **Total Hours Billed:** | | | 39.30 | $12,177.50 |

**Exhibit: B**

# STUART MAUE
### LEGAL COST ✓ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1030055
Matter Number: 1030055
Firm: Jones Day

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/13/2011 | PSS | 1.40 | Reconciliation of fees in database to fees requested in interim application. | 385.00 |
| 01/18/2011 | PS | 0.30 | Review retention documents. | 97.50 |
| | | 0.20 | Review tasks invoiced by Arleta Sobczak. | 65.00 |
| | | 0.30 | Review tasks invoiced by Ryan Thomas. | 97.50 |
| | | 0.40 | Review tasks invoiced by Dennis Chi. | 130.00 |
| | | 0.50 | Review tasks invoiced by Phillip Proger. | 162.50 |
| | | 0.30 | Draft background for preliminary report. | 97.50 |
| | | 0.40 | Draft preliminary report re: block billing. | 130.00 |
| | | 0.40 | Draft preliminary report re: redacted time entries. | 130.00 |
| | | 0.20 | Draft preliminary report re administrative tasks. | 65.00 |
| | | 0.30 | Draft preliminary report re: clerical tasks. | 97.50 |
| | | 0.30 | Draft preliminary report re: conferences. | 97.50 |
| | | 0.20 | Draft preliminary report re travel. | 65.00 |
| | | 0.20 | Review fees for professional compensation. | 65.00 |
| | | 0.30 | Prepare preliminary report re professional compensation. | 97.50 |
| | | 0.20 | Review clerical fees. | 65.00 |
| | | 0.30 | Review fees for conferences. | 97.50 |
| | | 0.20 | Review fees for redacted time entries. | 65.00 |
| | | 1.10 | Revise preliminary report. | 357.50 |
| | | 0.30 | Review Fifth Interim Fee Application. | 97.50 |
| | | **7.80** | | **$2,465.00** |

**STUART/MAUE**
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1030055**
**Matter Number: 1030055**
**Firm: Jones Day**

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Phyllis Schauffler | PS | 325.00 x | 6.40 = | $2,080.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.40 = | $385.00 |
| | **Total for Legal Auditors:** | | 7.80 | $2,465.00 |
| | **Total Hours Worked:** | | 7.80 | |
| | **Total Hours Billed:** | | 7.80 | $2,465.00 |

# STUART/MAUE
LEGAL COST V MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1029735**
**Matter Number: 1029735**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/18/2011 | PSS | 6.80 | Reconcile fees and expenses in database to amounts requested in interim application. | 1,870.00 |
| 01/19/2011 | PSS | 2.60 | Continue to reconcile fees and expenses in database to amounts requested in interim application. | 715.00 |
| | | 0.50 | Review expenses requested in application and draft expense section of the report. | 137.50 |
| 01/31/2011 | PSS | 0.60 | Continue to review expenses requested in application and draft expense section of the report. | 165.00 |
| | | **10.50** | | **$2,887.50** |

**Exhibit: B**

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1029735**
**Matter Number: 1029735**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 ˣ | 10.50 ⁼ | $2,887.50 |
| | **Total for Legal Auditors:** | | **10.50** | **$2,887.50** |
| | **Total Hours Worked:** | | **10.50** | |
| | **Total Hours Billed:** | | **10.50** | **$2,887.50** |

## STUART MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029855
Matter Number: 1029855
Firm: Levine Sullivan Koch & Schulz, L.L.P.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/31/2011 | PSS | 0.60 | Review expenses requested in application and draft expense section of report. | 165.00 |
| | | 3.40 | Reconcile fees in database to fees requested in interim application. | 935.00 |
| | | **4.00** | | **$1,100.00** |

Exhibit: B

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1029855
Matter Number: 1029855
Firm: Levine Sullivan Koch & Schulz, L.L.P.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 4.00 = | $1,100.00 |
| **Total for Legal Auditors:** | | | 4.00 | $1,100.00 |
| **Total Hours Worked:** | | | 4.00 | |
| **Total Hours Billed:** | | | 4.00 | $1,100.00 |

Exhibit: B

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1030335
Matter Number: 1030335
Firm: Levine Sullivan Koch & Schulz, L.L.P.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/05/2011 | PSS | 0.90 | Review application and prepare database for attorney review. | 247.50 |
| 01/11/2011 | PSS | 0.70 | Reconcile fees in database to fees requested in interim application. | 192.50 |
| 01/12/2011 | PSS | 0.80 | Review expenses requested in application and draft expense section of the report. | 220.00 |
| | | 1.60 | Continue to reconcile fees in database to fees requested in interim application. | 440.00 |
| | | **4.00** | | **$1,100.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1030335
Matter Number: 1030335
Firm: Levine Sullivan Koch & Schulz, L.L.P.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 4.00 = | $1,100.00 |
| | | **Total for Legal Auditors:** | **4.00** | **$1,100.00** |
| | | **Total Hours Worked:** | **4.00** | |
| | | **Total Hours Billed:** | **4.00** | **$1,100.00** |

Exhibit: B

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1030298**
**Matter Number: 1030298**
**Firm: Official Committee of Unsecured**
**Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/04/2011 | PSS | 1.20 | Review expenses requested in application, including supporting documentation provided. | 330.00 |
| | | **1.20** | | **$330.00** |

# STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1030298**
**Matter Number: 1030298**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.20 = | $330.00 |
| **Total for Legal Auditors:** | | | 1.20 | $330.00 |
| **Total Hours Worked:** | | | 1.20 | |
| **Total Hours Billed:** | | | 1.20 | $330.00 |

Exhibit: B

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1027895
Matter Number: 1027895
Firm: Paul, Hastings, Janofsky & Walker LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/17/2011 | WD | 0.10 | Draft e-mail to Justin Bender requesting firm's response to the Preliminary Report. | 37.50 |
| | | **0.10** | | **$37.50** |

# STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1027895**
**Matter Number: 1027895**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 0.10 = | $37.50 |
| **Total for Legal Audit Managers:** | | | 0.10 | $37.50 |
| **Total Hours Worked:** | | | 0.10 | |
| **Total Hours Billed:** | | | 0.10 | $37.50 |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 01/31/2011 | | | | |
| 01/13/2011 | WD | 0.90 | Review firm's response to the Preliminary Report and related fee entries. | 337.50 |
| | | 0.50 | Begin drafting Final Report. | 187.50 |
| 01/17/2011 | WD | 0.40 | Complete Fee Examiner's Final Report. | 150.00 |
| | | **1.80** | | **$675.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 01/31/2011**

**Legal Audit Managers**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 375.00 | x | 1.80 | = | $675.00 |
| | | Total for Legal Audit Managers: | | 1.80 | | $675.00 |
| | | Total Hours Worked: | | 1.80 | | |
| | | Total Hours Billed: | | 1.80 | | $675.00 |

**Exhibit: B**

## *STUART MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1030196
Matter Number: 1030196
Firm: PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/14/2011 | PSS | 0.20 | Review amended interim application filed by PwC. | 55.00 |
| | | **0.20** | | **$55.00** |

**Exhibit: B**

# STUART MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 02/24/2011**
**Invoice Number: R1062 - 1030196**
**Matter Number: 1030196**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.20 = | $55.00 |
| **Total for Legal Auditors:** | | | 0.20 | $55.00 |
| **Total Hours Worked:** | | | 0.20 | |
| **Total Hours Billed:** | | | 0.20 | $55.00 |

Exhibit: B

## STUART/MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/04/2011 | PSS | 0.70 | Review recently received applications. | 192.50 |
| 01/04/2011 | WD | 0.80 | Draft and verify Stuart Maue's seventh interim quarterly fee application. | 300.00 |
| 01/05/2011 | PSS | 0.30 | Prepare revised exhibits of clerical fees for Chadbourne's fourth and fifth interim periods for review by WAD. | 82.50 |
| 01/10/2011 | PSS | 0.10 | Review applications recently received. | 27.50 |
| 01/10/2011 | WD | 0.10 | Exchange messages with Julie Johnston-Allen at Novak & Macy regarding the firm filing a consolidated fee application. | 37.50 |
| 01/11/2011 | PSS | 0.50 | Review applications received recently. | 137.50 |
| 01/13/2011 | PSS | 0.20 | Review applications received yesterday. | 55.00 |
| 01/18/2011 | WD | 0.10 | Draft Certificate of No Objection for 20th monthly fee application of Stuart Maue. | 37.50 |
| 01/19/2011 | PSS | 0.60 | Prepare a list of applications for which we are awaiting electronic data from the firm. | 165.00 |
| | | 0.60 | Review applications received yesterday. | 165.00 |
| 01/27/2011 | PSS | 0.70 | Review applications received recently. | 192.50 |
| | | **4.70** | | **$1,392.50** |

## STUART/MAUE
LEGAL COST√MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 1.00 = | $375.00 |
| Total for Legal Audit Managers: | | | 1.00 | $375.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 3.70 = | $1,017.50 |
| Total for Legal Auditors: | | | 3.70 | $1,017.50 |
| Total Hours Worked: | | | 4.70 | |
| Total Hours Billed: | | | 4.70 | $1,392.50 |

**STUART/MAUE**
LEGAL COST √ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1026017
Matter Number: 1026017
Firm: Zuckerman Spaeder

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 01/31/2011** | | | | |
| 01/11/2011 | WD | 0.20 | Review firm's response to the Preliminary Report. | 75.00 |
| | | 0.40 | Begin draft of Final Report. | 150.00 |
| 01/13/2011 | PSS | 1.90 | Preparation of final exhibits and Appendix A to accompany final report. | 522.50 |
| 01/13/2011 | WD | 0.90 | Review Zuckerman's response to the Preliminary Report and related and expense entries. | 337.50 |
| | | 0.60 | Revise and verify fee entry classification based upon additional information provided by the firm. | 225.00 |
| | | 0.70 | Draft, edit, and complete Final Report. | 262.50 |
| | | **4.70** | | **$1,572.50** |

**Exhibit: B**

# *STUART*/*MAUE*
### LEGAL COST ✓ MANAGEMENT

Invoice Date: 02/24/2011
Invoice Number: R1062 - 1026017
Matter Number: 1026017
Firm: Zuckerman Spaeder

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 01/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 2.80 = | $1,050.00 |
| **Total for Legal Audit Managers:** | | | 2.80 | $1,050.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.90 = | $522.50 |
| **Total for Legal Auditors:** | | | 1.90 | $522.50 |
| **Total Hours Worked:** | | | 4.70 | |
| **Total Hours Billed:** | | | 4.70 | $1,572.50 |

Exhibit: B

### STUART⧸MAUE
LEGAL COST MANAGEMENT

| Name | Initials | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| **Summary For Professional Services through 01/31/2011** | | | | | |
| **Legal Audit Managers** | | | | | |
| W. Andrew Dalton | WD | 375.00 X | 15.40 | = | $5,775.00 |
| | Total for Legal Audit Managers: | | 15.40 | | $5,775.00 |
| **Legal Auditors** | | | | | |
| Kathryn Hough | KH | 325.00 X | 51.70 | = | $16,802.50 |
| Tami Z. Morrissey | TZM | 325.00 X | 40.60 | = | $13,195.00 |
| Phyllis Schauffler | PS | 325.00 X | 54.20 | = | $17,615.00 |
| Pamela S. Snyder | PSS | 275.00 X | 73.20 | = | $20,130.00 |
| Kathy C. Tahan | KCT | 325.00 X | 13.60 | = | $4,420.00 |
| | Total for Legal Auditors: | | 233.30 | | $72,162.50 |
| | Total Hours Worked: | | 248.70 | | |
| | Total Hours Billed: | | 248.70 | | $77,937.50 |

# Exhibit C

EXHIBIT C

## Tribune Company et al. - January 2011 Expenses

PHOTOCOPIES:

|  | 2,863 at $0.10/Page | $ | 286.30 |
|---|---|---|---|

POSTAGE:

|  | Postage Paid | $ | 133.86 |
|---|---|---|---|
|  | TOTAL EXPENSES: | $ | **420.16** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 17, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

## CERTIFICATION OF W. ANDREW DALTON

I, W. Andrew Dalton, hereby certify that:

1.       I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner in the above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.     This Certification is made in support of the Twenty-Second Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 Through January 31, 2011 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.     I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:    February 25, 2011
          Saint Louis, Missouri

STUART MAUE

By: _____
    W. Andrew Dalton
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the **Notice of Application** and the **Twenty-Second Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 Through January 31, 2011** have been served via First Class Mail to the Notice Parties on the attached service list on this 25th day of February, 2011.

**STUART MAUE**

By:  _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**TRIBUNE COMPANY, et al.**

**SERVICE LIST RE 22nd MONTHLY FEE APPLICATION**

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)