# Schedule 1

**Schedule 1**

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 1 | A&C COMMUNICATIONS, LTD INC.<br>12148 NW 52 CT<br>CORAL SPRINGS, FL 33076 | C |
| 2 | ABOVENET COMMUNICATIONS, INC.<br>ATTN: THOMAS L. KELLY<br>360 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 | A |
| 3 | AMERICAN LITHO INC<br>DEPT 4106<br>CAROL STREAM, IL 60122-4106 | A |
| 4 | ANDERSON, MICHAEL ROBERT<br>919 W ELSASSER AVE<br>STE 2530<br>DELAND, FL 32720 | C |
| 5 | ARROW MESSENGER SERVICE<br>1322 W WALTON STREET<br>CHICAGO, IL 60642-5340 | A |
| 6 | ARROW MESSENGER SERVICE<br>1322 W WALTON STREET<br>CHICAGO, IL 60642-5340 | A |
| 7 | ARROW MESSENGER SERVICE<br>1322 W WALTON STREET<br>CHICAGO, IL 60642-5340 | A |
| 8 | ARROW MESSENGER SERVICE<br>1322 W WALTON STREET<br>CHICAGO, IL 60642-5340 | A |
| 9 | ASM CAPITAL<br>ORIGINAL CREDITOR NAME: JOE AYALA<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | A |
| 10 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | A |
| 11 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | B |
| 12 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | B |
| 13 | ASM CAPITAL III, L.P.<br>TRANSFEROR: PEPCO ENERGY SERVICES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | A |
| 14 | ASM CAPITAL III, L.P.<br>TRANSFEROR: NATIONAL COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | A |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| | | |
|---|---|---|
| 15 | ASM CAPITAL III, L.P.<br>TRANSFEROR: RED BRICKS MEDIA LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | A |
| 16 | ASM CAPITAL III, L.P.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER CO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | B |
| 17 | ASM CAPITAL, L.P.<br>TRANSFEROR: WENDLING PRINTING<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 18 | ASM CAPITAL, L.P.<br>TRANSFEROR: ERNST HERTZBERG & SONS<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 19 | ASM CAPITAL, L.P.<br>TRANSFEROR: CROWN PRINTERS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 20 | ASM CAPITAL, L.P.<br>TRANSFEROR: ONLINE RESOURCES (FKA PRINCETON ECOM)<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 21 | ASM CAPITAL, L.P.<br>TRANSFEROR: ANGSTROM GRAPHICS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 22 | ASM CAPITAL, L.P.<br>TRANSFEROR: VER-A-FAST CORPORATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | B |
| 23 | ASSOCIATED BUILDING MANAGEMENT CORP<br>PO BOX 474<br>MEDFORD, NJ 08055 | A |
| 24 | ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | A |
| 25 | AVENUE TC FUND, L.P.<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | C |
| 26 | AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | C |
| 27 | BELICE, RANDY LEE<br>365 DES PLAINES AVENUE<br>RIVERSIDE, IL 60546-1849 | E |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| # | Name / Address | Code |
|---|---|---|
| 28 | BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | A |
| 29 | BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | A |
| 30 | BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | A |
| 31 | BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | A |
| 32 | BENHAM FRENCH, KELLEY<br>2460 WOODLAWN CIRCLE W<br>ST PETERSBURG, FL 33704 | A |
| 33 | BOAS, SHERRY<br>19546 BAMBOO BEND<br>GROVELAND, FL 34736 | C |
| 34 | BONDED SERVICES<br>504 JANE STREET<br>FORT LEE, NJ 07024 | F |
| 35 | BOUNAN, MICHAEL H<br>15 SHERWOOD AVE.<br>BALTIMORE, MD 21208 | C |
| 36 | BOURASSA-CURTIS, SHELLY<br>40 LINCOLN ST<br>ENFIELD, CT 06082 | C |
| 37 | BROWNING, RONALD GARY<br>226 NORTH UNION AVE<br>HAVRE DE GRACE, MD 21078 | E |
| 38 | BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM<br>UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | A |
| 39 | BUILDERS HARDWARE & SUPPLY COMPANY INC<br>PO BOX C-79005<br>SEATTLE, WA 98119 | C |
| 40 | BUSY BEE PROMOTIONS<br>1821 W HUBBARD NO. 205<br>CHICAGO, IL 60622 | C |
| 41 | BUTHMAN, JANE M<br>1340 CARIBOU TRAIL<br>CAROL STREAM, IL 60188-9080 | A |
| 42 | CHICAGO BULLS<br>1901 W. MADISON ST.<br>JERRY REINSDORF<br>CHICAGO, IL 60612 | E |
| 43 | CITY OF SAN DIEGO<br>CITY OF SAN DIEGO<br>WATER DEPARTMENT<br>SAN DIEGO, CA 92187-0001 | A |
| 44 | CITY OF SANTA FE SPRINGS<br>P O BOX 2120<br>SANTA FE SPRINGS, CA 90670 | E |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| | | |
|---|---|---|
| 45 | CITY OF SANTA FE SPRINGS WATER UTILITY<br>11710 TELEGRAPH RD.<br>SANTA FE SPRINGS, CA 90670-3658 | E |
| 46 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: PENNER, DAN<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | C |
| 47 | COBALT GROUP<br>DEPT CH17034<br>PALATINE, IL 60055 | A |
| 48 | COLEMAN, SANDRA B<br>50 LEVEL ACRES RD<br>ATTLEBORO, MA 02703-6842 | A |
| 49 | COLLECTOR - CITY OF MIDDLETOWN<br>245 DEKOVEN DR<br>MIDDLETOWN, CT 06457 | F |
| 50 | COPANS PRINTING & GRAPHICS<br>2087 N POWERLINE ROAD<br>POMPANO, FL 33069 | A |
| 51 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CORPORATE DISK COMPANY<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | C |
| 52 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:MICROWAVE RADIO COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | A |
| 53 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ALL PHASE SECURITY INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | C |
| 54 | CURTIS, BRIAN M<br>40 LINCOLN ST<br>ENFIELD, CT 06082 | C |
| 55 | DANIEL, GADBERRY E<br>2315 W 14TH ST<br>MARION, IN 46953 | C |
| 56 | DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | C |
| 57 | DISCOVER FINANCIAL<br>PO BOX 6500<br>NEW ALBANY, OH 43054-6500 | B |
| 58 | DIXON, KATHYE D<br>2040 W JACKSON ST<br>ORLANDO, FL 32805-2110 | A |
| 59 | DLC INC<br>21800 OXNARD STREET  SUITE 980<br>WOODLAND HILLS, CA 91367 | A |
| 60 | DRUMMEY, SARAH J<br>10 FREELAND DR<br>SPRINGVALE, ME 04083-1968 | A |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| # | Name / Address | Code |
|---|---|---|
| 61 | ENTERPRISE VISION TECHNOLOGIES, INC<br>201 WILSHIRE BLVD. A9<br>SANTA MONICA, CA 90401 | B |
| 62 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TRAILER LOGISTICS CO OF IL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | A |
| 63 | FASHION CENTRE AT PENTAGON, BOWIE TOWN CENTER, LAKEFOREST MALL, POTOMAC MILLS, ST. CHARLES TC - ATTN: PATTY SUMMERS<br>225 W WASHINGTON ST - SIMON PROPERTY GRP<br>INDIANAPOLIS, IN 46204 | E |
| 64 | FAST LUBE<br>320-A BALTIMORE PIKE<br>BEL AIR, MD 21014 | A |
| 65 | FENSTERMACHER, PETER D.<br>87 CHURCH ST<br>EAST HARTFORD, CT 06108 | C |
| 66 | FOY, RUTH<br>2922 WALBROOK AVE<br>BALTIMORE, MD 21216-3135 | A |
| 67 | FULTON, SARAH<br>958 W. WALNUT ST.<br>ALLENTOWN, PA 18102 | C |
| 68 | GES EXPOSITION SERVICES<br>950 GRIER DRIVE<br>LAS VEGAS, NV 89119 | C |
| 69 | HAEHLE, ROBERT<br>PO BOX 190683<br>FT LAUDERDALE, FL 33319-0683 | D |
| 70 | HAGOS, CHARLOTTE<br>1960 W 81ST ST<br>LOS ANGELES, CA 90047 | A |
| 71 | HAINES & COMPANY INC<br>PO BOX 2117<br>8050 FREEDOM AVENUE NW<br>NORTH CANTON, OH 44720 | E |
| 72 | HASBRO INC., ET AL<br>ATTN: FRADA SALO<br>200 NARRAGANSETT PARK DR.<br>PAWTUCKET, RI 02862 | A |
| 73 | HERITAGE VENTURES, LLC<br>258 CITY VIEW AVE<br>WEST SPRINGFIELD, MA 01089 | B |
| 74 | HOLT, VANESSA<br>3019 JOE LOUISE DR<br>ORLANDO, FL 32805-2954 | D |
| 75 | INNER WORKINGS, INC.<br>600 W CHICAGO AVENUE<br>CHICAGO, IL 60654 | E |
| 76 | INNERWORKINGS, INC.<br>600 WEST CHICAGO, SUITE 850<br>CHICAGO, IL 60654 | B |

Tribune Company, et al

Omnibus Objection 40: Schedule 1

| # | Name / Address | |
|---|---|---|
| 77 | JAGOE, THOMAS ANTHONY<br>18028 W ANNES CIRCLE<br>APT 103<br>CANYON COUNTRY, CA 91387 | A |
| 78 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: COOKING ACADEMY OF CHICAGO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | C |
| 79 | JOHNSON & BELL<br>PATRICK GARVEY<br>33 W. MONROE ST.<br>SUITE 2700<br>CHICAGO, IL 60603-5404 | A |
| 80 | JOHNSON, LINDA B<br>8721-22 HAYSHED LN<br>COLUMBIA, MD 21045 | C |
| 81 | KLUG, DAVID<br>1063 SUMMER PL<br>PITTSBURGH, PA 15243 | C |
| 82 | LAFFEY, MARY L<br>1435 W BALMORAL AVE APT 1S<br>CHICAGO, IL 60640 | C |
| 83 | LANCASTER, SHARON<br>5 WINKEL CT APT 1D<br>ROSEDALE, MD 21237-7542 | C |
| 84 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 85 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 86 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 87 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 88 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 89 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 90 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 91 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 92 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| # | Name and Address | Code |
|---|---|---|
| 93 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 94 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 95 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 96 | LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | B |
| 97 | LIBRE DIGITAL INC<br>1835 B KRAMER LN   NO.150<br>AUSTIN, TX 78758 | C |
| 98 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: DACOR INSTALLATION SERVICES<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | C |
| 99 | MARK CURTIS MEDIA<br>136 SPRING ST<br>E GREENWICH, RI 02818-2927 | C |
| 100 | MCCAHON, MARY M<br>18002 NORWELL AVE<br>CLEVELAND, OH 44135-1845 | E |
| 101 | MEUSER, MEGAN LOUISE<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | A |
| 102 | MIAMI-DADE COUNTY<br>BOARD OF COMMISSIONERS<br>PO BOX 026055<br>MIAMI, FL 33102-6055 | A |
| 103 | MINCY LLC<br>6771 ALTA DR<br>BRIGHTON, MI 48116 | E |
| 104 | MINUTE MAN DELIVERY<br>P O BOX 3759<br>GARDENA, CA 90247-7459 | E |
| 105 | MIRA MOBILE TELEVISION<br>25749 SW CANYON CREEK RD STE 100<br>WILSONVILLE, OR 97070 | C |
| 106 | MITTLEMAN, ILEENE H<br>525 EAST 82ND ST APT 9H<br>NEW YORK, NY 10028-7158 | A |
| 107 | MIZLA, ERIN K<br>150 PINE STREET   NO.111<br>MANCHESTER, CT 06040 | C |
| 108 | MPS PRINTING SUPPLIES<br>1200 C AGORA DRIVE   NO.209<br>BEL AIR, MD 21014 | C |
| 109 | MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | B |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| # | Name/Address | |
|---|---|---|
| 110 | MURPHY, JENNIFER<br>418 N PINE LAKE DR<br>PATCHOGUE, NY 11772 | A |
| 111 | MURRAY, HEATHER<br>491 RAILROAD AVE<br>BARTLETT, IL 60103 | A |
| 112 | MYLES COMMUNICATIONS, INC.<br>P.O. BOX 27<br>JIM MYLES<br>MOBERLY, MO 65270 | C |
| 113 | NEIBERGALL, BRENDAN DOUGLAS<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | A |
| 114 | NETCOM DATA CORP OF NY<br>82 ROSLYN AVE<br>SEA CLIFF, NY 11579 | A |
| 115 | NICOR GAS<br>PO BOX 549<br>AURORA, IL 60507 | B |
| 116 | ORLANDO MARRIOTT<br>400 WEST LIVINGSTON STREET<br>ORLANDO, FL 32801 | C |
| 117 | OSBORN, JAMES B<br>1150 PADDOCK PL #204<br>ANN ARBOR, MI 48108 | A |
| 118 | PACIFIC TELEVISION CENTER INC<br>3440 MOTOR AVENUE<br>LOS ANGELES, CA 90034-4017 | C |
| 119 | PAVIA III, JOHN P<br>311 SILVER HILL RD<br>BOSTON, CT 06612-1119 | A |
| 120 | PICOLO, RICHARD<br>2632 WATERVIEW DR<br>EUSTIS, FL 32726-6903 | C |
| 121 | PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | B |
| 122 | PLANET DISCOVER, LLC<br>2171 CHAMBER CENTER DR.<br>FT MITCHELL, KY 41017 | E |
| 123 | PORTLAND GENERAL ELECTRIC - PGE<br>7800 SW MOHAWK STREET<br>TUALATIN, OR 97062 | C |
| 124 | PORTLAND GENERAL ELECTRIC CO<br>7800 SW MOHAWK STREET<br>TUALATIN, OR 97062 | E |
| 125 | PORTLAND GENERAL ELECTRIC CO<br>7800 SW MOHAWK STREET<br>TUALATIN, OR 97062 | E |
| 126 | PROLARMCO INC<br>P O BOX 117<br>GREENVALE, NY 11548 | C |

Tribune Company, et al

Omnibus Objection 40: Schedule 1

| # | Name / Address | Code |
|---|---|---|
| 127 | Q INTERACTIVE INC<br>PO BOX 101452<br>ATLANTA, GA 30392-1452 | C |
| 128 | REYNOSO, GUS<br>1853 CLIFFHILL DR<br>MONTEREY PARK, CA 91754 | C |
| 129 | RIVERA, JASON SCOTT<br>279 MOSS ST NO.28<br>CHULA VISTA, CA 91911 | C |
| 130 | RIVERSIDE BUSINESS HEALTH SERVICES<br>10510 JEFFERSON AVENUE STE C<br>NEWPORT NEWS, VA 23601 | C |
| 131 | ROSEN, KIM<br>7 KARY STREET<br>NORTHAMPTON, MA 01060 | D |
| 132 | RTM - REMOTE TRANSMISSION MANAGEMENT<br>2491 ALLUVIAL AVE SUITE 40<br>CLOVIS, CA 93611 | E |
| 133 | SCHAB, DAVID<br>104 S CAN DOTA AVE<br>MOUNT PROSPECT, IL 60056 | A |
| 134 | SCHUMACHER, LISA M<br>418 NAPERVILLE RD<br>CLARENDON HILLS, IL 60514 | A |
| 135 | SIBLEY, JOHN C.<br>406 SIBLEYS LANDING RD.<br>SALUDA, VA 23149 | E |
| 136 | SIGN A RAMA<br>5307 NOB HILL RD<br>SUNRISE, FL 33351 | A |
| 137 | SLADE, GAYLE L.<br>5628 SAINT CLAIR AVE<br>VALLEY VLG, CA 91607-1725 | A |
| 138 | SOFTSEL INC<br>3101 BROWNS MILL ROAD SUITE 6 175<br>JOHNSON CITY, TN 37604 | A |
| 139 | SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: WEATHER CENTRAL<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | C |
| 140 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | A |
| 141 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | A |
| 142 | TANNENBAUM, IRVING & JUDITH R JT TEN<br>840 LIONSGATE DR<br>SAINT LOUIS, MO 63130-2848 | A |
| 143 | TAYLOR FRANCIS/ROUTLEDGE<br>10650 TEOBBEN DR<br>INDEPENDENCE, KY 41051 | E |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| # | Name / Address | Code |
|---|---|---|
| 144 | THUNDER NORTH BROADCAST SERVICES LTD<br>635 QUEEN STREET EAST<br>TORONTO, ON M4M 1G4<br>CANADA | F |
| 145 | TOWN OF BEL AIR<br>39 HICKORY AVE.<br>BEL AIR, MD 21014 | C |
| 146 | TOWN OF PALM BEACH - FINANCE DEPARTMENT<br>C/O MARY MCQUAIG, ACCOUNTING CLERK<br>PO BOX 2029<br>360 SOUTH COUNTY ROAD<br>PALM BEACH, FL 33480 | B |
| 147 | TREASURER, OKLAHOMA STATE<br>UNCLAIMED PROPERTY DIVISION<br>4545 N. LINCOLN BLVD., STE. 106<br>OKLAHOMA CITY, OK 73105 | A |
| 148 | TREND OFFSET PRINTING<br>10301 BUSCH DR. N.<br>ATTN: DON ODHAM<br>JACKSONVILLE, FL 32218 | C |
| 149 | TRL SYSTEMS, INC<br>4405 AIRPORT DRIVE<br>ONTARIO, CA 91761 | E |
| 150 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | C |
| 151 | UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | C |
| 152 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MY WEB PAL<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | C |
| 153 | US OFFICE SOLUTIONS INC<br>2383 WEST 77TH STREET<br>HIALEAH, FL 33016 | D |
| 154 | WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | C |
| 155 | WARD, ELEANORE P<br>186 OAK TREE RD<br>MOORESVILLE, NC 28117-5914 | A |
| 156 | WFTV / WRDQ<br>WFTV TV09<br>ATTN: LEGAL COUNSEL<br>ORLANDO, FL 32801 | A |
| 157 | WITLEN, IAN<br>4375 CARAMBOLA CIR N<br>COCONUT CREEK, FL 33066-2458 | E |
| 158 | YAHOO! INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | C |

# Tribune Company, et al

## Omnibus Objection 40: Schedule 1

| | | |
|---|---|---|
| 159 | YAHOO! INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | C |
| 160 | YELLOW PAGES ASSOCIATION<br>PO BOX 95000 1610<br>PHILADELPHIA, PA 19195-1610 | C |
| 161 | ZEITLIN, ERICA<br>2662 S. BARRINGTON AVE.<br>LOS ANGELES, CA 90064 | C |