IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                                          )
In re:                                    )   Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )   Case No. 08-13141 (KJC)
                                          )
         Debtors.                         )   Jointly Administered
                                          )
                                              Related D.I. Nos. 7718, 7729, 7730 & 7744
----------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of the Letter to Judge Carey from Mitchell Hurley and Exhibits 6, 7, and 8 thereto [Docket No. 7718]* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP is hereby granted permission to file portions of its *Letter to Judge Carey from Mitchell Hurley* [Docket No. 7718] (the "Letter"), including the Letter and Exhibits 6, 7, and 8 thereto, under seal, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: February 25, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE