IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                        )
In re:                                  )  Chapter 11
                                        )
TRIBUNE COMPANY, et al.,                )  Case No. 08-13141 (KJC)
                                        )
        Debtors.                        )  Jointly Administered
                                        )
                                           Related D.I. Nos. 7827, 7836 & 7800
------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Letters to Chief Judge Carey from David Zensky Including Certain Exhibits Thereto [Docket Nos. 7827 & 7836]* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal portions of the *[Redacted] Letter to Chief Judge Carey from David Zensky* [Docket No. 7827] and the *[Redacted] Letter to Chief Judge Carey from David Zensky Regarding Docket Nos. 7752, 7778, 7783, and 7799* [Docket No. 7836], including certain exhibits thereto, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: February 25, 2011

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

{00484799;v1}                    6