IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, et al.,[1] | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2011, a true and correct copy of **Huron Consulting Services LLC's Responses and Objections to the Subpoena of Wilmington**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

WM1A 989668v1 02/25/11

**Trust Company** was served via electronic mail upon the parties listed on service list attached hereto as Exhibit A and upon the following parties via the manner indicated.

*Via Electronic Mail and First Class Mail:*

Martin S. Siegel
Andrew S. Dash
Gordon Z. Novod
Katherine S. Bromberg
Jared A. Ellias
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
msiegel@brownrudnick.com
adash@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
jellias@brownrudnick.com

*Via Electronic Mail, First Class Mail and Hand Delivery:*

William D. Sullivan
Elihu E. Allison
4 East 8th Street, Suite 400
Wilmington, DE 19801
bsullivan@sha-llc.com
zallison@sha-llc.com

Dated: February 25, 2011
       Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
Telephone: (302) 654-7444

-and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

-and-

Thomas E Lauria  
WHITE & CASE LLP  
200 South Biscayne Boulevard, Suite 4900  
Miami, Florida 33131  
(305) 371-2700  

*Attorneys for Huron Consulting Services, LLC*

**EXHIBIT A**

**Electronic Mail Service List**

| | |
|---|---|
| James F. Bendernagel, Jr.<br>David M. Miles<br>Ronald Flagg<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | jbendernagel@sidley.com<br>dmiles@sidley.com<br>rflagg@sidley.com |
| Bryan Krakauer<br>Colleen M. Kenney<br>James F. Conlan<br>James W. Ducayet<br>Jen Peltz<br>Dale E. Thomas<br>Patrick Wackerly<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | bkrakauer@sidley.com<br>ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| Kevin T. Lantry<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | klantry@sidley.com |
| Steven M. Bierman<br>Maria Melendez<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | sbierman@sidley.com<br>mmelendez@sidley.com |
| J. Kate Stickles<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | kstickles@coleschotz.com |
| Brad B. Erens<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601-1692 | bberens@jonesday.com |
| Lynn DiPaolo Marvin<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | lmarvin@jonesday.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |

| | |
|---|---|
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>U.S. Department of Labor<br>P.O. Box 1914<br>Washington, D.C. 20013 | Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| James O. Johnston, Esquire<br>Joshua Mester, Esquire<br>Bruce Bennett, Esquire<br>Dewey & LeBoeuf LLP<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90017-1530 | jjohnston@dl.com<br>jmester@dl.com<br>bbennett@dl.com |
| A. Brent Truitt<br>C. Dana Hobart<br>Hennigan, Bennett & Dorman LLP<br>245 Park Avenue, 39th Floor<br>New York, NY 10167 | truittb@hbdlawyers.com<br>hobartd@hbdlawyers.com |
| Andrew W. Hammond<br>Brian E. Fritz<br>David G. Hille<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, D.C. 20006-1047 | alevy@paulweiss.com |
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>Kira Alexis Davis<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com<br>kdavis@paulweiss.com |
| Andrew N. Goldman<br>Charles C. Platt<br>Dawn M. Wilson<br>Wilmer Hale<br>399 Park Avenue<br>New York, NY 10022 | Andrew.goldman@wilmerhale.com<br>Charles.platt@wilmerhale.com<br>Dawn.wilson@wilmerhale.com |

| | |
|---|---|
| Alexandra K. Nellos | anellos@chadbourne.com |
| David M. LeMay | dlemay@chadbourne.com |
| Howard Seife | hseife@chadbourne.com |
| Marc Ashley | mashley@chadbourne.com |
| Robert A. Schwinger | rschwinger@chadbourne.com |
| Thomas McCormack | tmccormack@chadbourne.com |
| Eric Przybylko | eprzybylko@chadbourne.com |
| Douglas Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10012 | DDeutsch@chadbourne.com; |
| Andrew N. Goldfarb | agoldfarb@zuckerman.com |
| Graeme W. Bush | gbush@zuckerrnan.com |
| James Sottile<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Ste. 1000<br>Washington, D.C. 20036-5807 | jsottile@zuckerman.com |
| Abid Qureshi | aqureshi@akingump.com |
| Daniel Golden | dgolden@akingump.com |
| Deborah Newman | dnewman@akingump.com |
| David Zensky | dzensky@akingump.com |
| Jason Goldsmith | jgoldsmith@akingump.com |
| Mitchell Hurley | mhurley@akingump.com |
| Nancy Chung | nchung@akingump.com |
| Sunny Gulati | sgulati@akingump.com |
| Christine Doniak | cdoniak@akingump.com |
| Brian T. Carney<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745 | bcarney@akingump.com |
| David Adler<br>McCarter English<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | dadler@mccarter.com |
| Alitia Faccone | afaccone@mccarter.com |
| Joseph T. Boccassini | jboccassini@mccarter.com |
| John C. Kelly<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | jkelly@mccarter.com; |
| Katharine L. Mayer<br>McCarter English<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | kmayer@mccarter.com |

| | |
|---|---|
| Evan D. Flaschen<br>Bracewell & Giuliani LLP<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06103-1516 | Evan.flaschen@bgllp.com |
| Howard J. Kaplan<br>Johnny Yeh<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Elliot Moskowitz<br>Michael Russano<br>Damian S. Schaible<br>Donald S. Bernstein<br>Benjamin S. Kaminetzky<br>Dennis Glazer<br>Karen Luftglass<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | Elliot.moskowitz@davispolk.com<br>Michael.russano@davispolk.com<br>Damian.schaible@davispolk.com<br>Donald.bernstein@davispolk.com<br>Ben.kaminetzky@davispolk.com<br>Dennis.glazer@davispolk.com<br>Karen.luftglass@davispolk.com |
| Martin S. Siegel<br>Andrew S. Dash<br>Gordon Z. Novod<br>Katherine S. Bromberg<br>Jared A. Ellias<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | msiegel@brownrudnick.com<br>adash@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>jellias@brownrudnick.com |
| Rachel Jaffe Mauceri<br>Morgan, Lewis & Bockius<br>1701 Market St.<br>Philadelphia, PA 19103-2921 | rmauceri@morganlewis.com |
| Menachem Zelmanovitz<br>Morgan, Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178-0060 | mzelmanovitz@morganlewis.com |
| Charles C. Jackson<br>Theodore M. Becker<br>James E. Bayles<br>Deborah S. Davidson<br>Gregory P. Abrams<br>Matthew A. Russell<br>Morgan, Lewis & Bockius<br>77 West Wacker Dr.<br>Chicago, IL 60601 | charles.jackson@morganlewis.com<br>tbecker@morganlewis.com<br>jbayles@morganlewis.com<br>ddavidson@morganlewis.com<br>marussell@morganlewis.com<br>gabrams@morganlewis.com |

| | |
|---|---|
| Joseph M. Drayton<br>Jonathan Agudelo<br>Jane Parver<br>Madlyn Primoff<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | jdrayton@kayescholer.com<br>jonathan.agudelo@kayeseholer.com<br>jparver@kayescholer.com<br>mprimoff@kayeseholer.com |
| Laurie Silverstein<br>R. Stephen McNeill<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 | lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| Daniel L. Cantor<br>Daniel Shamah<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | dcantor@omm.com<br>dshamah@omm.com |
| John Henry Schanne, II<br>David Stratton<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| David Bradford<br>Douglas Sondgeroth<br>Andrew Vail<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456 | DBradford@jenner.com<br>DSondgeroth@jenner.com<br>Avail@jenner.com |

William D. Sullivan       bsullivan@sha-llc.com
Elihu E. Allison       zallison@sha-llc.com
4 East 8th Street, Suite 400
Wilmington, DE 19801