IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) ) ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) ) ) Case No. 08-13141 (KJC) |
| | ) ) Jointly Administered |
| Debtors. | ) ) Objections Due: February 28, 2011 at 4:00 p.m. (ET) ) Hearing Date: March 2, 2011 at 1:30 p.m. (ET) ) Related to Docket Nos. 8098 & 8099 |

## MOTION OF THE NOTEHOLDER PLAN PROPONENTS FOR LEAVE TO FILE A SUPPLEMENT TO THEIR (A) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK AND (B) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA

The Noteholder Plan Proponents,[1] by and through their undersigned counsel, hereby submit this Motion for Leave seeking leave (to the extent the Court believes necessary) to file a supplement (the "Supplement," a copy of which is attached hereto as Exhibit A) to the following two motions *in limine* filed on February 22, 2011 (the "Initial *In Limine* Motions"): (a) the Motion *In Limine* to Exclude the Expert Testimony of Bernard Black (Dkt. No. 8099) and (b) the Motion *In Limine* to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Dkt. No. 8098). In support of this Motion for Leave, the Noteholder Plan Proponents respectfully state as follows:

1. Under paragraph 31 of the Discovery and Scheduling Order, the parties were required to file all motions *in limine*, "to the extent the issues [addressed] are ripe" by February 22, 2011. Dkt. No. 7239 ¶ 31. That provision also states that "[i]f additional issues arise after

---

[1] Unless otherwise defined, the capitalized terms used in this motion have the meaning ascribed to them in the Noteholder Plan Proponents' Amended Objection to the Confirmation of the Debtor/Committee/Lender Plan of Reorganization (Part I), dated February 16, 2011. *See* Dkt. No. 8025.

1

February 22, 2011, the parties may seek leave of the Court to file motions *in limine* regarding those issues." *Id.*

2. In accordance with that provision, the Noteholder Plan Proponents filed their two Initial *In Limine* Motions on February 22, 2011. *See* Dkt. Nos. 8098, 8099. For the reasons explained in the Supplement attached as Exhibit A, the Noteholder Plan Proponents now wish to supplement those two motions.

3. The Noteholder Plan Proponents have separately filed the Supplement of record with the Court. The Supplement is not intended to be an additional *in limine* motion under paragraph 31 of the Discovery and Scheduling Order. Instead it only seeks to expound upon extant issues regarding cumulative and redundant expert witnesses already raised in the Noteholder Plan Proponents' prior two Initial *In Limine* Motions. In an abundance of caution, however, the Noteholder Plan Proponents have filed this Motion for Leave to alternatively seek leave of the Court to file the Supplement.

WHEREFORE, to the extent the Court deems it necessary, the Noteholder Plan Proponents respectfully request this Court enter an Order in the form attached hereto as <u>Exhibit B</u> granting them leave to file the Supplement attached as Exhibit A.

Wilmington, Delaware
February 25, 2011

| ASHBY & GEDDES, P.A. | SULLIVAN HAZELTINE ALLINSON LLC |
|---|---|
| By: /s/ William P. Bowden<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>Leigh-Anne M. Raport (I.D. No. 5055)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br><br>- *and* - | By: /s/ William D. Sullivan<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson (I.D. No. 3476)<br>4 East 8th Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 428-8191<br><br>- *and* - |

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David M. Zensky
Abid Qureshi
John W. Berry
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000

*Counsel to Aurelius Capital Management, LP*

McCARTER & ENGLISH, LLP

By: /s/ Katherin L. Mayer
Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
Telephone: (302) 984-6300

- and -

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, NY 10167
Telephone: 212-609-6800

*Counsel to Deutsche Bank Trust Company Americas*

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Katherine S. Bromberg
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*

BIFFERATO GENTILOTTI

By: /s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. No. 4167)
800 N. King St., Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900

- and -

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
Andrew K. Glenn
Sheron Korpus
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*