# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, ) | Case No. 08-13141 (KJC) |
| ) | Jointly Administered |
| Debtors. ) | Objections Due: February 28, 2011 at 4:00 p.m. (ET)<br>Hearing Date: March 2, 2011 at 1:30 p.m. (ET)<br>Related to Docket Nos. 8098 & 8099 |

### ORDER GRANTING MOTION OF THE NOTEHOLDER PLAN PROPONENTS FOR LEAVE TO FILE SUPPLEMENT TO THEIR (A) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK AND (B) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA

The Court having considered the *Motion of the Noteholder Plan Proponents' for Leave to File Supplement* (the "Supplement") *to their (A) Motion in Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion in Limine to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava* (the "Initial *In Limine* Motions");[1] the Court having considered all pleadings related thereto, including the two Initial *In Limine* Motions; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The Noteholder Plan Proponents are permitted to file the Supplement.

1

Dated: _____, 2011

                                                  The Honorable Kevin J. Carey
                                                  Chief Judge, United States Bankruptcy Court

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Initial *In Limine* Motions.

2