## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| | ) |
| | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Objections Due: February 28, 2011 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: March 2, 2011 at 1:30 p.m. (ET)** |
| | ) **Related to Docket Nos. 8098 & 8099** |

**THE NOTEHOLDER PLAN PROPONENTS' SUPPLEMENT TO THEIR (A) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK AND (B) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA**

ASHBY & GEDDES, P.A.
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David M. Zensky
Abid Qureshi
John W. Berry
One Bryant Park
New York, New York 10036

*Counsel to Aurelius Capital Management, LP*

*(Additional counsel to additional Noteholder Plan Proponents listed on signature pages)*

February 25, 2011

# **FILED UNDER SEAL**