UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                    :    Chapter 11
                                          :
TRIBUNE COMPANY, et al.,                  :    Case No. 08-13141 (KJC)
                                          :
                    Debtors.              :    Jointly Administered
                                          :
                                          :    **Objections Due: February 28, 2011 at 4:00 p.m. (ET)**
                                          :    **Hearing Date: March 2, 2011 at 1:30 p.m. (ET)**
                                          :    **Related to Docket Nos. 8098 & 8099**

---

## SUPPLEMENTAL AFFIRMATION OF JOHN W. BERRY, ESQ. IN SUPPORT OF THE NOTEHOLDER PLAN PROPONENTS' SUPPLEMENT TO THEIR (A) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK AND (B) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA

JOHN W. BERRY, under penalty of perjury under the laws of the United States of America, declares that the following is true and correct:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, attorneys for Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius").

2. Along with Aurelius, Deutsche Bank Trust Company Americas, in its capacity as successor Indenture Trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor Indenture Trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor Indenture Trustee for the PHONES Notes (collectively, the "Noteholder Plan Proponents) have filed a supplement (the "Supplement") to their two motions, filed February 22, 2011 (the "Initial *In Limine* Motions"): (a) the Motion *in Limine* to Exclude the Expert Testimony of Bernard Black and (b) the Motion *in Limine* to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava.

3. I respectfully submit this supplemental affirmation in support of the Supplement and the two Initial *In Limine* Motions. Alternatively, to the extent the Court deems it necessary, the Noteholder Plan Proponents have simultaneously moved for leave to file the Supplement.

4. A true and correct copy of the Rebuttal Report of Goldin Associates, LLC dated February 21, 2011 is attached as Exhibit A.

5. A true and correct copy of the Rebuttal Report of Bernard S. Black dated February 21, 2011 is attached as Exhibit B.

6. A true and correct copy of the email from J. Sottile to B. Carney dated February 22, 2011 is attached as Exhibit C.

7. A true and correct copy of the letter from B. Carney to J. Sottile dated February 23, 2011 is attached as Exhibit D.

Dated: New York, New York
February 25, 2011

/s/ John W. Berry
JOHN W. BERRY