# Exhibit A-D
# **FILED UNDER SEAL**