# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Objections Due: February 28, 2011 at 4:00 p.m. (ET)<br>Hearing Date: March 2, 2011 at 1:30 p.m. (ET)<br>Related to Docket Nos. 8098 & 8099 |

### ORDER GRANTING THE NOTEHOLDER PLAN PROPONENTS' (A) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF JOHN CHACHAS, DAVID KURTZ AND SUNEEL MANDAVA AND (B) MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF BERNARD BLACK

The Court having considered the Noteholder Plan Proponents' (a) Motion *in Limine* and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Dkt. No. 8098) (the "Chacas/Lazard Motion *in Limine*"), (b) Motion in Limine and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of Bernard Black (Dkt. No. 8099) (the "Black Motion *in Limine*"), and (c) Supplement to the Chacas/Lazard Motion *in Limine* and the Black Motion *in Limine* (the "Supplement"); the Court having reviewed the objections and responses to the foregoing, and having considered all pleadings related thereto and the arguments of counsel;

IT IS HEREBY ORDERED THAT:

1. The entire Chachas Report (as defined in the Chachas/Lazard Motion *in Limine*), except for paragraph 19 of that report, is hereby stricken and excluded from the record in its entirety as

cumulative of the Lazard Report (as defined in the Chachas/Lazard Motion *in Limine*), and Mr. Chachas's testimony regarding that part of the Chachas Report is hereby excluded; and

2. Paragraph 19 of the Chachas Report (as defined in the Chachas/Lazard Motion *in Limine*) is hereby stricken and excluded from the record, and Mr. Chachas's testimony regarding that part of the Chachas Report is hereby excluded; and

3. The DCL Plan Proponents may present the testimony of only one or the other of Mr. Kurtz or Mr. Mandava with respect to the opinions proffered in the Lazard Report (as defined in the Chachas/Lazard Motion *in Limine*); and

4. The following legal opinions contained in the Black Report (as defined in the Black Motion *in Limine*) are hereby stricken and excluded from the record: the opinions itemized as #1, #2, #3, #13, #14 and #15 on pages 32 and 37 of the Black Report, as well as Table 3 on page 26, and the legal opinions set forth in pages 32, 46, 75-76, 80-81, 147-153, 150-155 of the Black Report, as specifically identified on pages 3 and 4 of the Black Motion *in Limine*; and Professor Black's testimony regarding these opinions is hereby excluded; and

5. Professor Black's opinions with respect to solvency and valuation contained in pages 46-147 of the Black Report are hereby stricken and excluded from the record, and Professor Black's testimony regarding solvency and valuation is hereby excluded; and

6. Those opinions proffered in the Goldin Rebuttal Report (as defined in the Supplement) that are cumulative of the opinions proffered in the Black Rebuttal Report (as defined in the Supplement), as specifically identified on pages 3 and 4 of the Supplement, are hereby stricken and excluded from the record, and the testimony of Mr. Goldin and Mr. Prager with respect to those opinions is hereby excluded; or, alternatively, those opinions proffered in the Black Rebuttal Report that are cumulative of the opinions proffered in the Goldin Rebuttal Report, as specifically identified

on pages 3 and 4 of the Supplement, are hereby stricken and excluded from the record, and the testimony of Professor Black with respect to those opinions is hereby excluded; and

7. The DCL Plan Proponents may present the testimony of only one or the other of Mr. Goldin or Mr. Prager to testify about the opinions expressed in the Goldin Rebuttal Report.

Dated: _____, 2011

_____
The Honorable Kevin J. Carey
Chief Judge, United States Bankruptcy Court