IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Objections Due: February 28, 2011 at 4:00 p.m. (ET)** |
| | | **Hearing Date: March 2, 2011 at 1:30 p.m. (ET)** |

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 25, 2011, the *Aurelius Capital Management, LP filed a Motion of Aurelius Capital Management, LP for Authorization to Seal Documents [Docket Nos. 8164, 8165 & 8166]* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **March 2, 2011 at 1:30 p.m. (E.T.)** before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **February 28, 2011 at 4:00 p.m.** Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00491403;v1}

Dated: February 25, 2011
       Wilmington, Delaware

                                          **ASHBY & GEDDES, P.A.**

                                      BY: /s/ *[signature]*
                                          William P. Bowden (I.D. No. 2553)
                                          Amanda M. Winfree (I.D. No. 4615)
                                            Leigh-Anne M. Raport (I.D. No. 5055)
                                            500 Delaware Avenue
                                            P.O. Box 1150
                                            Wilmington, DE 19899
                                            (302) 654-1888

                                            -and-

                                            Daniel H. Golden
                                            David M. Zensky
                                            John W. Berry
                                            **Akin Gump Strauss Hauer & Feld LLP**
                                            One Bryant Park
                                            New York, New York 10036
                                            (212) 872-1000

                                            *Co-counsel to Aurelius Capital Management, LP*