# EXHIBIT A

## [Proposed Order Granting Motion to Seal]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                          )
In re:                                    )  Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )  Case No. 08-13141 (KJC)
                                          )
         Debtors.                         )  Jointly Administered
                                          )
                                             **Related D.I. Nos. 8164, 8165 & 8166**
---------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Documents [Docket Nos. 8164, 8165 & 8166]* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

Aurelius Capital Management, LP is hereby granted permission to file under seal unredacted versions of the (1) *[Redacted] Motion of the Noteholder Plan Proponents for Leave to File a Supplement to their (A) Motion in Limine to Exclude the Expert Testiomy of Bernard Black and (B) Motion in Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava*, [Docket No. 8164] (2) *[Sealed] The Noteholder Plan Proponents' Supplement to their (A) Motion in Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion in Limine to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava* [Docket No. 8165], and (3) *[Sealed] Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents' Supplement to their (A) Motion in Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion in Limine to Exclude the Expert Testimony of John*

*Chachas, David Kurtz and Suneel Mandava* [Docket No. 8166], pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: March ____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE