## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on February 25, 2011, I caused one copy of the foregoing document to be served upon the parties on the attached service list via electronic mail.

                                                    Leigh-Anne M. Raport (#5055)

| Email Address | Attorney |
| --- | --- |
| jconlan@sidley.com<br>bkrakauer@sidley.com<br>klantry@sidley.com<br>jbendernagel@sidley.com<br>jducayet@sidley.com<br>dmiles@sidley.com<br>pwackerly@sidley.com<br>jpeltz@sidley.com<br>ckenney@sidley.com<br>sbierman@sidley.com<br>dthomas@sidley.com<br>rflagg@sidley.com<br>ahart@sidley.com<br>mmelen@sidley.com | James F. Conlan<br>Bryan Krakauer<br>James Bendernagel<br>James W. Ducayet<br>Patrick J. Wackerly<br>Jen Peltz<br>Colleen M. Kenney<br>Dale E. Thomas<br>**Sidley Austin LLP**<br>One South Dearborn Street<br>Chicago, IL 60603<br><br>Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>David M. Miles<br>Ronald S. Flagg<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br><br>Steven M. Bierman<br>Andrew D. Hart<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019 |
| msiegel@brownrudnick.com<br>kbromberg@brownrudnick.com<br>gnovod@ brownrudnick.com<br>jellias@brownrudnick.com<br>adash@brownrudnick.com | Martin S. Siegel<br>Katherine S. Bromberg<br>G. Novod<br>Jared A. Ellias<br>Andrew Dash<br>**Brown Rudnick LLP**<br>Seven Times Square<br>New York, NY 10036 |
| hseife@chadbourne.com<br>dlemay@chadbourne.com<br>mashley@chadbourne.com<br>tmccormack@chadbourne.com<br>anellos@chadbourne.com<br>ddeutsch@chadbourne.com<br>eprzybylko@chadbourne.com<br>rschwinger@chadbourne.com | Howard Seife<br>David M. LeMay<br>Marc D. Ashley<br>Thomas J. McCormack<br>Alexandra K. Nellos<br>Douglas E. Deutsch<br>Eric J. Przybylko<br>Robert A. Schwinger<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 |

{00469456;v1}

| Email Address | Attorney |
|---|---|
| gbush@zuckerman.com<br>agoldfarb@zuckerman.com<br>jsottile@zuckerman.com<br>acaridas@zuckerman.com | Graeme Bush<br>Andrew N. Goldfarb<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW, Suite 1000<br>Washington, DC  20036-5807 |
| hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com | Dana C. Hobart<br>James O. Johnston<br>Joshua M. Mester<br>**Hennigan Bennett & Dorman**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
| donald.bernstein@davispolk.com<br>elliott.moskowitz@davispolk.com<br>michael.russano@davispolk.com<br>sasha.polonsky@davispolk.com<br>ben.kaminetzky@davispolk.com<br>damian.schaible@davispolk.com<br>dennis.glazer@davispolk.com<br>karen.luftglass@davis polk.com | Donald S. Bernstein<br>Elliott Moskowitz<br>Michael Russano<br>Sasha Polonsky<br>Benjamin S. Kaminetzky<br>Damian S. Schaible<br>Dennis E. Glazer<br>Karen Luftglass<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY  10017 |
| skorpus@kasowitz.com<br>mstein@kasowitz.com<br>drosner@kasowitz.com<br>cmontenegro@kasowitz.com | David S. Rosner<br>Sheron Korpus<br>Matthew B. Stein<br>Christine A. Montenegro<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 |
| dadler@mccarter.com<br>afaccone@mccarter.com<br>jboccassini@mccarter.com<br>kmayer@mccarter.com | David Adler<br>**McCarter & English LLP**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br><br>Alitia Faccone<br>Joseph T. Boccassini<br>**McCarter & English LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br><br>Katherine L. Mayer<br>**McCarter & English LLP**<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 |

{00469456;v1}

| Email Address | Attorney |
|---|---|
| hkaplan@arkin-law.com<br>jyeh@arkinlaw.com | Howard J. Kaplan<br>Johnny Yeh<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue<br>New York, NY 10022 |
| lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com | Laurie Selber Silverstein<br>R. Stephen McNeill<br>**Potter Anderson & Carroon LLP**<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801 |
| mprimoff@kayescholer.com<br>jagudelo@kayescholer.com<br>jparver@kayescholer.com<br>jdrayton@kayescholer.com | Madlyn Gleich Primoff<br>Jonathan Agudelo<br>Jane W. Parver<br>Joseph M. Drayton<br>**Kaye Scholer**<br>425 Park Avenue<br>New York, NY 10022-3598 |
| bbutwin@omm.com<br>dcantor@omm.com<br>dshamah@omm.com | Bradley J. Butwin<br>Daniel L. Cantor<br>Daniel S. Shamah<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| schannej@pepperlaw.com<br>strattond@pepperlaw.com | John Henry Schanne<br>David B. Stratton<br>**Pepper Hamilton LLP**<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington Delaware 19899-1709 |
| dbrown@paulweiss.com<br>agordon@paulweiss.com<br>emccolm@paulweiss.com<br>alevy@paulweiss.com | David W. Brown<br>Andrew G. Gordon<br>Elizabeth McColm<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006-1047 |

{00469456;v1}

| Email Address | Attorney |
|---|---|
| dgheiman@jonesday.com<br>bberens@jonesday.com<br>dahall@jonesday.com<br>lmarvin@jonesday.com | David G. Heiman<br>Brad Erens<br>**Jones Day**<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br><br>Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York 10017-6702<br><br>David A. Hall<br>**Jones Day**<br>77 West Wacker<br>Chicago, Illinois 60601-1692 |
| andrew.goldman@wilmerhale.com<br>charles.platt@wilmerhale.com<br>dawn.wilson@wilmerhale.com | Andrew Goldman<br>Charles Platt<br>Dawn Wilson<br>**WilmerHale**<br>399 Park Avenue<br>New York, NY 10022 |
| dgolden@akingump.com<br>dzensky@akingump.com<br>nchung@akingump.com<br>aqureshi@akingump.com<br>djnewman@akingump.com<br>jgoldsmith@akingump.com<br>bcarney@akingump.com<br>cdoniak@akingump.com<br>mhurley@akingump.com<br>sgulati@akingump.com | Daniel H. Golden, Esquire<br>Philip C. Dublin, Esquire<br>Jason Goldsmith<br>Brian Carney<br>Nancy Chung<br>Abid Qureshi<br>Mitchell P. Hurley<br>Deborah Newman<br>Sunny Gulati<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 |
| avail@jenner.com<br>dbradford@jenner.com<br>dsondgeroth@jenner.com | Andrew W. Vail<br>David J. Bradford<br>Douglas Sondgeroth<br>**Jenner & Block LLP**<br>353 N. Clark Street<br>Chicago, IL 60654-3456 |
| msenter@lermansenter.com<br>rneumann@lermansenter.com | Merideth S. Senter, Jr.<br>Rebecca L. Neumann<br>**Lerman Senter PLLC**<br>2000 K Street, N.W.<br>Suite 600<br>Washington, D.C. 20006 |

{00469456;v1}

| **Email Address** | **Attorney** |
|---|---|
| charles.jackson@morganlewis.com<br>ddavidson@morganlewis.com<br>tbecker@morganlewis.com<br>jbayles@morganlewis.com<br>gabrams@morganlewis.com<br>marussell@morganlewis.com<br>mzelmanovitz@morganlewis.com<br>rmauceri@morganlewis.com | Charles C. Jackson<br>Deborah S. Davidson<br>Theodore M. Becker<br>James E. Bayles<br>Gregory P. Abrams<br>Matthew A. Russell<br>**Morgan, Lewis & Bockius LLP**<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094<br><br>Menachem O. Zelmanovitz<br>**Morgan, Lewis & Bockius LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br><br>Rachel Jaffe Mauceri<br>**Morgan, Lewis & Bockius LLP**<br>1701 Market St.<br>Philadelphia, PA 19103-2921 |
| evan.flaschen@bgllp.com | Evan Flaschen<br>**Bracewell & Giuliani**<br>225 Asylum Street<br>Suite 2600<br>Hartford, CT 06103-1516 |
| gerson.leonard@dol.gov<br>goldberg.elizabeth@dol.gov<br>heri.christine@dol.gov<br>schloss.michael@dol.gov | Leonard Gerson<br>Elizabeth Goldberg<br>Christine Heri<br>Michael Schloss<br>**United States Department of Labor** |
| dhille@whitecase.com<br>ahammond@whitecase.com<br>bfritz@whitecase.com | David G. Hille<br>Andrew W. Hammond<br>Brian E. Fritz<br>**White & Case**<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| kstickles@coleschotz.com | J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801 |
| bbennett@dl.com<br>jmester@dl.com<br>jjohnston@dl.com | Bruce Bennett<br>Joshua M. Mester<br>James O. Johnston<br>**Dewey & LeBoeuf**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071-1530 |

{00469456;v1}