Appendix A[1]

| D.I. | Objecting Party | Nature of Objection | Citation in Debtor/Committee/Lender Brief Where Objection is Addressed |
|---|---|---|---|
| 6110 | Missouri Department of Revenue | Definition of Allowed Claim | p. 127 |
| | | Default Provision | p. 201 |
| 7750 | Kevin Millen | Disallowed Defamation Claim | p. 175 |
| 7733 | New York State Department of Taxation and Finance | Exculpation Provision | p. 108 footnote 82 |
| | | Default Provision | p. 201 |
| | | Setoff and Recoupment Rights | p. 187 footnote 128 |
| 7909 | Commonwealth of Pennsylvania Department of Revenue | Setoff and Recoupment Rights | p. 187 footnote 128 |
| | | Discharge Provision | p. 187 |
| 7913 | Illinois Secretary of State | Paid in Capital | p. 198 |
| 7956 | Caption Colorado, L.L.C. | Reserves | p. 187 |
| 7959 | California Franchise Tax Board[2] | Definition of "Allow" | p. 174 |
| | | Treatment of Tax Claims | p. 201 |
| | | Subordination of Penalties | p. 200 |
| | | Discharge Injunction | p. 187 |

---

[1] This Appendix is meant to aid Objecting Parties in locating responses to their objections in the Debtor/Committee/Lender Brief. It is in no way an exhaustive list of objections, nor is it intended to foreclose the Debtor/Committee/Lender Plan Proponents' arguments that objections are without merit.

[2] The State of Illinois Department of Revenue and Employment Security [D.I. 7993] joins this Objection.

| D.I. | Objecting Party | Nature of Objection | [cite]Debtor/Committee/Lender Brief Where Objection is Addressed |
|---|---|---|---|
| | | Administrative Expense Claims | p. 189 |
| | | Debtor Releases | p. 92 footnote 72 |
| 7960 | United States on Behalf of the Environmental Protection Agency | Default Provision | p. 201 |
| | | Discharge Provisions | p. 187 |
| | | Jurisdiction | p. 197 |
| 7961 | Brigade Capital Management | Settlement | p. 12 |
| | | Selling Stockholder Releases | p. 96 |
| | | Post-Petition Interest | p. 202 |
| | | Litigation and Creditors' Trust | p. 122 |
| 7963 | CCI Europe A/S | Assumption of Executory Contracts | p. 183 footnote 126 |
| 7966 | Comcast Corporation and Comcast Cable | Assumption of Executory Contracts | p. 183 footnote 126 |
| 7968 | The ACE Companies | Insurance Issues | p. 195 |
| 7970 | Cook County Department of Revenue | Late Filed Claim | p. 192 |
| 7972 | Robert R. McCormick Tribune Foundation and Cantigny Foundation | Standing | p. 126 |
| | | Litigation and Creditors' Trust | p. 122 |
| 7973 | Ad Hoc Committee of Tribune Subsidiary Trade Creditors | Payment Uncertainty | p. 195 |
| | | Absolute Priority Rule | p. 195 |

| D.I. | Objecting Party | Nature of Objection | Cite in Debtor/Committee/Lender Brief Where Objection is Addressed |
|---|---|---|---|
| | | Good Faith | p. 195 |
| | | Fraudulent Transfer | p. 12 |
| 7975 | Secretary of the United States Department of Labor[3] | ERISA Violations | p. 148 |
| | | Subordination | p. 144 |
| 7977 | GreatBanc Trust Company | Exculpation Provision | p. 108 footnote 80 |
| | | Rejection Damages | p. 183 footnote 126 |
| | | Setoff and Recoupment | p. 188 |
| | | Prepackaged Plans | p. 176 |
| | | Releases | p. 107 |
| | | Treatment of Claims | p. 176 |
| 7978 | Iron Mountain Information Management, Inc. | Assumption of Executory Contracts | p. 183 footnote 126 |
| 7979 | Warren Beatty | Discharge Injunction & Release | p. 187 |
| | | Intellectual Property Rights | p. 187 |
| 7981 | Certain and Former Directors and Officers[4] | Bar Order | p. 111 |
| | | Releases | p. 88 |

---

[3] The Neil Litigants joined the Department of Labor Objection [D.I. 7984].

[4] The Robert R. McCormick Tribune Foundation and Cantigny Foundation [D.I. 7987], Crane Kenney [D.I. 7991], Mark W. Hianik, John Brimingham, Tom E. Ehlman and Peter A. Knapp [D.I. 7986], Timothy Knight [D.I. 8016] all join in the Former Directors and Officers Objection.

3

| [D.I.] | Objecting Party | Nature of Objection | Cite in Debtor/Committee/Lender Brief Where Objection is Addressed |
|---|---|---|---|
| 7982 | United States Trustee | Litigation and Creditors' Trust | p. 122 |
| | | Exculpation Provision | p. 108 |
| | | Fee and Expense Payments | p. 194 |
| 7983 | Samuel Zell[5] | Indemnification of Directors and Officers | p. 117 |
| 7984 | Dan and Eric Neil | ERISA Issues | p. 185 |
| 7988 | EGI-TRB LLC | Litigation and Creditors' Trust | p. 122 |
| | | Subordination of EGI-TRB LLC Notes | p. 170 |
| | | Bar Order | p. 111 |
| | | Bridge Settlement | p. 227 |
| 7990 | Tribune Company Employee Compensation Defendants Group | Ordinary Litigation Claims | p. 202 |
| 7993 | State of Illinois, Departments of Revenue and Employment Security[6] | Setoff and Recoupment | p. 188 footnote 128 |
| | | Releases | p. 104 |
| 7995 | Oracle America Inc. | Assumption of Executory Contracts | p. 184 footnote 126 |
| 7996 | Wilmington Trust Company[7] | Subordination | p. 140 |

---

[5] Zell joins EGI-TRB's Objection [D.I. 7988] with respect to arguments on Good Faith, whether the Plan is Fair and Equitable, and Releases.
[6] The State of Illinois joins the California Franchise Tax Board Objection [D.I. 7959].
[7] Deutsche Bank Trust Company [D.I. 8024] partially joins the Wilmington Trust Objection in addition to arguing that the Debtor/Committee/Lender Plan is not fair or reasonable, does not treat similarly situated creditors alike, lacks Good Faith, and cannot be confirmed as a matter of law.

4

| D.I. | Objecting Party | Nature of Objection | Cite in Debtor/Committee/Lender Briefs Where Objection is Addressed |
|---|---|---|---|
| 8001 | The United States on behalf of the Internal Revenue Service | Classification | p. 144 |
| | | Liquidation Analysis | p. 178 |
| | | Wilmington Trust Adversary Proceeding | p. 96 |
| | | Subordination | p. 154 |
| | | Improper Treatment of Tax Claims | p. 189 |
| | | Releases | p. 89 |
| | | Setoff and Recoupment | p. 201 |
| 8015 | John H. Aspelin | Jurisdiction | p. 202 |
| | | N/A | p. 185 |
| Informal | Joanna McCormick | Dismissal of Case | p. 185 |
| Informal | Federal Communications Commission | Language Insert re: Compliance with FCC | p. 203 |
| 8013 | Noteholder Proponents | Settlement | p. 28 |
| | | Releases | p. 88 |
| | | Exculpation | p. 108 |
| | | Bar Order | p. 111 |
| | | Good Faith | p. 70 |
| | | Treatment of Step Two Lender Claims | p. 95 |

5

| D#. | Objecting Party | Nature of Objection | Cite in Debtor/Committee/Lender Brief Where Objection is Addressed |
|---|---|---|---|
| | | Intercompany Claims Settlement | p. 81 |
| | | Subordination of PHONES Notes | p. 170 |
| | | Litigation and Creditors' Trusts | p. 122 |
| | | Swap Claim Classification | p. 145 |
| | | Post-Petition Interest | p. 202 |
| | | Feasibility - FCC | p. 158 |

6