IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 6255, 7235, 8141 |

## CONSENT ORDER APPROVING STIPULATION EXTENDING CERTAIN DEADLINES IN THE DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION

The Court having reviewed the *Discovery and Scheduling Order for Plan Confirmation* [D.I. 7239] and upon the record in these proceedings; Peter A. Knapp and Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius"), being in agreement; and after due deliberation, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Noteholders' deposition of Peter A. Knapp may take place after February 25, 2011.[1]

2. Any testimony provided at the deposition specified in paragraph 1: (A) may be used solely at or in connection with the Plan Confirmation hearing in the above captioned bankruptcy case pending before Chief Judge Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware (the "Confirmation Hearing"); and (B) cannot be used for any other purpose or in connection with any other action or proceeding, including but not limited to: (i) Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons et al., Adv. Pro. No.

---

[1] The Noteholders are Aurelius, Law Debenture Trust Company of New York, as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096, Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee under certain indentures by and between Tribune, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes.

10-55010-KJC, or (ii) <u>Official Committee of Unsecured Creditors of Tribune Co. v. Knapp</u>, Adv. Pro. No. 10-55755-KJC.

3. Nothing in this Order shall limit any party's right to object at the Confirmation Hearing on any ground to the use of the testimony taken at the deposition specified in paragraph 1.

Dated: February 28, 2011

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge