IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                      :      Chapter 11 Cases
                                            :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                    :      (Jointly Administered)
                                            :
    Debtors.                                :      **Related Docket No. 7900**
                                            :
                                            :
---------------------------------------------------X

## MOTION OF WILMINGTON TRUST COMPANY FOR AUTHORIZATION TO SEAL PORTIONS OF LETTER TO CHIEF JUDGE CAREY FROM MARTIN SIEGEL INCLUDING CERTAIN EXHIBITS THERETO

Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an Order authorizing it to file under seal redacted portions of its *[Redacted] Letter to Chief Judge Carey from Martine Siegel* [Docket No. 7900] (the "Letter"), including certain exhibits thereto. In support of the Motion to Seal, Wilmington Trust respectfully represents as follows:

### JURISDICTION

1.  This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a).

2.  The statutory predicates for the relief requested herein are Bankruptcy Code sections 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## RELIEF REQUESTED

3. On February 10, 2011, Wilmington Trust filed the Letter in redacted form, including certain exhibits thereto. Portions of the Letter and certain exhibits thereto included documents and information designated as confidential by the parties to the discovery dispute the Letter concerns.

4. Wilmington Trust files this Motion to Seal requesting that the Court grant it permission to file under seal redacted portions of the Letter and to seal certain exhibits thereto.

## BASIS FOR RELIEF REQUESTED

5. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information....

11 U.S.C. § 107(b). Rule 9018 of the Bankruptcy Rules sets forth the procedures by which a party may move for relief under section 1107(b), providing that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information...." Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

6.  As set forth above, the Letter, and exhibits thereto, included documents and information designated as confidential by the parties to the discovery dispute which the Letter concerns. Accordingly, Wilmington Trust respectfully requests the entry of an order permitting it to file the Letter under seal.

## NOTICE

7.  Notice of this Motion to Seal has been given to all counsel entitled to Notice pursuant to Paragraph 35 of the Case Management Order entered in the above-referenced cases action [Docket No. 7239]. In light of the nature of the relief requested, Wilmington Trust submits that no further or other notice is required.

## NO PRIOR REQUEST

8.  No prior motion for relief requested herein has been made to this or any other Court.

## CONCLUSION

WHEREFORE, Wilmington Trust respectfully requests the Court enter an Order substantially in the form attached hereto as "Exhibit A" granting Wilmington Trust authority to file redacted portions of the Letter under seal and to seal certain exhibits attached thereto, and granting such other and further relief as the Court may deem just and proper.

Date: February 10, 2011  
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

/s/ E.E. Allinson III  
William D. Sullivan, Esq. (Del. Bar No. 2820)  
William A. Hazeltine. Esq. (Del. Bar No. 3476)  
Elihu E. Allinson, Esq. (Del. Bar No. 3476)  
4 East 8th Street, Suite 400  
Wilmington, DE 19801  
Telephone: (302) 428-8191  
Facsimile: (302) 428-4195  
Email: bsullivan@sha-llc.com

Email: zallinson@sha-llc.com

-and-

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*

## EXHIBIT A

[Proposed Order Granting Motion to Seal]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                    :    Chapter 11 Cases
                                          :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                  :    (Jointly Administered)
                                          :
            Debtors.                      :    **Re: D.I.** ___
---------------------------------------------------------X

### ORDER APPROVING MOTION OF WILMINGTON TRUST COMPANY FOR AUTHORIZATION TO SEAL PORTIONS OF LETTER TO CHIEF JUDGE CAREY FROM MARTIN SIEGEL INCLUDING CERTAIN EXHIBITS

Upon consideration of the *Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martine Siegel Including Certain Exhibits* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Wilmington Trust Company is hereby granted permission to file under seal portions of the *[Redacted] Letter to Chief Judge Carey from Martin Siegel* [Docket No. ___], including certain exhibits thereto, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: February ___, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge