IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

In re:                             :  Chapter 11
                         :

TRIBUNE COMPANY et al.,      :  Case No. 08-13141 (KJC)
                         :

          Debtors.      :  (Jointly Administered)
                         :

                         :  **Related Docket No. 7239**

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION CONCERNING AGREED EXTENSION OF EXPERT DISCOVERY DEADLINE CONTAINED IN THE DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION**

I, Leigh-Anne M. Raport, an attorney with the law firm of Ashby & Geddes, P.A., co-counsel to Aurelius Capital Management, LP ("Aurelius"), on behalf of its managed entities, hereby certify the following:

1.      On December 20, 2010, the Court entered its *Discovery and Scheduling Order for Plan Confirmation* [Docket No. 7239] (the "CMO").

2.      Paragraph 16 of the CMO requires that all expert discovery be completed no later than March 3, 2011 (the "Expert Discovery Deadline"), including depositions of expert witnesses.

3.      Aurelius has recently conferred with the Debtor/Committee/Lender Plan Proponents regarding scheduling a deposition of the Debtor/Committee/Lender Plan Proponents' expert witness regarding certain FCC issues (the "Deposition"). The parties have agreed that March 4, 2011 is a mutually acceptable date for the Deposition to go forward.

4.      The parties have further agreed, subject to this Court's approval, to extend the Expert Discovery Deadline so that the Deposition can be taken on March 4, 2011, or on such other date as agreed upon by the parties.

{00492008;v1}

13241344.3

5.      To that end, Aurelius and the Debtor/Committee/Lender Plan Proponents have executed the *Stipulation Concerning Agreed Extension of Expert Discovery Deadline Contained in the Discovery and Scheduling Order for Plan Confirmation* (the "Stipulation").  A copy of the Stipulation is attached hereto as Exhibit A.

6.      Aurelius therefore respectfully requests the entry of an order approving the Stipulation, substantially in the form attached hereto as Exhibit B, at the Court's earliest convenience.

Dated: February 28, 2011              ASHBY & GEDDES, P.A.
        Wilmington, Delaware

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne Raport (I.D. No. 5055)
500 Delaware Avenue, P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

-and-

Meredith S. Senter, Jr.
Sally A. Buckman
LERMAN SENTER, PLLC
2000 K Street NW
Washington, DC 20006
Tel: (202) 429-8970

-and-

Edward A. Friedman
Robert J. Lack
William P. Weintraub
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway
New York, NY 10019
Tel: (212) 833-1100

*Attorneys for Aurelius Capital Management, LP*

{00492008;v1}2

13241344.3