# EXHIBIT A

**[Stipulation]**

{00492008;v1}

13241344.3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY et al., | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Related Docket No. 7239** |

- - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION CONCERNING AGREED EXTENSION OF
### EXPERT DISCOVERY DEADLINE CONTAINED IN THE
### <u>DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION</u>

WHEREAS, on December 20, 2010, the Court entered the *Discovery and Scheduling Order for Plan Confirmation* [Docket No. 7239] (the "<u>CMO</u>").

WHEREAS Paragraph 16 of the CMO requires that all expert discovery be completed no later than March 3, 2011 (the "<u>Expert Discovery Deadline</u>"), including depositions of expert witnesses.

WHEREAS, Aurelius has recently conferred with the Debtor/Committee/Lender Plan Proponents regarding scheduling a deposition of the Debtor/Committee/Lender Plan Proponents' expert witness regarding certain FCC issues (the "<u>Deposition</u>").

WHEREAS the parties have agreed that March 4, 2011 is a mutually acceptable date for the Deposition to go forward.

WHEREAS the parties have further agreed, subject to this Court's approval, that the Expert Discovery Deadline be extended to permit the Deposition to be taken on March 4, 2011.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by the undersigned that, subject to the Court's approval, the Expert Discovery Deadline is extended to permit the Deposition to be taken on March 4, 2011, or on such other date as agreed upon by the parties.

{00492008;v1}

Dated: February 28, 2011
      Wilmington, Delaware

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne Raport (I.D. No. 5055)
500 Delaware Avenue, P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*-and-*

Meredith S. Senter, Jr.
Sally A. Buckman
LERMAN SENTER, PLLC
2000 K Street NW
Washington, DC 20006
Tel: (202) 429-8970

*-and-*

Edward A. Friedman
Robert J. Lack
William P. Weintraub
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway
New York, NY 10019
Tel: (212) 833-1100

*Attorneys for Aurelius Capital Management, LP*

| Dated: February 28, 2011<br>        Wilmington, Delaware | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br><br>J. Kate Stickles<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilley (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br><br> -and- <br>James F. Conlan<br>James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>James W. Ducayet<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Tel: (312) 853-0199<br><br>*Counsel for Debtors and Debtors in Possession* |

| Dated: February 28, 2011<br>        Wilmington, Delaware | LANDIS RATH & COBB LLP<br><br>/s/ Matthew B. McGuire<br>Adam G. Landis (I.D. No. 3407)<br>Matthew B. McGuire (I.D. No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Tel: (302) 467-4400<br><br> -and- <br>Howard Seife<br>David M. LeMay<br>Thomas J. McCormack<br>Marc D. Ashley<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (201) 408-5100<br><br>*Counsel for Official Committee of Unsecured Creditors* |

13241344.3

| Dated: February 25, 2011<br>      Wilmington, Delaware | RICHARDS LAYTON & FINGER, P.A.<br><br>/s/ Drew G. Sloan<br>Mark D. Collins (I.D. No. 2981)<br>Robert J. Stearn, Jr. (I.D. No. 2915)<br>Drew G. Sloan (I.D. No. 5069)<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801<br>Tel: (302) 651-7700<br><br>          -and-<br><br>Donald S. Bernstein<br>Damian Schaible<br>Elliot Moskowitz<br>Michael J. Russano<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4500<br><br>*Counsel for JPMorgan Chase Bank, N.A.* |
| Dated: February 28, 2011<br>      Wilmington, Delaware | WILMER CUTLER PICKERING HALE &<br>DORR LLP<br><br>Dawn Wilson<br>Andrew N. Goldman<br>Dawn Wilson<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 230-8800<br><br>*Counsel for Angelo Gordon & Co., L.P.* |

13241344.3

| | |
|---|---|
| Dated: February 28, 2011<br>      Wilmington, Delaware | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>M. Blake Cleary<br>Robert S. Brady (I.D. No. 2847)<br>M. Blake Cleary (I.D. No. 3614)<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington DE 19899<br>Tel: (302) 571-6600<br><br>        *-and-*<br><br>James O. Johnston<br>Dewey & LeBoeuf LLP<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071-1530<br>Tel: (213) 621-6000<br><br><br>*Counsel for Oaktree Capital Management,*<br>*L.P., Angelo Gordon & Co., L.P.* |

13241344.3