## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 8174** |

## MOTION TO SET EXPEDITED HEARING AND SHORTEN NOTICE PERIOD WITH RESPECT TO JOINT MOTION OF THE DEBTOR/COMMITTEE/LENDER PLAN PROPONENTS TO FILE UNDER SEAL MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION AND OMNIBUS REPLY TO OBJECTIONS TO CONFIRMATION OF SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

The above-captioned debtors and debtors in possession (each a "Debtor" and collectively,

the "Debtors"), the Official Committee of Unsecured Creditors, Oaktree Capital Management,

L.P., Angelo, Gordon & Co. L.P., and JPMorgan Chase Bank, N.A. (collectively, the

"Debtor/Committee/Lender Plan Proponents") file this joint motion (the "Motion") for the entry

of an order setting an expedited hearing for and shortening the notice period on the Joint Motion

of the Debtor/Committee/ Lender Plan Proponents to File Under Seal [Docket No. 8174][2] (the

"Motion to Seal") the Memorandum of Law In Support of Confirmation and Omnibus Reply to

Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune

Company and Its Subsidiaries Proposed by the Debtors, The Official Committee of Unsecured

Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan

Chase Bank, N.A. (the "Memorandum") pursuant to Rule 9006(c)(1) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9006-1(c)(i) and 9006-1(e) of the

Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for

the District of Delaware (the "Local Rules").  In further support hereof, the

Debtor/Committee/Lender Plan Proponents respectfully represent as follows:

### Relief Requested and Basis for Relief

1.      By this Motion, the Debtor/Committee/Lender Plan Proponents respectfully

request entry of an Order shortening the notice period and setting the Motion to Seal for hearing

on March 7, 2011 and establishing a shortened deadline for responding to the Motion to Seal.

2.      Local Rule 9006-1(c) provides, "[u]nless the Fed. R. Bankr. P. or these Local

Rules state otherwise, all motion papers shall be filed and served in accordance with Local Rule

2002-1(b) at least fourteen (14) days (and an additional three (3) days if service is by mail) prior

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion to Seal.

to the hearing date." Del. Bankr. L.R. 9006-1(c)(i).  Pursuant to Bankruptcy Rule 9006(c)(1), the Court may, for cause shown, shorten the otherwise applicable notice period ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced").  This authorization is also expressed in Local Rule 9006-1(e), which provides that the Court may shorten the notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

3.      The facts justify shortening notice and the relief requested herein should be granted.  By the Motion to Seal, the Debtor/Committee/Lender Plan Proponents seek entry of an order to file the Memorandum under seal.  Because the Memorandum is in support of confirmation and replies to confirmation objections, the movants submit that the Motion to Seal should be heard on, or prior to, the March 7, 2011 hearing on confirmation of a plan (the "Confirmation Hearing").  Indeed, other seal motions related to the confirmation pleadings are scheduled to be heard at the March 7 Confirmation Hearing or the March 2 pretrial conference. A delay in scheduling the Motion to Seal until the next regularly scheduled omnibus hearing on March 22, 2011 would result in a hearing date after the Confirmation Hearing.

4.      Moreover, the Debtor/Committee/Lender Plan Proponents submit that no one will be prejudiced by a hearing on shortened notice, nor surprised by the Motion to Seal seeking to file the Memorandum in redacted form because it contains information designated as confidential and/or Highly Confidential – Attorneys' Eyes Only by the parties pursuant to this Court's Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure

2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(A)

[Docket No. 2858] (the "Document Depository Order").  Consequently, the

Debtor/Committee/Lender Plan Proponents submit that the present circumstances satisfy the

requirement of cause under Rule 9006(c)(1) and the exigencies required under Local Rule 9006-

1(e).

### Notice

5.      To ensure that all parties receive timely notice, notice of this Motion has been

provided by electronic mail and first class mail to: (i) the Office of the United States Trustee; (ii)

the United States Securities and Exchange Commission; (iii) the Office of the United States

Attorney for the District of Delaware; (iv) the Internal Revenue Service; (v) counsel for the

Committee; (vi) counsel to the administrative agents for Tribune Company's prepetition loan

facilities; (vii) counsel to the administrative agent for the Debtors' postpetition loan facility;

(viii) the indenture trustees for Tribune Company's prepetition notes; and (ix) all parties having

requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested

herein, the movants submit that no other or further notice is necessary.

WHEREFORE, the Debtor/Committee/Lender Plan Proponents respectfully request that

this Court enter an order, in substantially the form attached hereto, (i) setting a hearing on the

Motion to Seal on March 7, 2011 at 10:00 a.m. (Eastern Time); (ii) permitting responses or

objections to the Motion to Seal to be presented at the hearing; and (iii) granting such other and

further relief as the Court deems just and proper.

Dated: February 28, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-0199
Facsimile: (312) 853-7036

SIDLEY AUSTIN LLP
James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _/s/ Patrick J. Reilley_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Counsel for Debtors and Debtors In Possession

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

LANDIS RATH & COBB LLP

By:  _/s/ Matthew B. McGuire_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Counsel for the Official Committee of Unsecured Creditors

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee of Unsecured Creditors

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian Schaible
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

RICHARDS, LAYTON & FINGER, P.A.


By:  _/s/ Robert J. Stearn, Jr._____
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651 7701

Counsel for JPMorgan Chase Bank, N.A.

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 220-8888

Counsel for Angelo, Gordon & Co., L.P.

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telecopier: (213) 621-6100

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

By:  _/s/ Robert S. Brady_____
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.