**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
In re:                                              :    Chapter 11
TRIBUNE COMPANY., et al.,                           :    Case No. 08-13141 (KJC)
                Debtors.                            :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## **CERTIFICATE OF SERVICE**

I, Amy D. Brown of Margolis Edelstein hereby certify that on February 28, 2011, service of the foregoing document was made on all parties entitled to receive notification via ECF.

                MARGOLIS EDELSTEIN

                By:  /s/ Amy D. Brown
                        Amy D. Brown (#4077)
                        750 Shipyard Drive
                        Wilmington, DE 19801
                        Tel:  (302) 888-1112
                        Fax:  (302) 888-1119

                        *Counsel for the Chicago Tribune Company*

Dated:  February 28, 2011