IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x

In re:                           : Chapter 11
                                 :
TRIBUNE COMPANY et al.,          : Case No. 08-13141 (KJC)
                                 :
        Debtors.                 : (Jointly Administered)
                                 :
                                 : Related Docket Nos. 7239 & 8180

------------------------------- x

**ORDER APPROVING STIPULATION CONCERNING AGREED EXTENSION OF EXPERT DISCOVERY DEADLINE CONTAINED IN THE DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION**

Upon review and consideration of the *Stipulation Concerning Agreed Extension of Expert Discovery Deadline Contained in the Discovery and Scheduling Order for Plan Confirmation* (the "Stipulation"), and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation is hereby APPROVED.

2. The Expert Discovery Deadline contained in paragraph 16 of the *Discovery and Scheduling Order for Plan Confirmation* is hereby extended to permit the Deposition to proceed as scheduled on March 4, 2011, or on such other date as agreed upon by the parties.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order

Dated: March 1, 2011
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT

{00492008;v1}