Tribune Company, et al.

Omnibus Objection 41: Exhibit C - Late Filed Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COMCAST SPOTLIGHT - INDIANAPOLIS<br>30700 TELEGRAPH RD.<br>SUITE # 4600<br>BINGHAM FARMS, MI 48025 | 08-13241 | Tribune Television Company | 09/15/2010 | 6649 | $17,344.25 | Late-Filed Claim |
| 2 | COMCAST SPOTLIGHT - NE<br>30700 TELEGRAPH RD.<br>SUITE # 4600<br>BINGHAM FARMS, MI 48025 | 08-13241 | Tribune Television Company | 09/15/2010 | 6650 | $93,474.50 | Late-Filed Claim |
| 3 | HARTFORD MEDICAL GROUP<br>PO BOX 1086<br>WILBRAHAM, MA 01089 | 08-13141 | Tribune Company | 11/12/2010 | 6673 | $722.00 | Late-Filed Claim |
| 4 | INDUSTRIAL DOOR CO.<br>1555 LANDMEIER RD.<br>ELK GROVE VILLAGE, IL 60007 | | Multiple Debtors | 09/16/2010 | 6652 | $5,163.58 | Late-Filed Claim |
| 5 | MCCORMICK, JO ANNA CANZONERI<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | 08-13141 | Tribune Company | 09/07/2010 | 6647 | $50,000,000,000.00* | Late-Filed Claim |
| | | | | | TOTAL | $50,000,116,704.33 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts