**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
In re:                                    :    Chapter 11
TRIBUNE COMPANY., et al.,                 :    Case No. 08-13141 (KJC)
                 Debtors.                 :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**CERTIFICATE OF SERVICE**

I, Amy D. Brown of Margolis Edelstein hereby certify that on March 1, 2011, service of the foregoing document was made on all parties entitled to receive notification via ECF.

                        MARGOLIS EDELSTEIN

                        By:  /s/ Amy D. Brown
                              Amy D. Brown (#4077)
                              750 Shipyard Drive
                              Wilmington, DE 19801
                              Tel: (302) 888-1112
                              Fax: (302) 888-1119

                              *Counsel for the Chicago Tribune Company*

Dated: March 1, 2011