IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
: 
In re: : Chapter 11
: 
TRIBUNE COMPANY et al., : Case No. 08-13141 (KJC)
: 
Debtors. : (Jointly Administered)
: 
: **Related Docket No. 7239**
------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION CONCERNING
AGREED EXTENSION OF EXPERT DISCOVERY DEADLINE IN
THE DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION**

I, Thomas G. Macauley, a partner with the law firm of Zuckerman Spaeder LLP, special counsel to the Unsecured Creditors Committee (the "Committee"), hereby certify as follows:

1. Paragraph 16 of the *Discovery and Scheduling Order for Plan Confirmation* [Docket No. 7239] requires that all expert discovery—including depositions of expert witnesses—be completed no later than March 3, 2011 (the "Expert Discovery Deadline").

2. The Committee and its fellow Debtor/Committee/Lender Plan Proponents (collectively the "DCL Plan Proponents") recently conferred with Aurelius Capital Management, LP ("Aurelius") and its fellow Noteholder Plan Proponents regarding the scheduling of depositions for (i) the Plan Proponents' expert witness John G. Chachas, (ii) the Committee's expert witness Harrison J. Goldin, and (iii) the Noteholders' expert witness Bruce L. Beron, Ph.D. The parties have agreed that March 4, 2011 is a mutually acceptable date for the Chachas and Goldin depositions, and March 5, 2011 is a mutually acceptable date for the Beron deposition.

3. Accordingly, the parties have proposed to extend the Expert Discovery Deadline through the attached *Stipulation Concerning Agreed Extension of Expert Discovery Deadline*

3036884.3

*Contained in the Discovery and Scheduling Order for Plan Confirmation* (the "<u>Stipulation</u>"), annexed as Exhibit A hereto.

WHEREFORE, the Committee respectfully requests that the Court enter an order approving the Stipulation. A proposed form of order is annexed as Exhibit B hereto.

| | |
|---|---|
| Dated: March 1, 2011<br>Wilmington, Delaware | ZUCKERMAN SPAEDER, LLP<br><br>/s/ Thomas G. Macauley<br>Thomas G. Macauley (I.D. No. 3411)<br>919 Market Street, Suite 990<br>Wilmington, Delaware 19801<br>Tel: (302) 427-8133<br>Fax: (302) 427-8242<br><br>*Special Counsel to the Official Committee of Unsecured Creditors* |