# **EXHIBIT A**

**[Stipulation]**

3036884.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
In re:                          :  Chapter 11
                                :
TRIBUNE COMPANY et al.,         :  Case No. 08-13141 (KJC)
                                :
          Debtors.              :  (Jointly Administered)
                                :
                                :  **Related Docket No. 7239**
------------------------------ x

**STIPULATION CONCERNING AGREED EXTENSION OF
EXPERT DISCOVERY DEADLINE IN THE DISCOVERY AND SCHEDULING
ORDER FOR PLAN CONFIRMATION**

WHEREAS, on December 20, 2010, the Court entered the *Discovery and Scheduling Order for Plan Confirmation* [Docket No. 7239] (the "CMO").

WHEREAS Paragraph 16 of the CMO requires that all expert discovery—including depositions of expert witnesses—be completed no later than March 3, 2011 (the "Expert Discovery Deadline.

WHEREAS, the Committee and its fellow Debtor/Committee/Lender Plan Proponents (collectively the "Plan Proponents") recently conferred with Aurelius Capital Management, LP ("Aurelius") and its fellow Noteholder Plan Proponents regarding scheduling depositions of (i) the Plan Proponents' expert witness John G. Chachas, (ii) the Committee's expert witness Harrison J. Goldin and (ii) the Noteholders' expert witness Bruce L. Beron, Ph.D.

WHEREAS the parties have agreed that March 4, 2011 is a mutually acceptable date for the Chachas and Goldin depositions, and March 5, 2011 is a mutually acceptable date for the Beron deposition.

WHEREAS the parties have further agreed, subject to this Court's approval, that the Expert Discovery Deadline be extended to permit the Chachas and Goldin depositions to be taken on March 4, 2011, and the Beron deposition to be taken on March 5, 2011.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by the undersigned that, subject to the Court's approval, the Expert Discovery Deadline is extended to permit the Chachas and Goldin depositions to be taken on March 4, 2011, and the Beron deposition to be taken on March 5, 2011, or on such other dates as agreed upon by the parties.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 1, 2011<br>Wilmington, Delaware | ZUCKERMAN SPAEDER, LLP<br><br>/s/ Thomas G. Macauley<br>Thomas G. Macauley (I.D. No. 3411)<br>919 Market Street, Suite 990<br>Wilmington, Delaware 19801<br>Tel: (302) 427-8133<br>Fax: (302) 427-8242<br><br>Graeme W. Bush<br>James Sottile<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036<br>Tel: (212) 778-1800<br><br>       *-and-*<br><br>LANDIS RATH & COBB LLP<br>Adam G. Landis (I.D. No. 3407)<br>Matthew B. McGuire (I.D. No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Tel: (302) 467-4400<br><br>       *-and-*<br><br>CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>Thomas J. McCormack<br>Marc D. Ashley<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (201) 408-5100<br><br>*Counsel for Official Committee of Unsecured Creditors* |

| | |
|---|---|
| Dated: March 1, 2011<br>      Wilmington, Delaware | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br><br>/s/ Norman L. Pernick<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilley (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br><br>      *-and-*<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan<br>James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>James W. Ducayet<br>One South Dearborn Street<br>Chicago, IL 60603<br>Tel: (312) 853-0199<br><br>*Counsel for Debtors and Debtors in Possession* |

| | |
|---|---|
| Dated: March 1, 2011<br>　　　Wilmington, Delaware | RICHARDS LAYTON & FINGER, P.A.<br><br>/s/ Drew G. Sloan<br>Mark D. Collins (I.D. No. 2981)<br>Robert J. Stearn, Jr. (I.D. No. 2915)<br>Drew G. Sloan (I.D. No. 5069)<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801<br>Tel: (302) 651-7700<br><br>　　　*-and-*<br><br>DAVIS POLK & WARDWELL<br>Donald S. Bernstein<br>Damian Schaible<br>Elliot Moskowitz<br>Michael J. Russano<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4500<br><br>*Counsel for JPMorgan Chase Bank, N.A.* |
| Dated: March 1, 2011<br>　　　Wilmington, Delaware | WILMER CUTLER PICKERING HALE & DORR LLP<br><br>/s/ Dawn Wilson<br>Andrew N. Goldman<br>Dawn Wilson<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 230-8800<br><br>*Counsel for Angelo Gordon & Co., L.P.* |

| | |
|---|---|
| Dated: March 1, 2011<br>　　　　Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ M. Blake Cleary<br>Robert S. Brady (I.D. No. 2847)<br>M. Blake Cleary (I.D. No. 3614)<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington DE 19899<br>Tel: (302) 571-6600<br><br>　　　-and-<br><br>HENNIGAN BENNETT & DORMAN LLP<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Tel: (213) 694-1200<br><br>*Counsel for Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P.* |

| | |
|---|---|
| Dated: March 1, 2011<br>Wilmington, Delaware | ASHBY & GEDDES, P.A.<br><br>/s/ Leigh-Anne Raport<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>Leigh-Anne Raport (I.D. No. 5055)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, Delaware 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>Philip C. Dublin<br>Brian Carney<br>One Bryant Park<br>New York, NY 10036<br>Tel:  (212) 872-1000<br><br>*Attorneys for Aurelius Capital Management, LP* |