# EXHIBIT B

**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------- x
: 
In re: : Chapter 11
:
TRIBUNE COMPANY et al., : Case No. 08-13141 (KJC)
:
Debtors. : (Jointly Administered)
:
: **Related Docket Nos. 7239 & _____**
----------------------------------- x

**ORDER APPROVING STIPULATION CONCERNING AGREED EXTENSION OF
EXPERT DISCOVERY DEADLINE IN THE
DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION**

Upon review and consideration of the *Stipulation Concerning Agreed Extension of Expert Discovery Deadline in the Discovery and Scheduling Order for Plan Confirmation* (the "Stipulation"), and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation is hereby APPROVED.

2. The Expert Discovery Deadline contained in paragraph 16 of the *Discovery and Scheduling Order for Plan Confirmation* is hereby extended to permit the depositions of John G. Chachas and Harrison J. Goldin to proceed on March 4, 2011, and the deposition of Bruce L. Beron to proceed on March 5, 2011, or on such other dates as agreed upon by the parties.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

Dated: March ____, 2011       _____
       Wilmington, Delaware    THE HONORABLE KEVIN J. CAREY
                               CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT

3041702.1