# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket Nos. 8138 & 8160** |
| **TRIBUNE COMPANY, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**[See List of Defendants on attached Exhibit A],**<br>**Defendant(s).** | **Adv. Proc. Nos. 10-55803-10-55823, 10-55825-10-55833, 10-55835, 10-55837, 10-55893, 10-55842-10-55861, 10-55863, 10-55866-10-55867, 10-55869-10-55871, 10-55873- 10-55876, 10-55878, 10-55880-10-5581, 10-55883, 10-55885, 10-55886, 10-55889, 10-55891-10-55893, 10-55895, 10-55901-10-55902, 10-55910, 10-55912, 10-55941-10-55951, 10-55953, 10-55958-10-55960 (KJC)** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2011, I caused to be served the:

   a) "Notice of Agenda of Matters Scheduled for Hearing on March 1, 2011 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated February 25, 2011 [Docket No. 8138], and

   b) "Notice of Amended Agenda of Matters Scheduled for Hearing on March 1, 2011 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated February 25, 2011 [Docket No. 8160],

   by causing true and correct copies to be:

   i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

   ii.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

   iii.  delivered via facsimile to those parties listed on the annexed Exhibit D,

   iv.   delivered via electronic mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
28th day of February, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221098
COMM. EXP. APRIL 26, 2014

-2-

T:\Clients\TRIBUNE\Affidavits\3-1 Agenda & Amended Agenda Aff_DI 8138 & 8160_AFF_2-25-11.doc

**EXHIBIT A**

## EXHIBIT A

## ADVERSARY PROCEEDINGS FILED BY DEBTORS AND DEBTORS IN POSSESSION[1]

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Chicago Tribune Company v. Servicesource International, LLC | 10-55803 |
| Tribune Company and Chicago Tribune Company v. Quality Storage Products, Inc. | 10-55804 |
| Tribune Company and Channel 40, Inc. v. Radian Communication Services (Canada), Ltd.; Prestige Telecom Inc.; and Rohn Products, LLC | 10-55805 |
| Tribune Company and Chicago Tribune Company v. D.R.D., Inc., d/b/a Power Direct, Inc. | 10-55806 |
| Tribune Company and Gold Coast Publications, Inc. v. Alexander Reed, an Individual | 10-55807 |
| Tribune Co. and Los Angeles Times Communications LLC v. Prosoft Technology Group, Inc. d/b/a Prosoft Cyberworld Group | 10-55808 |
| Tribune Company and Tribune Broadcasting Company v. Association for Maximum Service Television, Inc., d/b/a MSTV, Inc. | 10-55809 |
| Tribune Co. v. Psomas | 10-55810 |
| Tribune Company and WGN Continental Broadcasting Company v. Nightmare, Inc. | 10-55811 |
| Tribune Co. and WGN Continental Broadcasting Co. v. Program Partners, Inc. | 10-55812 |
| Tribune Company and Chicago Tribune Company v. Constellation Newenergy, Inc. | 10-55813 |
| Tribune Company and Chicagoland Television News, Inc. v. Constellation Newenergy, Inc. | 10-55814 |
| Tribune Company and The Hartford Courant Company v. Constellation Newenergy, Inc. | 10-55815 |
| Tribune Company v. Constellation Newenergy, Inc. | 10-55816 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Constellation Newenergy, Inc. | 10-55817 |
| Tribune Company and WGN Continental Broadcasting Company v. Constellation Newenergy, Inc. | 10-55818 |
| Tribune Company and Los Angeles Times Communications LLC v. Interviewing Service of America, Inc. d/b/a Qualitative Insights, d/b/a Field by Design | 10-55819 |
| Tribune Company v. Lasalle Staffing, Inc. d/b/a The Lasalle Network | 10-55820 |
| Tribune Company and Los Angeles Times Communications, LLC v. Edison Media Research, Inc. | 10-55821 |
| Tribune Company and Magic T Music Publishing Company v. Kamakazee Kiwi Corporation | 10-55822 |
| Tribune Company v. Eckland Consultants Inc. | 10-55823 |
| Tribune Company and WPIX, Inc. v. Broadcast Marketing International Ltd. d/b/a Prosource | 10-55825 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Carlisle Staffing, Ltd. | 10-55826 |
| Tribune Company v. David Atkinson | 10-55827 |
| Tribune Company and Los Angeles Times Communications LLC v. David Atkinson | 10-55828 |
| Tribune Company and Chicago Tribune Company v. Atlantic Press, Inc. | 10-55829 |
| Tribune Company and Channel 40, Inc. v. Central Valley Engineering & Asphalt, Inc. | 10-55830 |
| Tribune Company and WGN Continental Broadcasting Company v. Midwest Media Group Inc. | 10-55831 |
| Tribune Company and KSWB Inc. v. Midwest Media Group Inc. | 10-55832 |
| Tribune Company and Channel 39, Inc. v. Midwest Media Group Inc. | 10-55833 |
| Tribune Company and KSWB Inc. v. Telemetrics, Inc. | 10-55835 |
| Tribune Company and KWGN Inc. v. Thinair Communications, Inc. | 10-55837 |
| Tribune Company and Los Angeles Times Communications LLC v. Ryder Integrated Logistics, Inc. | 10-55839 |
| Tribune Company and Los Angeles Times Communications LLC v. Stardust Visions, Inc. | 10-55842 |
| Tribune Company and Chicago Tribune Company v. AT&T Inc. d/b/a AT&T Teleconference Services | 10-55843 |

---

[1]   Sidley Austin LLP and Cole, Schotz, Meisel, Forman & Leonard, P.A. are counsel to all Adversary Plaintiffs except Adv. Nos. 10-55958-10-55960, in which Plaintiff is represented by Novack and Macey LLP and Campbell & Levine, LLC.

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Orlando Sentinel Communications Company v. AT&T Inc. | 10-55844 |
| Tribune Company and KIAH Inc. v. AT&T Inc. | 10-55845 |
| Tribune Company and KTLA Inc. v. AT&T Inc. | 10-55846 |
| Tribune Company and Los Angeles Times Communications LLC v. AT&T Inc. d/b/a AT&T Teleconference Services; Bellsouth Communication Systems, Inc.; Bellsouth Telecommunications, Inc.; Bellsouth Communication System, LLC d/b/a AT&T Communications Systems Southeast; and SBC Communications | 10-55847 |
| Tribune Company and Sun-Sentinel Company v. AT&T Inc. | 10-55848 |
| Tribune Company and The Baltimore Sun Company v. AT&T Inc. | 10-55849 |
| Tribune Company and The Daily Press, Inc. v. AT&T Inc. | 10-55850 |
| Tribune Company and The Hartford Courant Company v. AT&T Inc. | 10-55851 |
| Tribune Company and The Morning Call, Inc. v. AT&T Inc. | 10-55852 |
| Tribune Company and The Tribune Broadcasting Company v. AT&T Inc. | 10-55853 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Crown Equipment Corporation and Crown Lift Trucks LLC | 10-55854 |
| Tribune Company and Tribune Media Net, Inc. v. AT&T Inc. d/b/a AT&T Teleconference Services; and Bellsouth Communication Systems, Inc. d/b/a AT&T Communication Systems Southeast | 10-55855 |
| Tribune Company and Tribune Television Company v. AT&T Inc. | 10-55856 |
| Tribune Company and Los Angeles Times Communications LLC v. IBM Daksh Business Process Services, n/k/a IBM Global Process Services, a Subsidiary of IBM Business Consulting Services, d/b/a IBM Daksh Business Process Services Private Ltd., and International Business Machines Corporation | 10-55857 |
| Tribune Company and KIAH Inc. v. Direct Energy Business LLC, Direct Energy Marketing Inc., and Direct Energy LP, d/b/a Direct Energy Business Services | 10-55858 |
| Tribune Company and California Community News Corporation v. Crown Equipment Corporation and Crown Lift Trucks LLC | 10-55859 |
| Tribune Company and Tribune Media Services, Inc. v. AT&T Inc. | 10-55860 |
| Tribune Company and WPIX, Inc. v. AT&T Inc. | 10-55861 |
| Tribune Company and WGN Continental Broadcasting Company v. Loconte.2, LLC and Loconte.2, Inc. | 10-55863 |
| Tribune Company and Los Angeles Times Communications LLC v. Aditya Birla Minacs IT Services Ltd., f/k/a PSI Data Systems, Ltd. | 10-55866 |
| Tribune Company and Sun-Sentinel Company v. Weston Business Plaza, LLC and Weston Business Plaza Partnership | 10-55867 |
| Tribune Company and Los Angeles Times Communications LLC v. Dvsanalytics, Inc. f/k/a Teledirect International, Inc. | 10-55869 |
| Tribune Company and Sun-Sentinel Company v. Ano-Coil Corporation | 10-55870 |
| Tribune Company and Los Angeles Times Communications LLC v. TBWA CHIAT/DAY, Inc. | 10-55871 |
| Tribune Company and Sun-Sentinel Company v. Florida East Coast Railway Corp., as successor in interest to Codina Real Estate Management, Inc. | 10-55873 |
| Tribune Company and Sun-Sentinel Company v. Dvsanalytics, Inc. f/k/a Teledirect International, Inc. | 10-55874 |
| Tribune Company and Los Angeles Times Communications LLC v. NTT Data Corporation and MISI Company, Ltd. | 10-55875 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Industrial Staffing Services, Inc. | 10-55876 |
| Tribune Company and Channel 39, Inc. v. G66, LLC | 10-55878 |
| Tribune Company and Chicago Tribune Company v. Cynergistek, Inc. | 10-55880 |
| Tribune Company and Los Angeles Times Communications LLC v. Fathom Online Corp and Fathom Online Inc. | 10-55881 |
| Tribune Company and WPIX, Inc. v. Screenvision Cinema Network, LLC | 10-55883 |

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Tribune Publishing Company v. Acutech, LLC | 10-55885 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Xerox Corporation | 10-55886 |
| Tribune Company and Tribune Media Services, Inc. v. Advanced Media Research Group, Inc. | 10-55889 |
| Tribune Company and Tribune Media Services, Inc. v. Wendling Printing Company | 10-55891 |
| Tribune Company and Tribune Television Northwest, Inc. v. Howard S. Wright Constructors, LP | 10-55892 |
| Tribune Company v. Magellan Behavioral Health, Inc. and Magellan Health Services, Inc. d/b/a Magellan Behavioral Health, Inc. | 10-55893 |
| Tribune Company and WGN Continental Broadcasting Company v. Genco Entertainment, Inc. | 10-55895 |
| Tribune Company and WGN Continental Broadcasting Company v. Around the World for Free, LLC and Around the World Productions, LLC | 10-55901 |
| Tribune Company and WGN Continental Broadcasting Company v. Body by Jake Global LLC | 10-55902 |
| Tribune Company and Los Angeles Times Communications LLC v. Round 2 Communications, LLC | 10-55909 |
| Tribune Company and KIAH, Inc. v. McCann-Erickson USA, Inc. d/b/a Universal McCann | 10-55910 |
| Tribune Company and Magic T Music Publishing Company v. McCann-Erickson USA, Inc. d/b/a Universal McCann | 10-55912 |
| Tribune Company and Tribune Publishing Company v. Howe Sound Pulp and Paper LP | 10-55941 |
| Tribune Company v. Stroz Friedberg, LLC | 10-55942 |
| Tribune Company and WGN Continental Broadcasting Company v. CW Licensing, LLC | 10-55943 |
| Tribune Company and Tribune Television Company v. CW Licensing, LLC | 10-55944 |
| Tribune Company and Tribune Television Holdings, Inc. v. CW Licensing, LLC | 10-55945 |
| Tribune Company and WGN Continental Broadcasting Company v. AT&T Inc. | 10-55946 |
| Tribune Company and Tribune Television Northwest, Inc. v. Twentieth Century Fox Film Corporation | 10-55947 |
| Tribune Company and WDCW Broadcasting, Inc. v. Twentieth Century Fox Film Corporation | 10-55948 |
| Tribune Company and  Tribune Television Company v. Twentieth Century Fox Film Corporation | 10-55949 |
| Tribune Company and Tribune Broadcast Holdings, Inc. v. Twentieth Century Fox Film Corporation | 10-55950 |
| Tribune Company and Channel 40, Inc. v. Twentieth Century Fox Film Corporation | 10-55951 |
| Tribune Company and KSWB Inc. v. San Diego Transit Corporation and San Diego Metropolitan Transit System | 10-55953 |
| Tribune Company, et al. v. Nixon Peabody, LLP | 10-55958 |
| Tribune Company, et al. v. Navigant Consulting, Inc. | 10-55959 |
| Tribune Company, et al. v. Epsilon Data Management, LLC | 10-55960 |

3

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| COUSINS, ROBERT R AND MILDRED L COUSINS | 3581 FROST ROAD SHRUB OAK NY 10588 |
| COUSINS, ROBERT R. & MILDRED L. | 3581 FROST ROAD SHRUB OAK NY 10588 |
| LUTTWAK, EDWARD N. | 4510 DRUMMUND AVENUE CHEVY CHASE MD 20815 |
| MOSS, GERALD | 7030 N PENNSYLVANIA STREET INDIANAPOLIS IN 46220 |
| MYERS, SIDNEY | 7842 FISHER ISLAND DR FISHER ISLAND FL 33109 |
| SOLOMON, BARRY | 12115 SAN VICENTE BLVD. # 109 LOS ANGELES CA 90049 |
| STEWART, HAI | #1010, 540-14 AVE. SW CALGARY AB T2R OM6 CANADA |
| WINKLER, LEE B., IRA ROLLOVER | 15250 VENTURA BLVD SUITE 710 SHERMAN OAKS CA 91403 |

**Total Creditor count  8**

| Claim Name | Address Information |
|---|---|
| A&C COMMUNICATIONS, LTD INC. | 12148 NW 52 CT CORAL SPRINGS FL 33076 |
| ABOVENET COMMUNICATIONS, INC. | ATTN: THOMAS L. KELLY 360 HAMILTON AVENUE WHITE PLAINS NY 10601 |
| AMERICAN LITHO INC | DEPT 4106 CAROL STREAM IL 60122-4106 |
| ANDERSON, MICHAEL ROBERT | 919 W ELSASSER AVE STE 2530 DELAND FL 32720 |
| ARROW MESSENGER SERVICE | 1322 W WALTON STREET CHICAGO IL 60642-5340 |
| ASM CAPITAL | ORIGINAL CREDITOR NAME: JOE AYALA 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: CREATORS SYNDICATE 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: PEPCO ENERGY SERVICES, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: RED BRICKS MEDIA LLC 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: NATIONAL COMMUNICATIONS 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: WISCONSIN ELECTRIC POWER CO 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ONLINE RESOURCES (FKA PRINCETON ECOM) 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ERNST HERTZBERG & SONS 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: WENDLING PRINTING 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: CROWN PRINTERS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ANGSTROM GRAPHICS, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ACCENT ENERGY CALIFORNIA ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: VER-A-FAST CORPORATION 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASSOCIATED BUILDING MANAGEMENT CORP | PO BOX 474 MEDFORD NJ 08055 |
| ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA NEW YORK NY 10020-1666 |
| AVENUE TC FUND, L.P. | TRANSFEROR: BLUE HERON MICRO OPPOR. FUND ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: ARCHON BAY CAPITAL, LLC ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| BELICE, RANDY LEE | 365 DES PLAINES AVENUE RIVERSIDE IL 60546-1849 |
| BENALCAZAR,JUAN C | 11 ASHTON RD STAMFORD CT 06905 |
| BENHAM FRENCH, KELLEY | 2460 WOODLAWN CIRCLE W ST PETERSBURG FL 33704 |
| BOAS, SHERRY | 19546 BAMBOO BEND GROVELAND FL 34736 |
| BONDED SERVICES | 504 JANE STREET FORT LEE NJ 07024 |
| BOUNAN, MICHAEL H | 15 SHERWOOD AVE. BALTIMORE MD 21208 |
| BOURASSA-CURTIS, SHELLY | 40 LINCOLN ST ENFIELD CT 06082 |
| BROWNING, RONALD GARY | 226 NORTH UNION AVE HAVRE DE GRACE MD 21078 |
| BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM | UTMA OH 2600 SPRINGMILL RD FINDLAY OH 45840-2860 |
| BUILDERS HARDWARE & SUPPLY COMPANY INC | PO BOX C-79005 SEATTLE WA 98119 |
| BUSY BEE PROMOTIONS | 1821 W HUBBARD NO. 205 CHICAGO IL 60622 |
| BUTHMAN, JANE M | 1340 CARIBOU TRAIL CAROL STREAM IL 60188-9080 |
| CHICAGO BULLS | 1901 W. MADISON ST. JERRY REINSDORF CHICAGO IL 60612 |
| CITY OF SAN DIEGO | CITY OF SAN DIEGO WATER DEPARTMENT SAN DIEGO CA 92187-0001 |

| Claim Name | Address Information |
| --- | --- |
| CITY OF SANTA FE SPRINGS | P O BOX 2120 SANTA FE SPRINGS CA 90670 |
| CITY OF SANTA FE SPRINGS WATER UTILITY | 11710 TELEGRAPH RD. SANTA FE SPRINGS CA 90670-3658 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PENNER, DAN 92 UNION AVENUE CRESSKILL NJ 07626 |
| COBALT GROUP | DEPT CH17034 PALATINE IL 60055 |
| COLEMAN, SANDRA B | 50 LEVEL ACRES RD ATTLEBORO MA 02703-6842 |
| COLLECTOR - CITY OF MIDDLETOWN | 245 DEKOVEN DR MIDDLETOWN CT 06457 |
| COPANS PRINTING & GRAPHICS | 2087 N POWERLINE ROAD POMPANO FL 33069 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR:MICROWAVE RADIO COMMUNICATION ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: ALL PHASE SECURITY INC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: CORPORATE DISK COMPANY ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CURTIS, BRIAN M | 40 LINCOLN ST ENFIELD CT 06082 |
| DANIEL, GADBERRY E | 2315 W 14TH ST MARION IN 46953 |
| DATABANK IMX LLC | PO BOX 62286 BALTIMORE MD 21264 |
| DISCOVER FINANCIAL | PO BOX 6500 NEW ALBANY OH 43054-6500 |
| DIXON, KATHYE D | 2040 W JACKSON ST ORLANDO FL 32805-2110 |
| DLC INC | 21800 OXNARD STREET  SUITE 980 WOODLAND HILLS CA 91367 |
| DRUMMEY, SARAH J | 10 FREELAND DR SPRINGVALE ME 04083-1968 |
| ENTERPRISE VISION TECHNOLOGIES, INC | 201 WILSHIRE BLVD. A9 SANTA MONICA CA 90401 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: TRAILER LOGISTICS CO OF IL ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FASHION CENTRE AT PENTAGON, BOWIE TOWN | CENTER, LAKEFOREST MALL, POTOMAC MILLS, ST. CHARLES TC - ATTN: PATTY SUMMERS 225 W WASHINGTON ST - SIMON PROPERTY GRP INDIANAPOLIS IN 46204 |
| FAST LUBE | 320-A BALTIMORE PIKE BEL AIR MD 21014 |
| FENSTERMACHER, PETER D. | 87 CHURCH ST EAST HARTFORD CT 06108 |
| FOY, RUTH | 2922 WALBROOK AVE BALTIMORE MD 21216-3135 |
| FULTON, SARAH | 958 W. WALNUT ST. ALLENTOWN PA 18102 |
| GES EXPOSITION SERVICES | 950 GRIER DRIVE LAS VEGAS NV 89119 |
| HAEHLE, ROBERT | PO BOX 190683 FT LAUDERDALE FL 33319-0683 |
| HAGOS, CHARLOTTE | 1960 W 81ST ST LOS ANGELES CA 90047 |
| HAINES & COMPANY INC | PO BOX 2117 8050 FREEDOM AVENUE NW NORTH CANTON OH 44720 |
| HASBRO INC., ET AL | ATTN: FRADA SALO 200 NARRAGANSETT PARK DR. PAWTUCKET RI 02862 |
| HERITAGE VENTURES, LLC | 258 CITY VIEW AVE WEST SPRINGFIELD MA 01089 |
| HESS CORPORATION | JOSEPH A. DE JIANNE ONE HESS PLAZA WOODBRIDGE NJ 07095 |
| HOLT, VANESSA | 3019 JOE LOUISE DR ORLANDO FL 32805-2954 |
| INNER WORKINGS, INC. | 600 W CHICAGO AVENUE CHICAGO IL 60654 |
| INNERWORKINGS, INC. | 600 WEST CHICAGO, SUITE 850 CHICAGO IL 60654 |
| JAGOE, THOMAS ANTHONY | 18028 W ANNES CIRCLE APT 103 CANYON COUNTRY CA 91387 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: COOKING ACADEMY OF CHICAGO ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |
| JOHNSON & BELL | PATRICK GARVEY 33 W. MONROE ST. SUITE 2700 CHICAGO IL 60603-5404 |
| JOHNSON, LINDA B | 8721-22 HAYSHED LN COLUMBIA MD 21045 |
| KLUG, DAVID | 1063 SUMMER PL PITTSBURGH PA 15243 |
| LAFFEY, MARY L | 1435 W BALMORAL AVE APT 1S CHICAGO IL 60640 |
| LANCASTER, SHARON | 5 WINKEL CT APT 1D ROSEDALE MD 21237-7542 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC | 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| LIBRE DIGITAL INC | 1835 B KRAMER LN    NO.150 AUSTIN TX 78758 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: DACOR INSTALLATION SERVICES 810 SEVENTH AVENUE, 33RD FLOOR ATTN: |

| Claim Name | Address Information |
|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. | VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MARK CURTIS MEDIA | 136 SPRING ST E GREENWICH RI 02818-2927 |
| MCCAHON, MARY M | 18002 NORWELL AVE CLEVELAND OH 44135-1845 |
| MEUSER, MEGAN LOUISE | 1328 S PARK AVE SPRINGFIELD IL 62704-3462 |
| MIAMI-DADE COUNTY | BOARD OF COMMISSIONERS PO BOX 026055 MIAMI FL 33102-6055 |
| MINCY LLC | 6771 ALTA DR BRIGHTON MI 48116 |
| MINUTE MAN DELIVERY | P O BOX 3759 GARDENA CA 90247-7459 |
| MIRA MOBILE TELEVISION | 25749 SW CANYON CREEK RD STE 100 WILSONVILLE OR 97070 |
| MITTLEMAN, ILEENE H | 525 EAST 82ND ST APT 9H NEW YORK NY 10028-7158 |
| MIZLA, ERIN K | 150 PINE STREET  NO.111 MANCHESTER CT 06040 |
| MPS PRINTING SUPPLIES | 1200 C AGORA DRIVE  NO.209 BEL AIR MD 21014 |
| MULTIAD SERVICES INC | 1720 W DETEILLER DRIVE PEORIA IL 61615 |
| MURPHY, JENNIFER | 418 N PINE LAKE DR PATCHOGUE NY 11772 |
| MURRAY, HEATHER | 491 RAILROAD AVE BARTLETT IL 60103 |
| MYLES COMMUNICATIONS, INC. | P.O. BOX 27 JIM MYLES MOBERLY MO 65270 |
| NEIBERGALL, BRENDAN DOUGLAS | 1328 S PARK AVE SPRINGFIELD IL 62704-3462 |
| NETCOM DATA CORP OF NY | 82 ROSLYN AVE SEA CLIFF NY 11579 |
| NICOR GAS | PO BOX 549 AURORA IL 60507 |
| ORLANDO MARRIOTT | 400 WEST LIVINGSTON STREET ORLANDO FL 32801 |
| OSBORN, JAMES B | 1150 PADDOCK PL #204 ANN ARBOR MI 48108 |
| PACIFIC TELEVISION CENTER INC | 3440 MOTOR AVENUE LOS ANGELES CA 90034-4017 |
| PAVIA III, JOHN P | 311 SILVER HILL RD BOSTON CT 06612-1119 |
| PICOLO, RICHARD | 2632 WATERVIEW DR EUSTIS FL 32726-6903 |
| PITNEY BOWES CREDIT CORPORATION | ATTN: RECOVERY DEPT. 27 WATERVIEW DR. SHELTON CT 06484-4361 |
| PLANET DISCOVER, LLC | 312 ELM ST #16THFL CINCINNATI OH 45202-2739 |
| PORTLAND GENERAL ELECTRIC - PGE | 7800 SW MOHAWK STREET TUALATIN OR 97062 |
| PORTLAND GENERAL ELECTRIC CO | 7800 SW MOHAWK STREET TUALATIN OR 97062 |
| PROLARMCO INC | P O BOX 117 GREENVALE NY 11548 |
| Q INTERACTIVE INC | PO BOX 101452 ATLANTA GA 30392-1452 |
| REYNOSO, GUS | 1853 CLIFFHILL DR MONTEREY PARK CA 91754 |
| RIVERA, JASON SCOTT | 279 MOSS ST  NO.28 CHULA VISTA CA 91911 |
| RIVERSIDE BUSINESS HEALTH SERVICES | 10510 JEFFERSON AVENUE  STE C NEWPORT NEWS VA 23601 |
| ROSEN, KIM | 7 KARY STREET NORTHAMPTON MA 01060 |
| RTM - REMOTE TRANSMISSION MANAGEMENT | 2491 ALLUVIAL AVE SUITE 40 CLOVIS CA 93611 |
| SCHAB, DAVID | 104 S CAN DOTA AVE MOUNT PROSPECT IL 60056 |
| SCHUMACHER, LISA M | 418 NAPERVILLE RD CLARENDON HILLS IL 60514 |
| SIBLEY, JOHN C. | 406 SIBLEYS LANDING RD. SALUDA VA 23149 |
| SIGN A RAMA | 5307 NOB HILL RD SUNRISE FL 33351 |
| SLADE, GAYLE L. | 5628 SAINT CLAIR AVE VALLEY VLG CA 91607-1725 |
| SOFTSEL INC | 3101 BROWNS MILL ROAD  SUITE 6 175 JOHNSON CITY TN 37604 |
| SONAR CREDIT PARTNERS, LLC | TRANSFEROR: WEATHER CENTRAL ATTN: MICHAEL GOLDBERG 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |
| SONY PICTURES TELEVISION INC. | KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY CA 90232-3195 |
| TANNENBAUM, IRVING & JUDITH R JT TEN | 840 LIONSGATE DR SAINT LOUIS MO 63130-2848 |
| TAYLOR FRANCIS/ROUTLEDGE | TAYLOR & FRANCIS GROUP, LLC 7625 EMPIRE DRIVE FLORENCE KY 41042 |
| TAYLOR FRANCIS/ROUTLEDGE | 10650 TEOBBEN DR INDEPENDENCE KY 41051 |
| THUNDER NORTH BROADCAST SERVICES LTD | 635 QUEEN STREET EAST TORONTO ON M4M 1G4 CANADA |
| TOWN OF BEL AIR | 39 HICKORY AVE. BEL AIR MD 21014 |

| Claim Name | Address Information |
|---|---|
| TOWN OF PALM BEACH – FINANCE DEPARTMENT | C/O MARY MCQUAIG, ACCOUNTING CLERK PO BOX 2029 360 SOUTH COUNTY ROAD PALM BEACH FL 33480 |
| TREASURER, OKLAHOMA STATE | UNCLAIMED PROPERTY DIVISION 4545 N. LINCOLN BLVD., STE. 106 OKLAHOMA CITY OK 73105 |
| TREND OFFSET PRINTING | 10301 BUSCH DR. N. ATTN: DON ODHAM JACKSONVILLE FL 32218 |
| TRL SYSTEMS, INC | 4405 AIRPORT DRIVE ONTARIO CA 91761 |
| UNITED MEDIA | PO BOX 641465 CINCINNATI OH 45264-1465 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CNI CORPORATION 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR:CARUSO MANAGEMENT COMPANY LTD 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: MY WEB PAL 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| US OFFICE SOLUTIONS INC | 2383 WEST 77TH STREET HIALEAH FL 33016 |
| WALKER, GLORIA | 420 LOGAN PL APT 13 NEWPORT NEWS VA 23601 |
| WARD, ELEANORE P | 186 OAK TREE RD MOORESVILLE NC 28117-5914 |
| WFTV / WRDQ | WFTV TV09 ATTN: LEGAL COUNSEL ORLANDO FL 32801 |
| WITLEN, IAN | 4375 CARAMBOLA CIR N COCONUT CREEK FL 33066-2458 |
| YAHOO! INC. | LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO CA 94306 |
| YELLOW PAGES ASSOCIATION | PO BOX 95000 1610 PHILADELPHIA PA 19195-1610 |
| ZEITLIN, ERICA | 2662 S. BARRINGTON AVE. LOS ANGELES CA 90064 |

**Total Creditor count  142**

| Claim Name | Address Information |
| --- | --- |
| AERO COMPRESSOR CO. | 12966 PARK ST SANTA FE SPRINGS CA 90670 |
| BRIDGEPORT U.S.A. CORPORATION | D/B/A POLO CAFE & CATERING BRDGEPORT USA 3322 S. MORGAN ST. CHICAGO IL 60608 |
| BUENA VISTA TELEVISION | ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-9750 |
| CITY OF NEWPORT NEWS, VIRGINIA | CITY ATTORNEY'S OFFICE 2400 WASHINGTON AVENUE NEWPORT NEWS VA 23607 |
| COMCAST SPOTLIGHT – INDIANAPOLIS | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COMCAST SPOTLIGHT – NE | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COOK COUNTY DEPT. OF REVENUE | 118 N. CLARK STREET, ROOM 1160 CHICAGO IL 60602 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR:MICROWAVE RADIO COMMUNICATION ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CREDITOR LIQUIDITY, L.P. | TRANSFEROR: LEVY REALTY ADVISORS, INC 200 BUSINESS PARK DRIVE, STE 200 ARMONK NY 10504 |
| DUN & BRADSTREET | C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM MD 21094 |
| FEDEX CUSTOMER INFORMATION SERVICE | AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS TN 38116 |
| FUJIFILM GRAPHIC SYSTEMS USA INC | 200 SUMMIT LAKE DRIVE VALHALLA NY 10595 |
| HARTFORD MEDICAL GROUP | PO BOX 1086 WILBRAHAM MA 01089 |
| HOWARD COUNTY, MARYLAND | MARAGARET ANN NOLAN & CAMELA J. SANDMANN HOWARD COUNTY OFFICE OF LAW 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| INDUSTRIAL DOOR CO. | 1555 LANDMEIER RD. ELK GROVE VILLAGE IL 60007 |
| LAW OFFICES OF GERALD S. SACK, LLC | 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD CT 06119 |
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. | ATTN: JENNIFER SIMMS, ESQ. 245 PARK AVE. NEW YORK NY 10167 |
| MATILLA SURVIVORS TRUST | SHIRLEY MATILLA AS SOLE TRUSTEE ERIC P ISRAEL / DANNIN GILL DIAMOND 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES CA 900678 |
| MATILLA SURVIVORS TRUST-SHIRLEY MATILLA | AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ DANNING, GILL, DIAMOND & KOLLITZ, LLP 2029 CENTURY PARK EAST, THIRD FLOOR LOS ANGELES CA 90067 |
| MCCORMICK, JO ANNA CANZONERI | JO ANNA CANZONERI MCCORMIC 342 NORTH ATLANTIC BOULEVARD ALHAMBRA CA 91801 |
| MCCORMICK, JO ANNA CANZONERI | 342 N ATLANTIC BLVD ALHAMBRA CA 91801-2217 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| PITMAN COMPANY | 753 SPRINGDALE DRIVE EXTON PA 19341 |
| REACTOR ART & DESIGN LIMITED | 51 CAMDEN STREET TORONTO ON M5V 1V2 CANADA |
| ROTATION DYNAMICS CORP | 5708 RELIABLE PARKWAY CHICAGO IL 60686-0057 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: AM COMMUNICATION SERVICES, LLC 2699 WHITE RD., SUITE # 255 IRVINE CA 92614 |
| TREND OFFSET PRINTING | 10301 BUSCH DR. N. ATTN: DON ODHAM JACKSONVILLE FL 32218 |
| WORLD BOOK NEWS | 1652 N. CAHUENGA BLVD HOLLYWOOD CA 90028 |

**Total Creditor count  28**

| Claim Name | Address Information |
|---|---|
| ACUTECH, LLC | C/O JOSEPH BELLA, REGISTERED AGENT 25831 PIERINA DRIVE ELKHART IN 46514 |
| ADITYA BIRLA MINACS IT SERVICES LTD. | F/K/A PSI DATA SYSTEMS, LTD. C/O ROBERT KAY, REGISTERED AGENT 34115 W 12 MILE RD FARMINGTON HILLS MI 48331 |
| ADITYA BIRLA MINACS IT SERVICES LTD. | F/K/A PSI DATA SYSTEMS, LTD. C/O CT CORPORATION SYSTEM 1201 PEACHTREE STREET NE ATLANTA GA 30361 |
| ADVANCED MEDIA RESEARCH GROUP, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| ALEXANDER REED | 9221 SW 100TH AVENUE RD. MIAMI FL 33176-1723 |
| ALEXANDER REED | 8306 MILLS DR., SUITE 294 MIAMI FL 33183-4838 |
| ANO-COIL CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| AROUND THE WORLD FOR FREE, LLC | C/O ZEKE E. LOPEZ, REG. AGENT 1900 AVENUE OF THE STARS, 7TH FL. LOS ANGELES CA 90067 |
| AROUND THE WORLD PRODUCTIONS, LLC | C/O C2003899 NATIONAL CORPORATE RESEARCH, LTD. 523 WEST 6TH STREET, SUITE 544 LOS ANGELES CA 90014 |
| ATLANTIC PRESS, INC. | C/O BARRY J. SHKOLNIK, REGISTERED AGENT 3500 THREE FIRST NATIONAL PLAZA CHICAGO IL 60602 |
| BODY BY JAKE GLOBAL LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| BROADCAST MARKETING INTERNATIONAL, LTD. | D/B/A PROSOURCE C/O JOHN T. O'KEEFE, REGISTERED AGENT 30 SAGAMORE RD SHELTON CT 06484 |
| CARLISLE STAFFING, LTD. | C/O ROBERT A. WILSON, REGISTERED AGENT 350 E. OGDEN AVE. WESTMONT IL 60559 |
| CENTRAL VALLEY ENGINEERING & | ASPHALT, INC. C/O WARREN HOLT, REGISTERED AGENT 216 KENROY LN. ROSEVILLE CA 95678 |
| CROWN EQUIPMENT CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| CROWN LIFT TRUCKS LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| CYNERGISTEK, INC. | C/O NATIONAL REGISTERED AGENTS, INC. 823 CONGRESS AVENUE SUITE 225 AUSTIN TX 78701 |
| D.R.D., INC., D/B/A POWER DIRECT, INC. | C/O DANIEL DELFINO, PRESIDENT 4805 PEARL ROAD CLEVELAND OH 44109-5145 |
| DAVID E. ATKINSON | 2428 LEGACY ISLAND CIRCLE HENDERSON NV 89074-6158 |
| DIRECT ENERGY BUSINESS LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| DIRECT ENERGY LP, D/B/A DIRECT | ENERGY BUSINESS SERVICES C/O CT CORPORATION SYSTEM 350 N ST PAUL STREET, SUITE 2900 HOUSTON TX 75201 |
| DIRECT ENERGY MARKETING INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| DVSANALYTICS, INC. | F/K/A TELEDIRECT INTERNATIONAL, INC. C/O CT CORPORATION SYSTEM 500 EAST COURT AVENUE DES MOINES IA 50309 |
| ECKLAND CONSULTANTS INC. | C/O ROBERT A. ECKLAND, PRESIDENT 1400 E. LAKE COOK ROAD, SUITE 180 BUFFALO GROVE IL 60089 |
| EDISON MEDIA RESEARCH, INC. | C/O JOSEPH W. LENSKI, III, EVP 6 WEST CLIFF STREET SOMERVILLE NJ 08876-1902 |
| FATHOM ONLINE CORP | C/O P. TERRY ANDERLINI ANDERLINI, FINKELSTEIN & EMERICK 400 SOUTH EL CAMINO REAL; SUITE 700 SAN MATEO CA 94402 |
| FATHOM ONLINE INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| FLORIDA EAST COAST RAILWAY CORP., AS SUC | IN INTEREST TO CODINA REAL ESTATE MGMT INC.; % THE CORPORATION TRUST COMPANY CORPORATION TRUST CTR; 1209 ORANGE ST WILMINGTON DE 19801 |
| G66, LLC | C/O SERVICE USA INC. 450 E. LAS OLAS BLVD STE 1500 FORT LAUDERDALE FL 33301 |
| GENCO ENTERTAINMENT, INC. | C/O ALBERT A. RETTIG, REGISTERED AGENT 15821 VENTURA BLVD #500 ENCINO CA 91436 |
| GKL REGISTERED AGENTS/FILINGS, INC. | 1000 EAST WILLIAM STREET, SUITE 204 CARSON CITY NV 89701 |

| Claim Name | Address Information |
|---|---|
| HOWARD S. WRIGHT CONSTRUCTORS, LP | C/O GMTE CORPORATION 300 EAST PINE STREET SEATTLE WA 98122 |
| HOWE SOUND PULP AND PAPER LP | C/O MAC PALMIERE, PRESIDENT AND CHIEF EXECUTIVE OFFICER 3838 PORT MELLON HIGHWAY PORT MELLON BC V1M 4A6 CANADA |
| HOWE SOUND PULP AND PAPER LP | C/O MAC PALMIERE, PRESIDENT AND CHIEF EXECUTIVE OFFICER 9400 202 2ND STREET, SUITE 208 LANGELY BC V1M 4A6 CANADA |
| IBM DAKSH BS PROCESS SRVCS, N/K/A IBM | GLOBAL PROCESS SVCS, A SUB. OF IBM BS CONSULTING SVCS DBA IBM DAKSH BS PROCESS SVCS PRIVATE LTD.; % 9297513 REGISTERED AGENTS LEGAL SERVICES, LLC WILMINGTON DE 19801 |
| IBM DAKSH BS PROCESS SVCS, N/K/A IBM | GLOBAL PROCESS SVCS, A SUB. OF IBM BS CONSULTING SVCS,DBA IBM DAKSH BS PROCESS SVCS PRIVATE LTD.; % THE CORPORATION TRUST CO.; CORPORATION TRUST CENTER WILMINGTON DE 19801 |
| IBM DAKSH BUSINESS PROCESS SERVICES | C/O RALS VA, LLC B.E. AUTH IN VIRGINIA 7288 HANOVER GREEN DR. MECHANICSVILLE VA 23111-1709 |
| INDUSTRIAL STAFFING SERVICES, INC. | C/O CT CORPORATION SYSTEM 150 FAYETTEVILLE ST. BOX 1011 RALEIGH NC 27601 |
| INTERNATIONAL BUSINESS MACHINES CORP | C/O THE CORPORATION TRUST CO. CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| INTERVIEWING SVC OF AMERICA, INC. D/B/A | QUALITATIVE INSIGHTS, D/B/A FIELD BY DESIGN; % MICHAEL HALBERSTAM, REG.AGT 15400 SHERMAN WAY; SUITE 400 VAN NUYS CA 91406 |
| KAMAKAZEE KIWI CORP | C/O KEVIN SORBO 3835-R E THOUSAND OAKS BLVD 343 WESTLAKE VILLAGE CA 91362-6622 |
| KAMAKAZEE KIWI CORPORATION | C/O JACOB A. BLOOM 150 SO. RODEO DRIVE 3RD FLOOR BEVERLY HILLS CA 90212 |
| LASALLE STAFFING, INC. D/B/A | THE LASALLE NETWORK C/O STEPHEN L. GOLAN, REGISTERED AGENT 70 W. MADISON, SUITE 1500 CHICAGO IL 60602 |
| LOCONTE.2, INC. | C/O MARIA L. LOCONTE 4 ROLFE RD. LEXINGTON MA 02420 |
| LOCONTE.2, LLC | C/O MARIA L. LOCONTE 4 ROLFE RD. LEXINGTON MA 02420 |
| MAGELLAN BEHAVIORAL HEALTH, INC. | C/O CORPORATION SERVICES COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MAGELLAN HEALTH SERVICES, INC. | D/B/A MAGELLAN BEHAVIORAL HEALTH, INC. C/O CORPORATION SERVICES COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MCCANN-ERICKSON USA, INC. | D/B/A UNIVERSAL MCCANN C/O CAPITOL SERVICES, INC. 615 DUPONT HIGHWAY DOVER DE 19901 |
| MIDWEST MEDIA GROUP INC. | C/O JOHN M. CONNOLLY, REGISTERED AGENT 135 E. ALGONQUIN RD. SUITE B ARLINGTON HEIGHTS IL 60005 |
| MISI COMPANY, LTD. | C/O KEN LEE, REGISTERED AGENT 1000 CORPORATE CENTER DRIVE SUITE 104 MONTERAY PARK CA 91754 |
| NIGHTMARE, INC. | C/O INCORP SERVICES, INC. 2360 CORPORATE CIRCLE, SUITE 400 HENDERSON NV 89074-7722 |
| NTT DATA CORPORATION | C/O DONALD R. DAVIS, REGISTERED AGENT 600 HANSEN WAY PALO ALTO CA 94304 |
| NTT DATA CORPORATION | C/O CALIFORNIA SECRETARY OF STATE 1500 11TH STREET SACRAMENTO CA 95814 |
| PRESTIGE TELECOM INC. | C/O VINCENT F. O'FLAHERTY; LAW OFFICES OF VINCENT F. O'FLAHERTY, ATTORNEY, LLC 2 WEST 39TH STREET KANSAS CITY MI 64111 |
| PROGRAM PARTNERS, INC. | C/O JOSHUA C. RAPHAELSON, REGISTERED AGENT 1410 SAN VINCENTE BLVD. SANTA MONICA CA 90402 |
| PROSOFT TECHNOLOGY GROUP, INC. | D/B/A PROSOFT CYBERWORLD GROUP C/O RAJEEV GUPTA, REGISTERED AGENT 2001 BUTTERFIELD ROAD,SUITE 305 DOWNERS GROVE IL 60515 |
| PSOMAS | C/O LOREN SOKOLOW, REGISTERED AGENT 555 S. FLOWER STREET SUITE 4400 LOS ANGELES CA 90071 |
| QUALITY STORAGE PRODUCTS, INC. | C/O KENNETH J. DONKEL, R.A. 7220 W. 194TH ST. TINLEY PARK IL 60477 |
| RADIAN COMMUNICATION SVCS (CANADA) LTD. | C/O H. DOUGLAS TIPPLE, PRESIDENT & CHIEF EXECUTIVE OFFICER 461 ROUTE CORNWALL, SUITE 800 OAKVILLE ON L6J 7S8 CANADA |
| ROHN PRODUCTS, LLC | C/O DANIEL M. LUDOLPH, REGISTERED AGENT 6718 W. PLANK RD. PEORIA IL 61604 |
| RYDER INTEGRATED LOGISTICS, INC. | C/O 9324631 CORPORATE CREATIONS NETWORK INC.; 3411 SILVERSIDE ROAD RODNEY BUILDING #104 WILMINGTON DE 19810 |
| SAN DIEGO METROPOLITAN TRANSIT SYSTEM | C/O TIFFANY LORENZEN, REGISTERED AGENT 1255 IMPERIAL AVENUE SUITE 1000 SAN |

| Claim Name | Address Information |
|---|---|
| SAN DIEGO METROPOLITAN TRANSIT SYSTEM | DIEGO CA 92101-7490 |
| SAN DIEGO TRANSIT CORPORATION | C/O TIFFANY LORENZEN, REGISTERED AGENT 1255 IMPERIAL AVENUE SUITE 1000 SAN DIEGO CA 92101-7490 |
| SCREENVISION CINEMA NETWORK, LLC | C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY NY 12207 |
| SERVICESOURCE INTERNATIONAL, LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| STARDUST VISIONS, INC. | C/O BICTORIA BRYNNER, REGISTERED AGENT 1438 N. GOWER ST. SUITE 570, BOX 30 LOS ANGELES CA 90028 |
| STROZ FRIEDBERG, LLC | C/O EDWARD M. STROZ, CO-PRESIDENT 32 AVENUE OF THE AMERICAS, 4TH FLOOR NEW YORK NY 10013 |
| TBWA CHIAT/DAY, INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| TBWA CHIAT/DAY, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD #400S WILMINGTON DE 19808 |
| TELEMETRICS, INC. | C/O ANTHONY CUOMO, REGISTERED AGENT 6 LEIGHTON PLACE MAHWAH NJ 07430 |
| THINAIR COMMUNICATIONS, INC. | C/O DAVID KISSINGER, REGISTERED AGENT 27473 FOREST RIDGE DRIVE KIOWA CO 80117 |
| TWENTIETH CENTURY FOX FILM CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| WENDLING PRINTING COMPANY | C/O HAL M. WENDLING, REGISTERED AGENT 111 BEECH STREET P.O. BOX 400 NEWPORT KY 41071 |
| WESTON BUSINESS PLAZA PARTNERSHIP | C/O PRINCIPAL REAL ESTATE INVESTORS, LLC 801 GRAND AVENUE DES MOINES IA 50392 |
| WESTON BUSINESS PLAZA, LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| XEROX CORPORATION | C/O PRENTICE-HALL CORPORATION SYSTEM 50 WESTON STREET HARTFORD CT 06120 |

**Total Creditor count  76**

**TRB AGENDA 2-25-11**
Mr. Emerson Tucker, #2008-0003014 (Div. 9, tier 2G)
Cook County Jail
2700 South California Avenue
P.O. Box 089002
Chicago, IL  60608

**TRB AGENDA 2-25-11**
Ms. Terry Godbey
830 Ellwood Ave.
Orlando, FL  32804

**TRB AGENDA 2-25-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD  21093-8125

**TRB AGENDA 2-25-11**
Mr. Herbert E. Eye
HC 72 Box 36
Franklin, WV  26807

**TRB AGENDA 2-25-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 2-25-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 2-25-11**
Heather Berkowitz
Associate General Counsel
ASM CAPITAL
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

**TRB AGENDA 2-25-11**
UNITED STATES DEBT RECOVERY III LP
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

**TRB AGENDA 2-25-11**
Monica M. Weed
Navigant Consulting, Inc**.**
30 S. Wacker Drive, Suite 3550
Chicago, IL 60606

**TRB AGENDA 2-25-11**
Epsilon Data Management, LLC
c/o The Corporation Trust Company
Attn: Officer/Managing or General Agent Other
Authorized Agent/or Registered Agent
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

TRB – DI 8138 & 8160 2/25/11

PHILLIPS, GOLDMAN & SPENCE, PA
1200 NORTH BROOM STREET
WILMINGTON, DE 19899-2092

**EXHIBIT C**

MR. EMERSON TUCKER, #2008-0003014 (DIV. 9, TIER 2G)
COOK COUNTY JAIL
2801 SOUTH SACRAMENTO AVENUE
DIVISION 6 – MAILROOM
CHICAGO, IL  60608

MR. EMERSON TUCKER, #2008-0003014 (DIV. 9, TIER 2G)
COOK COUNTY JAIL
2801 SOUTH SACRAMENTO AVENUE
DIVISION 6 – MAILROOM
CHICAGO, IL  60623

**EXHIBIT D**

| Name | Fax |
| --- | --- |
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley  VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| Ellen W Slights | 302-573-6431 |
| Stuart M Brown | 302-777-7263 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon   Tara M DiRocco | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   LA Raport   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Margaret F England | 302-984-3939 |
| Rachel B Mersky | 302-656-2769 |
| Adam Hiller   Donna Harris | 302-442-7046 |
| Ian Connor Bifferato   Kevin Collins | 302-254-5383 |
| MR Lastowski  SL Ross  RW Riley  LK Kotler | 302-657-4901 |
| William P Bowden   Amanda Winfree | 302-654-2067 |
| LD Jones    TP Cairns  MM Billion | 302-652-4400 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Joseph L Christensen | 302-655-4420 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Jamie L Edmonson | 302-658-6395 |
| Dennis A Meloro | 302-661-7360 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |
| W Hazeltine  WD Sullivan   EE Allinson III | 302-428-8195 |
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow  David T May | 302-252-4466 |
| Sherry Ruggiero Fallon | 302-658-4018 |
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James E Huggett | 302-888-1119 |
| RZ Zahralddin Aravena  NR Lapinski | 302-656-3714 |
| EL Schnabel  RW Mallard | 302-425-7177 |
| Charles J Brown III | 302-777-4352 |

| | |
|---|---|
| Justin R Alberto | 302-658-6395 |
| James F Conlan    Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   D LeMay   D Deutsche | 212-541-5369 |
| Graeme W Bush    James Sottile | 202-822-8106 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |
| MG Primoff  MB Schonholtz | 212-836-6525 |
| F Hyman   B Trust   A Trehan   B Yan | 212-262-1910 |
| MS Senter Jr   SA Buckman | 202-429-4618 |
| D Golden   D Zensky   A Qureshi  DJ Newman | 212-872-1002 |
| DS Rosner   AK Glenn   S Korpus | 212-506-1800 |
| David Adler | 212-609-6921 |
| Steven A Beckelman | 973-624-7070 |
| Steven A Beckelman | 973-297-3847 |
| RJ Stark   MS Siegel   GZ Novod | 212-209-4801 |
| B Bennett   JO Johnston  JM Mester | 213-621-6100 |
| Andrew Goldman | 212-230-8888 |
| David G Hille   Scott Greissman | 212-354-8113 |
| Thomas E Lauria | 305-358-5744 |
| Thomas E Lauria | 305-358-5766 |
| Aaron N Chapin | 312-207-6400 |
| Marcia Willette | 888-449-3584 |
| David M Smith | 212-967-4258 |
| Phyllis Hayes | 410-773-4057 |
| Esther Tryban Telser | 312-744-6798 |
| Esther Tryban Telser | 312-744-3832 |
| KA Constantine SD Bell P Foohey | 612-340-2643 |
| Donald A Tarkington | 312-419-6928 |
| Leslie Cohen | 310-394-9280 |
| Nathan E Jones | 775-832-5085 |
| Norman P Fivel | 518-473-1572 |
| Philip V Martino | 813-387-1763 |
| J Eric Ivester | 312-407-8510 |
| Joseph A DeJianne | 866-571-2165 |
| Kevin Barrett | 646-863-7155 |
| M Doyle  M St Patrick Baxter | 202-662-6291 |
| Joseph Grey | 302-777-4224 |
| David A Rosenzweig | 212-318-3400 |
| Steven M Mayer | 310-207-0007 |
| Alexander Rufus Isaacs | 310-860-2430 |
| Colm F Connolly | 302-574-3001 |
| Michael W Yurkewicz | 302-426-9193 |
| Tara L Lattomus | 302-425-0432 |
| Christopher D Loizides | 302-654-0728 |
| Christopher A Ward | 302-252-0921 |
| Stanley B Tarr | 302-428-5104 |
| Lee Harrington | 866-741-0618 |

Scott M Turner                                  585-263-1600

**EXHIBIT E**

**Email Address**

chriseyec@aol.com
mvbbvb@comcast.net
terrygodbey@yahoo.com