IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 8196** |

NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 2, 2011 AT 1:30 P.M.
<u>**BEFORE THE HONORABLE KEVIN J. CAREY**</u>

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.  Motion of Steven Gellman to Allow Proof of Claim (Filed February 9, 2011) (Docket No. 7876)

    Objection Deadline: February 22, 2011 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on
    February 24, 2011 for the Debtors and the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Responses Received:

    (a)    Debtors' Objection to Motion of Steven Gellman to Allow Proof of Claim [D.I. 7876] (Filed February 24, 2011) (Docket No. 8125)

    (b)    Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection to Motion of Steven Gellman to Allow Proof of Claim (Filed February 24, 2011) (Docket No. 8126)

Related Document:

    (a)    Declaration of Steven Gellman in Support of his Motion to Allow Claim (Filed February 25, 2011) (Docket No. 8136)

Status:    On consent of the parties, this matter is adjourned to the March 22, 2011 hearing. This matter will not be going forward.

## CONTESTED MATTERS GOING FORWARD

2.    Letter to Chief Judge Kevin J. Carey from Benjamin Kaminetzky, on behalf of the Debtor/Committee/Lender Plan Proponent Group, regarding discovery dispute with Aurelius Capital Management, LP (Filed February 8, 2011) (Docket No. 7862)

Objection Deadline: February 10, 2011 at 4:00 p.m.

Responses Received:

    (a)    Letter Response to Chief Judge Kevin J. Carey from John W. Berry, on behalf of Aurelius Capital Management, LP (Filed February 11, 2011) (Docket No. 7920)

Status:    This matter was adjourned from the February 15, 2011 hearing. This matter will be going forward.

3.    Letter [Redacted] to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of Wilmington Trust Company, regarding discovery dispute between Citigroup Global Markets Inc. and Aurelius Capital Management, LP (Filed February 10, 2011) (Docket No. 7900)

Responses Received:

    (a)    Letter Response to Judge Carey from Andrew Gordon, on behalf of Citigroup Global Markets Inc., regarding Letter from Noteholder Plan Proponents dated February 10, 2011 (Filed February 14, 2011) (Docket No. 7949)

2

Related Documents:

(a) Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto (Filed February 10, 2011) (Docket No. 7901)

Status: This matter was adjourned from the February 15, 2011 hearing. This matter will be going forward.

4. Letter to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of Wilmington Trust Company, regarding discovery dispute between Citibank, N.A. and Aurelius Capital Management, LP (Filed February 10, 2011) (Docket No. 7902)

Responses Received:

(a) Letter Response to Judge Carey from Andrew Gordon, on behalf of Citibank, N.A., regarding Letter from Noteholder Plan Proponents dated February 10, 2011 (Filed February 14, 2011) (Docket No. 7950)

Status: This matter was adjourned from the February 15, 2011 hearing. This matter will be going forward.

5. [Sealed] The Noteholder Plan Proponents' Motion in Limine and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 22, 2011) (Docket No. 8098)

Objection Deadline: February 28, 2011 at 4:00 p.m.

Responses Received:

(a) Debtor/Committee/Lender Plan Proponents' Objection to the Motion In Limine to Exclude the Expert Testimony of John Chachas, Suneel Mandava and David Kurtz (Filed February 28, 2011) (Docket No. 8194)

Related Documents:

(a) [Redacted] The Noteholder Plan Proponents' Motion in Limine and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 23, 2011) (Docket No. 8104)

(b) [Redacted] Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents' (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 23, 2011) (Docket No. 8106)

    Status:        This matter will be going forward.

6. [Sealed] The Noteholder Plan Proponents' Motion in Limine and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of Bernard Black (Filed February 22, 2011) (Docket No. 8099)

   Objection Deadline: February 28, 2011 at 4:00 p.m.

   Responses Received:

       (a)    Debtor/Committee/Lender Plan Proponents' Objection to the Noteholder Plan Proponents' Motion In Limine to Exclude the Expert Testimony of Bernard Black (Filed February 28, 2011) (Docket No. 8192)

   Related Documents:

       (a)    [Redacted] The Noteholder Plan Proponents' Motion in Limine and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of Bernard Black (Filed February 23, 2011) (Docket No. 8105)

       (b)    [Redacted] Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents' (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 23, 2011) (Docket No. 8106)

   Status:    This matter will be going forward.

7. Motion of Aurelius Capital Management, LP for Authorization to Seal Documents [Docket Nos. 8098, 8099, & 8100] (Filed February 23, 2011) (Docket No. 8109)

   Objection Deadline: February 28, 2011 at 4:00 p.m.

   Responses Received:

       (a)    **Amended Objection of Chicago Tribune Company to (1) Motion for Authorization to Seal the Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization and to (2) Motion for Authorization to Seal Documents at Docket Nos. 8164, 8165 & 8166 Filed by Aurelius Capital Management, L.P. and (3) Motion of Aurelius Capital Management LP for Authorization to Seal Documents [Docket Nos 8098, 8099 & 8100] and (4) Joint Motion of the Debtor/Committee/Lender Plan Proponents to File Seal Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan or Reorganization for Tribune Company and Its Subsidiaries**

4

**Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Re: D.I. Nos. 8014, 8168, 8109 and 8174) (Filed March 1, 2011) (Docket No. 8209)**

Related Documents:

(a) [Sealed] The Noteholder Plan Proponents' Motion in Limine and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 22, 2011) (Docket No. 8098)

(b) [Sealed] The Noteholder Plan Proponents' Motion in Limine and Memorandum of Law in Support Thereof to Exclude the Expert Testimony of Bernard Black (Filed February 22, 2011) (Docket No. 8099)

(c) [Sealed] Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents' (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Expert Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 23, 2011) (Docket No. 8100)

Status: This matter will be going forward.

8. [Redacted] Motion of the Noteholder Plan Proponents for Leave to File a Supplement to Their (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 25, 2011) (Docket No. 8164)

Objection Deadline: February 28, 2011 at 4:00 p.m.

Responses Received:

(a) Debtor/Committee/Lender Plan Proponents' Objection to the Motion In Limine to Exclude the Rebuttal Expert Testimony of Professor Bernard Black, Harrison Goldin and David Prager Under FRE 403 Subsumed in the Supplement to the Noteholders' Motion In Limine to Exclude the Expert Testimony of John Chachas, Suneel Mandava and David Kurtz (Filed February 28, 2011) (Docket No. 8193)

Related Documents:

(a) [Sealed] The Noteholder Plan Proponents' Supplement to Their (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 25, 2011) (Docket No. 8165)

5

    (b)    [Redacted] Supplemental Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents' Supplement to Their (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 25, 2011) (Docket No. 8166)

    (c)    [Redacted] The Noteholder Plan Proponents' Supplement to Their (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 25, 2011) (Docket No. 8167)

Status:     This matter will be going forward.

9. Motion of Aurelius Capital Management, LP for Authorization to Seal Documents [Docket Nos. 8164, 8165 & 8166] (Filed February 25, 2011) (Docket No. 8168)

Objection Deadline: February 28, 2011 at 4:00 p.m.

Responses Received:

    (a)    Objection of Chicago Tribune Company to Motion for Authorization to Seal the Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization and to Motion for Authorization to Seal Documents at Docket Nos. 8164, 8165 & 8166 Filed by Aurelius Capital Management, L.P. Re: D.I. #8104 and D.I. #8168 (Filed February 28, 2011) (Docket No. 8191)

    (b)    **Amended Objection of Chicago Tribune Company to (1) Motion for Authorization to Seal the Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization and to (2) Motion for Authorization to Seal Documents at Docket Nos. 8164, 8165 & 8166 Filed by Aurelius Capital Management, L.P. and (3) Motion of Aurelius Capital Management LP for Authorization to Seal Documents [Docket Nos 8098, 8099 & 8100] and (4) Joint Motion of the Debtor/Committee/Lender Plan Proponents to File Seal Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan or Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Re: D.I. Nos. 8014, 8168, 8109 and 8174) (Filed March 1, 2011) (Docket No. 8209)**

Related Documents:

(a) [Redacted] Motion of the Noteholder Plan Proponents for Leave to File a Supplement to Their (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 25, 2011) (Docket No. 8164)

(b) [Sealed] The Noteholder Plan Proponents' Supplement to Their (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 25, 2011) (Docket No. 8165)

(c) [Redacted] Supplemental Affirmation of John W. Berry, Esq. in Support of the Noteholder Plan Proponents' Supplement to Their (A) Motion In Limine to Exclude the Expert Testimony of Bernard Black and (B) Motion In Limine to Exclude the Testimony of John Chachas, David Kurtz and Suneel Mandava (Filed February 25, 2011) (Docket No. 8166)

Status: This matter will be going forward.

10. Joint Pretrial Memorandum Related to the Confirmation of a Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed February 28, 2011) (Docket No. 8187)

Dated: **March 1, 2011**

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION