# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

January 1, 2011 through and including January 31, 2011

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 1.9 | $987.00 |
| 005735.00004 | Current Financials | 95.0 | 54,512.50 |
| 005735.00007 | Employee Issues | 5.3 | 3,087.00 |
| 005735.00008 | Plan of Reorganization | 89.3 | 53,793.00 |
| 005735.00010 | Claims & Recoveries | 37.6 | 20,055.50 |
| 005735.00014 | Avoidance Actions | 48.2 | 25,540.50 |
| 005735.00015 | UCC Meetings | 22.6 | 15,399.00 |
| 005735.00016 | Litigation Hold | 0.2 | 171.00 |
| 005735.00017 | Billing and Retention | 17.9 | 10,411.00 |
| 005735.00018 | Travel Time (billed at 50%) | 17.0 | 5,482.50 |
| **Total Fees Incurred** | | **335.0** | **$189,439.00** |

16

Re:               Business Analysis
Client/Matter #   005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/04/11 | YK | Reviewed and analyzed recent industry trends. Prepared summaries. | 1.10 |
| 01/12/11 | ANL | Reviewed and analyzed broadcasting and cable competitor industry news and reports. | 0.80 |
| | | **Total Hours** | **1.90** |

Re:                         Business Analysis
Client/Matter #             005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 0.80 | 560.00 | 448.00 |
| Young Kim | 1.10 | 490.00 | 539.00 |
| **Total Hours & Fees** | **1.90** | | **987.00** |

Re:              Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/03/11 | BH | Review and analyze weekly financial results and revise report to UCC on same. | 1.70 |
| 01/04/11 | YK | Reviewed and analyzed publishing revenue data. | 1.70 |
| 01/04/11 | YK | Reviewed and analyzed broadcasting business. | 1.50 |
| 01/04/11 | YK | Reviewed and analyzed weekly cash flows and discuss questions with M. Frank (A&M). | 1.10 |
| 01/05/11 | YK | Reviewed and analyzed publishing data, including circulation information. | 1.50 |
| 01/05/11 | YK | Reviewed and revised weekly status report to the UCC. | 0.60 |
| 01/06/11 | AH | Review weekly report to UCC | 0.30 |
| 01/10/11 | ANL | Analyzed weekly cash flow results and publishing/broadcasting results. | 1.80 |
| 01/10/11 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 01/11/11 | ANL | Analyzed weekly cash flow results and publishing/broadcasting results. | 1.10 |
| 01/11/11 | ANL | Prepared weekly status update for UCC. | 2.10 |
| 01/12/11 | ANL | Analyzed updated cash flow forecast. | 1.70 |
| 01/12/11 | ANL | Reviewed and analyzed December 2010 publishing and broadcast results. | 2.60 |
| 01/12/11 | ANL | Revised weekly status update for UCC. | 1.50 |
| 01/12/11 | AH | Review weekly report to UCC | 0.60 |
| 01/12/11 | BH | Review and analyze the weekly financial results of Tribune and revise report to UCC on same. | 2.00 |
| 01/12/11 | BH | Prepare presentation of weekly financial results for UCC weekly meeting. | 1.00 |
| 01/13/11 | BH | Review and analyze the trends in National Publication Advertising Revenue to determine the extent of decline. | 0.70 |
| 01/13/11 | ANL | Analyzed weekly cash flow results and publishing/broadcasting results. | 1.30 |
| 01/13/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 01/14/11 | ANL | Analyzed weekly cash flow results and publishing/broadcasting results. | 1.20 |
| 01/14/11 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 01/17/11 | ANL | Prepared weekly status update for UCC. | 2.10 |
| 01/17/11 | ANL | Analyzed weekly cash flow results and publishing/broadcasting results. | 1.10 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/17/11 | BH | Review and analyze weekly Tribune financial results and revise report to UCC on same. | 1.90 |
| 01/18/11 | BH | Participate in call with Debtors advisors to review December results and current financial trends. | 1.00 |
| 01/18/11 | BH | Review and analyze the summary financial results for December and full year 2010. | 1.20 |
| 01/18/11 | YK | Reviewed and revised weekly status report. | 1.10 |
| 01/18/11 | YK | Prepared for, attended and followed up on Tribune financial advisors' review of recent financial performance. | 1.50 |
| 01/18/11 | ANL | Analyzed and reviewed preliminary December 2010 and Q4 2010 results. | 1.80 |
| 01/18/11 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 01/18/11 | ANL | Prepared for and participated in monthly call with Tribune and A&M to review December financial results. | 0.80 |
| 01/18/11 | ANL | Analyzed weekly cash flow results and publishing/broadcasting results. | 2.20 |
| 01/19/11 | ANL | Revised weekly status update for UCC. | 2.10 |
| 01/19/11 | ANL | Analyzed and reviewed preliminary December 2010 and Q4 2010 results. | 1.20 |
| 01/19/11 | ANL | Prepared presentation materials for UCC presentation. | 1.50 |
| 01/19/11 | BH | Prepare presentation to UCC of financial results for weekly and year end performance during upcoming UCC meeting. | 1.50 |
| 01/20/11 | ANL | Reviewed and analyzed weekly revenue results and full year 2010 results. | 2.30 |
| 01/20/11 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 01/20/11 | ANL | Prepared notes on the weekly results for UCC meeting | 0.80 |
| 01/21/11 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 01/24/11 | ANL | Reviewed and analyzed December 2010 publishing and broadcast results. | 2.50 |
| 01/24/11 | BH | Review and analyze Tribune year end 2010 financial results. | 3.60 |
| 01/25/11 | YK | Reviewed and revised weekly status report. | 0.80 |
| 01/25/11 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 01/25/11 | ANL | Analyzed and reviewed preliminary December 2010 and Q4 2010 results. | 1.30 |
| 01/25/11 | ANL | Reviewed and analyzed cash flow results and 13 week forecast. | 1.50 |

Re:             Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/26/11 | AH | Review and analyzed weekly report to UCC | 0.40 |
| 01/26/11 | BH | Review and analyze weekly financial results and revise report to UCC on same. | 1.60 |
| 01/26/11 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 01/26/11 | ANL | Reviewed and analyzed December 2010 publishing and broadcast results. | 2.30 |
| 01/26/11 | ANL | Reviewed and analyzed weekly revenue results and cash flow results. | 1.80 |
| 01/27/11 | ANL | Prepared weekly status update for UCC. | 2.10 |
| 01/27/11 | ANL | Reviewed and analyzed December 2010 publishing and broadcast results. | 1.50 |
| 01/27/11 | ANL | Reviewed and analyzed weekly revenue results and cash flow results. | 1.20 |
| 01/28/11 | ANL | Reviewed and analyzed TV pacing reports and prepared exhibits for the weekly. | 1.20 |
| 01/28/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 01/28/11 | ANL | Reviewed and analyzed December 2010 publishing and broadcast results. | 2.10 |
| 01/28/11 | BH | Prepare presentation to UCC of financial results. | 1.10 |
| 01/31/11 | BH | Review and analyze weekly financial results and revise report to UCC on same. | 1.70 |
| 01/31/11 | ANL | Prepared weekly status update for UCC. | 0.90 |
| 01/31/11 | ANL | Reviewed and analyzed December 2010 publishing and broadcast results. | 1.20 |
| 01/31/11 | ANL | Reviewed and analyzed amended statements and schedules. | 2.20 |
| | | **Total Hours** | **95.00** |

21

Re:                          Current Financials
Client/Matter #              005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.30 | 855.00 | 1,111.50 |
| Albert Leung | 64.90 | 560.00 | 36,344.00 |
| Brad Hall | 19.00 | 645.00 | 12,255.00 |
| Young Kim | 9.80 | 490.00 | 4,802.00 |
| **Total Hours & Fees** | **95.00** | | **54,512.50** |

Re:                      Employee Issues
Client/Matter #          005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/07/11 | BH | Discussion with Debtors advisors regarding the nature and financial effect of Gerry Spector departure from executive management. | 0.60 |
| 01/18/11 | BH | Review and analyze the level of MIP payments which will be made as a result of actual 2010 financial performance. | 0.80 |
| 01/18/11 | ANL | Prepared summary of 2010 MIP payout based on latest Tribune results. | 2.20 |
| 01/19/11 | ANL | Reviewed and analyzed 2010 MIP motion and prepared summary of 2010 MIP payout based on latest Tribune results. | 1.70 |
| | | **Total Hours** | **5.30** |

Re:              Employee Issues
Client/Matter #  005735.00007


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.90 | 560.00 | 2,184.00 |
| Brad Hall | 1.40 | 645.00 | 903.00 |
| **Total Hours & Fees** | **5.30** | | **3,087.00** |

Re:                     Plan of Reorganization
Client/Matter #         005735.00008

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 01/01/11 | BH | Review and analyze Intercompany claims model provided by Bridge Lenders in support of settlement discussions. | 0.70 |
| 01/02/11 | BH | Review and analyze Intercompany Claims model provided by Bridge Lenders in support of settlement discussions. | 1.50 |
| 01/02/11 | ANL | Analyzed and reviewed Bridge lender model and source data. | 4.20 |
| 01/02/11 | ANL | Reviewed and analyzed Wilmington Trust motion and claim information. | 2.20 |
| 01/03/11 | ANL | Prepared memo to attorneys regarding bridge lender recovery model, assumptions and conclusions. | 2.60 |
| 01/03/11 | ANL | Reviewed intercompany analysis and recovery model report and assumptions. | 2.20 |
| 01/03/11 | YK | Reviewed and analyzed Bridge Lender model materials. | 1.20 |
| 01/03/11 | BH | Perform due diligence review of Intercompany Claims model provided by Bridge Lenders to determine recoveries under alternative assumptions. | 2.20 |
| 01/03/11 | BH | Review and analyze memo from Chadbourne with legal arguments pertaining to Bridge Lender Claims analysis. | 0.30 |
| 01/04/11 | BH | Participate in conference call with Zuckerman to describe the extent of due diligence performed on Bridge Lenders Intercompany Claims model. | 0.80 |
| 01/04/11 | BH | Develop a Recovery Matrix Model for Zuckerman to analyze potential outcomes based upon the Bridge Lenders Intercompany Claims analysis. | 2.10 |
| 01/04/11 | ANL | Reviewed and analyzed Bridge lenders' presentation on recovery and Examiner scenarios. | 2.30 |
| 01/04/11 | ANL | Reviewed and analyzed Bridge lenders' recovery model and scenario analysis. | 3.50 |
| 01/04/11 | ANL | Call with J. Sottile (Zuckerman) regarding settlement issues with Bridge. | 0.40 |
| 01/04/11 | AH | Call w/ B. Hall and AP team re: work in process: Bridge settlement and PHONES claim | 1.00 |
| 01/04/11 | AH | Call w/ J. Sottile (Zuckerman) re: Bridge analysis results and follow-up w/ A. Leung and B. Hall | 0.60 |
| 01/05/11 | ANL | Prepared probability model for Bridge lender settlement. | 5.10 |
| 01/05/11 | ANL | Reviewed and analyzed intercompany analysis and recovery model report and assumptions. | 2.70 |
| 01/05/11 | ANL | Analyzed and reviewed Bridge lender model and source data. | 2.50 |
| 01/05/11 | BH | Draft memo to Zuckerman on the variables provided in the | 2.70 |

Re:               Plan of Reorganization
Client/Matter #   005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Bridge Lender Intercompany Claims model and the significance in multiple scenarios based upon the Examiners report. | |
| 01/05/11 | BH | Develop a Recovery Matrix model for Zuckerman to analyze the Bridge Lenders Intercompany Claims analysis in various scenarios. | 3.00 |
| 01/06/11 | BH | Develop Recovery Matrix Model for Zuckerman to use in Bridge Lender settlement discussions. | 2.30 |
| 01/06/11 | AH | Review Bridge lender recovery analysis and discuss w/ B. Hall and A. Leung | 0.90 |
| 01/06/11 | ANL | Reviewed and analyzed Bridge lender model. | 2.30 |
| 01/06/11 | ANL | Prepared scenario analysis for Bridge settlement. | 2.60 |
| 01/07/11 | ANL | Prepared for and participated in settlement meeting with Bridge Lenders' advisors. | 1.50 |
| 01/07/11 | ANL | Reviewed and analyzed intercompany analysis and recovery model report and assumptions. | 2.60 |
| 01/07/11 | BH | Meet with Zuckerman and Chadbourne to discuss Bridge Lender settlement issues. | 1.00 |
| 01/07/11 | BH | Participate in Bridge Lender settlement discussion meetings with Zuckerman, Chadbourne and Bridge Lenders and Counsel. | 3.00 |
| 01/07/11 | AH | Participate (telephonically) in meeting with Bridge Lenders to negotiate potential settlement | 1.50 |
| 01/10/11 | ANL | Reviewed and analyzed intercompany analysis and recovery model report and assumptions. | 1.10 |
| 01/13/11 | ANL | Reviewed and analyzed Bridge lender recovery model. | 1.50 |
| 01/14/11 | BH | Review and analyzed Debtor Recovery models provided by Tribune advisors. | 0.50 |
| 01/14/11 | MFR | Research and analysis regarding Excel models supporting Examiner's report and analyses. Communication with counsel regarding the same. | 2.80 |
| 01/21/11 | ANL | Analyzed and reviewed Bridge lender model and source data. | 2.20 |
| 01/24/11 | ANL | Reviewed and analyzed Bridge lender and UCC plan. | 1.80 |
| 01/25/11 | AH | Conference call with all plan proponents and professionals re: intercompany claims settlement | 0.50 |
| 01/25/11 | BH | Participate in conference call with Zuckerman and Chadbourne and Debtor counsel to discuss Plan amendments. | 0.50 |
| 01/27/11 | BH | Review and analyze proposed settlement agreement with | 1.40 |

Re:               Plan of Reorganization
Client/Matter #     005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Bridge Lenders. | |
| 01/27/11 | ANL | Reviewed and analyzed memo on proposed settlement with Bridge lenders. | 1.80 |
| 01/28/11 | BH | Review and analyze amended schedules provided by Debtor and report to Chadbourne on same. | 1.80 |
| 01/31/11 | BH | Review and analyze Plan Supplement Documents and provide memo to Chadbourne on same. | 3.10 |
| 01/31/11 | BH | Call with Brian Whittman (A&M) of Debtors Advisors to review the Plan Supplement preparation and analysis. | 0.70 |
| 01/31/11 | BH | Draft memo to Chadbourne on review of Debtors amended schedules. | 0.80 |
| 01/31/11 | BH | Draft memo to Chadbourne on review of Plan Supplement Documents. | 1.50 |
| 01/31/11 | ANL | Reviewed and analyzed Bridge lender settlement and model. | 2.30 |
| 01/31/11 | ANL | Reviewed and analyzed plan treatment of unclaimed checks and solicitation. | 1.20 |
| 01/31/11 | ANL | Analyzed and reviewed schedule F and G amendments. | 1.50 |
| 01/31/11 | ANL | Prepared memo to counsel on schedule amendments and issues. | 0.80 |
| | | **Total Hours** | **89.30** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.50 | 855.00 | 3,847.50 |
| Mark F Rule | 2.80 | 560.00 | 1,568.00 |
| Albert Leung | 50.90 | 560.00 | 28,504.00 |
| Brad Hall | 29.90 | 645.00 | 19,285.50 |
| Young Kim | 1.20 | 490.00 | 588.00 |
| **Total Hours & Fees** | **89.30** | | **53,793.00** |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/01/11 | CR | Reviewed PHONES claim calculation from debtors/A&M. | 0.30 |
| 01/04/11 | CR | Analyzed and reconciled debtor and Wilmington Trust PHONES claim computations with respect to outstanding shares and par amounts. | 3.30 |
| 01/04/11 | CR | Conference call with M. Rule, B. Hall, A. Leung and A. Holtz (AlixPartners) to discuss PHONES claim computations. | 0.60 |
| 01/04/11 | BH | Participate in conference call with Holtz, Leung, Rubel and Rule (AlixPartners) on the amount of PHONES claims. | 0.60 |
| 01/04/11 | BH | Review and analyze the payment method for PHONES obligations and provide an information request of Debtors advisors to determine appropriate claims amount. | 2.60 |
| 01/04/11 | MFR | Review and analysis of Wilmington Trust's motion for the estimation of the PHONES claims. | 4.10 |
| 01/04/11 | MFR | Internal communication regarding Wilmington Trust's motion for the estimation of the PHONES claims. | 1.00 |
| 01/04/11 | MFR | Reconciling analysis of Wilmington Trust's estimation of PHONES claims with Debtors analyses. Communication with counsel regarding the same. | 3.60 |
| 01/06/11 | MFR | Review and analysis of supplemental PHONES valuation material received from the Debtors. | 5.50 |
| 01/06/11 | CR | Analyzed and reconciled company support for PHONES puts/exchanges prior to chapter 11 filing and related share prices. | 1.90 |
| 01/06/11 | CR | Reviewed and reconciled company and Wilmington Trust interest computations on PHONES claims. Reconciled differences in put shares between company and Wilmington calculations. | 2.80 |
| 01/07/11 | MFR | Additional PHONES valuation analysis. Communication with counsel regarding the same. | 3.60 |
| 01/12/11 | MFR | Review and comments on Chadbourne memo on the estimation of the PHONES claims. Communication with counsel regarding the same. | 2.10 |
| 01/12/11 | AH | Review and analyzed PHONES memo and discuss w/ M. Rule | 0.70 |
| 01/12/11 | CR | Reviewed PHONES claim memorandum. | 1.30 |
| 01/13/11 | ANL | Reviewed and analyzed Wilmington Trust motion and claim information. | 1.30 |
| 01/24/11 | ANL | Reviewed and analyzed Wilmington Trust motion and claim information. | 1.50 |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 01/26/11 | ANL | Reviewed and analyzed Wilmington Trust motion and claim information. | 0.80 |
| | | **Total Hours** | 37.60 |

Re:              Claims & Recoveries
Client/Matter #  005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.70 | 855.00 | 598.50 |
| Mark F Rule | 19.90 | 560.00 | 11,144.00 |
| Albert Leung | 3.60 | 560.00 | 2,016.00 |
| Brad Hall | 3.20 | 645.00 | 2,064.00 |
| Christopher Rubel | 10.20 | 415.00 | 4,233.00 |
| **Total Hours & Fees** | **37.60** | | **20,055.50** |

Re:                      Avoidance Actions
Client/Matter #          005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/14/11 | CR | Reviewed and analyzed Examiner's report. Searched Relativity, Intralinks and debtor case site for live recovery models. | 1.40 |
| 01/14/11 | ANL | Reviewed and analyzed Debtors' recovery model and intercompany data. | 2.80 |
| 01/17/11 | ANL | Reviewed and analyzed Examiners report and exhibits on intercompany recoveries and case scenarios. | 3.10 |
| 01/17/11 | CR | Reviewed and analyzed Examiner's report and related live recovery models from debtors. | 2.80 |
| 01/17/11 | MFR | Research and analysis regarding Excel models supporting Examiner's report and analyses. Communication with counsel regarding the same. | 4.40 |
| 01/19/11 | ANL | Reviewed and analyzed Examiners report and exhibits on intercompany recoveries and case scenarios. | 1.20 |
| 01/20/11 | ANL | Reviewed and analyzed Examiner scenario documents for document request from litigation expert. | 2.20 |
| 01/21/11 | ANL | Reviewed and analyzed Debtors' analysis for recovery scenarios for plan litigation. | 1.70 |
| 01/21/11 | ANL | Reviewed and analyzed Examiner scenario documents for document request from litigation expert. | 1.30 |
| 01/21/11 | MFR | Research and analysis regarding the Examiner's report, exhibits and supporting Excel models. Communication with counsel regarding the same. | 5.50 |
| 01/21/11 | CR | Reviewed and analyzed Examiner's report exhibits from Epiq document site. Analyzed LECG disgorgement calculations. | 2.90 |
| 01/21/11 | BH | Review, analyze and provide comments on Intercompany Claims treatment in joint plan of reorganization. | 2.20 |
| 01/24/11 | ANL | Reviewed and analyzed details for Annex B of Examiners report and support from LECG. | 2.30 |
| 01/25/11 | ANL | Reviewed bondholders objections and motion to compel. | 1.50 |
| 01/27/11 | MFR | Research regarding Examiner's report. Communication with Chadbourne regarding the same. | 2.00 |
| 01/27/11 | CR | Discussed LECG models with M. Rule. | 0.20 |
| 01/28/11 | CR | Reviewed and analyzed base and stress cases of Examiner solvency models by LECG. Discussed models with M. Rule and A. Leung. | 3.40 |
| 01/28/11 | MFR | Research request from Chadbourne regarding Examiner report. Communication regarding the same. | 1.10 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/28/11 | ANL | Reviewed and analyzed examiner report exhibits and supporting documents for litigation support. | 3.10 |
| 01/31/11 | MFR | Research request from Chadbourne regarding Examiner report. Communication regarding the same. | 2.50 |
| 01/31/11 | CR | Reviewed and analyzed Lehman Brothers 4/2/2007 equity analyst report. | 0.60 |
| | | **Total Hours** | **48.20** |

Re:                    Avoidance Actions
Client/Matter #        005735.00014


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 15.50 | 560.00 | 8,680.00 |
| Albert Leung | 19.20 | 560.00 | 10,752.00 |
| Brad Hall | 2.20 | 645.00 | 1,419.00 |
| Christopher Rubel | 11.30 | 415.00 | 4,689.50 |
| **Total Hours & Fees** | **48.20** | | **25,540.50** |

Re:                     UCC Meetings
Client/Matter #         005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/04/11 | AH | Weekly update call w/ UCC professionals | 0.70 |
| 01/04/11 | RBD | Review Committee meeting minutes and Committee meeting and Phones Debt | 2.30 |
| 01/04/11 | BH | Participate in weekly UCC Professionals call hosted by Chadbourne. | 0.80 |
| 01/04/11 | MFR | Participation in UCC professionals conference call. | 0.80 |
| 01/07/11 | MFR | Participation in UCC conference call. | 1.00 |
| 01/07/11 | BH | Participate in UCC meeting and provide report on financial results. | 1.00 |
| 01/07/11 | BH | Preparation of verbal comments for presentation to UCC of weekly financial results report. | 0.80 |
| 01/07/11 | AH | Participate in weekly call w/ UCC | 0.90 |
| 01/07/11 | ANL | Prepared for and participated in UCC telephonic meeting. | 2.50 |
| 01/11/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.60 |
| 01/11/11 | MFR | Participation in UCC professional conference call. | 0.50 |
| 01/13/11 | MFR | Participation in UCC conference call. | 0.80 |
| 01/13/11 | BH | Participate in UCC meeting and present report on weekly financial results. | 0.80 |
| 01/13/11 | ANL | Prepared for and participated in UCC telephonic meeting. | 0.80 |
| 01/13/11 | AH | Weekly UCC meeting (telephonic) | 0.90 |
| 01/18/11 | AH | Participate on weekly UCC professionals' call | 0.50 |
| 01/18/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.80 |
| 01/19/11 | AH | Review weekly report to UCC, including preliminary 2010 results | 0.90 |
| 01/20/11 | ANL | Prepared for and participated in telephonic UCC meeting. | 0.80 |
| 01/20/11 | AH | Participate in weekly meeting w/ UCC (telephonic) | 0.50 |
| 01/26/11 | AH | Participate on weekly UCC professionals call | 0.50 |
| 01/26/11 | ANL | Prepared for and participated in Tribune professionals call. | 1.00 |
| 01/28/11 | BH | Participate in UCC meeting and provide report on current financial results. | 1.40 |
| 01/28/11 | MFR | Participation in UCC conference call. | 1.00 |
| | | **Total Hours** | **22.60** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 2.30 | 895.00 | 2,058.50 |
| Alan Holtz | 4.90 | 855.00 | 4,189.50 |
| Mark F Rule | 4.10 | 560.00 | 2,296.00 |
| Albert Leung | 5.10 | 560.00 | 2,856.00 |
| Brad Hall | 6.20 | 645.00 | 3,999.00 |
| **Total Hours & Fees** | **22.60** | | **15,399.00** |

Re:                    Litigation Hold
Client/Matter #        005735.00016

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 01/06/11 | AH | Correspond with general counsel and Chadbourne re: document production question | 0.20 |
| | | Total Hours | 0.20 |

Re:                         Litigation Hold
Client/Matter #             005735.00016

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.20 | 855.00 | 171.00 |
| **Total Hours & Fees** | **0.20** | | **171.00** |

Re:                          Billing and Retention
Client/Matter #           005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/06/11 | ANL | Prepared December fee application. | 1.80 |
| 01/07/11 | ANL | Prepared 8th interim fee application. | 1.50 |
| 01/10/11 | ANL | Prepared December fee application. | 1.20 |
| 01/11/11 | ANL | Prepared 8th interim fee application. | 1.80 |
| 01/11/11 | ANL | Prepared 8th interim fee application. | 2.20 |
| 01/12/11 | AH | Review 8th interim fee application | 0.30 |
| 01/13/11 | ANL | Prepared December fee application | 1.50 |
| 01/21/11 | ANL | Prepared December fee application and exhibits. | 2.50 |
| 01/21/11 | YK | Prepared December 2010 fee application. | 1.50 |
| 01/22/11 | YK | Prepared December 2010 fee application. | 1.40 |
| 01/24/11 | ANL | Prepared December fee application and exhibits. | 0.50 |
| 01/26/11 | AH | Detail review of December fee application, sign and send to counsel for filing | 1.70 |
| | | **Total Hours** | **17.90** |

Re:                   Billing and Retention
Client/Matter #       005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.00 | 855.00 | 1,710.00 |
| Albert Leung | 13.00 | 560.00 | 7,280.00 |
| Young Kim | 2.90 | 490.00 | 1,421.00 |
| **Total Hours & Fees** | **17.90** | | **10,411.00** |

Re:                       Travel Time (billed at 50%)
Client/Matter #           005735.00018

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/06/11 | BH | Travel from San Francisco to New York for meetings with Bridge Lenders in Settlement discussions. | 8.00 |
| 01/07/11 | BH | Travel from New York to Reno following Bridge Lender meetings. | 9.00 |
| | | **Total Hours** | **17.00** |

Re:                          Travel Time (billed at 50%)
Client/Matter #              005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 17.00 | 645.00 | 10,965.00 |
| **Total Hours & Fees** | **17.00** | | **10,965.00** |