# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

January 1, 2011 through and including January 31, 2011

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Cab Fare/Ground Transportation | 154.86 |
| Lodging | 312.17 |
| Meals & Tips | 176.95 |
| Parking & Tolls | 66.00 |
| Long Distance Calls | 5.00 |
| **Total Disbursements** | **714.98** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 11/11/10 | Cab Fare/Ground Transportation - - VENDOR: Car Service A. Leung - Chicago to Midway (out of town) | 75.86 |
| 12/21/10 | Long Distance Calls Alan Holtz | 5.00 |
| 12/22/10 | Meals & Tips Albert Leung - Working Lunch (in town) | 6.60 |
| 12/23/10 | Meals & Tips Albert Leung - Overtime Dinner (in town) | 12.00 |
| 12/28/10 | Cab Fare/Ground Transportation Albert Leung Overtime Cab (in town) | 11.00 |
| 12/28/10 | Meals & Tips Albert Leung - Overtime Dinner (in town) | 15.00 |
| 12/30/10 | Cab Fare/Ground Transportation Albert Leung Overtime Cab To Office (in town) | 11.00 |
| 01/02/11 | Cab Fare/Ground Transportation Albert Leung Overtime Taxi (in town) | 11.00 |
| 01/02/11 | Meals & Tips Albert Leung - Overtime Dinner (in town) | 16.00 |
| 01/04/11 | Cab Fare/Ground Transportation Young Kim Overtime taxi home (in Town) | 35.00 |
| 01/05/11 | Cab Fare/Ground Transportation Albert Leung Overtime Taxi Home | 11.00 |
| 01/05/11 | Meals & Tips Albert Leung - Overtime Dinner (in town) | 32.56 |
| 01/06/11 | Lodging Brad Hall Sheraton - New York 01/06/2011 - 01/07/2011 (out of town) | 312.17 |
| 01/06/11 | Meals & Tips Brad Hall - Dinner (out of town) | 42.24 |
| 01/07/11 | Meals & Tips Brad Hall - Breakfast (out of town) | 19.36 |
| 01/08/11 | Parking & Tolls Brad Hall (out of town) | 66.00 |
| 01/09/11 | Meals & Tips Brad Hall - Lunch (out of town) | 9.49 |
| 01/10/11 | Meals & Tips Brad Hall - Breakfast (out of town) | 23.70 |
| | **Total Disbursements** | **714.98** |