IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re:                                               :    Chapter 11 Cases
                                                     :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                             :    (Jointly Administered)
                                                     :
        Debtors.                                     :    Hearing Date: March 22, 2011 at 10:00 a.m.
                                                     :    Objection Deadline: March 15, 2011 at 4:00 p.m.
                                                     :
                                                     :
-----------------------------------------------------X    Related to Docket No. 8201
```

**JOINDER OF WILMINGTON TRUST COMPANY TO THE
MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS
MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS
CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF
SENIOR NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN
ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF
SENIOR NOTES, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS
HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT
CONVEYANCE CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE
TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT
TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT
BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS
AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING
RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH
LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO
PERMIT COMMENCEMENT OF SUCH LITIGATION**

Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors" or the "Company"), by and through its undersigned counsel, hereby respectfully submits this Joinder to the *Motion of Aurelius Capital Management, LP* ("Aurelius") *for entry of an order: (i) determining that creditors have retained their state law constructive fraudulent conveyance claims to recover stock redemption payments made to Step One Shareholders and Step Two Shareholders due to*

*the expiration of the statute of limitations under 11 U.S.C. § 546(a); (ii) determining that the automatic stay under 11 U.S.C. § 362 does not bar the commencement of litigation by or on behalf of creditors with respect to such claims or, in the alternative, granting relief from the automatic stay to permit the commencement of such litigation; and (iii) granting leave from the Mediation Order to permit the commencement of such litigation* [Docket No. 8201] (the "Motion"). Wilmington Trust hereby reserves the right to amend and supplement this Joinder.

## CONCLUSION

**WHEREFORE**, Wilmington Trust respectfully requests that this Court: (1) grant the relief requested in the Motion; and (2) grant Wilmington Trust any such further relief as is just and proper.

Dated: March 2, 2011

Respectfully submitted,

**SULLIVAN HAZELTINE ALLINSON LLC**

By: _____
William D. Sullivan, Esq. (Del. Bar No. 2820)
Elihu E. Allinson, Esq. (Del. Bar No. 3476)
John G. Pope (De. Bar No. 4448)
901 N. Market St., Suite 1300
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-4195
Email: bsullivan@sha-llc.com
Email: zallinson@sha-llc.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*