**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | Related Dkt. Nos. 7802 and 8169 |
| ) | |

**ADDENDUM TO PLAN SUPPLEMENT IN SUPPORT OF THE AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES**

This is the First Addendum to the Noteholder Plan Supplement (the "First Addendum") filed in support of the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [ECF No. 8169] (the "Noteholder Plan").[2]  The attached exhibits are intended to supplement, but not replace, exhibits attached to the Noteholder Plan Supplement, which was filed on February 4, 2011 [ECF No. 7802].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are listed on the following page.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Noteholder Plan.

Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, lnc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, lnc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WL VI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**First Addendum to Noteholder Plan Supplement**

| | |
|---|---|
| List of Initial Officers of Reorganized Tribune | Exhibit 5.3.2(1) |
| List of Initial Directors of Reorganized Tribune | Exhibit 5.3.2(2) |
| List of Directors, Managers and Officers for Debtors Other Than Reorganized Tribune | Exhibit 5.3.3 |

Dated: March 2, 2011
      Wilmington, Delaware

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| Daniel H. Golden | /s/ [signature] |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Kristina M. Wesch | Amanda M. Winfree (I.D. No. 4615) |
| Meredith A. Lahaie | Leigh-Anne M. Raport (I.D. No. 5055) |
| One Bryant Park | 500 Delaware Avenue, P.O. Box 1150 |
| New York, NY 10036 | Wilmington, DE 19899 |
| (212) 872-1000 | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, NY 10167
212-609-6800

McCARTER & ENGLISH, LLP

Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | BIFFERATO GENTILOTTI LLC |
| David S. Rosner | _/s/ Garvan F. McDaniel_ |
| Sheron Korpus | Garvan F. McDaniel (I.D. No. 4167) |
| Christine Montenegro | 800 N. King Street, Plaza Level |
| 1633 Broadway | Wilmington, Delaware 19801 |
| New York, New York 10019 | Tel:  (302) 429-1900 |
| Tel:  (212) 506-1700 | Fax:  (302) 429-8600 |
| Fax:  (212) 506-1800 | |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| BROWN RUDNICK LLP | SULLIVAN HAZELTINE ALLINSON LLC |
| Robert J. Stark | |
| Martin S. Siegel |    */s/ William D. Sullivan* |
| Gordon Z. Novod | William D. Sullivan (I.D. No. 2820) |
| Seven Times Square | Elihu E. Allinson, III (I.D. No. 3476) |
| New York, NY 10036 | 4 East 8th Street, Suite 400 |
| 212-209-4800 | Wilmington, DE 19801 |
| | 302-428-8191 |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

## **Exhibit 5.3.2(1)**

The initial officers of Reorganized Tribune shall be the persons identified in Exhibit 5.3.2(1) to the Debtor/Committee/Lender Plan.

**Exhibit 5.3.2(2)**

Pursuant to Section 5.3.2 of the Noteholder Plan, Aurelius has selected the following individuals to serve on the initial board of directors of Reorganized Tribune (the "Initial Board"):

1. **Morton Handel** has served on numerous boards of directors over the past 20 years. Most recently, Mr. Handel spent 12 years as Chairman of the Board of Directors of Marvel Entertainment, Inc. where he also served as chairman of the governance committee and chairman of the audit and compensation committees. Mr. Handel also spent four years as Lead Director of Trump International Resorts, Inc., six years as a Director of Linens and Things, Inc. and served as a Director of Tallan, Inc., CompUSA Inc., Ithaca Industries, Inc., Concurrent Computer Corp. and Coleco Industries, Inc.

    Mr. Handel has held various executive positions with several companies including: Coleco Industries, Inc.; Aurora Products Corp. (a Nabisco subsidiary); Allan Marine, Inc.; and AMI Inc. Mr. Handel received a BA from the University of Pennsylvania and an honorary doctorate in humanities from the University of Hartford.

2. **Kurt Cellar** is a consultant and board member to a number of companies, as well as a private investor. Mr. Cellar currently serves on the Board of Directors of Aventine Renewable Energy, Inc., Hawaiian Telecom Holdco, Inc., Home Buyers Warranty, Inc., Six Flags Entertainment Corp., U.S. Concrete Inc. and Vertis, Inc.

    From 1999-2008, Mr. Cellar was employed by the hedge fund Bay Harbour Management, L.C. where he served as a partner and portfolio manager from 2003-2008. Prior to joining Bay Harbour, Mr. Cellar worked at the private equity firm Remy Investors and Consultants, Inc. and served as a strategy consultant at the LEK/ALCAR Consulting Group, Inc. Mr. Cellar was awarded a B.A. in economics with the highest honors from the University of California, Los Angeles and an M.B.A. from the Wharton School, University of Pennsylvania.

**Information Regarding Appointment of Further Directors**

Section 5.3.2 of the Noteholder Plan provides, among other things, that the Initial Board be disclosed no later than five days before the commencement of the Confirmation Hearing, which, as currently scheduled, requires disclosure on March 2, 2011 (the "Disclosure Deadline"). Section 5.3.2 of the Noteholder Plan further provides that the Initial Board will be composed of seven members, one of which shall be the chief executive officer of Reorganized Tribune (to the extent the position is not vacant, and only in the event that the employment agreement with such chief executive officer so provides), four of which will be designated by the Senior Lenders and two of which will initially be designated by Aurelius.[3]

---

[3] Those members designated by Aurelius (i) must be independent of Aurelius and (ii) until the Distribution Trust is wound down or otherwise liquidated, (a) may be replaced at any time with or without cause by the Distribution Trustee, at the direction of the Distribution Trust Advisory Board, and (b) upon the expiration of their

It was the intent of the Noteholder Plan Proponents to disclose all seven members of the Initial Board in this Exhibit 5.3.2(2) to the Noteholder Plan. On February 23, 2011 – just one week prior to the Disclosure Deadline – the Noteholder Plan Proponents had not received any indication from the Senior Lenders regarding who they intended to designate as their four members of the Initial Board. Accordingly, on February 23, 2011, counsel for Aurelius Capital Management, LP (a Noteholder Plan Proponent) sent a letter (the "<u>February 23 Letter</u>") to counsel for Oaktree Capital Management, L.P. ("<u>Oaktree</u>"), JPMorgan Chase Bank, N.A. ("<u>JPMorgan</u>") and Angelo Gordon & Co., L.P. ("<u>Angelo Gordon</u>" and, together with Oaktree and JPMorgan, the "<u>Senior Lender DCL Proponents</u>") requesting that they disclose, on behalf of the Senior Lenders (presumably as directed by the Senior Lender DCL Proponents), the four designees to the Initial Board allotted to the Senior Lenders pursuant to Section 5.3.2 of the Noteholder Plan. A copy of the February 23 Letter is annexed hereto as Exhibit A. The February 23 Letter requested that the Senior Lender DCL Proponents respond no later than the close of business on February 25, 2011, with an indication of their intent to provide the names of the four designees to the Initial Board.

On February 25, 2011, counsel for the Senior Lender DCL Proponents sent a letter (the "<u>February 25 Letter</u>") in response to the February 23 Letter in which they indicated that (i) they anticipate that current directors of Tribune would continue to serve in such capacity after Confirmation and (ii) if the Senior Lenders wish to propose different board members to take the place of those members on or before the Effective Date, they would identify such individuals after Confirmation but prior to the Effective Date of the Noteholder Plan. A copy of the February 25 Letter is annexed hereto as Exhibit B.[4]

In light of the (i) Senior Lenders' failure to designate the four members of the Initial Board allotted to them under the Noteholder Plan and (ii) the ongoing vacancy of the CEO position, the Noteholder Plan Proponents are unable to disclose all seven members of the Initial Board by the Disclosure Deadline. Accordingly, Exhibit 5.3.2(2) of the Noteholder Plan discloses only the two members of the Initial Board designated by Aurelius. The Noteholder Plan Proponents intend that the remaining five seats on the Initial Board will be occupied by five of the current directors of Tribune (the "<u>Current Directors</u>"), as determined by the Debtors. To the extent the Senior Lenders choose to designate the four members of the Initial Board allotted to them under the Noteholder Plan prior to the Effective Date, the Noteholder Plan Proponents will supplement Exhibit 5.3.2(2) of the Noteholder Plan to disclose the identities and affiliations of such persons and such persons will replace four of the Current Directors of Tribune, as determined by the Debtors; *provided*, *however*, that such replacement of a Current Director shall take place only to the extent the placement of such Senior Lenders' designee on the Initial Board does not violate any applicable FCC rules and/or regulations or otherwise adversely affect the FCC's prompt processing of the applications requesting FCC consent to transfer control of the

---

terms will have their successors selected by the Distribution Trustee, at the direction of the Distribution Trust Advisory Board.

[4] The February 25 Letter also indicates that the Debtor/Committee/Lender Plan Proponents intend to use the same structure with respect to the Debtor/Committee/Lender Plan; that is, they intend to keep the current board of directors of Tribune in place after confirmation of the Debtor/Committee/Lender Plan and, in the event they wish to appoint different directors to serve on the Initial Board, they will make such disclosure prior to the effective date of the Debtor/Committee/Lender Plan.

Debtors and/or Reorganized Debtors. Furthermore, to the extent that the position of chief executive officer of Tribune is filled prior to the Effective Date and the employment agreement of such chief executive officer provides for him to serve on the board of directors of Tribune, such chief executive officer shall replace one of the five Current Directors, as determined by the Debtors.

## **Exhibit 5.3.3**

The initial boards of directors, or managers, and the initial officers of the Reorganized Debtors other than Reorganized Tribune shall be the persons identified in Exhibit 5.3.3 to the Debtor/Committee/Lender Plan.

**EXHIBIT A**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

DANIEL H. GOLDEN
212.872.8010/1.212.872.1002
dgolden@akingump.com

February 23, 2011

VIA E-MAIL

Bruce Bennett
Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, California 90071

Donald S. Bernstein
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017

Andrew Goldman
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022

Re: In re Tribune - Case No. 08-13141 (KJC)

Dear Bruce, Don and Andrew:

As you are aware, Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") represents Aurelius Capital Management, LP, a proponent of the *Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [ECF No. 7127]* (as it may be amended, modified or supplemented, the "Noteholder Plan").

Pursuant to Section 5.3.2 of the Noteholder Plan, the deadline for disclosing the initial members of the board of directors of Reorganized Tribune[1] is five days before the commencement of the Confirmation Hearing, or March 2, 2011. Further, pursuant to Section

---

[1] Each capitalized term used, but not defined, herein shall bear the meaning ascribed to such term in the Noteholder Plan.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Bruce Bennett
Donald S. Bernstein
February 23, 2011
Page 2

5.3.2 of the Noteholder Plan, the Senior Lenders are given the right to appoint four of the initial members of the board of directors of Reorganized Tribune.

   At this time, Akin Gump has not received any indication whether the Senior Lenders (presumably as directed by your respective clients) intend to so designate these four initial members of the board of directors of Reorganized Tribune. Please advise us as soon as possible, but in no event later than the close of business on Friday, February 25, 2011, whether it is the intention of your respective clients to provide Akin Gump with the names of four designees to the initial board of directors of Reorganized Tribune prior to the March 2, 2011 disclosure deadline.

Sincerely,

Daniel H. Golden

cc:   James O. Johnston
      Joshua M. Mester
      Dennis E. Glazer
      Damian S. Schaible
      Elliot Moskowitz
      David S. Rosner
      Robert J. Stark
      Martin S. Siegel
      Gordon Z. Novod
      Philip C. Dublin

**EXHIBIT B**

February 25, 2011

Re:   In re Tribune Company, et al. - Case No. 08-13141 (KJC)

Daniel H. Golden
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Dear Danny:

      As you know, Dewey & LeBoeuf LLP represents Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. and Davis Polk & Wardwell LLP represents JPMorgan Chase Bank, N.A. in the Tribune chapter 11 cases. This letter, which we write on behalf of our clients, is in response to your letter dated February 23, 2011 requesting that the Senior Lenders identify the individuals that they would appoint to serve on Tribune's board of directors after the effective date of the plan of reorganization proposed by your client Aurelius Capital Management, LP and others (such plan, the "Noteholder Plan"), if the same were confirmed by the Bankruptcy Court and became effective.

      As you will see discussed in the brief we are filing tonight in support of the *Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [ECF No. 6089]* (as the same may be amended, modified or supplemented, the "Debtor/Committee/Lender Plan"),[1] the Proponents intend to file amendments to the Debtor/Committee/Lender Plan, including an amendment to Section 5.3.2 thereof, that will clarify that Exhibit 5.3.2(2) to the DCL Plan, which will be filed no later than five days before the commencement of the Confirmation Hearing, will identify and provide information regarding the persons proposed to serve on the board of directors of Reorganized Tribune after the Confirmation Date, in compliance with section 1129(a)(5) of the Bankruptcy Code. It is our intention to have the individuals currently serving in such capacities to continue to serve in those capacities after the Confirmation Date until the Effective Date. With respect to board members proposed to serve upon and after the Effective Date, in advance of the Effective Date, we intend to file a notice identifying the individuals that will serve as the initial board on the Effective Date, which notice will also include all required information regarding. Any and all rights of a party to seek Bankruptcy Court review of such directors pursuant to section 1129(a)(5) of the Bankruptcy Code shall be preserved.

      With respect to the Noteholder Plan, to the extent it were confirmed, our intention would be to proceed in a similar fashion. We anticipate persons currently serving in such capacities would, so long as they were willing, continue to serve in those capacities after confirmation. If the Senior Lenders proposed different board members to take the place of those members on or after any such effective date, we would anticipate identifying such

---

[1] Each capitalized term used, but not defined, herein shall have the meaning ascribed to such term in the Noteholder Plan.

individuals after confirmation of the Noteholder Plan but certainly prior to any effective date thereof.

Sincerely,

Bruce Bennett

Damian S. Schaible

cc: Andrew Goldman
James O. Johnston
Joshua M. Mester
Donald S. Bernstein
Elliot Moskowitz
David S. Rosner
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Philip C. Dublin