# SIGN-IN-SHEET

CASE NAME: Tribune Company　　COURTROOM LOCATION: 5
CASE NO.　08-13141-KJC　　DATE: March 2, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath + Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| David LeMay | Chadbourne + Parke | " " |
| Robert Schwinger | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| Benjamin Kaminetzky | Davis Polk & Wardwell | JPMorgan Chase, Agent |
| Donald Bernstein | " | " " |
| Elliot Moskowitz | " | " |
| Robert Stearn | Richards Layton | " |
| Marie Collins | " | " |
| Howard Seife | Chadbourne + Parke | The Committee |
| Thomas McCormack | " " | " " |
| Thomas Horan | Womble Carlyle | Great Banc |

**SIGN-IN-SHEET**

CASE NAME: Tribune Company  
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5  
DATE: March 2, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bruce Bennett | Dewey LeBoeuf | Oaktree / Angelo Gordon |
| James Johnston | " | " |
| Robert Brady | Young Conaway | " |
| David Zensky | Akin Gump | Aurelius Capital |
| Daniel Golden | Akin Gump | " |
| Katharine Mayer | McCarter & English | DBTCA |
| Daniel Aille | " | " |
| Martin Siegel | Brown Rudnick | Wilmington Trust Co. |
| Gayle Sproul | Levine Sullivan Koch + Shulman | Chicago Tribune |
| James Carlin | Cole Schotz | Debtor |
| Norman Pernick | Cole Schotz | " |
| James Bendernagel | Sidley Austin | " |
| Kevin Lantry | " | " |
| Don Liebentritt | Tribune | " |

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

# SIGN-IN-SHEET

**COURTROOM LOCATION:** 5
**DATE:** March 2, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michelle Marino | Edwards Angell Palmer & Dodge | Barclays |
| Bell Bowe | Ashby & Geddes | Aurelius |
| Amanda Winfree | " | " |
| William Hazeltine | Sullivan Hazeltine Allinso | Wilmington Trust |
| David Klauder | US Trustee | US Trustee |
| Laurie Silver Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| David Rosner | Kasowitz Benson | " |
| Sheron Korpus | " | " |
| David Powlen | Barnes & Thornburg | Morgan Stanley |

# U.S. Bankruptcy Court-Delaware
# Court Conference
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 03/02/2011
Calendar Time: 01:30 PM ET

#5

Amended Calendar 03/02/2011 07:50 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3878843 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4068184 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4064569 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4067192 | John Berry | 212-872-8075 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4066124 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4068208 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4069488 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4065034 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Interested Party, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4065898 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4070344 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4065980 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4068150 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4046450 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4060085 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4069254 | James Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4069407 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4063323 | Amy Foran | (312) 222-5955 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

| Name | Case | Type | ID | Contact | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4069301 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051559 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069667 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | 4068329 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4065972 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4064736 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4064491 | James O. Johnston | (213) 621-6000 ext. 6018 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4043266 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4069243 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4067441 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4069358 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4053314 | Tae Kim | (212) 756-2586 ext. 00 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068160 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069238 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069397 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071894 | Mike Liedtke | (415) 495-0725 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4065973 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051673 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069335 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4069363 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4069429 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068175 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Name | Case | Type | ID | Party | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4064499 | Joshua M. Mester | (213) 621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069369 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4072633 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4064530 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069265 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4063379 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4064425 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4065984 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4065094 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corp / LIVE |
| Tribune Company | 08-13141 | Hearing | 4070267 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4068171 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069248 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069427 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4051614 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4056180 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068141 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4066148 | David Shafer | (312) 782-3939 | Jones Day | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4065048 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4065377 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4064574 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4068201 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069247 | Jeffrey Steen | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4069249 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4064580 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4072625 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069414 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4067167 | Kristina Wesch | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068756 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4066500 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |