## ATTACHMENT A

**Exhibit 5.3.2(1)**
**Initial Officers of Reorganized Tribune**

**EXHIBIT 5.3.2(1)**

**<u>Initial Officers of Reorganized Tribune</u>**[1]

Set forth below is a table that identifies the name, position and other affiliations for the individuals who will serve as the initial officers of Reorganized Tribune.[2]

Section 1129(a)(5)(B) of the Bankruptcy Code provides that the Debtors should disclose the "nature of any compensation" of any insider to be employed by Reorganized Tribune. In addition to receiving base salary, the Debtors currently expect that the officers of Reorganized Tribune may participate in certain of the compensation and benefits programs described in Sections 5.11 and 6.5 of the Debtor/Committee/Lender Plan and such other incentive compensation programs, including an annual cash bonus program, as may be established by the Reorganized Debtors.

| <u>Name</u> | <u>Position</u> | <u>Other Affiliations</u> |
|---|---|---|
| Eddy W. Hartenstein | Co-President | Mr. Hartenstein is Co-President of Tribune Company and one of the four members of the company's Executive Council, which assumed the responsibilities of the office of Chief Executive and President in late-October 2010. Mr. Hartenstein has also served as Publisher & Chief Executive Officer of the Los Angeles Times since August 2008. Mr. Hartenstein founded DirecTV and served as the chairman and CEO from the company's inception in 1990 through 2004. Mr. Hartenstein sits on the board of directors of Broadcom Corporation, City of Hope, SanDisk, and Sirius XM Radio where he serves as non-executive chairman. |
| Tony Hunter | Co-President | Mr. Hunter was appointed Co-President of Tribune Company in October 2010. Mr. Hunter also serves as President, Publisher and CEO of Chicago Tribune Company, a position he has held since September 2008. Mr. Hunter was previously a Senior Vice President/Circulation and Operations for the |

---

[1] Capitalized terms used in this Exhibit 5.3.2(1) but not otherwise defined herein shall have the meanings ascribed to them in the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. [Docket No. 7801] (as such has been or may be further amended, modified or supplemented from time to time, the "<u>Debtor/Committee/Lender Plan</u>") or related Specific Disclosure Statement for the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 7135].

[2] This Exhibit is subject to all of the provisions of the Debtor/Committee/Lender Plan including, without limitation, Section 15.8, pursuant to which the Debtor/Committee/Lender Plan Proponents have reserved the right, subject to section 1127 of the Bankruptcy Code and, to the extent applicable, sections 1122, 1123 and 1125 of the Bankruptcy Code to alter, amend, or modify the Plan or the exhibits at any time prior to or after the Confirmation Date but prior to the substantial consummation of the Plan.

| | | |
|---|---|---|
| | | Chicago Tribune beginning in 2007 and Vice President/Operations from 2003 to 2007.  Mr. Hunter joined the Chicago Tribune in 1994 as a manager/circulation planning and analysis.  Prior to joining the Chicago Tribune, Mr. Hunter worked for the Audit Bureau of Circulation from 1984 to 1994.  Mr. Hunter is a current board member of Metropolitan Family Services. |
| Nils E. Larsen | Co-President and Chief Investment Officer | Mr. Larsen is Co-President and Chief Investment Officer of Tribune Company, Chairman of Tribune Broadcasting Company and Tribune Broadcasting Holdco, LLC and a Managing Director of Equity Group Investments, LLC, ("EGI") a private investment group.  Mr. Larsen joined Tribune in December 2008 as a member of Tribune's senior leadership team.  In December 2009, Mr. Larsen became Tribune's Chief Investment Officer.  Mr. Larsen was appointed Co-President of Tribune Company and Chairman of Tribune Broadcasting Company and Tribune Broadcasting Holdco, LLC in October 2010.  Mr. Larsen was named Managing Director at EGI in 2001 and joined EGI in 1995.  Previously, Mr. Larsen worked as a financial analyst with CS First Boston in the taxable fixed-income/derivatives group.  Mr. Larsen serves as Tribune's board representative for Chicago Baseball Holdings, LLC (parent entity of the Chicago Cubs), Television Food Network, G.P. (owner of both the Food Network and The Cooking Channel) and Newsday Holdings LLC (parent entity of Newsday).  In addition, Mr. Larsen serves as one of Tribune's board representatives and its Executive Committee representative for Classified Ventures, LLC (parent entity of cars.com, apartments.com and other interactive businesses). |
| Donald J. Liebentritt | Co-President and Chief Restructuring Officer | Mr. Liebentritt joined Tribune as Executive Vice President and General Counsel in May 2008 and was promoted to the positions of Co-President and Chief Restructuring Officer in October 2010 and September 2010, respectively.  Mr. Liebentritt was a Senior Advisor with EGI until January, 2011, and was president of EGI from 2000 through 2005.  From 2005 through 2010, Mr. Liebentritt was the Chairman of the board of directors of Rewards Network, Inc., and was a director of Adams Respiratory Therapeutics, Inc. from 2005 until 2008.  Currently, Mr. Liebentritt is the President and a member of the board of managers of Chai Trust Company, LLC, an Illinois registered trust company that serves as trustee of trusts whose assets are managed by EGI, and a director of WRS Holding |

| | | |
|---|---|---|
| | | Company, an environmental remediation services and construction company. |
| Chandler Bigelow III | Executive Vice President | Mr. Bigelow has been the Chief Financial Officer for Tribune Company since March 2008. Previously, Mr. Bigelow served as the Company's Vice President, Treasurer since 2003. In addition to his roles at Tribune Company, Mr. Bigelow also serves as a director and/or officer of numerous subsidiaries of Tribune Company. Mr. Bigelow joined Tribune Company in 1998. Prior to Tribune, Mr. Bigelow was manager of investor relations for Spyglass, Inc., from 1996 to 1997. In 1994, he co-founded Brainerd Communicators, an investor relations firm, where he served as vice president through 1995. |
| Steve Gable | Executive Vice President | Mr. Gable has served as Tribune Company's Executive Vice President and Chief Technology Officer since May 2009. Mr. Gable has been with the Company since March 2008, previously as Senior Vice President/Chief Technology Officer. Prior to joining Tribune Company, Mr. Gable was employed by Clear Channel in various roles, most recently as Vice President of Technology from 2004 to 2008. |
| Don W. Meek | Executive Vice President | Mr. Meek was named the Executive Vice President/Tribune Digital in November 2010 and oversees all functions related to revenue within the division. Mr. Meek was formerly Executive Vice President & Chief Revenue Officer/Interactive and Publishing, for Tribune Company, a post he was appointed to in May, 2010. Mr. Meek joined Tribune in June 2008 as president of Integrated Media/Los Angeles, where he was charged with developing the company's cross-media sales program at KTLA-TV and the Los Angeles Times. In January, 2009 he was promoted to President of Tribune Media Net, Inc. ("Tribune365"), the Company's national print, digital and business development sales organization. Prior to joining Tribune, Mr. Meek held sales and media posts at Sony Pictures Entertainment, iFilm Corp, Engine, Fox Sports Net, Gravity Games, and Primedia. |
| Harry A. Amsden | Senior Vice President | Mr. Amsden has been with the Tribune Company organization for over 24 years and has served as Senior Vice President of Financial Operations for Tribune Company since April 2008. He also currently serves as an officer of various subsidiaries of Tribune Company. Prior to this position, Mr. Amsden was Vice President of Finance for Tribune Publishing from February 2006 to April 2008. From |

| | | |
|---|---|---|
| | | February 2005 to February 2006, he was VP/Corporate Compliance & Risk Management for Tribune Company.  From June of 2000 to February 2005, he was Assistant Controller of Tribune Company.  From April 2008 to June 2000, he was Director of Financial Reporting & Planning for Tribune Company.  Prior to these roles, he worked in various financial management positions for operating subsidiaries of the Company. He began his career at Tribune as a Senior Operational Auditor in August 1986.  Prior to joining Tribune Company in August 1986, Mr. Amsden was an Experienced Senior Auditor in the Commercial Audit division of Arthur Andersen, LLP in Chicago. |
| David P. Eldersveld | Senior Vice President, General Counsel and Secretary | Mr. Eldersveld has been with the Company since 2005 and was promoted to General Counsel in September 2010.  Mr. Eldersveld served as Senior Vice President/Deputy General Counsel and Corporate Secretary since May 2009 and previously served as Vice President/Deputy General Counsel and Corporate Secretary and as Senior Counsel/Mergers and Acquisitions. |
| Daniel G. Kazan | Senior Vice President | Mr. Kazan has served as Tribune Company's Senior Vice President, Investments (previously called Senior Vice President, Development), since May 2009, and prior to that, as the Company's Vice President, Development from July 2005 to May 2009, and various other roles, including Senior Counsel, Mergers & Acquisitions.  Prior to joining the Tribune, Mr. Kazan was Vice President, Associate General Counsel and Assistant Secretary for Metromail Corporation, a publicly-held provider of direct marketing, database marketing and reference products. |
| Naomi B. Sachs | Senior Vice President | Ms. Sachs has been Senior Vice President, Strategy for Tribune Company since May 2009.  Ms. Sachs has been with the Company since May 2005  in various roles, including Vice President, Strategy and Director of Investments.  Prior to joining the Company, Ms. Sachs was a Director in the Investment Banking Group at Merrill Lynch & Co. |
| Gary Weitman | Senior Vice President | Mr. Weitman joined Tribune Company in October, 2000 as Vice President/Corporate Communications. He was promoted to Senior Vice President/ Corporate Relations in May, 2008.  Mr. Weitman served on the Board of Directors for Chicago Public Radio (WBEZ) from 1999 to 2008, on the Board of Directors for the Chicago Chapter of the Public Relations Society of America from 2001 to 2010, and on the Board of the Juvenile Protective Agency |

| | | |
|---|---|---|
| | | from 2005 to the present. Prior to joining Tribune, Mr. Weitman was Executive Director of Corporate Communications for Allied Riser, a broadband services company from October 1999 to October 2000. Before that Mr. Weitman worked as SVP/Media Relations at Hill & Knowlton, a public relations agency from March 1997 to October 1999, at WBBM-TV as Managing Editor from November 1994 to March 1997, and WFLD – TV as an executive producer from May 1993 to November 1994. Mr. Weitman started his professional career at WBBM-TV and worked in a variety of positions in news and news management from 1984 to 1993. |
| Michael G. Bourgon | Vice President | Mr. Bourgon has served as Tribune Company's Vice President, Human Resources since February 2008. Mr. Bourgon has been with the Company for 11 years in various roles, including as Director, Human Resources, Director, Leadership Development and Director, Benefits. Prior to joining Tribune Company, Mr. Bourgon was employed by Sears, Roebuck and Co. from 1997 to 1999, and by PricewaterhouseCoopers LLP from 1987 to 1997. |
| Thomas G. Caputo | Vice President | Mr. Caputo was named vice president/auditing in February 2003. Previously, Mr. Caputo served as director/auditing since March 2000 and held a series of auditing and financial positions since joining Tribune in 1993. From 1997 to 2000, he was manager of planning and analysis for the Chicago Tribune's Circulation and Consumer Marketing department. Before that he worked in the corporate office as manager of auditing (1996-1997), supervisor of auditing (1994-1995) and senior auditor (1993-1994). Prior to Tribune, Mr. Caputo served as internal auditor at McMaster-Carr Supply Company, from 1989 to 1993, and senior auditor at Ernst & Young, from 1986 to 1989. |
| Christopher N. Hochschild | Vice President | Mr. Hochschild joined Tribune Company in 2007 as Vice President of Strategy and currently serves as Vice President of Investments. Previously, Mr. Hochschild was an associate at Equity Group Investments, LLC from 2005 to 2007, an analyst at UBS Investment Bank from 2004 to 2005 and an analyst at Bear, Stearns & Co. from 2003 to 2004. |
| Brian F. Litman | Vice President and Controller | Mr. Litman has served as Tribune Company's Vice President and Controller since 2008. Mr. Litman has been with the Company for approximately 13 years in various roles, including Assistant Controller and Director of Planning and Financial Reporting. Mr. Litman also currently serves as an officer of various subsidiaries of Tribune Company. Prior to |

| | | |
|---|---|---|
| | | joining Tribune Company, Mr. Litman was employed by Borg-Warner Automotive as Manager of Planning and Financial Reporting for approximately 2 years. Mr. Litman began his career at Deloitte & Touche LLP where he served in the audit practice for 6 years. |
| Susan Mitchell | Vice President | Ms. Mitchell has served as Vice President/Human Resources for Tribune Publishing since April 2004 and in that capacity oversees the Company's human resources for the T6 newspapers: Morning Call, Hartford Courant, Daily Press, Orlando Sentinel, Sun-Sentinel, and Baltimore Sun. In April 2003, she served as Vice President/Human Resources Operations for Tribune Security Services and Tribune Properties. Beginning in February 2002, Ms. Mitchell was Vice President/Human Resources Service Center. Ms. Mitchell served as managing director/human resources service center, where she also ran the employee and labor relations group, from October 2000 to February 2002. Prior to joining Tribune, she worked for 20 years in the staffing industry, most recently as regional vice president for ProStaff, Inc. Ms. Mitchell also served as officer/regional vice president for Kelly Services and area vice president for Adecco. |
| Jack Rodden | Vice President/Treasurer | Mr. Rodden has served as Tribune Company's Vice President/Treasurer since 2008. Mr. Rodden has been with the Company for 10 years in various roles, including Director of Treasury & Risk and Assistant Treasurer. Mr. Rodden also currently serves as an officer of various subsidiaries of Tribune Company. Prior to joining Tribune Company, Mr. Rodden was employed by Shell Oil Company from 1988 to 2000. |
| Patrick M. Shanahan | Vice President | Mr. Shanahan joined Tribune Company in August 2001 as Vice President/Tax. Mr. Shanahan also serves as an Assistant Treasurer for all the Tribune subsidiaries. Prior to joining Tribune Company, Mr. Shanahan was a partner with KPMG LLP from April 1999 to August 2001. From July 1991 to March 1999, Mr. Shanahan was employed by Waste Management, Inc. For most of his years with Waste Management, he served as director of federal taxes (a non officer position). From September 1982 to June 1991, Mr. Shanahan was employed with Arthur Andersen & Company. He was a tax manager when he left Arthur Andersen. |
| Shaun M. Sheehan | Vice President | Mr. Sheehan was named Vice President/Washington Affairs for Tribune Company in 1992. His responsibilities encompass government relations, |

| | | |
|---|---|---|
| | | media relations as it pertains to federal policy, and liaison with the broadcast and newspaper industry associations and other allied organizations. Mr. Sheehan joined Tribune Broadcasting in 1986 in a similar capacity. Prior to that, he spent eight years with the National Association of Broadcasters (NAB) as vice president and later senior vice president of the public affairs and communications department. Before joining NAB in 1978, Mr. Sheehan was vice president and group supervisor in the Washington office of Daniel J. Edelman Inc., an international public relations firm that he joined in 1974. Mr. Sheehan is a board member of the Media Institute, and served on the public relations committees of the American Advertising Federation, the American Society of Association Executives and the President's Committee on Employment of the Handicapped. |
| William C. Trimarco | Assistant Vice President | Mr. Trimarco joined Tribune Company in May 2008 as Assistant Vice President. Prior to joining the Company Mr. Trimarco worked as a business consultant for ten years and served as Senior Vice President for Equity Residential Properties from March 1996 to May 1998. Prior to that Mr. Trimarco was with Equity Group Investments, Inc. in a variety of roles for eighteen years. |
| Nick Chakiris | Assistant Controller | Mr. Chakiris joined Tribune Company in September 2008 as Assistant Controller. Prior to joining the Company, Mr. Chakiris worked at David M. Lewis Company, LLC as a consultant serving in finance and accounting management roles for various public companies, including Tribune Company and Option Care, Inc. In addition, Mr. Chakiris has held accounting management roles at various public and private companies, including Sun-Times Media Group, Inc. and Chart House Enterprises, Inc. |

7