# ATTACHMENT B

**Exhibit 5.3.2(2)**
**Initial Directors of Reorganized Tribune**

46429/0001-7415067v1

# EXHIBIT 5.3.2(2)

## Initial Board of Directors of Reorganized Tribune[1]

The Debtor/Committee/Lender Plan Proponents anticipate that the current directors of Tribune will serve on Tribune's board of directors after the Confirmation Date until the Effective Date. Set forth below is a table that identifies the identity and other affiliations of each such director. The Creditor Proponents shall file a notice specifying the identity and affiliations of any person proposed to serve on the initial board of directors of Reorganized Tribune from and after the Effective Date and to the extent such person is an insider (as defined in section 101(31) of the Bankruptcy Code) other than by virtue of being a director, the nature of any compensation for such person, as that information becomes available and in any event before the Effective Date. Any and all rights of any parties to seek Bankruptcy Court review of such directors pursuant to section 1129(a)(5) of the Bankruptcy Code shall be preserved with respect to such filing, notwithstanding that such filing may be made after the Confirmation Date.[2]

| Name | Other Affiliations |
|---|---|
| Jeffrey S. Berg | Mr. Berg is Chairman and Chief Executive Officer of International Creative Management, Inc. ("ICM"), a talent and literary agency representing clients in the fields of publishing, motion pictures, television, music and theater. Mr. Berg was named President of ICM in 1980 and became Chairman in 1985 . Mr. Berg is also a director of Oracle Corporation (NASDAQ: ORCL). He is currently on the Board of Trustees of the Anderson School of Management at the University of California at Los Angeles. |
| Brian L. Greenspun | Mr. Greenspun is Chairman and Chief Executive Officer of The Greenspun Corporation, a privately owned firm based in Henderson, Nevada, with interests in media and commercial real estate development. He also is President and Editor of the Las Vegas Sun, the oldest family-owned newspaper in Nevada. |
| Betsy D. Holden | Ms. Holden has been a senior advisor to McKinsey & Company since April 2007. Ms. Holden served as President-Global Marketing and Category Development of Kraft Foods Inc. (NYSE: KFT), a food business unit of Altria Group Inc., from January 2004 through June 2005. Further, Ms. Holden was the Co-Chief Executive Officer of Kraft Foods Inc. from March 2001 until December 2003 and President and Chief Executive Officer of Kraft Foods North America from May 2000 until |

---

[1] Capitalized terms used in this Exhibit 5.3.2(2) but not otherwise defined herein shall have the meanings ascribed to them in the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. [Docket No. 7801] (as such has been or may be further amended, modified or supplemented from time to time, the "Debtor/Committee/Lender Plan") or related Specific Disclosure Statement for the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 7135].

[2] This Exhibit 5.3.2(2) is subject to all of the provisions of the Debtor/Committee/Lender Plan including, without limitation, Section 15.8, pursuant to which the Debtor/Committee/Lender Plan Proponents have reserved the right, subject to section 1127 of the Bankruptcy Code and, to the extent applicable, sections 1122, 1123 and 1125 of the Bankruptcy Code to alter, amend, or modify the Plan or the exhibits at any time prior to or after the Confirmation Date but prior to the substantial consummation of the Plan.

| | |
|---|---|
| | December 2003. Ms. Holden began her career at General Foods in 1982. Ms. Holden is also a director of Western Union Company (NYSE: WU), MediaBank LLC, and Diageo plc. |
| William A. Osborn | Mr. Osborn was the Chairman of Northern Trust Corporation (NASDAQ: NTRS), a multibank holding company, and its principal subsidiary, The Northern Trust Company, from October 1995 until November 2009. From June 1995 through December 31, 2007, Mr. Osborn also held the position of Chief Executive Officer of Northern Trust Corporation. Mr. Osborn is also a director of Caterpillar Inc. (NYSE: CAT), Abbott Laboratories (NYSE: ABT) and General Dynamics Corporation (NYSE: GD), and was a director of Northern Trust Corporation and Nicor Inc. (NYSE: GAS) within the past five years. |
| William C. Pate | Mr. Pate is a Managing Director for Equity Group Investments, L.L.C. ("EGI"), a privately held investment company founded by Sam Zell. Mr. Pate has served in various capacities for EGI since 1994, and in his present position since 2000. He is also a director of Covanta Holding Corporation (NYSE: CVA), MiddleBrook Pharmaceuticals, Inc. (NASDAQ: MBRK) and Exterran Holdings, Inc. (NYSE: EXH). Formerly Mr. Pate was a director of Adams Respiratory Therapeutics, Inc. |
| Mark Shapiro | Mr. Shapiro was the President, Chief Executive Officer and a director of Six Flags, Inc. from December 2005 through May 2010. From September 2002 through October 2005 he served as the Executive Vice President and General Manager, Programming of ESPN, Inc. From October 2005 until December 2005, Mr. Shapiro served as Chief Executive Officer of Red Zone LLC. Since January 2010, Mr. Shapiro serves as a trustee of the board of Equity Residential (NYSE: EQR), and as a director of Live Nation Entertainment Inc. (NYSE: LYV), and Frontier Communications Corporation (NYSE: FTR). Since February 2011, Mr. Shapiro has served as a director of Papa John's International (NYSE: PZZA). |
| Maggie Wilderotter | Mrs. Wilderotter is Chairman, President and Chief Executive Officer of Frontier Communications Corporation (NYSE: FTR), the leading provider of communications services to rural America. She joined as President and Chief Executive Officer in 2004. Mrs. Wilderotter previously held positions as Senior Vice President of Worldwide Public Sector at Microsoft, President and Chief Executive Officer of Wink Communications, Inc. and Executive Vice President of National Operations for AT&T's Wireless Service, Inc. She has been a member of the Board of Directors of Procter & Gamble since 2009 and a Director of Xerox Corporation since 2006. Mrs. Wilderotter was a Director of The McClatchy Company from 2001-2007 and a Director of Yahoo! Inc. from 2007-2009. |
| Frank Wood | Mr. Wood is President and Chief Executive Officer of Secret Communications, LLC, a Cincinnati-based venture capital firm and has held this position since 1994. He is also the co-founder and principal of The Darwin Group, a venture capital firm specializing in second-stage investments, and has held this position since 1998. He is a 33-year veteran of the radio broadcast industry. He has also served as Chairman of 8e6 Technologies Corporation. Mr. Wood is also a director of Chemed Corporation (NYSE: CHE). Previously, Mr. Wood was a director at Rewards Network, Inc. (NASDAQ: DINE) until 2007. |
| Samuel Zell | Mr. Zell has served as a director of Tribune Company since May 2007, as Chairman since December 2007 and was Chief Executive Officer from December 2007 to December 2009. Mr. Zell also serves as Chairman of Equity Group Investments, L.L.C., the private investment firm he founded more than 40 years ago. Mr. Zell was a Trustee and Chairman of the Board of Trustees of Equity Office Properties Trust, an equity real estate investment trust primarily focused on office buildings, from |

|  | October 1996 until its acquisition in February 2007, its Chief Executive Officer from April 2002 to April 2003, and its President from April 2002 until November 2002. Mr. Zell has been Chairman of the Board of Covanta Holding Corporation (NYSE: CVA), a waste-to-energy and specialty insurance services company, since September 2005, served as its President, Chairman and Chief Executive Officer from July 2002 until December 2004, and was a director from 1999 until 2004. For more than the past five years, Mr. Zell has been Chairman of Equity Lifestyle Properties, Inc. (NYSE: ELS), an equity real estate investment trust primarily engaged in the ownership and operation of manufactured home resort communities; Chairman of the Board of Trustees of Equity Residential (NYSE: EQR), an equity real estate investment trust that owns and operates multi-family residential properties; and Chairman of Capital Trust, Inc. (NYSE: CT), a specialized finance company. Mr. Zell has been a director of Anixter International Inc. (NYSE: AXE) since 1984 and its Chairman since 1985. From 2002 until 2005 Mr. Zell was the Chairman of the board of Rewards Network, Inc. (NASDAQ: DINE). |
|---|---|