IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                           :    Chapter 11 Cases
                                                 :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :    (Jointly Administered)
                                                 :
    Debtors.                                     :    **Related Docket No. 8004**
---------------------------------------------------X

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 8004

The undersigned, counsel to Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, hereby certifies as follows:

1. On February 15, 2011, the Wilmington Trust filed its *Motion of Wilmington Trust Company for Authorization to Seal Portions of Objection to the Second Amended Debtor/Committee/Lender Plan* (the "Motion to Seal") (Docket No. 8004).

2. The undersigned certifies that (i) he has received no answer, objection or other responsive pleading with respect to the Motion to Seal and (ii) he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Seal appears thereon. Pursuant to the Notice of Hearing with respect to the Motion to Seal (Docket No. 8028), objections to the Motion to Seal were to be filed and served no later than February 28, 2011 at 4:00 p.m.

//

//

WHEREFORE, the Wilmington Trust respectfully requests that this Honorable Court enter the Order attached to the Motion as Exhibit A.

| | |
|---|---|
| Date:  March 3, 2011<br>Wilmington, DE | **SULLIVAN · HAZELTINE · ALLINSON LLC**<br><br>*/s/ William A. Hazeltine*<br>William A. Hazeltine (No. 3294)<br>901 North Market Street, Suite 1300<br>Wilmington, DE  19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>whazeltine@sha-llc.com<br><br>*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES* |