IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>)<br>) Related to Docket No. 8115<br>)<br>)<br>) |

## NOTICE OF EXTENSION TO STEP TWO/DISGORGEMENT SETTLEMENT ELECTION DEADLINE

### Notice of Extension to Step Two/Disgorgement Settlement Election Deadline

1. Pursuant to the Step Two/Disgorgement Settlement Procedures filed on December 10, 2010 [Docket No. 7136], the Step Two Arrangers hereby extend the Step Two/Disgorgement Settlement Election Deadline (as defined therein) to March 21, 2011.

Dated: March 3, 2011
      Wilmington, Delaware

/s/ Mark D. Collins
Mark D. Collins (DE No. 2981)
Robert J. Stearn, Jr. (DE No. 2915)
Drew G. Sloan (DE No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone (302) 651-7700
Facsimile (302) 651 7701

-and-

Donald S. Bernstein
Damian S. Schaible
Elliot Moskowitz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*

RLF1 3855985v. 1

      */s/ Laurie Selber Silverstein*
Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation*

/s/ Stephen P. Lamb
Stephen P. Lamb (DE No. 2053)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 655-4410
Facsimile: (302) 655-4420

Andrew Gordon
David W. Brown
Stephen J. Shimshak
Elizabeth R. McColm
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Citicorp North America, Inc.*

        */s/ Evelyn J. Meltzer*
David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500

-and-

O'MELVENY & MYERS LLP
Daniel L. Cantor, Esq.
Daniel S. Shamah, Esq.
Times Square Tower, Esq.
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

-and-

Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6236

*Attorneys for Bank of America, N.A.*