IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                          :     Chapter 11 Cases
                                                :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :     (Jointly Administered)
                                                :
     Debtors.                                   :     Re: D.I. 7996, 8004, 8233
---------------------------------------------------X

**ORDER APPROVING MOTION OF WILMINGTON TRUST COMPANY
FOR AUTHORIZATION TO SEAL PORTIONS OF OBJECTION TO
THE SECOND AMENDED DEBTOR/COMMITTEE/LENDER PLAN**

Upon consideration of the *Motion of Wilmington Trust Company for Authorization to Seal Portions of Objection to the Second Amended Debtor/Committee/Lender Plan* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Wilmington Trust Company is hereby granted permission to file under seal portions of the *[Redacted] Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan* [Docket No. 7996], pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: March 3, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge