# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Allen J. Guon to represent Crane Kenney in the above action.

                                      */s/ Kathleen M. Miller*
                                      Kathleen M. Miller (DE ID # 2898)
                                      Smith, Katzenstein & Jenkins LLP
                                      800 Delaware Avenue, 7th Floor
                                      Wilmington, DE 19899
                                      Telephone: (302) 652-8400
                                      Facsimile: (302) 652-8405
                                      Email:kmiller@skjlaw.com

                                      Attorneys for Crane Kenney

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                        _____
                                        Attorney: Allen J. Guon (Illinois Bar No. 6244526)
                                        Firm: Shaw Gussis Fishman Glantz
                                              Wolfson & Towbin, LLC
                                        Address 1: 321 N. Clark St.
                                        Address 2: Suite 800
                                        City, State, Zip: Chicago, IL 60654
                                        Telephone: (312) 541-0151
                                        Facsimile: (312) 980-3888
                                        E-mail: aguon@shawgussis.com

{10083-001 MSC A0284606.DOC}

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge

{10083-001 MSC A0284606.DOC}