**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08 – 13141 (KJC)<br>Jointly Administered |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm listed below should be removed from all notices given or required to be given and all papers served or required to be served in these cases:

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Telecopier:  (213) 694-1234

PLEASE TAKE FURTHER NOTICE that the firm listed below should be included in all notices given or required to be given and all papers served or required to be served in these cases:

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:  (213) 621-6000
Facsimile:  (213) 621 6100

Dated: March 3, 2011　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　　　　/s/ Robert S. Brady
　　　　　　　　　　　　　　　　　　　　Robert S. Brady (No. 2847)
　　　　　　　　　　　　　　　　　　　　M. Blake Cleary (No. 3614)
　　　　　　　　　　　　　　　　　　　　The Brandywine Building – 17th Floor
　　　　　　　　　　　　　　　　　　　　1000 West Street, Post Office Box 391
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899 0391
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　　　Telecopier: (302) 571-1253

　　　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　DEWEY & LEBOEUF LLP
　　　　　　　　　　　　　　　　　　　　Bruce Bennett
　　　　　　　　　　　　　　　　　　　　James O. Johnston
　　　　　　　　　　　　　　　　　　　　Joshua M. Mester
　　　　　　　　　　　　　　　　　　　　333 South Grand Avenue, Suite 2600
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017
　　　　　　　　　　　　　　　　　　　　Telephone:  (213) 621-6000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 621 6100

　　　　　　　　　　　　　　　　　　　　*Counsel to Credit Agreement Lenders*[1]

---

[1]　Contemporaneously herewith, Dewey LeBoeuf and Young Conaway Stargatt & Taylor, LLP have filed the Tenth Amended Joint Verified Statement of Representation of More Than One Creditor.