**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

**TENTH AMENDED JOINT VERIFIED STATEMENT OF
REPRESENTATION OF MORE THAN ONE CREDITOR BY DEWEY &
LEBOEUF LLP AND YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**

James O. Johnston, on behalf of Dewey & LeBoeuf LLP ("DL"),[1] and Robert S. Brady,

on behalf of Young, Conaway, Stargatt & Taylor, LLP ("YCST"), as legal counsel for more than

one creditor in these jointly-administered chapter 11 cases, hereby file their Tenth Amended

Joint Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure,

and state:

1.　　On December 8, 2008, Tribune Company ("Tribune") and certain of its

subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of

the Bankruptcy Code.

2.　　On November 20, 2009, HBD and YCST filed their *Joint Verified Statement of

Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young,

Conaway, Stargatt & Taylor, LLP* [Docket No. 2600].  On December 14, 2009, HBD and YCST

filed their *First Amended Joint Verified Statement of Representation of More Than One Creditor

by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket

No. 2852].  On February 11, 2010, HBD and YCST filed their *Second Amended Joint Verified*

---

[1]　　As of February 5, 2011, the group of attorneys at Hennigan, Bennett & Dorman LLP ("HBD") representing the
Lenders (as defined herein) joined DL.

*Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3370].  On April 2, 2010, HBD and YCST filed their *Third Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3927].  On April 12, 2010, HBD and YCST filed their *Fourth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3998].  On May 10, 2010, HBD and YCST filed their *Fifth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 4268].  On May 13, 2010, HBD and YCST filed their *Sixth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 4374].  On September 21, 2010, HBD and YCST filed their *Seventh Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 5739].  On October 1, 2010, HBD and YCST filed their *Eighth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 5868].  On October 15, 2010, HBD and YCST filed their *Ninth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 5984].

3.      DL and YCST represent a number of individual creditors in connection with holdings of indebtedness governed by the Credit Agreement, dated as of May 17, 2007 (as amended, the "Credit Agreement"), by and among Tribune, each lender from time to time party

thereto, and certain financial institutions as administrative agent, syndication agent, co-documentation agents, and joint lead arrangers and joint bookrunners.

4.      The names and addresses of the creditors currently represented by DL and YCST (collectively, the "Lenders") are identified on Exhibit A, attached hereto.  The aggregate principal amount of claims held by the Lenders against the Debtors currently totals approximately $4.3 billion.

5.      DL and YCST do not represent the Lenders as a committee and do not undertake to represent the interests of any creditor, party in interest, or other entity that has not signed a retention agreement with HBD and YCST.

6.      HBD's representation of the Lenders commenced as of October 13, 2009.  HBD subsequently contacted YCST and requested that it serve as Delaware counsel with respect to the matter.  YCST's representation of the Lenders commenced as of November 9, 2009.  DL's representation of the Lenders commenced as of February 5, 2011.

7.      In addition to the foregoing, DL represents the following creditors and other parties with respect to matters involving Tribune in these cases, including (a) Daniel G. Kazan; (b) Buena Vista Television, LLC; and (c) BP P.L.C.

8.      Neither DL nor YCST hold any prepetition claim or interest against the Debtors.

YCST01:10802611.1                                                            068968.1001

I, Robert S. Brady, on behalf of YCST, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated:  March 3, 2011                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Lenders*

I, James O. Johnston, on behalf of DL, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated:  March 3, 2011                    DEWEY & LEBOEUF LLP

Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:  (213) 621-6000
Facsimile:  (213) 621 6100

*Counsel to the Lenders*

I, Robert S. Brady, on behalf of YCST, certify under penalty of perjury that the foregoing

statement is true and correct and to the best of my knowledge and belief.

Dated: March __, 2011                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

 

 

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Lenders*

I, James O. Johnston, on behalf of DL, certify under penalty of perjury that the foregoing

statement is true and correct and to the best of my knowledge and belief.

Dated: March **3**, 2011                   DEWEY & LEBOEUF LLP

Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:  (213) 621-6000
Facsimile:  (213) 621 6100

*Counsel to the Lenders*

# EXHIBIT A

| Lender | Address |
|---|---|
| AG Diversified Credit Strategies Master, L.P.<br>AG Global Debt Strategy Partners, L.P.<br>James River Insurance Company<br>Northwoods Capital IV, Limited<br>Northwoods Capital V, Limited<br>Northwoods Capital VI, Limited<br>Northwoods Capital VII, Limited<br>Northwoods Capital VIII, Limited<br>Silver Oak Capital, LLC<br>Summer Hill Fixed Income AG, LLC | 245 Park Avenue<br>New York, NY 10167 |
| Anchorage Advisors, L.L.C. | 610 Broadway, 6th Floor<br>New York, NY 10012 |
| Avenue Capital Management II, L.P., and its affiliates as general partner or investment manager of certain funds and accounts | 535 Madison Avenue, 14th Floor<br>New York, NY 10022 |
| Canyon Capital Advisors, LLC | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Contrarian Funds LLC | 411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 |
| CVI GVF (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC<br>12700 Whitewater Dr.<br>Minnetonka, MN 55343-9439 |
| Franklin Floating Rate Master Series<br>Franklin Floating Rate Daily Access Fund<br>Franklin Templeton Series II Funds – Franklin Floating Rate II Fund<br>Blue Shield of California<br>FT Opportunistic Distressed Funds Ltd.<br>Franklin Strategic Series – Franklin Strategic Income Fund<br>Templeton Global Investment Trust – Templeton Income Fund<br>Franklin Strategic Income Fund (Canada)<br>Franklin Templeton Variable Insurance Products Trust – Franklin Strategic Income Securities Fund<br>Franklin Total Return Fund | One Franklin Parkway<br>San Mateo, CA  94403 |

| Lender | Address |
|---|---|
| GoldenTree Asset Management, LP<br>GoldenTree Credit Opportunities Financing I, Limited<br>GoldenTree 2004 Trust<br>GoldenTree Leverage Loan Master Fund, Ltd.<br>GoldenTree Credit Opportunities Second Financing, Limited<br>GoldenTree MultiStrategy Subsidiary, LLC<br>GoldenTree MultiStrategy Financing, Limited<br>GN3 SIP Limited | 300 Park Avenue, 21st Floor<br>New York, NY 10022 |
| Knighthead Master Fund, L.P.<br>LMA SPC for and on behalf of MAP84 Segregated Portfolio | 623 Fifth Avenue, 29th Floor<br>New York, NY 10022 |
| Luxor Capital Group, LP | 767 5th Ave. 19th Floor<br>New York, NY 10153 |
| Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts | 333 S. Grand Avenue, 28th Floor<br>Los Angeles, CA 90071 |
| Thracia LLC | 1350 Avenue of the Americas 21st Floor<br>New York, NY  10019 |
| Värde Investment Partners, L.P. | 8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN 55437 |
| Viking Global Equities LP<br>Viking Global Equities II LP<br>VGE III Portfolio Ltd. | 280 Park Avenue, 33rd Floor<br>New York, NY 10017 |

YCST01:10802611.1   068968.1001