# EXHIBIT A

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

February 01, 2011                                           Invoice #    26444    DAS
In Reference To:      00499.008 - General

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2011 RP | Review trademark issue and draft correspondence to D. Bralow regarding same. | | 0.30<br>445.00/hr | 133.50 |
| 1/14/2011 RP | Review trademark issue. | | 0.40<br>445.00/hr | 178.00 |
| | For professional services rendered | | 0.70 | $311.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.008
February 01, 2011

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert Penchina | 0.70 | 445.00 | $311.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

February 01, 2011             Invoice #   26420   NES
In Reference To:   00499.071 - Henke

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2011 | NES | Review complaint and potential legal issue. | 0.90<br>445.00/hr | 400.50 |
| 1/14/2011 | NES | Revise stipulation with Henke (.3); telephone conference with client (.3); telephone conference with client regarding strategy and budget for preliminary motion (.2); exchange email with client regarding budget estimate and related issues for potential motion to dismiss (.3). | 1.10<br>445.00/hr | 489.50 |
| 1/18/2011 | NES | Review story and discuss potential defenses with client. | 0.80<br>445.00/hr | 356.00 |
|  |  | For professional services rendered | 2.80 | $1,246.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.071
February 01, 2011

| Name | Timekeeper Summary | Hours | Rate | Amount |
|------|---|-------|--------|----------|
| Nathan E. Siegel | | 2.80 | 445.00 | $1,246.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

February 01, 2011                                                                 Invoice #   26450   NES
In Reference To:      00499.074 - Baltimore Sun/Bates

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/5/2011 NES | Telephone conference with state court regarding removal of case from trial docket (.6); exchange email with client to determine status (.2). | 0.80<br>445.00/hr | 356.00 |
| 1/31/2011 NES | Exchange email with client and Bates' attorney regarding correction. | 0.20<br>445.00/hr | 89.00 |
| | For professional services rendered | 1.00 | $445.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.074
February 01, 2011

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nathan E. Siegel | 1.00 | 445.00 | $445.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

February 01, 2011                                     Invoice #    26422    NES
In Reference To:    00499.078 - Worsham v. Homestead Publishing Company

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2011 | NES | Review court decision, draft email summarizing decision and telephone conference with client regarding strategy going forward. | 1.20<br>445.00/hr | 534.00 |
|  | ALS | Review court's decision on motions to dismiss and for summary judgment. | 0.20<br>375.00/hr | 75.00 |
| 1/5/2011 | NES | Determine requirements for answer and revise answer. | 0.60<br>445.00/hr | 267.00 |
|  | ALS | Draft answer (2.4); telephone conference with clerk's office (.1). | 2.50<br>375.00/hr | 937.50 |
| 1/7/2011 | ALS | Finalize answer and related papers. | 0.90<br>375.00/hr | 337.50 |
| 1/14/2011 | NES | Conduct telephone scheduling conference with court clerk and exchange email with clients regarding schedule. | 0.30<br>445.00/hr | 133.50 |
|  |  | For professional services rendered | 5.70 | $2,284.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.078
February 01, 2011

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nathan E. Siegel | 2.10 | 445.00 | $934.50 |
| Alia Lyerly Smith | 3.60 | 375.00 | $1,350.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

February 01, 2011            Invoice #   26410   SDB

In Reference To:    00499.080 Tribune Company - Fee Application-Bankruptcy Retention Issues

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2011 | JWB | Revise statements for privileged matter. | 0.40<br>445.00/hr | 178.00 |
| 1/5/2011 | SDJ | Revise fourth monthly fee application for November fees. | 0.70<br>290.00/hr | 203.00 |
| 1/6/2011 | JPB | Review fee application for November 1, 2010 through November 30, 2010 for completeness and accuracy. | 0.50<br>195.00/hr | 97.50 |
| 1/7/2011 | SDB | Review and revise fourth monthly fee application (.4); exchange email with A. Dalton regarding Excel files for August invoices and expenses (.4). | 0.80<br>445.00/hr | 356.00 |
|  | SDJ | Revise and file fourth monthly fee application for November fees and expenses. | 3.00<br>290.00/hr | 870.00 |
|  | JWB | Revise bill to comply with bankruptcy court filing requirements. | 0.30<br>445.00/hr | 133.50 |
| 1/11/2011 | SDJ | Draft and revise second quarterly fee application. | 2.40<br>290.00/hr | 696.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.080
February 01, 2011

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/11/2011 | JWB | Revise December bill for privileged information for submission to bankruptcy court. | 0.30<br>445.00/hr | 133.50 |
|  | JPB | Review second quarterly fee application for completeness and accuracy. | 0.80<br>195.00/hr | 156.00 |
|  | SDB | Exchange email with A. Dalton regarding LEDES files and expense backup for November invoices (.4); review and revise second quarterly fee application (.4). | 0.80<br>445.00/hr | 356.00 |
| 1/12/2011 | SDJ | Review and revise second quarterly fee application and file same. | 1.80<br>290.00/hr | 522.00 |
| 1/24/2011 | SDJ | Review invoices for privileged information in preparation for fee application filing. | 1.20<br>290.00/hr | 348.00 |
| 1/25/2011 | JWB | Review statement in The Jeffersonian matter to remove privileged material and conform to bankruptcy court filing requirements. | 0.20<br>445.00/hr | 89.00 |
| 1/27/2011 | SDJ | Draft fifth monthly fee application for compensation. | 2.00<br>290.00/hr | 580.00 |
| 1/28/2011 | SDB | Review and revise December invoices for submission to court and bankruptcy examiner. | 0.30<br>445.00/hr | 133.50 |
|  | SDJ | Prepare and revise fifth monthly fee application for filing with bankruptcy court. | 1.00<br>290.00/hr | 290.00 |
| 1/31/2011 | JPB | Review fifth monthly fee application for completeness and accuracy. | 0.30<br>195.00/hr | 58.50 |
|  | SDJ | Finalize fifth monthly fee application submission and file same. | 0.80<br>290.00/hr | 232.00 |

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.080
February 01, 2011

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 17.60 | $5,432.50 |

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.080
February 01, 2011

| Name | Timekeeper Summary Hours | Rate | Amount |
|---|---|---|---|
| Jay Ward Brown | 1.20 | 445.00 | $534.00 |
| Seth D. Berlin | 1.90 | 445.00 | $845.50 |
| Shaina D. Jones | 12.90 | 290.00 | $3,741.00 |
| Jennifer Pinkerton-Burke | 1.60 | 195.00 | $312.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

## LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Tribune Company
10th Floor/WPIX
220 E. 42nd Street
New York, NY 10017

February 01, 2011            Invoice #   26567   JWB
In Reference To:    00499.081 Tribune - The Jeffersonian

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2011 | JWB | Communications with D. Bralow regarding February hearing and strategy for same (.2); convert draft of Affidavit into draft of Stipulation (.7); exchange email with counsel for Exceptor regarding same, next steps (.1). | 1.00<br>445.00/hr | 445.00 |
| 1/4/2011 | JWB | Confer with S. Jones regarding strategy for legal memorandum and verification of facts in draft Stipulation. | 0.30<br>445.00/hr | 133.50 |
| 1/6/2011 | JWB | Revise and finalize draft of Stipulation and covering correspondence (.4); communications via email with D. Bralow regarding same (.1). | 0.50<br>445.00/hr | 222.50 |
| 1/11/2011 | SDJ | Continue drafting research memorandum regarding status as general circulation newspaper (1.0); conduct additional legal research regarding same (1.0). | 2.00<br>290.00/hr | 580.00 |
|  | JWB | Communications (via email) with clients regarding draft Stipulation and revise same (.2); draft correspondence to counsel for other parties regarding same (.1). | 0.30<br>445.00/hr | 133.50 |
| 1/12/2011 | SDJ | Revise research memorandum regarding status as general circulation newspaper. | 2.00<br>290.00/hr | 580.00 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.081
February 01, 2011

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2011 | SDJ | Continue revisions to legal memorandum regarding status as general circulation newspaper. | 1.00<br>290.00/hr | 290.00 |
|  | JWB | Telephone conference with clients regarding revisions to Stipulation (.2); finalize Stipulation and covering correspondence and transmit to opposing counsel (.4); receive and review response from J. Aronson and communications (via email) with clients regarding questions raised in same (.3); complete review of draft legal memorandum and confer with S. Jones regarding revisions to same (.7). | 1.60<br>445.00/hr | 712.00 |
| 1/17/2011 | SDJ | Finalize legal memorandum regarding status as general circulation newspaper. | 2.70<br>290.00/hr | 783.00 |
| 1/18/2011 | JWB | Revise draft of legal memorandum and forward to D. Bralow for comments (1.6); exchange communications (via email) with counsel for Trustees regarding exhibits to Stipulation, revisions to Stipulation (.2); revise Stipulation per comments of parties (.2). | 2.00<br>445.00/hr | 890.00 |
| 1/20/2011 | JWB | Multiple email exchange with D. Bralow and T. Carroll regarding draft of legal memorandum (.3); exchange email with D. Hannah regarding production of original issues of newspaper (.2). | 0.50<br>445.00/hr | 222.50 |
| 1/21/2011 | JWB | Communications with T. Carroll regarding legal memorandum (.1); finalize memorandum (.3). | 0.40<br>445.00/hr | 178.00 |
| 1/24/2011 | JWB | Exchange email with counsel for Trustees and D. Bralow regarding status, next steps (.2); revise, finalize and circulate Stipulation of Facts to counsel for other parties (.6); communications regarding copies of The Jeffersonian to use as court exhibits (.1). | 0.90<br>445.00/hr | 400.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.081
February 01, 2011

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/28/2011 | SDJ | Review and prepare copies of newspapers for submission to counsel (.5); email counsel regarding stipulation and newspapers (.6). | 1.10<br>290.00/hr | 319.00 |
|  |  | For professional services rendered | 16.30 | $5,889.50 |

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

File No. 00499.081
February 01, 2011

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jay Ward Brown | 7.50 | 445.00 | $3,337.50 |
| Shaina D. Jones | 8.80 | 290.00 | $2,552.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605