IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141-KJC |
| | ) | |
| | ) | |
| TRIBUNE COMPANY, | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | March 2, 2011 |
| | ) | 1:32 p.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:                  Sidley Austin, LLP
                                  BY: JAMES CONLAN, ESQ.
                                  BY: JAMES BENDERNAGEL, ESQ.
                                  BY: KEVIN LANTRY, ESQ.
                                  BY: JAMES DUCAYET, ESQ.
                                  BY: COLLEEN KENNEY, ESQ.
                                  BY: BRYAN KRAKAUER, ESQ.
                                  BY: JILLIAN LUDWIG, ESQ.
                                  BY: DAVID MILES, ESQ.
                                  BY: CANDICE KLINE, ESQ.
                                  BY: KEN KANSA, ESQ.
                                  BY: KERRIANN MILLS, ESQ.
                                  BY: BRETT MYRICK, ESQ.
                                  BY: ALLISON STROMBERG, ESQ.
                                  BY: JEFFREY STEEN, ESQ.
                                  One South Dearborn
                                  Chicago, IL 60603
                                  (312) 853-7000

(Appearances continued.)

ECRO:                             Michael Miller

Transcription Service:            DIAZ DATA SERVICES
                                  331 Schuylkill Street
                                  Harrisburg, Pennsylvania 17110
                                  (717) 233-6664

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Debtors:               Cole, Schotz, Meisel, Forman
                               & Leonard, P.A.
                               BY: NORMAN PERNICK, ESQ.
                               500 Delaware Ave., Ste. 1410
                               Wilmington, DE 19801
                               (302) 652-3131
                                    -AND-
                               Tribune Company
                               BY: AMY FORAN
                               BY: MICHAEL O'NEAL
                               BY: DAVE ELDERSVELD
                               BY: DON LIEBENTRITT
                               BY: GARY WEITMAN
                               (312) 853-7163

For EGI-TRB, LLC:              Jenner & Block
                               BY: ANDREW VAIL, ESQ.
                               353 North Clark Street
                               Chicago, IL 60654
                               (312) 222-9350

For JP Morgan:                 Davis Polk & Wardwell
                               BY: DENNIS E. GLAZER, ESQ.
                               BY: ELLIOT MOSKOWITZ, ESQ.
                               BY: DONALD BERNSTEIN, ESQ.
                               BY: BENJAMIN KAMINETZKY, ESQ.
                               450 Lexington Avenue
                               New York, NY 10017
                               (212) 450-4000
                                    -AND-
                               Richards, Layton & Finger
                               BY: MARK COLLINS, ESQ.
                               BY: ROBERT STEARN, JR., ESQ.
                               One Rodney Square
                               920 North King Street
                               Wilmington, DE 19801
                               (302) 651-7700
                                    -AND-
                               JP Morgan Chase Bank, N.A.
                               BY: KEVIN C. KELLEY
                               BY: SHACHAR MINKOVE
                               277 Park Avenue, 8th Floor
                               New York, NY 10172
                               (212) 648-0427

For Great Bank:                Womble, Carlyle
                               BY: TOM HORAN, ESQ.
                               222 Delaware Avenue
                               Wilmington, DE 19801
                               (302) 252-4320

APPEARANCES:
(Continued)

For Wilmington Trust Co.:       Brown Rudnick
                                BY: MARTIN SIEGEL, ESQ.
                                BY: ANDREW DASH, ESQ.
                                Seven Times Square
                                New York, NY 10036
                                (212) 209-4800
                                     -AND-
                                Sullivan Hazeltine & Allinson
                                BY: WILLIAM HAZELTINE, ESQ.
                                4 East 8th Street, Suite 400
                                Wilmington, DE 19801
                                (302) 428-8191

For Aurelius Capital:           Akin Gump Strauss Hauer & Feld
                                BY: DAVID ZENSKY, ESQ.
                                BY: DANIEL GOLDEN, ESQ.
                                BY: JOHN BERRY, ESQ.
                                BY: KRISTINA WESCH, ESQ.
                                BY: ABID QURESHI, ESQ.
                                One Bryant Park
                                New York, NY 10036
                                (212) 872-1000
                                     -AND-
                                Ashby & Geddes
                                BY: BILL BOWDEN, ESQ.
                                500 Delaware Ave.
                                P.O. Box 1150
                                Wilmington, DE 19899
                                (302) 654-1888
                                     -AND-
                                Friedman Kaplan Seiler &
                                Adelman
                                BY: GREGORY FOX, ESQ.
                                1633 Broadway
                                New York, NY 10019
                                (212) 833-1177
                                     -AND-
                                Aurelius Capital Management
                                BY: MATTHEW ZLOTO
                                535 Madison Ave., 22nd Floor
                                New York, NY 10022
                                (646) 445-6518

For Deutsche Bank:              McCarter & English
                                BY: DAVID J. ADLER, ESQ.
                                BY: KATHARINE MAYER, ESQ.
                                245 Park Avenue, 27th Floor
                                New York, NY 10167
                                (212) 609-6800

APPEARANCES:
(Continued)

For Citi Entities:                      Paul, Weiss, Rifkind, Wharton
                                        & Garrison, LLP
                                        BY: KIRA DAVIS, ESQ.
                                        BY: ANDREW GORDON, ESQ.
                                        BY: ANDREW LEVY, ESQ.
                                        BY: SHANNON PENNOCK, ESQ.
                                        BY: STUART C. MCPHAIL, ESQ.
                                        1285 Avenue of the Americas
                                        New York, NY 10019
                                        (212)373-3000

For Official Committee
of Unsecured Creditors:                 Chadbourne & Parke, LLP
                                        BY: DAVID LEMAY, ESQ.
                                        BY: ROBERT SCHWINGER, ESQ.
                                        BY: HOWARD SEIFE, ESQ.
                                        BY: THOMAS MCCORMACK, ESQ.
                                        BY: MARC ASHLEY, ESQ.
                                        BY: DOUG DEUTSCH, ESQ.
                                        BY: DAVID LEMAY, ESQ.
                                        BY: MARC ROITMAN, ESQ.
                                        30 Rockefeller Plaza
                                        New York, NY 10112
                                        (212) 408-5100
                                            -AND-
                                        Landis, Rath & Cobb
                                        BY: ADAM G. LANDIS, ESQ.
                                        BY: DANIEl B. RATH, ESQ.
                                        919 Market Street, Suite 1800
                                        Wilmington, DE 19801
                                        (302) 467-4400
                                            -AND-
                                        Zuckerman Spaeder
                                        BY: GRAEM BUSH, ESQ.
                                        BY: ANDREW GOLDFARB, ESQ.
                                        BY: JAMES SOTTILE, ESQ.
                                        1800 M Street, NW
                                        Suite 1000
                                        Washington, DC 20036
                                        (202) 778-1800

For U.S. Trustee:                       Office of the U.S. Trustee
                                        BY:  DAVID KLAUDER, ESQ.
                                        J. Caleb Boggs Federal Bldg.
                                        844 King Street, Suite 2207
                                        Wilmington, DE 19801
                                        (302) 573-6491

APPEARANCES:
(Continued)

For Morgan Stanley:              Barnes & Thornberg
                                 BY: DAVID POWLEN, ESQ.
                                 Suite 1200
                                 1000 North West Street
                                 Wilmington, DE 19801
                                 (302) 888-4536
                                         -AND-
                                 Weil, Gotshal & Manges, LLP
                                 BY: ASHISH GANDHI, ESQ.
                                 BY: DAVID LITVACK, ESQ.
                                 BY: ANDREA SAAVEDRA, ESQ.
                                 767 Fifth Avenue
                                 New York, NY 10153
                                 (212) 310-8948


For Barclays Bank:               Mayer Brown, LLP
                                 BY: MICHAEL L. SIMES, ESQ.
                                 BY: AMIT TREHAM, ESQ.
                                 BY: JEAN-MARIE ATAMIAN, ESQ.
                                 1675 Broadway
                                 New York, NY 10019
                                 (212) 506-2500
                                         -AND-
                                 Edwards Angell Palmer & Dodge
                                 BY: MICHELLE MARINO, ESQ.
                                 919 North Market Strett
                                 15th Floor
                                 Wilmington, DE 19801
                                 (302) 777-7770


For Law Debenture:               Bifferato Gentilotti
                                 BY: GARVAN MCDANIEL, ESQ.
                                 800 North King Street
                                 Plaza Level
                                 Wilmington, DE 19801
                                 (302) 429-1900
                                         -AND-
                                 Kasowitz, Benson, Torres &
                                 Friedman
                                 BY: DAVID ROSNER, ESQ.
                                 BY: SHERON KORPUS, ESQ.
                                 BY: MATT STEIN, ESQ.
                                 1633 Broadway
                                 New York, NY 10019
                                 (212) 506-1726

APPEARANCES:
(Continued)

For Merrill Lynch:                Kaye Scholer, LLP
                                  BY: MADLYN GLEICH PRIMOFF, ESQ
                                  425 Park Avenue
                                  New York, NY 10022
                                  (212) 836-8000
                                        -AND-
                                  Potter, Anderson & Corroon
                                  BY: LAURIE S. SILVERSTEIN, ESQ
                                  Hercules Plaza
                                  1313 North Market Street
                                  6th Floor
                                  Wilmington, DE 19801
                                  (302) 984-6000

For Oaktree/Angelo Gordon:        Young, Conaway, Stargatt &
                                  Taylor
                                  BY: ROBERT BRADY, ESQ.
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, DE 19801
                                  (302) 571-6600
                                        -AND-
                                  Dewey LeBouef
                                  BY: BRUCE BENNETT, ESQ.
                                  BY: JAMES JOHNSTON, ESQ.
                                  BY: JOSHUA MESTER, ESQ.
                                  333 South Grand Avenue
                                  Suite 2600
                                  Los Angeles, CA 90071
                                  (213) 621-6000

For Bank of America:              O'Melveny & Myers
                                  BY: DANIEL CANTOR, ESQ.
                                  BY: DANIEL SHAMAH, ESQ.
                                  Times Square Tower
                                  7 Times Square
                                  New York, NY 10036
                                  (212) 326-2000
                                        -AND-
                                  Bank of America
                                  BY: ESTHER CHUNG
                                  (646) 855-6705

For Kramer, Levin:                Kramer, Levin, Naftalis &
                                  Frankel
                                  BY: DAVID BLABEY, JR., ESQ.
                                  1177 Avenue of the Americas
                                  New York, NY 10036
                                  (212) 715-9308

APPEARANCES:
(Continued)

For U.S. Trustee:                    Office of the U.S. Trustee
                                     BY: DAVID KLAUDER, ESQ.
                                     J. Caleb Boggs Federal Bldg.
                                     844 King Street, Suite 2207
                                     Wilmington, DE 19801
                                     (302) 573-6491

For Chicago Tribune:                 Levine, Sullivan Koch & Schulz
                                     BY: GAYLE SPROUL, ESQ.
                                     2112 Walnut Street, 3rd Floor
                                     Philadelphia, PA 19103
                                     (215) 988-9778

For Wells Fargo:                     White & Case, LLP
                                     BY: SCOTT GREISSMAN, ESQ.
                                     1155 Avenue of the Americas
                                     New York, NY 10036
                                     (212) 819-8567

For Chandler Bigelow:                Sperling & Slater
                                     BY: CLAIRE MURPHY, ESQ.
                                     55 West Monroe Street
                                     Suite 3200
                                     Chicago, Illinois 60603
                                     (312) 641-3200

For Special Committee of the
Board of Directors:                  Jones Day
                                     BY: DAVID SHAFER, ESQ.
                                     77 West Wacker
                                     Chicago, Illinois 60601
                                     (312) 782-3939

For Goldman Sachs & Co.:             Goldman Sachs & Co.
                                     BY: SCOTTY BYNUM
                                     200 West Street
                                     New York, NY 10282
                                     (212) 902-8060

For Robert McCormick
Foundation:                          Katten Muchin Rosenman, LLP
                                     BY: JOHN SIEGER, ESQ.
                                     525 West Monroe Street
                                     Chicago, Illinois 60661
                                     (312) 902-5294

APPEARANCES:
(Continued)

For Schulte Roth & Zabel:        Schulte Roth & Zabel
                                 BY: TAE KIM, ESQ.
                                 919 Third Avenue
                                 New York, NY 10022
                                 (212) 756-2586

For Great Bank Trust Co.:        Morgan Lewis & Bockius, LLP
                                 BY: RACHEL MAUCERI, ESQ.
                                 1701 Market Street
                                 Philadelphia, PA 19103
                                 (215) 963-5000

For Davidson & Kempner:          DK Partners
                                 BY: EPHRAIM DIAMOND
                                 65 East 55th Street
                                 19th Floor
                                 New York, NY 10022
                                 (646) 282-5841

For George Dougherty:            Grippo & Elden, LLC
                                 BY: GEORGE DOUGHERTY, ESQ.
                                 111 South Wacker Drive
                                 Chicago, Illinois 60606
                                 (312) 704-7700

For U.S. Department of
Labor:                           U.S. Department of Labor
                                 BY: LEONARD GERSON
                                 (202) 693-5615

For Associated Press:            Associated Press
                                 BY: MIKE LIEDTKE
                                 (415) 495-0725

For Alvarez & Marsal, Inc.:      Alvarez & Marsal, Inc.
                                 BY: BRIAN WHITTMAN
                                 (312) 601-4227

For Brigade Capital Mgmt:        Brigade Capital Management
                                 BY: NEIL S. LOSQUADRO
                                 (212) 745-9758

For Anna Kalenchits:             Anna Kalenchits
                                 (212) 723-1808

For EOS Partners:                Eos Partners
                                 BY: MIKE SCOTT
                                 (212) 593-4046

1  WILMINGTON, DELAWARE, WEDNESDAY, MARCH 2, 2011, 1:32 P.M

2              THE CLERK:  All rise.  Be seated, please.

3              THE COURT:  Afternoon, everyone.

4              MR. PERNICK:  Afternoon, Your Honor.

5              Good afternoon, Your Honor.  Norman Pernick from

6  Cole Schotz on behalf of the debtor, Tribune.

7              Your Honor, I'll just go over the agenda very

8  quickly if the Court please.

9              Number one was the Motion of Steven Gellman to

10  Allow Proof of Claim.  That's actually been continued to the

11  March 22nd hearing.  And the rest of the matters are in

12  three categories.  There are some discovery motions.  I

13  don't -- I understand from talking to the parties that those

14  -- they don't anticipate them taking long.  There's the

15  pretrial memorandum, and then the motions in limine.  I'm

16  not sure if the Court has a preference in what order we go,

17  but those are the three basic categories.

18              THE COURT:  I would say let's do the discovery

19  issues, the motions in limine and then the pretrial.

20              MR. PERNICK:  Okay.  Thank you, Your Honor.

21              So I think that will start us with Number two,

22  then.  I think Mr. Moskowitz is going to handle that.

23              THE COURT:  All right.

24              MR. MOSKOWITZ:  Good afternoon, Your Honor.  For

25  the record, Elliott Moskowitz of the law firm of Davis, Polk

1  and Wardwell representing JP Morgan.

2          Your Honor, I -- I rise to provide an update with

3  respect to the continuing saga over the privilege log.  At

4  11:02 p.m. last night we finally, after two weeks of

5  waiting, received the wanted privilege log.  Some of the

6  entries on the log are acceptable.  I think even many of the

7  entries on the log are acceptable.  Some of them are lacking

8  in detail and I've been conferring with counsel.  I've at

9  least begun to confer with counsel over those entries.

10          The question is where we go from here, Your

11  Honor, with respect to this particular issue.  And the

12  reason why I say that is because I was hioping that as a

13  result of the continued review of these documents on the

14  part of my adversaries that additional -- material

15  additional numbers of documents would be produced.  But it

16  is the case that as I stand here today the numbers are still

17  what they are.  They're not materially changed from what

18  they were previously.

19          And just to recount the three headlines numbers,

20  a total of only 165 emails have been produced from the

21  entire Aurelius set of custodians, and for the two key

22  witnesses who I think are going to be appearing at the

23  trial, Mark Brodsky and Dan Groper.  For Mark Brodsky we

24  have only fourteen emails that he has authored; for Dan

25  Groper only eleven emails that -- that he has authored.  And

1   that, to us, is at least -- to my mind is a facially

2   unreasonable number, and by contrast, Your Honor, 5,700

3   responsive emails -- they have said that they are responsive

4   -- are still being withheld on the basis of privilege.

5           And so the question is, where do we go from here

6   on this issue.  I have a modest proposal to advance and --

7   and hopefully we can then just put this whole issue to bed

8   so we can focus on more important things leading into the

9   confirmation hearing.

10          If it's not overly burdensome for the Court, I

11  would --

12          THE COURT:  What, if it's just burdensome enough?

13          (Laughter)

14          MR. MOSKOWITZ:  I believe this will have minimal

15  burden.  Perhaps, the Court can take a small, small subset

16  of the documents that are on the log -- and we can talk

17  about what the selection mechanics are.  But I would be

18  happy if the Court takes, you know, one through twenty-five

19  or one through twenty, if that's not -- if that's too many.

20  If the Court can just take those documents in camera, take a

21  look at them, and then we can see if the privilege

22  assertions that are being advanced are well taken or not,

23  and then we can decide where we go from there.

24          If the Court deems that the privilege assertions

25  on those documents for the most part are appropriate, then I

1  have to say we're only a few days from the trial.  We're

2  done.  But if the Court believes, as we suspect, that there

3  could be issues with respect to those privilege assertions,

4  then it may make sense to discuss the matter further with

5  the Court because we just cannot understand the plausee of

6  the documents that have been produced.

7           And my final point, Your Honor, is, yes.  This

8  would be treating Aurelius differently than other parties

9  have been treated when it comes to how we are -- when it

10 comes to testing the privilege of documents.  Other parties

11 have produced a document by document privilege log,

12 including JP Morgan, and we have not then gone ahead and had

13 the Court review them in camera.

14          And I would suggest, Your Honor, that it's

15 appropriate in this case simply because the number of

16 documents that have been produced for key witnesses who have

17 testified that they sent tons of emails is shockingly low.

18          THE COURT:  Let me hear from Aurelius.

19          MR. ZENSKY:  Good afternoon, Your Honor.  For the

20 record, David Zensky, of Akin Gump Strauss Hauer and Feld

21 for Aurelius Capital Management.

22          To start, Your Honor, I -- I resent the comment

23 of Mr. Moskowitz -- my friend, Mr. Moskowitz -- the

24 continuing saga of the privilege log, Your Honor.  We had a

25 dispute about whether a log was appropriate.  You ordered us

1  to do it and we did it within the fifteen days allotted

2  under the case management order, so I'm not sure what the

3  continuing saga here is.

4          When we needed to compel materials and had

5  debates and meet and confers, everyone else stood on their

6  rights to, if they needed the time --

7          THE COURT:  Okay.  Let's --

8          MR. ZENSKY:  -- take the time.

9          THE COURT:  -- let's --

10         MR. ZENSKY:  So --

11         THE COURT:  What would you like --

12         MR. ZENSKY:  -- I'm not sure what the saga is.

13         THE COURT:  What would you like to do?

14         MR. ZENSKY:  Your Honor, the -- as Mr. Moskowitz

15  said, he believes some -- most of the descriptions are

16  accurate.  I don't see any basis for short-circuiting the

17  process here.  He has said to me this -- early today that

18  there are certain descriptions he believes should be

19  amplified.  We're happy to have that discussion and, if we

20  can, amplify them further.  We have gone over all the

21  documents very carefully and that's, in part, why it took

22  the fifteen days to get it to them.  We spent hours with our

23  client verifying the basis of the privilege.

24          And I think the next step is if they believe that

25  the description does not make out a privilege document,

1  either that requires a motion to force us to produce it as

2  we had to do and successfully did with respect to many, many

3  documents that were withheld by the special committee, for

4  example, and by the debtors, or in the alternative at that

5  point, if there's an actual dispute, it would be appropriate

6  for a selected in camera review.

7          But, again, I don't see any basis for us to undue

8  the process that everyone has followed.  If the descriptions

9  make out the -- the privilege, as we're honored to

10  accurately describe the documents, that should be the end of

11  the issue.

12          THE COURT:  Mr. Moskowitz, would you join your

13  worthy adversary, Mr. Zensky, at the podium, please.

14          MR. MOSKOWITZ:  Yes, Your Honor.

15          THE COURT:  Okay.

16          MR. ZENSKY:  Can I put my arm around him?

17          (Laughter)

18          MR. MOSKOWITZ:  We are friends, Your Honor.

19          THE COURT:  Sure.  There's not been enough of

20  that in this case, Mr. Zensky.

21          How long will it take counsel to get to the point

22  at which Mr. Moskowitz is going to say, okay, time for in

23  camera review or none needed?  You said you were still

24  talking about some of the descriptions.

25          MR. MOSKOWITZ:  I see.  With respect to this --

1  to the -- fair enough.  Let me -- let me say this.  I don't

2  think it will take us long to discuss the privileged entries

3  that are unclear.  What I would say, though, Your Honor, is

4  even if we got those more clear, the -- if it -- the numbers

5  we now know are not going to change.  And if we had a -- if

6  we had a trial that was off some weeks for now and these

7  witnesses were not going to testify until that time, I would

8  say we have plenty of time to go through this -- this

9  process and we could make a motion to the Court as we would

10 in the ordinary course.

11        THE COURT:  Not interested in further motion

12 practices.

13        MR. MOSKOWITZ:  Under -- that is -- this is what

14 I suspected, Your Honor.  So my -- my question is whether we

15 could impose fifteen or twenty minutes of burden on the

16 Court to review a small selection of these documents in

17 camera.

18        THE COURT:  Well, Mr. Zensky, that's what I

19 intend to do.  So except for seeing the log and selected

20 documents, do you need time to prepare any furtehr

21 explanantion with respect to those for my in camera review

22 or not?

23        MR. ZENSKY:  Well, Your Honor, how are we going

24 to decide which ones to submit?  I don't know if the ones

25 that the Court wants to review are ones that Mr. Moskowitz

1  has a question about the description or not.

2           THE COURT:  Well, normally, that's -- I would --

3  I would allow counsel to make that choice because there's

4  the ones who would -- would suspect better what might be

5  worthy of review and what not.  If you can reach agreement,

6  fine.  If not, let me know.  But let's do that before you

7  leave here today.

8           MR. ZENSKY:  Okay, Your Honor.

9           MR. MOSKOWITZ:  Thank you, Your Honor.

10          MR. ZENSKY:  We'll do that.

11          THE COURT:  All right.

12          MR. MOSKOWITZ:  Very well.

13          THE COURT:  Thank you.

14          MR. ZENSKY:  I guess Number three is next, Your

15  Honor.  I was going to speak to that, if I may.

16          THE COURT:  Go ahead.

17          MR. ZENSKY:  That's the issues with CitiGroup and

18  if, Your Honor, we would ask that this be carried to the

19  next hearing, which I guess would be the first day of the

20  trial.  A deposition of a CitiGroup witness was taken on

21  Sunday and it turned out, during the course of the

22  testimony, the witness identified various documents that we

23  thought finger critical regarding internal solvency analyses

24  that had not yet been produced and we felt should have.

25  Counsel for CitiGroup has agreed to make those documents

1    available and if they are forthcoming there should be no

2    further dispute unless the documents implicate other

3    witnesses whose identity we were unaware of or determined

4    not to depose until seeing these documents.  So as of now

5    there's no issue for the Court.  We just ask that that be

6    carried.

7              THE COURT:  All right.  Now that's with respect

8    both to CItiBank and CitiGroup Global Markets?

9              MR. ZENSKY:  I'm speaking to CitiGroup.  I -- Mr.

10   Siegel has a report on Citibank.

11             THE COURT:  Okay.

12             MR. SIEGEL:  Martin Siegel from Brown Rudnick for

13   Wilmington Trust Company.

14             Your Honor, status of Citibank I think is the

15   same -- is the same.  Last night we received the documents

16   from the Citibank witness.  We are in the process of

17   reviewing them.  We don't -- you know, without having done

18   that we -- we're hopeful that all of our issues will be

19   resolved, but, obviously, since we just got them last night

20   we need to at least examine the documents and we have a

21   deposition of that witness scheduled for Friday.  So

22   hopefully by the start of the hearing we will have resolved

23   the issue.  But given the timing we just want to carry the

24   motion.

25             THE COURT:  Okay.

1    MR. SIEGEL:  Thank you.

2    THE COURT:  All right.  Let me ask this with

3  respect to the motions in limine.  Is there anything at this

4  point that the movants would like to highlight for me that

5  hasn't been articulated or argued in the papers?

6    MR. ZENSKY:  Yes, Your Honor.

7    Thank you, Your Honor.  Again, for the record,

8  David Zensky of Akin Gump Strauss Hauer and Feld for

9  Aurelius and the noteholder plan proponent group.

10    I -- I understand Your Honor has read the papers.

11  I'll be very brief and try to stick to matters that may not

12  have been set forth in their entirety or in the papers.

13    First, Your Honor, I would refer back to

14  Paragraph 17 of the case management order, which, as I

15  recall, was a request of the debtors that the parties be

16  required to discuss a reasonable number of expert witnesses

17  per plan proponent group.  And, frankly, we don't think nine

18  expert witnesses is a reasoanble number as a general matter

19  and certainly under the current schedule, Your Honor, where

20  we're being forced to do ten fact depositions past the

21  deadline and expert depositions as well past the expert

22  deadline.  So that's one additional point I would bring out.

23    Second, with respect to the first motion we filed

24  to have the debtors pick between Kurtz, Chachas and Mandava,

25  there were some developments based on Mr. Kurtz's

1   deposition.  As you know from the papers, Your Honor, the

2   debtors declined to give us a clear delineation as to the

3   Lazard report as to what Mr. Kurtz would say and what Mr.

4   Mandava would be saying other than Kurtz is the big picture

5   guy and Mandava is the details guy.

6           THE COURT:  That's pretty much what they said.

7           MR. ZENSKY:  Yeah.

8           (Laughter)

9           MR. ZENSKY:  Well, when we took Mr. Kurtz's

10  deposition on Monday he said he's not prepared, essentially,

11  to offer any opinion as to the company's value or the

12  methodologies that were utilized, and it's clear what, if

13  any, opinions he -- he is going to offer.  So that piece, I

14  think, has dropped out because what he's going to say is

15  either inconsequential or non-existent.

16          You know, we do take offense at having to prepare

17  for the deposition expecting that he was going to stand

18  behind the report he signed and then find out five minutes

19  into the deposition that he has no opinion on the company's

20  value.

21          So Kurtz's -- whatever they're going to do with

22  Kurtz we don't have an objection unless he tries to go

23  beyond what he said in his deposition.

24          We still believe that Chachas and Mandava are

25  entirely duplicative, Your Honor.  We understand you have

1  wide discretion in this area to prevent the testimony that

2  would be needlessly cumulative or that would not assist the

3  Court.   Mr. Chachas, as you know, just attaches the Lazard

4  report and says, hey, those guys are pretty smart.  They

5  know what they're doing.  They got it right.  Now, they're

6  his former colleagues, so not -- not too surprising.  But we

7  don't see how the two of them both testifying adds anything

8  to -- to the picture here.

9            We did say in our papers that there appeared to

10  be one opinion that Mr. Chachas was going to offer that Mr.

11  Mandava was not and that had to do with the supplemental

12  valuation that they apparently did in January.  Well, we

13  learned at the Kurtz deposition that Mr. Mandava is the one

14  that performed that supplemental valuation and will be

15  prepared to speak to it.

16            So Chachas and Mandava are a hundred percent

17  duplicative.  To the extent Chachas, as they argue, has

18  industry experience, maybe that would make him a better

19  witness, but it doesn't make them non-duplicative and we ask

20  that the debtors be required to put one or the other up, but

21  not both.

22            With respect to the motion on Black, Your Honor,

23  I think the arguments are pretty well set forth in our

24  papers.  You know, to -- to the extent Professor Black is

25  qualified to do solvency analyses, we have no objection.

1   Obviously, we've offered an expert on that matter as well.

2   To the extent he is qualified to perform modeling or

3   decision tree analysis, which he has attempted to do in his

4   papers, we have no objection to that.

5          Where we part companies, Your Honor, is where he

6   is proposing to testify as to pure opinions of law, how to

7   apply the code to the facts of this case, and the ultimate

8   issue of whether in his personal view of the facts and law

9   the settlement is reasonable.

10         And we cited the Berkley case, Your Honor, the

11  Cantor case and the Bridgeport.  I think -- I don't know if

12  you have a copy of Bridgeport because it was a memoranda

13  decision, but it was a fraudulent transfer case and Judge

14  Wahls barred portions of an expert's testimony.  He said the

15  solvency analysis is fine.  That's -- that's an issue of

16  fact.  That's what experts do, but the ultimate conclusion

17  of whether it is or is not reasonably equivalent value is --

18  is not the problem of an expert.  That's my job to decide.

19  And that's just one example.

20         The Black report has dozens and dozens of legal

21  issues, legal arguments.  In his rebuttal report he purports

22  to take on the argument we made in our confirmation

23  objection about the issue of whether the Step One lenders

24  should participate in the distributions that would otherwise

25  flow to Step Two if Step Two is avoided.  He makes legal

1    arguments and cites cases and says that remedy is not

2    available under the law or under the code.  Again, Your

3    Honor, we think that's your job and not the job of an

4    expert.

5            I don't think the cases that they cited come

6    close to being responsive to that.  The Wearferin (phonetic)

7    case only says that the expert could testify about the range

8    of potential damages that were available in that class

9    action.  That's a quintessential role of an expert and

10   that's not what Professor Black is purporting to do in part

11   here.

12           And then the last motion, Your Honor, was the one

13   that we filed.  I think it was a day or two behind the

14   other.  It was based on the rebuttals that came in and we

15   had the same issues there with respect to the Golden report.

16   We have two experts that signed the same report.  In

17   opposition, the committee has given at least some

18   clarification in advance of the deposition as to the

19   delineation and we would defer on that issue until those

20   depositions are taken.  As between Black and -- excuse me --

21   Prager and Golden.

22           But we have the same issue as to whether, in

23   rebuttal, Golden and Prager should be permitted to give the

24   identical opinion that Professor Black wants to give as to

25   the alleged flaws in the noteholders decision tree expert

1   report.   And if you look at our papers, Your Honor, at Page

2   3 and 4, our supplemental motion, we list the eight issues

3   that both of them are proposing to testify to, eight

4   identical issues.

5          The last issue, Your Honor, I think has to do

6   with improper rebuttal, expert testimony that's being

7   offered.   It was mentioned in a footnote in our Black

8   motion, Your Honor, and it surfaces as part of our

9   discussion today on the joint pretrial memo.   We did not put

10  in any affirmative expert opinion testimony on whether the

11  noteholder plan and the structure of the noteholder plan

12  with equity being held in reserve will or won't impact the

13  company's value post-confirmation if our plan is confirmed.

14         And nevertheless Professor Black purports to put

15  in or has attempted to put in a rebuttal opinion, but it's

16  not rebutting anything.   We didn't put in an expert report

17  and we had an expert and identified one on the disclosures

18  under the CMO, and if they were going to put in an expert

19  report on that it should have been in their opening and then

20  we could have rebutted it.   We didn't put anything in, so

21  there's nothing to rebut.

22         The same issue appears with respect to Mr.

23  Mandava in the joint pretrial order.   In the description of

24  his proposed testimony it says that he's going to testify as

25  to the impact or damage to the company associated with our

1  plan structure and not only is it not rebutting anything,

2  but he's never even served a report on that issue.

3          So that last piece is not in the motion papers

4  and we only saw it for the first time when the witness list

5  and joint pretrial order were exchanged, but it's the same

6  issue as with respect to Professor Black.

7          THE COURT:  Thank you.

8          MR. BENDERNAGEL:  Your Honor, Jim Bendernagel for

9  both the debtors and the proponents of the debtor/lender

10  committee plan.

11          Let me start by addressing what was addressed

12  last.  I do not believe Mr. Mandava is going to be

13  addressing the impact of the value question that was

14  identified by Mr. Zensky.  I'm not sure exactly what he's

15  talking about in that regard.  We did not address it in our

16  papers because, quite frankly, these -- I didn't even notice

17  the footnote, but I do not believe -- and if I'm wrong about

18  this I'll come back to you -- but I don't believe that Mr.

19  Mandava is intending to address that.  I may be just

20  misreading what it is that they're saying.

21          But I'll take a look at that at the break and if

22  I have anything further to say I'll say on it -- at -- when

23  we talk about the pretrial.  But that's not my understanding

24  of what Mr. Mandava's testifying about.

25          THE COURT:  Let -- let me ask you this.  Is it

1   the intention of both sets of plan proponents to offer into

2   evidence the written reports?

3            MR. BENDERNAGEL:  Well, that's a good question,

4   Your Honor.  You recall Mr. Greschi (phonetic) asked you a

5   couple of weeks ago -- I think it was him -- whether you

6   wanted to read the written reports ahead of time and you

7   said, I would rather listen to the witnesses and, you know,

8   then I'll make a determination as to what we want to do in

9   that regard.

10           We would certainly be prepared to allow you to

11  read the written reports if you want to and I think that

12  would probably be helpful and I think it would speed the

13  process along to some degree.  But, you know, it's not

14  customary in all cases for the witness to put forward their

15  expert report in that regard.  You know, generally the

16  expert is put on orally and he expresses his oral views and

17  the report is viewed as hearsay.  The purpose of the report

18  is to inform the other side of what the opinions are and

19  what the support for the opinions are so that they can

20  conduct an effective deposition.

21           Now --

22           THE COURT:  Well, I -- I ask the question for a

23  couple of different reasons.  But let me be clear on what I

24  said before in response to the earlier question; that is, I

25  don't read the head -- I don't read them ahead of time, but

1  I often find them useful to have afterwards for points of

2  reference compared to the testimony and -- and particularly

3  cross.

4          But given -- given the issues the parties have

5  now joined with respect to the motions in limine, frankly,

6  my inclination is to deny them, but require that the parties

7  confer and come to some agreement with respect to both sets

8  of experts on a limitation on direct examination for each of

9  the experts, but with a submission of the written reports,

10  again, assuming there's no objection to that, or if there is

11  that I overrule it --

12          (Laughter)

13          THE COURT:  -- understanding that there, in large

14  measure, hearsay -- I understand that.   I think I would

15  like to -- I think I would like to move in that direction.

16  Let's put it that way.

17          MR. BENDERNAGEL:  Well, I think that's a good

18  idea, Your Honor, in a couple of respects.  One is I think

19  you, you know, look at -- the reality is that the more

20  complete the expert report is the more likely it is there

21  will be something that's objectionable because in the report

22  the person is going to try to put forth everything that they

23  think is pertinent to their expert opinions.

24          You take Black, for example, his reports are long

25  and they do get into the details of a lot of the claims.

1  And in that connection he addresses questions of mixed law

2  and fact, but he has to given what he's doing.  He's not

3  writing a legal opinion

4          THE COURT:  Well, look, on that issue, I've --

5  I've had this objection raised before in similar motions and

6  -- and it's not that anybody's saying I can't, but I'll just

7  confirm that I undrestand the difference between an expert's

8  opinion on non-legal matters and a legal conclusion.

9          MR. BENDERNAGEL:  Uh-huh.

10         THE COURT:  And I -- I'm pretty well able during

11  testimony and afterwards to filter them out.  You know, I

12  agree with Mr. Zensky.  It's my job to decide what the law

13  is, at least until someone tells me differently.

14         MR. BENDERNAGEL:  And no one was suggesting on

15  our side to the --

16         THE COURT:  I --

17         MR. BENDERNAGEL:  -- contrary, Your Honor.

18         THE COURT:  I didn't think you were.  So, you

19  know, that we can deal with during examination.  I know what

20  will be useful to me and what won't be.

21         MR. BENDERNAGEL:  Well, let me address for a

22  minute a couple of other things that were said and it sounds

23  like I'm winning, so maybe I should just shut up and sit

24  down.

25          (Laughter)

1          MR. BENDERNAGEL:   The -- two additional points:

2          One is with respect to this whole question of Mr.

3   Black's rebuttal report and the question of the noteholder

4   plan, we actually do think that's rebuttal.  Mr. Barren

5   takes the position that the DCL plan, our plan, isn't

6   reasonable and the question is, compared to what.  And

7   that's what Mr. Black is responding to.  He's basically

8   saying that this is a reasonable plan compared to the

9   noteholder plan and that's basically the rebuttal point.

10          Now they don't want discussion on that issue so

11  they didn't put a witness on, even though they had signaled

12  that they were going to put a witness on.  I submit that's

13  gamesmanship.  That's not the appropriate thing to do here.

14  You ought to hear the evidence on this issue.  If there's a

15  serious problem, then you ought to deal with it.  But you

16  shouldn't allow them to sort of have this shell game where

17  they put out Professor Rock and then they pull him back and

18  say, ha ha, nothing to rebut.  That's just not appropriate.

19          The second point is in talking about Mr. Black

20  and his opinion testimony, they keep walking by an agreement

21  that's essential in this case and that's the agreement that

22  the parties have reached with respect to the examiner

23  report.

24          There's an order that you signed on February 4th

25  that essentially entered a stipulation that the parties

1  agree that the examiner report, in its totality, could come

2  in and that his opinions, both on law and fact, could come

3  in as expert opinions under 74.  Part of that deal, though,

4  was, one, it's not binding on you, which is obvious.  But,

5  secondly, that no other party would essentially be precluded

6  from taking issue with the examiner report and most

7  importantly submitting expert testimony.

8           The very opinions that they say Black shouldn't

9  be making, to the extent he is even making those opinions as

10 part of his analysis, are similar to opinions that the

11 examiner states.  And to the extent that the examiner can

12 state those and that they can come into the record which we

13 fully agree with, then we ought to be able to put in

14 testimony where, if there's a disagreement between the

15 experts, that that issues comes up.  And that's essnetially

16 what the parties, essentially, agreed to in the stipulation

17 and that's where it ought to come out.  That's our position.

18          One last word on Mr. Chachas.  I think they have

19 it all wrong in terms of duplicate testimony.  The fact that

20 they're talking about the same valuation study doesn't mean

21 that there testimony is duplicative.  What's important is

22 what is there expertise.

23          Mr. Mandava is an expert in valuation.  He does

24 valuations and restructuring, and he's done a valuation

25 here.  He is the principle author of that.  Mr. Kurtz had

1  some input, but it was limited.  It wasn't as limited as Mr.

2  Zensky described it, but it was limited.

3         Mr. Chachas, on the other hand, is an expert in

4  the media and broadcast industry, and that's become really

5  important in this case because of what happened on February

6  21st.  Low and behold Aurelius put in a valuation study,

7  didn't put it in as part of their direct case, but they put

8  it in as a rebuttal case and they essentially asserted that

9  the value of this company is $1.6 billion higher than what's

10  in the Lazard study, and that analysis is based on a

11  valuation done by Raymond James.  Mr. Singh, with is the

12  author or the sponsor of that study, has no expertise in the

13  media and broadcast business.  What he's opining is to what

14  the comparable companies are and the like.

15         Mr. Chachas, on the other hand, has that.  He's

16  worked closely with Lazard, both when he was at Lazard in

17  putting together the original framework for this analysis --

18  this valuation analysis, and he also was brought back by the

19  company because the volatility of the industry and the fact

20  that the value had been going up to take a look and see is

21  there a justification.  We've put in the supplemental

22  material that both he and Mr. Mandava put prepare in that

23  connection and he is opinion based on his expertise, which

24  is different than Mr. Mandava as to the significance of

25  these changes and what they mean.

1          I would submit that that's very important

2    testimony in this case simply because, Your Honor, you're

3    going to have to make a decision as to who's right on

4    valuation.  And the idea that an industry expert isn't

5    helpful in that regard just doesn't strike me as right.

6          I don't have anything further.

7          Thank you.

8          THE COURT:  All right.

9          MR. ZENSKY:  Your Honor, can I respond briefly?

10          THE COURT:  Very briefly.

11          MR. ZENSKY:  Your Honor, as far as -- that's

12    actually the longest presentation I've ever heard someone

13    given after the Court saying that they had won the --

14          THE COURT:  There's some risk in that.  I know.

15          (Laughter)

16          MR. ZENSKY:  Yeah.  I -- I was taught, Your

17    Honor, to pack up my briefcase and leave when the judge said

18    that I had won, on the rare occasions that it may happen.

19          (Laughter)

20          MR. ZENSKY:  Your Honor, as far as the reference

21    to the examiner protocol, we negotiated that for weeks and

22    no one ever said that the price of admission for you being

23    allowed to look at the examiner report was that we could put

24    law professors on the stand to testify and be cross-examined

25    about the law in the Third Circuit.  That's not what the

1    stipulation was designed to accomplish.

2              As far as the rebut -- the issue of the improper

3    rebuttal testimony, Your Honor, and I'm not sure if that was

4    encompassed by your prior ruling, he is not rebutting

5    anything in any of our reports.  The Barren report, as Mr.

6    Bendernagel said, does not offer any opinion on anything

7    about our plan at all.

8              And there is no gamesmanship, as Mr. Bendernagel

9    referred to it, as putting out there a potential expert and

10   then waiting to determine whether you need it or not.  The

11   committee did.  The committee listed the Golden and Prager -

12   - the Golden people on their initial identification and they

13   chose not to put in an opening report.  They waited to see

14   what reports were exchanged and then they first put in a

15   report on rebuttal.  Is that gamesmanship?  No.

16             So we waited to see what reports were offered in

17   the opening round on this issue.  No one opined on it and we

18   did not put in a rebuttal report.  It's completely unfair

19   for Professor Black to now offer an opinion on rebuttal that

20   our plan somehow will damage the going concern value of the

21   company if the equity is in reserve, which is a point we --

22   we definitely disagree with on rebuttal and not have a

23   chance to respond.

24             So I think that that part of our motion, Your

25   Honor, is -- I would like to press and it's not right and

1    it's not fair.

2            THE COURT:  Would you like a chance to respond?

3            MR. ZENSKY:  Well, I would -- either that or he

4    should not be permitted to provide an improper rebuttal --

5            THE COURT:  I'm not going to exclude his

6    testimony.  Would you --

7            MR. ZENSKY:  Then we would like a chance to

8    respond.

9            THE COURT:  All right.  Then what I'll do at some

10   point is we'll take a break and I do want counsel to -- at

11   least begin to confer today on how they could limit direct

12   examinations, understanding that, ultimately, the reports

13   would come in.  You know, I don't -- I don't know what to

14   suggest.  I don't -- you know, maybe an hour's enough on

15   direct.  Maybe somebody it's not enough for.  But I would

16   like you to talk about it.

17           MR. ZENSKY:  Okay.  Thank you, Your Honor.

18           THE COURT:  I don't want to -- I don't want to

19   glide over the seal motions and the objections to the seal

20   motions except to say this.

21           In light of my ruling on the motions in limine, I

22   largely think the seal motions are, if not moot, don't need

23   to be ruled on as far as I'm concerned.  But the objection

24   is still live with respect to those matters which are

25   scheduled for hearing on Monday, but not today, and I want

1   to just acknowledge that for the objector on that point.

2              But beyond that I wanted to say something and I'm

3   -- I'm probably repeating it.  At the time that I entered

4   the -- one of the prior orders, but the hearing -- the

5   confirmation hearing in this case is going to be open.  I'm

6   not going to close it for any portion for any reason.  What

7   -- what the parties will need to do, and I'm sure they've

8   begun this already, is to consult with each other to

9   determine how witness examination can be productive and

10  meaningful, but without reviewing information truly that

11  ought to be protected.

12             Now I understand that the empitus for the seal

13  motions are the prior orders that the Court has entered

14  allowing parties to exchange documents in confidence at

15  various levels of confidentiality.  Most of those, as the

16  parties I'm sure recognize, are going to fall away and they

17  won't be -- you -- their use will be open in the courtroom.

18             Now there is other information, I'm sure, which

19  should be kept confidential, but we're going to have to be

20  selective about that and there are ways for witnesses to

21  talk about documents, projections for example, that may need

22  to remain confidential, but without having to pop the

23  exhibit up on a -- on a courtroom screen.

24             And that's just about what I have to say on the -

25  - on the seal motions and the confidentiality aspect.  But

1  I'll hear from anyone on those issues who wishes to be

2  heard.

3           MS. SPROUL:  May I, Your Honor?

4           THE COURT:  Certainly.

5           MS. SPROUL:  Thank you, Your Honor.  I'm Gayle

6  Sproul on behalf of the *Chicago Tribune*.

7           In this case I actually was here a few months

8  back when the examiner's report was at issue before you.

9  And as I'm sure you will recall, the examiner felt forced to

10 file his motion initially -- his report initially under seal

11 with all of the exhibits under seal, but wanted to unseal

12 them -- wanted the Court to unseal them so that the public

13 could see both the report and all of the exhibits which he

14 felt contained an overabundance of documents that had been

15 marked confidential without any basis.

16          And as I know Your Honor is aware -- I mean,

17 there were some documents that he felt should remain

18 confidential and -- and he designated those.  Now he's no

19 longer in the picture and it appears to us, and we're -- you

20 know, we're not able to tell what's in those documents,

21 obviously, because they are marked confidential.  But it

22 appears that, again, there has been an overabundance of

23 designation of confidentiality.

24          And the law is quite the opposite of the way this

25 -- these doucments have been treated thus far.  The law

1    requires, the Constitution requires, the Section 107(a)

2    requires that the presumption actually be that documents be

3    filed publicly and that in order to maintain a seal -- and

4    in this case there are motions to seal, but then the

5    documents are actually filed under seal before Your Honor

6    rules.  Effectively, those --

7              THE COURT:  Because I need to see them before I

8    rule.

9              MS. SPROUL:  Understood.  But they then become

10   judicial documents and these documents are presumed to be

11   public unless the parties or the interested parties condemn

12   straight to the Court that there is actual particularized

13   harm that comes from the public disclosure of those

14   documents.  And we realize that it's very difficult in this

15   case, which has over 8,000 docket entries and I -- I can't

16   imagine how many millions of documents at issue for the

17   Court to be engaged in a document by document analysis.

18             THE COURT:  I don't intend to be.

19             MS. SPROUL:  And we -- we understand that, Your

20   Honor.  We're not asking for that.  But what does seem to be

21   fair and what does seem to give voice to the presumption

22   that exists and which is not being given voice to here is

23   some sort of procedure, and maybe the Court would allow us

24   to present to it a procedures order which would put in some

25   sort of requirement to the parties to make a showing.

1          The Accuride case that Judge Shannon recently

2     opined in on this very issue in which he unsealed a Rule

3     2019 report.  Judge Shannon said -- and he-- he was simply

4     repeating what other judges have said on this same issue;

5     that there needs to be a particularized showing of actual

6     harm.  There needs to be actual evidence of serious injury.

7     That's what the cases say.  That's what he just said in

8     November.

9          You know, it's really up to the -- the people who

10    are asking the Court to seal these documents and these

11    motions, these briefs, deposition transcripts, all kinds of

12    things, to explain in the first instance, before you even

13    look at it, why these things should be sealed.  At least

14    that would, I think, put some sort of burden on them, and I

15    know everyone's very busy. But this is an important right to

16    -- to make a showing to the Court to actually -- to not be

17    able to say in a vague and conclusory way, this is going to

18    hurt us because that's what their clients may have said.

19    There needs to be some evidence of that.

20          We propose -- I was very pleased to hear Your

21    Honor say that the trial will not be closed in any fashion.

22    But -- but if there is an -- is, in effect, during the trial

23    evidence that's not going to be shown, to -- or not be made

24    public, that is, in and of itself, a violation if there is

25    not a basis for sealing those individual exhibits and

1  documents.  The Third Circuit has said pretty clearly that

2  there has to be notice and an opportunity to be heard with

3  respect to all of these things.  There have to be findings

4  on the record with respect to any sealing.

5          And, again, I know that puts a burden on the

6  Court and we don't want to do that.  But what we do want to

7  do is put the parties to the test and make them explain to

8  the Court in some sort of procedure why it is, in fact, that

9  those documents and exhibits should be sealed.

10         And, of course, the *Tribune* is part of the debtor

11 family, is  financially distressed -- could be described as

12 a financially distressed paper.  They don't want to have to

13 pay their lawyers to look at every docket entry, to look at

14 every document either and say, this is the one we're going

15 to challenge.  This is the one we're going to challenge.

16         They would rather have a standing objection to,

17 you know, every time there is a -- a submission under seal

18 and ask that the parties be tasked with demonstrating to

19 Your Honor that in each instance, because we think it would

20 make them circumspect about doing this; that in each

21 instance there is a reason why the thing or the many things

22 that they're asking the Court to allow to be filed under

23 seal be filed under seal.

24         And if it would help the Court and the parties

25 for us to -- to draft a procedures order that the Court

1    could look at and the parties could opine about to talk

2    about this issue and -- and to come up with a way to handle

3    this so that everybody doesn't have to talk about it each

4    time something is filed, we would be happy to do that, Your

5    Honor.

6            But it -- it -- it's our view that the way that

7    it has proceeded thus far has not been appropriate under the

8    -- under the applicable standards.

9            THE COURT:  Well, the procedure that's been

10   followed so far is consistent with prior order or orders of

11   this Court and local rules.  So, you know, beyond that I

12   won't comment.

13           But I think largely we're in agreement in terms

14   of what the end results ought to be and maybe that's

15   something else you can confer with counsel about when we

16   take a break here to deal with other issues that I've said

17   parties should consult about --

18           MS. SPROUL:  Okay.

19           THE COURT:  -- outside of my presence at least

20   initially.

21           MS. SPROUL:  Okay.

22           THE COURT:  And I'm -- I'm -- my concern at this

23   point relates strictly to that which will be presented at

24   the confirmation hearing.  You -- you raise issues that

25   could arguably apply to other phases of the case --

1    MS. SPROUL:  Uh-huh.

2    THE COURT:  -- but that's my immediate concern.

3    MS. SPROUL:  Okay.  With respect to the documents

4  that are at issue, we -- we have a set -- we have an

5  objection that applies to several motions here.  Some of the

6  objection pertains to documents that have been filed under

7  seal with respect to the motions in limine, but also with

8  respect to the objection on Monday.

9    Can we make any headway on the documents that are

10  at issue today?

11    THE COURT:  Well, with respect to the documents

12  in connection with the motions in limine, I'm not going to

13  grant the motions to seal.  Frankly, I did not review them.

14  I didn't feel under the -- for the reasons that I announced

15  there was a need for me to review them.

16    MS. SPROUL:  Okay.

17    THE COURT:  Just as a matter of conduct of the

18  trial of the confirmation hearing.  With respect to the

19  parts of the objection that relate to motions that are

20  scheduled for a hearing on Monday, I make no ruling.

21    MS. SPROUL:  Okay.

22    THE COURT:  But you've heard what I said.

23    MS. SPROUL:  Okay.  All right.  Thank you, Your

24  Honor.

25    THE COURT:  All right.  Anyone else wish to be

1  heard?

2           MR. BENDERNAGEL:  Your Honor, just so I

3  understand what you're -- you said the last time.

4           With respect to the motions in limine, to the

5  extent that the expert reports are under seal, you're going

6  to allow the expert reports to become public without any

7  redaction whatsoever?

8           THE COURT:  I didn't say that.

9           MR. BENDERNAGEL:  Okay.  Well, that's -- that's

10 why I stood up because I was confused and I asked Mr. Lantry

11 and he told me I was confused.  But --

12           (Laughter)

13           THE COURT:  You may be.  I don't know.  But --

14           (Laughter)

15           THE COURT:  -- not just --

16           MR. BENDERNAGEL:  Can you just clarify it so I'm

17 no longer confused?  I take it they will remain under seal.

18 Is that --

19           THE COURT:  Well, under our -- under our process

20 that's what happens until I rule otherwise.

21           MR. BENDERNAGEL:  I see.

22           THE COURT:  But it's going to lie there.  The

23 parties are going to have to make some determination about

24 that which they think really ought to be protected and that

25 which necessarily doesn't have to be.  I understand that

1   most or all of that which has been filed under seal is a

2   result of, you know, the conditions that have already been

3   imposed by prior orders.

4           But as I -- as I think I said and as I do

5   routinely in such instances, understanding that at some

6   point there's going to be a hearing at which the information

7   will be relevant, you know, that -- it's a -- it's a

8   decision that -- that's made later.

9           MR. BENDERNAGEL:  Okay.  Your Honor, just on --

10          THE COURT:  But later is -- is, you know --

11          MR. BENDERNAGEL:  Around the corner.

12          THE COURT:  Yeah.

13          MR. BENDERNAGEL:  Your Honor, look at, we've take

14  a pretty consistent position on the part of the debtors and

15  most of the parties have agreed with this; that as much as

16  that can be opened will be opened.  And I don't expect we're

17  going to have a lot of problems delineating where that line

18  is --

19          THE COURT:  And normally --

20          MR. BENDERNAGEL:  -- and it -- it will be --

21          THE COURT:  -- I find that they're isn't.

22          MR. BENDERNAGEL:  -- pretty narrow.

23          THE COURT:  Yeah.  Normally, I find that there

24  isn't.

25          MR. BENDERNAGEL:  And I think we'll work to do

1  that.  One of the problems recently has been everybody's

2  moving along at a hundred miles an hour and it -- it's hard

3  to stop and do redactions and think about that when you're

4  trying to move onto the next deposition.

5           But I'm --

6           THE COURT:  You've got to --

7           MR. BENDERNAGEL:  -- quire sure that we'll --

8           THE COURT:  -- multi-task better.

9           MR. BENDERNAGEL:  -- work together.

10          THE COURT:  Okay.

11          MR. BENDERNAGEL:  Thanks.

12          THE COURT:  Thank you.

13          Anyone else wish to be heard on that issue?

14          (No verbal response)

15          THE COURT:  All right.  I hear no further

16  response.

17          Okay.  Are we now at pretrial?

18          MR. SOTTILE:  I believe that we are, Your Honor.

19          THE COURT:  Okay.

20          MR. SOTTILE:  Your Honor, James Sottile of the

21  law firm of Zuckerman Spader, special counsel to the

22  committee of unsecured creditors.

23          I rise, Your Honor, to make a proposal with

24  respect to the length and allocation of time at the

25  confirmation hearing that I think may inform other issues

1  that need to be dealt with in the course of the pretrial.

2         Your Honor, we listened with some care to the

3  Court's comments on -- at the telephonic hearing on Friday

4  about length of the trial, what the parties should focus

5  their presentations on.  And what I took away from it are

6  the following:

7         I heard the Court say quite clearly to us that we

8  ought to be focusing on putting on cases aimed at persuading

9  you of the merits of our cases, not an appellate court and

10 not what we might think in our heart of hearts is what ought

11 to persuade you.

12        THE COURT:  Yeah.  That's -- that's not a matter

13 of -- it's a matter of focusing the exercise that -- in such

14 a way that it's most helpful to me in making the determine

15 that the parties respectively would like me to make.

16        MR. SOTTILE:  It's a salutory reminder, Your

17 Honor, that what we're all about here is persuading you, the

18 fact finder, that we're right on these issues.

19        I also heard the Court say that it is your

20 general inclination to let parties try their cases within

21 appropriate limits.

22        And, finally, I've heard the Court say in the

23 past that your experience is that when you give lawyers a

24 limited period of time to present their cases, miraculously

25 thee cases that somehow sounded like they were going to take

1  months and resemble <u>Jarndights versus Jarndights</u> from

2  Bleakhouse (phonetic) shrink magically and find a way to fit

3  themselves into the parameters set by the Court.

4          And it was with those three thoughts in mind that

5  we worked to develop a proposal that I want to present to

6  the Court, which we've discussed with counsel for the

7  Noteholders to try to address those things.

8          I would --= should say before I present the

9  proposal, Your Honor, that it violates a folk wisdom that

10  all lawyers are deeply convinced of, which is that if we are

11  talking and we hope if our witnesses are talking, something

12  good is happening.  We are also convinced, at least some of

13  us, that if we are speaking at length something really good

14  must be happening.

15          And, finally, we share another fallacy, I think,

16  which is that our views about when something good is

17  happening are the same as the Court's views about when

18  something good is happening.

19          THE COURT:  They occasionally coalesce.

20          MR. SOTTILE:  The proposal I want to present,

21  Your Honor, is an effort to balance what I've heard from the

22  Court and what I think would allow the parties the freedom

23  to present their cases in a reasonable period of time.

24          Your Honor, the Court has set aside, as we

25  understand it, ten days of trial time.  We propose that

1   entire ten days of trial time be presented -- be dedicated

2   to issues concerning the LBO transactions; that is, as all

3   of the parties and the Court have recognized, the

4   centerpiece of this case.  We believe that case can be put

5   on in ten days of trial time.  We estimate, based on the

6   Court's description of a typical trial day that we could

7   expect to get six hours of trial time during a day, perhaps

8   a bit more, perhaps a bit less.  But to us that adds up to a

9   total of sixty hours of trial time devoted to issues

10  concerning the LBO transactions.

11          We believe that the appropriate way to allocate

12  that sixty hours of trial time, Your Honor, is straight down

13  the middle, to give each side, each of whom is presenting a

14  plan and objecting to the other's plan, thirty hours to put

15  their case on.  The way we would propose to the Court that

16  you count the thirty hours is that direct examinations

17  conducted by one side are charged against their time as are

18  cross-examinations conducted by that side because,

19  obviously, the other side can't control the length of

20  crosses of their witness.

21          We believe, Your Honor, that that approach would

22  address the Court's comments and permit, one, the parties to

23  focus on what really matters to this Court in reaching a

24  decision on complex issues that have taken us a very long

25  time to actually present;

1          Two, by not restricting how many witnesses you

2     put on, how long you get to put on witnesses, this would

3     permit the parties the freedom to try their cases the way

4     they think is most effective.  If we think a blizzard of

5     experts is the best way to persuade you, we can try to do

6     that as long as we fit within thirty hours.

7          I suspect what will happen, Your Honor, is what

8     usually happens when Courts set limits; that we will make

9     the hard decisions we've been putting off for months about

10    what is most effective; what's the core of our case; what is

11    it we think has the potential to really persuade you to

12    adopt the positions that we advocate.

13          And, finally, doing it this way, Your Honor, I

14    think is consistent with the maximum the Court has shared

15    with us and which I think we all have experienced.  We'll

16    find a way to get it done.  If we know what amount of time

17    we have, we will find a way to get it done within thirty

18    hours a side, ten days of trial time, and the LBO issues can

19    then be submitted to the Court.

20          Now there are some other issues, Your Honor, that

21    go beyond the focus of the case.  There are other objectors

22    to both of the plans who present a variety of different

23    issues, and with respect to those issues, Your Honor, what

24    we propose is that the Court set those objections, which are

25    primarily legal in nature to be heard after the ten days of

1    trial time devoted to the LBO issues.  We have not had yet

2    an opportunity to canvas folks about how long that might

3    take, but it's obviously a small fraction of the time that

4    will be required to address the LBO issues that we suggest

5    the Court set aside ten days to hear to conclusion.

6              I think that the Court's suggestion -- pointed

7    suggestion that the parties find a way to limit the scope of

8    direct examinations of experts will be helpful in ensuring

9    that we can get on our cases within the thirty hours of

10   trial time each that I propose.

11             Now we have conferred, Your Honor, as I indicated

12   with counsel for the noteholders.  I've spoken with Mr.

13   Zensky a couple of times about this, and Mr. Zensky's

14   reaction is the one that I often have when on the other side

15   of proposals like this; that depositions are ongoing.

16   Experts in many cases have yet to be deposed.  It's

17   difficult to know how long cross-examinations will take.

18   It's difficult to know exactly who the witnesses are.

19             And there is justice to all of those observations

20   from Mr. Zensky.  But I think that the Court can and should

21   reject those concerns and recognize that they can be

22   addressed by giving Mr. Zensky the same freedom that you

23   will give to the DCL proponents if you adopt our proposal;

24   that is, you pick what matters most to you in your thirty

25   hours and present it to me.  Find the things that you

1    believe will persuade this Court, limit yourselves to that,

2    and this matter can be tried, can be submitted to the Court

3    for decision after a full, factual presentation in ten days'

4    time.

5         THE COURT:  How is charged -- let's assume for a

6    moment that an objector wishes to cross-examine a witness.

7    How is that time to be charged?

8         MR. SOTTILE:  Your Honor, we did think about that

9    question and I have to confess that we did not come to a

10   final resolution on the issue.  I think that we ought to

11   await the event and see how much time actually gets used up

12   in cross-examination by other objectors.  And it may depend

13   on the nature of the objection, which plan or plans it's

14   addressed to and so forth.

15        So I -- I don't have a concrete proposal to

16   present to the Court.  But it's certainly an issue that

17   would need to be resolved.  We have, by setting limits of

18   six hours of trial time a day, I think probably left

19   ourselves, Your Honor, at least a little bit of room to

20   allow for such cross-examinations and the Court, obviously,

21   has the ability to control the length and scope of such

22   cross-examinations.

23        THE COURT:  Thank you.

24        MR. SOTTILE:  Thank you, Your Honor.

25        MR. ZENSKY:  Good afternoon again, Your Honor.

1    David Zensky for the noteholder plan proponent group.

2             I -- I have had multiple conversations with Mr.

3    Sottile and I'm actually confused about the proposal now and

4    -- and what is meant by ten days to just focus on the LBO

5    transactions because I understood the proposal to be that we

6    would try, in the debtor committee lender groups' view the

7    entirety of the case in ten days, which we didn't agree

8    with, but as I hear him saying now it's the LBO

9    transactions.  Does that mean to omit the value of the

10   company?  Does that mean to omit the process by which the

11   settlement was negotiated and we're going to spend ten days

12   on the experts that will opine on solvency.

13             So I think I need a clarification before --

14             MR. SOTTILE:  May I?

15             Your Honor, if I was unclear, I did not mean to

16   exclude from the ten days presentations and evidence

17   concerning the negotiations, valuations, solvency.  All of

18   that I would understand to be within the ten days.

19             MR. ZENSKY:  Okay.  So --

20             MR. SOTTILE:  And my apologies for the confusion.

21             MR. ZENSKY:  All right.  I was just -- it was --

22   didn't sound like the discussion we previously had had, Your

23   Honor.

24             So my initial -- my -- our group's initial

25   reaction, Your Honor, based on the number of witnesses that

1  the parties' have put on their will call and may call list,

2  which totaled between ten and fourteen for the debtors,

3  depending on whether they call the may calls and between six

4  and twelve for us, if you take the midpoint, that's twenty-

5  one witnesses, fact and expert combined, and we didn't see

6  any way that you could do that in the ten days.

7           Now I understand the Court's suggestion -- ruling

8  that the expert's direct should be limited and that probably

9  does affect my view on that, on whether it can be done

10 within the ten days.

11          But if we are limited to one hour direct, it is

12 utterly unfair to have an even split of time because as the

13 Court has indicated, it is going to read the expert reports

14 after the fact.  They have nine experts.  We have five and

15 all the time will be taken up on crossing experts rather

16 than the one hour of direct.  So an even split, if we follow

17 that protocol, certainly does not work from our case and we

18 will be greatly prejudicial if we go on that type of

19 arrangement.

20          As Mr. Sottile said, we have not deposed the bulk

21 of the experts yet, only Mr. Kurtz was deposed on Monday.

22 So it -- it's hard to know for sure how long the cross of

23 the experts will be.  There are still fact witnesses being

24 deposed as you know, including as late as this Friday.  So

25 it's hard to sya exactly what the right split would be and

1    whether I'm confident that the ten days is enough or not.

2          The -- you know, the issue of having legal

3    argument by other objectors another day, that's not a

4    dispute.  That's fine.  I think the Court has discussed with

5    us and the CMO provides that we will have an opportunity to

6    submit post-trial briefs and I assume we'll have closing

7    argument at some point down the road after the trial.  So I

8    don't think that counts towards the ten days.

9          But it -- it certainly -- if the Court rules that

10   it has to be done in the ten days, we don't believe a split

11   down the middle is fair given the imbalance in experts.

12         And whether it's appropriate now or -- you know,

13   as we kind of work through this, Your Honor, I do want to

14   kind of reinstate the request made last Friday as a result

15   of all the delays that have gone past the ordered CMO

16   deadlines to push the start date back a day or two, Your

17   Honor, to be fair to the noteholder group to prepare to try

18   the case properly and to be able to digest the evidence that

19   is still being received as we speak.

20         There are other issues I think we need to discuss

21   on pretrial, Your Honor, but that's kind of my response on

22   the timing proposal.

23         THE COURT:  What other issues?

24         MR. ZENSKY:  We were asked, I think by other

25   parties, Your Honor, whether anyone else would be permitted

1   to give an opening.  On Friaday you said that each proponent

2   group would have fifteen minutes.  I don't know if anyone is

3   on the phone and wishes to raise that, but we were asked if

4   we knew and, obviously, couldn't answer that question.

5           I had a request in to Mr. Bendernagel with

6   respect to the deposition of Mr. Black given the breadth of

7   his opinions and topics, whether they would agree to extend

8   beyond the seven hours and I haven't gotten a response on

9   that.  If that's objected to, I need to -- to press that and

10  I believe we can easily show good cause for extra time in

11  that deposition.

12          And now to get to the really, really big issue,

13  Your Honor.  We do have an issue in terms of kind of how the

14  courtroom is set up for the trial.  We -- our -- our four

15  firms and the debtor committee lender group, as you can see,

16  has camped out over three-fourths of the courtroom.  So we

17  need to try to come to some arrangement that we'll have

18  appropriate space.

19          Those are the other issues that I had at the

20  moment, Your Honor.

21          THE COURT:  Okay.

22          Are there any other issues that we need to talk

23  about?

24          MR. SOTTILE:  Your Honor, James Sottile again,

25  counsel for the unsecured creditors' committee.

1          I don't believe there are other issues we need to

2    talk about.  If I might be heard very briefly on timing it

3    might be helpful.

4          THE COURT:  All right.

5          MR. SOTTILE:  Your Honor, perhaps the better way

6    to think about the scope of what we envisioned for the ten

7    days, it's all issues relating to the merits of the

8    settlement.  It may be a shorthand that encompasses all of

9    the points that Mr. Zensky raised.  We certainly envisioned

10   valuation issues, issues about what happened in

11   negotiations, whatever arguments people want to make

12   relating to the settlement that's embodied in our plan of

13   reorganization, and whatever arguments may be made pro and

14   con on that would be encompassed within the ten days.

15         What we have in mind outside the ten days is

16   there are other objectors who aren't directly addressing the

17   issues relating to the settlement that present a variety of

18   issues that I think can be dealt with largely in legal

19   argument thereafter, recognizing the Court's point that

20   there may be some cross-examination that we would have to

21   deal with during the course of the ten days.

22         I certainly understand and sympathize with Mr.

23   Zensky's concern about starting the trial on Monday.

24   Depositions are going and he's just caring about what is

25   happening in those depositions.  He's preparing to take

1    depostiions.  It's a disability, however, Your Honor, both

2    sides share.  We are doing what often happens in complex

3    bankruptcy litigation like this.  We are scrambling to

4    finish all of the work that both sides think they need to

5    finish in order to prepare their cases for trial.

6            THE COURT:  When will the depositions that have

7    been scheduled or might yet to be scheduled be completed?

8            MR. SOTTILE:  Your Honor, I believe with respect

9    to the depostiions that have actually been scheduled, the

10   last ones are on Saturday.  But I'm happy to be corrected if

11   I'm missing any that have been scheduled.  Saturday, Your

12   Honor, would conclude the final depositions.  I believe

13   there are two depositions set for Saturday at the moment.

14           And as I say, Your Honor, I sympathize.  I mean,

15   frankly, we feel the same burden of trying to digest

16   depositions, prepare openings, prepare direct examinations

17   while we continue to do depositions.  Nobody on any side

18   here is getting a lot of sleep.  That said, Your Honor, we

19   can prepare our cases to be presented beginning on Monday

20   morning.  We are prepared to do that and both parties are

21   represented by large law firms with lots of lawyers who are

22   devoted to getting their cases ready.

23           We'll get it on on Monday assuming that the Court

24   is inclined to proceed with the schedule the Court has set

25   and to begin on Monday.

1          Thank you, Your Honor.

2          MR. ZENSKY:  Your Honor, can I respond briefly?

3          THE COURT:  Briefly.

4          MR. ZENSKY:  With all due respect, Your Honor,

5    this is not the first bankruptcy trial that I've been

6    involved with and we know the schedule that these cases are

7    done under.  And those dates were set forth in the case

8    management order and they haven't been complied with and

9    there are ten fact depositions that were pushed beyond the

10   fact discovery deadline which creates a backlog in terms of

11   preparing for expert depositions and preparing for trial.

12         Second, it -- we're not laboring under an even

13   handicap because they open and they know what their

14   witnesses are going to say.  They've been working with them

15   for a year or more, months or more.  We don't know what

16   they're going to say to the extent they haven't been deposed

17   yet.  That's unfolding as we speak.  So it's not laboring

18   under an even handicap, Your Honor.

19         That's what I wanted to say.

20         Can we have a moment, Your Honor?

21         MR. ZENSKY:  Your Honor, just to clarify,

22   remember there are two plans for confirmation and there are

23   at least one, if not more, perhaps two witnesses that we

24   would call in support of our plan.  It was not our

25   contemplation that we would have a kind of formal

1  delineation of the fact testimony in support of our plan;

2  that those witnesses would testify as to the fact testimony

3  on objections to the debtor committee lender plan and fact

4  testimony in support of our plan.  I assume that Mr. Sottile

5  is including that within the ten days and we're not pushing

6  consideration of our plan off to some other period.

7          MR. SOTTILE:  That's correct, Your Honor.

8          MR. ZENSKY:  Okay.

9          THE COURT:  Mr. Bendernagel, did you want to be

10  heard?

11          MR. BENDERNAGEL:  Your Honor, I'll just -- let me

12  respond to the one statement Mr. Zensky made regarding

13  Professor Black's deposition.

14          I am hesitant to agree to extend it beyond seven

15  hours, not because I want to stick it to seven hours, but

16  I'm concerned that if I agree to that I'm guaranteeing it

17  will go more than seven hours.  What I would really like to

18  do is ask them to complete it in seven hours and if they

19  can't, I would be willing to consider extending it into

20  Friday morning.  I'm not trying to be hard, but I know if I

21  say that now, I might as well just book tickets for Friday

22  morning because we'll never finish in seven hours.

23          THE COURT:  When is it scheduled to take place

24  and where?

25          MR. BENDERNAGEL:  Ten a.m. tomorrow in New York.

1  I've talked to Professor Black and he can stay over if he

2  has to and -- you know, and I think that's what they want

3  him to do.  But I don't want to have you say, well, you get

4  more than seven hours because I think they can finish in

5  seven hours.  They've had the reports and this argument they

6  don't know what these people are going to say.  They had 250

7  pages of information telling them exactly what he's going to

8  say.

9           So, you know, my sense is they may have questions

10  and, look, it is -- Black's an important witness and if it

11  takes more than seven hours I'm not going to say, hey, it's

12  seven o'clock, we're leaving.  But on the other hand, if I

13  say right now, yeah, take as much time as you want, I'll

14  guarantee it's going to be more than seven hours and that's

15  not a good thing.

16           THE COURT:  Let's do this.  If it appears that

17  the noteholders want more than seven hours, the parties

18  should reach out to me by conference telephone no later than

19  4:30 tomorrow afternoon.  How's that?

20           MR. BENDERNAGEL:  That will work fine, Your

21  Honor.  Thank you.

22           THE COURT:  Mr. Zensky.

23           MR. ZENSKY:  Yes, Your Honor.

24           THE COURT:  Okay.

25           MR. ZENSKY:  We understand.  Thank you.

1        THE COURT:  Let me ask for the record, is there

2   anyone other than with the DCL or noteholder plan proponents

3   who wishes to make an opening statement?

4        (No verbal response)

5        THE COURT:  I hear no response.  Okay.  Well,

6   that just answers that question.

7        Have the parties conferred about the space issue?

8        MR. SOTTILE:  No, Your Honor.

9        THE COURT:  Okay.  Add that to your list when we

10  take a break just now.  But before we do I do want to review

11  just some other space type issues.

12       I've been asked what would happen if there were

13  so many people who wish to attend the hearing that this

14  courtroom could not accommodate them.  The courtroom

15  accomodates about 175 people.  I've arranged for additional

16  space on the third floor, which accomodates about 100

17  people.  I've also -- our automation department has set up a

18  screen -- it's actually a big projection screen which would

19  allow those on the third floor to view the podium, the

20  witness box, the bench and to change those vies as -- as the

21  hearing progressed.

22       So should it become necessary, we're prepared to

23  deal with an overflow of at least about 100 people.  Beyond

24  that, because of the usage of the courtrooms, I think we're

25  -- we're out of luck.  But we'll cross that bridge if -- if

1  and when we have to.

2         I've also asked our automation folks to bring up

3  the big screen that you see there in the courtroom and I did

4  that because there were some requests that we -- we use that

5  because the screens that you see on either side of the bench

6  can't be viewed well from all the way in the back of -- of

7  the courtroom.  Counsel will have, as I understand it,

8  multiple monitors on their tables, which will allow counsel

9  to have good views of what -- what goes up on the screens.

10         But the problem with the big screens as you see

11  here -- and we have two of them, only one's here in the

12  courtroom now, is they block space for counsel at table.

13  They make it uncomfortable for those sitting in some of the

14  front pews, and may not be seen by some folks in the

15  opposite side of the courtroom.  So I -- I tend to think

16  they're not good solutions to that -- that problem.  But I

17  had it brought up so counsel could so and see at least, in

18  part, if they wanted to give us some of their now looks like

19  rapidly increasing in value space.

20         Oh, zipped binders.  In light of the fact that,

21  at least according to the pretrial statement, the DCL

22  proponents have over 1,100 potential exhibits and the

23  noteholders almost 1,000, how many binders will this be and

24  I've got to figure out where to put them and, of course, my

25  law clerk has less space than I do, but I would like her to

1   have a set to -- to be able to look at, too.

2         Does anybody have any notion of that?  Any

3   paralegals in the room?

4         (Laughter)

5         THE COURT:  Nobody knows yet?

6         MR. SOTTILE:  We're handicapped by the absence of

7   anyone who would really know, Your Honor.

8         THE COURT:  Okay.  Well --

9         MR. BENDERNAGEL:  Your Honor, Mr. Pernick says

10  it's many.  The -- but he also asked did you want it

11  electronically as opposed to, you know, in binders.  If

12  there was a way of providing it to you electronically, would

13  that be better or do you want the binders?

14        THE COURT:  No.  I mean, I assume, given the

15  inquiries that we've received, that the parties intend to

16  put them up on the courtroom screens and I -- I can -- I can

17  view it on my monitor here.  It's often also helpful to have

18  the hard copies.

19        MR. BENDERNAGEL:  The concern -- the concern here

20  on many exhibit lists is that many are called, but few are

21  chosen in terms of actually being utilized and you -- you

22  know, we may have killed a forest for no reason.  But we'll

23  get you a set of binders and do you want a set of binders

24  for -- a second set of binders?

25        THE COURT:  Yes, please.

1          MR. BENDERNAGEL:  Okay.

2          THE COURT:  I also understand that some of the

3     third party companies who have been contracted to provide

4     some of the technology support will be here Friday to set up

5     their equipment.  They're -- they're free to do that.  And

6     they've asked can they leave it here over the weekend.

7     They're free to do that, but we don't have insurance here in

8     the federal government. I just -- I just tell you that.  I

9     don't expect other traffic to be going through the building

10    other than maintenance personnel, but the courtroom door

11    will be locked.  But they're welcome to leave it if -- if

12    they like.

13          Nancy, did I forget anything?

14          All right.  Does anyone have anything to talk

15    about along those lines, any questions?

16          (No verbal response.)

17          THE COURT:  Okay.  Let's take a break.  I'll give

18    the chance -- the parties a chance to consult about the

19    issues we left open.  I will say I'm thinking about maybe

20    postponing the commencement of evidence for a day, but

21    bringing the parties in at least for opening and to deal

22    with whatever matters we've carried over from today to then,

23    so that all gets cleared out so if we were to start on

24    Tuesday it would just be with testimony.  It's not a ruling,

25    but that's what I'm mulling around in my head at the moment.

1          Okay.  The Court will stand in recess.

2          (Recess)

3          THE CLERK:  All rise.

4          MR. SOTTILE:  Your Honor, James Sottile, of

5    Zuckerman Spader as special counsel to the committee of

6    unsecured creditors.

7          I would like to report to the Court on the

8    discussions that we had while we were on break as the Court

9    suggested.

10          Let me start with, perhaps, the least important,

11   except to those lawyers who will be fighting for space.  We

12   are in agreement on dividing the space in the room in half

13   between the two sides with one side taking the left-hand

14   side and one taking the right.  We've conferred with the

15   courtroom personnel and believe we can fit in an extra table

16   on each side which will relieve some of the congestion.

17          THE COURT:  Yeah.  But it will lead to us knowing

18   each other much better than we would otherwise like,

19   probably.

20          (Laughter)

21          MR. SOTTILE:  That is an unfortunate consequence

22   of -- of many trials only made worse by having three tables

23   a side, Your Honor.

24          Your Honor, it would also be helpful, if it's

25   possible, to reserve the front row of seats on either side

1   for those lawyers who may not be speaking at all times, but

2   may need to address the Court on some particular subjects.

3            THE COURT:  Okay.  Now who would they be by

4   category or type?

5            MR. SOTTILE:  Your Honor, I --

6            THE COURT:  So that our ushers know who to allow

7   in or --

8            (Laughter)

9            MR. SOTTILE:  Your Honor, I think what we have in

10   mind is that those lawyers who we anticipate will be

11   addressing the Court, questioning witnesses on a regular

12   basis would be in the front well of the courtroom whereas

13   other counsel who we don't expect to question witnesses or

14   regularly address the Court from either side would be in the

15   first row of seats.  And we -- we will work out some means

16   of identifying those folks so that the right people get in

17   the right seats.

18            THE COURT:  Okay.

19            MR. SOTTILE:  Your Honor, as to other issues, the

20   parties are in agreement with what I think the Court was

21   indicating was its inclination about the start of the

22   hearing, which as I undrestand it would be that we would

23   come together before Your Honor on Monday.  We would give

24   openings.  If there are other matters, perhaps, disputes

25   with respect to documents or other things that could be

1   dealt with --

2               THE COURT:  Yeah.  That wasn't meant to be an

3   invitation by the way, but --

4               MR. SOTTILE:  Understood, Your Honor.

5               THE COURT:  Okay.

6               MR. SOTTILE:  Only -- only in necessity while

7   evidnece would not be presented before Tuesday.  Do -- do I

8   -- do we understand correctly that was what the Court

9   contemplated?

10              THE COURT:  Yes.  And -- and understanding we

11  wouldn't need, I assume, even half the day.  My next

12  question would be would you prefer to start at 10:00 or at

13  1:30 for example?

14              MR. ZENSKY:  We would say the afternoon.

15              MR. SOTTILE:  Your Honor, I think -- I think the

16  parties are in agreement that 1:30 would be preferable to

17  give us all time to deal with the manefold of the things we

18  are engaged in before we have to come to Wilmington.

19              THE COURT:  Okay.

20              MR. SOTTILE:  Your Honor, the other two matters,

21  unfortunately, we have not been able to reach agreement on,

22  although we are closer on one of them and let me describe

23  that.

24              The Court suggested that the parties consider

25  limiting the direct examination of experts to one hour per

1  expert.  And what the DCL proponents would suggest, Your

2  Honor, is that that approach be adopted with one

3  modification which is that each side could select a single

4  expert whose direct could extend for two hours, and we

5  believe that each side, Your Honor, does have at least one

6  expert where the Court might benefit from a longer direct

7  examination.  But that would be the exception.  Each side

8  would -- would, if the Court were minded to adopt that

9  suggestion, only get to do it for one expert.

10         And as I understand it, although Mr. Zensky

11  obviously will present his views to the Court himself, their

12  proposal would be that there be a limit of two hours of

13  direct examination for all experts instead of a single one

14  per side which is what we would suggest.

15         THE COURT:  Okay.

16         MR. SOTTILE:  And finally, Your Honor, with

17  respect to the length of the hearing, whether or not the

18  Court would impose a limit and whether the Court would

19  allocate by hours as we have suggested the Court consider,

20  we did also discuss that subject with Mr. Zensky on the

21  break, but we have been unable to reach agreement on that

22  question.  So I think that that remains open for the Court

23  to decide.  I think the Court has heard from both sides,

24  although Mr. Zensky may have something further to say.

25         THE COURT:  Okay.

1          MR. SOTTILE:  Thank you, Your Honor.

2          THE COURT:  Thank you.

3          MR. ZENSKY:  Thank you, Your Honor.  David Zensky

4    for the noteholder group.

5          Mr. Sottile accurately described, I think, where

6    we left things.  It would be our proposal that on the direct

7    examination of experts that they be limited to two hours

8    rather than one hour and more fundamentally, Your Honor, we

9    do just have a deep disagreement that we should try this

10   case like speed chess.  You've said that the part -- you

11   would let the parties try their case.

12          As you know, the stakes are -- are enormous here.

13   The issues are incredibly complex and we just don't think

14   it's fair to be put under the gun of a clock to kind of look

15   at, you know, what questions we can afford to ask which

16   witness as the trial unfolds, Your Honor.  As I said, we

17   haven't even deposed the majority of the experts at this

18   point.  Your Honor, is -- is I know and has in the past and

19   will be quite direct in telling us if we are taking too much

20   time or asking questions or going down lines that the Court

21   is not interested in.

22          I recognize this is not a -- a popular position,

23   but it's a question of, I think, what's fair to all the

24   parties, Your Honor, and I don't think putting -- putting us

25   under a time limit, much less a time limit where things are

1    split down the middle is appropriate in any respect here.

2              THE COURT:  All right.  Thank you.

3              Well --

4              MR. GOLDEN:  I'm -- I'm sorry, Your Honor.

5              Daniel Golden, Akin Gump Strauss Hauer and Feld,

6    counsel for Aurelius Capital Management.

7              Your Honor, during the break I was contacted by

8    email by an attorney on the west coast who represents one of

9    the objectors and who has filed an objection to the DCL plan

10   and they asked me to ask the Court for clarification as to

11   whether that attorney would be able to make a brief opening

12   to the extent that opening arguments are being made on

13   Monday.  He needs to make travel arrangements and so he

14   wanted to try to figure out -- and he thinks that the

15   question had been asked -- he wasn't on the phone when the

16   question was asked -- that only the DCL plan proponents and

17   the noteholder plan proponents plan to make opening

18   arguments and he has requested an opportunity to make a

19   brief opening argument.

20             THE COURT:  Why wasn't he on the phone?

21             MR. GOLDEN:  I can't answer -- I can only answer

22   that his client was on the phone.  He wasn't on the phone at

23   the time and that's all the facts I know.

24             THE COURT:  Well, assuming that's the only other

25   request I'll -- I'll allow a brief opening.  I'll allow it

1  telephonically, which I -- I don't normally like to do, but

2  if it's truly brief --

3          MR. GOLDEN:  I'm sorry.  I may have confused the

4  Court.  I think he's intending to come in --

5          THE COURT:  Okay.

6          MR. GOLDEN:  -- and he -- that's why he wanted to

7  have some certainty.

8          THE COURT:  All right.

9          MR. GOLDEN:  Okay.  Thank you, Your Honor.

10          THE COURT:  Well, I'll tell you what.  Let's

11  split the difference on the direct examination of witnesses

12  at an hour and a half, and if someone wants to pick an -- an

13  expert to go two hours on, you can each pick one to go two

14  hours on direct.

15          With respect to the length of the hearing, I

16  would like to start along the lines of what Mr. Sottile had

17  suggested understanding that Mr. Zensky is right; that with

18  the imbalance of experts, I'll have to make and would intend

19  to make some accommodation on that schedule for the side of

20  the noteholders.

21          And then what I'll do is as we go along, we'll

22  assess whether that should be adjusted.  I do -- I do really

23  truly want to guard against the we have to look under every

24  stone kind of presentation.  It's almost never necessary.

25          And, you know, as I think about this case, on --

1   on several levels there is -- there is much complexity.

2   But, you know, there are views of -- of the case which

3   really, you know, aren't so complex.  I mean, I -- the

4   dynamics, none of the dynamics here are really all that much

5   different than -- than other contested confirmations that

6   I've had, way too many.  But on that level, you know,

7   there's not so much that's difficult.

8          But obviously making the record will take time

9   and will involve some tedium, and I -- Mr. Zensky's right.

10  I like to let lawyers try their own cases.  They know it

11  better than I do.  If I were that good at it, I would

12  probably be on that side.

13         But, you know, at some point we have to wrap up a

14  record and make a decision and let the parties decide where

15  they want to go from there.

16         Okay.  After having been told during the break

17  about what the hard copies of the exhibits would consist of

18  --

19         (Laughter)

20         MR. PERNICK:  Your Honor, I actually have -- I

21  just got some numbers on it.  Breaking news.  Just to give

22  you a little bit more color if you want it, on that -- on

23  the DCL side there are 893 exhibits.  With three-inch

24  binders they will each fit 350 pages.  The bottom line is

25  it's about 75 binders on our side.  So that may influence

1    your thinking.

2              THE COURT:  Okay.  So -- you know, so let's say

3    that's 150 binders.

4              MR. PERNICK:  Oh, and then there's an additional

5    290 exhibits which aren't included in that count, so it's

6    obviously a pretty large volume of binders.

7              THE COURT:  Yeah.  I don't think I can handle it.

8    So I thihnk I will take up the parties' offer to provide

9    these electronically and I would say get them to me, if you

10   can, by Friday so that I can have someone teach me how to

11   navigate in an efficient way.  I'm trainable.

12             (Laughter)

13             THE COURT:  And then I think what you'll have to

14   have for me is what, as I understand during the break is

15   suggested for the witnesses; that the witness would have the

16   electronic version on the monitor, but a hard copy available

17   if it were necessary to -- to leaf through pages.  I would

18   like the same ability should that become necessary.  But I'm

19   willing to rely on the first instance on navigating

20   electronically.

21             MR. PERNICK:  Okay.  One other thought that I

22   had.  I don't know if Mr. Bendernagel, but it's obviously --

23   we're going to take this in phases so we'll have a bunch of

24   objections that aren't going to be dealt with in the two

25   weeks.  Would the Court like us to send some kind of notice

1  out basically so that if people don't want to come in to the

2  hearing -- I guess they'll be able to listen by court call

3  if they just want to listen if they're an objector, but that

4  they're objection won't be dealt with if it doesn't relate

5  to what Mr. Sottile described as taking place during the

6  first two weeks.

7          THE COURT:  Yeah.  Circulate that among everyone

8  and then I think that would be appropriate.

9          And, again, it's not to foreclose anybody's right

10  to do anything.  It's just a matter of trying to manage the

11  schedule.

12          MR. PERNICK:  Correct.

13          THE COURT:  But neither should the -- we'll call

14  it the objector's period be -- be viewed as an opportunity

15  to retry anything --

16          MR. PERNICK:  Right.

17          THE COURT:  -- on which we've supposedly

18  concluded taking evidence.

19          All right.

20          MR. BENDERNAGEL:  Your Honor, can I raise two

21  issues?

22          THE COURT:  Certainly.

23          MR. BENDERNAGEL:  One is with respect to the

24  exhibits, as the exhibits come in, are we going to build a

25  binder for you of the exhibits that are in evidence as

1  opposed to the eleven or 1,200 exhibits that are potential

2  exhibits?  Is that something you want in that regard?

3            THE COURT:  Yes.

4            MR. BENDERNAGEL:  And so we'll try to do that as

5  well.

6            THE COURT:  Something I definitely would like.

7            MR. BENDERNAGEL:  Okay.  The second issue is you

8  had granted the noteholders the right to put in another

9  expert report and I think it would be helpful to get some

10 parameters around a time to do that because we'll probably

11 want to take a deposition at some point of that witness.

12 I'm not trying to pressure Mr. Zensky to give an answer

13 right now because he doesn't know.

14            But I -- I just think we need to have that on the

15 agenda to talk about on Monday as to what the specific date

16 we're going to get that is and the like, and obviously it

17 can't be too far down the line because, you know, hopefully

18 we'll be approaching the end of the trial in a couple of

19 weeks.

20            THE COURT:  Yeah, hopefully.

21            Well, my thought about that was that you should

22 talk about it as quickly as you're both able and if there's

23 a dispute, don't let it wait until Monday.  Reach out to me

24 by conference telephone.

25            MR. BENDERNAGEL:  All right.  That's fine, Your

1  Honor.  Thank you.

2          THE COURT:  All right.

3          Mr. Zensky.

4          MR. ZENSKY:  Your Honor, one comment in regard to

5  the first point Mr. Bendernagel raised about building a

6  binder as documents come in.  I think ordinarily or in other

7  cases where there are, as you heard the number of exhibits,

8  where there are lots of exhibits that are not objected to,

9  but are not necessarily going to be used during the course

10 of the hearing with a witness, but relied on in -- in

11 closing materials for example, it would ordinarily be that

12 they would be moved in in bulk on consent of parties.  Will

13 that be acceptable to the Court or are we going to have a

14 separate request with each of the six, seven, eight, 900

15 exhibits?

16         THE COURT:  No.  I prefer that we deal with it

17 all at one --

18         MR. ZENSKY:  Right.  That's --

19         THE COURT:  -- except to the extent that there's

20 some reason why we shouldn't on an individual exhibit.

21         MR. ZENSKY:  Right.  Other than exhibits that are

22 objected to I see no reason not to --

23         THE COURT:  Okay.

24         MR. ZENSKY:  -- not to do it that way.

25         The other question I had, Your Honor, you had

1    previously stated that you didn't want to see the expert

2    reports until after the trial after the testimony.  I would

3    like to ask about the confirmation briefs, whether the Court

4    would like those delivered in advance of the trial?

5              THE COURT:  Yes.

6              MR. ZENSKY:  Okay.

7              THE COURT:  Yes.

8              MR. ZENSKY:  Thank you.

9              THE COURT:  Okay.  Was there any discussion

10   during the break on the sealing issue?

11             MR. BENDERNAGEL:  Yeah.  I talked to the lawyer

12   for the *Chicago Tribune* and basically said it was my

13   anticipation that we were not going to have a major problem

14   here; that I did not want to build a procedure that would

15   just layer another procedure on top of the procedures that

16   we had now.  But I'm pretty confident, Your Honor, as these

17   documetns move forward that the only thing that's going to

18   be under seal is stuff that is probably fairly sensitive

19   business information and that a lot of these objections that

20   are currently holding things up, the parties will find a way

21   to deal with so that it's not a problem.  And she seemed to

22   be satisfied with that for the moment until, you know, it

23   turns out that that happens.

24             But that's the conversation that we had.

25             THE COURT:  Ms. Sproul.

1          MS. SPROUL:  If I may, Your Honor?

2          THE COURT:  Sure.

3          MS. SPROUL:  I agree with ninety-nine percent of

4   that except for the last statement, which is that I would

5   like to discuss it with my client to determine whether or

6   not they have an interest in submitting something to the

7   Court that could be reviewed by the parties.  But we

8   understand that there will be an attempt to limit to a great

9   extent -- to the greatest extent what will be claimed to be

10  sealable material in the trial.

11         THE COURT:  All right.  Thank you.

12         MS. SPROUL:  Thank you.

13         MR. ZENSKY:  I'm sorry, Your Honor.  One other

14  clarification.  When you stated that you would split the

15  difference on the direct 1.5 hours and then one witness two

16  hours, I assume that you were referring to expert witnesses

17  --

18         THE COURT:  Yes.

19         MR. ZENSKY:  -- right?  Okay.  I was just

20  unclear.  Thank you.

21         THE COURT:  Yes.

22         MR. SOTTILE:  I'm sorry, Your Honor.  Too much

23  jack in the box popping up one after another.

24         Your Honor, would it be helpful to the Court for

25  the parties to deliver copies of expert reports at the time

1  that other -- at the time that exhibits are provided to you?

2  I recognize the Court's inclination is not to read them in

3  advance, but I simply wanted to inquire whether the Court

4  would find it helpful to have them available in advance of

5  the hearing beginning.

6           MR. BENDERNAGEL:  Your Honor, it may be that the

7  expert reports are on the exhibit list.  I think that may be

8  the case, so you may be getting them in that form anyway,

9  so.

10          THE COURT:  Okay.  Well, the answer is yes.

11          MR. SOTTILE:  Thank you, Your Honor.

12          THE COURT:  Okay.

13          MR. SOTTILE:  If they're -- if they're not on the

14  exhibit list, we will provide them.

15          THE COURT:  Okay.

16          MR. BOWDEN:  Your Honor, good afternoon.  Bill

17  Bowden of Ashby & Geddes for Aurelius.  One -- if I might,

18  Your Honor, one question with respect to delivery of the

19  confirmation briefs.  Would it be easier for Your Honor in

20  Your Honor's chambers if the sides coordinated and delivered

21  their -- their briefs to Your Honor in one set of binders

22  rather than piecemeal?

23          THE COURT:  How about two sets of binders?

24          MR. BOWDEN:  Very well, Your Honor.  Thank you.

25  We'll coordinate with Cole Schotz on that, then.

1          THE COURT:  When -- and when do you think you

2    would have them?

3          MR. BOWDEN:  Your Honor, I think I can commit to

4    Your Honor that we will have them as soon as Your Honor

5    would like to see them, but just not right now.

6          (Laughter)

7          This evening, Your Honor, or tomorrow morning.

8          THE COURT:  Tomorrow anytime is fine.

9          MR. BOWDEN:  Okay.  Thank you, Your Honor.

10         THE COURT:  Okay.  I -- I did receive and held,

11   just because we were coming to a hearing today, the motion

12   to shorten with respect to the -- it's a joint motion of the

13   DCL proponents to file the memorandum of law under seal.

14         Now I haven't looked at it, but I'm assuming, you

15   know, ultimately, you know, most of it will be -- or all of

16   it, I don't know, will be publicly available.  What -- what

17   had the DCL proponents anticipated?

18         MR. BENDERNAGEL:  My sense is there's one area in

19   the brief that is particularly sensitive to the lenders

20   relating to some of the FCC information, and I'm not sure

21   what the answer to that is.  There was other parts that were

22   under seal that were put there cautionary, but my guess is

23   we're not going to continue to have that under seal.  It was

24   that the experts had relied on certain highly confidential

25   information so people wanted to in an abundence of caustion

1  put that under seal.  But my sense is that doesn't need to

2  be under seal.

3          THE COURT:  Okay.  I expect that to be resolved

4  at least so far as the parties can by -- by the hearing time

5  Monday afternoon.

6          MR. BENDERNAGEL:  We'll take care of it, Your

7  Honor.

8          THE COURT:  I've signed the order.

9          MR. BENDERNAGEL:  Thank you.

10         MR. MOSKOWITZ:  Your Honor, Elliot Moskowitz from

11  Davis Polk.  Would now be the appropriate time just to

12  report on where we are with respect to the open privilege

13  log issue?

14         THE COURT:  Yes.

15         MR. MOSKOWITZ:  Okay.  So counsel conferred at

16  the break.  I actually sent Mr. Zensky and his colleagues a

17  list of the twenty-five documents on the privilege logs that

18  we believe are the most suspect facially, at least by

19  looking at the log entry, and that -- just a reminder to the

20  Court -- is a small subset of all the documents.  You've got

21  200 documents that have been logged.  We've just asked for

22  twenty-five to be submitted in camera.

23         The response -- Mr. Zensky can speak for himself,

24  but I believe they're not agreeable to that proposal.

25  Instead, they would like a different protocol; either

1  perhaps we split the difference in terms of deciding which

2  documents come before the Court or the Court randomly

3  selects.  I have a strong opposition to the notion that they

4  would select the documents that come before the Court.

5  Obviously, they have the documents and I don't, and so they

6  know -- they would - they would choose the most obviously

7  privileged documents.

8            THE COURT:  Well, here's what I do.  On the

9  understanding that both sides do precisely that, that each

10 side choose a number of documents and I'll just look at the

11 collection of what each side has chosen.

12           MR. MOSKOWITZ:  Very well, Your Honor.  And the

13 number would be --

14           THE COURT:  I'll look at -- I'll look at fifty if

15 you want me to look at fifty.

16           MR. MOSKOWITZ:  Perfect.  Thank you, Your Honor.

17           THE COURT:  Mr. Zensky.  Oh, don't look so

18 pained.

19           (Laughter)

20           MR. ZENSKY:  I don't know how he -- how we got to

21 fifty from an initial request of -- of twenty-five, Your

22 Honor.  I mean, as I said before I didn't think this was

23 appropriate.  I understand the Court's ruling.  I haven't

24 had a chance to look at the ones that Mr. Moskowitz elected.

25 I was a bit in demand during the break to try to discuss all

1  the issues that had --

2          THE COURT:  It's nice to be wanted.

3          MR. ZENSKY:  -- that had to be discussed, Your

4  Honor.

5          THE COURT:  Well, let me -- let me tell you what

6  I'm trying to save you from, the motion to exclude the

7  testimony of your two witnesses.  That's -- that's why I'm

8  doing this.

9          MR. ZENSKY:  Okay.  Well, I believe --

10          THE COURT:  I know you may not feel as if you're

11  being helped, but that's my purpose.

12          MR. ZENSKY:  So he's selected twenty-five.  Now

13  you want us to select twenty-five --

14          THE COURT:  If you want --

15          MR. ZENSKY:  -- as opposed to the Court picking

16  --

17          THE COURT:  Yes.  I --

18          MR. ZENSKY:  -- the ones?

19          THE COURT:  Yes.  If you like.  You don't have to

20  pick any if you don't want.

21          MR. ZENSKY:  Okay.  I would like a chance to

22  review the list to make sure there are not any that are

23  ultra sensitive.  For example, if there was a -- well, I

24  would just like the right to reserve -- to look at the list

25  and report back.

1          THE COURT:  When will you be able to do that?

2          MR. ZENSKY:  By tomorrow morning.

3          THE COURT:  Okay.

4          MR. ZENSKY:  Okay.

5          THE COURT:  Fair enough.  And so --

6          MR. ZENSKY:  And if there's no issue, we'll alert

7  the Court and Mr. Moskowitz.

8          THE COURT:  And then I would have the documents

9  for review by when?

10         MR. ZENSKY:  Lunchtime.

11         THE COURT:  That's great.  And if there's a

12  dispute, let me know.

13         MR. ZENSKY:  Okay.

14         THE COURT:  Okay.

15         MR. MOSKOWITZ:  Thank you, Your Honor.

16         THE COURT:  Anything left unaddressed?

17         Nancy?  Janet?

18         I understand Judge Gross is still available for

19  discussions.

20         (Laughter)

21         THE COURT:  That concludes this hearing.  The

22  Court will stand adjourned.

23      (Whereupon at 3:35 p.m., the hearing was adjourned)

24

25

1                          CERTIFICATION

2              I   certify   that   the   foregoing   is   a   correct

3    transcript   from   the   electronic   sound   recording   of   the

4    proceedings in the above-entitled matter.

5

6

7

8    Sherri Breach                    March 2, 2011

9    AAERT Cert. No. 397

10   Certified Court Transcriptionist

| Word | Page:Line |
|------|-----------|

**08-13141-kjc**(1) 1:5

**a.m**(1) 57:25

**abid**(1) 3:22

**ability**(2) 49:21 71:18

**able**(11) 27:10 29:13 35:20 37:17 52:18
61:1 65:21 68:11 72:2 73:22 82:1

**about**(58) 11:17 12:25 14:24 16:1 21:23
22:7 24:15 24:17 24:23 24:24 28:19 29:2
31:25 32:7 33:16 34:20 34:21 34:24 38:2
39:1 39:2 39:3 39:15 39:17 41:23 43:3
44:4 44:17 45:16 45:17 47:9 48:2 48:13
49:8 50:3 53:23 54:2 54:6 54:10 54:23
54:24 59:7 59:15 59:16 59:23 62:15 62:18
62:19 64:21 69:25 70:17 70:25 73:15
73:21 73:22 74:5 75:3 77:23

**above-entitled**(1) 83:4

**absence**(1) 61:6

**abundance**(1) 78:25

**acceptable**(3) 10:6 10:7 74:13

**accommodate**(1) 59:14

**accommodation**(1) 69:19

**accomodates**(2) 59:15 59:16

**accomplish**(1) 32:1

**according**(1) 60:21

**accurate**(1) 13:16

**accurately**(2) 14:10 67:5

**accuride**(1) 37:1

**acknowledge**(1) 34:1

**action**(1) 22:9

**actual**(4) 14:5 36:12 37:5 37:6

**actually**(15) 9:10 28:4 31:12 35:7 36:2
36:5 37:16 46:25 49:11 50:3 55:9 59:18
61:21 70:20 79:16

**adam**(1) 4:30

**add**(1) 59:9

**additional**(6) 10:14 10:15 18:22 28:1
59:15 71:4

**address**(8) 24:15 24:19 27:21 45:7 46:22
48:4 64:2 64:14

**addressed**(3) 24:11 48:22 49:14

**addresses**(1) 27:1

**addressing**(4) 24:11 24:13 54:16 64:11

**adds**(2) 20:7 46:8

**adelman**(1) 3:35

**adjourned**(2) 82:22 82:23

**adjusted**(1) 69:22

**adler**(1) 3:48

**admission**(1) 31:22

**adopt**(3) 47:12 48:23 66:8

**adopted**(1) 66:2

**advance**(5) 11:6 22:18 75:4 77:3 77:4

**advanced**(1) 11:22

**adversaries**(1) 10:14

**adversary**(1) 14:13

**advocate**(1) 47:12

**aert**(1) 83:9

**affect**(1) 51:9

**affirmative**(1) 23:10

**afford**(1) 67:15

**after**(10) 10:4 31:13 47:25 49:3 51:14
52:7 70:16 75:2 75:2 76:23

**afternoon**(10) 9:3 9:4 9:5 9:24 12:19
49:25 58:19 65:14 77:16 79:5

**afterwards**(2) 26:1 27:11

**again**(9) 14:7 18:7 22:2 26:10 35:22 38:5
49:25 53:24 72:9

**against**(2) 46:17 69:23

**agenda**(2) 9:7 73:15

**ago**(1) 25:5

**agree**(8) 27:12 29:1 29:13 50:7 53:7 57:14
57:16 76:3

**agreeable**(1) 79:24

**agreed**(3) 16:25 29:16 42:15

**agreement**(10) 16:5 26:7 28:20 28:21
39:13 63:12 64:20 65:16 65:21 66:21

**ahead**(4) 12:12 16:16 25:6 25:25

**akin**(4) 3:17 12:20 18:8 68:5

**alert**(1) 82:6

**all**(54) 9:2 9:23 13:20 16:11 17:7 17:18
18:2 25:14 29:19 31:8 32:7 33:9 35:11
35:13 37:11 38:3 40:23 40:25 42:1 43:15
44:17 45:10 46:2 47:15 48:19 50:17 50:2
51:15 52:15 54:4 54:7 54:8 55:4 56:4
60:6 62:14 62:23 63:3 64:1 65:17 66:13
67:23 68:2 68:23 69:8 70:4 72:19 73:25
74:2 74:17 76:11 78:15 79:20 80:25

**alleged**(1) 22:25

**allinson**(1) 3:11

**allison**(1) 1:38

**allocate**(2) 46:11 66:19

**allocation**(1) 43:24

**allotted**(1) 13:1

**allow**(14) 9:10 16:3 25:10 28:16 36:23
38:22 41:6 45:22 49:20 59:19 60:8 64:6
68:25 68:25

**allowed**(1) 13:1

**allowing**(1) 34:14

**almost**(2) 60:23 69:24

**along**(5) 25:13 43:2 62:15 69:16 69:21

**already**(2) 34:8 42:2

**also**(11) 30:18 40:7 44:19 45:12 59:17
60:2 61:10 61:17 62:2 63:24 66:20

**alternative**(1) 14:4

**although**(3) 65:22 66:10 66:24

**alvarez**(2) 8:37 8:37

**america**(2) 6:35 6:43

**americas**(3) 4:11 6:50 7:19

**amit**(1) 5:21

**among**(1) 72:7

**amount**(1) 47:16

**amplified**(1) 13:19

**amplify**(1) 13:20

**amy**(1) 2:12

**analyses**(2) 16:23 20:25

**analysis**(7) 21:3 21:15 29:10 30:10 30:17
30:18 36:17

**and**(301) 2:10 2:33 2:41 3:10 3:26 3:33
3:40 4:28 4:35 5:10 5:26 5:40 6:9 6:25
6:42 9:11 9:15 9:19 10:10 10:11
10:19 10:21 10:23 10:25 11:2 11:5 11:6
11:7 11:16 11:21 11:21 12:7 12:12 12:12
12:14 12:20 13:1 13:4 13:5 13:5 13:19
13:21 13:24 14:2 14:4 14:5 15:6 15:9
15:19 16:5 16:17 16:21 16:24 17:1 17:8
17:20 18:8 18:9 18:11 18:17 18:19 18:21
18:24 19:3 19:5 19:12 19:18 19:24 20:4
20:11 20:14 20:16 20:19 21:7 21:8 21:10
21:11 21:13 21:19 21:20 22:1 22:1 22:3
22:9 22:12 22:14 22:19 22:20 22:21 22:2
23:1 23:2 23:8 23:11 23:14 23:17 23:17
23:18 23:19 24:1 24:4 24:5 24:9 24:17
24:21 25:6 25:7 25:11 25:12 25:16 25:16
25:18 26:2 26:7 26:25 26:7 26:25 27:17
27:5 27:6 27:8 27:10 27:11 27:14 27:20
28:17 28:20 28:21 29:1 29:2 29:6 29:11
29:12 29:15 29:17 29:24 29:24 30:4 30:4
30:6 30:8 30:10 30:13 30:14 30:18 30:19
30:20 30:22 30:23 30:25 31:4 31:17 31:2
31:24 32:3 32:8 32:9 32:11 32:12 32:14
32:17 32:22 32:25 32:25 33:10 33:19
33:25 34:2 34:7 34:9 34:16 34:20 34:24
34:25 35:3 35:13 35:16 35:18 35:18 35:19
35:19 35:24 36:3 36:6 36:10 36:14 36:15
36:19 36:21 36:22 36:23 37:3 37:10 37:11
37:17 37:24 37:25 38:2 38:5 38:6 38:7
38:9 38:10 38:14 38:18 38:24 38:24 39:1
39:2 39:2 39:11 39:14 39:22 40:1 41:11
41:24 42:4 42:14 42:16 42:19 42:20 42:25
43:2 43:3 43:3 43:24 44:5 44:9 44:22
45:1 45:2 45:4 45:19 45:15 45:22 46:3
46:14 46:22 47:13 47:15 47:18 47:23
48:13 48:19 48:20 48:21 48:25 49:2 49:9
49:11 49:12 49:14 49:20 49:21 50:3 50:3
50:4 50:11 50:16 50:20 51:1 51:2 51:3
51:4 51:5 51:5 51:8 51:14 51:15 52:1
52:5 52:6 52:12 52:18 53:3 53:4 53:7
53:8 53:9 53:12 53:15 54:13 54:13 54:22
54:24 55:14 55:20 55:25 56:6 56:7 56:8
56:8 56:11

**anderson**(1) 6:10

**andrea**(1) 5:14

**andrew**(5) 2:20 3:6 4:7 4:8 4:38

**angeles**(1) 6:32

**angell**(1) 5:27

**anna**(2) 8:45 8:45

**announced**(1) 40:14

**another**(5) 45:15 52:3 73:8 75:15 76:23

**answer**(6) 53:4 68:21 68:21 73:12 77:10
78:21

**answers**(1) 59:6

**anticipate**(2) 9:14 64:10

**anticipated**(1) 78:17

**anticipation**(1) 75:13

**any**(26) 13:16 14:7 15:20 19:11 19:13
23:10 32:5 32:6 34:6 34:6 35:15 37:21
38:4 40:9 41:6 51:6 53:22 55:11 55:17
61:2 61:2 62:15 68:1 75:9 81:20 81:22

**anybody**(1) 61:2

**anybody's**(2) 27:6 72:9

**anyone**(8) 35:1 40:25 43:13 52:25 53:2
59:2 61:7 62:14

**anything**(14) 18:3 20:7 23:16 23:20 24:1
24:22 31:6 32:5 32:6 62:13 62:14 72:10
72:15 82:16

**anytime**(1) 78:8

**anyway**(1) 77:8

**apologies**(1) 50:20

**apparently**(1) 20:12

**appearances**(1) 1:44

**appeared**(1) 20:9

**appearing**(1) 10:22

**appears**(4) 23:22 35:19 35:22 58:16

**appellate**(1) 44:9

**applicable**(1) 39:8

**applies**(1) 40:5

**apply**(2) 21:7 39:25

**approach**(2) 46:21 66:2

**approaching**(1) 73:18

**appropriate**(15) 11:25 12:15 12:25 14:5
28:13 28:18 39:7 44:21 46:11 52:12 53:18
68:1 72:8 79:11 80:23

**are**(122) 9:11 9:12 9:17 10:6 10:7 10:7
10:16 10:17 10:23 11:3 11:4 11:16 11:18
11:22 11:22 11:25 12:9 13:5 13:18 14:18
15:3 15:5 15:23 15:25 17:1 17:16 19:24
20:4 20:16 20:23 22:20 23:3 25:18 25:19
26:24 29:10 30:14 33:22 33:24 34:13
34:16 34:20 35:21 36:4 36:5 36:10 37:10
40:4 40:9 40:19 45:11 45:23 43:17 43:18
44:5 45:10 45:10 45:11 45:12 45:15 45:17
46:17 46:17 47:20 47:21 47:24 48:15
48:18 51:11 51:23 52:20 53:19 53:22 54:1
54:16 54:24 55:2 55:3 55:10 55:13 55:20
55:20 56:1 56:6 56:9 56:14 56:22 56:22
58:6 61:20 61:20 63:12 64:20 64:24 65:16
65:18 65:21 67:12 67:12 67:13 67:19
67:25 68:12 70:2 70:4 70:23 72:24 72:25
73:1 74:7 74:8 74:8 74:13 74:21
75:20 77:1 77:7 79:12 79:18 81:22 81:22

**area**(2) 20:1 78:18

**aren't**(4) 54:16 70:3 71:5 71:24

**arguably**(1) 39:25

**argue**(1) 20:17

**argued**(1) 18:5

**argument**(6) 21:22 52:3 52:7 54:19 58:5
68:19

**arguments**(7) 20:23 21:21 22:1 54:11
54:13 68:12 68:18

**arm**(1) 14:16

**around**(4) 14:16 42:11 62:25 73:10

**arranged**(1) 59:15

**arrangement**(2) 51:19 53:17

**arrangements**(1) 68:13

**articulated**(1) 18:5

**ashby**(3) 3:27 77:17

**ashish**(1) 5:12

**ashley**(1) 4:21

**aside**(2) 45:24 48:5

**ask**(12) 16:18 17:5 18:2 20:19 24:25
25:22 38:18 57:18 59:1 67:15 68:10 75:3

**asked**(12) 25:4 41:10 52:24 53:3 59:12
60:2 61:10 68:10 68:15 68:16 79:21

**asking**(4) 36:20 37:10 38:22 67:20

**aspect**(1) 34:25

**asserted**(1) 30:8

**assertions**(3) 11:22 11:24 12:3

**assess**(1) 69:22

**assist**(1) 20:2

**associated**(3) 8:33 8:33 23:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**assume**(6) 49:5 52:6 57:4 61:14 65:11 76:16

**assuming**(4) 26:10 55:23 68:24 78:14
**atamian**(1) 5:22
**attaches**(1) 20:3
**attempt**(1) 76:8
**attempted**(2) 21:3 23:15
**attend**(1) 59:13
**attorney**(2) 68:8 68:11
**aurelius**(10) 3:17 3:41 10:21 12:8 12:18 12:21 18:9 30:6 68:6 77:17

**austin**(1) 1:25
**author**(2) 29:25 30:12
**authored**(2) 10:24 10:25
**automation**(2) 59:17 60:2
**available**(7) 17:1 22:2 22:8 71:16 77:4 78:16 82:18

**ave**(3) 2:7 3:29 3:43
**avenue**(11) 2:30 2:45 2:51 3:50 4:11 5:15 6:6 6:30 6:50 7:19 8:6

**avoided**(1) 21:25
**await**(1) 49:11
**aware**(1) 35:16
**away**(1) 34:16 44:5

**back**(8) 18:13 24:18 28:17 30:18 35:8 52:16 60:6 81:25

**backlog**(1) 56:10
**balance**(1) 45:21
**bank**(7) 2:42 2:49 3:47 5:19 6:35 6:43
**bankruptcy**(4) 1:1 1:20 55:3 56:5
**barclays**(1) 5:19
**barnes**(1) 5:4
**barred**(1) 21:14
**barren**(2) 28:4 32:5
**based**(6) 18:25 22:14 30:10 30:23 46:5 50:25

**basic**(1) 9:17
**basically**(4) 28:7 28:9 72:1 75:12
**basis**(7) 11:4 13:16 13:23 14:7 35:15 37:25 64:12

**because**(30) 10:12 12:5 12:15 16:3 19:14 21:12 24:16 26:21 30:5 30:19 31:2 35:21 36:7 37:18 38:19 41:10 46:18 50:5 51:12 56:13 57:15 57:22 58:4 59:24 60:4 60:5 73:10 73:13 73:7 75:8

**become**(5) 30:4 36:9 41:6 59:22 71:18
**bed**(1) 11:7
**been**(36) 9:10 10:8 10:20 12:6 12:9 12:16 14:19 16:24 18:5 18:12 23:19 30:20 35:14 35:22 35:25 39:7 39:24 40:6 42:1 42:2 43:1 47:9 55:7 55:9 55:11 56:5 56:8 56:14 56:16 59:12 62:3 65:21 66:21 68:15 70:16 79:21

**before**(17) 1:19 16:6 25:24 27:5 35:8 36:5 36:7 37:12 43:8 50:18 50:19 64:23 65:7 65:18 80:2 80:4 80:22

**begin**(2) 33:11 55:25
**beginning**(2) 55:19 77:5
**begun**(2) 10:9 34:8
**behalf**(2) 9:6 35:6
**behind**(2) 19:18 22:13
**behold**(1) 30:6
**being**(13) 11:4 11:22 18:20 22:6 23:6 23:12 31:22 36:22 51:23 52:19 61:21 68:12 81:11

**believe**(11) 11:14 13:24 19:24 24:12 24:17 24:18 43:18 46:4 46:11 46:21 49:1 52:10 53:10 54:1 55:8 55:12 63:15 66:5 79:18 79:24 81:9

**believes**(3) 12:2 13:15 13:18
**bench**(2) 59:20 60:5
**bendernagel**(45) 1:27 24:8 24:8 25:3 26:17 27:9 27:14 27:17 27:21 28:1 32:6 32:8 41:2 41:9 41:16 41:21 42:9 42:11 42:13 42:20 42:22 42:25 43:7 43:9 43:11 53:5 57:9 57:11 57:25 58:20 61:9 61:19 62:1 71:22 72:20 72:23 73:4 73:7 73:25 74:5 75:11 77:6 78:18 79:6 79:9

**benefit**(1) 66:6
**benjamin**(1) 2:29
**bennett**(1) 6:27
**benson**(1) 5:41
**berkley**(1) 21:10
**berry**(1) 3:20
**best**(1) 47:5
**better**(7) 16:4 20:18 43:8 54:5 61:13 63:18 70:11

**between**(7) 18:24 22:20 27:7 29:14 51:2 51:3 63:13

**beyond**(8) 19:23 34:2 39:11 47:21 53:8 56:9 57:14 59:23

**bifferato**(1) 5:34
**big**(5) 19:4 53:12 59:18 60:3 60:10
**bigelow**(1) 7:23
**bill**(2) 3:28 77:16
**billion**(1) 30:9
**binder**(2) 72:25 74:6
**binders**(13) 60:20 60:23 61:11 61:13 61:23 61:23 61:24 70:24 70:25 71:3 71:6 77:21 77:23
**binding**(1) 29:4
**bit**(5) 46:8 46:8 49:19 70:22 80:25
**blabey**(1) 6:49
**black**(16) 20:22 20:24 21:20 22:10 22:20 22:24 23:7 23:14 24:6 26:24 28:7 28:19 29:8 32:19 53:6 58:1

**black's**(3) 28:3 57:13 58:10
**bldg**(2) 4:47 7:6
**bleakhouse**(1) 45:2
**blizzard**(1) 47:4
**block**(2) 2:19 60:12
**board**(1) 7:31
**bockius**(1) 8:10
**boggs**(2) 4:47 7:6
**book**(1) 57:21
**both**(18) 17:8 20:7 20:21 23:3 24:9 25:1 26:7 29:2 30:16 30:22 35:13 47:22 55:1 55:4 55:20 66:23 73:22 80:9

**bottom**(1) 70:24
**bowden**(6) 3:28 77:16 77:17 77:24 78:3 78:9

**box**(3) 3:30 59:20 76:23
**brady**(1) 6:20
**brandywine**(1) 6:21
**breach**(1) 83:8
**break**(13) 24:21 33:10 39:16 59:10 62:17 63:8 66:21 68:7 70:16 71:14 75:10 79:16 80:25

**breaking**(1) 70:21
**brett**(1) 1:37
**brian**(1) 8:38
**bridge**(1) 59:25
**bridgeport**(2) 21:11 21:12
**brief**(6) 18:11 68:11 68:19 68:25 69:2
**briefcase**(1) 31:17
**briefly**(5) 31:9 31:10 54:2 56:2 56:3
**briefs**(5) 37:11 52:6 75:3 77:19 77:21
**brigade**(2) 8:41 8:41
**bring**(2) 18:22 60:2

**bringing**(1) 62:21
**broadcast**(2) 30:4 30:13
**broadway**(3) 3:37 5:23 5:46
**brodsky**(2) 10:23 10:23
**brown**(3) 3:4 5:19 17:12
**brought**(2) 30:18 60:17
**bruce**(1) 6:27
**bryan**(1) 1:31
**bryant**(1) 3:23
**build**(2) 72:24 75:14
**building**(5) 6:21 62:9 74:5
**bulk**(2) 51:20 74:12
**bunch**(1) 71:23
**burden**(5) 11:15 15:15 37:14 38:5 55:15
**burdensome**(2) 11:10 11:12
**bush**(1) 4:37
**business**(2) 30:13 75:19
**busy**(1) 37:15
**but**(119) 9:17 10:15 11:17 12:2 14:7 16:6 17:19 17:23 20:6 20:19 20:20 21:13 21:15 22:22 23:15 24:2 24:5 24:17 24:18 24:21 24:23 25:13 25:24 25:25 26:4 26:6 26:9 27:2 27:6 28:15 29:4 30:1 30:2 30:7 33:15 33:23 33:25 34:2 34:4 34:10 34:19 34:22 34:25 35:11 35:21 36:4 36:9 36:20 37:15 37:22 37:22 38:6 39:6 39:13 40:2 40:7 40:22 41:11 41:13 41:22 42:4 42:10 43:5 46:8 48:3 48:20 49:16 50:8 51:11 52:9 52:21 53:3 55:10 57:15 57:20 58:3 58:12 59:10 59:25 60:10 60:16 60:25 61:10 61:20 61:22 62:1 62:21 62:20 62:25 63:17 64:1 65:3 66:7 66:21 67:23 69:1 70:2 70:6 70:8 70:13 71:16 71:18 71:22 72:3 72:13 73:14 74:9 74:10 75:16 75:24 76:7 77:3 78:5 78:14 78:22 79:1 79:24 81:11

**bynum**(1) 7:38
**caleb**(2) 4:47 7:6
**call**(6) 51:1 51:1 51:3 56:24 72:2 72:13
**called**(1) 61:20
**calls**(1) 51:3
**came**(1) 22:14
**camera**(7) 11:20 12:13 14:6 14:23 15:17 15:21 79:22

**camped**(1) 53:16
**can**(51) 11:7 11:8 11:15 11:16 11:20 11:21 11:23 13:20 14:16 15:19 25:19 27:19 29:11 29:12 31:9 34:9 39:15 40:9 41:16 42:16 46:4 47:5 47:18 48:9 48:20 49:2 49:2 51:9 53:10 53:15 54:18 55:19 56:2 56:20 58:1 58:4 61:16 61:16 62:6 63:15 67:15 68:21 69:13 71:7 71:10 71:10 72:20 78:3 79:4 79:23

**can't**(7) 27:6 36:15 46:19 57:19 60:6 68:21 73:17

**candice**(1) 1:34
**cannot**(1) 12:5
**cantor**(2) 6:36 21:11
**canvas**(1) 48:2
**capital**(6) 3:17 3:41 8:41 8:41 12:21 68:6
**care**(1) 44:2 79:6
**carefully**(1) 13:21
**carey**(1) 1:19
**caring**(1) 54:24
**carlyle**(1) 2:49
**carried**(3) 16:18 17:6 62:22
**carry**(1) 17:23
**case**(37) 1:5 7:17 10:16 12:15 13:2 14:20 18:14 21:7 21:10 21:11 21:13 22:7 28:21 30:5 30:7 30:8 31:2 34:5 35:7 36:4 36:5 37:1 39:25 46:4 46:25 47:10 47:21 50:7 51:17 52:18 56:7 67:10 67:11 69:25 70:2 77:8

| | | | | | | **cases**(19) 22:1 22:5 25:14 37:7 44:8 44:9 44:20 44:24 44:25 45:23 47:3 48:9 48:16 55:5 55:19 55:22 56:6 70:10 74:7 | |

**categories**(2) 9:12 9:17
**category**(1) 64:4
**cause**(1) 53:10
**caution**(1) 78:25
**cautionary**(1) 78:22
**centerpiece**(1) 46:4
**cert**(1) 83:9
**certain**(2) 13:18 78:24
**certainly**(9) 18:19 25:10 35:4 49:16 51:17 52:9 54:9 54:22 72:22

**certainty**(1) 69:7
**certification**(1) 83:1
**certify**(1) 83:2
**chachas**(9) 18:24 19:24 20:3 20:10 20:16 20:17 29:18 30:3 30:15

**chadbourn**(1) 4:16
**challenge**(2) 38:15 38:15
**chambers**(1) 77:20
**chance**(7) 32:23 33:2 33:7 62:18 62:18 80:24 81:21

**chandler**(1) 7:23
**change**(2) 15:5 59:20
**changed**(1) 10:17
**changes**(1) 30:25
**chapter**(1) 1:9
**charged**(3) 46:17 49:5 49:7
**chase**(1) 2:42
**chess**(1) 67:10
**chicago**(9) 1:41 2:22 7:11 7:27 7:34 7:47 8:26 35:6 75:12

**choice**(1) 16:3
**choose**(2) 80:6 80:10
**chose**(1) 32:13
**chosen**(2) 61:21 80:11
**chung**(1) 6:44
**circuit**(2) 31:25 38:1
**circulate**(1) 72:7
**circumspect**(1) 38:20
**cited**(2) 21:10 22:5
**citi**(1) 22:1
**citi**(1) 4:4
**citibank**(4) 17:8 17:10 17:14 17:16
**citigroup**(5) 16:17 16:20 16:25 17:8 17:9
**claim**(1) 9:10
**claimed**(1) 76:9
**claims**(1) 26:25
**claire**(1) 7:24
**clarification**(4) 22:18 50:13 68:10 76:14
**clarify**(2) 41:16 56:21
**clark**(1) 2:21
**class**(1) 22:8
**clear**(4) 15:4 19:2 19:12 25:23
**cleared**(1) 62:23
**clearly**(2) 38:1 44:7
**clerk**(3) 9:2 60:25 63:3
**client**(3) 13:23 68:22 76:5
**clients**(1) 37:18
**clock**(1) 4:29
**close**(2) 22:6 34:6
**closed**(1) 37:21
**closely**(1) 30:16
**closer**(1) 65:22
**closing**(2) 52:6 74:11
**cmo**(3) 23:18 52:5 52:15
**coalesce**(1) 45:19
**coast**(1) 68:8
**cobb**(1) 4:29
**code**(2) 21:7 22:2
**cole**(2) 2:4 9:7 77:25
**colleagues**(2) 20:6 79:16
**collection**(1) 80:11

| Word | Page:Line |
|---|---|
| **colleen**(1) 1:30 | |
| **collins**(1) 2:35 | |
| **color**(1) 70:22 | |
| **combined**(1) 51:5 | |
| **come**(19) 22:5 24:18 26:7 29:1 29:2 29:12 29:17 33:13 39:2 49:9 53:17 64:23 65:18 69:4 72:1 72:24 74:6 80:2 80:4 | |
| **comes**(4) 12:9 12:10 29:15 36:13 | |
| **coming**(1) 78:11 | |
| **commencemen**(1) 62:20 | |
| **comment**(3) 12:22 39:12 74:4 | |
| **comments**(2) 44:3 46:22 | |
| **commit**(1) 78:3 | |
| **committee**(13) 4:15 7:30 14:3 22:17 24:10 32:11 32:11 43:22 50:6 53:15 53:25 57:3 63:5 | |
| **companies**(3) 21:5 30:14 62:3 | |
| **company**(8) 1:8 2:11 17:13 23:25 30:9 30:19 32:21 50:10 | |
| **company's**(3) 19:11 19:19 23:13 | |
| **comparable**(1) 30:14 | |
| **compared**(3) 26:2 28:6 28:8 | |
| **compel**(1) 13:4 | |
| **complete**(2) 26:20 57:18 | |
| **completed**(1) 55:7 | |
| **completely**(1) 32:18 | |
| **complex**(4) 46:24 55:2 67:13 70:3 | |
| **complexity**(1) 70:1 | |
| **complied**(1) 56:8 | |
| **con**(1) 54:14 | |
| **conaway**(1) 6:10 | |
| **concern**(6) 32:20 39:22 40:2 54:23 61:19 61:19 | |
| **concerned**(2) 33:23 57:16 | |
| **concerning**(3) 46:2 46:10 50:17 | |
| **concerns**(1) 48:21 | |
| **conclude**(1) 55:12 | |
| **concluded**(1) 72:18 | |
| **concludes**(1) 82:21 | |
| **conclusion**(3) 21:16 27:8 48:5 | |
| **conclusory**(1) 37:17 | |
| **concrete**(1) 49:15 | |
| **condemn**(1) 36:11 | |
| **conditions**(1) 42:2 | |
| **conduct**(2) 25:20 40:17 | |
| **conducted**(2) 46:17 46:18 | |
| **confer**(4) 10:9 26:7 33:11 39:15 | |
| **conference**(2) 58:18 73:24 | |
| **conferred**(4) 48:11 59:7 63:14 79:15 | |
| **conferring**(1) 10:8 | |
| **confers**(1) 13:5 | |
| **confess**(1) 49:9 | |
| **confidence**(1) 34:14 | |
| **confident**(2) 52:1 75:16 | |
| **confidential**(6) 34:19 34:22 35:15 35:18 35:21 78:24 | |
| **confidentiality**(3) 34:15 34:25 35:23 | |
| **confirm**(1) 27:7 | |
| **confirmation**(9) 11:9 21:22 34:5 39:24 40:18 43:25 56:22 75:3 77:19 | |
| **confirmations**(1) 70:5 | |
| **confirmed**(1) 23:13 | |
| **confused**(5) 41:10 41:11 41:17 50:3 69:3 | |
| **confusion**(1) 50:20 | |
| **congestion**(1) 63:16 | |
| **conlan**(1) 1:26 | |
| **connection**(3) 27:1 30:23 40:12 | |
| **consent**(1) 74:12 | |
| **consequence**(1) 63:21 | |
| **consider**(3) 57:19 65:24 66:19 | |
| **consideration**(1) 57:6 | |
| **consist**(1) 70:17 | |
| **consistent**(3) 39:10 42:14 47:14 | |
| **constitution**(1) 36:1 | |

| Word | Page:Line |
|---|---|
| **consult**(3) 34:8 39:17 62:18 | |
| **contacted**(1) 68:7 | |
| **contained**(1) 35:14 | |
| **contemplated**(1) 65:9 | |
| **contemplation**(1) 56:25 | |
| **contested**(1) 70:5 | |
| **continue**(2) 55:17 78:23 | |
| **continued**(10) 1:44 2:2 3:2 4:2 5:2 6:2 7:2 8:2 9:10 10:13 | |
| **continuing**(3) 10:3 12:24 13:3 | |
| **contracted**(1) 62:3 | |
| **contrary**(1) 27:17 | |
| **contrast**(1) 11:2 | |
| **control**(2) 46:19 49:21 | |
| **conversation**(1) 75:24 | |
| **conversations**(1) 50:2 | |
| **convinced**(2) 45:10 45:12 | |
| **coordinate**(1) 77:25 | |
| **coordinated**(1) 77:20 | |
| **copies**(3) 61:18 70:17 76:25 | |
| **copy**(2) 21:12 71:16 | |
| **core**(1) 47:10 | |
| **corner**(1) 42:11 | |
| **correct**(3) 57:7 72:12 83:2 | |
| **corrected**(1) 55:10 | |
| **correctly**(1) 65:8 | |
| **corroon**(1) 6:10 | |
| **could**(22) 12:3 15:9 15:15 22:7 23:20 29:1 29:2 31:23 33:11 35:13 38:11 39:1 39:1 39:25 46:6 51:6 59:14 60:17 64:25 66:3 66:4 76:7 | |
| **couldn't**(1) 53:4 | |
| **counsel**(19) 10:8 10:9 14:21 16:3 16:25 33:10 39:15 43:21 45:6 48:12 53:25 60:7 60:8 60:12 60:17 63:5 64:13 68:6 79:15 | |
| **count**(2) 46:16 71:5 | |
| **counts**(1) 52:8 | |
| **couple**(6) 25:5 25:23 26:18 27:22 48:13 73:18 | |
| **course**(7) 15:10 16:21 38:10 44:1 54:21 60:24 74:9 | |

| Word | Page:Line |
|---|---|
| **court**(243) 1:1 9:3 9:8 9:16 9:18 9:23 10:10 11:12 11:15 11:18 11:20 11:24 12:2 12:5 12:13 12:18 13:7 13:9 13:11 13:13 14:12 14:15 14:19 15:9 15:11 15:16 15:18 15:25 16:2 16:11 16:13 16:16 17:5 17:7 17:11 17:25 18:2 19:6 20:3 24:7 24:25 25:22 26:13 27:4 27:10 27:16 27:18 31:8 31:10 31:13 31:14 33:2 33:5 33:9 33:18 34:13 35:4 35:12 36:7 36:12 36:17 36:18 36:23 37:10 37:16 38:6 38:8 38:22 38:24 38:25 39:9 39:11 39:19 39:22 40:2 40:11 40:17 40:22 40:25 41:8 41:13 41:15 41:19 41:22 42:10 42:12 42:19 42:21 42:23 43:5 43:8 43:10 43:12 43:15 43:19 44:7 44:9 44:12 44:19 44:22 45:3 45:6 45:19 45:22 45:24 46:3 46:15 46:23 47:14 47:19 47:24 48:5 48:20 49:1 49:2 49:5 49:16 49:20 49:23 51:13 52:4 52:9 53:21 53:24 55:6 55:23 55:24 56:3 57:9 57:23 58:16 58:22 58:24 59:1 59:5 59:9 61:5 61:8 61:14 61:25 62:2 62:17 63:1 63:7 63:8 63:17 64:2 64:3 64:6 64:11 64:14 64:18 64:20 65:2 65:5 65:8 65:10 65:19 65:24 66:6 66:8 66:11 66:15 66:18 66:18 66:22 66:23 66:25 67:2 67:20 68:2 68:10 68:20 68:24 69:4 69:5 69:8 69:10 71:2 71:7 71:13 71:25 72:2 72:7 72:13 72:17 72:22 73:3 73:6 73:20 74:2 74:13 74:16 74:19 74:23 75:3 75:5 75:7 75:9 75:25 76:2 76:7 76:11 76:18 76:21 76:24 77:3 77:10 77:12 77:15 77:23 78:1 78:8 78:10 79:3 79:8 79:14 79:20 80:2 80:2 80:4 80:8 80:10 80:17 81:2 81:5 81:10 81:14 81:15 81:17 81:19 82:1 82:3 82:5 82:7 82:8 82:11 82:14 82:16 82:21 82:22 | |
| **court's**(4) 44:3 45:17 46:6 46:22 48:6 51:7 54:19 77:2 80:23 | |
| **courtroom**(15) 10:18 34:17 34:23 53:14 53:16 59:14 59:14 60:3 60:7 60:12 60:15 61:16 62:10 63:15 64:12 | |
| **courtrooms**(1) 59:24 | |
| **courts**(1) 47:8 | |
| **creates**(1) 56:10 | |
| **creditors**(4) 4:16 43:22 53:25 63:6 | |
| **critical**(1) 56:3 | |
| **cross**(3) 26:3 51:22 59:25 | |
| **cross-examination**(2) 49:12 54:20 | |
| **cross-examinations**(4) 46:18 48:17 49:20 49:22 | |
| **cross-examine**(1) 49:6 | |
| **cross-examined**(1) 31:24 | |
| **crosses**(1) 46:20 | |
| **crossing**(1) 51:15 | |
| **cumulative**(1) 20:2 | |
| **current**(1) 18:19 | |
| **currently**(1) 75:20 | |
| **custodians**(1) 10:21 | |
| **customary**(1) 25:14 | |
| **damage**(2) 23:25 32:20 | |
| **damages**(1) 22:8 | |
| **dan**(2) 2:26 | |
| **daniel**(5) 3:19 4:31 6:36 6:37 68:5 | |
| **dash**(1) 3:6 | |
| **data**(1) 1:48 | |
| **date**(2) 52:16 73:15 | |
| **dates**(1) 56:7 | |
| **dave**(1) 2:14 | |
| **david**(16) 1:33 3:18 3:48 4:17 4:23 4:46 5:5 5:13 5:43 6:49 7:5 7:32 12:20 18:8 50:1 67:3 | |
| **davidson**(1) 8:16 | |
| **davis**(4) 2:25 4:6 9:25 79:11 | |
| **day**(10) 7:31 16:19 22:13 46:6 46:7 49:18 52:3 52:16 62:20 65:11 | |

| Word | Page:Line |
|---|---|
| **days**(25) 12:1 13:1 13:22 45:25 46:1 46:5 46:7 47:18 47:25 48:5 49:3 50:4 50:7 50:11 50:16 50:16 51:6 51:10 52:1 52:4 52:10 54:7 54:14 54:15 54:21 57:5 | |
| **dcl**(10) 28:5 48:23 59:2 60:21 66:1 68:9 68:16 70:23 78:13 78:17 | |
| **deadline**(3) 18:21 18:22 56:10 | |
| **deadlines**(1) 52:16 | |
| **deal**(10) 27:19 28:15 29:3 39:16 54:21 59:23 62:21 65:17 74:16 75:21 | |
| **dealt**(5) 44:1 54:18 65:1 71:24 72:4 | |
| **dearborn**(1) 1:40 | |
| **debates**(1) 13:5 | |
| **debenture**(1) 5:34 | |
| **debtor**(5) 9:6 38:10 50:6 53:15 57:3 | |
| **debtor/lender**(1) 24:9 | |
| **debtors**(11) 1:13 1:25 2:4 14:4 18:15 18:24 19:2 20:20 24:9 42:14 51:2 | |
| **decide**(6) 11:23 15:24 21:18 27:12 66:23 70:14 | |
| **deciding**(1) 80:1 | |
| **decision**(8) 21:3 21:13 22:25 31:3 42:8 46:24 49:3 70:14 | |
| **decisions**(1) 47:9 | |
| **declined**(1) 19:2 | |
| **dedicated**(1) 46:1 | |
| **deems**(1) 11:24 | |
| **deep**(1) 67:9 | |
| **deeply**(1) 45:10 | |
| **defer**(1) 22:19 | |
| **definitely**(2) 32:22 73:6 | |
| **degree**(1) 25:13 | |
| **delaware**(6) 1:2 1:13 2:7 2:51 3:29 9:1 | |
| **delays**(1) 52:15 | |
| **delineating**(1) 42:17 | |
| **delineation**(3) 19:2 22:19 57:1 | |
| **deliver**(1) 76:25 | |
| **delivered**(2) 75:4 77:20 | |
| **delivery**(1) 77:18 | |
| **demand**(1) 80:25 | |
| **demonstrating**(1) 38:18 | |
| **dennis**(1) 2:26 | |
| **deny**(1) 26:6 | |
| **department**(3) 8:28 8:29 59:17 | |
| **depend**(1) 49:12 | |
| **depending**(1) 51:3 | |
| **depose**(1) 17:4 | |
| **deposed**(6) 48:16 51:20 51:21 51:24 56:16 67:17 | |
| **deposition**(16) 16:20 17:21 19:1 19:10 19:17 19:19 19:23 20:13 22:18 25:20 37:11 43:4 53:6 53:11 57:13 73:11 | |
| **depositions**(13) 18:20 18:21 22:20 48:15 54:24 54:25 55:6 55:12 55:13 55:16 55:17 56:9 56:11 | |
| **depostiions**(2) 55:11 55:9 | |
| **describe**(2) 14:10 65:22 | |
| **described**(4) 30:2 38:11 67:5 72:5 | |
| **description**(4) 13:25 16:1 23:23 46:6 | |
| **descriptions**(3) 13:15 13:18 14:8 14:24 | |
| **designated**(1) 35:18 | |
| **designation**(1) 35:23 | |
| **designed**(1) 32:1 | |
| **detail**(1) 10:8 | |
| **details**(2) 19:5 26:25 | |
| **determination**(2) 25:8 41:23 | |
| **determine**(4) 32:10 34:9 44:14 76:5 | |
| **determined**(1) 17:3 | |
| **deutsch**(1) 4:22 | |
| **deutsche**(1) 3:47 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**develop**(1) 45:5
**developments**(1) 18:25
**devoted**(3) 46:9 48:1 55:22
**dewey**(1) 6:26
**diamond**(1) 8:17
**diaz**(1) 1:48
**did**(19) 13:1 14:2 20:9 20:12 23:9 24:15 32:11 32:18 40:3 47:18 49:8 49:9 50:15 57:9 60:3 61:10 62:13 66:20 75:14 78:10

**didn't**(12) 23:16 23:20 24:16 27:18 28:11 30:7 40:14 41:8 50:7 50:22 51:5 80:22

**didn't**(1) 75:1
**difference**(4) 27:7 69:11 76:15 80:1
**different**(5) 25:23 30:24 47:22 70:5 79:25
**differently**(2) 12:8 27:13
**difficult**(4) 36:14 48:17 48:18 70:7
**digest**(2) 52:18 55:15
**direct**(19) 26:8 30:7 33:11 33:15 46:16 48:8 51:8 51:11 51:16 55:16 65:25 66:4 66:6 66:13 67:6 67:19 69:11 69:14 76:15

**direction**(1) 26:15
**directly**(1) 54:16
**directors**(1) 7:31
**disability**(1) 55:1
**disagree**(1) 32:22
**disagreement**(2) 29:14 67:9
**disclosure**(1) 36:13
**disclosures**(1) 23:17
**discovery**(3) 9:12 9:18 56:10
**discretion**(1) 20:1
**discuss**(7) 12:4 15:2 18:16 52:20 66:20 76:5 80:25

**discussed**(3) 45:6 52:4 81:3
**discussion**(5) 13:19 23:9 28:10 50:22 75:9
**discussions**(2) 63:8 82:19
**dispute**(6) 12:25 14:5 17:2 52:4 73:23 82:12

**disputes**(1) 64:24
**distressed**(2) 38:11 38:12
**distributions**(1) 21:24
**district**(1) 1:2
**dividing**(1) 63:12
**docket**(2) 36:15 38:13
**document**(6) 12:11 12:11 13:25 36:17 36:17 38:14

**documents**(48) 10:13 10:15 11:16 11:20 11:25 12:6 12:10 12:16 13:21 14:3 14:10 15:16 15:20 16:16 16:22 16:25 17:2 17:4 17:15 17:20 34:14 34:21 35:14 35:17 35:20 36:2 36:5 36:10 36:10 36:14 36:16 37:10 38:1 38:9 40:3 40:6 40:9 40:11 64:25 74:6 79:17 79:20 79:21 80:2 80:4 80:5 80:7 80:10 82:8

**documetns**(1) 75:17
**dodge**(1) 5:27
**does**(12) 13:25 29:23 32:6 36:20 36:21 50:9 50:10 51:9 51:17 61:2 62:14 66:21
**doesn't**(6) 20:19 29:20 31:5 39:3 41:25
**doesn't**(t)(2) 73:13 79:1
**doing**(6) 20:5 27:2 38:20 47:13 55:2 81:8
**don**(1) 2:15
**don't**(51) 9:13 9:14 13:16 14:7 15:1 15:24 17:17 18:17 19:22 20:7 21:11 22:5 24:18 25:25 25:25 28:10 31:6 33:13 33:13 33:14 33:18 33:18 33:22 36:18 38:6 38:12 41:1 42:16 49:15 52:8 52:10 53:2 54:1 54:15 58:3 58:6 62:7 62:9 64:13 67:13 67:24 69:1 71:7 72:1 73:23 78:16 80:5 80:17 80:20 81:19 81:20

**donald**(1) 2:28

**done**(9) 12:2 17:17 29:24 30:11 47:16 47:17 51:9 52:10 56:7

**don't**(1) 71:22
**door**(1) 62:10
**doucments**(1) 35:25
**doug**(1) 4:22
**dougherty**(2) 8:23 8:24
**down**(7) 27:24 46:12 52:7 52:11 67:20 68:1 73:17

**dozens**(2) 21:20 21:20
**draft**(1) 38:25
**drive**(1) 8:25
**dropped**(1) 19:14
**ducayet**(1) 1:29
**due**(1) 56:4
**duplicate**(1) 29:19
**duplicative**(3) 19:25 20:17 29:21
**during**(13) 16:21 27:10 27:19 37:22 46:7 54:21 68:7 70:16 71:14 72:5 74:9 75:10 80:25

**dynamics**(2) 70:4 70:4
**each**(19) 26:8 34:8 38:19 38:20 39:3 46:13 46:13 48:10 53:1 63:16 63:18 66:3 66:5 66:7 69:13 70:24 79:9 80:11

**earlier**(1) 25:24
**early**(1) 13:17
**easier**(1) 77:19
**easily**(1) 53:10
**east**(2) 3:13 8:18
**ecro**(1) 1:46
**edwards**(1) 5:27
**effect**(1) 37:22
**effective**(3) 25:20 47:4 47:10
**effectively**(1) 36:6
**efficient**(1) 71:11
**effort**(1) 45:21
**egi-trb**(1) 2:19
**eight**(3) 22:3 23:3 74:14
**either**(8) 14:1 19:15 33:3 38:14 60:5 63:25 64:14 79:25

**elden**(1) 8:23
**eldersveld**(1) 2:14
**elected**(1) 80:24
**electronic**(3) 1:53 71:16 83:3
**electronically**(4) 61:11 61:12 71:9 71:20
**eleven**(2) 10:25 73:1
**elliot**(2) 2:27 79:10
**elliott**(1) 9:25
**else**(5) 13:5 39:15 40:25 43:13 52:25
**email**(1) 68:8
**emails**(5) 10:20 10:24 10:25 11:3 12:17
**embodied**(1) 54:12
**empitus**(1) 34:12
**encompassed**(2) 32:4 54:14
**encompasses**(1) 54:8
**end**(3) 14:10 39:14 73:18
**engaged**(2) 36:17 65:18
**english**(1) 3:47
**enormous**(1) 67:12
**enough**(7) 11:12 14:19 15:1 33:14 33:15 52:1 82:5

**ensuring**(1) 48:8
**entered**(3) 28:25 34:3 34:13
**entire**(2) 10:21 46:1
**entirely**(1) 19:25
**entirety**(2) 18:12 50:7
**entities**(1) 4:4
**entries**(5) 10:16 10:7 10:9 15:2 36:15
**entry**(2) 38:13 79:19
**envisioned**(2) 54:6 54:9
**eos**(2) 8:48 8:48
**ephraim**(1) 8:17
**equipment**(1) 62:5
**equity**(2) 23:12 32:21

**equivalent**(1) 21:17
**esq**(84) 1:26 1:27 1:28 1:29 1:30 1:31 1:32 1:33 1:34 1:35 1:36 1:37 1:38 1:39 2:6 2:20 2:26 2:27 2:28 2:29 2:35 2:36 2:50 3:5 3:6 3:12 3:18 3:19 3:20 3:21 3:22 3:28 3:36 3:48 3:49 4:6 4:7 4:8 4:9 4:10 4:17 4:18 4:19 4:20 4:21 4:22 4:23 4:24 4:30 4:31 4:37 4:38 4:39 4:46 5:5 5:12 5:13 5:14 5:20 5:27 5:28 5:35 5:43 5:44 5:45 6:5 6:11 6:20 6:27 6:28 6:29 6:36 6:37 6:49 7:5 7:12 7:18 7:24 7:32 7:45 8:5 8:11 8:24

**essential**(1) 28:21
**essentially**(5) 19:10 28:25 29:5 29:16 30:8
**essnetially**(1) 29:15
**esther**(1) 6:44
**estimate**(1) 46:5
**even**(13) 10:6 15:4 24:2 24:16 28:11 29:9 37:12 51:12 51:16 56:12 56:18 65:11 67:17

**evening**(1) 78:7
**event**(1) 49:11
**ever**(2) 31:12 31:22
**every**(4) 38:13 38:14 38:17 69:23
**everybody**(1) 39:3
**everybody's**(1) 43:1
**everyone**(4) 9:3 13:5 14:8 72:7
**everyone's**(1) 37:15
**everything**(1) 66:22
**evidence**(10) 25:2 28:14 37:6 37:19 37:23 50:16 52:18 62:20 72:18 72:25

**evidnece**(1) 65:7
**exactly**(4) 24:14 48:18 51:25 58:7
**examination**(8) 26:8 27:19 34:9 65:25 66:7 66:13 67:7 69:11

**examinations**(4) 33:12 46:16 48:8 55:16
**examine**(1) 17:20
**examiner**(8) 28:22 29:1 29:6 29:11 29:11 31:21 31:23 35:9

**examiner's**(1) 35:8
**example**(7) 14:4 21:19 26:24 34:21 65:13 74:11 81:23

**except**(5) 15:19 33:20 63:11 74:19 76:4
**exception**(1) 66:7
**exchange**(1) 34:14
**exchanged**(2) 24:5 32:14
**exclude**(3) 33:5 50:16 81:6
**excuse**(1) 22:20
**exercise**(1) 44:13
**exhibit**(5) 34:23 61:20 74:20 77:7 77:14
**exhibits**(18) 35:11 35:13 37:25 38:9 60:22 70:17 70:23 71:5 72:24 72:24 72:25 73:1 73:2 74:7 74:8 74:15 74:21 77:1

**exists**(1) 36:22
**expect**(5) 42:16 46:7 62:9 64:13 79:3
**expecting**(1) 19:17
**experience**(2) 20:18 44:23
**experienced**(1) 47:15
**expert**(40) 18:16 18:18 18:21 18:21 21:1 21:18 22:4 22:7 22:9 22:25 23:6 23:10 23:16 23:17 23:18 25:15 25:16 26:20 26:23 29:3 29:7 29:23 30:3 31:4 32:9 41:5 41:6 51:5 51:13 56:11 66:1 66:4 66:6 66:9 69:13 73:9 75:1 76:16 76:25 77:7

**expert's**(2) 21:14 27:7 51:8
**expertise**(3) 29:22 30:12 30:23
**experts**(20) 21:16 22:16 26:8 26:9 29:15 47:5 48:8 48:16 50:12 51:14 51:15 51:21 51:23 52:11 65:25 66:13 67:7 67:17 69:18 78:24

**explain**(2) 37:12 38:7
**explanantion**(1) 15:21

**expresses**(1) 25:16
**extend**(3) 53:7 57:14 66:4
**extending**(1) 57:19
**extent**(11) 20:17 20:24 21:2 29:9 29:11 41:5 56:16 68:12 74:19 76:9 76:9

**extra**(2) 53:10 63:15
**facially**(2) 11:1 79:18
**fact**(17) 18:20 21:16 27:2 29:2 29:19 30:19 38:8 44:18 51:5 51:14 51:23 56:9 56:10 57:1 57:2 57:3 60:20

**facts**(3) 21:7 21:8 68:23
**factual**(1) 49:3
**fair**(8) 15:1 33:1 36:21 52:11 52:17 67:14 67:23 82:5

**fairly**(1) 75:18
**fall**(1) 34:16
**fallacy**(1) 45:15
**family**(1) 38:11
**far**(9) 31:11 31:20 32:2 33:23 35:25 39:7 39:10 73:17 79:4

**fargo**(1) 7:17
**fashion**(1) 37:21
**fcc**(1) 78:20
**february**(2) 28:24 30:5
**federal**(3) 4:47 7:6 62:8
**feel**(3) 40:14 55:15 81:10
**feld**(4) 3:17 12:20 18:8 68:5
**felt**(4) 16:24 35:9 35:14 35:17
**few**(3) 12:1 35:7 61:20
**fifteen**(4) 13:1 13:22 15:15 53:2
**fifth**(1) 5:15
**fifty**(3) 80:14 80:15 80:21
**fighting**(1) 63:11
**figure**(2) 60:24 68:14
**file**(2) 35:10 78:13
**filed**(10) 18:23 22:13 36:3 36:5 38:22 38:23 39:4 40:6 42:1 68:9

**filter**(1) 27:11
**final**(3) 12:7 49:10 55:12
**finally**(5) 10:4 44:22 45:15 47:13 66:16
**financially**(2) 38:11 38:12
**find**(11) 19:18 26:1 42:21 42:23 45:2 47:16 47:17 48:7 48:17 48:25 75:20 77:4

**finder**(1) 44:18
**findings**(1) 38:3
**fine**(6) 16:6 21:15 52:4 58:20 73:25 78:8
**finger**(2) 2:34 16:23
**finish**(4) 55:4 55:5 57:22 58:4
**firm**(2) 9:25 43:21
**firms**(2) 53:15 55:21
**first**(11) 16:19 18:13 18:23 24:4 32:14 37:12 56:5 64:15 71:19 72:6 74:5

**fit**(4) 45:2 47:6 63:15 70:24
**five**(2) 19:18 51:14
**flaws**(1) 22:25
**floor**(10) 2:45 3:43 3:50 5:30 6:14 6:22 7:13 8:19 59:16 59:19

**flow**(1) 21:25
**focus**(5) 11:8 44:4 46:23 47:21 50:4
**focusing**(2) 44:8 44:13
**folk**(1) 45:9
**folks**(4) 48:2 60:2 60:14 64:16
**follow**(1) 51:16
**followed**(2) 14:8 39:10
**following**(1) 44:6
**footnote**(2) 23:7 24:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

for(145) 1:2 1:25 2:4 2:19 2:25 2:49 3:4 3:17 3:47 4:4 4:15 4:45 5:4 5:19 5:34 6:6 6:18 6:35 6:47 7:4 7:11 7:23 7:30 7:37 7:43 8:4 8:10 8:16 8:23 8:28 8:33 8:37 8:41 8:45 8:48 9:24 10:21 10:23 10:24 11:10 11:25 12:16 12:19 12:21 13:16 14:3 14:6 14:7 14:22 15:6 15:19 15:21 16:25 17:5 17:12 17:21 18:4 18:7 18:8 19:17 24:4 24:8 25:14 25:19 25:22 26:1 26:8 26:24 27:21 30:17 31:21 31:22 32:19 33:15 33:25 34:1 34:6 34:6 34:12 34:20 34:21 36:16 36:20 37:25 38:25 40:14 40:15 40:20 45:6 47:9 48:12 49:3 49:5 49:20 50:1 50:20 51:2 51:4 51:22 53:10 53:14 53:25 54:6 55:5 55:9 56:11 56:11 56:15 56:22 57:21 59:1 59:15 60:12 60:13 61:22 61:24 62:20 62:21 63:11 64:5 65:13 66:4 66:9 66:13 66:22 67:4 68:6 68:10 69:19 71:14 71:15 72:25 74:11 75:12 75:22 76:4 76:24 77:17 77:19 79:2 79:23 81:23 82:9 82:18

foran(1) 2:12
force(1) 14:1
forced(2) 18:20 35:9
foreclose(1) 72:9
foregoing(1) 83:2
forest(1) 61:22
forget(1) 62:13
form(1) 77:8
formal(1) 56:25
forman(1) 2:4
former(1) 20:6
forth(5) 18:12 20:23 26:22 49:14 56:7
forthcoming(1) 17:1
forward(2) 25:14 55:17
foundation(1) 7:44
four(1) 53:14
fourteen(2) 10:24 51:2
fox(1) 3:36
fraction(1) 48:3
framework(1) 30:17
frankel(1) 6:48
frankly(5) 18:17 24:16 26:5 40:13 55:15
fraudulent(1) 21:13
free(2) 62:5 62:7
freedom(3) 45:22 47:3 48:22
friady(1) 53:1
friday(8) 17:21 44:3 51:24 52:14 57:20 57:21 62:4 71:10

friedman(2) 3:34 5:42
friend(1) 12:23
friends(1) 14:18
from(31) 9:5 9:13 10:10 10:17 10:20 11:5 11:23 12:1 12:18 17:12 17:16 19:1 29:6 35:1 36:13 44:5 45:1 45:21 48:20 50:16 51:17 60:6 62:22 64:14 66:6 66:23 70:15 79:10 80:21 81:6 83:3

front(3) 60:14 63:25 64:12
full(1) 49:3
fully(1) 29:13
fundamentally(1) 67:8
furtehr(1) 15:20
further(8) 12:4 13:20 15:11 17:2 24:22 31:6 43:15 66:24

game(1) 28:16
gamesmanship(3) 28:13 32:8 32:15
gandhi(1) 5:12
garrison(1) 4:5
garvan(1) 5:35
gary(1) 2:16
gayle(2) 7:12 35:5
geddes(3) 3:27 77:17
gellman(1) 9:9
general(2) 18:18 44:20
generally(1) 25:15

gentilotti(1) 5:34
george(2) 8:23 8:24
gerson(1) 8:30
get(17) 13:22 14:21 26:25 46:7 47:2 47:16 47:17 48:9 53:12 55:23 58:3 61:23 64:16 66:9 71:9 73:9 73:16

gets(2) 49:11 62:23
getting(3) 55:18 55:22 77:8
give(14) 19:2 22:23 22:24 26:3 44:23 46:13 48:23 53:1 60:18 62:17 64:23 65:17 70:21 73:12

given(10) 17:23 22:17 26:4 26:4 27:2 31:13 36:22 52:11 53:6 61:14

giving(1) 48:22
glazer(1) 2:26
gleich(1) 6:5
glide(1) 33:19
global(1) 17:8
goes(1) 60:9
going(56) 9:22 10:22 14:22 15:5 15:7 15:23 19:16 19:13 19:14 19:17 19:21 20:10 23:18 23:24 24:12 26:22 28:12 34:19 37:17 37:23 38:14 38:15 40:12 41:22 41:23 42:6 42:17 44:25 50:11 51:13 54:24 56:14 56:16 58:6 58:7 58:23 62:9 67:20 71:23 71:24 72:24 73:16 74:9 74:13 75:13 75:17 78:23

golden(12) 3:19 22:15 22:21 22:23 32:11 32:12 68:4 68:5 68:21 69:3 69:6 69:9

goldfarb(1) 4:38
goldman(2) 7:37 7:37
gone(3) 12:12 13:20 52:15
good(16) 9:5 9:24 12:19 25:3 26:17 45:12 45:13 45:16 45:18 49:25 53:10 58:15 60:5 60:16 70:11 77:16

gordon(2) 4:7 6:18
got(8) 15:4 17:19 20:5 43:6 60:24 70:21 79:20 80:20

gotshal(1) 5:11
gotten(1) 53:8
government(1) 62:8
graem(1) 4:37
grand(1) 6:30
grant(1) 40:13
granted(1) 73:8
great(4) 2:49 8:10 76:8 82:11
greatest(1) 76:9
greatly(1) 51:18
gregory(1) 3:36
greissman(1) 7:18
greschi(1) 25:4
grippo(1) 8:23
groper(2) 10:23 10:25
gross(1) 82:18
group(7) 18:9 18:17 50:1 52:17 53:2 53:15 67:4

group's(1) 50:24
groups(1) 50:6
guarantee(1) 58:14
guaranteeing(1) 57:16
guard(1) 69:23
guess(4) 16:14 16:19 72:2 78:22
gump(4) 3:17 12:20 18:8 68:5
gun(1) 67:14
guy(2) 19:5 19:5
guys(1) 20:4

had(41) 12:12 12:24 13:4 14:2 15:5 15:6 16:24 20:11 22:25 23:17 27:5 28:11 29:23 30:20 31:13 31:18 35:14 48:1 50:2 50:22 50:22 53:5 53:19 58:5 58:6 60:17 63:8 68:15 69:16 70:6 71:22 73:8 74:25 74:25 75:16 75:24 78:17 78:24 80:24 81:1 81:3

half(3) 63:12 65:11 69:12
hand(3) 30:3 30:15 58:12
handicap(2) 56:13 56:18
handicapped(1) 61:6
handle(3) 9:22 39:2 71:7
happen(3) 31:18 47:7 59:12
happened(2) 30:5 54:10
happening(5) 45:12 45:14 45:17 45:18 54:25

happens(4) 41:20 47:8 55:2 75:23
happy(4) 11:18 13:19 39:4 55:10
hard(8) 43:2 47:9 51:22 51:25 57:20 61:18 70:17 71:16

harm(2) 36:13 37:6
harrisburg(1) 1:50
has(46) 9:16 10:24 10:25 13:17 14:8 16:1 16:25 17:10 18:10 19:14 19:19 20:17 21:9 21:20 22:17 23:5 23:15 27:2 30:12 30:15 31:4 31:22 35:22 36:15 38:1 38:2 39:7 39:7 42:1 43:1 45:24 47:11 47:14 49:21 51:13 54:2 52:10 53:16 55:24 58:2 59:17 60:25 66:23 67:18 68:9 68:18 80:11

hasn't(1) 18:5
hauer(1) 3:17 12:20 18:8 68:5
have(132) 10:20 10:24 11:3 11:6 11:14 12:1 12:6 12:9 12:11 12:12 12:16 12:16 13:19 13:20 15:8 16:24 17:20 17:22 18:12 18:24 19:22 19:25 20:25 21:4 21:12 22:22 22:23 23:19 23:20 24:22 26:1 26:4 28:16 28:22 29:18 31:3 31:6 32:22 34:19 34:24 35:25 37:4 37:18 38:3 38:12 38:16 39:6 40:4 40:4 40:6 41:23 41:25 42:2 42:15 42:17 46:3 46:24 47:15 47:17 48:1 48:11 48:14 48:16 49:9 49:15 49:17 50:2 51:1 51:12 51:14 51:14 51:20 52:5 52:6 52:15 53:2 53:13 53:17 54:15 54:20 55:6 55:9 55:11 56:20 56:25 58:3 58:9 59:7 60:1 60:7 60:9 60:11 60:22 61:1 61:2 61:17 61:22 62:3 62:7 62:14 64:9 65:18 65:21 66:5 66:19 66:21 66:24 67:9 69:3 69:7 69:18 69:23 70:13 70:17 71:10 71:13 71:14 71:15 71:23 73:14 74:13 75:13 76:6 77:4 78:2 78:4 78:23 79:21 80:3 80:5 81:19 82:8

haven't(6) 53:8 56:8 56:16 67:17 78:14 80:23

having(6) 17:17 19:16 34:22 52:2 63:22 70:16

hazeltine(2) 3:11 3:12
he's(17) 19:10 19:14 23:24 24:2 24:14 27:2 27:2 28:7 29:24 30:13 30:15 35:18 54:24 54:25 58:7 69:4 81:12

head(2) 25:25 62:25
headlines(1) 10:19
headway(1) 40:9
hear(8) 12:18 28:14 35:1 37:20 43:15 48:5 50:8 59:5

heard(15) 31:12 35:2 38:2 40:22 41:1 43:13 44:7 44:19 44:22 45:21 47:25 54:2 57:10 66:23 74:7

hearing(25) 9:11 11:9 16:19 17:22 33:25 34:4 34:5 39:24 40:10 40:20 42:6 43:25 44:3 59:13 59:21 64:22 66:17 69:15 72:2 74:10 77:5 78:11 79:4 82:21 82:23

hearsay(2) 25:17 26:14
heart(1) 44:10
hearts(1) 44:10
held(2) 23:12 78:10
help(1) 38:24
helped(1) 81:11
helpful(10) 25:12 31:5 44:14 48:8 54:3 61:17 63:23 73:9 76:24 77:4

her(1) 60:25
hercules(1) 6:12
here(27) 10:10 10:16 11:5 13:3 13:17 16:7 20:8 22:11 28:13 29:25 35:7 36:22 39:16 40:5 44:17 55:18 60:11 61:17 61:19 62:4 62:6 62:7 67:12 68:1 70:4 75:14

here's(1) 80:8
hesitant(1) 57:14
hey(2) 20:4 58:11
higher(1) 30:9
highlight(1) 18:4
highly(1) 78:24
him(6) 14:16 20:18 25:5 28:17 50:8 58:3
himself(2) 66:11 79:23
hioping(1) 10:12
his(19) 19:23 20:6 21:3 21:8 21:21 23:24 15:26 26:24 28:20 29:2 29:10 30:23 33:5 35:10 35:10 53:7 66:11 68:22 79:16

holding(1) 75:20
honor(162) 9:4 9:5 9:7 9:20 9:24 10:2 10:11 11:2 12:7 12:14 12:19 12:22 12:24 13:14 14:14 14:18 15:3 15:14 15:23 16:8 16:9 16:15 16:18 17:14 18:6 18:7 18:10 18:13 18:19 19:1 19:25 20:22 21:5 21:10 22:3 22:12 23:1 23:5 23:8 24:8 25:4 26:18 27:17 31:2 31:9 31:11 31:17 31:20 32:3 32:25 33:17 35:3 35:5 35:16 36:5 36:20 37:21 38:19 39:5 40:24 41:2 42:9 42:13 43:18 43:20 43:23 44:2 44:17 45:9 45:21 45:24 46:12 46:21 47:7 47:13 47:20 47:23 48:11 49:8 49:19 49:24 49:25 50:15 50:23 50:25 52:13 52:17 52:21 52:25 53:13 53:20 53:24 54:5 55:1 55:8 55:12 55:14 55:18 56:1 56:2 56:4 56:18 56:20 56:21 57:7 57:15 58:21 58:9 61:7 61:9 63:4 63:23 63:24 64:5 64:9 64:19 64:23 65:6 65:15 65:20 66:5 66:16 67:1 67:3 67:8 67:16 67:18 67:24 68:4 68:7 69:9 70:20 72:20 74:1 74:4 74:25 75:16 76:1 76:3 76:22 76:24 77:6 77:11 77:16 77:18 77:19 77:21 77:24 78:3 78:4 78:4 78:7 78:9 79:7 79:10 80:12 80:16 80:22 81:4 82:15

honor's(1) 77:20
honorable(1) 1:19
honored(1) 14:9
hope(1) 45:11
hopeful(1) 17:18
hopefully(1) 11:7 17:22 73:17 73:20
horan(1) 2:12
hour(6) 43:2 51:11 51:16 65:25 67:8 69:12
hour's(1) 33:14
hours(30) 13:22 46:7 46:9 46:12 46:14 46:16 47:6 47:18 48:9 48:25 49:18 53:8 57:15 57:15 57:17 57:18 57:22 58:4 58:5 58:11 58:14 58:17 66:4 66:12 66:19 67:7 69:13 69:14 76:15 76:16

how(22) 12:9 14:21 15:23 20:7 21:6 33:11 34:9 36:16 47:1 47:2 48:2 48:17 49:5 49:7 49:11 51:22 53:13 60:23 71:10 77:23 80:20 80:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| how's(1) 58:19 | | involved(1) 56:6 | | kim(1) 8:5 | | legal(8) 21:20  21:21  21:25  27:3  27:8 |
| howard(1) 4:19 | | isn't(4) 28:5  31:4  42:21  42:24 | | kind(8) 52:13  52:14  52:21  53:13  56:25 | | 47:25  52:2  54:18 |
| however(1) 55:1 | | issue(39) 10:11  11:6  11:7  14:11  17:5 | | 67:14  69:24  71:25 | | lemay(2) 4:17  4:23 |
| hundred(2) 20:16  43:2 | | 17:23  21:8  21:15  21:23  22:19  22:22  23:5 | | | | lender(3) 50:6  53:15  57:3 |
| hurt(1) 37:18 | | 23:22  24:2  24:6  27:4  28:10  28:14  29:6 | | kinds(1) 37:11 | | lenders(2) 21:23  78:19 |
| i'll(21) 9:7  18:11  24:18  24:21  24:22  25:8 | | 29:12  32:17  35:8  36:16  37:2  37:4  39:2 | | king(4) 2:38  4:48  5:36  7:7 | | length(7) 43:24  44:4  45:13  46:19  49:21 |
| 27:6  33:9  35:1  57:11  58:13  62:17  68:25 | | 40:4  40:10  43:13  49:10  49:16  52:2  53:12 | | kira(1) 4:6 | | 66:17  69:15 |
| 68:25  68:25  69:10  69:18  69:21  80:10 | | 53:13  59:7  73:7  75:10  79:13  82:6 | | klauder(2) 4:46  7:5 | | leonard(2) 2:5  8:30 |
| 80:14  80:14 | | | | kline(1) 1:34 | | less(3) 46:8  60:25  67:25 |
| i'm(47) 9:15  13:2  13:12  17:9  24:14  24:17 | | issues(40) 9:19  12:3  16:17  17:18  21:21 | | knew(1) 53:4 | | let(22) 12:18  15:1  15:1  16:6  18:2  24:11 |
| 27:10  27:23  32:3  33:5  33:23  34:2  34:3 | | 22:15  23:2  23:4  26:4  29:15  35:1  39:16 | | know(74) 11:18  15:5  15:24  16:6  17:17 | | 24:25  24:25  25:23  27:21  44:20  57:11  59:1 |
| 34:5  34:7  34:16  34:18  35:5  35:9  39:22 | | 39:24  43:25  44:18  46:2  46:9  46:24  47:18 | | 19:1  19:16  20:3  20:5  20:24  21:11  25:7 | | 63:10  65:22  67:11  70:10  70:14  73:23  81:5 |
| 39:22  40:12  41:16  43:5  50:3  52:1  55:10 | | 47:20  47:23  47:23  48:1  48:4  52:20  52:23 | | 31:14  33:13  33:13  33:14  35:16  35:20  37:5 | | 81:5  82:12 |
| 55:11  57:16  57:16  57:20  58:11  62:19 | | 53:19  53:22  54:1  54:7  54:10  54:10  54:17 | | 37:15  38:5  38:17  39:11  41:13  42:2  42:7 | | |
| 62:25  68:4  68:4  69:3  71:11  71:18  73:12 | | 54:18  59:11  62:19  64:19  67:13  72:21  81:1 | | 42:10  47:16  48:17  48:18  51:22  51:24  52:2 | | let's(10) 9:18  13:7  13:9  16:6  26:16  49:5 |
| 75:16  76:13  76:22  78:14  78:20  81:6  81:7 | | it's(55) 11:10  11:12  12:14  19:12  23:15 | | 52:12  53:2  56:6  56:13  56:15  57:20  58:2 | | 58:16  62:17  69:10  71:2 |
| i've(18) 10:8  10:8  27:4  27:5  31:12  39:16 | | 24:5  25:13  27:6  27:12  29:4  32:18  32:25 | | 58:6  58:9  61:7  61:11  61:22  64:6  67:12 | | |
| 44:22  45:21  48:12  56:5  58:1  59:12  59:15 | | 33:1  33:15  36:14  37:9  39:6  41:22  42:7 | | 67:15  67:18  68:23  69:25  70:2  70:3  70:6 | | level(2) 5:37  70:6 |
| 59:17  60:2  60:24  70:6  79:8 | | 42:7  43:2  44:13  44:14  44:18  48:3  48:16 | | 70:10  70:13  71:2  71:22  73:13  73:17  75:22 | | levels(2) 34:15  70:1 |
| | | 48:18  49:13  49:16  50:8  51:22  51:25  52:17 | | 78:15  78:15  78:16  80:6  80:20  81:10  82:21 | | levin(2) 6:47  6:47 |
| idea(2) 26:18  31:4 | | 54:7  55:1  56:17  58:11  58:14  59:18  61:10 | | | | levine(1) 7:11 |
| identical(2) 22:24  23:4 | | 61:17  62:24  63:24  67:14  67:23  69:2  69:24 | | knowing(1) 63:17 | | levy(1) 4:8 |
| identification(1) 32:12 | | 70:25  71:5  71:22  72:9  72:10  75:21  78:12 | | knows(1) 61:5 | | lewis(1) 8:10 |
| identified(3) 16:22  23:17  24:14 | | 81:2 | | koch(1) 7:11 | | lexington(1) 2:30 |
| identifying(1) 64:16 | | its(2) 29:1  64:21 | | korpus(1) 5:44 | | lie(1) 41:22 |
| identity(1) 17:3 | | itself(1) 37:24 | | krakauer(1) 1:31 | | liebentritt(1) 2:15 |
| illinois(4) 7:27  7:34  7:47  8:26 | | jack(1) 76:23 | | kramer(2) 6:47  6:47 | | liedtke(1) 8:34 |
| imagine(1) 36:16 | | james(4) 1:26  1:27  1:29  4:39  6:28  30:11 | | kristina(1) 3:21 | | light(2) 33:21  60:20 |
| imbalance(2) 52:11  69:18 | | 43:20  53:24  63:4 | | kurtz(7) 18:24  19:3  19:4  19:22  20:13 | | like(38) 13:11  13:13  18:4  26:15  26:15 |
| immediate(1) 40:2 | | | | 29:25  51:21 | | 27:23  30:14  32:25  33:2  33:7  33:16  44:15 |
| impact(3) 23:12  23:25  24:13 | | janet(1) 82:17 | | | | 44:25  48:15  50:22  55:3  57:17  60:18  60:25 |
| implicate(1) 17:2 | | january(1) 20:12 | | kurtz's(3) 18:25  19:9  19:21 | | 62:12  63:7  63:18  67:10  69:1  69:16  70:10 |
| important(7) 11:8  29:21  30:5  31:1  37:15 | | jarndights(2) 45:1  45:1 | | labor(1) 8:29  8:29 | | 71:18  71:25  73:6  73:16  75:3  75:4  76:5 |
| 58:10  63:10 | | jean-marie(1) 5:22 | | laboring(2) 56:12  56:17 | | 78:5  79:25  81:19  81:21  81:24 |
| importantly(1) 29:7 | | jeffrey(1) 1:39 | | lacking(1) 10:7 | | |
| impose(2) 15:15  66:18 | | jenner(1) 2:19 | | landis(2) 4:29  4:30 | | likely(1) 26:20 |
| imposed(1) 42:3 | | jillian(1) 1:32 | | lantry(2) 1:28  41:10 | | limine(8) 9:15  9:19  18:3  26:5  33:21  40:7 |
| improper(3) 23:6  32:2  33:4 | | jim(1) 24:8 | | large(3) 26:13  55:21  71:6 | | 40:12  41:4 |
| inc(2) 8:37  8:37 | | job(4) 21:18  22:3  22:3  27:12 | | largely(3) 33:22  39:13  54:18 | | |
| inclination(4) 26:6  44:20  64:21  77:2 | | john(2) 3:20  7:45 | | last(12) 10:4  17:15  17:19  22:12  23:5  24:3 | | limit(8) 33:11  48:7  49:1  66:12  66:18 |
| inclined(1) 55:24 | | johnston(1) 6:28 | | 24:12  29:18  41:3  52:14  55:10  76:4 | | 67:25  67:25  76:8 |
| included(1) 71:5 | | join(1) 14:12 | | | | limitation(1) 26:8 |
| including(3) 12:12  51:24  57:5 | | joined(1) 26:5 | | late(1) 51:24 | | limited(7) 30:1  30:1  30:2  44:24  51:8 |
| inconsequential(1) 19:15 | | joint(4) 23:9  23:23  24:5  78:12 | | later(3) 42:8  42:10  58:18 | | 51:11  67:7 |
| increasing(1) 60:19 | | jones(1) 7:31 | | laughter(17) 11:13  14:17  19:8  26:12  27:25 | | |
| incredibly(1) 67:13 | | joshua(1) 6:29 | | 31:15  31:19  41:12  41:14  61:4  63:20  64:8 | | limiting(1) 65:25 |
| indicated(2) 48:11  51:13 | | judge(6) 1:20  21:13  31:17  37:1  37:3  82:18 | | 70:19  71:12  78:6  80:19  82:20 | | limits(3) 44:21  47:8  49:17 |
| indicating(1) 64:21 | | judges(1) 37:4 | | | | line(3) 42:17  70:24  73:17 |
| individual(2) 37:25  74:20 | | judicial(1) 36:10 | | laurie(1) 6:11 | | lines(3) 62:15  67:20  69:16 |
| industry(4) 20:18  30:4  30:19  31:4 | | just(52) 9:7  10:19  11:7  11:12  11:20  12:15 | | law(16) 5:34  9:25  21:6  21:8  22:2  27:1 | | list(9) 23:2  24:4  51:1  59:9  77:7  77:14 |
| influence(1) 62:7 | | 17:5  17:19  17:23  20:3  21:19  24:19  27:6 | | 27:12  29:2  31:24  31:25  35:24  35:25  43:2 | | 79:17  81:22  81:24 |
| inform(2) 25:18  43:25 | | 27:23  28:18  31:5  34:1  34:24  37:7  40:17 | | 55:21  60:25  78:13 | | |
| information(7) 34:10  34:18  42:6  58:7 | | 41:2  41:15  41:16  42:9  50:4  50:21  54:24 | | | | listed(1) 32:11 |
| 75:19  78:20  78:25 | | 56:21  57:11  57:21  59:6  59:10  59:11  62:8 | | lawyer(1) 75:11 | | listen(3) 25:7  72:2  72:3 |
| | | 62:8  62:24  67:9  67:13  70:21  70:21  72:3 | | lawyers(8) 38:13  44:23  45:10  55:21  63:11 | | listened(1) 44:2 |
| initial(4) 32:12  50:24  50:24  80:21 | | 72:10  73:14  75:15  76:19  78:5  78:11  79:1 | | 64:1  64:10  70:10 | | lists(1) 61:20 |
| initially(3) 35:10  35:10  39:20 | | 79:19  79:21  80:10  81:24 | | | | litigation(1) 55:3 |
| injury(1) 37:6 | | | | layer(1) 75:15 | | little(2) 49:19  70:22 |
| input(1) 30:1 | | justice(1) 48:19 | | layton(1) 2:34 | | litvack(1) 5:13 |
| inquire(1) 77:3 | | justification(1) 30:21 | | lazard(5) 19:3  20:3  30:10  30:16  30:16 | | live(1) 33:24 |
| inquiries(1) 61:15 | | kalenchits(2) 8:45  8:45 | | lbo(7) 46:2  46:10  47:18  48:1  48:4  50:4 | | llc(2) 2:19  8:23 |
| inquiry(1) 77:3 | | kaminetzky(1) 2:29 | | 50:8 | | llp(9) 1:25  4:5  4:16  5:11  5:19  6:4  7:17 |
| instance(4) 37:12  38:19  38:21  71:19 | | kansa(1) 1:35 | | | | 7:44  8:10 |
| instances(1) 42:5 | | kaplan(1) 3:34 | | lead(1) 63:17 | | |
| instead(2) 66:13  79:25 | | kasowitz(1) 5:41 | | leading(1) 11:8 | | local(1) 39:11 |
| insurance(1) 62:7 | | katharine(1) 3:49 | | leaf(1) 71:17 | | locked(1) 62:11 |
| intend(4) 15:19  36:18  61:15  69:18 | | katten(1) 7:44 | | learned(1) 20:13 | | log(11) 10:3  10:5  10:6  10:7  11:16  12:11 |
| intending(2) 24:19  69:4 | | kaye(1) 6:4 | | least(19) 10:9  11:1  17:20  22:17  27:13 | | 12:24  12:25  15:19  79:13  79:19 |
| intention(1) 25:1 | | keep(1) 28:20 | | 33:11  37:13  39:19  41:4  42:19  56:23 | | |
| interest(1) 76:6 | | kelley(1) 2:43 | | 59:23  60:17  60:21  62:21  63:10  66:5  79:4 | | logged(1) 79:21 |
| interested(3) 15:11  36:11  67:21 | | kempner(1) 8:16 | | 79:18 | | logs(1) 79:17 |
| internal(1) 16:23 | | ken(1) 1:35 | | | | long(10) 9:14  14:21  15:2  26:24  46:24  47:2 |
| into(7) 11:8  19:19  25:1  26:25  29:12  45:3 | | kenney(1) 1:30 | | leave(4) 16:7  31:17  62:6  62:11 | | 47:6  48:2  48:17  51:22 |
| 57:19 | | kept(1) 34:19 | | leaving(1) 58:12 | | |
| | | kerriann(1) 1:36 | | lebouel(1) 6:26 | | longer(3) 35:19  41:17  66:6 |
| invitation(1) 65:3 | | kevin(3) 1:19  1:28  2:43 | | left(4) 49:18  62:19  67:6  82:16 | | longest(1) 31:12 |
| involve(1) 70:9 | | key(2) 10:21  12:16 | | left-hand(1) 63:13 | | |
| | | killed(1) 61:22 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**look**(23) 11:21 23:1 24:21 26:19 27:4 30:20 31:23 37:13 38:13 38:13 39:1 42:13 58:10 61:1 67:14 69:23 80:10 80:14 80:14 80:15 80:17 80:24 81:24

**looked**(1) 78:14
**looking**(1) 79:19
**looks**(1) 60:18
**los**(1) 6:32
**losquadro**(1) 8:42
**lot**(4) 26:25 42:17 55:18 75:19
**lots**(2) 55:21 74:8
**low**(2) 12:17 30:6
**luck**(1) 59:25
**ludwig**(1) 1:32
**lunchtime**(1) 82:10
**lynch**(1) 6:4
**made**(8) 21:22 37:23 42:8 52:14 54:13 57:12 63:22 68:12

**madison**(1) 3:43
**madlyn**(1) 6:5
**magically**(1) 45:2
**maintain**(1) 36:3
**maintenance**(1) 62:10
**major**(1) 75:13
**majority**(1) 67:17
**make**(31) 12:4 13:25 14:9 15:9 16:3 16:25 20:18 20:19 25:8 31:3 36:25 37:16 38:7 38:20 40:9 40:20 41:23 43:23 44:15 47:8 54:11 59:3 60:13 68:11 68:13 68:17 68:18 69:18 69:19 70:14 81:22

**makes**(1) 21:25
**making**(4) 29:9 29:9 44:14 70:8
**manage**(1) 72:10
**management**(7) 3:41 8:41 12:21 13:2 18:14 56:8 68:6

**mandava**(13) 18:24 19:4 19:5 19:24 20:11 20:13 20:16 23:23 24:12 24:19 29:23 30:22 30:24

**mandava's**(1) 24:24
**manefold**(1) 65:17
**manges**(1) 5:11
**many**(15) 10:6 11:9 11:19 14:2 14:2 36:16 38:21 47:1 48:16 59:13 60:23 61:10 61:20 61:20 63:22 70:6

**marc**(2) 4:21 4:24
**march**(4) 1:15 9:1 9:11 83:8
**marino**(1) 5:28
**mark**(3) 2:35 10:23 10:23
**marked**(2) 35:15 35:21
**market**(5) 1:12 4:32 5:29 6:13 8:12
**markets**(1) 17:8
**marsal**(2) 8:37 8:37
**martin**(2) 3:5 17:12
**material**(3) 10:14 30:22 76:10
**materially**(1) 10:17
**materials**(2) 13:4 74:11
**matt**(1) 5:45
**matter**(9) 12:24 18:18 21:1 40:17 44:12 44:13 49:2 72:10 83:4

**matters**(9) 9:11 18:11 27:8 33:24 46:23 48:24 62:22 64:24 65:20

**matthew**(1) 3:42
**mauceri**(1) 8:11
**maximum**(1) 47:14
**may**(30) 12:4 16:15 18:11 24:19 31:18 34:21 35:3 37:18 41:13 43:25 49:12 50:14 51:1 51:3 54:8 54:13 54:20 58:9 60:14 61:22 64:1 64:2 66:24 69:3 70:25 76:1 77:6 77:7 77:8 81:10

**maybe**(7) 20:18 27:23 33:14 33:15 36:23 39:14 62:19

**mayer**(2) 3:49 5:19
**mccarter**(1) 3:47
**mccormack**(1) 4:20
**mccormick**(1) 7:43
**mcdaniel**(1) 5:35
**mcphail**(1) 4:10
**mean**(10) 29:20 30:25 35:16 50:9 50:10 50:15 55:14 61:14 70:3 80:22

**meaningful**(1) 34:10
**means**(1) 64:15
**meant**(2) 50:4 65:2
**measure**(1) 26:14
**mechanics**(1) 11:17
**media**(2) 30:4 30:13
**meet**(1) 13:5
**meisel**(1) 2:4
**memo**(1) 23:9
**memoranda**(1) 21:12
**memorandum**(2) 9:15 78:13
**mentioned**(1) 23:7
**merits**(2) 44:9 54:7
**merrill**(1) 6:4
**mester**(1) 6:29
**methodologies**(1) 19:12
**mgmt**(1) 8:41
**michael**(3) 1:46 2:13 5:20
**michelle**(1) 5:28
**middle**(3) 46:13 52:11 68:1
**midpoint**(1) 51:4
**might**(9) 16:4 44:10 48:2 54:2 54:3 55:7 57:21 66:6 77:17

**mike**(2) 8:34 8:49
**miles**(1) 1:33 43:2
**miller**(1) 1:46
**millions**(1) 36:16
**mills**(1) 1:36
**mind**(4) 11:1 45:4 54:15 64:10
**minded**(1) 66:8
**minimal**(1) 11:14
**minkove**(1) 2:44
**minute**(1) 27:22
**minutes**(3) 15:15 19:18 53:2
**miraculously**(1) 44:24
**misreading**(1) 24:20
**missing**(1) 55:11
**mixed**(1) 27:1
**modeling**(1) 21:2
**modest**(1) 11:6
**modification**(1) 66:3
**moment**(6) 49:6 53:20 55:13 56:20 62:25 75:22

**monday**(14) 19:10 33:25 40:8 40:20 51:21 54:23 55:19 55:23 55:25 64:23 68:13 73:15 73:23 79:5

**monitor**(2) 61:17 71:16
**monitors**(1) 60:8
**monroe**(2) 7:25 7:46
**months**(4) 35:7 45:1 47:9 56:15
**moot**(1) 33:22
**more**(15) 11:8 15:4 26:19 26:20 46:8 56:15 56:15 56:23 57:17 58:4 58:11 58:14 58:17 67:8 70:22

**morgan**(6) 2:25 2:42 5:4 8:10 10:1 12:12
**morning**(5) 55:20 57:20 57:22 78:7 82:2
**moskowitz**(25) 2:27 9:22 9:24 9:25 11:14 12:23 12:23 13:14 14:12 14:14 14:18 14:22 14:25 15:13 15:25 16:9 16:12 79:10 79:10 79:15 80:12 80:16 80:24 82:7 82:15

**most**(13) 11:25 13:15 29:6 34:15 42:1 42:15 44:14 47:4 47:10 48:24 78:15 79:1 80:6

**motion**(16) 9:9 14:1 15:9 15:11 17:24 18:23 20:22 22:12 23:2 23:8 24:3 32:24 35:10 78:11 78:12 81:6

**motions**(20) 9:12 9:15 9:19 18:3 26:5 27:5 33:19 33:20 33:21 33:22 34:13 34:25 36:1 37:11 40:5 40:7 40:12 40:13 40:19 41:4

**movants**(1) 18:4
**move**(3) 26:15 43:4 75:17
**moved**(1) 74:12
**moving**(1) 43:2
**much**(11) 19:6 42:15 49:11 58:13 63:18 67:19 67:25 70:1 70:4 70:7 76:22

**muchin**(1) 7:44
**mulling**(1) 62:25
**multi-task**(1) 43:8
**multiple**(2) 50:2 60:8
**murphy**(1) 7:24
**must**(1) 45:14
**myers**(1) 6:35
**myrick**(1) 1:37
**n.a**(1) 2:42
**naftalis**(1) 6:47
**nancy**(2) 62:13 82:17
**narrow**(1) 42:22
**nature**(2) 47:25 49:13
**navigate**(1) 71:11
**navigating**(1) 71:19
**necessarily**(1) 41:25 74:9
**necessary**(4) 59:22 69:24 71:17 71:18
**necessity**(1) 65:6
**need**(21) 15:20 17:20 32:10 34:7 34:21 36:7 40:15 44:1 49:17 50:13 52:20 53:9 53:17 53:22 54:1 55:4 64:2 65:11 73:14 79:1

**needed**(3) 13:4 13:6 14:23
**needlessly**(1) 20:2
**needs**(4) 37:5 37:6 37:19 68:13
**negotiated**(2) 31:21 50:11
**negotiations**(2) 50:17 54:11
**neil**(1) 8:42
**neither**(1) 72:13
**never**(3) 24:2 57:22 69:24
**nevertheless**(1) 23:14
**new**(20) 2:31 2:46 3:8 3:24 3:38 3:44 3:51 4:12 4:26 5:16 5:24 5:47 6:7 6:40 6:51 7:20 7:40 8:7 8:20 57:25

**news**(1) 70:21
**next**(5) 13:24 16:14 16:19 43:4 65:11
**nice**(1) 81:2
**night**(3) 10:4 17:15 17:19
**nine**(2) 18:17 51:14
**ninety-nine**(1) 76:3
**nobody**(2) 55:17 61:5
**non-duplicative**(1) 20:19
**non-existent**(1) 19:15
**non-legal**(1) 27:8
**none**(2) 14:23 70:4
**normally**(4) 16:2 42:19 42:23 69:1
**norman**(2) 6:9 9:5
**north**(6) 2:21 2:38 5:7 5:29 5:36 6:13

**not**(125) 9:16 10:17 11:10 11:19 11:22 12:12 13:2 13:12 13:25 14:19 15:5 15:7 15:11 15:22 16:1 16:5 16:6 16:24 17:4 18:11 19:10 20:2 20:6 20:20 20:11 20:21 21:17 21:18 22:1 22:3 22:10 23:9 23:16 24:1 24:1 24:3 24:12 24:14 24:15 24:17 24:23 25:13 27:2 27:6 28:13 28:18 29:4 31:25 32:3 32:4 32:6 32:10 32:13 32:18 32:22 32:25 33:1 33:4 33:5 33:15 33:22 33:25 34:6 35:20 36:20 36:22 37:16 37:23 37:23 37:25 39:7 40:12 40:13 41:15 44:9 44:10 44:12 47:1 48:1 49:9 50:15 51:17 51:20 52:1 52:3 56:5 56:12 56:17 56:23 56:24 57:5 57:5 57:20 58:11 58:15 59:14 60:14 60:16 62:24 64:1 65:7 65:21 66:17 67:21 67:22 70:7 72:9 73:12 74:8 74:9 74:22 74:24 75:13 75:14 75:21 76:6 77:2 77:13 78:5 78:20 78:23 79:24 81:10 81:22

**noteholder**(10) 18:9 23:11 23:11 28:3 28:9 50:1 52:17 59:2 67:4 68:17

**noteholders**(7) 22:25 45:7 48:12 58:17 60:23 69:20 73:8

**nothing**(2) 23:21 28:18
**notice**(3) 24:16 38:2 71:25
**notion**(2) 61:2 80:3
**november**(1) 37:8
**now**(32) 15:5 15:6 17:4 17:7 20:5 25:21 26:5 28:10 32:19 34:12 34:18 35:18 43:17 47:20 48:11 50:3 50:8 51:7 52:12 53:12 57:21 58:13 59:10 60:12 60:18 64:3 73:13 75:16 78:5 78:14 79:11 81:12

**number**(11) 9:9 9:21 11:2 12:15 16:14 18:16 18:18 50:25 74:7 80:10 80:13

**numbers**(5) 10:15 10:16 10:19 15:4 70:21
**o'clock**(1) 58:12
**o'melveny**(1) 6:35
**o'neal**(1) 2:13
**oaktree/angelo**(1) 6:18
**objected**(3) 53:9 74:8 74:22
**objecting**(1) 46:14
**objection**(15) 19:22 20:25 21:4 21:23 26:10 27:5 33:23 38:16 40:5 40:6 40:8 40:19 40:19 41:3 68:9 72:4

**objectionable**(1) 26:21
**objections**(5) 33:19 47:24 57:3 71:24 75:19
**objector**(3) 34:1 49:6 72:3
**objector's**(1) 72:14
**objectors**(5) 47:21 49:12 52:3 54:16 68:9
**observations**(1) 48:19
**obvious**(1) 29:4
**obviously**(6) 17:19 21:1 35:21 46:19 48:3 49:20 53:4 66:11 70:8 71:6 71:22 73:16 80:5 80:6

**occasionally**(1) 45:19
**occasions**(1) 31:18
**off**(3) 15:6 47:9 57:6
**offense**(1) 19:16
**offer**(7) 19:11 19:13 20:10 25:1 32:6 32:19 71:8

**offered**(3) 21:1 23:7 32:16
**office**(2) 4:45 7:4
**official**(1) 4:15
**often**(4) 26:1 48:14 55:2 61:17

| Word | Page:Line |
| --- | --- |
| okay(58) 9:20 13:7 14:15 14:22 16:8 17:11 17:25 23:17 29:18 39:21 40:3 40:12 40:21 40:23 41:9 42:9 43:10 43:17 43:19 50:19 53:21 57:8 58:24 59:5 59:9 61:8 62:1 62:17 63:1 64:3 64:18 65:5 65:19 66:15 66:25 69:5 69:9 69:9 70:16 71:2 71:21 73:7 74:23 75:6 75:9 76:19 77:10 77:12 77:15 78:9 78:10 79:3 79:15 81:9 81:21 82:3 82:4 82:13 82:14 | |
| omit(2) 50:9 50:10 | |
| one(55) 1:40 2:37 3:23 9:9 11:18 11:19 18:22 20:10 20:13 20:20 21:19 21:23 22:12 23:17 26:18 27:14 28:2 29:4 29:18 31:22 32:17 34:4 38:14 38:15 43:1 46:17 46:22 48:14 51:5 51:11 51:16 56:23 57:13 63:13 63:14 65:22 65:25 66:2 66:5 66:9 66:13 67:8 68:8 69:13 71:21 72:23 74:4 74:17 76:13 76:15 76:23 77:17 77:18 77:21 78:18 | |
| one's(1) 60:11 | |
| ones(7) 15:24 15:24 15:25 16:4 55:10 80:24 81:18 | |
| ongoing(1) 48:15 | |
| only(17) 10:20 10:24 10:25 12:1 22:7 24:1 24:4 51:21 60:11 63:22 65:6 65:6 66:9 68:16 68:21 68:24 75:17 | |
| onto(1) 43:4 | |
| open(6) 34:5 34:17 56:13 62:19 66:22 | |
| opened(2) 42:16 42:16 | |
| opening(11) 23:19 32:13 32:17 53:1 59:3 62:21 68:11 68:12 68:17 68:19 68:25 | |
| openings(2) 55:16 64:24 | |
| opine(2) 39:1 50:12 | |
| opined(2) 32:17 37:2 | |
| opining(1) 30:13 | |
| opinion(12) 19:11 19:19 20:10 22:24 23:10 23:15 27:3 27:8 28:20 30:23 32:6 32:19 | |
| opinions(11) 19:13 21:6 25:18 25:19 26:23 29:2 29:3 29:4 29:10 29:10 53:7 | |
| opportunity(5) 38:2 48:2 52:5 68:18 72:14 | |
| opposed(3) 61:11 73:1 81:15 | |
| opposite(3) 35:24 60:15 | |
| opposition(2) 22:17 80:3 | |
| oral(1) 25:16 | |
| orally(1) 25:16 | |
| order(2) 9:16 13:2 18:14 23:23 24:5 28:24 36:3 36:14 38:25 39:10 55:5 56:8 79:8 | |
| ordered(2) 12:25 52:15 | |
| orders(4) 34:4 34:13 39:10 42:3 | |
| ordinarily(2) 74:6 74:11 | |
| ordinary(1) 15:10 | |
| original(1) 30:17 | |
| other(51) 12:8 12:10 17:2 19:4 20:20 22:14 25:18 27:22 29:5 30:3 30:15 34:8 34:18 37:4 39:16 39:25 43:25 46:19 47:20 47:21 48:14 49:12 52:3 52:20 52:23 52:24 53:19 53:22 54:11 54:16 57:6 58:12 59:2 59:11 62:9 62:10 63:18 64:13 64:19 64:24 64:25 65:20 68:24 70:5 71:21 74:6 74:21 74:25 76:13 77:1 78:21 | |
| other's(1) 46:14 | |
| otherwise(3) 21:24 41:20 63:18 | |
| ought(10) 28:14 28:15 29:13 29:17 34:11 39:14 41:24 44:8 44:10 49:10 | |

| Word | Page:Line |
| --- | --- |
| our(45) 13:22 17:18 20:9 20:23 21:22 23:1 23:2 23:7 23:8 23:13 23:25 24:15 27:15 28:5 29:17 32:5 32:7 32:20 32:24 39:6 41:19 41:19 44:9 44:10 45:11 45:16 47:10 48:9 48:25 50:24 51:17 53:13 54:12 55:19 56:24 56:24 57:1 57:4 57:6 59:17 60:2 64:6 67:6 70:25 | |
| ourselves(1) 49:19 | |
| out(10) 13:25 14:9 16:21 18:22 19:14 19:18 27:11 28:17 29:17 32:9 53:16 58:18 59:25 60:24 62:23 64:15 68:14 72:1 73:2 75:23 | |
| outside(2) 39:19 54:15 | |
| over(11) 9:7 10:3 10:9 13:20 33:19 36:15 53:16 58:1 60:22 62:6 62:22 | |
| overabundance(2) 35:14 35:22 | |
| overflow(1) 59:23 | |
| overly(1) 11:10 | |
| overrule(1) 26:11 | |
| own(1) 70:10 | |
| p.a(1) 2:5 | |
| p.m(4) 1:16 9:1 10:4 82:23 | |
| p.o(1) 3:30 | |
| pack(1) 31:17 | |
| page(1) 23:1 | |
| pages(3) 58:7 70:24 71:17 | |
| pained(1) 80:18 | |
| palmer(1) 5:27 | |
| paper(1) 18:5 | |
| papers(10) 18:5 18:10 18:12 19:1 20:9 20:24 21:21 24:3 24:16 | |
| paragraph(1) 18:14 | |
| paralegals(1) 61:3 | |
| parameters(2) 45:3 73:10 | |
| park(4) 2:45 3:23 3:50 6:6 | |
| parke(1) 4:16 | |
| part(14) 10:14 11:25 13:21 21:5 22:10 23:8 29:3 29:10 30:7 32:24 38:10 42:14 60:18 67:10 | |
| participate(1) 21:24 | |
| particular(2) 10:11 64:2 | |
| particularized(2) 36:12 37:5 | |
| particularly(2) 26:2 78:19 | |
| parties(50) 9:13 12:8 12:10 18:15 26:4 26:6 28:22 28:25 29:16 34:7 34:14 34:16 36:11 36:11 36:25 38:7 38:18 38:24 39:7 39:17 41:23 42:15 44:4 44:15 44:20 45:22 46:3 46:22 47:3 48:7 51:1 52:25 55:20 58:17 59:7 61:15 62:18 62:25 64:20 65:1 65:24 67:1 67:6 67:17 67:24 70:14 71:8 74:12 75:2 76:7 76:25 79:4 | |
| partners(3) 8:16 8:48 8:48 | |
| parts(2) 40:19 78:21 | |
| party(1) 29:5 62:3 | |
| past(5) 18:20 18:21 44:23 52:15 67:18 | |
| paul(1) 4:4 | |
| pay(1) 38:13 | |
| pennock(1) 4:9 | |
| pennsylvania(1) 1:50 | |
| people(11) 32:12 37:9 54:11 58:6 59:13 59:15 59:17 59:23 64:16 72:1 78:25 | |
| per(3) 18:17 65:25 66:14 | |
| percent(2) 20:16 76:3 | |
| perfect(1) 80:16 | |
| perform(1) 21:2 | |
| performed(1) 20:14 | |
| perhaps(8) 11:15 46:7 46:8 54:5 56:23 63:10 64:24 80:1 | |
| period(4) 44:24 45:23 57:6 72:14 | |
| permit(1) 46:22 47:3 | |
| permitted(2) 22:23 33:4 52:25 | |

| Word | Page:Line |
| --- | --- |
| pernick(10) 2:6 9:4 9:5 9:20 61:9 70:20 71:4 71:21 72:12 72:16 | |
| person(1) 26:22 | |
| personal(1) 21:8 | |
| personnel(2) 62:3 63:15 | |
| persuade(4) 44:11 47:5 47:11 49:1 | |
| persuading(2) 44:8 44:17 | |
| pertains(1) 40:6 | |
| pertinent(1) 26:23 | |
| pews(1) 60:14 | |
| phases(2) 39:25 71:23 | |
| philadelphia(2) 7:14 8:13 | |
| phone(5) 53:3 68:15 68:20 68:22 68:22 | |
| phonetic(3) 22:6 25:4 45:2 | |
| pick(5) 18:24 48:24 69:12 69:13 81:20 | |
| picking(1) 81:15 | |
| picture(3) 19:4 20:8 35:19 | |
| piece(2) 19:13 24:3 | |
| piecemeal(1) 77:22 | |
| place(2) 57:23 72:5 | |
| plan(30) 18:9 18:17 23:11 23:11 23:13 24:1 24:10 25:1 28:4 28:5 28:5 28:8 28:9 32:7 32:20 46:14 46:14 49:13 50:1 54:12 56:24 57:1 57:3 57:4 57:6 59:2 58:9 68:16 68:17 68:17 | |
| plans(3) 47:22 49:13 56:22 | |
| plausee(1) 12:5 | |
| plaza(4) 4:25 5:37 6:12 | |
| please(4) 9:2 9:8 14:13 61:25 | |
| pleased(1) 37:20 | |
| plenty(1) 15:8 | |
| podium(1) 14:13 59:19 | |
| point(18) 12:7 14:5 14:21 18:4 28:22 28:19 28:19 32:21 33:10 34:1 39:23 42:6 52:7 54:19 67:18 70:13 73:11 74:5 | |
| pointed(1) 48:6 | |
| points(3) 26:1 28:1 54:9 | |
| polk(3) 2:25 9:25 79:11 | |
| pop(1) 34:22 | |
| popping(1) 76:23 | |
| popular(1) 67:22 | |
| portion(1) 34:6 | |
| portions(1) 21:14 | |
| position(4) 28:5 29:17 42:14 67:22 | |
| positions(1) 47:12 | |
| possible(1) 63:25 | |
| post-confirmation(1) 23:13 | |
| post-trial(1) 52:6 | |
| postponing(1) 62:20 | |
| potential(5) 22:8 32:9 47:11 60:22 73:1 | |
| potter(1) 6:10 | |
| powlen(1) 5:5 | |
| ppearances(8) 1:23 2:1 3:1 4:1 5:1 6:1 7:1 8:1 | |
| practices(1) 15:12 | |
| prager(3) 22:21 22:23 32:11 | |
| precisely(1) 80:9 | |
| precluded(1) 29:5 | |
| prefer(2) 65:12 74:16 | |
| preferable(1) 65:16 | |
| preference(1) 9:16 | |
| prejudicial(1) 51:18 | |
| prepare(8) 15:20 19:16 30:22 52:17 55:5 55:16 55:16 55:19 | |
| prepared(5) 19:10 20:15 25:10 55:20 | |
| preparing(3) 54:25 56:11 56:11 | |
| presence(1) 39:19 | |
| present(12) 36:24 44:24 45:5 45:8 45:20 45:23 46:25 47:22 48:25 49:16 54:17 66:11 | |
| presentation(3) 31:12 49:3 69:24 | |
| presentations(2) 44:5 50:16 | |
| presented(4) 39:23 46:1 55:19 65:7 | |
| presenting(1) 46:13 | |

| Word | Page:Line |
| --- | --- |
| press(4) 8:33 8:33 32:25 53:9 | |
| pressure(1) 73:12 | |
| presumed(1) 36:10 | |
| presumption(2) 36:2 36:21 | |
| pretrial(10) 9:15 9:19 23:9 23:23 24:5 24:23 43:17 44:1 52:21 60:21 | |
| pretty(9) 19:6 20:4 20:23 27:10 38:1 42:14 42:22 71:6 75:16 | |
| prevent(1) 20:1 | |
| previously(3) 10:18 50:22 75:1 | |
| price(1) 31:22 | |
| primarily(1) 47:25 | |
| primof(1) 6:5 | |
| principle(1) 29:25 | |
| prior(5) 32:4 34:4 34:13 39:10 42:3 | |
| privilege(14) 10:3 10:5 11:4 11:21 11:24 12:3 12:10 12:11 12:24 13:23 13:25 14:9 79:12 79:17 | |
| privileged(2) 15:2 80:7 | |
| pro(1) 54:13 | |
| probably(8) 25:12 34:3 49:18 51:8 63:19 70:12 73:10 75:18 | |
| problem(6) 21:18 28:15 60:10 60:16 75:13 75:21 | |
| problems(2) 42:17 43:1 | |
| procedure(5) 36:23 38:8 39:9 75:14 75:15 | |
| procedures(3) 36:24 38:25 75:15 | |
| proceed(1) 55:24 | |
| proceeded(1) 39:7 | |
| proceedings(3) 1:18 1:53 83:4 | |
| process(7) 13:17 14:18 15:9 17:16 25:13 41:19 50:10 | |
| produce(1) 14:1 | |
| produced(7) 1:54 10:15 10:20 12:6 12:11 12:16 16:24 | |
| productive(1) 34:9 | |
| professor(9) 20:24 22:10 22:24 23:14 24:6 28:17 32:19 57:13 58:1 | |
| professors(1) 31:24 | |
| progressed(1) 59:21 | |
| projection(1) 59:18 | |
| projections(1) 34:21 | |
| proof(1) 9:10 | |
| properly(1) 52:18 | |
| proponent(4) 18:9 18:17 50:1 53:1 | |
| proponents(10) 24:9 25:1 48:23 59:2 60:22 66:1 68:16 68:17 78:17 | |
| proposal(13) 11:6 43:23 45:5 45:9 45:20 48:23 49:15 50:3 50:5 50:22 66:12 67:6 79:24 | |
| proposals(1) 48:15 | |
| propose(5) 37:20 45:25 46:15 47:24 48:10 | |
| proposed(1) 23:24 | |
| proposing(2) 21:6 23:3 | |
| protected(2) 34:11 41:24 | |
| protocol(3) 31:21 51:17 79:25 | |
| provide(5) 10:2 33:4 62:3 71:8 77:14 | |
| provided(1) 77:1 | |
| provides(1) 52:5 | |
| providing(1) 61:12 | |
| public(5) 35:12 36:11 36:13 37:24 41:6 | |
| publicly(2) 36:3 78:16 | |
| pull(1) 28:17 | |
| pure(1) 21:6 | |
| purporting(1) 34:9 | |
| purports(2) 21:21 23:14 | |
| purpose(2) 25:17 81:11 | |
| push(1) 52:16 | |
| pushed(1) 56:9 | |
| pushing(1) 57:5 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **put**(40) 11:7 14:16 20:20 23:9 23:14 23:15 23:16 23:18 23:20 25:14 25:16 26:16 26:22 28:11 28:12 28:17 29:13 30:6 30:7 30:7 30:21 30:22 31:23 32:14 32:18 36:24 37:14 38:7 46:4 46:14 47:2 47:2 51:1 60:24 61:16 67:14 73:8 78:22 79:1 | | **reference**(2) 26:2 31:20<br>**referred**(1) 32:9<br>**referring**(1) 76:16<br>**regard**(6) 24:15 25:9 25:15 31:5 73:2 74:3<br>**regarding**(1) 6:23 57:12<br>**regular**(1) 64:11<br>**regularly**(1) 64:14<br>**reinstate**(1) 52:14<br>**reject**(1) 48:21 | | **right**(40) 9:23 16:11 17:7 18:2 20:5 31:3 31:5 31:8 32:25 33:9 37:15 40:23 40:25 43:15 44:18 50:21 51:25 54:4 58:13 62:1 62:14 64:16 64:17 68:2 69:8 69:17 70:9 72:9 72:16 72:19 73:8 73:13 73:25 74:2 74:18 74:21 76:11 76:19 78:5 81:24 | | **sealed**(37) 37:13 38:9<br>**sealing**(3) 37:25 38:4 75:10<br>**seated**(1) 9:2<br>**seats**(3) 63:25 64:15 64:17<br>**second**(5) 18:23 28:19 56:12 61:24 73:7<br>**secondly**(1) 29:5<br>**section**(1) 36:1 |
| **puts**(1) 38:5<br>**putting**(5) 30:17 32:9 44:8 47:9 67:24 67:24 | | **relate**(2) 40:19 72:4<br>**relates**(1) 39:23<br>**relating**(4) 54:7 54:12 54:17 78:20<br>**relevant**(1) 42:7<br>**relied**(2) 74:10 78:24<br>**relieve**(1) 63:16<br>**rely**(1) 71:19 | | **rights**(1) 13:6<br>**rise**(4) 9:2 10:2 43:23 63:3<br>**risk**(1) 31:14<br>**road**(1) 52:7 | | **see**(21) 11:21 13:16 14:7 14:25 20:7 30:20 32:13 32:16 35:13 36:7 41:21 49:11 51:5 53:15 60:3 60:5 60:10 60:17 74:22 75:1 78:5 |
| **qualified**(2) 20:25 21:2<br>**question**(22) 10:10 11:5 15:14 16:1 24:13 25:3 25:22 25:24 28:2 28:3 28:6 49:9 53:4 59:6 64:13 65:12 66:22 67:23 68:15 68:16 74:25 77:18 | | **remain**(3) 34:22 35:17 41:17<br>**remains**(1) 66:22<br>**remedy**(1) 22:1<br>**remember**(1) 56:22<br>**reminder**(2) 44:16 79:19 | | **robert**(4) 2:36 4:18 6:20 7:43<br>**rock**(1) 28:17<br>**rockefeller**(1) 4:25<br>**rodney**(1) 2:37<br>**roitman**(1) 4:24<br>**role**(1) 22:9 | | **seeing**(2) 15:19 17:4<br>**seem**(2) 36:20 36:21<br>**seemed**(1) 75:21<br>**seen**(1) 60:14<br>**seife**(1) 4:19<br>**seiler**(1) 3:34 |
| **questioning**(1) 64:11<br>**questions**(5) 27:1 58:9 62:15 67:15 67:20<br>**quickly**(2) 9:8 73:22<br>**quintessentia**(1) 22:9<br>**quire**(1) 43:7<br>**quite**(4) 24:16 35:24 44:7 67:19<br>**qureshi**(1) 3:22<br>**rachel**(1) 8:11 | | **reorganization**(1) 54:13<br>**repeating**(2) 34:3 37:4<br>**report**(34) 17:10 19:3 19:18 20:4 21:20 21:21 22:15 22:16 23:1 23:16 23:19 24:2 25:15 25:17 26:20 26:21 28:1 28:2 29:1 29:6 31:23 32:5 32:13 32:18 35:8 35:10 35:13 37:3 63:7 73:9 79:12 81:25 | | **room**(3) 49:19 61:3 63:12<br>**rosenman**(1) 7:44<br>**rosner**(1) 5:43<br>**roth**(2) 8:4 8:4<br>**round**(1) 32:17<br>**routinely**(1) 42:5<br>**row**(2) 63:25 64:15<br>**rudnick**(2) 3:4 17:12<br>**rule**(2) 36:8 37:2 41:20 | | **select**(3) 66:3 80:4 81:13<br>**selected**(3) 14:6 15:19 81:12<br>**selection**(2) 11:17 15:16<br>**selective**(1) 34:20<br>**selects**(1) 80:3<br>**send**(1) 71:25<br>**sense**(4) 12:4 58:9 78:18 79:1<br>**sensitive**(3) 75:18 78:19 81:23<br>**sent**(2) 12:17 79:16 |
| **raise**(3) 39:24 53:3 72:20<br>**raised**(3) 27:5 54:9 74:5<br>**randomly**(1) 80:2<br>**range**(1) 22:7<br>**rapidly**(1) 60:19<br>**rare**(1) 31:18<br>**rath**(2) 4:29 4:31<br>**rather**(5) 25:7 38:16 51:15 67:8 77:22<br>**raymond**(1) 30:11 | | **reports**(16) 25:2 25:6 25:11 26:9 26:24 32:5 32:14 32:16 33:12 41:5 41:6 51:13 58:5 75:2 76:25 77:7 | | **ruled**(1) 33:23<br>**rules**(3) 36:6 39:11 52:9<br>**ruling**(6) 32:4 33:21 40:20 51:7 62:24 80:23 | | **separate**(1) 74:14<br>**serious**(2) 28:15 37:6<br>**served**(1) 24:2<br>**service**(2) 1:48 1:54<br>**services**(1) 1:48<br>**set**(20) 10:21 18:12 20:23 40:4 45:3 45:24 47:8 47:24 48:5 53:4 53:14 55:13 55:24 56:7 59:17 61:1 61:23 61:23 62:24 62:4 77:21 |
| **reach**(5) 16:5 58:18 65:21 66:21 73:23<br>**reached**(1) 28:22<br>**reaching**(1) 46:23<br>**reaction**(2) 48:14 50:25 | | **represented**(1) 55:21<br>**representing**(1) 10:1<br>**represents**(1) 68:8 | | **saavedra**(1) 5:14<br>**sachs**(2) 7:37 7:37<br>**saga**(4) 10:3 12:24 13:3 13:12<br>**said**(30) 11:3 13:15 13:17 14:23 19:6 19:10 19:23 21:14 25:7 25:24 27:22 31:1 31:22 32:6 37:3 37:4 37:7 37:18 38:1 39:16 40:22 41:3 42:4 51:20 53:15 55:18 67:10 67:16 75:12 80:2 | | **sets**(3) 25:1 26:7 77:23<br>**setting**(1) 49:17<br>**settlement**(5) 21:9 50:11 54:8 54:12 54:17<br>**seven**(14) 3:7 53:8 57:14 57:15 57:17 57:18 57:22 58:4 58:5 58:11 58:12 58:14 58:17 74:14 |
| **read**(7) 18:10 25:6 25:11 25:25 25:25 51:13 77:2 | | **request**(6) 18:15 52:14 53:5 68:25 74:14 80:21 | | | | **several**(2) 40:5 70:1<br>**shachar**(1) 2:44 |
| **ready**(1) 55:22<br>**reality**(1) 26:19<br>**realize**(1) 36:14<br>**really**(13) 30:4 37:9 41:24 45:13 46:23 47:11 53:12 53:12 57:17 61:7 69:22 70:3 70:4<br>**reasoanble**(1) 18:18<br>**reason**(6) 10:12 34:6 38:21 61:22 74:20 74:22 | | **requested**(1) 60:4<br>**requests**(1) 68:18<br>**require**(1) 26:6<br>**required**(3) 18:16 20:20 48:4<br>**requirement**(1) 36:25<br>**requires**(4) 14:1 36:1 36:1 36:2<br>**resemble**(1) 45:1<br>**resent**(1) 12:22 | | **salutory**(1) 44:16 | | **shafer**(1) 7:32<br>**shamah**(1) 6:37<br>**shannon**(3) 4:9 37:1 37:3<br>**share**(2) 45:15 55:2<br>**shared**(1) 47:14<br>**she**(1) 75:21<br>**shell**(1) 28:16<br>**sheron**(1) 5:44<br>**sherri**(1) 83:8 |
| **reasonable**(5) 18:16 21:9 28:6 28:8 45:23<br>**reasonably**(1) 21:17<br>**reasons**(2) 25:23 40:14<br>**rebut**(3) 23:21 28:18 32:2 | | **reserve**(4) 23:12 32:21 63:25 81:24<br>**resolution**(1) 49:10<br>**resolved**(4) 17:19 17:22 49:17 79:3<br>**respect**(39) 10:3 10:11 12:3 14:2 14:25 15:21 17:7 18:3 18:23 20:22 22:15 23:22 24:6 26:5 26:7 28:2 28:22 33:24 38:3 38:4 40:3 40:7 40:8 40:11 40:18 41:4 43:24 47:23 53:6 55:8 56:4 64:25 66:17 68:1 69:15 72:23 77:18 78:12 79:12 | | **same**(13) 17:15 17:15 22:15 22:16 22:22 23:22 24:5 29:20 37:4 45:17 48:22 55:15 71:18<br>**satisfied**(1) 75:22<br>**saturday**(3) 55:10 55:11 55:13<br>**save**(1) 81:6<br>**saw**(1) 24:4<br>**say**(41) 9:18 10:12 12:1 14:22 15:1 15:3 15:8 19:3 19:14 20:9 24:22 24:22 28:18 29:8 33:20 34:3 34:24 37:7 37:17 37:21 38:14 41:8 44:7 44:19 44:22 45:8 55:14 56:14 56:16 56:19 57:21 58:3 58:6 58:8 58:11 58:13 62:19 65:14 66:24 71:2 71:9 | | **shockingly**(1) 12:17<br>**short-circuiting**(1) 13:16<br>**shorten**(1) 78:12<br>**shorthand**(1) 54:8<br>**should**(25) 13:18 14:10 16:24 17:1 21:24 22:23 23:19 27:23 33:4 34:19 35:17 37:13 38:9 39:17 44:4 45:8 46:20 51:8 58:18 59:22 67:9 69:22 71:18 72:13 73:21 |
| **rebuttal**(14) 21:21 22:23 23:6 23:15 28:3 28:4 28:9 31:8 32:15 32:18 32:19 32:22 33:4 | | **respectively**(1) 44:15<br>**respects**(1) 26:18<br>**respond**(6) 31:9 32:23 33:2 33:8 56:2 78:7 | | **saying**(6) 19:4 24:20 27:6 28:8 31:13 50:8<br>**says**(5) 20:4 22:1 22:7 23:24 61:9<br>**schedule**(5) 10:19 55:24 56:6 69:19 72:11<br>**scheduled**(8) 17:21 33:25 40:20 55:7 55:7 55:9 55:11 57:23 | | **shouldn't**(2) 28:16 29:8<br>**shouldn't**(1) 74:20<br>**show**(1) 53:10<br>**showing**(3) 36:25 37:5 37:16<br>**shown**(1) 37:23<br>**shrink**(1) 45:2<br>**shut**(1) 27:23 |
| **rebuttals**(1) 22:14<br>**rebutted**(1) 23:20<br>**rebutting**(3) 23:16 24:1 32:4<br>**recall**(3) 18:15 25:4 35:9<br>**receive**(1) 78:10<br>**received**(4) 10:5 17:15 52:19 61:15<br>**recently**(2) 37:1 43:1<br>**recess**(2) 63:1 63:2 | | **responding**(1) 28:7<br>**response**(9) 25:24 43:14 43:16 52:21 53:8 59:4 59:5 62:16 79:23 | | **scheler**(1) 6:4<br>**schotz**(3) 2:4 9:6 77:25<br>**schulte**(2) 8:4 8:4<br>**schulz**(1) 7:11<br>**schuylkill**(1) 1:49<br>**schwinger**(1) 4:18<br>**scope**(3) 48:7 49:21 54:6<br>**scott**(2) 7:18 8:49<br>**scotty**(1) 7:38 | | **side**(27) 25:18 27:15 46:13 46:17 46:18 46:19 47:18 48:14 55:17 60:5 60:15 63:13 63:14 63:16 63:23 63:25 64:14 66:3 66:5 66:7 66:14 69:19 70:12 70:23 70:25 80:10 80:11 |
| **recognize**(4) 34:16 48:21 67:22 77:2<br>**recognized**(1) 46:3<br>**recognizing**(1) 54:19<br>**record**(8) 9:25 12:24 18:7 29:12 38:4 57:1 70:8 70:14 | | **responsive**(3) 11:3 11:3 22:6<br>**rest**(1) 9:11<br>**restricting**(1) 47:1<br>**restructuring**(1) 29:24<br>**result**(3) 10:13 42:2 52:14<br>**results**(1) 39:14<br>**retry**(1) 72:15 | | **scrambling**(1) 55:3<br>**screen**(4) 34:23 59:18 59:18 60:3<br>**screens**(4) 60:5 60:9 60:10 61:16<br>**seal**(25) 33:19 33:19 33:22 34:12 34:25 35:10 35:11 36:3 36:4 36:5 37:10 38:17 38:23 38:23 40:7 40:13 41:5 41:17 42:1 75:18 78:13 78:22 78:23 79:1 79:2 | | **sides**(6) 55:2 55:4 63:13 66:23 77:20 80:9<br>**sidley**(1) 1:25<br>**siegel**(3) 3:5 17:10 17:12 17:12 18:1<br>**sieger**(1) 7:45<br>**signaled**(1) 28:11 |
| **recorded**(1) 1:53<br>**recording**(2) 1:53 83:3<br>**recount**(1) 10:19<br>**redaction**(1) 41:7<br>**redactions**(1) 43:3<br>**refer**(1) 18:13 | | **review**(13) 10:13 12:13 14:6 14:23 15:6 15:21 15:25 16:5 40:13 40:15 59:10 81:2 82:9 | | | | |
| | | **reviewed**(1) 76:7<br>**reviewing**(2) 17:17 34:10<br>**richards**(1) 2:34<br>**rifkind**(1) 4:4 | | **sealable**(1) 76:10 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**signed**(4) 19:18 22:16 28:24 79:8
**significance**(1) 30:24
**silverstein**(1) 6:11
**simes**(1) 5:20
**similar**(2) 27:5 29:10
**simply**(4) 12:15 31:2 37:3 77:3
**since**(1) 17:19
**singh**(1) 30:11
**single**(2) 66:3 66:13
**sit**(1) 27:23
**sitting**(1) 60:13
**six**(4) 46:7 49:18 51:3 74:14
**sixty**(2) 46:9 46:12
**slater**(1) 7:23
**sleep**(1) 55:18
**small**(5) 11:15 11:15 15:16 48:3 79:20
**smart**(1) 20:4
**solutions**(1) 60:16
**solvency**(5) 16:23 20:25 21:15 50:12 50:17 18:25 22:17 25:13 26:7 30:1 31:14 33:9 35:17 36:23 36:24 37:14 37:19 38:8 40:5 41:23 42:5 44:2 45:12 47:20 52:7 53:17 54:20 57:6 59:11 60:4 60:13 60:14 60:18 62:2 62:4 63:16 64:2 64:15 69:7 69:19 70:9 70:13 70:21 71:25 73:9 73:11 74:20 78:20
**somebody**(1) 33:15
**somehow**(2) 32:20 44:25
**someone**(4) 27:13 31:12 69:12 71:10
**something**(12) 26:21 34:2 39:14 39:15 45:11 45:13 45:16 45:18 66:24 73:2 73:6 76:6
**soon**(1) 78:4
**sorry**(4) 68:4 69:3 76:13 76:22
**sort**(5) 28:16 36:23 36:25 37:14 38:8
**sottile**(38) 4:39 43:18 43:20 43:20 44:16 45:20 49:8 49:24 50:3 50:14 50:20 51:20 53:24 53:24 54:5 55:8 57:4 57:7 59:8 61:6 63:4 63:4 63:21 64:5 64:9 64:19 65:4 65:6 65:15 66:20 66:16 67:1 67:5 69:16 72:5 76:22 77:11 77:13
**sound**(3) 1:53 50:22 83:3
**sounded**(1) 44:25
**sounds**(1) 27:22
**south**(3) 1:40 6:30 8:25
**space**(9) 53:18 59:7 59:11 59:16 60:12 60:19 60:25 63:11 63:12
**spader**(2) 43:21 63:5
**spaeder**(1) 4:36
**speak**(6) 16:15 20:15 52:19 56:17 79:23
**speaking**(3) 17:9 45:13 64:1
**special**(4) 7:30 14:3 43:21 63:5
**specific**(1) 73:15
**speed**(2) 25:12 67:10
**spend**(1) 50:11
**spent**(1) 13:22
**sperling**(1) 7:23
**split**(8) 51:12 51:16 51:25 52:10 68:1 69:11 76:14 80:1
**spoken**(1) 48:12
**sponsor**(1) 30:12
**sproul**(17) 7:12 35:3 35:5 35:6 36:9 36:19 39:18 39:21 40:1 40:3 40:16 40:21 40:23 75:25 76:1 76:3 76:12
**square**(4) 2:37 3:7 6:38 6:39
**stakes**(1) 67:12
**stand**(5) 5:10 16 19:17 31:24 63:1 82:22
**standards**(1) 39:8
**standing**(1) 38:16
**stanley**(1) 5:4
**stargatt**(1) 6:18
**start**(10) 9:21 12:22 17:22 24:11 52:16 62:23 63:10 64:21 65:12 69:16

**starting**(1) 54:23
**state**(1) 29:12
**stated**(2) 75:1 76:14
**statement**(5) 57:12 59:3 60:21 76:4
**states**(3) 1:1 1:20 29:11
**status**(1) 17:14
**stay**(1) 58:1
**ste**(1) 2:7
**stearn**(1) 2:36
**steen**(1) 1:39
**stein**(1) 5:45
**step**(4) 13:24 21:23 21:25 21:25
**steven**(1) 9:9
**stick**(2) 18:11 57:15
**still**(8) 10:16 11:4 14:23 19:24 33:24 51:23 52:19 82:18
**stipulation**(3) 28:25 29:16 32:1
**stone**(1) 69:24
**stood**(2) 13:5 41:10
**stop**(1) 43:3
**straight**(2) 36:12 46:12
**strauss**(4) 3:17 12:20 18:8 68:5
**street**(19) 1:12 1:49 2:21 2:38 3:13 4:32 4:40 4:48 5:7 5:36 6:13 6:22 7:7 7:13 7:25 7:39 7:46 8:12 8:18
**strett**(1) 5:29
**strictly**(1) 39:23
**strike**(1) 31:5
**stromberg**(1) 1:38
**strong**(1) 80:3
**structure**(2) 23:11 24:1
**stuart**(1) 4:10
**study**(4) 29:20 30:6 30:10 30:12
**stuff**(1) 75:18
**subject**(1) 66:20
**subjects**(1) 64:2
**submission**(2) 26:9 38:17
**submit**(4) 15:24 28:12 31:1 52:6
**submitted**(3) 47:19 49:2 79:22
**submitting**(2) 29:7 76:6
**subset**(2) 11:15 79:20
**successfully**(1) 14:2
**such**(4) 42:5 44:13 49:20 49:21
**suggest**(5) 12:14 33:14 48:4 66:1 66:14
**suggested**(5) 63:9 65:24 66:19 69:17 71:15
**suggesting**(1) 27:14
**suggestion**(4) 48:6 48:7 51:7 66:9
**suite**(8) 3:13 4:32 4:41 4:48 5:6 6:31 7:7 7:26
**sullivan**(3) 3:11 7:11
**sunday**(1) 15:17
**supplemental**(4) 20:11 20:14 23:2 30:21
**support**(5) 25:19 56:24 57:1 57:4 62:4
**supposedly**(1) 72:17
**sure**(15) 9:16 13:2 13:12 14:19 24:14 32:3 34:7 34:16 34:18 35:9 43:7 51:22 76:2 78:20 81:22
**surfaces**(1) 23:8
**surprising**(1) 20:6
**suspect**(4) 12:2 16:4 47:7 79:18
**suspected**(1) 15:14
**sya**(1) 51:25
**sympathize**(2) 54:22 55:14
**table**(2) 60:12 63:15
**tables**(2) 60:8 63:22
**tae**(1) 8:5
**take**(29) 11:15 11:20 11:20 13:8 14:21 15:2 19:16 21:22 24:21 26:24 30:20 33:10 39:16 41:17 42:13 44:25 48:3 48:17 51:4 54:25 57:23 58:13 59:10 62:17 70:8 71:8 71:23 73:11 79:6
**taken**(5) 11:22 16:20 22:20 46:24 51:15
**takes**(3) 11:18 28:5 58:11

**taking**(7) 9:14 29:6 63:13 63:14 67:19 72:5 72:18
**talk**(11) 11:16 24:23 33:16 34:21 39:1 39:3 53:22 54:2 62:14 73:15 73:22
**talked**(2) 58:1 75:11
**talking**(7) 9:13 14:24 24:15 28:19 29:20 45:11 45:11
**tasked**(1) 38:18
**taught**(1) 31:16
**taylor**(1) 6:19
**teach**(1) 71:10
**technology**(1) 62:4
**tedium**(1) 70:9
**telephone**(2) 58:18 73:24
**telephonic**(1) 44:3
**telephonically**(1) 69:1
**tell**(4) 35:20 62:8 69:10 81:5
**telling**(2) 58:7 67:19
**tells**(1) 27:13
**ten**(26) 18:20 45:25 46:1 46:5 47:18 47:25 48:5 49:3 50:4 50:7 50:11 50:16 50:18 51:2 51:6 51:10 52:1 52:8 52:10 54:6 54:14 54:15 54:21 56:9 57:5 57:25
**tend**(1) 60:15
**terms**(6) 29:19 39:13 53:13 56:10 61:21 80:1
**test**(1) 38:7
**testified**(1) 12:17
**testify**(7) 15:7 21:6 22:7 23:3 23:24 31:24 57:2
**testifying**(2) 20:7 24:24
**testimony**(22) 16:22 20:1 21:14 23:6 23:10 23:24 26:2 27:11 28:20 29:7 29:14 29:19 29:21 31:2 32:3 33:6 57:1 57:2 57:4 62:24 75:2 81:7
**testing**(1) 12:10
**than**(21) 12:8 19:4 30:9 30:24 51:16 57:17 58:4 58:11 58:14 58:17 58:18 59:2 60:25 62:10 63:18 67:8 70:5 70:5 70:11 74:21 77:22
**thank**(32) 9:20 16:9 16:13 18:1 18:7 24:7 31:7 33:17 35:5 40:23 41:3 42:12 49:23 49:24 56:1 58:21 58:25 67:1 67:2 67:3 68:2 69:9 74:1 75:8 76:11 76:12 76:20 77:11 77:24 78:9 79:9 80:16 82:15
**thanks**(1) 43:11

**that**(301) 9:13 9:21 9:22 10:12 10:12 10:14 10:16 10:24 10:25 10:25 11:1 11:3 11:16 11:22 11:24 12:2 12:6 12:14 12:16 12:17 13:17 13:19 13:24 14:1 14:3 14:4 14:8 14:10 14:20 15:3 15:6 15:7 15:13 15:25 15:25 16:3 16:6 16:10 16:15 16:18 16:22 16:24 17:5 17:17 17:18 17:18 17:21 18:4 18:4 18:11 18:15 19:12 19:13 19:17 19:19 19:24 20:1 20:2 20:9 20:10 20:10 20:11 20:12 20:13 20:14 20:14 20:18 20:20 21:1 21:4 21:24 22:1 22:5 22:6 22:7 22:8 22:8 22:13 22:14 22:16 22:19 22:24 23:3 23:19 23:24 24:2 24:3 24:13 24:15 24:18 24:19 24:20 24:21 25:9 25:11 25:15 25:19 25:24 26:6 26:10 26:11 26:13 26:14 26:15 26:16 26:19 26:22 27:1 27:4 27:6 27:7 27:19 27:22 28:5 28:8 28:10 28:12 28:21 28:24 28:25 28:25 29:1 29:2 29:3 29:5 29:8 29:10 29:11 29:12 29:15 29:15 29:19 29:21 29:25 30:8 30:10 30:12 30:15 30:20 30:22 30:22 31:1 31:4 31:5 31:13 31:14 31:18 31:18 31:21 31:22 31:23 32:15 32:19 32:24 32:24 33:3 33:12 34:1 34:1 34:2 34:3 34:10 34:12 34:13 34:20 34:21 35:12 35:14 35:17 35:22 36:2 36:2 36:3 36:10 36:13 36:14 36:19 36:20 36:22 37:1 37:5 37:14 37:19 37:21 37:24 38:1 38:5 38:6 38:8 38:18 38:19 38:20 38:22 38:25 39:3 39:4 39:6 39:6 39:11 39:16 39:23 39:24 40:4 40:5 40:6 40:9 40:14 40:19 40:19 41:5 41:8 41:18 41:24 41:24 41:25 42:1 42:2 42:5 42:7 42:8 42:15 42:16 42:17 42:21 42:23 43:1 43:3 43:7 43:13 43:18 43:25 44:1 44:7 44:13 44:14 44:15 44:17 44:18 44:19 44:23 44:23 44:25 45:4 45:5 45:9 45:9 45:10 45:13 45:16 45:25 46:2 46:4 46:6 46:8 46:11 46:12 46:15 46:16 46:18 46:21 46:24 47:6 47:8 47:12 47:20 47:24 48:2 48:3 48:4 48:6 48:7 48:9 48:14 48:14 48:15 48:20 48:21 48:22 48:24 48:25 49:1 49:6 49:7 49:8 49:9 49:10 49:16 50:5 50:9 50:10 50:12 50:18 50:25 51:6 51:6 51:8 51:8 51:9 51:17
**that**(192) 51:18 52:1 52:5 52:8 52:9 52:15 52:18 53:1 53:3 53:4 53:9 53:9 53:11 53:17 53:19 53:22 54:8 54:9 54:14 54:17 54:18 54:19 54:20 55:4 55:6 55:9 55:11 55:18 55:20 55:23 56:5 56:6 56:9 56:23 56:25 57:2 57:4 57:5 57:16 57:16 57:21 58:16 58:19 58:20 59:6 59:6 59:9 59:13 59:24 59:25 60:3 60:4 60:4 60:4 60:5 60:16 60:16 60:20 61:2 61:13 61:15 61:15 61:20 62:2 62:5 62:7 62:8 62:23 63:8 63:21 64:6 64:10 64:16 64:22 64:25 65:2 65:8 65:16 65:23 65:24 66:2 66:2 66:3 66:5 66:7 66:8 66:12 66:20 66:21 66:22 66:22 67:6 67:7 67:9 67:10 67:20 68:11 68:12 68:14 68:16 68:22 69:17 69:17 69:19 69:22 70:4 70:5 70:6 70:11 70:12 70:22 70:25 71:5 71:10 71:15 71:18 71:21 71:24 72:1 72:3 72:7 72:8 72:25 73:1 73:2 73:2 73:4 73:10 73:11 73:14 73:16 73:21 73:21 74:8 74:11 74:13 74:16 74:19 74:21 74:24 75:1 75:13 75:14 75:14 75:15 75:17 75:18 75:19 75:19 75:21 75:22 75:23 75:23 75:24 76:4 76:4 76:7 76:8 76:14 76:16 77:1 77:1 77:6 77:8 77:25 78:4 78:19 78:21 78:21 78:22 78:23 78:24 79:1 79:1 79:3 79:17 79:19 79:21 79:24 80:3 80:4 80:9 80:9 80:9 80:24 81:1 81:3 81:22 82:1 82:21 83:2

03/03/11 06:22:57

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that's**(77) 9:10  11:19  11:19  13:21  15:18 16:2  16:17  17:7  18:22  19:6  21:15  21:15 21:16  21:18  21:19  22:3  22:9  22:10  23:6 24:23  25:3  26:17  26:21  28:4  28:7  28:9 28:12  28:13  28:18  28:21  28:21  29:15 29:17  29:17  30:4  31:1  31:11  31:25  34:24 37:7  37:7  37:18  37:23  39:9  39:14  40:2 41:9  41:9  41:20  42:8  44:12  44:12  51:4 52:3  52:4  52:21  53:9  54:12  56:17  56:19 57:7  58:2  58:14  62:25  68:23  68:24  69:6 70:7  71:3  73:25  74:18  75:17  75:24  81:7 81:7  81:11  82:11 | | **the**(301) 1:1  1:2  1:19  1:25  2:4  4:11  4:45 6:21  6:50  7:4  7:19  7:30  9:2  9:3  9:6  9:7 9:8  9:9  9:10  9:11  9:11  9:13  9:14  9:15 9:16  9:17  9:18  9:18  9:19  9:19  9:23  9:25 9:25  10:3  10:3  10:5  10:5  10:6  10:6  10:7 10:10  10:11  10:13  10:13  10:16  10:16 10:19  10:20  10:21  10:22  11:4  11:5  11:8 11:10  11:12  11:15  11:16  11:16  11:17 11:18  11:20  11:21  11:24  11:24  11:25  12: 12:2  12:4  12:5  12:5  12:6  12:10  12:13 12:15  12:18  12:19  12:22  12:23  12:24  13: 13:2  13:2  13:6  13:7  13:8  13:9  13:11 13:12  13:13  13:14  13:15  13:16  13:20 13:22  13:23  13:23  13:24  13:25  14:3  14:4 14:4  14:8  14:8  14:9  14:9  14:10  14:10 14:11  14:12  14:13  14:15  14:19  14:21 14:24  15:1  15:2  15:4  15:4  15:9  15:10 15:11  15:15  15:18  15:19  15:24  15:25  16: 16:2  16:4  16:11  16:13  16:16  16:17  16:18 16:19  16:19  16:21  16:21  16:22  17:2  17:5 17:7  17:11  17:14  17:15  17:15  17:16  17:16 17:20  17:22  17:22  17:23  17:23  17:23 17:25  18:2  18:3  18:4  18:5  18:7  18:9 18:10  18:12  18:14  18:15  18:15  18:19 18:20  18:21  18:23  18:24  19:1  19:1  19:2 19:4  19:5  19:6  19:11  19:11  19:17  19:18 19:19  19:19  20:1  20:2  20:3  20:7  20:8 20:11  20:13  20:13  20:17  20:20  20:20 20:22  20:23  20:24  21:2  21:7  21:7  21:7 21:8  21:9  21:10  21:10  21:11  21:14  21:16 21:18  21:20  21:22  21:23  21:23  21:24  22: 22:2  22:3  22:5  22:6  22:7  22:7  22:12 22:12  22:13  22:14  22:15  22:15  22:16 22:17  22:18  22:18  22:22  22:23  22:25 22:25  23:2  23:5  23:9  23:10  23:11  23:11 23:12  23:17  23:18  23:22  23:23  23:23 23:25  23:25  24:3  24:4  24:4  24:5  24:7 24:9  24:9  24:9  24:13  24:13  24:17  24:21 24:23  24:25  25:1  25:2  25:6  25:7  25:11 25:12  25:14  25:15  25:17  25:17  25:17 25:18  25:18  25:19  25:24  25:25  25:22 25:24  25:25  26:2  26:4  26:4  26:5  26:6 26:9  26:9  26:13  26:19  26:19  26:20  26:20 26:21  26:22  26:25  26:25  27:4  27:7  27:10 | **the**(301) 27:12  27:15  27:16  27:18  28:1 28:3  28:3  28:5  28:5  28:6  28:8  28:9  28:13 28:14  28:19  28:21  28:22  28:22  28:25  29:1 29:6  29:8  29:9  29:10  29:11  29:11  29:12 29:14  29:16  29:16  29:19  29:20  29:25  30:3 30:4  30:9  30:10  30:11  30:12  30:12  30:14 30:14  30:15  30:17  30:18  30:19  30:19 30:19  30:20  30:21  30:24  31:4  31:8  31:10 31:12  31:13  31:13  31:14  31:17  31:18 31:20  31:21  31:22  31:23  31:24  31:25 31:25  32:1  32:2  32:2  32:2  32:5  32:10 32:11  32:11  32:12  32:17  32:20  32:20 32:21  33:2  33:5  33:9  33:12  33:18  33:19 33:19  33:19  33:21  33:22  33:23  34:1  34:3 34:4  34:4  34:4  34:4  34:7  34:12  34:12 34:13  34:13  34:15  34:17  34:22  34:24 34:25  34:25  35:4  35:6  35:8  35:9  35:11 35:24  35:25  35:25  36:1  36:1  36:2  36:4 36:7  36:11  36:11  36:12  36:16  36:18  36:18 36:21  36:23  36:25  37:1  37:7  37:9  37:9 37:10  37:12  37:16  37:21  37:22  38:1  38:4 38:5  38:7  38:7  38:8  38:10  38:10  38:14 38:24  38:25  39:1  39:6  39:7  39:8  39:9 39:9  39:14  39:19  39:22  39:24  39:25  40:2 40:3  40:5  40:7  40:8  40:9  40:11  40:11 40:12  40:13  40:14  40:14  40:17  40:17 40:18  40:18  40:19  40:22  40:25  41:3  41:4 41:4  41:5  41:6  41:8  41:13  41:15  41:19 41:22  41:22  42:2  42:6  42:10  42:11  42:12 42:14  42:14  42:15  42:19  42:21  42:23  43:1 43:4  43:6  43:8  43:10  43:12  43:15  43:19 43:20  43:21  43:24  43:24  44:1  44:1  44:2 44:3  44:4  44:4  44:6  44:7  44:9  44:12 44:13  44:14  44:15  44:17  44:19  44:22 44:22  45:3  45:3  45:6  45:6  45:8  45:17 45:17  45:19  45:20  45:21  45:22  45:22 45:24  46:2  46:3  46:3  46:3  46:5  46:10 46:11  46:13  46:14  46:15  46:15  46:16 46:19  46:19  46:22  46:22  47:3  47:3  47:3 47:5  47:9  47:10  47:11  47:12  47:14  47:14 47:18  47:19  47:21  47:21  47:22  47:24 47:25  48:1  48:3  48:4  48:5  48:6  48:7  48:7 48:9  48:12  48:14  48:14  48:18 | **the**(301) 48:20  48:22  48:23  48:25  49:2 49:5  49:10  49:11  49:13  49:13  49:16  49:20 49:21  49:21  49:23  50:1  50:4  50:5  50:6 50:6  50:7  50:8  50:9  50:9  50:10 50:10  50:12  50:16  50:17  50:18  50:20 50:22  50:25  51:1  51:2  51:3  51:4  51:6 51:7  51:8  51:10  51:12  51:13  51:14  51:15 51:16  51:20  51:21  51:22  51:23  51:25  52: 52:2  52:2  52:4  52:7  52:7  52:8  52:9 52:10  52:11  52:11  52:14  52:15  52:15 52:16  52:17  52:18  52:18  52:22  52:23  53: 53:6  53:6  53:8  53:12  53:13  53:14  53:15 53:16  53:19  53:19  53:21  53:25  54:4  54:5 54:15  54:16  54:17  54:19  54:21  54:21 54:23  55:4  55:6  55:6  55:9  55:9  55:12 55:13  55:15  55:23  55:24  55:24  56:3  56:5 57:9  57:12  57:23  58:5  58:12  58:16  58:17 58:17  58:22  58:24  59:1  59:1  59:2  59:5 59:7  59:7  59:9  59:14  59:19  59:19  59:19 59:19  59:19  59:20  59:20  59:24  59:24  60:1 60:3  60:5  60:5  60:6  60:6  60:7  60:9  60:10 60:10  60:11  60:13  60:14  60:15  60:20 60:21  60:21  60:22  61:3  61:5  61:6  61:8 61:10  61:13  61:14  61:14  61:15  61:16 61:18  61:19  61:19  61:25  62:2  62:2  62:4 62:6  62:8  62:9  62:10  62:17  62:18  62:18 62:18  62:20  62:21  62:25  63:1  63:3  63:5 63:7  63:7  63:8  63:10  63:12  63:12  63:13 63:13  63:14  63:14  63:16  63:17  63:25  64:2 64:3  64:6  64:11  64:12  64:14  64:14  64:14 64:16  64:17  64:18  64:19  64:20  64:21 64:21  65:2  65:3  65:5  65:8  65:10  65:11 65:14  65:15  65:17  65:17  65:19  65:20 65:24  65:24  65:25  66:1  66:6  66:7  66:8 66:11  66:15  66:17  66:17  66:18 66:19  66:20  66:22  66:23  66:25  67:2  67:4 67:6  67:10  67:11  67:12  67:13  67:14  67:17 67:17  67:17  67:18  67:20  67:23  68:1  68:2 68:7  68:8  68:9  68:9  68:10  68:12  68:14 68:15  68:15  68:16  68:17  68:20  68:20 68:22  68:22  68:23  68:23  68:24  68:24  69: 69:5  69:8  69:10  69:11  69:11  69:15  69:15 69:16 | **them**(40) 9:14  10:7  11:21  12:13  13:20 13:22  17:17  17:19  20:7  20:19  23:3  25:25 26:1  26:2  26:13  26:16  35:12  35:12  36:7 37:14  38:7  38:20  40:13  40:15  56:14  57:18 58:7  59:14  60:11  60:24  61:16  65:22  71:9 77:2  77:4  77:8  77:14  78:2  78:4  78:5 |
| | | | | | | **themselves**(1) 45:3 |
| | | | | | | **then**(31) 9:15  9:19  9:22  11:7  11:21  11:23 11:25  12:4  12:12  19:18  22:12  23:19  23:8 28:15  28:17  29:13  32:10  32:14  33:7  33:9 36:4  36:9  47:19  62:22  69:21  71:4  71:13 72:8  76:15  77:25  82:8 |
| | | | | | | **there**(68) 9:12  11:23  12:2  13:18  17:1  18:3 18:25  20:9  22:15  26:10  26:13  26:20  29:21 29:22  30:21  32:8  32:9  34:18  34:20  35:17 35:22  36:4  36:12  37:5  37:6  37:19  37:22 37:24  38:2  38:3  38:17  38:21  40:15  41:22 42:23  47:20  47:21  48:19  51:23  52:20 53:22  54:1  54:16  54:20  55:13  56:9  56:22 56:22  59:1  59:12  60:3  60:4  61:22  64:24 66:12  70:1  70:2  70:15  70:23  74:7 74:8  75:9  76:8  78:21  78:22  81:22  81:23 |
| | | | | | | **there's**(19) 9:14  14:5  14:19  16:3  17:5 23:21  26:10  28:14  28:24  29:14  31:14  42:6 70:7  71:4  73:22  74:19  78:18  82:6  82:11 |
| | | | | | | **thereafter**(1) 54:19 |
| | | | | | | **these**(19) 10:13  15:6  15:16  17:4  24:16 30:25  35:25  36:10  37:10  37:10  37:11 37:13  38:3  44:18  56:6  58:6  71:9  75:16 75:19 |
| | | | | | | **they**(82) 9:14  10:17  10:18  11:3  11:3  12:17 13:6  13:24  17:1  19:6  20:4  20:5  20:12 20:17  22:5  23:18  25:19  26:22  26:25  28:10 28:11  28:11  28:12  28:17  28:17  28:20  29:8 29:12  29:18  30:7  30:8  30:25  31:13  32:12 32:13  32:14  33:11  34:16  35:21  36:9  38:12 38:16  41:17  41:24  44:25  45:19  47:4  48:21 51:3  51:14  53:7  55:4  56:8  56:13  56:13 56:16  57:18  58:2  58:4  58:5  58:6  58:9 60:12  60:13  60:18  62:6  62:12  64:3  67:7 68:10  70:10  70:15  70:24  72:3  74:12  76:6 79:25  80:3  80:5  80:5  80:6  80:6 |
| | | | | | | **they'll**(1) 72:2 |
| | | | | | | **they're**(19) 10:17  19:21  20:5  20:5  24:20 29:20  38:22  42:21  56:16  60:16  62:5  62:5 62:7  62:11  72:3  72:4  77:13  77:13  79:24 |
| | | | | | | **they've**(4) 34:7  56:14  58:5  62:6 |
| | | | | | | **thihnk**(1) 71:8 |
| | | | | | | **thing**(4) 28:13  38:21  58:15  75:17 |
| | | | | | | **things**(13) 11:8  27:22  37:12  37:13  38:3 38:21  45:7  48:25  64:25  65:17  67:6  67:25 75:20 |
| | | | | | | **think**(83) 9:21  9:22  10:6  10:22  13:24  15:2 17:14  18:17  19:14  20:23  21:11  22:3  22:5 22:13  23:5  25:5  25:11  25:12  26:14  26:15 26:17  26:18  26:23  27:18  28:4  29:18  32:24 33:22  37:14  38:19  39:3  41:24  42:4  42:25 43:3  43:25  44:10  45:15  45:22  47:4  47:4 47:11  47:11  47:15  48:6  48:20  49:8  49:10 49:18  50:13  52:4  52:8  52:20  52:24  54:6 54:18  55:4  58:2  58:4  59:24  60:15  64:9 64:20  65:15  65:15  66:22  66:23  67:5  67:13 67:23  67:24  69:4  69:25  71:7  71:13  72:8 73:9  73:14  74:6  77:7  78:1  78:3  80:22 |
| | | | | | | **thinking**(2) 62:19  71:1 |
| | | | | | | **thinks**(1) 68:14 |
| | | | | | | **third**(6) 8:6  31:25  38:1  59:16  59:19  62:3 |
| | | | | | | **thirty**(6) 46:14  46:16  47:6  47:17  48:9 |
| | | | **the**(189) 69:18  69:19  69:20  69:23  70:2 70:3  70:4  70:8  70:14  70:16  70:17  70:17 70:23  70:24  71:2  71:7  71:8  71:13  71:14 71:15  71:15  71:15  71:16  71:18  71:19 71:24  71:25  72:1  72:5  72:7  72:10  72:13 72:13  72:14  72:17  72:22  72:23  72:24 72:25  73:1  73:3  73:6  73:7  73:8  73:8 73:14  73:15  73:16  73:17  73:18  73:18 73:20  74:2  74:5  74:7  74:9  74:10  74:13 74:14  74:16  74:19  74:19  74:23  74:25  75: 75:2  75:2  75:3  75:3  75:4  75:5  75:7  75:9 75:10  75:10  75:11  75:12  75:15  75:17 75:20  75:22  75:24  75:25  76:2  76:4  76:6 76:7  76:9  76:10  76:11  76:14  76:15  76:18 76:21  76:23  76:24  76:25  76:25  77:1  77:2 77:3  77:5  77:6  77:7  77:8  77:10  77:10 77:12  77:13  77:15  77:18  77:20  77:23  78: 78:8  78:10  78:11  78:12  78:12  78:13  78:17 78:19  78:19  78:20  78:21  78:24  79:3  79:4 79:4  79:8  79:8  79:11  79:12  79:14  79:16 79:17  79:17  79:18  79:19  79:19  79:20 79:23  80:1  80:2  80:2  80:3  80:4  80:4  80:5 80:6  80:8  80:8  80:10  80:12  80:16  80:17 80:23  80:24  80:25  81:1  81:2  81:5  81:6 81:6  81:10  81:14  81:15  81:17  81:18  81:19 81:22  81:24  81:24  82:1  82:3  82:5  82:7 82:8  82:8  82:11  82:14  82:16  82:21  82:21 82:23  83:2  83:3  83:3  83:4 | | | | |
| | | | **thee**(1) 44:25 | | | | |
| | | | **their**(30) 13:5  18:12  23:19  25:14  26:23 30:7  32:12  34:17  37:18  38:13  44:5  44:20 44:24  45:23  46:15  46:16  47:9  47:13  51:1 55:5  55:22  56:13  60:8  60:18  62:5  66:11 67:11  70:10  77:21  77:21 | | | | |

| Word | Page:Line |
|---|---|
| this(76) | 10:11 11:6 11:7 11:14 12:7 12:15 13:17 14:20 14:25 15:1 15:8 15:13 16:18 18:2 18:3 20:1 21:7 24:18 24:25 27:5 28:2 28:8 28:14 28:16 28:21 30:5 30:9 30:17 30:18 31:2 32:17 33:20 34:5 34:8 35:7 35:24 36:4 36:14 37:2 37:4 37:15 37:17 38:14 38:15 38:20 39:2 39:3 39:11 39:22 42:15 46:4 46:23 47:2 47:13 48:13 48:15 49:1 49:2 51:24 52:13 55:3 56:5 58:5 58:16 59:13 60:23 67:9 67:17 67:22 69:25 71:23 78:7 80:22 81:8 82:21 |
| thomas(1) | 4:20 |
| thornberg(1) | 5:4 |
| those(41) | 9:13 9:17 10:9 11:20 11:25 12:23 15:4 15:21 16:25 20:4 22:19 29:9 29:12 33:24 34:15 35:1 35:18 35:20 36:6 36:13 37:25 38:9 45:4 45:7 47:23 47:24 48:19 48:21 53:19 54:25 56:7 57:2 59:19 59:20 60:13 62:15 63:11 64:1 64:10 64:16 75:4 |
| though(3) | 15:3 28:11 29:3 |
| thought(3) | 16:23 71:21 73:21 |
| thoughts(1) | 45:4 |
| three(6) | 9:12 9:17 10:19 16:14 45:4 54:21 |
| three-fourths(1) | 53:16 |
| three-inch(1) | 70:23 |
| through(6) | 11:18 11:19 15:8 52:13 62:9 71:17 |
| thus(2) | 35:25 39:7 |
| tickets(1) | 57:21 |
| time(48) | 13:6 13:8 14:22 15:7 15:8 15:23 24:4 25:6 25:25 34:3 38:17 39:4 41:3 43:24 44:24 45:23 45:25 45:25 46:5 46:5 46:7 46:9 46:12 46:17 46:25 47:16 47:18 48:1 48:3 48:10 49:4 49:7 49:11 49:18 51:12 51:15 53:10 58:13 65:17 67:20 67:25 68:23 70:8 73:10 76:25 77:1 79:4 79:11 |
| times(5) | 3:7 6:38 6:39 48:13 64:1 |
| timing(3) | 17:23 52:22 54:2 |
| today(9) | 10:16 13:17 16:7 23:9 33:11 33:25 40:10 62:22 78:11 |
| together(3) | 30:17 43:9 64:23 |
| told(2) | 41:11 70:16 |
| tom(1) | 2:50 |
| tomorrow(5) | 57:25 58:19 78:7 78:8 82:2 |
| tons(1) | 12:17 |
| too(7) | 11:19 20:6 61:1 67:19 70:6 73:17 76:22 |
| took(3) | 13:21 19:9 44:5 |
| top(1) | 75:15 |
| topics(1) | 53:7 |
| torres(1) | 5:41 |
| total(2) | 10:20 46:9 |
| totaled(1) | 51:2 |
| totality(1) | 29:1 |
| towards(1) | 52:8 |
| tower(1) | 6:38 |
| traffic(1) | 62:9 |
| trainable(1) | 71:11 |
| transactions(4) | 46:2 46:10 50:5 50:9 |
| transcript(3) | 1:18 1:54 83:3 |
| transcription(1) | 1:48 1:54 |
| transcripts(1) | 37:11 |
| transfer(1) | 21:13 |
| travel(1) | 68:13 |
| treated(2) | 12:9 35:25 |
| treating(1) | 12:8 |
| tree(2) | 21:3 22:25 |
| treham(1) | 5:21 |
| trial(30) | 10:23 12:1 15:6 16:20 37:21 37:22 40:18 44:4 45:25 46:1 46:5 46:6 46:7 46:9 46:12 47:18 48:1 48:10 49:18 52:7 53:14 54:23 55:5 56:5 56:11 67:16 73:18 75:2 75:4 76:10 |
| trials(1) | 63:22 |
| tribune(7) | 1:8 2:11 7:11 9:6 35:6 38:10 75:12 |
| tried(1) | 49:2 |
| tries(1) | 19:22 |
| truly(3) | 34:10 69:2 69:23 |
| trust(3) | 3:4 8:10 17:13 |
| trustee(4) | 4:45 4:45 7:4 7:4 |
| try(15) | 18:11 26:22 44:20 45:7 47:3 47:5 50:6 52:17 53:17 67:9 67:11 68:14 70:10 73:4 80:25 |
| trying(6) | 43:4 55:15 57:20 72:10 73:12 81:6 |
| tuesday(2) | 62:24 65:7 |
| turned(1) | 16:21 |
| turns(1) | 75:23 |
| twelve(1) | 51:4 |
| twenty(1) | 11:19 15:15 51:4 |
| twenty-five(6) | 11:18 79:17 79:22 80:21 81:12 81:13 |
| two(28) | 9:21 10:4 10:21 20:7 21:25 21:25 22:13 22:16 28:1 47:1 52:16 55:13 56:22 56:23 60:11 63:13 65:20 66:4 66:12 67:7 69:13 69:11 71:24 72:6 72:20 76:15 77:2 81:7 |
| type(3) | 51:18 59:11 64:4 |
| typical(1) | 46:6 |
| u.s(6) | 4:45 4:45 7:4 7:4 8:28 8:29 |
| uh-huh(2) | 27:9 40:1 |
| ultimate(2) | 21:7 21:16 |
| ultimately(2) | 33:12 78:15 |
| ultra(1) | 81:23 |
| unable(1) | 66:21 |
| unaddressed(1) | 82:16 |
| unaware(1) | 17:3 |
| unclear(3) | 15:3 50:15 76:20 |
| uncomfortable(1) | 60:13 |
| under(34) | 13:2 15:13 18:19 22:2 22:2 23:18 29:3 35:10 35:11 36:5 38:17 38:22 38:23 39:7 39:8 40:6 40:14 41:5 41:7 41:19 41:19 42:1 56:7 56:12 56:18 67:14 67:25 69:23 75:18 78:13 78:22 78:23 79:2 |
| understand(22) | 9:13 12:5 18:10 19:25 26:14 34:12 36:19 41:3 41:25 45:25 50:18 51:7 54:22 58:25 60:7 62:2 65:8 66:10 71:14 76:8 80:23 82:18 |
| understanding(7) | 24:23 26:13 33:12 42:5 65:10 69:17 80:9 |
| understood(3) | 36:9 50:5 65:4 |
| undrestand(2) | 27:7 64:22 |
| undue(1) | 14:7 |
| unfair(2) | 32:18 51:12 |
| unfolding(1) | 56:17 |
| unfolds(1) | 67:16 |
| unfortunate(1) | 63:21 |
| unfortunately(1) | 65:21 |
| united(2) | 1:1 1:20 |
| unless(3) | 17:2 19:22 36:11 |
| unreasonable(1) | 11:2 |
| unseal(2) | 35:11 35:12 |
| unsealed(1) | 37:2 |
| unsecured(4) | 41:6 43:22 53:25 63:6 |
| until(8) | 15:7 17:4 22:19 27:13 41:20 73:23 75:2 75:22 |
| update(1) | 10:2 |
| usage(1) | 59:24 |
| use(2) | 34:17 60:4 |
| used(2) | 49:11 74:9 |
| useful(2) | 26:1 27:20 |
| ushers(1) | 64:6 |
| usually(1) | 47:8 |
| utilized(2) | 19:12 61:21 |
| utterly(1) | 51:12 |
| vague(1) | 37:17 |
| vail(1) | 2:20 |
| valuation(10) | 20:12 20:14 29:20 29:23 29:24 30:6 30:11 30:18 31:4 54:10 |
| valuations(2) | 29:24 50:17 |
| value(10) | 19:11 19:20 21:17 23:13 24:13 30:9 30:20 32:20 50:9 60:19 |
| variety(2) | 47:22 54:17 |
| various(2) | 16:22 34:15 |
| verbal(3) | 43:14 59:4 62:16 |
| verifying(1) | 13:23 |
| version(1) | 71:16 |
| versus(1) | 45:1 |
| very(15) | 9:7 13:21 16:12 18:11 29:8 31:1 31:10 36:14 37:2 37:15 37:20 46:24 54:2 77:24 80:12 |
| vies(1) | 59:20 |
| view(6) | 21:8 39:6 50:6 51:9 59:19 61:17 |
| viewed(3) | 25:17 60:6 72:14 |
| views(6) | 25:16 45:16 45:17 60:9 66:11 70:23 |
| violates(1) | 45:9 |
| violation(1) | 37:24 |
| voice(2) | 36:21 36:22 |
| volatility(1) | 30:19 |
| volume(1) | 71:6 |
| wacker(2) | 7:33 8:25 |
| wahls(1) | 21:14 |
| wait(1) | 73:23 |
| waited(2) | 32:13 32:16 |
| waiting(2) | 10:5 32:10 |
| walking(1) | 28:20 |
| walnut(1) | 7:13 |
| want(38) | 17:23 25:8 25:11 28:10 33:10 33:18 33:18 33:25 38:6 38:6 38:12 45:5 45:20 52:13 54:11 57:9 57:15 58:2 58:3 58:13 58:17 59:10 61:10 61:13 61:23 69:23 70:15 70:22 72:1 72:3 73:2 73:11 75:1 75:14 80:15 81:13 81:14 81:20 |
| wanted(12) | 10:5 25:6 34:2 35:11 35:12 56:19 60:18 68:14 69:6 77:3 78:25 81:2 |
| wants(3) | 15:25 22:24 69:12 |
| wardwell(2) | 2:25 10:1 |
| was(60) | 9:9 10:12 12:25 15:6 16:15 16:20 18:15 19:17 20:10 20:11 21:12 21:13 22:12 22:13 22:14 23:7 24:11 24:13 25:5 27:14 29:4 30:1 30:2 30:16 30:18 31:16 31:23 32:1 32:3 35:7 35:8 37:3 37:20 40:15 41:10 41:11 45:14 50:1 50:15 50:2 50:21 51:21 56:24 61:12 64:20 64:21 65:13 68:7 68:16 68:22 73:9 75:12 76:19 78:21 78:23 80:22 80:25 81:23 82:23 |
| washington(1) | 4:42 |
| wasn't(5) | 30:1 65:2 68:15 68:20 68:22 |
| way(26) | 16 35:24 37:17 39:2 39:6 44:14 45:2 46:11 46:25 47:15 47:13 47:16 47:17 48:7 51:6 54:5 60:6 61:12 65:3 70:6 71:11 74:24 75:20 |
| ways(1) | 34:20 |
| we'll(20) | 16:10 33:10 42:25 43:7 47:15 52:6 53:17 55:23 57:22 59:25 61:22 69:2 71:23 72:13 73:4 73:10 73:18 77:25 79:6 82:6 |
| we're(27) | 12:1 12:1 13:19 14:9 17:18 18:20 34:19 35:19 35:20 36:20 38:14 38:15 39:13 42:16 44:17 44:18 50:11 56:12 57:5 58:12 59:22 59:24 59:25 61:6 71:23 73:16 78:23 |
| we've(10) | 21:1 30:21 42:13 45:6 47:9 61:15 62:22 63:14 72:17 79:21 |
| wearferin(1) | 22:6 |
| wednesday(1) | 9:1 |
| weekend(1) | 62:6 |
| weeks(7) | 10:4 15:6 25:5 31:21 71:25 72:6 73:19 |
| weil(1) | 5:11 |
| weiss(1) | 4:4 |
| weitman(1) | 2:16 |
| welcome(1) | 62:11 |
| well(39) | 11:22 15:18 15:23 16:2 16:12 18:21 19:9 20:12 20:23 21:1 25:3 25:22 26:17 27:4 27:10 27:21 33:3 39:9 40:11 41:9 41:19 57:21 58:3 59:5 60:6 61:8 64:12 68:3 68:24 69:10 73:5 73:21 77:10 77:24 80:8 80:12 81:5 81:9 81:23 |
| wells(1) | 7:17 |
| were(33) | 10:18 14:3 14:23 15:7 17:3 18:25 19:12 22:8 23:18 24:5 27:18 27:22 28:12 32:14 32:16 35:17 44:25 52:24 53:3 56:7 56:9 59:12 60:4 62:23 63:8 66:8 70:11 71:17 73:13 76:16 78:11 78:21 78:22 |
| wesch(1) | 3:21 |
| west(5) | 5:7 6:22 7:25 7:33 7:39 7:46 68:8 |
| wharton(1) | 4:4 |
| what(117) | 9:16 10:17 10:17 11:12 11:17 13:2 13:11 13:12 13:13 15:3 15:13 15:18 16:4 16:5 19:3 19:3 19:6 19:12 19:14 19:23 20:5 21:16 22:10 24:11 24:14 24:20 24:24 25:8 25:18 25:19 25:23 27:2 27:12 27:19 27:20 28:6 28:7 29:16 29:22 30:5 30:13 30:13 30:25 31:25 32:14 32:16 33:9 33:13 34:6 34:7 34:24 36:20 36:21 37:4 37:7 37:7 37:18 38:6 39:14 40:22 41:3 41:20 44:4 44:5 44:10 44:10 44:17 45:21 45:22 46:23 47:7 47:7 47:10 47:10 47:16 47:23 48:4 50:4 51:25 52:23 54:6 54:10 54:15 54:24 55:2 56:13 56:15 56:19 57:17 58:2 58:6 58:7 59:12 60:9 60:9 62:25 64:9 64:20 65:8 66:1 66:14 67:15 69:10 69:16 69:21 70:17 71:13 71:14 72:5 73:15 76:9 78:16 78:9 80:8 80:11 81:5 |
| what's(5) | 29:21 30:9 35:20 47:10 67:23 |
| whatever(4) | 19:21 54:11 54:13 62:22 |
| whatsoever(1) | 41:7 |
| when(26) | 12:9 12:9 13:4 19:9 24:4 24:22 30:16 31:17 35:8 39:15 43:3 44:23 45:16 45:17 47:8 48:14 55:6 57:23 59:9 60:1 68:15 76:14 78:1 78:1 82:1 82:9 |
| where(19) | 10:10 11:5 11:23 18:19 21:5 21:5 28:16 29:14 29:17 42:17 57:24 60:24 66:6 67:5 67:25 70:14 74:7 74:8 79:12 |
| whereas(1) | 64:12 |
| whereupon(1) | 82:23 |
| whether(22) | 12:25 15:14 21:8 21:17 21:23 22:22 23:10 25:5 32:10 51:3 51:9 52:1 52:12 52:25 53:7 66:17 66:18 68:11 69:22 75:3 76:5 77:3 |
| which(45) | 14:22 15:24 16:19 18:14 21:3 29:4 29:12 30:23 32:21 33:24 34:18 35:13 36:15 36:22 36:24 37:7 39:23 41:24 41:25 42:1 42:6 45:6 45:10 45:16 47:15 47:24 49:13 50:7 50:10 51:2 56:10 59:16 59:18 60:8 63:16 64:22 65:14 67:15 69:1 70:2 71:5 72:17 76:4 80:1 |
| while(3) | 55:17 63:8 65:6 |
| white(1) | 7:17 |
| whittman(1) | 8:38 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**who**(21) 10:22 12:16 16:4 35:1 37:9 47:22
48:18 54:16 55:21 59:3 59:13 61:7 62:3
63:11 64:1 64:3 64:6 64:10 64:13 68:8
68:9

**who's**(1) 31:3
**whole**(2) 11:7 28:2
**whom**(1) 46:13
**whose**(2) 17:3 66:4
**why**(10) 10:12 13:21 37:13 38:8 38:21
41:10 68:20 69:6 74:20 81:7

**wide**(1) 20:1
**will**(65) 9:21 11:14 14:21 15:2 17:18
17:22 20:14 23:12 26:21 27:20 32:20 34:17 35:9 37:21 39:23 41:17 42:7 42:16
42:20 47:7 47:8 47:17 48:4 48:8 48:17
48:23 49:1 50:12 51:1 51:15 51:18 51:23
52:5 55:6 57:17 58:20 60:7 60:8 60:23
62:4 62:11 62:19 63:1 63:11 63:16 63:17
64:10 64:15 66:11 67:19 70:8 70:9 70:24
71:8 74:12 75:20 76:8 76:9 77:14 78:4
78:15 78:16 82:1 82:22

**william**(1) 3:12
**willing**(2) 57:19 71:19
**wilmington**(18) 1:13 2:8 2:39 2:52 3:4
3:14 3:31 4:33 4:49 5:8 5:31 5:58 6:15
6:23 7:8 9:1 17:13 65:18

**winning**(1) 27:23
**wisdom**(1) 45:9
**wish**(3) 40:25 43:13 59:13
**wishes**(4) 35:1 49:6 53:3 59:3
**with**(111) 9:21 10:2 10:8 10:9 10:11 12:3
12:4 13:22 14:2 14:25 15:21 16:17 17:7
18:2 18:23 19:21 20:11 20:22 22:15 23:6
23:12 23:22 23:25 24:6 26:5 26:7 26:9
27:12 27:19 28:2 28:15 28:22 29:6 29:13
30:11 30:16 32:22 33:24 34:8 35:11 38:2
38:4 38:18 39:2 39:10 39:15 39:16 40:3
40:7 40:7 40:11 40:12 40:18 41:4 42:15
43:23 44:1 44:2 45:4 45:6 47:14 47:15
47:23 48:12 48:12 50:2 50:8 52:4 53:5
54:18 54:21 54:22 55:8 55:21 55:24 56:4
56:6 56:8 56:14 59:2 59:23 60:10 62:22
62:24 63:10 63:13 63:14 64:20 64:25 65:
65:17 66:2 66:16 66:20 69:15 69:17 70:23
71:24 72:4 72:23 74:10 74:14 74:16 75:2
75:22 76:3 76:5 77:18 77:25 78:12 79:12

**withheld**(2) 11:4 14:3
**within**(9) 13:1 44:20 47:6 47:17 48:9
50:18 51:10 54:14 57:5

**without**(5) 17:17 34:10 34:22 35:15 41:6
**witness**(19) 16:20 16:22 17:16 17:21 20:19
24:4 25:14 28:11 28:12 34:9 46:20 49:6
58:10 59:20 67:16 71:15 73:11 74:10
76:15
**witnesses**(24) 10:22 12:16 15:7 17:3 18:16
18:18 25:7 34:20 45:11 47:1 47:2 48:18
50:25 51:5 51:23 56:14 56:23 57:2 64:11
64:13 69:11 71:15 76:16 81:7

**womble**(1) 2:49
**won**(2) 31:13 31:18
**won't**(5) 23:12 27:20 34:17 39:12 72:4
**word**(1) 29:18
**work**(7) 42:25 43:9 51:17 52:13 55:4
58:20 64:15

**worked**(2) 30:16 45:5
**working**(1) 56:14
**worse**(1) 63:22
**worthy**(2) 14:13 16:5

**would**(135) 9:18 10:15 11:11 11:17 12:8
12:14 13:11 13:13 14:5 14:12 15:3 15:7
15:9 16:2 16:3 16:4 16:4 16:18 16:19
18:4 18:13 18:22 19:3 19:4 20:2 20:2
20:18 21:24 22:19 25:7 25:10 25:12 25:12
26:14 26:15 29:5 31:1 32:25 33:2 33:3
33:6 33:7 33:13 33:15 36:23 36:24 37:14
38:16 38:19 38:24 39:4 44:15 45:8 45:22
46:15 46:21 47:2 49:17 50:6 50:18 51:25
52:25 53:2 53:7 54:14 54:20 55:12 56:24
56:25 57:2 57:17 57:19 59:12 59:18 60:2
61:7 61:12 62:24 63:7 63:18 63:24 64:3
64:12 64:14 64:22 64:22 64:23 65:7 65:1
65:12 65:14 65:16 66:1 66:7 66:8 66:8
66:12 66:14 66:18 66:18 67:6 67:11 68:1
69:16 69:18 70:11 70:17 71:9 71:15 71:1
71:25 72:8 73:6 73:9 74:11 74:12 75:2
75:14 76:4 76:14 76:24 77:4 77:7 77:19
78:2 78:5 79:11 79:25 80:4 80:6 80:6
80:13 81:21 81:24 82:8

**wouldn't**(1) 65:11
**wrap**(1) 70:13
**writing**(1) 27:3
**written**(4) 25:2 25:6 25:11 26:9
**wrong**(2) 24:17 29:19
**yeah**(12) 19:7 31:16 42:12 42:23 44:12
58:13 63:17 65:2 71:7 72:7 73:20 75:11

**year**(1) 56:15
**yes**(15) 12:7 14:14 18:6 58:23 61:25 65:10
73:3 75:5 75:7 76:18 76:21 77:10 79:14
81:17 81:19

**yet**(7) 16:24 48:1 48:16 51:21 55:7 56:17
61:5

**york**(20) 2:31 2:46 3:8 3:24 3:38 3:44
3:51 4:12 4:26 5:16 5:24 5:47 6:7 6:40
6:51 7:20 7:40 8:7 8:20 57:25
**you**(178) 9:20 11:18 12:25 13:11 13:13
14:12 14:23 14:23 15:20 16:5 16:6 16:9
16:13 17:17 18:1 18:7 19:1 19:16 19:25
20:3 20:24 21:12 23:1 24:7 24:18 24:25
25:13 25:15 26:19 26:19 26:24 27:11
27:18 27:18 28:14 28:15 28:15 28:24 29:4
33:16 33:17 34:17 35:5 35:8 35:9 35:19
37:9 37:12 37:20 38:17 39:11 39:15 39:24 39:24
40:23 41:3 41:13 41:16 42:2 42:7 42:10
43:12 44:9 44:11 44:17 44:23 46:16 47:1
47:2 47:5 47:11 48:22 48:23 48:24 48:24
48:25 49:23 49:24 51:4 51:6 51:24 52:2
52:12 53:1 53:15 56:1 57:9 58:2 58:3
58:3 58:9 58:13 58:21 58:25 60:3 60:5
60:10 61:10 61:11 61:12 61:13 61:21
61:21 61:23 62:3 62:8 65:12 67:1 67:2
67:3 67:10 67:12 67:15 68:2 69:9 69:10
69:13 69:25 70:2 70:3 70:6 70:13 70:22
70:22 71:2 71:9 72:25 73:2 73:7 73:17
73:21 74:1 74:7 74:25 75:1 75:8 75:22
76:11 76:12 76:14 76:14 76:16 76:20 77:1
77:8 77:11 77:24 78:1 78:1 78:9 78:14
78:15 79:9 80:15 80:16 81:5 81:6 81:10
81:13 81:14 81:19 81:19 81:20 82:1 82:15

**you'll**(1) 71:13
**you're**(6) 31:2 41:3 41:5 43:3 73:22 81:10
**you've**(4) 40:22 43:6 67:10 79:20
**young**(1) 6:18

**your**(172) 9:4 9:5 9:7 9:20 9:24 10:2
10:10 11:2 12:7 12:14 12:19 12:22 12:24
13:14 14:12 14:14 14:18 15:3 15:14 15:23
16:8 16:9 16:14 16:18 17:14 18:6 18:7
18:10 18:13 18:19 19:1 19:25 20:22 21:5
21:10 22:22 22:3 22:12 23:1 23:5 23:8
24:8 25:4 26:18 27:17 31:2 31:9 31:11
31:16 31:20 32:3 32:4 32:24 33:17 35:3
35:5 35:16 36:5 36:19 37:20 38:19 39:4
40:23 41:2 42:9 42:13 43:18 43:20 43:23
44:2 44:16 44:19 44:23 45:9 45:21 45:24
46:12 46:21 47:7 47:10 47:20 47:23 48:11
50:25 52:13 52:16 52:21 52:25 53:13
53:20 53:24 54:5 55:1 55:8 55:11 55:14
55:18 56:1 56:2 56:4 56:18 56:20 56:21
57:7 57:11 58:20 58:23 59:8 59:9 61:7
61:9 63:4 63:23 63:24 64:5 64:9 64:19
64:23 65:4 65:15 65:20 66:1 66:5 66:16
67:1 67:3 67:8 67:16 67:18 67:24 68:4
68:7 69:9 70:20 71:1 72:20 73:25 74:4
74:25 75:16 76:1 76:13 76:22 76:24 77:6
77:11 77:16 77:18 77:19 77:20 77:21
77:24 78:3 78:4 78:4 78:7 78:9 79:6
79:10 80:12 80:16 80:21 81:3 81:7 82:15

**yourselves**(1) 49:1
**zabel**(2) 8:4 8:4
**zensky**(80) 3:18 12:19 12:20 13:8 13:10
13:12 13:14 14:13 14:16 14:20 15:18
15:23 16:8 16:10 16:14 16:17 17:9 18:6
18:8 19:7 19:9 24:14 27:12 30:2 31:9
31:11 31:16 31:20 33:3 33:7 33:17 48:13
48:20 48:22 49:25 50:1 50:19 50:21 52:24
54:9 56:2 56:4 56:21 57:8 57:12 58:22
58:23 58:25 65:14 66:10 66:20 66:24 67:3
67:3 69:17 73:12 74:3 74:4 74:18 74:21
74:24 75:6 75:8 76:13 76:19 79:16 79:23
80:17 80:20 81:3 81:9 81:12 81:15 81:18
81:21 82:2 82:4 82:6 82:10 82:13

**zensky's**(3) 48:13 54:23 70:9
**zipped**(1) 60:20
**zloto**(1) 3:42
**zuckerman**(3) 4:36 43:21 63:5