# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF DEPOSITION OF DENNIS PRIETO

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure), and the case management order entered by the Court in the above-captioned chapter 11 cases, the debtors and the debtors in possession in the above-captioned chapter 11 cases, by and through their undersigned attorneys, will take the deposition upon oral examination of Dennis Prieto of Aurelius Capital Management, LP, at the offices of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, beginning on February 24, 2011 at 9:00 a.m. Eastern Standard Time and in accordance with the terms of Paragraph 12 of the case management order dated December 20, 2010. The deposition shall be taken before a notary public or other officer authorized by law to administer oaths, shall be recorded by stenographic means, and will be videotaped. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure.

Dated: New York, New York  
       February 16, 2011

SIDLEY AUSTIN LLP

By: /s/ Steven M. Bierman
_____
James F. Conlan  
Bryan Krakauer  
Kenneth P. Kansa  
Gregory V. Demo  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

Steven M. Bierman  
Alan M. Unger  
787 Seventh Avenue  
New York, New York 10019  
Telephone: (212) 839-5300  
Facsimile: (212) 839-5599

-and-

Norman L. Pernick (No. 2290)  
J. Kate Stickles (No. 2917)  
Patrick J. Reilley (No. 4451)  
COLE, SCHOTZ, MEISEL,  
FORMAN & LEONARD, P.A.  
500 Delaware Ave, Suite 1410  
Wilmington, DE 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117

Attorneys For The Debtors And  
Debtors-In-Possession