# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>**Re: Docket No. 7970** |

### NOTICE OF WITHDRAWAL OF COOK COUNTY DEPARTMENT OF REVENUE'S LIMITED OBJECTION TO FIRST AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, ET AL.

PLEASE TAKE NOTICE that on February, 15, 2011, the Cook County Department of Revenue (the "**DOR**"), filed the Limited Objection to First Amended Joint Plan of Reorganization for the Tribune Company and its Subsidiaries Proposed by the Debtors, et al. [D.I. 7970] (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that the DOR respectfully withdraws the Objection, without prejudice to its right to pursue the issues raised in the Response of Cook County Department of Revenue to Debtors' Forty-First Omnibus Objection [D.I. 8061].

Dated:  March 4, 2011
        Wilmington, Delaware        BAYARD, P.A.

        */s/ Justin R. Alberto*
        Justin R. Alberto (No. 5126)
        222 Delaware Avenue, Suite 900
        Wilmington, Delaware 19801
        Telephone:  (302) 429-4226
        Facsimile:  (302) 658-6395
        E-mail:  jalberto@bayardlaw.com

        -and-

QUARLES & BRADY LLP
Philip V. Martino
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602
Telephone: (813) 387-0263
Facsimile: (813) 387-1763
E-mail: philip.martino@quarles.com

*Counsel for Cook County
Department of Revenue*

{BAY:01754585v1}                    2