# EXHIBIT A

46429/0001-7402871v1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### NOTICE OF DEPOSITION OF MARK PRAK

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (made applicable to the above-captioned chapter 11 cases by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure), and the case management order entered by the Court in the above-captioned chapter 11 cases, the debtors and the debtors in possession in the above-captioned chapter 11 cases, by and through their undersigned attorneys, will take the deposition upon oral examination of Mark Prak at the offices of Sidley Austin LLP, 1501 K Street NW, Washington, DC 20005, beginning on March 2, 2011 at 3:00 p.m. Eastern Standard Time and, if necessary, continuing on March 3, 2011 at 9:00 a.m. Eastern Standard Time. The deposition shall be taken before a notary public or other officer authorized by law to administer oaths, shall be recorded by stenographic means, and will be videotaped. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure.

Dated: Chicago, Illinois  
       February 23, 2011

SIDLEY AUSTIN LLP

By: /s/ James W. Ducayet
_____
James F. Conlan  
Bryan Krakauer  
James W. Ducayet  
Kenneth P. Kansa  
Gregory V. Demo  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036  

Steven M. Bierman  
Alan M. Unger  
787 Seventh Avenue  
New York, New York 10019  
Telephone: (212) 839-5300  
Facsimile: (212) 839-5599  

-and-

Norman L. Pernick (No. 2290)  
J. Kate Stickles (No. 2917)  
Patrick J. Reilley (No. 4451)  
COLE, SCHOTZ, MEISEL,  
FORMAN & LEONARD, P.A.  
500 Delaware Ave, Suite 1410  
Wilmington, DE 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117  

Attorneys For The Debtors And  
Debtors-In-Possession