# CMO PARAGRAPH 35 SERVICE LIST FOR PRAK

| | |
|---|---|
| David M. Miles<br>Ronald Flagg<br>James F. Bendernagel, Jr.<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | dmiles@sidley.com<br>rflagg@sidley.com<br>jbendernagel@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>U.S. Department of Labor<br>P.O. Box 1914<br>Washington, D.C. 20013 | Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| James O. Johnston, Esquire<br>Joshua Mester, Esquire<br>Bruce Bennett, Equire<br>Dewey & LeBoeuf LLP<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90017-1530 | jjohnston@dl.com<br>jmester@dl.com<br>bbennett@dl.com |
| Alitia Faccone<br>Joseph T. Boccassini<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | afaccone@mccarter.com<br>jboccassini@mccarter.com |
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>Kira Alexis Davis<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com<br>kdavis@paulweiss.com |

| | |
|---|---|
| Andrew W. Hammond<br>Brian E. Fritz<br>David G. Hille<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, D.C. 20006-1047 | alevy@paulweiss.com |
| Andrew N. Goldman<br>Charles C. Platt<br>Dawn M. Wilson<br>Wilmer Hale<br>399 Park Avenue<br>New York, NY 10022 | Andrew.goldman@wilmerhale.om<br>Charles.platt@wilmerhale.com<br>Dawn.wilson@wilmerhale.com |
| Alexandra K. Nellos<br>David M. LeMay<br>Howard Seife<br>Marc Ashley<br>Robert A. Schwinger<br>Thomas McCormack<br>Eric Przybylko<br>Douglas Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10012 | anellos@chadbourne.com<br>dlemay@chadbourne.com<br>hseife@chadbourne.com<br>mashley@chadbourne.com<br>rschwinger@chadbourne.com<br>tmccormack@chadbourne.com<br>eprzybylko@chadbourne.com<br>ddeutsch@chadbourne.com |
| Andrew N. Goldfarb<br>Graeme W. Bush<br>James Sottile<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Ste 1000<br>Washington, D.C. 20036-5807 | agoldfarb@zuckerman.com<br>gbush@zuckerman.com<br>jsottile@zuckerman.com |
| Abid Qureshi<br>Daniel Golden<br>Deborah Newman<br>David Zensky<br>Jason Goldsmith<br>Mitchell Hurley<br>Nancy Chung<br>Sunny Gulati<br>Christine Doniak<br>Brian T. Carney<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745 | aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com<br>mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com<br>bcarney@akingump.com |

| | |
|---|---|
| Brad B. Erens<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601-1692 | bberens@jonesday.com |
| Steven M. Bierman<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Sbierman@sidley.com |
| Bryan Krakauer<br>Colleen M. Kenney<br>James F. Conlan<br>James W. Ducayet<br>Jen Peltz<br>Dale E. Thomas<br>Patrick Wackerly<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | bkrakauer@sidley.com<br>ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| David Adler<br>McCarter English<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | dadler@mccarter.com |
| Daniel L. Cantor<br>Daniel Shamah<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | dcantor@omm.com<br>dshamah@omm.com |
| Evan D. Flaschen<br>Bracewell & Giuliani LLP<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06103-1516 | Evan.flaschen@bgllp.com |
| Howard J. Kaplan<br>Johnny Yeh<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Joseph M. Drayton<br>Jonathan Agudelo<br>Jane Parver<br>Madlyn Primoff<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | jdrayton@kayescholer.com<br>jonathan.agudelo@kayescholer.com<br>jparver@kayescholer.com<br>mprimoff@kayescholer.com |

46429/0001-7402871v1

| | |
|---|---|
| Katharine L. Mayer<br>McCarter English<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | kmayer@mccarter.com |
| J. Kate Stickles<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | kstickles@coleschotz.com |
| Kevin T. Lantry<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | klantry@sidley.com |
| Lynn DiPaolo Marvin<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | lmarvin@jonesday.com |
| Laurie Silverstein<br>R. Stephen McNeill<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 | lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>Pepper Hamilton LLP<br>Hercules Plaza<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Rachel Jaffe Mauceri<br>Morgan, Lewis & Bockius<br>1701 Market St.<br>Philadelphia, PA 19103-2921 | rmauceri@morganlewis.com |
| Menachem Zelmanovitz<br>Morgan, Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178-0060 | mzelmanovitz@morganlewis.com |

46429/0001-7402871v1

| | |
|---|---|
| Charles C. Jackson<br>Theodore M. Becker<br>Deborah S. Davidson<br>Mathew A. Russell<br>Gregory Abrams<br>James E. Bayless Jr.<br>Morgan, Lewis & Bockius<br>77 West Wacker Dr.<br>Chicago, IL 60601 | charles.jackson@morganlewis.com<br>tbecker@morganlewis.com<br>ddavidson@morganlewis.com<br>marussell@morganlewis.com<br>gabrams@morganlewis.com<br>jbayles@morganlewis.com |
| Elliot Moskowitz<br>Michael Russano<br>Damian S. Schaible<br>Donald S. Bernstein<br>Dennis Glazer<br>Karen Luftglass<br>Benjamin S. Kaminetsky<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | Elliot.moskowitz@davispolk.com<br>Michael.russano@davispolk.com<br>Damian.schaible@davispolk.com<br>Donald.bernstein@davispolk.com<br>Dennis.glazer@davispolk.com<br>Karen.luftglass@davispolk.com<br>ben.kaminetzky@davispolk.com |
| Martin S. Siegel<br>Andrew S. Dash<br>Gordon Z. Novod<br>Katherine S. Bromberg<br>Jared A. Ellias<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | msiegel@brownrudnick.com<br>adash@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>jellias@brownrudnick.com |
| Andrew W. Vail<br>David J. Bradford<br>Douglas Sondgeroth<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654-3456 | avail@jenner.com<br>dbradgord@jenner.com<br>dsondgeroth@jenner.com |
| Meredith S. Senter<br>Lerman Senter PLLC<br>2000 K Street, N.W., Suite 600<br>Washington, D.C. 20006 | msenter@lermansenter.com |

46429/0001-7402871v1