IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>**Re: Docket No. 7971** |

**NOTICE OF WITHDRAWAL OF COOK COUNTY DEPARTMENT OF REVENUE'S LIMITED OBJECTION TO JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY <u>AURELIUS CAPITAL MANAGEMENT, LP, ET AL.</u>**

PLEASE TAKE NOTICE that on February, 15, 2011, the Cook County Department of Revenue (the "**DOR**"), filed the Limited Objection to Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, et al. [D.I. 7971] (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that the DOR respectfully withdraws the Objection, without prejudice to its right to pursue the issues raised in the Response of Cook County Department of Revenue to Debtors' Forty-First Omnibus Objection [D.I. 8061].

Dated:  March 4, 2011
        Wilmington, Delaware          BAYARD, P.A.

                                      */s/ Justin R. Alberto*
                                      Justin R. Alberto (No. 5126)
                                      222 Delaware Avenue, Suite 900
                                      Wilmington, Delaware 19801
                                      Telephone:  (302) 429-4226
                                      Facsimile:  (302) 658-6395
                                      E-mail:  jalberto@bayardlaw.com

                                              -and-

{BAY:01754598v1}

> QUARLES & BRADY LLP
> Philip V. Martino
> 101 East Kennedy Boulevard, Suite 3400
> Tampa, Florida 33602
> Telephone: (813) 387-0263
> Facsimile: (813) 387-1763
> E-mail: philip.martino@quarles.com
>
> *Counsel for Cook County*
> *Department of Revenue*