IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　§
　　　　　　　　　　　§　SS:
NEW CASTLE COUNTY　§

Tiffany Matthews, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., counsel to Cook County Department of Revenue in the above-captioned cases, that on the 4th day of March, 2011, she caused a copy of the following documents to be served upon the parties listed below in the manners indicated.

1. **Notice of Withdrawal of Cook County Department of Revenue's Limited Objection to First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, et al. (Docket No. 8264)**

2. **Notice of Withdrawal of Cook County Department of Revenue's Limited Objection to Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, et al. (Docket No. 8266)**

| **VIA FIRST CLASS U.S. MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Bryan Krakauer<br>James F. Conlan<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 | J. Kate Stickles<br>Norman L. Pernick<br>Cole, Schotz, Meisel, Forman & Leonard,<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
| Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |

{BAY:01755483v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>Graeme W. Bush<br>James Sottile<br>Zuckerman Spaeder LLP<br>1800 M. Street, N.W., Suite 1000<br>Washington, DC 20036 | **VIA FIRST CLASS U.S. MAIL**<br>Daniel H. Golden<br>Philip C. Dublin<br>Kristina M. Wesch<br>Meredith A. Lahaie<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| **VIA HAND DELIVERY**<br>William P. Bowden<br>Amanda M. Winfree<br>Leigh-Anne M Raport<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899 | |

Tiffany Matthews

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: March 4, 2011

Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 28, 2014