# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | **Related to Docket No. 8237** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2011 AT 1:30 P.M.[3] BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CERTIFICATION OF NO OBJECTION

1.    Motion of Wilmington Trust Company for Authorization to Seal Portions of Objection to the Second Amended Debtor/Committee/Lender Plan (Filed February 15, 2011) (Docket No. 8004)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

[3] At the March 2, 2011 pre-trial conference, the time of the hearing was changed from 10:00 a.m. to 1:30 p.m.

Objection Deadline: February 28, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents:

    (a)    [Unredacted] Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan (Filed February 15, 2011) (Docket No. 7996)

    (b)    Notice of Hearing (Filed February 17, 2011) (Docket No. 8028)

    (c)    Certification of No Objection Regarding Docket No. 8004 (Filed March 3, 2011) (Docket No. 8233)

Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

## CONTESTED MATTERS GOING FORWARD

2.    Notice of Filing of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 4, 2011) (Docket No. 7801) [See also related Docket Nos. 7701 and 8231]

Objection Deadline: February 15, 2011 at 4:00 p.m.
Reply Deadline: February 25, 2011 at 4:00 p.m.

Responses Received:

    (a)    Missouri Department of Revenue Objection to Confirmation of Debtors' Joint Plan of Reorganization (Filed October 25, 2010) (Docket No. 6110)

    (b)    Kevin Millen Response to Debtor's Ludicrous and Venal Way of Trying to Destroy Mr. Kevin "Successful" Millen Life, I Object to the Tribune Company Disclosure, Specific, Plans of Reorganization with this Responsive Statement… (Filed January 19, 2011) (Docket No. 7550)

    (c)    Objection by the New York State Department of Taxation and Finance to Confirmation of First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 2, 2011) (Docket No. 7733)

46429/0001-7419182v1

(d)     Objection by Commonwealth of Pennsylvania, Department of Revenue to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JP Morgan Chase Bank, N.A. [D.I. 7136] (the "Debtor/Committee/Lender Plan") (Filed February 11, 2011) (Docket No. 7909)

(e)     Limited Objection of Illinois Secretary of State to First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oak Tree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 11, 2011) (Docket No. 7913)

(f)     Limited Objection of Caption Colorado, L.L.C. to Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7956)

(g)     Limited Objection to Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 15, 2011) (Docket No. 7959)

(h)     Objection of the United States on Behalf of the U.S. Environmental Protection Agency to (1) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors and Others and (2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management and Others (Filed February 15, 2011) (Docket No. 7960)

(i)     Objection of Brigade Capital Management to "Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JP Morgan Chase Bank, N.A. [D.I. 7801] (Filed February 15, 2011) (Docket No. 7961)

(j)     Limited Objection and Reservation of Rights of CCI Europe A/S to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7963)

(k)     Limited Objection and Reservation of Rights of Comcast Corporation and Comcast Cable to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7966)

(l)     Limited Objection of the ACE Companies to the Plans (Filed February 15, 2011) (Docket No. 7968)

(m)    [Cook County Department of Revenue's] Limited Objection to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, et al. (Filed February 15, 2011) (Docket No. 7970)

(n)    Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7972)

(o)    The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Debtors' Plan of Reorganization (Filed February 15, 2011) (Docket No. 7973)

(p)    Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7975)

(q)    Iron Mountain Information Management, Inc.'s Limited Objection to Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oak Tree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. [D.I. 7801] (the "Debtor Plan") (Filed February 15, 2011) (Docket No. 7976)

(r)    Limited Objection of GreatBanc Trust Company to Confirmation of (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A.; and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7977)

(s)   Limited Objection of Warren Beatty to Plans of Reorganization of Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7979)

(t)   United States Trustee's Objection to Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. (Filed February 15, 2011) (Docket No. 7980)

(u)   Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A., and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7981)

(v)   Samuel Zell's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7983)

(w)   Objection of Neil Plaintiffs to Plans of Reorganization and Joinder to Objection of the Secretary of Labor (Filed February 15, 2011) (Docket No. 7984)

(x)   Joinder of Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of

5

its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7986)

(y)     Joinder of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7987)

(z)     EGI-TRB LLC's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7988)

(aa)    Limited Objection of the Tribune Company Employee Compensation Defendants Group to Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 7801] (Filed February 15, 2011) (Docket No. 7990)

(bb)    Joinder of Crane Kenney to (I) Objection of Certain Current and Former Officers and Directors [Docket No. 7981] and (II) Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation [Docket No. 7972] (Filed February 15, 2011) (Docket No. 7991)

46429/0001-7419182v1

(cc)    Limited Objection of State of Illinois, Department of Revenue and Employment Security to Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and Notice of Joinder in Objection Filed by California Franchise Tax Board [Docket No. 7959] (Filed February 15, 2011) (Docket No. 7993)

(dd)    Oracle's Opposition to and Rights Reservation Regarding (1) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. ("Debtor Committee Lender Plan") (2) Joint Plan of Reorganization for the Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas Indenture Trustee, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee ("Aurelius Plan") and (3) All Plans Proposed in These Cases ("Opposition and Rights Reservation") (Filed February 15, 2011) (Docket No. 7995)

(ee)    [Unredacted] Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan (Filed February 15, 2011) (Docket No. 7996)

(ff)    United States' Objection to Confirmation of the Debtors' Second Amended Plan (Filed February 15, 2011) (Docket No. 8001)

(gg)    [Unredacted] Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization (Part I and II) (Filed February 15, 2011) (Docket No. 8013)

(hh)    Letter from John H. Aspelin regarding Confirmation (Filed February 16, 2011) (Docket No. 8015)

(ii)    Joinder of Timothy P. Knight to Objection of Certain Current and Former Officers and Directors [Docket No. 7981] (Filed February 16, 2011) (Docket No. 8016)

(jj)    Deutsche Bank Trust Company America's Partial Joinder in Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan (Filed February 16, 2011) (Docket No. 8024)

(kk) [Unredacted] Amended Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization [Filed Under Seal] (Filed February 16, 2011) (Docket No. 8025) (Redacted Copy – Docket No. 8026)

(ll) Notice of Filing of [Corrected] Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries – Docket No. 7975 (Filed February 23, 2011) (Docket No. 8107)

(mm) Informal Objection by Joanna McCormick

(nn) Informal Objection by Federal Communication Commission

(oo) **Notice of Withdrawal of Cook County Department of Revenue's Limited Objection to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, et al. (Filed March 4, 2011) (Docket No. 8264)**

Related Documents:

(a) Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 9, 2010) (Docket No. 7126)

(b) Joint Disclosure Statement for the Following Plans of Reorganization: 1) First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon, and Co., L.P., and JPMorgan Chase Bank, N.A.; 2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes; 3) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P.; and 4) Plan of

8

Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Dated: December 8, 2010) (Filed December 10, 2010) (Docket No. 7134)

(c)    Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed December 10, 2010) (Docket No. 7135)

(d)    First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., dated December 8, 2010 (Filed December 10, 2010) (Docket No. 7136)

(e)    Notice of Filing Black Line (I) Joint Disclosure Statement; (II) Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.; and (III) First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed December 10, 2010) (Docket No. 7140)

(f)    Notice of Filing Black Line Joint Disclosure Statement (Filed December 15, 2010) (Docket No. 7198)

(g)    Notice of Filing Debtors' Responsive Statement (Filed December 15, 2010) (Docket No. 7199)

(h)    Notice of Filing Black Line Versions of Revised Exhibits to Solicitation Order (Filed December 15, 2010) (Docket No. 7200)

(i)    Notice of Filing Proposed Order Amending Solicitation Order (Filed December 15, 2010) (Docket No. 7201)

(j)    [Creditors' Committee's] Notice of Filing Responsive Statement (Filed December 15, 2010) (Docket No. 7202)

(k)    Notice of Filing Senior Lenders' Responsive Statement (Filed December 15, 2010) (Docket No. 7203)

(l)    Order Amending Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and

Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 16, 2010) (Docket No. 7215)

(m)     Notice of Filing Joint Disclosure Statement (Filed December 17, 2010) (Docket No. 7232)

(n)     Notice of (I) Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries and (II) Voting and Objection Deadlines Relating to the Plans (Filed January 26, 2011) (Docket No. 7638)

(o)     Certificate of Publication of Notice of Confirmation Hearing (Filed January 26, 2011) (Docket No. 7639)

(p)     Notice of Filing of Debtor/Committee/Lender Plan Supplement (Filed January 31, 2011) (Docket No. 7701)

(q)     Order Approving Stipulation Regarding Use of Examiner's Report at the Confirmation Hearing (Entered February 4, 2011) (Docket No. 7790)

(r)     Affidavit of Solicitation Mailing by Stephenie Kjontvedt (Filed February 7, 2011) (Docket No. 7813)

(s)     Affidavit of Mailing of Epiq Bankruptcy Solutions, LLC [Samuel Garcia] for Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 10, 2011) (Docket No. 7890)

(t)     Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed February 11, 2011) (Docket No. 7918)

(u)     Order Modifying Paragraph 54 of the Solicitations Procedures Order (Entered February 15, 2011) (Docket No. 7999)

(v)     Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed February 23, 2011) (Docket No. 8114)

(w)     [Unredacted] Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 26, 2011) (Docket No. 8173)

(x)     Notice of Filing of Exhibits to the Debtor/Committee/Lender Plan (Filed March 2, 2011) (Docket No. 8231)

(y)     **Notice of Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed March 3, 2011) (Docket No. 8253)**

(z)     **Notice of Filing of Proposed Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified) (Filed March 3, 2011) (Docket No. 8259)**

Status:     **The Debtors and following parties have consensually resolved their respective objections to the DCL Plan:  (i) Illinois Secretary of State [Docket Nos. 7913 and 7993/Agenda Nos. 2(e) and 2(cc)]; (ii) California Franchise Tax Board – in part [Docket No. 7959/Agenda No. 2(g)]; (iii) U.S. Environmental Protection Agency [Docket No. 7960/Agenda No. 2(h)]; (iv) ACE Companies [Docket No. 7968/2(l)]; and (v) Cook County Department of Revenue [Docket No. 7970/Agenda No. 2(m)].  This matter will be going forward.**

3.     Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed December 9, 2010) (Docket No. 7127) [See also related Docket Nos. 7802, 8169 and 8225]

Objection Deadline:  February 15, 2011 at 4:00 p.m.
Reply Deadline: February 25, 2011 at 4:00 p.m.

Responses Received:

(a)     Objection by the New York State Department of Taxation and Finance to Confirmation of Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as

46429/0001-7419182v1

Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 2, 2011) (Docket No. 7731)

(b)     Objection by Commonwealth of Pennsylvania, Department of Revenue to Joint Plan of Reorganization tor Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [D.I. 7127] (the "Noteholder Plan") (Filed February 11, 2011) (Docket No. 7910)

(c)     Limited Objection of Illinois Secretary of State to Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Indenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phone Notes (Filed February 11, 2011) (Docket No. 7914)

(d)     Limited Objection of Caption Colorado, L.L.C. to Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7956)

(e)     Objection of the United States on Behalf of the U.S. Environmental Protection Agency to (1) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors and Others and (2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management and Others (Filed February 15, 2011) (Docket No. 7960)

(f)     Limited Objection and Reservation of Rights of CCI Europe A/S to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7963)

(g)     Limited Objection of California Franchise Tax Board to Confirmation of the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7964)

46429/0001-7419182v1

(h)     Limited Objection and Reservation of Rights of Comcast Corporation and Comcast Cable to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7966)

(i)     Limited Objection of the ACE Companies to the Plans (Filed February 15, 2011) (Docket No. 7968)

(j)     [Cook County Department of Revenue's] Limited Objection to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, et al. (Filed February 15, 2011) (Docket No. 7971)

(k)     Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7972)

(l)     Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7975)

(m)     Limited Objection of GreatBanc Trust Company to Confirmation of (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A.; and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7977)

(n)     Iron Mountain Information Management, Inc.'s Limited Objection to
        Confirmation of the Joint Plan of Reorganization for Tribune Company
        and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on
        Behalf of its Managed Entities, Deutsche Bank Trust Company Americas,
        in its Capacity as Successor Indenture Trustee for Certain Series of Senior
        Notes, Law Debenture Trust Company of New York, in its Capacity as
        Successor Indenture Trustee for Certain Series of Senior Notes and
        Wilmington Trust Company, in its Capacity as Successor Indenture
        Trustee for the PHONES Notes [D.I. 7127] (the "Noteholder Plan") (Filed
        February 15, 2011) (Docket No. 7978)

(o)     Limited Objection of Warren Beatty to Plans of Reorganization of Tribune
        Company and Its Subsidiaries (Filed February 15, 2011) (Docket No.
        7979)

(p)     Objection of Certain Current and Former Officers and Directors to:
        (I) Second Amended Joint Plan of Reorganization for Tribune Company
        and Its Subsidiaries Proposed by the Debtors, the Official Committee of
        Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
        & Co., L.P., and JP Morgan Chase Bank, N.A., and (II) Joint Plan of
        Reorganization for Tribune Company and Its Subsidiaries Proposed by
        Aurelius Capital Management, LP, on Behalf of its Managed Entities,
        Deutsche Bank Trust Company Americas, in its Capacity as Successor
        Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust
        Company of New York, in its Capacity as Successor Indenture Trustee for
        Certain Series of Senior Notes and Wilmington Trust Company, in its
        Capacity as Successor Indenture Trustee for the PHONES Notes (Filed
        February 15, 2011) (Docket No. 7981)

(q)     United States Trustee's Objection to Joint Plan of Reorganization for
        Tribune Company and Its Subsidiaries Proposed by Aurelius Capital
        Management, L.P., on Behalf of its Managed Entities, Deutsche Bank
        Trust Company Americas, in its Capacity as Successor Indenture Trustee
        for Certain Series of Senior Notes, Law Debenture Trust Company of New
        York, in its Capacity as Successor Indenture Trustee for Certain Series of
        Senior Notes and Wilmington Trust Company, in its Capacity as
        Successor Indenture Trustee for the PHONES Notes (Filed February 15,
        2011) (Docket No. 7982)

46429/0001-7419182v1

(r)    Samuel Zell's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7983)

(s)    Objection of Neil Plaintiffs to Plans of Reorganization and Joinder to Objection of the Secretary of Labor (Filed February 15, 2011) (Docket No. 7984)

(t)    Joinder of Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7986)

(u)    Joinder of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7987)

(v)     EGI-TRB LLC's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7988)

(w)     Joinder of Crane Kenney to (I) Objection of Certain Current and Former Officers and Directors [Docket No. 7981] and (II) Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation [Docket No. 7972] (Filed February 15, 2011) (Docket No. 7991)

(x)     Limited Objection of State of Illinois, Department of Revenue and Employment Security to Confirmation of the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP., on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes and Notice of Joinder in Objection Filed by California Franchise Tax Board (Filed February 15, 2011) (Docket No. 7994)

(y)     Oracle's Opposition to and Rights Reservation Regarding (1) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. ("Debtor Committee Lender Plan") (2) Joint Plan of Reorganization for the Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee ("Aurelius Plan") and (3) All Plans Proposed in These Cases ("Opposition and Rights Reservation") (Filed February 15, 2011) (Docket No. 7995)

(z)     United States' Objection to Confirmation of the Noteholders' Plan (Filed February 15, 2011) (Docket No. 8002)

(aa)     Joint Objection of the Debtors, the Official Committee of Unsecured
Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P.
and JPMorgan Chase Bank, N.A. to Confirmation of the Noteholder Plan
(Filed February 15, 2011) (Docket No. 8011)

(bb)     Declaration of Norman L. Pernick in Support of Joint Objection of the
Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon
& Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase
Bank, N.A. to Confirmation of the Noteholder Plan (Filed February 15,
2011) (Docket No. 8012)

(cc)     Letter from John H. Aspelin regarding Confirmation (Filed February 16,
2011) (Docket No. 8015)

(dd)     Joinder of Timothy P. Knight to Objection of Certain Current and Former
Officers and Directors [Docket No. 7981] (Filed February 16, 2011)
(Docket No. 8016)

(ee)     Joinder of Members of the Tribune Company Employee Compensation
Defendants Group in Joint Objection of the Debtors, the Official
Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree
Capital Management, L.P. and JPMorgan Chase Bank, N.A. to
Confirmation of the Noteholder Plan [Docket No. 8011] (Filed
February 16, 2011) (Docket No. 8019)

(ff)     Notice of Filing of [Corrected] Objection of the Secretary of the United
States Department of Labor to the Confirmation of Each of the Proposed
Joint Plans of Reorganization for Tribune Company and Its Subsidiaries –
Docket No. 7975 (Filed February 23, 2011) (Docket No. 8107)

(gg)     **Notice of Withdrawal of Cook County Department of Revenue's
Limited Objection to Joint Plan of Reorganization for Tribune
Company and Its Subsidiaries Proposed by Aurelius Capital
Management, LP, et al. (Filed March 4, 2011) (Docket No. 8266)**

Related Documents:

(a)     Joint Plan of Reorganization for Tribune Company and its Subsidiaries
Proposed by Aurelius Capital Management, LP, on Behalf of its Managed
Entities, Deutsche Bank Trust Company Americas, in its Capacity as
Successor Indenture Trustee for Certain Series of Senior Notes, Law
Debenture Trust Company of New York, in its Capacity as Successor
Indenture Trustee for Certain Series of Senior Notes and Wilmington
Trust Company, in its Capacity as Successor Indenture Trustee for the
PHONES Notes (Filed December 7, 2010) (Docket No. 7073)

17

(b)   Specific Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed December 9, 2010) (Docket No. 7128)

(c)   Joint Disclosure Statement for the Following Plans of Reorganization: 1) First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon, and Co., L.P., and JPMorgan Chase Bank, N.A.; 2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes; 3) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P.; and 4) Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Dated: December 8, 2010) (Filed December 10, 2010) (Docket No. 7134)

(d)   Further Revised Responsive Statement by Aurelius Capital Management, LP, Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company (Filed December 16, 2010) (Docket No. 7205)

(e)   Notice of Filing Joint Disclosure Statement (Filed December 17, 2010) (Docket No. 7232)

(f)   Notice of (I) Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries and (II) Voting and Objection Deadlines Relating to the Plans (Filed January 26, 2011) (Docket No. 7638)

(g)   Notice of Filing of Noteholder Plan Supplement (Filed February 4, 2011) (Docket No. 7802)

(h)   Affidavit of Solicitation Mailing by Stephenie Kjontvedt (Filed February 7, 2011) (Docket No. 7813)

46429/0001-7419182v1

(i)     Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed February 11, 2011) (Docket No. 7918)

(j)     Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and Its Subsidiaries (Filed February 23, 2011) (Docket No. 8114)

(k)     Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 25, 2011) (Docket No. 8169)

(l)     [Redline] Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 25, 2011) (Docket No. 8170)

(m)    Memorandum of Law of Noteholder Plan Proponents (I) in Support of Confirmation of the Noteholder Plan and (II) In Response to Objections to the Noteholder Plan (Filed February 25, 2011) (Docket No. 8171)

(n)     Declaration of Dan Gropper in Support of Confirmation of the Noteholder Plan (Filed February 25, 2011) (Docket No. 8172)

(o)     Addendum to Plan Supplement in Support of the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed March 2, 2011) (Docket No. 8225)

46429/0001-7419182v1

(p)    Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 9, 2010) (Docket No. 7126)

(q)    Order Amending Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 16, 2010) (Docket No. 7215)

(r)    Certificate of Publication of Notice of Confirmation Hearing (Filed January 26, 2011) (Docket No. 7639)

(s)    Order Approving Stipulation Regarding Use of Examiner's Report at the Confirmation Hearing (Entered February 4, 2011) (Docket No. 7790)

(t)    Order Modifying Paragraph 54 of the Solicitations Procedures Order (Entered February 15, 2011) (Docket No. 7999)

Status:    The Noteholders and Cook County Department of Revenue have consensually resolved the objection to the Noteholder Plan [Docket No. 7971/Agenda No. 3(j)]. This matter will be going forward.

4.  Letter [Redacted] to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of Wilmington Trust Company, regarding discovery dispute between Citigroup Global Markets Inc. and Aurelius Capital Management, LP (Filed February 10, 2011) (Docket No. 7900)

    Responses Received:

    (a)  Letter Response to Judge Carey from Andrew Gordon, on behalf of Citigroup Global Markets Inc., regarding Letter from Noteholder Plan Proponents dated February 10, 2011 (Filed February 14, 2011) (Docket No. 7949)

    Related Documents:

    (a)  Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto (Filed February 10, 2011) (Docket No. 7901)

    Status:  This matter was adjourned from the March 2, 2011 hearing.  This matter will be going forward.

5.  Letter to Chief Judge Kevin J. Carey from Martin Siegel, on behalf of Wilmington Trust Company, regarding discovery dispute between Citibank, N.A. and Aurelius Capital Management, LP (Filed February 10, 2011) (Docket No. 7902)

    Responses Received:

    (a)  Letter Response to Judge Carey from Andrew Gordon, on behalf of Citibank, N.A., regarding Letter from Noteholder Plan Proponents dated February 10, 2011 (Filed February 14, 2011) (Docket No. 7950)

    Status:  This matter was adjourned from the March 2, 2011 hearing.  This matter will be going forward.

6.  Motion of Aurelius Capital Management, LP, for Authorization to Seal the Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization (Filed February 16, 2011) (Docket No. 8014)

    Objection Deadline:  February 28, 2011 at 4:00 p.m.

    Responses Received:

    (a)  Objection of Chicago Tribune Company to Motion for Authorization to Seal the Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization and to Motion for Authorization to Seal Documents at Docket Nos. 8164, 8165 & 8166 Filed by Aurelius Capital Management, L.P. Re: D.I. #8104 and D.I. #8168 (Filed February 28, 2011) (Docket No. 8191)

(b)     Amended Objection of Chicago Tribune Company to (1) Motion for
        Authorization to Seal the Objection of the Noteholder Plan Proponents to
        Confirmation of the Debtor/Committee/Lender Plan of Reorganization and
        to (2) Motion for Authorization to Seal Documents at Docket Nos. 8164,
        8165 & 8166 Filed by Aurelius Capital Management, L.P. and (3) Motion
        of Aurelius Capital Management LP for Authorization to Seal Documents
        [Docket Nos 8098, 8099 & 8100] and (4) Joint Motion of the
        Debtor/Committee/Lender Plan Proponents to File Seal Memorandum of
        Law in Support of Confirmation and Omnibus Reply to Objections to
        Confirmation of Second Amended Joint Plan or Reorganization for
        Tribune Company and Its Subsidiaries Proposed by the Debtors, the
        Official Committee of Unsecured Creditors, Oaktree Capital Management,
        L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Re:
        D.I. Nos. 8014, 8168, 8109 and 8174) (Filed March 1, 2011) (Docket No.
        8209)

Related Documents:

(a)     [Unredacted] Objection of the Noteholder Plan Proponents to
        Confirmation of the Debtor/Committee/Lender Plan of Reorganization
        (Part I and II) (Filed February 15, 2011) (Docket No. 8013)

(b)     [Unredacted] Amended Objection of the Noteholder Plan Proponents to
        Confirmation of the Debtor/Committee/Lender Plan of Reorganization
        (Part I and II) (Filed February 16, 2011) (Docket No. 8025)

Status:         This matter will be going forward.

7.      Joint Motion of the Debtor/Committee/Lender Plan Proponents to File Under Seal
        Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to
        Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company
        and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured
        Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and
        JPMorgan Chase Bank, N.A. (Filed February 26, 2011) (Docket No. 8174)

Objection Deadline:  March 7, 2011 at 1:30 p.m. (to be presented at hearing)

Responses Received:

(a)     Amended Objection of Chicago Tribune Company to (1) Motion for
        Authorization to Seal the Objection of the Noteholder Plan Proponents to
        Confirmation of the Debtor/Committee/Lender Plan of Reorganization and
        to (2) Motion for Authorization to Seal Documents at Docket Nos. 8164,
        8165 & 8166 Filed by Aurelius Capital Management, L.P. and (3) Motion
        of Aurelius Capital Management LP for Authorization to Seal Documents
        [Docket Nos 8098, 8099 & 8100] and (4) Joint Motion of the
        Debtor/Committee/Lender Plan Proponents to File Seal Memorandum of
        Law in Support of Confirmation and Omnibus Reply to Objections to
        Confirmation of Second Amended Joint Plan or Reorganization for
        Tribune Company and Its Subsidiaries Proposed by the Debtors, the

Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Re: D.I. Nos. 8014, 8168, 8109 and 8174) (Filed March 1, 2011) (Docket No. 8209)

Related Documents:

(a)    [Unredacted] Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 26, 2011) (Docket No. 8173)

(b)    Order Setting Expedited Hearing and Shortening Notice Period with Respect to the Joint Motion of the Debtor/Committee/Lender Plan Proponents to File Under Seal Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Entered March 2, 2011) (Docket No. 8222)

(c)    Notice of Hearing on Joint Motion of the Debtor/Committee/Lender Plan Proponents to File Under Seal Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed March 2, 2011) (Docket No. 8232)

Status:        This matter will be going forward.

Dated:  March 4, 2011

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

46429/0001-7419182v1

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7419182v1