# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin J. Carey**

**#5**

Calendar Date: 03/04/2011
Calendar Time: 02:30 PM ET

*1st Revision 03/04/2011 10:37 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4078875 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078735 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078827 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078980 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078730 | Bruce Bennett | (213) 621-6000 ext. 6018 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078925 | John Berry | 212-872-8075 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078941 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078720 | William Bowden | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078717 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078850 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078873 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078724 | Blake N. Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078960 | James Conlan | 312-456-5761 | Sidley Austin LLP | Debtor, The Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078737 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4078805 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078739 | Amy Dieterich | (212) 373-3688 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4078988 | James Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4079126 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

Peggy Drasal    CourtConfCal2009    Page 1 of 4

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4078889 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078710 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078867 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078722 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078741 | James O. Johnston | (213) 621-6000 ext. 6018 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078768 | Benjamin Kaminetzky | (212) 450-4569 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078887 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079027 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079118 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078974 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078838 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078899 | Kevin Lantry | 213-896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078807 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078738 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079122 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079101 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078725 | Lynn Marvin | (212) 326-3978 | Jones Day | Creditor, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078869 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Client, Deutsche Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078732 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078819 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079069 | Garvan McDaniel | 302-429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078748 | Joshua M. Mester | (213) 621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079113 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| Party | Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4078967 | Kerriann Mills | Sidley Austin, LLP | 312-853-0036 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079055 | Christine Montenegro | Kasowitz Benson Torres & Friedman | (212) 506-1715 | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078763 | Elliot Moskowitz | Davis Polk & Wardwell LLP | (212) 450-4241 | Interested Party, JPMorgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078959 | Deborah J. Newman | Akin Gump Strauss Hauer & Feld LLP | (212) 872-7481 | Creditor, Aurelius Capital / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078734 | Shannon Pennock | Paul Weiss Rifkind Wharton & | (212) 373-3000 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079072 | Norman L. Pernick | Cole, Schotz, Meisel, Forman & | (302) 651-2000 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078729 | Charlie Platt | Wilmer Cutler Pickering Hale & Dorr, | (212) 230-8800 | Creditor, Angelo Gordon / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078834 | Daniel Rath | Landis Rath & Cobb, LLP | 302-467-4400 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078811 | Marc Roitman | Chadbourne & Park, LLP | (212) 408-5271 | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079062 | David Rosner | Kasowitz Benson Torres & Friedman | (212) 506-1726 | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079015 | Allison E. Ross Stromberg | Sidley Austin | (312) 853-0497 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078820 | Robert Schwinger | Chadbourne & Park, LLP | (213) 892-1000 | Creditor, Official Committee of Unsercured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078798 | Howard Seife | Chadbourne & Park, LLP | 212-408-5361 ext. 00 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078718 | David Shafer | Jones Day | (312) 782-3939 | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078881 | Daniel S. Shamah | O'Melveny & Myers (New York Office) | (212) 326-2138 | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078865 | Martin Siegel | Brown Rudnick LLP | 212-209-4829 | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078744 | Laurie Selber Silverstein | Potter Anderson & Corroon LLP | (302) 984-6033 | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078844 | James Sottile | Zuckerman Spaeder LLP | (202) 778-1800 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078760 | Robert Stearn, Jr. | Richards, Layton & Finger, P.A. | 302-651-7830 | Interested Party, JPMorgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078930 | Jeffrey Steen | Sidley Austin | 312-853-7824 ext. 00 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079092 | J. Kate Stickles | Cole, Schotz, Meisel, Forman & | (302) 652-3131 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079134 | Gary Weitman | Tribune Company | (312) 222-3394 | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4078727 | Amanda Winfree | 302-654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078715 | David Zensky | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078815 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |