# EXHIBIT A

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55803 | Tribune Company and Chicago Tribune Company<br>v.<br>Servicesource International, LLC |
| 10-55804 | Tribune Company and Chicago Tribune Company<br>v.<br>Quality Storage Products, Inc. |
| 10-55805 | Tribune Company and Channel 40, Inc.<br>v.<br>Radian Communication Services (Canada), Ltd.; Prestige Telecom Inc.; and Rohn Products, LLC |
| 10-55806 | Tribune Company and Chicago Tribune Company<br>v.<br>D.R.D., Inc., d/b/a Power Direct, Inc. |
| 10-55807 | Tribune Company and Gold Coast Publications, Inc.<br>v.<br>Alexander Reed, an Individual |
| 10-55808 | Tribune Co. and Los Angeles Times Communications LLC<br>v.<br>Prosoft Technology Group, Inc. d/b/a Prosoft Cyberworld Group |
| 10-55809 | Tribune Company and Tribune Broadcasting Company<br>v.<br>Association for Maximum Service Television, Inc., d/b/a MSTV, Inc. |
| 10-55810 | Tribune Co.<br>v.<br>Psomas |
| 10-55811 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Nightmare, Inc. |
| 10-55812 | Tribune Co. and WGN Continental Broadcasting Co.<br>v.<br>Program Partners, Inc. |
| 10-55813 | Tribune Company and Chicago Tribune Company<br>v.<br>Constellation Newenergy, Inc. |
| 10-55814 | Tribune Company and Chicagoland Television News, Inc.<br>v.<br>Constellation Newenergy, Inc. |
| 10-55815 | Tribune Company and The Hartford Courant Company<br>v.<br>Constellation Newenergy, Inc. |
| 10-55816 | Tribune Company<br>v.<br>Constellation Newenergy, Inc. |
| 10-55817 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Constellation Newenergy, Inc. |
| 10-55818 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Constellation Newenergy, Inc. |

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55819 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Interviewing Service of America, Inc. d/b/a Qualitative Insights, d/b/a Field by Design |
| 10-55820 | Tribune Company<br>v.<br>Lasalle Staffing, Inc. d/b/a The Lasalle Network |
| 10-55821 | Tribune Company and Los Angeles Times Communications, LLC<br>v.<br>Edison Media Research, Inc. |
| 10-55822 | Tribune Company and Magic T Music Publishing Company<br>v.<br>Kamakazee Kiwi Corporation |
| 10-55823 | Tribune Company<br>v.<br>Eckland Consultants Inc. |
| 10-55825 | Tribune Company and WPIX, Inc.<br>v.<br>Broadcast Marketing International Ltd. d/b/a Prosource |
| 10-55826 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Carlisle Staffing, Ltd. |
| 10-55827 | Tribune Company<br>v.<br>David Atkinson |
| 10-55828 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>David Atkinson |
| 10-55829 | Tribune Company and Chicago Tribune Company<br>v.<br>Atlantic Press, Inc. |
| 10-55830 | Tribune Company and Channel 40, Inc.<br>v.<br>Central Valley Engineering & Asphalt, Inc. |
| 10-55831 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Midwest Media Group Inc. |
| 10-55832 | Tribune Company and KSWB Inc.<br>v.<br>Midwest Media Group Inc. |
| 10-55833 | Tribune Company and Channel 39, Inc.<br>v.<br>Midwest Media Group Inc. |
| 10-55835 | Tribune Company and KSWB Inc.<br>v.<br>Telemetrics, Inc. |
| 10-55837 | Tribune Company and KWGN Inc.<br>v.<br>Thinair Communications, Inc. |
| 10-55839 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Ryder Integrated Logistics, Inc. |

46429/0001-7390554v4

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55842 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Stardust Visions, Inc. |
| 10-55843 | Tribune Company and Chicago Tribune Company<br>v.<br>AT&T Inc. d/b/a AT&T Teleconference Services |
| 10-55844 | Tribune Company and Orlando Sentinel Communications Company<br>v.<br>AT&T Inc. |
| 10-55845 | Tribune Company and KIAH Inc.<br>v.<br>AT&T Inc. |
| 10-55846 | Tribune Company and KTLA Inc.<br>v.<br>AT&T Inc. |
| 10-55847 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>AT&T Inc. d/b/a AT&T Teleconference Services; Bellsouth Communication Systems, Inc.; Bellsouth Telecommunications, Inc.; Bellsouth Communication System, LLC d/b/a AT&T Communications Systems Southeast; and SBC Communications |
| 10-55848 | Tribune Company and Sun-Sentinel Company<br>v.<br>AT&T Inc. |
| 10-55849 | Tribune Company and The Baltimore Sun Company<br>v.<br>AT&T Inc. |
| 10-55850 | Tribune Company and The Daily Press, Inc.<br>v.<br>AT&T Inc. |
| 10-55851 | Tribune Company and The Hartford Courant Company<br>v.<br>AT&T Inc. |
| 10-55852 | Tribune Company and The Morning Call, Inc.<br>v.<br>AT&T Inc. |
| 10-55853 | Tribune Company and The Tribune Broadcasting Company<br>v.<br>AT&T Inc. |
| 10-55854 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Crown Equipment Corporation and Crown Lift Trucks LLC |
| 10-55855 | Tribune Company and Tribune Media Net, Inc.<br>v.<br>AT&T Inc. d/b/a AT&T Teleconference Services; and Bellsouth Communication Systems, Inc. d/b/a AT&T Communication Systems Southeast |
| 10-55856 | Tribune Company and Tribune Television Company<br>v.<br>AT&T Inc. |

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55857 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>IBM Daksh Business Process Services, n/k/a IBM Global Process Services, a Subsidiary of IBM Business Consulting Services, d/b/a IBM Daksh Business Process Services Private Ltd., and International Business Machines Corporation |
| 10-55858 | Tribune Company and KIAH Inc.<br>v.<br>Direct Energy Business LLC, Direct Energy Marketing Inc., and Direct Energy LP, d/b/a Direct Energy Business Services |
| 10-55859 | Tribune Company and California Community News Corporation<br>v.<br>Crown Equipment Corporation and Crown Lift Trucks LLC |
| 10-55860 | Tribune Company and Tribune Media Services, Inc.<br>v.<br>AT&T Inc. |
| 10-55861 | Tribune Company and WPIX, Inc.<br>v.<br>AT&T Inc. |
| 10-55863 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Loconte.2, LLC and Loconte.2, Inc. |
| 10-55866 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Aditya Birla Minacs IT Services Ltd., f/k/a PSI Data Systems, Ltd. |
| 10-55867 | Tribune Company and Sun-Sentinel Company<br>v.<br>Weston Business Plaza, LLC and Weston Business Plaza Partnership |
| 10-55869 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Dvsanalytics, Inc. f/k/a Teledirect International, Inc. |
| 10-55870 | Tribune Company and Sun-Sentinel Company<br>v.<br>Ano-Coil Corporation |
| 10-55871 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>TBWA CHIAT/DAY, Inc. |
| 10-55873 | Tribune Company and Sun-Sentinel Company<br>v.<br>Florida East Coast Railway Corp., as successor in interest to Codina Real Estate Management, Inc. |
| 10-55874 | Tribune Company and Sun-Sentinel Company<br>v.<br>Dvsanalytics, Inc. f/k/a Teledirect International, Inc. |
| 10-55875 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>NTT Data Corporation and MISI Company, Ltd. |
| 10-55876 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Industrial Staffing Services, Inc. |
| 10-55880 | Tribune Company and Chicago Tribune Company<br>v.<br>Cynergistek, Inc. |

46429/0001-7390554v4

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55881 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Fathom Online Corp and Fathom Online, Inc. |
| 10-55883 | Tribune Company and WPIX, Inc.<br>v.<br>Screenvision Cinema Network, LLC |
| 10-55885 | Tribune Company and Tribune Publishing Company<br>v.<br>Acutech, LLC |
| 10-55886 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Xerox Corporation |
| 10-55889 | Tribune Company and Tribune Media Services, Inc.<br>v.<br>Advanced Media Research Group, Inc. |
| 10-55891 | Tribune Company and Tribune Media Services, Inc.<br>v.<br>Wendling Printing Company |
| 10-55892 | Tribune Company and Tribune Television Northwest, Inc.<br>v.<br>Howard S. Wright Constructors, LP |
| 10-55893 | Tribune Company<br>v.<br>Magellan Behavioral Health, Inc. and Magellan Health Services, Inc. d/b/a Magellan Behavioral Health, Inc. |
| 10-55895 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Genco Entertainment, Inc. |
| 10-55901 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Around the World for Free, LLC and Around the World Productions, LLC |
| 10-55902 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Body by Jake Global LLC |
| 10-55909 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Round 2 Communications, LLC |
| 10-55910 | Tribune Company and KIAH, Inc.<br>v.<br>McCann-Erickson USA, Inc. d/b/a Universal McCann |
| 10-55912 | Tribune Company and Magic T Music Publishing Company<br>v.<br>McCann-Erickson USA, Inc. d/b/a Universal McCann |
| 10-55941 | Tribune Company and Tribune Publishing Company<br>v.<br>Howe Sound Pulp and Paper LP |
| 10-55942 | Tribune Company<br>v.<br>Stroz Friedberg, LLC |

46429/0001-7390554v4

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55943 | Tribune Company and WGN Continental Broadcasting Company v. CW Licensing, LLC |
| 10-55944 | Tribune Company and Tribune Television Company v. CW Licensing, LLC |
| 10-55945 | Tribune Company and Tribune Television Holdings, Inc. v. CW Licensing, LLC |
| 10-55946 | Tribune Company and WGN Continental Broadcasting Company v. AT&T Inc. |
| 10-55947 | Tribune Company and Tribune Television Northwest, Inc. v. Twentieth Century Fox Film Corporation |
| 10-55948 | Tribune Company and WDCW Broadcasting, Inc. v. Twentieth Century Fox Film Corporation |
| 10-55949 | Tribune Company and Tribune Television Company v. Twentieth Century Fox Film Corporation |
| 10-55950 | Tribune Company and Tribune Broadcast Holdings, Inc. v. Twentieth Century Fox Film Corporation |
| 10-55951 | Tribune Company and Channel 40, Inc. v. Twentieth Century Fox Film Corporation |
| 10-55953 | Tribune Company and KSWB Inc. v. San Diego Transit Corporation and San Diego Metropolitan Transit System |
| 10-55958 | Tribune Company v. Nixon Peabody LLP |
| 10-55959 | Tribune Company v. Navigant Consulting, Inc. |
| 10-55960 | Tribune Company and Los Angeles Times Communications LLC v. Epsilon Data Management, LLC |

46429/0001-7390554v4