# EXHIBIT A

# JONES DAY

Plan of Reorganization Matters | Page 1

| | | | |
|---|---|---|---|
| 01/18/11 | B B ERENS | 0.20 | 160.00 |
| | Voicemails to and from Sidley regarding voting results. | | |
| 01/26/11 | B B ERENS | 0.30 | 240.00 |
| | E-mails and voicemails to Sidley regarding voting results and next steps. | | |
| 01/27/11 | B B ERENS | 0.40 | 320.00 |
| | Voicemails to Sidley regarding status and voting results (.20); telephone call with Heiman regarding same (.20). | | |
| 01/27/11 | D G HEIMAN | 0.20 | 195.00 |
| | Telephone call with Erens regarding voting results. | | |
| 01/31/11 | B B ERENS | 1.00 | 800.00 |
| | Telephone call with Conlan regarding status of all plan issues (.70); follow up with Heiman regarding same (.30). | | |
| 01/31/11 | D G HEIMAN | 0.30 | 292.50 |
| | Telephone conference with Erens regarding plan status. | | |

TOTAL | | 2.40 | USD | 2,007.50

# JONES DAY

| Committee Matters/Meetings | | | Page 1 |
|---|---|---|---|
| 01/04/11 | A R SCHAEFFER | 0.30 | 150.00 |
| | Update list of committee meetings. | | |
| 01/12/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review Liebentritt memorandum to Special Committee (.30); conference with Shapiro regarding same (.20). | | |
| **TOTAL** | | **0.80** | USD  637.50 |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 01/24/11 | B B ERENS | 2.30 | 1,840.00 |

Telephonic appearance regarding discovery dispute regarding special committee and debtor production (1.80); e-mail to and from Heiman regarding same (.50).

| 01/24/11 | D G HEIMAN | 0.50 | 487.50 |

E-mails to and from Erens regarding hearing on discovery disputes.

| 01/24/11 | L M MARVIN | 7.00 | 3,500.00 |

Prepare for and attend Court hearing telephonically.

| **TOTAL** | | 9.80 | USD | 5,827.50 |

# JONES DAY

Fee Applications/Retention Preparation                                           Page 1

| | | | |
|---|---|---|---|
| 01/03/11 | D N CHI | 0.70 | 332.50 |

Finalize and file third monthly fee application.

| | | | |
|---|---|---|---|
| 01/05/11 | D N CHI | 0.20 | 95.00 |

Call with Soffer (financial) regarding estimated December 2010 fees and expenses.

| | | | |
|---|---|---|---|
| 01/07/11 | D N CHI | 1.20 | 570.00 |

Draft and revise first interim fee application (1.00); e-mails with Sobczak regarding same (.20).

| | | | |
|---|---|---|---|
| 01/07/11 | AK SOBCZAK | 3.10 | 775.00 |

Draft, review and revise cover sheets and exhibits for first interim fee application (1.00); e-mails with Chi regarding same (.20); begin review and revisions of December 2010 bill (1.50); e-mails with Martinez regarding Erens' disbursement (.20); multiple e-mails with Chi regarding same (.20).

| | | | |
|---|---|---|---|
| 01/09/11 | B B ERENS | 0.20 | 160.00 |

Review interim fee applications.

| | | | |
|---|---|---|---|
| 01/11/11 | AK SOBCZAK | 5.80 | 1,450.00 |

Review and revise December 2010 bill (5.40); e-mails with Chi regarding time narrative issues (.10); e-mails with litigation team regarding same (.10); e-mails with Thomas regarding disbursement back up for Cullen charges (.20).

| | | | |
|---|---|---|---|
| 01/12/11 | D N CHI | 0.10 | 47.50 |

Coordinate filing of first interim fee application.

| | | | |
|---|---|---|---|
| 01/12/11 | AK SOBCZAK | 2.30 | 575.00 |

Review and revise December 2010 bill (2.00); e-mails with Thomas regarding disbursement charged by Cullen (.20); e-mails with Killion regarding disbursement guidelines (.10).

| | | | |
|---|---|---|---|
| 01/13/11 | AK SOBCZAK | 2.50 | 625.00 |

E-mails with Thomas regarding Cullen disbursement charge (.10); e-mails with Chi regarding same (.20); review and revise December 2010 bill (2.00); e-mails with Soffer regarding same (.20).

| | | | |
|---|---|---|---|
| 01/18/11 | AK SOBCZAK | 3.00 | 750.00 |

Review and revise December 2010 bill (2.00); phone conference with Chi regarding disbursements (.20); extended conference with CourtCall representative regarding invoices (.50); review invoice for December 6 court appearance of Hall (.20); e-mails with Bunck regarding same (.10).

| | | | |
|---|---|---|---|
| 01/19/11 | AK SOBCZAK | 3.00 | 750.00 |

Phone conferences and e-mails with various representatives of CourtCall regarding invoices for telephonic appearances (.80); e-mails with Bunck regarding same (.20); review and revise December 2010 bill (2.00).

| | | | |
|---|---|---|---|
| 01/20/11 | AK SOBCZAK | 2.20 | 550.00 |

Review invoice for Hall Nov 29, 2010 telephonic CourtCall appearance (.10); e-mails with Bunck regarding same (.10); review and revise time narratives in December 2010 bill (1.90); deliver bill to Chi for further review (.10).

| | | | |
|---|---|---|---|
| 01/26/11 | AK SOBCZAK | 0.10 | 25.00 |

E-mails with Chi regarding status of December bill.

| | | | |
|---|---|---|---|
| 01/27/11 | D N CHI | 2.40 | 1,140.00 |

Draft and revise fourth monthly fee application.

| | | | |
|---|---|---|---|
| 01/27/11 | B B ERENS | 0.70 | 560.00 |

Review and revise December fee application.

| | | | |
|---|---|---|---|
| 01/28/11 | D B SHAFER | 0.80 | 340.00 |

Revise bill and monthly fee application for December 2010.

| | | | |
|---|---|---|---|
| 01/30/11 | D B SHAFER | 0.60 | 255.00 |

Revise monthly fee application for December 2010

| | | | |
|---|---|---|---|
| 01/31/11 | AK SOBCZAK | 2.50 | 625.00 |

Review e-mail from Shafer regarding December 2010 bill (.10); review and revise cover sheets, exhibits and December fee application (1.50); e-mails and phone call with Shafer regarding disbursement issue (.10) and information regarding discounts and write offs (.20); print off and review previously filed monthly fee applications (.60).

# JONES DAY

| | | | |
|---|---|---|---|
| TOTAL | 31.40 | USD | 9,625.00 |

# JONES DAY

01/01/11      A M RABINOWITZ              3.20              1,120.00
Draft and revise the privilege log related to the Special Committee production responsive to Aurelius's first and second request for documents.

01/02/11      A M RABINOWITZ              8.10              2,835.00
Draft and revise the privilege log related to the Special Committee production responsive to Aurelius's first and second request for documents (5.00); review and analyze documents identified by Sidley (1.50); review and analyze documents identified by Erens (1.50); communicate with Marvin regarding comments made by Sidley and Erens (.10).

01/03/11      H O AJUDUA                 3.50              1,225.00
Review and analyze documents for responsiveness in response to subpoena from Aurelius to Jones Day requesting the production of documents.

01/03/11      B B ERENS                  1.20               960.00
Call with Marvin regarding production (.50); review case law regarding contribution bar (.30); telephone call with Hoffmann regarding discovery tasks (.20); review Sidley e-mail regarding same (.20).

01/03/11      L M MARVIN                 4.30              2,150.00
Prepare and review correspondence relating to production issues (.70); coordinate collection and review of documents (3.00); conference with Erens and with Sidley regarding production issues (.60).

01/03/11      A M RABINOWITZ            11.20              3,920.00
Draft and revise the privilege log related to the Special Committee production responsive to Aurelius's first and second request for documents (5.00); communicate with Ducayet regarding document production and privilege logging (.50); communicate with Jackson regarding documents to be produced (.50); communicate with Marvin and Erens regarding Sidley's comments related to the production (.20); draft and revise e-mail to Sidley regarding their comments on the production (1.00); communicate with AlphaLit regarding documents collected from Special Committee members (.50); manage data and files collected from Special Committee members (3.00); communicate with AlphaLit regarding the Special Committee production (.50).

01/04/11      H O AJUDUA                 7.50              2,625.00
Log privileged responsive documents in response to subpoena from Aurelius to Jones Day requesting the production of documents (7.00); conference with Rabinowitz regarding privilege log (.50).

01/04/11      B B ERENS                  0.50               400.00
Review e-mails regarding discovery issues.

01/04/11      L M MARVIN                11.80              5,900.00
Perform second review of documents for production (5.00); review privilege log (3.00); coordinate collection and review of documents (1.00); prepare, review and finalize production and correspondence relating to production issues (1.80); conference with Rabinowitz regarding privilege log (1.00).

01/04/11      A M RABINOWITZ            10.50              3,675.00
Draft and revise the privilege log related to the Special Committee production responsive to Aurelius's first and second request for documents (5.00); review and analyze documents collected from Special Committee members for privilege and responsiveness (4.00); communicate with Marvin regarding the privilege log (1.00); communicate with Strohbehn and Ajudua regarding privilege log (.50).

01/05/11      H O AJUDUA                 2.10               735.00
Continue logging documents being withheld from production of documents, pursuant to Aurelius' document requests, due to assertion of privilege.

01/05/11      D M CHERENCE               3.00               750.00
Work with TSS to create data files of certain Jones Day employees who have data relevant to the case in response to discovery requests.

01/05/11      B B ERENS                  0.50               400.00
Review discovery e-mails.

01/05/11      D G HEIMAN                 0.50               487.50
Conference with Marvin and Sherman regarding document production.

# JONES DAY

| | | | |
|---|---|---|---|
| 01/05/11 | L M MARVIN | 5.50 | 2,750.00 |

Perform second review of documents for production (1.00); review privilege log (1.50); finalize production and privilege log and produce same (1.00); coordinate collection and review of documents (.50); prepare and review correspondence relating to production issues (1.00); conference with Heiman and Sherman regarding production (.50).

| | | | |
|---|---|---|---|
| 01/05/11 | A M RABINOWITZ | 7.50 | 2,625.00 |

Review and analyze documents collected from Special Committee members for privilege and responsiveness (4.50); draft and revise a privilege log of privileged responsive documents collected from Special Committee members (2.00); review and analyze the production disks prepared by AlphaLit (1.00).

| | | | |
|---|---|---|---|
| 01/06/11 | H O AJUDUA | 6.50 | 2,275.00 |

Log privileged responsive documents in response to subpoena from Aurelius to Jones Day requesting the production of documents.

| | | | |
|---|---|---|---|
| 01/06/11 | D M CHERENCE | 1.50 | 375.00 |

Work with TSS to create data files of certain Jones Day employees who have data relevant to the case (.60); transfer data to the vendor (.90).

| | | | |
|---|---|---|---|
| 01/06/11 | B B ERENS | 0.20 | 160.00 |

Review discovery e-mails.

| | | | |
|---|---|---|---|
| 01/06/11 | D G HEIMAN | 1.50 | 1,462.50 |

Telephone conferences with Special Committee members and Marvin regarding document production (1.00); e-mail communications with Marvin and Sherman regarding same (.50).

| | | | |
|---|---|---|---|
| 01/06/11 | L M MARVIN | 2.30 | 1,150.00 |

Coordinate collection and review of documents (.20); conference with Rabinowitz regarding Special Committee production (.50); prepare and review correspondence relating to production issues (.60); telephone conference with Heiman and Sherman regarding document production (1.00).

| | | | |
|---|---|---|---|
| 01/06/11 | A M RABINOWITZ | 4.50 | 1,575.00 |

Review and analyze documents collected from the members of the Special Committee for privilege and responsiveness (2.00); draft and revise the supplementary privilege log related to the documents collected from the members of the Special Committee (2.00); communicate with Marvin regarding the production of documents collected from the Special Committee (.50).

| | | | |
|---|---|---|---|
| 01/06/11 | X S STROHBEHN | 3.20 | 1,120.00 |

Draft Jones Day privilege log of documents withheld on the ground of attorney client privilege, common interest privilege, and work product privilege.

| | | | |
|---|---|---|---|
| 01/07/11 | H O AJUDUA | 9.40 | 3,290.00 |

Log responsive privileged documents in response to subpoena from Aurelius to Jones Day requesting the production of documents.

| | | | |
|---|---|---|---|
| 01/07/11 | D M CHERENCE | 1.00 | 250.00 |

Collect calendar entries and transfer to vendor for processing in response to request for production of documents.

| | | | |
|---|---|---|---|
| 01/07/11 | B B ERENS | 1.70 | 1,360.00 |

Review discovery production (1.00); e-mails to and from Marvin regarding same (.40); review e-mails regarding meeting and conference (.30).

| | | | |
|---|---|---|---|
| 01/07/11 | D G HEIMAN | 0.50 | 487.50 |

E-mail communications regarding discovery (.30); e-mail communications with Marvin regarding document production (.20).

| | | | |
|---|---|---|---|
| 01/07/11 | L M MARVIN | 10.00 | 5,000.00 |

Review Jones Day documents and prepare such documents for production (3.50); e-mails with Erens regarding same (.40); review and prepare related privilege log (4.30); review correspondence from and prepare correspondence to Aurelius regarding document collection and production and objections (1.50); e-mail to and from Heiman regarding same (.20); e-mail to and from Rabinowitz regarding Special Committee production (.10).

| | | | |
|---|---|---|---|
| 01/07/11 | A M RABINOWITZ | 0.10 | 35.00 |

Communicate with Marvin regarding the production of documents collected from the members of the Special Committee.

# JONES DAY

| | | | |
|---|---|---|---|
| 01/07/11 | AK SOBCZAK | 0.50 | 125.00 |

E-mails with Shafer regarding arrangement for Marvin to appear telephonically at Jan 11 hearing on discovery issues (.10); phone conference with CourtCall representative scheduling Marvin's telephonic appearance (.30); e-mail confirmation notice to Marvin and Shafer (.10).

| | | | |
|---|---|---|---|
| 01/07/11 | X S STROHBEHN | 8.10 | 2,835.00 |

Draft Jones Day privilege log of documents withheld on the ground of attorney client privilege, common interest privilege, and work product privilege.

| | | | |
|---|---|---|---|
| 01/08/11 | H O AJUDUA | 13.80 | 4,830.00 |

Log responsive privileged documents in response to subpoena from Aurelius to Jones Day requesting the production of documents.

| | | | |
|---|---|---|---|
| 01/08/11 | L M MARVIN | 7.50 | 3,750.00 |

Review Jones Day documents and prepare such documents for production (4.50); review and prepare related privilege log (3.00).

| | | | |
|---|---|---|---|
| 01/08/11 | X S STROHBEHN | 15.30 | 5,355.00 |

Draft Jones Day privilege log of documents withheld on the ground of attorney client privilege, common interest privilege, and work product privilege.

| | | | |
|---|---|---|---|
| 01/09/11 | H O AJUDUA | 14.80 | 5,180.00 |

Log responsive privileged documents in response to subpoena from Aurelius to Jones Day requesting the production of documents (13.80); conference with Rabinowitz and Strohbehn regarding same (1.00).

| | | | |
|---|---|---|---|
| 01/09/11 | B B ERENS | 0.20 | 160.00 |

Review discovery e-mails.

| | | | |
|---|---|---|---|
| 01/09/11 | L M MARVIN | 4.50 | 2,250.00 |

Review Jones Day documents and prepare such documents for production (2.00); review and prepare related privilege log (2.50).

| | | | |
|---|---|---|---|
| 01/09/11 | A M RABINOWITZ | 5.30 | 1,855.00 |

Communicate with Strohbehn and Ajudua regarding document production (1.00); draft and revise privilege descriptions for the privileged documents associated with the Jones Day production (4.30).

| | | | |
|---|---|---|---|
| 01/09/11 | X S STROHBEHN | 19.40 | 6,790.00 |

Draft Jones Day privilege log of documents withheld on the ground of attorney client privilege, common interest privilege, and work product privilege (18.40); conference with Ajudua and Rabinowitz regarding same (1.00).

| | | | |
|---|---|---|---|
| 01/10/11 | H O AJUDUA | 12.60 | 4,410.00 |

Log responsive privileged documents in response to subpoena from Aurelius to Jones Day requesting the production of documents (11.60); conference with Rabinowitz and Strohbehn regarding same (1.00).

| | | | |
|---|---|---|---|
| 01/10/11 | D G HEIMAN | 0.50 | 487.50 |

Conferences with Erens and Marvin regarding document production issues.

| | | | |
|---|---|---|---|
| 01/10/11 | L M MARVIN | 8.30 | 4,150.00 |

Prepare for meeting and conference with Aurelius regarding discovery issues (1.30); prepare for and attend Court conference and review related papers (3.50); finalize production of Jones Day documents and serve same (1.50); review related privilege log (1.00); conference with Rabinowitz regarding same (.50); conference with Heiman regarding document production (.50).

| | | | |
|---|---|---|---|
| 01/10/11 | A M RABINOWITZ | 8.30 | 2,905.00 |

Communicate with Marvin regarding document production and privilege log (.50); communicate with Ajudua and Strohbehn regarding the draft privilege log (1.00); review and analyze the production disks for the Jones Day production (1.00); review and analyze Akin's draft stipulation related to the common interest privilege (3.80); draft and revise the privilege log associated with the Jones Day production (2.00).

| | | | |
|---|---|---|---|
| 01/10/11 | X S STROHBEHN | 18.90 | 6,615.00 |

Draft Jones Day privilege log of documents withheld on the ground of attorney client privilege, common interest privilege, and work product privilege (17.90); conference with Rabinowitz and Ajudua regarding same (1.00).

# JONES DAY

| Litigation Matters | | | | Page 4 |
|---|---|---|---|---|

01/11/11    H O AJUDUA    6.80    2,380.00
Log privileged responsive documents in response to subpoena from Aurelius to Jones Day requesting the production of documents (6.70); conference with Rabinowitz and Strohbehn regarding document review (.10).

01/11/11    D M CHERENCE    1.50    375.00
Create data files of certain Jones Day employees who have calendar data relevant to the case (1.00); transfer data to the vendor for processing (.50).

01/11/11    B B ERENS    1.30    1,040.00
Review discovery e-mails (.30); review production (1.00).

01/11/11    D G HEIMAN    0.50    487.50
Conference with Marvin regarding response to Aurelius.

01/11/11    L M MARVIN    8.30    4,150.00
Conference with Heiman regarding Aurelius response (.50); review correspondence regarding discovery issues from Akin Gump (.50); review privilege log of Jones Day (1.00); prepare for discovery conference with Akin Gump (counsel for Aurelius) (2.50); prepare follow up correspondence with Akin Gump regarding discovery issues including collection of documents, privilege logs, objections and production (3.80).

01/11/11    A M RABINOWITZ    9.20    3,220.00
Draft and revise the privilege log associated with the Jones Day production (1.00); communicate with Akin and Sidley on meet and conference call regarding document production and logging (2.40); review documents on privilege log (2.30); review documents collected from the members of the Special Committee for privilege and responsiveness (3.40); communicate with Ajudua and Strohbehn regarding document review (.10).

01/11/11    X S STROHBEHN    0.80    280.00
Finalize first draft of the Jones Day privilege log (.70); communicate with Ajudua and Rabinowitz regarding same (.10).

01/12/11    H O AJUDUA    8.10    2,835.00
Review correspondence to and from Akin regarding Special Committee and Jones Day discovery and privilege logs (.30); review correspondence regarding privilege log issues and continue document review (.20); manage data previously reviewed and included in Jan 5 privilege log in response to e-mail from Akin regarding same (3.40); review documents challenged by Akin and create spreadsheet logging and describing documents (4.20).

01/12/11    B B ERENS    1.00    800.00
Review discovery e-mails from Marvin (.50); respond regarding same (.20); e-mails to Heiman and pull calendar regarding the same (.30).

01/12/11    D G HEIMAN    1.00    975.00
Review Marvin status report and responses to Aurelius' counsel regarding document production (.80); e-mails to and from Erens regarding same (.20).

01/12/11    L M MARVIN    10.50    5,250.00
Review and prepare correspondence regarding Akin discovery issues (2.00); review privileged Special Committee documents in response to Akin issues and revise corresponding privilege log (8.30); conference with Rabinowitz regarding same (.20).

01/12/11    A M RABINOWITZ    10.20    3,570.00
Review and analyze documents collected from the members of the Special Committee and responsive to the expanded search terms (7.20); review and analyze documents listed on the special committee privilege log as redacted (.70); review and analyze the affiliations of certain individuals identified by Akin (.30); review and analyze documents listed by Akin in their letter regarding the Special Committee privilege log (1.60); communicate with Alpha Lit regarding documents produced by the Special Committee (.20); communicate with Marvin regarding Akin's comments on the Special Committee privilege log (.20).

01/13/11    H O AJUDUA    8.40    2,940.00
Review and revise Jones Day privilege log for documents to be released and descriptions to be updated (6.90); conference call with Hurley (Akin), Chung (Akin), Kenney (Sidley), Marvin and Strohbehn regarding discovery and privilege log issues (1.50).

# JONES DAY

Litigation Matters                                                                                      Page 5

| 01/13/11 | B B ERENS | 1.00 | 800.00 |
|---|---|---|---|

Telephone call with Marvin regarding discovery issues (.30); review e-mails regarding the same (.20); conference with Heiman and Sherman regarding discovery (.50).

| 01/13/11 | D G HEIMAN | 0.50 | 487.50 |
|---|---|---|---|

Conference with Erens and Sherman regarding attorney-client privilege issues.

| 01/13/11 | L M MARVIN | 10.80 | 5,400.00 |
|---|---|---|---|

Prepare for and conference with Akin, Sidley Austin, Strohbehn and Ajudua regarding Akin discovery issues with Akin Gump and Sidley (3.50); review and revise Jones Day privilege log for production (2.00); telephone call with Erens regarding same (.30); review and prepare correspondence regarding Akin discovery issues (1.50); review privileged Special Committee documents in response to Akin issues (3.50).

| 01/13/11 | F E SHERMAN | 1.50 | 1,200.00 |
|---|---|---|---|

Review e-mail traffic regarding discovery disputes (1.00); conference with Erens and Heiman regarding discovery issues (.50).

| 01/13/11 | X S STROHBEHN | 4.30 | 1,505.00 |
|---|---|---|---|

Revise the Jones Day privilege log and Special Committee privilege log by adding new documents and attempting to address points raised by Akin Gump (2.50) and meet and conference call with Akin Gump, Sidley Austin, Marvin and Ajudua (1.80).

| 01/14/11 | H O AJUDUA | 9.30 | 3,255.00 |
|---|---|---|---|

Review Special Committee documents in response to correspondence from Akin regarding privilege log issues and revise Special Committee privilege log accordingly (4.00); review and analyze new documents in the Jones Day database, code for responsiveness and privilege, and redact accordingly, in response to subpoena from Aurelius to Jones Day requesting the production of documents (5.00); conference with Strohbehn regarding discovery (.30).

| 01/14/11 | D M CHERENCE | 1.00 | 250.00 |
|---|---|---|---|

Download document productions and transfer to computer disk in response to subpoena.

| 01/14/11 | B B ERENS | 2.00 | 1,600.00 |
|---|---|---|---|

Review production (.50); review motions to compel and related matters (1.00); e-mails regarding discovery issues (.20); telephone calls with Marvin regarding same (.30).

| 01/14/11 | D G HEIMAN | 1.00 | 975.00 |
|---|---|---|---|

Conference with Marvin and Bendernagel regarding discovery disputes, privilege log and issues for 1/21 hearing.

| 01/14/11 | K MAMEDOVA | 4.30 | 1,612.50 |
|---|---|---|---|

Research for memorandum on common interest privilege (4.00); communicate with Marvin regarding same (.30).

| 01/14/11 | L M MARVIN | 12.00 | 6,000.00 |
|---|---|---|---|

Review and coordinate production of documents and creation of privilege logs (8.70); review discovery motions filed (1.20); phone conference with Heiman regarding discovery disputes and privilege log issues (1.00); conference with Mamedova regarding same (.30); phone conference with Erens regarding same (.30); e-mails with Sobczak regarding discovery motions (.20); phone conference with Strohbehn regarding same (.30).

| 01/14/11 | A K SOBCZAK | 0.40 | 100.00 |
|---|---|---|---|

E-mails with Marvin regarding possible discovery issues motion filed by Akin, Gump (.10); review docket for latest filings (.20); e-mails with Marvin and Shafer regarding same (.10).

| 01/14/11 | X S STROHBEHN | 7.80 | 2,730.00 |
|---|---|---|---|

Revise the Jones Day privilege log and Special Committee privilege log by adding new documents and attempting to address points raised by Akin Gump (7.50) and call with Marvin and Ajudua (.30).

| 01/15/11 | H O AJUDUA | 1.50 | 525.00 |
|---|---|---|---|

Review and analyze documents, code for responsiveness and privilege, and redact accordingly, in response to subpoena from Aurelius to Jones Day requesting the production of documents.

| 01/15/11 | K MAMEDOVA | 3.50 | 1,312.50 |
|---|---|---|---|

Research for memorandum on common interest privilege.

# JONES DAY

| 01/15/11 | L M MARVIN | 6.80 | 3,400.00 |
|---|---|---|---|

Review and revise privilege logs of Jones Day and Special Committee and related documents (5.00); review and prepare correspondence to and from Akin Gump regarding same (1.80).

| 01/15/11 | X S STROHBEHN | 3.50 | 1,225.00 |
|---|---|---|---|

Revise the Jones Day privilege log by reassessing and enhancing descriptions of each document included on the log.

| 01/16/11 | H O AJUDUA | 10.30 | 3,605.00 |
|---|---|---|---|

Revise Jones Day privilege log according to correspondence from and conference call with counsel from Akin Gump.

| 01/16/11 | K MAMEDOVA | 0.50 | 187.50 |
|---|---|---|---|

Complete preliminary memorandum on common interest privilege (.30); communicate with Marvin regarding same (.20).

| 01/16/11 | L M MARVIN | 7.50 | 3,750.00 |
|---|---|---|---|

Review and revise privilege logs of Jones Day and Special Committee and related documents (6.00); review and prepare correspondence to and from Akin regarding same (1.30); conference with Mamedova regarding common interest privilege (.20).

| 01/16/11 | X S STROHBEHN | 16.80 | 5,880.00 |
|---|---|---|---|

Revise the Jones Day privilege log by reassessing and enhancing descriptions of each document included on the log.

| 01/17/11 | H O AJUDUA | 7.20 | 2,520.00 |
|---|---|---|---|

Revise Jones Day privilege log according to correspondence from and conference call with counsel from Akin Gump (3.10); review certain Special Committee documents according to correspondence from Sidley Austin and Akin Gump and produce and/or re-code such documents accordingly (1.70); revise descriptions regarding privileged text and privileges asserted in Special Committee privilege log (2.10); correspondence with Marvin regarding revision of privilege log, categorical withholding, and privilege assertions (.20).

| 01/17/11 | L M MARVIN | 8.50 | 4,250.00 |
|---|---|---|---|

Review and revise privilege logs of Jones Day and Special Committee and related documents (6.60); e-mails to and from Ajudua regarding same (.20); review and prepare correspondence to and from Akin regarding same (1.70).

| 01/17/11 | F E SHERMAN | 1.00 | 800.00 |
|---|---|---|---|

Review discovery issues and e-mail traffic regarding same.

| 01/17/11 | X S STROHBEHN | 7.60 | 2,660.00 |
|---|---|---|---|

Revise the Jones Day privilege logs.

| 01/18/11 | H O AJUDUA | 4.30 | 1,505.00 |
|---|---|---|---|

Revise descriptions of privileged text and privileges asserted in the Special Committee privilege log (2.40); review produced and redacted versions of Special Committee documents, and check the redacted documents against the Special Committee privilege log, for accuracy and completeness (1.90).

| 01/18/11 | B B ERENS | 0.80 | 640.00 |
|---|---|---|---|

Telephone calls with Marvin regarding discovery issues (.20); review e-mails regarding the same (.20); review Jones Day privilege log (.40).

| 01/18/11 | D G HEIMAN | 1.00 | 975.00 |
|---|---|---|---|

Conferences with Sherman and Bendernagel regarding litigation issues (.40); review pleadings and email communications regarding discovery disputes and meeting with Shapiro (.60).

| 01/18/11 | L M MARVIN | 14.80 | 7,400.00 |
|---|---|---|---|

Prepare, review, finalize and serve privilege logs (10.30); telephone conferences with Erens regarding same (.20); conference with Rabinowitz regarding same (.20); conference with Sidley Austin regarding same (.30); review documents for production (3.80).

| 01/18/11 | A M RABINOWITZ | 8.50 | 2,975.00 |
|---|---|---|---|

Review and analyze production images to be transferred to Akin as part of the document production of the Special Committee (.60); draft and revise letter to accompany the document production (.30); communicate with Marvin regarding the Special Committee privilege log (.20); communicate with Strohbehn regarding the Special Committee privilege log (.50); draft and revise the Special Committee privilege log (6.90).

# JONES DAY

| | | | |
|---|---|---|---|
| 01/18/11 | F E SHERMAN | 1.00 | 800.00 |

Review e-mails and telephone conferences regarding discovery issues.

01/18/11    X S STROHBEHN    8.90    3,115.00

Draft and revise the Special Committee and Jones Day privilege logs (8.40); conference with Rabinowitz regarding Special Committee privilege log (.50).

01/19/11    B B ERENS    0.20    160.00

Review discovery e-mails.

01/19/11    D G HEIMAN    1.00    975.00

Activity regarding deposition parties (.40); telephone conference with Bendernagel regarding same (.60).

01/19/11    K MAMEDOVA    7.80    2,925.00

Research for and update memorandum on common interest privilege.

01/19/11    L M MARVIN    10.00    5,000.00

Review and prepare correspondence to Akin regarding privilege logs and conference internally and with Sidley regarding same (2.50); review privilege log and withheld documents (1.50); revise and finalize supplemental production documents of Special Committee and Jones Day (5.70); conference with Rabinowitz regarding Special Committee documents and privilege log (.30).

01/19/11    A M RABINOWITZ    4.50    1,575.00

Review and analyze the Special Committee's first and revised privileged logs (1.50); review and analyze Aurelius's motion to compel (1.40); review and analyze withheld documents (1.00); communicate with Marvin regarding the Special Committee's document production and privilege log (.30); communicate with Strohbehn regarding Jones Day and the Special Committee's document productions and privilege logs (.30).

01/19/11    F E SHERMAN    1.30    1,040.00

Review discovery and privilege issues.

01/19/11    A K SOBCZAK    0.60    150.00

E-mail with Marvin regarding scheduling CourtCall appearance for Erens and Marvin on January 24, 2011 (.10); phone conference with CourtCall representatives arranging for appearance (.30); review confirmations for accuracy and e-mail to Erens and Marvin (.20).

01/19/11    X S STROHBEHN    5.90    2,065.00

Review documents for purposes of production and draft privilege log related thereto (5.60); conference with Rabinowitz regarding document productions and privilege logs (.30).

01/20/11    H O AJUDUA    7.90    2,765.00

Review and re-code where appropriate, documents in the Jones Day database relating to mediation and involving the common interest parties in response to correspondence from Akin Gump regarding Jones Day's privilege log and production of documents.

01/20/11    B B ERENS    0.70    560.00

Review Marvin discovery e-mails (.30); review new production (.40).

01/20/11    K MAMEDOVA    7.30    2,737.50

Continue drafting memorandum regarding common interest privilege issue (6.70); communicate with Rabinowitz regarding document review (.60).

01/20/11    L M MARVIN    12.40    6,200.00

Review, revise and prepare privilege logs for production (4.20); conference with Rabinowitz regarding document review (.30); review debtor privilege logs (.50); review and prepare supplemental production of documents on behalf of special committee and Jones Day (5.40); review memorandum of law regarding common interest privilege and prepare research regarding same (1.50); review Debtor's reply brief to motion to compel (.50).

01/20/11    A M RABINOWITZ    8.40    2,940.00

Review and analyze Special Committee documents withheld based on objections to the document requests (2.60); draft and revise the Special Committee privilege log in connection with documents withheld based on objections to the document requests (1.50); communicate with Marvin regarding document review and production (.30); communicate with Strohbehn regarding document review and production (.40); communicate with Mamedova regarding document review and case background (.60); review and analyze the Liebentritt privilege log produced by the Debtors (3.00).

# JONES DAY

Litigation Matters | Page 8
---|---

| 01/20/11 | X S STROHBEHN | 6.50 | 2,275.00 |

Review documents for purposes of production and draft privilege log related thereto (6.10); conference with Rabinowitz regarding same (.40).

| 01/21/11 | H O AJUDUA | 8.70 | 3,045.00 |

Review and analyze Aurelius' motion to compel the production of documents and information from the Debtor, Committee and Lender plan proponents (.90) and Debtors' 502(d) motion (.20); quality check disks containing produced Special Committee and Jones Day documents to ensure accuracy of document productions (2.30); re-review, and re-code where appropriate, documents in the Jones Day database involving the common interest parties and relating to the LBO claims, in response to correspondence from Akin Gump regarding Jones Day's privilege log and production of documents (4.70); manage Special Committee documents relating to mediation (.60).

| 01/21/11 | D M CHERENCE | 1.50 | 375.00 |

Download document production and transfer to disk in response to subpoena.

| 01/21/11 | B B ERENS | 2.00 | 1,600.00 |

Review discovery production (1.50); e-mails to and from Marvin regarding same (.50).

| 01/21/11 | D G HEIMAN | 0.50 | 487.50 |

E-mail communications with Marvin regarding depositions.

| 01/21/11 | K MAMEDOVA | 2.50 | 937.50 |

Complete memorandum regarding common interest privilege issue.

| 01/21/11 | L M MARVIN | 9.30 | 4,650.00 |

Review, revise and prepare privilege logs for production (2.00); review, prepare and finalize supplemental production of documents on behalf of special committee and Jones Day (4.50); e-mails to and from Heiman regarding depositions (.50); coordinate review and prepare internal correspondence regarding review of withheld documents (1.00); prepare correspondence to counsel for Aurelius regarding production and related issues (.80); e-mails with Erens regarding document production (.50).

| 01/21/11 | A M RABINOWITZ | 2.50 | 875.00 |

Draft and revise the privilege log related to withheld special committee documents regarding document production (1.50); review and analyze the Debtors' objection to Aurelius's motion to compel (1.00).

| 01/21/11 | X S STROHBEHN | 6.60 | 2,310.00 |

Review documents for purposes of production and draft privilege log related thereto.

| 01/22/11 | H O AJUDUA | 1.30 | 455.00 |

Review, and re-code where appropriate, documents in the Jones Day database involving the common interest parties in response to correspondence from Akin Gump regarding Jones Day's privilege log and production of documents.

| 01/22/11 | L M MARVIN | 0.80 | 400.00 |

Conference internally regarding and review documents withheld based on an objection.

| 01/22/11 | X S STROHBEHN | 1.00 | 350.00 |

Review documents for purposes of production and draft privilege log related thereto.

| 01/24/11 | H O AJUDUA | 9.70 | 3,395.00 |

Review and log privileged documents in Jones Day database involving common interest parties, in response to correspondence from Akin Gump regarding Jones Day's privilege logs and production of documents (9.20); internal conference with Marvin, Rabinowitz and Strohbehn regarding documents withheld (.50).

| 01/24/11 | L M MARVIN | 0.50 | 250.00 |

Review and respond to correspondence regarding document productions.

| 01/24/11 | A M RABINOWITZ | 0.10 | 35.00 |

Conference with Marvin, Ajudua, and Strohbehn regarding the hearing on Aurelius's motion to compel (.05); review and analyze entries removed from the Special Committee privilege log (.05).

| 01/24/11 | X S STROHBEHN | 6.90 | 2,415.00 |

Draft privilege log related to plan proponents issue in advance of court decision regarding same.

# JONES DAY

| 01/25/11 | H O AJUDUA | 4.20 | 1,470.00 |
|---|---|---|---|

Create calendar of important dates, such as confirmed depositions and hearings (1.90); review, code and log privileged documents in the Jones Day database relating to the LBO claims in response to correspondence from Akin Gump regarding Jones Day's privilege log and production of documents (2.30).

| 01/25/11 | T J BARRY | 0.50 | 125.00 |
|---|---|---|---|

Organize subpoenas and deposition notices electronically for general and efficient case management.

| 01/25/11 | B B ERENS | 0.30 | 240.00 |
|---|---|---|---|

Telephone call with Heiman regarding status and discovery.

| 01/25/11 | D G HEIMAN | 0.50 | 487.50 |
|---|---|---|---|

Review report on hearing regarding discovery (.20); conference with Erens regarding same (.30).

| 01/25/11 | L M MARVIN | 6.60 | 3,300.00 |
|---|---|---|---|

Conference internally regarding and review documents withheld based on an objection (5.30); review court filings and deposition notices and prepare correspondence regarding same (1.30).

| 01/25/11 | A M RABINOWITZ | 0.10 | 35.00 |
|---|---|---|---|

Review and analyze deposition notices.

| 01/25/11 | X S STROHBEHN | 1.10 | 385.00 |
|---|---|---|---|

Draft privilege log related to plan proponents issue in advance of court decision regarding same.

| 01/26/11 | H O AJUDUA | 3.70 | 1,295.00 |
|---|---|---|---|

Draft and revise log of privileged documents relating to the LBO and/or involving the common interest parties.

| 01/26/11 | L M MARVIN | 5.00 | 2,500.00 |
|---|---|---|---|

Review and respond to correspondence regarding document production (.90); review related privilege logs and documents (2.80); review court filings and deposition notices and prepare correspondence regarding same (1.00); review supplemental document requests (.30).

| 01/26/11 | A M RABINOWITZ | 3.30 | 1,155.00 |
|---|---|---|---|

Review and analyze redacted produced Special Committee documents and the Special Committee privilege log (1.90); draft and revise the Special Committee privilege log (1.40).

| 01/26/11 | X S STROHBEHN | 0.90 | 315.00 |
|---|---|---|---|

Draft privilege log related to plan proponents issue in advance of court decision regarding same.

| 01/27/11 | B B ERENS | 0.60 | 480.00 |
|---|---|---|---|

Review new discovery filings and expert reports (.30); e-mails to and from team regarding discovery status (.30).

| 01/27/11 | D G HEIMAN | 1.80 | 1,755.00 |
|---|---|---|---|

E-mails to and from Erens regarding expert witness list (.30); telephone conference with Tribune management regarding status (.30); e-mail communications with Marvin regarding supplemental document production and expert list (.40); telephone conference with Kitslaar regarding insurance (.80).

| 01/27/11 | L M MARVIN | 4.10 | 2,050.00 |
|---|---|---|---|

Review supplemental document requests and prepare correspondence internally regarding same (.50); review related documents (1.90); review court filings and deposition notices and prepare correspondence regarding same (.80); review and prepare correspondence regarding documents produced (.50); e-mails to and from Heiman regarding expert list (.40).

| 01/28/11 | H O AJUDUA | 5.30 | 1,855.00 |
|---|---|---|---|

Review documents in Jones Day database in response to new document requests from Aurelius (4.00); update calendar with deposition dates (1.30).

| 01/28/11 | B B ERENS | 0.40 | 320.00 |
|---|---|---|---|

Follow up e-mails and voicemails regarding vote status and plan for confirmation (.20); e-mails to and from team and review notice regarding a Special Committee member's deposition (.30).

| 01/28/11 | D G HEIMAN | 1.50 | 1,462.50 |
|---|---|---|---|

Review notice regarding a Special Committee member's deposition (.60); e-mails to and from Erens, Marvin and Special Committee members regarding same (.60); telephone conference with Bendernagel (.30).

# JONES DAY

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 01/28/11 | L M MARVIN | 0.50 | 250.00 |

Review and respond to correspondence regarding deposition notices.

01/28/11    A M RABINOWITZ    1.50    525.00
Review and analyze documents collected from the members of the Special Committee for responsiveness to Aurelius's third set of requests to the debtors (1.40); communicate with Strohbehn regarding document review and privilege logs (.10).

01/28/11    X S STROHBEHN    0.80    280.00
Review documents to determine which documents related to the LBO claims (.70); conference with Rabinowitz regarding document review (.10).

01/31/11    H O AJUDUA    8.00    2,800.00
Draft and revise log of privileged documents in Jones Day database relating to LBO and/or involving common interest parties (1.40); review and tag documents involving a Special Committee member to be used in preparation for the deposition of a Special Committee member (6.60).

01/31/11    T F CULLEN JR    0.50    450.00
Review and analyze discovery and production issues.

01/31/11    D G HEIMAN    1.20    1,170.00
Telephone conferences with a Special Committee member and Bendernagel regarding deposition schedule and preparation (.70); status report from Conlan (.50).

01/31/11    L M MARVIN    5.10    2,550.00
Review and respond to correspondence regarding deposition notices (.70); conference internally regarding preparation for depositions and prepare for same (1.50); review supplemental documents for potential production (2.10); manage discovery files and document collection and production files (.80).

01/31/11    A M RABINOWITZ    4.50    1,575.00
Review and analyze documents in connection with a Special Committee member's upcoming deposition (2.70); review and analyze documents in connection with a Special Committee member's upcoming deposition (1.50); communicate with Strohbehn regarding document review and scheduled depositions (.30).

01/31/11    X S STROHBEHN    3.70    1,295.00
Review documents for purposes of preparing for the deposition of a Special Committee member (3.40); conference with Rabinowitz regarding same (.30).

**TOTAL    692.90    USD    287,610.00**