# **EXHIBIT B**

CHI-1510731v1

# JONES DAY

Special Committee of the Board of Directors of                                    Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - January 31, 2011

| Date | Timekeeper Name | Location | Amount |
|------|-----------------|----------|--------|
| **BINDING** | | | |
| 01/21/11 | E C KITSLAAR | CHI | 2.00 |
| | Binding - Williams Lea 12/22/10 | | |
| | **Binding Subtotal** | | **2.00** |
| **CALLING CARD CHARGES** | | | |
| 01/13/11 | B B ERENS | CHI | 7.74 |
| | Calling card charges 12-Nov-2010 | | |
| 01/13/11 | B B ERENS | CHI | 0.27 |
| | Calling card charges 05-Nov-2010 | | |
| 01/13/11 | B B ERENS | CHI | 0.16 |
| | Calling card charges 29-Oct-2010 | | |
| | **Calling card charges Subtotal** | | **8.17** |
| **COMPUTERIZED RESEARCH SERVICES** | | | |
| 01/28/11 | D M HIRTZEL | NYC | 0.64 |
| | Computerized research services - PACER SERVICE CENTER 4th quarter 2010 | | |
| 01/28/11 | D M HIRTZEL | NYC | 268.16 |
| | Computerized research services - PACER SERVICE CENTER 4th quarter 2010 | | |
| | **Computerized research services Subtotal** | | **268.80** |
| **CONFERENCE CALL CHARGES** | | | |
| 01/31/11 | B B ERENS | CHI | 30.00 |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 11/23/10 | | |
| 01/31/11 | AK SOBCZAK | CHI | 198.00 |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 12/16/10 | | |
| 01/31/11 | CHI ACCOUNTING | CHI | 128.00 |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 12/20/10 | | |
| | **Conference Call Charges Subtotal** | | **356.00** |
| **IMAGING SERVICES** | | | |
| 01/21/11 | L M MARVIN | NYC | 3,670.00 |
| | Imaging services - INTEGREON 12/31/2010 (hard drive imaging) | | |
| | **Imaging services Subtotal** | | **3,670.00** |
| **LATE WORK TAXI** | | | |
| 01/13/11 | A M RABINOWITZ | NYC | 13.68 |
| | Late Work Taxi Car home. 04-Jan-2011 | | |
| 01/13/11 | A M RABINOWITZ | NYC | 4.10 |
| | Late Work Taxi Car home. 04-Jan-2011 | | |
| | **Late Work Taxi Subtotal** | | **17.78** |
| **LEXIS SEARCH FEES** | | | |
| 01/03/11 | D B SHAFER | CHI | 11.24 |
| | Lexis search fees: 01/03/2011 | | |
| 01/03/11 | D B SHAFER | CHI | 6.07 |
| | Lexis search fees: 01/03/2011 | | |
| | **Lexis search fees Subtotal** | | **17.31** |
| **LOCAL FOOD AND BEVERAGE EXPENSE** | | | |
| 01/13/11 | A M RABINOWITZ | NYC | 17.01 |
| | Local food and beverage expense - SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC 12/21/2010 (Eden Wok) | | |

# JONES DAY

| Special Committee of the Board of Directors of | | | | Page 2 |
|---|---|---|---|---|

| 01/31/11 | A M RABINOWITZ | NYC | 23.95 | |
| | Local food and beverage expense - SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC 12/28/2010 (Wolf & Lamb Kosher Steakhouse) | | | |
| 01/31/11 | A M RABINOWITZ | NYC | 14.40 | |
| | Local food and beverage expense - SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC 12/30/2010 (Kosher Delight) | | | |
| 01/31/11 | A M RABINOWITZ | NYC | 7.94 | |
| | Local food and beverage expense - FLIK INTERNATIONAL CORP. 12/20/2010 (D) | | | |
| 01/31/11 | A M RABINOWITZ | NYC | 11.92 | |
| | Local food and beverage expense - FLIK INTERNATIONAL CORP. 12/22/2010 (D) | | | |
| | **Local food and beverage expense Subtotal** | | | **75.22** |

## LOCAL TAXI CHARGES

| 01/26/11 | NYC ACCOUNTING | NYC | 3.06 | |
| | Local taxi charges- Towncar- 12/21/10 H.Ajudua- Barron | | | |
| | **Local taxi charges Subtotal** | | | **3.06** |

## LONG DISTANCE CHARGES

| 01/20/11 | NYC ACCOUNTING | NYC | 4.20 | |
| | Long distance charges through 01/20/2011 | | | |
| | **Long distance charges Subtotal** | | | **4.20** |

## MESSENGER SERVICES

| 01/28/11 | B B ERENS | CHI | 35.71 | |
| | Messenger services - USM LOGISTICS 12/6/10 | | | |
| | **Messenger services Subtotal** | | | **35.71** |

## SUPPLIES

| 01/07/11 | AK SOBCZAK | CHI | 1.20 | |
| | Supplies - Williams Lea tabs/binders 11/24/10 | | | |
| 01/07/11 | AK SOBCZAK | CHI | 3.00 | |
| | Supplies - Williams Lea tabs/binders 11/24/10 | | | |
| | **Supplies Subtotal** | | | **4.20** |

## UNITED PARCEL SERVICE CHARGES

| 01/05/11 | L M MARVIN | NYC | 16.17 | |
| | United Parcel Services Charges, James W. Ducay et, Sidley Austin LLP | | | |
| 01/10/11 | L M MARVIN | NYC | 9.71 | |
| | United Parcel Services Charges, James W. Ducay et, Sidley Austin LLP | | | |
| 01/18/11 | L M MARVIN | NYC | 9.71 | |
| | United Parcel Services Charges, James W. Ducay et, Sidley Austin LLP | | | |
| 01/21/11 | L M MARVIN | NYC | 16.17 | |
| | United Parcel Services Charges, James W. Ducay et, Sidley Austin LLP | | | |
| | **United Parcel Service charges Subtotal** | | | **51.76** |

## WESTLAW SEARCH FEES

| 01/14/11 | K MAMEDOVA | NYC | 57.59 | |
| | Westlaw search fees: 01/14/2011 | | | |
| 01/15/11 | K MAMEDOVA | NYC | 11.51 | |
| | Westlaw search fees: 01/15/2011 | | | |
| 01/16/11 | K MAMEDOVA | NYC | 47.96 | |
| | Westlaw search fees: 01/16/2011 | | | |
| 01/19/11 | K MAMEDOVA | NYC | 51.35 | |
| | Westlaw search fees: 01/19/2011 | | | |
| 01/19/11 | K MAMEDOVA | NYC | 6.23 | |
| | Westlaw search fees: 01/19/2011 | | | |
| 01/20/11 | K MAMEDOVA | NYC | 142.16 | |
| | Westlaw search fees: 01/20/2011 | | | |

# JONES DAY

|  |  |  |
|---|---|---|
| Westlaw search fees Subtotal |  | 316.80 |
| **Total** | **USD** | **4,831.01 \*\*** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 75.22

|  |  |  |
|---|---|---|
| **Grand Total** | **USD** | **4,831.01 \*\*** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 75.22