# EXHIBIT A

**Second Supplemental Howley Affidavit**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND SUPPLEMENTAL AFFIDAVIT OF ERNST & YOUNG LLP PURSUANT TO RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Matthew Howley, being duly sworn, deposes and says:

1.     I am a partner in Ernst & Young, LLP ("E&Y LLP"), a professional services firm which maintains an office at 5 Times Square, New York, N.Y. 10036, among other locations.  I

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (1355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510): Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicugoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates. Inc. (6121): Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, 1.1.0 (6327); forsalebyowner.com corp. (0219); ForSaleByOwnercom Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); I lean & Crown Advertising, Inc. (9808); 14omeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIALI Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc, (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603): Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMI S I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc.. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. ( 1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); VuluMail, Iac. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

submit this supplemental affidavit on behalf of E&Y LLP (the "<u>Second Supplemental Affidavit</u>"), pursuant to Bankruptcy Rule 2014(a), as a supplement to the Affidavit Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) in Support of Application for Order Authorizing Retention and Employment of Ernst & Young LLP in Connection with Valuation and Business Modeling, and Market Survey Services for the Debtors and Debtors in Possession *Nunc Pro Tunc* to May 31, 2009 (as supplemented from time to time, the "<u>Original Affidavit</u>") annexed to Debtors' Application for an Order Authorizing Debtors to Retain and Employ Ernst and Young LLP to Provide (I) Valuation and Business Modeling Services and (II) Market Survey Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to May 31, 2009 [Docket No. 1298] filed by the Tribune Company and its affiliated debtors (collectively, the "<u>Debtors</u>"), and to the Supplemental Affidavit of Ernst & Young LLP Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and the Order Directing (I) Joint Administration of Chapter 11 Cases and (II) that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, *et al.* Be Made Applicable to Chapter 11 Case of Chicago National League Ball Club LLC (the "<u>First Supplemental Affidavit</u>") [Docket No. 2471].

  2.  The facts set forth in this Second Supplemental Affidavit are based either upon my personal knowledge, upon information and belief, or in certain circumstances, upon client matter records kept in the ordinary course of business, which were reviewed by me or another employee of E&Y LLP under my supervision and direction.

  3.  In connection with E&Y LLP's retention by the Debtors, E&Y LLP obtained from the Debtors and/or their counsel the names, as applicable, of parties in interest in the above-captioned cases that fall into certain of the following categories:

2

(a)     Debtors;

(b)     Debtors' Attorneys (general counsel and special bankruptcy counsel);

(c)     Debtors' Other Professionals retained in connection with the chapter 11 proceeding;

(d)     Debtors' Affiliates;

(e)     Debtors' Affiliates' Attorneys;

(f)     Debtors' Affiliates Other Professionals retained in connection with the Chapter 11 proceedings;

(g)     Debtors' Officers;

(h)     Debtors' Officers Attorneys retained in connection with the chapter 11 proceedings;

(i)     Debtors' Officers Other Business Affiliations;

(j)     Debtors' Directors;

(k)     Debtors' Directors' Attorneys retained in connection with the chapter 11 proceedings;

(l)     Debtors' Directors' Other Business Affiliations;

(m)     Debtors' Major Shareholders (5% or more);

(n)     Debtors' Major Shareholders' Attorneys retained in connection with the chapter 11 proceedings;

(o)     All Secured Lenders, including DIP lenders;

(p)     All Secured Lenders' Attorneys retained in connection with the chapter 11 proceedings;

(q)     All Substantial Unsecured Bondholders or Lenders;

(r)     All Substantial Unsecured Bondholders' or Lenders' Attorneys retained in connection with the chapter 11 proceedings;

(s)     All Indenture Trustees;

(t)     All Indenture Trustees' Attorneys retained in connection with the chapter 11 proceedings;

(u)     Official Statutory Committees Members (All Committees);

(v)     Official Statutory Committees' Attorneys (for each Official Committee);

(w)     Official Statutory Committees' Other Professionals retained by each Official Committee;

(x)     Official Statutory Committee Members' Attorneys retained in connection with the chapter 11 proceeding;

(y)     Thirty Largest Unsecured Creditors (as of the date of filing);

(z)     Thirty Largest Unsecured Creditors' Attorneys retained in connection with the chapter 11 proceeding;

(aa)    Parties to the Debtors' Significant Executory Contracts and Leases;

(bb)    Parties to the Debtors' Significant Executory Contracts and Leases Attorneys retained in connection with the chapter 11 proceeding;

(cc)    Other Significant Parties-in-Interest including parties in material litigation against the Debtor; and/or parties to potential significant transactions with the Debtor; and

(dd)    Other Significant Parties-in-Interest's Attorneys retained in connection with the chapter 11 proceedings.

3

The identities of such interested parties are set forth in Exhibit B to the Original Affidavit.  In connection with the First Supplemental Affidavit, counsel to the Debtors provided E&Y LLP with a list of additional parties-in-interest related to the Chicago National League Ball Club, LLC and its debtor affiliates, a copy of which list is annexed to the First Supplemental Affidavit as Exhibit A.

4.      As part of E&Y LLP's continuing obligations as a professional in these cases to update its connections checks and disclosures and in conjunction with the provision of this Second Supplemental Affidavit, E&Y LLP requested from counsel to the Debtors the names of any additional parties in interest that fall within the categories set forth in the preceding paragraph and that had not been previously provided to E&Y LLP (the "New Parties in Interest").  The New Parties in Interest, and any parties in interest for whom E&Y LLP's prior connections checks indicated that E&Y LLP then had "no connections" or "prior connections," are listed on the attached Exhibit A.  In conjunction with this Second Supplemental Affidavit, E&Y LLP searched or caused to be searched certain databases to determine whether E&Y LLP has in the recent past provided or is currently providing services to the parties in interest list on Exhibit A.  To the extent that E&Y LLP's research of relationships with such parties in interest indicated that E&Y LLP has provided in the recent past or is currently providing services to any of these entities in matters unrelated to these chapter 11 cases, E&Y LLP has so indicated on the attached Exhibit A.[2]  Should additional significant relationships with parties in interest become known to E&Y LLP, a supplemental affidavit will by filed by E&Y LLP with the Court.

---

[2]      E&Y LLP's connections with parties in interest previously identified by E&Y LLP were set forth and disclosed in the Original Affidavit and the First Supplemental Affidavit.  Such disclosures are incorporated herein by reference.

5.     E&Y LLP is currently a party or participant in certain litigation matters involving parties in interest in these cases.  A list of such matters and the relevant parties in interest is attached hereto as Exhibit B.

6.     Except as otherwise set forth herein, to the best of E&Y LLP's knowledge, information, and belief formed after reasonable inquiry, E&Y LLP's relationships with the New Parties in Interest are unrelated to the Debtors and these cases.

7.     As disclosed in the First Supplemental Affidavit, E&Y LLP provides certain tax advisory, tax compliance and audit services to Major League Baseball, which includes preparation of Form K-1's issued to Chicago National League Ball Club, LLC ("CNLBC") or its affiliates, and audits of financial statements that are provided to CNLBC or its affiliates.

8.     As disclosed in the First Supplemental Affidavit, JP Morgan Chase Bank, NA, one of the Supplemental Parties-in-Interest, is a lender to E&Y LLP under its Revolving Credit Program.  As disclosed in the Original Affidavit, Barclays Bank PLC, Citibank, N.A., JP Morgan Chase Bank, N.A., Royal Bank of Scotland, Wells Fargo Bank, N.A., Wachovia Bank N.A., New York Life Insurance Company, Metropolitan Life Insurance Company, and Prudential Insurance Company of America, which are parties in interest in these cases, are lenders to or participate in financing arrangements with E&Y LLP.

9.     As disclosed in the Original Affidavit, Fidelity & Deposit Company of Maryland is a surety bond provider on behalf of E&Y LLP.

10.     As part of its practice, E&Y LLP appears in cases, proceedings and transactions involving many different attorneys, financial advisors and creditors, some of which may represent or be claimants and/or parties in interest in these cases.  E&Y LLP will have no relationship with any such entity, attorney or financial advisor that would be materially adverse

to the Debtors.  Certain professionals associated with the Debtors' cases that have provided in the past and/or are currently providing services to E&Y LLP are set forth in the Original Affidavit and the First Supplemental Affidavit.  In addition, the following professionals whom E&Y LLP believes to be closely associated with the Debtors' chapter 11 cases have provided in the past and/or are currently providing services to E&Y LLP: Mayer Brown LLP; Kramer Levin Naftalis & Frankel LLP; Richards, Layton & Finger, P.A; Wiley Rein LLP; Daniel J. Edelman, Inc.; Jones Day; Zuckerman Speader LLP; and Moelis & Company LLC.

11.    To the best of my knowledge, information, and belief, neither the undersigned nor the professionals anticipated to assist the Debtors in these matters are connected to the Judge or the U.S. Trustee assigned to this matter.

12.    E&Y LLP has not shared or agreed to share any of its compensation from the Debtors with any other person, other than a partner or principal of E&Y LLP as permitted by section 504 of the Bankruptcy Code.

13.    To the best of my knowledge, information, and belief formed after reasonable inquiry, and as set forth in detail in my Original Affidavit, the First Supplemental Affidavit, and this Supplemental Affidavit, E&Y LLP remains a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that E&Y LLP:

(a)    is not a creditor, equity security holder or an insider of the Debtors;

(b)    is not and was not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

(c)      does not have an interest materially adverse to the interests of the estate or of any

class of creditors or equity security holders, by reason of any direct or indirect

relationship to, connection with, or interest in, the Debtors, or for any other reason.

The foregoing representation is based on our understanding that as a prepetition services

provider to for the Debtors, E&Y LLP was not an "employee" of the Debtors as that term is used

in the Bankruptcy Code.

14.      Accordingly, I believe that E&Y LLP remains eligible for retention by the

Debtors under the Bankruptcy Code.


I declare under penalty of perjury that the forgoing is true and correct.

Executed this ___ day of February, 2011.

Matthew Howley


Sworn to and subscribed before me this ___ day of February, 2011.

_____
Notary Public

My Commission Expires: 4-30-2014

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

7

**EXHIBIT A**

| Category | PRL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtor | Company | | | x |
| Debtor | Productions Inc | | | x |
| Debtor | N Network Inc | | | x |
| Debtor | Community News Corporation | | | x |
| Debtor | andia | | | x |
| Debtor | 29, Inc | | | x |
| Debtor | 30, Inc | | | x |
| Debtor | 40, Inc | | | x |
| Debtor | Avenue Construction Company | | | x |
| Debtor | National League Ball Club, LLC | | | x |
| Debtor | Company | | | x |
| Debtor | Tribune Company | | | x |
| Debtor | Tribune Newspapers, Inc | | | x |
| Debtor | Press Service, Inc | | | x |
| Debtor | and Microwave Licensee, Inc | | | x |
| Debtor | Publishing | | | x |
| Debtor | elevision News, Inc | | | x |
| Debtor | Products, Inc | | | x |
| Debtor | | | | x |
| Debtor | ion Systems of America, Inc | | | x |
| Debtor | agle Media Investments, LLC | | | x |
| Debtor | Publishing Investments, LLC | | | x |
| Debtor | ter.com Corp | | | x |
| | Forsalebyowner.com Referral Services, LLC | | | x |
| | Fortify Holdings Corporation | | | x |
| | Forum Publis Group, Inc | | | x |
| | Publications, Inc | | | x |
| | Inc | | | x |
| Debtor | & Crown Advertising, Inc | | | x |
| Debtor | s Realty, Inc | | | x |
| | stead Publishing Co | | | x |
| | Publications, LLC | | | x |
| | , LLC | | | x |
| | InsertCo, Inc | | | x |
| | Internet Foreclosure Service, Inc | | | x |
| | Jukisser Company II, LLC | | | x |
| | Jukisser Company, LLC | | | x |
| | KIAH, Inc | | | x |
| | KPLR, Inc | | | x |
| | Inc | | | x |
| | Inc | | x | x |
| | Inc | | | x |
| | Angeles Times Communications LLC | | | x |
| | os Angeles Times International Ltd | | | x |
| | os Angeles Times Newspapers, Inc | | | x |
| | T Music Publishing Company | | | x |
| | | | | x |
| | Neocomm, Inc | | | x |
| | New Mass. Media, Inc | | | x |
| | New River Center Maintenance Association, Inc | | | x |
| Debtor | Newscom Services, Inc | | | x |
| Debtor | Readers Agency, Inc | | | x |
| Debtor | Production Company | | | x |
| Debtor | orth Orange Properties, Inc | | | x |
| Debtor | Productions Inc | | | x |
| Debtor | Orlando Sentinel Communications Company | | | x |
| Debtor | Patuxent Publishing Company | | | x |
| Debtor | Publishers Forest Products Co of Washington | | | x |
| Debtor | Sentinel Communications News Ventures, Inc | | | x |
| Debtor | Shepards, Inc | | | x |
| Debtor | Signs of Distinction, Inc | | | x |
| Debtor | Southern Connecticut Newspapers, Inc | | | x |
| Debtor | Star Community Publishing Group, LLC | | | x |
| Debtor | Stanweb, Inc | | | x |
| Debtor | Sun-Sentinel Company | | | x |
| Debtor | The Baltimore Sun Company | | x | |
| Debtor | The Daily Press, Inc | | x | |
| Debtor | The Hartford Courant Company | | | x |
| Debtor | The Morning Call, Inc | | | x |
| Debtor | The Other Company LLC | | | x |
| Debtor | Times Mirror Land and Timber Company | | | x |
| Debtor | Times Mirror Payroll Processing Company, Inc | | | x |
| Debtor | Times Mirror Services Company, Inc | | x | x |
| Debtor | TMLH 2, Inc | | | x |
| Debtor | TMLS I, Inc | | | x |
| Debtor | TMS Entertainment Guides, Inc | | | x |
| Debtor | Tower Distribution Company | | | x |
| Debtor | Towering T Music Publishing Company | | | x |
| Debtor | Tribune Broadcast Holdings, Inc | | | x |
| Debtor | Tribune Broadcasting Company | | | x |
| Debtor | Tribune Broadcasting Holdco, LLC | | | x |
| Debtor | Tribune Broadcasting News Network, Inc | | | x |
| Debtor | Tribune California Properties, Inc | | | x |
| Debtor | Tribune Company | | | x |
| Debtor | Tribune Direct Marketing, Inc | | | x |
| Debtor | Tribune Entertainment Company | | | x |
| Debtor | Tribune Entertainment Production Company | | | x |
| Debtor | Tribune Finance Service Center, Inc | | | x |
| Debtor | Tribune Finance, LLC | | | x |

| Category | PRL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtor | Tribune License, Inc. | | | x |
| Debtor | Tribune Los Angeles, Inc. | | | x |
| Debtor | Tribune Manhattan Newspaper Holdings, Inc. | | | x |
| Debtor | Tribune Media Net, Inc. | | | x |
| Debtor | Tribune Media Services, Inc. | | | x |
| Debtor | Tribune Network Holdings Company | | | x |
| Debtor | Tribune New York Newspaper Holdings, LLC | | | x |
| Debtor | Tribune NM, Inc. | | | x |
| Debtor | Tribune Publishing Company | | | x |
| Debtor | Tribune Television Company | | | x |
| Debtor | Tribune Television Holdings, Inc. | | | x |
| Debtor | Tribune Television New Orleans, Inc. | | | x |
| Debtor | Tribune Television Northwest, Inc. | | | x |
| Debtor | ValuMail, Inc. | | | x |
| Debtor | ___na Community Shoppers, LLC | | | x |
| Debtor | ___na Gazette Companies, LLC | | | x |
| Debtor | ___A__, LLC | | | x |
| Debtor | ___ ___, LLC | | | x |
| Debtor | ___ Broadcasting, Inc. | | | x |
| Debtor | ___ Continental Broadcasting Company | | | x |
| Debtor | ___ | | | x |
| Debtor | ___ Inc. | | | x |
| Debtor | ___, Schotz, Meisel, Forman & Leonard, __A | | x | |
| Debtors Attorney | ___ J. Edelman, Inc. | x | | |
| Debtors Attorney | ___delman | x | | |
| Debtors Attorney | ___ Will & Emery LLP | | | x |
| Debtors Attorney | ___in, Lewis & Bockius LLP | | x | |
| Debtors Attorney | ___ Peabody LLP | | | x |
| Debtors Attorney | Paul Hastings Janofsky & Walker LLP | | x | |
| Debtors Attorney | ___ Smith LLP | x | | |
| Debtors Attorney | ___ LLP | | x | |
| Debtors Attorney | ___ Austin LLP | x | | x |
| Debtors Other Professionals | ___ & Marsal North America LLC | x | | |
| Debtors Other Professionals | ___ ___ ___ouche LLP | x | | |
| Debtors Other Professionals | ___ PIQ Bankruptcy Solutions, LLC | x | | |
| Debtors Other Professionals | Lazard Frères & Co. | | x | |
| Debtors Other Professionals | PricewaterhouseCoopers LLP | | x | |
| Debtors Other Business Affiliation | Equity Group Investments LLC | | x | x |
| Officers/Directors | Alass A. Bazanos | x | | |
| Officers/Directors | Alice T. Sikra | x | | |
| Officers/Directors | Andrea M. Pudliner | x | | |
| Officers/Directors | Andy Friedman | x | | |
| Officers/Directors | Ann B. Wilson | x | | |
| Officers/Directors | Anne S. Kelly | x | | |
| Officers/Directors | Ardith Hilliard | x | | |
| Officers/Directors | Avido Khahaifa | x | | |
| Officers/Directors | Becky Brubaker | x | | |
| Officers/Directors | Bert Ortiz | x | | |
| Officers/Directors | Becky D. Holden | x | | |
| Officers/Directors | Betty Ellen Berlamino | x | | |
| Officers/Directors | Bonnie B. Hunter | x | | |
| Officers/Directors | Brinkley Good | x | | |
| Officers/Directors | Brian F. Litman | x | | |
| Officers/Directors | Brian L. Greenspun | x | | |
| Officers/Directors | Cam Trinh | x | | |
| Officers/Directors | Carolyn S. Hudspeth | x | | |
| Officers/Directors | Catherine A. Davis | x | | |
| Officers/Directors | Chandler Bigelow III | x | | |
| Officers/Directors | Chandler Bigelow III | x | | |
| Officers/Directors | Charles J. Sennet | x | | |
| Officers/Directors | Charles Ray | x | | |
| Officers/Directors | Charlotte H. Hall | x | | |
| Officers/Directors | Chris Avetisian | x | | |
| Officers/Directors | Chris Hochschild | x | | |
| Officers/Directors | Chris L. Fricke | x | | |
| Officers/Directors | Christopher C. Morrill | x | | |
| Officers/Directors | Christopher Manis | x | | |
| Officers/Directors | Clifford L. Teutsch | x | | |
| Officers/Directors | Cynthia Baker | x | | |
| Officers/Directors | Dan Mitrovich | x | | |
| Officers/Directors | Dana C. Hayes, Jr. | x | | |
| Officers/Directors | Daniel G. Kazan | x | | |
| Officers/Directors | Daniel G. Kazan | x | | |
| Officers/Directors | Daniel O'Sullivan | x | | |
| Officers/Directors | David A. Bennett | x | | |
| Officers/Directors | David A. ___ | x | | |
| Officers/Directors | David D. ___ | x | | |
| Officers/Directors | David P. Eldersveld | x | | |
| Officers/Directors | David P. Eldersveld | x | | |
| Officers/Directors | David R. Meyerssky | x | | |
| Officers/Directors | Dawn M. Grocco | x | | |
| Officers/Directors | Denise Carlisle | x | | |
| Officers/Directors | Dennis G. O'Brien | x | | |
| Officers/Directors | Digby A. Solomon | x | | |
| Officers/Directors | Dineen Shah | x | | |
| Officers/Directors | Don W. Meek | x | | |
| Officers/Directors | Donald J. Liebentritt | x | | |
| Officers/Directors | Donald J. Liebentritt | x | | |
| Officers/Directors | Doug Thomas | x | | |
| Officers/Directors | Earl R. Maucker | x | | |

| Category | PIN | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Officers/Directors | Ed Wilson | x | | |
| Officers/Directors | Ed Wolf | x | | |
| Officers/Directors | Eddy W. Hartenstein | x | | |
| Officers/Directors | Eric Lantera | x | | |
| Officers/Directors | Eric Meyrowitz | x | | |
| Officers/Directors | Ernie C. Gates | x | | |
| Officers/Directors | Feh M. Wong | x | | |
| Directors | Frank Wood | x | | |
| Directors | Gary Weitman | x | | |
| Officers/Directors | Gerald A. Spector | x | | |
| Officers/Directors | Gerould W. Kern | x | | |
| Directors | Gina Mazzaferri | x | | |
| Directors | Glenn G. Kranzley | x | | |
| Directors | Greg Healy | x | | |
| Directors | Gwen P. Markarm | x | | |
| Directors | Hank J. Hundemer | x | | |
| Officers/Directors | Harry A. Amaden | x | | |
| Directors | Henry M. Segal | x | | |
| Officers/Directors | Howard Greenberg | x | | |
| Officers/Directors | Jack D. Klunder | x | | |
| Debtors Officers/Directors | Jack Rodden | x | | |
| Debtors | Jack Whisler | x | | |
| Officers/Directors | James Fisher | x | | |
| Officers/Directors | Jane E. Healy | x | | |
| Officers/Directors | Janice Jacobs | x | | |
| Officers/Directors | Jay Fennel | x | | |
| Officers/Directors | Jeff Dorsey | x | | |
| Officers/Directors | Jeff Kapugi | x | | |
| Officers/Directors | JEFFREY CHANDLER | x | | |
| Officers/Directors | Jeffrey S. Berg | x | | |
| Officers/Directors | Jeffrey S. Levine | x | | |
| Officers/Directors | Jennifer DeKarz | x | | |
| Officers/Directors | Jerome P. Martin | x | | |
| Officers/Directors | Jerry L. Kersting | x | | |
| Officers/Directors | John E. Washington, IV | x | | |
| Officers/Directors | John | x | | |
| Officers/Directors | John F. | x | | |
| Officers/Directors | John F. | x | | |
| Officers/Directors | John Manzi | x | | |
| Directors | John P. Trainor | x | | |
| Officers/Directors | John R. Hendricks | x | | |
| Officers/Directors | John S. Moczulski | x | | |
| Officers/Directors | John S. Zaletskus | x | | |
| Officers/Directors | John P. | x | | |
| Officers/Directors | Joseph A. Young | x | | |
| Debtors | Judith Berman | x | | |
| Officers/Directors | Judy Juds | x | | |
| Officers/Directors | Juliana Jaoudi | x | | |
| Officers/Directors | Julie D. Anderson | x | | |
| Officers/Directors | Julie K. Xanders | x | | |
| Officers/Directors | Julie Rey | x | | |
| Officers/Directors | Kambiz Izadpaneh | x | | |
| Officers/Directors | Karen E. Fox | x | | |
| Officers/Directors | Karen W. Goller | x | | |
| Officers/Directors | Kathy K. Thomson | x | | |
| Officers/Directors | Kathy F. Beman | x | | |
| Officers/Directors | Kevin C. Boyd | x | | |
| Officers/Directors | Kevin J. Connor | x | | |
| Officers/Directors | Kim & Mary LaFrance | x | | |
| Officers/Directors | Kim Johnson | x | | |
| Officers/Directors | Larry Deka | x | | |
| Directors | Laura L. Tarvainish | x | | |
| Officers/Directors | Laurence J. Sotsky | x | | |
| Officers/Directors | Lee Abrams | x | | |
| Officers/Directors | Lee Jones | x | | |
| Officers/Directors | Linda Hastings | x | | |
| Officers/Directors | Linda Schaible | x | | |
| Officers/Directors | Lou Tazioli | x | | |
| Officers/Directors | Lynne K. Segal | x | | |
| Debtors Officers/Directors | Lynne Adams | x | | |
| Debtors Officers/Directors | Marc Miller | x | | |
| Officers/Directors | Marc Chase | x | | |
| Debtors Officers/Directors | Marc Shapiro | x | | |
| Officers/Directors | Mary Wake | x | | |
| Officers/Directors | Maureen C. Foux | x | | |
| Officers/Directors | Michael Asher | x | | |
| Officers/Directors | Michael E. Weiner | x | | |
| Officers/Directors | Michael Garigan | x | | |
| Officers/Directors | Michael Gart | x | | |
| Officers/Directors | Mike O'Connor | x | | |
| Officers/Directors | Myrna Ramirez | x | | |
| Officers/Directors | Nancy A. Meyer | x | | |
| Officers/Directors | Naomi B. Sachs | x | | |
| Officers/Directors | Owen Youngman | x | | |
| Debtors Officers/Directors | Pamela S. Pearson | x | | |
| Officers/Directors | Patricia A. Kolb | x | | |
| Debtors Officers/Directors | Patricia M. Carroll | x | | |
| Debtors Officers/Directors | Patrick M. Shanahan | x | | |
| Debtors Officers/Directors | Patrick Scott McKibben | x | | |
| Officers/Directors | Paul Cazeaux | x | | |
| Officers/Directors | Paul Minnick | x | | |
| Officers/Directors | Peter D. Price | x | | |
| Officers/Directors | Peter Liessman | x | | |
| Officers/Directors | Phillip Michaels | x | | |
| Officers/Directors | Randy Michaels | x | | |

| Category | PBL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Officers/Directors | Ray Daley | x | | |
| Officers/Directors | Raymond J. Schenbak | x | | |
| Officers/Directors | Rick Cantor | | x | |
| | Richard D. Moicharty | x | | |
| | Richard E. Inouye | x | | |
| Officers/Directors | Richard J. Graziano | x | | |
| | Richard S. Feeney | x | | |
| | Rado W. Moran | x | | |
| | Rob Y. Patton | x | | |
| | Robert Christie | x | | |
| Officers/Directors | Robert Dole | x | | |
| | Robert E. Bettack | x | | |
| Officers/Directors | Robert Hamilton | x | | |
| Debtors Officers/Directors | Robert R. Rounce | x | | |
| Officers/Directors | S. Ramsey | x | | |
| | Barrett | x | | |
| Debtors | | x | | |
| Officers/Directors | L. Mauley | x | | |
| Officers/Directors | A. Bane | x | | |
| | R R GOODAN | x | | |
| Officers/Directors | | x | | |
| Officers/Directors | s Newton | x | | |
| Officers/Directors | s anton | x | | |
| | assel Gilbert | x | | |
| Officers/Directors | Sam DeFrosola | x | | |
| Officers/Directors | samuel Zell | x | | |
| Officers | G. Pompe | x | | |
| | an | x | | |
| | Sean D. Compton | x | | |
| | aaron A. Silverman | x | | |
| Officers/Directors | M. Sheehan | x | | |
| Officers/Directors | Mary Ross | x | | |
| Officers/Directors | | x | | |
| | Stephen G. Sexil | x | | |
| | Stephen M. Budnias | x | | |
| Officers | Steve Bentz | x | | |
| Debtors Officers/Directors | Steve Charlier | x | | |
| | Steve Farbert | x | | |
| | Steve Gable | x | | |
| | Steve Tippie | x | | |
| Debtors Officers/Directors | Susan M | x | | |
| | Theodore | x | | |
| Debtors Officers/Directors | Thomas E. Langmeyer | x | | |
| Officers/Directors | Thomas F. Brown | x | | |
| | Thomas G. Caputo | x | | |
| | Thomas J. Avsicnik | x | | |
| Officers/Directors | Thomas J. Finke | x | | |
| Debtors Officers/Directors | Tim Dukes | x | | |
| | Timothy F. Windsor | x | | |
| Debtors Officers/Directors | Timothy Franklin | x | | |
| | Timothy J. Thomas | x | | |
| Debtors Officers/Directors | Timothy Koller | x | | |
| Officers/Directors | Timothy R. Kennedy | x | | |
| | Timothy Ryan | x | | |
| | Tom Davidson | x | | |
| | Tom Nork | x | | |
| | Tony Hunter | x | | |
| | Travis B. Fuller | x | | |
| Officers | Vince Gianniri | x | | |
| Officers/Directors | Vincent Casanova | x | | |
| Officers/Directors | Walter Mahoney | x | | |
| Officers/Directors | William A. Osborn | x | | |
| Officers/Directors | William C. O'Donovan | x | | |
| Officers/Directors | William C. Pate | x | | |
| Officers/Directors | William C. Trimarco | x | | |
| | WILLIAM STINEHART, JR. | x | | |
| Major Shareholder | Tribune Employee Stock Ownership Plan | x | | |
| All Substantial Unsecured Bondholder or Lender | 1798 Relative Value Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | 40|86 Advisors Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | ABN AMRO Holding NV | x | | |
| All Substantial Unsecured Bondholder or Lender | ABP Investments US Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Aegon USA Investment Management | | | x |
| All Substantial Unsecured Bondholder or Lender | Airlie Opportunity Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Aladdin Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Alcentra Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Allstate Investment Management Company | x | | |
| All Substantial Unsecured Bondholder or Lender | Amida Capital Management II, LLC | | x | x |
| All Substantial Unsecured Bondholder or Lender | Aurelius Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue CDP Global Opportunities Fund, L P | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue International Master, LP (Master) | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Avenue Investments, LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue Special Situations Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Avenue Special Situations Fund IV, LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Babson Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Banc Investment Group LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Bank of America N.A. | | x | x |
| All Substantial Unsecured Bondholder or Lender | Barclays Bank plc | | x | x |
| All Substantial Unsecured Bondholder or Lender | Basso Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Blackstone Debt Advisors LP | x | | |
| All Substantial Unsecured Bondholder or Lender | BLT 39 LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Blue Mountain Capital Management LLC | | x | x |
| All Substantial Unsecured Bondholder or Lender | Blue Shield of California | | x | |
| All Substantial Unsecured Bondholder or Lender | Briscoe Capital Management | x | | |
| All Substantial Unsecured Bondholder or Lender | Canaras Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Canyon Capital Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Capitalsource Finance LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Carlyle Investment Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Carval Investors LLC | | | x |
| All Substantial Unsecured Bondholder or Lender | Centerbridge Credit Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Centerbridge Partners, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | CFIP Master Fund, Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Chimney Rock Value Fund, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | Churchill Pacific Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Citicorp North America Inc. | | | x |
| All Substantial Unsecured Bondholder or Lender | Citigroup Financial Products Inc. | | | x |
| All Substantial Unsecured Bondholder or Lender | Claren Road Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Columbus Nova Credit Investments Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Contrarian Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | CVI GVF (Lux) Master S.a.r.l. | x | | |
| All Substantial Unsecured Bondholder or Lender | Cypresstree Investment Management Co Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Davidson Kempner Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | DC Funding Partners LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Deerfield Capital Management LLC | | x | x |
| All Substantial Unsecured Bondholder or Lender | Delaware Management Business Trust | | x | x |
| All Substantial Unsecured Bondholder or Lender | DiMaio Ahmad Capital LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Dry Brook Credit Opportunities Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Duquesne Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Eaton Vance Mgmt | | x | x |
| All Substantial Unsecured Bondholder or Lender | EBF & Associates LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Elliott Management Corporation | x | | |
| All Substantial Unsecured Bondholder or Lender | Epic Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Feingold OKeeffe Capital LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Fidelity Investment/Fidelity Mutual Fund Comp | | x | x |
| All Substantial Unsecured Bondholder or Lender | Fidelity Investments | | x | x |
| All Substantial Unsecured Bondholder or Lender | FIG LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Firstlight Financial Corp. | | x | |
| All Substantial Unsecured Bondholder or Lender | Four Corners Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Advisers Inc. | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Franklin Floating Rate Daily Access Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Floating Rate Master Series | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Strategic Income Fund (Canada) | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Strategic Series Franklin Strategic Income Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Templeton Inv Mgmt Ltd | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Total Return Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Frankling Templeton Series II Funds | x | | |
| All Substantial Unsecured Bondholder or Lender | Fraser Sullivan Investment Management LLC | | x | x |
| All Substantial Unsecured Bondholder or Lender | Frnkling Templeton Variable Insurance Products Trust | x | | |
| All Substantial Unsecured Bondholder or Lender | FT Opportunistic Distressed Funds Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | GM Pension Plan | x | | |
| All Substantial Unsecured Bondholder or Lender | GN3 SIP Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree 2004 Trust | x | | |
| All Substantial Unsecured Bondholder or Lender | Goldentree Asset Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Credit Opportunities Financing I, Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Credit Opportunities Second Financing, Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Leverage Loan Master Fund, Ltd | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree MultiStrategy Financing, Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | Goldman Sachs Asset Management LP | | x | x |
| All Substantial Unsecured Bondholder or Lender | Goldman Sachs Group Inc. | | x | x |
| All Substantial Unsecured Bondholder or Lender | Goldman Sachs Loan Partners | | x | x |
| All Substantial Unsecured Bondholder or Lender | Greywolf Capital Management LP | | x | x |
| All Substantial Unsecured Bondholder or Lender | Greywolf Capital Overseas Master Fund | x | | |
| All Substantial Unsecured Bondholder or Lender | Greywolf Capital Partners II LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Greywolf CLO I Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Gruss Asset Management Limited Partnership | x | | |
| All Substantial Unsecured Bondholder or Lender | GSO Capital Partners LP | | x | x |
| All Substantial Unsecured Bondholder or Lender | Gulf Stream Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster CLO 10 B V | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster CLO 7 BV | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster CLO 9 B V | x | | |
| All Substantial Unsecured Bondholder or Lender | Harbourmaster Pro Rata CLO 2 B V | x | | |
| All Substantial Unsecured Bondholder or Lender | Harch Capital Management | | x | x |
| All Substantial Unsecured Bondholder or Lender | Highland Capital Management LP | | x | |
| All Substantial Unsecured Bondholder or Lender | Hillmark Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | IKB Capital Corporation | x | | |
| All Substantial Unsecured Bondholder or Lender | ING Investment Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Invesco Inst NA Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | JD Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | John Hancock A/C 62 JH High Yield Fund (99140) | x | | |
| All Substantial Unsecured Bondholder or Lender | John Hancock Financial Services Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Kingsland Capital Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | KKR Financial Corporation | | x | |
| All Substantial Unsecured Bondholder or Lender | Latigo Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Levine Leichtman Capital Partners Inc. | | | x |
| All Substantial Unsecured Bondholder or Lender | Littlejohn & Company | | | x |
| All Substantial Unsecured Bondholder or Lender | LMA SPC for and on behalf of MAP84 Segregated Portfolio | x | | |
| All Substantial Unsecured Bondholder or Lender | Loews Corporation | | x | x |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Loomis Sayles & Company LP | x | | |
| All Substantial Unsecured Bondholder or Lender | LP MAI, Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | Lufkin Advisors LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Luxor Capital group, LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Lyon Capital Management | x | | |
| All Substantial Unsecured Bondholder or Lender | McDonnell Investment Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Meritage Fund Limited | x | | |
| All Substantial Unsecured Bondholder or Lender | Merrill Lynch & Co. Inc. | | x | x |
| All Substantial Unsecured Bondholder or Lender | Metropolitan West Asset Management LLC | | x | x |
| All Substantial Unsecured Bondholder or Lender | MJX Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Mountain Capital Advisors | x | | |
| All Substantial Unsecured Bondholder or Lender | MSD Capital LP | | x | |
| All Substantial Unsecured Bondholder or Lender | National City Corporation | | x | x |
| All Substantial Unsecured Bondholder or Lender | Newstart Factors Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Normandy Hill Capital LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Oak Hill Advisors LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Oaktree Capital Management LP | | | x |
| All Substantial Unsecured Bondholder or Lender | Octagon Credit Investors LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Onex Credit Partners LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Oppenheimer Funds Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Orchid Investments, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Paloma Partners Management Co Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Pangaea Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Patriarch Partners LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Perry Corporation | x | | |
| All Substantial Unsecured Bondholder or Lender | Phoenix Investment Counsel | x | | |
| All Substantial Unsecured Bondholder or Lender | Pioneer Investment Management Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Plainfield Asset Management LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | PPM America Incorporated | | x | |
| All Substantial Unsecured Bondholder or Lender | Primus Asset Management Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Princeton Advisory Group Inc. | | x | x |
| All Substantial Unsecured Bondholder or Lender | Prudential Investment Management Inc | | x | x |
| All Substantial Unsecured Bondholder or Lender | Putnam Advisory Co LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Putnam Investment Management LLC | | | x |
| All Substantial Unsecured Bondholder or Lender | Quadrangle Group LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | R3 Capital Management LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Raven Asset Management LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Sandell Asset Management Corporation | | x | |
| All Substantial Unsecured Bondholder or Lender | Sankaty Advisors Bain Capital | | | x |
| All Substantial Unsecured Bondholder or Lender | Satellite Asset Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Scoggin Capital management LP II | x | | |
| All Substantial Unsecured Bondholder or Lender | Scoggin International Fund LTD | x | | |
| All Substantial Unsecured Bondholder or Lender | Scoggin Worldwide Distressed Fund, LTD | x | | |
| All Substantial Unsecured Bondholder or Lender | Scotia Capital Inc. | | | x |
| All Substantial Unsecured Bondholder or Lender | SEG Latigo Master Fund Ltd. | x | | |
| All Substantial Unsecured Bondholder or Lender | SEG LP MA2, L.P. | x | | |
| All Substantial Unsecured Bondholder or Lender | SEIX Investment Advisors Incorporation | | x | |
| All Substantial Unsecured Bondholder or Lender | Seneca Capital Management | x | | |

| Category | PHL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | The Cracchiolo Group, L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | The J. David Gladstone Institutes | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | The Rohler Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tribune Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tribune Sports Network Holdings, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Trio Associates | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Viola Industries | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Vornado 330 West 34th Street LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wells Fargo Bank, N.A. | | | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Woodres Holding, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wrigley Field Premium Ticket Services, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Zeltwin Farms Company | x | | |
| Other Significant Parties-in-Interest | Aaron Wider | x | | |
| Other Significant Parties-in-Interest | Abner Boy Shepard Holy Ghost | x | | |
| Other Significant Parties-in-Interest | Albert E. Brooke | x | | |
| Other Significant Parties-in-Interest | Allan Francisco | x | | |
| Other Significant Parties-in-Interest | Andrea Dworkin | x | | |
| Other Significant Parties-in-Interest | Andrew Faggio | x | | |
| Other Significant Parties-in-Interest | Andy Martin | x | | |
| Other Significant Parties-in-Interest | Angell T. Haldeman | x | | |
| Other Significant Parties-in-Interest | Anthony Conte | x | | |
| Other Significant Parties-in-Interest | Bandin Inc | x | | |
| Other Significant Parties-in-Interest | Ges Stason | x | | |
| Other Significant Parties-in-Interest | In Zai Corporation, Inc. | x | | |
| Other Significant Parties-in-Interest | Of America Securities Llc | | x | x |
| Other Significant Parties-in-Interest | Bank Of America, N.A. | | x | x |
| Other Significant Parties-in-Interest | Roessler | x | | |
| Other Significant Parties-in-Interest | Barclays Bank Plc | | x | x |
| Other Significant Parties-in-Interest | | | x | x |
| Other Significant Parties-in-Interest | Beneficial Innovations, Inc. | x | | |
| Significant Parties-in-Interest | Kohanzad | x | | |
| Significant Parties-in-Interest | | x | | |
| Other Significant Parties-in-Interest | Solutions of Manhattan | x | | |
| Significant Parties-in-Interest | rve Cronin | x | | |
| Significant Parties-in-Interest | Bruce Mickelson | x | | |
| Significant Parties-in-Interest | California Independent Postal Systems | x | | |
| Parties-in-Interest | Charlemagne Louis Charles | x | | |
| Parties-in-Interest | Charles Evans | x | | |
| Parties-in-Interest | nment LLC | | | x |
| Parties-in-Interest | Inc | | | x |
| Parties-in-Interest | Global Markets, Inc | | | x |
| Parties-in-Interest | Illivan | x | | |
| Parties-in-Interest | Ventures, Llc | x | | |
| Parties-in-Interest | College Point Restaurant, Corp | x | | |
| Parties-in-Interest | Sportsnet Chicago | x | | |
| Parties-in-Interest | Networks | x | | |
| Parties-in-Interest | Brown | x | | |
| Parties-in-Interest | of Douglaston, Inc. | x | | |
| Parties-in-Interest | Neil | x | | |
| Parties-in-Interest | Daniel Mazurkiewicz | x | | |
| Parties-in-Interest | Derrel Kohanof | x | | |
| Parties-in-Interest | David Kies | x | | |
| Parties-in-Interest | Bell | x | | |
| Parties-in-Interest | Schreiter | x | | |
| Parties-in-Interest | | x | | |
| Parties-in-Interest | Frederick Balboni Glorioso | x | | |
| Parties-in-Interest | East Coast Preferred Properties, Inc | x | | |
| Parties-in-Interest | East Coast Realtors, Inc. | x | | |
| Parties-in-Interest | Financial Florida Credit Union | | x | |
| Parties-in-Interest | rnest | x | | |
| Significant Parties-in-Interest | Wilburn Jr | x | | |
| Significant Parties-in-Interest | Arnett Johnson | x | | |
| Significant Parties-in-Interest | Roeder | x | | |
| Significant Parties-in-Interest | Eg-Trb, L.L.C. | x | | |
| Other Significant Parties-in-Interest | Electronic Imaging Systems of America, Inc | x | | |
| Other Significant Parties-in-Interest | Elite Staffing Inc | x | | |
| Other Significant Parties-in-Interest | ET Week Publication, Inc | x | | |
| Other Significant Parties-in-Interest | Felicidad Balbon | x | | |
| Other Significant Parties-in-Interest | First United Bank, Illinois Banking Corporate | | x | |
| Other Significant Parties-in-Interest | Freedom Communications, Inc. | | x | |
| Other Significant Parties-in-Interest | FTI Consulting | | x | |
| Other Significant Parties-in-Interest | Gallagher's II | x | | |
| Other Significant Parties-in-Interest | Gannett Co., Inc. | | x | |
| Other Significant Parties-in-Interest | Gary Grant | x | | |
| Other Significant Parties-in-Interest | Gary Libow | x | | |
| Other Significant Parties-in-Interest | Gary W. Garcia | x | | |
| Other Significant Parties-in-Interest | George Liberman Enterprises, Inc | x | | |
| Other Significant Parties-in-Interest | George Spanos | x | | |
| Other Significant Parties-in-Interest | Gerald Bremen | x | | |
| Other Significant Parties-in-Interest | Gerald Posner | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest | Geraldine A. Feichtel | x | | |
| Other Significant Parties-in-Interest | Gerard E. Schultz | x | | |
| Other Significant Parties-in-Interest | Goldman Sachs & Co | | x | x |
| Other Significant Parties-in-Interest | Grace M. Moreo | x | | |
| Other Significant Parties-in-Interest | _____ Trust Company | x | | |
| Other Significant Parties-in-Interest | _____ & Stein LLP | x | | |
| Other Significant Parties-in-Interest | _____ Center Inc | x | | |
| Other Significant Parties-in-Interest | _____ Corporation | | x | x |
| Other Significant Parties-in-Interest | _____ | x | | |
| Other Significant Parties-in-Interest | _____ Collins | x | | |
| Other Significant Parties-in-Interest | _____ J. Giunt | x | | |
| Other Significant Parties-in-Interest | HTFC Corporation | x | | |
| Other Significant Parties-in-Interest | Husted Chevrolet, Inc. | x | | |
| Other Significant Parties-in-Interest | Hy-Ko Products Company | x | | |
| Other Significant Parties-in-Interest | Isaiah Shannon | x | | |
| Other Significant Parties-in-Interest | Jack Nelson | x | | |
| Other Significant Parties-in-Interest | Jacqueline Espinal | x | | |
| Other Significant Parties-in-Interest | James Allen | x | | |
| Other Significant Parties-in-Interest | James Gleick | x | | |
| Other Significant Parties-in-Interest | Jay Feldman | x | | |
| Other Significant Parties-in-Interest | Jay R. Serkin | x | | |
| Other Significant Parties-in-Interest | Jayne Clement | x | | |
| Other Significant Parties-in-Interest | Jennifer Fagge | x | | |
| Other Significant Parties-in-Interest | Jesse Jackson | x | | |
| Other Significant Parties-in-Interest | Jessy Thomas | x | | |
| Other Significant Parties-in-Interest | Jill Huscikel | x | | |
| Other Significant Parties-in-Interest | Jo Anne Lawson | x | | |
| Other Significant Parties-in-Interest | John Gallant | x | | |
| Other Significant Parties-in-Interest | John William Smithers, Sr. | x | | |
| Other Significant Parties-in-Interest | Jon Robert Van Sensus | x | | |
| Other Significant Parties-in-Interest | Joseph DeSoia | x | | |
| Other Significant Parties-in-Interest | Joseph Mauro | x | | |
| Other Significant Parties-in-Interest | Joyce Johnson | x | | |
| Other Significant Parties-in-Interest | Julie Ficht | x | | |
| Other Significant Parties-in-Interest | Keiffer J. Mitchell, Sr | x | | |
| Other Significant Parties-in-Interest | Kevin Ealy | x | | |
| Other Significant Parties-in-Interest | Legacy Com | | x | |
| Other Significant Parties-in-Interest | Letty Cottin Pogrebin | x | | |
| Other Significant Parties-in-Interest | Lisa M. Leger | x | | |
| Other Significant Parties-in-Interest | Loretta Grant | x | | |
| Other Significant Parties-in-Interest | Louis Muscari | x | | |
| Other Significant Parties-in-Interest | Lugman H Mohammed | x | | |
| Other Significant Parties-in-Interest | Lynn Brenner | x | | |
| Other Significant Parties-in-Interest | Mamie Hector | x | | |
| Other Significant Parties-in-Interest | Marie Winn | x | | |
| Other Significant Parties-in-Interest | Marion Mifton | x | | |
| Other Significant Parties-in-Interest | Mary Ann Sherman | x | | |
| Other Significant Parties-in-Interest | Medically Speaking LLC | x | | |
| Other Significant Parties-in-Interest | Merril Lynch Capital Corporation | | x | x |
| Other Significant Parties-in-Interest | Merrill Lynch, Pierce, Fenner & Smith Inc. | | x | x |
| Other Significant Parties-in-Interest | Metromix, LLC | x | | |
| Other Significant Parties-in-Interest | Michael Castleman, Inc. | x | | |
| Other Significant Parties-in-Interest | Michael Cortis | x | | |
| Other Significant Parties-in-Interest | Michael E. Gutman | x | | |
| Other Significant Parties-in-Interest | Michael W. Owens | x | | |
| Other Significant Parties-in-Interest | Microsoft Corporation | | x | x |
| Other Significant Parties-in-Interest | Mort Golman MD | x | | |
| Other Significant Parties-in-Interest | Myron Levin | x | | |
| Other Significant Parties-in-Interest | Nina Olson | x | | |
| Other Significant Parties-in-Interest | Norm Cella | x | | |
| Other Significant Parties-in-Interest | P/K Associates, Inc | x | | |
| Other Significant Parties-in-Interest | Pamela Peyck | x | | |
| Other Significant Parties-in-Interest | Parallel Productions, Inc. | x | | |
| Other Significant Parties-in-Interest | Park Avenue Aesthetic Surgery, PC | x | | |
| Other Significant Parties-in-Interest | Patricia J. Mitchell | x | | |
| Other Significant Parties-in-Interest | Paul Newer | x | | |
| Other Significant Parties-in-Interest | Paula McDonald | x | | |
| Other Significant Parties-in-Interest | Pearl Evans | x | | |
| Other Significant Parties-in-Interest | Priscilla Henderson | x | | |
| Other Significant Parties-in-Interest | R. L. Kise | x | | |
| Other Significant Parties-in-Interest | Rachel De Maso | x | | |
| Other Significant Parties-in-Interest | Realty Executives | x | | |
| Other Significant Parties-in-Interest | Reed Simpson | x | | |
| Other Significant Parties-in-Interest | Richard Shannon | x | | |
| Other Significant Parties-in-Interest | _____ Treuhaft and Jessica L. Treuhaft Trust | x | | |
| Other Significant Parties-in-Interest | Robert Lacey | x | | |
| Other Significant Parties-in-Interest | Robin Vaughan | x | | |
| Other Significant Parties-in-Interest | Ron Bon Pub, Inc. | x | | |
| Other Significant Parties-in-Interest | Ronald Hayman | x | | |
| Other Significant Parties-in-Interest | Sam Investment Trust | x | | |
| Other Significant Parties-in-Interest | Sandelman | | | x |
| Other Significant Parties-in-Interest | Sandelman Partner LP | | | x |
| Other Significant Parties-in-Interest | Scott A. Russo | x | | |
| Other Significant Parties-in-Interest | Sean Serrao | x | | |
| Other Significant Parties-in-Interest | Shirley Ann Smithers | x | | |
| Other Significant Parties-in-Interest | Shoplocal, Llc | x | | |
| Other Significant Parties-in-Interest | Simone Ann Conigliaro | x | | |
| Other Significant Parties-in-Interest | Southern Connecticut Newspapers, Inc | x | | |
| Other Significant Parties-in-Interest | Spectron Site Group | x | | |
| Other Significant Parties-in-Interest | Summit Wireline Investors, LLC | x | | |
| Other Significant Parties-in-Interest | Sunbeam Television Corporation | x | | |
| Other Significant Parties-in-Interest | Suttonbrook | x | | |

| Category | PBL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest | SuttonBrook Capital Management LP | x | | |
| Other Significant Parties-in-Interest | Tac Catering, Inc | x | | |
| Other Significant Parties-in-Interest | Taki House, Inc. | x | | |
| Other Significant Parties-in-Interest | Target Media Partners | x | | |
| Other Significant Parties-in-Interest | Television Food Network, G P | x | | |
| Other Significant Parties-in-Interest | Tasop Corporation | x | | |
| Other Significant Parties-in-Interest | The Authors Guild, Inc. | x | | |
| Other Significant Parties-in-Interest | The Bikini Network com | x | | |
| Other Significant Parties-in-Interest | The Mcclatchy Co , Inc | x | | |
| Other Significant Parties-in-Interest | The National Writers Union | x | | |
| Other Significant Parties-in-Interest | Thomas L Knight | x | | |
| Other Significant Parties-in-Interest | Tom Dunkel | x | | |
| Other Significant Parties-in-Interest | Topix, Llc | x | | |
| Other Significant Parties-in-Interest | Tribune Employee Stock Ownership Plan | x | | |
| Other Significant Parties-in-Interest | TV Guide Online, LLC | x | | |
| Other Significant Parties-in-Interest | Tweeter Home Entertainment Group | x | | |
| Other Significant Parties-in-Interest | TWTR, Inc | x | | |
| Other Significant Parties-in-Interest | Victor Cruz | x | | |
| Other Significant Parties-in-Interest | Victoria | x | | |
| Other Significant Parties-in-Interest | VW Banking Corporation | x | | |
| Other Significant Parties-in-Interest | Walter Roche Jr | x | | |
| Other Significant Parties-in-Interest | Warren Beatty | x | | |
| Thirty Largest Unsecured Creditors | Abdib Consolidated | | | x |
| Thirty Largest Unsecured Creditors | Barclays Capital | | x | x |
| Thirty Largest Unsecured Creditors | BELA | x | | |
| Thirty Largest Unsecured Creditors | Chicago Hawks Baseball Club LLC | | | x |
| Thirty Largest Unsecured Creditors | Clear Vista Entertainment Inc | x | | |
| Thirty Largest Unsecured Creditors | Comcast | | x | |
| Thirty Largest Unsecured Creditors | Chicago Cubs Charities | x | | |
| Thirty Largest Unsecured Creditors | Chicago Transit Authority | x | | |
| Thirty Largest Unsecured Creditors | Confederacion Latinoamericana Baseball | x | | |
| Thirty Largest Unsecured Creditors | Cubs Care | x | | |
| Thirty Largest Unsecured Creditors | Daytona Cubs | x | | |
| Thirty Largest Unsecured Creditors | Elme Banks International Inc | x | | |
| Thirty Largest Unsecured Creditors | Hampton Inn and Suites | x | | |
| Thirty Largest Unsecured Creditors | Horst Bergman | x | | |
| Thirty Largest Unsecured Creditors | Jose Serta | x | | |
| Thirty Largest Unsecured Creditors | JP Morgan Chase Bank | x | | |
| Thirty Largest Unsecured Creditors | Luis Vizcaino | x | | |
| Thirty Largest Unsecured Creditors | Major League Baseball | | | x |
| Thirty Largest Unsecured Creditors | Mark Willes | x | | |
| Thirty Largest Unsecured Creditors | Merrill Lynch Capital Corporation | | x | x |
| Thirty Largest Unsecured Creditors | NBC Universal Domestic Television | x | | |
| Thirty Largest Unsecured Creditors | Profinancial Services Inc | x | | |
| Thirty Largest Unsecured Creditors | Raymond Jansen Jr | x | | |
| Thirty Largest Unsecured Creditors | Robert Erburu | x | | |
| Thirty Largest Unsecured Creditors | SP Newsprint Company | | x | |
| Thirty Largest Unsecured Creditors | Structural Shop Ltd | x | | |
| Thirty Largest Unsecured Creditors | The Langham Huntington Pasadena | x | | |
| Thirty Largest Unsecured Creditors | Tower DC, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower EH, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower JK, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower MS, LLC | x | | |
| Thirty Largest Unsecured Creditors | Tower PT, LLC | x | | |
| Thirty Largest Unsecured Creditors | Twentieth Television | x | | |
| Thirty Largest Unsecured Creditors | Westin Diplomat Resort & Spa | x | | |

**EXHIBIT B**

**EXHIBIT B—**
**Litigation Matters Involving Supplemental Parties-in-Interest and E&Y LLP**

1.      ABN AMRO Holding NV is a co-defendant with, among others, E&Y LLP in litigation matters pending in the State of New Mexico County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895) and in the United States District Court Southern District of New York (Case No. 09-2363).

2.      Banc of America, NA and Banc of America Securities are co-defendants with, among others, E&Y LLP in litigation matters pending in the United States District Court Southern District of New York (Case Nos. 09-2363, 09-6041, 09-3478, and 08-5523) and in the United States District Court Northern District of Georgia (Case No. 09-01185).

3.      Bear, Stearns and Co. is a co-defendant with, among others, E&Y LLP in a litigation matter pending in the State of New Mexico County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895).

4.      Citigroup Global Markets, Inc and Citigroup Inc. are co-defendants with, among others, E&Y LLP in litigation matters pending (a) in the State of New Mexico County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895); (b) in the United States District Court Northern District of Georgia (Case No. 09-01185); and (c) in the United States District Court Southern District of New York (Case Nos. 09-3161, 09-2363, 09-6041, 09- 3478), 09-1946, 08-5523, and 09-7878).

5.      Credit Suisse Syndicated Loan Fund and Credit Suisse High Yield Fund are plaintiff against E&Y LLP in litigation matters pending in the United States District Court for the Western District of Pennsylvania (Case No. 08-1414), and Credit Suisse Securities (USA) LLC is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the District of Massachusetts (Case No. 10-10064).

6.      Deloitte Touche USA LLP is a co-defendant with, among others, E&Y LLP in a litigation matter pending in the United States District Court for the United States Virgin Islands (Case No. 1:08-cv-00107-RLF-GWC).

7.      Deutsche Bank AG and Deutsche Bank Securities, d/b/a Deutsche Bank Alex Brown are co-defendants with, among others, E&Y LLP in a litigation matter pending in the District Court of Harris County, Texas 113th Judicial District (Case No. 2004-14400).

8.      Fidelity Capital Markets Services is a co-defendant with, among others, E&Y LLP in a litigation matter pending in the United States District Court Southern District of New York (Case No. 08-5523).

9.      Goldman, Sachs & Co. is a co-defendant with, among others, E&Y LLP in an action pending in the United States District Court for the District of Massachusetts (Master File No. 1:10-cv-10064).

10.    JPMorgan Securities Inc; JP Morgan Chase and Co; J.P. Morgan Chase Bank, N.A; and JP Morgan Chase & Company f/k/a Chase Manhattan Bank & Trust Company; are co-defendants with, among others, E&Y LLP in litigation matters pending in (a) the Supreme Court of the State of New York, County of New York (Index No. 04114728); (b) the 24th Judicial District Court Parish of Jefferson, State of Louisiana (Case No. 654-939); (c) the State of New Mexico, County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895); and (d) the United States District Court Southern District of New York (Case No. 09-2363).

11.    Ernst & Young LLP is a defendant in certain litigation matters arising out of the collapse of Lehman Brothers Holdings Inc. pending in the United States District Court for the Southern District of New York (Civ. Nos. 08-5523, 09-1238, 09-1239, 09-1944, 09-1946, 09-2363, 09-3467, 09-3468, 09-3474, 09-3475, 09-3476, 09-3478, 10-5201, 09-6040, 09-6041, 09-6652, 09-07878, 09-07877, 10-2926, 10-5617, 10-6185, 10-8631, 10-6077, 10-6185, and 11-384).

12.    Lehman Brothers First Trust Income Opportunity Fund Inc.; Lehman Brothers Alpha Funds PLC for Lehman Brothers U.S. High Yield Fund; Lehman Brothers High Yield Bond Fund LLC; Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund; Lehman Brothers Income Funds for Lehman Brothers High Income Bond Fund; and Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund are plaintiffs against E&Y LLP in a litigation pending in the Superior Court of California, Los Angeles County as docket number 08-03491 (Case No. BC389785).

13.    Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch, Pierce, Fenner & Smith Incorporated are co-defendants with, among others, E&Y LLP in litigation matters pending in (a) the United States District Court Northern District of Georgia (Case No. 09-01185), (b) the United States District Court Southern District of New York (Case Nos. 09-3161, 09-2363, and 08-5523), and (c) the State of New Mexico County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895).

14.    Morgan Stanley & Co. and Morgan Stanley Dean Witter and Company are co-defendants with, among others, E&Y LLP in litigation matters pending in (a) an appeal from the Circuit Court of Cook County (Case No. 02CH 16854), (b) the United States District Court Northern District of Georgia (Case No. 09-01185), (c) the United States District Court Southern District of New York (Case Nos: 09-3161, 09-2363, and 08- 5523), and (d) the United States District Court for the District of Massachusetts (Master File No. 1:10-cv-10064).

15.    Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund; Lehman Brothers Income Funds for Lehman Brothers High Income Bond Fund; Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund; and Neuberger Berman Income Opportunity Fund Inc., are plaintiffs against E&Y LLP in a litigation matter pending in the United States District Court for the Western District of Pennsylvania (Case No. 2:08cv1414).

16.    New York Life Insurance and Annuity Corporation; New York Life Insurance Company; and New York Life Insurance Company High Yield Separate Account are plaintiffs

against E&Y LLP in a litigation matter pending in the United States District Court for the Western District of Pennsylvania (Case No. 2:08cv1414).

17.     Oppenheimer; Oppenheimer Absolute Return Fund; Oppenheimer Funds Tremont Core Strategies Hedge Fund; Oppenheimer Funds Tremont Market Neutral Hedge Fund; Oppenheimer Tremont Market Neutral Fund, LLC; Oppenheimer Tremont Opportunity Fund, LLC; Tremont Market Neutral Fund; Oppenheimer Acquisition Corporation; and Oppenheimer & Co. Inc. are co-defendants with, among others, E&Y LLP in a litigation matter pending in the United States District Court Southern District of New York (Case No. 08-11117).

18.     PricewaterhouseCoopers LLP is a co-defendant with, among others, E&Y LLP in a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895).

19.     Richards, Layton and Finger, PA is a co-defendant with, among others, E&Y LLP in a litigation matter pending in the State of New Mexico County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895).

20.     Scotia Capital (USA) Inc. is a co-defendant with, among others, E&Y LLP in a litigation matter pending in the United States District Court Southern District of New York (Case No. 08-5523).

21.     Sidley Austin Brown & Wood, LLP is a co-defendant with, among others, E&Y LLP in a litigation matter pending in the District Court of Harris County, Texas 113th Judicial District (Case No. 2004-14400).

22.     Societe Generale Corporate and Investment Banking is a co-defendant with, among others, E&Y LLP in a litigation matter pending in the United States District Court Southern District of New York (Case No. 08-5523).

23.     Stichting Pensionenfonds Metaal en Techniek is a plaintiff against E&Y LLP in a litigation matter pending in the United States District Court for the Western District of Pennsylvania (Case No. 2:08cv1414).

24.     UBS Investment Bank and UBS Securities LLC are co-defendants with, among others, E&Y LLP in litigation matters pending in (a) the United States District Court Northern District of Georgia (Case No. 09-01185), (b) the United States District Court Southern District of New York (Case Nos. 09-3161, 09-2363, and 08-5523), (c) the State of New Mexico County of Santa Fe First Judicial District Court (Case No. D-101-CV-2008-01895), and (d) the United States District Court for the District of Massachusetts (Master File No. 1:10-cv-10064).

25.     Wachovia Capital Markets, LLC and Wachovia Securities are co-defendants with, among others, E&Y LLP in litigation matters pending in the United States District Court Southern District of New York (Case Nos. 09-3161, 09-2363, and 08-5523) and in the United States District Court for the Western District of Pennsylvania (Pittsburgh) (Case No. 2:08cv1414).

26.    Wells Fargo Securities LLC is a co-defendant with, among others, E&Y LLP in litigation matters pending in the United States District Court Southern District of New York (Case Nos. 09-2363, 09-1946. 09-6041, 08-5523, and 09-07878).

## EXHIBIT B

**Engagement Letters**



**Ernst & Young LLP**
155 North Wacker Drive
Chicago, IL 60606-1787

Tel: +1 312 879 2000
Fax: +1 312 879 4000
www.ey.com

February 1, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
Attn: Mr. Patrick Shanahan
        Vice President, Tax

Dear Patrick:

Thank you for choosing Ernst & Young LLP ("we" or "EY") to perform professional services (the "Services") for Tribune Company ("you" or "Client") subsequent to Client filing a petition under Chapter 11 ("Chapter 11") of the United States Bankruptcy Code ("Bankruptcy Code") on or about December 8, 2008 with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). Our performance of Services is contingent upon the Bankruptcy Court's approval of our retention in accordance with the terms and conditions that are set forth in this Agreement. We appreciate the opportunity to assist you and look forward to working with you.

For each project that we agree to undertake for you, we will prepare a Statement of Work describing the particular Services, as well as any advice, presentations, or filings to be made, our fees therefore, and any other project-specific arrangements, and such Statements of Work shall be subject to approval of the Bankruptcy Court. All of the Services will be subject to the terms and conditions of this letter, its attachments, including the General Terms and Conditions, and the applicable Statement of Work (together, this "Agreement").

We may enter into Statements of Work with you for a period of five years following the date of this letter, although we may agree with you to extend that period, including by executing additional Statements of Work referencing this Agreement. This Agreement shall be effective as of February 1, 2011.

Please sign this letter in the space provided below to indicate your agreement with these arrangements and return it to Michael Licastro at your earliest convenience. If you have any questions about any of these materials, please do not hesitate to contact Mike so that we can address any issues you identify before we begin to provide any Services.

Very truly yours,

*Ernst & Young LLP*

Ernst & Young LLP


AGREED:

Tribune Company

By: _____
       Patrick Shanahan, Vice President, Tax

# GENERAL TERMS AND CONDITIONS

## Our Relationship with You

1.  We will perform the Services in accordance with applicable professional standards, including those established by the American Institute of Certified Public Accountants ("**AICPA**").

2.  We are a member of the global network of Ernst & Young firms ("**EY Firms**"), each of which is a separate legal entity.

3.  We will provide the Services to you as an independent contractor and not as your employee, agent, partner or joint venturor. Neither you nor we have any right, power or authority to bind the other.

4.  Subject to Bankruptcy Court approval, we may subcontract portions of the Services to other EY Firms, who may deal with you directly. Nevertheless, we alone will be responsible to you for the Reports (as defined in Section 11), the performance of the Services, and our other obligations under this Agreement. From time to time, non-CPA personnel may perform the Services.

5.  We will not assume any of your management responsibilities in connection with the Services. We will not be responsible for the use or implementation of the output of the Services, although we may otherwise provide advice and recommendations to assist you in your management functions and making decisions.

## Your Responsibilities

6.  You shall assign a qualified person to oversee the Services. You are responsible for all management decisions relating to the Services, the use or implementation of the output of the Services and for determining whether the Services are appropriate for your purposes.

7.  You shall provide (or cause others to provide) to us, promptly, the information, resources and assistance (including access to records, systems, premises and people) that we reasonably require to perform the Services.

8.  To the best of your knowledge, all information provided by you or on your behalf ("**Client Information**") will be accurate and complete in all material respects. The

provision of Client Information to us will not infringe any copyright or other third-party rights.

9.  We will rely on Client Information made available to us and, unless we expressly agree otherwise, will have no responsibility to evaluate or verify it.

10. You shall be responsible for your personnel's compliance with your obligations under this Agreement.

## Our Reports

11. Any information, advice, recommendations or other content of any reports, presentations or other communications we provide under this Agreement ("**Reports**"), other than Client Information, are for your internal use only (consistent with the purpose of the particular Services).

12. You may not disclose a Report (or any portion or summary of a Report), or refer to us or to any other EY Firm in connection with the Services, except:

    (a) to your lawyers (subject to these disclosure restrictions), who may use it only to give you advice relating to the Services,

    (b) to the extent, and for the purposes, required by subpoena or similar legal process (of which you will promptly notify us),

    (c) to other persons (including your affiliates) with our prior written consent, who have executed an access letter substantially in the form prescribed by the applicable Statement of Work and who may use it only as we have specified in our consent, or

    (d) to the extent it contains Tax Advice, as set forth in Section 13.

    If you are permitted to disclose a Report (or a portion thereof), you shall not alter, edit or modify it from the form we provided.

13. You may disclose to anyone a Report (or any portion or summary thereof) solely to the extent that it relates to tax matters, including tax advice, tax opinions, tax returns, or the tax treatment or tax structure of any transaction to which the Services relate ("**Tax Advice**"). With the exception of tax authorities, you shall inform those to

whom you disclose Tax Advice that they may not rely on it for any purpose without our prior written consent.

14. You may incorporate into your internal documents any summaries, calculations or tables based on Client Information contained in a Report, but not our recommendations, conclusions or findings. If you then disclose such internal documents to anyone, you shall assume sole responsibility for their contents and you shall not refer to us or any other EY Firm in connection with them.

15. You may not rely on any draft Report. We shall not be required to update any final Report for circumstances of which we become aware, or events occurring, after its delivery.

**Limitations**

16. Neither party (and any others for whom Services are provided) may recover from the other party, in contract or tort, under statute or otherwise, any amount with respect to loss of profit, data or goodwill, or any other consequential, incidental, indirect, punitive or special damages in connection with claims arising out of this Agreement or otherwise relating to the Services, whether or not the likelihood of such loss or damage was contemplated.

17. You (and any others for whom Services are provided) may not recover from us, in contract or tort, under statute or otherwise, aggregate damages in excess of the fees actually paid for the Services that directly caused the loss in connection with claims arising out of this Agreement or otherwise relating to the Services. This limitation will not apply to losses caused by our fraud or willful misconduct or to the extent prohibited by applicable law or professional regulations. 18. You shall make any claim relating to the Services or otherwise under this Agreement no later than one year after you became aware (or ought reasonably to have become aware) of the facts giving rise to any alleged such claim and in any event, no later than two years after the completion of the particular Services. This limitation will not apply to the extent prohibited by applicable law or professional regulations.

19. You may not make a claim or bring proceedings relating to the Services or otherwise under this Agreement against any other EY Firm or our or its subcontractors, members, shareholders, directors, officers, partners, principals or employees ("EY Persons"). You shall make any claim or bring proceedings only against us. The limitations in Sections 16 through 18 and this Section 19 are intended to benefit the other EY Firms and all EY Persons, who shall be entitled to enforce them.

**Indemnity**

20. To the fullest extent permitted by applicable law and professional regulations, you shall indemnify us, the other EY Firms and the EY Persons against all claims by third

parties (including your affiliates) and resulting liabilities, losses, damages, costs and expenses (including reasonable external and internal legal costs) arising out of the disclosure by or at the direction of Client of any Report (other than Tax Advice), or a third party's use of or reliance on any Report (including Tax Advice).

**Intellectual Property Rights**

21. We may use data, software, designs, utilities, tools, models, systems and other methodologies and know-how ("Materials") that we own or license in performing the Services. Notwithstanding the delivery of any Reports, we retain all intellectual property rights in the Materials (including any improvements or knowledge developed while performing the Services), and in any working papers we compile in connection with the Services (but not Client Information reflected in them).

22. Upon payment for particular Services, you may use any Materials included in the Reports relating to those Services, as well as the Reports themselves, as permitted by this Agreement.

**Confidentiality**

23. Except as otherwise permitted by this Agreement, neither of us may disclose to third parties the contents of this Agreement or any information (other than Tax Advice) provided by or on behalf of the other that ought reasonably to be treated as confidential and/or proprietary. Either of us may, however, disclose such information to the extent that it:

(a) is or becomes public other than through a breach of this Agreement,

(b) is subsequently received by the recipient from a third party who, to the recipient's knowledge, owes no obligation of confidentiality to the disclosing party with respect to that information,

(c) was known to the recipient at the time of disclosure or is thereafter created independently,

(d) is disclosed as necessary to enforce the recipient's rights under this Agreement, or

(e) must be disclosed under applicable law, legal process or professional regulations.

24. Either of us may use electronic media to correspond or transmit information and such use will not in itself constitute a breach of any confidentiality obligations under this Agreement.

25. Unless prohibited by applicable law, we may disclose Client Information to other EY Firms and EY Persons to facilitate performance of the Services, to comply with

regulatory requirements, to check conflicts, or for quality, risk management or financial accounting purposes. We shall be responsible for EY personnel's compliance with our obligations under this Agreement.

26.     With respect to any Services, if U.S. Securities and Exchange Commission auditor independence regulations apply to the relationship between you or any of your associated entities and any EY Firm, or if you (or any entity or person related to you) have any filing obligation with the U.S. Internal Revenue Service, you represent, to the best of your knowledge, as of the date of this Agreement, and as of the date of each Statement of Work hereunder, that neither you nor any of your affiliates has agreed, either orally or in writing, with any other advisor to restrict your ability to disclose to anyone the tax treatment or tax structure of any transaction to which the Services relate. An agreement of this kind could impair an EY Firm's independence as to your audit or that of any of your affiliates, or require specific tax disclosures as to those restrictions. Accordingly, you agree that the impact of any such agreement is your responsibility.

### Data Protection

27.     We may collect, use, transfer, store or otherwise process (collectively, "**Process**") Client Information that can be linked to specific individuals ("**Personal Data**"). We may Process Personal Data in various jurisdictions in which we and the other EY Firms operate (which are listed at www.ey.com). We will Process Personal Data in accordance with applicable law and professional regulations, including, where applicable, the European Union Safe Harbor program of the U.S. Department of Commerce, in which EY participates. We will require any service provider that Processes Personal Data on our behalf to adhere to such requirements. If any Client Information is protected health information under the Health Insurance Portability and Accountability Act, as amended, this Agreement is deemed to incorporate all of the terms otherwise required to be included in a business associate contract relating to such information.

28.     You warrant that you have the authority to provide the Personal Data to us in connection with the performance of the Services and that the Personal Data provided to us has been Processed in accordance with applicable law.

### Fees and Expenses Generally

29.     You shall pay our professional fees and specific expenses in connection with the Services as detailed in the applicable Statement of Work. You shall also reimburse us for other reasonable expenses incurred in performing the Services. Our fees are exclusive of taxes or similar charges, as well as customs, duties or tariffs imposed in respect of the Services, all of which you shall pay (other than taxes imposed on our income generally). We may receive rebates in connection with certain purchases, which we use to reduce charges that we would otherwise pass on to you.

30.     Subject to Bankruptcy Court approval, if necessary, we may charge additional professional fees if events beyond our control (including your acts or omissions) affect our ability to perform the Services as originally planned or if you ask us to perform additional tasks. EY will discuss and receive approval from Client for any additional fees prior to proceeding.

31.     If we are required by applicable law, legal process or government action to produce information or personnel as witnesses with respect to the Services or this Agreement, you shall reimburse us for any professional time and expenses (including reasonable external and internal legal costs) incurred to respond to the request, unless we are a party to the proceeding or the subject of the investigation.

### Force Majeure

32.     Neither you nor we shall be liable for breach of this Agreement (other than payment obligations) caused by circumstances beyond your or our reasonable control.

### Term and Termination

33.     This Agreement applies to all Services performed at any time after the date of your filing of a Chapter 11 petition (including before the date of this Agreement).

34.     This Agreement shall terminate upon the completion of the Services. This Agreement and/or any or all Statements of Work may be terminated by you upon 10 days notice to us, or terminated by us upon 30 days notice to you unless earlier termination is required by law or applicable professional standards, but in any event this Agreement including all Statements of Work will expire upon the effective date of your confirmed plan of reorganization, or liquidation of the your assets under Chapter 11 or 7 of the Bankruptcy Code, or otherwise.

35.     You shall pay us for all work-in-progress, Services already performed, and reasonable expenses incurred by us up to and including the effective date of the termination of this Agreement. Payment is due within 30 days following receipt of our invoice for these amounts or as quickly as the Bankruptcy Code, Bankruptcy Rules, Local Rules and any relevant orders of the Bankruptcy Court allow.

36.     Our respective confidentiality obligations under this Agreement shall continue for a period of three years following the termination of this Agreement. The other provisions of this Agreement that give either of us rights or obligations beyond its termination including, without limitation, paragraph 37, shall continue indefinitely following the termination of this Agreement and shall survive completion of the Client's bankruptcy whether through a confirmed plan of reorganization under Chapter 11, liquidation of the Client's assets under Chapter 7 of the Bankruptcy Code, or otherwise.

**Governing Law and Dispute Resolution**

37.  This Agreement, and any non-contractual obligations arising out of this Agreement or the Services, shall be governed by, and construed in accordance with, the laws of New York applicable to agreements made, and fully to be performed, therein by residents thereof. Any controversy or claim with respect to, in connection with, arising out of, or in any way related to this Agreement or the services provided hereunder (including any such matter involving any parent, subsidiary, affiliate, successor in interest or agent of Client or its subsidiaries or of EY) shall be brought in the Bankruptcy Court or the applicable district court (if such district court withdraws the reference) and the parties to this Agreement, and any and all successors and assigns thereof, consent to the jurisdiction and venue of such court as the sole and exclusive forum (unless such court does not have jurisdiction and venue of such claims or controversies) for the resolution of such claims, causes of action or lawsuits. The parties to this Agreement, and any and all successors and assigns thereof, hereby waive trial by jury, such waiver being informed and freely made.   If the Bankruptcy Court, or the district court upon withdrawal of the reference, does not have or retain jurisdiction over the foregoing claims or controversies, the parties to this Agreement and any and all successors and assigns thereof, agree to submit first to nonbinding mediation; and, if mediation is not successful, then to binding arbitration, in accordance with the dispute resolution procedures as set forth in Appendix 1 to these Terms and Conditions. Judgment on any arbitration award may be entered in any court having proper jurisdiction.   The foregoing is binding upon Client, EY and any all successors and assigns thereof

**Miscellaneous**

38.  This Agreement constitutes the entire agreement between us as to the Services and the other matters it covers, and supersedes all prior agreements, understandings and representations with respect thereto, including any confidentiality agreements previously delivered.  Except as expressly provided otherwise herein, this Agreement does not modify the terms or provisions for other professional services executed prior to Client's filing of a Chapter 11 petition in the Bankruptcy Court.

39.  Both of us may execute this Agreement, including Statements of Work (and modifications to them) by electronic means and each of us may sign a different copy of the same document. Both of us must agree in writing to modify this Agreement or any Statement of Work hereunder, subject to Bankruptcy Court approval, if necessary.

40.  You represent that the person signing this Agreement and any Statement of Work hereunder on your behalf is expressly authorized to execute it and to bind you and any of your affiliates or others for whom Services are performed to its terms.

41.  You agree that we and the other EY Firms may, subject to professional obligations, act for other clients, including your competitors.

42.  Neither of us may assign any of our rights, obligations or claims under this Agreement.

43.  If any provision of this Agreement (in whole or part) is held to be illegal, invalid or otherwise unenforceable, the other provisions shall remain in full force and effect.

44.  If there is any inconsistency between provisions in different parts of this Agreement, those parts shall have precedence as follows (unless expressly agreed otherwise): (a) the Cover Letter, (b) the applicable Statement of Work and any attachments thereto, (c) these General Terms and Conditions, and (d) other attachments to this Agreement.

45.  We may use your name publically to identify you as a client, but we may refer to you in connection with the Services only if it is a matter of public knowledge that we are providing them (or have provided them).

46.  By agreement to the provision of the Services, we are not providing a guarantee to you that our performance of those services pursuant to the terms and conditions set forth in this Agreement will guarantee your successful reorganization under Chapter 11.

## APPENDIX 1
## DISPUTE RESOLUTION PROCEDURES

*Mediation*

A party shall submit a dispute to mediation by written notice to the other party or parties. The mediator shall be selected by the parties. If the parties cannot agree on a mediator, the International Institute for Conflict Prevention and Resolution ("CPR") shall designate a mediator at the request of a party. Any mediator must be acceptable to all parties and must confirm in writing that he or she is not, and will not become during the term of the mediation, an employee, partner, executive officer, director, or substantial equity owner of any EY audit client.

The mediator shall conduct the mediation as he/she determines, with the agreement of the parties. The parties shall discuss their differences in good faith and attempt, with the mediator's assistance, to reach an amicable resolution of the dispute. The mediation shall be treated as a settlement discussion and shall therefore be confidential. The mediator may not testify for either party in any later proceeding relating to the dispute. The mediation proceedings shall not be recorded or transcribed.

Each party shall bear its own costs in the mediation. The parties shall share equally the fees and expenses of the mediator.

If the parties have not resolved a dispute within 90 days after written notice beginning mediation (or a longer period, if the parties agree to extend the mediation), the mediation shall terminate and the dispute shall be settled by arbitration. In addition, if a party initiates litigation, arbitration, or other binding dispute resolution process without initiating mediation, or before the mediation process has terminated, an opposing party may deem the mediation requirement to have been waived and may proceed with arbitration.

*Arbitration*

The arbitration will be conducted in accordance with the procedures in this document and the CPR Rules for Non-Administered Arbitration ("Rules") as in effect on the date of the Agreement, or such other rules and procedures as the parties may agree. In the event of a conflict, the provisions of this document will control.

The arbitration will be conducted before a panel of three arbitrators, to be selected in accordance with the screened selection process provided in the Rules. Any issue concerning the extent to which any dispute is subject to arbitration, or concerning the applicability, interpretation, or enforceability of any of these procedures, shall be governed by the Federal Arbitration Act and resolved by the arbitrators. No potential arbitrator may be appointed unless he or she has agreed in writing to these procedures and has confirmed in writing that he or she is not, and will not become during the term of the arbitration, an employee, partner, executive officer, director, or substantial equity owner of any EY audit client.

The arbitration panel shall have no power to award non-monetary or equitable relief of any sort or to make an award or impose a remedy that (i) is inconsistent with the agreement to which these procedures are attached or any other agreement relevant to the dispute, or (ii) could not be made or imposed by a court deciding the matter in the same jurisdiction.

Discovery shall be permitted in connection with the arbitration only to the extent, if any, expressly authorized by the arbitration panel upon a showing of substantial need by the party seeking discovery.

All aspects of the arbitration shall be treated as confidential. The parties and the arbitration panel may disclose the existence, content or results of the arbitration only in accordance with the Rules or applicable professional standards. Before making any such disclosure, a party shall give written notice to all other parties and shall afford them a reasonable opportunity to protect their interests, except to the extent such disclosure is necessary to comply with applicable law, regulatory requirements or professional standards.

The result of the arbitration shall be binding on the parties, and judgment on the arbitration award may be entered in any court having jurisdiction.



**Ernst & Young LLP**
155 North Wacker Drive
Chicago, IL 60606-1787

Tel: +1 312 879 2000
Fax: +1 312 879 4000
www.ey.com

February 1, 2011


Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
Attn:  Mr. Patrick Shanahan
        Vice President, Tax

## Statement of Work – Property Tax Compliance and Advisory Services in Bankruptcy

Dear Patrick:

This Statement of Work (this "SOW") is made by Ernst & Young LLP ("we" or "EY") and Tribune Company ( "you" or "Client"), pursuant to the Agreement, dated February 1, 2011 (the "Agreement"), between EY and Tribune Company, which was executed in connection with the Client filing a petition under Chapter 11 of the United States Bankruptcy Code ("Chapter 11") on or about December 8, 2008 with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and describes certain tax services that EY will perform for the Client and certain affiliated entities during the Client's Chapter 11 proceedings.

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the tax advisory Services covered by this SOW and not to Services covered by any other Statement of Work pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW shall have the meanings in the Agreement, and references in the Agreement to "you" or "Client" shall be deemed references to you.

### Scope of services

We will provide the following tax compliance and advisory Services to you, contingent upon the Bankruptcy Court's approval of our retention in accordance with the terms and conditions that are set forth in the Agreement (inclusive of this SOW):

### Compliance Services - general

EY will perform the following property tax compliance services for the 2011, 2012 and 2013 property tax years with respect to the properties identified in Appendix 1:

- Develop a property tax calendar for calendar years 2011-2013



- Prepare business personal property returns/renditions using data from the highest level of General Ledger accounts consistent with state statute and local practice. EY will neither review nor reclassify individual fixed assets except where authorized under a specific separate scope of services as part of an Advisory Agreement

- Review the tax assessments assigned by the taxing authorities (Notices of Valuation) for those personal property accounts where renditions were prepared and filed by EY or for real property tax accounts assigned under Appendix 1

- As directed and authorized by management, evaluate tax notices for escalation of tax assessments (Notices of Valuation or tax bills that act as Notices of Valuation) that exceed the pre-determined materiality threshold as set forth in Appendix 2, and notify the Client

- Reconcile tax bills and tax statements within the parameters of a mutually agreed materiality threshold (as documented in Appendix 2) and forward to Client or third party entity for payment

- Prepare a summary of estimated property taxes for each calendar year, based upon data received on or before 30 days prior to the delivery date

- Prepare standard property tax reports (e.g., number of renditions filed, rendered value-to-assessed value variance reports) as mutually agreed to by EY and Client. Enhanced or specialized reporting will be considered outside the base compliance services scope

- Answering routine questions from Client personnel and routine questions from taxing jurisdictions. Routine questions are considered those that require research of less than five to ten minutes per inquiry

Upon your request, we will be pleased to coordinate and, where permissible, represent the Client in property tax appeal processes or audits conducted by a taxing jurisdiction. The scope of such engagements and our fee for such services is contained in the Advisory and Out-of-Scope Services section below. If the necessary scope to provide the Services are different from those contained in the Advisory and Out-of-Scope Services section below, then the scope and fees will be contained in a separate SOW and subject to Bankruptcy Court approval.

**Compliance Services – timing of data**

The performance of the Services assumes that Client's personnel will furnish EY with all necessary information in our written information request on or before March 1, 2011 and January 21 of each subsequent tax year or upon some other mutually agreed to calendar. For the 2011 tax year it is agreed that EY will not be responsible for filing those renditions that have a filing deadline prior to April 1, 2011. In the event that Client does not provide EY with complete and timely information on a specific property, EY may exclude that property, with prior notice to Client, from one or more of the Services to be performed under this SOW or, if EY accepts the property, an additional property surcharge ("Additional Property Surcharge") of 15 percent of the per property fee will apply.



**Compliance Services – quality of data**

In the event electronic data is to be supplied that data will be required to conform to flat file specifications provided by EY to Client. EY will return any data that does not conform or is corrupt and exclude such property from this agreement until the file conforms to our specifications. Any remediation or clean up of Client data needed to conform to EY specifications will be billed on an hourly basis at the rate set forth in the table included in the Out-of-Scope fee section of this SOW. Any such hourly charge shall be subject to Bankruptcy Court approval, and EY will discuss and receive approval from Client for any such fees prior to proceeding.

Any data clean up needed for proper tax return filings including, but not limited to, site addresses and jurisdiction information shall be billed on an hourly basis at the rate table included in the Out-of-Scope fee section of this SOW. Any such hourly charge shall be subject to Bankruptcy Court approval, and EY will discuss and receive approval from Client for any such fees prior to proceeding.

**Compliance Services – completeness of data**

The performance of the Services assumes all requested information for each applicable assessment date will be delivered in one complete file and within the specified dates.

If given lien date data is not provided in one complete file, then the additional effort to load the separate files shall be billed on an hourly basis at the rate table included in the Out-of-Scope fee section of this SOW. Any such hourly charge shall be subject to Bankruptcy Court approval, and EY will discuss and receive approval from Client for any such fees prior to proceeding.

**Scope of services: Advisory Services and Out-of-Scope Services**

Any activities not described as Compliance Services, as indicated above under "Scope of Services: Compliance Services," are not covered in the Annual Base Compliance Fee herein. Such activities will either be considered advisory services ("Advisory Services") or services outside the scope of this Agreement ("Out-of-Scope Services") and are the responsibility of Client to perform on a timely basis. In the alternative, Client may request that EY perform such Advisory and Out-of-Scope Services for the 2011, 2012 and/or 2013 contract years at the separate fee schedules detailed below, and any such services would be subject to Bankruptcy Court approval and mutually agreed in writing. Advisory and/or Out-of-Scope Services may include but are not limited to:

**Advisory Services**

- Review the individual line item fixed assets for property tax filing purposes to identify potential unrecorded disposals, misclassifications, non taxable items, intangible assets or assets with incorrect situs



- Review the individual line item fixed assets for property tax purposes to identify exemption, abatement or nontaxable items due to issues of Freeport, foreign trade zone, pollution control, green technology programs or inventory issues

- Review the properties assigned on Appendix 1 for property tax purposes to identify issues of excess physical depreciation and functional and/or economic obsolescence

- When permissible and authorized by management, and in bankruptcy or appellate forums where it is permissible for EY to represent the Client, initiate the appeals process with respect to assessments that are jointly selected for appeal by EY and Client and confirmed in writing

- When permissible and authorized by management, and in appellate forums where it is permissible for EY to represent the Client, represent Client in assessment appeals, discussions, negotiations, or informal hearings with the respective taxing jurisdictions or their authorized representatives. Client will approve any settlement offer before it is accepted

- Support client needs in property tax audits or bankruptcy claim resolutions as agreed to by Client

In the event legal counsel or other professional services are required in the appeal process, EY may assist the Client by recommending counsel for the Client's consideration. The Client has sole authority to retain, direct, and compensate counsel. Irrespective of whether any counsel is retained by Client, the terms and conditions of this Statement of Work will remain in effect. If EY determines that it would be reasonable or appropriate to suggest that Client retain other professionals, including but not limited to appraisers, to assist in the review and appeal of the Client's assessments, EY will assist the Client by recommending the retention of such professionals. The Client will be responsible for retaining any such professional and for the payment of fees and expenses of any such professional.

**Out-of-Scope Services**

- Review, verify or process tax bills resulting from periods/years prior to EY's engagement date

- Review and verify or process delinquent tax bills from years prior to EY's engagement date

- Discuss assessment and/or valuation of properties relating to years prior to the engagement of EY with Audit, Assessment or Collection Authorities

- Assume work on appeal filings in place prior to the engagement of EY

- Assume work on audits in place prior to the engagement of EY

- Research assessments or tax issues for years prior to the engagement of EY

- Perform work necessary to meet tax payment specifications for incorporation into Client's accounts payable system



- Prepare and file amended returns required due to Client cause, including but not limited to the receipt of additional asset information or resulting from systemically poor or inaccurate data issues, data quality or data timing issues

- Perform Client data remediation

- Perform bankruptcy related advisory services

- Prepare and provide enhanced or specialized reports

- Assist Client's counsel when appeals are litigated in administrative or bankruptcy venues

The Services may be modified from time to time by our mutual written agreement and approval of the Bankruptcy Court, if required.

Client acknowledges and agrees that, whether or not this SOW has been approved by the Bankruptcy Court at the time any Report is rendered, any such Report rendered by EY prior to the delivery of its final Report is preliminary in nature and cannot be relied upon for any purpose, including penalty protection.

**Your obligations**

We draw your attention to the reservations set out in paragraph 5 of the General Terms and Conditions of the Agreement, as well as your management responsibilities under paragraph 6, and your representation, as of the date hereof, under paragraph 26 thereof.

**Additional terms and conditions**

The Services are advisory in nature. EY will not render an assurance report or assurance opinion under the Agreement, nor will the Services constitute an audit, review, examination, or other form of attestation as those terms are defined by the American Institute of Certified Public Accountants. We will not conduct a review to detect fraud or illegal acts.

If we receive a request from a third party for any information relating to our Tax Advice, we will notify you and will not release any such information unless you have executed an appropriate written consent authorizing such disclosure and the third party has executed a non-reliance and release letter acceptable to us in form and substance.

To facilitate performance of the Services, we may (and may, subject to additional terms and conditions, including license agreements, permit your authorized representatives to) use certain software and tools that allow us to collaborate with you electronically, including Ernst & Young *eRoom* (collectively, "Collaboration Tools"). You shall not, and shall not permit third parties to, copy or modify any Collaboration Tools, or decompile, reverse engineer, or in any way derive any source code from, or create any derivative work of, any Collaboration Tools. COLLABORATION TOOLS



ARE PROVIDED "AS IS," AND NONE OF EY OR ANY OTHER PARTY INVOLVED IN THE
CREATION, PRODUCTION OR DELIVERY OF ANY COLLABORATION TOOL MAKES ANY
WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO ANY COLLABORATION TOOL,
INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF
MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR USE, NON-
INFRINGEMENT, TITLE, OR ANY WARRANTY THAT THE OPERATION OF ANY
COLLABORATION TOOL WILL BE UNINTERRUPTED, ERROR FREE OR THAT IT WILL BE
COMPATIBLE WITH ANY OF YOUR HARDWARE OR SOFTWARE. EY WILL NOT
SUPPORT, MAINTAIN OR UPGRADE ANY COLLABORATION TOOL. YOU ASSUME SOLE
RESPONSIBILITY FOR THE USE OF ANY COLLABORATION TOOL AND THE RESULTS
THEREOF. Your use of Collaboration Tools (or use on your behalf) is not a substitute for any
documentation or system of records you must create or maintain pursuant to law, including, without
limitation, Internal Revenue Code Section 6001. You alone are responsible for maintaining separate
copies of any documentation you input into any Collaboration Tool.

**Contacts**

You have identified Michael Deloian as your contact with whom we should communicate about these
Services. Your contact at EY for these Services will be Michael Licastro.

**Engagement team**

Michael Licastro (Partner) and Peter Smith (Executive Director) will lead the EY team in providing
the Services. If any of these individuals ceases to provide tax services to the Client pursuant to the
Agreement, EY will so advise the Client and, if that person is replaced, provide the Client with the
name of the professional's replacement. Other staff, not identified herein, may be utilized as required
to conduct our work in an efficient manner.

**Fees**

The General Terms and Conditions of the Agreement address our fees and expenses generally.
We will submit an itemized and detailed billing statement, and we will request payment of our fees
and expenses, in accordance with the United States Bankruptcy Code (the "Bankruptcy Code"), the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the United
States Bankruptcy Court for the District of Delaware ("Local Rules") and any relevant administrative
orders. We will submit our invoices as the work progresses and payment of them will be made upon
receipt, or as quickly as the Bankruptcy Code, the Bankruptcy Rules, Local Rules and any relevant
administrative orders allow.

We acknowledge that payment of our fees and expenses hereunder is subject to (i) the jurisdiction and
approval of the Bankruptcy Court under Sections 330 and 331 of the Bankruptcy Code, any order of
the Bankruptcy Court approving the retention of us and the U.S. Trustee Guidelines, (ii) any
applicable fee and expense guidelines and/or orders and (iii) any requirements governing interim and



final fee applications.

**Fees – Compliance Services**

You shall pay us a fee for the Compliance Services, which fees are subject to Bankruptcy Court approval, as follows:

- An annual base fee ("Annual Base Fee") of $50,800 for the 2011 tax year

- An Annual Base Fee of $36,400 for the 2012 tax year

- An Annual Base Fee of $33,600 for the 2013 tax year

Please note that additional hourly Out-of-Scope Fees may apply if EY does not timely receive all information necessary for the completion of the returns (in electronic form, when requested), as detailed previously. Any such hourly charge shall be subject to Bankruptcy Court approval, and EY will discuss and receive approval from Client for any such fees prior to proceeding.

The Annual Base Compliance Fees are based on the preparation of up to 150 returns filed annually and the review of up to 240 tax bills annually, as detailed in the Appendix 1 property list. Each return over 150 in total will be an additional $250 charge per return, and each bill over 240 in total will be an additional $35 charge per bill.

In addition to the Annual Base Fees detailed above, there will also be assessed:

- A one-time parcel and account set up fee ("Set Up Fee") of $8,100, which will be assessed in addition to the 2011 Annual Base Fee

- An annual technology fee ("Technology Fee") of $4,500 which will be assessed in addition to each contract year's Annual Base Fee. The annual Technology Fee covers EY's use and licensing of third party tax preparation software (PTMS) and other technology-related costs for processing the returns that are the subject of this engagement, such as eRoom access.

Our billing and payment schedule for the Compliance Services and related expenses detailed above is as follows:

- 50 percent of Annual Base Fees are payable by April 15 of each tax contract year

- The remaining 50 percent of Annual Base Fees are payable by June 15 of each tax contract year



- The one-time Set Up Fee is payable by April 15, 2011

- The Annual Technology fee of $4,500 is payable by April 15th of each year

Client shall also reimburse EY for direct expenses incurred in connection with the performance of the Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

If, during the term of this SOW, EY determines that any additional Compliance work is necessary, whether at Client's request or because the complexity of the project increases, EY will promptly contact Client to discuss any adjustments to the scope of work or EY's fees and the Client shall obtain Bankruptcy Court approval before proceeding.

**Fees – Out-of-Scope Services and Advisory Services**

During the course of this engagement, Client may wish to engage EY for Advisory Services or Out-of-Scope Services as detailed above. Subject to Bankruptcy Court approval, the Client shall pay EY fees for these additional services as set forth below. Such fees for property tax Out-of-Scope Services and Advisory Services will be charged, as applicable services are agreed and performed, in addition to the Annual Base Compliance Fees detailed above.

**Hourly fee for Out-of-Scope Services**

Our Hourly fees for Out-of-Scope Services are based on level of tax professional. Such fees are subject to Bankruptcy Court approval and based on the actual time of EY professionals expended in performing the Services (as adjusted annually on November 1 during the term of the Agreement following 30 days notice to Client of the annual increase, with such increase not to exceed 3% over the rate charged in the previous year). They are as follows:

| Title | Rate Per Hour |
|---|---|
| Staff | $ 175 |
| Senior | $ 275 |
| Manager | $ 375 |
| Senior Manager | $ 475 |
| Partner/Executive Director | $ 500 |

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Hourly Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.



## Findings-Based Fee for Advisory Services

Our fee for Advisory Services performed in any tax jurisdiction that allows a Findings-Based Fee will be a Findings-Based Fee equal to 35 percent of the tax savings achieved. EY defines savings achieved as the difference between (1) the tax on the originally proposed rendered value using the original asset basis and (2) the tax on the newly proposed rendered value using the recommended asset basis proposed by EY. Changes to the asset basis includes, but is not limited to, asset reclassifications, adjustments to the original cost, or valuation factors. EY bills for Findings-based Property Tax Advisory Services once confirmation that the negotiated value and/or rendered value using recommended asset reclassifications proposed by EY have been accepted by the respective taxing jurisdiction. Confirmation is typically in the form of a Notice of Value or tax bill that is reflective of the negotiated value and/or rendered value due to recommended asset reclassifications by EY. For tax savings or refunds obtained through an appeal process, the fee payable to EY will be 35% (Thirty-Five Percent) of the Net Tax Savings for each tax year referenced. For purposes of this SOW, "Net Tax Savings" shall be the amount of the assessment reduction (including exemptions and/or abatements obtained) for the tax year under appeal and represented in the findings of the jurisdiction, multiplied by the applicable tax levy rate for the preceding year (or other relevant rate if deemed more appropriate. Net Tax Savings shall also include amounts from exemptions and abatements derived in full or in part by the efforts of EY (unless such efforts are covered under separate agreement) as well as interest due the Client, or waiver of penalties, on any tax refunds, credits or exemptions. "Refunds" are defined as tax cash refunds actually received by Client (including any applicable interest and penalty benefit) as a result of any claims filed with vendors or the respective states during an engagement, as well as reductions in any audit assessments directly related to our findings. Refunds also include any carry forward of credits for taxes previously paid, as well as any credits or offsets applied against valid bankruptcy claims or other valid liability assessments. The Refund Amount is defined as the total of the overpayment, credit or offset amount, including applicable interest or penalty reduction, as based on the finding of the respective taxing authority.

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Advisory Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

## Hourly fee for Advisory Services

Our fees for Advisory Services performed in tax jurisdictions that do not permit a Findings-Based Fee for property tax Advisory Services will be an Hourly Fee ("Hourly Fee") based on level of tax professional. Such fees are subject to Bankruptcy Court approval and based on the actual time of EY professionals expended in performing the Services (as adjusted annually on November 1 during the term of the Agreement following 30 days notice to Client of the annual increase, with such increase not to exceed 3% over the rate charged in the previous year). They are as follows:



**ERNST & YOUNG**

| Title | Rate Per Hour |
|---|---|
| Staff | $ 175 |
| Senior | $ 275 |
| Manager | $ 375 |
| Senior Manager | $ 475 |
| Partner/Executive Director | $ 500 |

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Hourly Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

In witness whereof, the parties have executed this SOW as of the date set forth above.

Ernst & Young LLP                    Tribune Company on behalf of itself and its affiliates

*Ernst & Young LLP*

By: _____
    Patrick Shanahan
    Vice President, Tax



**Appendix 1 – List of Property Tax Returns to be prepared by EY**

| Tribune Entity | State* | Filing Date |
|---|---|---|
| The Daily Press | VA | 1-Feb |
| Grand Rapids (WXMI) | MI | 20-Feb |
| Los Angeles Times | CA | 1-Apr |
| Los Angeles (KTLA) | CA | 1-Apr |
| Sacramento (KTXL) | CA | 1-Apr |
| Portland (KRCW) | OR | 1-Mar |
| San Diego (KSWB) | CA | 1-Apr |
| St. Louis (KPLR) | MO | 1-Mar |
| South Florida Sun Sentinel | FL | 1-Apr |
| Orlando Sentinel | FL | 1-Apr |
| Miami (WSFL) | FL | 1-Apr |
| New Orleans (WGNO, WNOL) | LA | 1-Apr |
| Baltimore Sun | MD | 15-Apr |
| Dallas (KDAF) | TX | 15-Apr |
| Houston (KIAH) | TX | 15-Apr |
| Denver (KWGN) | CO | 15-Apr |
| Seattle (KCPQ, KMYQ) | WA | 30-Apr |
| Indianapolis (WXIN, WTTV) | IN | 15-May |
| Washington (WDCW) | DC | 31-Jul |
| Hartford Courant | CT | 1-Nov |
| Hartford (WTIC, WTXX) | CT | 1-Nov |

*NOTE:  Multiple returns or multiple entity returns may be required in certain states*



**Appendix 2 – Materiality Threshold**

Ernst & Young LLP will evaluate (1) personal property tax assessments of the properties listed in Appendix 1 that result in a rendered value to assessed value tax liability variance of $5,000 or greater and (2) any real property tax assessments of the properties listed in Appendix 1 that in Ernst & Young's opinion are excessive.



**Ernst & Young LLP**
155 North Wacker Drive
Chicago, IL 60606-1787

Tel: +1 312 879 2000
Fax: +1 312 879 4000
www.ey.com

February 25, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
Attn: Mr. Patrick Shanahan
          Vice President, Tax

## Statement of Work – Sales and Use Tax Process Evaluation and Advisory Services in Bankruptcy

Dear Mr. Shanahan:

This Statement of Work (this "SOW") is made by Ernst & Young LLP ("we" or "EY") and Tribune Company ("you" or "Client"), pursuant to the Agreement, dated February 1, 2011 (the "Agreement"), between EY and Tribune Company, which was executed in connection with the Client filing a petition under Chapter 11 of the United States Bankruptcy Code ("Chapter 11") on or about December 8, 2008 with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and describes certain tax services that EY will perform for the Client and certain of its affiliated entities during the Client's Chapter 11 proceedings.

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the tax advisory Services covered by this SOW and not to Services covered by any other Statement of Work pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW shall have the meanings in the Agreement, and references in the Agreement to "you" or "Client" shall be deemed references to you.

**Scope of services**

We will provide the following tax advisory Services to you, contingent upon the Bankruptcy Court's approval of our retention in accordance with the terms and conditions that are set forth in the Agreement (inclusive of this SOW):

**Scope of services:**

We will perform an evaluation of the Client's state sales and use tax compliance process(es) for entities and jurisdictions selected by the Client:

 **ERNST & YOUNG**

February 25, 2011

The overall objective of the evaluation will be to identify high-level opportunities to improve the Client's current sales and use tax compliance process(es) by focusing on the following operating dimensions:

- Operational Efficiencies
- Technology and Data Flow
- Process and Policy
- Recovery of Overpayments
- Mitigation of Risk

An additional emphasis will be on work flow and processes which make up a significant portion of the "Sales and Use Tax Life Cycle":

- Taxability Determinations
- Data Flow and Availability
- Sales/Use Tax Compliance Process Efficiencies
- Exemption Certificate Documentation and Maintenance
- Indirect Tax Planning
- Audit Support

The Evaluation will be broken down into two Phases:

*Phase I: Operational and Tax Process Preliminary Assessment*

The purpose of the Preliminary Assessment phase is to understand the Client's current sales and use tax process and how information flows to the tax returns. Each step of Client's supply chain, buy/sell process, and buy-to-use process – ranging from the original source documentation to the final sales and use tax return in which the transactions are reported – will likely be examined in order to determine Client's sales and use tax treatment of both sales and purchases, and to determine how Client is tracking each process through the current systems and procedures.

Once the Preliminary Assessment is complete, additional analysis will be performed in the areas identified within the Sales and Use Tax Life Cycle. The additional analysis involves a focused review of problematic areas identified within client's current operations as they relate to its sales and use tax function. The assessment will include interviews with the appropriate personnel, and a review of the relevant documents (policy memos, manuals, etc.).

Once the Phase I assessment is complete, we will be able to generate a comprehensive gap analysis, thoroughly outlining where Client needs to focus its attention and potentially improve its processes.

 **ERNST & YOUNG**

February 25, 2011

After completion of the Preliminary Assessment phase, EY will communicate the findings of its analysis including, if applicable, a high-level quantification of value to assist Client in determining what recommendations should be pursued. Client and EY will mutually agree upon which proposed recommendations will be pursued in Phase II of this agreement.

*Phase II: Moving Forward with Recommended Sales and Use Tax Process Improvements*

Because there may be many different situations encountered, it is not possible to give criteria for each possible recommendation. However, one or more of the following sales and use tax service lines may address any deficiencies and recommendations:

**Sales and Use Tax Advisory Services**

These services help Client determine its sales and use tax liabilities and improve its overall sales and use tax functions. The services include general consulting, taxability matrices, assistance with M&A due diligence, systematic reviews of bad debt expenses, nexus analyses, assistance with Sarbanes-Oxley documentation and compliance requirements; and assistance with transaction tax software selection and implementation.

**Sales and Use Tax Recovery Services**

These services involve generating a detailed review of sales and use tax overpayments, and assisting with filing appropriate refund claims. Sales and Use Tax Recovery Services include: Reverse SUT Audits; Bad Debt Review; and Telecommunications Tax Reviews.

**Sales and Use Tax Structure Review**

These services involve identifying potential sales and use tax benefits that may arise from Client re-aligning its business structures, purchasing processes, and business objectives. We analyze the tax consequences of a centralized procurement process, a leasing operation, or other business-driven alternatives, and assist Client with its research, analysis, design, and implementation of the alternative that best matches its goals and objectives.

Sales and Use Tax Structure Reviews include: Procurement, Leasing and Trade-In Transaction Services; Transportation Company-Related Services; and Internet Sales Advisory Services.

**Risk Assessment and Mitigation**

These services involve assisting Client in complying with various amnesty programs, voluntary disclosures, or other state and local agreements and settlements. We also can assist with audit defense by providing representation to manage audits with state and local auditors as the audit progresses, or performing "second looks" to help reduce existing audit assessments and penalties associated with noncompliance.



February 25, 2011

Risk Assessment and Mitigation services include: Due Diligence Services; Voluntary Disclosure Agreements; Managed Audits; assistance with Managed Compliance Agreements; and Audit Defense.

**Sales and Use Tax Compliance**

This service involves preparing and processing sales and use tax returns, using a fully automated system which provides comprehensive reporting, whether through our standard suite of reports, or using custom reports tailored to Client's specific needs. Additionally, we can assist clients who are contemplation the full outsourcing of their sales tax function which in addition to return preparation will also include the planning, audit and day to day operational aspects of the function.

**Out-of-Scope Advisory Services**

- Perform bankruptcy claim review and provide claim resolution assistance

- Provide bankruptcy-related advisory support

The Services may be modified from time to time by our mutual written agreement and approval of the Bankruptcy Court.

Client acknowledges and agrees that, whether or not this SOW has been approved by the Bankruptcy Court at the time any Report is rendered, any such Report rendered by EY prior to the delivery of its final Report is preliminary in nature and cannot be relied upon for any purpose, including penalty protection.

**Your obligations**

We draw your attention to the reservations set out in paragraph five of the General Terms and Conditions of the Agreement, as well as your management responsibilities under paragraph six, and your representation, as of the date hereof, under paragraph 26 thereof.

**Additional terms and conditions**

The Services are advisory in nature. EY will not render an assurance report or assurance opinion under the Agreement, nor will the Services constitute an audit, review, examination, or other form of attestation as those terms are defined by the American Institute of Certified Public Accountants. We will not conduct a review to detect fraud or illegal acts.

If we receive a request from a third party for any information relating to our Tax Advice, we will notify you and will not release any such information unless you have executed an appropriate written consent authorizing such disclosure and the third party has executed a non-reliance and release letter acceptable to us in form and substance.

 **ERNST & YOUNG**                                    February 25, 2011

To facilitate performance of the Services, we may (and may, subject to additional terms and conditions, including license agreements, permit your authorized representatives to) use certain software and tools that allow us to collaborate with you electronically, including Ernst & Young *eRoom* (collectively, "Collaboration Tools"). You shall not, and shall not permit third parties to, copy or modify any Collaboration Tools, or decompile, reverse engineer, or in any way derive any source code from, or create any derivative work of, any Collaboration Tools. COLLABORATION TOOLS ARE PROVIDED "AS IS," AND NONE OF EY OR ANY OTHER PARTY INVOLVED IN THE CREATION, PRODUCTION OR DELIVERY OF ANY COLLABORATION TOOL MAKES ANY WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO ANY COLLABORATION TOOL, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR USE, NON-INFRINGEMENT, TITLE, OR ANY WARRANTY THAT THE OPERATION OF ANY COLLABORATION TOOL WILL BE UNINTERRUPTED, ERROR FREE OR THAT IT WILL BE COMPATIBLE WITH ANY OF YOUR HARDWARE OR SOFTWARE. EY WILL NOT SUPPORT, MAINTAIN OR UPGRADE ANY COLLABORATION TOOL. YOU ASSUME SOLE RESPONSIBILITY FOR THE USE OF ANY COLLABORATION TOOL AND THE RESULTS THEREOF. Your use of Collaboration Tools (or use on your behalf) is not a substitute for any documentation or system of records you must create or maintain pursuant to law, including, without limitation, Internal Revenue Code Section 6001. You alone are responsible for maintaining separate copies of any documentation you input into any Collaboration Tool.

**Contacts**

You have identified Michael Deloian as your contact with whom we should communicate about these Services. Your contact at EY for these Services will be Michael Licastro.

**Engagement team**

Michael Licastro (Partner) and Rick Bolt (Executive Director) will lead the EY team in providing the Services. If any of these individuals ceases to provide tax services to the Client pursuant to the Agreement, EY will so advise the Client and, if that person is replaced, provide the Client with the name of the professional's replacement. Other staff, not identified herein, may be utilized as required to conduct our work in an efficient manner.

**Fees**

The General Terms and Conditions of the Agreement address our fees and expenses generally.

We will submit an itemized and detailed billing statement, and we will request payment of our fees and expenses, in accordance with the United States Bankruptcy Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the United States Bankruptcy Court for the District of Delaware ("Local Rules") and any



February 25, 2011

relevant administrative orders. We will submit our invoices as the work progresses and payment of them will be made upon receipt, or as quickly as the Bankruptcy Code, the Bankruptcy Rules, Local Rules and any relevant administrative orders allow.

We acknowledge that payment of our fees and expenses hereunder is subject to (i) the jurisdiction and approval of the Bankruptcy Court under Sections 330 and 331 of the Bankruptcy Code, any order of the Bankruptcy Court approving the retention of us and the U.S. Trustee Guidelines, (ii) any applicable fee and expense guidelines and/or orders and (iii) any requirements governing interim and final fee applications.

**Hourly fee for Phase I: Operational and Tax Preliminary Assessment**

Our fee for the Sales and Use Tax Process Evaluation Services outline above will be an hourly fee ("Hourly Fee") based on level of tax professional. Such fees are subject to Bankruptcy Court approval and based on the actual time of EY professionals expended in performing the Services (as adjusted annually on November 1 during the term of the Agreement following 30 days notice to Client of the annual increase, with such increase not to exceed 3% over the rate charged in the previous year). They are as follows:

| Title | Rate Per Hour |
|---|---|
| Staff | $ 175 |
| Senior | $ 275 |
| Manager | $ 375 |
| Senior Manager | $ 475 |
| Partner/Executive Director | $ 500 |

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Hourly Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

If, during the term of this SOW, EY determines that any additional work is necessary, whether at Client's request or because the complexity of the project increases, EY will promptly contact Client to discuss any adjustments to the scope of work or EY's fees and the Client shall obtain Bankruptcy Court approval before proceeding.

**Fees for Phase II: Moving Forward with Recommended Sales and Use Tax Process Improvement and Out-of-Scope Advisory Services**

During the course of this engagement, Client may wish to engage EY for Phase II Sales and Use Tax Process Improvement Recommendations or Out-of-Scope Advisory Services ("Additional Advisory Services") as detailed above. Fees for any Additional Advisory Services will be the subject of a separate Statement of Work.

 **ERNST & YOUNG**

February 25, 2011

In witness whereof, the parties have executed this SOW as of the date set forth above.

*Ernst + Young LLP*

Tribune Company, on behalf of itself and its affiliates

By: _____

Patrick Shanahan
Vice President, Tax



**Ernst & Young LLP**
155 North Wacker Drive
Chicago, IL 60606-1787

Tel: +1 312 879 2000
Fax: +1 312 879 4000
www.ey.com

March 2, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
Attn: Mr. Patrick Shanahan
       Vice President, Tax

## Statement of Work – Sales and Use Tax Compliance and Advisory Services in Bankruptcy

This Statement of Work (this "SOW") is made by Ernst & Young LLP ("we" or "EY") and Tribune Company ("you" or "Client"), pursuant to the Agreement, dated February 1, 2011 (the "Agreement"), between EY and Tribune Company, which was executed in connection with the Client filing a petition under Chapter 11 of the United States Bankruptcy Code ("Chapter 11") on or about December 8, 2008 with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and describes certain tax services that EY will perform for the Client and certain of its affiliated entities during the Client's Chapter 11 proceedings.

Except as otherwise set forth in this SOW, this SOW incorporates by reference, and is deemed to be a part of, the Agreement. The additional terms and conditions of this SOW shall apply only to the tax advisory Services covered by this SOW and not to Services covered by any other Statement of Work pursuant to the Agreement. Capitalized terms used, but not otherwise defined, in this SOW shall have the meanings in the Agreement, and references in the Agreement to "you" or "Client" shall be deemed references to you.

**Scope of services**

We will provide the following tax compliance and advisory Services to you, contingent upon the Bankruptcy Court's approval of our retention in accordance with the terms and conditions that are set forth in the Agreement (inclusive of this SOW):

**Scope of services: Compliance Services**

**Compliance Services – general**

On behalf of Client, EY will prepare the sales and use tax returns that Client is required to file as noted on Attachment A. The term of the engagement is expected to be from April 1, 2011 to March 31, 2014.



The Client is responsible for notifying EY of new filing obligations no less than 15 days prior to their due dates. EY will assist the Client with registrations in new jurisdictions and add or drop locations from existing sales and use tax registrations as directed by the Client.

EY will create standard validation, exception and trend reports for Client within three business days of receipt of Client data. EY will prepare returns that report the amount of tax billed or accrued by Client as indicated in the tax data files.

As directed and authorized by Client's management, EY will review and attempt to resolve routine taxing agency inquiries and notices related to returns filed by EY. Client management is required to explicitly approve any such resolution whereby additional tax or payment liability (interest, penalties, etc.) would be incurred by the Client. At the direction of Client, tax jurisdiction auditors will be able to examine return data supporting returns prepared by EY at a mutually agreed location.

EY will provide the Client with a CD at the end of each month containing copies of all tax returns and reports prepared by EY on behalf of Client.

**Compliance Services - tax data**

Client will provide data files to EY no later than the fifth business day of each month. EY will make reasonable efforts to timely prepare returns that integrate tax data that is provided after the fifth business day, but EY will not be liable for any adverse effects for returns that are not filed timely. Subject to Bankruptcy Court approval, EY will be entitled to an additional fee of $100 per day to the extent that additional efforts are required because tax data is not provided by the fifth business day of each month.

Client will provide the tax information in computer readable files. Returns prepared by EY on behalf of Client will be based on the data elements contained in tax data source files. At a minimum the files will contain data indicating:

- Taxing jurisdiction zip code (or vertex$^{TM}$ Geocode)
- Taxing jurisdiction city
- Taxing jurisdiction state
- Tax type (e.g. sales tax, use tax, sellers use tax, etc.)
- Store or location number
- Amount of tax billed or accrued
- Total sales

Any custom programming or manual manipulation required to modify, correct or interpret nonconforming data elements, not explicitly enumerated in this SOW, are not covered under the fee quoted in this SOW. EY is entitled to reasonable hourly charges, as detailed in the hourly rate schedule attached in the Hourly Fee For Out-of-Scope Compliance Services fee section of this SOW, for programming and data entry efforts required to process information transmitted in non-conforming formats or via printout or to process negative tax records in a manner different



**ERNST & YOUNG**

from that described in the following paragraph. Any such hourly charge shall be subject to Bankruptcy Court approval, and EY will discuss and receive approval from Client for any such fees prior to proceeding.

The tax data will be analyzed through an automated process to identify net negative tax amounts. The process will analyze the combined tax for all taxing authority levels (state, county, city, etc.) with the same jurisdiction location identifiers (e.g. zip-code, city, etc.). The combined negative tax amounts will be carried forward to subsequent reporting periods and used to offset combined tax records with the same jurisdiction location identifiers to the extent that the offset does not create a negative tax record.

EY will determine taxing jurisdiction based on the state, county, city and zip fields or whichever combination is included in the data files. When the data elements do not match EY's jurisdiction database, or when any of these fields are null, the reporting jurisdiction will be determined programmatically using a "best-fit" algorithm unless specifically enumerated otherwise in this SOW. When the algorithm encounters ambiguities based on the identifiable data elements provided, the tax will be reported to the taxing jurisdiction that encompasses the greatest number of zip codes.

EY will be responsible for filing returns based on information provided by Client. EY will not independently verify such information and will not be responsible for the accuracy of the information provided to us or any liability resulting from inaccuracies that it contains.

Should Client assert that it incurred penalties or interest as a result of EY's negligence in performing the services described herein, EY has the right to defend and/or attempt to mitigate any such penalties and/or interest by exercising, at its discretion, with prior notice to Client, any available remedies prior to Client, paying or agreeing to pay any amount in settlement of the assessment.

EY will provide Client with a schedule summarizing the tax data by state, validation report, exception report and end of the month reconciliation of source data to tax paid. Client will be provided additional standard reports at no charge. Requests for custom reports will be accommodated for an additional hourly fee as set forth in the hourly rate table included in the Hourly Fee for Out-of-Scope Compliance Services fee section below.

**Compliance Services - remittance information**

EY will send remittance information to Client, or its designated third party payment processor, via electronic mail, in a computer readable format, no less than three (3) days before the due date of the tax returns.

**Compliance Services – return mailing**

No less than three days before the due date of the tax returns, EY will upload electronic versions of returns to Client's designated third party payment processor.



With respect to this responsibility:

- EY will be considered to have timely completed all of its obligations in the absence of definitive documentary evidence to the contrary

- EY will be considered to have met its obligations under this agreement whenever it has complied with the above terms regardless of any adverse actions or penalties levied by any taxing or regulatory agency or any failure of the Overnight Delivery Client to make timely delivery. In any case, EY will exert reasonable efforts to resolve and mitigate any such adverse actions or levies regardless of the cause

Client, or its designated third party payment processor, will be responsible for sending returns and remittances to taxing agencies.

**Compliance Services – transition timeline**

In the month before this agreement starts (Setup Month), Client agrees to provide EY with information that EY will use to prepare for the engagement. At a minimum Client will provide the following:

- A copy of every data source the Client or its service provider used to prepare returns during the setup month. The source data will be provided in the agreed format and will be delivered within the agreed time frame as if the agreement was in effect. With respect to data provided in computer readable files, Client will provide data validation check figures (e.g., total tax, tax by state, total number of records, etc.).

- Photocopies of all tax returns prepared during the setup month, supporting work papers and any other related information relevant to EY's responsibilities under this agreement. Photocopies of tax returns and supporting work papers will be provided to EY within three days of their due dates.

- Current sales and use tax reporting calendar, including filing frequencies

- List of legal entities and Federal Employer Identification Numbers ("FEIN's")

- All data files for one complete reporting period in electronic format if available

- Copies of all returns, supporting work papers and/or excel spreadsheet files for the same period

- Copies of any semi-annual or annual returns not included in the sample period

- List of returns that are filed electronically with logins and passwords



- List of returns that are paid electronically

- List of payments by Electronic Funds Transfer ("EFT") using the Automatic Clearing House ("ACH") debit or the ACH credit method

- List of locations, addresses and description of type (e.g., sales, administration, warehouse, etc.) in electronic format if possible

- List of data sources and provider contact information

- List of returns that require prepayments and prepayment calculation methods

- Sample of any special payment request breakdown or journal entries that will be required

- Legacy credits and/or held tax to be reported in future periods

- List of Officers for each entity

**Compliance Services - routine state inquiries**

Client agrees to forward any routine state inquiries to EY within five days of receipt for handling and corresponding with the inquiring jurisdiction.

**Scope of Services: Advisory Services and Out-of-Scope Compliance Services**

Any activities not described as Compliance Services, as indicated above under the "Scope of Services: Compliance Services" section are not covered in the "Fees: Compliance Services" section below. Any such excepted services will be considered advisory services ("Advisory Services") or compliance services outside the scope of this Agreement ("Out-of-Scope Compliance Services") and are the responsibility of Client to perform on a timely basis. In the alternative, Client may request that EY perform such Advisory and/or Out-of-Scope Compliance Services at the separate fee schedules set forth below. Client and EY may mutually agree in writing to the Advisory and Out-of-Scope Compliance services to be performed. Advisory and Out-of-Scope Compliance Services may include but are not limited to:

**Advisory Services**

- Provide examination defense for compliance period return audits

- Provide advisory support or examination defense for audit periods prior to our engagement

- Perform sales and use tax overpayment reviews



**ERNST & YOUNG**

- Perform bankruptcy claim review and provide claim resolution assistance

- Provide bankruptcy-related advisory support

- Perform sales and use tax process improvement projects

**Out-of-Scope Compliance Services**

- Respond to special requests of Client or tax jurisdictions for data mining of transaction detail

- Prepare amended returns required by tax authorities as a result of erroneous information provided by Client

- Provide customized process modifications that are requested by Client after the initial implementation period

- Prepare custom reports and/or schedules requiring manual compilation at Client's request

- Compile or prepare custom accounting information (e.g., detailed journal entries, check requests, etc.) at Client's request

The Services may be modified from time to time by our mutual written agreement and approval of the Bankruptcy Court.

Client acknowledges and agrees that, whether or not this SOW has been approved by the Bankruptcy Court at the time any Report is rendered, any such Report rendered by EY prior to the delivery of its final Report is preliminary in nature and cannot be relied upon for any purpose, including penalty protection.

**Your obligations**

We draw your attention to the reservations set out in paragraph five of the General Terms and Conditions of the Agreement, as well as your management responsibilities under paragraph six, and your representation, as of the date hereof, under paragraph 26 thereof.

**Additional terms and conditions**

The Services are advisory in nature. EY will not render an assurance report or assurance opinion under the Agreement, nor will the Services constitute an audit, review, examination, or other form of attestation as those terms are defined by the American Institute of Certified Public Accountants. We will not conduct a review to detect fraud or illegal acts.



If we receive a request from a third party for any information relating to our Tax Advice, we will notify you and will not release any such information unless you have executed an appropriate written consent authorizing such disclosure and the third party has executed a non-reliance and release letter acceptable to us in form and substance.

To facilitate performance of the Services, we may (and may, subject to additional terms and conditions, including license agreements, permit your authorized representatives to) use certain software and tools that allow us to collaborate with you electronically, including Ernst & Young *eRoom* (collectively, "Collaboration Tools"). You shall not, and shall not permit third parties to, copy or modify any Collaboration Tools, or decompile, reverse engineer, or in any way derive any source code from, or create any derivative work of, any Collaboration Tools. COLLABORATION TOOLS ARE PROVIDED "AS IS," AND NONE OF EY OR ANY OTHER PARTY INVOLVED IN THE CREATION, PRODUCTION OR DELIVERY OF ANY COLLABORATION TOOL MAKES ANY WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO ANY COLLABORATION TOOL, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR USE, NON-INFRINGEMENT, TITLE, OR ANY WARRANTY THAT THE OPERATION OF ANY COLLABORATION TOOL WILL BE UNINTERRUPTED, ERROR FREE OR THAT IT WILL BE COMPATIBLE WITH ANY OF YOUR HARDWARE OR SOFTWARE. EY WILL NOT SUPPORT, MAINTAIN OR UPGRADE ANY COLLABORATION TOOL. YOU ASSUME SOLE RESPONSIBILITY FOR THE USE OF ANY COLLABORATION TOOL AND THE RESULTS THEREOF. Your use of Collaboration Tools (or use on your behalf) is not a substitute for any documentation or system of records you must create or maintain pursuant to law, including, without limitation, Internal Revenue Code Section 6001. You alone are responsible for maintaining separate copies of any documentation you input into any Collaboration Tool.

**Contacts**

You have identified Michael Deloian as your contact with whom we should communicate about these Services. Your contact at EY for these Services will be Michael Licastro.

**Engagement team**

Michael Licastro (Partner), Rick Bolt (Executive Director) and Ted Esau (Executive Director) will lead the EY team in providing the Services. If any of these individuals ceases to provide tax services to the Client pursuant to the Agreement, EY will so advise the Client and, if that person is replaced, provide the Client with the name of the professional's replacement. Other staff, not identified herein, may be utilized as required to conduct our work in an efficient manner.

**Fees**

The General Terms and Conditions of the Agreement address our fees and expenses generally.



We will submit an itemized and detailed billing statement, and we will request payment of our fees and expenses, in accordance with the United States Bankruptcy Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the United States Bankruptcy Court for the District of Delaware ("Local Rules") and any relevant administrative orders. We will submit our invoices as the work progresses and payment of them will be made upon receipt, or as quickly as the Bankruptcy Code, the Bankruptcy Rules, Local Rules and any relevant administrative orders allow.

We acknowledge that payment of our fees and expenses hereunder is subject to (i) the jurisdiction and approval of the Bankruptcy Court under Sections 330 and 331 of the Bankruptcy Code, any order of the Bankruptcy Court approving the retention of us and the U.S. Trustee Guidelines, (ii) any applicable fee and expense guidelines and/or orders and (iii) any requirements governing interim and final fee applications.

**Fees – Compliance Services**

You shall pay us a fee for the Compliance Services, which fees are subject to Bankruptcy Court approval, as follows:

- A monthly base fee ("Monthly Base Fee") of $2,085 for the first contract year, totaling to a $25,020 annual base fee ("Annual Base Fee") for the first contract year

- A Monthly Base Fee of $2,230 for the second contract year, totaling to a $26,760 Annual Base Fee for the second contract year

- A Monthly Base Fee of $2,375 for the third contract year, totaling to a $28,500 Annual Base Fee for the third contract year

Please note that additional hourly Out-of-Scope Fees may apply if EY does not timely receive all information necessary for the completion of the returns (in electronic form, when requested), as detailed previously. Any such hourly charge shall be subject to Bankruptcy Court approval, and EY will discuss and receive approval from Client for any such fees prior to proceeding.

The Monthly Base Fees are based on 500 returns filed annually; each state or local return over 500 in total will be an additional $50 charge per return.

In the event you decide to transition the Compliance Services over a period of time, our fee will be calculated at $50 per returned filed by EY.

In addition to the Monthly Base Fees detailed above, there will also be assessed:

- A one-time transition fee ("Transition Fee") of $7,500, which will be assessed in the first contract year



**ERNST & YOUNG**

- An annual technology fee ("Technology Fee") of $3,000 which will be assessed in the first quarter of each contract year. The annual Technology Fee covers EY's use of third party tax preparation software and other technology-related costs for processing the returns that are the subject of this engagement

- In the event you decide to transition the Compliance Services over a period of time, our transition and annual technology fee will be calculated based on the percentage of returns actually filed by EY to the total number of returns (500) multiplied by the one-time transition fee ($7,500) and the annual technology fee ($3,000).

Our billing and payment schedule for the Compliance Services and related expenses detailed above is as follows:

- $9,585 upon execution of the SOW (the one time Transition Fee and first Monthly Base Fee charge)

- Advance monthly invoicing of the Monthly Base Fees plus any expenses previously unbilled plus any additional fee resulting from delivery of the immediately preceding months' Data after the fifth business day of that month

- Invoicing of the Annual Technology fee of $3,000 by April 1 of each year

- In the event you decide to transition the Compliance Services over a period of time, invoicing will be monthly, calculated on the number of returns actually filed by EY for the previous month plus any expenses previously unbilled plus any additional fee resulting from delivery of immediately preceding months' Data after the fifth business day of that month.

  o Invoicing of the one-time transition fee and annual technology fee will be done quarterly based on the transition fee calculation outlined above capped at $7,500 and $3,000 respectively.

Client shall also reimburse EY for direct expenses incurred in connection with the performance of the Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

If, during the term of this SOW, EY determines that any additional Compliance work is necessary, whether at Client's request or because the complexity of the project increases, EY will promptly contact Client to discuss any adjustments to the scope of work or EY's fees and the Client shall obtain Bankruptcy Court approval before proceeding.



**ERNST & YOUNG**

**Fees - Out-of-Scope Compliance Services and Advisory Services**

During the course of this engagement, Client may wish to engage EY for Advisory Services or Out-of-Scope Compliance Services as detailed above. Subject to Bankruptcy Court approval, the Client shall pay EY fees for these additional services as set forth below. Such fees for sales & use tax Out-of-Scope Compliance Services and Advisory Services will be charged, as applicable services are agreed and performed, in addition to the Annual Base Compliance Fees detailed above.

**Hourly fee for Out-of-Scope Compliance Services**

Our Hourly fees for Out-of-Scope Compliance Services are based on level of tax professional. Such fees are subject to Bankruptcy Court approval and based on the actual time of EY professionals expended in performing the Services (as adjusted annually on November 1 during the term of the Agreement following 30 days notice to Client of the annual increase, with such increase not to exceed 3% over the rate charged in the previous year). They are as follows:

| Title | Rate Per Hour |
|---|---|
| Staff | $ 175 |
| Senior | $ 275 |
| Manager | $ 375 |
| Senior Manager | $ 475 |
| Partner/Executive Director | $ 500 |

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Hourly Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

**Findings-Based Fee for Advisory Services**

Our fee for Advisory Services will be a Findings-Based-Fee equal to 30 percent of refunds ("Refund" or "Refunds") identified and recovered or offset against other liabilities, including any supplemental refund claims, for Advisory Services performed in tax jurisdictions that permit a Findings-Based-Fee. At the current time, all states except West Virginia and South Carolina permit a Findings-Based-Fee for sales and use tax Advisory Services performed for non-assurance clients of an accounting firm.

The approved Refund amount is the total of the overpayment amount, including applicable interest benefit or penalty reduction, as based on the finding of the respective taxing authority. Refunds also include: refunds or credits received from vendors for overpayments identified by EY in excess of $1,000; cash refunds actually received by Client (including any applicable interest and penalty benefit) as a result of our findings or claims filed with Client's vendors or the respective state tax authorities; reductions in current audit assessments directly related to our

≣ ERNST & YOUNG

findings; carry forward of credits generated as a result of our findings for taxes previously paid; and any credits or offsets generated as a result of our findings that are applied against valid bankruptcy claims or against other valid liability assessments.

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Advisory Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

**Hourly fee for Advisory Services**

Our fee for Advisory Services performed in the two tax jurisdictions that do not permit a Findings-Based-Fee for sales and use tax Advisory Services will be an hourly fee ("Hourly Fee") based on level of tax professional. Such fees are subject to Bankruptcy Court approval and based on the actual time of EY professionals expended in performing the Services (as adjusted annually on November 1 during the term of the Agreement following 30 days notice to Client of the annual increase, with such increase not to exceed 3% over the rate charged in the previous year). They are as follows:

| Title | Rate Per Hour |
|---|---|
| Staff | $ 175 |
| Senior | $ 275 |
| Manager | $ 375 |
| Senior Manager | $ 475 |
| Partner/Executive Director | $ 500 |

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Hourly Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

In witness whereof, the parties have executed this SOW as of the date set forth above.

*Ernst + Young LLP*


Tribune Company, on behalf of itself and its affiliates


By: _____
    Patrick Shanahan
    Vice President, Tax



## Attachment A – List of Sales and Use Tax Returns to be prepared by EY

| Reporting Entity Name | Type of Tax | Tax Authority Paid | Most Recent Filing | Frequency | Department | Firm (if outsourced) |
|---|---|---|---|---|---|---|
| Baltimore | Sales & Use | State of Maryland | 6/10 | Monthly | Finance | |
| Baltimore | Sales & Use | State of Maryland | Jun-10 | Monthly | Finance | |
| Baltimore | Sales & Use | Maryland Comptroller of Treasury | May-10 | Monthly | Finance | |
| Corporate | Sales & Use | Illinois | 6/18/2010 | Monthly | Fin Reporting | |
| CTMG | Sales & Use | CTC Illinois Sales & Use Tax Return (ST-1) | | Monthly | Finance | BKD |
| CTMG | Sales & Use | HOY Sales and Use Tax Return (ST-1) | | Monthly | Finance | |
| CTMG | Sales & Use | Chicagoland Publishing Company Sales Tax | | Monthly | Finance | |
| CTMG | Sales & Use | CTC Chicago Use Tax Return (8402B) | | Annual | Finance | BKD |
| CTMG | Sales & Use | HOY Chicago Use Tax Return (8402B) | | Annual | Finance | |
| CTMG | Sales & Use | Chicagoland Publishing Chicago Use Tax Return (8402B) | | Annual | Finance | |
| CTMG | Sales & Use | CTPS D.C. Sales Tax Return (FR-800M) | | Now Annual – Was Monthlly | Finance | BKD |
| CTMG | Sales & Use | CTC MPC Tax Returns (ST-16, ST-17, ST-16c, ST-1X) | | Annual | Finance | BKD |
| CTMG | Sales & Use | CACC Sales Tax Return (ST-1) | | Annual | Finance | BKD |
| CTMG | Sales & Use | CTC Indiana ST-103* | | Annual | Finance | BKD |



**ERNST & YOUNG**

| Reporting Entity Name | Type of Tax | Tax Authority Paid | Most Recent Filing | Frequency | Department | Firm (if outsourced) |
|---|---|---|---|---|---|---|
| CTMG | Sales & Use | CTC Michigan Sales Tax Return* | | Annual | Finance | BKD |
| CTMG | Sales & Use | CTC Wisconsin Sales & Use Tax (ST-12)* | | Annual | Finance | BKD |
| CTMG | Sales & Use | CTC New Jersey Sales/Use Tax Return (ST-18B) | | Monthly? | Finance | BKD |
| Daily Press | Sales & Use | State of Virginia (VA) | Aug-10 | Monthly | Finance | |
| The Hartford Courant | Sales & Use | State of CT | June, 2010 | Monthly | Finance | |
| ValuMail | Sales & Use | State of CT | June, 2010 | Monthly | Finance | |
| ValuMail | Sales & Use | State of RI | June, 2010 | Monthly | Finance | |
| ValuMail | Sales & Use | State of NY | February, 2010 | Annual | Finance | |
| New Mass Media | Sales & Use | State of CT | December, 2009 | Annual | Finance | |
| Channel 40 Inc (KTXL) | Sales & Use | State of California | Jun-10 | Quarterly | Finance | |
| Tribune Broadcast Holdings (KRCW) | Sales & Use | State of Washington | Jun-10 | Quarterly | Finance | |
| Tribune Television Holdings (KTZZ) | Sales & Use | State of Washington | Aug-10 | Monthly | Finance | |
| TTN (KCPQ/KZJO) | Sales & Use | State of Washington | Aug-10 | Monthly | Finance | |
| KPLR | Sales & Use | State of Missouri | Apr-10 | Qtrly | Finance | |
| KPLR | Sales & Use | State of Colorado | 2008 ? | Annual due 1/20 of the following year. | Finance | |
| KSWB | Sales & Use | State of California | 2009 | Annual | Finance | |
| KTLA | Sales & Use | California BOE | Jun-10 | Monthly | Finance | |



| Reporting Entity Name | Type of Tax | Tax Authority Paid | Most Recent Filing | Frequency | Department | Firm (if outsourced) |
|---|---|---|---|---|---|---|
| KTLA | Sales & Use | California BOE | Jun-10 | Quarterly | Finance | |
| LAT Communications LLC | Sales & Use | Board of Equalization | Mar-10 | Quarterly | General Accounting | |
| CCN | Sales & Use | Board of Equalization | Apr-10 | Quarterly | Finance | |
| South Florida (SSC, Gold Coast, Forum) | Sales & Use | State of Florida | Jun-10 | monthly | Finance | |
| TBC | Sales & Use | State Of Illinois | Q1-10 | Qtrly | Finance | |
| Tribune Interactive | Sales & Use | Illinois Department of Revenue | Q1 2010 | Quarterly | Finance | |
| Tribune Interactive | Sales & Use | California State Board of Equallization | Q1 2010 | Quarterly | Finance | |
| Tribune Interactive | Sales & Use | Florida Department of Revenue | Q1 2010 | Quarterly | Finance | |
| Tribune Interactive | Sales & Use | Virginia Department of Taxation | Q1 2010 | Quarterly | Finance | |
| Tribune Interactive | Sales & Use | Florida Department of Revenue | May-10 | Monthly | Finance | |
| Tribune Interactive | Sales & Use | Chicago Department of Revenue | July 2008 - June 2009 | Annual | Finance | |
| ForSaleByOwner.com | Sales & Use | Utah State Tax Commission | Jul-05 | Annual | Finance | |
| TMS | Sales & Use | CA Sales & Use Tax | Jan-10 | annual | Finance | |
| TMS | Sales & Use | IL Sales & Use Tax | May-10 | monthly | Finance | |



| Reporting Entity Name | Type of Tax | Tax Authority Paid | Most Recent Filing | Frequency | Department | Firm (if outsourced) |
|---|---|---|---|---|---|---|
| TV Data | Sales & Use | NY Sales & Use Tax | May-10 | monthly | Finance | Curtis, Murphy & Jeffreys LLP (NY CPA's) |
| TV Pub, Inc | Sales & Use | TX Sales & Use Tax | | Monthly? | Finance | |
| TV Pub, Inc | Sales & Use | WA City of Tacoma Excise Tax | Apr-10 | quarterly | Finance | |
| TV Pub, Inc | Sales & Use | WA state Excise Tax | Apr-10 | quarterly | Finance | |
| TV Pub, Inc | Sales & Use | WI Sales & Use Tax | May-10 | monthly | Finance | |
| TMS | Sales & Use | DC Sales & Use Tax | Jan-10 | annual | Finance | |
| WPMT | Sales & Use | State of Pennsylvania | Jun-10 | Monthly | Finance | |
| WDCW | Sales & Use | District of Columbia | Mar-10 | quarterly | Finance | |
| Tower Distribution | Sales & Use | Illinois Department of Revenue | Q1, 2010 | Paid Quarterly | Finance | |
| Tower Distribution | Sales & Use | City of Chicago Department of Revenue | Q3, 2008-Q2, 2009 | Paid Yearly | Finance | |
| WGN Cable | Sales & Use | New York State Sales Tax | Q2, 2010 | Paid Quarterly | Finance | |
| WGN AM | Sales & Use | State & City | | Monthly | WGN-TV | |
| WGN AM | Sales & Use | State of Illinois | May-10 | Monthly | Finance | |
| WGN AM | Sales & Use | State of Illinois | May-10 | Monthly | Finance | |
| WGN Continental Broadcasting | Sales & Use | City of Chicago | Aug 08-July 09 | annually | Finance | |
| Chicagoland Television | Sales & Use | City of Chicago | Aug 08-July 09 | annually | Finance | |



**ERNST & YOUNG**

| Reporting Entity Name | Type of Tax | Tax Authority Paid | Most Recent Filing | Frequency | Department | Firm (if outsourced) |
|---|---|---|---|---|---|---|
| TTNO (WGNO/WNOL) | Sales & Use | City of New Orleans | June 2010 | Monthly | Finance | |
| TTNO (WGNO/WNOL) | Sales & Use | Jefferson Parish | June 2010 | Monthly | Finance | |
| TTNO (WGNO/WNOL) | Sales & Use | LA State | June 2010 | Monthly | Finance | |
| WPHL | Sales & Use | State of Pennsylvania | Apr-10 | Quarterly | Finance | |
| WSFL | Sales & Use | Broward County | Apr-10 | Quarterly | Finance | |
| WTIC Hartford | Sales & Use | Ct Dept of Revenue | May-10 | monthly for prior month | Finance | |
| WXMI | Sales & Use | State of Michigan | June 2010 for May 2010 business | monthly | Finance | |
| WXMI | Sales & Use | State of Michigan | Feb for 2009 | annual return | Finance | |
| WPIX | Sales & Use | NYS Sales Tax | QTRLY | qrtly 4 times | Finance | |
| WPIX | Sales & Use | NYS Sales Tax | MTHLY | monthly for 8 months | Finance | |
| KDAF TV | Sales & Use | Texas Controller Austin Texas | Jun-10 | Quarterly | Bus. Office | |
| Morning Call | Sales & Use | State of PA | Jun-10/Apr-10 | Monthly/ Quarterly | Finance | |
| Tribune Washington Bureau (Pub Co.) | Sales & Use | DC | Aug-10 | monthly | Finance / TPC Group | |