IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
)
In re: ) Chapter 11
)
TRIBUNE COMPANY, et al., ) Case No. 08-13141 (KJC)
)
Debtors. ) Jointly Administered
)
) **Hearing Date: To be determined**
) **Objection Deadline: March 16, 2011 at 4:00 p.m.**
)
) **Related to D.I. No. 8280**
)
---------------------------------------------------------------x

## MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL [REDACTED] LETTER TO CHIEF JUDGE CAREY FROM ABID QURESHI [DOCKET NO. 8280]

Aurelius Capital Management, LP ("Aurelius"), acting on behalf of its managed funds, respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an Order authorizing it to file under seal its *[Redacted] Letter to Chief Judge Carey from Abid Qureshi* [Docket No. 8280] (the "Letter"), including certain exhibits thereto. In support of the Motion to Seal, Aurelius respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a).

{00484799;v1}
920757.2

2. The statutory predicates for the relief requested herein are Bankruptcy Code sections 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## RELIEF REQUESTED

3. On March 7, 2011, Aurelius filed the redacted Letter under seal, including certain exhibits thereto. The Letter and exhibits thereto included documents and information designated as confidential by the parties to the discovery dispute the Letter concerns.

4. Aurelius files this Motion to Seal requesting that the Court grant it permission to file the Letter under seal.

## BASIS FOR RELIEF REQUESTED

5. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; ...

11 U.S.C. § 107(b). Rule 9018 of the Bankruptcy Rules sets forth the procedures by which a party may move for relief under section 107(b), providing that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information ..." Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

6. As set forth above, the Letter, and exhibits thereto, included documents and information designated as confidential by the parties to the discovery dispute which the Letter concerns.

## NOTICE

7. Notice of this Motion to Seal has been given to: (i) counsel to the Debtors; (ii) the Office of the United States Trustee; and (iii) counsel to the Committee; and (iv) all those parties entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 2002. In light of the nature of the relief requested, Aurelius submits that no further or other notice is required.

## NO PRIOR REQUEST

8. No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, Aurelius respectfully requests the Court enter an Order substantially in the form attached hereto as Exhibit A granting Aurelius authority to file the Letter under seal, and such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
March 7, 2011

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Daniel H. Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Abid Qureshi (admitted pro hac vice)
Mitchell Hurley (admitted pro hac vice)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*