# EXHIBIT A

## [Proposed Order Granting Motion to Seal]