```
             IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141-KJC
                                )
                                )
TRIBUNE COMPANY,                )
                                )    Chapter 11
                                )
                                )    Courtroom 5
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
                                )    March 4, 2011
                                )    2:30 p.m.

                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE KEVIN J. CAREY
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:           Sidley Austin, LLP
                           BY: JAMES CONLAN, ESQ.
                           BY: JAMES BENDERNAGEL, ESQ.
                           BY: JESSICA BOELTER, ESQ.
                           BY: JAMES DUCAYET, ESQ.
                           BY: KEN KANSA, ESQ.
                           BY: COLLEEN KENNEY, ESQ.
                           BY: CANDICE KLINE, ESQ.
                           BY: BRYAN KRAKAUER, ESQ.
                           BY: KEVIN LANTRY, ESQ.
                           BY: JILLIAN LUDWIG, ESQ.
                           BY: DAVID MILES, ESQ.
                           BY: KERRIANN MILLS, ESQ.
                           BY: ALLISON STROMBERG, ESQ.
                           BY: JEFFREY STEEN, ESQ.
                           One South Dearborn
                           Chicago, IL 60603
                           (312) 853-7000

(Appearances continued.)

ECRO:                      BRANDON MCCARTHY

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For the Debtors: | Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>BY: NORMAN PERNICK, ESQ.<br>BY: J. KATE STICKLES, ESQ.<br>500 Delaware Ave., Ste. 1410<br>Wilmington, DE 19801<br>(302) 652-3131<br>    -AND-<br>Tribune Company<br>BY: DAVE ELDERSVELD<br>BY: DON LIEBENTRITT<br>BY: GARY WEITMAN<br>(312) 853-7163 |
| For JP Morgan: | Davis Polk & Wardwell<br>BY: ELLIOT MOSKOWITZ, ESQ.<br>BY: BENJAMIN KAMINETZKY, ESQ.<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>    -AND-<br>Richards, Layton & Finger<br>BY: ROBERT STEARN, JR., ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |
| For Wilmington Trust Co.: | Brown Rudnick<br>BY: MARTIN SIEGEL, ESQ.<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| For Citi Entities: | Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>BY: KIRA DAVIS, ESQ.<br>BY: AMY DIETERICH, ESQ.<br>BY: ANDREW GORDON, ESQ.<br>BY: ANDREW LEVY, ESQ.<br>BY: ELIZABETH MCCOLM, ESQ.<br>BY: SHANNON PENNOCK, ESQ.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212)373-3000 |

APPEARANCES:
(Continued)

| | |
|---|---|
| For Aurelius Capital: | Akin Gump Strauss Hauer & Feld |
| | BY: DAVID ZENSKY, ESQ. |
| | BY: DANIEL GOLDEN, ESQ. |
| | BY: JOHN BERRY, ESQ. |
| | BY: DEBORAH J. NEWMAN, ESQ. |
| | One Bryant Park |
| | New York, NY 10036 |
| | (212) 872-1000 |
| | -AND- |
| | Ashby & Geddes |
| | BY: BILL BOWDEN, ESQ. |
| | BY: AMANDA WINFREE, ESQ. |
| | 500 Delaware Ave. |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |
| | -AND- |
| | Friedman Kaplan Seiler & Adelman |
| | BY: GREGORY FOX, ESQ. |
| | 1633 Broadway |
| | New York, NY 10019 |
| | (212) 833-1177 |
| | -AND- |
| | Aurelius Capital Management |
| | BY: MATTHEW ZLOTO |
| | 535 Madison Ave., 22nd Floor |
| | New York, NY 10022 |
| | (646) 445-6518 |
| For Law Debenture: | Bifferato Gentilotti |
| | BY: GARVAN MCDANIEL, ESQ. |
| | 800 North King Street |
| | Plaza Level |
| | Wilmington, DE 19801 |
| | (302) 429-1900 |
| | -AND- |
| | Kasowitz, Benson, Torres & Friedman |
| | BY: CHRISTINE MONTENEGRO, ESQ. |
| | BY: DAVID ROSNER, ESQ. |
| | 1633 Broadway |
| | New York, NY 10019 |
| | (212) 506-1726 |

```
APPEARANCES:
(Continued)

For Official Committee
of Unsecured Creditors:     Chadbourne & Parke, LLP
                            BY: MARC ASHLEY, ESQ.
                            BY: DOUG DEUTSCH, ESQ.
                            BY: DAVID LEMAY, ESQ.
                            BY: THOMAS MCCORMACK, ESQ.
                            BY: MARC ROITMAN, ESQ.
                            BY: ROBERT SCHWINGER, ESQ.
                            BY: HOWARD SEIFE, ESQ.
                            30 Rockefeller Plaza
                            New York, NY 10112
                            (212) 408-5100
                                -AND-
                            Landis, Rath & Cobb
                            BY: ADAM G. LANDIS, ESQ.
                            BY: DANIEl B. RATH, ESQ.
                            919 Market Street, Suite 1800
                            Wilmington, DE 19801
                            (302) 467-4400
                                -AND-
                            Zuckerman Spaeder
                            BY: GRAEM BUSH, ESQ.
                            BY: ANDREW GOLDFARB, ESQ.
                            BY: JAMES SOTTILE, ESQ.
                            1800 M Street, NW
                            Suite 1000
                            Washington, DC 20036
                            (202) 778-1800

For Merrill Lynch:          Kaye Scholer, LLP
                            BY: JONATHAN AGUDELO, ESQ.
                            425 Park Avenue
                            New York, NY 10022
                            (212) 836-8000
                                -AND-
                            Potter, Anderson & Corroon
                            BY: LAURIE S. SILVERSTEIN, ESQ
                            Hercules Plaza
                            1313 North Market Street
                            6th Floor
                            Wilmington, DE 19801
                            (302) 984-6000

For Bank of America:        O'Melveny & Myers
                            BY: DANIEL CANTOR, ESQ.
                            BY: DANIEL SHAMAH, ESQ.
                            Times Square Tower
                            7 Times Square
                            New York, NY 10036
                            (212) 326-2000
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For Oaktree/Angelo Gordon: | Young, Conaway, Stargatt & Taylor<br>BY: ROBERT BRADY, ESQ.<br>BY: BLAKE N. CLEARY, ESQ.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>-AND-<br>Dewey LeBouef<br>BY: BRUCE BENNETT, ESQ.<br>BY: JAMES JOHNSTON, ESQ.<br>BY: JOSHUA MESTER, ESQ.<br>333 South Grand Avenue<br>Suite 2600<br>Los Angeles, CA 90071<br>(213) 621-6000 |
| For Special Committee of the Board of Directors: | Jones Day<br>BY: DAVID SHAFER, ESQ.<br>BY: LYNN MARVIN, ESQ.<br>77 West Wacker<br>Chicago, Illinois 60601<br>(312) 782-3939 |
| For Angelo Gordon: | Wilmer, Cutler, Pickering, Hale & Dorr<br>BY: CHARLIE PLATT, ESQ.<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 |

1  WILMINGTON, DELAWARE, FRIDAY, MARCH 4, 2011, 2:30 P.M

2          THE COURT:  Good afternoon.  This is Judge Carey.
3  We're on the record in the Tribune Chapter 11 proceeding.
4          I received a letter earlier today from Mr.
5  Moskowitz docketed at Number 8256.  Mr. Zensky has since
6  responded at Docket Number 8269.  I have reviewed both
7  letters.  Mr. Moskowitz's letter -- I'll just jump to the
8  bottom -- asks that the Court schedule a conference call to
9  discuss the ongoing issues between the -- well, on behalf of
10 the DCL plan proponents and Aurelius concerning the --
11 initially, preparation of and claim of privilege with
12 respect to -- preparation of a log and the subsequent claim
13 of privilege with respect to certain documents.
14         At the March 2nd hearing, this matter was listed
15 at Agenda Item Number 2.  The Court directed that counsel
16 choose and supply to the Court a series of documents from
17 those claimed as privileged.
18         I will say that Mr. Moskowitz's request for a
19 conference is a timely one because I did conclude yesterday
20 my review of the documents that had been supplied to
21 chambers for in camera review.  But before I go any farther
22 let me pause and ask whether there's anything preliminarily
23 that either Mr. Moskowitz or Mr. Zensky have to add apart
24 from that which they've conveyed in their letters which I
25 have read.

1         MR. ZENSKY:  Yes, Your Honor.  It's David Zensky
2  of Akin Gump Strauss Hauer and Feld for Aurelius Capital
3  Management.  The only thing that I -- I would add to our
4  letter, and I apologize that it was sent close to the time
5  of the hearing, but as you know we've been in expert
6  depositions more or less around the clock.
7         Your Honor, the other email that Mr. Moskowitz
8  refers to in his letter -- the 5700 number -- are emails
9  that are with attorneys.  We have now logged and you have
10 more than fifty percent of every email that did not have an
11 attorney, but was believed to be privileged upon our review.
12        And the parties have previously stipulated with
13 respect to the other camps that not only would there be no
14 logs, and no one has logged other than the debtors, I
15 believe, any attorney/client documents or privilege
16 documents from the plan time period, but it was agreed at
17 the urging of Mr. Moskowitz and his colleagues that they
18 need not even be reviewed, other than verifying through
19 electronic means or otherwise that they were from or two a
20 party's counsel.
21        And I'm not sure that I covered that in my letter
22 and I just wanted to add that and obviously answer any
23 questions the Court may have.
24        THE COURT:  I -- I do have a few questions, Mr.
25 Zensky, and I'm looking at the privilege log.  My first is

1  with respect to Item 4.

2         MR. ZENSKY:  Yes, Your Honor.

3         THE COURT:  Okay.  It's -- it's -- it's an email,

4  which is both to and from Mr. Brodsky, and the description

5  is "email attaching draft letter created with assistance of

6  and for review by counsel."  Can you -- can you offer me any

7  more information?

8         MR. ZENSKY:  Yes, Your Honor.  This was a draft

9  letter that Mr. Brodsky and Aurelius worked on with Friedman

10 Kaplan and I guess the counsel could have been listed in the

11 far right side of that, but they were not on the email

12 chain.  I guess that's why they're not listed.  But that was

13 the counsel that was consulted in connection with the

14 preparation of this draft and, of course, the final letter

15 was delivered and was produced in discovery.

16        THE COURT:  Okay.  Let me direct your attention

17 to Item 13.

18        MR. ZENSKY:  Yes, Your Honor.

19        THE COURT:  The email refers to an attached --

20 well, put it this way, the privilege log describes an

21 attached analysis, but that is not included in the item.  Is

22 this one of those matters that in your most recent letter

23 you said had already been turned over?

24        MR. ZENSKY:  The answer I think, Your Honor, is

25 yes and no.  It's not one of the ones that was provided

9

1   yesterday to Mr. Moskowitz.  We have produced a dozen or
2   more -- I'm sorry.  I don't have the exact number at my
3   fingerprints -- of our internal models.  Some of them were
4   withheld on the basis of work product and attorney/client
5   because there are certain ones that were prepared and
6   changes made in consultation with counsel.  And you can see
7   on this one there is correspondence between Mr. Priedo and
8   Mr. Dublin in connection with -- with the attachment to this
9   one.
10            So I don't believe that the attachment that's
11  referred to in Item 13 has been produced.
12            THE COURT:  Okay.  Let me direct your attention
13  to Item Number 23.
14            MR. ZENSKY:  Yes, Your Honor, I have it.
15            THE COURT:  Can you explain to me a little bit
16  more about the attachment and how it came to be?
17            MR. ZENSKY:  I believe that this is an attachment
18  that would fit the description I was talking about a moment
19  ago.  There are many models and attachments like this that
20  have been produced.  There are some that specific changes
21  were made to upon consultation or at the direction of
22  counsel.  In this case it was upon discussion with both
23  Friedman Kaplan and Akin Gump, and that -- that's the
24  description of the attachment.
25            THE COURT:  Okay.  That -- that is the extent of

1   the questions I have.  I will simply note for the record
2   that I did review every other document that was provided in
3   the binder which went beyond that which Mr. Moskowitz had
4   asked for.
5              And based upon what I have reviewed I -- I
6   largely, frankly, think  what Aurelius has been telling the
7   Court is true and while in your most recent letter, Mr.
8   Moskowitz, you say you wanted two things:  One was a -- to
9   find out where the Court stood on its review.  That I've now
10  told you; secondly, was to determine what further action
11  should be taken.  At this point the Court is not inclined to
12  take further action, but I -- I will hear you since it was
13  at your instance this conference call was convened.
14             MR. MOSKOWITZ:  Thank you, Your Honor.
15             This is -- for the record, this is Elliot
16  Moskowitz representing JP Morgan.  Just a few comments, Your
17  Honor, and, obviously, I'm at a disadvantage in the sense
18  that I haven't seen the documents that were reviewed in
19  camera, but, of course, that is -- that is how the exercise
20  works.  Let me just make a few comments, both with respect
21  to what Your Honor just said and then, also, just very
22  briefly to respond to a couple of the things that were in
23  Mr. Zensky's letter because I do think it informs the
24  discussion and the way forward.
25             With -- with respect to what Your Honor just

1  said, I think some of the -- there are certain things that,
2  I guess, are not in dispute.  What's not in dispute is that
3  we -- what the Court has reviewed is -- is a sample of a
4  sample, right?  The privilege log that was created as a test
5  is itself a test, and then we just took a small sample from
6  that -- what was already a sample.
7       And so of the twenty-five, I do think it speaks
8  volumes that three, we can all agree, were not privileged
9  and perhaps even -- even if Your Honor is largely in
10 agreement that a number of the other documents are
11 privileged, even if there's one or two additional documents
12 that really are not privileged, I do think it raises
13 questions about their production, particularly because this
14 is not just some random sampling that was pulled, you know,
15 in the first instance from their production.  They spent two
16 weeks prior to this looking at these documents carefully
17 before they created this log, and that was the opportunity
18 where it was time to actually undo any mistakes.
19      And the fact that they stood by their privilege
20 claims, including with respect to some documents that they
21 admit now are not privileged, until those documents were
22 submitted to the Court simply causes us to have grave
23 questions about whether if the sample is even infirmed, what
24 do we say about the rest of the 5,700 documents that they're
25 sitting on.

1             THE COURT:  Well, Mr. --

2             MR. MOSKOWITZ:  That -- that's why we have those

3  --

4             THE COURT:  -- Moskowitz, let me ask you to pause

5  for a moment and I'll just say this.  You know, over time

6  I've conducted a number of in camera reviews and I don't

7  think I remember a single instance in which I found that the

8  privilege was claimed properly in every single case.  There

9  always are a couple of documents that -- that I've

10 discovered or concluded aren't -- aren't covered by a

11 privilege.  So the fact that a couple of documents turned

12 up, I mean, is not -- is not troubling to me.

13            MR. MOSKOWITZ:  Okay.  Fair enough, Your Honor.

14            And then just, I guess, two other factual

15 comments that I would like to make based on the letter that

16 Mr. Zensky provided to you because I do think, again, it

17 informs the way forward, aside from this particular

18 discussion that we're having now.

19            When they say that they've produced 70,000 pages

20 from their computer share drive, I would just simply note

21 that much of their production consists of copies of the

22 examiner report, various copies of the plan and various

23 copies of the pleadings.  I do -- I agree with them that

24 they've only produced dozens of substantive emails and I --

25 and I take their point that they -- if -- if this is where

1   it ends up that -- and I'm just quoting from their letter --
2   that very little of what Aurelius has been communicating
3   about during that time was not privileged.
4              In other words just about -- if we're concluding
5   -- if it is the case that just about all of their documents,
6   in fact, are privileged, then that perhaps raises
7   consequences to them which we'll need to explore further
8   about whether they can identify -- if they can proffer
9   witnesses who on the one hand they're saying all of their
10  communications were privileged virtually, and on the other
11  hand can testify at a trial, essentially a sword and shield
12  problem, which we're happy to address at a future time.
13             And then, finally, Your Honor, with respect to
14  the models, Mr. Zensky noted that -- I think he made a
15  reference to the fact that dozens of models were produced.
16  That's actually not accurate.  To our knowledge and
17  understanding exactly six models were produced and numerous
18  others, we understand, were withheld on the basis of
19  privilege.  The same thing with the notebooks, they were --
20  they refer in the letter to hundred-page handwritten
21  notebooks.  As Your Honor knows, much of those notebooks are
22  redacted and, again, if they -- if the result of this is
23  that they stand on their claims of privilege with respect to
24  all that material and that's not going to be dislodged, then
25  they may have consequences in other context.

1              Thank you, Your Honor.
2              THE COURT:  All right.  Is there anything further
3  for today?
4              (No audible response)
5              THE COURT:  Thank you all very much.  That
6  concludes this hearing.  The Court will stand adjourned.
7         (Whereupon at 2:43 p.m., the hearing was adjourned)
8
9
10                         CERTIFICATION
11         I   certify   that   the   foregoing   is   a   correct
12  transcript   from   the   electronic   sound   recording   of   the
13  proceedings in the above-entitled matter.
14
15
16
17  Sherri Breach                          March 6, 2011
18  AAERT Cert. No. 397
19  Certified Court Transcriptionist

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141-kjc**(1) 1:5 | | **avenue**(5) 2:21 2:46 4:35 5:17 5:33 | | **cleary**(1) 5:7 | | **discussion**(3) 9:22 10:24 12:18 | |
| **about**(9) 9:16 9:18 11:13 11:23 11:24 13:3 13:4 13:5 13:8 | | **bank**(1) 4:47 | | **clock**(1) 7:6 | | **dislodged**(1) 13:24 | |
| | | **bankruptcy**(2) 1:1 1:20 | | **close**(1) 7:4 | | **dispute**(2) 11:2 11:2 | |
| | | **based**(2) 10:5 12:15 | | **cobb**(1) 4:17 | | **district**(1) 1:2 | |
| **above-entitled**(1) 14:13 | | **basis**(2) 9:4 13:18 | | **cole**(1) 2:4 | | **docket**(1) 6:6 | |
| **accurate**(1) 13:16 | | **because**(5) 6:19 9:5 10:23 11:13 12:16 | | **colleagues**(1) 7:17 | | **docketed**(1) 6:5 | |
| **action**(2) 10:10 10:12 | | **been**(8) 6:20 7:5 8:10 8:23 9:11 9:20 10:6 13:2 | | **colleen**(1) 1:30 | | **document**(1) 10:2 | |
| **actually**(2) 11:18 13:16 | | | | **comments**(3) 10:16 10:20 12:15 | | **documents**(15) 6:13 6:16 6:20 7:15 7:16 10:18 11:10 11:11 11:16 11:20 11:21 11:24 12:9 12:11 13:5 | |
| **adam**(1) 4:18 | | | | **committee**(2) 4:4 5:22 | | | |
| **add**(3) 6:23 7:3 7:22 | | **before**(3) 1:19 6:21 11:17 | | **communicating**(1) 13:2 | | | |
| **additional**(1) 11:11 | | **behalf**(1) 6:9 | | **communications**(1) 13:10 | | | |
| **address**(1) 13:12 | | **believe**(3) 7:15 9:10 9:17 | | **company**(2) 1:8 2:12 | | **don**(1) 2:14 | |
| **adelman**(1) 3:22 | | **believed**(1) 7:11 | | **computer**(1) 12:20 | | **don't**(3) 9:2 9:10 12:6 | |
| **adjourned**(2) 14:6 14:7 | | **bendernagel**(1) 1:26 | | **conaway**(1) 5:4 | | **dorr**(1) 5:31 | |
| **admit**(1) 11:21 | | **benjamin**(1) 2:20 | | **concerning**(1) 6:10 | | **doug**(1) 4:7 | |
| **aert**(1) 14:18 | | **bennett**(1) 5:14 | | **conclude**(1) 6:19 | | **dozen**(1) 9:1 | |
| **afternoon**(1) 6:2 | | **benson**(1) 3:41 | | **concluded**(1) 12:10 | | **dozens**(2) 12:24 13:15 | |
| **again**(2) 12:16 13:22 | | **berry**(1) 3:7 | | **concludes**(1) 14:6 | | **draft**(3) 8:5 8:8 8:14 | |
| **agenda**(1) 6:15 | | **between**(2) 6:9 9:7 | | **concluding**(1) 13:4 | | **drive**(1) 12:20 | |
| **ago**(1) 9:19 | | **beyond**(1) 10:3 | | **conducted**(1) 12:6 | | **dublin**(1) 9:8 | |
| **agree**(2) 11:8 12:23 | | **bifferato**(1) 3:34 | | **conference**(3) 6:8 6:19 10:13 | | **ducayet**(1) 1:28 | |
| **agreed**(1) 7:16 | | **bill**(1) 3:14 | | **conlan**(1) 1:25 | | **during**(1) 13:3 | |
| **agreement**(1) 11:10 | | **binder**(1) 10:3 | | **connection**(2) 8:13 9:8 | | **earlier**(1) 6:4 | |
| **agudelo**(1) 4:34 | | **bit**(1) 9:15 | | **consequences**(2) 13:7 13:25 | | **ecro**(1) 1:45 | |
| **akin**(3) 3:4 7:2 9:23 | | **blake**(1) 5:7 | | **consists**(1) 12:21 | | **either**(1) 6:23 | |
| **all**(6) 11:8 13:5 13:9 13:24 14:2 14:5 | | **board**(1) 5:23 | | **consultation**(2) 9:6 9:21 | | **eldersveld**(1) 2:13 | |
| **allison**(1) 1:37 | | **boelter**(1) 1:27 | | **consulted**(1) 8:13 | | **electronic**(3) 1:53 7:19 14:12 | |
| **already**(2) 8:23 11:6 | | **both**(4) 6:6 8:4 9:22 10:20 | | **context**(1) 13:25 | | **elizabeth**(1) 2:44 | |
| **also**(1) 10:21 | | **bottom**(1) 6:8 | | **continued**(5) 1:43 2:2 3:2 4:2 5:2 | | **elliot**(2) 2:19 10:15 | |
| **always**(1) 12:9 | | **bowden**(1) 3:14 | | **convened**(1) 10:13 | | **email**(6) 7:7 7:10 8:3 8:5 8:11 8:19 | |
| **amanda**(1) 3:15 | | **box**(1) 3:17 | | **conveyed**(1) 6:24 | | **emails**(2) 7:8 12:24 | |
| **america**(1) 4:47 | | **brady**(1) 5:6 | | **copies**(3) 12:21 12:22 12:23 | | **ends**(1) 13:1 | |
| **americas**(1) 2:46 | | **brandon**(1) 1:45 | | **correct**(1) 14:11 | | **enough**(1) 12:13 | |
| **amy**(1) 2:41 | | **brandywine**(1) 5:8 | | **correspondence**(1) 9:7 | | **entities**(1) 2:38 | |
| **analysis**(1) 8:21 | | **breach**(1) 14:17 | | **corroon**(1) 4:39 | | **esq**(60) 1:25 1:26 1:27 1:28 1:29 1:30 1:31 1:32 1:33 1:34 1:35 1:36 1:37 1:38 2:6 2:7 2:19 2:20 2:26 2:33 2:40 2:41 2:42 2:43 2:44 2:45 3:5 3:6 3:7 3:8 3:14 3:15 3:23 3:35 3:43 3:44 4:6 4:7 4:8 4:9 4:10 4:11 4:12 4:18 4:19 4:25 4:26 4:27 4:34 4:40 4:48 4:49 5:6 5:7 5:14 5:15 5:16 5:24 5:25 5:32 | |
| **and**(65) 2:11 2:24 3:12 3:20 3:27 3:40 4:16 4:23 4:38 5:12 6:10 6:11 6:12 6:16 6:22 7:2 7:4 7:9 7:12 7:14 7:17 7:21 7:22 7:22 7:25 8:4 8:4 8:6 8:9 8:10 8:14 8:15 8:25 9:4 9:5 9:6 9:7 9:16 9:19 9:23 9:23 10:5 10:7 10:17 10:21 10:24 11:5 11:7 11:9 11:11 11:19 12:5 12:6 12:14 12:22 12:24 12:25 13:1 13:10 13:11 13:13 13:16 13:17 13:22 13:24 | | **briefly**(1) 10:22 | | **could**(1) 8:10 | | | |
| | | **broadway**(2) 3:24 3:45 | | **counsel**(7) 6:15 7:20 8:6 8:10 8:13 9:6 | | | |
| | | **brodsky**(2) 8:4 8:9 | | **couple**(3) 10:22 12:9 12:11 | | | |
| | | **brown**(1) 2:32 | | **course**(2) 8:14 10:19 | | | |
| | | **bruce**(1) 5:14 | | **court**(23) 1:1 6:2 6:8 6:15 6:16 7:23 7:24 8:3 8:16 8:19 9:12 9:15 9:25 10:7 10:9 10:11 11:3 11:22 12:1 12:4 14:2 14:5 14:6 | | | |
| | | **bryan**(1) 1:32 | | | | | |
| | | **bryant**(1) 3:9 | | | | | |
| | | **building**(1) 5:8 | | | | | |
| | | **bush**(1) 4:25 | | **courtroom**(1) 1:11 | | **essentially**(1) 13:11 | |
| **anderson**(1) 4:39 | | **but**(9) 6:21 7:5 7:11 7:16 8:11 8:12 8:21 10:12 10:19 | | **covered**(2) 7:21 12:10 | | **even**(5) 7:18 11:9 11:9 11:11 11:23 | |
| **andrew**(3) 2:42 2:43 4:26 | | | | **created**(3) 8:5 11:4 11:17 | | **every**(3) 7:10 10:2 12:8 | |
| **angeles**(1) 5:19 | | | | **creditors**(1) 4:5 | | **exact**(1) 9:2 | |
| **angelo**(1) 5:30 | | **call**(2) 6:8 10:13 | | **cutler**(1) 5:30 | | **exactly**(1) 13:17 | |
| **answer**(2) 7:22 8:24 | | **came**(1) 9:16 | | **daniel**(4) 3:6 4:19 4:48 4:49 | | **examiner**(1) 12:22 | |
| **any**(5) 6:21 7:15 7:22 8:6 11:18 | | **camera**(3) 6:21 10:19 12:6 | | **data**(1) 1:47 | | **exercise**(1) 10:19 | |
| **anything**(2) 6:22 14:2 | | **camps**(1) 7:13 | | **dave**(1) 2:13 | | **expert**(1) 7:5 | |
| **apart**(1) 6:23 | | **can**(8) 8:6 8:6 9:6 9:15 11:8 13:8 13:8 13:11 | | **david**(6) 1:35 3:5 3:44 4:8 5:24 7:1 | | **explain**(1) 9:15 | |
| **apologize**(1) 7:4 | | | | **davis**(2) 2:18 2:40 | | **explore**(1) 13:7 | |
| **appearances**(1) 1:43 | | | | **day**(1) 5:23 | | **extent**(1) 9:25 | |
| **are**(13) 7:8 7:9 9:5 9:19 9:20 11:1 11:2 11:10 11:12 11:21 12:9 13:6 13:21 | | **candice**(1) 1:31 | | **dcl**(1) 6:10 | | **fact**(4) 11:19 12:11 13:6 13:15 | |
| | | **cantor**(1) 4:48 | | **dearborn**(1) 1:39 | | **factual**(1) 12:14 | |
| | | **capital**(3) 3:4 3:28 7:2 | | **debenture**(1) 3:34 | | **fair**(1) 12:13 | |
| **aren't**(2) 12:10 12:10 | | **carefully**(1) 11:16 | | **deborah**(1) 3:8 | | **far**(1) 8:11 | |
| **around**(1) 7:6 | | **carey**(2) 1:19 6:2 | | **debtors**(4) 1:13 1:24 2:4 7:14 | | **farther**(1) 6:21 | |
| **ashby**(1) 3:13 | | **case**(4) 1:5 9:22 12:8 13:5 | | **delaware**(5) 1:2 1:13 2:8 3:16 6:1 | | **feld**(2) 3:4 7:2 | |
| **ashley**(1) 4:6 | | **causes**(1) 11:22 | | **delivered**(1) 8:15 | | **few**(3) 7:24 10:16 10:20 | |
| **aside**(1) 12:17 | | **cert**(1) 14:18 | | **depositions**(1) 7:6 | | **fifty**(1) 7:10 | |
| **ask**(2) 6:22 12:4 | | **certain**(3) 6:13 9:5 11:1 | | **describes**(1) 8:20 | | **final**(1) 8:14 | |
| **asked**(1) 10:4 | | **certification**(1) 14:10 | | **description**(3) 8:4 9:18 9:24 | | **finally**(1) 13:13 | |
| **asks**(1) 6:8 | | **certify**(1) 14:11 | | **determine**(1) 10:10 | | **find**(1) 10:9 | |
| **assistance**(1) 8:5 | | **chadbourne**(1) 4:5 | | **deutsch**(1) 4:7 | | **finger**(1) 2:25 | |
| **attached**(2) 8:19 8:21 | | **chain**(1) 8:12 | | **dewey**(1) 5:13 | | **fingerprints**(1) 9:3 | |
| **attaching**(1) 8:5 | | **chambers**(1) 6:21 | | **diaz**(1) 1:47 | | **first**(2) 7:25 11:15 | |
| **attachment**(5) 9:8 9:10 9:16 9:17 9:24 | | **changes**(2) 9:6 9:20 | | **did**(3) 6:19 7:10 10:2 | | **fit**(1) 9:18 | |
| **attachments**(1) 9:19 | | **chapter**(1) 1:9 6:3 | | **dieterich**(1) 2:41 | | **floor**(3) 3:30 4:43 5:9 | |
| **attention**(2) 8:16 9:12 | | **charlie**(1) 5:32 | | **direct**(2) 8:16 9:12 | | **for**(23) 1:2 1:24 2:4 2:18 2:32 2:38 3:4 3:34 4:4 4:33 4:47 5:4 5:22 5:30 6:18 6:21 7:2 8:6 10:1 10:4 10:15 12:5 14:3 | |
| **attorney**(1) 7:11 | | **chicago**(2) 1:40 5:27 | | **directed**(1) 6:15 | | | |
| **attorney/client**(2) 7:15 9:4 | | **choose**(1) 6:16 | | **direction**(1) 9:21 | | | |
| **attorneys**(1) 7:9 | | **christine**(1) 3:43 | | **directors**(1) 5:23 | | **foregoing**(1) 14:11 | |
| **audible**(1) 14:4 | | **citi**(1) 2:38 | | **disadvantage**(1) 10:17 | | **forman**(1) 2:4 | |
| **aurelius**(7) 3:4 3:28 6:10 7:2 8:9 10:6 | | **claim**(2) 6:11 6:12 | | **discovered**(1) 12:10 | | **forward**(2) 10:24 12:17 | |
| **austin**(1) 1:24 | | **claimed**(2) 6:17 12:8 | | **discovery**(1) 8:15 | | **found**(1) 12:7 | |
| **ave**(3) 2:8 3:16 3:30 | | **claims**(2) 11:20 13:23 | | **discuss**(1) 6:9 | | **fox**(1) 3:23 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **frankly**(1) | 10:6 | **jump**(1) | 6:7 | **mills**(1) | 1:36 | **potter**(1) | 4:39 |
| **friday**(1) | 6:1 | **just**(15) | 6:7  7:22  10:16  10:20  10:21  10:21 | **mistakes**(1) | 11:18 | **ppearances**(5) | 1:22  2:1  3:1  4:1  5:1 |
| **friedman**(4) | 3:21  3:42  8:9  9:23 | | 10:25  11:5  11:14  12:5  12:14  12:20  13:1 | **models**(5) | 9:3  9:19  13:14  13:15  13:17 | **preliminarily**(1) | 6:22 |
| **from**(12) | 6:4  6:16  6:24  7:16  7:19  8:4  11:5 | | 13:4  13:5 | **moment**(2) | 9:18  12:5 | **preparation**(3) | 6:11  6:12  8:14 |
| | 11:15  12:17  12:20  13:1  14:12 | | | **montenegro**(1) | 3:43 | **prepared**(1) | 9:5 |
| | | **kaminetzky**(1) | 2:20 | **more**(5) | 7:6  7:10  8:7  9:2  9:16 | **previously**(1) | 7:12 |
| **further**(4) | 10:10  10:12  13:7  14:2 | **kansa**(1) | 1:29 | **morgan**(2) | 2:18  10:16 | **priedo**(1) | 9:7 |
| **future**(1) | 13:12 | **kaplan**(3) | 3:21  8:10  9:23 | **moskowitz**(13) | 2:19  6:5  6:23  7:7  7:17  9:1 | **prior**(1) | 11:16 |
| **garrison**(1) | 2:39 | **kasowitz**(1) | 3:41 | | 10:3  10:8  10:14  10:16  12:2  12:4  12:13 | **privilege**(11) | 6:11  6:13  7:15  7:25  8:20 |
| **garvan**(1) | 3:35 | **kate**(1) | 2:7 | | | | 11:4  11:19  12:8  12:11  13:19  13:23 |
| **gary**(1) | 2:15 | **kaye**(1) | 4:33 | **moskowitz's**(2) | 6:7  6:18 | | |
| **geddes**(1) | 3:13 | **ken**(1) | 1:29 | **most**(2) | 8:22  10:7 | **privileged**(9) | 6:17  7:11  11:8  11:11  11:12 |
| **gentilotti**(1) | 3:34 | **kenney**(1) | 1:30 | **much**(3) | 12:21  13:21  14:5 | | 11:21  13:3  13:6  13:10 |
| **going**(1) | 13:24 | **kerriann**(1) | 1:36 | **myers**(1) | 4:47 | | |
| **golden**(1) | 3:6 | **kevin**(2) | 1:19  1:33 | **need**(2) | 7:18  13:7 | **problem**(1) | 13:12 |
| **goldfarb**(1) | 4:26 | **king**(2) | 2:28  3:36 | **new**(11) | 2:22  2:35  2:47  3:10  3:25  3:31 | **proceeding**(1) | 6:3 |
| **good**(1) | 6:2 | **kira**(1) | 2:40 | | 3:46  4:14  4:36  4:52  5:34 | **proceedings**(3) | 1:18  1:53  14:13 |
| **gordon**(3) | 2:42  5:4  5:30 | **kline**(1) | 1:31 | | | **produced**(9) | 1:54  8:15  9:1  9:11  9:20 |
| **graem**(1) | 4:25 | **know**(3) | 7:5  11:14  12:5 | **newman**(1) | 3:8 | | 12:19  12:24  13:15  13:17 |
| **grand**(1) | 5:17 | **knowledge**(1) | 13:16 | **norman**(1) | 2:6 | | |
| **grave**(1) | 11:22 | **knows**(1) | 13:21 | **north**(3) | 2:28  3:36  4:42 | **product**(1) | 9:4 |
| **gregory**(1) | 3:23 | **krakauer**(1) | 1:32 | **not**(20) | 7:10  7:13  7:18  7:21  8:11  8:12 | **production**(3) | 11:13  11:15  12:21 |
| **guess**(4) | 8:10  8:12  11:2  12:14 | **landis**(2) | 4:17  4:18 | | 8:21  8:25  10:11  11:2  11:2  11:8  11:12 | **proffer**(1) | 13:8 |
| **gump**(3) | 3:4  7:2  9:23 | **lantry**(1) | 1:33 | | 11:14  11:21  12:12  12:12  13:3  13:16  13:24 | **properly**(1) | 12:8 |
| **had**(3) | 6:20  8:23  10:3 | **largely**(2) | 10:6  11:9 | | | **proponents**(1) | 6:10 |
| **hale**(1) | 5:31 | **laurie**(1) | 4:40 | **note**(2) | 10:1  12:20 | **provided**(3) | 8:25  10:2  12:16 |
| **hand**(2) | 13:9  13:11 | **law**(1) | 3:34 | **notebooks**(3) | 13:19  13:21  13:21 | **pulled**(1) | 11:14 |
| **handwritten**(1) | 13:20 | **layton**(1) | 2:25 | **noted**(1) | 13:14 | **put**(1) | 8:20 |
| **happy**(1) | 13:12 | **lebouef**(1) | 5:13 | **now**(4) | 7:9  10:9  11:21  12:18 | **questions**(5) | 7:23  7:24  10:1  11:13  11:23 |
| **harrisburg**(1) | 1:49 | **lemay**(1) | 4:8 | **number**(8) | 6:5  6:6  6:15  7:8  9:2  9:13 | **quoting**(1) | 13:1 |
| **has**(6) | 6:5  7:14  9:11  10:6  11:3  13:2 | **leonard**(1) | 2:5 | | 11:10  12:6 | **raises**(2) | 11:12  13:6 |
| **hauer**(2) | 3:4  7:2 | **less**(1) | 7:6 | | | **random**(1) | 11:14 |
| **have**(19) | 6:6  6:23  6:25  7:9  7:9  7:10  7:12 | **let**(5) | 6:22  8:16  9:12  10:20  12:4 | **numerous**(1) | 13:17 | **rath**(2) | 4:17  4:19 |
| | 7:23  7:24  8:10  9:1  9:2  9:14  9:20  10:1 | **letter**(14) | 6:4  6:7  7:4  7:8  7:21  8:5  8:9 | **o'melveny**(1) | 4:47 | **read**(1) | 6:25 |
| | 10:5  11:22  12:2  13:25 | | 8:14  8:22  10:7  10:23  12:15  13:1  13:20 | **oaktree/angelo**(1) | 5:4 | **really**(1) | 11:12 |
| | | | | **obviously**(2) | 7:22  10:17 | **received**(1) | 6:4 |
| **haven't**(1) | 10:18 | **letters**(2) | 6:7  6:24 | **offer**(1) | 8:6 | **recent**(2) | 8:22  10:7 |
| **having**(1) | 12:18 | **level**(1) | 3:37 | **official**(1) | 4:4 | **record**(3) | 6:3  10:1  10:15 |
| **hear**(1) | 10:12 | **levy**(1) | 2:43 | **okay**(5) | 8:3  8:16  9:12  9:25  12:13 | **recorded**(1) | 1:53 |
| **hearing**(4) | 6:14  7:5  14:6  14:7 | **lexington**(1) | 2:21 | **one**(12) | 1:39  2:27  3:9  6:19  7:14  8:22  8:25 | **recording**(2) | 1:53  14:12 |
| **hercules**(1) | 4:41 | **liebentritt**(1) | 2:14 | | 9:7  9:9  10:8  11:11  13:9 | **redacted**(1) | 13:22 |
| **his**(2) | 7:8  7:17 | **like**(2) | 9:19  12:15 | | | **refer**(1) | 13:20 |
| **honor**(16) | 7:1  7:7  8:2  8:8  8:18  8:24  9:14 | **listed**(3) | 6:14  8:10  8:12 | **ones**(2) | 8:25  9:5 | **reference**(1) | 13:15 |
| | 10:14  10:17  10:21  10:25  11:9  12:13  13:13 | **little**(2) | 9:15  13:2 | **ongoing**(1) | 6:9 | **referred**(1) | 9:11 |
| | 13:21  14:1 | **llp**(4) | 1:24  2:39  4:5  4:33 | **only**(3) | 7:3  7:13  12:24 | **refers**(2) | 7:8  8:19 |
| | | **log**(5) | 6:12  7:25  8:20  11:4  11:17 | **opportunity**(1) | 11:17 | **remember**(1) | 12:7 |
| **honorable**(1) | 1:19 | **logged**(2) | 7:9  7:14 | **other**(10) | 7:7  7:13  7:14  7:18  10:2  11:10 | **report**(1) | 12:22 |
| **how**(2) | 9:16  10:19 | **logs**(1) | 7:14 | | 12:14  13:4  13:10  13:25 | **representing**(1) | 10:16 |
| **howard**(1) | 4:12 | **looking**(2) | 7:25  11:16 | | | **request**(1) | 6:18 |
| **hundred-page**(1) | 13:20 | **los**(1) | 5:19 | **others**(1) | 13:18 | **respect**(9) | 6:12  6:13  7:13  8:1  10:20  10:25 |
| **i'll**(2) | 6:7  12:5 | **ludwig**(1) | 1:34 | **otherwise**(1) | 7:19 | | 11:20  13:13  13:23 |
| **i'm**(5) | 7:21  7:25  9:2  10:17  13:1 | **lynch**(1) | 4:33 | **our**(4) | 7:3  7:11  9:3  13:16 | | |
| **i've**(3) | 10:9  12:6  12:9 | **lynn**(1) | 5:25 | **out**(1) | 10:9 | **respond**(1) | 10:22 |
| **identify**(1) | 13:8 | **made**(3) | 9:6  9:21  13:14 | **over**(2) | 8:23  12:5 | **responded**(1) | 6:6 |
| **illinois**(1) | 5:27 | **madison**(1) | 3:30 | **p.a**(1) | 2:5 | **response**(1) | 14:4 |
| **inclined**(1) | 10:11 | **make**(2) | 10:20  12:15 | **p.m**(3) | 1:16  6:1  14:7 | **rest**(1) | 11:24 |
| **included**(1) | 8:21 | **management**(2) | 3:28  7:3 | **p.o**(1) | 3:17 | **result**(1) | 13:22 |
| **including**(1) | 11:20 | **many**(1) | 9:19 | **pages**(1) | 12:19 | **review**(6) | 6:20  6:21  7:11  8:6  10:2  10:9 |
| **infirmed**(1) | 11:23 | **marc**(2) | 4:6  4:10 | **park**(3) | 3:9  4:35  5:33 | **reviewed**(5) | 6:6  7:18  10:5  10:18  11:3 |
| **information**(1) | 8:7 | **march**(4) | 1:15  6:1  6:14  14:17 | **parke**(1) | 4:5 | **reviews**(1) | 12:6 |
| **informs**(2) | 10:23  12:17 | **market**(3) | 1:12  4:20  4:42 | **particular**(1) | 12:17 | **richards**(1) | 2:25 |
| **initially**(1) | 6:11 | **martin**(1) | 2:33 | **particularly**(1) | 11:13 | **rifkind**(1) | 2:38 |
| **instance**(3) | 10:13  11:15  12:7 | **marvin**(1) | 5:25 | **parties**(1) | 7:12 | **right**(3) | 8:11  11:4  14:2 |
| **internal**(1) | 9:3 | **material**(1) | 13:24 | **party's**(1) | 7:20 | **robert**(3) | 2:26  4:11  5:6 |
| **issues**(1) | 6:9 | **matter**(2) | 6:14  14:13 | **paul**(1) | 2:38 | **rockefeller**(1) | 4:13 |
| **it's**(5) | 7:1  8:3  8:3  8:3  8:25 | **matters**(1) | 8:22 | **pause**(2) | 6:22  12:4 | **rodney**(1) | 2:27 |
| **item**(6) | 6:15  8:1  8:17  8:21  9:11  9:13 | **matthew**(1) | 3:29 | **pennock**(1) | 2:45 | **roitman**(1) | 4:10 |
| **its**(1) | 10:9 | **may**(2) | 7:23  13:25 | **pennsylvania**(1) | 1:49 | **rosner**(1) | 3:44 |
| **itself**(1) | 11:5 | **mccarthy**(1) | 1:45 | **percent**(1) | 7:10 | **rudnick**(1) | 2:32 |
| **james**(5) | 1:25  1:26  1:28  4:27  5:15 | **mccolm**(1) | 2:44 | **perhaps**(2) | 11:9  13:6 | **said**(3) | 8:23  10:21  11:1 |
| **jeffrey**(1) | 1:38 | **mccormack**(1) | 4:9 | **period**(1) | 7:16 | **same**(1) | 13:19 |
| **jessica**(1) | 1:27 | **mcdaniel**(1) | 3:35 | **pernick**(1) | 2:6 | **sample**(5) | 11:3  11:4  11:5  11:6  11:23 |
| **jillian**(1) | 1:34 | **mean**(1) | 12:12 | **pickering**(1) | 5:30 | **sampling**(1) | 11:14 |
| **john**(1) | 3:7 | **means**(1) | 7:19 | **plan**(3) | 6:10  7:16  12:22 | **say**(5) | 6:18  10:8  11:24  12:5  12:19 |
| **johnston**(1) | 5:15 | **meisel**(1) | 2:4 | **platt**(1) | 5:32 | **saying**(1) | 13:9 |
| **jonathan**(1) | 4:34 | **merrill**(1) | 4:33 | **plaza**(3) | 3:37  4:13  4:41 | **schedule**(1) | 6:8 |
| **jones**(1) | 5:23 | **mester**(1) | 5:16 | **pleadings**(1) | 12:23 | **scholer**(1) | 4:33 |
| **joshua**(1) | 5:16 | **miles**(1) | 1:35 | **point**(2) | 10:11  12:25 | **schotz**(1) | 2:4 |
| **judge**(2) | 1:20  6:2 | | | **polk**(1) | 2:18 | **schuylkill**(1) | 1:48 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| schwinger(1) 4:11 | | that(77) 6:8 6:15 6:18 6:20 6:23 6:24 7:3 7:4 7:7 7:9 7:10 7:13 7:17 7:19 7:21 7:2 7:22 8:9 8:11 8:12 8:13 8:21 8:22 8:25 9:5 9:10 9:17 9:18 9:19 9:20 9:23 9:25 9:25 10:2 10:2 10:3 10:9 10:18 10:18 10:19 10:19 10:22 11:1 11:2 11:4 11:6 11:8 11:10 11:12 11:14 11:17 11:19 11:20 11:24 12:2 12:7 12:9 12:9 12:11 12:15 12:15 12:18 12:19 12:21 12:23 12:25 13: 13:2 13:3 13:5 13:6 13:14 13:15 13:23 13:24 14:5 14:11 | | undo(1) 11:18 | | your(21) 7:1 7:7 8:2 8:8 8:16 8:18 8:22 8:24 9:12 9:14 10:7 10:13 10:14 10:16 10:21 10:25 11:9 12:13 13:13 13:21 14:1 | |
| secondly(1) 10:10 | | | | united(2) 1:1 1:20 | | | |
| see(1) 9:6 | | | | unsecured(1) 4:5 | | | |
| seen(1) 10:18 | | | | until(1) 11:21 | | | |
| seife(1) 4:12 | | | | upon(4) 7:11 9:21 9:22 10:5 | | zensky(14) 3:5 6:5 6:23 7:1 7:1 7:25 8:2 8:8 8:18 8:24 9:14 9:17 12:16 13:14 | |
| seiler(1) 3:21 | | | | urging(1) 7:17 | | | |
| sense(1) 10:17 | | | | various(2) 12:22 12:22 | | | |
| sent(1) 7:4 | | | | verifying(1) 7:18 | | zensky's(1) 10:23 | |
| series(1) 6:16 | | | | very(3) 10:21 13:2 14:5 | | zloto(1) 3:29 | |
| service(2) 1:47 1:54 | | | | virtually(1) 13:10 | | zuckerman(1) 4:24 | |
| services(1) 1:47 | | | | volumes(1) 11:8 | | | |
| seven(1) 2:34 | | | | wacker(1) 5:26 | | | |
| shafer(1) 5:24 | | that's(6) 8:12 9:10 9:23 12:2 13:16 13:24 | | wanted(2) 7:22 10:8 | | | |
| shamah(1) 4:49 | | the(116) 1:1 1:2 1:19 1:24 2:4 2:46 5:8 5:22 6:2 6:3 6:3 6:7 6:8 6:9 6:9 6:10 6:10 6:12 6:14 6:15 6:16 6:20 7:3 7:4 7: 7:6 7:7 7:8 7:12 7:13 7:14 7:16 7:17 7:23 7:24 7:25 8:3 8:4 8:10 8:10 8:11 8:13 8:13 8:14 8:16 8:19 8:19 8:20 8:21 8:24 8:25 9:2 9:4 9:8 9:10 9:12 9:15 9:1 9:18 9:21 9:23 9:24 9:25 9:25 10:1 10:1 10:3 10:6 10:9 10:11 10:15 10:17 10:18 10:19 10:22 10:23 10:24 11:1 11:3 11:4 11:7 11:10 11:15 11:17 11:19 11:22 11:2 11:24 11:24 12:1 12:4 12:7 12:11 12:15 12:17 12:21 12:22 12:23 13:5 13:9 13:10 13:14 13:15 13:18 13:19 13:19 13:20 13:22 14:2 14:5 14:6 14:7 14:11 14:12 14:12 14:13 | | wardwell(1) 2:18 | | | |
| shannon(1) 2:45 | | | | was(25) 6:14 7:4 7:11 7:16 8:8 8:12 8:13 8:15 8:15 8:25 9:18 9:22 10:2 10:8 10:10 10:12 10:13 11:4 11:6 11:14 11:17 11:18 12:8 13:3 14:7 | | | |
| share(1) 12:20 | | | | | | | |
| sherri(1) 14:17 | | | | | | | |
| shield(1) 13:11 | | | | | | | |
| should(1) 10:11 | | | | | | | |
| side(1) 8:11 | | | | washington(1) 4:30 | | | |
| sidley(1) 1:24 | | | | way(3) 8:20 10:24 12:17 | | | |
| siegel(1) 2:33 | | | | we'll(1) 13:7 | | | |
| silverstein(1) 4:40 | | | | we're(4) 6:3 12:18 13:4 13:12 | | | |
| simply(3) 10:1 11:22 12:20 | | | | we've(1) 7:5 | | | |
| since(2) 6:5 10:12 | | | | weeks(1) 11:16 | | | |
| single(2) 12:7 12:8 | | | | weiss(1) 2:38 | | | |
| sitting(1) 11:25 | | | | weitman(1) 2:15 | | | |
| six(1) 13:17 | | | | well(3) 6:9 8:20 12:1 | | | |
| small(1) 11:5 | | | | went(1) 10:3 | | | |
| some(5) 9:3 9:20 11:1 11:14 11:20 | | their(11) 6:24 11:13 11:15 11:19 12:20 12:21 12:25 13:1 13:5 13:9 13:23 | | were(14) 7:19 8:11 9:3 9:5 9:21 10:18 10:22 11:8 11:21 13:10 13:15 13:17 13:18 13:19 | | | |
| sorry(1) 9:2 | | | | | | | |
| sottile(1) 4:27 | | | | | | | |
| sound(2) 1:53 14:12 | | them(3) 9:3 12:23 13:7 | | west(2) 5:9 5:26 | | | |
| south(2) 1:39 5:17 | | then(6) 10:21 11:5 12:14 13:6 13:13 13:24 | | wharton(1) 2:38 | | | |
| spaeder(1) 4:24 | | there(8) 7:13 9:5 9:7 9:19 9:20 11:1 12:8 14:2 | | what(9) 10:5 10:6 10:10 10:21 10:25 11:3 11:6 11:23 13:2 | | | |
| speaks(1) 11:7 | | | | | | | |
| special(1) 5:22 | | | | | | | |
| specific(1) 9:20 | | there's(2) 6:22 11:11 | | what's(1) 11:2 | | | |
| spent(1) 11:15 | | these(1) 11:16 | | when(1) 12:19 | | | |
| square(4) 2:27 2:34 4:50 4:51 | | they(16) 7:17 7:19 8:11 11:15 11:17 11:19 11:20 12:19 12:25 13:8 13:8 13:19 13:20 13:22 13:23 13:25 | | where(3) 10:9 11:18 12:25 | | | |
| stand(2) 13:23 14:6 | | | | whereupon(1) 14:7 | | | |
| stargatt(1) 5:4 | | | | whether(3) 6:22 11:23 13:8 | | | |
| states(2) 1:1 1:20 | | | | which(8) 6:24 6:24 8:4 10:3 10:3 12:7 13:7 13:12 | | | |
| ste(1) 2:8 | | they're(3) 8:12 11:24 13:9 | | | | | |
| stearn(1) 2:26 | | they've(3) 6:24 12:19 12:24 | | | | | |
| steen(1) 1:38 | | thing(2) 7:3 13:19 | | | | | |
| stickles(1) 2:7 | | things(3) 10:8 10:22 11:1 | | while(1) 10:7 | | | |
| stipulated(1) 7:12 | | think(9) 8:24 10:6 10:23 11:1 11:7 11:12 12:7 12:16 13:14 | | who(1) 13:9 | | | |
| stood(2) 10:9 11:19 | | | | why(2) 8:12 12:2 | | | |
| strauss(2) 3:4 7:2 | | | | will(4) 6:18 10:1 10:12 14:6 | | | |
| street(8) 1:12 1:48 2:28 3:36 4:20 4:28 4:42 5:9 | | this(23) 6:2 6:14 8:8 8:14 8:20 8:22 9:7 9:8 9:17 9:19 9:22 10:11 10:13 10:15 10:15 11:13 11:16 11:17 12:5 12:17 12:25 13:22 14:6 | | wilmer(1) 5:30 | | | |
| | | | | wilmington(10) 1:13 2:9 2:29 2:32 3:18 3:38 4:21 4:44 5:10 6:1 | | | |
| stromberg(1) 1:37 | | | | winfree(1) 3:15 | | | |
| submitted(1) 11:22 | | thomas(1) 4:9 | | with(20) 6:11 6:13 7:9 7:12 8:1 8:5 8:9 8:13 9:6 9:8 9:8 9:22 10:20 10:25 10:25 11:20 12:23 13:13 13:19 13:23 | | | |
| subsequent(1) 6:12 | | those(5) 6:17 8:22 11:21 12:2 13:21 | | | | | |
| substantive(1) 12:24 | | three(1) 11:8 | | | | | |
| suite(3) 4:20 4:29 5:18 | | through(1) 7:18 | | | | | |
| supplied(1) 6:20 | | time(6) 7:4 7:16 11:18 12:5 13:3 13:12 | | withheld(2) 9:4 13:18 | | | |
| supply(1) 6:16 | | timely(1) 6:19 | | witnesses(1) 13:9 | | | |
| sure(1) 7:21 | | times(3) 2:34 4:50 4:51 | | words(1) 13:4 | | | |
| sword(1) 13:11 | | today(2) 6:4 14:3 | | work(1) 9:4 | | | |
| take(2) 10:12 12:25 | | told(1) 10:10 | | worked(1) 8:9 | | | |
| taken(1) 10:11 | | took(1) 11:5 | | works(1) 10:20 | | | |
| talking(1) 9:18 | | torres(1) 3:41 | | would(5) 7:3 7:13 9:18 12:15 12:20 | | | |
| taylor(1) 5:5 | | tower(1) 4:50 | | www.diazdata.com(1) 1:51 | | | |
| telling(1) 10:6 | | transcript(3) 1:18 1:54 14:12 | | yes(6) 7:1 8:2 8:8 8:18 8:25 9:14 | | | |
| test(2) 11:4 11:5 | | transcription(2) 1:47 1:54 | | yesterday(2) 6:19 9:1 | | | |
| testify(1) 13:11 | | trial(1) 13:11 | | york(11) 2:22 2:35 2:47 3:10 3:25 3:31 3:46 4:14 4:36 4:52 5:34 | | | |
| than(3) 7:10 7:14 7:18 | | tribune(3) 1:8 2:12 6:3 | | | | | |
| thank(3) 10:14 14:1 14:5 | | troubling(1) 12:12 | | | | | |
| | | true(1) 10:7 | | you(18) 7:5 7:9 8:6 8:6 8:23 9:6 9:15 10:8 10:8 10:10 10:12 10:14 11:14 12:4 12:5 12:16 14:1 14:5 | | | |
| | | trust(1) 2:32 | | | | | |
| | | turned(2) 8:23 12:11 | | | | | |
| | | twenty-five(1) 11:7 | | | | | |
| | | two(5) 7:19 10:8 11:11 11:15 12:14 | | young(1) 5:4 | | | |
| | | understand(1) 13:18 | | | | | |
| | | understanding(1) 13:17 | | | | | |