# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 3/7/2011 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |

                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

- db    Tribune Company    435 N. Michigan Avenue    Chicago, IL 60611
- aty    Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
- aty    Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
- aty    Edward Cerasia, II    Seyfarth Shaw LLP    620 Eighth Avenue    32nd Floor    New York, NY 10018
- aty    J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty    J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty    James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
- aty    Jared D. Zajac    McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002
- aty    John H. Strock, III    Fox Rothschild LLP    919 N. Market St., Suite 1300    P.O Box 2323    Wilmington, DE 19899−2323
- aty    Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801
- aty    Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty    Patrick Theodore Garvey    Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603
- aty    Robert S. Brady    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
- aty    Stephen Novack    Novack and Macey LLP    100 North Riverside Plaza    Chicago, IL 312−419−6900 312−419−6928

                                                    TOTAL: 14