

WASHINGTON, DC

SALLY A. BUCKMAN
202.416.6762
SBUCKMAN@LERMANSENTER.COM

March 7, 2011

The Honorable Kevin J. Carey
824 N. Market Street, Fifth Floor
Wilmington, DE 19801

Re: *In re Tribune Company et al., Case No. 08-13141 (Bankr. D. Del) (KJC)*

Dear Chief Judge Carey:

We write on behalf of Aurelius Capital Management, L.P. and Law Debenture Trust Company of New York ("Law Debenture") (jointly "Noteholders") with respect to documents requested pursuant to a Stipulation ("Stipulation") entered into on February 4, 2011 Concerning Law Debenture's motion (D.I. 7512) to compel Angelo Gordon & Co., L.P. ("Angelo Gordon") to produce certain FCC related documents. The Stipulation was approved by an Order dated February 8, 2011 (D.I. 7843).

Paragraph 1(b) of the Stipulation requires Angelo Gordon to produce with respect to, Freedom Communications Holding, Inc. ("Freedom") and other entities "the Certificate of Incorporation, Bylaws, Stockholders Agreement . . . or similar documents" within Angelo Gordon's possession that show the governance structure of the entity, governance or management authority or rights of Angelo Gordon or the Equity Interest of Debt Interest (as defined in the Stipulation) held or managed by Angelo Gordon. In accordance with the Stipulation, on February 10 and 11, 2011 Angelo Gordon produced Stockholders Agreements for Freedom and Philadelphia Media Network, Inc., one of the other identified entities, but failed to produce the schedules or exhibits to these Stockholders Agreements. By letter dated February 22, 2011 to Tom Davidson, Angelo Gordon's FCC counsel, undersigned counsel pointed out that the Stipulation does not permit Angelo Gordon to withhold any portion of the produced

2000 K STREET, NW SUITE 600 | WASHINGTON, DC 20006-1809
TELEPHONE 202.429.8970 | FAX 202.293.7783 | WWW.LERMANSENTER.COM

296474



The Honorable Kevin J. Carey
March 7, 2011
Page 2

documents and requested that Angelo Gordon produce the schedules or exhibits that are part of the Freedom and Philadelphia Media Network Stockholders Agreements by February 23.

Angelo Gordon responded to this request on March 2 and produced the schedules to the Philadelphia Media Network, Inc. Stockholders Agreement. Angelo Gordon again failed to produce schedules to the Freedom Stockholders Agreement claiming that "it is not responsive to the Stipulation" because information contained in the schedule is not current. The Stipulation requires Angelo Gordon to produce the complete Freedom Shareholders Agreement and not unilaterally to determine that a portion of a required document can be withheld.

Accordingly, Noteholders respectfully request that pursuant to its February 8 Order, the Court order Angelo Gordon immediately to produce all schedules to the Freedom Shareholders Agreement.

Respectfully submitted,

Sally A. Buckman

SAB/gfe

cc: All Counsel Entitled to Notice Pursuant to Paragraph 35 of the CMO