IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: March 7, 2011 at 1:30 p.m. ET |

**STIPULATION BETWEEN DEBTORS AND THE AD HOC COMMITTEE OF SUBSIDIARY TRADE CREDITORS CONCERNING (I) WITHDRAWAL OF THE AD HOC COMMITTEE OF SUBSIDIARY TRADE CREDITORS' OBJECTION TO THE DEBTOR/COMMITTEE/LENDER PLAN AND (II) REQUEST TO HAVE VOTES ON DEBTORS' PLAN OF REORGANIZATION CAST BY MEMBERS OF THE AD HOC COMMITTEE OF SUBSIDIARY TRADE CREDITORS DEEMED TO BE ACCEPTANCES OF SUCH PLAN**

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

"Debtors") and the Ad Hoc Committee (the "OpCo Trade Committee") of Tribune Subsidiary Trade Creditors (the "Trade Creditors"), each by their undersigned counsel, respectfully submit this Stipulation (the "Stipulation") concerning (i) the withdrawal of the OpCo Trade Committee's objections to confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P, Angelo, Gordon & Co., L.P, and JPMorgan Chase Bank, N.A. (the "Debtor/Committee/Lender Plan") and (ii) the change of the votes of members of the OpCo Trade Committee rejecting the Debtor/Committee/Lender Plan to be deemed to be acceptances of such plan. The parties to this Stipulation respectfully state as follows:

1. On February 15, 2011, the OpCo Trade Committee filed the Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Debtors' Plan of Reorganization [D.I. 7973] (the "Objection"). In the Objection, the OpCo Trade Committee alleged, among other things, that the Debtor/Committee/Lender Plan could not be confirmed because that plan violated Sections 1129(a)(3) and 1129(b)(2)(B) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Subsequent to the filing of the Objection, on March 3, 2011, the proponents of the Debtor/Committee/Lender Plan filed the Proposed Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (the "Modified D/C/L Plan") [D.I. 8259]. The Modified D/C/L Plan, among other things, modifies the treatment to be afforded to the classes of General Unsecured Claims against the Debtors other than Tribune Company to remove the $150 million aggregate cap on such claims. See Modified D/C/L Plan at § 3.3.5(b), with such language attached to this Stipulation as Exhibit B.

3. The revisions to the Modified D/C/L Plan resolve the OpCo Trade Committee's Objection and, as a result, the OpCo Trade Committee now supports confirmation of the Modified D/C/L Plan and wishes to change its previous votes to reject the Debtor/Committee/Lender Plan.

4. Accordingly, the OpCo Trade Committee affirmatively states as follows respecting the Modified D/C/L Plan:

   a. As a result of the modifications contained in the Modified D/C/L Plan, the Objection is hereby withdrawn with prejudice.

   b. As a result of the modifications contained in the Modified D/C/L Plan, the members of the OpCo Trade Committee hereby request that the votes on Exhibit A hereto, which are votes previously cast by members of the OpCo Trade Committee to reject the Debtor/Committee/Lender Plan, each be classified as votes to accept the Modified D/C/L Plan.

5. The Debtors and the OpCo Trade Committee each intend that notice of this Stipulation provide notice of the OpCo Trade Committee's members' change of their votes respecting the Debtor/Committee/Lender Plan, in accordance with Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.[2]

---

[2] The undersigned counsel is authorized to sign and file this Stipulation concerning the change of the OpCo Trade Committee members' votes (among other things) pursuant to Rule 3018(c) of the Federal Rules of Bankruptcy Procedure.

3

CH1 5754815v.3

6. Nothing in this Stipulation precludes the OpCo Trade Committee from applying to the Bankruptcy Court for payment of its professional fees and expenses pursuant to section 503(b)(3) of the Bankruptcy Code, nor does anything in this Stipulation preclude the Debtors (or any other party) from objecting to any such application on any grounds.

| ANDREWS & KURTH LLP | SIDLEY AUSTIN LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Paul N. Silverstein (NYS Bar No. PS 5098) | James F. Conlan |
| Jeremy B. Reckmeyer (NYS Bar No. JR 7536) | Kenneth P. Kansa |
| 450 Lexington Avenue | One South Dearborn Street |
| New York, NY 10017 | Chicago, IL 60603 |
| Telephone: (212) 850-2800 | Telephone: (312) 853-7000 |
| Facsimile: (212) 850-2929 | Facsimile: (312) 853-7036 |
| -and- | -and- |
| THE ROSNER LAW GROUP LLC | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
| Frederick B. Rosner (No. 3995) | Norman L. Pernick (No. 2290) |
| Scott J. Leonhardt (No. 4885) | J. Kate Stickles (No. 2917) |
| 824 North Market Street, Suite 810 | 500 Delaware Avenue, Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 319-6301 | Telephone: (302) 652-3131 |
| Counsel to the Ad Hoc Committee of Tribune Subsidiary Trade Creditors | Counsel to Debtors and Debtors-in-Possession |