# EXHIBIT A

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 8E | 4777 | $6,035.96 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 21E | 4778 | $32.39 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES (FKA) | 21E | 5202 | $25,322.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SHEA JR, JAMES T) | 44E | 4776 | $6,677.42 |
| ASM CAPITAL, L.P. (TRANSFEROR: BITWISE INC) | 44E | 5152 | $15,800.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: LEMBACH, DAYLE) | 44E | 5153 | $2,700.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: IMPERIAL RUBBER PRODUCTS INC) | 44E | 5204 | $1,219.52 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: SHIELD SECURITY, INC.) | 51E | 4088 | $21,980.84 |
| ASM CAPITAL, L.P. (TRANSFEROR: BROADCAST SUPPLY WORLDWIDE) | 52E | 5158 | $4,103.61 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 53E | 4795 | $7,716.01 |
| ASM CAPITAL, L.P. (TRANSFEROR: SIERRA PACIFIC FLEET SERVICE) | 53E | 5109 | $1,996.31 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEW DIRECTION SERVICES) | 53E | 5142 | $1,784.07 |
| ASM CAPITAL | 54E | 5164 | $16,155.66 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 54E | 4784 | $21,763.67 |
| ASM CAPITAL III, L.P. (TRANSFEROR: PRISM RETAIL SERVICES) | 54E | 4788 | $27,705.20 |
| ASM CAPITAL III, L.P. (TRANSFEROR: RAVENSWOOD SPECIAL EVENTS IN) | 54E | 4791 | $6,500.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: ABM JANITORIAL) | 54E | 4797 | $3,587.87 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CHICAGO COMMUNICATIONS) | 54E | 5125 | $3,890.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: WHEELBASE COMMUNICATIONS LTD) | 54E | 4742 | $1,701.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: MINDZOO LLC) | 54E | 4746 | $4,992.69 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 54E | 4749 | $6,710.55 |
| ASM CAPITAL, L.P. (TRANSFEROR: FROST LIGHTING CO) | 54E | 4757 | $6,014.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: GALAXY 1 COMMUNICATIONS LLC) | 54E | 4766 | $5,355.53 |
| ASM CAPITAL, L.P. (TRANSFEROR: ROSE PAVING COMPANY) | 54E | 4767 | $23,485.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEWSBAG INC) | 54E | 5130 | $7,378.29 |
| ASM CAPITAL, L.P. (TRANSFEROR: TARGETCOM LLC) | 54E | 5132 | $3,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BITWISE INC) | 54E | 5159 | $31,700.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 54E | 5160 | $12,807.26 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 54E | 5163 | $1,599.30 |
| ASM CAPITAL, L.P. (TRANSFEROR: MERCHANTS CREDIT GUIDE) | 54E | 5172 | $10,494.28 |
| ASM CAPITAL, L.P. (TRANSFEROR: CREATIVE CIR.ADV.SOLUTIONS) | 54E | 5174 | $4,803.92 |
| ASM CAPITAL, L.P. (TRANSFEROR: TBA GLOBAL LLC) | 54E | 5179 | $9,150.00 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
| --- | --- | --- | --- |
| ASM CAPITAL, L.P. (TRANSFEROR: FLOORING RESOURCES CORP) | 54E | 5181 | $3,579.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACE SANDBLASTING COMPANY) | 54E | 5197 | $3,772.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: JONES LANG LASALLE) | 54E | 4079 | $230,919.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MERKLE INC) | 54E | 4232 | $24,125.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTICENT, INC) | 54E | 4272 | $14,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CREATIVE CIR.ADV.SOLUTIONS) | 55E | 5182 | $5,837.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: CAMBOTICS INC) | 56E | 4205 | $49,818.50 |
| ASM CAPITAL, L.P. (TRANSFEROR: WILEN PRESS) | 63E | 5155 | $71,898.19 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: RITTER'S PRINTING) | 63E | 4076 | $26,347.67 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR:PRINTING CORP OF THE AMERICAS) | 63E | 4109 | $6,350.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ON DEMAND ENVELOPE LLC) | 63E | 4251 | $17,536.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 68E | 5111 | $13,267.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 68E | 5120 | $33,758.07 |
| ASM CAPITAL, L.P. (TRANSFEROR: STANDARD MECHANICAL SYSTEMS) | 68E | 5183 | $1,791.17 |
| LONGACRE OPPORTUNITY FUND, L.P. | 68E | 4115 | $24,214.99 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVERTZ MICROSYSTEMS, LTD.) | 68E | 4263 | $10,483.99 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 69E | 4082 | $68,130.00 |
| ASM CAPITAL AS PURCHASER OF: | 70E | 5198 | $12,510.85 |
| ASM CAPITAL III, L.P. (TRANSFEROR: JTD CONSULTING, INC.) | 70E | 5124 | $48,749.20 |
| ASM CAPITAL, L.P. (TRANSFEROR: HABITAT CONTRACTING) | 70E | 4752 | $7,435.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: PACIFIC RADIO ELECTRONICS) | 70E | 4755 | $2,135.09 |
| ASM CAPITAL, L.P. (TRANSFEROR: CALIFORNIA COMMERCIAL CLEANI) | 70E | 5103 | $2,400.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 70E | 5129 | $2,626.18 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: INSTADIUM INC) | 70E | 4275 | $5,357.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: LOS ANGELES CLIPPERS) | 71E | 4775 | $258,681.17 |
| ASM CAPITAL III, L.P. (TRANSFEROR: QUASARANO, JOE) | 71E | 5112 | $11,414.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: HOLDEN PRODUCTION GROUP) | 71E | 5117 | $11,290.32 |
| ASM CAPITAL, L.P. (TRANSFEROR: POITRAS, STEVEN SCOTT) | 71E | 4763 | $2,509.06 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL, L.P. (TRANSFEROR: GAME CREEK VIDEO) | 71E | 5201 | $9,630.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: INSTADIUM INC) | 71E | 4196 | $15,000.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 71E | 4229 | $3,138.17 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: HELINET AVIATION SERVICES LL) | 71E | 4260 | $283,590.98 |
| ASM CAPITAL | 73E | 5177 | $14,531.70 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SOTSKY, LAURENCE) | 73E | 4781 | $108,461.54 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 73E | 4783 | $30,510.70 |
| ASM CAPITAL III, L.P. (TRANSFEROR: PENN INDUSTRIES, INC.) | 73E | 5121 | $789,941.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR:BRANDOW & JOHNSTON ASSOCIATES) | 73E | 5126 | $16,737.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: MERCHANTS CREDIT GUIDE) | 73E | 4748 | $6,227.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: GLUNZ & JENSEN K & F INC) | 73E | 4759 | $5,422.70 |
| ASM CAPITAL, L.P. (TRANSFEROR: SAS-ROI RETAIL MERCHANDISING) | 73E | 4761 | $3,139.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CPODM PROFESSIONALS LP) | 73E | 4768 | $12,084.12 |
| ASM CAPITAL, L.P. (TRANSFEROR: CALIFORNIA OFFSET PRINTERS,) | 73E | 4769 | $126,367.58 |
| ASM CAPITAL, L.P. (TRANSFEROR: CULINART INC) | 73E | 5127 | $97,843.59 |
| ASM CAPITAL, L.P. (TRANSFEROR: 23252 VIA CAMPO VERDE LLC) | 73E | 5156 | $870,051.04 |
| ASM CAPITAL, L.P. (TRANSFEROR: CA WALKER) | 73E | 5161 | $57,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CROWN PRINTERS) | 73E | 5173 | $5,854.67 |
| ASM CAPITAL, L.P. (TRANSFEROR: IMPERIAL RUBBER PRODUCTS INC) | 73E | 5180 | $2,684.50 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES CORPORATION) | 73E | 5187 | $22,210.39 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACCENT ENERGY CALIFORNIA) | 73E | 5190 | $30,253.20 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 73E | 5193 | $5,750.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: LUCAS GROUP) | 73E | 4100 | $30,000.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVENTWORKS INC) | 73E | 4217 | $30,617.75 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TOWNE INC) | 73E | 4245 | $19,158.34 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MISI COMPANY LTD) | 73E | 4269 | $15,980.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD. (TRANSFEROR: TRG CUSTOMER SOLUTIONS) | 73E | 4085 | $19,121.76 |
| ASM CAPITAL III, L.P. (TRANSFEROR: NATIONAL COMMUNICATIONS) | 75E | 4786 | $11,450.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: ORLANDO UTILITIES COMMISSION) | 75E | 5110 | $208,676.82 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|------|------------|---------------|-------------|
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 75E | 5116 | $466.23 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 75E | 5149 | $9,909.49 |
| ASM CAPITAL, L.P. (TRANSFEROR: ROBERTS COMMUNICATIONS) | 75E | 4751 | $2,461.22 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 75E | 4772 | $14,843.30 |
| ASM CAPITAL, L.P. (TRANSFEROR: MOBILE HEALTH SOLUTIONS INC) | 75E | 5165 | $2,430.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: WHEELBASE COMMUNICATIONS LTD) | 75E | 5167 | $1,397.81 |
| ASM CAPITAL, L.P. (TRANSFEROR: BENTLEY MOTORS, INC) | 75E | 5178 | $2,719.64 |
| ASM CAPITAL, L.P. (TRANSFEROR: RHINO SHIELD) | 75E | 5185 | $2,055.73 |
| ASM CAPITAL, L.P. (TRANSFEROR: MASON-DIXON POLLING & RESEAR) | 75E | 5192 | $2,740.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: GOALGETTERS INC) | 75E | 4248 | $2,303.75 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD. (TRANSFEROR: ANOCOIL CORPORATION) | 75E | 4091 | $11,345.36 |
| ASM CAPITAL III, L.P. (TRANSFEROR: IPC PRINT SERVICES) | 76E | 4794 | $149,305.86 |
| ASM CAPITAL | 80E | 5169 | $3,921.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: NATIONAL COMMUNICATIONS) | 80E | 4785 | $89,812.72 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 80E | 4790 | $138.47 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 80E | 5123 | $9,335.67 |
| ASM CAPITAL, L.P. (TRANSFEROR: CLEANALL COMMERCIAL CLEANING) | 80E | 4770 | $8,413.32 |
| ASM CAPITAL, L.P. (TRANSFEROR: THOMSON PROMOTIONS INC) | 80E | 4771 | $3,946.83 |
| ASM CAPITAL, L.P. (TRANSFEROR: CENTRAL ADDRESS SYSTEMS INC) | 80E | 5104 | $13,855.48 |
| ASM CAPITAL, L.P. (TRANSFEROR: LIME MEDIA GROUP, INC.) | 80E | 5139 | $5,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BANKRATE INC) | 80E | 5175 | $2,893.55 |
| ASM CAPITAL, L.P. (TRANSFEROR: TRANSHIRE) | 80E | 5184 | $1,587.25 |
| ASM CAPITAL, L.P. (TRANSFEROR: ANGSTROM GRAPHICS, INC.) | 80E | 5189 | $78,467.61 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ANOCOIL CORPORATION) | 80E | 4094 | $12,834.48 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR:PRINTING CORP OF THE AMERICAS) | 80E | 4235 | $14,176.97 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: GOALGETTERS INC) | 80E | 4242 | $15,477.79 |
| ASM CAPITAL | 81E | 4753 | $5,015.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 81E | 4774 | $6,435.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 81E | 4787 | $314.61 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL III, L.P. (TRANSFEROR: PEPCO ENERGY SERVICES, INC.) | 81E | 5122 | $670,345.59 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 81E | 5148 | $10,298.12 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 81E | 5138 | $2,232.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 81E | 5168 | $560.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 82E | 5101 | $2,410.20 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 82E | 5118 | $263.79 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 82E | 5102 | $4,779.52 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES CORPORATION) | 82E | 5131 | $100.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD (TRANSFEROR: PENINSULA UNITED WAY) | 82E | 4193 | $30,000.00 |
| ASM CAPITAL AS PURCHASER OF: | 83E | 5186 | $28,273.50 |
| ASM CAPITAL AS PURCHASER OF: | 83E | 5188 | $69,979.82 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 83E | 4782 | $9,920.12 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 83E | 5119 | $482.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 83E | 4744 | $854.03 |
| ASM CAPITAL, L.P. (TRANSFEROR: PAINTING AND DECORATING INC) | 83E | 4745 | $3,740.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CONNECTICUT DAILY NEWSPAPER) | 83E | 5135 | $7,161.11 |
| ASM CAPITAL, L.P. (TRANSFEROR: ADFARE.COM INC) | 83E | 5141 | $9,181.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 83E | 5143 | $4,682.43 |
| ASM CAPITAL, L.P. (TRANSFEROR: COMMUNICATION RESEARCH) | 83E | 5195 | $3,098.12 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: DACOR INSTALLATION SERVICES) | 83E | 4223 | $20,833.11 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TELE REACH INC) | 83E | 4226 | $40,748.50 |
| ASM CAPITAL | 84E | 4747 | $6,854.04 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 84E | 5113 | $3,375.90 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 84E | 5146 | $395.25 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TELE REACH INC) | 84E | 4214 | $10,883.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ANDREW KLEIN & ASSOCIATES,IN) | 88E | 4278 | $32,038.46 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SALEM MEDIA OF OREGON) | 89E | 5147 | $17,680.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: RUN SPOT RUN MEDIA INC) | 89E | 5151 | $9,668.80 |
| ASM CAPITAL, L.P. (TRANSFEROR: MANZI, JOHN) | 89E | 5107 | $229,738.58 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTERCOM PORTLAND LLC DBA KG) | 89E | 4208 | $55,309.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DATA SERVICE SOLUTIONS INC) | 94E | 5150 | $42,252.24 |
| ASM CAPITAL, L.P. (TRANSFEROR: KINGSWAY LOGISTICS INC) | 94E | 4756 | $13,118.41 |
| ASM CAPITAL, L.P. (TRANSFEROR: UNIQUE PRODUCTS & SERVICE) | 94E | 4765 | $9,801.43 |
| ASM CAPITAL, L.P. (TRANSFEROR: UNEQ INC) | 94E | 5133 | $50,635.46 |
| ASM CAPITAL, L.P. (TRANSFEROR: BEDFORD MOTOR SERVICES, INC.) | 94E | 5157 | $9,532.64 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATA PARTNERS INC) | 94E | 5166 | $2,830.92 |
| ASM CAPITAL, L.P. (TRANSFEROR: PJ GREEN INC) | 94E | 5191 | $1,760.09 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACME SCALE SYSTEMS) | 94E | 5194 | $18,109.85 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: DEMAR DIRECT) | 94E | 4239 | $65,100.13 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: NOVIAN & NOVIAN, LLP) | 95E | 4257 | $12,772.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: WANTED TECHNOLOGIES, INC) | 99E | 4202 | $43,500.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MERKLE INC) | 99E | 4254 | $23,870.00 |
| ASM CAPITAL AS PURCHASER OF: | 100E | 5106 | $94,459.57 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CIRCLE R MEDIA LLC) | 100E | 4799 | $95,664.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: MASSACHUSETTS INSTITUTE OF) | 100E | 4743 | $9,160.97 |
| ASM CAPITAL, L.P. (TRANSFEROR: NASHVILLE AGENCY) | 100E | 4762 | $3,750.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: LEMERY GREISLER LLC) | 100E | 5105 | $9,390.21 |
| ASM CAPITAL, L.P. (TRANSFEROR: WENDLING PRINTING) | 100E | 5145 | $160,582.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BARON GROUP, THE) | 100E | 5176 | $4,032.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BADGER PRESS INC) | 100E | 5199 | $1,345.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD (TRANSFEROR:ADVANCED MEDIA RESEARCH GROUP) | 100E | 4281 | $30,000.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WLPA WRDZ WSJW) | 103E | 4773 | $8,483.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 103E | 4793 | $206,182.78 |
| ASM CAPITAL, L.P. (TRANSFEROR: ARENA MEDIA NETWORKS LLC) | 103E | 4750 | $25,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: ADMOBILE DALLAS) | 103E | 4764 | $52,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: DFW ADSALES INC.) | 103E | 5108 | $25,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: RIGGLE, JOHN) | 103E | 5134 | $127,380.77 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 103E | 5136 | $2,626.18 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: PETRUZZI DETECTIVE AGENCY) | 103E | 4097 | $13,886.52 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVERTZ MICROSYSTEMS LTD.) | 103E | 4106 | $22,423.75 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 105E | 5114 | $5,787.11 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTERCOM COMM WEZB) | 105E | 4211 | $33,900.80 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 106E | 5140 | $3,219.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: PETERSON, PETER H) | 106E | 5170 | $3,362.90 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 106E | 4220 | $970.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE INC.) | 107E | 5115 | $51.84 |
| ASM CAPITAL, L.P. (TRANSFEROR: CRAFT PRODUCTIONS, LLC) | 108E | 5128 | $2,125.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: J R LANDRY COMPANY LTD) | 108E | 5144 | $2,776.90 |
| ASM CAPITAL, L.P. (TRANSFEROR: STUDIO 83 PRODUCTIONS, INC) | 108E | 5171 | $3,565.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 109E | 4780 | $13,125.40 |
| ASM CAPITAL III, L.P. (TRANSFEROR: GENCO ENTERTAINMENT INC) | 109E | 4789 | $181,619.62 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 109E | 4796 | $29,677.41 |
| ASM CAPITAL, L.P. (TRANSFEROR: CTV TELEVISION INC) | 109E | 4758 | $191,558.47 |
| ASM CAPITAL, L.P. (TRANSFEROR: OLYMPIA ENTERTAINMENT) | 109E | 4760 | $24,832.83 |
| ASM CAPITAL, L.P. (TRANSFEROR: COLUMBUS BLUE JACKETS) | 109E | 5154 | $1,828.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: US HELICOPTERS INC) | 109E | 5162 | $22,971.48 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ALIEN PRODUCTIONS LLC) | 109E | 4103 | $37,096.78 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MSA) | 109E | 4112 | $25,029.74 |
| ASM CAPITAL | 110E | 5196 | $2,513.82 |
| ASM CAPITAL, L.P. (TRANSFEROR: BOND PAINTING COMPANY INC) | 110E | 4792 | $13,611.90 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 110E | 4800 | $73,364.52 |
| ASM CAPITAL, L.P. (TRANSFEROR: KROMA PRINTING INDUSTRIES CO) | 110E | 4754 | $12,452.44 |
| ASM CAPITAL, L.P. (TRANSFEROR: UTOG 2 WAY RADIO ASSN INC) | 110E | 5137 | $20,848.69 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEP SUPERSHOOTERS, L.P.) | 110E | 5200 | $10,253.83 |

**EXHIBIT B**

(d)    Voting:  Claims in Class 50D through 111D are Impaired, and Holders of Claims in Classes 50D through 111D are conclusively deemed to have rejected the Plan and are not entitled to vote to accept or reject the Plan.

3.3.5  <u>Classes 2E through 111E – General Unsecured Claims</u>.

(a)    Classification:  Classes 2E through 111E consist of all General Unsecured Claims against the relevant Filed Subsidiary Debtors.  The numerical portion of the Class designation corresponds to the applicable Debtor number on <u>Appendix A</u> hereto.

(b)    Treatment:  On or as soon as reasonably practicable after the applicable Distribution Date, each Holder of an Allowed General Unsecured Claim against a Filed Subsidiary Debtor shall receive an amount of Cash (paid out of the Distributable Cash Pool) equal to ~~the lesser of (i)~~ 100% of such Holders' Allowed General Unsecured Claim Against a Filed Subsidiary Debtor ~~or (ii) a Pro Rata share of (x) $150,000,000 *plus* (y) an amount equal to the aggregate amount of Allowed General Unsecured Claims against a Filed Subsidiary arising under section 502(h) of the Bankruptcy Code as a result of the payment to the Estates on account of an Ordinary Litigation Claim~~; <u>provided</u>, <u>however</u>, that ~~post~~<u>Post</u>-petition ~~interest~~<u>Interest</u> shall not accrue or be paid on any General Unsecured Claim<u> against a Filed Subsidiary Debtor</u>.

(c)    Voting:  Claims in Classes 2E through 111E are Impaired, and Holders of Claims in Classes 2E through 111E are entitled to vote to accept or reject the Plan against the relevant Debtors.

3.3.6  <u>Classes 2K through 111K – Intercompany Claims</u>.

(a)    Classification:  Classes 2K through 111K consist of all Intercompany Claims against the relevant Filed Subsidiary Debtors.  The numerical portion of the Class designation corresponds to the applicable Debtor number on <u>Appendix A</u> hereto.

(b)    Treatment:  In full satisfaction, settlement, release and discharge of and in exchange for Intercompany Claims against Filed Subsidiary Debtors, except as otherwise provided herein, Holders of Intercompany Claims shall receive the treatment afforded to them in the Intercompany Claims Settlement.

(c)    Voting:  Claims in Classes 2K through 111K are Impaired; however, as set forth in <u>Section 4.3</u>, votes on the Plan shall not be solicited from Holders of Claims in Classes 2K through 111K.

3.3.7  <u>Classes 2L through 111L – Securities Litigation Claims</u>.

(a)    Classification:  Classes 2L through 111L consist of all Securities Litigation Claims against the relevant Filed Subsidiary Debtors.  The numerical portion of the Class designation corresponds to the applicable Debtor number on <u>Appendix A</u> hereto.