**CASE NAME:**    Tribune Company
**CASE NO.    08-13141-KJC**

**COURTROOM LOCATION:  5**
**DATE:** March 7, 2011

# S I G N - I N - S H E E T

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ISAAC PICHUSKI | SITMAN REGISTER | Bilzab Capital |
| Lyan Marvin | Jones Day | Management |
| Katharina Mayer | McCarter & English | Special Committee of the Board of Directors of Tribune Co. |
| David Adler | " | DBTCA |
| Martin Siegel | Brown Rudnick | " |
| Robert Stork | " | Wilmington Trust |
| William Sullivan | Sullivan Hazeltine Allinson | " |
| Affeu Colbeck | Zuckerman Spaeder | " |
| Andrew Gordon | Paul Weiss | The Committee |
| Douglas Deutsch | Chadbourne + Parke | Citigroup |
| Beth Bowel | ASM21 Cedes | The Committee |
| Amenda Winfree | | " |

**S I G N - I N - S H E E T**

CASE NAME:    Tribune Company
CASE NO.    08-13141-KJC

COURTROOM LOCATION:  5
DATE: March 7, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernik | Cole Schotz | Debtor |
| James Conlan | Sidley Austin | " |
| James Bendernagel | " | " |
| Kevin Lantry | " | " |
| David Zensky | Akin Gump | Aurelius Capital |
| Abid Qureshi | " | " |
| Debbie Newman | " | " |
| Mitch Hurley | " | " |
| Phil Dublin | " | " |
| Nancy Chung | " | " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| David Rosner | Kasowitz Benson | " " |
| Sheron Korpus | " " | " " |

**CASE NAME:**   Tribune Company
**CASE NO.**   08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** March 7, 2011

# SIGN-IN-SHEET

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | U.S. Trustee | U.S. Trustee |
| Dan Beirstein | Jenner & Block Don Pike | Jpmorgan Chase |
| Ben Kaminetzky | " | " |
| Damien Schaible | " | " |
| Elliot Moskowitz | " | " |
| Michael Russano | " | " |
| Bos Stearn | " | JPMF |
| Max Collins | " | " |
| David Carickhoff | Blank Rome | Sam Zell & EGI-TRB |
| Andrew Vail | Jenner & Block | " |
| Catherine Steege | " | " |
| Lowrie Selber Silverstein | Potter Anderson | Merill Lynch |
| R. Stephen McNeill | " | " |

**S I G N - I N - S H E E T**

| | |
|---|---|
| **CASE NAME:** Tribune Company | **COURTROOM LOCATION: 5** |
| **CASE NO.** 08-13141-KJC | **DATE:** March 7, 2011 |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Seife | Chadbourn & Parke | Official Committee of Unsecured Creditors |
| Don Lemay | " | " |
| Thomas McCormack | " | " |
| Marc Ashley | " | " |
| James Sottile | Zuckerman Spaeder | " |
| Graeme Bush | " | " |
| Daniel B. Rath | Landis Rath & Cobb | " " |
| Adam G. Landis | " " | " " |
| Andrew Roseblum | Chadbourne & Parke | " " |
| Bruce Bennett | Dewey LeBoeuf | Oaktree / Angelo Gordon |
| James Johnston | " | " |
| Joshua Mester | " | " |
| Robert Brady | Young Conaway | " |
| Blake Cleary | " | " |

SIGN-IN-SHEET

CASE NAME: **Tribune Company**
CASE NO.   **08-13141-KJC**

**COURTROOM LOCATION: 5**
DATE: March 7, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michelle Marino | Edwards Angell Palmer & Dodge | Barclays |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

| Calendar Date: | 03/07/2011 |
|---|---|
| Calendar Time: | 01:30 PM ET |

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Amended Calendar 03/07/2011 09:11 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4077612 | Jason D. Abbruzzese | Realm Partners | Creditor, Jason D. Abbruzzese / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4073839 | Steven Abramowitz | Vinson & Elkins LLP | Creditor, Partner Fund Management LP / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4081622 | Jeffrey Armstrong | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4076669 | Marc D. Ashley | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078902 | Jean-Marie Atamian | (212) 506-2678 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4075893 | Gavin Balera | 212-692-0217 Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081567 | Carol L. Bale | 212-588-8640 SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4075577 | Jon Berke | (212) 686-2741 DebtWire | Interested Party, Jon Berke / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4075703 | David E. Blabey, Jr. | (212) 715-9100 Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4076216 | Justin Brass | (203) 708-5847 Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081538 | John Brecker | (212) 259-4304 ext. 00 Longacre Management Fund | Interested Party, Longacre Management Fund / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4078526 | Peg Brickley | (215) 462-0953 Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079872 | Katherine Bromberg | (212) 209-4928 Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4054218 | Robert G. Burns | (212) 554-1768 Monarch Alternative Capital LP | Creditor, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079297 | Graem Bush | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal          CourtConfCal2009          Page 1 of 7

| Name | Case | Type | ID | Attendee | Phone | Firm | Representation |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4081595 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077140 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4053105 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080364 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management, | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4066049 | Michael Dagostino | (415) 393-2053 | Bingham McCutchen, LLP | Defendant(s), T Rowe Price / LIVE |
| Tribune Company | 08-13141 | Hearing | 4077145 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079074 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078049 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046454 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071801 | Amy Dietrich | (212) 373-3688 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4054179 | Amish R. Doshi | (516) 299-5556 | Magnozzi & Kye LLP | Creditor, Oracle America, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4036276 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4077793 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080442 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3947000 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081666 | Dave Eiderveld | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080424 | Matthew Ehmer | 203-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081539 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080292 | Edward Friedman | (212) 833-1100 | Friedman Kaplan Seiler & Adelman | Creditor, AURELIUS Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4063403 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051572 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |

Peggy Drasal

CourtConfCal2009

| Tribune Company | 08-13141 | Hearing | 4077697 | Arif Gangat | (212) 584-1160 Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Management / LISTEN ONLY |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4079384 | Andrew Goldfarb | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4072616 | Michelle Goldis | 212-295-6329  Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4072615 | Andrew N. Goldman | (212) 230-8836 Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081616 | Jason Goldsmith | (212) 872-1000 Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071687 | Andrew Gordon | (212) 373-3543 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078762 | Scott Greissman | (212) 819-8567 White & Case | Client, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081768 | Nicholas Heilbut | (212) 466-2167 Serengeti Asset Management | Interested Party, Serengeti Asset Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4043264 | Anna Kalenchits | (212) 723-1808 Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079983 | Ken Kansa | 312-853-7163  Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081519 | Arthur Kavalis | (212) 667-2370 Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079899 | Peter Kim | (212) 450-3028 Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4073884 | Dov Kleiner | (212) 237-0184 Vinson & Elkins LLP | Creditor, Partner Fund Management LP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4075781 | Kenneth C. Liang | (213) 830-6422 Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071718 | Andrew Levy | (202) 223-7328 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078118 | David LeMay | (212) 408-5100 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079040 | Lawrence Lawler | (212) 821-5422 UBS | Interested Party, UBS / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081694 | Candice Kline | 312-853-7778  Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081669 | Don Liebentritt | (312) 222-3651 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051671 | David Litvack | (212) 310-8361 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4077342 | Neil S Losquadro | (212) 745-9756 Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078909 | Jillian Ludwig | 312-853-7523  Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079667 | Jessica Marrero | (212) 408-5100 Chadbourne & Parke LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Role / Status |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4080899 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Interested Party, Great Banc Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078603 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081558 | Brian McGowan | (212) 761-1596 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079514 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079929 | Eitan Melamed | 310-907-0455 | Barclays Capital, Inc. | Creditor, Barclays Capital / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078600 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077450 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077458 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075727 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078670 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078882 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075674 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071644 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075672 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081429 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4069178 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078189 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079045 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4051613 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4075704 | Jason B. Sanjana | (212) 906-4587 | Latham & Watkins LLP | Creditor, Barclays / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075602 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |

Peggy Drasal

Peggy Drasal

| Company | Case | Type | Number | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4081430 | Robert Schwartz | (212) 872-7441 | Raymond James | Other Prof., Expert / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077979 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079103 | David Shafer | (312) 782-3939 | Jones Day | Interested Party, Special Committee of the Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077144 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4046085 | Chaney M Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078910 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081482 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078702 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4077429 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4076655 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081611 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078918 | Amit Treham | (212) 506-2198 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4074050 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080897 | Frank Vazquez | (212) 408-5111 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078515 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081670 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068784 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078530 | Jennifer Wild | (212) 418-6877 | Smith Management | Insured, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080067 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071378 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |