BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF REVENUE



February 18, 2011

Tribune Company Claims Processing Center
C/O Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Dear Clerk:

    Re:        TRIBUNE TELEVISION COMPANY
    Bankruptcy No:  0813241
    EIN:
    SSN:

On June 30, 2010, we furnished you with a Proof of Claim in the amount of $256,726.00.

Since the filing of our claim, a remittance or additional information was received satisfying all liabilities listed on our Proof of Claim.

In view of the above information, kindly accept this letter as your authority to withdraw our claim.

                Sincerely,

                *[signature] for Mary E. McKee*

                /s/Mary E. McKee, Chief
                Bankruptcy Division
                Telephone: 717-772-2981

cc:

| | | | |
|---|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO Box 280946<br>HARRISBURG PA 17128-0946<br><br>Joan Bohner |  | SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE | ☑ Original Claim<br>☐ Amended Claim<br><br>This claim supercedes all Previous claims filed.<br><br>Date Amended: |

**TRIBUNE TELEVISION COMPANY**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
Petition Filing Date: 12/08/2008
Case Number: 0813241    DE
Chapter: 11

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth. At this present time of the filing of this proof of claim, the Debtor was indebted to the Commonwealth in the

SUM OF   $256,726.00   for the following:

☐ State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210

☐ Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☐ Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☐ Corporate Net Income Tax

☐ Capital Stock-Franchise Tax

☐ Corporate Loans Tax

☑ Other    Foreign Franchise

### SECURED CLAIMS (Tax lien(s) filed before petition date)

See attached statement of account detailing the liability.

Total secured claim: _____

Pursuant to Section 506(b) of the Bankruptcy Code, post petition interest may be payable.

### ADMINISTRATIVE PRIORITY CLAIMS - Section 507(a)(1) of the Bankruptcy Code

See attached statement of account detailing the liability.

Total administrative _____

### UNSECURED PRIORITY CLAIMS - Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.

See attached statement of account detailing the liability.

Total unsecured priority:   $256,726.00

### UNSECURED NON-PRIORITY CLAIMS - unliened non-priority liabilities existing before the petition filing date.

See attached statement of account detailing the liability.

Total unsecured non-priority claim: _____

All payments of this claim have been credited and deducted for the purpose of making this proof of claim.

_____
(Representative, Bureau of Compliance)