IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al.[1] | ) |  |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF WITHDRAW OF OBJECTION OF THE UNITED STATES ON BEHALF
OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY TO PROPOSED PLANS
OF REORGANIZATION**

The United States, on behalf of the United States Environmental Protection Agency

("EPA"), having reached agreement on plan or confirmation order language resolving its

concerns, hereby withdraws its Objection (Doc. No. 7960) to the plans of reorganization

proposed, respectively, by Debtors and others and by Aurelius  Capital Management, LP, and

others.

DATE:  February 15, 2011                     Respectfully submitted,

ELLEN M. MAHAN
Deputy Chief

/s/ Thomas P. Carroll
THOMAS P. CARROLL
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
(202) 514-4051

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are listed on the following page.

Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WAIL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )      Chapter 11
                                            )
                                            )      Case No. 09-10478 (BLS)
TRIBUNE COMPANY, et al.                     )
                                            )      Jointly Administered
                                            )
        Debtors.                            )
                                            )
_____   )

## DECLARATION OF SERVICE

I hereby certify that on March 8, 2011, I electronically filed a copy of the foregoing

Notice of Withdraw of Objection with the Clerk of the Court and caused electronic service to all

parties registered to receive electronic notice through the Court's CM/ECF system.  I further

certify that I also served the foregoing Objection and the notice of electronic filing by facsimile

on the following counsel for the parties:

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Janet E. Henderson<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telecopier: (312) 853-7036 | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telecopier: (302) 652-3117 |
| *Counsel For Debtors and Debtors In Possession and Certain Non-Debtor Affiliates* | |

| | | |
|---|---|---|
| CHADBOURNE & PARKE LLP Howard Seife<br>David M. Le May<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telecopier: (212) 541-5369 | LANDIS RATH & COBB LLP<br>Adam G. Landis<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801 Telecopier: (302) 467-4450 | ZUCKERMAN SPAEDER LLP Graeme W. Bush<br>James Sottile<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>Telecopier: (202) 822-8106 |
| *Counsel For the Official Committee of Unsecured Creditors* | | |

| | |
|---|---|
| HENNIGAN, BENNETT & DORMAN LLP<br> Bruce Bennett<br>James 0. Johnston<br>Joshua M. Mester<br>865 South Figueroa Street, Suite 2900 Los Angeles,<br>California 90017<br>Telecopier: (213) 694-1234<br><br>*Counsel For Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P* | YOUNG CONAWAY STARGATT & TAYLOR, LLP Robert S.<br>Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>The Brandywine Building — 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899 0391<br>Telecopier: (302) 571-1253 |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>Andrew Goldman<br>399 Park Avenue<br>New York, New York 10022<br>Telecopier: (212) 230-8888<br><br>*Co-Counsel For Angelo, Gordon & Co, L.P.* | |
| DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Damian S. Schaible<br>450 Lexington Avenue<br>New York, New York 10017<br>Telecopier: (212) 701 5800<br><br>*Counsel For JPMorgan Chase Bank, N.A* | RICHARDS LAYTON & FINGER<br>Mark Collins<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telecopier: (302) 651-7701 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br> Daniel H. Golden<br>Philip C. Dublin One<br>Bryant Park<br>New York, NY 10036<br>Telecopier: (212) 872-1002<br>*Counsel for Aurelius Capital Management, LP* | ASHBY & GEDDES, P.A.<br>William P. Bowden (ID. No. 2553) Amanda M. Winfree (I.D. No.<br>4615) 500 Delaware Avenue, P.O. Box 1150 Wilmington, DE<br>19899<br>Telecopier: (302) 654-2067 |
| McCARTER & ENGLISH, LLP<br> David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>Telecopier:  (212) 609-6921<br><br>*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* | McCARTER & ENGLISH, LLP<br> Katharine L. Mayer (I.D. No. 3758)<br> Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>Telecopier:  302-984-6399 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David S. Rosner<br>Richard F. Casher<br>1633 Broadway<br>New York, New York 10019<br><br> Telecopier: (212) 506-1800<br><br>*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>Telecopier: (302) 429-8600 |
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>Telecopier (212) 209-4801<br>*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES*<br> *Notes* | SULLIVAN HAZELTINE ALLINSON LLC William D. Sullivan (I.D.<br>No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>Telecopier:  (302) 428-8195 |

/s/ Thomas P. Carroll

THOMAS P. CARROLL, Senior Attorney

U.S. Department of Justice