# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked
### January 1, 2011 - January 31, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 19.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 20.0 |
| Zul Jamal | Managing Director, Restructuring Group | 29.5 |
| Ashish Ajmera | Vice President | 49.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 73.5 |
| | **Total Moelis Team Hours** | **257.0** |

## I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 19.0 |
| Navid Mahmoodzadegan | Managing Director | 20.0 |
| Zul Jamal | Managing Director | 29.5 |
| Ashish Ajmera | Vice President | 49.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 73.5 |
| **Total** | | **257.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 01/03/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 01/03/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 01/03/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Navid Mahmoodzadegan | 01/03/11 | 1.5 | Analysis of Rovi (CastTV competitor) |
| Zul Jamal | 01/03/11 | 1.5 | Analysis of Rovi (CastTV competitor) |
| Ashish Ajmera | 01/03/11 | 1.5 | Analysis of Rovi (CastTV competitor) |
| Evan Glucoft | 01/03/11 | 1.5 | Analysis of Rovi (CastTV competitor) |
| Sandhya Sistla | 01/03/11 | 1.5 | Analysis of Rovi (CastTV competitor) |
| Thane Carlston | 01/03/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Zul Jamal | 01/03/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Ashish Ajmera | 01/03/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Evan Glucoft | 01/03/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Sandhya Sistla | 01/03/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Thane Carlston | 01/03/11 | 1.0 | Recovery analysis for Settlement Parties Plan |
| Zul Jamal | 01/03/11 | 1.0 | Recovery analysis for Settlement Parties Plan |
| Ashish Ajmera | 01/03/11 | 1.0 | Recovery analysis for Settlement Parties Plan |
| Evan Glucoft | 01/03/11 | 3.0 | Recovery analysis for Settlement Parties Plan |
| Sandhya Sistla | 01/03/11 | 2.0 | Recovery analysis for Settlement Parties Plan |
| Thane Carlston | 01/04/11 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 01/04/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 01/04/11 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 01/04/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 01/04/11 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 01/04/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Zul Jamal | 01/04/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Ashish Ajmera | 01/04/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Sandhya Sistla | 01/04/11 | 1.0 | Discussion with Chadbourne regarding discovery requests |
| Thane Carlston | 01/07/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 01/07/11 | 1.0 | UCC Meeting |
| Zul Jamal | 01/07/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 01/07/11 | 1.0 | UCC Meeting |
| Evan Glucoft | 01/07/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 01/07/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 01/10/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 01/10/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 01/10/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Thane Carlston | 01/11/11 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 01/11/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 01/11/11 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 01/11/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 01/11/11 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 01/11/11 | 1.0 | Analysis of settlement proposals for Chadbourne |
| Zul Jamal | 01/11/11 | 1.0 | Analysis of settlement proposals for Chadbourne |
| Ashish Ajmera | 01/11/11 | 3.0 | Analysis of settlement proposals for Chadbourne |
| Evan Glucoft | 01/11/11 | 7.0 | Analysis of settlement proposals for Chadbourne |
| Sandhya Sistla | 01/11/11 | 5.0 | Analysis of settlement proposals for Chadbourne |
| Zul Jamal | 01/13/11 | 1.5 | Review of motions to estimate and classify PHONES claims and professional fees |
| Ashish Ajmera | 01/13/11 | 1.5 | Review of motions to estimate and classify PHONES claims and professional fees |

**I. Summary**

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 19.0 |
| Navid Mahmoodzadegan | Managing Director | 20.0 |
| Zul Jamal | Managing Director | 29.5 |
| Ashish Ajmera | Vice President | 49.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 73.5 |
| **Total** | | **257.0** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 01/13/11 | 1.5 | Review of motions to estimate and classify PHONES claims and professional fees |
| Sandhya Sistla | 01/13/11 | 1.5 | Review of motions to estimate and classify PHONES claims and professional fees |
| Thane Carlston | 01/13/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 01/13/11 | 1.0 | UCC Meeting |
| Zul Jamal | 01/13/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 01/13/11 | 1.0 | UCC Meeting |
| Evan Glucoft | 01/13/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 01/13/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 01/14/11 | 2.5 | Analysis of email retrieval process for discovery |
| Evan Glucoft | 01/14/11 | 2.5 | Analysis of email retrieval process for discovery |
| Sandhya Sistla | 01/14/11 | 2.5 | Analysis of email retrieval process for discovery |
| Ashish Ajmera | 01/17/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 01/17/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 01/17/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Navid Mahmoodzadegan | 01/18/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Zul Jamal | 01/18/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Ashish Ajmera | 01/18/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Evan Glucoft | 01/18/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Sandhya Sistla | 01/18/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Zul Jamal | 01/18/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 01/18/11 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 01/18/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 01/18/11 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 01/20/11 | 0.5 | UCC Meeting |
| Navid Mahmoodzadegan | 01/20/11 | 0.5 | UCC Meeting |
| Zul Jamal | 01/20/11 | 0.5 | UCC Meeting |
| Ashish Ajmera | 01/20/11 | 0.5 | UCC Meeting |
| Evan Glucoft | 01/20/11 | 0.5 | UCC Meeting |
| Sandhya Sistla | 01/20/11 | 0.5 | UCC Meeting |
| Zul Jamal | 01/20/11 | 1.0 | Internal call regarding discovery requests and resulting procedure |
| Ashish Ajmera | 01/20/11 | 1.0 | Internal call regarding discovery requests and resulting procedure |
| Evan Glucoft | 01/20/11 | 1.0 | Internal call regarding discovery requests and resulting procedure |
| Sandhya Sistla | 01/20/11 | 1.0 | Internal call regarding discovery requests and resulting procedure |
| Ashish Ajmera | 01/24/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 01/24/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 01/24/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Thane Carlston | 01/27/11 | 1.5 | Internal review of proposed Bridge settlement |
| Navid Mahmoodzadegan | 01/27/11 | 1.5 | Internal review of proposed Bridge settlement |
| Zul Jamal | 01/27/11 | 1.5 | Internal review of proposed Bridge settlement |
| Ashish Ajmera | 01/27/11 | 1.5 | Internal review of proposed Bridge settlement |
| Evan Glucoft | 01/27/11 | 1.5 | Internal review of proposed Bridge settlement |
| Sandhya Sistla | 01/27/11 | 1.5 | Internal review of proposed Bridge settlement |
| Ashish Ajmera | 01/27/11 | 3.0 | Retrieval of discovery documents |
| Evan Glucoft | 01/27/11 | 7.0 | Retrieval of discovery documents |
| Sandhya Sistla | 01/27/11 | 8.5 | Retrieval of discovery documents |
| Navid Mahmoodzadegan | 01/27/11 | 3.0 | Internal discussion regarding Navid's rebuttal report |
| Thane Carlston | 01/27/11 | 3.0 | Internal discussion regarding Navid's rebuttal report |
| Zul Jamal | 01/27/11 | 3.0 | Internal discussion regarding Navid's rebuttal report |

**Tribune Co.**  
Time Log - January 2011

**MOELIS & COMPANY**

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 19.0 |
| Navid Mahmoodzadegan | Managing Director | 20.0 |
| Zul Jamal | Managing Director | 29.5 |
| Ashish Ajmera | Vice President | 49.0 |
| Evan Glucoft | Associate | 66.0 |
| Sandhya Sistla | Analyst | 73.5 |
| **Total** | | **257.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Ashish Ajmera | 01/27/11 | 3.0 | Internal discussion regarding Navid's rebuttal report |
| Evan Glucoft | 01/27/11 | 3.0 | Internal discussion regarding Navid's rebuttal report |
| Sandhya Sistla | 01/27/11 | 3.0 | Internal discussion regarding Navid's rebuttal report |
| Navid Mahmoodzadegan | 01/28/11 | 2.0 | Analysis of Scripps Contribution Agreement and Subscription Option |
| Zul Jamal | 01/28/11 | 2.0 | Analysis of Scripps Contribution Agreement and Subscription Option |
| Ashish Ajmera | 01/28/11 | 2.0 | Analysis of Scripps Contribution Agreement and Subscription Option |
| Evan Glucoft | 01/28/11 | 2.0 | Analysis of Scripps Contribution Agreement and Subscription Option |
| Sandhya Sistla | 01/28/11 | 2.0 | Analysis of Scripps Contribution Agreement and Subscription Option |
| Thane Carlston | 01/28/11 | 1.5 | UCC Meeting |
| Navid Mahmoodzadegan | 01/28/11 | 1.5 | UCC Meeting |
| Zul Jamal | 01/28/11 | 1.5 | UCC Meeting |
| Ashish Ajmera | 01/28/11 | 1.5 | UCC Meeting |
| Evan Glucoft | 01/28/11 | 1.5 | UCC Meeting |
| Sandhya Sistla | 01/28/11 | 1.5 | UCC Meeting |
| Thane Carlston | 01/28/11 | 2.5 | Analysis of Bridge Settlement Term Sheet |
| Navid Mahmoodzadegan | 01/28/11 | 2.5 | Analysis of Bridge Settlement Term Sheet |
| Zul Jamal | 01/28/11 | 2.5 | Analysis of Bridge Settlement Term Sheet |
| Ashish Ajmera | 01/28/11 | 2.5 | Analysis of Bridge Settlement Term Sheet |
| Evan Glucoft | 01/28/11 | 2.5 | Analysis of Bridge Settlement Term Sheet |
| Sandhya Sistla | 01/28/11 | 2.5 | Analysis of Bridge Settlement Term Sheet |
| Navid Mahmoodzadegan | 01/30/11 | 2.0 | Cooking Channel transaction analysis update |
| Zul Jamal | 01/30/11 | 2.0 | Cooking Channel transaction analysis update |
| Ashish Ajmera | 01/30/11 | 5.0 | Cooking Channel transaction analysis update |
| Evan Glucoft | 01/30/11 | 6.0 | Cooking Channel transaction analysis update |
| Sandhya Sistla | 01/30/11 | 8.0 | Cooking Channel transaction analysis update |
| Ashish Ajmera | 01/31/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 01/31/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 01/31/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Thane Carlston | 01/31/11 | 2.0 | Research regarding Navid's rebuttal report |
| Navid Mahmoodzadegan | 01/31/11 | 2.0 | Research regarding Navid's rebuttal report |
| Zul Jamal | 01/31/11 | 2.0 | Research regarding Navid's rebuttal report |
| Ashish Ajmera | 01/31/11 | 6.0 | Research regarding Navid's rebuttal report |
| Evan Glucoft | 01/31/11 | 8.0 | Research regarding Navid's rebuttal report |
| Sandhya Sistla | 01/31/11 | 9.0 | Research regarding Navid's rebuttal report |
| | **Total** | **257.0** | |