# EXHIBIT B

No out-of-pocket expenses are requested for reimbursement for the Twenty-Fifth Monthly Application of Moelis & Company LLC