## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>**Re: Docket No. 8256** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      :  SS.
NEW CASTLE COUNTY     :

       Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of March, 2011 she caused a copy of the following to be served via e-mail on the attached list as indicated:

- **Letter to the Honorable Chief Judge Kevin J. Carey from Elliot Moskowitz [Docket 8256]**

*Ann Jerominski*
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 8th day of March, 2011.

_____
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

## Service List

| |
|---|
| David M. Miles<br>Donald Flagg<br>James F. Bendernagel, Jr.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>dmiles@sidley.com<br>dflagg@sidley.com<br>jbendern@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>**U.S. Department of Labor**<br>P.O. Box 1914<br>Washington, D.C. 20013<br>Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| C. Dana Hobart<br>James O. Johnston<br>Joshua Mester<br>**Hennigan, Bennett & Dorman LLP**<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017<br>hobartd@hbdlawyers.com<br>johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com |
| Jared A. Ellias |

Gordon Z. Novod
Kate Bromberg
Martin Siegel
Andrew Dash
**Brown Rudnick**
Seven Times Square
New York, NY 10036
jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com
adash@brownrudnick.com

Alitia Faccone
Joseph T. Boccassini
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102
afaccone@mccarter.com
jboccassini@mccarter.com

Andrew N. Goldfarb
Graeme W. Bush
James Sottile
**Zuckerman Spaeder LLP**
1800 M Street, NW
Ste 1000
Washington, DC 20036
agoldfarb@zuckerman.com
gbush@zuckerman.com
jsottile@zuckerman.com

Andrew G. Gordon
David W. Brown
Elizabeth McColm
Kira Davis
**Paul, Weiss, Rifkind, Wharton &
Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com
kdavis@paulweiss.com

Andrew W. Hammond
Brian E. Fritz
David Hille
**White & Case LLP**
1155 Avenue of the Americas

New York, NY 10036
ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

Andrew J. Puglia Levy
**Paul, Weiss, Rifkind, Wharton &**
**Garrison LLP**
2001 K Street, NW
Washington, DC 20006
alevy@paulweiss.com

Andrew N. Goldman
Charles C. Platt
Dawn M. Wilson
**Wilmer Hale**
399 Park Avenue
 New York, NY 10022
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com
dawn.wilson@wilmerhale.com

Alexandra K. Nellos
David M. LeMay
Howard Seife
Marc Ashley
Thomas McCormack
Eric Przybylko
**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY 10112
anellos@chadbourne.com
dlemay@chadbourne.com
hseife@chadbourne.com
mashley@chadbourne.com
tmccormack@chadbourne.com
EPrzybylko@chadbourne.com

Abid Qureshi
Daniel Golden
Deborah Newman
David Zensky
Jason Goldsmith
Mitchell Hurley
Nancy Chung
Sunny Gulati
Christine Doniak
Brian Carney
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park

New York, NY 10036
aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com
mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com
bcarney@akingump.com

Brad B. Erens
**Jones Day**
77 West Wacker
Chicago, Illinois  60601
bberens@jonesday.com

Steven M. Bierman
Andrew D. Hart
**Sidley Austin LLP**
787 Seventh Avenue
New York, New York 10019
SBierman@Sidley.com
AHart@Sidley.com

Bryan Krakauer
Colleen M. Kenney
James F. Conlan
James W. Ducayet
Jen Peltz
Dale E. Thomas
Patrick Wackerly
**Sidley Austin LLP**
One South Dearborn
Chicago, Illinois 60603
bkrakaue@sidley.com
ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

David Adler
**McCarter English**
245 Park Avenue
27th Floor
New York, NY 10167
dadler@mccarter.com

Daniel L. Cantor
Daniel Shamah
Bradley Butwin
**O'Melveny & Myers LLP**
7 Times Square
New York, NY 10036
dcantor@omm.com
dshamah@omm.com
bbutwin@omm.com

Evan D. Flaschen
**Bracewell & Giuliani LLP**
225 Asylum Street
Suite 2600
Hartford, CT 06103
evan.flaschen@bgllp.com

Howard J. Kaplan
Johnny Yeh
**Arkin Kaplan Rice LLP**
590 Madison Avenue
35th Floor
New York, NY 10022
hkaplan@arkin-law.com
jyeh@arkin-law.com

Joseph M. Drayton
Jonathan Agudelo
Jane Parver
Madlyn Primoff
**Kaye Scholer LLP**
425 Park Avenue
New York, NY 10022
jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

Katharine L. Mayer
**McCarter English**
405 N. King Street, 8th Floor
Wilmington, DE 19801
kmayer@mccarter.com

J. Kate Stickles
**Cole, Schotz, Meisel, Forman &
Leonard, P.A.**
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

| |
|---|
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013<br>klantry@sidley.com |
| Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York  10017<br>lmarvin@jonesday.com |
| Laurie Silverstein<br>R. Stephen McNeill<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>**Pepper Hamilton LLP**<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Rachel Mauceri<br>**Morgan, Lewis & Bockius**<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>rmauceri@morganlewis.com |
| Menachem Zelmanovitz<br>**Morgan, Lewis & Bockius**<br>101 Park Avenue<br>New York, NY 10178<br>mzelmanovitz@morganlewis.com |

| |
|---|
| Charles Jackson<br>Deborah Davidson<br>Theodore Becker<br>Matthew A. Russell<br>James E. Bayles<br>**Morgan, Lewis & Bockius**<br>77 West Wacker Dr.<br>Chicago, IL 60601<br>Charles.jackson@morganlewis.com<br>ddavidson@morganlewis.com<br>tbecker@morganlewis.com<br>marussell@morganlewis.com<br>jbayles@morganlewis.com |
| Beth E. Levine<br>**Pachulski Stang Ziehl & Jones**<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017<br>blevine@pszjlaw.com |
| Brent Truitt<br>**Hennigan, Bennett & Dorman LLP**<br>245 Park Avenue<br>39th Floor<br>New York, NY 10167<br>truittb@hbdlawyers.com |
| William D. Sullivan<br>Elihu Allinson<br>**Sullivan Hazeltine Allinson**<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>zallinson@sha-llc.com<br>bsullivan@sha-llc.com |