# EXHIBIT 1

## Tribune Twenty-First Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Perkins Coie LLP<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111-4131<br>Contact: Sue J. Stott<br>Email: SStott@perkinscoie.com | Litigation | $48,000.00 |