## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING OF NOTICE OF EXTENSION TO STEP TWO/DISGORGEMENT SETTLEMENT ELECTION DEADLINE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Stephenie Kjontvedt, being duly sworn, deposes and says, under the penalty of perjury:

1. I am a Vice President, Senior Consultant at Epiq Bankruptcy Solutions, LLC, ("Epiq"), located at 757 Third Avenue, New York, New York 10017. I am authorized to submit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2

this affidavit on behalf of Epiq. I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

    2.    I caused to be served the "Notice of Extension to Step Two/Disgorgement Settlement Election Deadline" (the "Step Two Notice Extension"), dated March 3, 2011 [Docket No. 8235], which is attached hereto as Exhibit A.

    a.    On March 3, 2011 the Step Two Notice Extension was served via next day delivery to the parties listed on attached Exhibit B;

    b.    On March 3, 2011 the Step Two Notice Extension was served via email to the parties listed on the attached Exhibit C;

    c.    On March 4, 2011 the Step Two Notice Extension was served via next day delivery to the party listed on attached Exhibit D; and

    d.    On March 4, 2011 the Step Two Notice Extension was served via email to the parties listed on the attached Exhibit E.

_____
Stephenie Kjontvedt

Sworn to before me this
8th day of March, 2011

_____
Notary Public

BRITTANY N WHALEN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01WH6222756
COMM. EXP. 6/01/2014

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>)<br>) Related to Docket No. 8115<br>)<br>)<br>) |

## NOTICE OF EXTENSION TO STEP TWO/DISGORGEMENT SETTLEMENT ELECTION DEADLINE

<u>Notice of Extension to Step Two/Disgorgement Settlement Election Deadline</u>

1. Pursuant to the Step Two/Disgorgement Settlement Procedures filed on December 10, 2010 [Docket No. 7136], the Step Two Arrangers hereby extend the Step Two/Disgorgement Settlement Election Deadline (as defined therein) to March 21, 2011.

Dated: March 3, 2011
      Wilmington, Delaware

/s/ Mark D. Collins
Mark D. Collins (DE No. 2981)
Robert J. Stearn, Jr. (DE No. 2915)
Drew G. Sloan (DE No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone (302) 651-7700
Facsimile (302) 651 7701

-and-

Donald S. Bernstein
Damian S. Schaible
Elliot Moskowitz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*

RLF1 3855985v. 1

Filed: 3/3/11
Dkt. No: 8235

/s/ Laurie Selber Silverstein
Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation*

>  /s/ Stephen P. Lamb
> Stephen P. Lamb (DE No. 2053)
> PAUL, WEISS, RIFKIND, WHARTON &
> GARRISON LLP
> Brandywine Building
> 1000 N. West Street, Suite 1200
> Wilmington, Delaware 19801
> Telephone: (302) 655-4410
> Facsimile: (302) 655-4420
>
> Andrew Gordon
> David W. Brown
> Stephen J. Shimshak
> Elizabeth R. McColm
> PAUL, WEISS, RIFKIND, WHARTON &
> GARRISON LLP
> 1285 Avenue of the Americas
> New York, New York 10019-6064
> Telephone: (212) 373-3000
> Facsimile: (212) 757-3990
>
> *Attorneys for Citicorp North America, Inc.*

/s/ Evelyn J. Meltzer
David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500

-and-

O'MELVENY & MYERS LLP
Daniel L. Cantor, Esq.
Daniel S. Shamah, Esq.
Times Square Tower, Esq.
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

-and-

Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6236

*Attorneys for Bank of America, N.A.*

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| AIG ANNUITY INSURANCE COMPANY | WESTERN NATIONAL LIFE INSURANCE COMPANY ATTN: TOKI SHAW, HOUSTON OPERATIONS 2929 ALLEN PARKWAY, A36-10 HOUSTON TX 77019-2155 |
| ARMY AND AIR FORCE MUTAL AID | C/O PIMCO SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| AVENUE INV LP | DAVID LICHT 535 MADISON AVENUE, 15 FLOOR NEW YORK NY 10022 |
| AVL LOAN FUNDING LLC | DYLAN JOHNSON BANK OF AMERICA MERRILL LYNCH 540 W. MADISON, SUITE 0950 CHICAGO IL 60661 |
| BARCLAYS BANK PLC | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| BASSO CR OPPORTUNITIES HLDG FD | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P. 1266 EAST MAIN ST., 4FL STAMFORD CT 06902 |
| BASSO FUND LTD | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P. 1266 EAST MAIN ST., 4FL STAMFORD CT 06902 |
| BASSO MULTI-STRATEGY HLDG FD L | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P 1266 EAST MAIN ST., 4FL STAMFORD CT 06902 |
| BLACKPORT CAP FD LTD | JOHN DIONNE 345 PARK AVENUE, 29TH FL NEW YORK NY 10154 |
| CONTRARIAN FUNDS LLC | JOHN HALLOWELL C/O CONTRARIAN CAPITAL MANAGEMENT 411 W PUTNAM AVE, S-225 GREENWICH CT 06830-6261 |
| DEUTSCHE BK-LONDON | MEIRAV AZOULAY 1 GREAT WINCHESTER STREET LONDON EC2N2DB GB |
| DEUTSCHE BK-NEW YORK | DANIEL ASTON 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| EATON VANCE CR OPPORTUNITY FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLTG RT INC TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSTL SR LN FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LTD DURATION INC F | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SR DEBT PF | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SR FLTG RT TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SR INC TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE VT FLTG RT INC FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |
| EMERALD ORCHARD LTD | 720 KING STREET WEST, 2ND FLOOR TORONTO M5V2T3 CANADA |
| FBS CBNA LOAN FUNDING LLC | AARON RYSKIEWICZ BANK OF AMERICA MERRILL LYNCH GLOBAL SECURITIES SOLUTIONS 540 W. MADISON STREET, SUITE 1810 CHICAGO IL 60661 |
| FRANKLIN 4884 VIPT STRT INC SE | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRANKLIN STR INC FD CANADA | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRANKLIN TOT RTN FD | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRANKLIN-OLD WESTBURY FDS INC | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| FRASER SULLIVAN CLO I LTD | JOHN FRASER 400 MADISON AVENUE, SUITE 9A NEW YORK NY 10017 |
| FRASER SULLIVAN CLO II LTD | DAVID ENDLER 400 MADISON AVENUE, SUITE 9A NEW YORK NY 10017 |
| FT12460 - OPPORTUNISTIC DISTRE | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 SAN MATEO CA 94403 |
| GOLDENTREE 2004 TRUST | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDENTREE CR OPP FINCNG I LTD | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDENTREE LEV LOAN FIN I LTD | MAREK BROZYNA 1230 6TH AVE. NEW YORK NY 10020 |
| GOLDENTREE MULTI-STRAT FINCNG | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDENTREE MULTISTRATEGY SUBSI | MAREK BROZYNA 1230 6TH AVE NEW YORK NY 10020 |
| GOLDMAN SACHS CR PARTS LP | ANDREW CADITZ 85 BROAD ST NEW YORK NY 10004-2434 |
| GRAND CENT ASSET TR CLAR | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| GRAND CENT ASSET TR CRU | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| GRAND CENT ASSET TR VCM | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| GSO ROYAL HLDGS CFPI LLC | GEORGE FAN GSO ROYAL FINANCING LLC C/O GSO CAPITAL PARTNERS LLC 280 PARK AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| HARBOURVIEW CLO 2006-1 | THOMAS JI DEUTSCHE BANK TRUST COMPANY 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| HCSMF SCOTIA SWAP | HCSMF SCOTIA SWAP C/O SCOTIABANK (IRELAND) LIMITED ATTENTION: MR JOHN CAMPBELL IFSC HOUSE CUSTOM HOUSE QUAY DUBLIN 1 IE |

| Claim Name | Address Information |
|---|---|
| HIGHLAND CREDIT OPP CDO LTD | CARTER CHISM HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL RD., SUITE 800 DALLAS TX 75240 |
| HIGHLAND LOAN FD V LTD | CARTER CHISM HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| ING PIMCO HI YLD PF | JASON ALMIRO 7337 E DOUBLETREE RANCH RD SCOTTSDALE AZ 85258-2144 |
| JP MORGAN WHITEFRIARS INC | MIRIAM KULNIS 383 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10179 |
| KENAI SPIRET LOAN TRUST | CRAIG PEARSON UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR STAMFORD CT 06601 |
| KING STREET ACQUISITION COMPANY | RUDY AUSTIN 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KNIGHTHEAD MASTER FUND LP | DAVID RUDITZKY 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022-6842 |
| LASALLE BANK NA | SUSAN GREGAR 135 S LASALLE STREET CHICAGO IL 60603-4177 |
| LEHMAN BROTHERS COMMERCIAL | LIAM AHEARN 101 HUDSON ST JERSEY CITY NJ 07302-3915 |
| LEVINE LEICHTMAN CAP DV FD LP | JOHN KLINGE 335 N. MAPLE DRIVE, SUITE 240 BEVERLY HILLS CA 90210 |
| LOAN STAR STATE TR | JAMI NOLAN STONE TOWER CAPITAL LLC 152 W. 57TH STREET-34TH FLOOR NEW YORK NY 10019 |
| LONGHORN CR FDNG LLC | CARTER CHISM 13455 NOEL ROAD, STE 800 DALLAS TX 75240 |
| MIDTOWN ACQUISITIONS L P | CHRISTIAN CANTALUPO 65 E 55TH ST, 19TH FLOOR NEW YORK NY 10022-3355 |
| MONARCH MASTER FUNDING LTD | MATTHEW GLOWASKY VICE PRESIDENT MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE NEW YORK NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | SU YEO 1585 BROADWAY AVE, 2ND FLOOR NEW YORK NY 10036 |
| O'CONNOR CAP STRUCT OPP MST | CRAIG PEARSON UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR STAMFORD CT 06601 |
| O'CONNOR CREDIT OPP MST LTD | UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR, STAMFORD CT 06601 |
| OPPENHEIMER MSTR LN FD LLC | MYK PLEET OPPENHEIMERFUNDS 1-HYCDT 6803 S TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER SR FLTG RT FD | MYK PLEET OPPENHEIMERFUNDS 1-HYCDT 6803 S TUCSON WAY CENTENNIAL CO 80112 |
| OZ SPECIAL MASTER FUND LTD | NOAH CHARNEY 9 W 57TH ST, 39TH FLOOR NEW YORK NY 10019 |
| PEMBROKE CBNA LOAN FDG LLC | IRA BERG, AMIDA CAPITAL MANAGEMENT II LLC 767 THIRD AVENUE, SUITE 800 NEW YORK NY 10017 |
| PIMCO1241-PRU-HY PORT | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO1252-ST TEACH RET SYS OH | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2042-IBM PER PEN PLN TR | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2493-HI INC FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2496-FLTG RT INC FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2497-FLTG RT STRT FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2603-RED RIVER HYPI LP | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2764-BBH-GBL HI INC FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2782-BBH-GBL HI INC(YEN-H | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO2980-CA PUB EMP RET SYS | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO3716-BBH TR CO(CAYMAN) LT | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO3752-BBH TR IV-GBL HI YLD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO686-VIT HI YLD BD P | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO6975-AST HIGH YIELD PF | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO705-PIMCO HI YLD FD | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| PIMCO706-FD PRIVATE HI YD PT | SANDY BENSON 840 NEWPORT CENTER DR. NEWPORT BEACH CA 92660 |
| SATELLITE SR INCOME FD LLC | C/O SATELLITE ASSET MANAGEMENT LP GOICHEHREH ABTAHIAN 10 E 50TH ST 21ST FL NEW YORK NY 10022-6831 |
| SECONDARY LOAN AND DISTRESSED | MIRIAM KULNIS 383 MADISON AVENUE 23RD FLOOR NEW YORK NY 10179 |
| SILVER OAK CAP | TODD ARDEN 245 PARK AVENUE 26TH FLOOR NEW YORK NY 10167 |
| SOF INV, LP | C/O MSD CAPITAL, L.P. GURDEV DILLON 645 FIFTH AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| TACONIC CAP PTNRS 1 5 LP | MICHAEL J. ZACZYK 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FD L P | MICHAEL J. ZACZYK 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| TEMPLETON 4290 GLB INV TR-INC | ED PERKS 500 E BROWARD BLVD FORT LAUDERDALE FL 33394-3000 |
| UBS AG STAMFORD BRANCH | UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR STAMFORD CT 06601 |
| VARDE INVEST PTNRS LP | MARKUS SPECKS 8500 NORMANDALE LAKE BLVD, #1570 MINNEAPOLIS MN 55437 |
| VEER CASH FLOW CLO LTD | DELIA GAMBOA 12 E 49TH STREET, 29TH FLOOR NEW YORK NY 10017 |
| WINDMILL MASTER FD LP | JEFFREY WERNER DUQUESNE FUND SERVICES LLC 2579 WASHINGTON ROAD SUITE 322 PITTSBURGH PA 15241 |
| WMC3G67 - SUN AM SR FLTG RT FD | JACK BURGESS 733 THIRD AVE NEW YORK NY 10017 |
| WOODLANDS COMMERCIAL BANK | SHANNON BASS 745 7TH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| XX - ZOHAR III LTD | SUSAN GREGAR 135 S LA SALLE ST CHICAGO IL 60603-4177 |
| YORK CAPITAL MANAGEMENT | LAUREN SEARING YORK CAPITAL MANAGEMENT, L.P. 767 5TH AVE, 17TH FL NEW YORK NY 10153 |
| ZOHAR II 2005-1 LTD | ADMINISTRATION LOAN C/O LASALLE BANK NA 135 S LASALLE ST CHICAGO IL 60603 |
| ZZ - FRANKLIN STRT SR-FRANKLIN | ONE FRANKLIN PARKWAY BUILDING 920, 1ST FLOOR SAN MATEO CA 94044 |
| ZZ GRAYSON & CO | RACHEL KATZ EATON VANCE MANAGEMENT 255 STATE STREET BOSTON MA 02109 |

**Total Creditor count  96**

**EXHIBIT C**

a.milanez@dkpartners.com

doron.zeif@barcap.com

endler@frasersullivan.com

leslie.evans@ozcap.com

nfodor@frk.com

nnotte@avenuecapital.com

se@bassocap.com

stacy.lai@baml.com

tina.chen@lamcollc.com

twada@frk.com

**EXHIBIT D**

TRS Venor LLC
Venor Capital Management
Attn: David S. Zemel
7 Times Square, Suite 3505
New York, NY 10036

**EXHIBIT E**

anders.amundson@lamcollc.com

cloops@gsocap.com

csaffar@brownrudnick.com

cwoods@aegonusa.com

ltorrado@knighthead.com

mmcnamara@angelogordon.com

randall.braunfeld@lamcollc.com