# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 8, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Don Bernstein | Davis Polk | JPMorgan Chase |
| Damien Schaible | " | " |
| Ben Kaminetzky | " | " |
| Elliot Moskowitz | " | " |
| Michael Roche Russano | " | " |
| Bob Stearn | RLF | " |
| Mark Collins | " | " |
| Marilyn Prindiff | Kaye Scholer | Merrill Lynch Capital Corporation |
| Jane Parver | " | " |
| Laurie Selber Silverstein | Potter Anderson | " |
| E. Stephen McNeill | " | " |
| | | |

**SIGN-IN-SHEET**

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 8, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Phil Dublin | Akin Gump | Aurelius Capital |
| Dany Golden | " | " |
| Dawn Harrip | " | " |
| David Zensky | " | " |
| Lucy Chiu | " | " |
| Ed Friedman | Friedman Kaplan | " |
| Gregory Fox | " | " |
| Nick Adams | Akin Gump | " |
| Katherine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |
| Mitch Hurley | Akin Gump | Aurelius |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 8, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Gordon | Paul Weiss | Citigroup, Inc. |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Blake Cleary | YCST | certain individual/board members |
| Robert Brady | " | " |
| Bruce Bennett | Dewey & LeBoeuf | " |
| James Johnston | Dewey | " |
| Bank Morter | Dewey | " |
| Norman Pernick | Cole Schotz | Debtor |
| James Conlan | Sidley Austin | " |
| James Bendernagel | " | " |
| Kevin Lantry | " | " |
| David Rosner + Christine Montenegro | Kasowitz | Law Debenture |
| Graeme McDaniel | " | " |
| Lynn Marvin | Jones Day | Special Committee of Board of Directors of Tribune Co. |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 8, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Bowden | Ashby & Geddes | Aurelius |
| Amanda Winfree | " | " |
| Alicia Porterfield | Edwards Angell Palmer & Dodge | Barclays |
| Jeffrey Schlerf | Fox Rothschild | Wells Fargo / Bridge Lenders |
| Scott Grissom | White & Case | " |
| Robert Stark | Brown Rudnick | Wilmington Trust |
| Martin Siegel | | Wilmington Trust |
| Bill Sullivan | Sullivan Hazeltine | Wilmington Trust |
| Catherine Steege | Jenner & Block | EGI-TRB Sam Zell |

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 8, 2011

# SIGN-IN-SHEET

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath + Cobb | The Committee |
| Janie B. Rosh | " " | " " |
| Howard Seife | " " | " " |
| David LeMay | Chadbourne + Parke | " " |
| Thomas McCormack | " " | " " |
| Robert Schwinger | " " | " " |
| Marc Ashley | " " | " " |
| Bob Kirby | " " | " " |
| Andrew Rosenblum | " " | " " |
| Douglas Deutsch | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| Graeme Bush | " " | " " |
| Andrew Goldfarb | " " | " " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 03/08/2011
Calendar Time: 10:00 AM ET

Amended Calendar 03/08/2011 06:37 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4084202 | Sophia Mullen | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081662 | Jason D. Abbruzzese | (212) 612-1441 Realm Partners | Creditor, Jason D. Abbruzzese / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4078671 | Marc D. Ashley | 212-408-5194 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083486 | Jean-Marie Atamian | (212) 506-2678 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4075899 | Gavin Baiera | 212-692-0217 Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083663 | Carol L. Bale | 212-588-6640 SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081572 | John Berry | 212-872-8075 Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079541 | Justin Brass | (203) 708-5847 Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083405 | Katherine Bromberg | (212) 209-4929 Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083329 | Robert G. Burns | (212) 554-1768 Monarch Alternative Capital LP | Creditor, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079307 | Graem Bush | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4084670 | Scott Bynum | 212-902-8060 Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081747 | Daniel Cantor | (212) 326-2000 O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4082837 | Andrew Caridas | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4053109 | Esther Chung | (646) 855-6705 Bank of America | Interested Party, Bank of America / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4071750 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079079 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078054 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069452 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077252 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4083290 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081676 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081492 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4063405 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051573 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4077743 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4093392 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4080180 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4080183 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071688 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4084304 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078797 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081777 | Nicholas Heilbut | (212) 466-2167 | Serengeti Asset Management | Interested Party, Serengeti Asset Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4083732 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078528 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078990 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4084559 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084163 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4079927 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 4081697 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081849 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078128 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071727 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075784 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051667 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081708 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081644 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078919 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079679 | Jessica Marrero | (212) 408-5100 | Chadbourne & Parke LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083730 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078607 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081563 | Brian McGowan | (212) 761-1596 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079543 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4083625 | Eitan Melamed | 310-907-0455 | Barclays Capital, Inc. | Creditor, Barclays Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084044 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075733 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing. - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078958 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4082678 | Jeffrey Olinsky - CLIENT | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071649 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4081431 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4081597 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078193 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081876 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4051612 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079052 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081598 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083291 | Robert Schwarz | (212) 872-7441 | Raymond James | Other Prof., Expert / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077986 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081831 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4083499 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4083494 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078708 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4083530 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4074058 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4082546 | Chad Valerio - (CLIENT) | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080907 | Frank Vazquez | (212) 408-5111 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078519 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081672 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068790 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084340 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |

| | | | | |
|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4083946 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071384 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |