IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on March 9, 2011, I did cause to be served true and correct copies of the **AMENDMENT TO OBJECTION OF BRIGADE CAPITAL MANAGEMENT TO SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDON & CO., L.P. AND JP MORGAN CHASE BANK, N.A.** on the parties listed on the attached service list as indicated thereon.

DATED: March 9, 2011

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:     (302) 654-0728
Email:           loizides@loizides.com

**SERVICE LIST**

**VIA FACSIMILE, ELECTRONIC MAIL AND FIRST-CLASS MAIL**

J. Kate Stickles, Esquire
COLE SCHOTZ MEISEL FORMAN & LEONARD PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Facsimile:   (302) 652-3117
Email:   kstickles@coleschotz.com

Adam G. Landis, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmkington, DE 19801
Facsimile:   (302) 467-4450
Email:   landis@lrclaw.com

Robert S. Brady, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street, P. O. Box 391
Wilmington, DE 19899-0391
Facsimile:   (302) 571-1253
Email:   rbrady@ycst.com

Mark Collins, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
Facsimile:   (302) 651-7701
Email:   collins@rlf.com

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES PA
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
Facsimile:   (302) 654-2067
Email:   wbowden@ashby-geddes.com
         awinfree@ashby-geddes.com

Katharine L. Mayer, Esquire
MCCARTER & ENGLISH LLP
Renaissance Centre
405 W. King Street
Wilmington, DE 19801
Facsimile:   (302) 984-6399
Email:   kmayer@mccarter.com

Amendment to Objection to Second Amended Joint Plan.DOC         2

Garvan F. McDaniel, Esquire
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Facsimile:      (302) 429-8600
Email:          gmcdaniel@bglawde.com

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
SULLIVAN HAZELTINE ALLINSON LLC
4 Est 8th Street, Suite 400
Wilmington, DE 19801
Facsimile:      (302) 428-8195
Email:          bsullivan@sha-llc.com
                zallinson@sha-llc.com

Jeffrey M. Schlerf, Esquire
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1600
Wilmington, DE 19801
Facsimile:      (302) 656-8920
Email:          jschlerf@foxrothschild.com

David Klauder, Esquire
OFFICE OF THE U.S. TRUSTEE
844 King Street, Suite 2207
Lock Box #35
Wilmington, DE 19801
Facsimile:      (302) 573-6497
Email:          david.klauder@usdoj.gov

Jessica C.K. Boelter, Esquire
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile:      (312) 853-7036
Email:          jboelter@sidley.com

David M. LeMay, Esquire
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile:      (212) 541-5369
Email:          dlemay@chadbourne.com

James Sottile, Esquire
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Facsimile:      (202) 822-8106
Email:          jsottile@zuckerman.com

Bruce Bennett, Esquire
HENNIGAN BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Facsimile: (213) 694-1234
Email: bennettb@hbdlawyers.com

Andrew Goldman, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Facsimile: (212) 230-8888
Email: andrew.goldman@wilmerhale.com

Damian S. Schaible, Esquire
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Facsimile: (212) 701-5800
Email: damian.schaible@davispolk.com

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
Email: dgolden@akingump.com
       pdublin@akingump.com

David J. Adler, Esquire
MCCARTER & ENGLISH LLP
245 Park Avenue
New York, NY 10167
Facsimile: (212) 609-6921
Email: dadler@mcarter.com

David S. Rosner, Esquire
Richard F. Casher, Esquire
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Facsimile: (212) 506-1800
Email: drosner@kasowitz.com
       rcasher@kasowitz.com

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Facsimile:      (212) 209-4801
Email:          msiegel@brownrudnick.com
                gnovod@brownrudnick.com
                rstark@brownrudnick.com

Thomas E. Lauria, Esquire
Scott Greissman, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Facsimile:      (212) 819-8113
Email:          tlauria@whjtecase.com
                sgreissman@whitecase.com