# EXHIBIT A

# Declaration of Christopher L. Meazell

46429/0001-7434968v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.     I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.     I have read the forgoing Twentieth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period January 1, 2011 through January 31, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.     I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twentieth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 9th day of March, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## JANUARY 1 - JANUARY 31, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 22.2 | 12,210.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 31.3 | 22,849.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 7.9 | 2,923.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 10.0 | 6,000.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 28.1 | 18,265.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK); | 450 | 6.6 | 2,970.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 4.2 | 1,932.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 1.8 | 1,152.00 |

| | | | | |
|---|---|---|---|---|
| **TOTALS** | | | **112.1** | **68,301.00** |
| **BLENDED RATE** | | | | **609.2863515** |

[1]  On January 1, 2011 Dow Lohnes implemented a Firm-wide rate adjustment which impacted several timekeepers working on this matter as follows:  Burrow (2011 rate is $550, up from 2010 rate of $530); Feore (2011 rate is $730, up from 2010 rate of $725; Folliard (2011 rate is $370, up from 2010 rate of $340); Latek (2011 rate is $600, up from 2010 rate of $550); Meazell (position changed to Member - 2011 rate is $450, up from 2010 rate of $400); Rademacher (2011 rate is $460, up from 2010 rate of $440); and Swanson (2011 rate is $640, up from 2010 rate of $625).  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

**COMPENSATION BY PROJECT CATEGORY
FOR THE PERIOD FROM
JANUARY 1 - JANUARY 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 87.6 | 56,408.00 |
| Fee Applications 08656.0101 | 6.6 | 2,970.00 |
| Broadcast Contracts 08656.0104 | 17.9 | 8,923.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **112.1** | **68,301.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

T 202.776.2000  F 202.776.2222

---

February 25, 2011                                                          Page 1

Tribune Company                                              Invoice 536282
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL 60611


Our File # 08656.0100          For Services Through January 31, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 01/03/11 | Revise update letter for FCC. | |
| | C. Burrow | 0.60 hrs. |
| 01/03/11 | Review and update FCC letter re status of application and court processing (0.9); work on protective order issues, timing and release (0.8). | |
| | J. Feore | 1.70 hrs. |
| 01/03/11 | Prepare draft update letter for filing with FCC. | |
| | J. Logan | 0.90 hrs. |
| 01/04/11 | Review FCC reporting issues re ownership and attribution (0.8); correspondence with Sidley and lender's FCC counsel re same (0.9). | |
| | C. Burrow | 1.70 hrs. |
| 01/04/11 | Work on draft letter and amendment update to FCC (0.9); review media certifications and possible expanded ownership (0.8); telephone conference with counsel re protective order for duopoly request (0.3). | |
| | J. Feore | 2.00 hrs. |
| 01/04/11 | Telephone conference with M. Heller (FCC counsel to JP Morgan) re FCC staff reaction to revised approach on JP Morgan attributable parties and re media ownership certification (0.4); prepare correspondence to M. Heller (FCC counsel to JP Morgan) re media ownership certification (0.4); telephone conference with T. Davidson (FCC counsel to Avenue Funds) re media ownership certification (0.5); prepare draft update letter for filing with the FCC re status of bankruptcy proceeding (1.6); prepare correspondence to FCC counsel for co-proponents re update letter (0.2); prepare correspondence to J. Boelter re requests for media ownership questionnaires (0.2). | |
| | J. Logan | 3.30 hrs. |

Tribune Company

| | | |
|---|---|---|
| 01/05/11 | Telephone conference with senior lender's FCC counsel re process and filings (0.5); review FCC attribution issues re same (0.4). | |
| | C. Burrow | 0.90 hrs. |
| 01/05/11 | Review and revise letter appeal to FCC re court procedures (0.5); telephone conference with counsel for petitioners re protective order (0.4); conference and update regarding media certification issues for Avenue Capital and other holdings (0.9). | |
| | J. Feore | 1.80 hrs. |
| 01/05/11 | Prepare for telephone conference with co-proponent's FCC counsel re application status and issues (0.4); telephone conference with T. Davidson (FCC counsel to Oaktree and Angelo Gordon) and R. Wiley, J. Bayes, et al. (counsel to JP Morgan) re approach to attribution and re media ownership certification and related issues on application amendment (0.7); prepare memorandum re development affecting co-proponents (0.8). | |
| | J. Logan | 1.90 hrs. |
| 01/06/11 | Telephone conference with A. Schwartzman of Media Access Project regarding protective order in proceeding addressing applications to transfer broadcast licenses in bankruptcy (0.2); correspondence with A. Schwartzman regarding same (0.1). | |
| | J. Rademacher | 0.30 hrs. |
| 01/06/11 | Telephone conference with counsel for petitioners re FCC petition and request for final drafts (0.3); telephone conference with FCC staff re documents issue (0.2); finalize report to FCC and update re application (0.4); review amendment issues for pending applications (0.8). | |
| | J. Feore | 1.70 hrs. |
| 01/06/11 | Revise FCC update letter to incorporate JP Morgan comments (0.3); prepare correspondence to FCC counsel for co-proponents and to J. Boelter (Sidley) re revised update letter (0.4). | |
| | J. Logan | 0.70 hrs. |
| 01/07/11 | Correspondence with Sidley re FCC administrative updates (0.8); review bankruptcy docket re same (0.7). | |
| | C. Burrow | 1.50 hrs. |
| 01/07/11 | Telephone conference with A. Campbell (counsel for petitioners to deny) regarding protective order in FCC proceeding addressing applications to transfer broadcast licenses in bankruptcy (0.3); correspondence with A. Campbell (counsel for petitioners to deny)regarding same (0.2). | |
| | J. Rademacher | 0.50 hrs. |
| 01/07/11 | Conference with counsel re FCC protective order draft and submission to FCC (0.7); review proposed modification to order (0.5); review report on JP Morgan proposal re ownership reporting | |

February 25, 2011                                                          Page 3

Tribune Company                                                      Invoice 536282

|  |  |  |
|---|---|---|
|  | and further FCC filings (0.6). | |
|  | J. Feore | 1.80 hrs. |
| 01/07/11 | Prepare correspondence to J. Boelter re proposed FCC update filing. | |
|  | J. Logan | 0.30 hrs. |
| 01/08/11 | Research re ownership updates and certifications for court and FCC filings and alien ownership issues (0.5); review Avenue ownership issues re FCC compliance (0.4). | |
|  | J. Feore | 0.90 hrs. |
| 01/10/11 | Correspondence with J. Roberts regarding filing of extension of time regarding Ocean County waiver matter (0.5); review petition for waiver of Woodbridge county, NJ regarding ducting interference allegedly coming from WCCT-TV (0.6); correspondence with E. Washburn regarding same (0.5); prepare correspondence with J. Bernstein (FCC) regarding Tribune December 22 filing in response to Ocean County waiver request (0.3); correspondence with D. Roberts regarding protective order concerning confidential information submitted in proceeding considering applications to transfer licenses in bankruptcy (0.3). | |
|  | J. Rademacher | 2.20 hrs. |
| 01/10/11 | File letter report with FCC (0.2); follow-up with JP Morgan counsel re same (0.3); review updated amendment re programming at stations and officer changes (0.5). | |
|  | J. Feore | 1.00 hrs. |
| 01/10/11 | Prepare correspondence to J. Boelter re proposed update letter to FCC (0.3); complete and file FCC update letter (0.7); prepare correspondence to FCC staff and counsel to petitioners re service of ex parte notice (0.4); prepare correspondence to counsel for co-proponents re ex parte filing (0.3). | |
|  | J. Logan | 1.70 hrs. |
| 01/10/11 | Telephone conference with M. Carey (FCC) re AllVid status (0.2); telephone conference with J. Bernstein (FCC) re WCCT interference allegations (0.1); review re same (0.1). | |
|  | M. Swanson | 0.40 hrs. |
| 01/11/11 | Telephone conference with FCC re protective order review and issues re final drafts (0.3); review material for release and mechanism of providing material re duopoly (0.6); telephone conference with S. Sheehan re FCC and Hill processing and timing (0.3). | |
|  | J. Feore | 1.20 hrs. |
| 01/11/11 | Conference with W. Johnson (FCC counsel to JP Morgan) re concerns on timetable for implementation of foreign ownership certification process. | |
|  | J. Logan | 0.20 hrs. |

February 25, 2011                                                        Page 4

Tribune Company                                                Invoice 536282

| | | |
|---|---|---|
| 01/12/11 | Review FCC issues regarding restructuring applications. | |
| | C. Burrow | 1.90 hrs. |
| 01/12/11 | Review updated restructuring application for post-emergence Tribune (0.9); review programming updates re further FCC amendments (0.3); work on possible amendment to pending FCC transfer applications (0.8). | |
| | J. Feore | 2.00 hrs. |
| 01/12/11 | Review correspondence from J. Langdon (Sidley) re draft of prior supplement on restructuring transactions (0.9); analyze FCC-related timing and task issues in connection with proposed restructuring transaction (1.3). | |
| | J. Logan | 2.20 hrs. |
| 01/13/11 | Review FCC issues regarding restructuring applications. | |
| | C. Burrow | 1.80 hrs. |
| 01/13/11 | Meeting with FCC staff re protective order provisions and issuance date (0.4); conference with JP Morgan counsel re FCC applications and updates (0.3); review renewal ownership certifications (0.8). | |
| | J. Feore | 1.50 hrs. |
| 01/13/11 | Telephone conference with T. Davidson (FCC counsel to Oaktree) re issue in media ownership certification (0.4); prepare correspondence to J. Boelter re Oaktree proposed approach to media ownership certification (0.4); telephone conference with J. Boelter re document inquiry from Oaktree counsel (0.3); telephone conference with T. Davidson re media ownership completion (0.3); analyze application structure and timing issues for restructuring application (0.8); prepare memorandum re application structure and timing issues for restructuring applications (1.6). | |
| | J. Logan | 3.80 hrs. |
| 01/13/11 | Email E. Washburn re Hartford news increase on weekends. | |
| | M. Swanson | 0.10 hrs. |
| 01/14/11 | Review FCC issues re closing. | |
| | C. Burrow | 0.70 hrs. |
| 01/14/11 | Telephone conference with FCC staff re production of duopoly information and protective order (0.7); research re pending certification requests and comment filing dates (0.5); update further report to FCC (0.5). | |
| | J. Feore | 1.70 hrs. |
| 01/14/11 | Review issues re mechanics of submission of restructuring applications (0.4); telephone conference with FCC counsel to JP Morgan re JP Morgan questions on completion of media ownership certifications (0.4); telephone conference with J. Boelter (Sidley) re JP Morgan questions on completion and distribution of media | |

Tribune Company

|  |  |  |
|---|---|---|
|  | ownership certifications (0.3). | |
|  | J. Logan | 1.10 hrs. |
| 01/14/11 | Telephone conference with E. Washburn re AllVid status, Enforcement Bureau and WGN. | |
|  | M. Swanson | 0.20 hrs. |
| 01/15/11 | Review outline of restructuring applications for post-bankruptcy company and FCC requirements (0.9); work on issues memorandum re FCC-related applications (0.7). | |
|  | J. Feore | 1.60 hrs. |
| 01/18/11 | Review bankruptcy court filings re FCC discovery issues (3.4); review impact of filings re FCC process and timing (0.7); review media ownership certifications (0.8); correspondence with Sidley re FCC issues on restructuring applications (0.9). | |
|  | C. Burrow | 5.80 hrs. |
| 01/18/11 | Telephone conference with FCC re protective order (0.3); telephone conference with JP Morgan counsel re media filings (0.3); review updated certifications and FCC ownership issues (1.2); prepare memorandum re restructuring applications (0.4). | |
|  | J. Feore | 2.20 hrs. |
| 01/18/11 | Review pleadings filed by Aurelius re motion to compel documents related to FCC matters from JP Morgan and Oaktree (1.4); prepare correspondence to J. Boelter re media ownership certifications (0.4); prepare correspondence to FCC counsel to co-proponents (M. Haller and T. Davidson) re media ownership certifications (0.4); prepare correspondence to J. Langdon re FCC issues in proposed exhibit to supplement on restructuring transactions (0.4); prepare and send memorandum to J. Langdon and J. Boelter re FCC procedural steps and issues in connection with obtaining regulatory approvals for restructuring applications (1.4). | |
|  | J. Logan | 4.00 hrs. |
| 01/18/11 | Email exchanges with B. Kreisman re meeting on Hartford interference allegations (0.1); email client re same (0.1). | |
|  | M. Swanson | 0.20 hrs. |
| 01/19/11 | Review draft revisions to by-laws for FCC issues (0.5); telephone conference with senior lenders' FCC counsel re FCC status and updates (0.5); review oppositions to bankruptcy court filings re FCC discovery issues (2.3); review impact of oppositions on FCC process and timing (0.9). | |
|  | C. Burrow | 4.20 hrs. |
| 01/19/11 | Review Angelo Gordon and Oaktree filings re media certification objections and FCC ownership and application issues (0.9); telephone conference with JP Morgan counsel re media certifications (0.3); research filing re media certifications (0.8); | |

Tribune Company

|  |  |  |
|---|---|---|
|  | review and prepare memorandum re impact of FCC consent decision (0.5). |  |
|  | J. Feore | 2.50 hrs. |
| 01/19/11 | Prepare for telephone conference with FCC counsel to co-proponents (0.6); telephone conference with FCC counsel to co-proponents re status of proceeding, media ownership certifications and responses to requests for document production (0.4); review responses to requests for document production to JP Morgan and Oaktree re FCC matters (1.2); review revised articles and bylaws re FCC matters (0.9). |  |
|  | J. Logan | 3.10 hrs. |
| 01/20/11 | Review issues re FCC attribution of JP Morgan directors. |  |
|  | C. Burrow | 0.80 hrs. |
| 01/20/11 | Review protective order regarding confidential information in FCC proceeding addressing applications to assign FCC licenses in bankruptcy (0.4); correspondence with E. Washburn regarding same (0.3). |  |
|  | J. Rademacher | 0.70 hrs. |
| 01/20/11 | Meeting with J. Stenger (counsel for creditors committee) re media certifications, court challenges and FCC issues (1.0); review potential FCC issues raised by Aurelius challenges (1.2); review protective order issued by FCC (0.3); telephone conference with counsel for Aurelius re order (0.4). |  |
|  | J. Feore | 2.90 hrs. |
| 01/20/11 | Prepare for meeting with J. Stenger (FCC counsel to unsecured creditors' committee) (0.9); meeting with J. Stenger (FCC counsel to unsecured creditors' committee) (1.2). |  |
|  | J. Logan | 2.10 hrs. |
| 01/21/11 | Review FCC issues re restructuring transactions. |  |
|  | C. Burrow | 0.70 hrs. |
| 01/21/11 | Conference with Sidley re restructuring applications and meetings with FCC (0.8); telephone conference with FCC staff re protective order (0.2); follow-up re production of documents (0.5); follow-up with counsel for creditors committee re ownership certifications (0.6). |  |
|  | J. Feore | 2.10 hrs. |
| 01/21/11 | Prepare correspondence to J. Langdon (Sidley) re FCC procedural and timing issues in connection with approvals for restructuring transactions. |  |
|  | J. Logan | 0.60 hrs. |
| 01/24/11 | Review issues re FCC discovery requests. |  |
|  | C. Burrow | 0.40 hrs. |

February 25, 2011                                              Page 7

Tribune Company                                        Invoice 536282

| 01/25/11 | Telephone conference with JP Morgan counsel re media certifications and possible FCC filings and amendments. | |
|---|---|---|
| | J. Feore | 0.50 hrs. |

01/25/11   Telephone conference with J. Stenger re FCC-related discovery
           issues in bankruptcy proceeding (0.4); telephone conference with W.
           Johnson (FCC counsel to JP Morgan) re status and developments in
           Aurelius discovery efforts into FCC-related matters (0.5).
           J. Logan                              0.90 hrs.

01/26/11   Review issues re JP Morgan FCC attribution.
           C. Burrow                             0.50 hrs.

01/28/11   Analysis of issues regarding FCC red lights for KIAH, Inc. and
           Tribune Television Holdings regarding FCC applications for
           assignment of licenses in bankruptcy.
           J. Rademacher                         0.50 hrs.

01/28/11   Telephone conference with counsel re FCC-issued protective order
           (0.3); review material re duopoly showing and financials covered by
           order (0.6).
           J. Feore                              0.90 hrs.

01/28/11   Review re "red light" issue (0.1); review re AllVid filings (0.1).
           M. Swanson                            0.20 hrs.

01/31/11   Review issues re FCC attacks on Aurelius Plan.
           C. Burrow                             0.70 hrs.

01/31/11   Telephone conference with FCC re protective order and production
           of documents (0.2); telephone conference with lender's counsel re
           further report to FCC (0.4); work on application issues/challenges
           raised by Aurelius (0.7).
           J. Feore                              1.30 hrs.

01/31/11   Review and analyze impact on future Tribune operations of potential
           FCC-related objections to Aurelius Plan (0.8); telephone call to J.
           Boelter (voice mail) re issues in connection with the selection of an
           expert witness on FCC matters (0.1); telephone conference with J.
           Stenger (FCC counsel to unsecured creditors committee) re proposal
           for expert witness on FCC matters (0.4).
           J. Logan                              1.30 hrs.

01/31/11   Review re bankruptcy court status (0.3); review re AllVid status
           (0.2); review re protective order issues (0.2).
           M. Swanson                            0.70 hrs.

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 22.20 |
| FEORE | 31.30 |

February 25, 2011                                                    Page 8

Tribune Company                                                 Invoice 536282

|  |  |  |
|---|---|---|
| LOGAN | 28.10 | |
| SWANSON | 1.80 | |
| RADEMACHER | 4.20 | |
| TOTAL | 87.60 | |

Fees for Professional Services .................................................... $           56,408.00

| | | |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 9.44 |
| COURIER SERVICE | $ | 29.63 |
| INFORMATION SERVICES | $ | 18.10 |
| REPRODUCTION | $ | 44.70 |
| TELEPHONE | $ | 2.16 |

Total Reimbursable Costs ............................................................ $           104.03
Total Current Billing for This File................................................ $         56,512.03

Our File # 08656.0101          For Services Through January 31, 2011
Retention and Fee Applications

| | | |
|---|---|---|
| 01/05/11 | Preparation of 6th interim fee application. | |
| | C. Meazell | 1.30 hrs. |
| 01/07/11 | Revise 18th monthly fee application (0.8); correspondence with Delaware counsel regarding filing of same (0.2). | |
| | C. Meazell | 1.00 hrs. |
| 01/10/11 | Preparation of 19th monthly fee application. | |
| | C. Meazell | 1.10 hrs. |
| 01/12/11 | Finalize 6th interim fee application (1.0); correspondence with Delaware counsel regarding same (0.2). | |
| | C. Meazell | 1.20 hrs. |
| 01/18/11 | Preparation of 19th monthly fee application. | |
| | C. Meazell | 0.70 hrs. |
| 01/21/11 | Finalize 19th monthly fee application (1.1); correspondence with Delaware counsel regarding same (0.2). | |
| | C. Meazell | 1.30 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 6.60 |
| TOTAL | 6.60 |

Fees for Professional Services .................................................... $           2,970.00
Total Current Billing for This File................................................ $         2,970.00

February 25, 2011                                                        Page 9

Tribune Company                                                  Invoice 536282

Our File # 08656.0104          For Services Through January 31, 2011
Broadcast Contracts

| 01/06/11 | Telephone conference with K. Connor re open issues in negotiations with Charter, Verizon and Time Warner Cable. | |
| | K. Latek | 1.00 hrs. |
| 01/08/11 | Verify execution versions of Time Warner Cable retransmission consent and distribution agreements (0.7); exchange correspondence with client re same (0.1). | |
| | K. Latek | 0.80 hrs. |
| 01/11/11 | Analyze Frontier revisions to retransmission consent and distribution agreements (0.5); telephone conference with K. Connor re same, Time Warner Cable, Charter and other negotiations (1.0). | |
| | K. Latek | 1.50 hrs. |
| 01/11/11 | Conference call with K. Connor re retransmission agreements with Frontier and Metrocast and other pending retransmission matters (1.0); analyze changes to retransmission and WGN agreement by Frontier (0.4); prepare revised retransmission and WGN agreement for Frontier (0.8). | |
| | R. Folliard III | 2.20 hrs. |
| 01/17/11 | Telephone conferences with K. Connor, R. Bogh and S. Thompson re Charter distribution and retransmission consent agreements. | |
| | K. Latek | 1.30 hrs. |
| 01/18/11 | Outline options for certain deal points in Charter agreements. | |
| | K. Latek | 0.50 hrs. |
| 01/19/11 | Telephone conference with K. Connor re Charter deal points (0.3); revise and forward proposed term sheet to Charter (0.2); prepare summary of Time Warner Cable agreements (0.9). | |
| | K. Latek | 1.40 hrs. |
| 01/19/11 | Conference call with K. Connor re Cable One agreements and Frontier. | |
| | R. Folliard III | 0.40 hrs. |
| 01/20/11 | Telephone conference with K. Connor re Charter response on proposed deal points. | |
| | K. Latek | 0.30 hrs. |
| 01/20/11 | Conference calls with K. Mullane re retransmission agreements and WGN agreement with Frontier (0.3); analyze Frontier markups of retransmission and WGN agreements for conference call (0.3); conference call with Frontier re WGN agreement (0.6); revise and finalize retransmission agreements and WGN agreement for Cable One (0.8). | |
| | R. Folliard III | 2.00 hrs. |

<table>
<tr><td>February 25, 2011</td><td>Page 10</td></tr>
<tr><td>Tribune Company</td><td>Invoice 536282</td></tr>
</table>

| | |
|---|---|
| 01/24/11 | Telephone call with K. Connor re Cable One retransmission and WGN agreements (0.4); revise Cable One agreement for WGN (0.6); prepare email to K. Connor re Cable One agreements (0.6). |
| | R. Folliard III                                           1.60 hrs. |
| 01/26/11 | Analyze open issues for Cable One agreements with WGN and broadcast stations (0.2); telephone call with K. Connor regarding Cable One (0.3); conference call with J. McKenna (Cable One) re final issues for carriage agreements for WGN and broadcast stations (0.4); prepare execution versions of WGN and broadcast station agreements for Cable One (0.4); analyze changes to Frontier agreement for carriage of WGN (0.2). |
| | R. Folliard III                                           1.50 hrs. |
| 01/28/11 | Prepare email to K. Mullane re procedures for finalizing retransmission and WGN agreements for Frontier. |
| | R. Folliard III                                           0.20 hrs. |
| 01/31/11 | Review and markup draft Charter retransmission consent agreement. |
| | K. Latek                                                  3.20 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| LATEK | 10.00 |
| FOLLIARD III | 7.90 |
| TOTAL | 17.90 |

| | | |
|---|---|---|
| Fees for Professional Services .................................................. $ | | 8,923.00 |
| REPRODUCTION | $ | 2.30 |
| TELEPHONE | $ | 9.60 |
| Total Reimbursable Costs ......................................................... $ | | 11.90 |
| Total Current Billing for This File............................................. $ | | 8,934.90 |
| Total Current Billing for This Invoice........................................ $ | | 68,416.93 |

# ☯ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law                                      T  202.776.2000  F  202.776.2222
Washington, DC | Atlanta, GA | Norman, OK

---

## DUE UPON RECEIPT
### Please make checks payable to:
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

February 25, 2011

Tribune Company                                                        Invoice 536282
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through January 31, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $            56,512.03

Our File # 08656.0101          For Services Through January 31, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $             2,970.00

Our File # 08656.0104          For Services Through January 31, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $             8,934.90

    Total Current Billing for This Invoice ........................................................... $            68,416.93

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JANUARY 1 - JANUARY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 47.00 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 29.63 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 18.10 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 9.44 |
| Telephone Tolls | | 11.76 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **115.93** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.