# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** March 9, 2011

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Blake Cleary | YCST | Debtors Credit Agreement Lenders |
| Bruce Bennett | D Dewey | " |
| James Johnston | Dewey | " |
| Joshua Mester | " | " |
| David Klauder | U.S. Trustee | U.S. Trustee |
| David Fowler | Bennett & Thornburg | Morgan Stanley |
| Norman Pernick | Cole Schotz | Debtor |
| James Carlon | Sidley Austin | " |
| James Bandernagel | " | " |
| James Ducayet | " | " |
| Kevin Lantry | " | " |
| Don Liebentritt | Tribune | Tribune |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** March 9, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Mayer | McCarter English | DBTCA |
| David Adler | '' | '' |
| Catherine Steege | Jenner & Block | EGI-TRB and Sam Zell |
| Andrew Vail | Jenner & Block | '' |
| David Varikoss | Blank Rome | '' |
| Mark Prima | Kaye Scholer | Merill Lynch |
| June Palmer | '' | '' |
| Laurie Selber Silverstein | Potter Anderson | '' |
| E. Stephen McMillan | '' | '' |
| Don Bernstein | Davis Polk Wardwell | JPM |
| Benjamin Kummins | '' | '' |
| Ellior Moskowitz | '' | '' |
| Bob Stern | Richards Layton | '' |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** March 9, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Zensky | Akin Gump Strauss Hauer Feld | Aurelius Capital Management LP |
| Mitch Hurley | '' | '' |
| Deborah Newman | '' | '' |
| Nancy Chung | '' | '' |
| Abid Qureshi | '' | '' |
| David Golden | '' | '' |
| Philip Dublin | '' | '' |
| Michelle Marino | EAPD | Barclays |
| Lynn Marvin | Jones Day | Special Committee of Board of Directors of Tribune Co. |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** March 9, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| Howard Seife | Chadbourne & Parke | " " |
| David LeMay | " " | " " |
| Thomas McCormack | " " | " " |
| Robert Schwinger | " " | " " |
| Marc Ashley | " " | " " |
| Andrew Rosenblatt | " " | " " |
| Bob Kirby | " " | " " |
| Douglas Deutsch | Zuckerman Spaeder | " " |
| James Sottille | " " | " " |
| Graeme Bush | " " | " " |
| Andrew Goldfarb | " " | " " |

# Court Conference

Calendar Date: 03/09/2011
Calendar Time: 10:00 AM ET

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

2nd Revision 03/08/2011 03:52 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 0813141 | Hearing | 4084213 | Sophia Mullen | (212) 839-5884 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081663 | Jason D. Abbruzzese | (212) 612-1441 | Realm Partners | Creditor, Jason D. Abbruzzese / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4084766 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4078673 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083489 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4075903 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083669 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4085322 | Leslie Bark | (212) 450-4175 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081573 | John Berry | 212-872-8075 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079555 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083410 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083337 | Robert G. Burns | (212) 554-1768 | Monarch Alternative Capital LP | Creditor, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079334 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4084673 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081751 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |

Peggy Drasal

| Matter | Type | Case | ID | Name | Phone | Firm / Party | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | Hearing | 08-13141 | 4082855 | Andrew Caridas | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4053110 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4084753 | Mark D. Collins | 302-651-7531 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4084821 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4071756 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4079093 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078061 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4069455 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4077256 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081678 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081494 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4063408 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4051574 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | Hearing | 08-13141 | 4077762 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4079400 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081480 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081439 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | Hearing | 08-13141 | 4071696 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | Hearing | 08-13141 | 4078800 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081779 | Nicholas Heilbut | (212) 466-2167 | Serengeti Asset Management | Interested Party, Serengeti Asset Management / LIVE |
| Tribune Company | Hearing | 08-13141 | 4083741 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078586 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | Hearing | 08-13141 | 4079012 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | Hearing | 08-13141 | 4084177 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4079931 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081963 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | Hearing | 08-13141 | 4084791 | Joe Leiwant | (973) 775-8336 | Duff & Phelps | Non-Party, - / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078134 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4071730 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4075788 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081710 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4051663 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081646 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078923 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4079683 | Jessica Marrero | (212) 408-5100 | Chadbourne & Parke LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4086522 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078610 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4079551 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4075735 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078964 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4082688 | Jeffrey Olinsky - CLIENT | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4071653 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081432 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081599 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |

| Company | Case | Hearing | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4078210 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081993 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079056 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4051611 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081603 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083302 | Robert Schwarz | (212) 872-7441 | Raymond James | Other Prof., Expert / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077992 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081836 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4084775 | Chaney M Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4086922 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083505 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078713 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4085744 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4084774 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083534 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4074065 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4082555 | Chad Valerio - (CLIENT) | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080914 | Frank Vazquez | (212) 408-5111 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078520 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081674 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068830 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |

CourtConfCal2009

Peggy Drasal

| | | | | |
|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4084343 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083952 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071387 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |

CourtConfCal2009

Peggy Drasal