# EXHIBIT B

{698.001-W0013492.}

| PROOF OF SERVICE | | |
|---|---|---|
| SERVED THE CHUBB CORP. THROUGH ZAKIRAH JONES, SR. CLAIMS SERVICES SUBPOENA IN A BANKRUPTCY CASE | DATE MAR. 9TH, 2011 | PLACE THE CHUBB CORP, 15 MOUNTAIN VIEW RD WARREN, NJ 07959 |
| SERVED ON (PRINT NAME)<br><br>The Chubb Corp.<br>   c/o Stephanie Rubino, Esq.<br>   Vice President & Associate Counsel<br>   Chubb & Son, a division of Federal Insurance Company<br>   15 Mountain View Road<br>   Warren, New Jersey 07059 | MANNER OF SERVICE<br><br>SUBSTITUTED AT BUSINESS TO ZAKIRAH JONES, SR CLAIMS SERVICES WHO IS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE CHUBB CORP. | |
| SERVED BY (PRINT NAME)<br><br>MATTHEW L. DUNLOY | TITLE<br><br>CERTIFIED PROCESS SERVER | |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on MARCH 9TH, 2011
DATE                    SIGNATURE OF SERVER

96 CANOE BROOK PKWY
ADDRESS OF SERVER
SUMMIT, NJ 07901

{698.001-W0013449.}2